AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| <u>STATE OF MISSOURI, et al.</u><br>　　　　　Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 3:22–CV–01213–TAD–KDM<br>) Judge Terry A Doughty |
| <u>JOSEPH R BIDEN, JR , et al.</u><br>　　　　　Defendant | )<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Joseph R Biden, Jr**

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Elizabeth Baker Murrill**
> **LA Atty Generals Office (94005)**
> **P O Box 94005**
> **Baton Rouge, LA 70804–9005**

　　　If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  5/27/2022  　　　　　　　　　　　　　　　　　　　　　　 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:22–CV–01213–TAD–KDM

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Joseph R Biden, Jr** was received by me on *(date)*_____.

- I personally served the summons on **Joseph R Biden, Jr** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                   _____
                                                                                    *Server's signature*

                                                                                    _____
                                                                                    *Printed name and title*

                                                                                    _____
                                                                                    *Server's address*

Additional information regarding attemped service, etc: