UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| State of Missouri, et al. | Case No. 3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| Joseph R. Biden, Jr., et al. | Magistrate Judge Kayla D. McClusky |
| Defendant | |

## ORDER

IT IS ORDERED that _____ be and is hereby admitted to the bar of this Court pro hac vice on behalf of _____ in the above described action.

SO ORDERED on this, the _____ day of _____, 2022.

_____
U.S. Magistrate Judge