UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| | |
|---|---|
| State of Missouri, et al. | Case No.   3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| Joseph R. Biden, Jr., et al. | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

## ORDER

IT IS ORDERED that Click or tap here to enter text. be and is hereby admitted to the bar of this Court pro hac vice on behalf of Click or tap here to enter text. in the above described action.

SO ORDERED on this, the _____ day of _____, 2022.

_____
U.S. Magistrate Judge