UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| State of Missouri, et al. | Case No. 3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| Joseph R. Biden, Jr., et al. | Magistrate Judge Kayla D. McClusky |
| Defendant | |

## ORDER

IT IS ORDERED that ___Dr. John Sauer___ be and is hereby admitted to the bar of this Court pro hac vice on behalf of ___State of Missouri___ in the above described action.

SO ORDERED on this, the _2nd_ day of _June_, 2022.

_Kayla Dye McClusky_
U.S. Magistrate Judge