UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| State of Missouri, et al. | Case No. 3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| Joseph R. Biden, Jr., et al. | Magistrate Judge Kayla D. McClusky |
| Defendant | |

## ORDER

IT IS ORDERED that Michael Talent be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Missouri in the above described action.

SO ORDERED on this, the __2nd__ day of __June__, 2022.

_____
U.S. Magistrate Judge