# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, <br><br> STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213 TAD-KDM |

## AFFIDAVIT OF SERVICE

I, D. John Sauer having personal knowledge attest that:

1. I am over 18 years old and not a party to the captioned case.

2. On May 5, 2022, the Amended Complaint in this case was filed. Doc. 6.

3. On May 10, 2022, I caused the summons and a copy of the Complaint to be sent by certified mail to the following defendants at the following addresses:

US Attorney
Western District Of Louisiana
800 Lafayette St #2200
Lafayette La 70501-6832

Centers For Disease Control & Prevention
1600 Clifton Road
Atlanta Ga 30329-4027

Attn Civil Process Clerk
US Attorney General
950 Pennsylvania Ave NW
Washington DC 20530-0001

Alejandro Mayorkas
Secretary Of US Homeland Security
Office Of General Counsel
2707 Martin Luther King Jr Ave Se
Washington DC 20528

1

Jen Easterly CISA Agency Stop 0380
Dept Homeland Security
245 Murray Lane
Washington DC 20528-0380

Jennifer Rene Psaki
The White House
1600 Pennsylvania Ave NW
Washington DC 20500

Vivek H Murthy
Office Of Surgeon General
US Dept Of Health & Human Serv
200 Independence Ave SW
Washington DC 20201

Xavier Beccerra
US Dept Of HHS
200 Independence Ave SW
Washington DC 20201

Dr Anthony Fauci
National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda MD 20892-8906

US Attorney General
Attn: Assistant Attorney General for Administration
950 Pennsylvania Avenue NW
Washington DC 20530

General Counsel MS 0485
Dept Of Homeland Security
2707 Martin Luther King Jr Se
Washington DC 20528

Cybersecurity And Infrastructure Security Agency Stop 0380
Department Of Homeland Security
245 Murray Lane
Washington DC 20528-0380

Nina Jankowicz
c/o Dept Of Homeland Security
2707 Martin Luther King Jr Se
Washington DC 20528

Brandon Brown
US Attorney for W.D. Louisiana
300 Fannin Street Suite 3201
Shreveport LA 71101

Office of General Counsel
Dept HHS
200 Independence Ave SW
Washington DC 20201

National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda MD 20892-8906

4. On May 27, 2022, I caused the summons and a copy of the Complaint to be sent by certified mail to:

The Honorable Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Ave., NE
Washington, DC 20500

5. Exhibit 1, attached, includes true and accurate copies of the certified mail receipts for each defendant.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed: June 3, 2022 /s/ D. John Sauer
D. John Sauer
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (314) 340-7366
Fax: (573) 751-0774
Johnh.sauer@ago.mo.gov

## CERTIFICATE OF SERVICE

  I certify that on June 3, 2022, this Affidavit of Service was filed and served through the Court's CM/ECF system upon all counsel of record.

              /s/ *D. John Sauer*
              D. John Sauer