



**EXHIBIT 1**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.75
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 2.56
Total Postage and Fees $ 9.36

Postmark Here — MAY 10 2022 ST. LOUIS, MO 63101

Sent To: CENTERS FOR DISEASE CONTROL & PREVENTION
Street and Apt. No.: 1600 CLIFTON ROAD
City, State, ZIP+4: ATLANTA GA 30329-4027

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 9545 4878

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CENTERS FOR DISEASE CONTROL & PREVENTION
1600 CLIFTON ROAD
ATLANTA GA 30329-4027

9590 9402 6353 0296 1205 66

2. Article Number (Transfer from service label)
7020 1810 0001 9545 4878

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cddi_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Eddie Dennis
C. Date of Delivery: 5.16.22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt













**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 2.

Total Postage and Fees $ 9.

Sent To JENNIFER RENE PSAKI
Street and THE WHITE HOUSE
1600 PENNSYLVANIA AVE NW
City, State, WASHINGTON DC 20500

Postmark Here: MAY 10 2022, WHEELER STATION, ST. LOUIS, MO 63101-9998

7020 1810 0001 9545 4939

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JENNIFER RENE PSAKI
THE WHITE HOUSE
1600 PENNSYLVANIA AVE NW
WASHINGTON DC 20500

9590 9402 6353 0296 1206 34

2. Article Number (Transfer from service label)

7020 1810 0001 9545 4939

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MSOD Mail Operation

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt











**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | 3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | 8.05 |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | 2.5 |
| Total Postage and Fees $ | 9.34 |

Postmark Here — MAY 10 2022 ST. LOUIS, MO 63101

Sent To
Street and Apt:
OFFICE OF GENERAL COUNSEL
DEPT HHS
City, State, ZIP:
200 INDEPENDENCE AVE SW
WASHINGTON DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0001 9545 4892

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF GENERAL COUNSEL
DEPT HHS
200 INDEPENDENCE AVE SW
WASHINGTON DC 20201

9590 9402 6353 0296 1205 80

2. Article Number (Transfer from service label)
7020 1810 0001 9545 4892

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt







