IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, the States of Missouri and Louisiana, by and through their Attorneys General, Eric S. Schmitt and Jeffrey M. Landry (collectively, "Plaintiffs" or "the States"), respectfully move this Court to grant a preliminary injunction against Defendants, prohibiting them from demanding, pressuring, urging, encouraging, or otherwise inducing social-media platforms to censor or suppress in any manner the speech of speakers, content, and viewpoint that Defendants disfavor. For the reasons stated in the States' Memorandum in Support of Motion for Preliminary Injunction, which is filed separately and incorporated by reference herein, the Court should enter a preliminary injunction to address the grave irreparable harms and to vindicate the public interest in freedom of speech for Missouri, Louisiana, and their citizens.

For the reasons stated in the States' Memorandum, Plaintiffs respectfully request that this Court enter a preliminary injunction in three phases:

1

(1) Immediately enter a preliminary injunction preventing Defendants, and their agents, officers, employees, contractors and all those acting in concert with them, from taking any steps to demand, urge, encourage, pressure, or otherwise induce any social-media company or platform for online speech, or any employee, officer, or agent of any such company or platform, to censor, suppress, remove, de-platform, suspend, shadow-ban, de-boost, restrict access to content, or take any other adverse action against any speaker, content, or viewpoint expressed on social media;

(2) Grant the States' separately filed Motion for Preliminary-Injunction-Related Discovery, and authorize the States to take discovery from Defendants and third parties to identify the details and scope of Defendants' social-media censorship activities, discussed herein; and

(3) After the conclusion of such preliminary-injunction-related discovery, enter more specific preliminary injunctive relief to provide fully effective relief to address the details and scope of the conduct challenged herein.

Dated: June 14, 2022                                                              Respectfully submitted,

**ERIC S. SCHMITT**                                                              **JEFFREY M. LANDRY**
**Attorney General of Missouri**                                            **Attorney General of Louisiana**

*/s/ D. John Sauer*                                                                */s/ Elizabeth B. Murrill*
D. John Sauer, Mo. Bar No. 58721*                                   Elizabeth B. Murrill (La #20685)
  *Solicitor General*                                                                  *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253                                   Louisiana Department of Justice
  *First Assistant Attorney General*                                     1885 N. Third Street
Todd Scott, Mo. Bar No. 56614                                           Baton Rouge, Louisiana 70804
  *Senior Counsel*                                                                    Tel: (225) 326-6766
Michael E. Talent, Mo. Bar No. 73339*                               murrille@ag.louisiana.gov
  *Deputy Solicitor General*                                                 *Counsel for State of Louisiana*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 14, 2022, I caused a true and correct copy of the foregoing to be filed with the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case. In addition, on June 14, 2022, I caused a true and correct copy of the foregoing to be sent by certified mail to all Defendants at the following addresses:

U.S. Attorney
Western District of Louisiana
800 Lafayette St #2200
Lafayette, LA 70501-6832

Centers For Disease Control & Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Attn: Civil Process Clerk
US Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Alejandro Mayorkas
Secretary of Homeland Security
Office of General Counsel
2707 Martin Luther King Jr Ave. SE
Washington, DC 20528

Jen Easterly CISA Agency Stop 0380
Department of Homeland Security
245 Murray Lane
Washington, DC 20528-0380

General Counsel MS 0485
Department of Homeland Security
2707 Martin Luther King Jr. SE
Washington, DC 20528

Jennifer Rene Psaki
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

Cybersecurity And Infrastructure Security Agency Stop 0380
Department of Homeland Security
245 Murray Lane
Washington, DC 20528-0380

Vivek H. Murthy
Office of Surgeon General
US Department of Health & Human Services
200 Independence Ave SW
Washington, DC 20201

Nina Jankowicz
c/o Department of Homeland Security
2707 Martin Luther King Jr SE
Washington, DC 20528

Xavier Becerra
US Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

Brandon Brown
US Attorney for W.D. Louisiana
300 Fannin Street Suite 3201
Shreveport, LA 71101

Dr. Anthony Fauci
National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda MD 20892-8906

Office of General Counsel
Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

US Attorney General
Attn: Assistant Attorney General for Administration
950 Pennsylvania Avenue NW
Washington, DC 20530

National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda, MD 20892-8906

The Honorable Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

                                                                                                   */s/ D. John Sauer*