IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

<table>
<tr><td>
STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>
STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>
<i>Plaintiffs</i>, <br>
v.<br><br>
JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, <i>et al.</i>;<br><br>
<i>Defendants</i>.
</td>
<td>
Case No. 3:22-cv-01213
</td></tr>
</table>

## DECLARATION OF JILL HINES

1.  My name is Jill Hines.  I am over 18 years of age and competent to testify about the matters discussed herein.

2.  I am a Co-Director of Health Freedom Louisiana, a consumer and human rights advocacy organization.  Because our organization recognizes the need to educate and inform the public of their rights regarding state and federal laws concerning vaccinations, we have experienced social media censorship of our speech regarding vaccine information.  We have approximately 13,000 followers each on Health Freedom Louisiana and Reopen Louisiana.

3.  My organization engages in public advocacy on behalf of Louisiana citizens on issues of health freedom and fundamental human rights.  I have testified before the Louisiana legislature approximately 20 times on such issues.

4.  Among other things, we have advocated against the imposition of mask mandates on children, especially during prolonged periods, as in schools.  As I testified before the Louisiana

legislature, as a human rights advocate, the issue of lack of safety studies on the long-term mask use in children has been of tremendous concern to us.  We have submitted requests of the Board of Secondary and Elementary Education (BESE), Louisiana Department of Health, and the CDC requesting the evidence of safety of long-term mask use in children.  No agency has been able to fulfill that request and of course, we knew before we asked that there are no such studies. The imposition of an untested, unproven medical intervention on a weaker demographic of society is a human rights violation.

5.   In February 2019, Congressman Adam Schiff sent a letter on congressional letterhead to Mark Zuckerberg, Chairman and Chief Executive Officer of Facebook, inquiring about the steps being taken to address the growing threat of "vaccine misinformation."  We pride ourselves in always providing well cited, accurate information.  Many similar threats from federal officials followed Congressman Schiff's letter, especially as covid became a public concern.  In the last two years, any information that was not positive in nature or conveyed adverse events associated with shutdown or mitigation efforts was deemed "misinformation."  Dr. Anthony Fauci has used the term repeatedly and it has been adopted by the press and media.  Even our governor and state's public health officer used the term after a particularly contentious hearing in December 2021.

6.   As covid became a concern in the U.S. in early 2020, and the human rights violations began to accumulate, I knew that Health Freedom Louisiana had to expand our cause to encompass the concerns of ever-growing government overreach.  I launched a grassroots effort called Reopen Louisiana on April 16, 2020 to help expand our reach on social media and take on the issues surrounding the continued government shutdown.  It is very much a human rights issue for the government to limit an individual's access to their business and prohibit them from making an income to support and feed their family.

7.  The overreach issues grew almost daily, and I took on the task of challenging the covid narrative relayed from the Louisiana Governor's office and the Louisiana Department of Health. Louisiana had implemented a statewide mask mandate in July 2020.  The mask mandate was a serious concern.  We had compiled a 10-page document of mask studies and had serious concerns about the lack of safety studies, particularly for children.  At the time, we used social media exclusively as a means of coordinating rallies, protests, and testimonies at legislative hearings.

8.  By October 2020, when our page started receiving significant hits from "fact checkers" and "warnings" from Facebook, our analytics showed that we were reaching approximately 1.4 million people in a month's time on one of our Facebook pages, but after sharing photos of the mouths of children suffering from impetigo from long-term mask use, our page received a warning and our reach was reduced to thousands.

9.  This began a long series of attempts to censor our posts on Facebook and other social-media platforms.  Posts pointing to lack of safety of masking were and are targeted, as well as articles that mention adverse events of vaccinations, including VAERS data.  I was completely restricted from Facebook for 30 days starting in January 2022 for sharing the image of a display board used in a legislative hearing that had Pfizer's preclinical trial data on it.  The most recent restriction, in late May 2022, was for re-posting an Epoch Times article that discussed a pre-print study detailing increased emergency calls for teens with myocarditis following covid vaccination.

10.  One post in particular that was hit with a "community standards" warning on October 6, 2020, was a "call to action" asking people to contact their legislators to end the governor's mask mandate.  On same day, we were asking people to testify during the Legislature's Second Extraordinary Session regarding a bill, House Bill 49,[1] that would prohibit a covid vaccine

---

[1] https://legis.la.gov/legis/BillInfo.aspx?s=202ES&b=HB49&sbi=y

employee mandate.  I was prohibited from posting for 24 hours on all pages, including my own. When I was finally able to post again, our reach was significantly diminished, compared with our 1.4 million per month rate beforehand.  Our page engagement was almost non-existent for months. It felt like I was posting in a black hole.  Each time you build viewership up, it is knocked back down with each violation.  Our current analytics show Reopen Louisiana is reaching around 98,000 in the last month and Health Freedom Louisiana is only reaching 19,000.  There are warnings when you search for Health Freedom Louisiana.  People that regularly interacted with our page were never heard from again.  Some people who did find the page later on, asked us where we went.

11. Over the last year and a half since we noticed social-media censorship beginning in October 2020, my pages have been hit with numerous "fact checks" and "community standards" violations. Articles with health concerns related to mask wearing have been targeted, one in particular was from the website, The Healthy American, as well as articles relating to pregnant women being vaccinated. Pregnant women receiving a covid vaccine was a significant concern of ours considering pregnant women were not included in the preclinical trials but they were included in the vaccine mandate.  That is a significant human rights violation.  We had one post concerning a study with pregnant women that received a fact check. Data taken directly from VAERS was flagged as misinformation and we received "fact checks" for that as well, even if it contained a disclaimer about causation.

12. My personal Facebook page, and the Facebook pages of both Health Freedom Louisiana and Reopen Louisiana, are all under constant threat of being completely deplatformed.  My personal account is currently restricted for 90 days.  On many occasions, I have altered the spelling of words, used emoji's, or placed links in comments to avoid censorship.

4

13. In addition, two of our Facebook groups were completely deplatformed, effectively disbanding a group of more than two thousand people who were organized to engage in direct advocacy to our state legislature, on two separate occasions.  There were two groups that were deplatformed: HFL Group and North Shore HFL.  HFL Group was our initial closed group that required people to answer questions to gain entrance.  It was deplatfromed in July of 2021.  We had an existing state regional closed group called North Shore HFL that we tried to move our members to, but even with using emoji's for masks and shots, and not putting links to articles in posts, it was only used for about 4 months before it was deplatformed as well in September of 2021. HFL Group had almost 2,000 people, and North Shore HFL had less than 500 before it was taken down.

14. The last post I made in our HFL Group on July 13, 2021, was a "call to action" for the upcoming Veto Session, asking people to contact legislators regarding health freedom legislation. During the regular legislative session, we had two bills that were passed successfully, but both were vetoed by the governor, including a hugely popular bill that prohibited the addition of vaccine information on a state issued driver's license.  The other bill provided immunity from liability for businesses that did not impose a covid vaccine mandate.  Removing our closed group at such a crucial time effectively stopped our ability to communicate with our representatives in the state legislature.

15. After North Shore was deplatformed, we looked for alternatives for daily communication. We were to the point of speaking in code on Facebook, so moving away from traditional social media was the only option.  We currently have 80 members in a chat app called GroupMe.  We have no statewide reach with that tool.

5

16. It has been incredibly frustrating knowing that the government's narrative is going unchallenged and that we have not been able to effectively communicate with people.  Knowing that government agencies colluded with Facebook to suppress the messaging of groups like mine while paying exorbitant amounts to promote vaccinations and covid policies has been especially disheartening.  To say the cards are stacked against me is an understatement.

17. It is a serious concern that speech in direct opposition to government policy was suppressed.  The ability to voice concern or opposition to government policy is a bedrock of our country.  We should all be concerned that while we MAY agree with current government policy, it only takes an election for that to change.


I swear or affirm under penalty of perjury that the foregoing is true and correct.


Dated: June 9, 2022                                        Signed: */s/ Jill Hines*