**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and | |
| STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General, | Case No. 3:22-cv-01213 |
| *Plaintiffs*, | |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, the States of Missouri and Louisiana, by and through their Attorneys General, Eric S. Schmitt and Jeffrey M. Landry (collectively, "Plaintiffs" or "the States"), pursuant to Rule 7.8 of the Local Rules of the U.S. District Court for the Western District of Louisiana, respectfully request this Court's leave to file a Memorandum in Support of their Motion for Preliminary Injunction that exceeds the 25-page limit for briefs in the Local Rules.  In support, Plaintiffs state as follows:

The Complaint in this case alleges that thirteen federal-official defendants have engaged in, and are engaging in, a far-reaching course of conduct designed to censor and suppress content, speakers, and viewpoints disfavored by Defendants on social-media platforms; and that they have both coerced, threatened, compelled, and finally colluded directly with social-media platforms to procure the censorship and suppression of speech and speakers they disfavor, all in violation of

1

the First Amendment and as *ultra vires*, unlawful activity.  ECF 1.  To vindicate the sovereign interests of the States and the fundamental rights of their citizens, the States seek a preliminary injunction from this Court in three phases, including (1) granting immediate injunctive relief against the most egregious violations of the First Amendment, (2) ordering preliminary-injunction-related discovery to uncover the full details and scope of the Defendants' social-media censorship activities, and (3) granting more specific and comprehensive injunctive relief after conclusion of that discovery.  In support, the States have prepared a detailed memorandum supported by fourteen declarations and over 70 supporting exhibits.  Due to the complexity and enormous importance of the issues raised in this case, the States respectfully submit that an overlength memorandum is warranted to provide the Court with a comprehensive explication of the relevant factual and legal issues.  To this end, the States respectfully request leave to file a memorandum of approximately 58 pages, exclusive of cover page, tables of contents and authorities, and certificates, in support of their motion for preliminary injunction.

The States served all Defendants by certified mail on May 10, 2022.  ECF 9.  No counsel has yet appeared on behalf of any Defendant, so the States were unable to confer with counsel for Defendants about the relief requested in this motion.

## CONCLUSION

For the reasons stated, Plaintiffs respectfully request the Court's leave to file a memorandum of approximately 58 pages in support of their motion for preliminary injunction.

Dated: June 14, 2022

Respectfully submitted,

**ERIC S. SCHMITT**
**Attorney General of Missouri**

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ D. John Sauer*
D. John Sauer, Mo. Bar No. 58721*
  *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253
  *First Assistant Attorney General*
Todd Scott, Mo. Bar No. 56614
  *Senior Counsel*
Michael E. Talent, Mo. Bar No. 73339*
  *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

\* admitted *pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.  In addition, on June 14, 2022, I caused a true and correct copy of the foregoing to be sent by certified mail to all Defendants at the following addresses:

U.S. Attorney
Western District of Louisiana
800 Lafayette St #2200
Lafayette, LA 70501-6832

Centers For Disease Control & Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Attn: Civil Process Clerk
US Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Alejandro Mayorkas
Secretary of Homeland Security
Office of General Counsel
2707 Martin Luther King Jr Ave. SE
Washington, DC 20528

Jen Easterly CISA Agency Stop 0380
Department of Homeland Security
245 Murray Lane
Washington, DC 20528-0380

General Counsel MS 0485
Department of Homeland Security
2707 Martin Luther King Jr. SE
Washington, DC 20528

Jennifer Rene Psaki
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

Cybersecurity and Infrastructure Security Agency Stop 0380
Department of Homeland Security
245 Murray Lane
Washington, DC 20528-0380

Vivek H. Murthy
Office of Surgeon General
US Department of Health & Human Services
200 Independence Ave SW
Washington, DC 20201

Nina Jankowicz
c/o Department of Homeland Security
2707 Martin Luther King Jr SE
Washington, DC 20528

Xavier Becerra
US Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

Brandon Brown
US Attorney for W.D. Louisiana
300 Fannin Street Suite 3201
Shreveport, LA 71101

Dr. Anthony Fauci
National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda MD 20892-8906

Office of General Counsel
Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

US Attorney General
Attn: Assistant Attorney General for Administration
950 Pennsylvania Avenue NW
Washington, DC 20530

5

National Institute of Allergy & Infectious Diseases
5601 Fishers Lane MSC 9806
Bethesda, MD 20892-8906

The Honorable Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

                                                        */s/ D. John Sauer*