MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
June 14, 2022

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Pending before the Court is a Motion for Preliminary Injunction [Doc. No. 10] filed by Plaintiff States of Missouri and Louisiana ("Plaintiff States"). Government Defendants[1] may file a response to the Motion for Preliminary Injunction on or before June 28, 2022. Plaintiff States may file a reply to the response no later than seven (7) days after the response is filed.

Plaintiff States shall serve a copy of this Minute Entry upon counsel for Defendants to ensure notice.

TAD

*TAD* (signature)

---

[1] Government Defendants are President Joseph R. Biden, Jr., Jennifer Rene Psaki, Vivek H. Murthy, Xavier Becerra, Department of Health & Human Services, Anthony Fauci, National Institute of Allergy & Infectious Diseases, Centers for Disease Control & Prevention, Alejandro Mayorkas, Department of Homeland Security, Jen Easterly, Cybersecurity & Infrastructure Security Agency, and Nina Jankowicz.