IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 3:22-cv-01213 |

**ORDER GRANTING PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE OVERLENGTH BRIEF**

 Before the Court is Plaintiffs' Motion for Leave to Exceed the Page Limit for Their Memorandum in Support of Motion for Preliminary Injunction, ECF No. 11, filed by Plaintiffs, the States of Missouri and Louisiana (the "States"). Having considered the Motion, the Court hereby GRANTS the States' Motion. Leave is hereby given to the States to file their overlength Memorandum in Support of Motion for Preliminary Injunction, ECF No. 11-1.

 *It is so ordered.*

Dated: _____  Signed: _____
                 Hon. Terry A. Doughty, U.S. District Judge