# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motion for Leave to Exceed the Page Limit for Their Memorandum in Support of Motion for Preliminary Injunction [Doc. No. 11] filed by Plaintiff States Missouri and Louisiana,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file Plaintiff States' Memorandum in Support of Motion for Preliminary Injunction [Doc. No. 11-1] in excess of page limits into the record of this matter.

MONROE, LOUISIANA, this 15th day of June 2022.

_____
Terry A. Doughty
United States District Judge