# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

|  |  |
|---|---|
| THE STATE OF MISSOURI, et al., )<br><br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>JOSEPH R. BIDEN, JR., in his official )<br>capacity as President of the United State, *et al.*, )<br>  )<br>  Defendants. ) | Case No. 3:22-cv-01213-TAD-KDM |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kyla M. Snow of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated: June 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC WOMACK
Deputy Branch Director

*/s/ Kyla M. Snow*
KYLA M. SNOW
Trial Attorney (Ohio Bar No. 96662)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
E-mail: kyla.snow@usdoj.gov

*Counsel for Defendant*