MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
June 21, 2022

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Pursuant to the filing of a Motion for Preliminary Injunction [Doc. No. 10] by Plaintiff States[1] on June 14, 2022, this Court issued a minute entry [Doc. No. 12] ordering Government Defendants[2] to file their response to the Motion for Preliminary Injunction by June 28, 2022.

Plaintiff States have since filed a Motion for Expedited Preliminary Injunction-Related Discovery [Doc. No. 17]. This issue must be resolved prior to a response by Government Defendants. Accordingly,

**IT IS ORDERED** that the June 28, 2022, deadline for Government Defendants to respond to the Motion for Preliminary Injunction is hereby **CONTINUED** without date.

**IT IS FURTHER ORDERED** that additional deadlines for responses will be set after the pending discovery motion [Doc. No. 17] is resolved.

TAD



---

[1] Plaintiff States consist of Missouri and Louisiana.
[2] Government Defendants are President Joseph R. Biden, Jr., Jennifer Rene Psaki, Vivek H. Murthy, Xavier Becerra, Department of Health & Human Services, Anthony Fauci, National Institute of Allergy & Infectious Diseases, Centers for Disease Control & Prevention, Alejandro Mayorkas, Department of Homeland Security, Jen Easterly, Cybersecurity & Infrastructure Security Agency, and Nina Jankowicz.