**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 3:22-cv-01213 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED
PRELIMINARY-INJUNCTION-RELATED DISCOVERY**

Before the Court is Plaintiffs' Motion for Expedited Preliminary-Injunction-Related Discovery, ECF No. 17, filed by Plaintiffs, the States of Missouri and Louisiana. Having considered the motion and the parties' briefing on the motion, the Court finds that good cause exists for expedited preliminary-injunction-related discovery on the basis Plaintiffs request. Accordingly, Plaintiffs' Motion for Expedited Preliminary-Injunction-Related Discovery, ECF No. 17, is GRANTED, and expedited discovery is hereby ORDERED as follows:

1.   Within three business days of the date of the Court's ruling on this Motion, if not before, Plaintiffs shall serve interrogatories and document requests on Defendants to discover the identities of federal officials who have been and are communicating with social-media platforms about so-called disinformation, misinformation, malinformation, and any censorship or suppression of speech on social media, and to discover the nature and content

1

of those communications.  In the same time, Plaintiffs may serve third-party subpoenas on a limited number of major social-media platforms seeking similar information about the identity of federal officials who communicate with them, and the nature and content of those communications.

2.   Within fourteen days of service of Plaintiffs' discovery requests, those receiving them shall provide objections and responses, if any, as well as responsive documents to Plaintiffs. Among other grounds, Defendants will have the opportunity to object on the ground that they believe any particular discovery request is overbroad or beyond the scope of the expedited discovery sought in Plaintiffs' Motion.

3.   Within ten days following receipt of the objections and responses and responsive documents, the parties shall meet and confer in good faith about any discovery disputes. At the conclusion of those ten days, the parties shall submit a joint statement to the Court in writing detailing the nature of all remaining disputes, if any.

4.   Also within ten days of receiving objections, responses, and documents, Plaintiffs shall notify Defendants whether, based on the discovery responses received, they seek any depositions relating to this discovery under Rule 30(a)(2) of the Federal Rules of Civil Procedure.  The parties shall meet and confer regarding any such deposition requests within the same ten-day period.  If the parties do not agree on depositions, at the conclusion of those ten days, the parties shall submit separate statements to the Court stating their positions on whether and why they believe any such deposition(s) should occur.

5.   After receiving those written submissions, the Court shall determine whether and to what extent additional document(s) should be produced, and whether and to what extent Rule 30(a)(2) deposition(s) will be allowed.

2

*It is so ordered.*


Dated: _____        Signed: _____
                                            Hon. Terry A. Doughty, U.S. District Judge