MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
June 22, 2022

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Plaintiff States[1] filed a Motion for Expedited Preliminary Injunction-Related Discovery [Doc. No. 17] on June 16, 2022. Government Defendants[2] may file a response to the pending motion on or before Friday, July 1, 2022. Plaintiff States may file a reply no later than five (5) days after the response is filed.

TAD



---

[1] Plaintiff States consist of Missouri and Louisiana.
[2] Government Defendants are President Joseph R. Biden, Jr., Jennifer Rene Psaki, Vivek H. Murthy, Xavier Becerra, Department of Health & Human Services, Anthony Fauci, National Institute of Allergy & Infectious Diseases, Centers for Disease Control & Prevention, Alejandro Mayorkas, Department of Homeland Security, Jen Easterly, Cybersecurity & Infrastructure Security Agency, and Nina Jankowicz.