*(Rev. 11/30/2018)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__MONROE__ DIVISION

STATE OF MISSOURI ET AL                              Case No. 3:22-CV-01213
        Plaintiff

        VS.                                            Judge TERRY A. DOUGHTY

BIDEN ET AL                                           Magistrate Judge KAYLA D. MCCLUSKY
        Defendant

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of __Missouri Attorney General's Office__ in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of __Missouri Supreme__ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, __Elizabeth Murrill__ of the firm of __Louisiana Dept. of Justice__ is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| _____ | _____ |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney must sign. No "s/ signature" accepted. | Local counsel may use typed "s/ signature" and must file electronically. |

PLEASE TYPE OR PRINT LEGIBLY:

Name: Todd A. Scott

Firm: Missouri Attorney General's Office

Address: 207 W. High Street

Jefferson City, MO 65102

Telephone: 573-751-8366

Fax: 573-751-0774

E-mail: Todd.Scott@ago.mo.gov

Additional e-mail(s):

Diana.Haines@ago.mo.gov

Tammy.Glenn@ago.mo.gov

LOCAL COUNSEL INFORMATION:

Name: Elizabeth Murrill

Firm: Louisiana Dept. of Justice

Address: 1885 North 3rd Street

Baton Rouge, LA 70802

Telephone: 225-326-6079

Fax:

E-mail: murrille@ag.louisiana.gov