UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE            DIVISION

STATE OF MISSOURI ET AL          Case No.  3:22-CV-01213

Plaintiff

VS.                              Judge  TERRY A. DOUGHTY

BIDEN ET AL                      Magistrate Judge  KAYLA D. MCCLUSKY

Defendant

**ORDER**

IT IS ORDERED that   Todd A. Scott                          be and is hereby

admitted to the bar of this Court pro hac vice on behalf of   Missouri Attorney General's Office

in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge