*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL  
Plaintiff

Case No. 3:22-CV-01213

VS.  
BIDEN ET AL

Judge TERRY A. DOUGHTY  
Magistrate Judge KAYLA D. McCLUSKY

Defendant

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>Missouri Attorney General's Office</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of <u>the Missouri Supreme</u> court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Elizabeth Murrill</u> of the firm of <u>Louisiana Dept. of Justice</u> is appointed as local counsel.

Page 1 of 3

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  _____
Signature of Applying Attorney            Signature of Local Counsel

Applying attorney may use typed "s/     Local counsel may use typed "s/ signature"
signature."                              and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:            LOCAL COUNSEL INFORMATION:

Name:       Kenneth C. Capps             Name:         Elizabeth Murrill
Firm:   Missouri Attorney General's Office   Firm:   Louisiana Attorney General's Office
Address:    815 Olive Street, Suite 200   Address:        P.O. Box 94005
            St. Louis, Missouri 63101                  Baton Rouge, LA 70804
Telephone:       314-340-7838            Telephone:       225-326-6766
Fax:                                     Fax:
E-mail:    Kenneth.Capps@ago.mo.gov      E-mail:    murrille@ag.louisiana.gov
Additional e-mail(s):
Diana.Haines@ago.mo.gov
Tammy.Glenn@ago.mo.gov

*(Rev. 6/14/2022)*

## Certificate of Service

I hereby certify that on _____, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: <u>Counsel of Record</u>, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: <u>n/a</u>.

_____
Signature

Name:      Elizabeth Murrill
Firm:      Louisiana Attorney General's Office
Address:      PO. Box 94005
     Baton Rouge, LA 70804-9005
Telephone:      225-326-6766
Fax:
E-mail:      murrille@ag.louisana.gov