*(Rev. 6/14/2022)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| Missouri et al<br>Plaintiff | Case No.  3:22-cv-01213 |
| VS.<br>Biden et al<br>Defendant | Judge  Terry A. Doughty<br>Magistrate Judge  Kayla D. McClusky |

**ORDER**

IT IS ORDERED that <u>Kenneth C. Capps</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Missouri</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 2022.

_____
U.S. Magistrate Judge