UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

STATE OF MISSOURI ET AL

Plaintiff

VS.

BIDEN ET AL

Defendant

Case No. 3:22-CV-01213

Judge TERRY A. DOUGHTY

Magistrate Judge KAYLA D. MCCLUSKY

**ORDER**

IT IS ORDERED that Todd A. Scott be and is hereby admitted to the bar of this Court pro hac vice on behalf of State of Missouri in the above described action.

SO ORDERED on this, the 24th day of June, 2022.

*Kayla Dye McClusky*
U.S. Magistrate Judge