AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

| | | |
|---|---|---|
| The State of Missouri, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22-cv-1213 |
| President Joseph R. Biden, Jr., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                    .

Date:       07/01/2022

/s/ Kuntal Cholera
*Attorney's signature*

Kuntal Cholera (DC Bar 1031523)
*Printed name and bar number*

1100 L St NW
Washington, D.C. 20005

*Address*

kuntal.cholera@usdoj.gov
*E-mail address*

(202) 305-8645
*Telephone number*

*FAX number*