IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>　　　　*Defendants*. | Case No. 3:22-cv-01213 |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR <u>EXPEDITED PRELIMINARY-INJUNCTION-RELATED DISCOVERY</u>**

Plaintiffs, the States of Missouri and Louisiana, by and through their Attorneys General, Eric S. Schmitt and Jeffrey M. Landry (collectively, "Plaintiffs" or "the States"), pursuant to the Local Rules of the U.S. District Court for the Western District of Louisiana, respectfully request this Court's leave to file a 14-page Reply in Support of their Motion for Expedited Preliminary-Injunction-Related Discovery, ECF 17, that exceeds the 10-page limit for briefs in the Local Rules. Counsel for Defendants have consented to this request. In support, the States state as follows:

On June 17, 2022, the States filed their Motion for Expedited Preliminary-Injunction-Related Discovery and Memorandum in Support, ECF 17 & 18. This Court ordered the Government to file its response by July 1, 2022, and the States to file their reply five days thereafter. The Government filed a 20-page response on July 1. ECF 26. The Government's

response challenges the States' standing and alludes to more comprehensive arguments on jurisdiction that the Government intends to file in a motion to dismiss at a later date. *See id.* In order to address these arguments and the Government's other arguments as comprehensively as possible, the States have prepared a reply memorandum of 14 pages, which exceeds the usual page limit by four pages. The States have conferred with counsel for Defendants regarding the relief requested to this motion, and they have consented to this request.

## CONCLUSION

For the reasons stated, Plaintiffs respectfully request the Court's leave to file a reply memorandum of approximately 14 pages in support of their Motion for Expedited Preliminary-Injunction-Related Discovery. The proposed reply memorandum is attached to this Motion.

Dated: July 6, 2022                                                         Respectfully submitted,

**ERIC S. SCHMITT**                                                **JEFFREY M. LANDRY**
**Attorney General of Missouri**                              **Attorney General of Louisiana**

/s/ D. John Sauer                                                        /s/ Elizabeth B. Murrill
D. John Sauer, Mo. Bar No. 58721*                       Elizabeth B. Murrill (La #20685)
  *Solicitor General*                                                      *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253                       Louisiana Department of Justice
  *First Assistant Attorney General*                         1885 N. Third Street
Todd Scott, Mo. Bar No. 56614                              Baton Rouge, Louisiana 70804
  *Senior Counsel*                                                        Tel: (225) 326-6766
Michael E. Talent, Mo. Bar No. 73339*                 murrille@ag.louisiana.gov
  *Deputy Solicitor General*                                     *Counsel for State of Louisiana*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*


\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 6, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties.

*/s/ D. John Sauer*