**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering Plaintiff States' Consent Motion for Leave to Exceed the Page Limit for Their Reply Memorandum in Support of Their Motion for Expedited Preliminary-Injunction-Related Discovery [Doc. No. 28],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file Plaintiff States' Reply Memorandum in Support of Their Motion for Expedited Preliminary-Injunction-Related Discovery [Doc. No. 28-1] into the record of this matter in excess of the page limitations.

MONROE, LOUISIANA, this 7th day of July 2022.

Terry A. Doughty
United States District Judge