UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,<br>    *et. al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the foregoing Motion for Leave to File Brief in Excess of Page Limits, ECF No. 31, filed by the Federal Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants have leave to file a brief of up to 65 pages in support of their Motion to Dismiss.

MONROE, LOUISIANA, this _____ day of July 2022.

_____
Terry A. Doughty
United States District Judge