AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| STATE OF MISSOURI, STATE OF LOUISIANA ) <br> *Plaintiff* ) <br> v. ) <br> JOSEPH R. BIDEN JR., et al. ) <br> *Defendant* ) | Case No. Case 3:22-cv-01213-TAD-KDM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS.

Date: 07/12/2022

/s/ INDRANEEL SUR
*Attorney's signature*

INDRANEEL SUR (D.C. Bar No. 978017)
*Printed name and bar number*

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
P.O. Box 883, Washington, D.C. 20044

*Address*

indraneel.sur@usdoj.gov
*E-mail address*

(202) 616-8488
*Telephone number*

(202) 616-8470
*FAX number*