IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,<br>                *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

For the reasons stated in the accompanying memorandum, Defendants hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Complaint for lack of subject-matter jurisdiction and failure to state a claim.[1]

---

[1] In the Court's order authorizing expedited discovery, ECF No. 34, the Court found that the States had standing based on the limited discussion presented in the parties' discovery briefs. Defendants respectfully suggest that the more complete discussion presented herein demonstrates why the States fail Article III's requirements.

1

Dated: July 12, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Director, Federal Programs Branch

*/s/ Kyla Snow*
KYLA SNOW (Ohio Bar No. 96662)
INDRANEEL SUR
KUNTAL CHOLERA
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
Kyla.Snow@usdoj.gov

*Attorneys for Defendants*