UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,<br>               *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the foregoing Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim, ECF No. 35, filed by the Federal Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

MONROE, LOUISIANA, this _____ day of July 2022.


_____
Terry A. Doughty
United States District Judge