IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

PLAINTIFFS' NOTICE OF COMPLIANCE
WITH THE COURT'S JULY 12, 2022 ORDER

Plaintiffs States of Missouri and Louisiana, by and through counsel, have complied with the Court's July 12, 2022 Memorandum Ruling and Order, Doc. 34, with respect to serving interrogatories and document requests upon Defendants and third-party subpoenas.

Dated: July 19, 2022

Respectfully submitted,

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ D. John Sauer*
D. John Sauer, Mo. Bar No. 58721*
 *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253
 *First Assistant Attorney General*
Todd Scott, Mo. Bar No. 56614*
 *Senior Counsel*
Michael E. Talent, Mo. Bar No. 73339*
 *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill (La #20685)
 *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*