J. Witham
15215 Aiken
Wake Forest NC
27587

US Dist Court
Clerk
800 Lafaette St.
Suite 2100
Lafaette, LA
70501

CERTIFIED MAIL

7021 0350 0000 5579 9601

RECEIVED
JUL 25 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

CLEARED FOR DELIVERY X-RAYED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

U.S. POSTAGE PAID
FCM LG ENV
MOUNT AIRY, NC
27030
JUL 22, 22
AMOUNT

**$9.17**

R2304M112669-25