# EXHIBITS
## Exhibit A



## Exhibit B

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | | | | | | Year | Month | Day | | SPECIALTIES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEBB, MICHAEL D. | | | | | | 2LT | 94 | 04 | 14 | MI | 35D00 | |

| Unit, Organization, Station, Zip Code or APO, Major Command | | | | | Reason for Submission | | Comp Code |
|---|---|---|---|---|---|---|---|
| HHC, 902D MI Group Fort Meade, MD 20755-5935 USAINSCOM | | | | | 03 | Change of Rater | AS |

| Period Covered FROM | | | THRU | | | No. of Months | MILPO Code | Rated Officer Copy | Forwarding Address |
|---|---|---|---|---|---|---|---|---|---|
| Year | Month | Day | Year | Month | Day | | | 1. Given to Officer | |
| 94 | 12 | 13 | 95 | 06 | 27 | 7 | MD13 | 2. Forwarded to Officer | |

**PART II - AUTHENTICATION**

a. NAME OF RATER: STURMER, RONALD T.
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, MI, 902D MI Group, Fort Meade, MD 20755  Deputy Commander
DATE: 5 Jul 95

b. NAME OF INTERMEDIATE RATER: (blank)

c. NAME OF SENIOR RATER: SWIFT, JOHN E. III
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, MI, 902D MI Group, Fort Meade, MD 20755-5910  Group Commander
DATE: 5 Jul 95

Signature of Rated Officer — Date: 5 Jul 95

**PART III - DUTY DESCRIPTION**

a. PRINCIPAL DUTY TITLE: GROUP EXECUTIVE OFFICER
b. SSI/MOS: 35E

c. Executive Officer to commander of a CDPL Colonel-level Military Intelligence Group. Functions include staff action control and coordination, and supervision of command group activities. Ensures the Group Comander stays advised of all actions that affect the Group mission. Keeps the Deputy Commander and primary staff informed of all matters pertaining to their respective areas. Responsible for ensuring the management information systems, and other time saving techniques. Supports subordinate commander through transfer of information on Group activities and decisions.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM**

a. PROFESSIONAL COMPETENCE (High Degree 1 — Low Degree 5)

| | | |
|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment — 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement — 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9505 | 1 | 10. Is adaptable to changing situations — 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards — 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  69/168  YES |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO — 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication — 1 |

b. PROFESSIONAL ETHICS

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1 & 2: A fast learner; aggressively seeks new and better ways to accomplish the mission.
a.3: Superb physical condition; runs marathons.
a.10: Remains flexible at all times; easily adapts to changing guidance.
b.1, 3 & 7: An exceptionally dedicated officer; gives 100 percent effort on every task regardless of personal concerns.

**a. RATED OFFICER'S NAME** WEBB, MICHAEL D.   **SSN**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   [X] YES   [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS   [ ] USUALLY EXCEEDED REQUIREMENTS   [ ] MET REQUIREMENTS   [ ] OFTEN FAILED REQUIREMENTS   [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.**

2LT Webb has accomplished his mission in an outstanding manner. He was given full responsibility for executing all the administrative requirements for the 902D MI Group's organizational inspection program and has ensured that all inspection schedules are thoroughly coordinated and deconflicted from all other activities and inspection results are accurately compiled. As the linchpin to the efficiency and effectiveness of the Command Group, his demeanor and ability to anticipate requirements were essential in optimizing the commander's time and expediting staff actions. He has been totally reliable in all aspects of his job and has willingly put in an inordinate amount of hours to ensure that every detail of an action is taken care of. 2LT Webb's ability to establish immediate rapport with senior personnel and agencies has significantly improved the professional image of the Group. A solid effort by an exceptional officer.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES   [ ] PROMOTE WITH CONTEMPORARIES   [ ] DO NOT PROMOTE   [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

Outstanding potential; he has the intelligence and determination to make things happen. He should be assigned as a battalion S-2 and company XO in preparation for command. Promote immediately and select for the MI Advanced Course.

**PART VI – INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII – SENIOR RATER**

**a. POTENTIAL EVALUATION** (See Chapter 4, AR 623-105)

SR / DA USE ONLY

**b. COMMENTS**

2LT Webb has done an outstanding job. He has truly become my right hand, enthusiasticly handling a myriad of actions. A less energetic and dedicated officer would flounder under the work load I have placed on him. Because of him, the mission of this command in not impeded by unnecessary distractions. He could serve as a company commander now. Likewise, he has the organizational ability and interpersonal skills necessary for excellence at higher staff levels. Select for battalion S-2, promote immediately and select for MI Advanced Course. Mike Webb is a strong officer; a leader for the 21st Century Army.

# Exhibit C

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (RU) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Year | Month | Day | | | | |
| WEBB, MICHAEL D. | | | 1LT | 96 | 04 | 14 | MI | 35D | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| HHD, 902D MI GROUP<br>FORT MEADE, MD 20755-5910  USAINSCOM | 04  DISCHARGE | AS |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | | | ☒ 2. FORWARDED TO OFFICER | |
| 96 | 07 | 01 | 97 | 04 | 15 | 09 | MD13 | 976414 | |

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| LINE, BRYON S. | | ☐ | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| GS-14, HHD, 902D MI GROUP, FORT MEADE, MD 20755-5910, DIR OF OPS | | | 976415 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE ☐ | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| SIMMONS, MICHAEL A. | | ☐ | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, MI, HHD, 902D MI GROUP, FORT MEADE, MD 20755-5910, GROUP S3 | | | 970415 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 970414 | | | | |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   Operations Officer | b. SSI/MOS   35D |
|---|---|

c. REFER TO PART III a, DA FORM 67-8-1

Operations Officer for the 902d Military Intelligence Group. Assists in planning, development, prioritizing and managing current operations for a Counterintelligence Group comprised of four battalions and 42 detachments throughout CONUS. Responsible for the Oversight and Group level management of all Red Teams. Coordinates Group operations with INSCOM and other MACOM operations offices. Coordinates mission execution by task organizing Group assets and monitoring implementation until complete. Prepares and presents weekly operational updates to the Group Commander and his staff. Coordinate, oversee and maintain a database of approximately 350 annually.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE   (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE ← → LOW DEGREE    1  2  3  4  5

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | |
| 3. Maintains appropriate level of physical fitness   PASS 9610 | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | |
| 8. Displays sound judgement | 1 | | | | |
| 9. Seeks self-improvement | 1 | | | | |
| 10. Is adaptable to changing situations | 1 | | | | |
| 11. Sets and enforces high standards | 1 | | | | |
| 12. Possesses military bearing and appearance   69/172 YES | 1 | | | | |
| 13. Supports EO/EEO | 1 | | | | |
| 14. Clear and concise in oral communication | 1 | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS

a.7,14  Gifted writer and speaker.
a.5     Maintains bearing and efficiency despite pressures.
b.1     Exceptionally dedicated to mission, soldiers, and unit.
b.7     Highly selfless performance of duty.

-45-

PERIOD COVERED 960701-970415

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME: WEBB, MICHAEL D.

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS: ☒ YES ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART IV a, b, AND c, DA FORM 67-8-1

☒ ALWAYS EXCEEDED REQUIREMENTS ☐ USUALLY EXCEEDED REQUIREMENTS ☐ MET REQUIREMENTS ☐ OFTEN FAILED REQUIREMENTS ☐ USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART IV a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.

An absolutely superb young officer. Few better. Committed, tireless, the epitome of the "can do" officer. LT Webb dynamically managed the myriad of complex Group current operations, nearly 450 distinct missions during his tenure, in a position normally held by a Captain. Of note were his diligent efforts to codify and rationalize the Group's new mission focus in support of Army Force XXI developments. He instituted effective computer based planning tools which simplified planning and allowed for outyear projecting of mission requirements and tasking. He ensured effective CI augmentation mission planning for new Group overseas commitments in Bosnia, Honduras, England, Turkey, Qatar, Saudi Arabia, and Korea, plus a dozen joint and major command exercises. LT Webb also developed comprehensive mission plans which integrated new aspects of Information Operations and Defense Industrial Security support to over two dozen major CI surveys, Vulnerability assessments and a Army level year long RED TEAM threat simulation in support of the Advanced Warfighter Experiment. LT Webb also orchestrated the first ever recurring support by Air Force Information Warfare elements for Group's RED TEAMs and major vulnerability assessments. His high energy, enthusiasm, and spirit was signally responsible for motivating a small and junior section of three personnel to high levels of performance and esprit de corps despite near constant personnel turbulence. In all, a great performance.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

☒ PROMOTE AHEAD OF CONTEMPORARIES ☐ PROMOTE WITH CONTEMPORARIES ☐ DO NOT PROMOTE ☐ OTHER (Explain below)

e. COMMENT ON POTENTIAL

1LT Webb performs at the 03 level now. Promote him now and use his talents in Company and Detachment command. He is a comer. Manage his career closely and use his great potential for advanced responsibilities and the tough jobs in the Army.

## PART VI - INTERMEDIATE RATER

a. COMMENTS

## PART VII - SENIOR RATER

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| HR | | RA | |
|---|---|---|---|
| ☒ | 4[ | 4] | RO: 1LT |
| | [ | 0] | WEBB MICHA |
| | [ | 0] | |
| | [ | 0] | SR: O5 |
| | [ | 0] | SIMMO |
| | [ | 0] | DATE 970422 |
| | [ | 0] | |

b. COMMENTS

Top 2% of all LTs I have rated. Superb officer and unlimited potential. Intelligent. Motivated. Enthusiastic. LT Webb undertook duties usually reserved for captains and consistently performed far beyond the high standards set for those tasks. He built and maintained a database which simplified planning and allowed for outyear projecting of mission requirements and taskings. Mike has already outdistanced his peers and is working at the next higher grade. Promote immediately. Selection for Company command is a must.

-46-

## Exhibit D

**OFFICER EVALUATION REPORT** — DA Form 67-9, OCT 97

**PART I — ADMINISTRATIVE DATA**
- Name: WEBB, MICHAEL D.
- Grade: CPT (2002 03 01), Branch: MI, Component: 35D
- Unit: Co C 1st Bn 417th Regt 1stBde (BCT) 98thDiv (IT), Pennsauken, NJ 08110, W76901 TPU
- Reason for Submission: 03 — Change of Rater
- Period Covered: 2003 11 01 — 2004 05 23 (7 months rated, 0 nonrated)
- Rated Officer signature date: 20040716

**PART II — AUTHENTICATION**
- Name of Rater: DANIELS, JODY J., LTC, Battalion Commander — signed 25 May 2004
- Name of Senior Rater: CATALANOTTI, ROBERT G., COL, Brigade Commander — signed 6 Jun 2004
- Senior Rater's Organization: HHC, 1st Brigade, 98thDiv(IT), 385 Niagara Street, Providence, RI 02907-2099
- Rated officer signed 11 Jul 2004

**PART III — DUTY DESCRIPTION**
- Principal Duty Title: Company Commander
- Position AOC: 01A00

Company Commander of a basic combat training company that trains new recruits to survive and defeat an enemy on the battlefield. Responsible for the health, welfare, and professional development of 18 soldiers. Responsible for accountability and maintenance of all assigned equipment. Additional responsibilities include supporting IET for an active component basic training battalion at Fort Leonard Wood, MO and supplying qualified drill sergeants to support other units at Fort Leonard Wood. Conduct support missions with the USMA, Army Reserve, and National Guard units to include CTT, BRM, and other training activities. Upon mobilization, support training base expansion at Fort Leonard Wood, MO to conduct basic training and or rapid train-up for IRR soldiers.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM**

CHARACTER

a. ARMY VALUES (Yes for all):
1. HONOR — Yes
2. INTEGRITY — Yes
3. COURAGE — Yes
4. LOYALTY — Yes
5. RESPECT — Yes
6. SELFLESS-SERVICE — Yes
7. DUTY — Yes

b.1 ATTRIBUTES: MENTAL — Yes; PHYSICAL — Yes; EMOTIONAL — Yes
b.2 SKILLS: CONCEPTUAL — Yes; INTERPERSONAL — Yes; TECHNICAL — Yes; TACTICAL — Yes
b.3 ACTIONS (LEADERSHIP): COMMUNICATING — Yes; DECISION-MAKING — Yes; MOTIVATING — Yes; PLANNING — Yes; EXECUTING — Yes; ASSESSING — Yes; DEVELOPING — Yes; BUILDING — Yes; LEARNING — Yes

c. APFT: PASS — Date: APR 2004; Height: 70; Weight: 180; YES

d. JUNIOR OFFICER DEVELOPMENT — Mandatory Yes/No entry: Yes. Developmental tasks recorded on DA Form 67-9-1a and quarterly follow-up counselings conducted.

DA FORM 67-9, OCT 97 — Replaces DA Form 67-8, 1 SEP 79, which is obsolete, 1 OCT 97

AUG 1 1 2004

| NAME WEBB, MICHAEL D. | SSN | PERIOD COVERED 20031101 – 20040523 |

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE   [ ] SATISFACTORY PERFORMANCE, PROMOTE   [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE   [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c DA FORM 67-9-1.

CPT Webb put in a spectacular performance during this rating. His primary focus was the development, preparation, and execution of a multi-battalion 36-hour MOUT FTX. He developed and refined an overall plan that focused on the Basic Combat Training (BCT) skills that drill sergeants must have to train our newest soldiers. He developed an extensive OPORDER that included annexes covering all aspects of the mission including risk assessments. He created briefing materials containing an overview of the entire exercise along with relevant diagrams of the various sites, routes of march, and MOUT assault sectors. CPT Webb led the execution of the FTX, which included a 10K tactical road march with ambushes, perimeter security with an overnight soft probe of the MOUT objective, training and rehearsal on MOUT activities including clearing of rooms, floors, and buildings; approaching a building; and reacting to an ambush while in a convoy. To make the FTX possible, he secured funds and equipment to include paintball weapons and pyrotechnics for realism. He coordinated with Drexel University leadership to have cadets act as OPFOR and then participate in leadership roles. CPT Webb ensured that AAR's were conducted at the conclusion of each activity to gather immediate feedback. CPT Webb also facilitated the execution of a MOBEX that integrated legal and medical support resulting in the generation of numerous mobilization documents, conduct of over 50 dental exams, a variety of required immunizations given, and a significant number of family members receiving ID cards. Laudably, CPT Webb has continued his professional development efforts through the completion of the Public Affairs Officer Qualification Course and the Action Officer Development Course, while also working on the Military Observer Controller Course, and completing his first semester towards receiving an MBA.
CPT Webb's future is unlimited. He should be assigned as a Bn Assistant S-3 and then a Bn S-3.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Would serve the Army best in OPCF 35

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

I currently senior rate _29_ officers in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES  [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA) USAR COMPARISON OF THE SENIOR RATERS PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: CPT WEBB MICHAEL D
SR: COL CATALANOTTI ROBERT G
DATE: 2004 08 11
TOTAL RATINGS: 3
RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Dedicated, energetic, and professional to the core, CPT Webb's performance was superlative. His preparation for and execution of the MOBEX and FTX were noteworthy, ensuring that all large and small details were covered. His personal coordination efforts directly led to this battalion improving its readiness posture. His interactions with sister battalion leadership were highly professional and commendable. He has taken efforts to grow his subordinates, which was obvious during the high quality multi-battalion FTX. His incorporation of family into the MOBEX helped strengthen the ties with the Family Readiness Group. CPT Webb has the potential to be an excellent battalion commander.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion Assistant S-3, Battalion S-3, Battalion XO
Would serve the Army best in OPCF 35

DA FORM 67-9, OCT 97 (Reverse)                                          USAPA V2.00

00316601

# OFFICER EVALUATION REPORT

**PART I - ADMINISTRATIVE DATA**

| Name | SSN | Rank | DOR | Branch | Spec |
|---|---|---|---|---|---|
| WEBB, MICHAEL D. | | CPT | 2002 03 01 | MI | 35D |

Co C, 1st Bn 417th Regt 1st Bde (BCT) 98th DIV (IT), Pennsauken, NJ 08110 W76801 TPU

Period of Report: 2004 05 24 – 2005 05 23, 12 months, Non-rated: 0, Annual, 05

Thru date: 20050801, Rated months: 14

**PART II - AUTHENTICATION**

Rater: MERRILL, DANA M. — LTC — Battalion Commander — 14 Jun 2005

Senior Rater: CARPENTER, BRIAN M. — COL — Brigade Commander — 16 Jul 2005

HHC 1st Bde (BCT) 98th DIV (IT)
385 Niagara Street, Providence, RI 02907-2099 — 17 Jul 2005

**PART III - DUTY DESCRIPTION**

Principal Duty Title: Company Commander — Position AOC: 01A00

Company Commander of a basic combat training company that trains new recruits to survive and defeat an enemy on the battlefield; responsible for the health, welfare and professional development of 18 soldiers; responsible for the accountability and maintenance of assigned equipment; additional responsibilities include supporting Initial Entry Training (IET) at Fort Leonard Wood, MO and supplying qualified drill sergeants to support other units at Fort Leonard Wood; conduct support missions with the US Military Academy (USMA), US Army Reserve, and National Guard units to include Warrior Task Training (WTT), Basic Rifle Marksmanship (BRM) and other activities; upon mobilization, support training base expansion at Fort Leonard Wood to conduct basic training and/or rapid train-up for IRR soldiers; plan, coordinate and execute organizational events.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM**

**CHARACTER**

**a. ARMY VALUES** (Yes / No)
1. HONOR — X
2. INTEGRITY — X
3. COURAGE — X
4. LOYALTY — X
5. RESPECT — X
6. SELFLESS-SERVICE — X
7. DUTY — X

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS**

b.1 ATTRIBUTES:
- MENTAL — YES
- PHYSICAL — NO
- EMOTIONAL — NO

b.2 SKILLS (Competence):
- CONCEPTUAL — YES
- INTERPERSONAL — NO
- TECHNICAL — YES
- TACTICAL — NO

b.3 ACTIONS (Leadership):
- COMMUNICATING — NO
- DECISION MAKING — NO
- MOTIVATING — NO
- PLANNING — YES
- EXECUTING — NO
- ASSESSING — NO
- DEVELOPING — YES
- BUILDING — NO
- LEARNING — YES

APFT: PASS — Date: NOV 2004 — Height: 70 — Weight: 183 — YES

Officer Development: YES / NO / X

DA FORM 67-9, DEC 2004 — AUG 04 2005

-49-

NAME: WEBB, MICHAEL D.            SSN:            PERIOD COVERED: 20040524 - 20050523

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

☐ OUTSTANDING PERFORMANCE, MUST PROMOTE  ☒ SATISFACTORY PERFORMANCE, PROMOTE  ☐ UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  ☐ OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV, a, b, c, d, e, DA FORM 67-9-1.

CPT Webb is an excellent officer who continues to do well. During the training year he has planned and conducted a battalion level field training exercise that included range qualification and MOUT training. He has also been responsible for coordinating and executing Warrior Task Training and NBC Training. As the battalion Mobilization Officer, CPT Webb has been an asset to the unit. He volunteered to support the recent unit deployment where he updated the home station activity plan and coordinated with higher headquarters to ensure all relevant tasks. CPT Webb also updated the unit Mobilization Files and received a satisfactory rating from our recent brigade Organizational Inspection. CPT Webb is always looking to improve upon his knowledge. He is enrolled in an MBA program and has recently completed the Combined Arms Exercise. CPT Webb is a fine officer and would do well as a battalion S-1 or Asst battalion S-3.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY (ACC) OFFICERS, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Would serve the Army best in OPCF/35

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

☒ BEST QUALIFIED  ☐ FULLY QUALIFIED  ☐ DO NOT PROMOTE  ☐ OTHER (Explain)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

NO BOX CHECK

RO: CPT WEBB MICHAEL D
SR. COL CARPENTER BRIAN M
DATE: 0
TOTAL RATINGS: 0
RATINGS THIS OFFICER: 0

Consider for service as:  12  altzaspih ESq pnk
A completed (list) for a S1 a1 sus cushed pith his report and considered in not similar and senior.
☒ YES  ☐ NO if yes he and

c. COMMENT ON PERFORMANCE/POTENTIAL

CPT Webb continues his record of solid performance. He meticulously planned and executed three battalion level training events. CPT Webb also is the go-to guy for mobilization assistance for his battalion. He excelled at supporting all battalion soldiers during their deployment for Operation Iraqi Freedom. CPT Webb possesses the mental awareness and dedication to duty of a more senior officer. He would do well as an Assistant Battalion S-3.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY OFFICERS (ACC), ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Assistant Battalion S-3, Battalion S-1, Battalion S-4
Would serve the Army best in OPCF/35

DA FORM 67-9, DEC 2004 (Reverse)

00365438

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCS, G-1.

FOR OFFICIAL USE ONLY (FOUO)
Protected by Privacy Act of 1974

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. COMPONENT / SPECIALTY |
|---|---|---|---|---|---|---|---|
| WEBB, MICHAEL D. | | CPT | Year 2002 | Month 03 | Day 01 | MI | 35D |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| Co C 1st Bn 417th Regt 1st Bde(BCT) 98th Div(IT), Pennsauken, NJ 08110, W76801  TPU | 04  PCS |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | n. PSB | o. CVD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | | | | | |
| Year | Month | Day | Year | Month | Day | | | | 1. Given to Officer | Date | INITIAL | | |
| 2005 | 05 | 24 | 2006 | 03 | 12 | 10 | | 0 | X 2. Forwarded to Officer | 20060616 | | 14 | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| MERRILL, DANA M. | | LTC | Battalion Commander | | 6 May 2006 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| DENISEWICH, RAYMOND | | COL | Brigade Commander | | 16 May 2006 |

SENIOR RATER'S ORGANIZATION
HHC 1st Bde (BCT) 98th Div (IT)
385 Niagara Street, Providence, RI 02907-2099

BRANCH: IN

| d. SIGNATURE OF RATED OFFICER | DATE |
|---|---|
| Michael D. Webb | 26 May 2006 |

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Company Commander
b. POSITION AACOB: O1A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES: Refer to Part IVa, DA Form 67-9-1.

Company Commander of a Basic Combat Training Company that trains new recruits to survive and defeat an enemy on the battlefield. Responsible for the health, welfare, and professional development of 18 soldiers. Responsible for the accountability and maintenance of assigned equipment. Responsibilities include supporting Initial Entry Training (IET) at Fort Leonard Wood, conducting support missions with the US Military Academy (USMA), US Army Reserve, Civil Affairs Units and National Guard units to include Warrior Task Training (WTT), Common Task Training(CTT), Basic Rifle Marksmanship (BRM) and other activities. Upon mobilization, support training base expansion at Fort Leonard Wood, MO to conduct basic combat training and/or rapid train-up for IRR soldiers. Plan, coordinate, and organize events.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1)
Fundamental qualities and characteristics

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | MENTAL | X | | 2. | PHYSICAL | X | | 3. | EMOTIONAL | X | |

b.2. SKILLS (Competence) (Select 2)
Skill development is part of self-development. Prerequisite to action

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CONCEPTUAL | X | | 2. | INTERPERSONAL | X | | 3. | TECHNICAL | X | |
| 4. | TACTICAL | X | | | | | | | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

INFLUENCING
Method of reaching goals while operating / improving

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | COMMUNICATING | X | | 2. | DECISION-MAKING | X | | 3. | MOTIVATING | X | |

OPERATING
Short term mission accomplishment

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | PLANNING | X | | 5. | EXECUTING | X | | 6. | ASSESSING | X | |

IMPROVING
Long-term improvement in the Army, its people and organizations

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. | DEVELOPING | X | | 8. | BUILDING | X | | 9. | LEARNING | X | |

c. APFT: PASS    DATE: JUN 2005    HEIGHT: 69    WEIGHT: 194    YES

d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?    YES [ ]  NO [X]

DA FORM 67-9, DEC 2004    REPLACES DA FORM 67-9, OCT 97, WHICH IS OBSOLETE.    APD V1.00

-51-

NAME: WEBB, MICHAEL D.  SSN: ___  PERIOD COVERED: 20050524 – 20060312

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

- [X] OUTSTANDING PERFORMANCE, MUST PROMOTE
- [ ] SATISFACTORY PERFORMANCE, PROMOTE
- [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
- [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

CPT Webb continues to exceed the standard. In support of the United States Military Academy, he planned, coordinated, and executed Night Fire Ranges for USMA cadets, while managing taskforce soldiers from 4 different units. Always seeking to develop new ways to conduct training, he forged partnerships with Rutgers University-Camden and Haddonfield High school and executed the first ever battalion level training for Combatives. As an experienced battalion level planner he had done all the ground work for the battalion Field Training Exercise. The Field Training Exercise focused on Weapons Qualification for 4 Army Reserve Units, Warrior Task Training, Convoy Operations, Improvised Explosive Device-Defeat, and Forward Operating Base tactics, techniques, and procedures. He also coordinated the use of the Forward Operating Base on Fort Dix and the Fort Dix Central Issue Facility to support the FTX operations. During this rating period CPT Webb has picked up the additional duties of Safety Officer and IED-D Trainer for the battalion. He aggressively tracked down the appropriate training and achieved the qualifications needed to perform these functions. CPT Webb has also acted as the Executive Officer for the battalion and conducted Staff visits to Fort Leonard Wood to evaluate the performance of this battalion's Drill Sergeants. He has also managed to increase his company strength from 64 to 77%.

CPT Webb is an excellent officer and would do well as a Battalion Assistant S-3 or Battalion S-4. Promote to Major.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE

Would serve the Army best in OPCF 35.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

- [X] BEST QUALIFIED
- [ ] FULLY QUALIFIED
- [ ] DO NOT PROMOTE
- [ ] OTHER (Explain below)

I currently senior rate ___ 17 ___ officers in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA) USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

NO BOX CHECK

RO: CPT WEBB MICHAEL D
SR: COL DENSEVICH RAYMOND
DATE: 2006 07 18
TOTAL RATINGS:
RATINGS THIS OFFICER:

c. COMMENT ON PERFORMANCE/POTENTIAL

CPT Webb has done an outstanding job this rating period. He continues to meticulously plan and execute battalion/taskforce level training events. He excelled at supporting USMA cadets during their Night Fire Ranges and forged soldiers from four different units into a cohesive team. CPT Webb continuously seeks to improve his abilities. He became the IED-D trainer for his battalion and has begun to weave the training into the battalion's training schedule. CPT Webb demonstrates a maturity and dedication to duty of a more senior officer. He would do well as an Assistant Battalion S-3. Promote to Major with his peers.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion Assistant S-3, Battalion S-4, Battalion S-3
Would serve the Army best in OPCF 35

DA FORM 67-9, DEC 2004 (Reverse)   APD V1.00

# Exhibit E

00185433

**OFFICER EVALUATION REPORT**
For use of this form, see AR 623-105; the proponent agency is DCSPER
SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. BRANCH | f. COMPONENT / PMOS SSI |
|---|---|---|---|---|---|
| WEBB, MICHAEL D. | | CPT | Year 2002 Month 03 Day 01 | MI | 35D |

c. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: 1st Bn, 417th Regt, 1st Bde, 98th Div (IT), Pennsauken, NJ 08110 (W768AA) (TPU)

h. REASON FOR SUBMISSION: 04 Change of Duty

### I. PERIOD COVERED

| FROM | THRU | # RATED MONTHS | NONRATED CODES | NO. OF ENCL | i. RATED OFFICER COPY (Check one and date) | Date | j. PSB INITIAL | k. CMD CODE | l. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| Year 2001 Month 11 Day 04 | Year 2002 Month 10 Day 31 | 12 | | 0 | X 2. Forwarded to Officer | 20030211 | BG | | 14 |

## PART II - AUTHENTICATION

Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct.

| a. NAME OF RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| HERWEHE, Kenneth J. | | MAJ | Executive Officer | | 8 Dec 2002 |

| b. NAME OF INTERMEDIATE RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| DANIELS, Jody J. | | LTC | Commander | Jody J Daniels | 5 Jan 2003 |

SENIOR RATER'S ORGANIZATION: HHD, 1st Bn, 417th Regt, 1st BDE, 98th Div (IT), 3911 Federal Street, Pennsauken, NJ 08110
BRANCH: MI
SENIOR RATER TELEPHONE NUMBER:

Rated officer: I have seen this report and verified all the admin data. Yes, comments are attached [ ] No [X]

SIGNATURE OF RATED OFFICER: [signed] DATE: 5 JAN 2003

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Personnel Officer S-1

b. POSITION AOC: 01A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IV a, DA FORM 67-9-1:

Personnel Officer for an Initial Entry Training (IET) Battalion consisting of an HHD and five line companies. Advises and assists the Commander in all matters relating to personnel actions. Provide leadership to personnel section to ensure soldiers are trained and ready to perform assigned duties to meet unit mission requirements. Additional duties include: Mobilization officer; Weight control Officer; Information Manager; Reenlistment Officer; Public Affairs Officer; Records Management Officer; Telecommunications Control Officer; Mobilization Purchasing Authority; Information system Officer; OER/NCOER control Officer; DEERS Enrollment Verifying Officer.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

### a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

### b.1. ATTRIBUTES (Select 1)
Fundamental qualities and characteristics

| 1. MENTAL | YES | NO | 2. PHYSICAL | YES | NO | 3. EMOTIONAL | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Possesses desire, will, initiative, and discipline | X | | X Maintains appropriate level of physical fitness and military bearing | X | | Displays self-control; calm under pressure | X | |

### b.2. SKILLS (Competence) (Select 2)
Skill development is part of self-development; prerequisite to action

| X CONCEPTUAL | YES | NO | 2. INTERPERSONAL | YES | NO | X TECHNICAL | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | | Shows skill with people; coaching, teaching, counseling, motivating and empowering | X | | Possesses the necessary expertise to accomplish all tasks and functions | X | |

| 4. TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES | NO |
|---|---|---|---|
| | | X | |

### b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

**INFLUENCING** — Method of reaching goals while operating / improving

| 1. COMMUNICATING | YES | NO | 2. DECISION-MAKING | YES | NO | 3. MOTIVATING | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Displays good oral, written, and listening skills for individuals / groups | X | | Employs sound judgment, logical reasoning and uses resources wisely | X | | Inspires, motivates, and guides others toward mission accomplishment | X | |

**OPERATING** — Short-term mission accomplishment

| 4. PLANNING | YES | NO | X EXECUTING | YES | NO | 6. ASSESSING | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Develops detailed, executable plans that are feasible, acceptable, and suitable | X | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | | Uses after-action and evaluation tools to facilitate consistent improvement | X | |

**IMPROVING** — Long-term improvement in the Army, its people and organizations

| X DEVELOPING | YES | NO | 8. BUILDING | YES | NO | X LEARNING | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Invests adequate time and effort to develop individual subordinates as leaders | X | | Spends time and resources improving teams, groups and units; fosters ethical climate | X | | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS  DATE: OCT 2002  HEIGHT: 70  WEIGHT: 179  YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  YES [ ] NO [ ] N/A [X]

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

FEB 1 9 2003

## Exhibit F



955 S Columbus Street, #426
Arlington, Virginia 22204
(802) 468-7589
GiveFaithATry@gmail.com

March 23, 2020

Dionne Hardy
White House FOIA Officer
The White House
725 17th Street NW, Suite 9204
Washington, DC 20503

Dennis C. Barghaan, Jr.
U.S. Attorney
Eastern District of Virginia
Alexandria Division
2100 Jamieson Avenue
Alexandria, VA 22314

### RE: Request for Information Regarding Classification of a Novel Coronavirus

Dear Ms. Hardy:

Pursuant to the *Freedom of Information Act*, 5 U.S.C. § 552, we are presenting this request for release of documents pertaining to the classification of COVID-19, an infectious pathogen, for which, that, 607,234, 476,123 laboratory confirmed, 25,948 hospitalizations, 24,631 laboratory confirmed, and 10,137 fatalities, 8,497 laboratory confirmed in the Commonwealth of Virginia, CITE, where the nation's only physician serving as a state governor, CITE, has evaded the Sheriff for the City of Alexandria since April 2, 2020, *Webb v. Northam, et al.*, Case Number CL20001624 (Alexandria Cir. 2020), in contempt of court, Va. Code § 18.2-456(B); Va. Code § 16.1-264, and has evaded the United States Marshal since June 2, 2020. *Webb v. Northam*, Civil Action No. 3:20CV497 (E.D.Va. 2020), *on appeal Webb v. Northam, et al.*, Record Number 20-1968 (Fourth Cir. 2020), in violation of 18 U.S.C. § 1512(b)(2)(C), with impunity.

### Statement of the Facts

According to national public health authorities, "COVID-19 spreads mainly from person to person through respiratory droplets", and they claim that "Studies show that masks reduce the spray of droplets when worn over the nose and mouth." Staff, "Guidance for Wearing Masks," *CDC*, February 18, 2021, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html (accessed March 23, 2021). Moreover, as you may, or may not, be aware, "[i]n a statement, AstraZeneca said its COVID-19 vaccine had a 79% efficacy rate at preventing symptomatic COVID and was 100% effective in stopping severe disease and hospitalization." Maria Cheng & Lauran Neergaard, "AstraZeneca: US data shows vaccine effective for all ages," *ABC* News, March 22, 2021. *But see* James Crump, "Three fully vaccinated Hawaii residents test positive for Covid," *Independent*, March 22, 2021. Further, "[t]here was a comparable response between the 100-µg and 250-µg dose groups, and both were greater compared

-1-

**Exhibit G**

19:06

⟨ Inbox    **16 Messages**

**MBX OMB FOIA**
To: Mike.Webb84@gmai... ⟩
3/23/21

# RE: [EXTERNAL] FOIA Request Re: Infectious Dose and Secondary Attack Rate

Greetings: This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated and received in this office on March 23, 2021. Your appeal has been logged in and is being processed. For your

19:06 ☰ ▪▫▫ 5G E

⟨ Inbox **FOIA Request Re: Inf...** ∧ ∨

16 Messages

... processed. For your reference, the OMB FOIA number is 21-220.

Thank you,
Dionne Hardy

**From:** Michael Webb <mike.webb84@gmail.com>
**Sent:** Tuesday, March 23, 2021 4:32 PM
**To:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>; Dennis Barghaan <dennis.barghaan@usdoj.gov>
**Cc:** Scott McCaffrey <smccaffrey@sungazette.net>; Patricia Sullivan <Patricia.Sullivan@washpost.com>; John Gizzi <johng@newsmax.com>;

   

## Exhibit H



**The Republic Can** 00:18
To: otp.informationde… & 15 more >

# Formal Complaint Under Article 15 of the Rome Statute Regarding a Novel Coronavirus

Lenten Greetings!

I have many distinctions, particularly of late, to include being named the number two internet fail politician in the world, according to Rolling Stone and Nigeria Today (deleted), sandwiched between two former Members of British Parliament, and, I have yet to hold an elective office. Such is public life, but, in a former life, I had been a special operations soldier, assigned to the elite 75th Ranger Regiment, and the former Operations Officer for all U.S. Army strategic counterintelligence, and, suffice it to say that a novel coronavirus was not necessarily entirely novel to me, generally, within the context of particular aspects that suggested that it was not an