IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI *ex rel.* ERIC S. SCHMITT, Attorney General, and STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br>     *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br>     *Defendants*. | Civil Action No. 3:22-cv-01213 |

## LOCAL RULE 83.1(M) CERTIFICATION

I, the Petitioner, Major Mike Webb, a *pro se* litigant in the above referenced matter, under the authority of Fed.R.Civ.Pro. 24, hereby declare under penalty of perjury that:

  No attorney has prepared, or assisted in the preparation of this pleading.

Name of Party (Print or Type): Major Mike Webb, 955 S. Columbus Street, Unit # 426, Arlington, Virginia 22204, GiveFaithATry@gmail.com, 856-220-1354.

_____      Executed on: 7-23-22 (Date)
Signature of Party

Subscribed, acknowledged and sworn to before me, the undersigned Notary Public in the

County of ___Arlington___, in the Commonwealth of Virginia, this ___13___ day of ___July___, 20__22__.

_____
NOTARY PUBLIC

My commission expires: 06/30/2025  Registration Number: 7966925

MISHEL E TIPAN
NOTARY PUBLIC
REG. #7966925
MY COMMISSION EXPIRES
06/30/2025
COMMONWEALTH OF VIRGINIA