IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI *ex rel.* ERIC S. SCHMITT, Attorney General, and STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>    *Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants.* | Civil Action No. 3:22-cv-01213 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July 2022, I will that I will mail/email this Request for

Leave to Intervene application to the following parties, named in suit:

D. John Sauer, Esq.
Mo. Bar No. 58721
Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8870
Email: John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

Elizabeth B. Murrill, Esq.
La. Bar No. 20685
Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

Kyla Snow, Esq.
U.S. Department of Justice
1100 L. Street, NW
Washington D.C. 20005
Civil Division, Federal Programs Branch
Email: Kyla.Snow@usdoj.gov

Kuntal Cholera
U.S. Department of Justice
1100 L. Street, NW
Washington D.C. 20005
Civil Division, Federal Programs Branch
Email: Kuntal.Cholera@usdoj.gov;
Indraneel.Sur@usdoj.gov

-2-

Respectfully submitted,

*/s/ Michael D. Webb*

Michael D. Webb, a/k/a Major Mike Webb
955 S. Columbus Street, Unit # 426
Arlington, Virginia 22204
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com
Date: July 23, 2022