Fauci Virus Litigation
955 S Columbus St
#426
Arlington, VA 22204



RECEIVED
IN MONROE, LA.
JUL 28 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Clerk
U.S. District Court
Western District of Louisiana
201 Jackson Street
Monroe, LA 71201