# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Before the Court is Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, filed July 29, 2022. Plaintiffs' Consent Motion of Extension of Time is unopposed. Having considered the Motion, the Court hereby GRANTS the States' Motion. Plaintiffs shall have until August 12, 2022, in which to file their Response to Defendants' Motion to Dismiss, ECF No. 35, and Defendants shall have until August 20, 2022, to file their Reply in support of their Motion to Dismiss.

*It is so ordered.*

Dated: _____     Signed: _____
                                           Hon. Terry A. Doughty, U.S. District Judge

1