UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

Pending before the Court are two Motions to Intervene [Doc. Nos. 39, 40]. The Motions were filed by Kimberly D. Hogan ("Hogan") and Mike Webb ("Webb"), respectively. Hogan requests intervention on the basis of her being an investigative journalist. Webb requests intervention on the basis of his being a litigation hobbyist.

After reviewing the Motions, the Court finds that Hogan and Webb have not satisfied the requirements for intervention. It further adopts its reasoning in its July 29, 2022, Memorandum Ruling [Doc. No. 42] for denial. Accordingly,

**IT IS ORDERED** that Kimberly D. Hogan's Motion to Intervene [Doc. No. 39] and Mike Webb's Motion to Intervene [Doc. No. 40] are **DENIED**.

MONROE, LOUISIANA, this 1st day of August 2022.

Terry A. Doughty
United States District Judge