IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and <br><br> STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-01213 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Before the Court is Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, filed July 29, 2022. Plaintiffs' Consent Motion of Extension of Time is unopposed. Having considered the Motion, the Court hereby GRANTS the States' Motion. Plaintiffs shall have until August 12, 2022, in which to file their Response to Defendants' Motion to Dismiss, ECF No. 35, and Defendants shall have until August 20, 2022, to file their Reply in support of their Motion to Dismiss.

*It is so ordered.*

Dated: August 2, 2022         Signed: _____
                                             Hon. Kayla D. McClusky, U.S. Magistrate Judge

1