IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.;<br><br>        *Defendants*. | Case No. 3:22-cv-01213 |

**DECLARATION OF JESSICA MARIE GULMIRE**

    1.  I, Jessica Marie Gulmire, f/k/a Jessica Marie Baumgartner, am over the age of 18 and competent to testify about the matters discussed herein.

    2.  I am publicly known under the name Jessica Marie Baumgartner, my previous married name, as my writing career began under that name.

    3.  I reside in Missouri and was a freelance journalist for The Epoch Times, an independent news media company covering 21 languages and 33 countries around the world.  Our national and international reach encompassed audiences in Missouri and Louisiana.

    4.  The Epoch Times was founded in the United States in 2000 by Chinese-Americans who had fled communism and censorship, and the company has received numerous awards, including from the New York Press Association, the Society of Professional Journalists, and the Society for News Design.

1

5. My professional journalism experience includes pieces for Evie Magazine, The New American, American Thinker, The St. Louis Post-Dispatch, and many more publications, and I have authored multiple books.

6. I make this declaration based on personal knowledge.

7. I have been censored numerous times by Facebook and Twitter even before I joined The Epoch Times in the summer of 2021.

8. My personal posts regarding excessive COVID-19 measures and regarding the election were repeatedly flagged and taken down by Facebook and Twitter, and I became so frustrated that I deleted my accounts on those platforms in August of 2020, even though many publishers require a presence on those sites in order to obtain further writing assignments.

9. My career progressed towards journalism in early 2021, but in so doing, I found my professional work being censored as well.

10. After joining The Epoch Times, I broke a story on July 9, 2021 using leaked documents entrusted to me by a retired nurse. The story was entitled "Nurse Blows the Whistle on the Medical Industry: 'They're Not Offering Informed Consent'".

11. The nurse confided that she left the profession early, at a young age, because she could not in good conscience work in the medical industry while witnessing various inconsistencies regarding how the COVID-19 pandemic was handled. She provided numerous documents from the hospital she worked for which displayed proof of many concerning issues, including that the COVID-19 vaccine had never been tested on pregnant women but that the hospital encouraged doctors to advise pregnant women to get the experimental shot and administer it to them.

12. The article went viral as soon as it was published, but shortly after, I learned that Facebook was labeling it as "misinformation."

13. Since then, Pfizer documents have been released showing a significant number of pregnant women were reported to have experienced miscarriage after receiving the vaccine, and I am left to wonder how many of the babies would have survived if my article had not been suppressed.

14. On August 4, 2021, I released a story entitled "Missouri Parents Censored Online for Opposing Mask Mandates in School" involving two Missouri parents who had been censored online for opposing mask mandates. One of these parents was Mr. Joshua McCollum.

15. I interviewed Mr. McCollum. He had posted to social media platform Nextdoor about opposing mask mandates and had created a petition to prevent a local school district in St. Peters, Missouri, from implementing mask mandates for children who have reportedly experienced developmental delays and health problems due to prolonged masking in schools.

16. Mr. McCollum's posts were not seen by friends and family on Nextdoor, and when I tried to share his petition, a warning was issued.

17. I have written eleven articles between February and September 2021 for American Thinker and discovered that Pinterest would not allow any work from that site to be posted or shared; it was completely banned. The articles included opinion pieces about mask mandates, vaccines, lockdowns and mental health, as well as alleged privacy abuses by Facebook and Twitter.

18. In March 2022, I went to support the People's Convoy when the peaceful truckers' protest came through Cuba, Missouri. It was such a notable event that I wrote an article on it for The Federalist, "What I Saw When I Met the U.S. Truckers' Convoy In Missouri", but my friends and family informed me that they were unable to share it on Facebook. The site would not allow it.

19. This was especially concerning given the American truckers had banded together, after witnessing the Canadian Freedom Convoy, in an effort to pressure the Biden administration to end

the national state of emergency which granted the federal government intrusive powers that have been extended for over two years now.

20. I recently rejoined Twitter as the Elon Musk takeover is potentially going through. Within just two months of returning, I have had numerous posts flagged or been locked out of my account for mentioning alternative COVID-19 treatments, mentioning the fact that masks have caused some developmental and health issues in children, and mentioning that I am healthy even though I have not received the COVID-19 vaccine.

21. There is no doubt that my writing and my posts have been subjected to censorship to suppress certain facts from the public and prevent individuals from receiving vital information that is critical of the current administration and federal government overreach.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2022                                     Signed: */s/ Jessica Marie Gulmire*