IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General,<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**PLAINTIFFS' NOTICE OF JOINDER IN PREVIOUSLY FILED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, the States of Missouri and Louisiana, by and through their Attorneys General, Eric S. Schmitt and Jeffrey M. Landry (the "States"), respectfully notify the Court that they continue to maintain their previously filed Motion for Preliminary Injunction, Doc. 10, and Memorandum in Support, Doc. 15.  The First Amended Complaint, Doc. 45, filed today, incorporates many factual allegations from the States' preliminary-injunction briefing and reinforces their request for preliminary injunctive relief as set forth in those pleadings.

Plaintiffs Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron Kheriaty, Jim Hoft, and Jill Hines respectfully notify the Court that they join in the States' previously filed Motion for Preliminary Injunction, Doc. 10, and Memorandum in Support, Doc. 15.

| | |
|---|---|
| Dated: August 2, 2022 | Respectfully submitted, |
| **ERIC S. SCHMITT**<br>**Attorney General of Missouri** | **JEFFREY M. LANDRY**<br>**Attorney General of Louisiana** |
| /s/ D. John Sauer<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614*<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339*<br>  *Deputy Solicitor General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri* | /s/ Elizabeth B. Murrill<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |

\*  admitted *pro hac vice*

/s/ Jenin Younes
Jenin Younes \*\*
John J. Vecchione \*\*
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*
\*\* pro hac vice application forthcoming

/s/ John C. Burns
John C. Burns \*\*\*
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

\*\*\* application for admission forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*