(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| State of Missouri et al<br>Plaintiff | Case No.   3:22-cv-01213 |
| VS.<br>President Joseph Biden et al<br>Defendant | Judge   Terry Doughty<br>Magistrate Judge   Kayla McClusky |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of New York court, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth Murrill  of the firm of  Louisiana Department of Justice is appointed as local counsel.

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

/s/ *Jenin Younes*                                             /s/ *Elizabeth Murrill*

    Signature of Applying Attorney                      Signature of Local Counsel

Applying attorney may use typed "s/ signature."

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:                LOCAL COUNSEL INFORMATION:

| | | | | |
|---|---|---|---|---|
| Name: | Jenin Younes | | Name: | Elizabeth Murrill |
| Firm: | New Civil Liberties Alliance | | Firm: | Louisiana Department of Justice |
| Address: | 1225 19th Street, NW | | Address: | P.O. Box 94005 |
| | Washington, DC 20036 | | | Baton Rouge, LA 70804 |
| Telephone: | 202 918 6905 | | Telephone: | 225-326-6766 |
| Fax: | | | Fax: | |
| E-mail: | Jenin.younes@ncla.legal | | E-mail: | murrille@ag.louisiana.gov |

Additional e-mail(s):

*(Rev. 6/14/2022)*

## Certificate of Service

I hereby certify that on <u>August 3, 2022</u>, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: <u>all counsel of record</u>, and I hereby certify that I have mailed by United States Postal Service this filing to any non-CM/ECF participants.

/s/ *Elizabeth Murrill*
Signature

| | |
|---|---|
| Name: | Elizabeth Murrill |
| Firm: | Louisiana Department of Justice |
| Address: | P.O. Box 94005 |
| | Baton Rouge, LA 70804 |
| Telephone: | 225-326-6766 |
| Fax: | |
| E-mail: | murrille@ag.louisiana.gov |