*(Rev. 6/14/2022)*

## Certificate of Service

I hereby certify that on _____, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: _____, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: _____.

_____
Signature

Name: _____
Firm: _____
Address: _____
_____
Telephone: _____
Fax: _____
E-mail: _____