# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General,<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>DR. JAYANTA BHATTACHARYA,<br><br>JILL HINES,<br><br>JIM HOFT,<br><br>DR. AARON KHERIATY, and<br><br>DR. MARTIN KULLDORFF,<br><br>    *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States;<br><br>KARINE JEAN-PIERRE, in her official capacity as White House Press Secretary;<br><br>VIVEK H. MURTHY, in his official capacity of Surgeon General of the United States;<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services;<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>DR. ANTHONY FAUCI, in his official capacity as Director of the National Institute of Allergy and Infectious Diseases and as Chief Medical Advisor to the President;<br><br>NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES;<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; | No. 3:22-cv-01213-TAD-KDM |

CAROL Y. CRAWFORD, in her official capacity as Chief of the Digital Media Branch of the Division of Public Affairs within the Centers for Disease Control and Prevention;

UNITED STATES CENSUS BUREAU, a.k.a. BUREAU OF THE CENSUS;

JENNIFER SHOPKORN, in her official capacity as Senior Advisor for Communications with the U.S. Census Bureau;

DEPARTMENT OF COMMERCE;

ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security;

ROBERT SILVERS, in his official capacity as Under Secretary of the Office of Strategy, Policy, and Plans, within DHS;

SAMANTHA VINOGRAD, in her official capacity as Senior Counselor for National Security in the Office of the Secretary for DHS;

DEPARTMENT OF HOMELAND SECURITY;

JEN EASTERLY, in her official capacity as Director of the Cybersecurity and Infrastructure Security Agency;

CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY;

GINA McCARTHY, in her official capacity as White House National Climate Advisor, and

NINA JANKOWICZ, in her official capacity as director of the so-called "Disinformation Governance Board" within the Department of Homeland Security,

     *Defendants*.

## PROOF OF SERVICE OF FIRST AMENDED COMPLAINT

The undersigned certifies that service of Plaintiffs' First Amended Petition was accepted by counsel for Defendants on behalf of Defendants Carol Y. Crawford, United States Census Bureau, U.S. Department of Commerce, Jennifer Shopkorn, Robert Silvers, Samantha Vinograd, Gina McCarthy, and Karine Jean-Pierre via electronic means on the 2nd day of August, 2022. All other Defendants received service by ECF notification, and thus all Defendants have received service of the First Amended Complaint.

ERIC S. SCHMITT

**Attorney General of Missouri**
*/s/ D. John Sauer*
D. John Sauer, Mo. Bar No. 58721*
*Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov

*Counsel for State of Missouri*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2022 I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties.

*/s/ D. John Sauer*