# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**STATE OF MISSOURI ET AL**            **CASE NO.   3:22-CV-01213**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**             **MAG. JUDGE KAYLA D. MCCLUSKY**

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The NOTICE of Proof of Service of First Amended Complaint filed on August 04, 2022 by State of Missouri   was DEFICIENT for the following reason(s):

- ✓   For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.