UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>    *Plaintiffs*,<br><br>            v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

**PROPOSED ORDER**

Considering the foregoing Motion for Extension of Time to Respond to the First Amended Complaint, ECF No. 54, filed by the Federal Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall respond to the Amended Complaint by August 30, 2022.

MONROE, LOUISIANA, this _____ day of August 2022.

_____
Terry A. Doughty
United States District Judge