(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

State of Missouri et al
  Plaintiff

VS.

President Joseph Biden et al
  Defendant

Case No.   3:22-cv-01213

Judge   Terry Doughty
Magistrate Judge   Kayla McClusky

**ORDER**

IT IS ORDERED that Jenin Younes be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff.

SO ORDERED on this, the 8th day of August, 2022.

_____
U.S. Magistrate Judge