*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

State of Missouri et alCase No.3:22-cv-01213
Plaintiff

VS.JudgeTerry Doughty
President Joseph Biden et alMagistrate JudgeKayla McClusky
Defendant

**ORDER**

IT IS ORDERED that John Vecchione be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff in the above described action.

SO ORDERED on this, the ____ day of _____, 20 ____.

_____
U.S. Magistrate Judge