UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**          CASE NO. 3:22-CV-01213

**VERSUS**                            JUDGE TERRY A. DOUGHTY

**JOSEPH R BIDEN JR ET AL**           MAG. JUDGE KAYLA D. MCCLUSKY

### ORDER

Pending here is Judson Witham's ("Witham") Motion for Reconsideration [Doc. No. 57]. Witham requests the Court reconsider its Order [Doc. No. 42] denying Witham's Motion to Intervene [Doc. No. 38].

"While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted)."

The Court has nevertheless considered Witham's Motion for Reconsideration [Doc. No. 57] and finds no reason to alter or amend its denial of Witham's Motion to Intervene [Doc. No. 42]. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration [Doc. No. 57] is **DENIED.**

Monroe, Louisiana, this 12th day of August 2022.

                                                    **TERRY A. DOUGHTY**
                                                    **UNITED STATES DISTRICT JUDGE**