U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 1 2022

TONY R. MOORE, CLERK
BY:_____
DEPUTY

**In the United States District Court**
**Louisiana Western District Court**
(U.S. District Courts)
800 Lafayette, Suite 2100 Lafayette, LA 70501, USA

| | | |
|---|---|---|
| Missouri | ) | |
| Louisiana Et Al | ) | Cause   3:22-CV-01213 |
| VS | ) | Petition to Amend and Cure |
| Joe Biden Et Al | ) | En Banc Review and Amendment |

# ADDENDUM AND NOTICE

Comes now Intervenor Judson Witham states as follows,  In Addition to the Below Facts,  Intervenor Witham must be allowed sufficient time to Amend and Cure claimed defects in His Intervention Pleadings.  Minimum 30 Days should be afforded to Cure Claimed Defects.

1.  Intervenor has been Untruthfully accused of threatening UNNECESSARY Delay and Complication of this Case.  Said  Conjecture, Supposition and Fiction is  PATENTLY FRAUDULENT.

2. The Intentional STAZI LIKE CENSORSHIP , Propaganda , Brainwashing and SPYING on millions of Americans is the SOLE CAUSE of any Delay or Prolongment of this Cause.

3. It is the Unlawful Conduct, Evasiveness, Concealment, Dodging and Lies of the Defendants in this Cause that is the SOLE CAUSE of any delay or complication in this case.  The longer the Defendants seek to EVADE and CONCEAL Their Unlawful and Unconstitutional Treason to the United States Constitution and the Laws and Constitutions of the 50 United States, it is the Defendants Causing all the Complication and Delays in this case,  NOT  Intervenor Witham.

The Defendants  ILLEGAL UNLAWFUL UNCONSTITUTIONAL and IMMORAL Methods and
Tactics of Brainwashing, Propaganda and Censorship are EXTENSIVE and exist far beyond
what the State AGs of Missouri and Louisiana have delineated to this Court.  See
https://www.google.com/search?q=Propaganda%2C+Censorship+Brainwashing+Mentiside

The State AG's Causes fall immensely short of describing the Propaganda, Brainwashing and
TOTAL BLACK OUT of expression and speech The Named Social Media Corporations engage
in with the Agencies and Black Operations of the Corporate Controlled  USA Inc.

4. Intervenor Witham is a Material Witness and  has 100s of Journalists, Bloggers and
   Investigators that complain constantly about the Censorship going back to the year 1999
   and even further.
5. The Social Media Corporations collusion with USA Inc. and the Biden Administration Et
   Al to Silence the Speech of Social Media Users to accomplish GOVERNMENT
   APPROVED expression policies VIOLATES the Freedom of Expression Laws and
   Precedents of a Vast Litany of First Amendment Mandates by the Courts of the United
   States and the Several States.
6. Intervenor is a Target of this Censorship and a Member of a Very Large Class of other
   MATERIAL WITNESSES that herein give NOTICE of being Victimized by Harmed By
   and Stripped of Their Rights of Free Expression by the USA Inc.,  The Social Media
   Corporations like META / FaceBook, YouTube, Google, Twitter, Yahoo etc etc.
7. NOTICE is herein Given of the existence of Millions of Material Witnesses and Victims of
   the Conduct complained of by the State of Missouri and Louisiana.  The State AG's do
   not even name any of the Victims, Hardly Mention Them and Treat these Censored
   Individuals as if THEY DO NOT EVEN REGISTER.   This Court is now trying to STOP
   this Reality from being heard.

## I.
## Motion to Reconsider and for En Banc Review and Consideration
## INTERVENTION of Right and Alternatively Permissive Intervention

1. **Judson Witham  has Standing to Intervene and also Notices the Courts of the**
   **United States of Millions of Victims and Material Witnesses to the Complained**
   **Conduct as stated by Louisiana and Missouri States.**

2

## II.

**Notice to United States Inc., the named and yet to be named Defendants and**

**President Joe Biden Etc Et Al**

1. There exists Millions of Witnesses across the United States to the Conduct alleged by Missouri and Louisiana.

2. Millions of Americans Including Witham and Millions of Others, because of the Unlawful Censorship have been denied Free Access to Important Information and News and therefore DAMAGED by the Censorship and the Menticide and Brainwashing.

3. These Defendants have Suppressed news and Information, including TOTAL BANS and CENSORSHIP including Trillions Looted from the American People; Immense Sprewing and Dumping of Raw Human Sewage across the USA and World that's FULL OF DEADLY PATHOGENS;  Vast numbers of Children Missing from CPS Agencies,  Foster Care Abuses, Rape and Torture as well as Murders of large numbers of Children supposedly in Government and Government Contractor Care;  THE SECRETING of the Spying on and Censorship, Gang Stalking and REPRISALS of those Targeted by the Unlawful Conduct these Defendants are accused of by the Named State Attorney Generals of Missouri and Louisiana has been Hidden and Secreted for many years.

4. **The SOLE CAUSE of any and all delays in this case are caused by the Defendants NOT Intervenor Witham.  These Defendants have a Lawful Obligation to Come Clean, Admit the Unlawful Conduct Alleged and FULLY COOPERATE in providing FULL INFORMATION and FILES to be released to inform the American People and the World of the Stazi activities of the SECRET POLICE Activities being conducted against the American People.**

Confirmed: The NSA is Spying on Millions of Americans https://www.eff.org › homepage-feature › confirmed-ns...

Confirmed: The NSA is Spying on Millions of Americans. Confirmed: The NSA is Spying on Millions of Americans. Share It Share on Twitter Share on Facebook ...

NSA Spying | Electronic Frontier Foundation

https://www.eff.org › nsa-spying
... records of millions of ordinary Americans since at least 2001. ... History of NSA Spying Information since 2005 (See EFF's full timeline of events here).

FBI Searched Data of Millions of Americans Without

Warrantshttps://www.bloomberg.com › news › articles › fbi-sear...

Apr 29, 2022 — The FBI searched emails, texts and other electronic communications of as many as 3.4 million U.S. residents without a warrant over a year, ...

## "United States of Secrets": How the Government Came to Spy

https://www.pbs.org › wgbh › frontline › announcement   Press Release | "United States of Secrets": How the Government Came to Spy on Millions of Americans · Latest Documentary · See What FRONTLINE Is Working On Now.

## FBI Conducted Potentially Millions of Searches of Americans

https://www.wsj.com › Politics › National Security  Apr 29, 2022 — WASHINGTON—The Federal Bureau of Investigation performed potentially millions of searches of American electronic data last year without a ...

## US Surveillance of Americans Must Stop  https://www.brennancenter.org ›

analysis-opinion › us-...  May 20, 2022 — ... foreign intelligence surveillance laws to collect millions of Americans' ... on paper, can only be used to spy on foreigners overseas.

## CIA is secretly collecting bulk data pertaining to Americans

https://www.nbcnews.com › tech › tech-news › cia-secr...  Feb 11, 2022 — But the spy agencies' sprawling collection of foreign communications often snares Americans' messages and data incidentally.

**Wherefore Premises Considered Intervenor Witham  Moves His Motion for Reconsideration, EnBanc Review and His Right to Cure or Amend His Intervention Motions to  be APPROVED and that others may so, as well,**

**JOIN IN THIS ACTION,  All Victims of this Nazi Style Stazi Operation have a RIGHT to Be Heard and to Seek Damages**

**<u>Intervenor Demands that the False Allegations made against Him regarding DELAYING in any way this case be RETRACTED by this Court.</u>**  The SOLE CAUSE of any delay is the Evasive, Concealment and BAD FAITH of the Defendants in this case seeking to EVADE Punishment and the Paying of Damages to the MILLIONS of Americans they have Conspired Against and Damaged, Censored and Brainwashed / Menticided.

Respectfully Submitted,

Judson Witham

15215 Aiken Rd

Wake Forest, NC

Ph 801-602-9131

**<u>Certificate of Service</u>**

**A Copy of this Pleadings has been served upon the Attorneys of Record in this Case on August 8th 2022  by Internet and US Mail**

6

**Judson Witham**