J. Witham
15215 Aiken
Wake Forest NC
27587

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 11 2022

TONY R. MOORE, CLERK
BY_____
DEPUTY

Clerk
US Dist Court
800 Lafaette St.
Suite 2100
Lafaette, LA



CERTIFIED MAIL

7021 2720 0000 5886 4077

MON 08 AUG 2022





1000

70501

U.S. POSTAGE PAID
FCM LG ENV
MOUNT AIRY, NC
27030
AUG 08 22
AMOUNT
$9.17
R2304W119735-8