*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

State of Missouri et al
    Plaintiff

VS.

President Joseph Biden et al
    Defendant

Case No. 3:22-cv-01213

Judge Terry Doughty
Magistrate Judge Kayla McClusky

**ORDER**

IT IS ORDERED that John Vecchione be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff in the above described action.

SO ORDERED on this, the 15th day of August, 2022.

_____
U.S. Magistrate Judge