# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 16, 2022

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court

Re: State of Missouri, et al v. Biden, et al
    USDC No. 3:22-CV-1231

Dear Mr. Moore,

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here (08/16/2022). When you file the notice of appeal, please use that date, see FED. R. APP. P. 4(d).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Enclosure

cc: Mr. Michael Webb