

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

August 17, 2022

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

Re:     Missouri et al v. Biden et al
        USDC#       3:22-cv-1213-TAD-KDM

Dear Mr. Webb:

     Your Notice of Appeal in this matter was filed on August 16, 2022. To perfect this notice of appeal under Federal Rules of Appellate Procedures 3(c), fees in the sum of FIVE HUNDRED FIVE & NO/100 ($505.00) DOLLARS, payable to TONY R. MOORE, CLERK OF COURT, are due immediately. Please remit the fee or the attached IFP application if applicable immediately so that no risk of dismissal is incurred.

                                                     Sincerely,

                                                     TONY R. MOORE, Clerk of Court

                                                     BY: s/B.W
                                                           Deputy Clerk

bw