*(Rev. 12/6/12)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
<u>Monroe</u> DIVISION

State of Missouri et al                    Civil Action No.    3:22-cv-1213
_____
Plaintiff

VS.                                        Judge  Doughty

Joseph R Biden, Jr et al                   Magistrate Judge  McClusky
_____
Defendant

**APPLICATION TO PROCEED *IN FORMA PAUPERIS*
UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

1.    Full Name    Mike Webb

2.    Address _____

(Street Address or P.O. Box)

_____

(City)                    (State)     (Zip Code)

3.    Marital Status:    Single [    ]    Married [    ]    Separated [    ]

Divorced [    ]    Widowed [    ]

4.    Are you presently employed?    Yes [    ]    No [    ]

If the answer is "Yes," give your occupation, the name and address of your employer
and the gross and net amount of your salary.

_____

(Occupation)              (Gross Salary)          (Net Salary)

_____

(Name and Address of Your Employer)

5.    If you are not presently employed, state the date of your last employment, the name and
address of your employer and your salary.

_____

(Date Last Employed)                    (Salary)

_____

(Name and Address of Your Last Employer)

*(Rev. 12/6/12)*

6.  If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

_____

      (Name of Spouse)          (Occupation)         (Salary)

7.  Approximately how much money have you received in the past twelve months from the following sources:

as wages, salary, commissions or earned income of any kind?  _____

_____

as workman's compensation or disability insurance?  _____

_____

as rent payments, interest, dividends?  _____

_____

as pensions, annuities or life insurance payments?  _____

_____

from social security, unemployment compensation or welfare payments?  _____

_____

as gifts or inheritance?  _____

_____

from other sources?  _____

_____

8.  How much money do you own or have in any checking or savings account?  _____

_____

9.  Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?    Yes  [    ]    No  [    ]

If "Yes," give a description of the property and its estimated value.  _____

_____

_____

_____

_____

*(Rev. 12/6/12)*

10. Is anyone dependent on you for support?   Yes [        ]   No [        ]
If "Yes," give names, ages, relationship to you, and the amount you contribute toward
their support. _____

_____

_____

_____

_____

11. List any debts you have and the amount owed.

| Creditor | Amount Owed |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12. List your monthly living expenses.

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I certify under penalty of perjury that the above information is true and correct to the
best of my knowledge.

_____        _____
(Date)                                      (Signature of Applicant)