Fauci Virus Litigation
955 S Columbus Street
#426
Arlington, Virginia 22204

**RECEIVED**
AUG 16 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

Clerk
U.S. District Court
For the Western District of Louisiana
300 Fanin Street, Suite 1167
Shreveport, Louisiana 71101-3083

NOMA 220
13 AUG 2022 PM 2 L

X-RAYED

71101-3083


FOREVER
058320714203507
USA