RECEIVED
IN MONROE, LA.

AUG 16 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI *ex rel.* ERIC S. SCHMITT, Attorney General, and STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br>                *Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br>                *Defendants.* | Civil Action No. 3:22-cv-01213 |

## NOTICE OF APPEAL RE: DENIAL OF PETITION TO INTERVENE

NOTICE IS HEREBY GIVEN:

That Major Mike Webb, Petitioner in the above referenced case, hereby presents an appeal to the United States Court of Appeals for the Fifth Circuit Court of Appeals from the Memorandum Order, dated August 1, 2022, denying a Petition to Intervene, from the U.S. District Court for the Western District of Louisiana, Monroe Division.

Respectfully submitted,

*/s/ M. Webb*

Michael D. Webb, *Pro Se*
955 S. Columbus Street, #426
Arlington, Virginia 22204
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com

Dated: August 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2022, I will that I will mail this NOTICE OF APPEAL by hand delivery and/or email to the following parties, named in suit.

D. John Sauer, Esq.
Mo. Bar No. 58721
Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8870
Email: John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

Elizabeth B. Murrill, Esq.
La. Bar No. 20685
Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6766
Email: murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

Kyla Snow, Esq.
U.S. Department of Justice
1100 L. Street, NW
Washington D.C. 20005
Civil Division, Federal Programs Branch
Email: Kyla.Snow@usdoj.gov
*Counsel for the Federal Government*

Kuntal Cholera
U.S. Department of Justice
1100 L. Street, NW
Washington D.C. 20005
Civil Division, Federal Programs Branch
Email: Kuntal.Cholera@usdoj.gov;
Indraneel.Sur@usdoj.gov
*Counsel for the Federal Government*

/S/ Michael D. Webb, *Pro Se*
955 S. Columbus Street, # 426
Arlington, Virginia 22204
856-220-1354
givefaithatry@gmail.com

Dated: August 13, 2022