Fauci Virus Litigation
955 S Columbus Street
# 426
Arlington, Virginia 22204

RECEIVED
IN MONROE, LA.
AUG 16 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

NOVA 220
13 AUG 2022 PM 2 L

Clerk
U.S. District Court
For the Western District of Louisiana
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

71201—749565

