IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

Defendants respectfully request a two-week extension of the deadline to respond to Plaintiffs' First Amended Complaint, ECF No. 45. Plaintiffs do not oppose this motion. There is good cause for this request, as explained below.

Plaintiff States commenced this action on May 5, 2022. Compl., ECF No. 1. On August 2, 2022, the States filed an Amended Complaint, adding Individual Plaintiffs and several new Federal Defendants and asserting additional allegations. First Am. Compl., ECF No. 45. Defendants' response to the Amended Complaint was originally due by August 16, 2022, *see* Fed. R. Civ. Pr. 15(a)(3). However, at Defendants' request, the Court extended the time to file the response until August 30, 2022. *See* ECF No. 56. Defendants require additional time to prepare their response to the Amended Complaint. They have been devoting significant time and resources to respond to expedited discovery, Order, ECF No. 34, and that process continues. Accordingly, Defendants respectfully request an additional two weeks—or until September 13, 2022—to file a

response to the First Amended Complaint. Plaintiffs do not oppose this request. A proposed order is attached.

Dated: August 23, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Director, Federal Programs Branch

*/s/ Kyla Snow*
KYLA SNOW
INDRANEEL SUR
KUNTAL CHOLERA
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Kyla.Snow@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion.

*/s/ Kyla Snow*