IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

**JOINT MOTION FOR 2-DAY EXTENSION OF TIME
TO SUBMIT JOINT STATEMENT**

The parties jointly move for a two-day extension to have until 3:00 PM Central on August 31, 2022, to file their joint statement outlining any disputes concerning Plaintiffs' written discovery. On August 17, 2022, Defendants served objections and responses to Plaintiffs' written discovery requests, and commenced a rolling production of documents that will be completed today, August 26, 2022. The parties are currently engaging in a productive meet-and-confer process in advance of submitting a joint statement to the Court detailing any outstanding discovery disputes. Pursuant to the Court's order, ECF No. 34, the parties have ten days from August 17, until Monday, August 29, to meet and confer and submit the joint statement. In light of the already productive discussions between the parties, and in efforts to continue to streamline the issues in dispute in advance of submitting the joint statement, the parties respectfully request a modest extension of two days—until Wednesday, August 31, at 3:00 pm Central—for the deadline to submit their joint statement. The additional time will also permit the parties to meet and confer about any issues that may arise from the completion of Defendants' rolling production of

documents, which they anticipate completing today. Other than this two-day extension, the parties do not request any change to the ensuing deadlines set forth in the Court's discovery order, Doc. 34, at 12-14.

| | |
|---|---|
| Dated: August 26, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ERIC WOMACK<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Kyla Snow*<br>ADAM KIRSCHNER<br>Senior Trial Counsel<br>KYLA SNOW<br>INDRANEEL SUR<br>KUNTAL CHOLERA<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington D.C. 20005<br>Tel: (202) 514-3259<br>Fax: (202) 616-8460<br>Kyla.Snow@usdoj.gov<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| **ERIC S. SCHMITT**<br>**Attorney General of Missouri**<br><br>*/s/ D. John Sauer*<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614*<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339*<br>  *Deputy Solicitor General*<br>Missouri Attorney General's Office | **JEFFREY M. LANDRY**<br> **Attorney General of Louisiana**<br><br> */s/ Elizabeth B. Murrill*<br> Elizabeth B. Murrill (La #20685)<br>   *Solicitor General*<br> Louisiana Department of Justice<br> 1885 N. Third Street<br> Baton Rouge, Louisiana 70804<br> Tel: (225) 326-6766<br> murrille@ag.louisiana.gov<br>   *Counsel for State of Louisiana* |

Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\*  admitted *pro hac vice*

*/s/ Jenin Younes*
Jenin Younes \*\*
John J. Vecchione
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*
\*\* pro hac vice application forthcoming

*/s/ John C. Burns*
John C. Burns \*\*\*
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*
\*\*\* application for admission forthcoming

3