UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the parties' Joint Motion for 2-Day Extension of Time to Submit Joint Statement, ECF No. 68,

**IT IS ORDERED** that the Motion is **GRANTED**. The parties' Joint Statement shall be submitted by 3:00 PM Central on Wednesday, August 31, 2022.

MONROE, LOUISIANA, this \_\_\_\_ day of August 2022.

_____
Terry A. Doughty
United States District Judge