UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

The State of Missouri, *et al.*,

    *Plaintiffs*,

    v.

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*

    *Defendants*.

Civil Action No. 22-cv-1213

## ORDER

Considering the foregoing Motion for Extension of Time to Respond to the First Amended Complaint, ECF No. 45, filed by the Federal Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall respond to the Amended Complaint by September 13, 2022.

MONROE, LOUISIANA, this 26th day of August 2022.

_____
Kayla Dye McClusky
United States Magistrate Judge