**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Joint Motion for 2-Day Extension of Time to Submit Joint Statement [Doc. No. 68],

**IT IS ORDERED** that the Motion is **GRANTED**. The parties' Joint Statement shall be submitted by 3:00 PM C.S.T. on Wednesday, August 31, 2022.

MONROE, LOUISIANA, this 29th day of August 2022.

_____
Terry A. Doughty
United States District Judge