| From: | ███████ @fb.com] |
|---|---|
| Sent: | 12/22/2021 2:38:01 PM |
| To: | ███████ @cdc.gov] |
| CC: | ███████ @fb.com]; █████████ @fb.com]; ███████ @cdc.gov] |
| Subject: | Re: Crowd Tangle COVID-19 reports |
| Attachments: | Content Insights Dec1 - Dec 14.pdf |

Hi ███

Attached, please find the latest CrowdTangle content insights report for the period of Dec 1 – Dec 14. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across public Pages features posts that illustrate the continued politicization of vaccine mandates and COVID-19 public health measures. Similarly, many posts with the highest interactions in public Groups share news of the Biden administration's federal vaccine policies, as well as climbing COVID-19 death rates among the anti-vaxx community. In this report, we will further explore highly engaged content within the following themes:

• **Vaccine Mandates for Businesses:** Federal, state, and local government have grappled with vaccine mandates for private employers, with the Senate most recently voting to overturn the Biden administration's federal policy for businesses. Top engaged posts also share breaking news of federal courts blocking or upholding various aspects of the federal vaccine mandates [Slides 5-6].

• **Breakthroughs and Boosters:** The CDC has released new guidance advising all adults over 18 to receive a booster COVID-19 vaccine as a means of better protection from the emerging Omicron variant. Highly engaged posts from news publishers and public figures echo this advice [Slides 7-8].

• **Fake Vaccinations:** Individuals are finding ways to avoid vaccine mandates by faking vaccination. This behavior has resulted in severe repercussions for those who have been caught, including criminal prosecution. Many highly engaged posts share news of an Italian who tried to use a fake arm to receive a vaccine [Slides 9-10].

As mentioned in our previous email, this marks our last insights report for this series. We're happy you found these reports useful. Thank you for being great partners, and we look forward to finding more opportunities to work together in the future.

Happy holidays!

Best,

███████

∞ Meta

███████

| From: | ███████ @fb.com> |
|---|---|
| Sent: Thursday, December 9, 2021 8:36 AM | |
| To: | ███████ @cdc.gov> |
| Cc: | ███████ @fb.com> ███████ @fb.com> ███████ |

███████████ @cdc.gov>
**Subject:** Re: Crowd Tangle COVID-19 reports

Sorry about that! Attached here.

And thank you for the positive feedback!

**From:** ███████████ @cdc.gov>
**Sent:** Thursday, December 9, 2021 6:41 AM
**To:** ███████ @fb.com>
**Cc:** ███████████ @fb.com>; ███████████ @fb.com>; ███████
@cdc.gov>
**Subject:** RE: Crowd Tangle COVID-19 reports

███ can you attach?

Thanks for all of these reports and I understand the ending of it. But they have ben helpful!! Much appreciated.

**From:** ███████ @fb.com>
**Sent:** Tuesday, December 7, 2021 9:39 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████ @fb.com>; ███████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███

Attached, please find the latest CrowdTangle content insights report for the period of Nov 17 – Nov 30. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from President Biden and news outlets addressing the Omicron variant, as well as recent court ruling regarding the Biden Administration's vaccine mandates. Similarly, many posts with the highest interactions in public Groups share news of state bills and court rulings that are countering the federal vaccine mandates. In this report, we will further explore highly engaged content within the following themes:

• **Omicron Variant:** Top engaged posts share articles about the emergent Omicron variant, which was first documented in South Africa and has now been found in several countries across the world. Health experts and scientists are calling for greater vaccination efforts to fight against the variant [Slides 5-6].

• **Antiviral COVID-19 Pills:** The White House has recently announced that the US government has purchased 10 million treatments of Pfizer's antiviral COVID-19 pill. Many top engaged posts public posts discuss the benefits of the pill in hopefully reducing COVID-related hospitalizations [Slides 7-8].

• **Vaccine Mandates:** A recurring topic, many of the top engaged posts share recent court developments regarding the Biden administration's vaccine mandates. A federal judge has blocked Biden's vaccine mandate for healthcare workers in 10 states. On the state level, Florida has recently passed a law restricting employee vaccine mandates, which has affected companies like Disney World [Slides 9-10].

Also, please be aware that these reports will be discontinued in Jan 2022. The next report on December 21st will be our last COVID-19 content insights report.

If you have any questions, please feel free to reach out. And as always, please do not share.

Thank you,



**From:** ████████████████████ @cdc.gov>
**Sent:** Wednesday, November 24, 2021 7:07 AM
**To:** ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████████ @fb.com>
**Sent:** Tuesday, November 23, 2021 1:46 PM
**To:** ████████████████████ @cdc.gov>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████████████

Attached, please find the latest CrowdTangle content insights report for the period of Now 3 – Nov 16. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from news outlets and media pundits discussing conservative backlash against vaccine policies and advocacy. Similarly, many posts with the highest interactions in public Groups feature backlash against OSHA mandates that will lead to fines for businesses that fail to comply. In this report, we will further explore highly engaged content within the following themes:

• **"Right to Choose" - Calls for Medical Freedom:** The scandal involving Green Bay QB Aaron Rodgers' vaccination status has fueled a movement amongst conservatives against vaccine mandates in favor of an individual's right to choose their own healthcare. Top engaged posts feature articles from news publishers reporting State Farm's and others defense of Aaron Rodgers' right to choose not to get vaccinated against Covid-19 [Slides 5-6].

• **Federal vs. State Vaccine Policies:** Republican-governed states have formed coalitions against the Biden Administration's Covid-19 vaccine mandates, filing various lawsuits in federal court. Many top public posts discuss the recent federal appeals court ruling blocking Biden's vaccine mandates for companies [Slides 7-8].

• **Covid-19 Winter Outlook:** As the holiday season approaches along with the winter season and colder temperatures, health officials are urging eligible adults to get Covid-19 booster shots to help mitigate the expected increase in cases and hospitalizations. Many top engaged posts share health concerns and travel requirements in light of upcoming holiday activities [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,
████████



**From:** ██████████████████ @cdc.gov>
**Sent:** Wednesday, November 10, 2021 10:25 AM
**To:** ███████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thanks!

**From:** ███████████ @fb.com>
**Sent:** Wednesday, November 10, 2021 1:06 PM
**To:** ████████████████ @cdc.gov>; █████████████ @cdc.gov>
**Cc:** ████████ @fb.com>; █████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████████████

Attached, please find the latest CrowdTangle content insights report for the period of Oct 20 – Nov 2. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts by conservative news outlets and media pundits discussing backlash and fallout over employee vaccine mandates. Similarly, many posts with the highest interactions in public Groups share news from elected officials, courts, and businesses reacting to the vaccine mandates. In this report, we will further explore highly engaged content within the following themes:

• **Vaccine Mandate Legal Challenges:** Opponents of the Biden administration's COVID vaccine mandates are asking courts to block these policies from coming into effect. Top posts feature articles from news outlets reporting recent court decisions, such as a ruling by Judge Colleen Kollar Kotelly that temporarily prevents military plaintiffs who sued over religious exemptions from vaccine mandates from being fired [Slides 5-6].

• **COVID-19 Vaccines for Children:** The FDA recently authorized Pfizer's COVID-19 vaccine for children aged 5 to 11. Pfizer is currently the only vaccine approved for this age group; however, Moderna states that their vaccine has also proven effective amongst children. News breaking posts announcing the FDA's decision often had the highest interactions [Slides 7-8].

• **Vaccine Mandate Backlash:** From Air Force personnel and police unions to Hollywood actors and sports reporters, people are taking a public stand against vaccine mandates and willing to sacrifice their employment in the process. Most engaged posts feature conservative influencers praising efforts to fight against employee mandates [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,

████████



**From:** ████████████ @fb.com>
**Sent:** Tuesday, October 26, 2021 5:51 PM
**To:** ████████████ @cdc.gov>; ████ @cdc.gov <████ @cdc.gov>
**Cc** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>;
████████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports



Hi ████████████

Attached, please find the latest CrowdTangle content insights report for the period of Oct 6 – 19. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts by conservative news outlets, politicians and pundits discussing various responses to the employee vaccine mandates. Similarly, many posts with the highest interactions in public Groups react to news stories about how employers and state governments are supporting or dismissing federal vaccine mandates. In this report, we will explore further highly engaged content within the following themes:

• **State Bans on COVID-19 Mandates:** Texas has most recently joined Florida in enacting a statewide ban on vaccine mandates. Many of the top posts for this topic are from influential conservative voices praising the decision [Slides 5-6].

• **Vaccine Mandates for the Airline Industry:** Texas based carriers American and Southwest plan to adhere to the federal vaccine mandate in defiance of Gov. Abbott's ban. Some of the top engaged content includes posts praising Delta Airlines' decision to drop their vaccine mandate [Slides 7-8].

• **Unemployment Benefits and Vaccine Mandates:** Businesses are enforcing employee vaccine mandates, leading some workers to leave, or be terminated from their jobs for refusing to get the jab. Those employees also run the risk of losing eligibility to receive unemployment benefits. Posts from news publishers covering the "no jab, no job" phenomenon have the highest interactions [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,

**From:** ████████████ @fb.com>
**Sent:** Tuesday, October 12, 2021 5:19 PM
**To:** ████████████ @cdc.gov>; ████ @cdc.gov <████ @cdc.gov>
**Cc:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>;
████████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███████████ ,

Attached, please find the latest CrowdTangle content insights report for the period of Sep 22 – Oct 5. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages continues to feature posts by news outlets and politicians related to employee vaccine mandates. Similarly, many posts with the highest interactions n public Groups discuss employee vaccine mandates, particularly for healthcare workers. In this report, we will further explore highly engaged content within the following themes:

• **YouTube Anti-Vaccine Content Ban**: Youtube is cracking down on vaccine misinformation by implementing a complete ban on all misleading and inaccurate vaccine content, not just COVID-19. Many of the most engaged posts are from news publishers reporting on the breaking news [Slides 5-6].

• **Vaccine Mandates Employment Status**: COVID-19 vaccine requirements for employees are resulting in record numbers of terminations and resignations across the country, especially amongst first responders. The most engaged posts for this search feature reports across the country of employees risking their jobs to oppose vaccine mandates [Slides 7-8].

• **Booster Shot Eligibility**: COVID-19 vaccine booster shots have been made available for Pfizer - BioNTech vaccine recipients who have been fully vaccinated at least six months prior. Individuals considered eligible include all persons 65 and older, and those 18 and above who live or work in high risk settings or have pre -existing medical conditions [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,

Facebook | CrowdTangle

---

**From:** ████████████ @fb.com>
**Sent:** Wednesday, September 29, 2021 10:10 AM
**To:** ████████ @cdc.gov>;█████ @cdc.gov <███ @cdc.gov>
**Cc:** ████████ @fb.com>;██████████████ @fb.com>;████████ @fb.com>;
████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███████████ ,

Attached, please find the latest CrowdTangle content insights report for the period of Sep 8 – Sep 21. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from politicians and political influencers condemning the federal vaccine mandates recently announced by the Biden administration. In public Groups, posts with the highest interactions share stories of being affected by rising COVID-19 infections and feelings towards government mandates. In this report, we also explore highly engaged content within the following themes:

• **Federal COVID-19 Mandates:** The Biden administration has drawn strong reactions from critics who have denounced federal vaccine mandates requiring federal workers and businesses with more than 100 employees to be fully vaccinated or undergo regular COVID-19 testing. Many of the most engaged posts show support for lawsuits filed against the federal government to counter the mandates [Slides 5-6].

•
•       **Celebrities and COVID-19:** From Patton Oswalt to Howard Stern, celebrities have made headlines for their positions on COVID-19 mandates and vaccines. The most engaged posts found in this search feature reports of Nicki Minaj skipping the Met Gala due to vaccine hesitancy [Slides 7-8].
•
•       **COVID-19 Vaccines for Children:** Pfizer has announced that early trials support that its COVID-19 vaccine is safe for children between 5 to 11 years of age and anticipates seeking FDA authorization soon. Posts with the highest interactions share news of Pfizer's recent development [Slides 9-10].
Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,

Facebook | CrowdTangle

| From: | @fb.com> |
| Sent: Tuesday, September 14, 2021 1:48 PM |
| To: | @cdc.gov>; | @cdc.gov < @cdc.gov> |
| Cc: | @fb.com>; | @fb.com>; | @fb.com>; |
| | @fb.com> |

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi                          ,

Attached, please find the latest CrowdTangle content insights report for the period of Aug 25 – Sep 7. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from local health authorities and major news publishers sharing varying content about vaccines, hospitalizations, and mandates. In public Groups, posts with the highest interactions feature content advocating for vaccines and sharing stories of emergency rooms and patients with severe COVID. In this report, we also explore highly engaging content within the following themes:
•       **COVID-19 Fines:** Florida businesses, schools, and government agencies could face $5,000 fines for requiring proof of vaccination. This follows a bill Governor Ron DeSantis signed in May banning businesses and schools from implementing vaccine requirements [Slides 5-6].
•
•       **"Jab Dodgers":** Unvaccinated people are attempting to evade proof of vaccination mandates by purchasing fake vaccination cards online, including from social media websites. Authorities are growing concerned that this trend will continue as more places invoke vaccine mandates [Slides 7-8].
•
•       **Mu Variant:** The WHO recently announced that it is monitoring a fifth coronavirus variant of interest that has the potential to evade immunity provided by a previous COVID-19 infection or vaccination. The Mu variant originated in South America and has spread to at least 39 countries and has been discovered in 49 U.S states [Slides 9-10].
Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



Facebook | CrowdTangle

**From:** ███████████@fb.com>
**Sent:** Tuesday, August 31, 2021 7:00 PM
**To:** ████████████@cdc.gov> █████@cdc.gov < █████@cdc.gov>
**Cc:** ████████@fb.com>; ████████@fb.com>; ████████@fb.com>;
████████@fb.com>; ████████@fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████████████

Attached, please find the latest CrowdTangle content insights report for the period of Aug 11 – Aug 24. You will find the summary from this report below:

Overall, highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts from President Biden encouraging Americans to get vaccinated. Similarly, in public Groups the posts with the highest interactions feature content related to local COVID mandates, vaccine hesitancy, and vaccination status. In this report, we also explore highly engaging content within the following themes:

• **Pfizer Vaccine FDA Approval:** The Food and Drug Administration recently approved the Pfizer-BioNTech COVID-19 vaccine, the first coronavirus vaccine to transition from emergency use authorization in the US, heralding the decision as a "key achievement for public health." Many news publishers hypothesize that the FDA approval will lead more institutions to mandate vaccinations. [Slides 5-6]

•
• **COVID-19 & Catholicism:** Several Catholic leaders have spoken out against religious exemptions for the coronavirus vaccine as vaccination mandates are adopted across the country. Many of the top engaged posts discuss Pope Francis's recorded video encouraging people to get vaccinated as an "act of love." [Slides 7-8]

•
• **COVID-19 Breakthrough Cases:** Reports of fully vaccinated people still testing positive for coronavirus is likely discouraging the vaccine hesitant, leading many public figures and health experts to post educational content about the risks of remaining unvaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



Facebook | CrowdTangle

**From:** ████████@fb.com>
**Sent:** Tuesday, August 17, 2021 2:22 PM
**To:** ████████@cdc.gov>
**Cc:** ████████@fb.com>; ████████@fb.com>; ████████@fb.com>;

MOLA_DEFSPROD_00001708

███████ @fb.com>; ███████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████,

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

• **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]

• **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]

• **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]

•

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

Facebook | CrowdTangle

---

**From:** ██████ @cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** ██████ @fb.com>
**Cc:** ██████ @fb.com>; ██████ @fb.com>; ██████ @fb.com>; ██████ @fb.com> ██████ @fb.com>

**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ██████ @fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** ██████ @cdc.gov>

**Cc:** ███████████ @fb.com>; ████████ @fb.com>; ███████████ @fb.com>;
███████████ @fb.com>; ████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi █████,

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

• **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]

•

• **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•

• **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ███████████ @fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>; ████████ @fb.com>; ███████████ @fb.com>;
███████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi █████

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

• **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

• **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

• **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

**From:** ████████████████ @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>;  ████████ @fb.com>;  ████████ @fb.com>;
████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████ @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com>;  ████████ @fb.com>;  ████████ @fb.com>;
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████,

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

• **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]

•

• **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].

•

• **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** @cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** @fb.com>
**Cc:** @fb.com>; @fb.com>; @fb.com>;
/@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate ▓▓ taking over for us!

---

**From:** @fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** @cdc.gov>
**Cc:** @fb.com>; @fb.com>; @fb.com>;
/@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that ▓▓▓▓▓ (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

• **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*

• **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*

• **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

▮

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮
< ▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▮

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

• **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*

• **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*

• **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

MOLA_DEFSPROD_00001713

███████

**From:** ███████████████ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** ██████████████ @cdc.gov>
**Cc:** ███████████ @fb.com>, ████████████ @fb.com>, ████████
█████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ██████, apologies!

**From:** ███████████████ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ████████████████████ @cdc.gov>
**Cc:** ██████████████ @fb.com>, ███████████████ @fb.com>, ███████
< ██████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ██████

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

• **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*

• **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*

• **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

██████

**From:** ████████████████████ @cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ██████████ @fb.com>
**Cc:** ███████████████ @fb.com>, ████████████ @fb.com>, ████████
< ██████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!

**From:** ▓▓▓▓▓▓▓▓▓▓ @fb.com>
**Sent:** Tuesday, February 16, 2021  9:00 PM
**To:** ▓▓▓▓▓▓▓▓▓ @cdc.gov>
**Cc:** ▓▓▓▓▓▓ /@fb.com> ▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▓▓▓▓

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:

• **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*

• **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*

• **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓▓▓ @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** ▓▓▓▓▓▓ @fb.com>
**Cc:** ▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓
▓▓▓▓ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ▓▓▓▓▓▓ @fb.com>
**Sent:** Monday, February 1, 2021  8:39 PM
**To:** ▓▓▓▓▓▓ @cdc.gov>
**Cc:** ▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

• **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. [Slides 5-6]

• **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. [Slides 7-8]

• **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. [Slides 9-10]

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

█████

---

**From:** ████████ ██ ██ ████@fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** ████████████ @fb.com>, ██████████████████████ @cdc.gov>
**Cc:** ████████████████ @fb.com>, ███████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you █████████!

████, as █████ mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,

█████

---

**From:** ████████████ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** ████████████████████ @cdc.gov>
**Cc:** ███████████ @fb.com>, █████████ @fb.com>, ██████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! : )

█████, feel free to send the reports directly to ████ and cc ████ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

Best,

█████

**From:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Date:** Tuesday, January 26, 2021 at 1:35 PM
**To:** ▮▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮ @fb.com> ▮▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday. It looks wonderful and much appreciated. For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us. (Did you by chance talk to them yesterday? As this just came up with them yesterday?). Also, the wide group of those looking at misinfo will want this.

THANK you! I will let you know if there is additional feedback.

**From** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Monday, January 25, 2021 5:51 PM
**To:** ▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>
**Subject:** Crowd Tangle COVID-19 reports for WHO

Hi ▮▮▮.

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ▮▮▮ and ▮▮▮ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

Lauren can do that distro and just put you/▮▮▮, me, and ▮▮▮ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

•       Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

•       However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:

1.       **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]

2.       **Posts about alleged vaccine-related deaths,** especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]

3.       **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,

███████ and team

MOLA_DEFSPROD_00001718

| From: | ███████████████████████████████████████ |
|---|---|
| **Sent:** | 8/18/2021 7:04:07 AM |
| **To:** | ████████ @fb.com] |
| **CC:** | ████████████ @cdc.gov] |
| **Subject:** | RE: Crowd Tangle COVID-19 reports |

Hi ████ I'm going to be out of the office for several weeks in September. When you send these, can you please include ██████████ copied here, so she can share with others if I'm out? Thanks so much!

**From:** ████████ <tlw@fb.com>
**Sent:** Tuesday, August 17, 2021 5:23 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████ /@fb.com>; ████████ @fb.com> ███████████████ @fb.com>;
████████ @fb.com> ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

• **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]

• **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]

• **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]

•

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ███████████ @cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** ███████ @fb.com>
**Cc:** ████████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
██████████ @fb.com>; ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

---

**From:** ████████ @fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** ████████ @cdc.gov>
**Cc** ████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
██████ @fb.com> ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

•       **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]
•
•       **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•

•   **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

███

███

**Strategic Partner Development, Policy | CrowdTangle**

███

Facebook | CrowdTangle

---

**From:** ███ @fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** ███ @cdc.gov>
**Cc** ███ @fb.com>; ███ @fb.com>; ███ @fb.com>;
███ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

•   **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

•   **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

• **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10] Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

██████



Facebook | CrowdTangle

---

**From:** ████████████████████ @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ███████ @fb.com>
**Cc:** ██████ @fb.com>; ██████ @fb.com> ██████ @fb.com>;
██████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ██████ @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ██████ @cdc.gov>
**Cc:** ██████ @fb.com> ██████ @fb.com>; ██████ @fb.com>;
██████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high

MOLA_DEFSPROD_00002441

interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

- **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]
-
- **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].
-
- **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** @cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** @fb.com>
**Cc:** @fb.com>;                @fb.com>;                          @fb.com>;
        @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate      taking over for us!

**From:**              @fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:**              @cdc.gov>
**Cc:**              @fb.com>;                @fb.com>;                          @fb.com>;
        @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi      ,

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that        (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

MOLA_DEFSPROD_00002442

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

- **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. [Slides 5-6]

- **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. [Slides 7-8]

- **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. [Slides 9-10]

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,



**From:** @fb.com>
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:** @cdc.gov>
**Cc:** @fb.com>, @fb.com>,
@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ,

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups [Slides 3-4] continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

- **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. [Slides 5-6]

- **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. [Slides 7-8]

- **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. [Slides 9-10]

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,



---

**From:** ████████████ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** '███████████████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>, ████████████ @fb.com>,
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ████ , apologies!

---

**From:** ███████████ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ██████████████████ @cdc.gov>
**Cc:** ████████████ @fb.com> ████████████ @fb.com>,
< ████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████ ,

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

• **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*

• **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*

• **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

---

**From:** ████████████████████████ @cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>, ████████████ @fb.com>,

MOLA_DEFSPROD_00002444

<    @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!

**From:**    @fb.com>
**Sent:** Tuesday, February 16, 2021 9:00 PM
**To:**    cdc.gov>
**Cc**    @fb.com>;    @fb.com>;    @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi   .

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:

•   **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*

•   **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*

•   **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

**From:**    @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:**    @fb.com>
**Cc:**    @fb.com>,    @fb.com>,   
<    @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:**    @fb.com>
**Sent:** Monday, February 1, 2021 8:39 PM
**To:**    @cdc.gov>

MOLA_DEFSPROD_00002445

**Cc:** ████████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

• **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*

• **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*

• **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

████

---

**From:** ████████████████ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** ████████████ @fb.com>, ████████████████ @cdc.gov>
**Cc:** ████████████████ @fb.com>, ████████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you ████ and ████!

████, as ████ mentioned, we'll send the next one on February 1ˢᵗ. Glad to hear they look like they will be useful!

Best,

████

---

**From:** ████████████ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>, ████████████ @fb.com>, ████████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! :)

████, feel free to send the reports directly to ████ and cc ████ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

Best,

████

**From:** ████████ @cdc.gov>
**Date:** Tuesday, January 26, 2021 at 1:35 PM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday. It looks wonderful and much appreciated. For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us. (Did you by chance talk to them yesterday? As this just came up with them yesterday?). Also, the wide group of those looking at misinfo will want this.

THANK you! I will let you know if there is additional feedback.

**From:** ████████ fb.com>
**Sent:** Monday, January 25, 2021 5:51 PM
**To:** ████████ cdc.gov>
**Cc** ████████ fb.com>; ████████ b.com> ████████ b.com>
**Subject:** Crowd Tangle COVID-19 reports for WHO

Hi ████ ⋅

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ████ and ████ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

████ can do that distro and just put you/██, me, and ████ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

• Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

• However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:

1. **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]

2. **Posts about alleged vaccine-related deaths,** especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]

3.           **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,
           and team

**From:** 

**Sent:** 6/30/2021 7:50:15 AM
**To:**    @twitter.com]
**Subject:** RE: COVID Misinformation

Hi   – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

≡   Q   Coi

:les

Contact Us > **Partner Support**

ck accounts on

te accounts on

Twitter myths

r Rules

# Report any issue to get priority service

**What type of problem are you having with your Twitter account?** (required)

⌄

**From:**    @twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:**    @cdc.gov>
**Cc:**    @reingold.com>;   @reingold.com>;   @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all -   you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM   @twitter.com> wrote:

Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM   @cdc.gov> wrote:

I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ████████████@twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ████████████@reingold.com>
**Cc:** ████████████@cdc.gov>; ████████████@reingold.com>; █████████
████@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ████████████████████████@reingold.com> wrote:

Hi ████

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████████

**Reingold**

reingold.com

We're on a mission. *Yours.*

**From:** ████████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████████@twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is ████████

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com> ████████
████████ @census.gov> ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
████

On Mon, May 10, 2021 at 5:05 PM ████████ @cdc.gov> wrote:

████ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>;
████ @census.gov>; ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
████

On Mon, May 10, 2021 at 1:50 PM ████████████████████████████ @cdc.gov> wrote:

 –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here,  has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
| --- | --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⃠Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax nated" can "Go outside & live freely" lol.. This is a joke .

Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From:** ███████████████ @reingold.com]
**Sent:** 5/24/2021 2:28:00 PM
**To:** ██████ @twitter.com
**CC:** ██████████████████ @cdc.gov]; ███████████ @reingold.com]; ████████
████████ @cdc.gov]
**Subject:** RE: COVID Misinformation

Hi ████,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

██████████████████

**Reingold**

reingold.com

We're on a mission. *Yours.*

**From:** ████████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ███████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @██████████

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ███████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>; ██████████ @reingold.com>; ████████
████████ @census.gov>; ████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████-
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,



On Mon, May 10, 2021 at 5:05 PM ████████████████████████████ @cdc.gov>wrote:

███ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** █████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████████ @reingold.com> ██████
████████ @census.gov> ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H███████ –

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

██████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

On Mon, May 10, 2021 at 1:50 PM ████████████████████ @cdc.gov>wrote:

████ –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. <br><br>I'll be alive! <br><br>⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts <br><br>@crislerwyo <br><br>? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol.. This is a joke  .  <br><br>Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols <br>Concerning shedding by the vaccinated <br>Fertility (male and female) <br>contraception to be compulsorily used because shedding <br>Adverse events and serious adverse events reporting <br>And much more <br>Dangers ore known | https://t |

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.          https://t

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.          https://t

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From**: ███████████████ @fb.com]
**Sent**: 5/20/2021 12:50:01 PM
**To**: ███████████████ @cdc.gov]
**CC**: ███████████████ fb.com]
**Subject**: Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments**: CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From**: ███████████████ fb.com>
**Date**: Thursday, May 20, 2021 at 12:49 PM
**To**: ███████████████ cdc.gov>
**Cc**: ███████████████ fb.com>
**Subject**: Re: Add a name: RE: CV19 misinfo reporting channel

Hi ███████

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

███████

**From**: ███████████████ cdc.gov>
**Date**: Wednesday, May 19, 2021 at 12:38 PM
**To**: ███████████████ fb.com>
**Subject**: Add a name: RE: CV19 misinfo reporting channel

Please add ███████ to system access. ███████ @cdc.gov.

**From**: ███████████████ fb.com>
**Sent**: Wednesday, May 12, 2021 11:21 AM
**To**: ███████████████ cdc.gov>; ███████████████ fb.com>
**Subject**: Re: CV19 misinfo reporting channel

Sure can.

███████████████ cdc.gov>
**Date**: Wednesday, May 12, 2021 at 11:19 AM
**To**: ███████████████ fb.com>, ███████████████ fb.com>
**Cc**: ███████████████ fb.com>
**Subject**: RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

**From:** ███████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** ███████████ cdc.gov>; ███████████ fb.com>
**Cc:** ███████████ com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ███████ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

---

**From:** ███████████ fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** ███████████ cdc.gov>, ███████████ fb.com>
**Cc:** ███████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

---

**From:** ███████████ cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ███████████ fb.com>, ███████████ fb.com>
**Cc:** ███████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation.  That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ████████████
- ████████████
- ████████████
- ████████████
- ████████████
- ████████████
- ████████████

---

**From:** ███████████ com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** ███████████ cdc.gov> ███████████ fb.com>
**Cc:** ███████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

---

**From:** ███████████ fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** ███████████ cdc.gov>, ███████████ fb.com>
**Cc:** ███████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

---

**From:** ████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** ████████████ fb.com>, ████████████ fb.com>
**Cc:** G████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good. I did ask ██████ this embarrassing question. I had it in my head this was for Crowd Tangle. But on Thursday she explained it is for something else. Well, I didn't write it down and I'm honestly not sure what this is for. Sorry!

---

**From:** ████████████████ fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** ████████ fb.com>; ████████████ cdc.gov>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, ██████
So nice to meet you, ██████

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

██████

---

**From:** ████████████████ fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** ████████████ cdc.gov>, ████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ██████

██████ just went on maternity leave. We are very excited for her and her new addition!
As such, we didn't want you to be a surprised that ██████ will pick up on the threads where ██████ was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

██████

---

**From:** ████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** ████████████ fb.com>
**Cc:** P████████████ fb.com>, ████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a medical thing, can we pick another one? My fault!

**From:** ████████████████ fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** ████████████████ cdc.gov>
**Cc:** ████████ fb.com>; ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,

████████

🔲 The linked image

**Genelle Quarles Adrien**
Politics & Government  Outreach
e: genelleadrien@fb.com  | w: facebook.com/gpa

**From** ████████████████ @cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ████████████ fb.com>
**Cc:** ████████ fb.com>, ████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting  channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** ████████████████ fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** ████████████ cdc.gov>
**Cc:** ████████ fb.com>; ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,

████████

**From:** ████████████████ fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** ████████████ cdc.gov>
**Cc:** ████████ fb.com>, ████████████ fb.com>
**Subject:** CV19 misinfo reporting  channel

MOLA_DEFSPROD_00002612

Hi ███████ – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!



gov

☑ The linked image

MOLA_DEFSPROD_00002613

**From:** ▮▮▮▮▮▮▮▮▮▮ twitter.com]
**Sent:** 5/11/2021 9:27:53 AM
**To:** ▮▮▮▮▮▮▮▮▮▮ cdc.gov]
**Subject:** Re: COVID Misinformation

Your account works fine. I'll proceed with processing your enrollment.
On Tue, May 11, 2021 at 8:50 AM ▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ▮

**From:** ▮▮▮▮▮▮▮▮▮▮ twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮ reingold.com>; ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ @census.gov>; ▮▮▮▮▮▮▮▮▮▮ (C)
▮▮▮▮ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ▮

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

▮

On Mon, May 10, 2021 at 5:05 PM ▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

▮▮▮▮ I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ▮▮▮▮▮▮▮▮▮▮ twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ l@cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮ reingold.com>; ▮▮▮▮▮▮▮▮▮▮ reingold.com>; ▮
▮▮▮▮▮▮▮▮▮▮ census.gov>; ▮

MOLA_DEFSPROD_00002665

██████ cdc.gov>

**Subject:** Re: COVID Misinformation

Hi ██████

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

██████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
██████

On Mon, May 10, 2021 at 1:50 PM ████████████████████████ @cdc.gov> wrote:
██████

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
| --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⊘Experimental vaccines! |

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts

@crislerwyo

?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax✔nated" can "Go outside & live freely" lol.. This is a joke      .

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



| | |
|---|---|
| From: | ███████████ (CDC/OD/OADC)██████ |

Sent: 3/31/2021 2:23:11 PM
To: ███████████ ▶fb.com]
Subject: RE: This week's meeting

Got it, thanks.

From: ███████████ fb.com>
Sent: Wednesday, March 31, 2021 2:18 PM
To: ████████████ ▶cdc.gov>
Subject: Re: This week's meeting

Hi ████

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

From: ████████████ cdc.gov>
Date: Wednesday, March 31, 2021 at 2:07 PM
To: ████████████ fb.com>
Subject: RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

- It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
- One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
   o Example: No label
   o Example: Label that links to WHO
- Can we add the Census team to CrowdTangle?
- How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

From: ████████████ fb.com>
Sent: Tuesday, March 30, 2021 7:46 PM
To: ████████████ cdc.gov>
Subject: Re: This week's meeting

Hi ████

Yes, I think good to have questions from Census so we make sure we have the right person.

I can ask ▇ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ▇▇▇▇▇▇▇▇▇ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ▇▇▇▇▇▇▇ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ▇ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc. I didn't ask Census if they had questions…but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them? (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ▇▇▇▇▇▇▇ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ▇▇▇▇▇▇▇ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▇

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

**From:** ▇▇▇▇▇▇▇ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ▇▇▇▇▇▇▇ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too. I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census? I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us?   I'd be fine with using our existing time for this regular discussion if that end up working out best.   I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

---

**From:** ████████████ ▮fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ████████████ ▮cdc.gov>
**Subject:** This week's meeting

Hi ███

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,



**FACEBOOK**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓ (CDC/OD/OADC) ▓▓▓▓▓▓▓ |
| **Sent:** | 3/25/2021 11:33:00 AM |
| **To:** | ▓▓▓▓▓▓ fb.com] |
| **CC:** | ▓▓▓▓▓▓ fb.com] |
| **Subject:** | RE: Thursday meeting |
| **Attachments:** | CDC_Facebook Misinformationv2 .pptx |

Sorry for delay in sending. This is a deck Census would like to discuss and we'd also like to fit in a discussion of topic types removed from Facebook.

Here are the primary attendees on our end (I'm sure we'll have a larger crowd).

Census partners:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**CDC:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓ ▓fb.com>
**Sent:** Wednesday, March 24, 2021 12:26 PM
**To:** ▓▓▓▓▓▓▓ cdc.gov>
**Subject:** Re: Thursday meeting

That's correct Carol. No CMU Thursday.

We will have ▓▓▓ (Misinformation Manager), ▓▓▓▓▓ (will be leading from our side on misinformation briefing for your team. They all work on our COVID-19 policies.

Who will be your leads? ▓▓▓ and others? Do they have titles?

Best,

▓▓▓▓▓

**From:** ▓▓▓▓▓ cdc.gov>
**Date:** Wednesday, March 24, 2021 at 7:52 AM
**To:** ▓▓▓▓▓ fb.com>
**Subject:** RE: Thursday meeting

Ok, I'm sorry I wasn't free yesterday – one of those days!    This sounds good and I'll assume CMU info isn't coming up so I want include that group in the meeting.

I am not has booked up today if we still need to chat.

Thanks!

**From:** ███████████████ fb.com>
**Sent:** Wednesday, March 24, 2021 4:24 AM
**To:** ████████████████ cdc.gov>
**Subject:** Thursday meeting

Hi ██████

As we discussed last week, we will present on COVID-19 misinformation this session/meeting and have some of our team that is focused on that workstream provide a briefing on the current policies and approach as well as the current trends we are identifying.

Best,

██████████

Get Outlook for iOS

MOLA_DEFSPROD_00003053

**From:** ▮▮▮▮▮▮▮▮ @fb.com]
**Sent:** 2/20/2020 7:10:39 PM
**To:** ▮▮▮▮▮▮▮▮ @cdc.gov]
**CC:** ▮▮▮▮▮▮▮▮ @cdc.gov]
**Subject:** Re: FB Coordination

That is great news!
Let me ask if we plan to do anything in addition to the blog post our head of health policy wrote to position our work.

So far we have our blog: https://about.fb.com/news/2020/01/coronavirus/

Best,

▮▮▮▮▮▮

Sent from my iPhone

On Feb 20, 2020, at 6:39 PM, ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

▮▮▮▮ –

Is Facebook saying anything in the press or other communications about this activity that we should cite if we are asked questions about the quick promotions?

By the way, we are seeing a ton of referred web traffic from the promotions.

Thanks.

**From** ▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, February 19, 2020 11:54 AM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Subject:** Re: FB Coordination

Hi ▮▮▮ ,

5% of QPS launched over the weekend (to test) and the rest will be launched tonight. So by tomorrow, QPs will be fully launched.

The hub is on track to launch in some countries in early March. We plan to include the US in that March distro. Hope this helps.

Best ▮▮▮▮▮

Sent from my iPhone

On Feb 17, 2020, at 12:45 PM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @cdc.gov> wrote:

Hi ▓▓▓▓ Just circling back to see if there are any updates on the coronavirus quick promotion or hub pages we had talked about?

Thanks for any update!

U.S. Centers for Disease Control and Prevention

<image001.gif>
Follow us on Twitter
<image002.gif>
Join us on Facebook

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @cdc.gov>
**Sent:** Friday, February 7, 2020 10:43 AM
**To:** ▓▓▓▓▓▓▓▓▓▓ @fb.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @cdc.gov>
**Subject:** RE: FB Coordination

Sorry for delay. Many are involved in comms on this issue and wanted to be certain we are aligned.

1.     <!--[if !supportLists]--><!--[endif]--> If you can do something with CDC for US users, we think there is great value in having messages **now** especially on the current risk level and everyday precautions. As well, if we can rotate messages, there could be times we might want to address widespread myths like mask use or new issues. This could and should replace flu shot messaging. What do you need from us? We need a reminder on message length, if graphics are used, and how often we can review and change content.

2& 3.This is great, we'd love to be a part of it. US users will need information directly from CDC and other federal/local organizations rather than international organizations. Let us know what you need.

If we need to use CDC logos we'll need to do a MOU again. But if not, we may not need to be so formal, at least on our end.

After today, I'll be out for next week but Jay will be following up on any CDC action items.

Thanks!

**From:** ████████████████ @fb.com>
**Sent:** Thursday, February 6, 2020 3:35 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████████████ @cdc.gov>

**Subject:** Re: FB Coordination

Here is a bit more insight ████ :

Let me know if you would like to speak to our teams working on these items.

Our teams at Facebook have been working to identify how we can support efforts to provide users with accurate and timely information about coronavirus. We would like to get CDC's feedback on a few key initiatives that we are considering launching in the coming days/weeks. I have outlined the specifics below, and would greatly appreciate your thoughts on the tactics and proposed design/content. We would be happy to jump on a quick call today or tomorrow if that would be easier as well.

Thank you in advance, and look forward to your input.

1.     **Quick Promotion for US Facebook Users**: We are considering launching "Quick Promotions" which are proactive messages at the top of the News Feed to users in various countries about how to protect yourself from coronavirus. We would point users to credible websites including the WHO internationally, and the CDC in the US. We'd like your feedback on: 1) whether you think this would be beneficial to launch in the US at this time, and 2) if this should take priority over the Quick Promotion message to get the flu shot, where we are also directing users to CDC pages, particularly given that we're approaching the end of flu season

2.     **Facebook Coronavirus Page**: Facebook team would create a Coronavirus Page serving up content that exists on other organizations' FB pages including the CDC. This would be in addition to the Quick Promotion above. When users search for information on coronavirus, they will find this centralized page with curated content from trusted sources. See mock below:

<image004.jpg>

3.     **Facebook Coronavirus "Hub":** Facebook would create a coronavirus "hub" which would contain various modules including pages to follow, fundraisers that are happening on the platform related to coronavirus, and potentially a common set of FAQs. See below for early design mocks:

<image006.jpg>

Best,

████████

**From:** ████████████████ @cdc.gov>
**Date:** Thursday, February 6, 2020 at 3:01 PM
**To:** ████████████████ @fb.com>
**Cc:** "████████████████ @cdc.gov>
**Subject:** FB Coordination

████████ – just looping you in on something that Jay and I had awareness of...are you in loop with this?

-------------------------------------------

**From:** ███████ ████████ @fb.com>

**Sent:** Thursday, February 6, 2020 3:34 PM

**To:** ████████████████ @state.gov>

**Cc:** ███████████ @fb.com>; ████████████████ @fb.com>

**Subject:** Urgent partner feedback needed on Coronavirus response

Dear ████████,

As you may be already aware, Facebook has taken proactive as well as reactive steps to control information and misinformation related to Corona virus which includes links to WHO page as well as removal of misinformation.

At Mark Zuckerberg's request, there is a group that has been organized to help generate and implement new ideas "offense" approach on how FB can assist in the global response to the Coronavirus. This group met on Friday, brainstormed and proposed a list of prioritized ideas to Mark. Mark supported further exploration and go forward on the following ideas. As an immediate next step, our team has been asked to solicit quick, high-level partner feedback on these ideas.

**Pragmatic  [Confirmed  to Explore]**

1. **Coronavirus Page on Facebook:** A centralized page with curated and localized content from trusted sources. This info is currently fragmented and hard for the public to understand. It would be helpful to have canonical real-time info on (a) updates relevant to your location (b) what to do to stay healthy and (c) how and when to seek medical help. Encourage people to take action by sharing this page.

2. **Influencer Engagement Campaign:** Enlist celebrities, major NGOs, government officials, and other public figures to use the Coronavirus stickers and link to the Coronavirus Facebook Page to build awareness of accurate information.

3. **Coronavirus Support Stickers on Facebook, Instagram, and Messenger Stories (mock here):** Allow people to show their support for people affected by coronavirus. On Instagram, the sticker could link out to the Coronavirus Page on Facebook (link out not available on Facebook and Messenger.)

I would greatly appreciate a feedback response so we can move forward etih this and if there is any other way we can support you please let me know.

Warmly,

███████

MOLA_DEFSPROD_00004416

**From:** ████████████ @fb.com]
**Sent:** 2/6/2020 7:50:41 PM
**To:** ████████████ @cdc.gov]
**CC:** ████████████ @cdc.gov]
**Subject:** Re: FB Coordination

Hi ████

To clarify, the items I sent a short while ago below are not ads or have any monetary component. These are online items we are looking at launching based on requests from regions hit by this issue. For the US context, we want to know if there are concerns or items that CDC would suggest tweaking. That would be good for us to know to inform our next steps.

Please let me know your team's thoughts
as teams are rapidly collecting input to ensure any public messaging is complementary.

Best,

████████

Sent from my iPhone

On Feb 6, 2020, at 3:35 PM, ████████████ @fb.com> wrote:

Here is a bit more insight ████ :

Let me know if you would like to speak to our teams working on these items.

Our teams at Facebook have been working to identify how we can support efforts to provide users with accurate and timely information about coronavirus. We would like to get CDC's feedback on a few key initiatives that we are considering launching in the coming days/weeks. I have outlined the specifics below, and would greatly appreciate your thoughts on the tactics and proposed design/content. We would be happy to jump on a quick call today or tomorrow if that would be easier as well.

Thank you in advance, and look forward to your input.

1.     **Quick Promotion for US Facebook Users**: We are considering launching "Quick Promotions" which are proactive messages at the top of the News Feed to users in various countries about how to protect yourself from coronavirus. We would point users to credible websites including the WHO internationally, and the CDC in the US. We'd like your feedback on: 1) whether you think this would be beneficial to launch in the US at this time, and 2) if this should take priority over the Quick Promotion message to get the flu shot, where we are also directing users to CDC pages, particularly given that we're approaching the end of flu season

2.     **Facebook Coronavirus Page**: Facebook team would create a Coronavirus Page serving up content that exists on other organizations' FB pages including the CDC. This would be in addition to the Quick Promotion above. When users search for information on coronavirus, they will find this centralized page with curated content from trusted sources. See mock below:

<image001.jpg>

3.     **Facebook Coronavirus "Hub"**: Facebook would create a coronavirus "hub" which would contain various modules including pages to follow, fundraisers that are happening on the platform related to coronavirus, and potentially a common set of FAQs. See below for early design mocks:

Best,

███

**From:** ██████████ @cdc.gov>
**Date:** Thursday, February 6, 2020 at 3:01 PM
**To:** ██████████ @fb.com>
**Cc:** "██████████ @cdc.gov>
**Subject:** FB Coordination

████ – just looping you in on something that Jay and I had awareness of...are you in loop with this?

----------------------------------------

**From:** ██████████ @fb.com>

**Sent:** Thursday, February 6, 2020 3:34 PM

**To:** ██████████ @state.gov>

**Cc:** ██████████ @fb.com>; ██████████ @fb.com>

**Subject:** Urgent partner feedback needed on Corona virus response

Dear ████,

As you may be already aware, Facebook has taken proactive as well as reactive steps to control information and misinformation related to Corona virus which includes links to WHO page as well as removal of misinformation.

At Mark Zuckerberg's request, there is a group that has been organized to help generate and implement new ideas "offense" approach on how FB can assist in the global response to the Coronavirus. This group met on Friday, brainstormed and proposed a list of prioritized ideas to Mark. Mark supported further exploration and go forward on the following ideas. As an immediate next step, our team has been asked to solicit quick, high-level partner feedback on these ideas.

**Pragmatic [Confirmed to Explore]**

1. **Coronavirus Page on Facebook:** A centralized page with curated and localized content from trusted sources. This info is currently fragmented and hard for the public to understand. It would be helpful to have canonical real-time info on (a) updates relevant to your location (b) what to do to stay healthy and (c) how and when to seek medical help. Encourage people to take action by sharing this page.

2.    **Influencer Engagement Campaign:** Enlist celebrities, major NGOs, government officials, and other public figures to use the Coronavirus stickers and link to the Coronavirus Facebook Page to build awareness of accurate information.

3.    **Coronavirus Support Stickers on Facebook, Instagram, and Messenger Stories (mock here):** Allow people to show their support for people affected by coronavirus. On Instagram, the sticker could link out to the Coronavirus Page on Facebook (link out not available on Facebook and Messenger.)

I would greatly appreciate a feedback response so we can move forward etih this and if there is any other way we can support you please let me know.

Warmly,

**From:** ████████████████ @microsoft.com]
**Sent:** 2/17/2022 1:14:47 PM
**To:** ████ @cisa.dhs.gov]
**Subject:** RE: Connection Request: Department of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Send em to me. I will make sure ████ is looped in.

**From:** ████████████████ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 1:05 PM
**To:** ████████████████ @microsoft.com>
**Subject:** [EXTERNAL] FW: Connection Request: Department of Treasury

Is it you?

**From:** ████████████████ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 12:57 PM
**To:** ████ @microsoft.com; ████████ @microsoft.com>
**Cc:** ████████ @cisa.dhs.gov>; ████████████ @cisa.dhs.gov>; ████
████████ @cisa.dhs.gov>
**Subject:** Connection Request: Department of Treasury

Hi ████████████ ,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Microsoft if you're amenable? This is somewhat time-sensitive, so thanks in advance for your attention to this matter.

If there's another POC this should be routed to, please let us know!

All my best,

██████████████████████

National Risk Management Center
Cybersecurity and Infrastructure Security Agency



| | |
|---|---|
| **From**: | ███████ @state.gov] |
| **Sent**: | 5/3/2021 5:35:55 PM |
| **To**: | ███████ @fb.com]; ███████ @state.gov]; ███████ @cisa.dhs.gov] |
| **CC**: | ███████ @associates.cisa.dhs.gov]; ███████ @cisa.dhs.gov]; ███████ @hq.dhs.gov]; ███████ @state.gov]; ███████ @state.gov]; ███████ @fb.com]; ███████ @state.gov] |
| **Subject**: | Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |
| **Attachments**: | CSIRT Workshop.ics |

**CAUTION**: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello ███████

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:
Meeting link: ███████
Meeting number: ███████
Password: ███████

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.

- Introductions: ███████ (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. ███████ (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. ███████ (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. ███████ (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?

○        What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)

○        What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?

•     Q&A: ▮▮▮▮▮ will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.

•     Conclusion. ▮▮▮▮▮ to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and ▮▮▮▮▮▮ (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

▮▮▮▮▮▮ (on behalf of the Office of Cyber Issues)

---

▮▮▮▮▮▮

Office of the Coordinator for Cyber Issues
Department of State

▮▮▮▮▮▮

MOLA_DEFSPROD_00011861

| | |
|---|---|
| **From**: | ███████ @twitter.com] |
| **Sent**: | 2/17/2022 2:53:38 PM |
| **To**: | ███████ @cisa.dhs.gov] |
| **CC**: | ███████ @twitter.com]; ███████ @twitter.com]; ███████ @twitter.com]; ███████ @cisa.dhs.gov]; ███████ @cisa.dhs.gov] |
| **Subject**: | Re: Connection Request: Dept. of Treasury |

Sounds good. Thanks, ███████ .

On Thu, Feb 17, 2022 at 11:51 AM ███████ @cisa.dhs.gov> wrote:

Thanks ███ Appreciate the introductions to ███ and ███ , we'll update our records accordingly.

We're going to pass your info to Treasury. They will reach-out directly to begin the dialogue and provide more information about the nature of this request.

**Note** this is important but not meeting a life/death threshold, so I suspect an email exchange vice a meeting will be sufficient for today.

National Risk Management Center

Cybersecurity and Infrastructure Security Agency

**From:** ███████ @twitter.com>
**Sent:** Thursday, February 17, 2022 2:06 PM
**To:** ███████ @cisa.dhs.gov>; ███████ @twitter.com>; ███████
@twitter.com>
**Cc:** ███ @twitter.com
**Subject:** Re: Connection Request: Dept. of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ███

Thanks for reaching out – and for the additional context that there's something time-sensitive here.

In terms of broad engagement with Treasury: Adding ▬▬▬ (who leads our policy legal team following ▬▬'s departure) and ▬▬▬▬ (who leads our Safety, Content, and Law Enforcement legal team). Between the three of us, and Twitter's Public Policy team in DC, we can likely figure out the right contact here. Feel free to make an introduction to the 3 of us and we can go from there.

To help calibrate on timing: Do you have a sense of whether the urgency here is life-or-death/national-security impacting, or just important? Calendars are pretty complicated across the board here - so want to understand if we need to plan to clear other appointments (i.e. Treasure needs to talk **today**).

Thanks,

▬▬

On Thu, Feb 17, 2022 at 10:58 AM ▬▬▬▬▬▬▬▬▬▬ @cisa.dhs.gov> wrote:

Hi ▬▬

Apologies for the second ping, I see ▬▬ is no longer with the team, so if there are others I should loop in, let me know.

Separately, this is somewhat time-sensitive, so thanks for your quick attention here! Let me know if you have any questions.

Best,

▬▬▬▬▬▬

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

▬▬▬▬▬▬▬▬▬▬▬▬▬

**From:** ▬▬▬▬▬
**Sent:** Thursday, February 17, 2022 9:35 AM
**To:** ▬▬ @twitter.com; ▬▬▬▬▬▬ @twitter.com>
**Cc:** ▬▬▬▬▬ @cisa.dhs.gov>; ▬▬▬▬▬▬▬ @cisa.dhs.gov>;

@cisa.dhs.gov>

**Subject:** Connection Request: Dept. of Treasury

Hi ▮▮▮▮▮▮▮▮,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Twitter if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency



**Sent:**      2/17/2022 1:45:55 PM
**To:**                          @fb.com]
**CC:**                                                @cisa.dhs.gov];                                              @cisa.dhs.gov];
                                  @cisa.dhs.gov]
**Subject:**   RE: Connection Request: Dept. of Treasury

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:**
**Sent:** Thursday, February 17, 2022 9:29 AM
**To:**                    @fb.com>;                        @fb.com>;                           @fb.com>
**Cc:**                             @cisa.dhs.gov>;                                        @cisa.dhs.gov>;
                        @cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Greeting

I hope this email finds you well and thanks again for sending along the CIB report yesterday. The Deputy Secretary at
Treasury would like to be connected to industry partners to discuss potential influence operations on social media. We'd
like to make the connection to Meta if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

| From: | ██████████████ @state.gov] | |
|---|---|---|
| Sent: | 5/10/2021 9:45:19 PM | |
| To: | ██████████████ @fb.com] | |
| CC: | ██████████████ @cisa.dhs.gov]; ██████████ @state.gov]; | |
| | ██████ @associates.cisa.dhs.gov]; ██████ @cisa.dhs.gov]; | |
| | ██████ @hq.dhs.gov]; ██████ @state.gov]; | |
| | ██████ @state.gov]; ██████ @fb.com]; ██████ @state.gov] | |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation | |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Great! See you all tomorrow morning.

| From: | ██████████████ @fb.com> |
|---|---|
| Sent: Monday, May 10, 2021 9:27 PM | |
| To: | ██████████████ @state.gov> |
| Cc: | ██████████████ @cisa.dhs.gov>; ██████████ @state.gov>; |
| | ██████ @associates.cisa.dhs.gov>; ██████ @cisa.dhs.gov>; |
| | ██████ @hq.dhs.gov>; ██████ @state.gov>; ██████ @state.gov>; |
| | ██████ @fb.com>; ██████ @state.gov> |

**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, ██████████████ @state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

• How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.

• Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.

• Information sharing platforms.

• How to identify fake news and legitimate websites.

• Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

- Fact checking techniques, how to identify disinformation and misinformation

- Proven techniques to take down these articles. The effectiveness of fake news checkers.

- Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

- Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

- International takedown requests.

I know it's likely too late in the game to make major updates to what you're planning to cover, but wanted to share these to give you a sense of what participants will raise in Q&A.

Thanks,

---

**From:** ▇▇▇▇▇▇▇ @state.gov>
**Sent:** Monday, May 10, 2021 4:11 PM
**To:** ▇▇▇▇▇▇ @cisa.dhs.gov> ▇▇▇▇▇ @fb.com>; ▇▇▇▇▇ @state.gov>
**Cc:** ▇▇▇▇▇ @associates.cisa.dhs.gov>; ▇▇▇▇▇ @cisa.dhs.gov>; ▇▇▇▇▇ @hq.dhs.gov>; ▇▇▇▇ @state.gov>; ▇▇▇▇ @state.gov>; ▇▇▇▇ @fb.com>; ▇▇▇▇ @state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

▇▇▇▇▇▇▇▇▇,

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

- 25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

- While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

- Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

- On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

▇▇▇▇▇ please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

██

**From:** ███████ @state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** ███████ @cisa.dhs.gov>; ███████ @fb.com>;
███████ @state.gov>
**Cc:** ███████ @associates.cisa.dhs.gov>;
███████ @cisa.dhs.gov>; ███████ @hq.dhs.gov>;
███████ @state.gov>; ███████ @state.gov>; ███████ @fb.com>
███████ @state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks, ████! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

████████ can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

██

**From:** ███████ @cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** ███████ @state.gov>; ███████ @fb.com>;
███████ @state.gov>
**Cc:** ███████ @associates.cisa.dhs.gov>;
███████ @cisa.dhs.gov>; ███████ @hq.dhs.gov>;
███████ @state.gov>; ███████ @state.gov>; ███████ @fb.com>;
███████ @state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information. ████████ to be recorded. Will each presenter have the ability to screen-share to present slides?

Best.

████████

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

████████

**From:** ███████ @state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** ███████ @fb.com>; ███████ @state.gov>;
███████ @cisa.dhs.gov>
**Cc:** ███████ @associates.cisa.dhs.gov>;
███████ @cisa.dhs.gov>; ███████ @hq.dhs.gov>;
███████ @state.gov>; ███████ @state.gov>; ███████ @fb.com>;

MOLA_DEFSPROD_00012198

████████ @state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello ████████████████

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: ████████████████████████████████████████████████████
Meeting number: ████████████████
Password: ████████████████████████

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: ████████ (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. ████████ (GEC Tech Engagement Team), 5-10 minutes
  o GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. ████████ (DHS/CISA), 10-15 minutes
  o How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  o What responses are available to them?
  o How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. ████████ (Facebook), 10-15 minutes
  o How does Facebook work with governments to address misinformation and disinformation?
  o What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  o What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: ████████ will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. ████████ to moderate, panelists may offer concluding thoughts. 5 minutes.
**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and ████████ (CCed). We'll compile and share. Please keep in mind our

overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

█████████████ (on behalf of the Office of Cyber Issues)

---

█████████████████████

Office of the Coordinator for Cyber Issues
Department of State

█████████████████████

MOLA_DEFSPROD_00012200

| From: | ██████████████████████████████████████ |
| Sent: | 2/17/2022 2:46:55 PM |
| To: | ███████████@google.com] |
| CC: | █████████████@cisa.dhs.gov]; ████████████ @cisa.dhs.gov] |
| Subject: | RE: Connection Request: Dept. of Treasury |

Thanks, ██████. We're going to pass your info to Treasury. They will reach-out directly and provide more information about the nature of this request.

Thanks,

██████████████████████
████████████████████
National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:** ████████████████@google.com>
**Sent:** Thursday, February 17, 2022 2:43 PM
**To:** ████████████████@cisa.dhs.gov>
**Subject:** Re: Connection Request: Dept. of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ██████,

I didn't appreciate there was an urgency. Sorry for the lag. Please pass along my contact information. Depending on what the topic is, I may need to pull in others.

Thank you.

██████

On Thu, Feb 17, 2022 at 10:56 AM ████████████████ @cisa.dhs.gov>wrote:

Hi ██████,

Apologies for the second email, this is somewhat time-sensitive, so thank you for your prompt attention to this request! Let me know if you have any questions.

National Risk Management Center

Cybersecurity and Infrastructure Security Agency



**From:**
**Sent:** Thursday, February 17, 2022 9:41 AM
**To:** ██████ @google.com
**Cc:** ██████ @cisa.dhs.gov>; ██████ @cisa.dhs.gov>;
██████ @cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Hi ██████ ,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Google if you're amenable? If there's another POC this should be routed to, please let us know!

Thanks in advance.

All my best,

National Risk Management Center

Cybersecurity and Infrastructure Security Agency



**From:**

**Sent:** 2/17/2022 2:44:52 PM
**To:** ███████████@fb.com]
**CC:** ███████████@fb.com]; ███████████@fb.com];
███████████@cisa.dhs.gov]; ███████████@cisa.dhs.gov]
**Subject:** RE: Connection Request: Dept. of Treasury

Thank, ████ We're going to pass your info to Treasury. They will reach-out directly and provide more information about the nature of this request.

Thank you!

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:** ███████████@fb.com>
**Sent:** Thursday, February 17, 2022 2:43 PM
**To:** ███████████@cisa.dhs.gov>
**Cc:** ███████████@fb.com> ███████████@fb.com>
**Subject:** Re: Connection Request: Dept. of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Many thanks, ████ We would be happy to be connected.

Sent from my iPhone

On Feb 17, 2022, at 1:47 PM, ███████████@cisa.dhs.gov>wrote:

Also looping in ████, who I accidentally left off my first email.

Note, this is somewhat time-sensitive, so appreciate your attention to this request.

Best,

National Risk Management Center

MOLA_DEFSPROD_00012450

Cybersecurity and Infrastructure Security Agency

**From:**
**Sent:** Thursday, February 17, 2022 9:29 AM
**To:** ███████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>
**Cc:** ███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>;
███████ @cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Greeting█████████████,

I hope this email finds you well and thanks again for sending along the CIB report yesterday. The ██████████ at
Treasury would like to be connected to industry partners to discuss potential influence operations on social media. We'd
like to make the connection to Meta if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

# Deliberative Process

**From:** ███████████████ @google.com>
**Sent:** Thursday, February 17, 2022 2:43 PM
**To:** ████████████████████ @cisa.dhs.gov>
**Subject:** Re: Connection Request: Dept. of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ████,

I didn't appreciate there was an urgency. Sorry for the lag. Please pass along my contact information. Depending on what the topic is, I may need to pull in others.

Thank you.

████

On Thu, Feb 17, 2022 at 10:56 AM ████████████████████ @cisa.dhs.gov> wrote:

Hi ████,

Apologies for the second email, this is somewhat time-sensitive, so thank you for your prompt attention to this request! Let me know if you have any questions.



National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00012541



**From:** ▮▮▮▮▮▮▮
**Sent:** Thursday, February 17, 2022 9:41 AM
**To:** ▮▮▮▮@google.com
**Cc:** ▮▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮▮ @cisa.dhs.gov>;
▮▮▮▮@cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Hi ▮▮▮▮ ,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Google if you're amenable? If there's another POC this should be routed to, please let us know!

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:**

**Sent:** 3/6/2020 9:57:02 AM
**To:** @twitter.com]; @fb.com]
**CC:** @cisa.dhs.gov]; @cisa.dhs.gov]
**Subject:** GEC - COVID 19

We know you all are seeking additional info and context from the State Dept regarding their recent reports and testimony about social media activity and COVID-19. We are meeting with them next week and will provide an update coming out of that meeting. I just wanted to make sure you knew we are working this issue and I know you are also in touch with them.

Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

**From:** ████████████████ @fb.com]
**Sent:** 5/20/2021 12:50:01 PM
**To:** ██
**CC:** ████████████ @fb.com]
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments:** CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From:** ████████████████ @fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:** ██████████████████████████
**Cc:** ██████████ @fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi ████ :

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

██

**From:** ██████████████████████
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:** ██████████ @fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add ████ to system access. ██ @cdc.gov.

**From:** ████████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** Crawford, Carol Y. ████████████████ ; ████████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

**From:** ██████████████████████
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:** ██████████ @fb.com>, ████████ @fb.com>
**Cc:** ██████████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

**From:** ███████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>; ███████ @fb.com>
**Cc:** ███████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ███ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

**From:** ███████████ @fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>, ███████ @fb.com>
**Cc:** ███████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

**From:** ███████████ @cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ███████ @fb.com>, ███████ @fb.com>
**Cc:** ███████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation. That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ███ @cdc.gov
- ███ @cdc.gov
- ███ @cdc.gov
- ███ @census.gov
- ███ @reingold.com
- ███ @reingold.com
- ███ @reingold.com

**From:** ███████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>; ███████ @fb.com>
**Cc:** ███████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

**From:** ███████████ @fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** Crawford, Carol Y. ███████ @cdc.gov>, ███████ @fb.com>
**Cc:** ███████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

---

**From:** Crawford, Carol Y.          @cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:**        @fb.com>,        @fb.com>
**Cc:**        @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good. I did ask     this embarrassing question. I had it in my head this was for Crowd Tangle. But on Thursday she explained it is for something else. Well, I didn't write it down and I'm honestly not sure what this is for. Sorry!

---

**From:**        @fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:**        @fb.com>; Crawford, Carol Y.        @cdc.gov>
**Cc:**        @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks,     .
So nice to meet you,    

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

---

**From:**        @fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** Crawford, Carol Y.        @cdc.gov>,        @fb.com>
**Cc:**        @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol,

       We are very excited for     new addition!
As such, we didn't want you to be a surprised that     will pick up on the threads where     was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

---

**From:** Carol Crawford     @cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:**        @fb.com>
**Cc:**        @fb.com>,        @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a     thing, can we pick another one? My fault!

**From:** ███████████ @fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** Crawford, Carol Y. ███████████
**Cc:** ███████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
███████

---

**From:** ██████████ @cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ██████████ @fb.com>
**Cc:** ████████ @fb.com>, ██████████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

---

**From:** ██████████ @fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** Crawford, Carol Y. ███████████
**Cc:** ████████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,
███████

---

**From:** ██████████ @fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To** ██████████ cdc.gov>
**Cc:** ████████ @fb.com>, ██████████ @fb.com>
**Subject:** CV19 misinfo reporting channel

Hi ▮▮▮ – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!



- ▮▮▮@cdc.gov
- ▮▮▮@cdc.gov
- ▮▮▮@cdc.gov
- ▮▮▮
- ▮▮▮@cdc.gov
- ▮▮▮@cdc.gov
- ▮▮▮
- ▮▮▮
- ▮▮▮