CONFIDENTIAL

| | |
|---|---|
| **From**: | @fb.com] |
| **Sent**: | 7/20/2021 1:24:46 PM |
| **To**: | Humphrey, Clarke E. ████████████ @who.eop.gov]; ██████████ @fb.com] |
| **CC**: | Flaherty, Rob R. ████████████████ @who.eop.gov]; ██████████ @niaid.nih.gov] |
| **Subject**: | Re: Deactivating fake Fauci IG? |

Yep, on it!

**From:** Humphrey, Clarke E. EOP/WHO ██████████ @who.eop.gov>
**Date:** Tuesday, July 20, 2021 at 1:24 PM
**To:** ████████ @fb.com>, ██████████████ @fb.com>
**Cc:** Flaherty, Rob R. ████████ @who.eop.gov>, ████████ @niaid.nih.gov>
**Subject:** Deactivating fake Fauci IG?

Hi there – any way we can get this pulled down? It is not actually one of ours:

https://www.instagram.com/anthonyfauciofficial/


**Clarke Humphrey**
Digital Director, COVID-19 Response Team
The White House
██████████



**From:** ███████████fb.com]
**Sent:** 7/23/2021 11:20:12 PM
**To:** ███████@fb.com];   ███████████@hhs.gov]
**CC:** ███████fb.com];   ███████████hhs.gov]
**Subject:** Re: Message from ███████████
**Attachments:** 7_23 - COVID-19 Insights.pdf

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

**From:** ███████████fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** ███████████@hhs.gov>
**Cc:** ███████@fb.com>, ███████████fb.com>, ███████████hhs.gov>
**Subject:** Message from ███████████

Dear ███ (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to ███ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ███ will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next

session with ▇ as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

▇▇▇▇

**From:** ███████████ fb.com]
**Sent:** 7/10/2021 8:00:40 AM
**To:** ███████████ y@hhs.gov]
**CC:** Slavitt, Andrew M. ███████████ who.eop.gov]; ███████████ fb.com]
**Subject:** Re: Facebook Covid report
**Attachments:** 7_8 - COVID-19 Insights.pdf

Dear ███████

Attached is the latest Covid report covering the most recent two week period for which we have stats etc. I understand from ███████ that my team is meeting with yours next week to delve deeper into our covid misinformation efforts. As always, please don't hesitate to reach out when/if needed.

All best

███████



**From:** ███████████ @fb.com>
**Date:** Friday, June 25, 2021 at 11:19 PM
**To:** ███████████ y@hhs.gov>
**Cc:** "Slavitt, Andrew M. ███████████ who.eop.gov>, ███████████ fb.com>
**Subject:** Facebook Covid report

Dear ███████

Attached is the latest Covid report covering the past two weeks. As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best

███████



| From: | fb.com] |
|---|---|
| Sent: | 6/22/2022 10:56:43 AM |
| To: | Flaherty, Rob R. EOP/WHO ██████ who.eop.gov]; Tim Manning ██████ who.eop.gov]; Salcido, Dori A. EOP/WHO ██████ who.eop.gov]; Cheema, Subhan N. EOP/WHO ██████ @who.eop.gov] |
| CC: | ██████ hhs.gov]; r██████ hhs.gov; ██████ fb.com] |
| Subject: | Policy changes for under 5 vaccines |

Rob and Team,

Wanted to ensure you were aware of our policy updates following the early childhood vaccine approvals. As of today, all COVID-19 vaccine related misinformation and harm policies on Facebook and Instagram apply to people 6 months or older (with the exception of the claim that the COVID vaccines have full FDA approval since children have only emergency use authorization).

We expanded these policies in coordination with the CDC and ensured that we also included false claims that might be connected to children, such as the false claim that COVID vaccines cause Multisystem inflammatory syndrome in children (MIS-C).

If you have further questions or would like a briefing, please let me know.

Best,

**From:** ▮▮▮▮▮▮▮▮ fb.com]
**Sent:** 6/13/2022 11:25:24 PM
**To:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮ who.eop.gov]; Tim Manning [▮▮▮▮▮▮▮ who.eop.gov];
Salcido, Dori A. EOP/WHO [▮▮▮▮▮▮ who.eop.gov]; Cheema, Subhan N. EOP/WHO
▮▮▮▮▮ who.eop.gov]
**CC:** ▮▮▮▮▮▮▮▮ hhs.gov]; ▮▮▮▮▮▮ hhs.gov
**Subject:** Re: Covid Insights report

Thanks Rob—appreciate the feedback. Will circle up with the team and get you an update, and will keep the reports going as long as they're providing value.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮ who.eop.gov>
**Sent:** Monday, June 13, 2022 6:11:16 PM
**To:** ▮▮▮▮▮▮ fb.com>; Manning, Tim W. EOP/WHO ▮▮▮▮▮▮ who.eop.gov>; Salcido, Dori A.
EOP/WHO ▮▮▮▮▮▮ who.eop.gov>; Cheema, Subhan N. EOP/WHO ▮▮▮▮▮▮ who.eop.gov>
**Cc:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮ hhs.gov>; ▮▮▮▮▮▮ hhs.gov ▮▮▮▮▮▮ hhs.gov>
**Subject:** RE: Covid Insights report

Hey ▮▮▮ – Thanks for these. I would normally say we are good to discontinue but it would be helpful to continue to get these as we start to ramp up under 5 vaccines. Obviously, that has a potential to be just as charged. Would love to get a sense of what you all are planning here. I'm also adding in Dori and Subhan who have replaced Courtney and Ben.

**From** ▮▮▮▮▮▮ fb.com>
**Sent:** Monday, June 13, 2022 3:27 PM
**To:** Rowe, Courtney M. EOP/WHO ▮▮▮▮▮▮ who.eop.gov>; Wakana, Benjamin L. EOP/WHO
▮▮▮▮▮▮ who.eop.gov>; Manning, Tim W. EOP/WHO ▮▮▮▮▮▮ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮ who.eop.gov>; ▮▮▮▮▮▮ hhs.gov>;
▮▮▮▮▮ hhs.gov
**Subject:** [EXTERNAL] Re: Covid Insights report

Hi all,

Attaching recent reports for your review. We will plan to discontinue these unless we hear from you that this information continues to be valuable. We're happy to continue, or to pick up at a later date, if circumstances warrant or if we hear from you that this continues to be of value. Providing a summary below from our team detailing the decrease in vaccine related posts we have seen over the past 6 months for further context.

Thanks and please let me know if you have any questions.

Over the last 6 months, there has been a noticeable decrease in top vaccine-related posts that were demoted as misinformation or for sharing misleading or sensationalized information about vaccines in a way that would be likely to discourage vaccinations. There has not been a post misinforming or discouraging vaccination in this way in the top 100 vaccine-related posts since the week of February 27th, 2022, and the overall trend peak dates back to October of 2021. The total number of posts removed for violating our COVID-19 or vaccine misinformation policies has remained at 1 since the

week of December 13th, 2021. We believe this trend will continue given the sustained low volumes of top-vaccine related posts despite the Omicron variant surge experienced in early 2022.

We recommend discontinuing this report as we are no longer seeing problematic vaccine related posts (Borderline Vaccine) in the top 100 posts viewed on FB in the US. Deprecation of this report will not impact existing enforcement measures or ongoing monitoring and reporting on the problem. Meta will continue to reduce the prevalence of this problem, and will reinstate the reports if events warrant.

**From:** ███████████ fb.com>
**Date:** Tuesday, May 3, 2022 at 3:51 PM
**To:** Rowe, Courtney M. EOP/WHO ████████, ████ █who.eop.gov>, ████████████ who.eop.gov ████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov>, ████████████████ @hhs.gov>, ████████ hhs.gov ████████ hhs.gov>
**Subject:** Covid Insights report

Attaching the past two reports for your review. These cover the periods from 3/20 through 4/16. Also flagging that it would help to hear from you if these reports continue to provide useful context or if you'd like to follow up with a discussion as to how we can be helpful during this phase of the pandemic. We filed a response to the Surgeon General's rfi on Covid misinformation and would be happy to discuss at the appropriate time.

Thanks,

███████

**From:** ████████████ @fb.com>
**Date:** Monday, April 4, 2022 at 2:48 PM
**To:** Rowe, Courtney M. EOP/WHO ████████ ▶who.eop.gov>, ████████ who.eop.gov ████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov>, ████████ hhs.gov>, ████████ hhs.gov < ████████ hhs.gov>
**Subject:** Re: Covid Insights report -

Attached is the most recent Insights report. Toplines are below as well.

Given the shifting dynamics of the pandemic, it would help to understand if these reports are still useful or if we should rethink the cadence of our sending this information. Any objections to scaling back to a monthly report? If folks find the biweekly cadence useful we are happy to keep it up, just want to be responsive to your interests.

Thanks—and please let me know if you have any other feedback that we should consider.

Below is what we are seeing in the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 03/06/22 - 03/12/22 and 03/13/22 - 03/19/22.

As before, this report is focused on top vaccine related posts only. We're continuing to investigate and build analysis around content that isn't captured in this report. Again, the analysis provided below may be subject to other methodological challenges or errors - e.g., the specific rank number may not be exact.

## 1. Top 100 <u>overall posts</u> on FB in the U.S.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22, we see 0 pieces of content were specifically related to vaccine content.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22, we see that 0 pieces of content were specifically related to vaccine content.

## Top 100 <u>vaccine-related</u> posts on FB in the U.S.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22:
1.      0 posts were deleted for violating our COVID-19 and vaccine policies.
2.      0 posts were labeled labeled by third-party fact-checkers for "missing context".
3.      0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22:
1.      0 posts were deleted for violating our COVID-19 and vaccine policies
2.      0 posts were labeled and demoted by third-party fact checkers
3.      1 post was labeled and demoted for sensationalist content about the number of vaccine doses that will be recommended in future.

---

**From:** ███████████ fb.com>
**Date:** Monday, March 28, 2022 at 2:26 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov> ███████████ who.eop.gov
███████████ who.eop.gov>, Manning, Tim W. EOP/WHO ███████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ███████████ who.eop.gov>, ███████████
███████████ hhs.gov>, ███████████ hhs.gov ███████████ @hhs.gov>
**Subject:** Re: Covid Insights report -

Sending the latest version of our insights report. Please let me know if you have any questions.

███████ | ∞ Meta
US Public Policy

---

**From:** ███████████ @fb.com>
**Date:** Wednesday, February 23, 2022 at 3:32 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov>, ███████████ who.eop.gov
███████████ who.eop.gov>, Manning, Tim W. EOP/WHO ███████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ███████████ who.eop.gov>, ███████████
███████████, ███████████ hhs.gov ███████████ hhs.gov>
**Subject:** Covid Insights report -

Sending the latest Covid Insights Report—please let us know if you have any questions.

Thanks and have a good week.

███████  ∞ Meta

US Public Policy



**From:** ████████ fb.com]
**Sent:** 2/10/2022 9:18:18 PM
**To:** Rowe, Courtney (who.eop.gov) [████████ who.eop.gov]; Wakana, Benjamin (who.eop.gov)
[████████ who.eop.gov]; Tim Manning [████████ who.eop.gov]
**CC:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov]; ████████) ████████ @hhs.gov];
████████ hhs.gov]
**Subject:** Re: Covid Insights report -
**Attachments:** 2_4_22 - COVID-19 Insights.pdf

Apologies for sending this report late—entirely my fault for not getting this to you earlier. Attached is the Insights report for the periods dating between 1/09 – 1/22. The next report will be sent on Friday, 2/18.

Thanks and as always please let me know if you have questions.



US Public Policy

---

**From:** ████████ @fb.com>
**Date:** Monday, January 24, 2022 at 1:28 PM
**To:** Rowe, Courtney M. EOP/WHO ████████ who.eop.gov>, ████████ who.eop.gov
< ████████ @who.eop.gov>, Manning, Tim W. EOP/WHO < ████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO < ████████ who.eop.gov>,
<█ ████████ hhs.gov>, ████████ hhs.gov < ████████ hhs.gov>
**Subject:** Re: Covid Insights report -

Attached is the latest Covid Insights Report, which details the top 100 posts overall as well as the top 100 vaccine related posts over the periods of 12/26 – 1/8.

Overall, of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/26/21 - 01/01/22:

- 0 posts were deleted for violating our COVID-19 and vaccine policies.
- 0 posts were labeled and demoted by third-party fact checkers.
- 0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 01/02/22 - 01/08/22:

- 0 posts were deleted for violating our COVID-19 and vaccine policies
- 0 posts were labeled and demoted by third-party fact checkers
- 5 posts were labeled and demoted upon review
- ○ Two were videos by public figures suggesting that vaccines are ineffective
- ○ Two were vaccine humor posts whose content could discourage vaccination
- ○ One was a post by a public figure promoting the Omicron variant as a natural alternative to the COVID-19 vaccine

Thanks and as always please let me know if you have any questions.


US Public Policy

**From:** ▬▬▬▬▬▬▬▬▬ fb.com>
**Date:** Saturday, January 8, 2022 at 5:34 PM
**To:** Rowe, Courtney M. EOP/WHO <▬▬▬▬▬▬ who.eop.gov>, ▬▬▬▬▬▬▬▬ who.eop.gov
<▬▬▬▬▬▬▬ @who.eop.gov>, Manning, Tim W. EOP/WHO <▬▬▬▬▬▬▬ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO <▬▬▬▬▬▬ who.eop.gov>, ▬ (HHS/OASH)
<▬▬▬▬ hhs.gov>, ▬▬▬▬▬▬ hhs.gov <▬▬▬▬▬▬ hhs.gov>, ▬▬▬▬
▬▬▬ fb.com>
**Subject:** Covid Insights report -

Attached is the latest version of our Covid Insights report, covering weeks of 12/12-12/25.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/12/21 - 12/18/21:
- 0 posts were deleted for violating our COVID-19 and vaccine policies.
- 0 posts were labeled and demoted by third-party fact checkers for "false information".
- 0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/19/21 - 12/25/21:
- 0 posts was deleted for violating our COVID-19 and vaccine policies
- 0 posts were labeled and demoted by third-party fact checkers
- 2 posts were labeled and demoted upon review. Both were suggesting natural immunity by COVID-19 infection is superior to immunity by the COVID-19 vaccine.

Please let us know if you'd like to discuss. Thanks and enjoy the rest of the weekend.


US Public Policy

**From:** ▬▬▬▬▬▬▬ @fb.com>
**Date:** Friday, January 7, 2022 at 10:57 AM
**To:** Rowe, Courtney M. EOP/WHO <▬▬▬▬▬▬ who.eop.gov>, ▬▬▬▬▬▬ who.eop.gov
<▬▬▬▬▬▬ who.eop.gov>, Manning, Tim W. EOP/WHO <▬▬▬▬▬▬ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO <▬▬▬▬▬ who.eop.gov>, ▬▬▬▬▬▬ (HHS/OASH)
<▬▬▬▬ hhs.gov>, ▬▬▬▬ hhs.gov <▬▬▬▬▬▬ hhs.gov>, ▬▬▬
▬▬ fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Morning,

We'll send our latest updated Covid Insights top 100 report later today. I also wanted to send a quick update on the work we are doing to combat the Omicron wave. Happy to discuss any of these measures or anything else that might be on your minds. Ben—I'm running down your questions from yesterday and hope to have a response back later today as well.

Our approach continues to evolve on both vaccinations and the Omicron variant and booster vaccines:

• **Partner Campaigns:** We recently launched several campaigns with partners to bring authoritative information to users. This includes a campaign with Johns Hopkins University's Bloomberg School of Public Health and Ad Council, which is aimed at parents and encourages children's vaccines. We also launched a campaign encouraging eligible adults to get booster shots with the Bloomberg School of Public Health. Finally, we kicked off a flu vaccination campaign with the Mayo Clinic and Johns Hopkins University's Bloomberg School of Public Health.

• **Profile Frames:** In early December, we partnered with HHS to launch a new set of Facebook Profile Frames in both English and Spanish that encourage the COVID-19 booster vaccine. We have been promoting the adoption of these profile frames since mid-December, and continue to do so.

• **In Feed Promotions** - We are running promotions on Facebook in both English and Spanish highlighting content created by credible health and media organizations that share authoritative information about both Omicron and booster vaccine eligibility.

• **Ads**: We continue to work with HHS and CDC on utilizing what remains of the combined $30 million allocated in ad credits to raise awareness of the booster vaccine and communicate essential health information. Though HHS was unable to accept additional ad coupons, we are supporting national nonprofit organizations dedicated to communicating critical vaccine information.



| ∞ Meta
US Public Policy

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Wednesday, December 15, 2021 at 1:07 PM
**To:** Rowe, Courtney M. EOP/WHO < ▮▮▮▮▮ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO < ▮▮▮▮▮ who.eop.gov>, ▮▮▮▮▮▮
< ▮▮▮▮ hhs.gov>, ▮ ▮▮▮▮ hhs.gov < ▮▮▮▮▮ @hhs.gov>, ▮▮▮▮▮
▮▮▮▮▮ @fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Hi Courtney—

Apologies for the delayed response. I want to make sure we aren't miscommunicating—and if you are thinking of a separate campaign other than the one we are currently deploying, I will run that to ground. We're taking a multi-prong approach to addressing the Omicron variant and encouraging people to get their booster vaccines, including:

• **Profile Frames:** On Wednesday, December 1, we partnered with HHS to launch a new set of Facebook Profile Frames that encourage the COVID-19 booster vaccine. The frames are in both English and Spanish, and allow users to share either that they've received their booster vaccine ("I Got My COVID-19 Booster") or to encourage getting the

MOLA_DEFSPROD_00007213

booster ("Let's Get Our Covid-19 Booster"). We have employed platform interventions to promote adoption of these frames and will continue to iterate.

- **In Feed Promotions** - We ran in feed promotions on Facebook in both English and Spanish, which share content created by credible health and media organizations about the Center for Disease Control recommendation for all eligible adults to get their booster vaccine.

- **Ads**: In partnership with HHS and Center for Disease Control, we are working to utilize their remaining ad credits to raise awareness of the booster vaccine and communicate essential health information.

- **Partner campaigns:** Next week, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots. Additionally, our partnerships teams continue to encourage public figures and influencers to adopt the HHS Profile Frames, and we continue to explore ways of working together to activate these influencers in support of HHS/CDC recommendations.

- **Covid Information Center:** We worked with the Center for Disease Control to update language in the Covid Information Center's Frequently Asked Question section, ensuring it accurately mirrors current CDC/FDA recommendations regarding the new variant and the booster.

If there are efforts that you think could be helpful in addition to what we are doing above, I'd appreciate hearing from you and the team and I'll follow up with our teams to make sure we are doing what we can.


US Public Policy

**From:** Rowe, Courtney M. EOP/WHO <                    @who.eop.gov>
**Date:** Monday, December 13, 2021 at 10:58 AM
**To:**                    fb.com>
**Cc:** Flaherty, Rob R. EOP/WHO <                    who.eop.gov>,
                    hhs.gov>,                    hhs.gov                    hhs.gov>
                    com>

**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Thanks        How long before you think you'll get the booster campaign off the ground? I saw coming weeks, but just wondering if you have a more firm timeline. I think pushing boosters is going to increasingly become more important given omicron

Sent from my iPhone

On Dec 13, 2021, at 10:40 AM,                    @fb.com> wrote:

Morning—including the latest Covid Insights report here for your review. As always please let us know if you have any questions or would like to discuss anything related to our work.

**From:** ▮▮▮▮▮▮▮▮ fb.com>
**Date:** Wednesday, December 1, 2021 at 1:50 PM
**To:** ▮▮▮▮▮▮ who.eop.gov ▮▮▮▮▮▮▮ who.eop.gov>, ▮▮▮▮▮ HHS/OASH)
▮ nhs.gov>, Rowe, Courtney M. EOP/WHO <▮▮▮▮▮ who.eop.gov>,
▮▮▮▮ hhs.gov <▮▮▮▮▮▮ hhs.gov>
**Cc:** ▮▮▮▮▮▮▮▮ fb.com>
**Subject:** Covid Insights Report - weeks of 10/31-11/13

Rob▮▮ Courtney,▮▮▮ –

Apologies for delay over the holiday weekend—sending our most recent Covid Insights report for weeks of 10/31-11/13.

We also wanted to provide you with a brief update on our work both on vaccines for children age 5-11, as well as our work on boosters.

**Youth/Week of Action**

• On the platform, we launched in-feed promotions featuring content in English and Spanish from authoritative health orgs and media about vaccine approval and safety for children ages 5-11. We are currently re-running this campaign. We also updated our COVID Information Center FAQ unit with the latest vaccine information regarding children ages 5-11.

• We are supporting Kaiser Family Foundation, Ad Council, and Direct Relief to run large-scale ad campaigns aimed at parents that answer questions about COVID-19 vaccines for children, some of which are available both in English and Spanish. We have encouraging results back from one of these campaigns indicating that it has helped increase perceptions that COVID-19 vaccines are safe and important for children.

**Boosters**

• In the coming weeks, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots, particularly ahead of the holiday season.

• We're working with HHS on a new set of profile frames specifically encouraging people to get their booster vaccine. The new frames, which are available in both English and Spanish, will let you share your support for COVID-19 booster vaccines, and see that others you respect and care about are doing the same.

Separately, our teams are reviewing our strategy in light of the emerging Omicron variant of the virus. As additional guidance emerges from our authoritative health partners, we'll ensure that information is shared in surfaces like the COVID Information Center, as we've done recently with updating guidance on booster eligibility this week.

As always, please let me know if you have any questions. We'd be happy to schedule time to cover any of the content here.



US Public Policy

<12_10_21 - COVID-19 Insights [WIP].pdf>

**From:** ███████████fb.com]
**Sent:** 11/15/2021 12:16:27 AM
**To:** ███████who.eop.gov; ██████(HHS/OASH) [███████hhs.gov]; Rowe, Courtney (who.eop.gov)
███████who.eop.gov]; ████(HHS/ASPA) ████hhs.gov]
**CC:** █████████fb.com]
**Subject:** Covid Insights Report - weeks of 10/17-10/30
**Attachments:** 11_12 – COVID-19 Insights.pdf

Apologies for the late Sunday email—wanted to make sure to get you our latest Covid Insights Report for the weeks of 10/17-10/30. As always, please don't hesitate to reach out with any questions about the content included here or our ongoing efforts to provide information on the 5-11 vaccine.



**From:** ███████████fb.com>
**Date:** Thursday, November 4, 2021 at 12:09 AM
**To:** ████who.eop.gov <██████who.eop.gov>,
███████hhs.gov>, Rowe, Courtney M. EOP/WHO <█████████who.eop.gov>,
████hhs.gov <████████hhs.gov>
**Cc:** ████████fb.com>
**Subject:** Re: Covid Insights and plan for approval of kids vaccine

Rob, ███ Courtney, ████—

We wanted to follow up and share what steps we've taken over the last several days as FDA and CDC approvals have now been granted:

• Last Friday, we updated our misinformation policies for COVID-19 vaccines to make clear they apply to claims about children -- for example, claims that the COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children. We're grateful to our partners at the CDC for helping get these debunked in advance of the announcement, and we look forward to staying connected on emerging COVID misinformation trends.
• This morning, we launched in-feed promotions featuring content in English and Spanish from authoritative health orgs and media about vaccine approval and safety for children ages 5-11. We have included images of example promotions below. We plan to continue promoting this content through the Week of Action.

Additionally, we are in the process of updating content in the COVID Information Center with the latest vaccine information regarding children ages 5-11. We also published a News Room Post detailing how we're supporting the roll out of children's vaccines here. As a reminder, we plan to go bigger and louder over the Week of Action, as detailed in our previous email. Please let us know if you have any questions.

Thanks,

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Get Outlook for iOS

---

**From:** fb.com>
**Sent:** Friday, October 29, 2021 5:12 PM
**To:** ho.eop.gov; (HHS/OASH); Rowe, Courtney M. EOP/WHO; hhs.gov

MOLA_DEFSPROD_00007240

**Cc:** 

**Subject:** Covid Insights and plan for approval of kids vaccine

Rob, Courtney,  –

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

### Once FDA Approval Goes into Effect (Date TBD)

• Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.

• As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.

• As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

### Week of Action (Nov 15-21)

• Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.

• Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.

• Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

 and team

MOLA_DEFSPROD_00007242

**From:** ▮▮▮▮▮▮▮ fb.com]
**Sent:** 10/31/2021 4:43:30 PM
**To:** ▮▮▮▮▮▮ (HHS/OASH) ▮▮▮▮▮ @hhs.gov]
**Subject:** Fwd: not even sure what to say at this point

**Flag:** Followup

▮▮▮—we had heard from Rob Thursday as well regarding Thursday's wapo story (my response below). I saw the Surgeon General's reaction on Twitter—we want to make sure you and he have the context necessary as we feel strongly that the claims made in the story are not accurate, especially considering that we had discussed many of the studies referenced during our briefings.

Please let me know if you'd have time for a longer conversation next week.

Thanks,



Get Outlook for iOS

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Thursday, October 28, 2021 11:58 AM
**To:** Flaherty, Rob R. EOP/WHO
**Subject:** Re: not even sure what to say at this point

Hey—nothing in the story is inconsistent with what we briefed on. The studies referenced in the story were all done early and were not in any way considered to be methodologically appropriate for sharing. We referenced these in briefings and also talked about why we were not comfortable using this type of data because it's unreliable. This has been a fundamental disagreement to be sure in terms of data you have asked for and data that we have said is best used to depict the scope of the issue. But we've been open about that. A number of these studies cited in the story were specifically referenced during our briefings. Happy to get on the phone to walk through why this story is not accurate—like much of the coverage in recent days it relies on cherry picked data that portrays a specific narrative. In the meantime, here's the statement we just released:

"The studies cited were in no way definitive, which is why we did not share them as if they were. They were early directional analyses meant to give guidance to product and policy teams on where we could improve our defenses against harmful vaccine misinformation. We improved our policies based in part on those analyses and communicated those steps to policymakers and the public. As VP of Integrity ▮▮▮▮▮▮ noted in August, measuring prevalence of a specific type of content on our platform takes years of work - especially on a topic as dynamic as vaccine misinformation - which is why no company has to date been able to share that data."

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO< ▮▮▮▮▮ @who.eop.gov>
**Sent:** Thursday, October 28, 2021 10:09:04 AM
**To:** ▮▮▮▮▮ fb.com>
**Subject:** not even sure what to say at this point

https://www.washingtonpost.com/technology/2021/10/28/facebook-covid-misinformation/

**Rob Flaherty**
Director of Digital Strategy
The White House

MOLA_DEFSPROD_00007247

| | |
|---|---|
| **From**: | ▆▆▆▆▆▆fb.com] |
| **Sent**: | 10/29/2021 5:12:35 PM |
| **To**: | ▆▆▆▆▆who.eop.gov;   ▆▆▆(HHS/OASH)▆   ▆▆▆hhs.gov]; Rowe, Courtney (who.eop.gov) |
| | [▆▆▆▆▆▆▆▆who.eop.gov];   (HHS/ASPA) [   ▆▆▆hhs.gov] |
| **CC**: | ▆▆▆▆▆fb.com] |
| **Subject**: | Covid Insights and plan for approval of kids vaccine |
| **Attachments**: | 10_29 - COVID-19 Insights.pdf |

Rob, Courtney, ▆▆▆▆▆ –

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

### Once FDA Approval Goes into Effect (Date TBD)

• Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.

• As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.

• As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

### Week of Action (Nov 15-21)

• Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.

• Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.

• Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

 and team

MOLA_DEFSPROD_00007249

**From:** ▓▓ fb.com]
**Sent:** 10/20/2021 8:55:39 AM
**To:** Flaherty, Rob R. EOP/WHO [▓▓ who.eop.gov]
**CC:** Clarke.Humphrey ▓▓ who.eop.gov]; Tom, Christian L. EOP/WHO [▓▓ who.eop.gov];
HHS/OASH) ▓▓ hhs.gov]; Rowe, Courtney (who.eop.gov) ▓▓ who.eop.gov];
(HHS/IOS) [▓▓ Phhs.gov]; Qureshi, Hoor A. EOP/WHO ▓▓ who.eop.gov];
▓▓ fb.com]
**Subject:** Re: Kids Vaccines

Thanks Rob—we'd welcome the opportunity. Adding ▓▓ on our end to help coordinate.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO <▓▓ Pwho.eop.gov>
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** ▓▓ fb.com>
**Cc:** Humphrey, Clarke E. EOP/WHO ▓▓ who.eop.gov>; Tom, Christian L. EOP/WHO
▓▓ who.eop.gov> ▓▓ (HHS/OASH) <▓▓ hhs.gov>; Rowe, Courtney M. EOP/WHO
▓▓ who.eop.gov>; ▓▓ (HHS/IOS) <▓▓ hhs.gov>; Qureshi, Hoor A. EOP/WHO
<▓▓ who.eop.gov>
**Subject:** Kids Vaccines

▓▓ - Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis-and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope -- as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House

**From:** ████████ fb.com]
**Sent:** 9/21/2021 2:15:04 PM
**To:** Flaherty, Rob R. EOP/WHO [████████ who.eop.gov]
**CC:** ████████ (HHS/OASH) [████████ hhs.gov]; Rowe, Courtney (who.eop.gov) [████████ who.eop.gov];
DJ Patil ████████ gmail.com]
**Subject:** Re: [EXTERNAL] Covid Insight Report

Understood Rob—we will circle back over the next few days to brief.

**From:** Flaherty, Rob R. EOP/WHO <████████ who.eop.gov>
**Date:** Saturday, September 18, 2021 at 2:54 PM
**To:** ████████ fb.com>
**Cc:** ████████ (HHS/OASH) <████████ hhs.gov>, Rowe, Courtney M. EOP/WHO
████████ who.eop.gov>, DJ Patil ████████ gmail.com>
**Subject:** Re: [EXTERNAL] Covid Insight Report

Happy to talk about it, ████ Would be interested to see, as we have long asked for, how big the problem is, what solutions you're implementing, and how effective they've been.

Sent from my iPhone

On Sep 18, 2021, at 2:52 PM, ████████ fb.com> wrote:

████ and team,

Including the latest version of our report here.

I'm sure you also saw yesterday's story in the WSJ about the spread of COVID-19 misinformation in comments on Facebook. The story - largely based on cherry-picked leaked documents, doesn't accurately represent the problem or the solutions we have put in place to make comments on posts about COVID and vaccines safer. I know that we've discussed this many times over the past several months and I'd be happy to schedule a call to discuss in greater detail. Please let me know if that would be of interest.

In the meantime I'm also sharing a post we published today from ████ addressing the WSJ series in full.  Link to that post is here.

As always please let me know if you have any questions.

Thanks,

████

**From:** ████ (HHS/OASH) <████████ @hhs.gov>
**Date:** Tuesday, September 7, 2021 at 5:11 PM
**To:** ████████ fb.com>, ████████ who.eop.gov <████████ who.eop.gov>, Rowe,

Courtney (who.eop.gov) <     who.eop.gov>, DJ Patil    gmail.com>
**Subject:** RE: Covid Insight Report

Thanks so much for sharing this,   DJ and I connected last week and he should be reaching out with timing soon (me or someone from my team would join him as well).

Thanks!

**From:**    fb.com>
**Sent:** Tuesday, September 7, 2021 10:03 AM
**To:**   (HHS/OASH)   hhs.gov>;   who.eop.gov; Rowe, Courtney (who.eop.gov)
   who.eop.gov>; DJ Patil   gmail.com>
**Subject:** Covid Insight Report

Good morning—apologies that this is coming after the holiday weekend. Attaching our latest Covid Insights report. Happy to schedule time to discuss at your convenience.

   and DJ—would also love to follow up on nailing down our meeting to discuss data transparency—let me know if there's anything I should be doing to move that along.

Thanks,

**From:**    fb.com>
**Date:** Saturday, August 21, 2021 at 1:10 PM
**To:**   (HHS/OASH)   hhs.gov>,   who.eop.gov
   who.eop.gov>, Rowe, Courtney M. EOP/WHO   who.eop.gov>
**Subject:** Covid Insight Report – 8/20

   Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

<9_17 - COVID-19 Insights.pdf>

From: ███████████ fb.com]
Sent: 8/17/2021 5:27:28 PM
To: ████ HHS/OASH) [████ hhs.gov]; ████ ostp.eop.gov; DJ Patil [████ gmail.com]
CC: ████ fb.com]
Subject: Re: Follow up - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding. Can we find time for our teams to get together soon?

Get Outlook for iOS



From: ████ fb.com>
Sent: Friday, August 6, 2021 9:02:07 PM
To: ████ (HHS/OASH) ████ hhs.gov> ████ ostp.eop.gov
████ ostp.eop.gov>; DJ Patil < ████ gmail.com>
Cc: ████ fb.com> ████ fb.com>
Subject: Re: Follow up - data discussion

Thanks ████

Appreciate you connecting us to DJ here—and look forward to scheduling time for a longer conversation around data per our last meeting. DJ—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

From ████ (HHS/OASH) < ████ @hhs.gov>
Sent: Friday, August 6, 2021 4:07 PM
To: ████ ostp.eop.gov; DJ Patil
Cc: ████
Subject: RE: Follow up - data discussion

Hi Brian,

Hope your week has been going well. I wanted to loop DJ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also ████ —I know on the call with ████ he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,

████

MOLA_DEFSPROD_00007271

**From:** ████████ fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** ████ (HHS/OASH) <████ hhs.gov>; ████████ ostp.eop.gov
**Cc:** ████ fb.com>
**Subject:** Re: Follow up - data discussion

████—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days. Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." ████

**From:** ████ (HHS/OASH) ████ @hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** ████ fb.com>, ████████ ostp.eop.gov ████████ ostp.eop.gov>
**Cc** ████████ fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** ████ fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** ████ (HHS/OASH) ████ hhs.gov>; ████████ ostp.eop.gov
**Cc:** ████ b.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks ████ completely understand why you would have been a little busy this week! Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** ████ (HHS/OASH) ████ hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** ████ fb.com>; ████████ ostp.eop.gov <████ ostp.eop.gov>
**Cc:** ████ fb.com>
**Subject:** RE: Follow up - data discussion

Hey ████

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, DJ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

██████

**From:** ██████████fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** ██████(HHS/OASH)-██████hhs.gov> ██████ostp.eop.gov
**Cc:** ██████fb.com>
**Subject:** Follow up - data discussion

Hi ██ and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below—look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** ██████████fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** ██████(HHS/OASH) <██████hhs.gov>
**Cc:** ██████fb.com>
**Subject:** Re: Message from ██████

Hi ██ -just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and DJ, and whomever else might make sense.

**From:** ██████████fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** ██████HHS/OASH) <██████@hhs.gov>
**Cc:** ██████fb.com>
**Subject:** Re: Message from██████

█ –let me know if it makes sense to sync on next steps?  Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

---

**From:** █████████ fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** ██████████ fb.com>          (HHS/OASH) ◄          hhs.gov>
**Cc:** ◄          fb.com>,          (HHS/OASH) █          nhs.gov>
**Subject:** Re: Message from █

Including this week's updated report here.  Look forward to scheduling our next working session.  As always please let us know if you have any questions.

█

---

**From:** ██████████ fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** ██████ (HHS/OASH) ◄          hhs.gov>
**C** ██████ fb.com>,          fb.com>,
█          nhs.gov>
**Subject:** Message from █

Dear █    (if I may),

Thanks again for taking the time to meet earlier today.  It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses.  I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed).  We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform.  We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic.  We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data.  We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress.  You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves.  We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule.      will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes



From: ██████████ fb.com]
Sent: 8/10/2021 1:18:09 PM
To: Flaherty, Rob R. EOP/WHO [ ██████████ who.eop.gov]; ██████████ (HHS/OASH) ██████████ hhs.gov]
CC: ██████████ Dfb.com]; ██████████ Dfb.com]; ██████████ fb.com];
██████████ fb.com]

Subject: Re: Quick call today?
Attachments: Facebook – July 2021 CIB Report[68].pdf

Rob and ████ —thanks again for making time. Including the report here for your review—let us know if you have any questions.

---

From: ██████████ fb.com>
Date: Tuesday, August 10, 2021 at 11:59 AM
To: Flaherty, Rob R. EOP/WHO < ██████████ who.eop.gov>, ██████████ (HHS/OASH)
██████████ hhs.gov>
Cc: ██████████ .com>, ██████████ fb.com>, ██████████
██████████ fb.com>, ██████████ fb.com>
Subject: Re: Quick call today?

Great—adding ████ who can circulate an invite for 1245 today. Appreciate the quick response.

Get Outlook for iOS

---

From: Flaherty, Rob R. EOP/WHO < ██████████ who.eop.gov>
Sent: Tuesday, August 10, 2021 11:38:54 AM
To: ██████████ (HHS/OASH) ██████████ hhs.gov> ██████████ fb.com>
Cc: ██████████ fb.com>; ██████████ fb.com>
Subject: RE: Quick call today?

Same here, actually.

---

From: ██████████ (HHS/OASH) ██████████ hhs.gov>
Sent: Tuesday, August 10, 2021 11:17 AM
To: ██████████ fb.com>; Flaherty, Rob R. EOP/WHO < ██████████ who.eop.gov>
Cc: ██████████ @fb.com>; ██████████ fb.com>
Subject: RE: Quick call today?

12:30pm-1:15pm has a window. Any breaks there?

---

From: ██████████ fb.com>
Sent: Tuesday, August 10, 2021 10:23 AM
To: ██████████ (HHS/OASH) < ██████████ hhs.gov>; ██████████ who.eop.gov
Cc: ██████████ fb.com>; ██████████ fb.com>
Subject: Quick call today?

████ and Rob—would one of you have time for a quick call so we can read you in on an announcement we will make early this afternoon related to an operation we uncovered that is related to vaccine misinformation? Shouldn't take more than 15 minutes.

Get Outlook for iOS