CONFIDENTIAL

9:47 • LTE

< 469 

May 27, 2021, 3:19 PM

Hi ███, it's a Vivek Murthy, great to connect with you this week and looking forward to working together. Be well, Vivek

Delivered

Jul 18, 2021, 3:48 PM



**Moving Past the Finger Pointing - About Facebook**
about.fb.com

Hi Vivek - you may have seen this post today which we issued to provide more context. We do not plan to issue more public posts etc. I imagine you and your team are feeling a little aggrieved - as is the FB team, it's not great to be accused of killing people - but as I said by email I'm keen to find a way to deescalate and work together collaboratively. I am available to meet/speak whenever suits. With my best wishes, ███

iMessage

**Wed, Mar 30**

Hey — just a heads up that I'm coming to DC from Apr 4-13! I expect my team will reach out to see if we can connect while I'm in town. If the timing works, would love to discuss how things are going & next steps from our last call!

Two side notes: (1) we are officially members of JCDC! Comms teams are working to say something public & we're moving to get people integrated.

(2) Do you have any context you can share on the role Rob Silvers is playing on disinfo? I understand his team has a task force they've said up, and it was suggested that his team is handling "policy" on disinfo while CISA is handling "operations." That was secondhand, though, so it could easily be a garble.

My team is interested in me meeting w/him as well, so wanted to check in...    17:14

Hey there...sure happy to chat. Rob is running a governance board to look at potential new areas of confronting MDM, but it doesn't change or impact anything we are doing or have already established.    20:16

**Fri, Jun 24**

**10:31**

**CONFIDENTIAL**

New iMessage　　　　Cancel

To: ▇▇▇▇▇▇▇

Sat, Feb 26, 18:00

> Just wanted to send a note
> That you and the cisa team are doing amazing work at a really tough time. The info, leadership & proactivity are incredibly helpful.
>
> Thank you.

> Thx so much! Really appreciate it. And sorry I didn't ring last week... think you were on the call this week? Just trying to get us in a place where Fed can work with platforms to better understand the mis/dis trends so relevant agencies can try to prebunk/debunk as useful...

> Not our mission but was looking to play a coord role so not every D/A is independently reaching out to platforms which could cause a lot of chaos.

> Was on the call. The coordination is greatly appreciated. Was disappointed that platforms including us didn't offer more (we'll get there) and sector leadership had 0

iMessage

**CONFIDENTIAL**

10:31

**New iMessage**  Cancel

To:

> Thx so much! Really appreciate it. And sorry I didn't ring last week… think you were on the call this week? Just trying to get us in a place where Fed can work with platforms to better understand the mis/dis trends so relevant agencies can try to prebunk/debunk as useful…

> Not our mission but was looking to play a coord role so not every D/A is independently reaching out to platforms which could cause a lot of chaos.

Was on the call. The coordination is greatly appreciated. Was disappointed that platforms including us didn't offer more (we'll get there) and sector leadership had 0 questions.

We'll get there and that kind leadership really helps. Platforms have got to get more comfortable with gov't. It's really interesting how hesitant they remain.

Again Microsoft included.

iMessage