**From**: ▮▮▮▮▮▮▮▮ @twitter.com]
**Sent**: 11/12/2021 10:44:29 AM
**To**: ▮▮▮▮▮▮ @cdc.gov]
**Subject**: Re: Discuss VAERS Misinformation with a CDC expert?

Perfect - Let's keep it to Twitter for now.
And the 18th is great. Can you kindly
invite ▮▮▮▮ @twitter.com, ▮▮▮▮ @twitter.com, ▮▮▮▮ @twitter.com in addition to me?

Thanks so much,
▮▮

On Fri, Nov 12, 2021 at 10:32 AM ▮▮▮▮▮▮▮▮ @cdc.gov> wrote:
Nov 18 is best – I can send an appt using Microsoft Teams if that is OK with you.

Would you prefer we keep this Twitter only?

**From:** ▮▮▮▮▮▮ @twitter.com>
**Sent:** Wednesday, November 10, 2021 4:07 PM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Subject:** Re: Discuss VAERS Misinformation with a CDC expert?

Hi ▮▮▮ -
How would these times work for you:
Nov 17 @ 3pm ET
Nov 18 @ 1pm ET

On Mon, Nov 8, 2021 at 9:49 AM ▮▮▮▮▮▮▮▮ @cdc.gov> wrote:
Great! We shall wait for the times.

**From:** ▮▮▮▮▮▮ @twitter.com>
**Sent:** Monday, November 8, 2021 9:47 AM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Subject:** Re: Discuss VAERS Misinformation with a CDC expert?

Hi ▮▮▮ -
Thank you for checking in - I've shared the invitation with our team, and they are interested in taking you up on this offer! Unfortunately the time you initially shared does not work, so I have asked them to suggest a few times that would be better.

Thanks again for thinking of us!

On Mon, Nov 8, 2021 at 9:44 AM ███████████████████████ @cdc.gov> wrote:

Hi ███ – Just wanted to check back on this to see if you had thoughts?

**From:** ████████████████████████
**Sent:** Friday, November 5, 2021 9:31 AM
**To:** ████████ < ████████ twitter.com>
**Subject:** Discuss VAERS Misinformation with a CDC expert?

███ – As you probably are aware, people citing CDC VAERS data incorrectly is a major source of misinformation about COVID. One of our experts on the VAERS system has already briefed another tech platform to answer some of their policy team questions. Would Twitter be interested in short 30 minute briefing & Q/A on the topic? If so, would this Wednesday at 4pm EST work? Also, how would you feel if other tech platforms were on the line? Unlike the previous BOLO meetings, we would like to open the line for exchange.

Thanks!

Example tweet:

⚠ #VAERS Study performed by a statistician PhD student: vaccination death rate has rised up to 5427% after covid genetic injection, compared to all other vaccines together ‼
#vaccination #COVID19

**From**: ███████████ @google.com]
**Sent**: 11/1/2021 9:39:05 AM
**To**: ███████████ @cdc.gov]
**CC**: ███████████ @cdc.gov] ███████████ @google.com]; ███████████
███████████ @google.com]
**Subject**: Re: Booster Shots

amazing, yes! 4pm EST would work better if ok with you. Thank you so much! my big boss is joining my team meeting today at 3:30pm

Thanks ███████

███████████████████████████████████

On Mon, Nov 1, 2021 at 9:23 AM ███████████ @cdc.gov> wrote:
My 4 pm was moved if you still prefer it – I can do it anytime after 4.

**From:** ███████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @cdc.gov>; ███████████ @google.com>;
███████████ @cdc.gov>; ███████████ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ███████████ @cdc.gov> wrote:
3:30 is best. Right now we have a 4pm I must attend.

**From:** ███████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @google.com>; ███████████ @google.com>; ███████████
███████████ @cdc.gov>; ███████████ @cdc.gov>
**Subject:** Re: Booster Shots

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?



Google US Federal Government Affairs and Public Policy

On Thu, Oct 28, 2021 at 5:13 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

▮▮ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov" to Find a vaccine at Vaccines.gov.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮
▮▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ @cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info:  ACIP is likely to vote on this on Nov 2. CDC is likely to start posting final information on Nov 3 (possibly late Nov 2), if that helps to know. There will be many updates so the changes might span over a few days.  We are also looking ahead and misinformation and hope to have a BOLO type meeting later that week with platforms that are interested.

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮
▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮
▮▮▮▮ @cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM  Document 71-6  Filed 08/31/22  Page 5 of 36 PageID #: 2631

OOO so I'm also adding █████████ who is helping while he is out. Given that CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to our product experience. Please see below for our new text and a mock up and let us know if you have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson & Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:



⊠ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
█████ and █████████

█████████████

Google US Federal Government Affairs and Public Policy

██████████████████

On Thu, Sep 30, 2021 at 5:34 PM █████████████ @google.com> wrote:
Great, thanks!

MOLA_DEFSPROD_00001785

On Thu, Sep 30, 2021, 2:31 PM ████████████████████ @cdc.gov> wrote:

Hi ████

I heard back from some folks. No heartburn over the message as proposed.

Cheers

████

**From:** ████████████████████
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ████████████ @google.com>
**Cc:** ████████████ google.com>; ████████████ @cdc.gov>;
████████████ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ████████

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ████████████████████ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @google.com>; ████████████ @cdc.gov>
**Subject:** Booster Shots

Hi ████,

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

• *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

Thanks,



--

--

Google US Federal Government Affairs and Public Policy

**From:** ████████████ @google.com]
**Sent:** 10/28/2021 7:43:39 PM
**To:** ████████████ @cdc.gov]
**Subject:** Re: Booster Shots

Hi ████ I don't have specific questions. We just wanted to connect with you to confirm the link you'll be updating and to confirm key messages etc. it should be fine to keep the call small to just us.

On Thu, Oct 28, 2021 at 7:22 PM ████████████████████ @cdc.gov> wrote:

Can you give me a sense of what you'll need to discuss? I would rather not have a SME if I can answer questions but not sure what is being discussed. I know plans, key messages but not a expert in this.

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @cdc.gov>; ████████████ @google.com>;
████████████ @cdc.gov>; ████████████ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ████████████████████ @cdc.gov> wrote:

3:30 is best. Right now we have a 4pm I must attend.  ▪

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @google.com>; ████████████ @google.com>; ████
████████████ @cdc.gov>; ████████████ @cdc.gov>
**Subject:** Re: Booster Shots

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?

████████████████

Google US Federal Government Affairs and Public Policy

On Thu, Oct 28, 2021 at 5:13 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:
▮▮▮ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov"
to Find a vaccine at Vaccines.gov.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮▮▮▮ @google.com>;
▮▮▮ @google.com>; ▮▮▮▮ @cdc.gov>;
@cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info:   ACIP is
likely to vote on this on Nov 2.  CDC is likely to start posting final information on Nov 3 (possibly late Nov
2), if that helps to know.  There will be many updates so the changes might span over a few days.   We are
also looking ahead and misinformation and hope to have a BOLO type meeting later that week
with platforms that are interested.

**From:** ▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮▮▮ @google.com>;
▮▮▮ @cdc.gov>; ▮▮▮▮ @cdc.gov>;
@cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

▮▮▮▮ OOO so I'm also adding ▮▮▮▮▮▮ who is helping while he is out. Given that
CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to
our product experience. Please see below for our new text and a mock up and let us know if you
have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson &
Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

> [x] The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
██ and ██████

██████████

Google US Federal Government Affairs and Public Policy

██████████

On Thu, Sep 30, 2021 at 5:34 PM ██████████ @google.com> wrote:

Great, thanks!

On Thu, Sep 30, 2021, 2:31 PM ██████████ @cdc.gov> wrote:

Hi ████

I heard back from some folks. No heartburn over the message as proposed.

Cheers

██

**From:** ███████████████████
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ███████████ @ google.com>
**Cc:** ██████████████ @google.com>;                               ██████ @cdc.gov>;
████████████████████ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ██████

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ██████████████ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ████████████ @cdc.gov>
**Cc:** ██████████████ @google.com>; ████████████ @cdc.gov>
**Subject:** Booster Shots

Hi ██████

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

• *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

Thanks,

██████████

--
████████████████████████ @google.com

--
████████████████

Google US Federal Government Affairs and Public Policy

████████████████████



Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001822

**From:** ▮▮▮▮▮▮▮▮▮▮ @twitter.com]
**Sent:** 9/3/2021 10:39:37 AM
**To:** ▮▮▮▮▮▮▮▮▮ cdc.gov]
**CC:** ▮▮▮▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov]
**Subject:** Re: BOLO: CDC lab alert & misinformation

Thanks as always, ▮▮▮▮. Will share these details with our team.

On Fri, Sep 3, 2021 at 9:57 AM ▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

I'm so glad it was helpful.

Besides the CDC URLs we included originally, we've seen this URL used: FDA Announced Today The CDC PCR Test for COVID-19 has Failed its full review. (streetloc.com)

Hashtags were rare, but we saw #pcrtest used some.

Also, I'm out for 3 weeks, you so you may hear directly from ▮▮▮▮▮▮▮, also copied here, on any other misinformation topics.

Thanks!

---

**From:** ▮▮▮▮▮▮▮▮▮ @twitter.com>
**Sent:** Thursday, September 2, 2021 5:28 PM
**To:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Subject:** Fwd: BOLO: CDC lab alert & misinformation

Hi ▮▮▮▮

Thanks for this bolo. Please see this note below from our grateful team:

---------- Forwarded message ---------
From: ▮▮▮▮▮▮▮▮
Date: Thu, Sep 2, 2021 at 5:26 PM
Subject: Re: BOLO: CDC lab alert & misinformation
To: ▮▮▮▮▮▮▮▮
CC: ▮▮▮▮▮▮▮▮

Thanks, ▮▮▮▮.

These attached Tweets are super helpful. If there are also any URLs, or hashtags that have been reported, that would also be good for us to know.

Thanks,

█████

On Thu, Sep 2, 2021 at 2:09 PM ██████████ <█████@twitter.com> wrote:

Bolo from CDC, ICYMI

--------- Forwarded message ---------
From: ██████████████ @cdc.gov>
Date: Thu, Sep 2, 2021 at 3:53 PM
Subject: BOLO: CDC lab alert & misinformation
To: ██████████████ @twitter.com>
CC: █████████████ @cdc.gov>, ██████████████
█ @cdc.gov>

Hi ████ –

A quick BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Twitter posts and another document with the facts around the issue.

Let us know if you have any questions!

Thanks!



MOLA_DEFSPROD_00002197

**From:**

**Sent:** 9/2/2021 3:53:27 PM
**To:** @twitter.com]
**CC:** @cdc.gov]; @cdc.gov]
**Subject:** BOLO: CDC lab alert & misinformation
**Attachments:** LOCS Twitter Examples.docx; Fact_check_for_SM_platforms.docx

Hi         -

A quick BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Twitter posts and another document with the facts around the issue.

Let us know if you have any questions!

Thanks!



**From:** ████████████ @fb.com]
**Sent:** 9/1/2021 4:37:18 PM
**To:** ████████████ @cdc.gov]
**CC:** ████████████ @cdc.gov]; ████████████ @cdc.gov]
**Subject:** Re: BOLO: CDC lab alert & misinformation

Thank you ████! Will pass to our folks.

████

**From:** ████████████ @cdc.gov>
**Date:** Wednesday, September 1, 2021 at 4:23 PM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @cdc.gov>, ████████████ @cdc.gov>
**Subject:** BOLO: CDC lab alert & misinformation

████ – BOLO for a small but growing area of misinfo. One of our Lab alerts ( CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Facebook posts and another document with the facts around the issue.

Let us know if you have any questions!

████

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Sent:** 6/30/2021 7:50:15 AM
**To:** ▇▇▇▇▇▇▇▇▇ @twitter.com]
**Subject:** RE: COVID Misinformation

Hi ▇▇ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

☰   Q   Coi

cles

Contact Us    Partner Support

ck accounts on

te accounts on

# Report any issue to get priority service

Twitter myths    **What type of problem are you having with your Twitter account?** (required)

r Rules

⌄

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇ @twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ @cdc.gov>
**Cc:** ▇▇▇▇▇▇▇▇ @reingold.com>▇ ▇▇▇▇▇▇▇▇ @reingold.com>; ▇▇▇▇▇
▇▇▇▇▇ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all - ▇▇ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ▇▇▇▇▇▇▇▇▇ @twitter.com> wrote:

Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ▇▇▇▇▇▇▇▇▇▇▇▇▇ @cdc.gov> wrote:

I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ███████████ @reingold.com>
**Cc:** ███████ @cdc.gov>; ███████████ @reingold.com>; ███████
█████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ██ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ███████████████████████ @reingold.com> wrote:

Hi ██

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

███████████████████████

**Reingold**

███████████████████████

reingold.com

We're on a mission. *Yours.*

**From:** ███████████████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ███████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ████

**From:** ████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████ @cdc.gov>
**Cc:** ████ @reingold.com>; ████ @reingold.com> ████
████ @census.gov> ████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ████ @cdc.gov> wrote:

████ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████ @cdc.gov>
**Cc:** ████ @reingold.com>; ████ @reingold.com>;
< ████ @census.gov>; ████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

████

On Mon, May 10, 2021 at 1:50 PM ███████████████████████ @cdc.gov> wrote:

 —

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

MOLA_DEFSPROD_00002499

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax nated" can "Go outside & live freely" lol.. This is a joke .  <br><br> Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols <br> Concerning shedding by the vaccinated <br> Fertility (male and female) <br> contraception to be compulsorily used because shedding <br> Adverse events and serious adverse events reporting <br> And much more <br> Dangers ore known <br><br> https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT. <br><br> https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers. <br><br> (Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people). <br><br> https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From**: ████████████████████████████████████████████████

**Sent**: 6/10/2021 7:12:04 AM
**To**: ████████████████ @twitter.com]
**Subject**: RE: CDC COVID-19 BOLO Meeting

Thanks for letting us know.

**From:** ███████████████ @twitter.com>
**Sent:** Wednesday, June 9, 2021 7:54 PM
**To:** ███████████████████ @cdc.gov>
**Subject:** Re: CDC COVID-19 BOLO Meeting

I will be on vacation next week, but I will see if another colleague from Twitter can join.

Best.

████

On Wed, Jun 9, 2021 at 4:23 PM ██████████████████████████████ @cdc.gov> wrote:

We would like to invite digital platforms to attend our 3rd short "Be On The Lookout" meeting on COVID.  Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Join ZoomGov Meeting

████████████████████████████████████████████████████

████████████████████

Passcode: ████████

One tap mobile

████████████████████████████████████████████

Dial by your location

████████████████████████

Meeting ID: ████████████

Passcode ████████

Find your local number ████████████████████████

Join by SIP

████████ @sip.zoomgov.com



MOLA_DEFSPROD_00002522

| | |
|---|---|
| **From**: | ████████████ @reingold.com] |
| **Sent**: | 5/24/2021 2:28:00 PM |
| **To**: | ████ @twitter.com |
| **CC**: | ████ @cdc.gov]; ████████ @reingold.com]; ████ |
| | @cdc.gov] |
| **Subject**: | RE: COVID Misinformation |

Hi ████,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████████████

**Reingold**

████████████████

reingold.com

We're on a mission. *Yours.*

**From:** ████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @████████

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>; ████
████ @census.gov>; ████████ @cdc.gov>

**Subject:** Re: COVID Misinformation

Hi ████-
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM Document 71-6 Filed 08/31/22 Page 26 of 36 PageID #:
2652

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,



On Mon, May 10, 2021 at 5:05 PM [redacted] @cdc.gov>wrote:

[redacted] – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

From: [redacted] @twitter.com>
Sent: Monday, May 10, 2021 3:02 PM
To: [redacted] @cdc.gov>
Cc: [redacted] @reingold.com>; [redacted] @reingold.com>
[redacted] @census.gov>; [redacted] @cdc.gov>

Subject: Re: COVID Misinformation

H[redacted] -

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

[redacted] remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.



On Mon, May 10, 2021 at 1:50 PM [redacted] @cdc.gov>wrote:

[redacted] –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

MOLA_DEFSPROD_00002604

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br><br>@crislerwyo<br><br>? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol.. This is a joke   .<br><br>Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known | https://t |

MOLA_DEFSPROD_00002605

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

https://t

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67

https://t



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.



**From:** ▮▮▮▮▮ google.com]
**Sent:** 5/11/2021 3:57:52 PM
**To:** ▮▮▮▮▮ @cdc.gov]
**CC:** ▮▮▮▮▮ google.com]
**Subject:** Re: COVID 19 BOLO Meeting

Thank you ▮▮▮ look forward to it!
▮▮▮

On Tue, May 11, 2021 at 3:55 PM ▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

Great – I was going to ask about ▮▮▮ at 4 ☺

**From:** ▮▮▮▮▮▮▮▮ google.com>
**Sent:** Tuesday, May 11, 2021 3:51 PM
**To:** ▮▮▮▮▮ cdc.gov>; ▮▮▮▮▮▮▮ google.com>
**Subject:** Re: COVID 19 BOLO Meeting

Hi ▮▮ Could you please add ▮▮▮▮▮ from our YouTube team to the call below? Thank you!

On Tue, May 11, 2021 at 3:25 PM ▮▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.





MOLA_DEFSPROD_00002662

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ twitter.com]
**Sent:** 5/11/2021 9:27:53 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮ cdc.gov]
**Subject:** Re: COVID Misinformation

Your account works fine. I'll proceed with processing your enrollment.
On Tue, May 11, 2021 at 8:50 AM ▮▮▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮ twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ reingold.com>; ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ @census.gov>; ▮▮▮▮▮▮▮▮▮▮ C)
▮▮▮▮▮ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ▮▮▮

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
▮▮▮▮

On Mon, May 10, 2021 at 5:05 PM ▮▮▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

▮▮▮▮ I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ▮▮▮▮▮▮▮▮ twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ l@cdc.gov>
**Cc:** ▮▮▮▮▮▮▮ reingold.com>; ▮▮▮▮▮▮▮▮▮▮ reingold.com>; ▮
▮▮▮▮▮▮▮▮▮ census.gov>; ▮▮▮▮▮▮

██████ cdc.gov>

**Subject:** Re: COVID Misinformation

Hi █████

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

█████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
████

On Mon, May 10, 2021 at 1:50 PM ████████████████████████ @cdc.gov> wrote:
████

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.   I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
| --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⃠Experimental vaccines! |

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts

@crislerwyo

?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✈ is doing, and will continue to do over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax✈ nated" can "Go outside & live freely" lol.. This is a joke    .

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



MOLA_DEFSPROD_00002668

**From:** ███████████ (CDC/OD/OADC)

**Sent:** 5/10/2021 12:44:41 PM
**To:** ████████ fb.com]; ████████████ fb.com]
**Subject:** COVID BOLO Misinformation meetings

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. I know you were considering possible process on your end, but we wanted start here just as interim first step. Are there direct POCs on your end I should include on the invite? Happy to chat if better.

THANKS!

| From: | ██████████ (CDC/OD/OADC) ████████████████████████ |
|---|---|
| **Sent:** | 5/10/2021 12:42:50 PM |
| **To:** | ████████████ google.com]; ████████████ google.com] |
| **Subject:** | COVID BOLO meetings on misinformation |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. We have heard through the grapevine that ████████ at YouTube would want to join. Are there other POCs on your end I should include on the invite?