**From:** ████████████ (CDC/OD/OADC) ████████████████████████

**Sent:** 6/29/2022 6:01:54 PM
**To:** ████████████ [@google.com]; ████████ CDC/OD/OADC) ███ @cdc.gov]; █████████ @google.com]

**Subject:** RE: Claims review

I'll check on this but I think I'll probably end up needing to refer you to another agency. I'll get back to you.

**From:** ████████████ @google.com>
**Sent:** Wednesday, June 29, 2022 4:38 PM
**To:** ████████ CDC/OD/OADC) <██ @cdc.gov>; ████████ CDC/OD/OADC) <██ @cdc.gov>; █████████ @google.com>
**Subject:** Claims review

Hi ████████████,

The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed.

**CLAIM:** High doses of progesterone is a **safe** method of reversing chemical abortion (mifepristone & misoprostol)
**CLAIM:** High doses of progesterone is an **effective** method of reversing chemical abortion (mifepristone & misoprostol)

Please let me know if you have any questions or concerns.

Thanks, ████████

—

🖼 The linked...

| | |
|---|---|
| **From**: | ███████ @fb.com] |
| **Sent**: | 6/19/2022 1:41:02 PM |
| **To**: | ███████ (CDC/DDID/NCIRD/OD) ███ @cdc.gov] |
| **CC**: | ███████ (CDC/OD/OADC) ███ @cdc.gov]; ███████ @fb.com]; ███████ (CDC/OD/OADC) ███ @cdc.gov] |
| **Subject**: | Re: Misinformation Claims for 5 year olds and younger |

Wonderful thank you!

████████

**Meta** | politics & government
████████ @fb.com

On Jun 19, 2022, at 11:40 AM, ████████ (CDC/DDID/NCIRD/OD) < ███ @cdc.gov>
wrote:

Hello ███:

Here are responses to these claims. Please let me know what other information I can provide.

Thanks. ███

**Claims that COVID-19 vaccines are ineffective for children ages 6 months to 4 years are false and belief in such claims could lead to back vaccine hesitancy.**

COVID-19 vaccines available in the United States are effective at protecting people, including children ages 6 months to 4 years, from getting seriously ill, being hospitalized, and even dying.

Children who get COVID-19 can get very sick, can require treatment in a hospital, and in rare situations, can even die. After getting COVID-19, children and teens can also experience a wide range of new, returning, or ongoing health problems. Getting eligible children vaccinated can help prevent them from getting really sick even if they do get infected and help prevent serious short- and long-term complications of COVID-19.

Getting a COVID-19 vaccine is a safer, more reliable way to build protection than getting sick with COVID-19. The known risks of COVID-19 and possible severe complications—such as long-term health problems, hospitalization, and even death—outweigh the potential risks of having a rare, adverse reaction to vaccination. The benefit of COVID-19 vaccines, like other vaccines, is that those who get vaccinated get protection without risking the potentially serious consequences of getting sick with COVID-19.

**Claims that COVID-19 vaccines kill or seriously harm people leading to any of the following harmful side effects: Meningitis, Syphilis, Encephalitis (e.g., Japanese encephalitis), Monkeypox or Hepatitis are false and belief in these claims could lead to vaccine hesitancy**.

Before authorizing or approving COVID-19 vaccines, scientists conducted clinical trials with thousands of children and teens to establish their safety and effectiveness.

•       Through continued safety monitoring, COVID-19 vaccination has been found to be safe for children and teens.

•       The known risks and possible severe complications of COVID-19 outweigh the potential risks of having a rare, adverse reaction to vaccination.

Get Outlook for iOS

---

**From**: ████████████████ @fb.com>
**Sent:** Sunday, June 19, 2022 10:57:06 AM
**To:** ████████████ (CDC/DDID/NCIRD/OD) <███ @cdc.gov>
**Cc:** ████ (CDC/OD/OADC) <███ @cdc.gov>████████ @fb.com>████████
(CDC/OD/OADC)<███ @cdc.gov>
**Subject:** Re: Misinformation Claims for 5 year olds and younger

Hello All! Such exciting news about the vaccine approval — let us know if you need anything else about the below claims. We are hoping to move on these quickly. Thank you!

████████

**Meta** | politics & government
████████████ @fb.com

On Jun 7, 2022, at 9:53 AM, ████████████████ (CDC/DDID/NCIRD/OD) <███ @cdc.gov> wrote:

Hi all:

CDC's ACIP will meet June 17 & 18 to discuss the expected EUAs for the 6mos-5 years COVID-19 vaccines.

If we can provide a response to this request after the FDA and CDC advisory committees have completed their work, we can provide a more complete answer.

Please let me know if that timeline is OK.

Thanks ████

████████████████████

COVID-19 Emergency Response



**From:** (CDC/OD/OADC) <▮@cdc.gov>
**Sent:** Monday, June 6, 2022 9:29 AM
**To:** @fb.com>
**Cc:** @fb.com>; (CDC/OD/OADC) ▮@cdc.gov>;
(CDC/DDID/NCIRD/OD) <▮@cdc.gov>
**Subject:** RE: Misinformation Claims for 5 year olds and younger

+ Rosie who gathered the last set and can best help on this one too.

Thanks!

**From:** @fb.com>
**Sent:** Friday, June 3, 2022 12:37 PM
**To:** (CDC/OD/OADC) <▮@cdc.gov>
**Cc:** @fb.com>; (CDC/OD/OADC) <▮@cdc.gov>
**Subject:** Misinformation Claims for 5 year olds and younger

Hi ▮

Thanks so much again for your help debunking claims about COVID vaccines and children. We have been following media reports that the FDA will hold a VRBPAC meeting on June 15 to discuss authorization of the Pfizer and Moderna COVID vaccines for young children, and so wanted to reach out to make sure we had the most current information.

I have a few questions around specific claims we currently remove because they are false and harmful and whether these are also false and harmful when in reference specifically to young children (i.e., 5 and younger). Getting your team's insight around this will help ensure we are able to remove these when we see them on the platform as soon as possible after any FDA authorization. In April you were able to debunk all the claims we were removing for 6-12 year olds except one; since then, we've also added or may soon add a few new claims. As such, could you please let us know whether the CDC is able to debunk the following as false and harmful for young children?

• Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")
• Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
o    Meningitis
o    Syphilis
o    Encephalitis (e.g., Japanese encephalitis)
o    Monkeypox
o    Hepatitis

Many thanks as always for your help, ▮

Best,





Meta

MOLA_DEFSPROD_00001577

**From:** ███████████ @fb.com]
**Sent:** 6/7/2022 10:38:34 AM
**To:** ████████ CDC/DDID/NCIRD/OD) ███ @cdc.gov]; ████████ (CDC/OD/OADC) ████ @cdc.gov]; ████████ @fb.com]
**CC:** ████████ (CDC/OD/OADC) ███ @cdc.gov]; ████████ @fb.com]
**Subject:** Re: Misinformation Claims for 5 year olds and younger

Thanks so much, ███████
Adding my colleague ███ as well.

We'll hold on our policy changes until we get the final word from you.

███████

**From:** ████████████ (CDC/DDID/NCIRD/OD) ███ @cdc.gov>
**Date:** Tuesday, June 7, 2022 at 9:53 AM
**To** ████████ (CDC/OD/OADC) <███ @cdc.gov>, ████████████
**Cc:** ████████ @fb.com>, ████████ (CDC/OD/OADC) ███ @cdc.gov>
**Subject:** RE: Misinformation Claims for 5 year olds and younger

Hi all:

CDC's ACIP will meet June 17 & 18 to discuss the expected EUAs for the 6mos-5 years COVID-19 vaccines.

If we can provide a response to this request after the FDA and CDC advisory committees have completed their work, we can provide a more complete answer.

Please let me know if that timeline is OK.

Thanks. ███████

███████

COVID-19 Emergency Response

███████

**From:** ████████ (CDC/OD/OADC) ◄███ @cdc.gov>
**Sent:** Monday, June 6, 2022 9:29 AM
**To:** ████████ @fb.com>
**Cc** ████████ @fb.com> ████████ CDC/OD/OADC) ◄███ @cdc.gov>; ████████
████████ (CDC/DDID/NCIRD/OD) ◄███ @cdc.gov>
**Subject:** RE: Misinformation Claims for 5 year olds and younger

+ ████ who gathered the last set and can best help on this one too.

Thanks!



**From:** ████████████ @fb.com>
**Sent:** Friday, June 3, 2022 12:37 PM
**To:** ████████ (CDC/OD/OADC) <███@cdc.gov>
**Cc:** ████████ @fb.com>; ████████ . (CDC/OD/OADC) <███ @cdc.gov>
**Subject:** Misinformation Claims for 5 year olds and younger

Hi ████

Thanks so much again for your help debunking claims about COVID vaccines and children. We have been following media reports that the FDA will hold a VRBPAC meeting on June 15 to discuss authorization of the Pfizer and Moderna COVID vaccines for young children, and so wanted to reach out to make sure we had the most current information.

I have a few questions around specific claims we currently remove because they are false and harmful and whether these are also false and harmful when in reference specifically to young children (i.e., 5 and younger). Getting your team's insight around this will help ensure we are able to remove these when we see them on the platform as soon as possible after any FDA authorization. In April you were able to debunk all the claims we were removing for 6-12 year olds except one; since then, we've also added or may soon add a few new claims. As such, could you please let us know whether the CDC is able to debunk the following as false and harmful for young children?

•   Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")
•   Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
o        Meningitis
o        Syphilis
o        Encephalitis (e.g., Japanese encephalitis)
o        Monkeypox
o        Hepatitis

Many thanks as always for your help, ████ !

Best,
████







**From**: ████████████ @fb.com]
**Sent**: 6/1/2022 12:39:32 PM
**To**: ████████████ @cdc.gov]; ████████████
████████ @cdc.gov]; ████████████ @cdc.gov]
**CC**: ████████████ @fb.com]; CDC IMS 2019 NCOV Response VCU Communications
████████ @cdc.gov]
**Subject**: Re: Follow up Misinformation Claims about Under 5 Year Olds

Great, thank you so much ████ —hugely helpful!

**From:** ████████████████████████ < ████ @cdc.gov>
**Date:** Wednesday, June 1, 2022 at 7:23 AM
**To:** ████████████████████ @cdc.gov> ████████████ @fb.com>, ████
████████ @cdc.gov>
**Cc:** ████████████ @fb.com>, CDC IMS 2019 NCOV Response VCU Communications
< ████████ @cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Hell o ████████ :

Below is a response to the claim: The COVID vaccine causes hepatitis for ages 6 months and older.

COVID-19 vaccines are available and recommended for everyone ages 5 years and older; there are not yet vaccines authorized for children under 5 years. It is false that the COVID vaccine causes hepatitis although CDC is currently working with health departments across the country to identify children with hepatitis of unknown cause. Investigators are examining a possible relationship to adenovirus type 41 infection, and some other causes have been ruled out. It is not yet clear whether there has been an increase in the number of cases of hepatitis in children, or improvements in detecting cases. It is not unusual for the cause of some hepatitis cases in children to remain unknown.

Belief that the COVID-19 vaccine causes hepatitis contributes to the risk of individuals refusing COVID-19 vaccines.

Please let me know what questions you have.

Thanks. ████ .

**From:** ██████████████████ @cdc.gov>
**Sent:** Friday, May 27, 2022 9:41 AM
**To:** ██████████ @fb.com>; ██████████████ @cdc.gov>
**Cc:** ██████████ @fb.com>; ██████████████████ @cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

████████ is out until next week. I know she'll check when she returns.

**From:** ██████████ @fb.com>
**Sent:** Thursday, May 26, 2022 2:08 AM
**To** ██████████ @cdc.gov>; ██████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>; ██████████████ @cdc.gov>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████████████, I wanted to follow up on whether you had more information about the below claim?

Many thanks,
██

Get Outlook for iOS

**From:** ██████████████████ @cdc.gov>
**Sent:** Tuesday, May 3, 2022 10:41 PM
**To:** ████████ @fb.com>; ██████████████ @cdc.gov>
**Cc:** ██████████ @fb.com>; ██████████████ @cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

+████ to weigh in.

**From:** ██████████████ @fb.com>
**Sent:** Tuesday, May 3, 2022 4:32 PM
**To:** ██████████ @cdc.gov>; ██████████████ @cdc.gov>
**Cc** ██████████ @fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████,

We've recently become aware of another claim about side effects of the COVID vaccine for under 5-year old's that we believe might be currently trending, and so were hoping your team might be able to look into debunking this one as well. We'll then action on it appropriately along with the other claims you most recently debunked for us.

- **Claim: The COVID vaccine causes hepatitis**
- Is this false (for ages 6 months and older) and
- Is this likely to directly contribute to the risk of imminent physical harm (including by contributing to the risk of individuals getting or spreading a harmful disease or refusing an associated vaccine)?

Many thanks and all the best,

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM Document 71-7 Filed 08/31/22 Page 10 of 86 PageID #: 2672



**From:** ███████████████ @fb.com>
**Date:** Thursday, April 7, 2022 at 10:40 AM
**To:** ████████████ < ███ @cdc.gov>, ████████████████████ @cdc.gov>
**Cc:** ████████████████ @fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Wow, this is amazing, thank you so much ███ !! We'll get moving now to be able to remove all but that one claim as soon as the announcement and authorization happens. And we can check in closer to regarding this last claim below.

Thank you so much again, I can't reiterate enough how helpful this is for us to remove these misinfo claims ASAP.

Best,
███

**From:** ████████████████████████ < ███ @cdc.gov>
**Date:** Thursday, April 7, 2022 at 10:21 AM
**To:** ████████████ @fb.com>, ████████████████ < ███ @cdc.gov>
**Cc:** ████████████ @fb.com>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Hi ███ – Ended up getting an answer without my POC.

All the claims below are false EXCEPT the note directly below. Also, it is reasonable to assume these statements may lead to vaccine refusal:

o          Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")   <mark>CDC can't speak to this until the pharmaceutical companies have reported data on vaccine efficacy against severe illness or death in the <5 year olds.</mark>

**From:** ████████████ @fb.com>
**Sent:** Monday, April 4, 2022 4:56 PM
**To:** ████████ (CDC/OD/OADC) < ███ @cdc.gov>; ████████████████ < ███ @cdc.gov>
**Cc:** ████████████ _____ @fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████████ hope you're well! I wanted to follow up on my previous email given the reports last week that Moderna is going to seek emergency authorization of its COVID vaccine for children under 6, and that Pfizer's updated efficacy data for children vaccines will be available in early April.

Our interpretation is that we now might be a few weeks out from the CDC authorizing one or both vaccines for children, and so I wanted to follow up about the below misinformation claims pertaining to Covid-19 vaccines and children. Would it be possible to let us know which of the below listed claims (plus 2 new ones, indicated in red) have been debunked by the CDC so we can remove the appropriate ones as close as possible to authorization taking place?

As always, happy to set up time to talk through if easier—just let me know!
Many thanks and all the best,
███

MOLA_DEFSPROD_00001603

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <▮ @cdc.gov>
**Date:** Monday, February 14, 2022 at 7:17 AM
**To:** ▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮ < ▮ @cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Thanks ▮▮ - I'll route this through our team here and see what we can do.

▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Friday, February 11, 2022 7:00 PM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮ ▮ @cdc.gov>
**Subject:** Follow up Misinformation Claims about Under 5 Year Olds

Hi ▮▮ ,

Thank you so much again for gathering the team to meet with us earlier this week, it was incredibly helpful. Your partnership is critical to us in making sure we can remove false and harmful claims about COVID-19 and vaccines on our platform.

**In follow up to our meeting,** I am sharing below the long list of claims that we currently remove related to the COVID vaccine because public health authorities such as the CDC have confirmed they are false and could contribute to imminent physical harm if believed. In the fall, your team was able to confirm these claims were also false and harmful specifically as applied to 5-11 year-olds ahead of the FDA's emergency authorization of the Pfizer vaccine for that age group. As a result, we were able to immediately remove content that claimed, for instance, that the COVID vaccine would give children cancer when the FDA made its announcement.

**We are hoping CDC could confirm whether these claims are also false and harmful when referring to children between 6 months and 5 years old.** We understand some of these may depend on your review of the FDA's report, and also that Pfizer's FDA request has been postponed. Our hope though is that we are able to receive as many confirmed debunkings from your team ahead of the FDA's announcement so that we can immediately begin removing this harmful content when the news hits.

Please let me know if you have any questions, if sharing these in another format would be more helpful for, or if there is any further context I can provide.

We know how very busy you all are so thank you so much again in advance for your help here!

Best,

▮▮▮▮

**For each of the following claims, can you please indicate if the claim is 1) false and 2) if believed, could contribute to vaccine refusals?**

- **Claims about the availability or existence of COVID-19 vaccines, specifically:**
  ○       Claims that COVID-19 vaccines do not exist or have not been approved
  ○       Claims that COVID-19 vaccines are not approved by the FDA if that content also suggests the vaccines are unsafe, ineffective at preventing severe illness or death, experimental, or

have not been appropriately tested. Otherwise, we will allow claims that the FDA has not approved a
COVID-19 vaccine, other than the Pfizer/BioNTech or Moderna vaccine, or make a clear distinction
between a full FDA approval and an Emergency Use Authorization with appropriate context such as
distinguishing between different types of COVID vaccines.

o      Claims that COVID-19 vaccines are experimental, if the context of the claim also
suggests that vaccinated people are taking part in a medical experiment.

- **Claims about the safety or serious side effects of COVID-19 vaccines, including:**

o      Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading
to any of the following harmful side effects:

- Death
- Amyotrophic Lateral Sclerosis (ALS)
- Multiple sclerosis
- COVID-19 or a new COVID-19 strain
- Autism
- Miscarriages
- Infertility or sterilization
- Birth defects
- Shedding
- Altering DNA
- Blood clots (except in relation to specific vaccines for which public health

authorities have found possible links or are officially investigating such reports)

- Alzheimer's
- Prion's disease
- Bell's palsy
- Erectile dysfunctions
- Cancer
- Diabetes
- Autoimmune diseases
- Antibody-dependent enhancement
- Weakened immune system
- Acquired immunodeficiency syndrome (AIDS) or human immunodeficiency

virus (HIV)

- Heart attacks (does not apply to claims of myocarditis or other heart conditions)
- Multisystem inflammatory syndrome in children (MIS-C)
- Magnetism
- Other side-effects which are impossible or irrational, such as taking the vaccine

turns you into a monkey (requires additional information and/or context), or gives you "vaccine
acquired immune deficiency syndrome," which is not recognized as a disease or condition.

o      Claims that the spike proteins created by the COVID-19 vaccines are dangerous /
cytotoxic.

o      Claims that building immunity by getting COVID-19 is safer than getting the vaccine

o      Claims that COVID-19 vaccines are unsafe generally, or for a certain specific group of
people, if that group is identified based on protected characteristics or other identifiers not directly related
to their personal health, age, or disabilities (e.g. social status, religion, or political views), or that vaccines
are unsafe for menstruating women.

o      Claims that being near vaccinated people causes adverse effects on unvaccinated people

o      Claims that breast milk from vaccinated people is harmful to babies/children

- **Claims about the efficacy of COVID-19 vaccines, including:**

o      Claims that COVID-19 vaccines are not effective in preventing severe illness or death
from COVID-19 (see Common Questions below for how we define the term "effective")

o      Claims that people who are vaccinated are more at risk for getting sick with COVID than
people who are unvaccinated

- **Claims about how the COVID-19 vaccine was developed or its ingredients, including:**

o      Claims that COVID-19 vaccines contain toxic, prohibited, or harmful ingredients,
microchips, animal products, or anything not on the vaccine ingredient list

o      Claims that COVID-19 vaccines are untested

o        Claims that COVID-19 vaccines contain the mark of the beast

o        Claims that people died as a result of the COVID-19 Pfizer/BioNTech vaccine during clinical trials (Note - We allow claims that people died during the COVID-19 Pfizer/BioNTech clinical trials) (requires additional information and/or context).

o        Claims that COVID-19 vaccines contain, or were developed, produced or designed from/with human tissue from aborted fetuses / aborted fetal tissue.

•        **Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program, including:**

o        Claims that COVID-19 vaccines are designed to or were developed in order to control a population for non-public health purposes

o        Claims that specific populations are being used or targeted in order to test the true safety or efficacy of a COVID-19 vaccine

o        Claims that vaccines are the reason behind the emergence of COVID variants


•        **Claims that something other than a COVID-19 vaccine can vaccinate you against COVID-19 (Added on 4/4)**

•        **Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects: (Added on 4/4)**

1.        Neurodegenerative diseases (e.g. Alzheimer's, Ataxia, Huntington's disease, Parkinson's disease, Motor neuron disease, Multiple system atrophy, and Progressive supranuclear palsy)

2.        Vulvar aphthous ulcers




Meta

CONFIDENTIAL

**From:** ████████████████████████████████████████████

**Sent:** 4/5/2022 8:55:02 AM
**To:** ███████████@fb.com]; ████████████████@cdc.gov]
**CC:** ████████████@fb.com]; ████████████████@cdc.gov]
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

████ – My best POC on this is out this week so it will be next week before we get back to you. But I think we have time, I don't believe CDC will vote on anything util late April or early May. I may not have the latest info but I don't think this will just roll out next week.

Thanks!

**From** ████████████████@fb.com>
**Sent:** Monday, April 4, 2022 5:55 PM
**To:** ████████████@cdc.gov>; ████████████████@cdc.gov>
**Cc:** ████████████@fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Thank you!

**From:** ████████████████@cdc.gov>
**Date:** Monday, April 4, 2022 at 2:08 PM
**To:** ████████@fb.com>, ████████████@cdc.gov>
**Cc:** ████████@fb.com>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Got it, let me get back to you on this.

**From:** ████████████@fb.com>
**Sent:** Monday, April 4, 2022 4:56 PM
**To:** ████████████@cdc.gov>; ████████████@cdc.gov>
**Cc:** ████████████@fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████████, hope you're well! I wanted to follow up on my previous email given the reports last week that Moderna is going to seek emergency authorization of its COVID vaccine for children under 6, and that Pfizer's updated efficacy data for children vaccines will be available in early April.

Our interpretation is that we now might be a few weeks out from the CDC authorizing one or both vaccines for children, and so I wanted to follow up about the below misinformation claims pertaining to Covid-19 vaccines and children. Would it be possible to let us know which of the below listed claims (plus 2 new ones, indicated in red) have been debunked by the CDC so we can remove the appropriate ones as close as possible to authorization taking place?

As always, happy to set up time to talk through if easier—just let me know!

Many thanks and all the best,

█

---

**From:** ███████████████████ @cdc.gov>
**Date:** Monday, February 14, 2022 at 7:17 AM
**To:** ███████████ @fb.com>
**Cc:** ███████████████████ @cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Thanks ██ - I'll route this through our team here and see what we can do.

█                                                                        ■

**From:** ████████████ @fb.com>
**Sent:** Friday, February 11, 2022 7:00 PM
**To:** ███████████████ @cdc.gov>
**Cc:** ███████████████ @cdc.gov>
**Subject:** Follow up Misinformation Claims about Under 5 Year Olds

Hi ██

Thank you so much again for gathering the team to meet with us earlier this week, it was incredibly helpful. Your partnership is critical to us in making sure we can remove false and harmful claims about COVID-19 and vaccines on our platform.

**In follow up to our meeting,** I am sharing below the long list of claims that we currently remove related to the COVID vaccine because public health authorities such as the CDC have confirmed they are false and could contribute to imminent physical harm if believed. In the fall, your team was able to confirm these claims were also false and harmful specifically as applied to 5-11 year-olds ahead of the FDA's emergency authorization of the Pfizer vaccine for that age group. As a result, we were able to immediately remove content that claimed, for instance, that the COVID vaccine would give children cancer when the FDA made its announcement.

**We are hoping CDC could confirm whether these claims are also false and harmful when referring to children between 6 months and 5 years old**. We understand some of these may depend on your review of the FDA's report, and also that Pfizer's FDA request has been postponed. Our hope though is that we are able to receive as many confirmed debunkings from your team ahead of the FDA's announcement so that we can immediately begin removing this harmful content when the news hits.

Please let me know if you have any questions, if sharing these in another format would be more helpful for, or if there is any further context I can provide.

We know how very busy you all are so thank you so much again in advance for your help here!

Best,

█

**For each of the following claims, can you please indicate if the claim is 1) false and 2) if believed, could contribute to vaccine refusals?**

- **Claims about the availability or existence of COVID-19 vaccines, specifically:**

○ Claims that COVID-19 vaccines do not exist or have not been approved
○ Claims that COVID-19 vaccines are not approved by the FDA if that content also suggests the vaccines are unsafe, ineffective at preventing severe illness or death, experimental, or have not been appropriately tested. Otherwise, we will allow claims that the FDA has not approved a COVID-19 vaccine, other than the Pfizer/BioNTech or Moderna vaccine, or make a clear distinction between a full FDA approval and an Emergency Use Authorization with appropriate context such as distinguishing between different types of COVID vaccines.
○ Claims that COVID-19 vaccines are experimental, if the context of the claim also suggests that vaccinated people are taking part in a medical experiment.
**• Claims about the safety or serious side effects of COVID-19 vaccines, including:**
○ Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
- Death
- Amyotrophic Lateral Sclerosis (ALS)
- Multiple sclerosis
- COVID-19 or a new COVID-19 strain
- Autism
- Miscarriages
- Infertility or sterilization
- Birth defects
- Shedding
- Altering DNA
- Blood clots (except in relation to specific vaccines for which public health authorities have found possible links or are officially investigating such reports)
- Alzheimer's
- Prion's disease
- Bell's palsy
- Erectile dysfunctions
- Cancer
- Diabetes
- Autoimmune diseases
- Antibody-dependent enhancement
- Weakened immune system
- Acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV)
- Heart attacks (does not apply to claims of myocarditis or other heart conditions)
- Multisystem inflammatory syndrome in children (MIS-C)
- Magnetism
- Other side-effects which are impossible or irrational, such as taking the vaccine turns you into a monkey (requires additional information and/or context), or gives you "vaccine acquired immune deficiency syndrome," which is not recognized as a disease or condition.
○ Claims that the spike proteins created by the COVID-19 vaccines are dangerous / cytotoxic.
○ Claims that building immunity by getting COVID-19 is safer than getting the vaccine
○ Claims that COVID-19 vaccines are unsafe generally, or for a certain specific group of people, if that group is identified based on protected characteristics or other identifiers not directly related to their personal health, age, or disabilities (e.g. social status, religion, or political views), or that vaccines are unsafe for menstruating women.
○ Claims that being near vaccinated people causes adverse effects on unvaccinated people
○ Claims that breast milk from vaccinated people is harmful to babies/children
**• Claims about the efficacy of COVID-19 vaccines, including:**
○ Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")

o          Claims that people who are vaccinated are more at risk for getting sick with COVID than people who are unvaccinated

- **Claims about how the COVID-19 vaccine was developed or its ingredients, including:**

o          Claims that COVID-19 vaccines contain toxic, prohibited, or harmful ingredients, microchips, animal products, or anything not on the vaccine ingredient list

o          Claims that COVID-19 vaccines are untested

o          Claims that COVID-19 vaccines contain the mark of the beast

o          Claims that people died as a result of the COVID-19 Pfizer/BioNTech vaccine during clinical trials (Note - We allow claims that people died during the COVID-19 Pfizer/BioNTech clinical trials) (requires additional information and/or context).

o          Claims that COVID-19 vaccines contain, or were developed, produced or designed from/with human tissue from aborted fetuses / aborted fetal tissue.

- **Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program, including:**

o          Claims that COVID-19 vaccines are designed to or were developed in order to control a population for non-public health purposes

o          Claims that specific populations are being used or targeted in order to test the true safety or efficacy of a COVID-19 vaccine

o          Claims that vaccines are the reason behind the emergence of COVID variants


- **Claims that something other than a COVID-19 vaccine can vaccinate you against COVID-19 (Added on 4/4)**
- **Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects: (Added on 4/4)**
- Neurodegenerative diseases (e.g. Alzheimer's, Ataxia, Huntington's disease, Parkinson's disease, Motor neuron disease, Multiple system atrophy, and Progressive supranuclear palsy)
- Vulvar aphthous ulcers

∞ Meta



Meta

**From:** ███████████████ @google.com]
**Sent:** 2/18/2022 11:08:50 AM
**To:** ███████████████ @cdc.gov]
**Subject:** Re: YouTube Call

yes! that's perfect. Would you please send a calendar invite with a link that works for the CDC team? We're still confirming our attendees from YouTube and I'll circle back with their names asap.

███████████

Google US Federal Government Affairs and Public Policy

On Thu, Feb 17, 2022 at 2:33 PM ██████████████████████ @cdc.gov> wrote:
How about next Thursday at 11:30 EST?

**From:** ███████████████ @google.com>
**Sent:** Thursday, February 17, 2022 2:04 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @cdc.gov>
**Subject:** Re: YouTube Call

yes, that is exactly it. Thank you!

███████████

Google US Federal Government Affairs and Public Policy

On Thu, Feb 17, 2022 at 2:03 PM Crawford, ██████████████████ @cdc.gov> wrote:
Hi ███ – ███ updated me and we are still working on scheduling, I'll have to get back to you but it won't be possible until late next week. However, let me clarify that the ask still is to foreshadow upcoming changes that might be coming our way that might effect misinformation, correct?

**From:** ██████████████ @google.com>
**Sent:** Thursday, February 17, 2022 2:00 PM
**To:** ██████████ @cdc.gov>; ████████████████████
██ @cdc.gov>
**Subject:** YouTube Call

Hi ████████ I just wanted to circle back from our conversation on Monday to see if your team has a few minutes to connect with YouTube's trust & safety team regarding covid19 misinformation. Please let me know if a call could be possible tomorrow or early next week?

Thank you!

████████████

Google US Federal Government Affairs and Public Policy

**From:** ████████████████ @fb.com]
**Sent:** 1/7/2022 3:24:00 PM
**To:** ████████████ @cdc.gov]
**CC:** ████████████ @cdc.gov]
**Subject:** Re: Omicron Policy Updates

Amazing thank you!
As much context as possible would be helpful.

████████████████

**Meta | politics & government**

████████████████

On Jan 7, 2022, at 3:23 PM, ████████████████ @cdc.gov> wrote:

████ its looking like we'll be able to get back to you by Tuesday and should be via e-mail.

Thanks!

**From:** ████████████████ @fb.com>
**Sent:** Thursday, January 6, 2022 10:46 PM
**To:** ████████████ @cdc.gov>
**Subject:** Re: Omicron Policy Updates

Thank you!

████████████████

**Meta | politics & government**

████████████████

On Jan 6, 2022, at 10:41 PM, ████████████████ @cdc.gov> wrote:

Just letting you know I see this and I will get back to you about the best strategy tomorrow.

**From:** ████████████████ @fb.com>
**Sent:** Thursday, January 6, 2022 11:53:29 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Subject:** Omicron Policy Updates

Hi ████

I have a few more rounds of questions from our misinfo policy team.

A few of them are straightforward, but the others could require some more nuance, which may be easier over a call early next week with the right folks on the horn.

MOLA_DEFSPROD_00001691

Here's what we've got:

**1. We currently remove content that claims COVID-19 is no more dangerous to people than the common flu or cold.**

a.       Is this claim also false as to the Omicron variant?

**2. We currently remove content that claims that the mortality rate of COVID-19 is the same or lower than seasonal influenza.**

b.       Is this claim also false as to the Omicron variant?

**3. We currently remove content that claims that COVID-19 vaccines are not effective in preventing COVID-19.**

a.       Is this claim also false as to preventing infection from the Omicron variant?

b.       If so, how effective are the vaccines in preventing someone from being infected with the Omicron variant?

c.       Is it true that COVID-19 vaccines are effective at preventing serious illness and death from Omicron?

**4. The CDC website says: "COVID-19 vaccines are effective at preventing infection, serious illness, and death."**

a.       Could you provide any additional specificity as to what "effective" means here (e.g. 90% effective at preventing infection)?

b.       Is there a point in time post-vaccination when vaccines are no longer effective at preventing either infection, serious illness, or death (e.g. 6 months)?

MOLA_DEFSPROD_00001692

| | |
|---|---|
| **From**: | ███████████ @fb.com] |
| **Sent**: | 11/21/2021 11:02:20 AM |
| **To**: | ███████████ @cdc.gov] |
| **Subject**: | Re: For Review: Booster Language |

Thank you!

On Nov 21, 2021, at 8:04 AM, ████████████████ @cdc.gov>wrote:

It appears accurate. Thanks for checking!

**From:** ████████████ @fb.com>
**Sent:** Saturday, November 20, 2021 5:25 PM
**To:** ████████████ @cdc.gov>
**Subject:** For Review: Booster Language

Thanks so much for sending the language last night – I know you've said in the past we don't need approval for external language, but always want to make sure we are staying on the straight and narrow.

Here's what we've got:

**CDC Language:**

If you receive a Pfizer-BioNTech or Moderna COVID-19 vaccine, you will need 2 initial shots to get the most protection. CDC does not recommend mixing products for a two dose primary vaccine series or an additional primary dose. If you received a Pfizer-BioNTech or Moderna COVID-19 vaccine, you should get the same product when you need a second shot or additional primary dose. However, mixing and matching COVID-19 vaccines is allowed for booster shots.
You should get your second shot as close to the recommended 3-week or 4-week interval as possible. However, your second dose may be given up to 6 weeks (42 days) after the first dose, if necessary. You should not get the second dose early.
People age 18 years and older who received Pfizer-BioNTech or Moderna COVID-19 vaccines may get a booster.
You may choose which COVID-19 vaccine you receive as a booster shot. Some people may prefer the vaccine type that they originally received, and others may prefer to get a different booster. CDC's recommendations now allow for this type of mix and match dosing for booster shots.
Pfizer-BioNTech or Moderna
You should get a booster if you are:

Ages 50 years and older
Ages 18 years and older and live in a long-term care setting
You may get a booster if you are:

Ages 18 years and older
When to get a booster:
At least 6 months after completing your primary COVID-19 vaccination series

Johnson & Johnson's Janssen
You should get a booster if you are:

18 years or older
When to get a booster:
At least 2 months after your shot.

**FB PROPOSED (CLEAN):**

If you receive a Pfizer-BioNTech or Moderna COVID-19 vaccine, you will need 2 initial shots to get the most protection. You should get your second shot as close to the recommended 3-week or 4-week interval as possible.

If you received a Pfizer-BioNTech or Moderna COVID-19 vaccine, you should get the same product when you need a second shot. However, mixing and matching COVID-19 vaccines is allowed for booster shots. You **should** get a booster at least 6 months after completing your primary COVID-19 vaccination series if you are:

- Ages 50 years and older
- Ages 18 years and older and live in a long-term care setting

If you are 18 years old or older and do not live in a long-term care setting, you **may** get a booster.

If you receive Johnson & Johnson's Janssen vaccine, you will need 1 shot to be considered fully vaccinated. If you are 18 years or older, you should get a booster of any COVID-19 vaccine at least 2 months after your shot.

**From:** ███████████████████████████████████████

**Sent:** 11/8/2021 4:01:34 PM
**To:** ███████ @fb.com]; ███████████████ @cdc.gov]; ██
████ @cdc.gov]

**CC:** ███████████ @fb.com]
**Subject:** RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds

Hmm. Sorry I missed that, let me check on #2.

**From:** ████████████ @fb.com>
**Sent:** Monday, November 8, 2021 3:03 PM
**To:** █████████████ @cdc.gov>; ███████████████ @cdc.gov>; ███████
█████████████ @cdc.gov>
**Cc:** ███████████ @fb.com>
**Subject:** Re: New Claims & Policy updates following EAU authorization for 5-11 yearlds

Thanks so much, █████! Can you confirm if #2 is False as well? I see the links, but not the answer (or is this one that is still pending?)

**From:** ██████████████████ @cdc.gov>
**Date:** Monday, November 8, 2021 at 11:25 AM
**To:** ██████████ @fb.com>, ████████████ @cdc.gov>, ███████
██████████ @cdc.gov>
**Cc:** ███████████████ @fb.com>
**Subject:** RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds

We are still working on the "All Vaccines" section but here are some responses for COVID. Thanks!

It appears that any of these could potentially cause vaccine refusal.

**1.   COVID-19 vaccines weaken the immune system**
a.   Is this false?
b.   Could this lead to vaccine refusals?

**False.** COVID-19 vaccination will help protect people from getting COVID-19. Adults and children may have some side effects from the vaccine, which are normal signs that their body is building protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some people have no side effects, and allergic reactions are rare. Learn how mRNA vaccines work.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**2.   COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.**
a.   Is this false?
b.   Could this lead to vaccine refusals?

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**3.**     **COVID-19 vaccines cause autoimmune diseases**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history.
Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**4.**     **Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** Adults and children may have some side effects from the vaccine, which are normal signs that their body is building
protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some
people have no side effects, and allergic reactions are rare. Find a list of common side effects and what to expect after
vaccination.

**5.**     **COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history.
Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**6.**     **Breast milk from a vaccinated parent is harmful to babies/children**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** Recent reports have shown that breastfeeding people who have received mRNA COVID-19 vaccines have antibodies in
their breastmilk, which could help protect their babies. More data are needed to determine what level of protection these
antibodies may provide to the baby. Learn more about COVID-19 vaccines and pregnancy.

**7.**     **COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)**
**a.**     Is this false?
**b.**     Could this lead to vaccine refusals?

**False.** Children who get infected with the virus that causes COVID-19 can develop serious complications like multisystem
inflammatory syndrome (MIS-C)—a condition where different body parts become inflamed, including the heart, lungs,
kidneys, brain, skin, eyes, or gastrointestinal organs. COVID-19 vaccination among children ages 5 through 11 years is
critical to preventing infection and possible severe disease, as well as reducing the spread of COVID-19.

**From:** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, November 2, 2021 1:22 PM
**To:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮ @cdc.gov>
▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc** ▮▮▮▮▮▮▮ @fb.com>

**Subject:** New Claims & Policy updates following EAU authorization for 5-11 yearlds

Hi ▮▮▮▮▮▮ and team!

▮▮▮▮▮ thanks so much for confirming the ability for the claims in question last week having the risk of causing vaccine refusals. And thank you all so much for your input over the last week on our many questions about vaccine misinformation relative to the EUA.

I wanted to share that as a result of our work together, when the FDA gave emergency use authorization to the Pfizer vaccine for children last week, we immediately updated our policies globally to remove additional false claims about the COVID-19 vaccine for children (e.g. "the COVID vaccine is not safe for kids"). We also launched a new feature on Instagram, where accounts that repeatedly post content that violates our policies on COVID-19 or vaccine misinformation may now lose the ability to be tagged or mentioned or may see pop-ups asking if they'd like to delete certain posts that may violate our policies.

As part of our regular monitoring of new claims about vaccines prevalent on our platform, **we have identified a number of additional claims we would like to get your team's assessment on (apologies this is coming so quickly after the last round that were specific to the EAU's timing!). Would it at all be possible to get input by Monday, November 8th?**

For each of the following new claims, which we've recently identified on the platform, **can you please tell us if:**
1. **The claim is false; and**
2. **If believed, could this claim contribute to vaccine refusals?**

Please let me know if you have any questions or concerns, and otherwise thank you so much in advance for your help!

Best,



**Claims about COVID-19 vaccines**

1. **COVID-19 vaccines weaken the immune system**
a.      Is this false?
b.      Could this lead to vaccine refusals?

2. **COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.**
1.      Is this false?
2.      Could this lead to vaccine refusals?

3. **COVID-19 vaccines cause autoimmune diseases**
a.      Is this false?
b.      Could this lead to vaccine refusals?

1. **Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines**
1.      Is this false?
2.      Could this lead to vaccine refusals?

**1.**     **COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**1.**     **Breast milk from a vaccinated parent is harmful to babies/children**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**1.**     **COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)**
**a.**     Is this false?
**b.**     Could this lead to vaccine refusals?


## Claims about all vaccines

**1.**     **Vaccines are not effective in preventing diseases for which vaccines exist, or in reducing the risk of illness or mortality from vaccine-preventable diseases.**
a.     Is this false for all approved vaccines?
b.     Could this lead to vaccine refusals?

**2.**     **Acquiring a vaccine-preventable disease cannot cause death.**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**1.**     **Vitamins and minerals (either derived from natural sources or supplements) are as effective as vaccines in preventing diseases for which vaccines exist.**
a.     Is this false for all approved vaccines?
b.     Could this lead to vaccine refusals?


∞ Meta



Meta

**From:** ████████ @fb.com]
**Sent:** 10/28/2021 7:56:44 PM
**To:** ████████ @cdc.gov]
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you thank you!
I know yall are totally under water right now. Appreciate it.

**From:** ████████ @cdc.gov>
**Date:** Thursday, October 28, 2021 at 7:56 PM
**To:** ████████ @fb.com>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

It's being worked on. I wish it had been faster.

**From:** ████████ @fb.com>
**Sent:** Thursday, October 28, 2021 7:31:53 PM
**To:** ████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you!

Apologies for the badgering — we want to get this right and are relying on your expertise.

Is there someone else who could speak to these perhaps?

On Oct 28, 2021, at 7:18 PM, ████████ @cdc.gov> wrote:

Thanks ████ – I'm hoping ████ chimes in.

**From:** ████████ @fb.com>
**Sent:** Thursday, October 28, 2021 7:12 PM
**To:** ████████ @fb.com>; ████████ @cdc.gov>
**Cc:** ████████ @cdc.gov>; ████████ @cdc.gov>; ████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion
**Importance:** High

Bumping this—thanks all!

**From:** ████████ @fb.com>
**Date:** Thursday, October 28, 2021 at 10:14 AM

**To:** ███████████ @fb.com>, ███████████████████████ @cdc.gov>
**Cc:** ███████████████ @cdc.gov>, ████████████████ @cdc.gov>,
████████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Hi All –

I know you're all completely slammed – we are holding on updating our Covid Information Center, FAQs on Covid, and our internal policies until we get the clarification on the highlighted questions below—could we get those today?

Thank you!

## Upcoming EAU Authorization for COVID-19 vaccines for kids

- For children 5-15, will the FDA's extension of EUA mean For children 5-15, will the FDA's extension of EUA mean the vaccine is:
    - Safe?
    - Effective?
    - Provides some immunity?
    - Has been appropriately tested?
    - Is non-experimental?

- Is there any evidence that the COVID-19 vaccine kills or seriously harms children?

- Is there any evidence that the COVID-19 vaccine causes any harmful side effects in children?

- Is there any evidence that the COVID-19 vaccine causes any of the following side effects:
    - ALS
    - MS
    - COVID-19
    - Autism
    - Shedding
    - Changing one's genetic makeup or DNA
    - Blood clots
    - Alzheimer's
    - Prion's disease
    - Bell's Palsy
    - Magnetism
    - Future reproductive issues (miscarriages, infertility, birth defects, erectile dysfunction)

## Upcoming EAU Authorization for COVID-19 vaccines for kids
- Is there any evidence that the spike proteins in COVID-19 vaccines are dangerous for children?

---

**From:** ███████████ @fb.com>
**Date:** Wednesday, October 27, 2021 at 11:57 AM
**To:** ███████████████ @cdc.gov>, ███████████ @fb.com>
**Cc:** ███████████████ @cdc.gov>, ████████████ @cdc.gov>,
████████████████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thanks, ███ and exciting news about the Advisory panels recommendation!

Just checking if there are any updates from your end, ███ ?

Many thanks and all the best,

███

**From:** ███████████ @cdc.gov>
**Date:** Monday, October 25, 2021 at 10:30 AM
**To:** ███████████ @fb.com>, ███████████ @fb.com>
**Cc:** ███████████ @cdc.gov>, ███████████ @cdc.gov>,
███████████ @cdc.gov>

**Subject:** RE: Follow up to Vaccine Misinformation Discussion

I don't believe ███ will be completed by the end of the day but I know she is actively working on it.  I've copied her in directly to respond.

**From:** ███████████ @fb.com>
**Sent:** Monday, October 25, 2021 12:21 PM
**To:** ███████████ @fb.com> ███████████ @cdc.gov>
**Cc:** ███████████ @cdc.gov>; ███████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Hi all, hope you had a nice weekend. I wanted to follow up about the remaining misinformation claims pertaining to EUA authorization for COVID-19 vaccines for 5-11 year olds.

Would it be possible to confirm whether the highlighted claims in the deck are debunked by CDC by the end of day by chance? That will enable us to begin removing harmful claims ASAP following an announcement this week.

Many thanks!

███████

**From:** ███████████ @fb.com>
**Date:** Wednesday, October 20, 2021 at 6:54 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>, ███████████ @cdc.gov> ███████████
███████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you!

On Oct 20, 2021, at 8:47 PM, ███████████ @cdc.gov> wrote:

I just wanted to confirm that ███ is on this and I think she is hoping to have some info by Friday.

**From** ███████████ @fb.com>
**Sent:** Tuesday, October 19, 2021 5:31 PM
**To:** ███████████ @cdc.gov>; ███████████ @cdc.gov>; ███████████
███████████ @cdc.gov>

MOLA_DEFSPROD_00001816

**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Follow up to Vaccine Misinformation Discussion

Hi ▮▮▮▮,

Thank you so much again for taking the time, along with ▮▮▮▮, to meet with our team earlier today. It was incredibly helpful as we are trying to do everything we can to be ready to remove anticipated misinformation claims immediately following EAU approval for the Pfizer vaccine for children under 12.

As discussed, I am sharing the deck we reviewed today with all the claims and have highlighted the remaining ones requiring debunking. Of most time sensitivity is those pertaining to children (slides 2-4) for which we really appreciate your team's reply by end of week so we can execute quickly as soon as the EUA is granted. Slides 5-7 are the claims about vaccines at large we did not have time to review, which are also important, but not quite as time sensitive.

Please let me know if you have any questions about what's attached.

Many thanks again and all the best,

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FACEBOOK

MOLA_DEFSPROD_00001817

**From:** ████████ @google.com]
**Sent:** 10/28/2021 7:43:39 PM
**To:** ████████ @cdc.gov]
**Subject:** Re: Booster Shots

Hi ████ I don't have specific questions. We just wanted to connect with you to confirm the link you'll be updating and to confirm key messages etc. it should be fine to keep the call small to just us.

On Thu, Oct 28, 2021 at 7:22 PM ████████ @cdc.gov> wrote:

Can you give me a sense of what you'll need to discuss? I would rather not have a SME if I can answer questions but not sure what is being discussed. I know plans, key messages but not a expert in this.

**From:** ████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @cdc.gov>; ████████ @google.com>; ████████ @cdc.gov>; ████████ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ████████ @cdc.gov> wrote:

3:30 is best. Right now we have a 4pm I must attend. ▪

**From:** ████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @google.com>; ████████ @google.com>; ████████ @cdc.gov>; ████████ @cdc.gov>
**Subject:** Re: Booster Shots

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?

████████

Google US Federal Government Affairs and Public Policy

On Thu, Oct 28, 2021 at 5:13 PM ███████████████████████ @cdc.gov> wrote:
████ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov"
to Find a vaccine at Vaccines.gov.

**From:** ████████████████████████
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ████████████ @google.com>; ███████████████ @google.com>;
████████ @google.com>; ████████████ @cdc.gov>;
████████ @cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info: ACIP is
likely to vote on this on Nov 2. CDC is likely to start posting final information on Nov 3 (possibly late Nov
2), if that helps to know. There will be many updates so the changes might span over a few days. We are
also looking ahead and misinformation and hope to have a BOLO type meeting later that week
with platforms that are interested.

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ████████████ @google.com>; ███████████████ @google.com>;
████████ @cdc.gov>; ████████████ @cdc.gov>;
████████ @cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

████████ OOO so I'm also adding ████████████ who is helping while he is out. Given that
CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to
our product experience. Please see below for our new text and a mock up and let us know if you
have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson &
Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

| ☒ | The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location. |
|---|---|

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
█ and █

█

Google US Federal Government Affairs and Public Policy

█

On Thu, Sep 30, 2021 at 5:34 PM █ @google.com> wrote:
Great, thanks!

On Thu, Sep 30, 2021, 2:31 PM █ @cdc.gov> wrote:
Hi █

I heard back from some folks.  No heartburn over the message as proposed.

Cheers

█

**From:** ███████████████████
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ███████████ @google.com>
**Cc:** ██████████████ @google.com>; ██████████ @cdc.gov>;
█████████████████ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ████

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ████████████ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ██████████ @cdc.gov>
**Cc:** ██████████ @google.com>; ██████████ @cdc.gov>
**Subject:** Booster Shots

Hi ████

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

• *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

Thanks,

████████████

--

████████████████████████████████ @google.com

--

████████████████

Google US Federal Government Affairs and Public Policy

████████████████████



Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001822

| From: | |
|---|---|
| Sent: | 8/18/2021 7:04:07 AM |
| To: | @fb.com] |
| CC: | @cdc.gov] |
| Subject: | RE: Crowd Tangle COVID-19 reports |

Hi ▮ I'm going to be out of the office for several weeks in September. When you send these, can you please include
▮ copied here, so she can share with others if I'm out? Thanks so much!

**From:** ▮ <tlw@fb.com>
**Sent:** Tuesday, August 17, 2021 5:23 PM
**To:** ▮ @cdc.gov>
**Cc:** ▮ /@fb.com>; ▮ @fb.com>; ▮ @fb.com>;
▮ @fb.com>; ▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▮

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug
11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing
vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States.
Similarly in public groups, the posts with the highest interactions feature content about COVID mandates
and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging
content within the following themes:

• **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a
COVID vaccine booster to protect those with compromised immune systems from the Delta variant.
Conversely, the World Health Organization released a statement imploring wealthy countries to hold off
on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]

• **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration
has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes
that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]

• **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as
businesses have implemented new mandates to combat the surge. On the other hand, many conservative
politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]

•

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next
report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ▮▮▮▮▮▮ @cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** ▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>;
▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

---

**From:** ▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Cc** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>;
▮▮▮▮▮▮ @fb.com> ▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports



Hi ▮▮▮

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

• **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]
•
• **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest

MOLA_DEFSPROD_00002439

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•

•    **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



**Strategic Partner Development, Policy | CrowdTangle**

Facebook | CrowdTangle

---

**From:**                    @fb.com>
**Sent:** Tuesday, July 20, 2021  2:22 PM
**To:**                              @cdc.gov>
**Cc**                        @fb.com>;                    @fb.com>;                              @fb.com>;
                  @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi         ,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

•    **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

•    **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

•   **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10] Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ████████████████████████ @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>; ████████ @fb.com> ████████ @fb.com>;
████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████ @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com> ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high

interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

• **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]

•

• **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].

•

• **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ███████████ @cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** ███████████ @fb.com>
**Cc:** ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>;
███████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate ████ taking over for us!

---

**From:** ███████████ @fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>;
███████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████,

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that ████████ (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

• **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*

• **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*

• **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,


**From:**                                    @fb.com>
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:**                                           @cdc.gov>
**Cc:**                              @fb.com>,                              @fb.com>,
                    @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi        ,

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

• **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*

• **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*

• **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,



---

**From:** ██████████████ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** ' ███████████████████ @cdc.gov>
**Cc:** ██████████████ @fb.com>, ██████████ @fb.com>, ███████████
█████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ████████, apologies!

---

**From:** ████████████ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ████████████████████ @cdc.gov>
**Cc:** ███████████████ @fb.com> ██████████████ @fb.com>, ████████
< ████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████,

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

- **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*
- **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*
- **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

█████████

---

**From:** ████████████████████████ @cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ████████████ @fb.com>
**Cc:** ████████████████ @fb.com>, ████████████████ @fb.com>, ██████████

MOLA_DEFSPROD_00002444

< ██████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!


**From:** ████████████ @fb.com>
**Sent:** Tuesday, February 16, 2021 9:00 PM
**To:** ███████████ cdc.gov>
**Cc** ███████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████.

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:

• **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*

• **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*

• **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
████████


**From:** ████████████████ @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████
< ████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!


**From:** ████████ @fb.com>
**Sent:** Monday, February 1, 2021 8:39 PM
**To:** ████████████ @cdc.gov>

**Cc:** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

• **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*

• **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*

• **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

▮▮▮▮▮

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you ▮▮▮ and ▮▮▮!

▮▮▮, as ▮▮▮ mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,

▮▮▮▮▮

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** ▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! : )

▮▮▮▮▮, feel free to send the reports directly to ▮▮▮ and cc ▮▮▮ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

Best,

███████

**From:** ███████████ @cdc.gov>
**Date:** Tuesday, January 26, 2021 at 1:35 PM
**To:** ███████████ @fb.com>
**Cc:** ████████████ @fb.com>, ████████ @fb.com>, ████████ _____@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday. It looks wonderful and much appreciated. For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us. (Did you by chance talk to them yesterday? As this just came up with them yesterday?). Also, the wide group of those looking at misinfo will want this.

THANK you! I will let you know if there is additional feedback.

**From:** ███████████ fb.com>
**Sent:** Monday, January 25, 2021 5:51 PM
**To:** ████████ cdc.gov>
**Cc** ████████████ fb.com>; ████ b.com> ████████ b.com>
**Subject:** Crowd Tangle COVID-19 reports for WHO

Hi ████                                              .

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ████ and ████ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

████ can do that distro and just put you/██, me, and ████ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

• Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

• However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:

1.     **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]

2.     **Posts about alleged vaccine-related deaths,** especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]

MOLA_DEFSPROD_00002447

3.          **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,
███████████ and team

**From**: ▮▮▮▮▮▮▮▮ @fb.com]
**Sent**: 8/2/2021 8:06:46 PM
**To**: ▮▮▮▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮▮▮▮ @fb.com]
**CC**: ▮▮▮▮▮▮▮▮ @fb.com]; ▮▮▮▮▮▮▮▮ @cdc.gov]
**Subject**: Re: Misinfo questions

Super hepful, thank you ▮▮▮ !

**From:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Date:** Saturday, July 31, 2021 at 7:30 AM
**To:** ▮▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮▮ @cdc.gov>
**Subject:** Misinfo questions

▮▮▮ – Per our conversation here is some additional info that might help you all.  I know you may be on vacation so hopefully others will forward on to your team. ☺

1.      Spike protein in COVID-19 vaccines is dangerous/cytotoxic **False**
2.      Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine **True, there have been increased reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine, but not the mRNA COVID-19 vaccines. These reports are rare.** CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.
3.      Heart inflammation is a possible side effect of COVID-19 vaccines **True, there have been increased reports of myocarditis, mostly in younger males under 30 years of age, who received mRNA COVID-19 vaccines. These reports are rare.** CDC and its partners are investigating these reports to assess the relationship to COVID-19 vaccination.

**From**: ▮▮▮▮▮▮▮▮▮ @fb.com]
**Sent**: 7/28/2021 2:46:45 PM
**To**: ▮▮▮▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮▮▮ @fb.com]
**CC**: ▮▮▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮▮▮ @fb.com]
**Subject**: Re: FB Misinformation Claims_Help Debunking

Great! I'll let ▮▮ gather some more claims and before we set a date, I'll reach out on topics so you can get the right folks on the call.

▮▮

**From:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Date:** Wednesday, July 28, 2021 at 2:36 PM
**To:** ▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮▮ @cdc.gov> ▮▮▮▮▮▮▮ @fb.com>
**Subject:** RE: FB Misinformation Claims_Help Debunking

Yes, we would love to do that. I do think getting the claims several days in advance will be critical to being sure we have what you need.

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, July 28, 2021 2:30 PM
**To:** ▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮▮ @cdc.gov> ▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: FB Misinformation Claims_Help Debunking

Thank you so much ▮▮▮ !

▮▮ and I have been talking about in addition to our weekly meetings, doing a monthly misinfo / debunking meeting, with maybe claim topics communicated a few days prior so that you can bring in the matching experts and chat casually for 30 minutes or so. Is that something you'd be interested in?

▮▮

**From:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Date:** Wednesday, July 28, 2021 at 1:57 PM
**To:** ▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮ @cdc.gov>, ▮▮▮
▮▮▮▮▮▮ @fb.com>
**Subject:** RE: FB Misinformation Claims_Help Debunking

▮▮▮ – Below is some details from the team. I know it is a lot, does it give you what you need? In terms of the global database question at the end, I included some VAERS background below. This page adds more context: Selected Adverse Events Reported after COVID-19 Vaccination | CDC. But I wasn't able to obtain recommended database.

Let me know if this doesn't work!

**Spike protein in COVID-19 vaccines is dangerous/cytotoxic**

Messenger RNA (mRNA) vaccine are one type of COVID-19 vaccine. Messenger mRNA vaccines work by teaching our cells to create a **harmless spike protein**. Spike proteins are ideal targets for vaccines. If you are exposed to the real COVID-19 virus after receiving a mRNA vaccination, your body will recognize it and fight it off by triggering an immune response inside your body. The cell breaks down and gets rid of the mRNA soon after it is finished using the instructions.

mRNA vaccines cannot give someone the virus because they do not use the live virus that causes COVID-19. The mRNA vaccine does not interact with your DNA in any way. The mRNA never enters the nucleus of the cell where the DNA is kept. mRNA vaccines have been held to the same rigorous safety and effectiveness standards as all other types of vaccines in the United States. Researchers have been studying and working with mRNA vaccines for decades. RNA vaccines have been studied before for flu, Zika, rabies, and cytomegalovirus (CMV).

Provide link to graphic. How mRNA COVID-19 Vaccines Work (cdc.gov)

**Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine**

The Centers for Disease Control and Prevention (CDC) and the Food and Drug Administration (FDA) are monitoring reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine.

GBS is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. Most people fully recover from GBS, but some have permanent nerve damage.

After 12.8 million J&J/Janssen COVID-19 Vaccine doses administered, there have been around 100 preliminary reports of GBS identified in VAERS as of July 12. These cases have largely been reported about 2 weeks after vaccination and mostly in men, many 50 years and older. CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

Recent data indicates thousands of hospitalizations are estimated to be prevented as a result of J&J/Janssen COVID-19 vaccination. The benefits of using the J&J/Janssen COVID-19 vaccine under the Food and Drug Administration's (FDA) Emergency Use Authorization (EUA) clearly outweigh the risks of GBS.

**Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)**

• Myocarditis is inflammation of the heart muscle, and pericarditis is inflammation of the outer lining of the heart. In both cases, the body's immune system causes inflammation in response to an infection or some other trigger.

• More than 177 million people have received at least one dose of COVID-19 vaccine in the United States, and CDC continues to monitor the safety of COVID-19 vaccines for any health problems that happen after vaccination.

• Since April 2021, there have been more than a thousand reports to the Vaccine Adverse Event Reporting System (VAERS) of cases of inflammation of the heart—called myocarditis and pericarditis—happening after mRNA COVID-19 vaccination (i.e., Pfizer-BioNTech, Moderna) in the United States.

• These reports are rare, given the hundreds of millions of vaccine doses administered, and have been reported after mRNA COVID-19 vaccination, particularly in adolescents and young adults.

• CDC and its partners are actively monitoring these reports, by reviewing data and medical records, to learn more about what happened and to understand any relationship to COVID-19 vaccination.

• Most patients who received care responded well to treatment and rest and quickly felt better.

• Confirmed cases have occurred:

o Mostly in male adolescents and young adults age 16 years or older

o More often after getting the second dose than after the first dose of one of these two mRNA COVID-19 vaccines

o     Typically within several days after COVID-19 vaccination

o     Patients can usually return to their normal daily activities after their symptoms improve. They should speak with their doctor about return to exercise or sports.

Most patients who received care responded well to treatment and rest and quickly felt better.

CDC continues to recommend COVID-19 vaccination for everyone 12 years of age and older, given the risk of COVID-19 illness and related, possibly severe complications. Getting vaccinated is the best way to protect yourself and your family from COVID-19. More information will be shared as it becomes available.

**Global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths:**

VAERS is a passive reporting system, meaning it relies on people sending in reports of their ex periences after vaccination. The information is not submitted in real time. Also, VAERS is not designed to determine if a vaccine caused or contributed to an adverse event, such as death. A report to VAERS does not mean the vaccine caused the event. Reports of deaths following COVID-19 vaccination that are reported to VAERS are extracted and posted for transparency. Under EUA, healthcare providers are required to report any of the following (it also has the disclaimer they that have to report events regardless if the reporter thinks the vaccine caused it):

"Healthcare providers are required to report to VAERS the following adverse events after COVID-19 vaccination [under Emergency Use Authorization (EUA)], and other adverse events if later revised by FDA:

- Vaccine administration errors, whether or not associated with an adverse event (AE)
- Serious AEs regardless if the reporter thinks the vaccine caused the AE. Serious AEs per FDA are defined as:
1. Death;
2. A life-threatening AE;
3. Inpatient hospitalization or prolongation of existing hospitalization;
4. A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions;
5. A congenital anomaly/birth defect;
6. An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.
- Cases of Multisystem Inflammatory Syndrome
- Cases of COVID-19 that result in hospitalization or death

Healthcare providers are encouraged to report to VAERS any additional clinically significant AEs following vaccination, even if they are not sure the vaccine caused the event."

**From:**  @fb.com>
**Sent:** Monday, July 26, 2021 12:58 PM
**To:**  @cdc.gov>
**Cc**  @fb.com>;  @fb.com>
**Subject:** FB Misinformation Claims_Help Debuning

Hi  , I hope you're well!

Our Misinformation Policy team has identified some claims that we were hoping your team could **help us understand if they are false and can lead to harm?** The three claims include:

1. Spike protein in COVID-19 vaccines is dangerous/cytotoxic
2. Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine
3. Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)

In addition, I was wondering if your team was aware of any global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths?

Please let me know if you have any questions about the above, and thank you so much again for the CDC's help !

Best,

FACEBOOK

MOLA_DEFSPROD_00002477

| | |
|---|---|
| **From:** | ████████████████████████████████████ |
| **Sent:** | 7/26/2021 1:14:50 PM |
| **To:** | ████████ @fb.com] |
| **CC:** | ████████████ @fb.com], ████████████ @fb.com] |
| **Subject:** | RE: FB Misinformation Claims_Help Debuning |

Got it, let me get back to you shortly and thnk you much for asking!

**From:** ████████████ @fb.com>
**Sent:** Monday, July 26, 2021 12:58 PM
**To:** ████████████████ @cdc.gov>
**Cc** ████████████ @fb.com>; ████████ @fb.com>
**Subject:** FB Misinformation Claims_Help Debuning

Hi ████ , I hope you're well!

Our Misinformation Policy team has identified some claims that we were hoping your team could **help us understand if they are false and can lead to harm?** The three claims include:

1. Spike protein in COVID-19 vaccines is dangerous/cytotoxic
2. Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine
3. Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)

In addition, I was wondering if your team was aware of any global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths?

Please let me know if you have any questions about the above, and thank you so much again for the CDC's help!

Best,
████

--
████████████████████████████████

FACEBOOK

| From: | ███████████████████████████████████████████ |
|---|---|
| Sent: | 6/30/2021 7:50:15 AM |
| To: | ███████████ @twitter.com] |
| Subject: | RE: COVID Misinformation |

Hi ████ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

≡　Q　Col

cles

ck accounts on

te accounts on

Twitter myths

r Rules

Contact Us  >  **Partner Support**

# Report any issue to get priority service

**What type of problem are you having with your Twitter account?** (required)

⌄

| From: | ███████████████ @twitter.com> |
|---|---|
| Sent: Thursday, May 27, 2021 2:30 PM | |
| To: | ████████████████████████ @cdc.gov> |
| Cc: | ████████████ @reingold.com>; ████████████ @reingold.com>; ████████ |
| | ████████ @cdc.gov> |

**Subject:** Re: COVID Misinformation

Hi all - ████ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ██████████████ @twitter.com> wrote:

Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ████████████████████████ @cdc.gov> wrote:

I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ███████████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ████████████ @reingold.com>
**Cc:** ████████████ @cdc.gov>; ████████ ████████ @reingold.com>; █████
████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should
have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ████████████████████ @reingold.com> wrote:

Hi ████

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the
Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or
complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts
that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the
short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

██████████████████████

**Reingold**

██████████████████████

reingold.com

We're on a mission. *Yours.*

**From:** ███████████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ██████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is ███████

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>
████████ @census.gov> ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ████████ @cdc.gov> wrote:

████ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>;
████ @census.gov>; ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

████

On Mon, May 10, 2021 at 1:50 PM ███████████████████████ @cdc.gov> wrote:

 –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
| --- | --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax ✗ nated" can "Go outside & live freely" lol.. This is a joke    .<br><br>Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols .<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002500

**From**: ███████████████████ fb.com]
**Sent**: 5/24/2021 9:14:34 AM
**To**: ███████████████████ cdc.gov]
**CC**: ███████████████ )fb.com]
**Subject**: Re: Children & Teens vaccine info

I will track that down



On May 24, 2021, at 8:28 AM, ████████████████████ cdc.gov>wrote:

███████ I believe Liz mentioned on the call she was going to update this list and send us another copy, you haven't seen that yet have you?

**From:** ████████████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 8:39 PM
**To:** ██████████████████ @cdc.gov>
**Cc:** ██████████████ )fb.com>
**Subject:** Re: Children & Teens vaccine info

Thank you!



On May 12, 2021, at 8:38 PM, ████████████████ @cdc.gov>wrote:

Just FYI, we have a great deal of new content posted. Also, some new info on myths your misinfo folks might be interested in.

- <!--[if !supportLists]--><!--[endif]-->**New web page**: COVID-19 Vaccines for Children and Teens provides information about the benefits of COVID-19 vaccines for adolescents aged 12 and older, how to find a vaccination provider for adolescents, and what to expect during and after vaccination.
- <!--[if !supportLists]--><!--[endif]-->**New fact sheet**: COVID-19 Vaccines for Preteens and Teens is a printable fact sheet for parents that explains the benefits of a COVID-19 vaccine for their children, safety information, and what to expect during and after vaccination. **New frequently asked questions**: Two new FAQs address questions about the safety and benefits of COVID-19 vaccination for adolescents aged 12 and older.
- <!--[if !supportLists]--><!--[endif]-->**New myth-buster about menstrual cycles**: Your menstrual cycle *cannot* be affected by being near someone who received a COVID-19 vaccine. This question and answer explains why.

- <!--[if !supportLists]--><!--[endif]-->**Myth-buster about infertility**: It is safe for people who would like to have a baby one day to get a COVID-19 vaccine. This question and answer explains why.

- <!--[if !supportLists]--><!--[endif]-->**Key things to know**: The web pages Key Things to Know about COVID-19 Vaccines and About COVID-19 Vaccines have been updated to include the recommendation that adolescents aged 12 and older get vaccinated.

- <!--[if !supportLists]--><!--[endif]-->

**Information for Healthcare and Vaccine Providers**

- <!--[if !supportLists]--><!--[endif]-->**New pediatric toolkit**: The Pediatric Healthcare Professionals COVID-19 Vaccination Toolkit provides materials to help healthcare providers give parents clear and accurate information about COVID-19 vaccines. The toolkit includes answers to common questions, an explanation of how mRNA vaccines work, and printable materials to give to parents.

- <!--[if !supportLists]--><!--[endif]-->**New FAQs about consent for minors**: FAQs have been posted on the Pfizer-BioNTech product page for providers with information about consent, prescreening questions, and other issues related to the vaccination of minors.

- <!--[if !supportLists]--><!--[endif]-->**New sample patient letter**: Healthcare providers can customize and send this sample letter to encourage their patients to get a COVID-19 vaccine. It includes the new recommendation that everyone aged 12 and up get a COVID-19 vaccination.

**Information for Community Groups and Health Departments**

**Toolkit for community-based organizations**: The Community-Based Organizations COVID-19 Vaccine Toolkit has been updated to include information and resources on COVID-19 vaccination for adolescents aged 12 and older.



**From:** ▮▮▮▮▮▮▮▮▮▮ ▮twitter.com]
**Sent:** 4/16/2021 8:35:22 AM
**To:** ▮▮▮▮▮▮▮▮▮▮ ▮cdc.gov]
**Subject:** Re: Request for problem accounts

Hi ▮▮▮▮▮ ,

Thank you so much for this; we actioned (by labeling or removing) the Tweets in violation of our Rules.
Warmest,

▮▮▮▮

On Wed, Apr 14, 2021 at 3:16 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ cdc.gov> wrote:

The Census team put this spreadsheet together with four example areas. Is this what you had in mind?

- Vaccines aren't FDA approved
- Fraudulent cures
- VAERS data taken out of context
- Infertility

---

**From:** ▮▮▮▮▮▮▮▮▮▮ twitter.com>
**Sent:** Thursday, April 8, 2021 8:27 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ cdc.gov>
**Subject:** Request for problem accounts

Hi ▮▮▮▮

I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we
can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of
fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,

▮▮▮

CAUTION: This message originated externally. Please use caution when clicking on links or opening
attachments.

MOLA_DEFSPROD_00002805

**From:** ████████████(CDC/OD/OADC)████████████

**Sent:** 4/9/2021 2:14:25 PM
**To:** ████████████twitter.com]
**Subject:** RE: Request for problem accounts

Yes, we'll get that to you early next week. Thanks for checking in.

**From:** ████████████twitter.com>
**Sent:** Thursday, April 8, 2021 8:28 PM
**To:** ████████████@cdc.gov>
**Subject:** Request for problem accounts

Hi ████

I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,

████████

**From:** ▓▓▓▓▓▓ (CDC/OD/OADC)▓▓▓▓▓▓

**Sent:** 3/31/2021 2:23:11 PM
**To:** ▓▓▓▓▓▓▓▓ fb.com]
**Subject:** RE: This week's meeting

Got it, thanks.

**From:** ▓▓▓▓▓▓▓▓ fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** ▓▓▓▓▓▓ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▓▓

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.

Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** ▓▓▓▓▓▓ cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ▓▓▓▓▓▓ fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

• It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?

• One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
○ Example: No label
○ Example: Label that links to WHO
• Can we add the Census team to CrowdTangle?
• How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ▓▓▓▓▓▓ fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** ▓▓▓▓▓▓ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▓▓

Yes, I think good to have questions from Census so we make sure we have the right person.

I can ask ▉ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ▉▉▉▉▉▉▉▉▉ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ▉▉▉▉▉▉▉▉▉ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ▉ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc. I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them? (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ▉▉▉▉▉▉▉▉▉ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ▉▉▉▉▉▉▉▉▉ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▉

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

**From:** ▉▉▉▉▉▉▉▉▉ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ▉▉▉▉▉▉▉▉▉ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too. I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census? I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us?   I'd be fine with using our existing time for this regular discussion if that end up working out best.   I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

**From:** ▓▓▓▓▓▓▓ )fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ▓▓▓▓▓▓▓ cdc.gov>
**Subject:** This week's meeting

Hi ▓▓▓

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,



**FACEBOOK**

**From**: ███████████████ fb.com]
**Sent**: 2/3/2021 10:23:54 AM
**To**: ███████████████ cdc.gov]; ███████████████ fb.com];
███████ @fb.com]
**Subject**: Re: Imposter accounts of our new CDC Director

Yes! Please feel free to share my contact info.

███████

Get Outlook for iOS

**From:** ███████████████ cdc.gov>
**Sent:** Wednesday, February 3, 2021 10:21:07 AM
**To:** ███████████████ fb.com>; ███████████ fb.com>; ███████████████ fb.com>
**Subject:** RE: Imposter accounts of our new CDC Director

███████–Thank you! Also, can I give your contact info to our security office for future emergencies or threats?

**From:** ███████████████ fb.com>
**Sent:** Wednesday, February 3, 2021 10:16 AM
**To:** ███████████████ fb.com>; ███████████████ cdc.gov>;
███████ @fb.com>
**Subject:** Re: Imposter accounts of our new CDC Director

Thanks for flagging, ████ These accounts have been removed.

Best,

███████

Get Outlook for iOS

**From:** ███████████████ fb.com>
**Sent:** Wednesday, February 3, 2021 1:09:07 AM
**To:** ███████████████ cdc.gov>; ███████████ fb.com>;
███████ @fb.com>
**Subject:** Re: Imposter accounts of our new CDC Director

Thanks for the flag ████

I am adding ████ o help here.

Best,

███████

**From:** ███████████████ cdc.gov>
**Date:** Tuesday, February 2, 2021 at 6:28 PM

**To:** ███████████████ fb.com>, ███████████████ fb.com>
**Subject:** Imposter accounts of our new CDC Director

These new accounts have cropped up and ███████████ our new director, did not create them.   Can you assist us in addressing this?

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

I wasn't clear if I should loop in ████████ directly or if she was a contact I could provide to our security office for future reference.

Thank you.

| From: | ▮▮▮▮▮ @google.com] |
|---|---|
| **Sent:** | 7/24/2020 12:32:08 AM |
| **To:** | ▮▮▮▮▮ @cdc.gov] |
| **CC:** | ▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮ @google.com] |
| **Subject:** | Re: Consolidating COVID Updates - feedback on vaccine doc |

Thanks so much, ▮▮▮▮. This is very helpful and we'll be sure to reach out if we have more questions.

On Thu, Jul 23, 2020 at 4:27 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

Feedback from ▮▮▮▮ on the vaccine document. Let me know if we need to connect folks again.

Overall the list seems very appropriate and reasonable and we concur with the statements being myths. However, there are a few statements that may be more nuanced.

• Vaccine trials are in fact trying to enroll ethnic minorities, pregnant women, and children and this could be viewed as "targeting". This is really not in the same category of misinformation, as vaccine trials will attempt to specifically enroll these groups to ensure a diverse population in which the vaccines are tested. We would recommend removing this from the list.

• The "vaccine being rushed" comment: This one is tricky as the first half of the statement appears to be more of an opinion (people have the right to express their concern that the development is being rushed). The 2nd half contains false information ('safety and ethical protocols not being followed'). We recommend separating these two statements.

Hope this helps.

**From:** ▮▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Wednesday, July 22, 2020 3:52 PM
**To:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮▮ @google.com>
**Subject:** Re: Consolidating COVID Updates

Hi ▮▮▮▮▮

Thanks for the Spanish translation feedback. I've shared the recommended change with our product team and the Spanish version should be live early next week. The YouTube banner should also be live by tomorrow and we'll keep an eye out for any feedback from ▮▮▮▮

One new update:

1. We are planning to launch a new COVID-19 patient journey which will provide a direct answer to users who are querying for a specific COVID-19 symptom (ex: "fever coronavirus" or "is headache a symptom of covid"). If the user queries for a COVID-19 symptom that matches one of the symptoms provided by the CDC in our OSRP, we will serve the user with a direct answer (ex: "Fever is a possible symptom of covid-19"), suggest relevant next steps such as taking a self test (where available), and surface similar questions from the web instead of triggering the current COVID-19

OSRP's symptom's tab. Please note that the current COVID-19 OSRP will still surface for general COVID-19 queries. **Could you confirm if the CDC is comfortable with the phrasing, "X is a possible symptom of COVID-19" (screenshot below)?**

> ☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Thanks,
Stanley

On Wed, Jul 22, 2020 at 10:45 AM ████████████████████████████ @cdc.gov> wrote:

3. ████ said she'd get back to us soon

4. Feedback from translation team below:.

Their notes: I am not sure that this is the most accurate as it may mean: Get away from things that bother you.

I suggest to change to:

Tómate un descanso de la información que te afecta. (Take a break from the information that upsets you).

| Take breaks from upsetting content | Aléjate de lo que te molesta |
|---|---|
| Make time to unwind. Try relaxation techniques and listening to music. Try to do some other activities you enjoy. | Dedica unos minutos a despejar la mente. Prueba con técnicas de relajación y escucha música. Intenta hacer otras actividades que disfrutas. |

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Tuesday, July 21, 2020 6:56 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc** ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮▮ @google.com>
**Subject:** Re: Consolidating COVID Updates

Perfect, thanks for the quick response!

On Tue, Jul 21, 2020 at 3:50 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

1/2 a&b –Everything looks great.  Love the video.   Thank you so much for all your work on this issue.

3.  I sent to ▮▮▮ but have not heard more. I'll get back to you tomorrow.

4.  I'll also run this by our translation team in the morning and get back to you.

Thanks!

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Tuesday, July 21, 2020 5:57 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov>, ▮▮▮▮▮▮▮▮▮▮▮
< ▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ @google.com>
**Subject:** Consolidating COVID Updates

Hi ▮▮▮▮▮▮ ,

Hope all is well. In an effort to save your inboxes, I'd like to consolidate updates across a few email threads here:

1.   **Wear a Mask. Save Lives:** YouTube is looking to add similar "Wear a Mask. Save Lives" messaging in a visual banner and video clip (screenshot below):

a.         Banner - YT plans to update the current general CDC banner that YT is promoting on the homepage to the copy below with the following text: "Face coverings can help reduce the spread of COVID-19"and link out to the same CDC site as the Wear a Mask campaign. **Please let us know if you have any feedback or concerns on the below mock that we plan to launch this Friday:**

☒ The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

b.        Video - YT also plans to include the link out to the CDC.gov face covering page on the following YouTube "Wear a Mask" video PSA. The link to the CDC page is in the video description, info card "i" in the upper right of the video and a companion banner that shows up when the video runs as an ad.

3.    **COVID-19 Vaccine Claims:** As a follow up to our discussion with Cynthia on vaccine information, we shared a list of common vaccine misinformation claims. Could you share any feedback on the claims in the list (attached)?

4.    **Mental Wellness on Search:** Given the positive response we've seen from this Be Kind to Your Mind mental wellness tips on the Search "coping tab", we plan to make the content available in Spanish language in the United States. Please let us know if the CDC is comfortable with the following Spanish translation:

| English Text (Currently live) | Spanish Translation |
|---|---|
| **Be Kind to Your Mind** <br><br> Mental health problems are common. Here are ways to cope with stress and promote wellbeing. | **Cuida tu mente** <br><br> Los problemas de salud mental son muy comunes. A continuación, encontrarás algunos consejos para reducir el estrés y promover el bienestar. |
| **Pause. Breathe. Notice how you feel.** <br><br> Take slow deep breaths, stretch, or meditate. <br><br> Observe your feelings and sensations without judgment. Instead of responding or reacting to those thoughts or feelings, note them, and then let them go. | **Pausa. Respira. ¿Cómo te sientes?** <br><br> Respira lenta y profundamente, estírate o medita. <br><br> Observa cómo te sientes y qué piensas, sin juzgar. En lugar de responder o reaccionar a esos pensamientos o sentimientos, asimílalos y, luego, déjalos ir. |
| **Take breaks from upsetting content** <br> Make time to unwind. Try relaxation techniques and listening to music. Try to do some other activities you enjoy. | **Aléjate de lo que te molesta** <br> Dedica unos minutos a despejar la mente. Prueba con técnicas de relajación y escucha música. Intenta hacer otras actividades que disfrutes. |
| **Take care of your body** <br><br> •      **Exercise regularly.** Even one session of moderate-to-vigorous physical activity reduces anxiety, and even short bouts of physical activity are beneficial. <br><br> •      **Get plenty of sleep.** Be consistent. Go to bed at the same time each night and get up at the same time each morning, including on the weekends <br><br> •      **Try to eat healthy, well-balanced meals.** Add healthy fats, cut sodium, bump up your fiber, and aim for a variety of colors on your plate. <br><br> •      **Avoid alcohol and drugs.** | **Cuida tu cuerpo** <br><br> •      **Haz ejercicio regularmente.** Una sesión de actividad física moderada o vigorosa reduce la ansiedad. Incluso ejercitarte durante un breve período es beneficioso para la salud. <br><br> •      **Duerme lo suficiente.** Sé constante. Acuéstate a la misma hora todas las noches y levántate a la misma hora cada mañana, incluso los fines de semana. <br><br> •      **Intenta comer comidas saludables y bien equilibradas.** Agrega grasas saludables, reduce la cantidad de sodio, come más fibra e intenta que haya una gran variedad de colores en tu plato. <br><br> •      **Evita consumir alcohol o drogas.** |

| | |
|---|---|
| **Reach out and stay connected**<br>Talk with people you trust about your concerns and how you are feeling.<br><br>Check in with your loved ones often. It can help you and your loved ones feel less lonely and isolated. | **Comunícate y mantente conectado**<br><br>Habla con personas de confianza acerca de tus preocupaciones y sentimientos.<br>También comunícate frecuentemente con tus seres queridos. De esa forma, todos se sentirán menos solos y aislados. |
| **Seek help if overwhelmed or unsafe**<br>If you, or someone you care about, are feeling overwhelmed with emotions like sadness, depression, or anxiety, or feel like you want to harm yourself or others, seek professional help.<br><br>If distress impacts activities of your daily life for several days or weeks, talk to a clergy member, counselor, or healthcare provider. | **No te sientas agobiado ni inseguro**<br>Si tú o un ser querido se sienten agobiados por emociones como tristeza, depresión o ansiedad, o si sienten que quieren hacerse daño a sí mismos o a otros, busquen ayuda profesional.<br><br>Si la angustia afecta las actividades diarias durante varios días o semanas, hablen con un clérigo, un terapeuta o un proveedor de atención médica. |

Thanks.

--

@google.com

--

@google.com

--

@google.com

@google.com

MOLA_DEFSPROD_00003572

**From:** ▮▮▮▮▮▮▮ @fb.com]
**Sent:** 3/5/2020 8:59:29 AM
**To:** ▮▮▮▮▮▮▮ @cdc.gov]
**Subject:** Re: Facebook's COVID-19 Response Efforts   ▪

Hi and would be good to chat very soon.

On the FB live, should I reach out to ▮▮ directly or do you want to connect us?

Best,

▮▮▮▮

Sent from my iPhone

On Mar 5, 2020, at 8:55 AM, ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

▮▮▮▮ - I missed this one Tuesday night.  Can we get a short call with someone tomorrow?  We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is ▮▮▮▮ at ▮▮ @cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts

Good evening ▮▮▮▮,

Apologies for the late note. I want to ensure you are aware that ▮▮ just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

If you have additional ideas not captured in the summary, please let me know.

Best,

▮▮▮▮

Facebook

MOLA_DEFSPROD_00004063

**From:**                 @fb.com]
**Sent:**      7/20/2021 1:24:46 PM
**To:**        Humphrey, Clarke E.                @who.eop.gov];               @fb.com]
**CC:**       Flaherty, Rob R.                @who.eop.gov];               @niaid.nih.gov]
**Subject:**   Re: Deactivating fake Fauci IG?

Yep, on it!

---

**From:** Humphrey, Clarke E. EOP/WHO           @who.eop.gov>
**Date:** Tuesday, July 20, 2021 at 1:24 PM
**To:**               @fb.com>,                @fb.com>
**Cc:** Flaherty, Rob R.               @who.eop.gov>,            
        @niaid.nih.gov>
**Subject:** Deactivating fake Fauci IG?

Hi there – any way we can get this pulled down? It is not actually one of ours:

https://www.instagram.com/anthonyfauciofficial/


**Clarke Humphrey**
Digital Director, COVID-19 Response Team
The White House

**From**: ████████████ fb.com]
**Sent**: 4/21/2020 2:48:52 PM
**To**: ████████████████████████ nih.gov]; ████████████████████ fb.com]
**CC**: ████████████████████████ nih.gov]; ██████████████ nih.gov];
████████████████████ nih.gov]; ██████████████████ nih.gov];
████████████████████ nih.gov]; ██████████████████ nih.gov];
████████████████████ fb.com]
**Subject**: Re: Fake IG/Facebook accounts

████████

Nice to meet you. The Politics and Government team actually supports our government agency partners in three ways:

- Product - training and best practices for Facebook/Instagram products
- Operations - providing support for things like imposter removal, verification, and access issues
- Strategic Partnerships - working to create exclusive moments on our platforms (events, etc.)

We have been working with ████████████████, and others re: NIH social media presences on our platform. Please feel to flag to us the various imposter accounts or to their teams as well.

Best,

████

☑ The linked image

████████████

Politics & Government  Outreach | Policy

**Covid-19: Support & Resources**

- Keeping People Safe And Informed About the Coronavirus. Click here
- Resources for Governments Responding to Coronavirus. Click here
- Facebook Local Covid-19 Information Center. Click here
- Messenger Government Services To Respond to Coronavirus Pandemic. Click here
- WhatsApp Coronavirus Information Hub for Government. Click here
- Instagram Government Covid-19 Toolkit, virtual guide & keep people safe. Click here
- School's Out Remote Resources. Click here
- CrowdTangle Covid-19 Visual Displays for Government. Click here

**From:** ████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 2:33 PM
**To:** ████████████████ fb.com>
**Cc:** ████████████████████ nih.gov> ████████████
████████ nih.gov>, ████████████████████ nih.gov>,
████████████ nih.gov>, ████████████████████ nih.gov>,
████████████████ nih.gov>, ████████████ fb.com>, ████████
████████ fb.com>
**Subject:** RE: Fake IG/Facebook accounts

Thank you, ████████

██████████████ —Great to connect with you, and thank you for the work that you're doing. Our team will be sure to reach out if we identify any more impersonations. Please don't hesitate to reach out if you have any questions.

Very best,

██████

██████████

Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

---

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 21, 2020 2:31 PM
**To:** ████████████████████ nih.gov>
**Cc:** ████████████████████ nih.gov>; ████████████████ nih.gov>; ████████████ nih.gov>; ████████████ nih.gov>; ████████████ nih.gov>; ████████████ nih.gov>; ████████████ fb.com>; ████████████ fb.com>
**Subject:** Re: Fake IG/Facebook accounts

Of course! And thank you all for flagging. Also want to intro you all to ████████████ who have been working hard to manage any fake accounts for NIH across the board. She can work with you directly if anything like this comes up.

Thanks all!

██████

---

**From:** ████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 11:18 AM
**To:** ████████████ b.com>
**Cc:** ████████████████████ nih.gov>, "████████████ nih.gov>, ████████████ nih.gov>, ████████████ nih.gov>, ██████████████████ nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Many thanks ██████

---

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 21, 2020 2:15 PM
**To:** ████████████████ nih.gov>
**Cc:** ████████████████████ nih.gov> ████████████ nih.gov>; ████████████ nih.gov>; Routh, ████████████ nih.gov>; ████████████ nih.gov>
**Subject:** Re: Fake IG/Facebook accounts

Hi all! Flagged this for the fake accounts team and they have confirmed that all but two accounts were removed for the impersonation of Dr. Fauci. I guess two of the accounts are fan accounts...

Let us know if you have any other issues and many thanks!

Cheers,

███████

**From:** ████████████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 8:55 AM
**To:** █████████████████ fb.com>
**Cc:** ████████████████████████ nih.gov>, ████████████
██████ nih.gov>, ████████████████████████ nih.gov>,
████████████ nih.gov>, ████████████████████ nih.gov>, "
████████████████████ nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Apologies one more: https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101140431566203/?eid=ARCz3XjmJCp_Dn8fYIfCfJfhMKwFvXp6_iL8kQI5_vudxsLyCq-lGoG9q_ITclMnBu82aTg67z2q9SRf

████ for awareness.

**From:** ██████████████████
**Sent:** Tuesday, April 21, 2020 11:49 AM
**To:** ██████████████ b.com>
**Cc** ████████████████████████████ nih.gov>; ████████████ nih.gov>;
████████████████ nih.gov>; H████████████████████ nih.gov>
████████████████████ nih.gov>
**Subject:** Fake IG/Facebook accounts

Hi ███████

We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you. I have also reported them from @niaid and my personal FB account.

This one is particularly troubling because they are selling masks: www.instagram.com/fauci_anthony/

https://www.instagram.com/drfauci/

https://www.instagram.com/anthony.fauci/

https://www.instagram.com/dr.xanthonyfauci/

https://www.instagram.com/doc.fauci/

https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101078361574045/?ref=br_rs

https://www.facebook.com/Dr-Anthony-Fauci-102567911432644/?ref=br_rs

https://www.facebook.com/Dr.FauciTheHero/?ref=br_rs (I think this one may be fine as a fan page but could use a reminder to be a bit more clear.)

Thank you so much for your help, and I hope you are staying well!

Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

CONFIDENTIAL

**From:** ████████████████████████ nih.gov]
**Sent:** 4/21/2020 2:17:47 PM
**To:** ████████████ fb.com]
**CC:** ████████████████████████ nih.gov]; ████████████ nih.gov];
████████████████ @nih.gov]; ████████████████ nih.gov];
████████████████ nih.gov]; ████████████████ nih.gov]

**Subject:** RE: Fake IG/Facebook accounts

Many thanks, ████ !

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 21, 2020 2:15 PM
**To:** ████████████ nih.gov>
**Cc:** ████████████████ nih.gov>, ████████████ nih.gov>;
████████████████ nih.gov>; ████████████ nih.gov>;
████████████████ nih.gov>; ████████████ nih.gov>

**Subject:** Re: Fake IG/Facebook accounts

Hi all! Flagged this for the fake accounts team and they have confirmed that all but two accounts were
removed for the impersonation of Dr. Fauci. I guess two of the accounts are fan accounts...

Let us know if you have any other issues and many thanks!

Cheers,
████████

**From:** ████████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 8:55 AM
**To:** ████████████ fb.com>
**Cc:** ████████████████ nih.gov>, ████████████
████████ nih.gov>, "████████ (NIH/OD) [E]" ████████ @nih.gov>, ████████████
████████ nih.gov>, "████████, Jennifer (NIH/NIAID) [E]" ████████ @nih.gov>,
████████████ nih.gov>

**Subject:** RE: Fake IG/Facebook accounts

Apologies one more: https://www.facebook.com/Dr-Anthony-Stephen-Fauci-
101140431566203/?eid=ARCz3XjmJCp_Dn8fYlfCfJfhMKwFvXp6_iL8kQI5_vudxsLyCq-lGoG9q_ITclMnBu82aTg67z2q9SRf

████ for awareness.

**From:** ████████████
**Sent:** Tuesday, April 21, 2020 11:49 AM
**To:** ████████ @fb.com>
**Cc:** ████████████████ nih.gov>; ████████████ nih.gov>;
████████ (NIH/OD) [E] ████████ @nih.gov>; ████████████ nih.gov>;
████████ (NIH/NIAID) [E] ████████ @nih.gov>

**Subject:** Fake IG/Facebook accounts

Hi ████████

MOLA_DEFSPROD_00006777

We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you. I have also reported them from @niaid and my personal FB account.

This one is particularly troubling because they are selling masks: www.instagram.com/fauci_anthony/

https://www.instagram.com/drfauci/

https://www.instagram.com/anthony.fauci/

https://www.instagram.com/dr.xanthonyfauci/

https://www.instagram.com/doc.fauci/

https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101078361574045/?ref=br_rs

https://www.facebook.com/Dr-Anthony-Fauci-102567911432644/?ref=br_rs

https://www.facebook.com/Dr.FauciTheHero/?ref=br_rs (I think this one may be fine as a fan page but could use a reminder to be a bit more clear.)

Thank you so much for your help, and I hope you are staying well!

███

█████████
Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

**From:** ███████████fb.com]
**Sent:** 7/17/2022 11:16:55 PM
**To:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov]; Tim Manning ████████who.eop.gov];
Salcido, Dori A. EOP/WHO ██████████who.eop.gov]; Cheema, Subhan N. EOP/WHO
████████who.eop.gov]
**CC:** ████████hhs.gov] ████████hhs.gov
**Subject:** Re: Covid Insights report
**Attachments:** 6_24_22 – COVID-19 Insights.pdf; 07_08_22 – COVID-19 Insights.pdf

Rob et all,

Including the most recent two reports here for your review. We'll have the next version ready for this Friday. Please let me know if you have any questions.

████

**From:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov>
**Date:** Monday, June 13, 2022 at 6:11 PM
**To:** ████████fb.com>, Manning, Tim W. EOP/WHO ◄████████who.eop.gov>,
Salcido, Dori A. EOP/WHO ██████████who.eop.gov>, Cheema, Subhan N. EOP/WHO
████████who.eop.gov>
**Cc:** ████████hhs.gov>████████hhs.gov ◄████████hhs.gov>
**Subject:** RE: Covid Insights report

Hey ████ – Thanks for these. I would normally say we are good to discontinue but it would be helpful to continue to get these as we start to ramp up under 5 vaccines. Obviously, that has a potential to be just as charged. Would love to get a sense of what you all are planning here. I'm also adding in Dori and Subhan who have replaced Courtney and Ben.

**From:** ████████fb.com>
**Sent:** Monday, June 13, 2022 3:27 PM
**To:** Rowe, Courtney M. EOP/WHO ████████who.eop.gov>; Wakana, Benjamin L. EOP/WHO
████████who.eop.gov>; Manning, Tim W. EOP/WHO ████████who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ◄████████who.eop.gov>; ████████hhs.gov>;
████████hhs.gov
**Subject:** [EXTERNAL] Re: Covid Insights report

Hi all,

Attaching recent reports for your review. We will plan to discontinue these unless we hear from you that this information continues to be valuable. We're happy to continue, or to pick up at a later date, if circumstances warrant or if we hear from you that this continues to be of value. Providing a summary below from our team detailing the decrease in vaccine related posts we have seen over the past 6 months for further context.

Thanks and please let me know if you have any questions.

████

Over the last 6 months, there has been a noticeable decrease in top vaccine-related posts that were demoted as misinformation or for sharing misleading or sensationalized information about vaccines in

a way that would be likely to discourage vaccinations. There has not been a post misinforming or discouraging vaccination in this way in the top 100 vaccine-related posts since the week of February 27th, 2022, and the overall trend peak dates back to October of 2021. The total number of posts removed for violating our COVID-19 or vaccine misinformation policies has remained at 1 since the week of December 13th, 2021. We believe this trend will continue given the sustained low volumes of top-vaccine related posts despite the Omicron variant surge experienced in early 2022.

We recommend discontinuing this report as we are no longer seeing problematic vaccine related posts (Borderline Vaccine) in the top 100 posts viewed on FB in the US. Deprecation of this report will not impact existing enforcement measures or ongoing monitoring and reporting on the problem. Meta will continue to reduce the prevalence of this problem, and will reinstate the reports if events warrant.

**From:** ████████████ fb.com>
**Date:** Tuesday, May 3, 2022 at 3:51 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov>, ████████ who.eop.gov ███████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████████ who.eop.gov>, ████████ hhs.gov>, ████████ hhs.gov ██████████ hhs.gov>
**Subject:** Covid Insights report

Attaching the past two reports for your review. These cover the periods from 3/20 through 4/16. Also flagging that it would help to hear from you if these reports continue to provide useful context or if you'd like to follow up with a discussion as to how we can be helpful during this phase of the pandemic. We filed a response to the Surgeon General's rfi on Covid misinformation and would be happy to discuss at the appropriate time.

Thanks,

████

**From:** ████████████ fb.com>
**Date:** Monday, April 4, 2022 at 2:48 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov>, ████████ who.eop.gov ███████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████████ who.eop.gov>, ████████ hhs.gov>, ████████ hhs.gov ██████████ hhs.gov>
**Subject:** Re: Covid Insights report -

Attached is the most recent Insights report. Toplines are below as well.

Given the shifting dynamics of the pandemic, it would help to understand if these reports are still useful or if we should rethink the cadence of our sending this information. Any objections to scaling back to a monthly report? If folks find the biweekly cadence useful we are happy to keep it up, just want to be responsive to your interests.

Thanks—and please let me know if you have any other feedback that we should consider.

Below is what we are seeing in the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 03/06/22 - 03/12/22 and 03/13/22 - 03/19/22.

As before, this report is focused on top vaccine related posts only. We're continuing to investigate and build analysis around content that isn't captured in this report. Again, the analysis provided below may be subject to other methodological challenges or errors - e.g., the specific rank number may not be exact.

## 1. Top 100 <u>overall posts</u> on FB in the U.S.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22, we see 0 pieces of content were specifically related to vaccine content.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22, we see that 0 pieces of content were specifically related to vaccine content.

## Top 100 <u>vaccine-related</u> posts on FB in the U.S.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22:

1.     0 posts were deleted for violating our COVID-19 and vaccine policies.

2.     0 posts were labeled labeled by third-party fact-checkers for "missing context".

3.     0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22:

1.     0 posts were deleted for violating our COVID-19 and vaccine policies

2.     0 posts were labeled and demoted by third-party fact checkers

3.     1 post was labeled and demoted for sensationalist content about the number of vaccine doses that will be recommended in future.

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ fb.com>
**Date:** Monday, March 28, 2022 at 2:26 PM
**To:** Rowe, Courtney M. EOP/WHO ▮▮▮▮▮▮▮▮▮▮▮ who.eop.gov>, ▮▮▮▮▮▮▮▮▮ who.eop.gov
▮▮▮▮▮▮▮ who.eop.gov>, Manning, Tim W. EOP/WHO ▮▮▮▮▮▮▮ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮▮ who.eop.gov>,
▮▮▮▮▮▮ hhs.gov>, ▮▮▮▮▮▮▮ hhs.gov ▮▮▮▮▮▮▮ hhs.gov>
**Subject:** Re: Covid Insights report -

Sending the latest version of our insights report. Please let me know if you have any questions.

▮▮▮▮▮ ∞ Meta
US Public Policy

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮ fb.com>
**Date:** Wednesday, February 23, 2022 at 3:32 PM
**To:** Rowe, Courtney M. EOP/WHO ▮▮▮▮▮▮▮▮ who.eop.gov>, ▮▮▮▮▮▮▮▮ who.eop.gov
▮▮▮▮▮▮▮ who.eop.gov>, Manning, Tim W. EOP/WHO ▮▮▮▮▮▮▮ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮ who.eop.gov>, ▮▮▮▮▮▮▮

MOLA_DEFSPROD_00007038

hhs.gov>,     hhs.gov    hhs.gov>

**Subject:** Covid Insights report –

Sending the latest Covid Insights Report—please let us know if you have any questions.

Thanks and have a good week.



US Public Policy

| | |
|---|---|
| **From:** | Flaherty, Rob EOP/WHO [ ██████ @who.eop.gov] |
| **Sent:** | 4/16/2021 4:25:15 PM |
| **To:** | Flaherty, Rob EOP/WHO [ ██████ @who.eop.gov]; Slavitt, Andrew M. EOP/WHO |
| | [ ██████ @who.eop.gov]; [ ██████ @twitter.com]; |
| | [ ██████ @twitter.com] [ ██████ @twitter.com]; ██████ @twitter.com |
| **CC:** | Fitzpatrick, Kelsey V. EOP/WHO [ ██████ @who.eop.gov]; ██████ (HHS/OASH) |
| | ██████ @hhs.gov] |

| | |
|---|---|
| **Subject:** | Twitter Vaccine Misinfo Briefing |
| **Location:** | |

| | |
|---|---|
| **Start:** | 4/21/2021 2:00:00 PM |
| **End:** | 4/21/2021 3:00:00 PM |
| **Show Time As:** | Tentative |

**Recurrence:**  (none)

White House Staff will be briefed by Twitter on vaccine misinfo. Twitter to cover trends seen generally around vaccine misinformation, the tangible effects seen from recent policy changes, what interventions are currently being implemented in addition to previous policy changes, and ways the White House (and our COVID experts) can partner in product work.



☒ The linked im...

Hi there,

██████  is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

| | | |
|---|---|---|
| Phone one-tap: | US: ████████████████ | or |
| | ████████████ | |

| | |
|---|---|
| Meeting URL: | ████████████████████████ |
| Meeting ID: | ██████████ |
| Passcode: | ██████ |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
      US: ████████████████████████