

From: ███████████████████████████████████████████████████████
Sent: 6/17/2022 3:20:37 PM
To: ████████(CDC/DDID/NCIRD/OD) ████@cdc.gov)
BCC: ███████ (CDC aamc.org) ████@aamc.org]; ██████@aamc.org; ████████(CDC aamc.org)
████@aamc.org]; ████████(CDC acha.org) ██████@acha.org]; ████@acha.org;
████████(CDC acha.org) ██████@acha.org]; ████████(CDC aha.org) █████@aha.org]
(CDC aha.org) █████@aha.org], ████████(CDC aha.org) █████@aha.org]; ████████(CDC
aha.org) ████@aha.org]; ████████(CDC aha.org) ██████@aha.org]; ██████@ahca.org;
████@ahca.org; ████████@alianzaamericas.org; ████@americares.org; ████@americares.org;
████████@americares.org; ████@americares.org; ████@americares.org; ████████(CDC
aphanet.org) ████@aphanet.org]; ████@APHANET.ORG; ████████(CDC ncfh.org) ████@ncfh.org];
████████(CDC phmc.org) ████@phmc.org]; ████████(CDC phmc.org)
████@phmc.org]; ██████@phmc.org; ████████@cancer.org; ████████(CDC astho.org)
████@astho.org]; ████@nnahec.org; ████@cancer.org; ████████@fema.dhs.gov; ████,
████████(CDC naccho.org) ████@naccho.org]; ████████(CDC naccho.org) ████@naccho.org];
████@naccho.org ████████(CDC naccho.org) ██████@naccho.org]; ████@naccho.org;
████████(CDC aap.org) ████@aap.org]; ████████(CDC aap.org) █████@aap.org]; ████████(CDC
vaccinateyourfamily.org) ████@vaccinateyourfamily.org]; ████@vaccinateyourfamily.org; ████████(CDC
aamc.org) ████@aamc.org]; ████████(CDC acha.org) ██████@acha.org]; █████@ahca.org;
████████(CDC aha.org) ████@aha.org]; ████████(CDC aphanet.org) ████@aphanet.org];
████████(CDC phmc.org) ████@phmc.org]; ████@apiahb.org; ████@veng-group.com;
████@healthyamericas.org; ████@nmqf.org; ████@nul.org; ████@nul.org; ████@ncnw.org;
████████(CDC npaihb.org) ████@npaihb.org] ████████(CDC npaihb.org)
████@npaihb.org]; ████@npaihb.org; ████@unidosus.org; ████@gmail.com;
████@comcast.net; ████@gmail.com; ████@nhmamd.org; ████@nhmamd.org; ████@aaip.org;
████████(CDC aaip.org) █████@aaip.org]; ████████(CDC ncuih.org) ████@ncuih.org];
████@ncuih.org; ████████(CDC ncuih.org) ████@ncuih.org] █████@ncuih.org; ████@ncuih.org;
████@gmail.com]; ████████@gmail.com]; ████@gmail.com;
████@fema.dhs.gov; ████@fredhutch.org; ████@karna.com; ████@karna.com;
████@brunetgarcia.com; ████CTR@health.ri.gov; ████@health.ri.gov; ████████(CDC
globalhealthc3.org) ████@globalhealthc3.org]; ████████(CDC globalhealthc3.org)
████@GlobalHealthC3.org]; ████████(CDC umn.edu) ████@umn.edu]; ████@cdmigrante.org;
████████(CDC cdmigrante.org) ████@cdmigrante.org]; ████@alianzaamericas.org; ████████(CDC
state.mn.us) ████@state.mn.us]; ████@state.co.us; ████@naccho.org; ████@rescue.org;
████@migrantclinician.org (CDC migrantclinician.org) ████@migrantclinician.org]; ████@ideo.org;
████@ideo.org; ████@ideo.org; ████@ideo.org; ████████(CDC ncfh.org) ████@ncfh.org];
████████(HHS/Partnership Center) ████@hhs.gov]; ████████(OS/IEA)
████@hhs.gov]; ████████(CDC southcentralfoundation.com)
@SouthcentralFoundation.com]; ████@cityofchicago.org; ████@cityofchicago.org;
████@dhw.idaho.gov ████@dhw.idaho.gov; ████████(CDC health.mo.gov)
████@health.mo.gov]; ████████(CDC health.mo.gov) ████@health.mo.gov];
████@pihoa.org; ████████(CDC pihoa.org) ████@pihoa.org]; ████@phs.hctx.net;
████@phs.hctx.net; ████@uab.edu; ████@ky.gov ████@state.nm.us;
████@goma.alabama.gov; ████@dhw.idaho.gov; ████@firstdraftnews.com;
████████(HHS/OASH) ████@hhs.gov] ████████(CDC nd.gov) ████@nd.gov];
████@ndsu.edu; ████@ndsu.edu ████████(CDC ndsu.edu) ████@ndsu.edu];
████@nd.gov; ████@nd.gov; ████@nd.gov; ████@doh.vi.gov; ████@vi.gov;
████@doh.vi.gov; ████████(CDC gmail.com) ████i@gmail.com]; ████@rmihealth.org;
████@rmihealth.org; ████@qsource.org; ████@QSource.org; ████████(CDC isdh.in.gov)
████@isdh.in.gov]; ████[kclay@karna.com] ████@dshs.texas.gov ████@cdph.ca.gov;
████@deloitte.com]; ████@deloitte.com; ████@deloitte.com;
████@deloitte.com; ████████(CDC nga.org) ████@nga.org; ████████
████@cdc.gov]; ████████@cdc.gov];
████@cdc.gov]; ████@illinois.gov; ████@Illinois.gov ████@civicnation.org;
████@civicnation.org; ████@lafcc.org; ████@namgt.com; ████@urbanstrategiesinc.org;
████@namgt.com; ████@hano.org ████@hud.gov; ████████(OS/OASH)

MOLA_DEFSPROD_00001578





[redacted]@hhs.gov]; [redacted]@hud.gov; [redacted]@lafcc.org; [redacted]@hud.gov;
[redacted]@ashenola.org; [redacted](NIH/NHLBI) [redacted]@nih.gov]; [redacted]@unicef.org; [redacted]@who.int;
[redacted]@gavi.org [redacted]@gavi.org; [redacted]@ecdc.europa.eu; [redacted]@who.int; [redacted]@cdph.ca.gov;
[redacted]@CDPH [redacted]@cdph.ca.gov]; [redacted]@emory.edu; [redacted]@emory.edu;
[redacted]@mail.wvu.edu; [redacted]@CO.RAMSEY.MN.US; [redacted]@utah.gov;
[redacted]@cookcountyhealth.org; [redacted]@shelbycountytn.gov; [redacted]@lincoln.ne.gov;
[redacted]@schd.org; [redacted]@hud.gov [redacted]@georgetown.edu; [redacted]@gmail.com;
[redacted]gmail.com; [redacted]@wyo.gov; [redacted] (CDC wyo.gov)
[redacted]@wyo.gov]; [redacted]@wyo.gov [redacted]@dhsoha.state.or.us;
[redacted]@dhsoha.state.or.us [redacted]@baymills.org; [redacted]@baymills.org; [redacted]@baymills.org;
[redacted](HHS/OASH) [redacted]@hhs.gov] [redacted](CDC cdcfoundation.org)
[redacted]@cdcfoundation.org] [redacted]@houstontx.gov; [redacted] (CDC la.gov)
[redacted]@la.gov]; [redacted]@la.gov [redacted]@wustl.edu]; [redacted]@wustl.edu;
[redacted](CDC alianzaamericas.org) [redacted]@alianzaamericas.org] [redacted]@gmail.com [redacted]@latinoaids.org;
[redacted]@gmail.com [redacted]@latinoaids.org [redacted](OS/ASPR/OEM) [redacted]@hhs.gov]; [redacted]
[redacted]@ardenthealth.com]; [redacted]@dhsoha.state.or.us; [redacted]@michigan.gov;
[redacted](CDC aamc.org) [redacted]@aamc.org] [redacted]@cmadocs.org [redacted]@cmadocs.org;
[redacted]@karna.com [redacted]@karna.com] [redacted]@dhs.wisconsin.gov;
[redacted]@tamu.edu; [redacted]@pa.gov; [redacted]@health.nyc.gov; [redacted]@optum.com;
[redacted]@dhs.wisconsin.gov; [redacted]@gavi.org; [redacted](CDC wyo.gov)
[redacted]@wyo.gov]; [redacted]@fema.dhs.gov; [redacted]@vidanthealth.com;
[redacted]@communicatehealth.com; [redacted] (CDC dhec.sc.gov) [redacted]@dhec.sc.gov]; [redacted]
[redacted]@vdem.virginia.gov; [redacted]@maryland.gov; [redacted]@USE.SalvationArmy.Org;
[redacted]@vdem.virginia.gov; [redacted]@vdem.virginia.gov; [redacted]@ebsleaders.com;
[redacted]@gstreetgroup.com; [redacted]@gstreetgroup.com; [redacted]@wv.gov; [redacted]@civicnation.org;
[redacted]@cdcfoundation.org; [redacted]@redcross.or.ke; [redacted]@canada.ca;
[redacted]@fema.dhs.gov [redacted]@phe.gov.uk]; [redacted]@gmx.de;
[redacted]@gmail.com; [redacted]@gmail.com; [redacted]@gmail.com; [redacted]@columbia.edu; [redacted]
[redacted]@who.int]; [redacted]@who.int [redacted]@ird.fr; [redacted]@who.int;
[redacted]@un.org; [redacted]@gmail.com [redacted]@scienceupfirst.com [redacted]@gmail.com;
[redacted]@paho.org [redacted]@yahoo.com [redacted]@ku.edu.kw; [redacted]@disabilityrightspa.org;
[redacted]@ucsf.edu; [redacted]@odh.ohio.gov; [redacted]@odh.ohio.gov;
[redacted]@odh.ohio.gov; [redacted]@odh.ohio.gov [redacted]@odh.ohio.gov;
[redacted]@odh.ohio.gov [redacted]@phmc.org; [redacted]@phmc.org [redacted]@phmc.org;
[redacted]@phmc.org [redacted]@phmc.org [redacted]@phmc.org; [redacted]
[redacted]@hhs.gov] [redacted](HHS/ASPE) [redacted]@hhs.gov]; [redacted](OS/ASPE)
[redacted]@hhs.gov]; [redacted](HHS/ASPE) [redacted]@hhs.gov] [redacted]@allnations.health;
[redacted]@allnations.health; [redacted]@allnations.health [redacted]@awhonn.org; [redacted]@vtc.vsc.edu;
[redacted]@gmail.com [redacted] (IHS/PHX) [redacted]@ihs.gov [redacted](IHS/PHX)
[redacted]@ihs.gov]; [redacted](IHS/PHX) [redacted]@ihs.gov]; [redacted] (IHS/PHX)
[redacted]@ihs.gov] [redacted](IHS/PHX) [redacted]@ihs.gov]; [redacted] (IHS/PHX)
[redacted]@ihs.gov]; [redacted]@acnm.org; [redacted](CDC acog.org) [redacted]@acog.org]; [redacted]
(CDC acog.org) [redacted]@acog.org]; [redacted]@compassionhealthcare.org [redacted]@heritage-communities.com;
[redacted]@cpca.org; [redacted]@oakgov.com; [redacted]@gmail.com; [redacted]@jh.edu;
[redacted]@jhu.edu; [redacted]@donaanacounty.org [redacted]y@locuststreet.com; [redacted]@ohsu.edu;
[redacted]@aetna.com; [redacted](OS/OASH) [redacted]@hhs.gov]; [redacted] (OS/OASH)
[redacted]@hhs.gov]; [redacted](ACF) [redacted]@acf.hhs.gov]; [redacted] (CDC
dhsoha.state.or.us) [redacted]@dhsoha.state.or.us]; [redacted]@pirg.org; [redacted]
[redacted]@illinois.edu]; [redacted] (HHS/ASPA) [redacted]@hhs.gov]; [redacted](OS/IOS)
[redacted]@hhs.gov]; [redacted](FDA/CTP) [redacted]@fda.hhs.gov];
[redacted]@cabinetoffice.gov.uk; [redacted] (HHS/OS/OGA) [redacted]@hhs.gov];
[redacted]@cabinetoffice.gov.uk; [redacted] (OS/OGA) [redacted]@hhs.gov]; [redacted]
[redacted]@associates.hq.dhs.gov]; [redacted]@HQ.DHS.GOV]; [redacted]
[redacted](OS/OGA) [redacted]@hhs.gov] [redacted](HHS/OGA) [redacted]@hhs.gov];
[redacted]@cabinetoffice.gov.uk; [redacted]@hsph.harvard.edu]; [redacted]@who.int [redacted]@who.int;
[redacted]@who.int; [redacted]@who.int]; [redacted]@phe.gov.uk;
[redacted]@phe.gov.uk; [redacted]@phe.gov.uk; [redacted]@nhs.net; [redacted]@nhs.net; [redacted]
[redacted]@surgoventures.org]; [redacted]@surgoventures.org;

@surgoventures.org; @surgoventures.org; @surgoventures.org; CDC imls.gov) @imls.gov); (NIH/NLM) [E]
@nih.gov]; (HHS/OASH) @hhs.gov]; (OS/OASH)
@hhs.gov]; (HHS/OASH/OSG) @hhs.gov];
(HHS/OASH) @hhs.gov]; (HHS/OASH) @hhs.gov];
(OS/OASH) (CTR) @hhs.gov]; @hhs.gov; (OS/ASPR/IO)
@hhs.gov]; (HHS/ASPA) @hhs.gov]; (HHS/OASH)
]; (HHS/ASPA) @hhs.gov]; @hhs.gov;
(OS/OASH) [ @hhs.gov]; (HHS/ASPA) [ @hhs.gov]; (HHS/ASPE)
@HHS.GOV]; (CDC cdcfoundation.org) [ @cdcfoundation.org]; CDC
cdcfoundation.org) @cdcfoundation.org]; (CDC cdcfoundation.org)
@cdcfoundation.org]; @wyo.gov; @auch.org; @outlook.com;
@cookcountyhhs.org; @gmail.com; @federalhillhouse.org; (OS/OASH)
[ @hhs.gov]; (OS/ASA/PSC/FOH) @foh.hhs.gov];
(CDC health.ny.gov) @health.ny.gov]; @vt.edu; @uw.edu;
@uw.edu; @uw.edu; @uw.edu; @orangecountygov.com;
@orangecountygov.com; @orangecountygov.com; @dhsoha.state.or.us; @yvfwc.gov;
@corhio.org; @google.com; @gmail.com; @cookcountyhhs.org;
@cookcountyhhs.org; @cookcountyhhs.org; CDC cookcountyhhs.org)
@cookcountyhhs.org]; @cookcountyhhs.org; @cookcountyhhs.org;
@cookcountyhhs.org; @cookcountyhhs.org; @cookcountyhhs.org; @icls.org; @ufl.edu;
@urban.org; @oakgov.con @gmail.com; @me.com;
@dhsoha.state.or.us; @npr.org; @health.nyc.gov; @vituity.com;
(IHS/HQ) @ihs.gov]; @health.nyc.gov; @urban.org; (CDC
health.nyc.gov) @health.nyc.gov]; @childrens.harvard.edu @oakgov.com;
@gmail.com; @gmail.com; @phmc.org; @phmc.org;
@wyo.g @comcast.net; @uth.tmc.edu; @gmail.com;
@health.nyc.gov; (CDC arkansas.gov) @arkansas.gov];
@wustl.edu]; @jhu.edu (OS/ASPR/SIIM) @hhs.gov];
@schsa.org; @CDPH @cdph.ca.gov] @CDPH
@cdph.ca.gov]; @cdph.ca.gov; @CDPH @cdph.ca.gov];
@CDPH @cdph.ca.gov]; @CDPH @cdph.ca.gov];
@CDPH [ @cdph.ca.gov] @CDPH @cdph.ca.gov];
@cdph.ca.gov; @southcentralfoundation.com; @sebs.rutgers.edu;
@dhs.wisconsin.gov; @dhsoha.state.or.us; EOP/NSC
@nsc.eop.gov]; @co.wahkiakum.wa.us; @icloud.com;
@modernatx.com; @stlrhc.org; @columbiacountyor.gov; @CDPH
[ @cdph.ca.gov]; @cdph.ca.gov; @cdph.ca.gov;
@dhs.arkansas.gov; @stlouis-mo.gov; @illinois.gov;
(CMS/OPOLE) [ @cms.hhs.gov]; (OS/OASH) @hhs.gov];
(IHS/POR) @ihs.gov]; (HHS/IGA) [ @hhs.gov]; (HRSA)
@hrsa.gov] @auab.afcent.af.mil; .civ@mail.mil @us.af.mil;
childsc@who.int; (CDC civicnation.org) @civicnation.org @wustl.edu;
@stlrhc.org; @dshs.texas.gov; @mail.mil;
@mail.mil

**Subject**:   COVID-19 State of Vaccination Confidence Insights Report #26
**Attachments**:   SoVC_report26.pdf

### Hello partners and colleagues,

The attached COVID-19 State of Vaccine Confidence Insights Report #26 emphasizes major themes influencing COVID-19 vaccine hesitancy and uptake, categorized by their level and type of threat to vaccine confidence, degree of spread, and directionality. By examining how Americans think and feel, social processes, and the practical issues around vaccination, the Insights Report seeks to identify emerging issues of misinformation, disinformation, and places where intervention efforts can positively impact vaccine confidence across the United States. You can find back-issues of the COVID-19 State of Vaccine Confidence Insights

Reports online. For the ways you can take action on these themes, go to the "Ways to Act" section in the report.

**SPECIAL UPDATE:** CDC partners can now report COVID-19-related rumors directly to CDC. To report a rumor, go to: www.cdc.gov/report-rumors and start the subject line with: "Rumors:" In the question box, give as much information about the rumor as you can, such as a description of the rumor, where you heard it, and how many times you have heard it.

The following link contains social media resources such as graphics, language, and social media calendars that our partners can use to address the issues raised in this report:

Email us at ▓▓▓@cdc.gov if you have any questions about the report, or if you are interested in support to address the themes in this report.

Thank you for reading and for your continued support of this work! Below are the highlights from the most recent Insights Report:

### Major Themes

Discussions of the impact of current and future variants increased with the emergence of the Omicron BA.2 variant.

• Given domestic decreases in case counts and news stories about maintaining congressional pandemic-related funds in the future, some feel that the worst of the pandemic has passed. The aforementioned conditions, when coupled with a belief that there are high levels of immunity from vaccination, boosting, and prior infection in the general population, may provide justification for unvaccinated consumers to forego vaccination.

• Some research suggests there is an inadequate supply of vaccines to boost eligible populations. However, the development and purchase of additional vaccines may be met with some resistance given pandemic fatigue, a popular desire to be rid of preventive measures, and decreases to both funding28 and public concerns about variants.

• A recent poll reported that 76% of unvaccinated individuals said they have no intention to vaccinate. This percentage has remained stable for several reporting periods. In this same poll, 29% of vaccinated adults who have not received a booster dose said they will never get a booster dose while 45% said they would wait to get a booster dose. Of those that said they would wait to get a booster dose, 66% said they do not know how long they will wait.

• Popular support for the repeal of federal, state, and local governments lifting all COVID-19 restrictions has increased to 64%, an increase of 20 percent since early February.

*Misinformation Themes*

• Asymptomatic transmission is a false narrative and mass testing is pointless.

• Infection-induced immunity, also referred to as "natural immunity," negates the need to vaccinate despite SARS-CoV-2 variants.

• Messages concerning new variants are to create fear or to maintain and reclaim power.

• COVID-19 vaccines cause variants.

Consumers discussed the safety and effectiveness of booster doses, especially after the authorization of a 2nd booster dose.

• In light of booster dose authorizations for both Moderna and Pfizer-BioNTech COVID-19 vaccines, individuals are seeking the most effective mix and match combination.

• Lack of funding for COVID-19 mitigation measures and vaccine doses may negatively impact vaccine booster dose uptake.

• Consumers are concerned that waning immunity from the initial booster dose indicates a consistent need for booster doses. Pandemic fatigue, coupled with already low booster uptake, may negatively impact rates of COVID-19 booster uptake.

*Misinformation Themes*

• A 2nd booster dose was only authorized for big pharma profits.

• A 2nd booster dose was only authorized because the COVID-19 vaccine is ineffective.

• The booster dose will not be effective because it was developed for the original 2019 strain of the virus.

Consumers express concerns and opposition to COVID-19 vaccines for children.

• Some social media users believe that COVID-19 vaccines are ineffective at stopping COVID-19 or the spread of the virus in children.

• Government officials made public statements against vaccines for healthy children.

• Consumers are worried about the unknown side effects of COVID-19 vaccines in children, such as myocarditis.

• Some consumers believe that the COVID-19 vaccine is not warranted in children because they are considered a low-risk population with minimal health effects from the virus and have a low death rate.

*Misinformation Themes*

• Children who are healthy do not need to receive the COVID-19 vaccine.

• COVID-19 vaccines are ineffective and are not required for children.

• The COVID-19 vaccine is an experiment on children and is not needed because children can build "natural immunity" through virus exposure.

• Children vaccinated against COVID-19 are up to 52 times more likely to die following COVID-19 vaccination than unvaccinated children.

**New and emerging theme that may impact vaccine confidence**

Consumers continue to discuss the safety of the COVID-19 vaccines, especially related to reports of tinnitus and hearing loss vaccination.

• Social media users discussed their belief that the COVID-19 vaccine causes tinnitus and hearing loss while others posted about how the incidence of hearing loss and tinnitus after vaccination was so low that it was not a concern.

• News outlets and some social media users continued to discuss the impact of the COVID-19 vaccines on fertility and pregnancy.

• Discussions of vaccine-related fertility and pregnancy concerns increased by 16% (52,900 mentions) during this reporting period.

- Several studies were released during this reporting period that presented evidence that infection with the virus that causes COVID-19 can impact the reproductive system of males and females.

*Misinformation themes*

- WHO said that the COVID-19 vaccines definitely cause hearing loss.

- COVID-19 vaccines cause reproductive health problems such as miscarriages, premature birth, genetic disorders in fetuses, and infertility.

- COVID-19 vaccines contain "strange life forms" and can be transcribed into human DNA.

- COVID-19 vaccines are not vaccines but experimental gene therapy.

- COVID-19 vaccines cause recipients to develop vaccine-induced acquired immune deficiency syndrome (VAIDS).

**Continuing and evolving theme that may impact vaccine confidence**

Consumers and news outlets discussed the effectiveness and availability of COVID-19 treatments.

- Some have expressed fears about an inability to partake in the Test-to-Treat program if pharmacists aren't authorized to prescribe COVID therapeutics. Despite demand, there are reports that many therapeutics remain unused.

- There are concerns that rural and underserved communities are less likely to receive COVID-19 therapeutics or to have access to a health care provider.

- Some have voiced concerns that COVID-19 vaccine and treatment disparities may worsen because the federal spending bill passed on March 15 did not include funding for future COVID-19 mitigation measures.

- Some consumers are asking if they can take vitamin C and vitamin D to boost the immune system against COVID-19.

National Center for Immunization and Respiratory Diseases | Immunization Services Division
U.S. Centers for Disease Control and Prevention

**From:** ████████████████████████████████████████████

**Sent:** 6/30/2021 7:50:15 AM
**To:** ███████████████ @twitter.com]
**Subject:** RE: COVID Misinformation

Hi ████ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

≡  Q  Col

ɔles

ck accounts on

te accounts on

Twitter myths

r Rules

Contact Us  >  **Partner Support**

# Report any issue to get priority service

**What type of problem are you having with your Twitter account?** (required)

⌄

**From:** ████████████████ @twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:** ██████████████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>; ████████████ @reingold.com>; ████████ ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all - ████ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ██████████████ @twitter.com> wrote:

Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ██████████████████████ @cdc.gov> wrote:

I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ███████████ @reingold.com>
**Cc:** ███████████ @cdc.gov>; ███████████ @reingold.com>; ████
████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ███████████████████ @reingold.com> wrote:

Hi ████

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

**Reingold**

reingold.com

We're on a mission. **Yours.**

**From:** ███████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ███████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is▮

**From:** ▮▮▮@twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ▮▮▮@cdc.gov>
**Cc:** ▮▮▮@reingold.com>;        ▮▮▮@reingold.com>
        ▮▮▮@census.gov>        ▮▮▮@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ▮ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
▮

On Mon, May 10, 2021 at 5:05 PM ▮▮▮@cdc.gov> wrote:

▮ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ▮▮▮@twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ▮▮▮@cdc.gov>
**Cc:** ▮▮▮@reingold.com>;        ▮▮▮@reingold.com>;
        <        ▮▮▮@census.gov>;        ▮▮▮@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ▮ -

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

▮ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
▮

On Mon, May 10, 2021 at 1:50 PM ███████████████████████ @cdc.gov>wrote:

–

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax✨nated" can "Go outside & live freely" lol.. This is a joke .<br><br>Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

| | |
|---|---|
| **From**: | ████████████████@fb.com] |
| **Sent**: | 6/1/2021 3:01:32 PM |
| **To**: | ████████████████@cdc.gov]; ████████████@cdc.gov]; ████ ███████@cdc.gov]; ████████████@census.gov; ████@cdc.gov]; ████████@cdc.gov]; ███████@reingold.com; ████@reingold.com; ███████@reingold.com; ████████████████████@cdc.gov] |
| **Subject**: | Misinfo Claim Onboarding Follow Up |
| **Attachments**: | CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1 (1).pdf; CDC-Onboarding-Deck (1).pdf |

Hi All,

Welcome back from Memorial Day!

Making sure everyone who has been whitelisted to our misinfo claims portal has all the info they need to start submitting claims. (A few helpful files attached.)

If anyone has any specific questions, please let us know!

███████

████████████

**facebook, inc.** | ████████████████████

# How to report through Facebook Government Casework Channel?

Our reporting system consists of three stages: authentication portal, reporting form, and final landing page.

## 1. Authentication portal

a. Request access (log in to the portal) through our portal
   https://www.facebook.com/xtakedowns/login/
b. Upon successful authentication, a disposable link will be generated and sent to the email address used for the authentication. The optional name field can be used for identifying each authentication when the email address is shared by multiple officials.

## 2. Reporting form

a. The disposable link that's obtained upon authenticating through the portal leads to a reporting form. It consists of reporting reasons, a field for violating URLs, optional comment field, and attachment.
b. Indicate the reason for reporting by selecting the listed reasons: Political Advertisements, Harassment, Hate Speech, Voter Interference, Other. Upon selecting the reason, it will guide you with specific requirements to process the request.
c. Add relevant violating URLs one per line. Please make sure you submit only advertisement links when you are reporting 'Political Advertisements'.
d. If the URL is not valid, an error message will pop up to indicate that invalid URLs have been added. Should you have more than 20 URLs to report, please file another report.
e. If you have any additional context to share, please use the optional field to add any comment and/or attachment option.

## 3. Final landing page

a. Upon submitting the report, a reference number appears before being redirected to the landing page.
b. Final landing page is our help center that has a variety of resources such as policies and frequently asked questions.
c. A confirmation email with the same reference number will be sent to the email address used for authentication.

MOLA_DEFSPROD_00002545

# CDC Onboarding

May 19th, 2021



FACEBOOK

MOLA_DEFSPROD_00002546

# Facebook Community Standards



MOLA_DEFSPROD_00002547

# Content Policy Team - Who are we?



## .11 Global Offices



## .Diverse Team with backgrounds in

**Europe**     **North America**     **Asia**

**Law & Law Enforcement**

**Human Rights, NGOs & Public Policy**

**Business & Communications**

MOLA_DEFSPROD_00002548

# Community Standards



MOLA_DEFSPROD_00002549

# Our Policies Cover

| Violence and Criminal Behaviour | Safety | Objectionable Content | Integrity and Authenticity | Intellectual Property | Content-Related Requests |

Including...

| Self Harm | Coordinating Harm | Dangerous Organizations | Hate Speech | Cruel & Insensitive Humor |
| Credible Threats | Bullying / Harassment | Sexual Exploitation | Scams / Fraud |
| Commercial Spam | Privacy / Identity Theft | Hacked Accounts | Deceased Members |
| Celebrating Crime | Adult Nudity & Sexual Activity | Graphic Violence | Regulated Goods |

MOLA_DEFSPROD_00002550

# We empower and safeguard users with policies that are:



## .Principled

Rooted in our mission to build community and
bring
people together



## .Operabl
e

Applied by reviewers in a way that is
consistent and fair



## .Explicable

Clearly understandable all over the world

MOLA_DEFSPROD_00002551

# Policy Development and Implementation



MOLA_DEFSPROD_00002552

# Who we work with

We bring together experts and groups with different perspectives to develop policies that are relevant, fair and locally-responsive.



## At Facebook

Legal experts
Security engineers
Product and design
Safety operations
User experience team
Data and Analytics
Communications and Public Policy

Policy
Outreach

## Outside of Facebook

Academic researchers
Local Non-profits
Safety Orgs
Law Enforcement
Lawmakers & Legal Counsel
Civil & Human rights activists

MOLA_DEFSPROD_00002553

# Covid & Vaccine Misinformation



MOLA_DEFSPROD_00002554

OUR WORK

01   Bringing 50 million people
     a step closer to vaccinations

02   Combating COVID-19 and
     vaccine misinformation

03   Overcoming global challenges
     in vaccination

MOLA_DEFSPROD_00002555



**Remove** false information that has been debunked by public health experts. Reject ads that violate our policies, including those that discourage vaccination.

## Taking a multi-pronged approach to combating COVID-19 and vaccine misinformation



**Reduce** the distribution of other misleading claims rated by independent fact-checkers.



**Inform** people who have come into contact with these claims through notices and labels and connect them with authoritative information from experts.

MOLA_DEFSPROD_00002556

# Community Standards

Under our Community Standards, we remove misinformation when public health authorities conclude that the information is **false** and l**ikely to contribute to imminent violence or physical harm**. Since COVID-19 was declared a Public Health Emergency of International Concern (PHEIC) in January 2020, we have applied this policy to content containing claims related to COVID-19 that, according to public health authorities, are (a) false, and (b) likely to contribute to imminent physical harm (of imminent physical harm examples include: increasing the likelihood of exposure to or transmission of the virus, or having adverse effects on the public health system's ability to cope with the pandemic). The goal of this policy is to reduce health harm to people, while also allowing people to discuss, debate and share their personal experiences, opinions and news related to the COVID-19 pandemic.

MOLA_DEFSPROD_00002557

# We Remove

Claims about the **existence or severity of COVID-19**. Acknowledging the existence and understanding the severity of COVID-19 is foundational to keeping people safe and aware of the dangers of this public health emergency. We remove claims that deny the existence of the disease or undermine the severity of COVID-19. This includes:

- Claims that COVID-19 is no more dangerous to people than the common flu or cold.

MOLA_DEFSPROD_00002558

Claims about **COVID-19 transmission and immunity:** Understanding how COVID-19 is transmitted and who can be infected is a critical component of protecting people from getting or spreading the virus. Public health authorities state that COVID-19 can be transmitted in any location and primarily from person to person through small droplets from the nose or mouth, which are expelled when a person with COVID-19 coughs, sneezes or speaks. Public health authorities also agree that all people, regardless of age or other unique characteristics, can be infected with and spread COVID-19. We remove false claims about how and where COVID-19 can be transmitted and who can be infected. This includes:

- Claims that COVID-19 cannot be transmitted in certain climates, weather conditions, or locations

MOLA_DEFSPROD_00002559

Claims about **guaranteed cures or prevention methods for COVID-19**: Public health authorities, such as the WHO, say there is currently nothing that can guarantee recovery or guarantee the average person will not get COVID-19. We have also heard from public health authorities that if people thought there was a guaranteed cure or prevention for COVID-19, that could lead them to take incorrect safety measures, ignore appropriate health guidance, or even attempt harmful self-medication. This is why we don't allow false claims about how to cure or prevent COVID-19. This includes:

- Claims that for the average person, something can guarantee prevention from getting COVID-19 or can guarantee recovery from COVID-19 before such a cure or prevention has been approved

MOLA_DEFSPROD_00002560

Claims **discouraging good health practices**: There are a number of good health practices public health authorities advise people take to protect themselves from getting or spreading COVID-19. This includes wearing a face mask, social distancing, getting tested for COVID-19 and, more recently, getting vaccinated against COVID-19. Public health authorities have issued emergency use authorization for several COVID-19 vaccines, so in addition to false claims about face masks, social distancing and testing, we do not allow false claims about the vaccines or vaccination programs which public health experts have advised us could lead to COVID-19 vaccine rejection. This includes false claims about the safety, efficacy, ingredients, development, existence, or conspiracies related to the vaccine or vaccination program. As more information becomes available about COVID-19 vaccines, we will continue to iterate on how we apply this policy. This includes:

- Claims that COVID-19 tests cause cancer

MOLA_DEFSPROD_00002561

# False Claims about Covid Vaccines

- Claims about the availability or existence of COVID-19 vaccines
- Claims about the safety or serious side effects of COVID-19 vaccines
- Claims about the efficacy of COVID-19 vaccines
- Claims about how the COVID-19 vaccine was developed or its ingredients
- Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program

MOLA_DEFSPROD_00002562

# Widely Debunked Vaccine Hoaxes

For the duration of the COVID public health emergency, we remove content that repeats other false health information, primarily about vaccines, that are widely debunked by leading health organizations such as the World Health Organization (WHO) and the Centers for Disease Control and Prevention (CDC). The goal of this policy is to combat misinformation about vaccinations and diseases, which if believed could result in reduced vaccinations and harm public health and safety.

- Vaccines cause autism
- Vaccines cause Sudden Infant Death Syndrome
- Vaccines cause the disease against which they are meant to protect, or cause the person to be more likely to get the disease
- Vaccines or their ingredients are deadly, toxic, poisonous, harmful, or dangerous
- Natural immunity is safer than vaccine acquired immunity
- It is dangerous to get several vaccines in a short period of time, even if that timing is medically recommended
- Vaccines are not effective to prevent the disease against which they purport to protect
- Acquiring measles cannot cause death (requires additional information and/or context)
- Vitamin C is as effective as vaccines in preventing diseases for which vaccines exist.

MOLA_DEFSPROD_00002563

# Repeat Offenders

Pages, Groups, profiles, and Instagram accounts that repeatedly post misinformation or coordinate harm (see Coordinating Harm policies at the top of this entry) related to COVID-19, vaccines, and health may face restrictions, including (but not limited to) reduced distribution, removal from recommendations, or removal from our site.

MOLA_DEFSPROD_00002564

Since the pandemic began, we've removed more than **16 million pieces of content** on Facebook and Instagram for violating our COVID-19 and vaccine policies.

This includes **more 2 million** pieces of content removed since February alone, when we expanded our COVID and vaccine misinformation policies.

MOLA_DEFSPROD_00002565

# Facebook Content Request System

Government Reporting System



MOLA_DEFSPROD_00002566

I II III IV V

# Introduction to CRS

MOLA_DEFSPROD_00002567

# Facebook Content Request System (CRS)



**Access**
*Secure & custom page*

**Report**
*Standardized & guided form*

**Final Landing Page**
*Reference & follow-ups*

# End-to-end workflow



**Access**
*Secure & custom page*

**Report**
*Standardized & guided form*

**Final Landing Page**
*Reference & follow-ups*

**Process the reports**
*Wholistic review*

Government requests

Facebook processes

MOLA_DEFSPROD_00002569

I II III IV V

# Demo: govt user experience

MOLA_DEFSPROD_00002570

# 1/3 Access to Facebook CRS: security

MOLA_DEFSPROD_00002571

# Access to CRS: security

1. Open up your browser and type
**www.facebook.com/xtakedowns/login**



MOLA_DEFSPROD_00002572

# Access to CRS: security

1. Open up your browser and type
**www.facebook.com/xtakedowns/login**

2. Click **Request Access**



Facebook Content Requests

**Request Secure Access to the Facebook Content Requests System**

This portal is for authorized government requests pertaining to content issues on Face
regulator, please put in your request through this portal.

**Request Access**

MOLA_DEFSPROD_00002573

# Access to CRS: security

1. Open up your browser and type
**www.facebook.com/xtakedowns/login**

2. Click **Request Access**

3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link



MOLA_DEFSPROD_00002574

# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**

2. Click **Request Access**

3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link



Access to Facebook Content Requests System

**Requests <records@records.facebook.com>**
Tuesday, October 22, 2019 at 8:15 PM

**Show Details**

Hi Mark Z.,

The following link allows authorized government agencies to securely link expires in one hour. You do not need a login or password. If you do facebook.com/xtakedowns/login to request a new secure link.

To access our Requests system click https://www.facebook.com/xtakedowns/token=SEJrQXlOTGFZemVHMlFdr9PNaqfEYCTTCpYDO8vbo6-yjCzQQzZsZWEubGVvbi5hcG

Thank you,
Facebook Team

MOLA_DEFSPROD_00002575

# Access to CRS: security

1. Open up your browser and type
**www.facebook.com/xtakedowns/login**

2. Click **Request Access**

3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link

3.b Error message: incorrect email address for the onboarded agency



**Request Access**

⚠ The email address provided is not a government issu or law enforcement email address. Please try again a valid email address.

**Email**  123@test.org

**Name**  test

Enter your email address to receive a unique link to the Facebook Co Request System. The link will give you access to the system for one

MOLA_DEFSPROD_00002576

# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**

2. Click **Request Access**

3. Input **the email address** that we onboarded with

4. Open an email titled **Access to Facebook Content Requests System** and follow the secure link provided in the email body. Please note that this link is valid only for an hour.



Access to Facebook Content Requests System

**Requests <records@records.facebook.com>**
Tuesday, October 22, 2019 at 8:15 PM

**Show Details**

Hi Mark Z.,

The following link allows authorized government agencies to securely
link expires in one hour. You do not need a login or password. If you do
facebook.com/xtakedowns/login to request a new secure link.

To access our Requests system click https://www.facebook.com/xtakedowns/
token=SEJrQXlOTGFZemVHMlFdr9PNaqfEYCTTCpYDO8vbo6-yjCzQQzZsZWEubGVvbi5hcG
Thank you,
Facebook Team

MOLA_DEFSPROD_00002577

CONFIDENTIAL

# 2/3   Report through CRS: Standardization

# Report through CRS: standardization

5. Reason for reporting



MOLA_DEFSPROD_00002579

# Report through CRS: standardization

5. Reason for reporting

   Covid & Vaccine Misinformation



# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)



MOLA_DEFSPROD_00002581

# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)

6.a Error Message (over 20 links)



MOLA_DEFSPROD_00002582

# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)

6.b Error Message (invalid URLs)



MOLA_DEFSPROD_00002583

# Report through CRS: standardization

7. [Optional] Additional Comments

8. [Optional] Please attach any other relevant screenshots or documentation.



MOLA_DEFSPROD_00002584

CONFIDENTIAL

# 3/3   Final landing page: Transparency

MOLA_DEFSPROD_00002585

# Final landing page: transparency

9. Reference number

10. Facebook Help Center



MOLA_DEFSPROD_00002586

# Final landing page: transparency

9. Reference number

10. Facebook Help Center



MOLA_DEFSPROD_00002587

# Final landing page: transparency

9. Reference number

10. Facebook Help Center



MOLA_DEFSPROD_00002588

# End-to-end workflow



**Access**

*Secure & custom page*



**Report**

*Standardized & guided form*



**Final Landing Page**

*Reference & follow-ups*



**Process the reports**

*Wholistic review*

Government requests

Facebook processes

MOLA_DEFSPROD_00002589

Thank you

MOLA_DEFSPROD_00002590

| | |
|---|---|
| **From**: | ███████████ @reingold.com] |
| **Sent**: | 5/24/2021 2:28:00 PM |
| **To**: | ████ @twitter.com |
| **CC**: | ███████████ @cdc.gov]; ███████████ @reingold.com]; ████ @cdc.gov] |
| **Subject**: | RE: COVID Misinformation |

Hi ████ ,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████████

**Reingold**

████████████████

reingold.com

We're on a mission. *Yours.*

**From:** ███████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @ █████████

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @reingold.com>; ███████████ @reingold.com>; ███████████ @census.gov>; ███████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H████ -
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,



On Mon, May 10, 2021 at 5:05 PM ███████████████████████ @cdc.gov>wrote:

███ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ███████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ██████████ @reingold.com>; ███████████ @reingold.com> ████████
████████████ @census.gov> ██████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H███████ -

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

███████

On Mon, May 10, 2021 at 1:50 PM██████████████████████ @cdc.gov>wrote:

███████ –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

MOLA_DEFSPROD_00002604

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. I'll be alive! ⃠Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts @crislerwyo ? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax 💉 nated" can "Go outside & live freely" lol.. This is a joke  .  Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols Concerning shedding by the vaccinated Fertility (male and female) contraception to be compulsorily used because shedding Adverse events and serious adverse events reporting And much more Dangers ore known | https://t |

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From:** ████████████████ @fb.com]
**Sent:** 5/20/2021 12:50:01 PM
**To:** ████████████████ @cdc.gov]
**CC:** ████████████████ fb.com]
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments:** CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From:** ████████████████ fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:** ████████████████ cdc.gov>
**Cc:** ████████ fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi ████

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

████

**From:** ████████████████ cdc.gov>
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:** ████████ fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add ████ to system access. ████ @cdc.gov.

**From:** ████████ fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** ████████████ cdc.gov>; ████████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

████████████████ cdc.gov>
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:** ████████ fb.com>, ████████ fb.com>
**Cc:** ████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

**From:** ████████████████ ▉fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** ████████████████ cdc.gov>; ████████████████ fb.com>
**Cc:** ████████████████ com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ████████ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

**From:** ████████████████ fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** ████████████████ cdc.gov>, ████████████████ fb.com>
**Cc:** ████████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

**From:** ████████████████ cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ████████████████ fb.com>, ████████████████ fb.com>
**Cc:** ████████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation.  That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ████████████████
- ████████████████
- ████████████████
- ████████████████
- ████████████████
- ████████████████
- ████████████████

**From:** ████████████████ com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** ████████████████ cdc.gov> ████████████████ fb.com>
**Cc:** ████████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

**From:** ████████████████ fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** ████████████████ cdc.gov>, ████████████████ fb.com>
**Cc:** ████████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

**From:** █████████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** █████████████ fb.com>, █████████████ fb.com>
**Cc:** G████████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good.  I did ask █████ this embarrassing question.  I had it in my head this was for Crowd Tangle.  But on Thursday she explained it is for something else.  Well, I didn't write it down and I'm honestly not sure what this is for.  Sorry!

**From:** ███████████████ fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** ████████ fb.com>; ██████████████████ cdc.gov>
**Cc:** ██████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, █████
So nice to meet you, █████

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

█████████████

**From:** █████████████ fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** ████████ cdc.gov>, █████████████ fb.com>
**Cc:** █████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi █████

█████ just went on maternity leave.  We are very excited for her and her new addition!
As such, we didn't want you to be a surprised that █████ will pick up on the threads where █████ was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

█████████

**From:** █████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** ████████████████ fb.com>
**Cc:** P████████████ fb.com>, ██████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a medical thing, can we pick another one?  My fault!

**From:** ████████████ fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** ████████████ cdc.gov>
**Cc:** ████ fb.com>; ████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
████████

⌐ The linked image

**Genelle Quarles Adrien**
Politics & Government  Outreach
e: genelleadrien@fb.com  | w: facebook.com/gpa

**From** ████████████ @cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ████████████ fb.com>
**Cc:** ████ fb.com>, ████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting  channel

Ugh, so sorry I missed this.  It looks correct but I think so might have access already, but not sure.

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** ████████████ cdc.gov>
**Cc:** ████ fb.com>; ████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,
████████

**From:** ████████████ fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** ████████████ cdc.gov>
**Cc:** ████ fb.com>, ████████████ fb.com>
**Subject:** CV19 misinfo reporting  channel

MOLA_DEFSPROD_00002612

Hi ▮▮▮▮ – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!



- 
- 
- 
- ▮▮▮▮gov
- 
- 
- 
- 
- 

☑ The linked image

| | |
|---|---|
| **From**: | ████████████ twitter.com] |
| **Sent**: | 5/11/2021 9:27:53 AM |
| **To**: | ████████████ cdc.gov] |
| **Subject**: | Re: COVID Misinformation |

Your account works fine. I'll proceed with processing your enrollment.
On Tue, May 11, 2021 at 8:50 AM ████████████████████ cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ████████████

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ reingold.com>; ████████████
████████████ @census.gov>; ████████████ (C)
████████████ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ████████████████████ cdc.gov> wrote:

████ - I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████ l@cdc.gov>
**Cc:** ████████████ reingold.com>; ████████████ reingold.com>; ████
████████████ census.gov>;

▌cdc.gov>

**Subject:** Re: COVID Misinformation

Hi ▌

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

▌ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
▌

On Mon, May 10, 2021 at 1:50 PM ▌ @cdc.gov> wrote:
▌

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
| --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⊘Experimental vaccines! |

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts

@crislerwyo

?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax✔nated" can "Go outside & live freely" lol.. This is a joke      .

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



MOLA_DEFSPROD_00002668

| From: | ██████████ (CDC/OD/OADC)██████ |
|---|---|

Sent:     3/31/2021 2:23:11 PM
To:       ████████████ fb.com]
Subject:  RE: This week's meeting

Got it, thanks.

**From:** ████████████ fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** ███████████████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ████

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** ███████████ cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ███████████ fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

•       It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
•       One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
o       Example: No label
o       Example: Label that links to WHO
•       Can we add the Census team to CrowdTangle?
•       How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ███████████ fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** ███████████████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ████

Yes, I think good to have questions from Census so we make sure we have the right person.

I can ask ▓ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ▓ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc.  I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them?  (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ▓▓▓▓▓▓▓▓▓▓ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▓

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

▓▓▓▓

**From:** ▓▓▓▓▓▓▓▓▓▓ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ▓▓▓▓▓▓▓▓▓ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too. I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census?  I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

==So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us?   I'd be fine with using our existing time for this regular discussion if that end up working out best.   I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.==

**From:** ▊▊▊▊▊▊▊▊▊▊▊ ▊fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ▊▊▊▊▊▊▊▊▊▊▊▊▊ ▊cdc.gov>
**Subject:** This week's meeting

Hi ▊▊▊

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,



**FACEBOOK**

**From**: [redacted] google.com]
**Sent**: 9/29/2021 12:56:30 PM
**To**: [redacted] hhs.gov]; [redacted] gmail.com
**CC**: [redacted] google.com]
**Subject**: YouTube Vaccine Policy Announcement

Good Afternoon -

I'm writing to share an update we recently made to YouTube's policies pertaining to vaccine-related misinformation.

Today we have a COVID-19 Vaccine misinfo policy which allows us to remove a limited list of verified false claims about COVID-19 vaccines.

We just announced that we will be introducing a new policy that prohibits content that includes harmful misinformation about the safety, efficacy, or ingredients for currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO).

You can learn more about the announcement we made here and a detailed overview of our policy in our help center here.

Please let me know if you have any questions.

Best Regards,

--



| From: | ███████████ @fb.com] |
|---|---|
| Sent: | 5/4/2022 3:48:11 PM |
| To: | ███████████ @cisa.dhs.gov] |
| CC: | ███████████ @cisa.dhs.gov]; ███████████ @cisa.dhs.gov]; |
| | ███████████ @fb.com]; ███████████ @cisa.dhs.gov]; |
| | ███████████ @cisa.dhs.gov]; ███████████ @cisa.dhs.gov]; ███████████ @fb.com] |
| | ███████████ @fb.com] |
| Subject: | Re: Account Security |

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,

███████████

**From:** ███████████ @cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** ███████████ @fb.com> ███████████ @fb.com>
**Cc:** ███████████ @cisa.dhs.gov>, ███████████
███████████ @cisa.dhs.gov> ███████████ @fb.com>,
< ███████████ @fb.com>, ███████████ @fb.com>, ███████████ @fb.com>,
< ███████████ @cisa.dhs.gov>, ███████████ @cisa.dhs.gov>,
< ███████████ @cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

[x] The linked
image
cannot be
displayed.
The file may
have been
moved, re

**From:** ███████████ @fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** ███████████ @cisa.dhs.gov> ███████████ @fb.com>

**Cc** ██████████████████ @cisa.dhs.gov> ████████████ @cisa.dhs.gov>;
████████████ @fb.com> ████████ @fb.com>;
████ @fb.com> ████ @fb.com>; ████ @cisa.dhs.gov>;
████ @cisa.dhs.gov>; ████ @cisa.dhs.gov> ████

**Subject:** Re: Account Security

Got it – and no problem! I had our team design my email directly into the document (new version attached here) so everything is all in one place for you.

Best,

∞ Meta



**From:** ████████████ @cisa.dhs.gov>
**Date:** Wednesday, April 20, 2022 at 12:45 PM
**To:** ████████ @fb.com>, ████████ @fb.com>
**Cc:** ████████████ @cisa.dhs.gov>,
< ████ @cisa.dhs.gov> ████ @fb.com>,
████ @fb.com>, ████ @fb.com>, ████ @fb.com>, ████
████ @cisa.dhs.gov>, ████ @cisa.dhs.gov>, ████
████ @cisa.dhs.gov>

**Subject:** RE: Account Security

Hi ████ That could work, though we'd also welcome that as part of the document. Given we have a broader team that does trainings etc, it might be helpful for that info to be included in the doc. Though I understand there may be concerns with this approach.

Will take your steer, let me know what you think.

**From** ████████████ @fb.com>
**Sent:** Monday, April 18, 2022 5:30 PM
**To:** ████████ @fb.com>; ████████ @cisa.dhs.gov>
**Cc:** ████████████ @cisa.dhs.gov>; ████ @cisa.dhs.gov>;
████ @fb.com>; ████ @fb.com>;
████ @fb.com> ████ @fb.com>; ████ @cisa.dhs.gov>

███████ @cisa.dhs.gov>; ████████████████ @cisa.dhs.gov>

**Subject:** Re: Account Security

Thanks ████ !

Would it work to just provide my email when you share out this one pager, and let them know if they need anything (like a page verification) or have any content they want to escalate for review, they can reach out to me and I can get them to the right person to help?

Best,

∞ Meta

███████████████████████
███████████████████████
███████████████████████

**From:** ████████████ @fb.com>
**Date:** Monday, April 18, 2022 at 11:50 AM
**To:** ████████████████ @cisa.dhs.gov>
**Cc:** ███████████████ @cisa.dhs.gov>, ███████████████
██████ @cisa.dhs.gov>, ████████████ @fb.com>,
████ @fb.com>, ██████████ @fb.com>, ███████████ @fb.com>,
██████ @fb.com>, ███████████ @cisa.dhs.gov>, █████████ @cisa.dhs.gov>,
███████████ @cisa.dhs.gov>

**Subject:** Re: Account Security

Great!  Many thank ████ for the quick reply & feedback.

████ — who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as ████ and her team work out the details.

Sent from my iPhone.

On Apr 18, 2022, at 10:54 AM ████████████████ @cisa.dhs.gov> wrote:

Thanks so much for sending ████ !

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

███████████████████
███████████████████
███████████████████

CONFIDENTIAL

███████████████████████████████████████████████████

**From:** ███████████████ @fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** ████████████████ @cisa.dhs.gov>; ███████████████████████ @cisa.dhs.gov>; ████
████████████ @cisa.dhs.gov>
**Cc:** ██████████ @fb.com>; ████████████████ @fb.com>; █████████
████ @fb.com>; ███████████████ @fb.com>; █████████ @fb.com>
**Subject:** Account Security

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ██████████ who you met during our meeting & are helping implement these procedures with key stakeholders. Also, █████ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

███████

| From: | ████████ @twitter.com] |
|---|---|
| **Sent:** | 12/1/2020 7:42:23 PM |
| **To:** | ████████ @cisa.dhs.gov] |
| **CC:** | ████████ @twitter.com]; ████████ @twitter.com]; CFITF [cfitf@hq.dhs.gov]; |
| | Misinformation Reports [misinformation@cisecurity.org] |
| **Subject:** | Re: FW: CIS-MIS000225 – allegations of Dominion hardware/software fraud in Gwinnett County, GA |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ███ -

We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM ████████ @cisa.dhs.gov> wrote:

Hey ████████

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** ████████ @cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

██████ and EIP - misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/██████████/status/1333641704839147520



← **Thread**

Watch a Dominion Representative at Gwinnett County Election Central, responsible for tabulating ballots and certifying results, download data to a USB from the Election Management Server, plug it into a laptop, manipulate the data, then palm the USB.

Dominion Fraud (2 of 2)
From ████
youtube.com

12:18 AM · Dec 1, 2020 · Twitter Web App

**25.3K** Retweets   **4.1K** Quote Tweets   **37.8K** Likes

**From:** ██████████
**Sent:** Tuesday, December 1, 2020 4:19 PM
**To:** ██████@gwinnettcounty.com; ██████████@gwinnettcounty.com>; ██████@gwinnettcounty.com>
**Cc:** ██████@cisecurity.org>; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Thank you ██████ We will report this tweet to Twitter along with your explanation. We will keep you posted.

Thanks,

██████

**From:** ██████@gwinnettcounty.com <██████@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 4:13 PM
**To:** ██████@gwinnettcounty.com>; ██████████@cisecurity.org>; ██████@gwinnettcounty.com>

**Cc:** ████████████ @cisecurity.org>; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables.

The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems





**From:** ████████████ @gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** ████████████ @cisecurity.org>; ████████████
████████████ @gwinnettcounty.com>
**Cc:** ████████████ @cisecurity.org>; Misinformation Reports <misinformation@cisecurity.org>;
████████████ @gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied ████████████████████████ on this email. Earlier today he shared some information with our ████████████ that he can now share with you in order to help.

Thanks,

████████

MOLA_DEFSPROD_00008602

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------

From: ███████████ @cisecurity.org>

Date: 12/1/20 3:20 PM (GMT-05:00)

To ██████████ @gwinnettcounty.com> ████████████
████████ @gwinnettcounty.com>

Cc: ████████████ @cisecurity.org>, Misinformation Reports <misinformation@cisecurity.org>

Subject: Possible Gwinnett Election Misinformation

> **CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact phishing@gwinnettcounty.com.

Hi ████,

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**

https://twitter.com ████████████ tatus/1333641704839147520

Thanks,





This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ██████████ @fb.com] |
| **Sent:** | 10/28/2020 11:46:36 AM |
| **To:** | ██████████ @cisecurity.org] |
| **CC:** | ██████████ @cisecurity.org]; ██████████ @fb.com]; ██████████ |
| | ██████████ @cisa.dhs.gov]; ██████████ @fb.com]; ██████████ @fb.com] |
| **Subject:** | Re: Facebook/CIS Meeting |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Works for me - talk then!

Sent from my iPhone

On Oct 28, 2020, at 11:18 AM, ██████████ @cisecurity.org> wrote:

Sorry I missed this. Can we talk at 12 ET? We can call you on the ████ number.

**From:** ██████████ @fb.com>
**Sent:** Wednesday, October 28, 2020 10:41 AM
**To:** ██████████ @cisecurity.org>
**Cc:** ██████████ @cisecurity.org>; ██████████ @fb.com>;
██████████ @cisa.dhs.gov>; ██████████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks for following up! Tried to give ████ a call yesterday but know things are crazy. Feel free to call me at ██████████ (I'm around for the next 20 min if you happen to be free now!)

Sent from my iPhone

On Oct 28, 2020, at 9:54 AM, ██████████ @cisecurity.org> wrote:

Hi, ████ Just checking back on this.

Thanks!

**From:** ██████████ @cisecurity.org>
**Date:** Monday, October 26, 2020 at 6:13 PM
**To:** ██████████ @fb.com>, ██████████ @cisecurity.org>, ██████████ @fb.com>
**Cc** ██████████ @cisa.dhs.gov>, ██████████ @fb.com>, ██████████

MOLA_DEFSPROD_00008791

███ @fb.com>

**Subject:** Re: Facebook/CIS Meeting

Sorry, I could have been much clearer!

Let us propose an approach that balances minimal touchpoints with the election official while getting to the official directly when it's necessary:

1)      CIS gets a misinformation report

2)      When that report involves fb, CIS forwards it to the regional, copying CISA

3)      If fb needs more info, fb makes that request of CIS

4)      If CIS has that info, we provide it back to fb. If not, or you need a statement directly from them, we loop fb in with the official.

The goal for us is to make sure we're getting you everything we need from the authoritative source in our initial report. So, again, if there have been deficiencies in our reporting, let us know the details of those issues. I think the flow above will also help us get to that goal.

Over the next 8+ days we are in near constant contact with many of these officials and we have touchpoints with them outside email, so even when we don't have the info it will often be faster for us to get it for you.

I completely understand that from your perspective this is adding an unnecessary step, but it became clear from our members today that there is a very real need for CIS to help manage contacts with the many platforms.

Thanks yet again,

███

| | |
|---|---|
| **From:** ███ @fb.com> | |
| **Date:** Monday, October 26, 2020 at 4:17 PM | |
| **To:** ███ @cisecurity.org>, ███ @cisecurity.org>, ███ | |
| ███ @fb.com> | |
| **Cc:** ███ @cisa.dhs.gov>, ███ @fb.com>, ███ | |
| ███ @fb.com> | |

**Subject:** Re: Facebook/CIS Meeting

Thanks ███ – just to make sure I understand, does this mean that you are not comfortable looping us directly in with the reporting authority?

<image001.gif>



@fb.com

**From:** ████████ @cisecurity.org>

**Date:** Monday, October 26, 2020 at 3:58 PM

**To:** ████████ @fb.com>, ████████ @cisecurity.org>, ████████ @fb.com>

**Cc:** ████████ @cisa.dhs.gov>, ████████ @fb.com>, ████████ @fb.com>

**Subject:** Re: Facebook/CIS Meeting

Thanks, ███ .

We appreciate the call today. We think a direct line from CIS to Fb's regionals will be much more efficient for everyone and CISA is agreeable to that approach.

After talking with some of our members, we don't believe it is reasonable to leave CIS out of the loop for any part of the misinformation efforts. They were adamant that the one of the critical roles for CIS in this process is to broker the interactions and take work off of their very, very full plates. They expressed that excluding CIS from the process would make their jobs more difficult, take up more of their time, and weaken our efforts to ensure a fair election. They also felt that if there is information they did not feel comfortable sharing with CIS (or any other party) over e mail, it is their responsibility to remove that party from the email.

Our focus is on making life easier for them, not for ourselves or anyone else. We need to make that the priority. We urge you work directly through us and allow us to broker any additional information gathering from our members .

This will help us serve them best and will avoid the scenario where representatives from facebook, twitter, nextdoor, snap, tiktok, and others are all reaching out to them, potentially about a single report that they submitted to us, likely requesting the same or similar information.

To hasten action on misinformation, we believe it's best if Fb provides CIS with specific feedback on what you've found lacking in submissions so we can ensure that we have that information before we send it on to you. That will help your efforts as well as cross-platform efforts.

I'd be remiss to not mention that our members felt strongly about the importance of accountability in this process. With the extraordinary pace our members are carrying right now, CIS is in a better position to track which platforms have responded and how. It's in the nation's interest that we have an understanding of how various platforms are managing and responding to reports of misinformation submitted by authoritative sources. This is another role that CIS plays and one that our members have expressed is of utmost importance for this election and beyond .

I hope this is all agreeable to you. We're happy to have a follow up call if you'd like .

Thanks again,

████

**From:** ████████ @fb.com>

**Date:** Monday, October 26, 2020 at 12:57 PM

**To:** ████████ @cisecurity.org>, ████████ @fb.com>

**Cc:** ████████ @cisa.dhs.gov>, ████████ @fb.com>, ████████ @cisecurity.org>, ████████ @fb.com>

**Subject:** Re: Facebook/CIS Meeting

Hi █████████,

Thanks for taking the time to meet with us this morning! I'm attaching my team's regional divide to this email, and look forward to connecting later today after you've had a chance to connect with some of your stakeholders.

Best,

<image002.gif>



@fb.com

**From:** ██████████████ @cisecurity.org>
**Date:** Friday, October 23, 2020 at 6:09 PM
**To:** ████████ @fb.com>
**Cc:** ████████ @cisa.dhs.gov>, ████████ @fb.com>, ████████
████ @fb.com>, ████ @cisecurity.org>, ████████ @fb.com>
**Subject:** RE: Facebook/CIS Meeting

That's great. I just accepted.

████

**From:** ████████ @fb.com>
**Sent:** Friday, October 23, 2020 5:27 PM
**To:** ████████ @cisecurity.org>
**Cc:** ████████ @cisa.dhs.gov>; ████████ @fb.com>; ████████
████ @fb.com>; ████ @cisecurity.org>; ████████ @fb.com>
**Subject:** RE: Facebook/CIS Meeting

Hi Aaron –

How about 11a ET on Monday, October 26?
I've sent over a calendar hold with the below dial-in details for the call.

Best,

██

WAYS TO JOIN

Computer or Mobile

████████████████████████

Facebook Meeting Room and Portal:
Use the touch panel in your room or Portal to enter the join code

██████████

Telephone:
Dial in ██████████████████████████
or
Dial an alternative number from

████████████████████████████████████████

**From:** ████████████████ @cisecurity.org>
**Sent:** Friday, October 23, 2020 1:18 PM
**To:** █████████ @fb.com>
**Cc:** ████████ @cisa.dhs.gov>; ███████████ @fb.com>;
███ @fb.com>; ████████ @cisecurity.org>; ███████ @fb.com>
**Subject:** RE: Facebook/CIS Meeting

Sounds good. We are flexible on Monday outside of 12:30-2p ET. Let us know what times work for you.

Thanks,

██

**From:** ████████████ @fb.com>
**Sent:** Friday, October 23, 2020 1:13 PM
**To:** ███████ @cisecurity.org>
**Cc:** ███████████ @cisa.dhs.gov>; ██████████ @fb.com>; ██████████
< ████ @fb.com>; ████████ @cisecurity.org>; ███████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

██

Sorry — just getting to this.

My schedule has blown up a bit today so may need to punt until Monday.

██████████ to help schedule and provide dial in.

Many thanks, all!

Sent from my iPhone

On Oct 23, 2020, at 12:01 PM, ███████████ @cisecurity.org> wrote:

███ ,

Adding ███ on my side. We are free between 1-3pm ET today. How is 1pm ET for everyone?

Thanks,

███

**From:** ███████████ @fb.com>
**Sent:** Friday, October 23, 2020 10:04 AM
**To:** ███████ @cisa.dhs.gov>; ███████████ @cisecurity.org>
**Cc:** ███████████ @fb.com>; ███████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Many thanks, ███ .

███ who leads our outreach to State Election Officials and ███ to help schedule.

Let us know if you have some time later today or an afternoon early next week to discuss some refinements to the reporting structure.

Many thanks,

███

Sent from my iPhone

On Oct 23, 2020, at 9:51 AM, ███████████████ @cisa.dhs.gov>wrote:

███

I've spoken with ███ at CIS about getting together for a call to discuss reporting and he's open to having the conversation. I have cc'd him here to facilitate you all finding a time that works. Feel free to invite me (or not) if I can be helpful.

Regards,

███

███ Countering Foreign Influence Task Force
DHS/CISA/NRMC
    ███@cisa.dhs.gov
███

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008798

CONFIDENTIAL

| From: | ▮▮▮▮▮▮@cisecurity.org] |
|---|---|
| Sent: | 10/7/2020 3:33:22 PM |
| To: | ▮▮▮▮▮▮@twitter.com] |
| CC: | ▮▮▮▮▮▮@cisa.dhs.gov]; ▮▮▮▮▮▮@cisa.dhs.gov]; |
| | ▮▮▮▮▮@twitter.com |
| Subject: | RE: EI-ISAC & Other |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

▮▮▮▮,

It has not, goes out end of day. We will pull the link.

▮▮▮

▮▮▮ *EI-ISAC*
▮▮▮ ▮▮▮@cisecurity.org

24x7 Security Operations Center
▮▮▮@cisecurity.org -

MS-ISAC®
Multi-State Information
Sharing & Analysis Center®

Elections
Infrastructure
ISAC

**Measure the maturity of your cybersecurity program.**
Register for the NCSR today!

| From: | ▮▮▮▮▮▮@twitter.com> |
|---|---|
| Sent: Wednesday, October 7, 2020 12:37 PM | |
| To: | ▮▮▮▮▮@cisecurity.org> |
| Cc: | ▮▮▮▮▮@cisa.dhs.gov>; ▮▮▮▮▮@cisa.dhs.gov>; |
| | ▮▮▮@twitter.com |
| Subject: Re: EI-ISAC & Other | |

Hi ▮▮▮, has the EI-ISAC notice gone out yet? We are not reaching critical mass so we are likely to postpone. (It is almost like these guys are administering an election out there!) If the note hasn't gone out, please pull the info about tomorrow's training. But feel free to leave in the information about PSP -- that work is ongoing. If it has gone out, we will just notify any folks who register ourselves.

Thanks so much!
▮▮▮

On Tue, Oct 6, 2020 at 11:06 AM ▮▮▮▮▮▮@cisecurity.org> wrote:
  Hi ▮▮▮

MOLA_DEFSPROD_00009613

Yes, we keep events in our distribution until they happen so it will go out with our next product tomorrow afternoon.



█████ EI-ISAC
_____@cisecurity.org

24x7 Security Operations Center
████@cisecurity.org - ████████

**From:** ████████████ @twitter.com>
**Sent:** Monday, October 5, 2020 3:55 PM
**To:** ██████████ @cisecurity.org> ████████████ @cisa.dhs.gov>; ████████
████ @cisa.dhs.gov>
**Cc:** █████ @twitter.com
**Subject:** Re: EI-ISAC & Other

Hi ████ is it possible to send out the invitation to the training for state and locals again? Our RSVPs are essentially non-existent.

State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: https://trainingforuselectionpartners.splashthat.com/

On Thu, Oct 1, 2020 at 11:06 AM ████████████ @twitter.com> wrote:
Thank you so much for sending it out. The ████ @Twitter.com still absolutely works!

On Thu, Oct 1, 2020 at 10:52 AM ████████████ @cisecurity.org> wrote:
Hi ████

MOLA_DEFSPROD_00009614

Hopefully you've gotten some signups. I just learned a one pager another part of CIS shared with the community included the older ███ @twitter.com email. We'll be updating going forward to the PSP address but do we need to go back to folks that have that to correct or will that still work?



███*I-ISAC*
@cisecurity.org

24x7 Security Operations Center
@cisecurity.org - ███





**From:** ███ @twitter.com>
**Sent:** Tuesday, September 29, 2020 4:23 PM
**To:** ███ @cisecurity.org>
**Cc:** ███ @twitter.com
**Subject:** Re: EI-ISAC & Other

███ -- apologies for the typo -- RSVP is in the first paragraph twice. Thank you in advance for fixing my hasty mistake :)

On Tue, Sep 29, 2020 at 4:17 PM ███ @twitter.com> wrote:

Hi ███ are you able to add these two updates to your weekly news alert that is distributed to state and local election officials? Thank you!

(1) State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: RSVP link here: https://trainingforuselectionpartners.splashthat.com/

(2) We are onboarding state and local election officials onto Twitter's Partner Support Portal. The Partner Support Portal is a dedicated way for critical stakeholders -- like you -- to flag concerns directly to Twitter. These concerns can include technical issues with your account and content on the platform that may violate our policies. Email PSPOnboarding@Twitter.com to enroll.

And please note the URL name -- it sometimes prompts an erroneous autocorrect. Please let me know if you have any questions!

Thank you,



On Thu, Sep 17, 2020 at 1:22 PM @cisecurity.org> wrote:

Please forgive for the delayed response. Typically, with private sector partners we would feature new initiatives in our weekly news alert (Wednesday afternoons) with a one paragraph summary. We typically link to some sort of public reporting, whether you have a release on PSP or a page where you've been directing sign-ups that we can point folks to. With regards to the training, we have an "upcoming events" section in the same product that we can include links for signup/webinar location or an email to contact.

Let me know,

Best,



EI-ISAC
@cisecurity.org

24x7 Security Operations Center
@cisecurity.org -





**From:** ███████ @cisa.dhs.gov>
**Sent:** Wednesday, September 2, 2020 3:33 PM
**To:** ███████ @twitter.com>; ███████ @cisa.dhs.gov>
**Cc:** ███████ @twitter.com>; ███████ @cisa.dhs.gov>; ███████
███████ @cisa.dhs.gov>; ███████ @cisecurity.org>
**Subject:** RE: EI-ISAC & Other

██████,

I have cc'd ███████ the EI-ISAC on this email.

Also, if you have items that we can share through our channels we are happy to take a look.

███████

███████

███████

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

███████ @hq.dhs.gov

**From:** ███████ @twitter.com>
**Sent:** Wednesday, September 2, 2020 3:06 PM
**To:** ███████ @cisa.dhs.gov>; ███████
███████ @cisa.dhs.gov>
**Cc:** ███████ @twitter.com>
**Subject:** EI-ISAC & Other

Long lost friends, how are you? Hope you got in a few quick breaks this August.

Do you have contact information for the team at the EI-ISAC? We want to send a message to state and local election officials inviting them: (1) to be onboarded to the Partner Support Portal (previously this was reserved only for state-level; we are now expanding for locals) and (2) a training for best-practices on creating credible and engaging content.

Any other issues we should be connecting on?

Thanks,

█████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009618

**From:** ▮▮▮▮@fb.com]
**Sent:** 8/3/2020 1:30:05 PM
**To:** ▮▮▮@cisecurity.org]; ▮▮▮@cisecurity.org];
▮▮@fb.com]; ▮▮@fb.com]; ▮▮@fb.com];
▮▮@fb.com]; ▮▮@cisa.dhs.gov]; ▮▮@sso.org];
▮▮@sso.org] ▮▮@nased.org]
**CC:** ▮▮@fb.com]; ▮▮@cisa.dhs.gov];
▮▮@cisa.dhs.gov]; ▮▮@cisa.dhs.gov];
▮▮@cisecurity.org] ▮▮@cisecurity.org] ▮▮@cisecurity.org]
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Hello ▮▮ -- Very much appreciate the follow up. I believe ▮▮ has been in touch and provided some initial feedback already on the portal -- thank you for being open to the input.

As for further integrating the portal into Facebook at this time, the consensus view is that it would be premature right now given ongoing feedback on the portal and other open questions, especially with less than 100 days until the US2020 election. This is also in light of our significant investment, attention, and commitment to our state and local partners, as well as our collaboration within industry and with our government stakeholders to make sure existing systems and processes are honed, ready, and up to par.

Also, for fuller transparency, we shared with members of our legal team the draft terms of service, and there are concerns (echoed on the policy side), about definitions and controls about who has access to "case information," which remains undefined, so that is at least one area that would need further clarification and certainty, among others, to which our prior questions have alluded.

We also remain unclear on how many states have been onboarded to the portal, what the training and technical assistance plan is for onboarded users, and how quality assurance of onboarded users and how they would be using the portal and what they would be surfacing would be validated, monitored, and maintained.

We are happy to continue to provide feedback and explore ways to improve the portal, and are grateful for the opportunity to engage.



**From:** ▮▮@cisecurity.org>
**Sent:** Sunday, July 26, 2020 3:02 PM
**To:** ▮▮@fb.com>; ▮▮@cisecurity.org>;
▮▮@fb.com>; ▮▮@fb.com>; ▮▮@fb.com>;
▮▮@fb.com>; ▮▮@cisa.dhs.gov>; ▮▮@sso.org>;
▮▮@sso.org>; ▮▮@nased.org>
**Cc:** ▮▮@fb.com>; ▮▮@hq.dhs.gov>;
▮▮@cisa.dhs.gov; ▮▮@cisa.dhs.gov; ▮▮@cisecurity.org>;
▮▮@cisecurity.org>; ▮▮@cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

▮▮,

Thanks for your note. I am attaching an updated version of the Terms of Use for the Portal. Users will be required to agree to these terms upon access to the portal. This document, coupled with the recognition that the users (partners) of the Misinformation Reporting Portal are elected or appointed officials with formal election responsibilities should provide Facebook with clarity with regard to vetting of users and the processes used to help ensure that mis - and disinformation reports submitted to Facebook are valid. In fact, the Portal will clearly strengthen the current processes used to report information to Facebook.

I have approved ▮▮▮▮ account and reached out to her to engage directly on questions and feedback.

Finally, I request confirmation that Facebook will provide the minimal engagement needed to validate the Portal's email interface to Facebook and the identification of the appropriate point of contact in Facebook for this effort. As previously noted, we have designed the Portal to Facebook interface to match exactly the current interface used by elections officials. We anticipate that we can validate this interface with you very quickly. At the extreme, the validation will not take more that 2-3 hours total time (perhaps in a couple of short sessions).

Our elections hearing in the House was delayed until August 4th due to Rep. John Lewis's death. Based on discussions with staff, we expect that there may be questions on what we are doing to help elections officials better manage misinformation on social media. Your timely support to validating the Portal interface will enable us to provide positive responses in this area.

Please let me know if you have any questions.

Thanks,

▮▮▮▮



▮▮▮▮ cisecurity.org

**CIS** **Center for Internet Security®**

---

**From:** ▮▮▮▮ @fb.com>
**Sent:** Thursday, July 23, 2020 6:42 PM
**To:** ▮▮▮▮ @cisecurity.org>; ▮▮▮▮ @cisecurity.org>;
▮▮▮▮ @fb.com>; ▮▮▮▮ @fb.com>; ▮▮▮▮ @fb.com>;
▮▮▮▮ @fb.com>; ▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮ @sso.org>;
▮▮▮▮ @sso.org>; ▮▮▮▮ @nased.org>
**Cc:** ▮▮▮▮ @fb.com>; ▮▮▮▮ @hq.dhs.gov>;
▮▮▮▮ @cisa.dhs.gov; ▮▮▮▮ @cisa.dhs.gov; ▮▮▮▮ @cisecurity.org>; ▮▮▮▮
▮▮▮▮ @cisecurity.org>; ▮▮▮▮ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thanks so much, ▮▮▮▮. We are grateful to share the same goal of securing US2020 as best as possible.

Regarding the efforts to ensure compliance with the portal's terms of service, can you share how compliance by the vetted/onboarded partners will be monitored and maintained and what quality assurance will be in place to make sure that onboarded partners surface content appropriately, along with the ongoing training and technical asisstance plan for any onboarded partners? And can you share how many states (and which ones) have already been onboarded?

My colleague ▮ would be happy to test the portal and provide feedback, and other teams, such as our legal teams, would need time to review and assess. What would be the best way to relay feedback that is helpful on your end?



**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

▮,

We are clearly in agreement that the short window before the General Election requires that we focus on the highest priority work efforts. Given the strong indications that there will be a significant increase in disinformation and misinformation about the elections process distributed through social media, the elections community is looking for tools and processes to enable them to more effectively deal with this increase. The Misinformation Reporting Portal is one of those tools. The attached paper summarizes the benefits of the Portal for various elections stakeholders. Hopefully, this explains the sense of urgency regarding the Misinformation Reporting Portal from the elections community.

As we noted on the call, we have developed an interface to Facebook that exactly mimics the current email submission method. No engineering or adjustments to the Facebook side of the interface is required. What we would like to do is to demonstrate this interface to give us all comfort that there is no modifications needed on the Facebook side. We are ready to do this now.

As you know, there is strong interest in Congress on the handling of disinformation and misinformation regarding elections. CIS will be testifying at a House hearing on Tuesday, July 28th regarding elections security. We would like to be able to provide a positive update on the status of working with Facebook on the Misinformation Reporting Portal.

In response to the question about enforcing the terms of use, is important to affirm that those who will report will have been vetted as elections officials or members of national organizations overseeing elections matters. In addition, the design of the portal reinforces the terms of use to assist those submitting to the portal.

Finally, we would once again offer that we can establish accounts on the portal for Facebook users. The link to request an account is below. We have found that using the system helps provide an understanding of how the system operates and the ease of use. This is a development version so feel free to register as any state or local and submit cases.

https://mrp.cis.sharkbaitsoftwarellc.com/auth/register

Thanks,

▮

▮@cisecurity.org





**From:** ⬛⬛⬛ @fb.com>
**Sent:** Monday, July 20, 2020 5:44 PM
**To:** ⬛⬛⬛ @cisecurity.org> ⬛⬛⬛ @cisecurity.org>
⬛ @fb.com>; ⬛ @fb.com>; ⬛ @fb.com>;
⬛ @fb.com>; ⬛ @cisa.dhs.gov> ⬛ @sso.org>;
⬛ @sso.org> ⬛ @nased.org>
**Cc:** ⬛ @fb.com>; ⬛ @hq.dhs.gov>;
⬛ @cisa.dhs.gov; ⬛ @cisa.dhs.gov; ⬛ @cisecurity.org>;
⬛ @cisecurity.org>; ⬛ @cisecurity.org>

**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thank you, ⬛⬛. Will need some time for our teams to review the input and confer further internally on feasibility, and 7/21 is just a bit too tight on our end. Also, engineering integration on our end is something that will need to be explored internally as we have a lot of product efforts related to US2020 readiness that are extremely high priority given that we are almost only 100 days from election day. Can you share the plan on how you will enforce the terms of service to make sure participants of the portal remain in compliance?

**From:** ⬛⬛⬛ @cisecurity.org>
**Sent:** Friday, July 17, 2020 1:08 PM
**To:** ⬛⬛⬛ @fb.com>; ⬛ @cisecurity.org>;
⬛ @fb.com>; ⬛ @fb.com>; ⬛ @fb.com>;
⬛ @fb.com>; ⬛ @cisa.dhs.gov>; ⬛ @sso.org>
⬛ @sso.org>; ⬛ @nased.org>
**Cc:** ⬛ @fb.com>; ⬛ @hq.dhs.gov>;
⬛ @cisa.dhs.gov; ⬛ @cisa.dhs.gov; ⬛ @cisecurity.org>;
⬛ @cisecurity.org>; ⬛ @cisecurity.org>

**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

⬛⬛.

Thank you for the quick turn on your questions. We have attached our responses. As you will note, many of the answers were addressed in our (Draft) Terms of Use, a good indicator we are thinking along the same lines.

As we discussed on Monday, we are ready from the CIS and elections community side to begin expanded deployment of the Portal in early August. This will provide sufficient time for the elections officials and the social media companies to be fully trained on the Portal. What we need from Facebook is to finalize the technical formats for case submission. We would also appreciate your review and comments on the Terms of Use document.

To that end, we want to keep this as streamlined and simple as possible. We ask for the following from Facebook:

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM  Document 71-9  Filed 08/31/22  Page 104 of 118 PageID #:
2963

1.    Review the terms of use and provide any comments by July 21st. We will provide a final version later next week.
2.    Arrange for a technical conversation with the appropriate person(s) at Facebook to finalize the technical formats for accepting emails from the Portal and providing case disposition or feedback via email.

It would be best to begin technical conversations on these items as soon as possible. Here are some suggested times over the next few days:

- Today –3pm – 7pm ET
- Monday (20th) – 8am-10am, after 1pm ET
- Tuesday (21st) – all day
- Wednesday (22nd) – all day

Please let us know which times work for you. We are happy to hold multiple calls to accommodate your team's schedules.

Thanks,

███



@cisecurity.org

**CIS.** **Center for Internet Security®**

---

**From:** ███████████ @fb.com>
**Sent:** Thursday, July 16, 2020 7:41 AM
**To:** ███████████ @cisecurity.org>; ███████████ @cisecurity.org>;
███ @fb.com>; ███ @fb.com>; ███ @fb.com>;
███ @fb.com>; ███ @cisa.dhs.gov>; ███ @sso.org>;
███ @sso.org> ███ @nased.org>
**Cc:** ███████████ @fb.com>; ███ @hq.dhs.gov>;
███ @cisa.dhs.gov; ███ @cisa.dhs.gov; ███ @cisecurity.org>; ███
███ @cisecurity.org>; ███ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thank you so much, ███ – very much appreciate the time for meeting earlier this week.

- Below are the questions from our various teams (there is a wee bit of duplication on some of them, but we are erring on the side of inclusiveness for maximum understanding and insight).

MOLA_DEFSPROD_00009741

• For next meeting time, should we plan on doing that after getting a sense of responses and feasibility on the below questions? From our end, early August window would be good, if you would like to suggest some time blocks (outside of Mondays and Fridays, if possible). (          could reach out to          from our team who graciously help coordinate on the previous meeting).

Questions:

1.  What steps will CIS take to ensure that only mis/disinformation type leads will be surfaced via the portal related to voter suppression/interference to ensure that scope is narrowly defined, and how will CIS ensure quality control?

2.  What access controls will be in place to ensure that only vetted state-level and platform-level onboarded partners will have access to view and analyze the information and how will these access controls be maintained?

3.  To what extent can the U.S. government, other platforms, and others view back and forth with platforms and also cross-platform content or escalations, and how will this be controlled? Are you open to a version of the portal that forwards intake to a platform email, with further back and forth being handled just between the platform and the reporter (but the initial report is available to other states/platforms/portal users).

4.  How will portal access be determined?

5.  What is the limit on the number of people and organizations who will have access to the portal?

6.  What is the data retention period for the portal?

7.  Is it the expectation that the portal will be a short-term or long-term project?

8.  How will the portal sort information so that it is of importance and properly sorted by various terms of service depending on the platform, so that recipients of the information will be able to triage it quickly and deconflict?

9.  What quality control measures will be in place to ensure that the escalations sent to the portal are not "noise" and will be properly described and not duplicative, and also not repeats of the same already-escalated content, to avoid burdening resource, operational, and engineering bandwidth during a very high-stakes election cycle where timely response and action will be critical?

10. Is it the expectation that the portal will replace the dedicated 1:1 reporting channels maintained by the platforms, either in the short or long terms?

11. How will the portal advise whether or not a particular escalation has already been reported to the platforms and avoid sending an alert when such an escalation has already been made?

12. To what extent can the portal be used to surface trends and patterns across platforms that can be shared, if of value, while maintaining direct platform-level communication from the states?

13. Which states are not yet onboarded to the portal and what is the plan for those states?

14. How will the portal be made user-friendly for the wide range of users?

15. Who will train users on the portal, trouble shoot, and provide tech support for the portal?

16. What will turn around time, both before the election, and on election day, for portal support and login issues?

17. How long does it take to approve access to the portal? Will there be expedited review closer to the election?

18. How will the portal enable platform-specific back and forth?

19. Will the portal provide links and not just screenshots to enable swift actioning of context?

20. How does the portal plan to surface behavior-type or pattern-type signals, as opposed to discrete pieces of content?

21. How will the portal prevent the same escalation being reported multiple times by multiple sources?

22. Aside from receiving "intake," and evaluating that, if possible, pursuant to platform-specific terms of service, what are other expectations of engagement from the platforms?



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @cisecurity.org>
**Sent:** Wednesday, July 15, 2020 9:00 AM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cisecurity.org>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮
▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>;
▮▮▮ @fb.com>; ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮ @sso.org>;
▮▮▮ @sso.org>; ▮▮▮▮▮▮ @nased.org>
**Cc:** ▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @hq.dhs.gov>;
▮▮▮ @cisa.dhs.gov; ▮▮▮▮ @cisa.dhs.gov; ▮▮▮▮ @cisecurity.org>; ▮▮▮
▮▮▮ @cisecurity.org>; ▮▮▮▮▮ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

▮▮▮▮▮▮ and the Facebook team,

Thank you again for the call on Monday. I wanted to provide the Terms of Use I promised and recap the next steps we agreed to.

Next Steps:

• Facebook is building a list of questions and will provide to CIS after syncing up internally
• We will schedule a follow up meeting in the next two weeks. ▮▮▮▮▮▮▮ from CIS will help coordinate schedules for us if you want to go ahead and provide her some times which work for your team.

Please let me know if you need anything in the meantime.

Thanks,



Center for Internet Security®



**From:**
**Sent:** Friday, July 10, 2020 3:12 PM
**To:** @cisecurity.org>; @fb.com>; @fb.com>; @fb.com>; @fb.com>; @fb.com>; @cisa.dhs.gov>; @sso.org>; @sso.org>; @nased.org>

**Cc:** @fb.com>; @hq.dhs.gov>; @cisa.dhs.gov>; @cisa.dhs.gov>; @cisecurity.org>; @cisecurity.org>; @cisecurity.org>

**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Hi all,

We are looking forward to our conversation on Monday. I have attached an agenda to help guide the meeting. If there is something specific you would like to cover that is not on the agenda, please let us know.

Thanks and have a great weekend,

cisecurity.org

**CIS** **Center for Internet Security**

-----Original Appointment-----
**From:** @cisecurity.org>
**Sent:** Thursday, July 2, 2020 12:39 PM
**To:**
**Cc:** @cisa.dhs.gov; @cisa.dhs.gov;

**Subject:** Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal
**When:** Monday, July 13, 2020 11:30 AM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** via WebEx

WebEx Information Below:

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Meeting number (access code):
Meeting password:

Join meeting

**Join by phone**
Tap to call in from a mobile device (attendees only)

**Join from a video system or application**
Dial
You can also dial                    and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by
mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohi bited.
Please notify the sender immediately and permanently delete the message and any attachments.

; ; ; ; ;

| | |
|---|---|
| **From**: | ███████████ @cisecurity.org] |
| **Sent**: | 6/17/2020 12:58:15 PM |
| **To**: | ███████████ @twitter.com] |
| **CC**: | ████████ @twitter.com]; ████████████ @cisa.dhs.gov]; ████████ @cisa.dhs.gov]; ████████████ @cisa.dhs.gov]; ████████ @cisa.dhs.gov]; ████████████ @cisecurity.org]; ████████ @cisecurity.org]; ████████████ @cisecurity.org]; ████████ @cisecurity.org]; ████████████ @nased.org]; ████████ @sso.org]; ████████████ @sso.org]; ████████ @twitter.com]; ████████ @twitter.com]; ████████████ @twitter.com] |
| **Subject**: | RE: Reporting Portal with CIS, NASS, NASED and Twitter |

> **CAUTION**: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
> sender. Contact your component SOC with questions or concerns.

██

Sorry I am just getting this to you a few minutes before our meeting. We are looking forward to talking through these .

1.      Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
Yes, we'll establish Terms of Reference (or equivalent agreements) for the portal. Broadly speaking the objectives are:
•       CIS: vet election officials to ensure that all information reported to the platforms comes from the authoritative source for that information.
•       Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•       Social media companies: process reports and provide timely responses, to include the removal of reported misinformation from the platform where possible
•       National associations: maintain awareness of occurrences of misinformation and communicate with other partners as necessary
•       Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
2.      Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
This will be covered in the agreements, which will limit use of data. Broadly speaking usage will be
•       CIS: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•       Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•       National associations: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•       Social media companies: Access to reports necessary to investigate and come to a decision
•       Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
3.      Would other companies have access to see reports for other platforms? I believe our answer is no we will not share the reports. However, based on the set of reports, we may share indications of campaigns of misinformation across platforms.  What if the report has content from multiple companies?  We have it setup where the samples are separated by platform. The top-level report information would be shared with any platform where a sample was provided. We are open to handling this differently and look forward to your thoughts here.
4.      What is the criteria used to determine who has access to the portal? The criteria has already been determined (elections officials vetted by CIS, NASS, NASED, DHS and social media platforms). Any others will be on a case-by-case basis with a specific formal terms of access agreement.  How many individuals do you anticipate having access? There are roughly 9,000 elections offices.  We expect as much as half may participate in the portal over time.

CONFIDENTIAL

5.      How long will reported information be retained?    **Redacted Proprietary Information**

# Redacted Proprietary Information

6.      How long will the portal be in operation? Just through the 2020 presidential election? The portal will be
evaluated in January 2021 regarding demonstrated benefits, potential enhancements, and opinions by the
elections community regarding continued operation.

7.      Companies' terms of service vary. How will individuals know what to report? We will cover this in the
Terms of Reference and in the instructions given to users as they use the platform. The elections officials will
report suspected misinformation related to elections.  The platforms will have to assess the misinformation,
including applicability of specific terms of service for the platform.

8.      Will there be any quality checks in place? Will there be a review of reports before they are submitted to
companies? Will all reports be treated with equal priority?    The reporting mechanism has requirements on
which fields are required. This validation can be altered based on the "type" of report. We are open to adding
more validation based on your feedback. We do not anticipate any manual review of the content itself. The
reporter can set a priority, but we should discuss the implications of that to all involved.

9.      Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting
tool? We'd like to encourage election officials to use the Reporting Portal, but we believe it makes sense to
continue to operate the PSP in parallel through this election and evaluate it afterward.

Thanks,



@cisecurity.org

**CIS.  Center for Internet Security®**

---

**From:**_____@twitter.com>
**Sent:** Tuesday, June 16, 2020 3:59 PM
**To:**_____@cisecurity.org>
**Cc:**_____@twitter.com>;_____@cisa.dhs.gov>;
_____@cisa.dhs.gov>;_____@cisa.dhs.gov>;
_____@cisa.dhs.gov>;_____@cisecurity.org>;_____@cisecurity.org>;
_____@cisecurity.org>;_____@cisecurity.org>;
_____@nased.org>;_____@sso.org>;_____@sso.org>;
_____@twitter.com>;_____@twitter.com>;_____@twitter.com>
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

All,

Below are some of the questions we hope to discuss during our next call. Looking forward to it!

[redacted]

1. Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
2. Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
3. Would other companies have access to see reports for other platforms? What if the report has content from multiple companies?
4. What is the criteria used to determine who has access to the portal? How many individuals do you anticipate having access?
5. How long will reported information be retained?
6. How long will the portal be in operation? Just through the 2020 presidential election?
7. Companies' terms of service vary. How will individuals know what to report?
8. Will there be any quality checks in place? Will there be a review of reports before they are submitted to companies? Will all reports be treated with equal priority?
9. Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting tool?

On Fri, Jun 12, 2020 at 3:40 PM [redacted]@cisecurity.org>wrote:

[redacted]

Wednesday from 1-2 ET works for our team. I will send an invite.

I will also follow up separately with you on setting up accounts. Have a great weekend.

Thanks,

[redacted]

[redacted]

[redacted]@cisecurity.org
[redacted]

CIS. Center for Internet Security®

**From:** [redacted]@twitter.com>
**Sent:** Friday, June 12, 2020 2:29 PM

**To:** ███████████████ @cisecurity.org>
**Cc:** ████████ @twitter.com>; ███████ @cisa.dhs.gov>;
████████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>;
████ @cisa.dhs.gov>; ████ @cisecurity.org>; █████ @cisecurity.org>;
████ @cisecurity.org>; ████ @cisecurity.org>;
████ @nased.org>; ████ @sso.org>; ████ @sso.org>;
████ @twitter.com>; ████ @twitter.com>; ████ @twitter.com>

**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ████

Thanks again for this group's time yesterday. Can we schedule our next follow-up for next Wednesday from 1-2pm?
We'll share some of our questions ahead of that call to help inform our discussion.

Also, would you be able to help us establish some log-ins for us to test out the tool?

Thanks!

████

On Wed, Jun 3, 2020 at 4:52 PM ████████████████ @cisecurity.org> wrote:

████

That works for us here at CIS ████ will send an invite shortly.

Thanks,

████

████████

████████████
████ @cisecurity.org

**CIS.** **Center for Internet Security®**



**From:** ██████████ @twitter.com>
**Sent:** Wednesday, June 3, 2020 4:08 PM
**To:** ██████████ @cisecurity.org>
**Cc:** ██████████ @twitter.com>; ██████████ @cisa.dhs.gov>; ██████████ @cisa.dhs.gov>; ██████████ @cisa.dhs.gov>; ██████████ @cisa.dhs.gov>; ██████████ @cisecurity.org>; ██████████ @cisecurity.org>; ██████████ @cisecurity.org>; ██████████ @cisecurity.org>; ██████████ @nased.org>; ██████████ @sso.org>; ██████████ @sso.org>
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ██

Thank you for your patience. Would 3:30 next Thursday (6/11) work for a follow-up call?

Best,

██

On Mon, Jun 1, 2020 at 8:37 AM ██████████ @cisecurity.org> wrote:

██

I hope you are doing well. I know it is a busy week with the election tomorrow. When you can, please let us know a good time to reschedule our meeting from last week. We will have some updates to share about our beta testing with election officials and a possible nationwide training collaboration with the Belfer Center.

Thanks,

██

██████████ @cisecurity.org

**CIS.** **Center for Internet Security®**

**From** ██████████ @twitter.com>
**Sent:** Friday, May 22, 2020 4:30 PM
**To:** ██████████ @cisecurity.org>

**Cc:** ███████ @twitter.com>; ████████ @cisa.dhs.gov>; ███████
████████ @cisa.dhs.gov>; ████████ @cisa.dhs.gov>; ███████
███████ @cisa.dhs.gov>; ████ @cisecurity.org>; ███████
███████ @cisecurity.org>; @cisecurity.org>;
███████ @cisecurity.org>; ████ @nased.org>; ████ @sso.org>; ████
███████ @sso.org>

**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ████,

Thank you for your email and for your time last week. We support your goals in establishing this tool, but still need to run some traps internally regarding options to receive the info and provide feedback. Happy to schedule a follow-up call next week, though we may still have more questions than feedback at that point. If that works for you all, let's aim for 4:30 pm EST.

Best,

████

On Thu, May 21, 2020 at 3:25 PM ███████████ @cisecurity.org> wrote:

████████

Thank you so much for the call last Monday. I hope it proved helpful as you went back to your team at Twitter. With the elections nearing, we are eager to hear if you have anything you can share from your internal conversations. Are you available for a 30 min follow up call next week? We have a few time slots next Thursday if any of these work for you: 9-10am, 2-2:30pm, and 4-5pm (Eastern). If these don't work for you, we can shuffle some schedules around. Just let us know what works best for you.

Thanks,

████

████

████████ cisecurity.org



**CIS** **Center for Internet Security®**

-----Original Appointment-----
**From:** ███████████ @cisa.dhs.gov>
**Sent:** Wednesday, May 6, 2020 9:31 AM
**To:** ████████████████████████████████████

**Cc:** ████████████
**Subject:** Reporting Portal with CIS, NASS, NASED and Twitter
**When:** Monday, May 11, 2020 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** WebEx invite just sent separately -- please use that information

Sent a separate invite to use WebEx for the meeting. Please let me know if you don't receive the WebEx invite.

Thanks,

████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00010217

| | |
|---|---|
| **From**: | @google.com] |
| **Sent**: | 4/20/2020 12:18:53 PM |
| **To**: | @cdc.gov] |
| **CC**: | @google.com]; Crawford, Carol Y. |
| | @cdc.gov] |
| **Subject**: | Re: Question Hub users |
| **Attachments**: | CDC & Question Hub - COVID EAP Partner Presentation .pdf |

Hi

Thanks for sharing CDC contacts for the Question Hub early access program. We will whitelist access for the three accounts today. Once whitelisted, the next step is to login to the tool (at questionhub.google.com) with the whitelisted accounts and begin submitting links for created content on CDC web surfaces! The tool is fairly easy to use and instructions can be found in Page 5 of the attached presentation.

Let me know if you or the team have any questions as you use the tool and please do give us a heads up when your team has begun submitting answers.

Thanks,

On Mon, Apr 20, 2020 at 7:56 AM                                        @cdc.gov> wrote:

Hi

We would like to start with just three persons for the Question Hub pilot. Carol Crawford
              @cdc.gov) and myself      @cdc.gov). We will evaluate it and then decide who would be best to include for CDC.

Please provide a link or instructions to get to the hub.

Thank you again for this opportunity and all that Google is doing for this pandemic.

--
                                        @google.com