**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| The State of Missouri, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,* <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

**ORDER**

Considering Defendants' Motion to Stay Answer Deadlines, ECF No. 73,

**IT IS ORDERED** that the Motion is **GRANTED**.

Defendants' deadline to respond to the First Amended Complaint is **STAYED**. Defendants' deadline to respond to Plaintiffs' forthcoming Second Amended Complaint is also **STAYED**. The parties shall file, within fourteen days of the filing of the Second Amended Complaint, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint.

MONROE, LOUISIANA, this 12th day of September 2022.

KAYLA D. MCCLUSKY
UNITED STATES MAGISTRATE JUDGE

4