

**FROM:**
Fauci Virus Litigation
555 S Columbus Street
#426
Arlington, VA 22204

**TO:**
Clerk
U.S. District Court
Western District of Louisiana
201 Jackson Street
Suite 215
Monroe, LA 71201

RECEIVED
IN MONROE, LA.
SEP 1 2 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

SHIP TO:
201 JACKSON ST
RM 215
MONROE LA 71201-7499

USPS TRACKING NUMBER
9505 5067 1616 2249 7306 37

U.S. POSTAGE $8.95
PM 22204 0004
Date of sale 09/06/22