Case 3:22-cv-01213-TAD-KDM Document 76 Filed 09/12/22 Page 1 of 12 PageID #: 3075

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 2 2022

TONY R. MOORE, CLERK
BY_____ KW
        DEPUTY

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

### Demand for Divulgence of Judicial Conflicts of Interests

Sent to : Doughty_motions@lawd.uscourts.gov

Movant Judson Witham herewith requests from the Court Clerk and Judges and all Defendants a full list of all Financial Holdings of the Judges and Government Attornies ' Lawyers in this Cause Of Action. This case involves extremely criminal activities that violate the Expressive Rights of Americans as well as the Rights of Privacy and those of Protest, Whistleblowing and the right to Oppose Corrupt Government Sponsored Stazis.

1. NOT A SINGLE PARTY Opposed Witham's Intervention. NOT A SCINTILLA of Opposion to the Intervention filed by Witham has been voiced ONLY the Government Judges in this Cause have BLOCKED IT. The Filthy Bastards can't explain the MASSIVE MONEY LAUNDERING but can spy on and eavesdrop, wire tap and track Millions with NO WARRANTS. Print and Keystroke Trillions to COVER UP AND SECRET STEALING TRILLIONS.

2. It is very OBVIOUS no actual party OBJECTED to My Intervention. The only Objection has come from A Federal Judge with a Federal Employee Retirement Pention <----<<<

1

3. So the Government Judge/s certainly is NOT Impartial and Certainly desire the Government to continue unimpeded with the Treasonous NAZI STAZI.

4. I would Move that All Conflicted Federal Judges divulge THIER alliances with FERS, BlackRock, Vanguard, State Street and the BANKSTERS financing the STAZI and the USA Inc. perpetrating the STAZI. It appears that the US Government Incorporated is MASSIVELY Financed by the Same Financiers of the Stazzi. All Financial Dealings of the Judges in this Cause are Demanded to be Divulged.

5. I would move a Special Master be appointed to examine just how massively invested the FERS Pensions Systems are Bank Rolling the Rogue and Out of Control Corruption that is the Culture of Corruption and Treason at the very epicenter of this Case.

6. All Lawyers and Judges need to Divulge Their Financial Ties to the FINANCIERS Of the CENSORSHIP and the Warrantless Mass Surveillance. Immense Helicopter Quantitative Easing CREATION of Trillions of Reserve Notes is financing the Stazi and as such the Federal Reserve Corporation and the Big Banks, that Own and Finance the Big Tech Corporations doing the Censorship and Mass Surveilance with the Named and YET TO BE NAMED and DISCOVERED Defendants are all SLEEPING WITH THEIR HEADS ON THE SAME PILLOW. The vast Financial Ties between the Federal Employees Retirement System and all Financial Investments, Loans, Stocks, Lines of Credit, Depository Accounts of the Courts in this Case, ALL Financial Ties to these Defendants and Vested Held Interests that Conflict with Judicial Impartiality and Independence MUST BE DIVULGED.

II.

## FOR EMAIL MATRIX OF ADDRESSES For All Parties and Lawyers Named in this Cause

1. Movant Witham has NOT got the privilege of access to all the Invasive SpyWares available to the prior administrations of Donald Trump, Barrack Obama, George W. Bush etc etc Defendants use Invasive SpyWare such as the following, Prism, Echelon, Carnivore, Pegasus, Tempest or Palantir to HACK and INVADE Personal and Government Computers and Emails. Movant Witham is NOT a Hacker and as such needs the Clerk of Court to Share the litany of invasive technologies being Aimed at and Utilized Against the American People.

2. Witham needs a FULL List of All Emails and Contact information for the Parties in this Cause and All Legal Counsel.

https://www.google.com/search?q=Joe+Biden+Ministry+of+Truth

**Stazi Technologies Currently Known**

https://duckduckgo.com/?q=NSA++Homeland+Security+FBI++Computer+Cell+Phone+Spyware&va=b&t=hc&ia=web

**Joe Biden's 'Ministry of Truth' | The Hillhttps://thehill.com › opinion › white-house › 3472878-j...**

May 1, 2022 — The Biden administration says it simply wants to battle misinformation. The best way to start might be to purchase a large mirror.

3

Biden Gives Republicans Win on 'Ministry of Truth' - Newsweekhttps://www.newsweek.com › ... › Dhs › Resignation

May 18, 2022 — Nina Jankowicz, who was tapped to head the disinformation board, resigned on Wednesday morning.

Biden's 'Ministry Of Truth' Is 'Un-American' Abuse of Powerhttps://www.newsweek.com › ... › Lauren Boebert › Bills

May 11, 2022 — The GOP leader called the new bureau "'a scheme conjured up by Washington Democrats to grant themselves the authority to control free speech ...

Biden's 'Ministry of Truth' on Pause - Cathy McMorris Rodgershttps://mcmorris.house.gov › posts › bidens-ministry-of...

May 20, 2022 — Spokane, Wash. – Eastern Washington Congresswoman Cathy McMorris Rodgers (WA-05) today released the following statement after President Biden ...

Biden's Ministry of Truth paints America's new face - Arab Newshttps://www.arabnews.com › node

May 15, 2022 — For the past few years, Democrats have continued to accuse Republican politicians, including former President Donald Trump, and their supporters ...

Biden Establishes a Ministry of Truth - WSJhttps://www.wsj.com › Opinion › Commentary

May 1, 2022 — The Disinformation Governance Board already looks like a partisan instrument. By Roger Koppl and Abigail Devereaux. May 1, 2022 4: ...

Disinformation Governance Board 'paused' after just 3 weekshttps://www.washingtonpost.com › 2022/05/18 › disinf...

May 18, 2022 — Nina Jankowicz was the subject of online attacks from the moment she was named head of the newly created Disinformation Governance Board.

Joe Biden's Ministry Of Truth The Ben Shapiro Showhttps://podcasts.apple.com › podcast › joe-bidens-minist...

4

The White House Correspondents Dinner features America's political elites mocking you; the Biden administration proposes their Ministry of Truth; ...

'Deeply sinister': Biden establishes 'Ministry of Truth' - YouTubehttps://www.youtube.com › watch

May 2, 2022 — US President Joe Biden has established a 'Ministry of Truth' to combat disinformation, which Sky News host Rita Panahi says is "deeply ...

Gov. DeSantis wants Joe Biden's 'Ministry of Truth' killed off ...https://floridapolitics.com › archives › 523193-gov-des...

May 9, 2022 — ' Gov. Ron DeSantis wants President Joe Biden's Disinformation Governance Board to be hunted nearly — or entirely — into extinction. Florida's ..

https://www.bing.com/search?q=echelon%20prism%20carnivore%20pegasus%20tempest%20Spy%20Software&

The Conflicts of Interests and Financial Investments of the Courts, Judges and Lawyers are all part of the RIGHT to Impartial Trials of Causes of Action as important as the Instant Case. The Financial Disclosures, Investments etc etc MUST BE DIVULGED.

I Remain

*[signature]*

Judson Witham

NotJuris@gmail.com

5

## Certificate of Service

**Please disseminate a Courtesy Copy of this Motion to All Parties and Counsel. By Email and Court Filing Witham Provides Notice to ALL Parties of Record September 8, 2022**

**Judson Witham**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 2 2022

TONY R. MOORE, CLERK
BY_____
DEPUTY

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

## Demand for Divulgence of Judicial Conflicts of Interests

Sent to : Doughty_motions@lawd.uscourts.gov

Movant Judson Witham herewith requests from the Court Clerk and Judges and all Defendants a full list of all Financial Holdings of the Judges and Government Attornies ' Lawyers in this Cause Of Action. This case involves extremely criminal activities that violate the Expressive Rights of Americans as well as the Rights of Privacy and those of Protest, Whistleblowing and the right to Oppose Corrupt Government Sponsored Stazis.

1. NOT A SINGLE PARTY Opposed Witham's Intervention. NOT A SCINTILLA of Opposion to the Intervention filed by Witham has been voiced ONLY the Government Judges in this Cause have BLOCKED IT. The Filthy Bastards can't explain the MASSIVE MONEY LAUNDERING but can spy on and eavesdrop, wire tap and track Millions with NO WARRANTS. Print and Keystroke Trillions to COVER UP AND SECRET STEALING TRILLIONS.

2. It is very OBVIOUS no actual party OBJECTED to My Intervention. The only Objection has come from A Federal Judge with a Federal Employee Retirement Pention <----<<<

1

3. So the Government Judge/s certainly is NOT Impartial and Certainly desire the Government to continue unimpeded with the Treasonous NAZI STAZI.

4. I would Move that All Conflicted Federal Judges divulge THIER alliances with FERS, BlackRock, Vanguard, State Street and the BANKSTERS financing the STAZI and the USA Inc. perpetrating the STAZI. It appears that the US Government Incorporated is MASSIVELY Financed by the Same Financiers of the Stazzi. All Financial Dealings of the Judges in this Cause are Demanded to be Divulged.

5. I would move a Special Master be appointed to examine just how massively invested the FERS Pensions Systems are Bank Rolling the Rogue and Out of Control Corruption that is the Culture of Corruption and Treason at the very epicenter of this Case.

6. All Lawyers and Judges need to Divulge Their Financial Ties to the FINANCIERS Of the CENSORSHIP and the Warrantless Mass Surveillance. Immense Helicopter Quantitative Easing CREATION of Trillions of Reserve Notes is financing the Stazi and as such the Federal Reserve Corporation and the Big Banks, that Own and Finance the Big Tech Corporations doing the Censorship and Mass Surveilance with the Named and YET TO BE NAMED and DISCOVERED Defendants are all SLEEPING WITH THEIR HEADS ON THE SAME PILLOW. The vast Financial Ties between the Federal Employees Retirement System and all Financial Investments, Loans, Stocks, Lines of Credit, Depository Accounts of the Courts in this Case, ALL Financial Ties to these Defendants and Vested Held Interests that Conflict with Judicial Impartiality and Independence MUST BE DIVULGED.

2

## II.

## FOR EMAIL MATRIX OF ADDRESSES For All Parties and Lawyers Named in this Cause

1. Movant Witham has NOT got the privilege of access to all the Invasive SpyWares available to the prior administrations of Donald Trump, Barrack Obama, George W. Bush etc etc Defendants use Invasive SpyWare such as the following, Prism, Echelon, Carnivore, Pegasus, Tempest or Palantir to HACK and INVADE Personal and Government Computers and Emails. Movant Witham is NOT a Hacker and as such needs the Clerk of Court to Share the litany of invasive technologies being Aimed at and Utilized Against the American People.

2. Witham needs a FULL List of All Emails and Contact information for the Parties in this Cause and All Legal Counsel.

https://www.google.com/search?q=Joe+Biden+Ministry+of+Truth

**Stazi Technologies Currently Known**

https://duckduckgo.com/?q=NSA++Homeland+Security+FBI++Computer+Cell+Phone+Spyware&va=b&t=hc&ia=web

**Joe Biden's 'Ministry of Truth' | The Hill**https://thehill.com › opinion › white-house › 3472878-j...

May 1, 2022 — The Biden administration says it simply wants to battle misinformation. The best way to start might be to purchase a large mirror.

Biden Gives Republicans Win on 'Ministry of Truth' - Newsweekhttps://www.newsweek.com › ... › Dhs › Resignation

May 18, 2022 — Nina Jankowicz, who was tapped to head the disinformation board, resigned on Wednesday morning.

Biden's 'Ministry Of Truth' Is 'Un-American' Abuse of Powerhttps://www.newsweek.com › ... › Lauren Boebert › Bills

May 11, 2022 — The GOP leader called the new bureau "'a scheme conjured up by Washington Democrats to grant themselves the authority to control free speech ...

Biden's 'Ministry of Truth' on Pause - Cathy McMorris Rodgershttps://mcmorris.house.gov › posts › bidens-ministry-of...

May 20, 2022 — Spokane, Wash. – Eastern Washington Congresswoman Cathy McMorris Rodgers (WA-05) today released the following statement after President Biden ...

Biden's Ministry of Truth paints America's new face - Arab Newshttps://www.arabnews.com › node

May 15, 2022 — For the past few years, Democrats have continued to accuse Republican politicians, including former President Donald Trump, and their supporters ...

Biden Establishes a Ministry of Truth - WSJhttps://www.wsj.com › Opinion › Commentary

May 1, 2022 — The Disinformation Governance Board already looks like a partisan instrument. By Roger Koppl and Abigail Devereaux. May 1, 2022 4: ...

Disinformation Governance Board 'paused' after just 3 weekshttps://www.washingtonpost.com › 2022/05/18 › disinf...

May 18, 2022 — Nina Jankowicz was the subject of online attacks from the moment she was named head of the newly created Disinformation Governance Board.

Joe Biden's Ministry Of Truth The Ben Shapiro Showhttps://podcasts.apple.com › podcast › joe-bidens-minist...

4

- The White House Correspondents Dinner features America's political elites mocking you; the Biden administration proposes their Ministry of Truth; ...

'Deeply sinister': Biden establishes 'Ministry of Truth' - YouTubehttps://www.youtube.com › watch

May 2, 2022 — US President Joe Biden has established a 'Ministry of Truth' to combat disinformation, which Sky News host Rita Panahi says is "deeply ...

Gov. DeSantis wants Joe Biden's 'Ministry of Truth' killed off ...https://floridapolitics.com › archives › 523193-gov-des...

May 9, 2022 — ' Gov. Ron DeSantis wants President Joe Biden's Disinformation Governance Board to be hunted nearly — or entirely — into extinction. Florida's ..

https://www.bing.com/search?q=echelon%20prism%20carnivore%20pegasus%20tempest%20Spy%20Software&

The Conflicts of Interests and Financial Investments of the Courts, Judges and Lawyers are all part of the RIGHT to Impartial Trials of Causes of Action as important as the Instant Case. The Financial Disclosures, Investments etc etc MUST BE DIVULGED.

I Remain

*Judson Witham*

Judson Witham
NotJuris@gmail.com

5

## Certificate of Service

Please disseminate a Courtesy Copy of this Motion to All Parties and Counsel. By Email and Court Filing Witham Provides Notice to ALL Parties of Record September 8, 2022

Judson Witham

6