J. Witham
15215 Aiken
Wake Forest NC
27587

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 12 2022

TONY R. MOORE, CLERK
BY KVN
DEPUTY

US Dist Court
CLERK
800 Lafayett St #2100
Lafayette, La

70501

CERTIFIED MAIL
7021 0350 0000 5578 3303

U.S. POSTAGE PAID
FCM LETTER
MOUNT AIRY, NC
27030
SEP 08, 22
AMOUNT
$8.33
R2304M112669
-13
70501

X-RAYED