# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**STATE OF MISSOURI ET AL**      **CASE NO. 3:22-CV-01213**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the application to proceed *in forma pauperis* on appeal by Mike Webb, IT IS HEREBY:

☑ GRANTED      ☐ DENIED

THUS DONE in Chambers on this 13th day of September 2022.

_____
Terry A. Doughty
United States District Judge