UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Motion for Demand for Divulgence of Judicial Conflicts of Interests [Doc. No. 76] filed by non-party Judson Witham,

**IT IS ORDERED** that the Motion is **DENIED** as Judson Witham is not a party to this suit.

Monroe, Louisiana, this 14th day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE