U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2022

TONY R. MOORE, CLERK
BY _____ KW
    DEPUTY

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

### Demand for Equal Treatment and Equity …. New Civil Rights Alliance is NOT the Only Qualified or Injured Parties.

Sent to : Doughty_motions@lawd.uscourts.gov

1. Movant Judson Witham herewith requests from the Court Clerk and Judges and all Defendants that a full list of all additional Parties and Lawyers that have been allowed to Join in this Case be made Record Herein. These Others allowed to JOIN this Action while Intervenors are being CENSORED and BLOCKED is Patently UNCONSTITUTIONAL . This case involves extremely criminal activities that violate the Expressive Rights of Americans as well as the Rights of Privacy and those of Protest, Whistleblowing and the right to Oppose Corrupt Government Sponsored Stazis. This Case is about Far Far More than COVID 19 Information being Blocked and Censored by the US Inc. Government and BIG TECH.

NOTE …… Not One Single Party to this Action Opposed Witham's Intervention ONLY One Judge and that Judges Bias is sufficient grounds to call for RECUSAL. This Case is NOT Soley About COVID 19 issues, rather there is a Broad Spectrum of a LONG RUNNING Nature of Americans being targeted on Social Media Platforms for Whistleblowing and Exposing Corruption and the very issues at the Epicenter of the Instant Case. VAST Amounts of Public and Private Revenues have been looted BY THE GOVERNMENT ITSELF in the last several Banking and Mortgage Debacles, Immense Campaign Finance Skullduggery and HUGELY Sewage has been Spread all over the United States and the World by the

*Investment Class, Corporations and Governments themselves MASSIVELY FULL OF COVIDS, DELTAS, OMNICRONS and Billions of other Pathogens. The foregoing issues are also at the Center of the Vaccination Boom and Riches of Certain Highly Wealthy and Connected BILLIONAIRES that have immensely Influenced Elections and Financed large numbers of Corrupt Politicians and Government Officials. MILLIONS of Americans have been CENSORED, ATTACKED, JAILLED, DEPLATFORMED and Postings, Videos and Media Journalism SUPPRESSED and SILENCED. THE NEW CIVIL RIGHTS ALLIANCE was allowed to Join this Action on September 12 2022 ..... It Should be noted NOT ONE SINGLE REAL PARTY IN INTEREST Filed Opposition to Judson Witham's Intervention, NOR regarding the Other Intervenors WHO ARE AMONG the Millions of Americans Damaged by, Suppressed By and Censored by the USA Inc's STAZI of Propaganda, Censorship and Menticide / Brain Washing.*

2. In the complaint, Plaintiffs alleged that, "Defendants' campaign of censorship has culminated in the recent announcement of the creation of a "Disinformation Governance Board " within the Department of Homeland Security. "Our constitutional tradition stands against the idea that we need Oceania's Ministry of Truth." United States v. Alvarez, 567 U.S. 709, 728 (2012) (plurality op.). Likewise, our constitutional tradition stands against the idea that we need a "Disinformation Governance Board" within our federal domestic-security apparatus."

3. **The Plaintiffs further alleged that, "On information and belief, the immunity provided by Section 230 of the CDA directly contributed to the rise of a small number of extremely powerful social-media platforms, who have now turned into a "censorship cartel." The liability provided by the federal government artificially subsidized, fostered, and encouraged the viewpoint and content-based censorship policies that those platforms have adopted at Defendants' urging."**

4. **The Plaintiffs also alleged that, "As a direct result of these actions, there has been an unprecedented rise of censorship and suppression of free speech—including core political speech—on social-media platforms. Not just fringe views, but perfectly legitimate, responsible viewpoints and speakers have been unlawfully and unconstitutionally silenced in the**

modern public square. These actions gravely threaten the fundamental right of free speech and free discourse for virtually all citizens in Missouri, Louisiana, and America, both on social media and elsewhere."

5. The Plaintiffs then alleged that, "Thus, Defendants' conduct alleged herein has created, with extraordinary efficacy, a situation where Americans seeking to exercise their core free-speech right to criticize the President of the United States are subject to aggressive prior restraint by private companies acting at the bidding of government officials. This situation is intolerable under the First Amendment."

6. The Plaintiffs have laid down four claims for relief. The first claim alleged is for violation of the First Amendment, the second claim alleged is for an action in excess of statutory authority, the third claim alleged is against the HHS Defendants for the alleged violation of the Administrative Procedure Act and the last claim alleged is against the DHS Defendants for the alleged violation of the Administrative Procedure Act

**Witham's Intervention reveals that The CENSORSHIP STAZI involves many many many OTHERS far far far beyond those represented by the NCRA of Washington DC . Millions of People and Issues other than COVID 19. There are huge numbers of People and Issues being SILENCED, SUPPRESSED and SHADOW BANNED, Removed from the Internet by the Defendants as listed in this instant Case and Far Beyond.**

https://www.bing.com/search?q=Trillions+Looted+Laundered+&form=QBLH&sp=-1&pq=trillions+looted+laundered

https://www.bing.com/search?q=America%27s%20Sewage%20Crisis%20

COVID SEWAGE The American Sewage Crisis - YouTube

https://www.youtube.com/watch?v=0FcCXybUK98

https://duckduckgo.com/?q=COVID+SEWAGE++Judson+Witham&t=chromentp&atb=v1-1&iax=images&ia=images

https://mainerepublicemailreport.com › 2021 › 01 › 18 › the-son-of-the-swamp-foxes

https://mainerepublicemailreport.com/2021/01/18/the-son-of-the-swamp-foxes/

The Son of the Swamp Foxes | American Patriot Email Reports

Jan 18, 2021For all those who complain about me, meet my friend, Judson Witham. He will tune you up and tune you into "stuff's been going on" that will finish curling your hair and wake up whatever other zombie cells are still sleeping in your brains. He's the Son of the Swamp Foxes of the Canadian Border and he is certainly living up to his heritage and name.

The Sewage Crisis In America - The Atlantic

https://www.theatlantic.com/technology/archive/...

Sep 17, 2015 · A 2015 study published in Environmental Health Perspectives goes a step further than earlier research by pointing to a common type of municipal sewage-treatment system, ...

https://www.youtube.com/watch?v=4QZ8zOOliic

This Case is NOT just about New Civil Liberties Alliance Clients and Plaintiffs, RATHER Millions of Other Americans and Issues Far Far Far Beyond COVID 19 are involved

White House Emails To Be Turned Over in Censorship Lawsuit

NCLA Litigation Counsel Jenin Younes joins Fox Business to discuss new evidence uncovered in NCLA's lawsuit against the Biden Administration for coercing social media companies to censor Covid-19 viewpoints.

**The U.S. District Court for the Western District of Louisiana has issued a ruling of vast importance <u>for the millions of Americans who have experienced government-induced censorship on social media and for all Americans who care about the First Amendment.</u>** Judge Terry A. Doughty ordered Dr. Anthony Fauci and WH Press Secretary Karine Jean-Pierre to respond to document requests by NCLA in conjunction with the Missouri and Louisiana attorneys general on behalf of plaintiffs in State of Missouri ex rel. Schmitt, et al. v. Joseph R. Biden, Jr., et al.Show More

youtu.be

The BIAS and DISCRIMINATORY Actions to ARBITRARILY Make this a Case about COVID 19 is a Blatant Affront to All the Other Warrantless Mass Surveillance and CENSORING INVOLVED. Millions of Americans have been Suppressed, Censored, De-platformed and BRAINWASHED by the UNHOLY ALLIANCE of the Big Tech Companies in Cahoots with and Being PAID by the Defendants Named and Yet to Be Named in this Case. WITHAM OBJECTS to the Arbitrary Limiting and Narrow Scope of What Judge Doughty seems to be implementing and Judson Witham WILL AGAIN NOTE ..... **Not a Single Real Party in Interest Objected to His Intervention, nor That of Hogan or Webb.**

I Remain

*Judson Witham* (signature)

Judson Witham
NotJuris@gmail.com

Certificate of Service

Please disseminate a Courtesy Copy of this Motion to All Parties and Counsel. By Email and Court Filing Witham Provides Notice to ALL Parties of Record September 12th, 2022

Judson Witham