J. Witham
15215 Aiken
Wake Forest NC
27587

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2022

TONY R. MOORE, CLERK
BY _____KW_____
            DEPUTY

Clerk
US Dist. Court
800 Lafayette St.
Suite 2100
Lafayette, LA

70501

7021 0350 0000 5578 9305

U.S. POSTAGE PAID
FCM LG ENV
MOUNT AIRY, NC
27030
SEP 12, 22
AMOUNT
$9.89
R2304W119735

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk
US Dist Court
800 Lafayette ST
Suite 2100
Lafayette LA

9590 9402 7514 2098 9214 77

2. Article Number (Transfer from service label)

7021 0350 0000 5578 9305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
9-15-22

D. Is delivery address different from item 1? ☐ Yes ☑ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®