U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2022

TONY R. MOORE, CLERK
BY_____ KW
               DEPUTY

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

### Demand for Equal Treatment, STOP The Discrimination

### MOTION FOR RECUSAL

Sent to : Doughty_motions@lawd.uscourts.gov

Movant Judson Witham herewith requests from the Court Clerk and Judges and all Defendants that a full list of all additional Parties and Lawyers that have been allowed to Join in this Case be made Record Herein. These Others allowed to JOIN this Action while Intervenors are being CENSORED and BLOCKED is Patently UNCONSTITUTIONAL. This case involves extremely criminal activities that violate the Expressive Rights of Americans as well as the Rights of Privacy and those of Protest, Whistleblowing and the right to Oppose Corrupt Government Sponsored Stazis. This Case is about Far Far More than COVID 19 Information being Blocked and Censored by the US Inc. Government and BIG TECH.

1. NOT A SINGLE PARTY Opposed Witham's Intervention. NOT A SCINTILLA of Opposition to the Intervention filed by Witham has been voiced ONLY the Government Judges in this Cause have BLOCKED IT.

It would appear Others are JOINING This Case ?  I'd suggest If Others are Allowed to JOIN this Litigation, the Actual Victims of the STAZI and CENSORING and BRAINWASHING, De-

1

Platforming, Shadow Banning and Interference with Social Medial Platforms, Videos and Blogs should have EQUAL RIGHTS TO be heard in this Cause

Aug 8, 2022   https://nclalegal.org/   Have JOINED this Case

<u>ORDER granting 48 Motion to Appear Pro Hac Vice</u> for appearance of Jenin Younes for Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Signed by Magistrate Judge Kayla D McClusky on 8/8/2022. (crt,Leday, A) (Entered: 08/08/2022

NCLA Clients Join Missouri and Louisiana Suit Challenging Gov't-Directed...

judy.pino@ncla.legal    https://nclalegal.org/

## 2. *How is it that the Wealthy and Powerful are allowed to JOIN THE CASE, but Actual Victims with Standing , Intervenors Are BLOCKED and treated like UNWANTED CHILDREN ??*

3. Intervenor Judson Witham calls FOUL on This and STRENUOUSLY OBJECTS. Witham CALLS FOUL

4. This Court is ARBITRARILY attempting to make this a COVID 19 Censorship Case and the Fact is the Censorship involves far far far far far far MORE Content and Information LIMITED JUST COVID 19.   What seems abundantly clear is This Court and These Judges are CENSORING People that have been SILENCED and INJURED by the US Inc. Censoring Stazi.

2

5. Allowing other Corporate Entities and Private Parties to JOIN the Case Particularly WEALTHY LAWYERS and BAR Members to Join the Action, while BLOCKING Witham and Other Intervenors is Totalitarian, Fascist, Nazi and Communistic. Plainly stated it is UNEQUAUL TREATMENT and Patently of a Discriminatory Animus. *SEEMS FAVORING WEALTHY LAWYERS is the Agenda of These Judges.*

6. The Discriminatory BIAS against the Victims of the Stazi and the Favoritism of Certain Bar Card Wielding and Wealthy Lawyers and Firms is HIGHLY DEISCRIMINATORY. It would appear of Sufficient Grounds to DEMAND THE RECUSAL of the Judges CONTROLING THIS CASE. *The Blatant Discriminatory Animous is COPIOUS*

7. It's NO DOUBT a prime example of Why the People DO NOT TRUST Judges and the Courts of the United States.

8. Witham as Intervenor demands that this Court REVERSE IT's Blocking of UNOPPOSED Interventions OR the Current Judges RECUSE Themselves for Cause.

LETS SEE HOW SERIOUS THE MATTERS ARE

nclalegal.org/


NCLA - New Civil Liberties Alliance - Fighting the Administrative State

NCLA is a nonpartisan nonprofit civil rights organization which protects constitutional freedoms from violations...

3

9. It is very OBVIOUS no actual party OBJECTED to Hogan's, Webb's or Witham's Intervention. The only Objection has come from A Single Federal Judge with a Federal Employee Retirement Pension that seems to ALLOW Lawyers to Join the Case but NOT Actual Victims <----<<<

10. I would Move that All Conflicted Federal Judges divulge THIER alliances with FERS, BlackRock, Vanguard, State Street and the BANKSTERS financing the STAZI and the USA Inc. perpetrating the STAZI. It appears that the US Government Incorporated is MASSIVELY Financed by the Same Financiers of the Stazzi. All Financial Dealings of the Judges in this Cause are Demanded to be Divulged.

11. I would move a Special Master be appointed to examine just how massively invested the FERS Pensions Systems are Bank Rolling the Rogue and Out of Control Corruption that is the Culture of Corruption and Treason at the very epicenter of this Case. It would be APPROPRIATE to examine all Self Dealing and Interests of these Judges in this Case.

12. All Lawyers and Judges need to Divulge Their Financial Ties to the FINANCIERS Of the CENSORSHIP and the Warrantless Mass Surveillance. Immense Helicopter Quantitative Easing CREATION of Trillions of Reserve Notes is financing the Stazi and as such the Federal Reserve Corporation and the Big Banks, that Own and Finance the Big Tech Corporations doing the Censorship and Mass Surveilance with the Named and YET TO BE NAMED and DISCOVERED Defendants are all SLEEPING WITH THEIR HEADS ON THE SAME PILLOW. The vast Financial Ties between the Federal Employees Retirement System and all Financial Investments, Loans, Stocks, Lines of Credit, Depository Accounts of the Courts in this Case, ALL Financial Ties to these Defendants and Vested Held Interests that Conflict with Judicial Impartiality and Independence MUST BE DIVULGED.

II.

**FOR EMAIL MATRIX OF ADDRESSES For All Parties and Lawyers Named in this Cause**

1. Movant Witham has NOT got the privilege of access to all the Invasive SpyWares available to the prior administrations of Donald Trump, Barrack Obama, George W. Bush etc etc Defendants use Invasive SpyWare such as the following, Prism, Echelon, Carnivore, Pegasus, Tempest or Palantir to HACK and INVADE Personal and Government Computers and Emails. Movant Witham is NOT a Hacker and as such needs the Clerk of Court to Share the litany of invasive technologies being Aimed at and Utilized Against the American People.

2. Witham needs a FULL List of All Emails and Contact information for the Parties in this Cause and All Legal Counsel.

https://www.google.com/search?q=Joe+Biden+Ministry+of+Truth

**Stazi Technologies Currently Known**

https://duckduckgo.com/?q=NSA++Homeland+Security+FBI++Computer+Cell+Phone+Spyware&va=b&t=hc&ia=web

- Joe Biden's 'Ministry of Truth' | The Hillhttps://thehill.com › opinion › white-house › 3472878-j...

  May 1, 2022 — The Biden administration says it simply wants to battle misinformation. The best way to start might be to purchase a large mirror.

  Biden Gives Republicans Win on 'Ministry of Truth' - Newsweekhttps://www.newsweek.com › ... › Dhs › Resignation

  May 18, 2022 — Nina Jankowicz, who was tapped to head the disinformation board, resigned on Wednesday morning.

  Biden's 'Ministry Of Truth' Is 'Un-American' Abuse of Powerhttps://www.newsweek.com › ... › Lauren Boebert › Bills

  May 11, 2022 — The GOP leader called the new bureau "'a scheme conjured up by Washington Democrats to grant themselves the authority to control free speech ...

  Biden's 'Ministry of Truth' on Pause - Cathy McMorris Rodgershttps://mcmorris.house.gov › posts › bidens-ministry-of...

  May 20, 2022 — Spokane, Wash. – Eastern Washington Congresswoman Cathy McMorris Rodgers (WA-05) today released the following statement after President Biden ...

  Biden's Ministry of Truth paints America's new face - Arab Newshttps://www.arabnews.com › node

  May 15, 2022 — For the past few years, Democrats have continued to accuse Republican politicians, including former President Donald Trump, and their supporters ...

  Biden Establishes a Ministry of Truth - WSJhttps://www.wsj.com › Opinion › Commentary

  May 1, 2022 — The Disinformation Governance Board already looks like a partisan instrument. By Roger Koppl and Abigail Devereaux. May 1, 2022 4: ...

  Disinformation Governance Board 'paused' after just 3 weekshttps://www.washingtonpost.com › 2022/05/18 › disinf...

6

- May 18, 2022 — Nina Jankowicz was the subject of online attacks from the moment she was named head of the newly created Disinformation Governance Board.

**Joe Biden's Ministry Of Truth The Ben Shapiro Show**https://podcasts.apple.com › podcast › joe-bidens-minist...

The White House Correspondents Dinner features America's political elites mocking you; the Biden administration proposes their Ministry of Truth; ...

**'Deeply sinister': Biden establishes 'Ministry of Truth' - YouTube**https://www.youtube.com › watch

May 2, 2022 — US President Joe Biden has established a 'Ministry of Truth' to combat disinformation, which Sky News host Rita Panahi says is "deeply ...

**Gov. DeSantis wants Joe Biden's 'Ministry of Truth' killed off ...**https://floridapolitics.com › archives › 523193-gov-des...

May 9, 2022 — ' Gov. Ron DeSantis wants President Joe Biden's Disinformation Governance Board to be hunted nearly — or entirely — into extinction. Florida's ..

https://www.bing.com/search?q=echelon%20prism%20carnivore%20pegasus%20tempest%20Spy%20Software&

The Conflicts of Interests and Financial Investments of the Courts, Judges and Lawyers are all part of the RIGHT to Impartial Trials of Causes of Action as important as the Instant Case.  The Financial Disclosures, Investments etc etc  MUST BE DIVULGED.

The BIAS and DISCRIMINATORY Actions to ARBITRARILY Make this a Case about COVID 19 is a Blatant Affront to All the <u>Other Warrantless Mass Surveillance and CENSORING INVOLVED</u>

7

I Remain

*[signature: Judson Witham]*

Judson Witham
NotJuris@gmail.com

## Certificate of Service

Please disseminate a Courtesy Copy of this Motion to All Parties and Counsel. By Email and Court Filing Witham Provides Notice to ALL Parties of Record September 10th, 2022

Judson Witham