U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 2 2022

TONY R. MOORE, CLERK
BY: ICW
DEPUTY

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

## NOTICE OF CLAIMS and LIENS Upon Judgement

Sent to : Doughty_motions@lawd.uscourts.gov

Movant Judson Witham herewith gives NOTICE of Damages caused by the IC ( Intelligence Community ) and all listed Defendants in this case. This case involves extremely long litany of Unlawful criminal activities that violate the Expressive Rights of Americans as well as the Rights of Privacy and those of Protest, Whistleblowing and the right to Oppose Corrupt Government Sponsored Stazis.

- A. The Defendants and the Intelligence Community have SECRETLY Taken Over the World Wide Web with AI Coding and Software to Hack, Eavesdrop, CENSOR and Control virtually all Internet Based and Cellular Based Private Communications, Data and File Sharing.
- B. The New Civil Rights Alliance of Washington DC, a Select Few claimed Injured Parties the Peoples of Missouri and Louisiana are but the Tip of the Iceberg, a Drop in the Bucket of the Targets and Victims of the CLANDESTINE STAZI revealed to this Court by Intervenors Witham, Hogan and Webb. IT should be NOTED ..... Witham lived for Years in Springfield and Chadwick Missouri
- C. The Named Defendants and the IC along with DOJ, FBI and Other John and Jane Does 1- 100 Yet to be identified have for many years TARGETTED Many Many Millions of Americans with Their Warrantless SPYING, MONITORING, EAVESDROPPING and

1

**HACKING of Americans Computers WITHOUT WARRANTS and WITHOUT Articulable Facts sufficient to justify Search Warrants, WITHAM, HOGAN and WEBB Included Etc Etc Et Al.**

II.

**Proof of the Ongoing Unlawful, Unconstitutional and Immoral Stazi HEREIN EXPOSED**

1. In addition to Many Many Many OTHER Material Witness, The Leading Democratic US Senator Charles Schumer revealed the IC's abilities to RETALIATE against anyone They would Choose and Without Lawful Warrants or Due Process.

https://www.bing.com/videos/search?q=Charles+Schumer+They+Will+Get+You+Six+Ways+from+Sunday

**Chuck Schumer - CIA has "6 Ways from Sunday" to get ...**

https://www.youtube.com/watch?v=G5cZOA-kXGc

Dec 14, 2020 · Consider that a Senator admits that if the President of the United States questions the CIA, they have "six ways from Sunday" to get him. Since when does an ...

**FLASHBACK: Schumer Warned In 2017 The FBI Would ...**

https://dailycaller.com/2022/08/09/chuck-schumer...

Aug 09, 2022 · August 09, 2022 9:38 AM ET. Font Size: Senate Majority Leader Chuck Schumer predicted in 2017 that the intelligence community would have "six ways" to get back at former ...

**FLASHBACK: Schumer Warned In 2017 The FBI Would Have 'Six ...**

https://yournews.com/2022/08/09/2392819/flashback...

2

- Aug 09, 2022 · FLASHBACK: Schumer Warned In 2017 The FBI Would Have 'Six Ways' Of Getting Back At Trump Aug 9, 2022 "You take on the intelligence community, they have six ways from ...

Schumer Flashback: "You Take On The Intelligence ...

https://charliekirk.com/news/schumer-flashback-you...

Nov 17, 2020 · In an eerie interview between MSNBC's Rachel Maddow and Senator Chuck Schumer from January 2017, Schumer told Maddow that if "You Take On The Intelligence Community, They Have Six Ways From Sunday of ...

Schumer predicted intelligence officials would 'get back ...

https://nypost.com/2017/01/11/schumer-predicted...

Jan 11, 2017 · A week before unverified documents emerged undermining President-elect Donald Trump, Senate Democratic leader Charles Schumer predicted that intelligence officials would ...

Mass surveillance in the United States - Wikipedia

https://en.wikipedia.org/wiki/Mass_surveillance_in...

1975: The Church Committee of the United States Senate was set up to investigate widespread intelligence abuses by the NSA, CIA and FBI. Domestic surveillance, authorized by the highest executive branch of the federal government, spanned from the FDR Administration to the Presidency of ...See more

2. MILLIONS of Material Witnesses across the United States are Material Witnesses to the SECRETIVE STAZI being perpetrated by these Defendants, far far far in Excess of the Claims made by the States of Missouri, Louisiana and the New Civil Rights Alliance

3

**Court Ruling Shows How FBI Abused NSA Mass ...**

https://theintercept.com/2019/10/10/fbi-nsa-mass...

Oct 10, 2019 · Among the abuses noted in the ruling: During a four-day period in March 2017, the FBI searched mass surveillance data for communications ...

**Surveillance, NSA, privacy, espionage | Homeland Security Newswire**

https://www.homelandsecuritynewswire.com/dr...

Feb 15, 2022 · The Central Intelligence Agency has been collecting American's private data without any oversight or even the minimal legal safeguards that apply to the NSA and FBI, an ...

**NSA/FBI/DHS: Loci of Domestic Surveillance ... - 911 New World ...**

https://911nwo.com/2021/03/14/nsa-fbi-dhs-loci-of...

Mar 14, 2021 · — Massive FBI data-mining project with more than 1.5 billion government and private-sector records about citizens and foreigners collected by the FBI's National Security ...

**The Domestic Surveillance Directorate - gov1.info**

https://nsa.gov1.info

Welcome to the Domestic Surveillance Directorate. The National Security Agency is responsible for carrying out three of the country's most important intelligence activities - Signals ...

- A Declassified Court Ruling Shows How the FBI Abused NSA Mass Surveillance Data

  reddit.com/r/technology · Oct 17, 2019 · Article from: theintercept.com

CIA "Deep Dive" Studies Demonstrate Mass Surveillance, Say ...

https://www.cpomagazine.com/data-privacy/cia-deep...

Feb 21, 2022 · One of the most shocking revelations of the Edward Snowden leaks was that the United States government was engaging in routine interception of the phone data of Americans ...

I. NSA/FBI/DHS: Loci of Domestic Surveillance, Terrorism ...

https://gangstalkingmindcontrolcults.com/nsa-fbi...

Jul 10, 2021 · — Massive FBI data-mining project with more than 1.5 billion government and private-sector records about citizens and foreigners collected by the FBI's National Security ...

America's "Big Brother": A Century of U.S. Domestic Surveillance

https://origins.osu.edu/article/americas-big...

To forestall any abuse of the intelligence system, Congress forbade the CIA from operating domestically, leaving domestic security the responsibility of the FBI. Five years later and with ...

5

III.

## NOTICE OF CLAIMS and PLACING OF LIENS Upon the Judgement of This Court

1. Beginning in the Summer of 1982, Witham along with Millions of other Americans began to use Press, Radio and other means to expose the Clandestine Financial Frauds of the National Security Council, The CIA and the Reagan Bush Whitehouse use of Domestic S&L Frauds and Banking Schemes to fund the Black Operations of the INFAMOUS, Secord, North, Poindexter, Reagan Bush Operations of Clandestine Wars and International Conspiracies to Pillage and Murder Peoples in the United States, Panama, Philippines, Central and South America, Iraq, Iran and Afghanistan etc etc.

2. The Infamous ENTERPRIZES of Air America, Oliver North, Richard Secord, Edward Meese, Regan, Cheney, Bush, Clinton, Obama and Biden with the IC has been on a Great Scale EXPOSED however on a Limited Scale.

https://www.bing.com/search?q=Iran%20Contra%20Iraq%20Panama%20Phillipines%20%20CIA%20%20NSC%20%20North%20Secord%20Poindexter

3. Because of the IC's use of SMOKE and MIRRORS and Clandestine Secretive Measures the Stazi Operations of Dis-Information, Censorship, Hacking, Eavesdropping, Murder and Financial Attacks against Whistleblowers is to this day STILL LARGELY Concealled and Secreted. THE MURDERS of John Fitzgerald Kennedy, His Brother Robert Kennedy, Barry Seal, Terry Reid, Gary Webb, Marc Lombardi, Brian Quig, Danny Casolaro have been Buried and Covered Up by the IC.

4. In 1992, 1993 and the Spring of 1994 The FBI Using a Helicopter and the Britain Defender Spy Plane used at the WACO Assault in Waco Texas had been FLYING Tree Top Level at the Witham Residence just North of Houston, Texas. Early in the AM of the Spring of 1994 FLARES were dropped all over the Witham Home in an effort to Burn Down the Residence of Witham in the 4th Pct of Montgomery County Texas.

6

SAID effort to Burn Down Witham's Residence was reported to the Sheriff and a Full, Packed Montgomery County Court Proceeding mere HOURS LATER.

5. During the Years 1985 and during the following Years, the IC along with FBI, US Secret Service and the Federal Courts of Houston Texas, using FALSE, FABRICATED, FRAUDS to this day Report to the World that Witham was engaged in a Plot to Assassinate CIA Director George Walker Bush and many other High Level Government Officials. THE FBI AGENT Source of the FRAUD ...... Former FBI AGENT, CIA Asset John Connolly.

John Connolly (FBI) - Wikipedia

https://en.wikipedia.org/wiki/John_Connolly_(FBI)

John Joseph Connolly Jr. (born August 1, 1940) is an American former FBI agent who was convicted of racketeering, obstruction of justice, and murder charges stemming from his relationship with James "Whitey" Bulger, Steve Flemmi, and the Winter Hill Gang. State and federal officers had ...See more

In the 1970s and '80s, FBI agent John Connolly used gangster Whitey Bulger as an informant and credited him with helping bring down the Mafia in Boston. However, Connolly also broke the law himself to protect Bulger. Connolly's actions were uncovered in the 1990s, and he was eventually convicted of racketeering and sec...

7

- **John Connolly, former Boston FBI agent, to be released ...**

  https://www.boston25news.com/news/john-connolly...

Feb 18, 2021 · John Connolly, former Boston FBI agent, to be released from a Florida prison. BOSTON — A former FBI agent convicted of second-degree murder for leaking information to Boston gangster James Whitey Bulger that led to the ...

**John Connolly, James 'Whitey' Bulger's former rogue ...**

https://www.cnn.com/2021/02/17/us/connolly-granted...

Feb 17, 2021 · Former FBI agent John Connolly listens in court at his 2008 trial in Miami. (CNN) The former rogue FBI informant handler for mob boss James ...

6. Witham and With Many Many Others Journalistic Efforts have Exposed vast numbers of IC Assets and High Level US Government and State Governments Officials DIRECTLY Participating if Vast and Widespread S&L, Bank and Federal Loan Program Frauds and Conspiracies to Loot ( Pump and Dump ) the United States Financial System.

**American Land Swindles and Money Laundering – Mortgage Fraud**

https://bankfraudandlandswindles.home.blog

· Aug 02, 2019 · Using Real Estate Schemes and Scams to Loot TRILLIONS an INSIDE JOB. Wash Wash Wash Washing That DIRTY MONEY …. Ya'll are BUSTED The Page will reveal how Realt …

Uncle Sam's Giant Bank Looting Land Swindles on Vimeo

https://vimeo.com/156954401

**Up to10%cash back**

· Uncle Sam's Giant Bank Looting Land Swindles. 6 years ago. Witham Judson.

Texas KING of Bank Looting and Land Fraud on Vimeo

https://vimeo.com/125155470

Apr 16, 2015 ·

· Texas KING of Bank Looting and Land Fraud. from Witham Judson. 7 years ago. COLONIAS are KING in the Vast World of Land Swindles and …

The Subprime Swindle And The Foreclosure Fraud Cover-Up

https://ourfuture.org/20101012/The_Subprime...

Oct 12, 2010 · During the housing bubble, banks falsified documents on a massive scale in order to issue as many toxic subprime loans as possible. This was straightforward mortgage fraud, …

9

- Land Swindles and Helicopter Money - Bankophiles the Lowest of ...

    https://bankophilesthescumoftheearth.home.blog/...

Oct 03, 2005 · Apr 27, 2015 – Bank Robbing , Land Swindles, Subprime and the Derivatives ... =ssl#q= trillions +looted+ land +speculation+mortgage+fraud+ bank + looting …. The Great ...

DE-CENTRAL INTELLIGENCE AGENCY - American Land Swindles ...

https://bankfraudandlandswindles.home.blog/de-central-intelligence-agency

Looting Laundering TRILLIONS in Real Estate and Mortgage Frauds; MAFIA DON's Financiers Deutsche Bank and "The" COMPANY ... Bushs Obamas Clintons Bidens Pelosis and the DC ...

7. Witham has many many many Years Professional Experience in Residential and Commercial Building and Real Estate Development Practices and the Proper Handling of Black Water or Sewage Disposal and Treatment Practices as a Result of MORE THAN 50 Years in the Construction and Real estate Development Fields.  COVID, DELTA, OMICRON, INFLUENSA, SMALL POX, MONKEY POX and SARS all are Spread throughout the Environment by Improperly Dumped, Flushed and Disposed HUMAN WASTES   ( Sewage )

COVID SEWAGE The American Sewage Crisis - YouTube

https://www.youtube.com/watch?v=0FcCXybUK98

- https://duckduckgo.com/?q=COVID+SEWAGE++Judson+Witham&t=chromentp&atb=v1-1&iax=images&ia=images

**Hazards from pathogenic microorganisms in land-disposed ...**

https://pubmed.ncbi.nlm.nih.gov/8346362

Sewage sludge is a complex mixture of organic and inorganic compounds of biological and mineral origin that are precipitated from wastewater and sewage during primary, secondary,

Author: Timothy M. Straub, Ian L. Pepper, Charles P. Gerba

Publish Year: 1993

**Human Bacteria, Viruses from Sewage Found in Some Milwaukee ...**

https://www.usgs.gov/news/state-news-release/human...

Feb 19, 2019 · The three viruses detected in the study were adenovirus C, D, F, which was the most common and can cause minor respiratory illnesses; adenovirus A; and enterovirus, which ...

**Adirondack Legal History: The Lake George Trespass Case**

https://www.adirondackalmanack.com/2013/07/the...

Jul 02, 2013 · Judson Witham says: October 24, 2013 at 12:46 am. ... Sewage and Pulp Wastes such as BLACK LIQUER is well documented in the Testimony RECORDED in the US Supreme ...

BIO TERRORISM USA Government Style – Law for the Layman

https://laymanslaw.home.blog/bio-terroism-usa-government-style

What are the chances that all this REALTY DEVELOPMENT and BANKING is so immersed in Pathogen Laced Excrement, Urine, Chemicals and SHIT – JBW. ... Sewage Crisis Florida. ...

American Land Swindles and Money Laundering – Mortgage Fraud

https://bankfraudandlandswindles.home.blog

Aug 02, 2019 · INSIDE JOB America's Fraud Crisis. August 2, ... Posted 27th October 2017 by Judson Witham ... THE DIRT DEALERS are the CLINTONISTAS and the BUSHS, OBAMAS and... Read more. Using Real Estate Schemes and Scams to Loot TRILLIONS an INSIDE JOB. August 2, 2019 by judsonwitham.

TORTURE ISSUES BEFORE - US SUPREME COURT - Four Winds 10

fourwinds10.com/siterun_data/government/judicial...

Witham on his own initiative, and only ONCE sought to amend and CLARIFY his pleadings and EMPHASIS NEW FACTS to Bring updated and NEW issues of Constitutional Violations and NEW EVIDENCE of a physical assault and violent attack upon Witham's person by the Defendant Sheriff Mike Robertson and Court Security Efforts to THREATEN WITHAM with ...

Lake George New York - Weebly

https://theswampfoxnews.weebly.com/new-page.html

On Thursday, February 28, 2019, 3:16:28 PM EST, Judson Witham <withament@yahoo.com> wrote: Billy and Richard, John Mason, George Pensel, Tom West, Tom Jean and Nancy Willet, Judge Hall, District Attorney Carusone, Roger Smith and the LAKE GEORGE PARK

- **COMMISSION with RPI University and Union College, Ellen Brown and many many others KNOW**

**WITHAM HAS AN ACCURATE TRACK RECORD OF EXPOSING TONS OF SHIT AND PISS POISONING AMERICA's and the WORLD's WATERWAYS**



**Lake George NY Flushing the Leachate Poisoning Lake Champlain**

https://vimeo.com/207522264

13

- America Poisoned FLUSHING Lake George / Lake ...

https://www.youtube.com/watch?v=41dHfqbF5N8

**JUST THE SCIENTIFIC FACTS**
https://duckduckgo.com/?q=Flush+Lake+George+Poison+Lake+Champlain&t=chromentp&atb=v1-1&ia=web

**FLUSHING Lake George Poisoning Lake Champlain - YouTube**

https://www.youtube.com/watch?v=AVVg6hDxDl8

**Dec 19, 2019 · The HARD COLD FACTS**
https://www.bing.com/search?q=poison%20lake%20champlain%20%20flush%20lake%20george%20&qs=ds&form=QBRE

## SEE Especially The Immense Super Spreader Mess associated with Mass Sewage Dumping

https://adirondackslakegeorgefreepress.wordpress.com/americas-sewage-epidemic/

## The Named Defendants and the IC, along with Twitter, FaceBook, Google, Yahoo, AOL, and the Identified SUPER CARTEL OF CENSORS in Concert with the USA Government Inc. and the Named Defendants have SHODOW BANNED, SUPPRESSED, REMOVED, JAILLED, CENSORED and otherwise BLACKED OUT Vast Amounts of Witham's Work on Financial Corruption and the WIDESPREAD Spreading of COVIC SARS DELTA OMICRON POLIO MONKEY POX by Government and Corporate SEWAGE DUMPING in the United States and Around the World.
https://adirondackslakegeorgefreepress.wordpress.com/americas-sewage-epidemic/

14

## III.

## LIEN and NOTICE OF CLAIMS AND DAMAGES DEMANDED

But For the Unconstitutional Unlawful Acts of The Named and Yet to Be Identified Perpetrators THESE DEFENDANTS and as a Direct Result of the IC's and the Cartel of Censorship, Witham, Hogan, Webb and Millions of Others have been SUPPRESSED, CENSORED, SILENCED, TROLLED, STALKED, HARASSED and Denied Access to Reliable and Accurate Information and News on the Worldwide Web.

Witham's Journalistic Work and Whistleblowing has been Suppressed, Removed, Shadow Banned, Censored and Witham Has been JAILLED, DEPLATFORMED and Otherwise Punished by the Super Cartel of Censors in Collaboration and Conspiracy with the IC and the Named Intelligence and Law Enforcement Agencies, Whitehouse Etc Etc CIA as Named in this Case as Defendants.

1. Witham NOTICES Personal Actual Damages in Excess of One Million Dollars ( NOTES )

2. Witham NOTICES Demand for 20 Million Dollars ( NOTES ) In Exemplary Damages,

3. Witham NOTICES and Demands PUNATIVE DAMAGES and ACTUAL DAMAGES from these Defendants for the Countless BILLIONS In Harm Caused to the Other Millions of Americans and

15

People from Around the World SO ABUSED by the Illicit HACKING and CONTROL of the Worldwide Web / Internet by the Named Damages.

4. <u>Wherefor Premises Considered</u> THIS LIEN FOR DAMAGES Is Herein Placed Upon The Instant Case and Upon all the BONDS and LICENSES of the Named Defendants WHO are Jointly and Severally Responsible for Countless BILLIONS In Damages

Lastly Witham Demands INJUNCTIVE RELIEF and a Permanent BAN to be imposed on the Named Defendants to FOREVER BAR THEM FROM Continuing the Unlawful, Unconstitutional, Immoral Conduct revealed in this Cause for Which They Have Perpetrated.

https://adirondackslakegeorgefreepress.wordpress.com/americas-sewage-epidemic/

Dr. Fauci, Peter Dazak, Barrack Obama, Joe Biden, ALL BIO WEAPONS LABS, The Wuhan Institute of Virology with the DOD and CIA Et Al Should be Held FULLY Accountable for VIRAL WARFARE EXPERIMENTATION and the Development of ENHANCED PATHOGENS and ENHANCED BATERIAL Materials used in Biological Pathological WEAPONS OF MASS DISTRUCTION and Other Crimes Against Humanity. Development of DEADLY VIRUSES used in Hot, Cold and Clandestine Wars are a Threat to All The World, as is Dumping and Slopping Excrement Sewage Chemicals in the American and World's Waterways.

16

https://adirondackslakegeorgefreepress.wordpress.com/americas-sewage-epidemic/

**Permanent Injunctive Relief is DEMANDED against the Perpetrating Defendants**

I Remain

*Judson Witham* (signature)

**Judson Witham**

NotJuris@gmail.com

## Certificate of Service

Please disseminate a Courtesy Copy of this Motion to All Parties and Counsel. By Email and Court Filing Witham Provides Notice to ALL Parties of Record September 19, 2022

**Judson Witham**

17