J. Witham
15215 Aiken Rd.
Wake Forest NC
27587




7021 0350 0000 5576 1431

U.S. POSTAGE PAID
FCM LG ENV
MOUNT AIRY, NC
27030
SEP 19, 22
AMOUNT
$10.37
R2303S102362

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 22 2022

TONY R. MOORE, CLERK
BY: KW
    DEPUTY

Clerk
US Dist. Court
Western Div
Louisiana
800 Lafayette St. #2100
Lafayette LA

X-RAYED
CLEARED FOR DELIVERY

70501