**From:** ███████████ @hhs.gov]
**Sent:** 7/20/2021 4:32:54 PM
**To:** ███████████ @google.com]
**CC:** ███████████ @hhs.gov]; ███████████ @google.com]; ███████████ @google.com]; Peck, Joshua (HHS/ASPA) ███████████ @hhs.gov]; ███████████ @hhs.gov]; Lambert, Tericka (HHS/ASPA) ███████████ @hhs.gov]; ███████████ @forsmarshgroup.com]; ███████████ @forsmarshgroup.com]
**Subject:** RE: HHS/Google COVID-19 Communications

Hi All,

Apologies for the wrinkly in schedule. I can no longer meet tomorrow. Possible to reschedule an influencer strategy kick-off call on Thursday. I anticipate we'll need about 45 min – anytime between 11-1pm works for me

Thanks again !

---

**From:** ███████████ @google.com>
**Sent:** Friday, July 16, 2021 4:31 PM
**To:** ███████████ @hhs.gov>
**Cc:** ███████████ @hhs.gov>; ███████████ @google.com>; ███████████ @google.com>; Peck, Joshua (HHS/ASPA) ███████████ @hhs.gov>; ███████████ @hhs.gov>; Lambert, Tericka (HHS/ASPA) < ███████████ @hhs.gov>; ███████████ @forsmarshgroup.com>; ███████████ @forsmarshgroup.com>
**Subject:** Re: HHS/Google COVID-19 Communications

Hello all,

███ , we missed you on Thursday, but we're happy to connect next week. Next Wednesday at Noon works for ███ and I. Would you like to send a calendar invite or should we?

Thank you for flagging all the materials below. We'll share them with our teams internally.

Have a good weekend,

███

███████████

Google US Federal Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
███████ @google.com
Android Mobile: ███████

On Fri, Jul 16, 2021 at 4:08 PM ███████████ @hhs.gov> wrote:
███

Thanks for the email! ███ and team, excited to start our influencer work. We've vetted the list you provided us now many weeks ago, and ready to talk through creative development, etc.

**EXHIBIT**

**P**

Would any of the following work for you?

• **Tuesday or Wednesday 12-1pm ET**

Looking forward to it!

| From: | ████████████ @hhs.gov> | |
|---|---|---|
| **Sent:** Friday, July 16, 2021 3:43 PM | | |
| **To:** | ██████████ @google.com>; | ████████ @google.com>; ████ |
| ████ @google.com> | | |
| **Cc:** | ████ @google.com>; Peck, Joshua (HHS/ASPA)-████ | @hhs.gov>; ████ |
| ████ @hhs.gov>; | ████████ @hhs.gov> | |

**Subject:** RE: HHS/Google COVID-19 Communications

Dear ████████████: Hope this note finds you well. Sorry to have missed the call yesterday. We have a few campaign updates if you are available to meet next week.

████ please see below for the latest list of expert Q&A/trusted messenger videos for your consideration to highlight in relevant places. We'd appreciate hearing about any major vaccine information needs or misinformation narratives or information needs you see emerging in YouTube – we have some upcoming video shoots in the works. ████ is moving influencer work forward – more to come on that front.

Best,

████

**Trusted Messengers**

• Ask a Doctor: Why do young, healthy people need a COVID-19 vaccine? (with Vanderbilt sports medicine doctor Steven Diamond)

• Ask a Doctor: How do we know vaccines are safe for pregnant women?

• Ask a Doctor: Why do I need to wait 15 minutes after I get a COVID-19 vaccine?

• Ask a Doctor: Will it cost me anything to get a COVID-19 vaccine?

• Ask a Doctor: Why do young, healthy people need a COVID-19 vaccine? (Dr. Kristamarie Collman, family medicine physician, Orlando FL)

• Ask a Doctor: What are the side effects of COVID-19 vaccines?

• Ask a Doctor: Do I really need to get a COVID vaccine?

• Ask a Doctor: What are the benefits of vaccinating kids and families against COVID-19?

• Ask a Doctor: Do the COVID-19 vaccines change your DNA?

• Ask a Doctor: If I'm young and healthy, why do I need the COVID-19 vaccine?

• Ask a Doctor: What about the new COVID-19 variants?

• Ask a Doctor: What about side effects from the COVID-19 vaccines?

• Ask a Doctor: Do the COVID-19 vaccines affect fertility?

- ¿Tienen los latinos mayores de 65 años más riesgos de enfermedades graves por COVID? –(1:15) "Do Latinos older than 65 have greater risk of serious disease from COVID?"
  - 39-Second version
- Son seguras para nosotros las vacunas contra el COVID? (1:20) "Are COVID vaccines safe for us?"
  - 39-second version
- How long does protection from the COVID-19 vaccine last? - :60
  - How long does protection from the COVID-19 vaccine last? -:30
  - How long does protection from the COVID-19 vaccine last? - :15
- ¿Cuánto dura la protección de la vacuna contra el COVID-19? - :60
  - ¿Cuánto dura la protección de la vacuna contra el COVID-19? -:30
  - ¿Cuánto dura la protección de la vacuna contra el COVID-19? - :15
- Do I need the COVID-19 vaccine if I already had COVID? - :60
  - Do I need the COVID-19 vaccine if I already had COVID? - :30
  - Do I need the COVID-19 vaccine if I already had COVID? - :15
- ¿Si ya tuvo COVID-19, debe vacunarse contra el COVID? - :60
  - ¿Si ya tuvo COVID-19, debe vacunarse contra el COVID? - :30
  - ¿Si ya tuvo COVID-19, debe vacunarse contra el COVID? - :15

**Explainer Video**

- COVID-19 Vaccines: How Do We Know They Are Safe?
- Vacunas contra el COVID-19: ¿cómo sabemos que son seguras?

Young Adult vaccine confidence ads

**From:** @google.com>
**Sent:** Wednesday, June 2, 2021 11:51 AM
**To:** @hhs.gov>; @google.com>
**Cc:** @google.com>; @hhs.gov>
**Subject:** Re: HHS/Google COVID-19 Communications

yes! would be happy to join our call tomorrow. Could you please add her to the invite?

Google US Federal Government Affairs and Public Policy

25 Mass Ave NW, 9th FL

Washington, DC 20001

@google.com

Android Mobile:

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 84-1   Filed 10/06/22   Page 4 of 57 PageID #:  3294

On Wed, Jun 2, 2021 at 11:07 AM                                    @hhs.gov> wrote:

Hi 

I was wondering if ⬛ or someone from the YouTube side could join our HHS/Google meeting tomorrow. If it's easier, I can reach out directly to her and forward her the invite. Let me know.

Thanks!

⬛



Digital Engagement Team

Assistant Secretary for Public Affairs (ASPA)
U.S. Department of Health and Human Services (HHS)

MOLA_DEFSPROD_00016209

**From:** ████████████████ @google.com]
**Sent:** 5/27/2021 4:50:13 PM
**To:** Peck, Joshua (HHS/ASPA) ████████ @hhs.gov]
**Subject:** Re: Google / HHS Knowledge Graph Followup

Hi Josh, could you please add our colleagues below to our call at 5pm est?

████ @google.com
████ @google.com
████ @google.com

Thank you!

████████████

Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
████ @google.com
Android Mobile: ████████

On Thu, May 27, 2021 at 3:59 PM Peck, Joshua (HHS/ASPA) ████████ @hhs.gov> wrote:
Joshua Peck is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
████████████████████████████████████████

Meeting ID: ████████████
Passcode: ████████
One tap mobile
████████████ US (San Jose)
████████████ US (New York)

Dial by your location
████████ US (San Jose)
████████ US (New York)
████████ US (San Jose)
████████ US
Meeting ID: ████████
Find your local number: ████████████████████

Join by SIP



Join by ███
███ (US West)
███ (US East)
Meeting ID: ███
Passcode: ███

**From:** ███ @google.com>
**Sent:** Thursday, May 27, 2021 3:37 PM
**To:** Hsiang, Mina K. EOP/OMB <███ @omb.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO <███ @who.eop.gov>;
███ @google.com>; Peck, Joshua (HHS/ASPA) ███ @hhs.gov>;
███ @google.com>; ███ @google.com>;
███ @google.com>
**Subject:** Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi Mina,

We are on track to meet our goal for full launch by EOD. Also, please feel free to share dial in details for today's call and we'll be sure to include the relevant POCs on our end.

Thanks,

███

On Thu, May 27, 2021 at 12:25 PM Hsiang, Mina K. EOP/OMB <███ @omb.eop.gov> wrote:
Thanks ███ It doesn't show up on my search yet- when should we expect to see it?

**From:** ███ @google.com>
**Sent:** Thursday, May 27, 2021 1:56 PM
**To:** Hsiang, Mina K. EOP/OMB <███ @omb.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO <███ @who.eop.gov>;
███ @google.com>; ███ @hhs.gov; ███ @google.com>; ███
███ @google.com>; ███ @google.com>
**Subject:** Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi All,

Thanks for your willingness to connect today. Our team is happy to touch base at 5pm ET.

We are also excited to share that the new Search feature that we previewed to you on Tuesday that contains the vaccines.gov hotline launched this morning at 5 am (screenshot below) this morning and is currently rolling out to all users. Once fully ramped, you can see it by searching terms like "covid-19 vaccine near me"

As discussed, we will continue to improve the user experience, and we look forward to connecting today.

Thanks,

On Thu, May 27, 2021 at 10:28 AM Hsiang, Mina K. EOP/OMB <​                    @omb.eop.gov> wrote:
Definitely.

        does anytime between 5-6pm ET work for you?

**From:** Slavitt, Andrew M. EOP/WHO
**Sent:** Thursday, May 27, 2021 12:42 PM
**To:**                            @google.com>
**Cc:**                          @google.com>; Hsiang, Mina K. EOP/OMB
                @omb.eop.gov>;                  @hhs.gov;                              @google.com>;
                    @google.com>;                          @google.com>
**Subject:** RE: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Mina and Josh,

Can you hop on the phone with ▮▮▮▮ and walk through concerns today. Post me afterwards please. ▮▮▮▮ will follow up if needed, but slammed today,

**From:** ▮▮▮▮ @google.com>
**Sent:** Thursday, May 27, 2021 12:33 PM
**To:** Slavitt, Andrew M. EOP/WHO ▮▮▮▮ @who.eop.gov>
**Cc:** ▮▮▮▮ @google.com>; Hsiang, Mina K. EOP/OMB
▮▮▮▮ @omb.eop.gov>; ▮▮▮▮ @hhs.gov, ▮▮▮▮ @google.com>;
▮▮▮▮ @google.com>; ▮▮▮▮ @google.com>
**Subject:** Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Andy, thank you for letting us know that you all want to talk about potential improvements. Let us know if you can get on the phone today.

Thanks -



On Tue, May 25, 2021 at 11:10 AM Slavitt, Andrew M. EOP/WHO ▮▮▮▮ @who.eop.gov> wrote:

Thank you. Do please keep us all posted on the timing. Days equal months at this point! Appreciate all of your support.

**From:** ▮▮▮▮ @google.com>
**Sent:** Tuesday, May 25, 2021 2:07 PM
**To:** ▮▮▮▮ @google.com>
**Cc:** Hsiang, Mina K. EOP/OMB ▮▮▮▮ @omb.eop.gov>; Slavitt, Andrew M. EOP/WHO
▮▮▮▮ @who.eop.gov>; ▮▮▮▮ @hhs.gov; ▮▮▮▮ @google.com>;
▮▮▮▮ @google.com>; ▮▮▮▮ @google.com>
**Subject:** [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi All,

We thought it would be helpful to share a quick update on our product plans to help users get more information on COVID-19 vaccines:

We're making good progress toward our ability to launch a module by the end of this week that will include the following:

"Everyone 12 years of age and older is now eligible to get a COVID-19 vaccination. Find an appointment on vaccines.gov. Call 1-800-232-0233 for more information."

This messaging fits within our current UI parameters and reflects the latest CDC messaging and the vaccines.gov link will take users to the vaccines.gov website. Clicking on the hotline number will open the option to call the hotline on a mobile phone. And for us this is the fastest route to get this information out to users.

At the same time, we plan to continue to improve the user experience, add additional information, and iterate the hotline module shortly after the initial launch (including evaluating how to integrate text messaging).

We hope that gives you a sense of updates on our progress to continue to respond to evolving user needs. Feel free to let us know if you have any questions.

Thanks,

On Fri, May 21, 2021 at 3:12 PM                                   @google.com> wrote:

Hi Mina,

Thank you for sharing your feedback with us. Throughout the pandemic, Google has been collaborating closely with health authorities like the CDC to highlight authoritative information, tips, and vaccine safety content to combat misinformation. We have also launched several initiatives and product features across Search, YouTube, and Maps to promote vaccine confidence including:

• **Highlighting vaccination locations in Google Search and Maps** including a PSA to prompt Americans to "find COVID19 vaccine location near me" for the next two weeks.

• **Creating our "Get the Facts" and "Get Back To What You Love" PSAs** that launched in April already have over 250 US million views.

• **Activating YouTube creators** through a homepage takeover, creator "shorts" and free emojis to inspire young people to get vaccinated.

• **Expanding our Google.org grants to 500 Community Based Organizations** to set up vaccination sites and reach out to communities of color and rural populations through the CDC Foundation, Partners in Health, Team Rubicon, VaccineFinder, Ad Council, and UnidosUS.

• **Broadening the reach of YouTube's PSA campaign**. Our "Get Back To What You Love" PSAs will be promoted on YouTube, broadcast TV, radio, and paid social media aiming to reach 180M Americans (mostly 18-34 yrs) by the end of July, serving over 2.5B impressions.

We continue to update our products and campaigns to meet the most relevant user needs as the US vaccine landscape evolves, especially given the CDC's recently expanded COVID-19 vaccine eligibility to everyone ages 12+. With that in mind, we have been working with our product teams on a few updates to our COVID-19 Vaccines Search experience to help users find the most relevant vaccine resources including:

"Getting the Vaccine" - highlighting Vaccines.gov and the hotline
Vaccines & Kids - highlighting the latest CDC guidance for children

We expect to launch and ramp the vaccines.gov and hotline updates as soon as possible. In the meantime, we will continue to promote vaccine confidence campaigns to address vaccine hesitancy. Please let us know if you have any questions or would like to connect further about any of the updates above.

Thanks,

On Fri, May 21, 2021 at 9:20 AM ████████████████████ @google.com> wrote:

Thank you for this Mina. The teams are already working on this so we will get an update. Adding ████ who is the best POC on the 1-800 and other info since he is in the mix on that work.

████ can work on assembling key team members on the commonly asked questions area and other potential ideas.

Thanks!

On Thu, May 20, 2021, 7:17 PM Hsiang, Mina K. EOP/OMB ████████████ @omb.eop.gov> wrote:

Thanks again for your time yesterday, really appreciate it. This will be critically helpful for the nationwide vaccination effort.

Per our discussion, wanted to flag both the urgent item for you that would be a clear and simple win here in writing because it's pretty straightforward, and then would also love to meet with your team/the appropriate folks to sort out other items which could further be improved (like you mentioned answers to the frequently searched questions, etc). Let us know the best way to arrange that discussion.

The quick win-

As I noted, searching the major keywords related to vaccination (vaccine, vaccines, covid vaccine, etc) does not currently display and quick info for who and how to get vaccinated, but does return a "who can get vaccinated now" link which varies by state. We'd recommend removing that link (since it no longer varies by state, so the information can be surfaced directly) and adding a knowledge graph infobox at the top of the search results page with the following information:

## Getting the COVID-19 Vaccine

Everyone age 12 and older living in the United States can get a COVID-19 vaccine free of charge, regardless of immigration status or health insurance.

Find COVID-19 vaccines near you:

- Vaccines.gov
- Text your Zip Code to 438829
- 800-232-0233

[Alt contact info for Spanish]
- Vacunas.gov
- Text your Zip Code to 822862
- 800-232-0233

And again, would also love to connect with the team. Let us know next steps there.
Thanks again for this critical work!
Best,
Mina



| | |
|---|---|
| **From**: | ▓▓▓▓▓ @fb.com] |
| **Sent**: | 3/2/2021 11:04:11 PM |
| **To**: | Slavitt, Andrew M. EOP/WHO ▓▓▓▓ @who.eop.gov]; ▓▓▓▓ @who.eop.gov; Peck, Joshua |
| | ▓▓▓ @hhs.gov]; Clarke.Humphrey ▓▓▓ @who.eop.gov] |
| **CC**: | ▓▓▓ @fb.com]; ▓▓▓ @fb.com] |
| **Subject**: | Updates following yesterday's meeting |

**Flag**:     Follow up

Andy, Rob, Josh and Clarke,

Thanks for taking the time to connect yesterday. We appreciate your feedback on what would be most helpful to you as you continue your work. Following our meeting, we had further conversations with our teams and in an effort to be responsive to your questions we have two updates to share:

The first update is related to data we can share on a regular basis with the White House and HHS on vaccine intent. We will be able to share survey-based data on intent to vaccinate (% of people who have vaccinated, % of people who intend to vaccinate, % of people who do not intend to vaccinate) for the US with some demographic breakdowns. We can begin to send this data by the end of next week, and we'll regularly refresh this data for the rest of 2021. Additionally, we'll plan to update our enforcement statistics monthly for your awareness.

The second is to provide additional context around the focused work that is happening across our safety and integrity, product, engineering, ops, policy, and other teams, where we've made protecting the global vaccine our top priority. We're building on our work across the past several years on misinformation, our election integrity work, and our work over the past year to fight COVID-19 vaccine misinformation and to amplify authoritative information.

Now that vaccines are rolling out and we are seeing more discussion about vaccines on the platform, we are focusing on understanding how our policies and enforcement approaches are holding up to this evolving conversation. Our prioritization of these issues don't have an end date—we are adapting to the dynamic nature of this pandemic and implementing what we learn as we go. Specifically, we are accelerating progress on a few key areas:

1.     **Combatting vaccine misinformation and de-amplifying content that could contribute to vaccine hesitancy:** We're improving the effectiveness of our existing enforcement systems (particularly focusing on entities that repeatedly post vaccine misinformation), mitigating viral content that could lead to vaccine hesitancy, and ensuring our recommendations / discovery surfaces are not amplifying vaccine hesitancy-inducing content.

2.     **Promoting the vaccine and providing authoritative information:** We will use our scale and product to increase people's intent to get vaccinated by showing people authoritative information from the CDC and leading health partners to counter misinformation and increase education, awareness, and trust. We'll also help people get the vaccine by helping people know when they're eligible and to find vaccines near them. Finally, we will use our reach to drive vaccine acceptance by providing personalized ads and increase visibility of vaccinations in people's networks (e.g., friends, healthcare workers, public figures) to inspire them to get vaccinated. We are working on specific plans for how to support communities most impacted by COVID (Black, Latinx, Indigenous), and would welcome your input. We'd also welcome partnering with you to amplify efforts to support these communities.

We'd be happy to schedule a follow-up discussion to provide additional information on this work, or on the data we plan to provide going forward. We'll also have more information very soon on access to CrowdTangle as discussed.

Look forward to continued work here, and please don't hesitate to let us know if you have any questions.

Thanks,

▓▓▓

| | |
|---|---|
| **From:** | ██████████ @twitter.com] |
| **Sent:** | 3/1/2021 6:01:25 PM |
| **To:** | Flaherty, Robert EOP/WHO ██████ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ████ @hhs.gov]; |
| | Clarke,Humphrey ████ @who.eop.gov] |
| **CC:** | ████████ @twitter.com]; ██████████ @twitter.com]; ████ |
| | ████ @twitter.com] |
| **Subject:** | Following up on today's meeting |

**Flag:** Follow up

Rob, Clarke and Josh -

Thanks again for meeting with us today. As we discussed, we are building on our continued efforts to remove the most harmful COVID-19 misleading information from the service by applying labels to Tweets that may contain misleading information about COVID-19 vaccines. We have also introduced a strike system that determines when further enforcement action is necessary. You can read more in the announcement on our blog.

As we said, we are committed to working with stakeholders in the public, private and non-profit sectors to address the reliability of covid information online and look forward to continued dialogue about joint efforts.

Don't hesitate to let me know if you have additional questions.
Warmest,
██████████

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 84-1   Filed 10/06/22   Page 14 of 57 PageID #:
3304

---

**From:** ▮▮▮▮▮ @twitter.com]
**Sent:** 2/25/2021 8:15:11 PM
**To:** Qureshi, Hoor EOP/WHO ▮▮▮▮ @who.eop.gov]
**CC:** Flaherty, Robert EOP/WHO ▮▮▮▮ @who.eop.gov]; Wakana, Benjamin (who.eop.gov)
▮▮▮▮ @who.eop.gov]; Clarke.Humphrey ▮▮▮▮ @who.eop.gov];
▮▮▮▮ @twitter.com]; Rowe, Courtney (who.eop.gov) ▮▮▮▮ @who.eop.gov]; Peck, Joshua
▮▮▮▮ @hhs.gov]
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

**Flag:** Follow up

Thanks so much, looking forward to it.
Best,
▮▮▮

On Thu, Feb 25, 2021 at 8:13 PM Qureshi, Hoor EOP/WHO <▮▮▮▮ @who.eop.gov> wrote:

2pm ET works great on our end. Just sent around a calendar invite for this!

**From:** ▮▮▮▮ @twitter.com>
**Sent:** Thursday, February 25, 2021 8:08 PM
**To:** Flaherty, Robert EOP/WHO <▮▮▮▮ @who.eop.gov>
**Cc:** Wakana, Benjamin L. EOP/WHO <▮▮▮▮ @who.eop.gov>; Humphrey, Clarke EOP/WHO
<▮▮▮▮ @who.eop.gov>; ▮▮▮▮ @twitter.com>; Rowe, Courtney M.
EOP/WHO <▮▮▮▮ @who.eop.gov>; Qureshi, Hoor EOP/WHO <▮▮▮▮ @who.eop.gov>;
Joshua Peck <▮▮▮▮ @hhs.gov>
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

Hi Robert -

How about 10am or 2pm (our preference) on Monday 3/1?

Best.
▮▮▮

On Thu, Feb 25, 2021 at 8:01 PM Flaherty, Robert EOP/WHO ▮▮▮▮ @who.eop.gov> wrote:

Hey ▮▮▮ — yes. Can you share some times that work on Monday? Our colleague Hoor can land a time for
us.

Sent from my iPhone

On Feb 25, 2021, at 7:54 PM, ▮▮▮▮ @twitter.com> wrote:

Hi all -

We are still interested in sharing an update with you on our work to address covid misinformation while also
ensuring the reliable availability of quality information.

MOLA_DEFSPROD_00016276

Recognizing that a meeting did not quite come together this week, are there a few times next week that would work for you?

Thank you very much,

██████████

On Thu, Feb 18, 2021 at 3:58 PM Wakana, Benjamin L. EOP/WHO ‹██████████ @who.eop.gov› wrote:

Adding a few others here.

**From:** ██████████ @twitter.com›
**Sent:** Thursday, February 18, 2021 3:52 PM
**To:** Wakana, Benjamin L. EOP/WHO ██████████ @who.eop.gov›; Humphrey, Clarke EOP/WHO ██████████ @who.eop.gov›
**Cc:** ██████████ @twitter.com›
**Subject:** [EXTERNAL] Re: Transition ◇ Twitter meeting

██████ - Thank you for the prompt response. Moving you to bcc.

Ben and Clarke - The Twitter Policy team would like to share an update on our work to combat covid misinformation while also sharing reliable covid information. Do you have time to meet early next week? Perhaps Tuesday afternoon at 1 or 230? Otherwise we are happy to look at other times.

Thank you in advance.

██████████

On Thu, Feb 18, 2021 at 3:45 PM ██████████ @jbtpt.org› wrote:

Hey ██████

I'm about to roll off, but Ben and Clarke would be the folks to connect with on this.

Thanks!

██████

On Thu, Feb 18, 2021 at 3:34 PM ██████████ @twitter.com› wrote:

Gentlemen -

We would like to update you on some additional measure Twitter taking regarding covid. Do you have time on Tuesday afternoon of next week?

Are you two still the appropriate contacts? If not, please feel free to point me in another direction.

██████████

MOLA_DEFSPROD_00016278

**From:** ███████████ @fb.com]
**Sent:** 2/24/2021 8:48:20 PM
**To:** Flaherty, Robert EOP/WHO ██████ @who.eop.gov]
**CC:** Clarke.Humphrey ████████ @who.eop.gov]; Rowe, Courtney (who.eop.gov)
████████ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ███████ @hhs.gov];
████████ @fb.com]; ███████ @fb.com]; ███████ @fb.com];
████████ @fb.com]
**Subject:** Re: [EXTERNAL] Misinfo Themes

**Flag:** Follow up

Hoping to cover a lot of that Monday—still working on data we can share, etc

Can definitely go into detail on content that doesn't violate like below but could contribute to vaccine hesitancy.

███

███████

**facebook, inc.** | politics & government
████████ @fb.com

On Feb 24, 2021, at 8:41 PM, Flaherty, Robert EOP/WHO < ████████ @who.eop.gov> wrote:

Awesome. This is helpful. Can you give us a sense of volume on these, and some metrics around rhe scale of removal for each?

Can you also give us a sense of misinformation that might be falling outside of your removal policies?

Goes without saying, just because it's on your list for removal hasn't historically meant that it was removed, so I want to get a sense of the state of play here!

Thanks, all.

Sent from my iPhone

On Feb 24, 2021, at 7:54 PM, ████████ @fb.com> wrote:

Hi all,

Following up on your request for COVID-19 misinfo themes we are seeing. All the below claims violate our updated Covid and vaccine misinformation policies that we announced earlier this month, and we are removing these claims from our platforms:

**Theme 1: Vaccine Toxicity:** Claims that the vaccine contains aborted fetal tissue, has microchips embedded in it, toxic levels of aluminum, etc.

**Theme 2: False Claims About Side Effects of Vaccine:** Claims that vaccines will cause autism, the vaccine changes DNA, causes infertility, etc.

**Theme 3: Comparing the Covid Vaccine to the Flu Vaccine:** That you are more likely to die after the COVID vaccine than after the flu vaccine.

**Theme 4: Downplaying Severity of COVID-19:** Claims that COVID-19 is a hoax, not any worse than the flu, etc.

Looking forward to continuing this conversation on Monday.

Best,

▬

▬

**facebook, inc.** | politics & government

▬@fb.com

**From:** ▮▮▮▮▮▮@fb.com]
**Sent:** 2/24/2021 7:53:57 PM
**To:** Flaherty, Robert EOP/WHO ▮▮▮ @who.eop.gov]; Clarke.Humphrey▮▮▮ @who.eop.gov];
Rowe, Courtney (who.eop.gov) @who.eop.gov]; Peck, Joshua (HHS/ASPA) ▮▮▮ @hhs.gov]
**CC:** ▮▮▮▮▮▮ @fb.com]; ▮▮▮ @fb.com]; ▮▮▮ @fb.com];
▮▮▮▮ @fb.com]
**Subject:** Misinfo Themes

**Flag:** Follow up

Hi all,

Following up on your request for COVID-19 misinfo themes we are seeing. All the below claims violate our updated Covid and vaccine misinformation policies that we announced earlier this month, and we are removing these claims from our platforms:

**Theme 1: Vaccine Toxicity:** Claims that the vaccine contains aborted fetal tissue, has microchips embedded in it, toxic levels of aluminum, etc.
**Theme 2: False Claims About Side Effects of Vaccine:** Claims that vaccines will cause autism, the vaccine changes DNA, causes infertility, etc.
**Theme 3: Comparing the Covid Vaccine to the Flu Vaccine:** That you are more likely to die after the COVID vaccine than after the flu vaccine.
**Theme 4: Downplaying Severity of COVID-19:** Claims that COVID-19 is a hoax, not any worse than the flu, etc.

Looking forward to continuing this conversation on Monday.

Best,

▮▮

**facebook, inc.** | politics & government
▮▮▮ @fb.com

| From: | ▮▮▮▮▮▮▮▮▮▮@fb.com] | | |
|---|---|---|---|
| Sent: | 2/24/2021 7:49:36 PM | | |
| To: | Flaherty, Robert EOP/WHO▮ | ▮who.eop.gov] | |
| CC: | Clarke.Humphrey ▮ | @who.eop.gov]; | ▮@fb.com]; Rowe, Courtney |
| | (who.eop.gov) ▮ | @who.eop.gov]; | @fb.com]; |
| | ▮@fb.com]; | | @fb.com]; Peck, Joshua (HHS/ASPA) ▮ ▮hhs.gov] |
| Subject: | Re: Facebook proposal to help mitigate vaccination hesitancy | | |

Flag:     Follow up

Hi All,

Thanks for the productive meeting yesterday — we're excited about the potential here with the CDC.
*(Side note, the misinfo themes we're seeing will be forthcoming in a separate email.)*

We will be proposing to the CDC a phased marketing approach, which will build and scale as the vaccine becomes more widely available. Our target audience is people eligible to get the vaccine and their family and friends. The goal is to get vaccinated people to change their profile frame and share with their network that they've been vaccinated.

**Phase 1 - February**
Introduce profile frames on Facebook (i.e. Frames Tray & Profile) and begin to drive adoption among Public Figures.

o          Invite Public Figures on FB who have publicly shared that they have gotten the vaccine to update their profile frames via targeted outreach

o          Uprank the Frame in the Frames tray on Facebook

o          Feature the Frame in the footer of Profile Pic updates

**Phase 2 – March**
Building on our Phase 1 efforts, we will expand the Frames' visibility among people who have been vaccinated.

o          Accelerate Public Figures outreach for CDC to engage Public Figures and news, sports, entertainment, and media partners via scaled newsletters.

o          Joint Press Moment (similar to the NHS announcement we shared earlier this week)

o          Aggregation of stories of friends adopting the frames to be featured in the Newsfeed

o          A Profile prompt targeted to those eligible for the vaccine by job, age group, etc. This will expand as vaccine availability expands.

o          An in-feed notification targeting those who are eligible.

This effort is a whole of platform approach, meeting users where they are and we believe would positively impact vaccine adoption and curb vaccine hesitancy. This is what our teams have also shared with the CDC, and we're looking forward to continuing this partnership.

Best,

▮▮▮▮

▮▮▮▮▮▮▮

**facebook, inc.** | politics & government
▮▮▮▮▮▮▮▮▮▮ @fb.com

**From:** Flaherty, Robert EOP/WHO ████████████@who.eop.gov>
**Date:** Sunday, February 21, 2021 at 8:35 PM
**To:** ████████████ @fb.com>, Qureshi, Hoor EOP/WHO ████████████@who.eop.gov>
**Cc:** Humphrey, Clarke EOP/WHO ████████████@who.eop.gov>, ████████████@fb.com>, Rowe, Courtney M. EOP/WHO ████████████@who.eop.gov>, ████████████@fb.com>, ████████████@fb.com>, ████████████@fb.com>, Peck, Joshua (HHS/ASPA) ████████████@hhs.gov>

**Subject:** RE: Facebook proposal to help mitigate vaccination hesitancy

In the interest of making sure everyone's prepared, one of the questions I'll have around this initiative is around algorithmic promotion (eg: when someone changes their profile picture, do higher number of their friends see it).

Relatedly, I'm wondering what plans are in the works (if any) to replicate the strategy you deployed around lock downs – the "stay at home" stickers/promoted Instagram story.

Looking forward!

**From:** ████████████@fb.com>
**Sent:** Sunday, February 21, 2021 5:39 PM
**To:** Qureshi, Hoor EOP/WHO ████████████@who.eop.gov>
**Cc:** Humphrey, Clarke EOP/WHO ████████████@who.eop.gov>; Flaherty, Robert EOP/WHO ████████████@who.eop.gov>; ████████████@fb.com>; Rowe, Courtney M. EOP/WHO ████████████@who.eop.gov>; ████████████@fb.com>; ████████████@fb.com>; ████████████@fb.com>; Peck, Joshua (HHS/ASPA) ████████████@hhs.gov>

**Subject:** [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Thank you, Hoor!

**facebook, inc.** | politics & government
████████████@fb.com

On Feb 21, 2021, at 5:26 PM, Qureshi, Hoor EOP/WHO ████████████@who.eop.gov> wrote:

Great, just send around an invite for Tuesday! I'll keep an eye out to schedule another conversation for later this week.

Best,
Hoor

**From:** ████████████@fb.com>
**Sent:** Sunday, February 21, 2021 4:36 PM
**To:** Qureshi, Hoor EOP/WHO ████████████@who.eop.gov>
**Cc:** Humphrey, Clarke EOP/WHO ████████████@who.eop.gov>; ████████████@fb.com>; Flaherty, Robert EOP/WHO ████████████@who.eop.gov>; Rowe, Courtney M. EOP/WHO ████████████@who.eop.gov>; ████████████@fb.com>; ████████████@fb.com>; ████████████@fb.com>; Peck, Joshua (HHS/ASPA) ████████████@hhs.gov>

**Subject:** [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

That's great — let's go ahead and lock in Tuesday — and just to make sure we aren't crossing conversations with similar teams — Tuesday we'll be talking Frames and why don't we try for a misinfo/disinfo later in the week.

I'll get availability from our misinfo / disinfo folks tomorrow and loop back.

**facebook, inc.** | politics & government
@fb.com

On Feb 21, 2021, at 3:34 PM, Qureshi, Hoor EOP/WHO < @who.eop.gov> wrote:

Hello! Tuesday at 12:30pm would be better for Rob's schedule, and Wednesday is also mostly open as of now if that works better for folks!

From: Humphrey, Clarke EOP/WHO
Sent: Sunday, February 21, 2021 2:16 PM
To: @fb.com>; Flaherty, Robert EOP/WHO < @who.eop.gov>;
@fb.com>; Rowe, Courtney M. EOP/WHO @who.eop.gov>; Qureshi, Hoor EOP/WHO
@who.eop.gov>
Cc: @fb.com>; @fb.com>; @fb.com>; Peck,
Joshua (HHS/ASPA) < @hhs.gov>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy

Looping @Qureshi, Hoor EOP/WHO<mailto @who.eop.gov> here – Hoor does one of these times work for
Rob on Monday or Tuesday?

From: @fb.com>
Sent: Friday, February 19, 2021 3:29 PM
To: Flaherty, Robert EOP/WHO @who.eop.gov>; Humphrey, Clarke EOP/WHO
@who.eop.gov>; @fb.com>; Rowe, Courtney M. EOP/WHO
@who.eop.gov>
Cc: @fb.com>; @fb.com>; @fb.com>; Peck,
Joshua (HHS/ASPA) < @hhs.gov>
Subject: [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Great!
Our team could do the following—if we look into Wednesday we may have some more options, but let's start with
these:

Monday 12-1230pm
Tuesday 1230-1pm

From: Flaherty, Robert EOP/WHO @who.eop.gov>
Date: Friday, February 19, 2021 at 2:07 PM
To: Humphrey, Clarke EOP/WHO < @who.eop.gov>, @fb.com>

██████ @fb.com>, Rowe, Courtney M. EOP/WHO ██████ ██████ @who.eop.gov>

Cc: ██████ @fb.com>, ██████ @fb.com>, ██████ @fb.com>, Peck,
Joshua (HHS/ASPA) < ██████ @hhs.gov>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy
Adding Josh here, too.

Agree we should chat about this and what other initiatives you guys are cooking on, as well as a convo on mis and dis.

Looking forward.

From: Humphrey, Clarke EOP/WHO
Sent: Friday, February 19, 2021 2:03 PM
To: ██████ @fb.com>; ██████ @fb.com>; Rowe, Courtney M. EOP/WHO
< ██████ @who.eop.gov>; Flaherty, Robert EOP/WHO < ██████ @who.eop.gov>
Cc: ██████ @fb.com>; ██████ @fb.com>; ██████ @fb.com>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy

Thanks, ██████ We'd love to chat more about this. Do you have some time blocks on Monday or Tuesday that might work and I can try to get something scheduled?

From: ██████ @fb.com>
Sent: Friday, February 19, 2021 1:20 PM
To: ██████ @fb.com>; Rowe, Courtney M. EOP/WHO < ██████ @who.eop.gov>; Flaherty,
Robert EOP/WHO < ██████ @who.eop.gov>; Humphrey, Clarke EOP/WHO < ██████ @who.eop.gov>
Cc: ██████ @fb.com>; ██████ @fb.com>; ██████ @fb.com>
Subject: [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Hi All —

Following up here — the UK's NHS has two Profile Frames that went live today<%3ehttps:/%3ewww.gov.uk/government/news/new-campaign-to-support-vaccine-roll-out-backed-by-social-media-companies-and-british-institutions%3c%3c>, which look like this (mocked up on my testing profile below). They're quite a powerful tool for showing solidarity / involvement — would be great to talk early next week to discuss using it for US vaccine campaigns.

██████

[Graphical user interface  Description automatically generated]
██████

facebook, inc. | politics & government

██████ @fb.com<mailto ██████ @fb.com>

From: ██████ @fb.com>
Date: Thursday, February 18, 2021 at 2:02 PM
To: Rowe, Courtney M. EOP/WHO ██████ @who.eop.gov>, Flaherty, Robert EOP/WHO
< ██████ @who.eop.gov>, Humphrey, Clarke EOP/WHO < ██████ @who.eop.gov>
Cc: ██████ @fb.com>, ██████ @fb.com>, ██████ @fb.com>,
██████ @fb.com>
Subject: Facebook proposal to help mitigate vaccination hesitancy
Good afternoon Courtney, Rob, and Clarke,

I hope everyone is doing well and taking care amidst this wintry weather. I'm reaching out today with an immediate idea from the team that we think will significantly help with outreach/hard to reach communities to help mitigate vaccination hesitancy. For our part, we have some of our product reps available to speak more deeply to the profile frames proposal

MOLA_DEFSPROD_00016285

below at your soonest availability.

I also want to circle back on the misinfo meeting we are looking forward to having. It would include some new insights we have and a deeper discussion of what more we can do. We think best to have the proper reps to include yourself, HHS and CDC. Can we look to you to help surface dates that this can take place soon? We also spoke to Josh at HHS about the frame proposal below and they are also looking forward to a deeper discussion on that and a discussion on misinformation. We are not sure the appropriate rep at CDC that you would suggest for the misinformation meeting, but we look forward to meeting with the team you bring together.

Profile Frames: Some governments and NGO partners worldwide are currently executing campaigns on Facebook encouraging people to share that they got vaccinated (or plan to) in order to normalize getting the vaccine. For example, some partners plan to execute a major campaign starting next week centered around profile frames and similar assets on Facebook and Instagram (e.g. "I'm COVID vaccinated") that people can opt-into. This campaign can also activate a broad set of trusted influencers and public figures to help. These partners asked us to partner with them in promo ting this campaign, which we are fully supporting.

As such, we believe that a similar effort could make a significant difference around vaccination intent in the US and we would like to explore supporting such a campaign here. Given the scale of our platforms and daily reach, a well-executed campaign could be seen by millions of people in the United States alone, and potentially help change attitudes toward vaccination.

Attached are some initial design explorations that we are iterating on. These are not final design templates (more for illustrative purposes). We can provide the final templates to you by Friday.

We're also happy to further discuss how we believe this can help gain momentum around vaccine uptake and confidence, and explore how we can support promotional efforts to drive adoption of these frames. Once you're comfortable and in a position to move forward, we would just need the digital teams to upload the frames through the official Facebook accounts you'd like to use; we're also happy to hel p the teams do this.

We are excited to explore partnering with the US government on this and make a significant difference around vaccination intent domestically. We can move as fast as needed to activate this campaign.

[n+u3oTZXDE6OAAAAABJRU5ErkJggg==]


--On Behalf of the Facebook team

[signature_985899609]

U.S. Public Policy
Facebook<%3ehttps:/about.fb.com/%3c>



**From:** ███████████ @fb.com]
**Sent:** 2/21/2021 8:36:50 PM
**To:** Flaherty, Robert EOP/WHO ████████ @who.eop.gov]
**CC:** Qureshi, Hoor EOP/WHO ████████ @who.eop.gov]; Clarke.Humphrey ████████ @who.eop.gov];
████████ @fb.com]; Rowe, Courtney (who.eop.gov) ████████ @who.eop.gov];
███████ @fb.com]; ████████ @fb.com]; ████████ @fb.com]; Peck, Joshua
████████ @hhs.gov]

**Subject:** Re: Facebook proposal to help mitigate vaccination hesitancy

**Flag:** Follow up

Great!

████████

**facebook, inc.** | politics & government
████████ @fb.com

On Feb 21, 2021, at 8:35 PM, Flaherty, Robert EOP/WHO <████████ @who.eop.gov> wrote:

In the interest of making sure everyone's prepared, one of the questions I'll have around this initiative is around algorithmic promotion (eg: when someone changes their profile picture, do higher number of their friends see it).

Relatedly, I'm wondering what plans are in the works (if any) to replicate the strategy you deployed around lock downs – the "stay at home" stickers/promoted Instagram story.

Looking forward!

**From:** ████████ @fb.com>
**Sent:** Sunday, February 21, 2021 5:39 PM
**To:** Qureshi, Hoor EOP/WHO <████████ @who.eop.gov>
**Cc:** Humphrey, Clarke EOP/WHO <████████ @who.eop.gov>; Flaherty, Robert EOP/WHO
████████ @who.eop.gov>; ████████ @fb.com>; Rowe, Courtney M. EOP/WHO
████████ @who.eop.gov>; ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>; Peck, Joshua (HHS/ASPA) ████████ @hhs.gov>
**Subject:** [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Thank you, Hoor!

████████

**facebook, inc.** | politics & government
████████ @fb.com

On Feb 21, 2021, at 5:26 PM, Qureshi, Hoor EOP/WHO <████████ @who.eop.gov> wrote:

Great, just send around an invite for Tuesday! I'll keep an eye out to schedule another conversation for later this week.

Best,

Hoor

**From** ███████████ @fb.com>
**Sent:** Sunday, February 21, 2021 4:36 PM
**To:** Qureshi, Hoor EOP/WHO ◄██████ @who.eop.gov>
**Cc:** Humphrey, Clarke EOP/WHO ◄██████████ @who.eop.gov>; Flaherty, Robert EOP/WHO
███████ @who.eop.gov>; ███████████ @fb.com>; Rowe, Courtney M. EOP/WHO
███████████ @who.eop.gov>; ██████████ @fb.com>; ███████████ @fb.com>; ██████
███████████ @fb.com>; Peck, Joshua (HHS/ASPA) ◄██████ @hhs.gov>
**Subject:** [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

That's great — let's go ahead and lock in Tuesday — and just to make sure we aren't crossing conversations with similar teams — Tuesday we'll be talking Frames and why don't we try for a misinfo/disinfo later in the week.

I'll get availability from our misinfo / disinfo folks tomorrow and loop back.

███████

███████

**facebook, inc.** | politics & government
███████████ @fb.com

On Feb 21, 2021, at 3:34 PM, Qureshi, Hoor EOP/WHO ███████ @who.eop.gov> wrote:

Hello! Tuesday at 12:30pm would be better for Rob's schedule, and Wednesday is also mostly open as of now if that works better for folks!

From: Humphrey, Clarke EOP/WHO
Sent: Sunday, February 21, 2021 2:16 PM
To: ███████████ @fb.com>; Flaherty, Robert EOP/WHO ◄██████ @who.eop.gov>; ██████████ @fb.com>; Rowe, Courtney M. EOP/WHO ███████ @who.eop.gov>; Qureshi, Hoor EOP/WHO ███████████ @who.eop.gov>
Cc: ███████ @fb.com>; ███████ @fb.com>; ███████████ @fb.com>; Peck, Joshua (HHS/ASPA) ◄██████ @hhs.gov>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy

Looping @Qureshi, Hoor EOP/WHO<mailto ███████ @who.eop.gov> here – Hoor does one of these times work for Rob on Monday or Tuesday?

From: ███████████ @fb.com>
Sent: Friday, February 19, 2021 3:29 PM
To: Flaherty, Robert EOP/WHO ◄██████ @who.eop.gov>; Humphrey, Clarke EOP/WHO ███████████ @who.eop.gov>; ███████████ @fb.com>; Rowe, Courtney M. EOP/WHO ███████████ @who.eop.gov>
Cc: ███████ @fb.com>; ███████ @fb.com>; ███████████ @fb.com>; Peck, Joshua (HHS/ASPA) ◄██████ @hhs.gov>
Subject: [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Great!

Our team could do the following—if we look into Wednesday we may have some more options, but let's start with these:

Monday 12-1230pm
Tuesday 1230-1pm

█████

From: Flaherty, Robert EOP/WHO ███████ @who.eop.gov>
Date: Friday, February 19, 2021 at 2:07 PM
To: Humphrey, Clarke EOP/WHO ███████ @who.eop.gov>, ███████ @fb.com>, █████
█████ @fb.com>, Rowe, Courtney M. EOP/WHO ███████ @who.eop.gov>
Cc: █████ @fb.com>, ███████ @fb.com>, Peck,
Joshua (HHS/ASPA) ███████ @hhs.gov>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy
Adding Josh here, too.

Agree we should chat about this and what other initiatives you guys are cooking on, as well as a convo on mis and dis.

Looking forward.

From: Humphrey, Clarke EOP/WHO
Sent: Friday, February 19, 2021 2:03 PM
To: █████ @fb.com>, ███████ @fb.com>; Rowe, Courtney M. EOP/WHO
█████ @who.eop.gov>; Flaherty, Robert EOP/WHO ███████ @who.eop.gov>
Cc: █████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>
Subject: RE: Facebook proposal to help mitigate vaccination hesitancy

Thanks, █████ We'd love to chat more about this. Do you have some time blocks on Monday or Tuesday that might work and I can try to get something scheduled?

From: █████ @fb.com>
Sent: Friday, February 19, 2021 1:20 PM
To: █████ @fb.com>; Rowe, Courtney M. EOP/WHO █████ @who.eop.gov>; Flaherty,
Robert EOP/WHO ███████ @who.eop.gov>; Humphrey, Clarke EOP/WHO ███████ @who.eop.gov>
Cc: █████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>
Subject: [EXTERNAL] Re: Facebook proposal to help mitigate vaccination hesitancy

Hi All—

Following up here — the UK's NHS has two Profile Frames that went live today<%3ehttps://%3ewww.gov.uk/government/news/new-campaign-to-support-vaccine-roll-out-backed-by-social-media-companies-and-british-institutions%3c%3c>, which look like this (mocked up on my testing profile below). They're quite a powerful tool for showing solidarity / involvement — would be great to talk early next week to discuss using it for US vaccine campaigns.

█████

[Graphical user interface   Description automatically generated]
█████

facebook, inc. | politics & government
█████ @fb.com<mailto █████ @fb.com>

From: █████ @fb.com>

Date: Thursday, February 18, 2021 at 2:02 PM
To: Rowe, Courtney M. EOP/WHO ⟨                    ⟩@who.eop.gov>, Flaherty, Robert EOP/WHO
⟨        ⟩@who.eop.gov>, Humphrey, Clarke EOP/WHO ⟨            ⟩@who.eop.gov>
Cc:            @fb.com>,                          @fb.com>,                    @fb.com>,
               @fb.com>

Subject: Facebook proposal to help mitigate vaccination hesitancy
Good afternoon Courtney, Rob, and Clarke,

I hope everyone is doing well and taking care amidst this wintry weather. I'm reaching out today with an immediate idea from the team that we think will significantly help with outreach/hard to reach communities to help mitigate vaccination hesitancy. For our part, we have some of our product reps available to speak more deeply to the profile frames proposal below at your soonest availability.

I also want to circle back on the misinfo meeting we are looking forward to having. It would include some new insights we have and a deeper discussion of what more we can do. We think best to have the proper reps to include yourself, HHS and CDC. Can we look to you to help surface dates that this can take place soon? We also spoke to Josh at HHS about the frame proposal below and they are also looking forward to a deeper discussion on that and a discussion on misinformation. We are not sure the appropriate rep at CDC that you would suggest for the misinformation meeting, but we look forward to meeting with the team you bring together.

Profile Frames: Some governments and NGO partners worldwide are currently executing campaigns on Facebook encouraging people to share that they got vaccinated (or plan to) in order to normalize getting the vaccine. For example, some partners plan to execute a major campaign starting next week centered around profile frames and similar assets on Facebook and Instagram (e.g. "I'm COVID vaccinated") that people can opt-into. This campaign can also activate a broad set of trusted influencers and public figures to help. These partners asked us to partner with them in promoting this campaign, which we are fully supporting.

As such, we believe that a similar effort could make a significant difference around vaccination intent in the US and we would like to explore supporting such a campaign here. Given the scale of our platforms and daily reach, a well-executed campaign could be seen by millions of people in the United States alone, and potentially help change attitudes toward vaccination.

Attached are some initial design explorations that we are iterating on. These are not final design templates (more for illustrative purposes). We can provide the final templates to you by Friday.

We're also happy to further discuss how we believe this can help gain momentum around vaccine uptake and confidence, and explore how we can support promotional efforts to drive adoption of these frames. Once you're comfortable and in a position to move forward, we would just need the digital teams to upload the frames through the official Facebook accounts you'd like to use; we're also happy to help the teams do this.

We are excited to explore partnering with the US government on this and make a significant difference around vaccination intent domestically. We can move as fast as needed to activate this campaign.

[n+u3oTZXDE6OAAAAABJRU5ErkJggg==]

-On Behalf of the Facebook team

[signature_985899609]



U.S. Public Policy
Facebook<%3ehttps:/about.fb.com/%3c>

| | |
|---|---|
| **From:** | ███████████@fb.com] |
| **Sent:** | 2/13/2021 12:15:34 PM |
| **To:** | Peck, Joshua (HHS/ASPA) ███████ @hhs.gov]; ████████████████ @hhs.gov] |
| **CC:** | ████████@fb.com]; ████████@fb.com]; |
| | ████████@fb.com]; ████████@fb.com] |
| **Subject:** | Re: COVID-19 Outreach to communities worldwide |

**Flag:** Follow up

Thank you Josh,

I sent an invite for noon on Wednesday to hold the time. We look forward to speaking with you and the team.

Have a good weekend.

Best,

███████

**From:** "Peck, Joshua (HHS/ASPA)" ███████ @hhs.gov>
**Date:** Saturday, February 13, 2021 at 12:01 PM
**To:** ███████████@fb.com>, ████████████████@hhs.gov>
**Cc:** ███████████@fb.com>, ████████@fb.com>,
███████@fb.com>, ████████@fb.com>
**Subject:** RE: COVID-19 Outreach to communities worldwide

Hi all,

Thank you for this update. Let's schedule a time to connect next week. Do you have availability on Tuesday at 1 or Wednesday at 12 or 2:30 PM ET?

JFAP

**From:** ███████████@fb.com>
**Sent:** Friday, February 12, 2021 4:38 PM
**To:** ████████████████@hhs.gov>; Peck, Joshua (HHS/ASPA) <████████@hhs.gov>
**Cc:** ███████████@fb.com>; ████████@fb.com>;
███████@fb.com>; ████████@fb.com>
**Subject:** Re: COVID-19 Outreach to communities worldwide

One quick follow-up ███████ and Josh,

CDC is aware that we have set aside 14.5 million in Facebook Ad Credits for them, but we have done the same amount for HHS for use in any COVID-19 campaigns you may want to run for outreach to communities. This will really increase your ability to reach hard to reach communities nation-wide. We planned to discuss this in detail during our meeting, but sharing here in case that meeting is delayed.

Best,

**From:** ████████████████ @fb.com>
**Date:** Friday, February 12, 2021 at 12:50 PM
**To:** ████████████████████ @hhs.gov>, "Peck, Joshua (HHS/ASPA)"
████████ @hhs.gov>
**Cc:** ████████ @fb.com>, ████████████ @fb.com>,
████████ @fb.com>

**Subject:** Re: COVID-19 Outreach to communities worldwide

Hi ████████

Hope you are well. I know that you wanted to follow up by end of week and we do still have a half day left still. So please consider this a friendly follow-up to see what you may be thinking for schedules for next week.

Best,

████████

**From:** ████████████████████████ @hhs.gov>
**Date:** Wednesday, February 10, 2021 at 8:53 PM
**To:** ████████ @fb.com>, "Peck, Joshua (HHS/ASPA)" ████ @hhs.gov>
**Cc:** ████████ @fb.com>, ████████ @fb.com>,
████████ @fb.com>

**Subject:** RE: COVID-19 Outreach to communities worldwide

████████ we so appreciate you reaching out and keeping this on our radar. Let me circle back with you by the end of this week on a good time for both Josh and I.

Thanks

**From:** ████████████ @fb.com>
**Sent:** Wednesday, February 10, 2021 1:42 PM
**To:** Peck, Joshua (HHS/ASPA) ████ @hhs.gov>; ████████████ @hhs.gov>
**Cc:** ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>

**Subject:** Re: COVID-19 Outreach to communities worldwide

Hi Josh and ████████

I also wanted to follow-up with you on setting up a meeting to discuss possible ways that that HHS/broader health agencies can use social media for COVID-19 vaccination education and outreach. We have some of the traditional ways that you are aware of, but we also have areas that we have developed over the past year with several of our non-profit partners.

We know it's a very busy time for all of you, but didn't want to let too much time go by on that time-sensitive item.

Do let me know if meeting to discuss/meet with our teams working on some of the various work we shared with you in previous emails makes sense this week or next?

Best,

**From:** ████████████████ @fb.com>
**Date:** Monday, February 8, 2021 at 1:19 PM
**To:** "Peck, Joshua (HHS/ASPA)" ████████ @hhs.gov>,
████████ @hhs.gov>
**Cc:** ████████ @fb.com>, ████████ @fb.com>,
████████ @fb.com>

**Subject:** COVID-19 Outreach to communities worldwide

Good afternoon Josh and ████████

We wanted to make sure you saw our announcements today about running the largest worldwide campaign to promote authoritative COVID-19 vaccine information and expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. More details are in our Newsroom: authoritative COVID-19 vaccine information and COVID-19 and vaccine misinformation.

### Helping People Find Where and When They Can Get Vaccinated

• Starting this week, we'll feature links in the COVID-19 Information Center to local ministry of health websites to help people understand whether they're eligible to get vaccinated and how to do so.

• And in the coming weeks, as more information becomes available, we'll continue to improve this feature, making it easier for people to see where and when they can get vaccinated in just a few taps.

### Sharing Credible Information About COVID-19 Vaccines

• We're working with health organizations and community leaders to run campaigns on our platform promoting accurate information about COVID-19 vaccines and encouraging people to get vaccinated.

• We're giving over $120 million in ad credits to help health ministries, NGOs and UN agencies reach billions of people around the world with COVID-19 vaccine and preventive health information.

• In the US, we're partnering with the Johns Hopkins Bloomberg School of Public Health to reach Native American communities, Black communities and Latinx communities, among others, with science and evidence-based content that addresses the questions and concerns these communities have.

• We're also working with AARP to reach Americans over 50 with educational content about COVID-19 vaccines, including Spanish-language content designed to reach Latinx and Hispanic communities.

### Combating Vaccine Misinformation

• We are expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. Since December, we've removed false claims about COVID-19 vaccines that have been debunked by public health experts.

• Today, following consultations with leading health organizations, including the World Health Organization (WHO), we are expanding the list of false claims we will remove to include additional debunked claims about the coronavirus and vaccines. We already prohibit these claims in ads.

• Groups, Pages and accounts on Facebook and Instagram that repeatedly share these debunked claims may be removed altogether. We are also requiring some admins for groups with admins or members who have violated our COVID-19 policies to temporarily approve all posts within their group.

• When people search for vaccine or COVID-19 related content on Facebook, we promote relevant, authoritative results and provide third-party resources to connect people to expert information about vaccines. On Instagram, in addition to surfacing authoritative results in Search, in the coming weeks we're making it harder to find accounts in search that discourage people from getting vaccinated.

• As we noted last month in response to guidance from the Oversight Board, we are committed to providing more transparency around these policies. You can read the detailed updates in Facebook's Community Standards and in our Help Center.

**Providing Data to Inform Effective Vaccine Delivery**

•       Last year, we began collaborating with Carnegie Mellon University Delphi Research Group and the University of Maryland on COVID-19 surveys about symptoms people are experiencing, mask wearing behaviors and access to care. With over 50 million responses to date, the survey program is one of the largest ever conducted and has helped health researchers better monitor and forecast the spread of COVID-19.

•       To help guide the effective delivery of COVID-19 vaccines, the survey data will provide a better understanding of trends in vaccine intent across sociodemographics, race, geography and more. The scale of the survey will also allow for faster updates on changes in trends, such as whether vaccine intent is going up or down in California in a given week and better insights on how vaccine intent varies at a local level. We'll share these new insights including vaccine attitudes at a county level in the US as well as globally.

These new policies and programs will help us continue to take aggressive action against misinformation about COVID-19 and vaccines and help people find where and when they can get vaccinated. You can read more about how we're supporting COVID-19 relief efforts and keeping people informed at our COVID-19 action page.

-On Behalf of the Facebook team

## FACEBOOK

U.S. Public Policy
Facebook

| From: | @fb.com] | | | |
|---|---|---|---|---|
| Sent: | 2/8/2021 1:19:45 PM | | | |
| To: | Peck, Joshua (HHS/ASPA) | @hhs.gov] | | @hhs.gov] |
| CC: | @fb.com]; | | @fb.com]; | |
| | @fb.com] | | | |
| Subject: | COVID-19 Outreach to communities worldwide | | | |

Flag:      Follow up

Good afternoon Josh and

We wanted to make sure you saw our announcements today about running the largest worldwide campaign to promote authoritative COVID-19 vaccine information and expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. More details are in our Newsroom: authoritative COVID-19 vaccine information and COVID-19 and vaccine misinformation.

### Helping People Find Where and When They Can Get Vaccinated

• Starting this week, we'll feature links in the COVID-19 Information Center to local ministry of health websites to help people understand whether they're eligible to get vaccinated and how to do so.

• And in the coming weeks, as more information becomes available, we'll continue to improve this feature, making it easier for people to see where and when they can get vaccinated in just a few taps.

### Sharing Credible Information About COVID-19 Vaccines

• We're working with health organizations and community leaders to run campaigns on our platform promoting accurate information about COVID-19 vaccines and encouraging people to get vaccinated.

• We're giving over $120 million in ad credits to help health ministries, NGOs and UN agencies reach billions of people around the world with COVID-19 vaccine and preventive health information.

• In the US, we're partnering with the Johns Hopkins Bloomberg School of Public Health to reach Native American communities, Black communities and Latinx communities, among others, with science and evidence-based content that addresses the questions and concerns these communities have.

• We're also working with AARP to reach Americans over 50 with educational content about COVID-19 vaccines, including Spanish-language content designed to reach Latinx and Hispanic communities.

### Combating Vaccine Misinformation

• We are expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. Since December, we've removed false claims about COVID-19 vaccines that have been debunked by public health experts.

• Today, following consultations with leading health organizations, including the World Health Organization (WHO), we are expanding the list of false claims we will remove to include additional debunked claims about the coronavirus and vaccines. We already prohibit these claims in ads.

• Groups, Pages and accounts on Facebook and Instagram that repeatedly share these debunked claims may be removed altogether. We are also requiring some admins for groups with admins or members who have violated our COVID-19 policies to temporarily approve all posts within their group.

• When people search for vaccine or COVID-19 related content on Facebook, we promote relevant, authoritative results and provide third-party resources to connect people to expert information about vaccines. On Instagram, in addition to surfacing authoritative results in Search, in the coming weeks we're making it harder to find accounts in search that discourage people from getting vaccinated.

• As we noted last month in response to guidance from the Oversight Board, we are committed to providing more transparency around these policies. You can read the detailed updates in Facebook's Community Standards and in our Help Center.

### Providing Data to Inform Effective Vaccine Delivery

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 84-1  Filed 10/06/22  Page 35 of 57 PageID #:
3325

• Last year, we began collaborating with Carnegie Mellon University Delphi Research Group and the University of Maryland on COVID-19 surveys about symptoms people are experiencing, mask wearing behaviors and access to care. With over 50 million responses to date, the survey program is one of the largest ever conducted and has helped health researchers better monitor and forecast the spread of COVID-19.

• To help guide the effective delivery of COVID-19 vaccines, the survey data will provide a better understanding of trends in vaccine intent across sociodemographics, race, geography and more. The scale of the survey will also allow for faster updates on changes in trends, such as whether vaccine intent is going up or down in California in a given week and better insights on how vaccine intent varies at a local level. We'll share these new insights including vaccine attitudes at a county level in the US as well as globally.

These new policies and programs will help us continue to take aggressive action against misinformation about COVID-19 and vaccines and help people find where and when they can get vaccinated. You can read more about how we're supporting COVID-19 relief efforts and keeping people informed at our COVID-19 action page.

-On Behalf of the Facebook team

## FACEBOOK

U.S. Public Policy
Facebook

MOLA_DEFSPROD_00016358

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com]
**Sent:** 2/3/2021 1:45:51 AM
**To:** Rowe, Courtney (who.eop.gov)▮▮▮▮▮▮▮ @who.eop.gov]; Peck, Joshua (HHS/ASPA)
▮▮▮▮▮▮▮ @hhs.gov]; Flaherty, Robert EOP/WHO▮▮▮▮▮▮ @who.eop.gov]; Clarke.Humphrey
▮▮▮▮▮▮▮ @who.eop.gov]
**CC:** ▮▮▮▮▮▮▮ @fb.com]
**Subject:** Re: [EXTERNAL] Re: Thanks—

**Flag:** Follow up

Good morning Courtney, Josh, Rob and Clarke,
I hope all is well.

I wanted to follow-up to determine if you have had a chance to review the note below. Our teams suggested several areas we could have a deeper conversation on in an effort to help support the nation's COVID-19 vaccination efforts.

Best,

▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, January 26, 2021 at 2:21 PM
**To:** "Rowe, Courtney M. EOP/WHO" ▮▮▮▮▮▮ @who.eop.gov>, "Peck, Joshua (HHS/ASPA)"
▮▮▮▮ @hhs.gov>, "Flaherty, Robert EOP/WHO" <▮▮▮▮▮▮ @who.eop.gov>, "Humphrey, Clarke
EOP/WHO" <▮▮▮▮▮▮ @who.eop.gov>
**Cc:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @jbrpt.org>
**Subject:** Re: [EXTERNAL] Re: Thanks—

Good afternoon Courtney, Josh, Rob and Clarke,

Thank you for the call on January 19, just before the inauguration. Congratulations on a memorable ceremony. We are excited to work with you all on our proactive education campaigns to build confidence in COVID-19 vaccines.

Facebook has been meeting with the CDC weekly on Wednesdays (3pm Eastern) for the last year to coordinate on COVID-19 initiatives and pull in relevant teams to leverage our platform in disseminating CDC's latest guidance to the right populations. We remain eager to help the Administration get out health messages around COVID-19 and vaccinations and would like to set up a weekly meeting with you/HHS to move forward on the vaccination work.

As part of our parting discussion, we offered to follow up with you all on a few of the work streams we have that support your mission. You will find those below. We also offered a quick sync on how we have been working with the White House, HHS and CDC and other key departments we are partnering with which we can do when we meet again.

Do let us know if you have questions about the information below and dates and times that work for a weekly meeting.

\*\*\*

# Health partnerships for campaigns and health insights

Over the past year, we've worked with both health organizations and influencers to drive campaigns on topics like mask wearing, social distancing, getting vaccinated for the flu and more. We've found compelling evidence suggesting that

these campaigns can influence people's attitudes and behaviors. Here are some tactics we and our partners have found to work quite well (keeping in mind that there are no hard and fast rules!):

- **Health organizations (nonprofits, academic institutions, etc.)**

o        Health messages that show people a positive action they can take to improve their health are often more motivating than fear-based messaging.

o        Health messages that dispel concerns about safety have been especially effective for vaccine campaigns — for example, one of our partners' most successful flu vaccine campaigns was centered around the message, "No, you cannot get the flu from the flu shot."

o        Many of our partners say they get the best results when designing campaigns with the explicit goal of creating content that viewers will want to share with their friends and family. This enables them to get much broader reach/distribution and also capitalize on the fact that people often trust guidance that comes from their friends and loved ones.

o        Using interest-based targeting for health messaging campaigns has also been successful; one of our partners was able to move the needle around mask-wearing attitudes/behaviors in the US through a campaign where they served different creative to different audiences (e.g., parents with children, Spanish speakers, and rural moderates saw very different content, but all with the central 'wear a mask' message).

- **Other influencers (including public figures)**

o        Engaging celebrities to share content of themselves wearing a mask has been one of our most successful interventions to-date. This summer, we reached out to our public figure partners encouraging them to post content of themselves on Facebook and Instagram with the #WearAMask hashtag. We then amplified this content to reach more people on our platforms. The campaign led to an 8 point increase in perceived social approval (a key indicator of behavior change) to wear a mask among people who viewed the content.

o        *Note:* We've received feedback from our partners that these campaigns would be even more successful if the ask to engage in health campaigns came from a health authority — like the CDC or HHS — instead of from Facebook. This is a key area of partnership that we'd like to explore with your team moving forward: for example, if you are able to help activate influencers and partners for campaigns, we can quite easily amplify the content they post to specific audiences.

- We are also working with some of our partners on COVID-19 vaccine message testing to determine which messages resonate with different communities. One of the partners we're working with here is the Behavioral Insights Team (BIT), an organization that applies nudge theory to inform policy and public services. They recently ran an online experiment to test 7 different messages promoting vaccine confidence and willingness to vaccinate in the US. The Trust building message they tested had the strongest results overall, both among general populations and Black Americans. The specific message that performed the best was: "The COVID-19 vaccine was developed for safety before speed. Over 70,000 people have already tested it, so you can get it safely." BIT has permitted us to include the full results here, attached, in case these can be helpful to you as you design your campaigns — and we're also happy to discuss further.

- In late December, we met with senior CDC career staff around educational campaigns and survey data (our CMU COVID survey below). They immediately understood the value of what we were offering and are interested in collaborating more closely. They are interested in using our large-scale surveys to inform the vaccine response and we are in active discussions on educational campaigns. The meeting was positive and completely focused on substance and impact.

# WhatsApp

- WhatsApp's vaccine support strategy is to partner with governments, health ministries, global health authorities and key healthcare industry stakeholders to provide tools on WhatsApp to help citizens get educated about COVID-19 vaccines, schedule their appointments and get critical updates to get vaccinated.

• In 2020, WhatsApp partnered with the WHO, UNICEF and 100+ governments/health ministries around the world to send critical updates about COVID-19 out to citizens. These efforts positively impacted the lives of tens of millions of people with over 3 billion messages exchanged between citizens and governments.

• In 2021, WhatsApp has established partnerships with the WHO and UNICEF, and is pursuing partnerships with dozens of governments around the world to provide critical last mile support to ensure that people get accurate information about COVID-19 vaccines and get vaccinated. For example, WhatsApp recently partnered with the Ministry of Health in Indonesia to enable people register and get important reminders to get vaccinated. The service was rapidly adopted, with 500,000+ health workers signing up for the service in the first few days of launch.

• **In the US, WhatsApp is seeking to:**

o **Partner with the CDC, HHS, and key health authorities at the state/local level** to empower people on WhatsApp (particularly those in the Latin-X and immigrant/minority communities where WhatsApp usage is high) with accurate information about vaccines, enable people to schedule their vaccine appointments, and send critical updates to remind people to receive their required number of vaccine doses.

o **Leverage Facebook/Instagram ads that click to WhatsApp** campaigns to reach millions of people in the US who can engage directly on WhatsApp with the CDC, HHS, and key health authorities at the state/local level.

• WhatsApp also has an on-going **partnership with the Poynter Institute/International Fact Checking Network** on a fact checking WhatsApp service to combat COVID-19 misinformation in English and Spanish. WhatsApp will continue to accelerate this partnership with planned efforts to educate US citizens in 2021 by combating vaccine related myths and rumors on WhatsApp.

# CrowdTangle

• **Bi-weekly COVID content reports:** We have recently begun sharing bi-weekly COVID content reports with the CDC. The goal of these reports is to share emerging trends, particularly around content to "watch out" for, and provide some localized views on potentially problematic content. Facebook's CrowdTangle tool is used to develop these reports. CrowdTangle is looking at public content only, and analyzes a database that includes a subset of Pages, verified Profiles, public Instagram accounts and Groups. Thus, these reports should be directional and not be the sole source of information or be considered the definitive look at all problematic content on the platform.

• **Access to CrowdTangle:** At the start of the pandemic, CrowdTangle has been in use by the CDC for research and social media monitoring purposes. FEMA has been a user of CrowdTangle since 2015, and has used it to create real-time displays for their various regional teams to support their social media situational awareness efforts and help direct needs or information clarification. The CrowdTangle team has supported these two agencies with trainings, product resources, and list building assistance.

# Facebook Ads

• Supporting government organizations, such as Governments or Ministries of Health, with communication related to COVID-19 became a top priority for us as a company. We mobilized multiple dedicated response teams – including measurement (marketing science) — and worked closely with Facebook Marketing Partners (FMPs) to ensure that people were adequately informed by their governments and knew where to go for resources. We've provided more than $35M worth of ad coupons and extensive training and consultation on how to leverage ad credits to more than 230 government entities in over 150 countries. This enabled governments to get their most important COVID-19 messaging across to as many people as possible.

• In the US specifically, as part of our we have maintained a very close working relationship with CDC, including weekly meetings to discuss policy, communications and advertising related topics. CDC has been a recipient of our ad credit program, allowing them to reach people with essential health messaging. They are launching their first measurement study imminently to measure the effectiveness of their media on changing knowledge, attitudes and practices.

• Similarly, our team has also been working closely with HHS and their media agency on their "Slow the Spread" campaign, and working on launching our first Brand Lift study to understand attitudinal and intent shifts around their latest "Stop the Spread" campaigns.

# Ad Council Partnership

• For over 75 years, The Ad Council has been distributing important public service announcements in partnership with government agencies and nonprofits.

• Ad Council announced in late November 2020 in The New York Times that it will be working towards a commitment to meet the marketing and communications challenges associated with vaccine confidence and adoption. Facebook, along with many other corporations and NGOs, is partnering on this effort through funding and on platform support. The funding partnership was recently highlighted in the press.

• Facebook is working with Ad Council as an in-market messaging research partner by donating ad credits, digital-first creative as well as media and measurement support for the Ad Council's work with the NGO community to help build people's confidence of the COVID-19 vaccines. Facebook will work with Ad Council to release high level results from this initial effort as well as creative assets to make available for other organizations to leverage. From these learnings, Ad Council will work with Facebook to launch a larger spring campaign to drive vaccine confidence through donated ads on the platform.

• In 2020, Facebook donated over $1 million in ad credits to Ad Council to support campaigns around COVID-19, often in partnership with the CDC and HHS, which focused on mask wearing, social distancing, dismantling stereotypes about the virus and other topics.

# Vaccine Data/Survey

Here are some more details on the CMU / Facebook survey.

As of last week, CMU has updated their public API and map to reflect vaccine intent data from the current version on the instrument in the US. We believe this is the largest scale and most granular source of public data for vaccine intent that exists (in the US, we're averaging 100s of Ks of responses / week since April across many languages).

It has:

1) Daily granularity (allowing faster understanding of changes in trends)

2) County and zip-code level resolution (allowing faster understanding of local differences)

3) Sociodemographic resolution—including age, occupation, and race/ethnicity (allowing for clearer understanding of intent by vaccine priority populations—like healthcare workers or 65+ or those with diabetes/cancer/etc.—as well as helping inform equity efforts)

Not all of these aggregations are available publicly, but microdata access are available for free under DUA to academic and nonprofit institutions. If there are specific aggregations that are a top priority for you, we can work with the academic partners to surface them publicly over API or CSV. We've been engaging with the CDC on this survey as well. Documentation of the full survey instrument is here; the latest instrument as well as an overview of the broader survey effort are attached via PDF.

In addition to intent, there are also now questions around vaccine rates, so similar maps can be generated around % of population that report having gotten vaccinated worldwide by country (or subpopulations, like 65+, healthcare workers).

The same survey has been used for months by organizations like IHME to track mask wearing rates. Here's a deep-dive on its utility and limitations for this use case by our partners at CMU.                    and colleagues at Resolve to Save Lives should be fairly familiar with some of these data as well.

On behalf of our broader team,

# FACEBOOK

███████

U.S. Public Policy
Facebook

---

**From:** ████████ @fb.com>
**Date:** Friday, January 22, 2021 at 2:11 PM
**To:** "Flaherty, Robert EOP/WHO" <████████ @who.eop.gov>, ████████ @jbrpt.org>,
"Humphrey, Clarke EOP/WHO" <████████ @who.eop.gov>
**Cc:** "Peck, Joshua (HHS/ASPA)" ████ ████████ @hhs.gov>, "Rowe, Courtney M. EOP/WHO"
<████████ @who.eop.gov>, ████████ @fb.com>
**Subject:** Re: [EXTERNAL] Re: Thanks--

Great—thanks██ and Rob. Also adding my colleague██ Good to be in touch here. I know we are preparing to send over some data related to our initial conversation—we will be back ASAP.

In the meantime, please let us know how we can be helpful.

███

---

**From:** Flaherty, Robert EOP/WHO <████████ @who.eop.gov>
**Date:** Friday, January 22, 2021 at 2:06 PM
**To:** ████████ @jbrpt.org>, ████████ @fb.com>, Humphrey, Clarke EOP/WHO
█ ████████ @who.eop.gov>
**Cc:** Peck, Joshua (HHS/ASPA) ████████ @hhs.gov>, Rowe, Courtney M. EOP/WHO
<████████ @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Thanks--

Hi██ --

I'm adding Clarke in here as well on COVID stuff. Looking forward to engaging on this and other workstreams.

-Rob

**From:** ████████ @jbrpt.org>
**Sent:** Friday, January 22, 2021 2:02 PM
**To:** ████████ @fb.com>
**Cc:** Peck, Joshua (HHS/ASPA) ████████ @hhs.gov>; Rowe, Courtney M. EOP/WHO
<████████ @who.eop.gov>; Flaherty, Robert EOP/WHO <████████ @who.eop.gov>
**Subject:** [EXTERNAL] Re: Thanks--

███

Following up on our conversation earlier this week, connecting you here with official government emails for Josh, Courtney, and Rob.

Again, it was a pleasure to work with you and hope to have the chance to do so again.

█

On Tue, Jan 19, 2021 at 10:49 PM                    @fb.com> wrote:

Great—thank you! Good luck tomorrow.

Get Outlook for iOS

**From:**                           @jbrpt.org>
**Sent:** Tuesday, January 19, 2021 10:20:34 PM
**To:**                    @fb.com>
**Subject:** Re: Thanks--

Hey █
Thank you - pleasure working with you as well.

Yes - will connect you with Courtney and Josh on the ad side as soon as they have .gov emails, and I know Rob and Clarke will want to be in touch on the mis/disinfo side.

Best,

█

On Tue, Jan 19, 2021 at 4:03 PM                    @fb.com> wrote:

█

Thanks for all of your help throughout the transition period—wishing you well in your next chapter now that the transition is drawing to a close.

Hoping to be in touch with Courtney and Josh as we are now heading into the new administration—I'd be grateful if you'd connect me as they land with new email addresses in the coming days?

Thanks,

█

--
█
Biden-Harris Transition
Private Sector Engagement
█

--
█
Biden-Harris Transition

Private Sector Engagement

MOLA_DEFSPROD_00016365

| | |
|---|---|
| **From:** | Peck, Joshua (HHS/ASPA) |
| **Sent:** | 5/27/2021 4:57:16 PM |
| **CC:** | @google.com; @google.com |
| **Subject:** | Google / HHS Knowledge Graph Follow up |
| **Location:** | |
| **Start:** | 5/27/2021 5:00:00 PM |
| **End:** | 5/27/2021 5:30:00 PM |
| **Show Time As:** | Tentative |

**Required**          Hsiang, Mina K. EOP/OMB;
**Attendees:**

Joshua Peck is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting

Meeting ID:
Passcode
One tap mobile
                    US (San Jose)
                    US (New York)

Dial by your location
                    US (San Jose)
                    US (New York)
                    US (San Jose)
                    US
Meeting ID:
Find your local number:

Join by SIP

Join by
            (US West)
            (US East)
Meeting ID:
Passcode

_____

**From:** @google.com>
**Sent:** Thursday, May 27, 2021 3:37 PM
**To:** Hsiang, Mina K. EOP/OMB < @omb.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO < @who.eop.gov>; @google.com>;
Peck, Joshua (HHS/ASPA) < @hhs.gov>; @google.com>

██████ @google.com>;   ██████████ @google.com>
**Subject**: Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi Mina,

We are on track to meet our goal for full launch by EOD. Also, please feel free to share dial in details for today's call and we'll be sure to include the relevant POCs on our end.

Thanks,

██████

On Thu, May 27, 2021 at 12:25 PM Hsiang, Mina K. EOP/OMB ██████ @omb.eop.gov> wrote:

Thanks ██████ It doesn't show up on my search yet- when should we expect to see it?

**From:** ██████████ @google.com>
**Sent:** Thursday, May 27, 2021 1:56 PM
**To:** Hsiang, Mina K. EOP/OMB ██████ @omb.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO █████████ @who.eop.gov>;   ██████████ @google.com>;
██████ @hhs.gov;   ██████ @google.com>;   ██████ @google.com>;   ██████
██████ @google.com>

**Subject:** Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi All,

Thanks for your willingness to connect today. Our team is happy to touch base at 5pm ET.

We are also excited to share that the new Search feature that we previewed to you on Tuesday that contains the vaccines.gov hotline launched this morning at 5 am (screenshot below) this morning and is currently rolling out to all users. Once fully ramped, you can see it by searching terms like "covid-19 vaccine near me"

As discussed, we will continue to improve the user experience, and we look forward to connecting today.

Thanks

█████

On Thu, May 27, 2021 at 10:28 AM Hsiang, Mina K. EOP/OMB < █████ @omb.eop.gov> wrote:

Definitely.

█████ does anytime between 5-6pm ET work for you?

**From:** Slavitt, Andrew M. EOP/WHO
**Sent:** Thursday, May 27, 2021 12:42 PM
**To:** █████ @google.com>
**Cc:** █████ @google.com>; Hsiang, Mina K. EOP/OMB █████ @omb.eop.gov>;
█████ @hhs.gov; █████ @google.com>; █████ @google.com> █████
█████ @google.com>
**Subject:** RE: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Mina and Josh,

Can you hop on the phone with █████ and walk through concerns today. Post me afterwards please. █████ will follow up if needed, but slammed today,

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Thursday, May 27, 2021 12:33 PM
**To:** Slavitt, Andrew M. EOP/WHO ▮▮▮▮▮ @who.eop.gov>
**Cc:** ▮▮▮▮▮▮▮▮ @google.com>; Hsiang, Mina K. EOP/OMB ▮ ▮▮▮▮ @omb.eop.gov>;
▮▮▮▮ @hhs.gov; ▮▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮ @google.com>; ▮▮▮▮
▮▮▮▮▮▮ @google.com>

**Subject:** Re: [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Andy, thank you for letting us know that you all want to talk about potential improvements.  Let us know if
you can get on the phone today.

Thanks -

▮▮▮▮

On Tue, May 25, 2021 at 11:10 AM Slavitt, Andrew M. EOP/WHO < ▮▮▮▮▮ @who.eop.gov> wrote:

Thank you. Do please keep us all posted on the timing. Days equal months at this point! Appreciate all of your
support.

**From:** ▮▮▮▮▮ @google.com>
**Sent:** Tuesday, May 25, 2021 2:07 PM
**To:** ▮▮▮▮▮ @google.com>
**Cc:** Hsiang, Mina K. EOP/OMB < ▮▮▮▮ @omb.eop.gov>; Slavitt, Andrew M. EOP/WHO
< ▮▮▮▮▮ @who.eop.gov>; ▮▮▮ @hhs.gov; ▮▮▮▮▮▮ @google.com>; ▮▮▮▮
▮▮▮ @google.com>; ▮▮▮▮▮▮ @google.com>

**Subject:** [EXTERNAL] Re: Follow up re vaccine search infobox and other results

Hi All,

We thought it would be helpful to share a quick update on our product plans to help users get more
information on COVID-19 vaccines:

We're making good progress toward our ability to launch a module by the end of this week that will
include the following:

"Everyone 12 years of age and older is now eligible to get a COVID-19 vaccination. Find an
appointment on vaccines.gov. Call 1-800-232-0233 for more information."

This messaging fits within our current UI parameters and reflects the latest CDC messaging and
the vaccines.gov link will take users to the vaccines.gov website. Clicking on the hotline number
will open the option to call the hotline on a mobile phone.  And for us this is the fastest route to get
this information out to users.

At the same time, we plan to continue to improve the user experience, add additional information, and iterate the hotline module shortly after the initial launch (including evaluating how to integrate text messaging).

We hope that gives you a sense of updates on our progress to continue to respond to evolving user needs. Feel free to let us know if you have any questions.

Thanks,

On Fri, May 21, 2021 at 3:12 PM                    @google.com> wrote:

Hi Mina,

Thank you for sharing your feedback with us. Throughout the pandemic, Google has been collaborating closely with health authorities like the CDC to highlight authoritative information, tips, and vaccine safety content to combat misinformation. We have also launched several initiatives and product features across Search, YouTube, and Maps to promote vaccine confidence including:

• **Highlighting vaccination locations in Google Search and Maps** including a PSA to prompt Americans to "find COVID19 vaccine location near me" for the next two weeks.

• **Creating our "Get the Facts" and "Get Back To What You Love" PSAs** that launched in April already have over 250 US million views.

• **Activating YouTube creators** through a homepage takeover, creator "shorts" and free emojis to inspire young people to get vaccinated.

• **Expanding our Google.org grants to 500 Community Based Organizations** to set up vaccination sites and reach out to communities of color and rural populations through the CDC Foundation, Partners in Health, Team Rubicon, VaccineFinder, Ad Council, and UnidosUS.

• **Broadening the reach of YouTube's PSA campaign**. Our "Get Back To What You Love" PSAs will be promoted on YouTube, broadcast TV, radio, and paid social media aiming to reach 180M Americans (mostly 18-34 yrs) by the end of July, serving over 2.5B impressions.

We continue to update our products and campaigns to meet the most relevant user needs as the US vaccine landscape evolves, especially given the CDC's recently expanded COVID-19 vaccine eligibility to everyone ages 12+. With that in mind, we have been working with our product teams on a few updates to our COVID-19 Vaccines Search experience to help users find the most relevant vaccine resources including:

"Getting the Vaccine" - highlighting Vaccines.gov and the hotline
Vaccines & Kids - highlighting the latest CDC guidance for children

We expect to launch and ramp the vaccines.gov and hotline updates as soon as possible. In the meantime, we will continue to promote vaccine confidence campaigns to address vaccine

hesitancy. Please let us know if you have any questions or would like to connect further about any of the updates above.

Thanks,



On Fri, May 21, 2021 at 9:20 AM                                    @google.com> wrote:

Thank you for this Mina. The teams are already working on this so we will get an update. Adding        who is the best POC on the 1-800 and other info since he is in the mix on that work.

      can work on assembling key team members on the commonly asked questions area and other potential ideas.

Thanks!

On Thu, May 20, 2021, 7:17 PM Hsiang, Mina K. EOP/OMB <              @omb.eop.gov> wrote:

Thanks again for your time yesterday, really appreciate it. This will be critically helpful for the nationwide vaccination effort.

Per our discussion, wanted to flag both the urgent item for you that would be a clear and simple win here in writing because it's pretty straightforward, and then would also love to meet with your team/the appropriate folks to sort out other items which could further be improved (like you mentioned answers to the frequently searched questions, etc). Let us know the best way to arrange that discussion.

The quick win-

As I noted, searching the major keywords related to vaccination (vaccine, vaccines, covid vaccine, etc) does not currently display and quick info for who and how to get vaccinated, but does return a "who can get vaccinated now" link which varies by state. We'd recommend removing that link (since it no longer varies by state, so the information can be surfaced directly) and adding a knowledge graph infobox at the top of the search results page with the following information:

### Getting the COVID-19 Vaccine

Everyone age 12 and older living in the United States can get a COVID-19 vaccine free of charge, regardless of immigration status or health insurance.

Find COVID-19 vaccines near you:

- Vaccines.gov
- Text your Zip Code to 438829
- 800-232-0233

[Alt contact info for Spanish]

- Vacunas.gov
- Text your Zip Code to 822862

- 800-232-0233

And again, would also love to connect with the team. Let us know next steps there.

Thanks again for this critical work!

Best,

Mina



**From:** ████████████████ @cms.hhs.gov]
**Sent:** 11/10/2021 11:52:55 AM
**To:** ████████████ @forsmarshgroup.com]; ████ @google.com; ████████ @google.com]; ████████ @google.com
**CC:** ████████ @forsmarshgroup.com]; ████████ @forsmarshgroup.com]; Lambert, Tericka (HHS/ASPA) ████ @hhs.gov]; ████████ @forsmarshgroup.com]
**Subject:** RE: Update on Promotion of Dr. Walensky Videos (Details Within)

Hi YouTube team –

Just want to add that these videos have an accuracy issue that's raising some internal concern. While the scientific reviewers discuss whether we need to take down the video entirely, we'd like to reduce its visibility as much as possible.

As you can imagine, in this environment of misinformation, it's very important that our own material is verified to be scientifically accurate. Anything you can do to stop promotion of these would be very much appreciated.

████████
COVID-19 Public Education Campaign
U.S. Department of Health and Human Services
████████

**From:** ████████ @forsmarshgroup.com>
**Sent:** Wednesday, November 10, 2021 11:47 AM
**To:** ████ @google.com; ████ @google.com>; ████ @google.com
**Cc:** ████ @cms.hhs.gov>; ████ @forsmarshgroup.com>; ████ @forsmarshgroup.com>; Lambert, Tericka (HHS/ASPA) < ████ @hhs.gov>; ████ @forsmarshgroup.com>
**Subject:** Update on Promotion of Dr. Walensky Videos (Details Within)
**Importance:** High

Hi ████████

Hope all is well. Thank you again for helping us promote the new videos on the HHS YouTube channel as they are launched. We received a request to not actively promote the two videos below. Would you kindly halt promotion of these two videos moving forward?

- Ask Dr. Walensky: How can you protect your family from COVID-19?
- Ask Dr. Walensky: Why do I still need to wear a mask?

Thank you so much and please let me know if any questions.

Best,

████████

████████
Digital Content Strategist | Fors Marsh Group
1010 N. Glebe Road, Suite 510
Arlington, VA 22201

Mobile: ████████
Email: ████ @forsmarshgroup.com
forsmarshgroup.com

| | |
|---|---|
| **From:** | @google.com] |
| **Sent:** | 11/10/2021 9:35:13 AM |
| **To:** | @forsmarshgroup.com] |
| **CC:** | @forsmarshgroup.com]; |
| | @hhs.gov];Lambert, Tericka (HHS/ASPA)    @hhs.gov]; |
| | @hhs.gov];    @forsmarshgroup.com]; |
| | @google.com];    @google.com] |
| **Subject:** | Re: Team Halo / HHS / YT |

Hi

For next week, please let me know if any of the following times work for you and I'll send a calendar invite:
- Monday, 11/15 - 11AM-1PM PT
- Tuesday, 11/16 - 1PM-2PM PT
- Wednesday, 11/17 - 9AM, 10:30AM PT

Thanks,

On Tue, Nov 9, 2021, 5:53 PM                          @forsmarshgroup.com>  wrote:

Hi

Apologies on the delayed response! Thank you so much for reaching out to get us streamlined across the board with our discussions for potential Team Halo/HHS/YouTube partnerships. Given the federal holiday this week and the HHS team will be out of pocket for the remainder of the week, could you provide some times that works for your team to regroup for mid next week to discuss ideas and next steps? Then we can figure out availability on our end afterwards.

Thank you. Have a good evening.

Influencer Outreach Strategist | Fors Marsh Group
901 N. Glebe Rd
Arlington, VA 22201
Email:        @forsmarshgroup.com
forsmarshgroup.com

| | |
|---|---|
| **From:** | @hhs.gov> |
| **Sent:** Monday, November 8, 2021 8:15 AM | |
| **To:**        @google.com>;        @forsmarshgroup.com>; | |
|        @forsmarshgroup.com>;        @hhs.gov>; | |
| Lambert, Tericka (HHS/ASPA)         @hhs.gov>; | |
|        @hhs.gov> | |

**Cc:** ▉▉▉▉▉ @google.com>; ▉▉▉▉▉ @google.com>
**Subject:** RE: Team Halo / HHS / YT

Good morning, ▉▉▉ Thank you for moving this forward. Please remove me from the thread and add @Lambert, Tericka (HHS/ASPA) and ▉▉▉▉▉ (HHS/ASPA).

Best,

▉▉▉

**From:** ▉▉▉▉▉ @google.com>
**Sent:** Friday, November 5, 2021 5:35 PM
**To:** ▉▉▉▉▉ @forsmarshgroup.com; ▉▉▉▉▉ @forsmarshgroup.com;
▉ ▉▉▉▉ @hhs.gov>; ▉▉▉▉▉ @hhs.gov>
**Cc:** ▉▉▉▉▉ @google.com>; ▉▉▉▉▉ @google.com>
**Subject:** Team Halo / HHS / YT

Hi all,

Per ▉▉▉ s email kicking off a new thread re: Team Halo and HHS. From my understanding there have been a couple different threads about Team Halo (misinformation/pediatrics etc.) and I like it would be helpful to streamline the communication + align on intent in order to move forward. Please add in any additional people who should be on this thread.

Apologies if this has been stated prior, however, as I've recently been brought into the mix -- would you be able you be able to restate the Team Halo requests and what you're looking to engage with them on? As ▉▉▉▉▉ mentioned, Team Halo experts tend not to have YouTube channels thus we have to be creative in thinking about how to partner.

If easier, happy to hop on a call early next week to chat through the request and answer in realtime to be able to go back to Team Halo's agency with the request, pending fit. Including some times for a 15-minute call if that ends up being the preferred:

- 11/9, Tuesday - 9AM CT, 2:30-4PM CT
- 11/10, Wednesday - 9-10AM CT, 2-4PM CT

Thanks and have a great weekend,

▉▉▉

--

| ☒ | The linked image cannot be displayed. The file may have been m... |

▉▉▉
Strategic Partner Manager, YouTube Health
▉▉▉ @google.com

**From:** ███████████ @forsmarshgroup.com]
**Sent:** 11/9/2021 6:53:34 PM
**To:** ████████ @google.com]; ████████████████ @forsmarshgroup.com]; ████████ @hhs.gov]; Lambert, Tericka (HHS/ASPA) ████████ @hhs.gov];
████████ @hhs.gov]; ████████████ @forsmarshgroup.com]
**CC:** ████████ @google.com]; ████████████ @google.com]
**Subject:** RE: Team Halo / HHS / YT

Hi ██████

Apologies on the delayed response! Thank you so much for reaching out to get us streamlined across the board with our discussions for potential Team Halo/HHS/YouTube partnerships. Given the federal holiday this week and the HHS team will be out of pocket for the remainder of the week, could you provide some times that works for your team to regroup for mid next week to discuss ideas and next steps? Then we can figure out availability on our end afterwards.

Thank you. Have a good evening.

████████

████████
Influencer Outreach Strategist | Fors Marsh Group
901 N. Glebe Rd
Arlington, VA 22201
Email ████████@forsmarshgroup.com
forsmarshgroup.com

**From:** ████████████ @hhs.gov>
**Sent:** Monday, November 8, 2021 8:15 AM
**To:** ████████ @google.com>; ████████ @forsmarshgroup.com>;
████████ @forsmarshgroup.com> ████████ @hhs.gov>; Lambert, Tericka
████████ @hhs.gov>; ████████ @hhs.gov>
**Cc:** ████████ @google.com>; ████████ @google.com>
**Subject:** RE: Team Halo / HHS / YT

Good morning, ████ Thank you for moving this forward. Please remove me from the thread and add @Lambert,
Tericka (HHS/ASPA) and ████████████ (HHS/ASPA).

Best,

████████

**From:** ████████ @google.com>
**Sent:** Friday, November 5, 2021 5:35 PM
**To:** ████ @forsmarshgroup.com> ████████ @forsmarshgroup.com>
████ @hhs.gov>; ████████ @hhs.gov>
**Cc:** ████████ @google.com>; ████████ @google.com>
**Subject:** Team Halo / HHS / YT

Hi all,

Per ████ s email kicking off a new thread re: Team Halo and HHS. From my understanding there have been a couple different threads about Team Halo (misinformation/pediatrics etc.) and I like it would be helpful to streamline the

communication + align on intent in order to move forward. Please add in any additional people who should be on this thread.

Apologies if this has been stated prior, however, as I've recently been brought into the mix -- would you be able you be able to restate the Team Halo requests and what you're looking to engage with them on? As ▮▮▮▮ mentioned, Team Halo experts tend not to have YouTube channels thus we have to be creative in thinking about how to partner.

If easier, happy to hop on a call early next week to chat through the request and answer in realtime to be able to go back to Team Halo's agency with the request, pending fit. Including some times for a 15-minute call if that ends up being the preferred:

- 11/9, Tuesday - 9AM CT, 2:30-4PM CT
- 11/10, Wednesday - 9-10AM CT, 2-4PM CT

Thanks and have a great weekend,

--



The linked image cannot be displayed. The file may have been m...

Strategic Partner Manager, YouTube Health
@google.com

| | |
|---|---|
| **From:** | ███████ @hhs.gov] |
| **Sent:** | 9/13/2021 12:53:20 PM |
| **To:** | ███████ @linkedin.com]; ███████ @hhs.gov]; Lambert, Tericka ███████ @hhs.gov] |
| **Subject:** | RE: LinkedIn Meeting re Covid Community Corps |

Thanks ███ This is great news. Very helpful!
Best,

███

**From:** ███████ @linkedin.com>
**Sent:** Monday, September 13, 2021 12:41 PM
**To:** ███████ @hhs.gov>; Lambert, Tericka (HHS/ASPA) <███████ @hhs.gov>
**Cc:** ███████ @hhs.gov>
**Subject:** LinkedIn Meeting re Covid Community Corps

Hi ███ Tericka, and ███

It turns out that LinkedIn Groups can be set up as public and discoverable by search, as well as being open to join or comment rather than gated by an Admin. This would be a more immediate and lighter lift than launching a Showcase page. Here's more: https://www.linkedin.com/help/linkedin/answer/6/create-a-linkedin-group

If you do end up still wanting to launch a Showcase page that's totally fine, it will simply require more time and resources to build and maintain a healthy page. Here are the technical steps and we can dig into best practices as needed. https://www.linkedin.com/help/linkedin/answer/44863/create-a-showcase-page?lang=en

Also, regarding our Misinformation Policy, please see these resources:
- User Agreement under Section 8.2 "Don'ts" is #18 covering the Professional Community Policies: https://www.linkedin.com/legal/user-agreement
- Also, we can look at how the CDC and VA manage their pages for best practices

Thanks!

--

███

Sr Client Partner, Government and Advocacy
LinkedIn Marketing Solutions
m: ███
███ @linkedin.com
in: Let's Connect!

**From:** ███████ @hhs.gov
**When:** 3:00 PM - 3:30 PM September 10, 2021
**Subject:** LinkedIN Meeting
**Location:** webex

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**

**Join by meeting number**
Meeting number (access code):

Meeting password:

**Tap to join from a mobile device (attendees only)**
US Toll

**Join by phone**
US Toll
Global call-in numbers

**Join from a video system or application**
Dial

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

MOLA_DEFSPROD_00016582