| From: | ████████████@fb.com] |
|---|---|
| Sent: | 12/30/2021 7:16:50 AM |
| To: | Rowe, Courtney (who.eop.gov) ████████████@who.eop.gov] |
| CC: | Flaherty, Rob R. EOP/WHO█ ████████@who.eop.gov]; Waldo, Eric (HHS/OASH)████████@hhs.gov]; Siegel, Rebecca (HHS/ASPA)██████@hhs.gov] |
| Subject: | Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13 |
| Attachments: | 12_24_21 - COVID-19 Insights.pdf |

Morning and happy holidays to you all. Sending the latest version of our Covid insights report, which covers the weeks of 11/28-12/11.

We'll be back on schedule to send you the next version on Friday 1/7.

Please let me know if you have any questions or would like to discuss.

████████ | ∞ Meta

US Public Policy
575 7th St, N.W., Suite 700
Washington, D.C. 20004

████████

**From:** ████████████@fb.com>
**Date:** Wednesday, December 15, 2021 at 1:07 PM
**To:** Rowe, Courtney M. EOP/WHO ████████████@who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████████@who.eop.gov>, Waldo, Eric (HHS/OASH)
<████████@hhs.gov>, ████████@hhs.gov <████████@hhs.gov>, ████████
████████@fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Hi Courtney—

Apologies for the delayed response. I want to make sure we aren't miscommunicating—and if you are thinking of a separate campaign other than the one we are currently deploying, I will run that to ground. We're taking a multi-prong approach to addressing the Omicron variant and encouraging people to get their booster vaccines, including:

•    **Profile Frames:** On Wednesday, December 1, we partnered with HHS to launch a new set of Facebook Profile Frames that encourage the COVID-19 booster vaccine. The frames are in both English and Spanish, and allow users to share either that they've received their booster vaccine ("I Got My COVID-19 Booster") or to encourage getting the booster ("Let's Get Our Covid-19 Booster"). We have employed platform interventions to promote adoption of these frames and will continue to iterate.

•    **In Feed Promotions** - We ran in feed promotions on Facebook in both English and Spanish, which share content created by credible health and media organizations about the Center for Disease Control recommendation for all eligible adults to get their booster vaccine.

•    **Ads**: In partnership with HHS and Center for Disease Control, we are working to utilize their remaining ad credits to raise awareness of the booster vaccine and communicate essential health information.

•    **Partner campaigns:** Next week, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots. Additionally, our partnerships teams continue to

| From: | ⬛⬛⬛ @fb.com] |
|---|---|
| **Sent**: | 10/31/2021 4:43:30 PM |
| **To**: | Waldo, Eric (HHS/OASH) ⬛⬛⬛ @hhs.gov] |
| **Subject**: | Fwd: not even sure what to say at this point |

**Flag:** Follow up

Eric—we had heard from Rob Thursday as well regarding Thursday's wapo story (my response below). I saw the Surgeon General's reaction on Twitter—we want to make sure you and he have the context necessary as we feel strongly that the claims made in the story are not accurate, especially considering that we had discussed many of the studies referenced during our briefings.

Please let me know if you'd have time for a longer conversation next week.

Thanks,

⬛⬛⬛

Get Outlook for iOS

**From:** ⬛⬛⬛ @fb.com>
**Sent:** Thursday, October 28, 2021 11:58 AM
**To:** Flaherty, Rob R. EOP/WHO
**Subject:** Re: not even sure what to say at this point

Hey—nothing in the story is inconsistent with what we briefed on. The studies referenced in the story were all done early and were not in any way considered to be methodologically appropriate for sharing. We referenced these in briefings and also talked about why we were not comfortable using this type of data because it's unreliable. This has been a fundamental disagreement to be sure in terms of data you have asked for and data that we have said is best used to depict the scope of the issue. But we've been open about that. A number of these studies cited in the story were specifically referenced during our briefings. Happy to get on the phone to walk through why this story is not accurate—like much of the coverage in recent days it relies on cherry picked data that portrays a specific narrative. In the meantime, here's the statement we just released:

"The studies cited were in no way definitive, which is why we did not share them as if they were. They were early directional analyses meant to give guidance to product and policy teams on where we could improve our defenses against harmful vaccine misinformation. We improved our policies based in part on those analyses and communicated those steps to policymakers and the public. As VP of Integrity Guy Rosen noted in August, measuring prevalence of a specific type of content on our platform takes years of work - especially on a topic as dynamic as vaccine misinformation - which is why no company has to date been able to share that data."

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ⬛⬛⬛ @who.eop.gov>
**Sent:** Thursday, October 28, 2021 10:09:04 AM
**To:** ⬛⬛⬛ @fb.com>
**Subject:** not even sure what to say at this point

https://www.washingtonpost.com/technology/2021/10/28/facebook-covid-misinformation/

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ████████████

MOLA_DEFSPROD_00007247

**From**: ████████████ @fb.com]
**Sent**: 10/29/2021 5:12:35 PM
**To**: ████████ @who.eop.gov;  Waldo, Eric (HHS/OASH) ████ @hhs.gov]; Rowe, Courtney (who.eop.gov) ████ @who.eop.gov];  Siegel, Rebecca (HHS/ASPA) ████ @hhs.gov]
**CC**: ████████ @fb.com]
**Subject**: Covid Insights and plan for approval of kids vaccine
**Attachments**: 10_29 - COVID-19 Insights.pdf

Rob, Courtney, Eric and Becca—

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

**Once FDA Approval Goes into Effect (Date TBD)**
- Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.
- As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.
- As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

**Week of Action (Nov 15-21)**
- Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.
- Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.
- Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11.  We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

MOLA_DEFSPROD_00007248

CONFIDENTIAL

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

█████ and team

MOLA_DEFSPROD_00007249

| From: | ████████ @fb.com] |
|---|---|
| Sent: | 10/20/2021 8:55:39 AM |
| To: | Flaherty, Rob R. EOP/WHO ████████ @who.eop.gov] |
| CC: | Clarke.Humphrey ████████ @who.eop.gov]; Tom, Christian L. EOP/WHO [████████ @who.eop.gov]; Waldo, Eric (HHS/OASH) ████████ @hhs.gov]; Rowe, Courtney (who.eop.gov) ████████ @who.eop.gov]; Schake, Kristina (HHS/IOS ████████ @hhs.gov]; Qureshi, Hoor A. EOP/WHO ████████ @who.eop.gov]; ████████ @fb.com] |
| Subject: | Re: Kids Vaccines |

Thanks Rob—we'd welcome the opportunity.  Adding ████████ on our end to help coordinate.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ████████ @who.eop.gov>
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** ████████ @fb.com>
**Cc:** Humphrey, Clarke E. EOP/WHO < ████████ @who.eop.gov>; Tom, Christian L. EOP/WHO
< ████████ @who.eop.gov>; Waldo, Eric (HHS/OASH) ████████ @hhs.gov>; Rowe, Courtney M. EOP/WHO
< ████████ @who.eop.gov>; Schake, Kristina (HHS/IOS) < ████████ @hhs.gov>; Qureshi, Hoor A. EOP/WHO
< ████████ @who.eop.gov>
**Subject:** Kids Vaccines

Brian – Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis-and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope - - as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

–Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ████████

| | |
|---|---|
| **From**: | ███████████ @fb.com] |
| **Sent**: | 9/21/2021 2:15:04 PM |
| **To**: | Flaherty, Rob R. EOP/WHO ██████ @who.eop.gov] |
| **CC**: | Waldo, Eric (HHS/OASH) ██████ @hhs.gov]; Rowe, Courtney (who.eop.gov) ██████ @who.eop.gov]; |
| | DJ Pati ████ @gmail.com] |
| **Subject**: | Re: [EXTERNAL] Covid Insight Report |

Understood Rob—we will circle back over the next few days to brief.

**From:** Flaherty, Rob R. EOP/WHO ██████ @who.eop.gov>
**Date:** Saturday, September 18, 2021 at 2:54 PM
**To:** ████████ @fb.com>
**Cc:** Waldo, Eric (HHS/OASH) ██████ @hhs.gov>, Rowe, Courtney M. EOP/WHO
███████████ @who.eop.gov>, DJ Patil ████ @gmail.com>
**Subject:** Re: [EXTERNAL] Covid Insight Report

Happy to talk about it, ████. Would be interested to see, as we have long asked for, how big the problem is, what solutions you're implementing, and how effective they've been.

Sent from my iPhone

On Sep 18, 2021, at 2:52 PM, ███████████ @fb.com> wrote:

Eric and team,

Including the latest version of our report here.

I'm sure you also saw yesterday's story in the WSJ about the spread of COVID-19 misinformation in comments on Facebook. The story - largely based on cherry-picked leaked documents, doesn't accurately represent the problem or the solutions we have put in place to make comments on posts about COVID and vaccines safer. I know that we've discussed this many times over the past several months and I'd be happy to schedule a call to discuss in greater detail. Please let me know if that would be of interest.

In the meantime I'm also sharing a post we published today from Nick addressing the WSJ series in full. Link to that post is here.

As always please let me know if you have any questions.

Thanks,

████

**From:** Waldo, Eric (HHS/OASH) ██████ @hhs.gov>
**Date:** Tuesday, September 7, 2021 at 5:11 PM
**To:** ████ @fb.com>, ██████ @who.eop.gov ███████████ @who.eop.gov>, Rowe,

Courtney (who.eop.gov) <░░░░░░░░ @who.eop.gov>,  DJ Patil ░░░ @gmail.com>
**Subject:** RE: Covid Insight Report

Thanks so much for sharing this, Brian. DJ and I connected last week and he should be reaching out with timing soon (me or someone from my team would join him as well).

Thanks!

**From:** ░░░░░░░░ @fb.com>
**Sent:** Tuesday, September 7, 2021 10:03 AM
**To:** Waldo, Eric (HHS/OASH) ░░░░░ @hhs.gov>;░░░░░░░░ @who.eop.gov; Rowe, Courtney (who.eop.gov)
░░░░░ @who.eop.gov>; DJ Patil ░░░ @gmail.com>
**Subject:** Covid Insight Report

Good morning—apologies that this is coming after the holiday weekend. Attaching our latest Covid Insights report. Happy to schedule time to discuss at your convenience.

Eric and DJ—would also love to follow up on nailing down our meeting to discuss data transparency—let me know if there's anything I should be doing to move that along.

Thanks,

░░░░

**From:** ░░░░░░░░ @fb.com>
**Date:** Saturday, August 21, 2021 at 1:10 PM
**To:** Waldo, Eric (HHS/OASH) ░░░░░ @hhs.gov>, ░░░░░ @who.eop.gov
<░░░░░ @who.eop.gov>, Rowe, Courtney M. EOP/WHO ░░░░░░ @who.eop.gov>
**Subject:** Covid Insight Report - 8/20

Eric, Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

Brian

<9_17 - COVID-19 Insights.pdf>

**From**: ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**: 8/23/2021 10:13:45 PM
**To**: Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮ @hhs.gov]
**Subject**: FW: FDA Approval

**Flag**: Follow up

Eric—making sure to flag for you as well—let me know if you have any questions.

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Monday, August 23, 2021 at 10:12 PM
**To:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮▮ /@who.eop.gov>
**Subject:** Re: FDA Approval

Rob—wanted to circle back with you before the end of the day with an update --this week, we plan to run a QP in the US that amplifies authoritative partner content related to Pfizer's FDA approval (example content is below). We're also planning to review our existing products, including the Covid information center, to update any language as needed. Our partnerships team is also working with partners who are launching campaigns around the Pfizer approval to support. We'll keep you updated on this as it progresses.

We're also updating our misinformation policies to remove the specific claims that "there are no FDA-approved vaccines" and "the Pfizer vaccine is not FDA-approved." We'll also continue to look for claims that are no longer accurate given the approval today."

More to come as we have it, and let me know if you have any questions.

Thanks,

Brian

MOLA_DEFSPROD_00007268



**From:** Flaherty, Rob R. EOP/WHO <​_____@who.eop.gov>
**Date:** Monday, August 23, 2021 at 9:44 AM
**To:** _____@fb.com>
**Subject:** FDA Approval

Brian --

Now that FDA has approved Pfizer, I'm making the rounds to get a sense from the various platforms how (or if) you guys are planning to promote it in any way.

We'd appreciate a push here, given the fact that this is an oft-cited blocker for many folks.

Suggested language from us:
*The COVID-19 vaccine has received full approval from the FDA and protects against the more dangerous delta variant. If you have been waiting for this approval before getting the vaccine, now is the time to get vaccinated.*

Thanks!

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: _____

**From**:               @fb.com]
**Sent**:         8/21/2021 1:10:28 PM
**To**:           Waldo, Eric (HHS/OASH)       @hhs.gov];          @who.eop.gov; Rowe, Courtney (who.eop.gov)
                    @who.eop.gov]
**Subject**:      Covid Insight Report - 8/20
**Attachments**:  8_20 - COVID-19 Insights (1).pdf

**Flag**:         Follow up

Eric, Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

**From:** ▮▮▮▮▮ @fb.com]
**Sent:** 8/17/2021 5:27:28 PM
**To:** Waldo, Eric (HHS/OASH)▮▮▮▮ @hhs.gov]; ▮▮▮▮▮ @ostp.eop.gov; DJ Patil▮▮▮ @gmail.com]
**CC:** ▮▮▮▮ @fb.com]
**Subject:** Re: Follow up - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding. Can we find time for our teams to get together soon?

Get Outlook for iOS

**From:** ▮▮▮▮▮ @fb.com>
**Sent:** Friday, August 6, 2021 9:02:07 PM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮ @hhs.gov>; ▮▮▮▮▮ @ostp.eop.gov
< ▮▮▮▮▮ @ostp.eop.gov>; DJ Patil▮▮▮ @gmail.com>
**Cc:** ▮▮▮▮ @fb.com>; ▮▮▮▮▮ @fb.com>
**Subject:** Re: Follow up - data discussion

Thanks Eric,

Appreciate you connecting us to DJ here—and look forward to scheduling time for a longer conversation around data per our last meeting. DJ—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

**From:** Waldo, Eric (HHS/OASH) < ▮▮▮▮ @hhs.gov>
**Sent:** Friday, August 6, 2021 4:07 PM
**To:** ▮▮▮▮ ; ▮▮▮▮▮ @ostp.eop.gov; DJ Patil
**Cc:** ▮▮▮ ; ▮▮▮▮
**Subject:** RE: Follow up - data discussion

Hi ▮▮▮ ,

Hope your week has been going well. I wanted to loop DJ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also ▮▮▮ and ▮▮▮ —I know on the call with Dr. Murthy he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,
Eric

MOLA_DEFSPROD_00007271

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** Waldo, Eric (HHS/OASH) ▮ @hhs.gov>; ▮▮▮▮ @ostp.eop.gov
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** Re: Follow up - data discussion

Eric—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days. Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." - Lori Goler, VP, People

**From:** Waldo, Eric (HHS/OASH) ▮▮▮▮ @hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** ▮▮▮▮ @fb.com>, ▮▮▮▮ @ostp.eop.gov < ▮▮▮▮ il@ostp.eop.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** ▮▮▮▮ @fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** Waldo, Eric (HHS/OASH) < ▮▮▮ @hhs.gov> ▮▮▮▮ @ostp.eop.gov
**Cc:** ▮ ▮▮▮▮ @fb.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks Eric, completely understand why you would have been a little busy this week! Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** Waldo, Eric (HHS/OASH) ▮▮▮▮ @hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** ▮▮▮▮ @fb.com>; ▮▮▮▮ @ostp.eop.gov < ▮▮▮▮ @ostp.eop.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** RE: Follow up - data discussion

Hey ▮▮▮

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, DJ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

Eric

**From:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** Waldo, Eric (HHS/OASH)▮▮▮▮▮▮ @hhs.gov>; ▮▮▮▮▮▮▮ @ostp.eop.gov
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Follow up - data discussion

Hi Eric and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below—look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Message from Nick Clegg

Hi Eric—just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and DJ, and whomever else might make sense.

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Message from Nick Clegg

Eric—let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** ▮▮▮▮▮▮▮▮ @fb.com>, Murthy, Vivek (HHS/OASH) ▮▮▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮▮▮ @fb.com>, Waldo, Eric (HHS/OASH) ▮▮▮▮▮ @hhs.gov>
**Subject:** Re: Message from Nick Clegg

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** Murthy, Vivek (HHS/OASH) ▮▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮▮▮ @fb.com>, Waldo, Eric (HHS/OASH)
▮▮▮▮▮ @hhs.gov>
**Subject:** Message from ▮▮▮▮▮▮

Dear Vivek (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ████ will do the honors this week as it will likely be completed at our end later today East Coast time.  We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

████

**From:** ▮@fb.com]
**Sent:** 8/10/2021 1:18:09 PM
**To:** Flaherty, Rob R. EOP/WHO▮ ▮@who.eop.gov]; Waldo, Eric (HHS/OASH) ▮ ▮@hhs.gov]
**CC:** ▮@fb.com]; ▮@fb.com]; ▮@fb.com];
▮@fb.com]
**Subject:** Re: Quick call today?
**Attachments:** Facebook - July 2021 CIB Report[68].pdf

Rob and Eric—thanks again for making time. Including the report here for your review—let us know if you have any questions.

**From:** ▮@fb.com>
**Date:** Tuesday, August 10, 2021 at 11:59 AM
**To:** Flaherty, Rob R. EOP/WHO ▮ ▮@who.eop.gov>, Waldo, Eric (HHS/OASH)
▮@hhs.gov>
**Cc:** ▮@fb.com>, ▮@fb.com>,
▮@fb.com>, ▮@fb.com>
**Subject:** Re: Quick call today?

Great—adding ▮ who can circulate an invite for 1245 today. Appreciate the quick response.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ▮@who.eop.gov>
**Sent:** Tuesday, August 10, 2021 11:38:54 AM
**To:** Waldo, Eric (HHS/OASH) ▮ ▮@hhs.gov> ▮@fb.com>
**Cc:** ▮@fb.com>; ▮@fb.com>
**Subject:** RE: Quick call today?

Same here, actually.

**From:** Waldo, Eric (HHS/OASH) ▮ ▮@hhs.gov>
**Sent:** Tuesday, August 10, 2021 11:17 AM
**To:** ▮@fb.com>; Flaherty, Rob R. EOP/WHO ▮ ▮@who.eop.gov>
**Cc:** ▮@fb.com>; ▮@fb.com>
**Subject:** RE: Quick call today?

12:30pm-1:15pm has a window. Any breaks there?

**From:** ▮@fb.com>
**Sent:** Tuesday, August 10, 2021 10:23 AM
**To:** Waldo, Eric (HHS/OASH) ▮ ▮@hhs.gov> ▮@who.eop.gov
**Cc:** ▮@fb.com> ▮@fb.com>
**Subject:** Quick call today?

Eric and Rob—would one of you have time for a quick call so we can read you in on an announcement we will make early this afternoon related to an operation we uncovered that is related to vaccine misinformation? Shouldn't take more than 15 minutes.

Get Outlook for iOS

MOLA_DEFSPROD_00007276

JULY 2021

DETAILED REPORT

# July 2021 Coordinated Inauthentic Behavior Report

FACEBOOK

MOLA_DEFSPROD_00007277



We're constantly working to find and stop coordinated campaigns that seek to manipulate public debate across our apps.

## PURPOSE OF THIS REPORT

Over the past four years, we've shared our findings about coordinated inauthentic behavior we detect and remove from our platforms. As part of our regular CIB reports, we're sharing information about all networks we take down over the course of a month to make it easier for people to see progress we're making in one place.

## WHAT IS CIB?

We view CIB as coordinated efforts to manipulate public debate for a strategic goal where fake accounts are central to the operation. There are two tiers of these activities that we work to stop: 1) coordinated inauthentic behavior in the context of domestic, non-government campaigns and 2) coordinated inauthentic behavior on behalf of a foreign or government actor.

## COORDINATED INAUTHENTIC BEHAVIOR (CIB)

When we find domestic, non-government campaigns that include groups of accounts and Pages seeking to mislead people about who they are and what they are doing while relying on fake accounts, we remove both inauthentic and authentic accounts, Pages and Groups directly involved in this activity.

## FOREIGN OR GOVERNMENT INTERFERENCE (FGI)

If we find any instances of CIB conducted on behalf of a government entity or by a foreign actor, we apply the broadest enforcement measures including the removal of every on-platform property connected to the operation itself and the people and organizations behind it.

## CONTINUOUS ENFORCEMENT

We monitor for efforts to re-establish a presence on Facebook by networks we previously removed. Using both automated and manual detection, we continuously remove accounts and Pages connected to networks we took down in the past.

MOLA_DEFSPROD_00007278

## SUMMARY OF JULY 2021 FINDINGS

Our teams continue to focus on finding and removing deceptive campaigns around the world — whether they are foreign or domestic. In July, we removed two networks —  from Russia and Myanmar. In this report, we're also sharing an in-depth analysis by our threat intelligence team into the network operated from Russia, to add to the public reporting on its activity across over a dozen different platforms. We have shared information about our findings with industry partners, researchers, law enforcement and policymakers.

We know that influence operations will keep evolving in response to our enforcement, and new deceptive behaviors will emerge. We will continue to refine our enforcement and share our findings publicly. We are making progress rooting out this abuse, but as we've said before — it's an ongoing effort and we're committed to continually improving to stay ahead. That means building better technology, hiring more people and working closely with law enforcement, security experts and other companies.

- **Total number of Facebook accounts removed:** 144

- **Total number of Instagram accounts removed:** 262

- **Total number of Pages removed:** 13

- **Total number of Groups removed:** 8

## NETWORKS REMOVED IN JULY 2021:

1. **Myanmar:** We removed 79 Facebook accounts, 13 Pages, eight Groups, and 19 Instagram accounts in Myanmar that targeted domestic audiences and were linked to individuals associated with the Myanmar military. We found this activity after reviewing information about a portion of it shared by a member of civil society in Myanmar. Our investigation revealed some links between this operation and the activity we removed in 2018.

2. **Russia**: We removed 65 Facebook accounts and 243 Instagram accounts from Russia that we linked to Fazze, a UK-registered marketing firm whose operations were primarily conducted from Russia. Fazze is now banned from our platform. This operation targeted audiences primarily in India, Latin America and, to a much lesser extent, the United States. We found this network after reviewing public reporting about an off-platform portion of this activity.

MOLA_DEFSPROD_00007279

# 01

**We removed 79 Facebook accounts, 13 Pages, eight Groups, and 19 Instagram accounts for violating our policy against [coordinated inauthentic behavior](). This network originated in Myanmar and targeted domestic audiences in that country.**

The people behind this activity used duplicate and fake accounts — some of which were already detected and disabled by our automated systems — to post, comment on their own content and create Groups. Some of the accounts posed as protesters and members of the opposition and joined pro-democracy Groups, while others ran pro-military Pages that claimed to expose anti-Tatmadaw protesters. A handful of accounts used photos likely generated using machine learning techniques like generative adversarial networks (GAN). This network also amplified the content posted by Pages criticizing the National League for Democracy. They posted in Burmese about news and current events in the country, including content on both sides of the political debate in Myanmar — in support and criticism of anti-military protests, the opposition and the military coup.

We found this activity after reviewing information about a portion of it shared by a member of civil society in Myanmar. Our investigation revealed some links between this operation and the activity we [removed]() in 2018. Although the people behind it attempted to conceal their identities and coordination, our investigation found links to individuals associated with the Myanmar military.

- *Presence on Facebook and Instagram:* 79 Facebook accounts, 13 Pages, eight Groups and 19 Instagram accounts.
- *Followers:* About 55,500 accounts followed one or more of these Pages, around 10,000 people joined one or more of these Groups, and about 1,700 accounts followed one or more of these Instagram accounts.
- *Advertising:* Around $650 in spending for ads on Facebook and Instagram paid for primarily in US dollars.

MOLA_DEFSPROD_00007280

Below is a sample of the content posted by some of these accounts and Pages.



**Translation**

**Page name:** Discovering the thieves

MOLA_DEFSPROD_00007281





MOLA_DEFSPROD_00007282

# 02

# IN DEPTH ANALYSIS

## INFLUENCE THE INFLUENCERS: COVID VACCINE OPERATION FROM RUSSIA

*By Ben Nimmo, Global IO Threat Intelligence Lead, and the IO Threat Intelligence Team*

### EXECUTIVE SUMMARY:

We removed 65 Facebook accounts and 243 Instagram accounts for violating our policy against foreign interference, which is coordinated inauthentic behavior on behalf of a foreign entity. This network operated across over a dozen platforms and forums but failed to build an audience. It originated in Russia and targeted audiences primarily in India, Latin America and, to a much lesser extent, the United States. Our investigation found links between this campaign and Fazze, a UK-registered marketing firm whose operations were primarily conducted from Russia. Fazze is now banned from our platform.

This campaign came in two distinct waves, separated by five months of inactivity. First, in November and December 2020, the network posted memes and comments claiming that the AstraZeneca COVID-19 vaccine would turn people into chimpanzees. Five months later, in May 2021, it questioned the safety of the Pfizer vaccine by posting an allegedly hacked and leaked AstraZeneca document. It is noteworthy that both phases coincided with periods when a number of governments, including in Latin America, India and the United States, were reportedly discussing the emergency authorizations for these respective vaccines.

This campaign functioned as a disinformation laundromat. It created misleading articles and petitions on multiple forums including Reddit, Medium, Change[.]org, and Medapply[.]co[.]uk. It then used fake accounts on social media, including Facebook and Instagram, to seed and amplify this off-platform content, using crude spammy tactics. The crux of the campaign, though, appeared to be engaging influencers with pre-existing audiences on Instagram, YouTube and TikTok to post content and use particular hashtags without disclosing the origin of the posts. This use of influencers appeared to be in line with the firm's advertised services, which included access to *"a large list of bloggers from Youtube, Instagram, and Facebook... [where] Accounts are ready to post your ads for reasonable pricing. Work with bloggers directly without any 3rd party."*

MOLA_DEFSPROD_00007283

The vast majority of this campaign fell flat among the audiences it targeted, with nearly all its Instagram posts receiving zero likes. At the time of this writing, its English-language petition on Change[.]org gained only about 550 signatures, and its Hindi-language petition gained less than 900 signatures. Only the paid influencers' posts attracted some limited attention. However, this reliance on external influencers became the operation's undoing— in May, a handful of them exposed the anti-Pfizer efforts.

This continues the trend we highlighted in our recent Threat Report— influence operations increasingly target authentic influential voices to carry their messages. Through them, deceptive campaigns gain access to the influencer's ready-made audience, but it comes with a significant risk of exposure.

Another aspect of this campaign worth highlighting is its operations across multiple internet services at once, which makes it more challenging for any one platform to see the full picture and take action on the whole of the campaign. This is why a whole-of-society response to such disinformation campaigns is critical. The influencers who came forward in Germany and France played a key role in exposing the first clue to this activity. Open-source researchers and journalists were able to report on much of the operation's May activity. Our internal investigation led to uncovering the full scope of this network on our platform, including its activity in 2020, which we shared with our industry peers. Our analysis benefited from research by CNN, The Daily Beast and Graphika. This collaboration between different members of the community is vital to exposing influence operations and understanding their impact.

Still, some questions remain about aspects of this campaign — including who commissioned Fazze to run it — that would benefit from further research by the defender community. One feature of these for-hire influence operations is that they allow the ultimate beneficiary to obfuscate their involvement. Another question relates to how the "hacked and leaked" document came into Fazze's hands. As with any influence operation, understanding the motive behind leaks like these is key to putting the operation in context.

**As part of disrupting this operation, we took down their accounts, including authentic assets of the people behind this network, and blocked domains associated with their activity. We also notified people who we believe may have been contacted by this network and shared our findings with law enforcement, independent researchers, policy-makers and our industry peers so they too can take action if they find violating activity.**

MOLA_DEFSPROD_00007284

## TAKEDOWN BY THE NUMBERS

- *Presence on Facebook and Instagram:* 65 Facebook accounts and 243 Instagram accounts.

- *Followers:* About 24,000 accounts followed one or more of these Instagram accounts.

- *Advertising:* Around $200 in spending for ads on Facebook and Instagram paid for primarily in US dollars, euros and Russian rubles. That includes the entirety of historic advertising activity by both inauthentic and authentic accounts removed as part of this network. We haven't seen ad spend associated with the vaccine-focused campaign described in this report.

---

## NOVEMBER–DECEMBER 2020: THE ASTRAZENECA PHASE

The operation's first phase centered around the false claim that the AstraZeneca vaccine was dangerous because it was derived from a chimpanzee adenovirus. It primarily targeted audiences in India and Latin America, with sporadic and unsuccessful attempts to reach audiences in the United States. This phase of the on-platform operation has not been previously reported.

The Fazze operation began with the creation of two batches of fake Facebook accounts in late 2020, which likely originated from account farms in Bangladesh and Pakistan. They posed as being based in India.

The accounts initially posted a small volume of non-covid content — typically about Indian food or Hollywood actors. In late November, however, the operation began using some of them to post on blogging platforms and petition websites, including Medium and Change[.]org. These blogs and petitions, in English and Hindi, claimed that AstraZeneca manipulated its COVID-19 vaccine trial data and used an untried technology to create the vaccine.

MOLA_DEFSPROD_00007285

**We want to live!**



started this petition to World Health Organization

We are deeply concerned that possible data manipulations during clinical trials by AstraZeneca can reduce worldwide confidence in vaccines and jeopardize lives around the world. We believe that only full transparency and detailed answers to the following questions can reduce the damage already done through manipulative and inaccurate clinical trial disclosures from AstraZeneca:

**Image**

Screenshot of a petition on Change[.]org, created by the operation and addressed to the World Health Organization on November 25, 2020.

In December, as the Indian government was [discussing](#) emergency authorization for the AstraZeneca vaccine, the operation began using fake accounts on both Facebook and Instagram to promote its blogs and petitions, together with a large stock of memes. All these memes featured the suggestion, or even the explicit claim, that the AstraZeneca vaccine would turn its subjects into chimpanzees. Many of the memes featured scenes from the 1968 movie "Planet of the Apes".



December 30 2020

astrazeneca created a vaccine based on chimpanzee genes, when tests showed side effects, this vaccine should be banned, otherwise we will all become chimpanzees

**Image**

Post by the network

The fake Facebook accounts focused on low-volume, targeted posting: each one typically posted three to six memes, usually in Hindi, together with a link to one of the operation's off-platform pieces of content and a brief comment in Hindi or English. These posts received few if any likes, and some were ridiculed by real people.

MOLA_DEFSPROD_00007286



## Image

Meme posted by this network's fake accounts, together with a link to one of the operation's petitions.

## Caption

"Walter, come on over, don't hesitate! AstraZeneca's vaccine is safe! Yesterday we took the vaccine ourselves…"



## Image

Conversation between two of the operation's fake accounts, responding to an unrelated post on a Page called "Texans for Vaccine Choice".



## Image:

Comment from a real person mocking one of the operation's posts, followed by critical responses from three of the operation's fake accounts.

MOLA_DEFSPROD_00007287

The Instagram activity was crude and spammy, and organized around a handful of hashtags. Two of them were in English: #AstraZenecakills and #AstraZenecalies, in addition to their equivalents in Portuguese: #AstraZenecamata and #AstraZenecamente. The last one was #stopAstraZeneca. The operation likely originated these hashtags: neither #astrazenecakills, #stopastrazeneca nor #astrazenecalies appeared to have been used on Instagram before. Between December 14 and December 21, about 10,000 posts that included the operation's hashtags were made, often with links to the operation's off-platform articles.

Most of the accounts posted these hashtags dozens or hundreds of times in quick succession, likely automated, with some detected and disabled by our automated systems. While the volume was high, the campaign saw minimal success. On one of the hashtags used by the operation, the top-performing post received five likes, whereas the vast majority got zero. Altogether, the operation's Instagram posts attracted around 1,000 likes combined, with most receiving zero.

In another sign of the sloppy nature of this campaign, most of the posts that used Portuguese-language hashtags between December 14 and December 16 attached them to Hindi-language memes. From December 17 onwards, they accompanied the hashtags with the same memes, but translated into Spanish. ("AstraZeneca mata", "AstraZeneca kills", is the same in Spanish and Portuguese, whereas "AstraZeneca lies" is "AstraZeneca mente" in Portuguese, but "AstraZeneca miente" in Spanish.) Perhaps not surprisingly, this spammy amplification also failed to attract attention.



**Image**

Meme posted by one of the Instagram accounts on December 15, 2020. The meme was in Hindi, but the account had an English name. It was operated from Russia, and it used a Portuguese hashtag.

MOLA_DEFSPROD_00007288



### Image

Two posts by the same fake account on December 14 and December 30, showing the same meme in Hindi and then in Spanish. The Hindi meme came with an English comment, the Spanish meme with a Hindi comment. Neither post gained reactions.

**Upper post caption:** "Now it's your turn to get vaccinated with AstraZeneca".

**Lower post text:** "The vaccine was based on a chimpanzee gene from the company AstraZeneca."

**Lower post caption:** "OK, it's your turn for the AstraZeneca vaccine."

While this spammy campaign was still running, a handful of health and wellbeing influencers posted Instagram stories that used the same hashtags, referenced the fact that the AstraZeneca vaccine was derived from chimpanzee adenovirus and shared links to the petitions that the Fazze operation had created. While possible, it appears highly unlikely that these influencers shared the operation's work organically. Given the public reporting about this network's engagement with influencers in May, it is likely that the operation used similar tactics in December 2020 and asked unwitting people to amplify this campaign against AstraZeneca across social media platforms.

The Instagram spam activity ended on December 21. The Facebook accounts continued posting at a very low level — roughly a post a week — into early January. Between December 30 and January 18, the Argentinian, Indian, and Brazilian governments granted emergency authorization to the AstraZeneca vaccine. On January 6, the operation stopped posting.

MOLA_DEFSPROD_00007289

30 groups they included in their analysis. There is no justification for their claim that their data constitute a "representative sample" of the content shared across our apps.

Focusing on these 12 individuals misses the forest for the trees. We have worked closely with leading health organizations since January 2020 to identify and remove COVID-19 misinformation that could contribute to a risk of someone spreading or contracting the virus. **Since the beginning of the pandemic across our entire platform, we have removed over 3,000 accounts, Pages and groups for repeatedly violating our rules against spreading COVID-19 and vaccine misinformation and removed more than 20 million pieces of content for breaking these rules.**

None of this is to suggest that our work is done or that we are satisfied. Tracking and combating vaccine misinformation is a complex challenge, made more difficult by the lack of common definitions about what constitutes misinformation, and the reality that guidance from scientific and health experts has evolved and will continue to evolve throughout the pandemic. That's why we're continuing to work with external experts and governments to make sure that we are approaching these issues in the right way and making adjustments if necessary. In the meantime, we will continue doing our part to show people reliable information about COVID-19 vaccines from health experts and help people get vaccinated.

Get Outlook for iOS

**From:**                                    @fb.com>
**Sent:** Wednesday, August 18, 2021  1:17 PM
**To:** Flaherty, Robert EOP/WHO
**Cc:**
**Subject:** Disinfo Dozen Post

Hi Rob,

Flagging this post for your on our findings regarding the Disinfo Dozen—let us know if you have any questions, as always.

CA

**facebook, inc.** | politics & government
                                    @fb.com

**From:**      Flaherty, Rob EOP/WHO [          ]@who.eop.gov]
**Sent:**      4/16/2021 12:42:45 PM
**To:**        Flaherty, Rob EOP/WHO [          ]@who.eop.gov]; Slavitt, Andrew M. EOP/WHO
               [          ]@who.eop.gov]; [          ]@google.com]; [          ]@google.com];
               [          ]@google.com]; [          ]@google.com; [          ]@google.com;
               [          ]@google.com; [          ]@google.com]
**CC:**        Fitzpatrick, Kelsey V. EOP/WHO [          ]@who.eop.gov]; Scruggs, Jessica (HHS/OASH)
               [          ]@hhs.gov]

**Subject:**   YouTube Vaccine Misinfo Briefing
**Location:**

**Start:**     4/21/2021 1:00:00 PM
**End:**       4/21/2021 2:00:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

White House staff to get briefed by YouTube on general trends seen around vaccine misinformation. As well as, the empirical effects of YouTube's efforts to combat misinfo, what interventions YouTube is currently trying, and ways the White House (and our COVID experts) can partner in product work.



Hi there,

Hoor Qureshi is inviting you to a scheduled ZoomGov meeting.

# Join Zoom Meeting

Phone      US:
one-tap:

Meeting
URL:
Meeting
ID:
Passcode:

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
       US:

Meeting ID: ▮▮▮▮▮

Passcode: ▮▮▮▮▮

International numbers

## Join from an H.323/SIP room system

H.323: ▮▮▮▮▮

Meeting ID:

Passcode: ▮▮▮▮▮

SIP: ▮▮▮▮▮

Passcode: ▮▮▮▮▮

| | |
|---|---|
| **From**: | Google Calendar [calendar-notification@google.com] |
| **Sent**: | 7/21/2021 3:17:10 AM |
| **To**: | Waldo, Eric (HHS/OASH) ███████ @hhs.gov] |

| | |
|---|---|
| **Subject**: | Accepted: Eric Waldo and Jiore connect @ Thu Jul 22, 2021 2:15pm – 2:45pm (EDT) (Waldo, Eric (HHS/OASH)) |
| **Attachments**: | invite.ics |
| **Location**: | |

| | |
|---|---|
| **Start**: | 7/22/2021 2:15:00 PM |
| **End**: | 7/22/2021 2:45:00 PM |
| **Show Time As**: | Tentative |

| | |
|---|---|
| **Recurrence**: | (none) |

---

████████ **@gmail.com has accepted this invitation.**

### Eric Waldo and ████ connect

| When | Thu Jul 22, 2021 2:15pm – 2:45pm Eastern Time - New York |
|---|---|
| Where | https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09 (map) |
| Calendar | Waldo, Eric (HHS/OASH) |
| Who | • Waldo, Eric (HHS/OASH) - organizer |
| | • ████████ @gmail.com - creator |
| | • Phillips, Alexandria (HHS/OASH) - optional |
| | • Kyla Fullenwider - optional |

Eric Waldo is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting

Meeting ID: ████████
Passcode: █
One tap mobile
+███████ US (San Jose)
+███████ US (New York)

Dial by your location
+█████
+█████
+█████
+█████
Meeting ID: ████████
Find your local number: ████████

Join by SIP
████████

Join by H.323
████ (US West)
████ (US East)

Meeting ID: 160 551 3232
Passcode: 513906

From: Flaherty, Rob R. EOP/WHO >
Sent: Monday, July 19, 2021 4:23 PM
To: Murthy, Vivek (HHS/OASH) >;          @gmail.com >
Cc: Phillips, Alexandria (HHS/OASH) >
Subject: Vivek <>

Vivek – Wanted to link you with          , who's been a critical leader of the DNC's misinfo work for a long time, but has also been helping us think through mis/dis on the COVID side. I thought it'd be great for you both to connect as OSG charts out next steps.

-Rob

Rob Flaherty
Director of Digital Strategy
The White House
Cell:

Invitation from Google Calendar

You are receiving this courtesy email at the account eric.waldo@hhs.gov because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others, regardless of their own invitation status, or to modify your RSVP. Learn More.

MOLA_DEFSPROD_00007437

| | |
|---|---|
| **From**: | ████████████@fb.com] |
| **Sent**: | 3/2/2021 11:04:11 PM |
| **To**: | Slavitt, Andrew M. EOP/WHO ████████████@who.eop.gov]; ████████████@who.eop.gov; Peck, Joshua (HHS/ASPA) ████████████@hhs.gov]; Clarke.Humphrey ████████████@who.eop.gov] |
| **CC**: | ████████████@fb.com]; ████████████@fb.com] |
| **Subject**: | Updates following yesterday's meeting |
| | |
| **Flag**: | Follow up |

Andy, Rob, Josh and Clarke,

Thanks for taking the time to connect yesterday. We appreciate your feedback on what would be most helpful to you as you continue your work. Following our meeting, we had further conversations with our teams and in an effort to be responsive to your questions we have two updates to share:

The first update is related to data we can share on a regular basis with the White House and HHS on vaccine intent. We will be able to share survey-based data on intent to vaccinate (% of people who have vaccinated, % of people who intend to vaccinate, % of people who do not intend to vaccinate) for the US with some demographic breakdowns. We can begin to send this data by the end of next week, and we'll regularly refresh this data for the rest of 2021. Additionally, we'll plan to update our enforcement statistics monthly for your awareness.

The second is to provide additional context around the focused work that is happening across our safety and integrity, product, engineering, ops, policy, and other teams, where we've made protecting the global vaccine our top priority. We're building on our work across the past several years on misinformation, our election integrity work, and our work over the past year to fight COVID-19 vaccine misinformation and to amplify authoritative information.

Now that vaccines are rolling out and we are seeing more discussion about vaccines on the platform, we are focusing on understanding how our policies and enforcement approaches are holding up to this evolving conversation. Our prioritization of these issues don't have an end date—we are adapting to the dynamic nature of this pandemic and implementing what we learn as we go. Specifically, we are accelerating progress on a few key areas:

1.      **Combatting vaccine misinformation and de-amplifying content that could contribute to vaccine hesitancy:** We're improving the effectiveness of our existing enforcement systems (particularly focusing on entities that repeatedly post vaccine misinformation), mitigating viral content that could lead to vaccine hesitancy, and ensuring our recommendations / discovery surfaces are not amplifying vaccine hesitancy-inducing content.

2.      **Promoting the vaccine and providing authoritative information:** We will use our scale and product to increase people's intent to get vaccinated by showing people authoritative information from the CDC and leading health partners to counter misinformation and increase education, awareness, and trust. We'll also help people get the vaccine by helping people know when they're eligible and to find vaccines near them. Finally, we will use our reach to drive vaccine acceptance by providing personalized ads and increase visibility of vaccinations in people's networks (e.g., friends, healthcare workers, public figures) to inspire them to get vaccinated. We are working on specific plans for how to support communities most impacted by COVID (Black, Latinx, Indigenous), and would welcome your input. We'd also welcome partnering with you to amplify efforts to support these communities.

We'd be happy to schedule a follow-up discussion to provide additional information on this work, or on the data we plan to provide going forward. We'll also have more information very soon on access to CrowdTangle as discussed.

Look forward to continued work here, and please don't hesitate to let us know if you have any questions.

Thanks,

███████

MOLA_DEFSPROD_00016274

| | |
|---|---|
| **From**: | ▇▇▇▇▇▇▇▇▇ @twitter.com] |
| **Sent**: | 3/1/2021 6:01:25 PM |
| **To**: | Flaherty, Robert EOP/WHO ▇▇▇▇▇▇▇ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ▇▇▇▇ @hhs.gov];
Clarke.Humphrey ▇▇▇▇▇▇▇ @who.eop.gov] |
| **CC**: | ▇▇▇▇▇▇▇▇▇ @twitter.com] ▇▇▇▇▇▇▇▇▇▇ @twitter.com]; ▇▇▇▇▇▇▇
▇▇▇▇ @twitter.com] |
| **Subject**: | Following up on today's meeting |

**Flag**: Follow up

Rob, Clarke and Josh -

Thanks again for meeting with us today. As we discussed, we are building on our continued efforts to remove the most harmful COVID-19 misleading information from the service by applying labels to Tweets that may contain misleading information about COVID-19 vaccines. We have also introduced a strike system that determines when further enforcement action is necessary. You can read more in the announcement on our blog.

As we said, we are committed to working with stakeholders in the public, private and non-profit sectors to address the reliability of covid information online and look forward to continued dialogue about joint efforts.

Don't hesitate to let me know if you have additional questions.
Warmest,

**From:** ▮▮▮▮▮▮▮▮▮▮@twitter.com]
**Sent:** 2/25/2021 8:15:11 PM
**To:** Qureshi, Hoor EOP/WHO ▮▮▮▮▮▮@who.eop.gov]
**CC:** Flaherty, Robert EOP/WHO ▮▮▮▮▮▮@who.eop.gov]; Wakana, Benjamin (who.eop.gov)
▮▮▮▮▮@who.eop.gov]; Clarke.Humphrey ▮▮▮▮▮@who.eop.gov]; ▮▮▮▮▮▮▮
▮▮▮@twitter.com]; Rowe, Courtney (who.eop.gov) ▮▮▮▮▮▮@who.eop.gov]; Peck, Joshua
(HHS/ASPA) ▮▮▮▮@hhs.gov]
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

**Flag:** Followup

Thanks so much, looking forward to it.
Best,
▮▮▮

On Thu, Feb 25, 2021 at 8:13 PM Qureshi, Hoor EOP/WHO ▮▮▮▮▮ @who.eop.gov> wrote:

2pm ET works great on our end. Just sent around a calendar invite for this!

**From:** ▮▮▮▮▮▮▮ @twitter.com>
**Sent:** Thursday, February 25, 2021 8:08 PM
**To:** Flaherty, Robert EOP/WHO ▮▮▮▮▮ @who.eop.gov>
**Cc:** Wakana, Benjamin L. EOP/WHO ▮▮▮▮▮▮@who.eop.gov>; Humphrey, Clarke EOP/WHO
▮▮▮▮ @who.eop.gov>; ▮▮▮▮▮ @twitter.com>; Rowe, Courtney M.
EOP/WHO ▮▮▮▮@who.eop.gov>; Qureshi, Hoor EOP/WHO ▮▮▮▮ @who.eop.gov>;
Joshua Peck ▮▮▮▮ @hhs.gov>
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

Hi Robert –

How about 10am or 2pm (our preference) on Monday 3/1?

Best.
▮▮▮

On Thu, Feb 25, 2021 at 8:01 PM Flaherty, Robert EOP/WHO ▮▮▮▮▮ @who.eop.gov> wrote:

Hey ▮▮ — yes. Can you share some times that work on Monday? Our colleague Hoor can land a time for
us.

Sent from my iPhone

On Feb 25, 2021, at 7:54 PM, ▮▮▮▮▮ @twitter.com> wrote:

Hi all –

We are still interested in sharing an update with you on our work to address covid misinformation while also
ensuring the reliable availability of quality information.

| | |
|---|---|
| **From**: | ████████████@fb.com] |
| **Sent**: | 2/24/2021 8:48:20 PM |
| **To**: | Flaherty, Robert EOP/WHO ████████@who.eop.gov] |
| **CC**: | Clarke.Humphrey ████████@who.eop.gov]; Rowe, Courtney (who.eop.gov) |
| | ████████@who.eop.gov]; Peck, Joshua (HHS/ASPA) ████████@hhs.gov]; |
| | ████████@fb.com]; ████████b.com]; ████████@fb.com]; |
| | ████████@fb.com] |
| **Subject**: | Re: [EXTERNAL] Misinfo Themes |
| | |
| **Flag**: | Follow up |

Hoping to cover a lot of that Monday—still working on data we can share, etc

Can definitely go into detail on content that doesn't violate like below but could contribute to vaccine hesitancy.

████

████████

**facebook, inc.** | politics & government

████████

On Feb 24, 2021, at 8:41 PM, Flaherty, Robert EOP/WHO ████████@who.eop.gov> wrote:

Awesome. This is helpful. Can you give us a sense of volume on these, and some metrics around rhe scale of removal for each?

Can you also give us a sense of misinformation that might be falling outside of your removal policies?

Goes without saying, just because it's on your list for removal hasn't historically meant that it was removed, so I want to get a sense of the state of play here!

Thanks, all.

Sent from my iPhone

On Feb 24, 2021, at 7:54 PM, ████████ @fb.com> wrote:

Hi all,

Following up on your request for COVID-19 misinfo themes we are seeing. All the below claims violate our updated Covid and vaccine misinformation policies that we announced earlier this month, and we are removing these claims from our platforms:

**Theme 1: Vaccine Toxicity:** Claims that the vaccine contains aborted fetal tissue, has microchips embedded in it, toxic levels of aluminum, etc.

| **From**: | ███████████@fb.com] | | |
|---|---|---|---|
| **Sent**: | 2/24/2021 7:49:36 PM | | |
| **To**: | Flaherty, Robert EOP/WHO ████████@who.eop.gov] | | |
| **CC**: | Clarke.Humphrey ██████████@who.eop.gov]; ████████████@fb.com]; Rowe, Courtney | | |
| | (who.eop.gov) ████████████@who.eop.gov]; ████████████@fb.com]; | | |
| | ████████@fb.com]; ████████████@fb.com]; Peck, Joshua (HHS/ASPA) ██████████@hhs.gov] | | |
| **Subject**: | Re: Facebook proposal to help mitigate vaccination hesitancy | | |

**Flag**:     Follow up

Hi All,

Thanks for the productive meeting yesterday — we're excited about the potential here with the CDC.
*(Side note, the misinfo themes we're seeing will be forthcoming in a separate email.)*

We will be proposing to the CDC a phased marketing approach, which will build and scale as the vaccine becomes more widely available. Our target audience is people eligible to get the vaccine and their family and friends. The goal is to get vaccinated people to change their profile frame and share with their network that they've been vaccinated.

**Phase 1 - February**
Introduce profile frames on Facebook (i.e. Frames Tray & Profile) and begin to drive adoption among Public Figures.

o          Invite Public Figures on FB who have publicly shared that they have gotten the vaccine to update their profile frames via targeted outreach

o          Uprank the Frame in the Frames tray on Facebook

o          Feature the Frame in the footer of Profile Pic updates

**Phase 2 – March**
Building on our Phase 1 efforts, we will expand the Frames' visibility among people who have been vaccinated.

o          Accelerate Public Figures outreach for CDC to engage Public Figures and news, sports, entertainment, and media partners via scaled newsletters.

o          Joint Press Moment (similar to the NHS announcement we shared earlier this week)

o          Aggregation of stories of friends adopting the frames to be featured in the Newsfeed

o          A Profile prompt targeted to those eligible for the vaccine by job, age group, etc. This will expand as vaccine availability expands.

o          An in-feed notification targeting those who are eligible.

This effort is a whole of platform approach, meeting users where they are and we believe would positively impact vaccine adoption and curb vaccine hesitancy. This is what our teams have also shared with the CDC, and we're looking forward to continuing this partnership.

Best,

█████

████████████

**facebook, inc.** | politics & government

Again, it was a pleasure to work with you and hope to have the chance to do so again.
Theo

On Tue, Jan 19, 2021 at 10:49 PM ███████████ @fb.com> wrote:

Great—thank you! Good luck tomorrow.

Get Outlook for iOS

**From:** ███████████ @jbrpt.org>
**Sent:** Tuesday, January 19, 2021 10:20:34 PM
**To:** ███████████ @fb.com>
**Subject:** Re: Thanks--

Hey ███

Thank you - pleasure working with you as well.

Yes - will connect you with Courtney and Josh on the ad side as soon as they have .gov emails, and I know Rob and
Clarke will want to be in touch on the mis/disinfo side.

Best,
████

On Tue, Jan 19, 2021 at 4:03 PM ███████████ @fb.com> wrote:

Theo,

Thanks for all of your help throughout the transition period—wishing you well in your next chapter now that
the transition is drawing to a close.

Hoping to be in touch with Courtney and Josh as we are now heading into the new administration—I'd be
grateful if you'd connect me as they land with new email addresses in the coming days?

Thanks,

████

--
████
Biden-Harris Transition
Private Sector Engagement
████

--
████
Biden-Harris Transition

MOLA_DEFSPROD_00016364