**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@fb.com]
**Sent:** 5/4/2022 3:48:11 PM
**To:** Protentis, Lauren ▓▓▓▓▓▓▓▓@cisa.dhs.gov]
**CC:** Hale, Geoffrey (He/Him) ▓▓▓▓▓▓▓▓@cisa.dhs.gov]; Snell, Allison (She/Her) ▓▓▓▓▓▓▓@cisa.dhs.gov]; ▓▓▓▓▓▓▓▓▓▓@fb.com]; Schaul, Robert ▓▓▓▓▓▓▓▓@cisa.dhs.gov]; Scully, Brian ▓▓▓▓▓▓▓@cisa.dhs.gov]; Kuennen, David ▓▓▓▓▓▓▓@cisa.dhs.gov]; ▓▓▓▓▓▓▓@fb.com]; ▓▓▓▓▓▓▓▓▓▓@fb.com]
**Subject:** Re: Account Security

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,
▓▓▓▓

---

**From:** Protentis, Lauren <▓▓▓▓▓▓▓@cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** ▓▓▓▓▓▓▓▓▓▓@fb.com>, ▓▓▓▓▓▓▓▓▓▓@fb.com>
**Cc:** Hale, Geoffrey (He/Him) <▓▓▓▓▓▓@cisa.dhs.gov>, Snell, Allison (She/Her) <▓▓▓▓▓▓@cisa.dhs.gov>, ▓▓▓▓▓▓▓▓▓▓▓@fb.com>, ▓▓▓▓▓▓@fb.com>, ▓▓▓▓▓▓▓▓▓▓@fb.com>, ▓▓▓▓▓▓▓▓▓▓@fb.com>, Schaul, Robert <▓▓▓▓▓▓@cisa.dhs.gov>, Scully, Brian ▓▓▓▓▓▓@cisa.dhs.gov>, Kuennen, David ▓▓▓▓▓▓@cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ▓▓▓▓▓▓ | E: ▓▓▓▓▓▓▓@cisa.dhs.gov | HSDN: ▓▓▓▓▓▓@dhs.sgov.gov |
CLAN: ▓▓▓▓@dhs.ic.gov

[The linked image cannot be displayed. The file may have been moved, re...]

---

**From:** ▓▓▓▓▓▓▓▓▓▓@fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** Protentis, Lauren <▓▓▓▓▓▓@cisa.dhs.gov>; ▓▓▓▓▓▓▓▓@fb.com>

▇▇▇@provandv.com'; '▇▇▇@provandv.com'; ▇▇▇@provandv.com'; '▇▇▇@provandv.com'; ▇▇▇@runbeck.net'; '▇▇▇@rydergraphics.net'; ▇▇▇@rydergraphics.net'; ▇▇▇@scytl.com'; ▇▇▇@scytl.us'; '▇▇▇@scytl.us'; '▇▇▇@seachangemn.com'; ▇▇▇@seachangemn.com'; '▇▇▇@sliglobalsolutions.com'; '▇▇▇@slicompliance.com'; ▇▇▇@slicompliance.com'; ▇▇▇@slicompliance.com'; ▇▇▇@smartmatic.com'; ▇▇▇@smartmatic.com'; '▇▇▇@smartmatic.com'; ▇▇▇@tenexsolutions.com'; ▇▇▇@tenexsolutions.com'; ▇▇▇@tenexsolutions.com'; '▇▇▇@tenexsolutions.com'; ▇▇▇@tenexsolutions.com'; ▇▇▇@cantongroup.com'; ▇▇▇@cantongroup.com'; ▇▇▇@cantongroup.com'; '▇▇▇@unisynvoting.com'; ▇▇▇@unisynvoting.com'; ▇▇▇@victorenvelope.com'; ▇▇▇@victorenvelope.com'; ▇▇▇@voatz.com'; ▇▇▇@voatz.com'; ▇▇▇@votec.net'; ▇▇▇@voteshield.us'; ▇▇▇@voteshield.us'; '▇▇▇@votem.com'; ▇▇▇@voting.works'; ▇▇▇@voting.works'; ▇▇▇@voting.works'; '▇▇▇@vrsystems.com'; ▇▇▇@vrsystems.com'; ▇▇▇@vrsystems.com'; Hale, Geoffrey (He/Him); Snell, Allison (She/Her); ▇▇▇; ▇▇▇ (He/Him/His); ▇▇▇ ▇▇▇ (CTR); ▇▇▇; ▇▇▇; ▇▇▇; ▇▇▇ (CTR); ▇▇▇ (She/Her); ▇▇▇ (CTR); ▇▇▇; ▇▇▇ (She/Her); Johnson, Lauren

SCC Members,

In preparation for Thursday's SCC Full Council meeting, attached please find the agenda. Additional meeting materials will be provided in advance of the meeting.

Best,
SRMA

# Election Infrastructure Subsector Coordinating Council Meeting Agenda
## Thursday March 31, 2022
## 2:00 p.m. – 3:30 p.m. ET
## Microsoft Teams

| Time | Agenda Item |
|---|---|
| 2:00 p.m. | **Welcome & Introductions** |
| | **Executive Committee Opening Comments** *SCC Executive Committee* |
| 2:10 p.m. | **NICE Framework Introduction (NIST)** |
| 2:20 p.m. | **NIST Cybersecurity Framework** |
| 2:30 p.m. | **DOJ Election Task Force** *John Keller* |
| 2:40 p.m. | **DHS Services and Assessments Overview** *Dave Kuennen* |
| 2:50 p.m. | **MDM Presentation** *Lauren Protentis* |
| 3:00 p.m. | **DHS Updates** *Geoff Hale* <br> • Ukraine/ Russia Tensions |
| 3:05 p.m. | **SCC General Organization Items** <br> • 2022 SCC Goals |
| 3:10 p.m. | **Working Group Updates** <br> • General Working Group Discussion (Ed) <br> • Joint Training Working Group (Ericka) <br> • Joint Managing Mis/Disinformation Working Group (Sam) <br> • Joint SSP Working Group (Kay) <br> • SCRM Working Group (Ed/ Chris) |
| 3:20 p.m. | **New Business and Open Discussion** <br> • New Membership Vote- Data Defenders |
| 3:25 p.m. | **Executive Committee Closing Comments** |

| | |
|---|---|
| **From:** | Snell, Allison (She/Her) [████]@cisa.dhs.gov] |
| **Sent:** | 2/9/2022 9:09:57 AM |
| **To:** | Snell, Allison (She/Her) [████]@cisa.dhs.gov]; [████]@google.com]; Wyman, Kim (She/Her/Hers) [████]@cisa.dhs.gov]; Hale, Geoffrey (He/Him) [████]@cisa.dhs.gov]; Tipton, James [████]@cisa.dhs.gov]; Protentis, Lauren [████]@cisa.dhs.gov] |
| **CC:** | [████]@google.com]; [████]@google.com]; [████]@google.com]; [████]@google.com |
| **Subject:** | Election Security Briefing with Google |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 2/24/2022 3:00:00 PM |
| **End:** | 2/24/2022 3:45:00 PM |
| **Show Time As:** | Tentative |
| **Required Attendees:** | Snell, Allison (She/Her); [████]; Wyman, Kim (She/Her/Hers); Hale, Geoffrey; Tipton, James; Protentis, Lauren |

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
[████] #   United States, Washington DC
Phone Conference ID: [████]
Find a local number | Reset PIN

\* \* \* \* \* U.S. Department of Homeland Security \* \* \* \* \*
Learn More | Meeting options

**From:** ▇▇▇▇▇@microsoft.com]
**Sent:** 2/17/2022 1:14:47 PM
**To:** Hale, Geoffrey (He/Him) ▇▇▇@cisa.dhs.gov]
**Subject:** RE: Connection Request: Department of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Send em to me. I will make sure Ginny is looped in.

**From:** Hale, Geoffrey (He/Him) <▇▇▇@cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 1:05 PM
**To:** ▇▇▇@microsoft.com>
**Subject:** [EXTERNAL] FW: Connection Request: Department of Treasury

Is it you?

**From:** Protentis, Lauren <▇▇▇@cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 12:57 PM
**To:** ▇▇▇@microsoft.com; ▇▇▇@microsoft.com>
**Cc:** Schaul, Robert <▇▇▇@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▇▇▇@cisa.dhs.gov>; Snell, Allison (She/Her) <▇▇▇@cisa.dhs.gov>
**Subject:** Connection Request: Department of Treasury

Hi ▇▇▇ and ▇▇▇,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Microsoft if you're amenable? This is somewhat time-sensitive, so thanks in advance for your attention to this matter.

If there's another POC this should be routed to, please let us know!

All my best,


Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▇▇▇ | Email: ▇▇▇@cisa.dhs.gov | HSDN: ▇▇▇@dhs.sgov.gov | CLAN: ▇▇▇@dhs.ic.gov



| | |
|---|---|
| From: | Election Infrastructure SSA [■■■@cisa.dhs.gov] |
| Sent: | 6/22/2022 12:47:10 PM |
| To: | ■■■@hartic.com]; Bell, Karen B [■■■@ncsbe.gov]; ■■■@sos.wa.gov]; ■■■@jacksoncounty.org]; ■■■@coloradosos.gov]; ■■■@coloradosos.gov]; ■■■ (SEC) ■■■@state.ma.us]; ■■■ S (SOS) ■■■@ky.gov]; ■■■@elections.virginia.gov; ■■■@elections.virginia.gov; ■■■@oregon.gov; ■■■ [■■■@nased.org]; ■■■@sso.org]; ■■■@sso.org]; '■■■@sso.org]; '■■■@eac.gov' ■■■@eac.gov]; ■■■@eac.gov; ■■■@co.weber.ut.us]; ■■■@microsoft.com]; ■■■@dominionvoting.com]; ■■■@smartmatic.com]; ■■■@lafayettegroup.com; EISRMATeam [■■■@cisa.dhs.gov]; Protentis, Lauren [■■■@cisa.dhs.gov]; Pattullo, Michael (CTR) [■■■@associates.cisa.dhs.gov]; Suhm, Alyssa (CTR) [■■■@associates.cisa.dhs.gov] |
| Subject: | Joint MDM Working Group Meeting |
| Start: | 6/30/2022 3:30:00 PM |
| End: | 6/30/2022 4:30:00 PM |
| Show Time As: | Tentative |
| Recurrence: | (none) |
| Required Attendees: | ■■■; ■■■; ■■■; ■■■; ■■■@coloradosos.gov; ■■■ (SEC); ■■■ (SOS); ■■■@elections.virginia.gov; ■■■@elections.virginia.gov; ■■■@oregon.gov; ■■■; ■■■; ■■■; '■■■@eac.gov'; ■■■@eac.gov; H■■■ (CELA); ■■■@lafayettegroup.com; EISRMATeam; Protentis, Lauren; Pattullo, Michael (CTR); Suhm, Alyssa (CTR) |

Joint MDM Working Group,

We have rescheduled the 6/21 Working Group Meeting. An agenda will be uploaded prior to the meeting.

Thank you,

EI Sector Risk Management Agency
Cybersecurity and Infrastructure Security Agency
Email: ■■■@CISA.DHS.GOV

### Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
■■■ United States, Washington DC

Phone Conference ID: ■■■

**From:** ▮▮▮▮@fb.com>
**Sent:** Monday, March 28, 2022 2:46 PM
**To:** Protentis, Lauren <▮▮▮@cisa.dhs.gov>; ▮▮▮@fb.com>; <▮▮▮@fb.com>; ▮▮▮@fb.com>
**Cc:** ▮▮▮@fb.com>; ▮▮▮@fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

Happy Monday! I'm happy to update the invites accordingly – one quick flag that Nathaniel will be on a flight on 04/13. Can your team meet at the same time, 2pm ET, on Thursday, 04/14? Please confirm and I'll send the updated invites.

Thank you,

▮▮▮

**From:** Protentis, Lauren <▮▮▮@cisa.dhs.gov>
**Sent:** Thursday, March 24, 2022 6:26 AM
**To:** ▮▮▮@fb.com>; ▮▮▮@fb.com>; ▮▮▮@fb.com>
**Cc:** ▮▮▮@fb.com>; ▮▮▮@fb.com>
**Subject:** Calendar Invite Updates - Monthly Meetings

Hi All, Thanks for the call yesterday – we'll follow-up shortly with some due-outs.

Logistically, we'll need the invite (which Meta manages) to be updated to a monthly meeting cadence and our pre-syncs to follow suit. Would you kindly send us updated invites and Kim Wyman (▮▮▮@cisa.dhs.gov)? According to the cal, our next meeting would be April 13th; the pre-sync April 6th.

Let me know if you have any questions and thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▮▮▮ | Email: ▮▮▮@cisa.dhs.gov | HSDN: ▮▮▮@dhs.sgov.gov | CLAN: ▮▮▮@dhs.ic.gov

| | |
|---|---|
| From: | [redacted]@twitter.com] |
| Sent: | 8/18/2021 4:50:14 PM |
| To: | Hale, Geoffrey [[redacted]@cisa.dhs.gov] |
| CC: | [redacted]@twitter.com]; [redacted]@twitter.com; Snell, Allison [[redacted]@cisa.dhs.gov]; PROTENTIS, LAUREN [[redacted]@cisa.dhs.gov] |
| Subject: | Re: Twitter Safety announcement |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Geoff, hope you are doing incredibly well.

Thanks so much for your outreach. It is excellent that you are staying on top of our announcements, and we appreciate your engagement. Rather than having election officials enroll in the pilot, we have an existing dedicated tool for certain external stakeholders.

We onboard state and local election officials onto Twitter's Partner Support Portal to flag concerns directly to Twitter. These concerns can include technical issues with their account and content on the platform that may violate our policies. In evaluating reports, Twitter makes its own independent decisions on whether the content violates the Twitter Rules and whether enforcement action is warranted.

We sent an announcement to all state and local election officials in September 2020 through the EI-ISAC, and work with NASS, NASED, and the Belfer Center, and election officials directly to inform them of this tool. They can email [redacted]@Twitter.com to enroll.

Hope this is helpful! Looking forward to connecting again soon!

Stacia

On Tue, Aug 17, 2021 at 3:32 PM Hale, Geoffrey <[redacted]@cisa.dhs.gov> wrote:
> Afternoon all,
>
> I saw this announcement from Twitter Safety, in the 30 mins since it posted, several election officials asked if they could be part of the pilot. I thought I would propose it to you all that, as part of your election security efforts, verified election officials might be valuable testers for you all.
>
> Twitter Safety on Twitter: "We're testing a feature for you to report Tweets that seem misleading - as you see them. Starting today, some people in the US, South Korea, and Australia will find the option to flag a Tweet as "It's misleading" after clicking on Report Tweet." / Twitter
>
> Thank you for the consideration,
> Geoff
>
>
> Election Security Initiative
> [redacted]@cisa.dhs.gov
> [redacted] (w)

**From:** ▮▮▮▮▮@fb.com]
**Sent:** 8/6/2021 10:48:36 PM
**To:** ▮▮▮▮▮@fb.com]; Snell, Allison[▮▮▮▮▮@cisa.dhs.gov]
**CC:** HORNUNG, NICHOLAS (CTR) [▮▮▮▮▮@associates.cisa.dhs.gov];PROTENTIS, LAUREN ▮▮▮▮▮@cisa.dhs.gov];Schaul, Robert ▮▮▮▮▮@cisa.dhs.gov]; ▮▮▮▮▮@fb.com]
**Subject:** Re: Quick sync

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Allison, apologies as I've been out on vacation this week. I'm copying Payton Iheme who works with DHS to follow up. As Nathaniel mentioned it would be great to get some additional details.

Get Outlook for iOS

---

**From:** ▮▮▮▮▮@fb.com>
**Sent:** Thursday, August 5, 2021 1:55 AM
**To:** Snell, Allison; ▮▮▮▮▮
**Cc:** HORNUNG, NICHOLAS (CTR); PROTENTIS, LAUREN; Schaul, Robert
**Subject:** Re: Quick sync

Hey Allison,

Happy to meet and discuss (but it will likely be next week at this point). Do you have any added context you can offer about the proposal by email? Depending on the focus, it might make sense for us to bring additional colleagues to the convo.

Thanks,

▮▮▮▮▮

---

**From:** Snell, Allison <▮▮▮▮▮@cisa.dhs.gov>
**Sent:** Wednesday, August 4, 2021 1:30 PM
**To:** ▮▮▮▮▮@fb.com> ▮▮▮▮▮@fb.com>
**Cc:** HORNUNG, NICHOLAS (CTR) <▮▮▮▮▮@associates.cisa.dhs.gov>; PROTENTIS, LAUREN <▮▮▮▮▮@cisa.dhs.gov>; Schaul, Robert <▮▮▮▮▮@cisa.dhs.gov>
**Subject:** Quick sync

Hey ▮▮▮▮▮

Would you have a few minutes this week or next to discuss an NGO proposal we recently received re: the disinfo challenge? We'd like to gauge if it would be of value/interest to you and your industry colleagues.

Many thanks and happy Wednesday.

Allison L. Snell
Election Security Initiative
Cybersecurity and Infrastructure Security Agency

Cell: ▮▮▮▮▮   Email: ▮▮▮▮▮@cisa.dhs.gov

| | |
|---|---|
| From: | [redacted]@fb.com] |
| Sent: | 5/10/2021 9:27:40 PM |
| To: | [redacted]@state.gov] |
| CC: | PROTENTIS, LAUREN [redacted]@cisa.dhs.gov]; [redacted]@state.gov]; SHAW, JOSHUA (CTR) [redacted]@associates.cisa.dhs.gov]; Williams, Elizabeth [redacted]@cisa.dhs.gov]; Lazcano, Christine [redacted]@hq.dhs.gov]; [redacted]@state.gov]; [redacted]@state.gov]; [redacted]@fb.com]; [redacted]@state.gov] |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, [redacted]@state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

- How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.
- Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.
- Information sharing platforms.
- How to identify fake news and legitimate websites.
- Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.
- Fact checking techniques, how to identify disinformation and misinformation
- Proven techniques to take down these articles. The effectiveness of fake news checkers.
- Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.
- Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.
- International takedown requests.

**From:** Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT]
**Sent:** 4/18/2022 2:46:42 PM
**To:** ▮@fb.com]
**CC:** ▮@fb.com]; ▮@fb.com]; ▮@fb.com]; ▮@fb.com]; ▮@fb.com]; Schaul, Robert ▮@cisa.dhs.gov]; Scully, Brian ▮@cisa.dhs.gov]; Kuennen, David ▮@cisa.dhs.gov]
**BCC:** Hale, Geoffrey (He/Him) ▮@cisa.dhs.gov]; Snell, Allison (She/Her) ▮@cisa.dhs.gov]
**Subject:** RE: Account Security

Sounds great, thanks Sandy.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
▮ | Email: ▮@cisa.dhs.gov | HSDN: ▮@dhs.sgov.gov | CLAN: ▮@dhs.ic.gov

**From:** ▮@fb.com>
**Sent:** Monday, April 18, 2022 11:50 AM
**To:** Protentis, Lauren ▮@cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) ▮@cisa.dhs.gov>; Snell, Allison (She/Her) ▮@cisa.dhs.gov>; ▮@fb.com>; ▮@fb.com>; ▮@fb.com>; ▮@fb.com>; ▮@fb.com>; Schaul, Robert ▮@cisa.dhs.gov>; Scully, Brian ▮@cisa.dhs.gov>; Kuennen, David ▮@cisa.dhs.gov>
**Subject:** Re: Account Security

Great! Many thank, Lauren for the quick reply & feedback.

▮ –who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as ▮ and her team work out the details.


Sent from my iPhone


On Apr 18, 2022, at 10:54 AM, Protentis, Lauren <▮@cisa.dhs.gov> wrote:

Thanks so much for sending, Sandy!

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▓▓▓▓ | Email: ▓▓▓▓@cisa.dhs.gov | HSDN: ▓▓▓▓@dhs.sgov.gov | CLAN: ▓▓▓▓@dhs.ic.gov

**From:** ▓▓▓▓@fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** Protentis, Lauren <▓▓▓▓@cisa.dhs.gov>; Hale, Geoffrey (He/Him) <▓▓▓▓@cisa.dhs.gov>; Snell, Allison (She/Her) <▓▓▓▓@cisa.dhs.gov>
**Cc:** ▓▓▓▓@fb.com>▓▓▓▓@fb.com>▓▓▓▓@fb.com>; ▓▓▓▓@fb.com>▓▓▓▓@fb.com>
**Subject:** Account Security

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ▓▓ & ▓▓▓▓, who you met during our meeting & are helping implement these procedures with key stakeholders. Also, +▓▓▓▓ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

▓▓▓▓

**From:** Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT]
**Sent:** 3/24/2022 9:44:19 AM
**To:** █████████████████@microsoft.com]
**Subject:** RE: Offerings for Election Officials

Hi ███, Thanks so much for reaching-out.

Meta was organizing the Industry-side to provide materials from each organization that listed existing programs for elections officials to enroll in for online security and organization specific best practices for protecting themselves or escalating online threats, especially as midterm season is underway. I think shorter is better here, so that they have an easy-to use resource.

The sooner we can receive this resource the better, since midterms are already underway.

Thanks so much and let me know if you have any additional questions!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: 1██████████ | Email: █████████@cisa.dhs.gov | HSDN: █████████@dhs.sgov.gov | CLAN: ████████@dhs.ic.gov



**From:** █████████████████@microsoft.com>
**Sent:** Wednesday, March 23, 2022 4:02 PM
**To:** Protentis, Lauren <█████████@cisa.dhs.gov>
**Subject:** Offerings for Election Officials

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

I'm not sure if we've met before, I'm on the campaigns and elections cybersecurity team at Microsoft and I run many of our elections-specific externally facing security programs for our Democracy Forward team.

█████████ reached out to me and mentioned that you were collecting information about the various services Microsoft and other tech companies have to offer election officials. I'm happy to provide that to you, but am hoping you'd be able to give just a few quick notes on the type of information you're looking for, the level of depth/format, intended audience, etc? That way I can tailor the information in a way that's most useful to you.

Thanks,

████████
Senior Cybersecurity Strategist
Microsoft | Democracy Forward Program