| | |
|---|---|
| **From**: | [████████]@fb.com] |
| **Sent**: | 7/19/2021 1:34:04 PM |
| **To**: | Murthy, Vivek (HHS/OASH) [████████@hhs.gov] |
| **CC**: | [████████@fb.com]; Beckman, Adam (HHS/OASH) [████████@hhs.gov]; Waldo, Eric (HHS/OASH) [████████@hhs.gov]; [████████@fb.com]; [████████@fb.com] |
| **Subject**: | Re: Message from [████] |

Hi Vivek

Thanks so much for getting back to me – really appreciate that.

Adding [████] and [████] here to liaise with your office to find a time asap which is convenient for you – I'm in Spain right now but hopefully time differences can be navigated so that we speak soon enough.

All best

[████]

---

**From:** "Murthy, Vivek (HHS/OASH)" <[████]@hhs.gov>
**Date:** Monday, July 19, 2021 at 3:29 PM
**To:** [████]@fb.com>
**Cc:** [████]@fb.com>, "Beckman, Adam (HHS/OASH)" <[████]@hhs.gov>, "Waldo, Eric (HHS/OASH)" <[████]@hhs.gov>
**Subject:** Re: Message from [████]

Hi [████],

Thanks for reaching out and for sharing your concerns. I know the last few days have been challenging. I'd be happy to speak directly about how we move forward. Let me know the best way to schedule some time later this week and we'll make it happen.

Best wishes and will talk soon,
Vivek

--

**Vivek Murthy**
U.S. Surgeon General
Vice Admiral, U.S. Public Health Service

The information in this e-mail and its attachments are confidential, pre-decisional and deliberative. Contents may include sensitive information and are for official use only. If you are not the original intended recipient, please delete the content and notify the sender.

---

**From:** [████]@fb.com>
**Sent:** Friday, July 16, 2021 5:43 PM
**To:** Murthy, Vivek (HHS/OASH) <[████]@hhs.gov>
**Cc:** [████]@fb.com>
**Subject:** Message from Nick Clegg

Dear Vivek,

| | |
|---|---|
| From: | [redacted]@fb.com] |
| Sent: | 6/12/2021 9:28:58 PM |
| To: | Murthy, Vivek (HHS/OASH) [[redacted]@hhs.gov] |
| CC: | Slavitt, Andrew M. EOP/WHO [[redacted]@who.eop.gov]; [redacted]@fb.com] |
| Subject: | Facebook bi-weekly covid content report |
| Attachments: | 6_11 - COVID-19 Insights.pdf |

Dear Vivek

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

[redacted]

| | |
|---|---|
| **From**: | ▇▇▇▇▇▇▇▇▇▇▇@fb.com] |
| **Sent**: | 5/28/2021 5:48:14 PM |
| **To**: | Slavitt, Andrew M. EOP/WHO ▇▇▇▇▇▇▇@who.eop.gov]; Murthy, Vivek (HHS/OASH) ▇▇▇▇▇▇@hhs.gov] |
| **CC**: | ▇▇▇▇▇▇▇▇▇▇@fb.com] |
| **Subject**: | Message from ▇▇▇▇▇▇ |
| **Attachments**: | 5_28 - COVID-19 Insights.pdf |

Dear Andy, dear Vivek (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale online campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**
• *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame.* Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.
• *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.
• *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety and testing by 3% across 5 countries.* We've directed 2B+

| | |
|---|---|
| **From**: | ███████████@fb.com] |
| **Sent**: | 5/28/2021 5:48:14 PM |
| **To**: | Slavitt, Andrew M. EOP/WHO ████████████████████ Murthy, Vivek (HHS/OASH) ███████████@hhs.gov] |
| **CC**: | ███████████████@fb.com] |
| **Subject**: | Message from ████████ |
| **Attachments**: | 5_28 - COVID-19 Insights.pdf |

Dear Andy, dear Vivek (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale online campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**
- *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame*. Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.
- *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.
- *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety* **and testing by 3% across** *5 countries.* We've directed 2B+