**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 2/4/2022 3:39:27 PM
**To:** ████████@fb.com]
**Subject:** Have 5 minutes to chat? E: Vaccine Misinformation Questions for CDC

I'm heading out today but do you have a minute to discuss this by chance? Call anytime. 678-920-0578

**From:** ████████@fb.com>
**Sent:** Thursday, February 3, 2022 9:21 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) ████@cdc.gov>; ████████@fb.com>; Dempsey, Jay H. (CDC/OD/OADC) <ifb5@cdc.gov>
**Subject:** Re: Vaccine Misinformation Questions for CDC

Ok, thank you!!

**From:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>
**Date:** Thursday, February 3, 2022 at 5:21 PM
**To:** ████████@fb.com>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) <████@cdc.gov>, ████████@fb.com>, Dempsey, Jay H. (CDC/OD/OADC) ████@cdc.gov>
**Subject:** RE: Vaccine Misinformation Questions for CDC

Hi ██ - I will talk to the Vaccine program and see what we can do. My guess is that February 9th will not be realistic. Also, I'm out Feb 5-16 so Stephanie or Jay will be sure to follow up and can help if something comes up while I'm out.

Thanks!

**From:** ████████@fb.com>
**Sent:** Thursday, February 3, 2022 4:36 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) ████@cdc.gov>; ████████@fb.com>
**Subject:** Vaccine Misinformation Questions for CDC

Hi Carol,

I hope you are your team are well and staying healthy. Thank you so much for the information you provided on the claims we asked about last month. Since we last spoke, I wanted to **share updates we made as a result of our work together**. I also wanted **to ask for your assessment on a few things**, including 1) Three additional claims we've become aware of from our regular monitoring; 2) How FDA EUA authorization for children under 5 might impact our policies; and 3) CDC's insights regarding deaths from vaccines. As always, please do let me know if it would be easier to set up time to talk through any of these live! **Otherwise, do you think it would be possible to get input on the below before February 9th?**

Thank you so much in advance for your help, and please let me know if you have any questions!

Best,

**From:** Crawford, Carol Y. (CDC/OD/OADC) [█████@cdc.gov]
**Sent:** 5/6/2021 3:06:43 PM
**To:** █████████[█████@fb.com]; Layton, Kathleen (CDC/OD/OADC) [████@cdc.gov]; Dempsey, Jay H. (CDC/OD/OADC)[████@cdc.gov]; ████████████████[█████@fb.com]; █████████████████████[████@fb.com]
**CC:** █████████████████████████[████@fb.com]; ████████████████████[████@fb.com]; █████████[████@fb.com]; █████████████████████[████@fb.com]; █████████████████████[████@fb.com]
**Subject:** JOIN WITH NEW INFO: E: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
+█████████████# United States, Atlanta
(█████████████ United States (Toll-free)
Phone Conference ID: █████████ #
Find a local number | Reset PIN
Learn More | Meeting options

-----Original Appointment-----
**From:** █████████████████@fb.com>
**Sent:** Wednesday, January 27, 2021 6:44 PM
**To:** █████████ Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H. (CDC/OD/OADC); █████████████████████████
**Cc:** █████████████████████████████████████████████████████████████████
**Subject:** Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
**When:** Thursday, May 6, 2021 3:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

-New attendees Intro
-CDC needs/questions
-FB Product updates/feedback request (COVID-HUB)
-COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

## Microsoft Teams meeting (CDC VC

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
+█████████████# United States, Atlanta
█████████████ United States (Toll-free)
Phone Conference █████████████
Find a local number | Reset PIN
Learn More | Meeting options

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| Sent: | 4/15/2021 3:01:49 PM |
| To: | ▇▇▇▇@fb.com]; Layton, Kathleen (CDC/OD/OADC ▇▇▇@cdc.gov]; Dempsey, Jay H. (CDC/OD/OADC) ▇▇@cdc.gov]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com] |
| CC: | ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; ▇▇▇▇@fb.com]; Phoenix Weir, Ursula (CDC/DDNID/NCBDDD/OD) ▇▇@cdc.gov] |
| Subject: | RE: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed) |

IF your having issues, try this link: Click here to join the meeting

-----Original Appointment-----
From: ▇▇▇▇@fb.com>
Sent: Wednesday, January 27, 2021 6:44 PM
To: ▇▇▇▇e; Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H. (CDC/OD/OADC); ▇▇▇▇
Cc: ▇▇▇▇ (CDC/DDNID/NCBDDD/OD)
Subject: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
When: Thursday, April 15, 2021 3:00 PM-3:40 PM (UTC-05:00) Eastern Time (US & Canada).
Where:

-New attendees Intro

-CDC needs/questions

-FB Product updates/feedback request (COVID-HUB)

-COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

## Microsoft Teams meeting (CDC VC

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
+▇▇▇▇,,▇▇▇▇#   United States, Atlanta
(▇▇▇) ▇▇▇-▇▇▇▇   United States (Toll-free)
Phone Conference ID: ▇▇▇ ▇▇▇ ▇▇▇#
Find a local number | Reset PIN
Learn More | Meeting options

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 4/9/2021 2:14:25 PM
**To:** ███████████ [███████@twitter.com]
**Subject:** RE: Request for problem accounts

Yes, we'll get that to you early next week. Thanks for checking in.

---

**From:** ███████████@twitter.com>
**Sent:** Thursday, April 8, 2021 8:28 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ███@cdc.gov>
**Subject:** Request for problem accounts

Hi Carol -
I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,
█

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 4/5/2021 9:25:20 AM
**To:** [redacted]@google.com]
**CC:** [redacted]@google.com]
**Subject:** RE: Follow up on mis-info conversation

Sorry for delay, I wasn't able to solve this one over the weekend. We have this which is close to what you want.. Thank you for the document!

https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalization-network



**From:** [redacted]@google.com>
**Sent:** Friday, April 2, 2021 9:13 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov>
**Cc:** [redacted]@google.com>
**Subject:** Re: Follow up on mis-info conversation

Hi Carol,

Thanks again for your time this week. Attached are some of the claims we discussed for your reference. On a separate but related note, would you happen to know if the CDC has statistics on hospitalization or death for people in the 40-49

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 3/31/2021 2:23:11 PM
**To:** [redacted]@fb.com]
**Subject:** RE: This week's meeting

Got it, thanks.

---

**From:** [redacted]@fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Subject:** Re: This week's meeting

Hi Carol,

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

---

**From:** Carol Crawford <[redacted]@cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** [redacted]@fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

- It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
- One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
  - Example: No label
  - Example: Label that links to WHO
- Can we add the Census team to CrowdTangle?
- How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

---

**From:** [redacted]@fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov>
**Subject:** Re: This week's meeting

Hi Carol,

Yes, I think good to have questions from Census so we make sure we have the right person.

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 3/30/2021 9:05:17 AM
**To:** [redacted]@google.com]
**CC:** [redacted]@google.com]
**Subject:** RE: Follow up on mis-info conversation

I've arranged for a few SMEs to join the call, including Cynthia. Census will not be on it but would like to discuss that at the end as you suggest. Thanks for the heads up of this agenda item.

**From:** [redacted]@google.com>
**Sent:** Monday, March 29, 2021 1:39 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov>
**Cc:** [redacted]@google.com>
**Subject:** Re: Follow up on mis-info conversation

Hi Carol,

We would like to follow up on our discussion with your colleague, Cynthia, on vaccine information a few months ago. Specifically, we plan to share a new list of common vaccine misinformation claims and would love it if Cynthia or other vaccine experts could join. We can also save a few minutes for you, me, and Jan to discuss potential next steps regarding the Census but will not need the broader team for the discussion.

Thanks,

[redacted]

On Mon, Mar 29, 2021 at 9:52 AM Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov> wrote:
> Are you all open to using our regular 4pm meetings to go over things with Census or what is preferred? I wasn't clear how interested you all were on this effort or who the players are on your end.

--
Stanley Onyimba | Global Product Partnerships | sonyimba@google.com

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 3/23/2021 2:14:22 PM
**To:** [redacted]@google.com]
**CC:** [redacted]@google.com]
**Subject:** RE: COVID Misinfo project

Sounds good to check in first – would Friday around 3:30 EST work? (or 4-5).

**From:** [redacted]@google.com>
**Sent:** Tuesday, March 23, 2021 12:56 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Cc:** [redacted]@google.com>
**Subject:** Re: COVID Misinfo project

Hi Carol, Thank you for your patience as we identified the right colleagues from Google to pull into this effort. Would it be possible to schedule a call for later this week to learn more about how the CDC and Census envision working together on this important topic?

Maybe on Friday? Please let us know when is best for you and we can pull in the right people from our team.

Thank you,

[redacted]

[redacted]
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
[redacted]@google.com
Android Mobile [redacted]

On Tue, Mar 23, 2021 at 12:51 PM Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov> wrote:
> Just checking back on this.
>
> **From:** Crawford, Carol Y. (CDC/OD/OADC)
> **Sent:** Thursday, March 18, 2021 3:14 PM
> **To:** [redacted]@google.com>; [redacted]@google.com>
> **Subject:** COVID Misinfo project
>
> [redacted] – As I believe we discussed previously, CDC is now working with Census to leverage some of their infrastructure to help identify and address COVID vaccine mis-info. As I understand it from the Census team.... when they were doing this for the Census project last year, they meet regularly with a Google/YouTube Trust team. Is it possible for us to start up regular meetings on this topic or maybe use our existing meeting time. Let me know if you want to discuss in more depth.
>
> I'm still checking on the treatment issue.

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 3/5/2020 9:47:53 AM
**To:** ▓▓▓▓▓▓▓▓ @fb.com]
**Subject:** RE: Facebook's COVID-19 Response Efforts

I'm around most of the morning without formal meetings for a bit – ▓▓▓▓▓▓.

Kat knows that a appt will be coming from FB but your welcome to connect directly. She's ready to talk though!

**From:** ▓▓▓▓▓▓▓▓ @fb.com>
**Sent:** Thursday, March 5, 2020 8:59 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▓▓@cdc.gov>
**Subject:** Re: Facebook's COVID-19 Response Efforts

Hi and would be good to chat very soon.

On the FB live, should I reach out to Kat directly or do you want to connect us?

Best,

▓▓▓▓

Sent from my iPhone

On Mar 5, 2020, at 8:55 AM, Crawford, Carol Y. (CDC/OD/OADC) ▓▓@cdc.gov> wrote:

▓▓▓▓ - I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is Kat Turner at ▓▓@cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** ▓▓▓▓▓▓▓▓ @fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▓▓@cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts

Good evening Carol,

Apologies for the late note. I want to ensure you are aware that Mark just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 3/5/2020 8:54:59 AM
**To:** [redacted]@fb.com]
**Subject:** RE: Facebook's COVID-19 Response Efforts

[redacted] - I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is Kat Turner at [redacted]@cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** [redacted]@fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts

Good evening Carol,

Apologies for the late note. I want to ensure you are aware that Mark just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

If you have additional ideas not captured in the summary, please let me know.

Best,

[redacted]

**FACEBOOK**

[redacted]
U.S. Public Policy
Facebook

**From:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]
**Sent:** 2/7/2020 12:29:12 PM
**To:** @fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]
**Subject:** RE: FB Coordination

Got it!

**From:** @fb.com>
**Sent:** Friday, February 7, 2020 12:29 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>; Dempsey, Jay H. (CDC/OD/OADC) @cdc.gov>
**Subject:** Re: FB Coordination

Did you receive the dial in invite?

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" @cdc.gov>
**Date:** Friday, February 7, 2020 at 12:20 PM
**To:** "Dempsey, Jay H. (CDC/OD/OADC)" @cdc.gov>, Payton Iheme @fb.com>
**Subject:** RE: FB Coordination

I can!

**From:** Dempsey, Jay H. (CDC/OD/OADC) @cdc.gov>
**Sent:** Friday, February 7, 2020 12:11 PM
**To:** @fb.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Subject:** RE: FB Coordination

– Not sure if Carol can dial in then, but 12:30 works for me.

Jay

**From:** @fb.com>
**Sent:** Friday, February 7, 2020 12:05 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <@cdc.gov>
**Subject:** Re: FB Coordination

Can you do 12:30 please?

I know that is soon.

Sent from my iPhone

On Feb 7, 2020, at 11:21 AM, Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov> wrote:

12 -1 EST & 2:30-4:00 EST look good.   I think Jay could do 4-4:30 EST too, I'll be at airport by then probably in security.