IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

**UNOPPOSED MOTION TO EXTEND
DEADLINE FOR JOINT STATUS REPORT**

On September 12, 2022, the Court, at Defendants' request, stayed Defendants' deadline to "respond to Plaintiffs' [then-forthcoming] Second Amended Complaint" and ordered the "parties [to] file, within fourteen days of the filing of the Second Amended Complaint, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint." ECF No. 74. Plaintiffs filed their Second Amended Complaint on October 6, 2022, ECF No. 84, and so, pursuant to the Court's September 12 Order, the parties must currently file a status report proposing a motion to dismiss briefing schedule over that Complaint by October 20, 2022.

Defendants respectfully request that the Court extend, by two weeks, the parties' deadline to file the aforementioned status report, making it due by November 3, 2022. This request is justified because the parties recently filed a joint statement setting forth their disputes concerning Plaintiffs' requests for expedited depositions, and the Court's forthcoming resolution of those disputes—which will dictate the parameters of the depositions Plaintiffs may take (if any)—may

impact the parties' discussions over an appropriate motion to dismiss briefing schedule. Further, a modest, two-week extension of the deadline to file the status report at issue will not prejudice either party.

      Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request.

Dated:  October 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES GILLIGAN
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*
ADAM KIRSCHNER
Senior Trial Counsel
KYLA SNOW
INDRANEEL SUR
KUNTAL CHOLERA
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
Fax: (202) 616-8460
Kyla.Snow@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## **PROPOSED ORDER**

Considering Defendants' Motion to Extend the Deadline for the Parties' Joint Status Report, ECF No. 87,

**IT IS ORDERED** that the Motion is **GRANTED**.

The parties shall file, by November 3, 2022, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint.

MONROE, LOUISIANA, this _____ day of October 2022.

_____
Terry A. Doughty
United States District Judge

4