UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

The State of Missouri, *et al.*,

    *Plaintiffs*,

    v.

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*

    *Defendants*.

Civil Action No. 22-cv-1213

## ORDER

Considering Defendants' Motion to Extend the Deadline for the Parties' Joint Status Report, ECF No. 87,

**IT IS ORDERED** that the Motion is **GRANTED**.

The parties shall file, by November 3, 2022, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint.

MONROE, LOUISIANA, this 19th day of October 2022.

*[signature: Kayla D. McClusky]*
Kayla D. McClusky
United States Magistrate Judge

4