IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER**

Having considered the Defendants' Motion For Partial Stay of October 21, 2022 Order Pending Petition For Writ Of Mandamus, **IT IS ORDERED** that the depositions of (1) the Surgeon General, Vivek Murthy; (2) the Director of the Cybersecurity and Infrastructure Security Agency (CISA), Jen Easterly; and (3) Deputy Assistant to the President and Director of White House Digital Strategy, Rob Flaherty are hereby **STAYED** pending the Fifth Circuit's disposition of Defendants' petition for mandamus.

MONROE, LOUISIANA, this _____ day of October 2022.

_____
Terry A. Doughty
United States District Judge