**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**October 28, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On October 27, 2022, Federal Defendants filed a Corrected Motion for Partial Stay of October 21, 2022 Order Pending Petition of Mandamus [Doc. No 92]. Plaintiffs may file a response to the Motion on or before Monday, October 31, 2022, at 12:00 p.m. C.S.T. Defendants may file a reply to the Motion on or before Tuesday, November 1, 2022, at 12:00 p.m. C.S.T.

TAD