UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

The State of Missouri, *et al.*,

   *Plaintiffs*,

v.

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*

   *Defendants*.

Civil Action No. 22-cv-1213

## [PROPOSED] ORDER

Considering Defendants' Consent Motion to Extend Deadline for Completion of Expedited Discovery Depositions,

**IT IS ORDERED** that the Motion is **GRANTED**.

Plaintiffs will have until December 9, 2022 to take any authorized depositions under the Court's October 21, 2022 order, ECF 90.

MONROE, LOUISIANA, this _____ day of October 2022.

                                                                             _____
                                                                             Terry A. Doughty
                                                                             United States District Judge