IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER**

The Court **GRANTS** Defendants' Motion for Reconsideration Regarding the Deposition of FBI Assistant Special Agent in Charge Elvis Chan. Pursuant to F.R.C.P. 54(b), the Court hereby **AMENDS** its October 21, 2022 Order (ECF No. 90), and withdraws its authorization of a deposition of FBI Assistant Special Agent in Charge Elvis Chan.

It is **SO ORDERED** this ____ day of _____, 2022.

_____
The Honorable Judge Terry Doughty
United States District Judge

1