**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

STATE OF MISSOURI ET AL                    CASE NO.  3:22-CV-01213

VERSUS                                     JUDGE TERRY A. DOUGHTY

JOSEPH R BIDEN JR ET AL                    MAG. JUDGE KAYLA D. MCCLUSKY

### NOTICE OF MOTION SETTING

Please take notice that the Motion for Reconsideration  (Document No. 95) filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyma on October 28, 2022 has been set before the Honorable Terry A. Doughty.

#### Deadlines

Any party may file a memorandum in opposition to the motion by November 21, 2022.  The movant may **file a reply  memorandum** within **(seven (7) days** after the opposition to the motion is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

#### No Oral Argument

 It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

#### Courtesy Copies Required

An electronic copy of the motion and memoranda only shall be e-mailed in Word Format to: Doughty_motions@lawd.uscourts.gov.  If attachments are 15 pages or less, they may also be e-mailed.  If attachments exceed 15 pages, paper copies shall be provided to chambers:

        Hon. Terry A. Doughty
        United States District Judge
        201 Jackson Street, Suite 215
        Monroe, Louisiana 71201

**DATE OF NOTICE: October 31, 2022**

        TONY R. MOORE
        CLERK OF COURT