**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
October 31, 2022

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On October 28, 2022, Defendants filed a Motion for Reconsideration Regarding Deposition of FBI Assistant Special Agent in Charge Elvis Chan [Doc. No. 95]. Plaintiffs shall file a response to the Motion on or before November 7, 2022. Defendants may file a reply three days thereafter.

TAD