## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Consent Motion to Extend Deadline for Completion of Expedited Discovery Depositions [Doc. No. 94],

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs shall take any authorized depositions pursuant to this Court's Order [Doc. No. 90] on or before December 9, 2022.

MONROE, LOUISIANA, this 31st day of October 2022.

_____
Terry A. Doughty
United States District Judge