**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF MISSOURI ET AL**　　　　　　**CASE NO.　3:22-CV-01213**

**VERSUS**　　　　　　　　　　　　　　　**JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**　　　　　　**MAG. JUDGE KAYLA D. MCCLUSKY**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Memorandum in Opposition filed on October 31, 2022 by ayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri was DEFICIENT for the following reason(s):

- ✓ A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.