IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

The State of Missouri, *et al.*,

    *Plaintiffs*,

    v.

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*

    *Defendants*.

Civil Action No. 22-cv-1213

**JOINT STATUS REPORT**

On October 19, 2022, the Court issued an order directing the parties to "file, by November 3, 2022, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint." ECF No. 89. The parties have conferred, and propose the following briefing schedule for Defendants' forthcoming Motion to Dismiss the Second Amended Complaint:

- Defendants shall file their Motion to Dismiss on or before November 22, 2022.

- Plaintiffs shall file their response to Defendants' Motion to Dismiss on or before December 29, 2022.

- Defendants shall file their reply in support of their Motion to Dismiss on or before January 18, 2023.

| | |
|---|---|
| Dated: November 3, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JAMES GILLIGAN<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Kuntal Cholera*<br>ADAM KIRSCHNER<br>Senior Trial Counsel<br>KYLA SNOW<br>INDRANEEL SUR<br>KUNTAL CHOLERA<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington D.C. 20005<br>Tel: (202) 514-3259<br>Fax: (202) 616-8460<br>kuntal.cholera@usdoj.gov<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| **ERIC S. SCHMITT**<br>Attorney General of Missouri | **JEFFREY M. LANDRY**<br>Attorney General of Louisiana |
| */s/ D. John Sauer*<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339<br>  *Deputy Solicitor General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri* | */s/ Elizabeth B. Murrill*<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |

\*  admitted *pro hac vice*

*/s/ John J. Vecchione*
Jenin Younes *
John J. Vecchione
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

**PROPOSED ORDER**

**IT IS ORDERED** that the parties shall abide by the following schedule for Motion to Dismiss briefing over the Second Amended Complaint:

- Defendants shall file their Motion to Dismiss on or before November 22, 2022.

- Plaintiffs shall file their response to Defendants' Motion to Dismiss on or before December 29, 2022.

- Defendants shall file their reply in support of their Motion to Dismiss on or before January 18, 2023.

MONROE, LOUISIANA, this \_\_\_\_ day of November 2022.

_____
The Honorable Terry A. Doughty
United States District Judge