11/7/22, 3:12 PM
Case 3:22-cv-01213-TAD-KDM    Document 106-3   Filed 11/07/22   Page 1 of 15 PageID #: 4106
How the government hid the truth behind Hunter Biden's laptop



LOG IN



**MIRANDA DEVINE**

OPINION

294

# How the government hid the truth behind Hunter Biden's laptop

By Miranda Devine

November 2, 2022  10:16pm  Updated





**MORE FROM:**



LOG IN

Alvin Bragg silent as gang of killers preys on gay men, leaving 2 dead and a dozen robbed

Biden and Democrats spin the attack on Paul Pelosi to smear Trump, MAGA backers

How long will Democratic voters continue to allow themselves to be treated like fools?

The 634-page report on Hunter Biden's laptop — and 459 alleged crimes

Lawsuit reveals vast censorship scheme by Big Tech and the federal government

The more we find out about the collusion that has been going on among the Biden administration, the security agencies and Big Tech, the more alarming it is — and the more unrepentant they are.

The latest bombshell from the Intercept, based on communications unveiled in the federal lawsuit Missouri v. Biden, shows that the Department of Homeland Security has been having monthly meetings with Facebook and Twitter to pressure them to censor social media posts about topics such as the botched withdrawal from Afghanistan, the origins of COVID-19, the efficacy of COVID vaccines, racial justice and US support for the war in Ukraine — in other words, anything that could be detrimental to public support for the Biden administration.

We already know that the FBI was involved in efforts to censor and bury information that might have harmed Joe Biden's candidacy back in 2020, including The Post's exclusive about Hunter Biden's laptop in October 2020. That amounted to election interference, which prevented the American people from doing the necessary due diligence on one of the two candidates for president. So successful was the strategy that the Biden administration appears to have expanded it.

Security agencies have switched their attention from combating foreign disinformation to censoring the speech of American citizens who dissent from the government-approved narrative. No matter that free speech is protected by the First Amendment; if the Biden administration doesn't like the speech, it labels it "Misinformation, Disinformation and Malformation," and it is deputizing the FBI and DHS to strongarm Big Tech to censor it and de-platform serial offenders.

It doesn't matter what brand your politics is, this is Stasi stuff.

11/7/22, 3:47 PM  Case 3:22-cv-01213-TAD-KDM   Document 106-3   Filed 11/07/22   Page 3 of 15 PageID #:
How the government hid the truth behind Hunter Biden's laptop
4108

# NEW YORK POST

LOG IN



An upcoming book by John Paul Mac Isaac, the owner of the now-defunct Delaware computer repair shop where Hunter Biden abandoned his laptop in April 2019, discusses election interference.

James Keivom





Hunter Biden left his laptop in "The Mac Shop" in Delaware, beginning the scandal.
James Keivom

DHS also recommended the use of third-party nonprofit groups as a "clearinghouse for information to avoid the appearance of government propaganda," the Intercept reported. In the spy business, that is what is called a "cutout," points out John Schindler, a former senior intelligence analyst with the National Security Agency. In other words, using a "deniable intermediary" legally to spread the White House's propaganda.

### SEE ALSO

 **The 634-page report on Hunter Biden's laptop — and 459 alleged crimes**

A perfect example of how the censorship regime works is the Hunter Biden laptop. Two FBI agents — Elvis Chan and Laura Dehmlow — have been identified in documents



We know the FBI at the time was spying on Rudy Giuliani's online cloud with a covert surveillance warrant. Therefore, it had access to his emails in August 2020 from computer store whistleblower John Paul Mac Isaac and to my text messages discussing when The Post would publish the story. It sure looks as if the FBI deliberately pre-censored a legitimate story for a political aim.

An upcoming book by Mac Isaac, the owner of the now-defunct Delaware computer repair shop where Hunter Biden abandoned his laptop in April 2019, sheds more light on this deep-state election interference.

Mac Isaac, 46, is a patriot, and when he saw wrongdoing on the laptop, he felt it was his duty to bring it to the attention of the authorities. Unfortunately for him, he chose the FBI.
In "American Injustice: My Battle to Expose the Truth," Mac Isaac says that "at almost every step, I was met with skepticism, suspicion and even death threats. I feared for my life, not just in the face of angry strangers but in the face of a hostile FBI."

## Disturbing allegations

His allegations are disturbing. Over the summer of 2019, the more Mac Isaac looked at the laptop, the more convinced he was that there were national security implications, especially in material relating to Ukraine.

So he enlisted his father, retired Air Force Col. Steve Mac Isaac, who took a copy of the laptop's hard drive on an external drive to the FBI's field office in Albuquerque, NM. He was treated with disdain.

11/7/22, 3:47 PM  Case 3:22-cv-01213-TAD-KDM   Document 106-3   Filed 11/07/22   Page 6 of 15 PageID #:
4111
How the government hid the truth behind Hunter Biden's laptop

NEW YORK POST                                                    LOG IN



Mac Isaac felt it was his duty to bring the laptop to the attention of the authorities.
James Keivom

"You better lawyer up and don't talk to anyone about this," an FBI agent told him, according to the book.

John Paul Mac Isaac's next chilling encounter with the FBI was six weeks later, on Nov. 21, 2019, when two agents, Joshua Wilson and Mike Dzielak, from the Baltimore field office went to his home and asked him questions about the laptop.

"Have you spoken with anyone else about this? Any other government or law enforcement agencies?" They left without taking the laptop.

On Dec. 9, 2019, the agents arrived at his store with a subpoena and took the laptop and a hard-drive copy.

As he left, Dzielak told Mac Isaac: "It is our experience that nothing ever happens to people that don't talk about these things."



11/7/22, 3:17 PM  Case 3:22-cv-01213-TAD-KDM  Document 106-3  Filed 11/07/22  Page 9 of 15 PageID #: 4114
How the government hid the truth behind Hunter Biden's laptop

**NEW YORK POST**  LOG IN



11/7/22, 8:13 PM    Case 3:22-cv-01213-TAD-KDM    Document 106-3    Filed 11/07/22    Page 10 of 15 PageID #:
                                                          4115
                        How the government hid the truth behind Hunter Biden's laptop

**NEW YORK POST**                                                                        LOG IN

Mac Isaac felt unsettled. He was not reassured an hour later when Dzielak called him for technical help to access the drive.

The laptop was never seen again.

A few weeks later, just before Christmas, Dzielak phoned him again to ask if Hunter had come in asking for the laptop yet.



"I feared for my life, not just in the face of angry strangers but in the face of a hostile FBI," said Mac Isaac.
James Keivom

Mac Isaac told him no, but the agent "seemed genuinely surprised, and that worried me." In May 2020, convinced the FBI had buried the laptop, Mac Isaac and his father tried to contact Republican members of Congress, to no avail.

Finally, on Aug. 26, 2020, Mac Isaac found an email address for Rudy Giuliani, then Donald Trump's attorney, and wrote:

11/7/22, 6:57 PM
Case 3:22-cv-01213-TAD-KDM   Document 106-3   Filed 11/07/22   Page 11 of 15 PageID #:
4116
How the government hid the truth behind Hunter Biden's laptop



Get Miranda's latest take

Sign up for Devine Online, the newsletter from Miranda Devine

Enter your email address

SIGN UP

By clicking above you agree to the **Terms of Use** and **Privacy Policy**.

"For almost a year I have been trying to get the contents of Hunter Biden's laptop to the proper authorities. I first reached out to the FBI and they came and collected it, but I have reason to believe they have destroyed it or buried it in a filing cabinet. After months of waiting for something to come of this, I can only assume that members of the FBI, who are against the President [Trump], have it and it will never be seen again. Luckily, for my protection, I made several copies and I have been trying quietly to bring it to people's attention."

If it weren't for Mac Isaac's persistence and savvy, Hunter Biden's laptop never would have seen the light of day, and America would be none the wiser about the FBI's nefarious role in covering it up.

This year, whistleblowers have come forward to finger various FBI employees engaged in the cover-up. Timothy Thibault, the recently retired assistant special agent in charge of the FBI's Washington, DC, field office, was the agency point man to manage Tony Bobulinski, Hunter's business partner who went to the FBI with evidence of the Biden influence-peddling operation. Thibault allegedly ordered the investigation closed and has refused to cooperate with GOP members of the House Judiciary Committee.

294   **What do you think? Post a comment.**

If Republicans take back the House and the Senate in next week's midterm elections, their primary aim should be to investigate the censorship and cover-ups by the FBI, DHS and other federal agencies. It's not going to be easy, and every American will need to support lawmakers courageous enough to take on the task.

11/7/22, 5:15 PM	Case 3:22-cv-01213-TAD-KDM   Document 106-3   Filed 11/07/22   Page 12 of 15 PageID #:
How the government hid the truth behind Hunter Biden's laptop
4117



READ NEXT   Biden's riot act falls flat

## SPONSORED STORIES



**Arizona TV station airs graphic showing Kari Lake lost 12 days before midterms**
SF News



**Ruy Teixeira asks whether America has reached "peak woke"**
The Economist

## AROUND THE WEB

# NEW YORK POST


**Here's What King Charles Actually Eats In A Day**
Mashed.com


**Coroner Releases 1st Official Report On Aaron Carter's Death**
Hollywoodlife.com


**Bill Maher Makes Stunning Assertion About Hunter Biden's Laptop**
NYPost.com


**Could Aaron Rodgers's Nightmare Year Get Any Worse?**
Aol.com


**The Internet Can't Stop Laughing After Biden's Latest Gaffe**
NYPost.com


**Giada De Laurentiis Got Caught In Some Inappropriate Outfits**
NickiSwift.com

# NEW YORK POST

LOG IN


**Kim K Finally Exposed How Pete Davidson Lands Attractive Women**
NickiSwift.com


**Disturbing Details Of Pelosi Attack Revealed In Filing**
Aol.com

Powered by ZergNet

## RECOMMENDED FOR YOU


**Looking to buy your first home? You've come to the right place.**
Realtor.com


**Dispatcher describes a 'female yelling' in Aaron Carter 911 call**
Page Six





pose and more star...
Page Six

Rodeo collection
New York Post



You can now get an annual Sam's Club membership for under $25
MarketWatch



'The View' Sparks Frenzied Antisemitism Debate: "Not An Argument...
Decider

NEW YORK POST

© 2022 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Membership Terms | Privacy Notice | Your Ad Choices | Sitemap | Your California Privacy Rights

vip | Powered by WordPress VIP