# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

|  |  |  |
|---|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 3:22-cv-01213-TAD-KDM |
| v. | ) ) ) | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Amanda K. Chuzi of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Dated:  November 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel, Federal
Programs Branch

*/s/ Amanda K. Chuzi*
AMANDA K. CHUZI (DC Bar #: 1738545)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-4686
Fax: (202) 616-8470
Email: Amanda.k.chuzi@usdoj.gov
*Counsel for Defendants*