**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, | |
| Plaintiffs, | |
| v. | No. 3:22-cv-01213-TAD-KDM |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING AUDIOVISUAL RECORDINGS OF DEPOSITIONS AND PERSONALLY IDENTIFIABLE INFORMATION IN DEPOSITION TRANSCRIPTS AND REQUEST FOR EXPEDITED CONSIDERATION**

For the reasons stated in the accompanying memorandum, Defendants hereby move, pursuant to Federal Rule of Civil Procedure 26(c)(1), for entry of the proposed protective order attached as Exhibit A to this motion. Counsel for Defendants met and conferred with counsel for Plaintiffs and was advised that Plaintiffs object to this motion. Moreover, and as stated in the accompanying memorandum, Plaintiffs' counsel has so far rejected a proposal to refrain from disclosing the material that is the subject of this motion while the motion is pending. Accordingly, given that the first of the authorized depositions is scheduled to take place on Thursday, November 10, 2022, Defendants respectfully request expedited consideration of this motion.

Dated: November 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

*/s/ Amanda K. Chuzi*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Senior Trial Counsel
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
AMANDA K. CHUZI (D.C. Bar No. 1738545)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel.: (202) 514-4686
Fax: (202) 616-8470
Email: amanda.k.chuzi@usdoj.gov

*Attorneys for Defendants*