UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Pending before the Court is Defendants' Motion for Protective Order Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration [Doc. No. 110]. Defendants indicate that Plaintiffs object to the instant motion. Defendants move for the entry of a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1).

Defendants seek a protective order for two reasons. The first is that they seek a protective order sealing any audio and/or video recordings of the depositions of current and former federal employees in the case. Second, Defendants request that the Court seal and establish procedures for redactions from the transcripts of personally identifiable information of current and former federal employees, as well as other non-parties, including the names of those who are not already associated with this case by their status as a defendant or deponent. The Court has considered Defendants Motion and attached Memorandum. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Protective Order Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration [Doc. No. 110] is **GRANTED** temporarily to allow briefing.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a response to the Motion on Monday, November 14, 2022, before 12:00 p.m. Defendants may file a reply no later than

November 15, 2022, at 12:00 p.m. After the matter is briefed, the Court will reconsider the Motion in its entirety and issue its ruling.

MONROE, LOUISIANA, this 10th day of November 2022.

_____
Terry A. Doughty
United States District Judge