# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 15, 2022

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 22-30531   State of Missouri v. Biden
                       USDC No. 3:22-CV-1213

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Whitney M. Jett, Deputy Clerk
                              504-310-7772

cc w/encl:
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Indraneel Sur
    Mr. Mike Webb
    Mr. Daniel Winik

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2022
Lyle W. Cayce
Clerk

No. 22-30531

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES,

*Plaintiffs—Appellees*,

versus

JOSEPH R. BIDEN, JR.; JENNIFER RENE PSAKI; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI; NATIONAL INSTITUTE OF ALLERGY & INFECTIOUS DISEASES; CENTERS FOR DISEASE CONTROL & PREVENTION; ALEJANDRO MAYORKAS; DEPARTMENT OF HOMELAND SECURITY; JEN EASTERLY; CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY; NINA JANKOWICZ; KARINE JEAN-PIERRE; CAROL CRAWFORD; JENNIFER SHOPKORN; U.S. CENSUS BUREAU; U.S. DEPARTMENT OF COMMERCE; ROBERT SILVERS; SAMANTHA VINOGRAD; GINA MCCARTHY,

*Defendants—Appellees*,

versus

MIKE WEBB, *Major*,

*Movant—Appellant*.

No. 22-30531

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 15, 2022, for want of prosecution. The appellant failed to timely file the appellant's brief.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

By: _____
        Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Nov 15, 2022**

Clerk, U.S. Court of Appeals, Fifth Circuit