UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ET AL., | CIVIL ACTION NO. 3:22-cv-01213 |
| VERSUS | JUDGE: TERRY A. DOUGHTY |
| JOSEPH R. BIDEN, ET AL. | MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER GRANTING APPLICANTS' MOTION TO INTERVENE FOR ACCESS TO DISCOVERY AND AN ORDER FOR ITS FILING, OR FOR *IN CAMERA* INSPECTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter came on for hearing on December 12, 2022. After considering the motion papers and declarations, papers in opposition, and argument of counsel, and the records and pleadings on file in this case, and for GOOD CAUSE shown, the Court hereby GRANTS the Applicants' motion to intervene for access to discovery and for an order for its filing under Fed. R. Civ P. 5(d)(1)(A) and 24(b).

IT IS SO ORDERED.

_____
Judge Terry Doughty
United States District Judge