# EXHIBIT F

| | |
|---|---|
| Date: 11/18/2022 | Judge: Ivan D. Davis |
| | Reporter: FTR |

Start: 10:20 a.m.
Finish: 11:33 a.m.

Civil Action Number: 1:22-mc-28

Jennifer R. Psaki

vs.

State of Missouri, et al.

Appearances of Counsel for (x) Movant (x) Respondents

Motion to/for argued and:

[1] Motion to Quash Subpoena filed by Jennifer R. Psaki – **TRANSFERRED TO THE WESTERN DISTRICT OF LOUISIANA.**

[7] Motion to Quash Deposition Subpoena to Jennifer Psaki filed by United States of America – **TRANSFERRED TO THE WESTERN DISTRICT OF LOUISIANA.**

Govt's Oral Motion/Request for Stay of Transfer of Motions – **DENIED.**

Order to follow.