IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213-TAD-KDM |

## [PROPOSED] ORDER

Having considered the motions to quash the subpoena of Jennifer Psaki, it is hereby **ORDERED** that the subpoena for deposition testimony, issued to Jennifer Psaki on November 1, 2022, is **QUASHED**.

.

MONROE, LOUISIANA, this ____ day of November 2022.

_____
Terry A. Doughty
United States District Judge