## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*, <br><br>    *Plaintiffs*, <br><br>    v. <br><br> President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.*, <br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

### CONSENT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS

Defendants respectfully request leave, unopposed, to file a brief of up to 80 pages in support of their forthcoming Motion to Dismiss the Second Amended Complaint. Good cause supports this motion to exceed the page limits provided by Local Rule 7.8. Plaintiffs' Second Amended Complaint spans 164 pages and 570 numbered paragraphs, includes 67 named defendants, and incorporates hundreds of pages of declarations and other documents. Defendant's forthcoming Motion to Dismiss will address why Plaintiffs First Amendment, ultra vires, and Administrative Procedure Act claims against all Defendants must be dismissed for lack of subject matter jurisdiction and failure to state a claim. Defendants respectfully submit that a brief of up to 80 pages is necessary to adequately address each of the theories Plaintiffs advance to support Article III standing on behalf of the States and various individual Plaintiffs, and to address the various allegations Plaintiffs raise in support of their claims on the merits against all Defendants.

Plaintiffs do not oppose this Motion. In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: November 22, 2022      Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JAMES J. GILLIGAN
*Special Litigation Counsel, Federal Programs Branch*

*/s/ Kyla Snow*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
*Senior Trial Counsel*
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
AMANDA K. CHUZI (D.C. Bar No. 1738545)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
kyla.snow@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion, provided that Defendants would not oppose a similar page extension motion if requested by Plaintiffs.

*/s/ Kyla Snow*