# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>     *Plaintiffs*,<br><br>       v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.,*<br><br>     *Defendants*. | Civil Action No. 22-cv-1213 |

## <u>PROPOSED ORDER</u>

Considering Defendants' Consent Motion for Leave to File Brief in Excess of Page Limits,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants have leave to file a brief of up to 80 pages in support of their Motion to Dismiss the Second Amended Complaint.

MONROE, LOUISIANA, this _____ day of November 2022.


_____
Terry A. Doughty
United States District Judge