# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**STATE OF MISSOURI ET AL**      **CASE NO. 3:22-CV-01213**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the foregoing Consent Motion for Leave to File Brief in Excess of Page Limits [Doc. No. 122] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants are granted leave to file a brief of up to eighty (80) pages in support of their Motion to Dismiss the Second Amended Complaint.

MONROE, LOUISIANA, this 22nd day of November 2022.

_____
Terry A. Doughty
United States District Judge