IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING MOTION TO ADJOURN DEPOSITION OF JENNIFER R. PSAKI PENDING THIS COURT'S CONSIDERATION OF RELATED COURT OF APPEALS ORDER OF NOVEMBER 21, 2022**

Having considered Defendants' motion to adjourn ("Motion to Adjourn") the deposition of Jennifer R. Psaki pending this Court's consideration of the related order of the Court of Appeals of November 21, 2022 in *In re Murthy*, No. 22-30697 (Doc. 00516553188), and the entire record herein,

**IT IS ORDERED** that the Motion to Adjourn is **GRANTED.**

**IT IS FURTHER ORDERED** that the previously-ordered deposition of Ms. Psaki is adjourned until this Court is able to consider the grounds for such a deposition in light of the order of the Fifth Circuit. The deposition of Ms. Psaki scheduled for December 8, 2022, will not go forward.

**IT IS FURTHER ORDERED** that, in the event the Court later authorizes the deposition of Ms. Psaki upon consideration of the Fifth Circuit's Order of November 21, 2022, the deposition will remain adjourned pending the Fifth Circuit's disposition of any mandamus petition seeking relief from the deposition that may be filed within 14 days of this Court's order.

1

2

MONROE, LOUISIANA, this _____ day of November 2022.


_____
Terry A. Doughty
United States District Judge