IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR.,
in his official capacity as President of the United States, *et al.*,

    Defendants.

No. 3:22-cv-01213-TAD-KDM

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING TO ADDRESS FIFTH CIRCUIT'S NONDISPOSITIVE ORDER**

On November 21, 2022, the Fifth Circuit issued a nondispositive order in connection with Defendants' pending petition for a writ of mandamus. *See* Doc. 121. The Fifth Circuit ordered this Court to address "the availability of suitable alternative sources for the evidence sought in the proposed depositions and whether further discovery should be paused until a ruling on a timely-filed motion by the Government to dismiss." *Id.* at 4–5.

Plaintiffs respectfully request leave for the parties to file supplemental briefs in this Court addressing the issues raised in the Fifth Circuit's order. Defendants have consented to supplemental briefing to address these issues. The parties jointly propose expedited staggered briefing with Plaintiffs' initial brief to be filed on Tuesday, November 29; Defendants' response brief to be filed on Friday, December 2; and Plaintiff's reply brief to be filed on Monday, December 5.

| | |
|---|---|
| Dated: November 22, 2022 | Respectfully submitted, |
| **ERIC S. SCHMITT**<br>**Attorney General of Missouri** | **JEFFREY M. LANDRY**<br>**Attorney General of Louisiana** |
| */s/ D. John Sauer*<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339*<br>  *Deputy Solicitor General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri* | */s/ Elizabeth B. Murrill*<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |

*/s/ Jenin Younes*
Jenin Younes*
John J. Vecchione*
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
Email: jenin.younes@ncla.legal
*Counsel for Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Jim Hoft*

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*