# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

## ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING TO ADDRESS FIFTH CIRCUIT'S NONDISPOSITIVE ORDER

Before the Court is Plaintiffs' Consent Motion for Leave to File Supplemental Briefing to Address Fifth Circuit's Nondispositive Order, filed November 22, 2022. Defendants' agreed with the relief sought in Plaintiffs' Consent Motion. Having considered the Motion, the Court hereby GRANTS the States' Motion.

*It is so ordered.*


Dated: _____    Signed: _____
                                                        Hon. Terry A. Doughty, U.S. District Judge