## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the foregoing Motion to Dismiss the Second Amended Complaint, ECF No. 128, filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

MONROE, LOUISIANA, this \_\_\_\_ day of November 2022.

_____
Terry A. Doughty
United States District Judge