**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**November 23, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On November 22, 2022, Defendants filed a Motion to Adjourn Deposition of Jennifer R. Psaki Pending this Court's Consideration of Related Court of Appeals Order of November 21, 2022 [Doc. No. 124]. Plaintiffs may file a response to the motion on or before November 25, 2022. Defendants may file a reply on or before November 28, 2022.

TAD

*TAD* (signature)
