IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 3:22-cv-01213-TAD-KDM |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR SUPPLEMENTAL BRIEF ADDRESSING THE FIFTH CIRCUIT'S <u>NONDISPOSITIVE ORDER</u>**

Pursuant to the Local Rules of the U.S. District Court for the Western District of Louisiana, Plaintiffs respectfully request the Court's leave to file a 33-page brief addressing the Fifth Circuit's nondispositive order in mandamus proceedings. Counsel for Defendants have consented to this request.

In support, Plaintiffs state as follows: On November 21, 2022, the Fifth Circuit entered a nondispositive order directing this Court to "enter an order that addresses the availability of suitable alternative sources for the evidence sought in the proposed depositions" of Mr. Rob Flaherty, Ms. Jen Easterly, and Dr. Vivek Murthy. Doc. 121, at 4–5. In addition, the Fifth Circuit instructed this Court to address "whether further discovery should be paused until a ruling on a timely-filed motion by the Government to dismiss." *Id.* at 5. This Court directed the parties to file supplemental briefs addressing the Fifth Circuit's order. Doc. 127. In order to address the fact-

1

intensive issues raised by the Fifth Circuit as comprehensively as possible, Plaintiffs have prepared a supplemental brief of 33 pages, which exceeds the usual page limit by 8 pages. *See* Local Rule 7.8.

Accordingly, Plaintiffs respectfully request leave to file a brief of 33 pages addressing the Fifth Circuit's order. Counsel for Defendants have consented to this request. The proposed brief is attached to this Motion.

Dated: November 29, 2022                                                              Respectfully submitted,

**ERIC S. SCHMITT**                                                                   **JEFFREY M. LANDRY**
**Attorney General of Missouri**                                                      **Attorney General of Louisiana**

*/s/ D. John Sauer*                                                                   */s/ Elizabeth B. Murrill*
D. John Sauer, Mo. Bar No. 58721*                                                     Elizabeth B. Murrill (La #20685)
  *Solicitor General*                                                                        *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253                                                    Louisiana Department of Justice
  *First Assistant Attorney General*                                                       1885 N. Third Street
Kenneth C. Capps, Mo. Bar No. 70908*                                                  Baton Rouge, Louisiana
  *Assistant Attorney General*                                                             Tel: (225) 326-6766
Missouri Attorney General's Office                                                    murrille@ag.louisiana.gov
Post Office Box 899                                                                   *Counsel for State of Louisiana*
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\* admitted *pro hac vice*

*/s/ Jenin Younes*
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

2

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 29, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*
