**From:** Flaherty, Robert EOP/WHO [redacted]@who.eop.gov]
**Sent:** 2/22/2021 4:56:29 PM
**To:** Flaherty, Robert EOP/WHO [redacted]@who.eop.gov]; Clarke.Humphrey [redacted]@who.eop.gov]; [redacted]@fb.com]; Rowe, Courtney (who.eop.gov) [redacted]@who.eop.gov]; [redacted]@fb.com]; [redacted]@fb.com]; [redacted]@fb.com]; Peck, Joshua (HHS/ASPA) [redacted]@hhs.gov]; [redacted]@fb.com]

**Subject:** ODS <> FB // Misinfo & Disinfo
**Location:** [redacted]

**Start:** 3/1/2021 3:00:00 PM
**End:** 3/1/2021 3:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Pt. 2 of the vaccination hesitancy conversation!

The linked im...

Hi there,

[redacted] is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone one-tap: US: [redacted] or [redacted]

Meeting URL: [redacted]

Meeting ID: [redacted]

Passcode: [redacted]

### Join by Telephone

For higher quality, dial a number based on your current location.

Dial: [redacted]

Meeting ID: [redacted]

Passcode:

International numbers

## Join from an H.323/SIP room system

H.323: (US West)
(US East)

Meeting ID:

Passcode:

SIP:

Passcode:

**From:** Flaherty, Robert EOP/WHO [REDACTED]@who.eop.gov]
**Sent:** 2/25/2021 8:13:34 PM
**To:** Flaherty, Robert EOP/WHO [REDACTED]@who.eop.gov]; Clarke.Humphrey [REDACTED]@who.eop.gov]; Wakana, Benjamin (who.eop.gov) [REDACTED]@who.eop.gov]; [REDACTED] [REDACTED]@twitter.com]; Rowe, Courtney (who.eop.gov) [REDACTED]@who.eop.gov]; Peck, Joshua (HHS/ASPA) [REDACTED]@hhs.gov]; [REDACTED]@twitter.com]

**Subject:** Twitter // COVID Misinfo
**Location:** [REDACTED]

**Start:** 3/1/2021 2:00:00 PM
**End:** 3/1/2021 2:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

[x] The linked im...

Hi there,

[REDACTED] is inviting you to a scheduled ZoomGov meeting.

# Join Zoom Meeting

Phone one-tap: US: [REDACTED] or [REDACTED]
Meeting URL: [REDACTED]
Meeting ID: [REDACTED]
Passcode [REDACTED]

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:
US: [REDACTED]

Meeting ID: [REDACTED]

Passcode [REDACTED]

International numbers

Join from an H.323/SIP room system

H.323: [redacted] (US West)
(US East)

Meeting ID:

Passcode:

SIP:

Passcode: