**From:** Flaherty, Robert EOP/WHO [█████@who.eop.gov]
**Sent:** 2/22/2021 4:56:29 PM
**To:** Flaherty, Robert EOP/WHO [█████@who.eop.gov]; Clarke.Humphrey [█████@who.eop.gov]; █████@fb.com]; Rowe, Courtney (who.eop.gov) [█████@who.eop.gov]; █████@fb.com]; █████@fb.com]; █████@fb.com]; Peck, Joshua (HHS/ASPA) [█████@hhs.gov]; █████@fb.com]
**Subject:** ODS <> FB // Misinfo & Disinfo
**Location:** █████

**Start:** 3/1/2021 3:00:00 PM
**End:** 3/1/2021 3:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Pt. 2 of the vaccination hesitancy conversation!



Hi there,

█████ is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone US: █████ or
one-tap: █████

Meeting URL: █████
Meeting ID: █████
Passcode: █████

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial: █████

Meeting ID: █████



**From:** Flaherty, Robert EOP/WHO [█████@who.eop.gov]
**Sent:** 2/25/2021 8:13:34 PM
**To:** Flaherty, Robert EOP/WHO [█████@who.eop.gov]; Clarke.Humphrey [█████@who.eop.gov]; Wakana, Benjamin (who.eop.gov) [█████@who.eop.gov]; █████@twitter.com]; Rowe, Courtney (who.eop.gov) [█████@who.eop.gov]; Peck, Joshua (HHS/ASPA) [█████@hhs.gov]; [█████@twitter.com]

**Subject:** Twitter // COVID Misinfo
**Location:** ███████████████

**Start:** 3/1/2021 2:00:00 PM
**End:** 3/1/2021 2:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Hi there,

█████ is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone US: ███████ or one-tap: ███████
Meeting URL: ███████
Meeting ID: ███████
Passcode: ███

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
US: ███████
Meeting ID: ███████
Passcode: ███

