**From:** ██████████████ @fb.com]
**Sent:** 7/8/2021 7:08:02 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov]; ████████████████████ @usdigitalresponse.org]
**CC:** ██████████████ @fb.com]
**Subject:** Re: Connecting with Dr. Murthy's office

**Flag:** Follow up

Thank you Eric,

Let's do Friday (July 16th) at 3:00pm EST please, if that still works for you.

Best,

██████████

---

**From:** "Waldo, Eric (HHS/OASH)" ████████ @hhs.gov>
**Date:** Thursday, July 8, 2021 at 5:28 PM
**To:** ████████████ @fb.com>, ████████████████ @fb.com>
**Cc:** ████████████████ @usdigitalresponse.org>
**Subject:** RE: Connecting with Dr. Murthy's office

Hey ██████

I'm traveling with Dr. Murthy for part of next week, but here are a few options:

- Monday, 2pm-4pm ET
- Friday, 1:30pm-4pm ET

Thanks so much,
Eric

---

**From:** ████████████████ @fb.com>
**Sent:** Wednesday, July 7, 2021 7:17 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>; ████████████████ @fb.com>
**Cc:** ████████████████ @usdigitalresponse.org>
**Subject:** Re: Connecting with Dr. Murthy's office

Thank you very much Eric.

Let's surface some times for next week as well please

I am going to see if I can make Friday work, but can't confirm just yet.

Best,

██████████

**From:** "Waldo, Eric (HHS/OASH)" < ████████ @hhs.gov>
**Date:** Wednesday, July 7, 2021 at 4:54 PM
**To:** ████████████ @fb.com>, ████████████ @fb.com>
**Cc:** ████████████████ @usdigitalresponse.org>
**Subject:** RE: Connecting with Dr. Murthy's office

Hi ████

Thanks for your note.

A couple of options for this week:
Thursday, July 8: 11:30am-2:30pm ET; 4:30pm-6pm ET
Friday, July 9: 9:30am-11am ET

Any options work for you? If not, I can send times for next week.

Thanks so much!
Eric

**From:** ████████████ @fb.com>
**Sent:** Wednesday, July 7, 2021 2:59 PM
**To:** ████████████ @fb.com>; Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Cc:** ████████████████ @usdigitalresponse.org>
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric and ████

Hope all is well and good to be connected here.
 Do let me know what your schedule may have available this week so we can find a time that works.

Best,

████████

**FACEBOOK**

████████████

U.S. Public Policy
Facebook

**From:** ████████████ @fb.com>
**Date:** Tuesday, July 6, 2021 at 2:50 PM
**To:** "Waldo, Eric (HHS/OASH)" ████████ @hhs.gov>
**Cc:** ████████████████ @usdigitalresponse.org>, ████████████ @fb.com>
**Subject:** Re: Connecting with Dr. Murthy's office

Got it—thanks. ████ or I will be back ASAP.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Sent:** Tuesday, July 6, 2021 2:19:52 PM
**To:** ████████ @fb.com>
**Cc:** ████████ @usdigitalresponse.org>; ████████ @fb.com>
**Subject:** RE: Connecting with Dr. Murthy's office

Hi ████

Thanks for your note. This would be a staff level call, so ████ and I would be connecting with you on Dr. Murthy's behalf.

Thanks so much,
Eric

---

**From:** ████████ @fb.com>
**Sent:** Tuesday, July 6, 2021 2:18 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Cc:** ████████ @usdigitalresponse.org>; ████████ @fb.com>
**Subject:** Re: Connecting with Dr. Murthy's office

Eric—just confirming that the Surgeon General would plan to join as well?

Get Outlook for iOS

---

**From:** ████████ @fb.com>
**Sent:** Tuesday, July 6, 2021 10:26 AM
**To:** Waldo, Eric (HHS/OASH); ████████
**Cc:** ████████
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric,

Thanks for reaching out.  We will circle up on our end and get back to you with some proposed times.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Sent:** Tuesday, July 6, 2021 9:47 AM
**To:** ████████
**Cc:** ████████
**Subject:** Connecting with Dr. Murthy's office

Hi ████ and ████

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and

thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!
Eric


Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services

MOLA_DEFSPROD_00007307