**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF MISSOURI ET AL**        **CASE NO.  3:22-CV-01213**

**VERSUS**        **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**        **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Considering the foregoing Plaintiffs' Consent Motion for Leave to Exceed the Page Limit for their Supplemental Brief Addressing the Fifth Circuit's Nondispositive Order [Doc. No. 134],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed pleadings into the record of this matter in excess of page limits.

MONROE, LOUISIANA, this 30th day of November, 2022.

_____
Terry A. Doughty
United States District Judge