

**From:** Flaherty, Robert EOP/WHO ██████@who.eop.gov]
**Sent:** 2/22/2021 4:56:29 PM
**To:** Flaherty, Robert EOP/WHO ██████@who.eop.gov]; Clarke.Humphrey ██████@who.eop.gov]; ██████@fb.com]; Rowe, Courtney (who.eop.gov) ██████@who.eop.gov]; ██████@fb.com]; ██████@fb.com]; ██████@fb.com]; Peck, Joshua (HHS/ASPA) ██████@hhs.gov]; ██████@fb.com]

**Subject:** ODS <> FB // Misinfo & Disinfo
**Location:** ██████

**Start:** 3/1/2021 3:00:00 PM
**End:** 3/1/2021 3:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Pt. 2 of the vaccination hesitancy conversation!



Hi there,

██████ is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone US: ██████ or
one-tap: ██████

Meeting URL: ██████
Meeting ID: ██████
Passcode: ██████

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial: ██████

Meeting ID: ██████



**From:** Flaherty, Robert EOP/WHO [▮@who.eop.gov]
**Sent:** 2/25/2021 8:13:34 PM
**To:** Flaherty, Robert EOP/WHO [▮@who.eop.gov]; Clarke.Humphrey [▮@who.eop.gov]; Wakana, Benjamin (who.eop.gov) [▮@who.eop.gov]; [▮@twitter.com]; Rowe, Courtney (who.eop.gov) [▮@who.eop.gov]; Peck, Joshua (HHS/ASPA) [▮@hhs.gov]; [▮@twitter.com]

**Subject:** Twitter // COVID Misinfo
**Location:** ▮

**Start:** 3/1/2021 2:00:00 PM
**End:** 3/1/2021 2:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

The linked im...

Hi there,

▮ is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone US: ▮ or
one-tap: ▮
Meeting URL: ▮
Meeting ID: ▮
Passcode: ▮

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
US: ▮
Meeting ID: ▮
Passcode: ▮

