**From:** Protentis, Lauren
**Sent:** 4/14/2022 12:52:23 PM
**To:** ▇▇▇@fb.com]; ▇▇▇@fb.com]; ▇▇▇@cisa.dhs.gov]; ▇▇▇@cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) ▇▇▇@cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▇▇▇@cisa.dhs.gov]; Snell, Allison (She/Her) ▇▇▇@cisa.dhs.gov]; ▇▇▇@fb.com]; ▇▇▇@fb.com]; Scully, Brian ▇▇▇@cisa.dhs.gov]
**CC:** ▇▇▇@fb.com]
**Subject:** RE: [Prep] USG | Industry Call (Monthly)

Hi All,

Sharing a tentative agenda for next week's USG/Industry Sync. Looking forward to discussing at 1:00.

### March USG | Industry Call Annotated Agenda

1. **Opening (Facilitator: Lauren)**
   a. Roll Call: CISA, FBI, DNI, DHS
   b. One-Pager Reminder
2. **Government Meeting Topics (Facilitator: Lauren)**
   a. DHS Brief (Tentative)
   b. Information Sharing Around Elections Risk (CISA: Hale, DNI: ▇▇, FBI: Demlow/Criminal Investigative Unit, DHS: ▇▇)
   i. **Industry Prompts:**
   1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
3. **Industry Meeting Topics (Facilitator: Meta)**

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
▇▇▇▇▇▇▇▇▇▇



-----Original Appointment-----
**From:** ▇▇▇@fb.com>
**Sent:** Tuesday, March 29, 2022 5:30 PM
**To:** ▇▇▇; Protentis, Lauren; ▇▇▇; Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); ▇▇▇
**Cc:** ▇▇▇
**Subject:** [Prep] USG | Industry Call (Monthly)

When: Thursday, April 14, 2022 10:00 AM-10:30 AM (UTC-08:00) Pacific Time (US & Canada).
Where: ███████████████████████████████████████████████████

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

One-off prep meeting scheduled on Thursday due to calendar conflicts

**Prep Mtg** – Occurs the 2nd Wednesday monthly

WAYS TO JOIN

Join Zoom Meeting
███████████████████████████████████████

Meeting ID ████████
Passcode: ███████

One tap Mobile
███████████████████████████████
███████████████████████████████

Dial by your location
toll: ████████ (San Jose US)
toll: ████████ (New York US)
toll: ████████ (Tacoma US)
toll: ████████ (Washington DC US)
toll: ████████ (Chicago US)
toll: ████████ (Houston US)
tollfree: ████████
tollfree: ████████
tollfree: ████████
tollfree: ████████
Meeting ID: ████████
Passcode: ████████

**From:** ▮▮▮▮@fb.com]
**Sent:** 3/16/2022 2:20:52 AM
**To:** Protentis, Lauren ▮▮▮@cisa.dhs.gov]; ▮▮▮@fb.com]; ▮▮▮@fb.com]; Snell, Allison (She/Her) ▮▮▮@cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▮▮▮@cisa.dhs.gov]; ▮▮▮@cisa.dhs.gov]; ▮▮▮@cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) ▮▮▮@cisa.dhs.gov]; ▮▮▮@fb.com]
**Subject:** Re: [PREP] USG | Industry Call (Bi-Monthly)

Hey Lauren,

One more follow-up: do you have a particular email you'd like us to send info about account security steps that elections officials can take from the different companies? When we discussed, we concluded the easiest path would be for each of the companies to send along their one-pagers with protection programs directly. Should I tell them to send to you? Or is there another recipient that would work better?

Best,

▮▮▮

Get Outlook for iOS

---

**From:** ▮▮▮@fb.com>
**Sent:** Monday, March 14, 2022 12:43:36 PM
**To:** Protentis, Lauren <▮▮▮@cisa.dhs.gov>; ▮▮▮@fb.com>; ▮▮▮@fb.com>; Snell, Allison (She/Her) <▮▮▮@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▮▮▮@cisa.dhs.gov>; ▮▮▮@cisa.dhs.gov>; ▮▮▮@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) <▮▮▮@cisa.dhs.gov>; ▮▮▮@fb.com>
**Subject:** Re: [PREP] USG | Industry Call (Bi-Monthly)

Thank you for the reminder --

Key questions about the upcoming midterms:

1. Races/states that you anticipate may be particularly targeted;
2. Themes / narratives / approaches you anticipate for races that you think will be targeted;
3. Specific indicators about infrastructure that foreign actors could use to target US;
4. Specific dates / events within the electoral calendar that you anticipate may be targeted (we've asked this before, so primarily any updates on previous prezos);
5. May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?

Also, industry is supportive of shifting to monthly following this meeting!

▮▮▮

---

**From:** Protentis, Lauren <▮▮▮@cisa.dhs.gov>
**Sent:** Monday, March 14, 2022 12:33 PM

**To:** ␣␣␣@fb.com>; ␣␣␣@fb.com>; ␣␣␣@fb.com>; Snell, Allison (She/Her) ␣␣␣@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ␣␣␣@cisa.dhs.gov>; ␣␣␣@cisa.dhs.gov>; ␣␣␣@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) <␣␣␣@cisa.dhs.gov>; ␣␣␣@fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hope you had a great weekend.

Wanted to circle back on this so we can give DNI, FBI, DHS some ideas for scoping their remarks for Wednesday ☺!

Let me know if you have any questions!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency



**From:** Protentis, Lauren ␣␣␣@cisa.dhs.gov>
**Sent:** Friday, March 11, 2022 1:18 PM
**To:** ␣␣␣@fb.com>; ␣␣␣@fb.com>; ␣␣␣@fb.com>; Snell, Allison (She/Her) ␣␣␣@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ␣␣␣@cisa.dhs.gov>; ␣␣␣@cisa.dhs.gov>; ␣␣␣@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) ␣␣␣@cisa.dhs.gov>; ␣␣␣@fb.com>
**Subject:** Re: [PREP] USG | Industry Call (Bi-Monthly)

Happy Friday,

Thanks for the productive call on Wednesday. Curious if you collected any questions (specific to risks to the Midterms) from the industry side that I can share with the USG in advance of next weeks call?

Thanks so much!
Lauren

Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)

**From:** Protentis, Lauren
**Sent:** Wednesday, March 9, 2022 1:21:44 PM
**To:** ▉@fb.com>; ▉@fb.com>; ▉@fb.com>; Snell, Allison (She/Her) ▉@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▉@cisa.dhs.gov>; ▉@cisa.dhs.gov>; ▉@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) ▉@cisa.dhs.gov>; ▉@fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hi All,

Sharing a tentative agenda, for your review, for next week's call. Looking forward to our call at 2:00.

1. Opening (Facilitator: CISA)
   a. Roll Call: FBI, DNI, DHS
   b. Housekeeping Notes
2. Government Meeting Topics (Facilitator: CISA)
   a. Information Sharing Around Elections Risk (CISA, DNI, FBI)
      i. USG asking for specific questions to shape the brief.
   b. Elections and Potential Impacts of U.S. Sanctions Against Russia (DNI/All)
3. Industry Meeting Topics (Facilitator: Meta)
   a. *Proposed:* Status of full list of company best practices for elections officials on physical security as suggested in January call.
   b. *Proposed*: How might punitive measures against Russia impact Industry's "risk calculus" vis-à-vis elections
      i. USG is keen to hear specific info from industry on how actions against Russia might change their risk calculus; to the extent that any actions against Russia become elections issues in the U.S.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency



-----Original Appointment-----
**From:** ▉@fb.com>
**Sent:** Wednesday, January 12, 2022 4:19 PM
**To:** ▉; Snell, Allison; Hale, Geoffrey; PROTENTIS, LAUREN; ▉; WYMAN, KIM; ▉
**Subject:** [PREP] USG | Industry Call (Bi-Monthly)
**When:** Wednesday, March 9, 2022 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** ▉

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

==*Prep Mtg - occurs the second Wednesday of every 2 months==

==*Dial in updated 1/12th==

Join Zoom Meeting

Meeting ID:
Passcode:
One tap mobile

**From:** Protentis, Lauren
**Sent:** 7/20/2022 10:16:12 AM
**To:** [redacted]@fb.com]; [redacted]@fb.com]; [redacted]@fb.com]
**CC:** [redacted]@fb.com]
**Subject:** Agenda: USG | Industry Call

Hi All,

Looking forward to connecting today, I pulled the agenda together below for today's call. Let me know if you have any questions.

1. <u>Opening</u> (**Facilitator: Lauren**)
2. <u>Government Meeting Topics</u> (**Facilitator: Lauren**)
b. Information Sharing Around Elections Risk
    i. **Annotation – Industry Prompts:**
1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
    ii. **Annotation – Briefing Structure**
4. CISA – Elections Infrastructure Risks (Scully)
5. DHS I&A – Infrastructure Activity ([redacted])
6. FBI – Domestic Adversarial Actor Update (Dehmlow)
7. DNI – Geopolitical Considerations ([redacted])
3. <u>Industry Meeting Topics</u> (**Facilitator: Meta**)
a. Industry Briefs
i. **Annotation – USG Prompts:**

i. To what extent have you identified notable commonalities/differences between how foreign actors seek to use social media to influence their expatriate populations within the US on elections/other topics of strategic interest versus the broader US public? What stands out?

ii. Do you and to what extent assess that foreign actors display greater willingness to directly engage US political entities, US activists, and US media organizations that fall within diaspora communities? Do these engagements stand out to you or do you judge them as largely consistent with steady state foreign influence behavior across target audiences?

iii. To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
[redacted]



**From:** Protentis, Lauren
**Sent:** Friday, June 10, 2022 5:03 PM
**To:** ▮▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>
**Cc:** ▮▮▮▮▮@fb.com>
**Subject:** RE: Rescheduled: [Prep] USG | Industry Call

Hi ▮▮▮ et al,

Thanks for the call yesterday. The USG passed along one additional question for you/industry to consider for your brief next week. Have a great weekend in VT!

- To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
▮▮▮▮▮▮▮▮▮▮

-----Original Appointment-----
**From:** ▮▮▮▮▮@fb.com>
**Sent:** Wednesday, June 8, 2022 2:46 PM
**To:** ▮▮▮▮▮ Protentis, Lauren; ▮▮▮▮▮ Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); Scully, Brian; ▮▮▮▮▮
**Cc:** ▮▮▮▮▮
**Subject:** Rescheduled: [Prep] USG | Industry Call
**When:** Thursday, June 9, 2022 8:00 AM-8:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** ▮▮▮▮▮

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

WAYS TO JOIN

Join Zoom Meeting
▮▮▮▮▮

Meeting ID: ▮▮▮▮▮
Passcode: ▮▮▮▮▮

Computer or mobile guest sharable join link
▮▮▮▮▮



One tap Mobile

Dial by your location
toll:                (San Jose US)
toll:                (Tacoma US)
toll:                (Houston US)
toll:                (Washington DC US)
toll:                (Chicago US)
toll:                (New York US)
tollfree:            (US)
tollfree:            (US)
tollfree:            (US)
tollfree:            (US)
Meeting ID:
Passcode:

Join by SIP:

