CONFIDENTIAL

| | |
|---|---|
| **From:** | Scully, Brian [███████@cisa.dhs.gov] |
| **Sent:** | 10/4/2020 10:47:11 PM |
| **To:** | ███████@twitter.com] |
| **CC:** | ███████@twitter.com] |
| **Subject:** | Re: Case #CIS-MIS000028: False website for KY State Board of Elections |

Thanks ███

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████ @cisa.dhs.gov

| | |
|---|---|
| **From:** | ███████@twitter.com> |
| **Sent:** | Sunday, October 4, 2020 8:49:19 PM |
| **To:** | Scully, Brian <███████@cisa.dhs.gov> |
| **Cc:** | ███████@twitter.com> |
| **Subject:** | Re: Case #CIS-MIS000028: False website for KY State Board of Elections |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The Election Integrity Project also reported @handle https://twitter.com/GoVoteKY which we permanently suspended.

On Sun, Oct 4, 2020 at 8:22 PM ███████ @twitter.com> wrote:
We have marked the URL as "bad".

On Sun, Oct 4, 2020 at 8:11 PM ███████ @twitter.com> wrote:
Thanks, Brian. Am I correct that this is a Facebook report?

On Sun, Oct 4, 2020 at 12:11 PM Scully, Brian <███████ @cisa.dhs.gov> wrote:
Good afternoon,

A potentially malicious website reported by KY I wanted you to be aware of.

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

Brian Scully

DHS Countering Foreign Interference Task Force
National Risk Management Center
██████████
         @cisa.dhs.gov
From: Misinformation Reports <██████████@cisecurity.org>
Sent: Saturday, October 3, 2020 10:00:00 AM
To: Scully, Brian <██████@cisa.dhs.gov>; CISA Central <█████@cisa.dhs.gov>; CFITF
-█████@hq.dhs.gov>; ████@2020partnership.atlassian.net <████@2020partnership.atlassian.net>;
Misinformation Reports <██████████@cisecurity.org>
Subject: Case #CIS-MIS000027: Voting registration deadline in South Carolina

CAUTION:
This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize
and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report regarding voting registration deadline in South Carolina

From: ██████████@nased.org>
Sent: Saturday, October 3, 2020 9:38 AM
To: Misinformation Reports <██████████@cisecurity.org>
Subject: Submission



https://www.instagram.com/p/CF4eWhlBiJn/?igshid=1cu0onc9p7bp4

South Carolina's deadline is October 4. I reported this in app last night when I saw it posted by Nicole Byer,
too.

████

Executive Director
National Association of State Election Directors (NASED)

.....
This message and attachments may contain confidential information. If it appears that this message was sent
to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is
strictly prohibited. Please notify the sender immediately and permanently delete the message and any
attachments.

. . . . .

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
██████████
         @cisa.dhs.gov

From: Misinformation Reports <██████████@cisecurity.org>
Sent: Sunday, October 4, 2020 11:27:39 AM

**To:** Scully, Brian ██████████ @cisa.dhs.gov>; CISA Central <██████ @cisa.dhs.gov>; CFITF <██████ @hq.dhs.gov>; ██████ @2020partnership.atlassian.net <██████ @2020partnership.atlassian.net>; Misinformation Reports < ██████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000028: False website for KY State Board of Elections

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation for Kentucky State Board of Elections

---

**From:** ██████████████████ @gmail.com>
**Sent:** Saturday, October 3, 2020 10:09 PM
**To:** Misinformation Reports < ██████████ @cisecurity.org>
**Subject:** Facebook misinfo

https://www.facebook.com/GoVoteKY/



MOLA_DEFSPROD_00010653

CONFIDENTIAL

The Kentucky state board of elections website is govoteky.com

This website Is asking voters to disclose their personal information so as to determine if they have ballot irregularities.

Any voter who wants to determine whether or not they have at had a ballot irregularity can find this information on the states official website it is open information freely available to the voter. As well as open records accessible.

This website serves no purpose other than to mislead voters and scrape data.

This is the first time I've submitted this information through this email channel please confirm with me the time frame in which it will be taken down and what further steps I need to take.

Best, ▮

Sent from my iPhone

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**Sent**:        10/1/2020 5:00:19 PM
**To**:          ███████████ @fb.com]; ███████████ @fb.com]
**Subject**:     FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ███████████

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian < ███████ @cisa.dhs.gov>; CISA Central < ███████ @cisa.dhs.gov>; CFITF < ████ @hq.dhs.gov>;
Misinformation Reports < ███████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
> sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

██████████

**From:** ███████████ @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports < ███████████ @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is ███████████ I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is ████ @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

MOLA_DEFSPROD_00008354

The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** ▮▮▮▮▮▮ @fb.com]
**Sent:** 10/1/2020 5:04:51 PM
**To:** Scully, Brian ▮▮▮ @cisa.dhs.gov]; ▮▮▮▮▮ @fb.com]
**Subject:** Re: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Appreciate the flag, will relay!

**From:** Scully, Brian ▮▮▮▮ @cisa.dhs.gov>
**Sent:** Thursday, October 1, 2020 5:00:46 PM
**To:** ▮▮▮▮ @fb.com>; ▮▮▮▮▮ @fb.com>
**Subject:** FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ▮▮▮▮▮

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*
*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports ▮▮▮▮▮ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian ▮▮▮ @cisa.dhs.gov>; CISA Central ▮▮▮ @cisa.dhs.gov>; CFITF ▮▮▮ @hq.dhs.gov>; Misinformation Reports ▮▮▮▮ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
▮▮▮▮

**From:** ▆▆▆▆▆▆▆▆▆ @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports ▆▆▆▆▆▆▆ @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is ▆▆▆▆▆▆ I'm the Senior Communication Manager for the California Secretary of State Office
of Election Cybersecurity.

My email address is ▆▆▆▆ @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter
fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as
allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%
5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobse
rvers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors
Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St.
Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for
American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters
ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform
Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County.
@LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots
matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure
1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from
the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the
NAEBC website.

- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:**      Scully, Brian [███████████████████████████████████
████████████████████████████████]

**Sent:**      10/1/2020 5:02:57 PM
**To:**        ████████████@twitter.com]
**CC:**        ████████████@twitter.com]
**Subject:**   RE: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Thanks ███████

**From:** ████████████████@twitter.com>
**Sent:** Thursday, October 1, 2020 5:01 PM
**To:** Scully, Brian ███████@cisa.dhs.gov>
**Cc:** ████████████@twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, I know we reviewed this escalation from EIP on September 25 and found it not to be in violation of our rules.

Let me forward this additional information to our teams for review.

Thanks,

███████

On Thu, Oct 1, 2020 at 4:58 PM Scully, Brian ███████ @cisa.dhs.gov> wrote:

Good afternoon ███████████

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching and what, if any, actions have been taken.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports ‹ ███████ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM

**To:** Scully, Brian <█████████@cisa.dhs.gov>; CISA Central <████@cisa.dhs.gov>; CFITF <████@hq.dhs.gov>;
Misinformation Reports <████████@cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

---

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

█████████

---

**From:** █████████████@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports <█████████@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is █████████ I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is █████@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etwee
tembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.co
m%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

MOLA_DEFSPROD_00010681



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010682

| | |
|---|---|
| **From**: | ▆▆▆▆▆▆▆ @google.com] |
| **Sent**: | 10/1/2020 6:07:27 PM |
| **To**: | Scully, Brian ▆▆▆▆ @cisa.dhs.gov] |
| **Subject**: | Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you Brian.

On Thu, Oct 1, 2020 at 2:01 PM Scully, Brian <▆▆▆▆▆ @cisa.dhs.gov> wrote:

Hi ▆▆▆▆

This is not Google specific reporting, but thought it might be of interest to your team.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

---

**From:** Misinformation Reports ▆▆▆▆▆ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian <▆▆▆▆ @cisa.dhs.gov>; CISA Central <▆▆▆▆ @cisa.dhs.gov>; CFITF <▆▆▆ @hq.dhs.gov>; Misinformation Reports <▆▆▆▆▆ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

███████

**From:** ████████████ @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports <████████ @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is ████████ I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is ███████ @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked

here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

MOLA_DEFSPROD_00009678

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009679

**Sent**:          10/1/2020 4:55:57 PM
**To**:            ███████████████ @twitter.com]; ███████████████ @twitter.com]
**Subject**:       FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ███████████

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching.

Regards,
Brian

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian ███████████ @cisa.dhs.gov>; CISA Central ███████ @cisa.dhs.gov>; CFITF ███████ @hq.dhs.gov>; Misinformation Reports ███████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
████████████

**From:** ███████████████ @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports ███████████ @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is ███████████ I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is ████████ @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

- 
- 
- In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.
- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

> ☒ The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ███████████████ @twitter.com] |
| **Sent:** | 10/29/2020 11:18:14 PM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov] |
| **CC:** | ███████████████ @twitter.com]; ███████████████ @twitter.com] |
| **Subject:** | Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We applied a contextual label pursuant to our policy on Civic Integrity.

On Thu, Oct 29, 2020 at 10:37 PM ███████████████ @twitter.com> wrote:
Thanks, Brian. We received that report from the EIP and escalated. Much appreciated.

On Thu, Oct 29, 2020 at 9:46 PM Scully, Brian <████████ @cisa.dhs.gov> wrote:
FYI - The EIP submitted the below to Twitter. No need to respond.

Regards,
Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
████████ @cisa.dhs.gov

**From:** CFITF <███ @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:41 PM
**To:** CFITF All
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**From:** Scully, Brian
**Sent:** Friday, October 30, 2020 1:41:38 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; CFITF All
**Subject:** Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

Thanks ████

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
████████ @cisa.dhs.gov

**From:** CFITF <███ @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:40:23 PM

**To:** CFITF All < ▓▓▓▓▓ @hq.dhs.gov>
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**From:** ▓▓▓▓▓▓▓
**Sent:** Friday, October 30, 2020 1:40:21 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**FYSA, EIP has reported the following to EI-ISAC and twitter.**

**From EIP:**

**Twitter:** EIP noticed a post by user @/jakejakeny that alleged ballots are being sent to New York City, NY, residents that are pre-filled out to favor Biden/Harris; the user alleges voters are also instructed to "turn in" the pre-filled ballots as-is. We recommend that Twitter remove this tweet immediately, as it is intentionally vague so as to mislead.
https://twitter.com/jakejakeny/status/1321900543451799559
https://twitter.com/jakejakeny/status/1321955007189651459

Moments ago, @/jakejakeny went live via Periscope, embedded on Twitter, and doubled-down on the narrative he asserted in the original text/photo post. He claimed (1) mail-in voting is insecure; (2) conspiracy theories about election fraud are hard to discount; (3) and that he received information about the pre-filled ballots from an unidentified, and unidentifiable, friend. He also promised to go live again tomorrow, 10/30, with "more information." We recommend Twitter removes this post immediately, as it contains a message that intends to mislead and potentially cast doubt on the legitimacy of mail-in voting in a critical pre-election period. We also recommend that @/jakejakeny is monitored through the end 10/30 in the event that he again attempts to post on this topic in a manner that casts doubt on the legitimacy of the election itself or related election mechanisms.

Additionally, @/jakejakeny is tagging major conservative pundits (e.g. users with broad reach); claims news outlet affiliation in his bio; and the post itself is spilling over onto Facebook. These factors further support swift removal of both posts and a continued monitoring of the user's account.

**From**: Scully, Brian ████████████████████████████████

**Sent**: 10/28/2020 5:24:14 PM
**To**: ███████████████@twitter.com]
**Subject**: RE: FW: Case#CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

Hey ████

Hope you all survived the hearing today. So here's the deal – EIP will only report something to Twitter if they have additional context to provide based on their research. For example, if they do analysis of the tweet and find info they think would help you all make a decision, they will send that analysis your way. They will not send Twitter reporting unless it is that additional context. They will also let CISA know when they are reporting something to you so I can give you a heads up (let me know if that makes things worse rather than better). They will continue to use the CIS case number in the email subject to facilitate identifying duplicative reports. I know that's not a great solution, but hopefully it is helpful.

Brian

**From:** ███████████████@twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian ███████████@cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian ████████████@cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** ████ @2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org>; Scully, Brian
████████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; CISA Central ████ @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076:  Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** ████████ @sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports ████ @cisecurity.org>
**Cc:** ████ @sos.wa.gov>, ████ @sos.wa.gov>, ████
████ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is ████ and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director ████ Office of the Secretary of State Communications Director ████ and our Web and Social Media Coordinator ████

Please let me know if you have any questions or need additional information.

Thank you.

████

████

Office of the Secretary of State

Cell: █████████████

 

Secretary of State
Tim Wyman

.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00010515

CONFIDENTIAL

.....

MOLA_DEFSPROD_00010516

**From:**      Scully, Brian █████████████████████████████████████████████████

**Sent:**      █████████████████████████████████████████████████
10/27/2020 7:07:18 PM
**To:**        █████████████████@twitter.com]
**Subject:**   RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

I just sent a note to CIS and EIP to see if we can stop sending you duplicate messages and have reports only come from us. Will keep you posted.

Brian

**From:** █████████████████@twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian █████████████@cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian <█████████@cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <█████████@cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** █████@2020partnership.atlassian.net; Misinformation Reports <█████████@cisecurity.org>; Scully, Brian
█████@cisa.dhs.gov>; CFITF <█████@hq.dhs.gov>; CISA Central <█████████@cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** ▆▆▆▆▆▆▆▆▆ @sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports ▆▆▆▆▆▆ @cisecurity.org>
**Cc:** ▆▆▆▆▆▆▆▆ @sos.wa.gov>, ▆▆▆▆▆▆▆▆ @sos.wa.gov>, ▆▆▆▆▆▆▆
▆▆▆▆▆▆ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is ▆▆▆▆▆▆ and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director ▆▆▆▆▆▆ Office of the Secretary of State Communications Director ▆▆▆▆▆▆ and our Web and Social Media Coordinator ▆▆▆▆▆▆

Please let me know if you have any questions or need additional information.

Thank you.

▆▆▆▆

▆▆▆▆▆▆

Office of the Secretary of State

Cell: ▆▆▆▆▆▆▆

Secretary of State

◀ Ron Wyman

[f] [y] [▶] [◉]

.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.

Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Scully, Brian        @cisa.dhs.gov]
**Sent:** 10/21/2020 10:33:33 PM
**To:**         @twitter.com];         @twitter.com];
        @twitter.com]
**CC:** CFITF [cfitf@hq.dhs.gov]
**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

Hey Team Twitter,

Please see below reporting about accounts impersonating MS-ISAC accounts.

Regards,

Brian

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

        @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:**         @cisecurity.org>

**Sent:** Wednesday, October 21, 2020 10:29 PM

**To:** Masterson, Matthew;

**Cc:** Scully, Brian; Snell, Allison; Hale, Geoffrey

**Subject:** RE: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

We received info from I&A. SOC is notifying all of the MS-ISAC state contacts for the ones that have been identified. I also passed along to the misinfo portal to share with EIP and CFITF.



*Director, EI-ISAC*

@cisecurity.org

24x7 Security Operations Center

@cisecurity.org -

**From:** Masterson, Matthew @cisa.dhs.gov>

**Sent:** Wednesday, October 21, 2020 10:27 PM

**To:** @cisecurity.org>

**Cc:** Scully, Brian @cisa.dhs.gov>; Snell, Allison @cisa.dhs.gov>; Hale, Geoffrey @cisa.dhs.gov>; @cisecurity.org>

**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

See below for a weird one involving the ISAC. I know this isn't the normal reporting channel but wanted you all to see.

Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

██████████ @cisa.dhs.gov

**From:** Joves, Alexander <████████@HQ.DHS.GOV>

**Sent:** Wednesday, October 21, 2020 10:17 PM

**To:** ████████████████████████████ Masterson, Matthew; Hale, Geoffrey; Snell,

Allison; ████████████████████

**Cc:** Enriquez, Antonio; Lyddon, Steven; ████████████

**Subject:** State of IL reporting on "Fake Illinois Twitter" accounts

████████████

Please see report from State of Illinois CISO on new group of fake Twitter accounts purporting to represent States being stood up by MS-ISAC.

Please advise response to IL partners if CISA can share with Social Media company & MS-ISAC for review as being staged for later use/potential disinformation.

Thanks

_____

**Alex Joves**

Regional Director, Region V (IL, IN, MI, MN, OH, WI)

Cybersecurity and Infrastructure Security Agency

████████████████@hq.dhs.gov

**From:** ████████████████@illinois.gov>

**Sent:** Wednesday, October 21, 2020 9:01 PM

**To:** Lyddon, Steven ████████ @cisa.dhs.gov>; Joves, Alexander ████████@HQ.DHS.GOV>; Enriquez,

Antonio ████████@hq.dhs.gov>

**Cc:** **FBI #23** ████@fbi.gov>; **FBI #24** ████@fbi.gov>; ████████████

████████@hq.dhs.gov>; ████████████@Illinois.gov>

**Subject:** Fwd: Fake Illinois Twittter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Alex, Steve, Tony

Any thoughts on this? These seem staged for use later. Can someone see these are shared with Twitter for consideration. They are labeled parody accounts so likely an attempt to stay within the TOS for Twitter.

Thank you

███████

Begin forwarded message:

**From:** ███████████████████ @illinois.gov>

**Date:** October 21, 2020 at 8:54:40 PM CDT

**To:** ████████████████████ @illinois.gov>, ██████████████████ @illinois.gov>

**Cc:** ████████████████ @illinois.gov>, ███████████████ @illinois.gov>, ████

████████████ @illinois.gov>, ████████████████ @mail.mil>, ██████████

████████████ @mail.mil>

**Subject: Fake Illinois Twittter**


███████████

Several of my CISO peers have been notified about a new group of fake twitter accounts purporting to represent States being stood up by MS-ISAC.

I've not yet received a notice from MS-ISAC but located

https://twitter.com/officialstateil

which was recently established and is following/being followed by known malicious handles from other states.

Thanks,

███████████ Chief Information Security Officer

Department of Innovation & Technology

Office: ███████████ | Cell: ███████████

████████ @illinois.gov | www.DoIT.illinois.gov



State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.


.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

MOLA_DEFSPROD_00013739

**From:** ████████████████ @fb.com]
**Sent:** 11/10/2020 12:17:57 PM
**To:** Misinformation Reports█████████@cisecurity.org]; Scully, Brian███████████@cisa.dhs.gov]; CISA Central
████@cisa.dhs.gov]; CFITF████@hq.dhs.gov]; ███@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This case has been closed out and the Secretary of State's office has been informed. Thanks!

---

**From:** Misinformation Reports <████████████@cisecurity.org>
**Date:** Monday, November 9, 2020 at 5:29 PM
**To:** Brian Scully████████@cisa.dhs.gov>, Central CISA████████@cisa.dhs.gov>, ████@hq.dhs.gov"
████@hq.dhs.gov>, ████@2020partnership.atlassian.net" ████@2020partnership.atlassian.net>,
Misinformation Reports████████@cisecurity.org>
**Cc:** ████████████@fb.com>
**Subject:** Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

Brian and EIP, we have included Facebook in this report.

Misinformation repot: Facebook post that a deceased person voted in Monona County, Iowa

https://www.facebook.com/amy.zeitler

---

**From:** ████████████████ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 6:05 PM
**To:** Misinformation Reports████████@cisecurity.org>
**Cc:** ████████@sos.iowa.gov>; ████████@sos.iowa.gov>
**Subject:** RE: Facebook post

Slight correction on information from below. The voter's record was cancelled due to his death on 10/05/2009, NOT in 1999.

---

**From:** ████████████
**Sent:** Monday, November 9, 2020 5:02 PM
**To:** Misinformation Reports████████@cisecurity.org>
**Cc:** ████████@sos.iowa.gov>; ████████@sos.iowa.gov>
**Subject:** FW: Facebook post

Good afternoon,
We received this email from a local election official about a FB post saying a deceased person voted. Attached is a screen shot of the post along with a scanned copy of the voter's cancelled VR record.

---

**From:** ████████████████ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 4:30 PM

**To:** ███████████████████ @sos.iowa.gov>
**Subject:** FW: Facebook post

Are you reporting these or is comms?

---

**From:** ███████████████ @mononacounty.org>
**Sent:** Friday, November 6, 2020 9:10 AM
**To:** ██████████ @sos.iowa.gov>
**Subject:** Facebook post

Good Morning,

I reached out to ███ at Secretary of State's office and he informed me to get this information to you. I received a complaint about a Facebook post that implies a deceased person had voted. I have attached the post from Facebook and my record from I Voters to show you that the person is deceased and has been a canceled vote since 8/18/1999.  We also do not have a precinct named ON204. My office received a call from this person's mother yesterday and she was upset. I then had another citizen come into my office wanting to know how this was posted on Facebook. We received another phone call this morning from the step father wanting to know how this is happening. I hope that you can assist with this matter.

███████████

*Monona County Auditor &*
*Commissioner of Elections*

███████████

*@mononacounty.org*

*"Believe you can and you're halfway there." – Theodore Roosevelt*

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to ██████ @sos.iowa.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ███████████████ @fb.com] |
| **Sent:** | 11/6/2020 12:00:12 PM |
| **To:** | Misinformation Reports ███████████ @cisecurity.org]; Scully, Brian ███████ @cisa.gov]; CISA Central ██████████ @cisa.dhs.gov]; CFITF ████ @hq.dhs.gov]; ████ @2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have closed the loop with the partner on this one. Thanks all.

--
████████████
U.S. Politics & Government Outreach
E: ██████ @fb.com
**FACEBOOK**

---

**From:** ████████████████ @fb.com>
**Date:** Friday, November 6, 2020 at 10:14 AM
**To:** Misinformation Reports ███████████ @cisecurity.org>, Brian Scully ████████ @cisa.dhs.gov>, Central CISA ████ @cisa.dhs.gov>, ████ @hq.dhs.gov" ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>
**Cc:** ████ @azsos.gov" ████ @azsos.gov>
**Subject:** Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Thanks for sending this over – we're looking into it.

--
████████████
U.S. Politics & Government Outreach
E: ██████ @fb.com
**FACEBOOK**

---

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Date:** Friday, November 6, 2020 at 10:09 AM
**To:** Brian Scully ███████████ @cisa.dhs.gov>, Central CISA ████ @cisa.dhs.gov>, ████ @hq.dhs.gov" ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>, Misinformation Reports ███████████ @cisecurity.org>
**Cc:** ████ @fb.com>
**Subject:** Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Brian and EIP, I included Facebook in this report.

Misinformation report: (private) Facebook post that Trump already won AZ

**From** ███████████████ @azsos.gov>
**Sent:** Friday, November 6, 2020 9:54 AM

**To:** Misinformation Reports <span style="background:black">████████</span> @cisecurity.org>
**Subject:** Fake statement by Arizona Election Worker about fraud


Hi There.

https://www.facebook.com/photo.php?fbid=3966754973352465&set=p.3966754973352465&type=3

This post was on a private FB page, above. I've included a screenshot.

Thank you!




**KATIE HOBBS**
SECRETARY OF STATE
*State of Arizona*



Information Security Officer
Arizona Secretary of State's Office

Email ████████ @azsos.gov
Office: ████████
Cell: ████████

*This message and any messages in response to the sender of this*
*message may be subject to a public records request.*


.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by
mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.
Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | Misinformation Reports ███████@cisecurity.org] |
| **Sent:** | 11/5/2020 5:18:37 PM |
| **To:** | Scully, Brian ████████@cisa.dhs.gov]; CISA Central ██████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; █████@2020partnership.atlassian.net; Misinformation Reports ████████@cisecurity.org] |
| **CC:** | ██████@fb.com' ████████@fb.com] |
| **Subject:** | Case#CIS-MIS000177: Facebook post alleging election fraud |
| **Attachments:** | 177.PNG |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP – we have included Facebook in this report.

Misinformation Report: Facebook post alleging election fraud

**From:** ████████@wisconsin.gov>
**Sent:** Thursday, November 5, 2020 12:53 PM
**To:** ████████@wisconsin.gov>
**Subject:** FW: FW:

**From:** ████████@charter.net>
**Sent:** Thursday, November 05, 2020 12:46 PM
**To:** ████████@wisconsin.gov>
**Subject:** FW:

There are some very frightening statements being posted. I believe this is absolutely garbage. Is there a way to debunk this before it spreads farther.

https://m.facebook.com/story.php?story_fbid=10157811093171886&id=569891885&sfnsn=mo

Sent from my Galaxy

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008679

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮@fb.com]
**Sent:** 11/4/2020 12:48:44 PM
**To:** Misinformation Reports ▮▮▮▮▮▮▮▮@cisecurity.org]; Scully, Brian ▮▮▮▮▮@cisa.gov]; CISA Central ▮▮▮@cisa.dhs.gov]; CFITF ▮▮▮@hq.dhs.gov]; ▮▮▮@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000153: alleged election fraud in Graves County, KY

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports ▮▮▮▮▮▮▮▮@cisecurity.org>
**Date:** Wednesday, November 4, 2020 at 10:11 AM
**To:** Brian Scully ▮▮▮▮▮@cisa.dhs.gov>, Central CISA ▮▮▮@cisa.dhs.gov>, ▮▮▮@hq.dhs.gov" ▮▮▮@hq.dhs.gov>, ▮▮▮@2020partnership.atlassian.net" ▮▮▮@2020partnership.atlassian.net>, Misinformation Reports ▮▮▮▮▮▮@cisecurity.org>
**Cc:** ▮▮▮▮▮▮▮▮@fb.com>
**Subject:** Case #CIS-MIS000153: alleged election fraud in Graves County, KY

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud in Graves County, KY

https://www.facebook.com/glenn.hayden.370

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮@ky.gov>
**Sent:** Wednesday, November 4, 2020 10:42 AM
**To:** Misinformation Reports ▮▮▮▮▮▮@cisecurity.org>
**Subject:** Misinformation

Can you have this taken down. This is Miss information voters were not given the incorrect ballots.

▮▮▮▮▮

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ██████████████ @fb.com] |
| **Sent:** | 11/3/2020 7:14:18 PM |
| **To:** | Misinformation Reports ████████ @cisecurity.org]; Scully, Brian ████████ @cisa.dhs.gov]; CISA Central ████ @cisa.dhs.gov]; CFITF ████ @hq.dhs.gov]; ████ @2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000137: Facebook post alleging election fraud |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Confirming that this has been closed out and the SoS has been notified. Thanks!

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Tuesday, November 3, 2020 at 4:03 PM
**To:** Brian Scully ████ @cisa.dhs.gov>, Central CISA ████ @cisa.dhs.gov>, ████ @hq.dhs.gov" ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>, Misinformation Reports ████ @cisecurity.org>
**Cc:** ████ @fb.com>
**Subject:** Case #CIS-MIS000137: Facebook post alleging election fraud

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud

https://www.facebook.com/photo/?fbid=10213886606959482&set=a.1076542573951

**From:** ██████████████ @ky.gov>
**Sent:** Tuesday, November 3, 2020 4:56 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:** Miss information

Someone sent this to me said that ████████ the actress tweeted this and that it's now going viral this is Miss information.

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | ██████████████ @fb.com] |
| **Sent**: | 11/3/2020 7:07:19 PM |
| **To**: | Misinformation Reports ████████ @cisecurity.org]; Scully, Brian ████████ @cisa.dhs.gov]; CISA Central ████ @cisa.dhs.gov]; CFITF ████ @hq.dhs.gov]; ████ @2020partnership.atlassian.net |
| **Subject**: | Re: Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for including me, I'm moving this through our processes now. I'll update you when I have more information.

Best,

████

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Tuesday, November 3, 2020 5:52 PM
**To:** Brian Scully ████████ @cisa.dhs.gov>; Central CISA ████ @cisa.dhs.gov>; ████ @hq.dhs.gov ████ @hq.dhs.gov>; ████ @2020partnership.atlassian.net ████ @2020partnership.atlassian.net>; Misinformation Reports ████████ @cisecurity.org>
**Cc:** ████ @fb.com>
**Subject:** Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots

Brian and EIP, we have included Facebook in this report.

Misinformation report: citizen alleges on Facebook that he submitted 300 ballots

https://www.facebook.com/profile.php?id=1576601744

MOLA_DEFSPROD_00008696



---

**From:** MS-ISAC SOC
**Sent:** Tuesday, November 3, 2020 6:39 PM
**To:** Misinformation Reports                    @cisecurity.org>
**Cc:** MS-ISAC SOC         @msisac.org>
**Subject:** FW: Michigan Voter Misinformation//Facebook

Please see below. Thanks.



Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

24x7 Security Operations Center
      @cisecurity.org -

 

   

**From:** ████████████@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:35 PM
**To:** MS-ISAC SOC ████@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

Yes, please.

Michigan Bureau of Elections
████@Michigan.gov
Office:
Cell:

**From:** MS-ISAC SOC ████@msisac.org>
**Sent:** Tuesday, November 3, 2020 6:32 PM
**To:** ████████████@michigan.gov>; MS-ISAC SOC ████@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

**CAUTION: This is an External email. Please send suspicious emails to** ████@michigan.gov

Do we have your permission to share this with our federal partners by forwarding to our misinformation mailbox? Please see below.

*Reports of Elections Infrastructure Misinformation ("Misinformation") submitted to the EI-ISAC via* ████@cisecurity.org *will be shared with the following organizations: (1) the applicable social media platform provider in order to address the Misinformation identified in the report; (2) the Cybersecurity & Infrastructure Security Agency and the Election Integrity Partnership, for analysis of the Misinformation, in conjunction with other relevant information, to identify potential threats to election security; (3) with the National Association for Secretaries of State and National Association of State Elections Directors for situational awareness. The Misinformation may also be shared with other federal agencies, as appropriate, for situational awareness or in the context of a law enforcement investigation.*



██████

Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

██████

24x7 Security Operations Center
████ @cisecurity.org - ████████

 

   

---

**From:** ████████████████ @michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:27 PM
**To:** MS-ISAC SOC ████ @msisac.org>
**Subject:** Michigan Voter Misinformation//Facebook

https://www.facebook.com/profile.php?id=1576601744

Hello,
The link below is a Michigan voter who is spreading misinformation being Facebook saying he voted for 300 people. We have had local law enforcement contact him and he has pulled the post. Hours late (about an hour ago) he started posting it again. Is this something you all can assist with getting Facebook to pull down? We have received a number of complaints about this post per hour.

https://www.facebook.com/profile.php?id=1576601744

Thank you!

██████

Michigan Bureau of Elections
████ @Michigan.gov
Office: ████████
Cell: ████████

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008700

**From**: Scully, Brian ████████@cisa.dhs.gov]
**Sent**: 11/3/2020 4:41:40 PM
**To**: ████████@fb.com]
**CC**: Masterson, Matthew ████████@cisa.dhs.gov]; ████████@fb.com]
**Subject**: Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Glad to help. Thanks ████

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████ @cisa.dhs.gov

**From:** ████████@fb.com>
**Sent:** Tuesday, November 3, 2020 4:30:26 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████@cisa.dhs.gov>; ████████@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Your speed and helpfulness here is extremely helpful, thank you so much!!!

**From:** Scully, Brian ████████@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 4:25:16 PM
**To:** ████████@fb.com>
**Cc:** Masterson, Matthew ████████@cisa.dhs.gov>; ████████@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Not sure I understand the distinction you're trying to make, but both components of the narrative are false — the person is not a poll worker and no ballots were destroyed. I suppose that makes the entire thing a hoax.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████ @cisa.dhs.gov

**From:** ████████@fb.com>
**Sent:** Tuesday, November 3, 2020 4:22:48 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████@cisa.dhs.gov>; ████████@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

P.S. For additional clarity, also trying to confirm here if this entire matter is a hoax versus just the claim a poll worker was destroying ballots.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, November 3, 2020, 4:18 PM
**To:** Scully, Brian
**Cc:** Masterson, Matthew; ▮▮▮▮▮▮▮
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Hello again, wanted to follow up on a few points just to be crystal clear -- could you please confirm that (a) the worker in question is not a pollworker; or (b) that he did not, in fact, destroy ballots (or at least that there is no evidence that he destroyed ballots).

Would appreciate this clarity tremendously, thank you so much.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, November 3, 2020 3:57:18 PM
**To:** Scully, Brian ▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Appreciate the swift response!!

**From:** Scully, Brian ▮▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:52:45 PM
**To:** ▮▮▮▮▮ @fb.com>
**Cc:** Masterson, Matthew ▮▮▮▮▮▮ @cisa.dhs.gov>
**Subject:** Fwd: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Statement from PA. Confirms person was not poll worker.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
▮▮▮▮▮▮▮▮
@cisa.dhs.gov

**From:** CFITF ▮▮▮ @hq.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:43:52 PM
**To:** CFITF All ▮▮▮▮ @hq.dhs.gov>
**Subject:** FW: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

MOLA_DEFSPROD_00010421

**From:** ▓▓▓▓▓▓ @cisecurity.org
**Sent:** Tuesday, November 3, 2020 8:43:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

———————

Reply above this line.

▓▓▓▓▓▓ @cisecurity.org commented:

The county has issued an official statement on the matter:



View request · Turn off this request's notifications

This is shared with Facebook, EI-ISAC, Twitter, and ▓▓▓▓▓▓

Powered by Jira Service Desk

▓▓▓▓

MOLA_DEFSPROD_00010422

| From: | Misinformation Reports ███████@cisecurity.org] |
|---|---|
| Sent: | 11/3/2020 3:53:03 PM |
| To: | Scully, Brian ████████@cisa.dhs.gov]; CISA Central ██████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; ████@2020partnership.atlassian.net; Misinformation Reports ████████@cisecurity.org] |
| CC: | ████████@fb.com] |
| Subject: | Case#CIS-MIS000133: Misinformation Facebook post regarding number of votes/voters in CO |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post regarding number of votes/voters in Colorado

**From:** ████████@SOS.STATE.CO.US>
**Sent:** Tuesday, November 3, 2020 3:44 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Cc:** ████████@sos.state.co.us> ████████@SOS.STATE.CO.US>; ████████@SOS.STATE.CO.US>; ████████@SOS.STATE.CO.US>; ████████@sos.state.co.us> ████████@SOS.STATE.CO.US>
**Subject:** Potential Foreign Mis/Dis Information on the Election Process – Facebook Post

Partners,

As part of the Colorado Department of State's (CDOS) efforts to counter foreign mis/disinformation on the election process, we have been made aware of the following inaccurate information. We know this information is false because we've had 2,893,395 vote out of a possible 3,783,589 registered voters. This is not a call to action, but merely providing for you information.

https://www.facebook.com/dpatric/posts/10223827649629519



**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,





Election Security Specialist | Department of State

@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | Misinformation Reports ███████████ @cisecurity.org] |
| **Sent**: | 11/2/2020 4:45:48 PM |
| **To**: | ███████████ @fb.com]; Misinformation Reports ███████ @cisecurity.org]; Scully, Brian ███████ @cisa.dhs.gov]; CISA Central ██████ @cisa.dhs.gov]; CFITF ████ @hq.dhs.gov]; ████ @2020partnership.atlassian.net |
| **Subject**: | RE: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, █████████

**From:** █████████████ @fb.com>
**Sent:** Monday, November 2, 2020 4:45 PM
**To:** Misinformation Reports <██████████ @cisecurity.org>; Brian Scully <████████ @cisa.dhs.gov>; Central CISA ███████ @cisa.dhs.gov> █████ @hq.dhs.gov █████ @2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Date:** Monday, November 2, 2020 at 12:07 PM
**To:** ██████████ @fb.com>, Brian Scully ████████ @cisa.dhs.gov>, Central CISA ████████ @cisa.dhs.gov>, ███████ @hq.dhs.gov █████ @hq.dhs.gov>, ████████ @2020partnership.atlassian.net" ████████ @2020partnership.atlassian.net>, Misinformation Reports <████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

Misinformation report: votes allegedly being changed in election machines.

██████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ███████ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** ████████████████ @ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. ████



████████
Executive Director
**State Board of Elections**
a: ████████████
p: ████████████
w: www.elect.ky.gov

Register Online to Vote         Find My Polling Place

Election Calendar                Contact Us

**From:** ████████ @gmail.com ████████████ @gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** ████████████ @ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

████ has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
████████
Bullitt County Clerk Office



**11:41** ✈      ᴵᴵᴵ LTE ▇·

‹    **Bullitt County Clerk's Office's Post**    •••

~~Center~~ for official election resources and local updates.

**Get Voting Information**

👍 **Like**     💬 **Comment**     ↗ **Share**

🔺 **Get more Likes, Comments and Shares**
This post is performing better than 85% of other posts on your Page. Boost it to show it to more people.

**656 people reached** ›

**Boost Post**

👍 **6**

**12 Shares**

**Most Relevant** ⌄

**Thomas Botch**
**PROJECTS HAMMER & SCORE CARD - CHANGE VOTES IN THE ACTUAL ELECTION MACHINES - PLEASE INVESTIGATE & SHARE DATA TARGET STEAL 3%**

**9m**   Like   Reply

◎   Write a comment...   🗨 GIF 😊

⌂    ▶    👥    ⊡★    🔔    ☰

MOLA_DEFSPROD_00008724

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008725

**From:**     Scully, Brian [███████ @cisa.dhs.gov]
**Sent:**     11/2/2020 1:20:01 PM
**To:**       Misinformation Reports [███████ @cisecurity.org]; [███████ @fb.com' ███████ @fb.com]; CISA
              Central [███████ @cisa.dhs.gov]; CFITF [███████ @hq.dhs.gov]; [███████ @2020partnership.atlassian.net
**Subject:**  Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.


Sounds good.   Thanks!

Brian  Scully
DHS Countering  Foreign  Interference  Task  Force
National  Risk  Management  Center

[███████] @cisa.dhs.gov

---

**From:** Misinformation Reports [███████ @cisecurity.org>
**Sent:** Monday, November 2, 2020 1:19:00 PM
**To:** Scully, Brian [███████ @cisa.dhs.gov>; Misinformation Reports [███████ @cisecurity.org>;
[███████ @fb.com' [███████ @fb.com>; CISA Central [███████ @cisa.dhs.gov>; CFITF [███████ @hq.dhs.gov>;
[███████ @2020partnership.atlassian.net [███████ @2020partnership.atlassian.net>
**Subject:** RE: Case #CIS-MIS000105: votes allegedly being changed in election machines.

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

For the time being, we will forward Facebook and Instagram related misinformation reports directly to Facebook. We will continue to add you, CISA, and CFITF to the emails for awareness.

Regards,

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: [███████ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

---

**From:** Scully, Brian [███████ @cisa.dhs.gov>
**Sent:** Monday, November 2, 2020 1:14 PM
**To:** Misinformation Reports [███████ @cisecurity.org>; [███████ @fb.com' [███████ @fb.com>; CISA
Central [███████ @cisa.dhs.gov>; [███████ @hq.dhs.gov [███████ @2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.


Thanks for heads up on sharing with FB.  Is that the plan going forward?

Brian Scully
DHS Countering Foreign Interference Task Force

MOLA_DEFSPROD_00010449

National Risk Management Center

███████ @cisa.dhs.gov

**From:** Misinformation Reports ███████ @cisecurity.org>
**Sent:** Monday, November 2, 2020 1:06:57 PM
**To:** ███████ @fb.com' <███████ @fb.com>; Scully, Brian ███████ @cisa.dhs.gov>; CISA Central
███████ @cisa.dhs.gov>; CFITF ███████ @hq.dhs.gov> ███ @2020partnership.atlassian.net
███████ @2020partnership.atlassian.net>; Misinformation Reports ███████ @cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: votes allegedly being changed in election machines.

███████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ███████ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

---

**From:** ███████ @ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports <███████ @cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. ███████



███████
Executive Director
**State Board of Elections**
a:
p:
w:  www.elect.ky.gov

 Register Online to Vote       Find My Polling Place

 Election Calendar       Contact Us

**From:** ████████@gmail.com ████████ @gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** ████████ @ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

████ has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
████

Bullitt County Clerk Office

MOLA_DEFSPROD_00010451



11:41 ⌄

📶 LTE ▬

‹   **Bullitt County Clerk's Office's Post**   •••

Center for official election
resources and local updates.

**Get Voting Information**

👍 Like   💬 Comment   ↗ Share

🔺 **Get more Likes, Comments and Shares**
This post is performing better than 85% of other
posts on your Page. Boost it to show it to more
people.

**656 people reached** ›   **Boost Post**

👍 **6**

**12 Shares**

**Most Relevant** ⌄

**Thomas Botch**
**PROJECTS HAMMER & SCORE
CARD - CHANGE VOTES IN
THE ACTUAL ELECTION
MACHINES - PLEASE
INVESTIGATE & SHARE DATA
TARGET STEAL 3%**

9m   Like   Reply

📷   Write a comment...   💬 GIF 😊

🏠   ▶️   👥   ⭐   🔔   ☰

MOLA_DEFSPROD_00010452

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010453

**Sent**: 11/3/2020 11:14:52 AM
**To**: ████████ @google.com]
**CC**: CFITF ████ @hq.dhs.gov]
**Subject**: FW: Case #CIS-MIS000101: phishing emails
**Attachments**: OnTime Notification: Incident Number [#NCSBE-64073] Changed; OnTime Notification: Incident Number [#NCSBE-64071] Changed

Hey ████

Wanted to share the attached and below reporting of phishing emails from North Carolina.

Regards,
Brian

---

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; Misinformation Reports ████████ @cisecurity.org>; ████ @2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

---

**From:** ████████ @ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports ████ @cisecurity.org>
**Cc:** ████████ @nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

████

████████

*Public Information Director*
O: ████
M: ████████



.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008522

| | |
|---|---|
| **From:** | ████████████████████ @microsoft.com] |
| **Sent:** | 11/2/2020 9:36:42 AM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov]; ████████████ @microsoft.com]; ████████████ @microsoft.com] |
| **CC:** | CFITF [████ @hq.dhs.gov] |
| **Subject:** | RE: Case #CIS-MIS000101: phishing emails |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

We passed these to our threat intel folks over the weekend, and we really appreciate the heads up.

████████████
Director, Strategic Projects, Defending Democracy Program
Microsoft Digital Diplomacy / Customer Security & Trust
████████ @microsoft.com

---

**From:** Scully, Brian ████████████ @cisa.dhs.gov>
**Sent:** Saturday, October 31, 2020 5:58 PM
**To:** ████████████ @microsoft.com>; ████████████████████ @microsoft.com>
**Cc:** CFITF ████ @hq.dhs.gov>
**Subject:** [EXTERNAL] Fwd: Case #CIS-MIS000101: phishing emails

Hi ████

Please see attached and below reporting of phishing emails from NC.

Regards,

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████████

████████ @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this

MOLA_DEFSPROD_00008739

information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports ████████ @cisecurity.org>

**Sent:** Saturday, October 31, 2020 5:38 PM

**To:** Scully, Brian; CISA Central; CFITF; Misinformation Reports; ████ @2020partnership.atlassian.net

**Subject:** Case #CIS-MIS000101: phishing emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

---

**From:** ████████ @ncsbe.gov>

**Sent:** Saturday, October 31, 2020 5:28 PM

**To:** Misinformation Reports ████████ @cisecurity.org>

**Cc:** ████████ @nased.org>

**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...



*Public Information Director*

O:

M:

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008741

| | |
|---|---|
| **From:** | Misinformation Reports ████████ @cisecurity.org] |
| **Sent:** | 11/11/2020 8:51:20 PM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov]; CISA Central ████████ @cisa.dhs.gov]; CFITF ████████ @hq.dhs.gov]; ████████ @2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org] |
| **CC:** | ████████ @twitter.com |
| **Subject:** | Case #CIS-MIS000197: allegations of election fraud in Kentucky |
| **Attachments:** | 197.PNG |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Twitter in this report.

Twitter, please see below the Misinformation Report submitted by the office of the Secretary of State of Kentucky: tweet alleging election fraud in Kentucky

**From:** ████████ @ky.gov>
**Sent:** Wednesday, November 11, 2020 8:39 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:**

https://twitter.com/kimmyann1111/status/1326584103844544512?s=12

These facts are not correct and are spreading misinformation.

████

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008634

| From: | ████████████████ @twitter.com] |
|---|---|
| Sent: | 12/1/2020 7:42:23 PM |
| To: | Scully, Brian ████████ @cisa.dhs.gov] |
| CC: | ████████████████ @twitter.com]; ████████████ @twitter.com]; CFITF ████ @hq.dhs.gov]; |
| | Misinformation Reports ████████████ @cisecurity.org] |
| Subject: | Re: FW: CIS-MIS000225 – allegations of Dominion hardware/software fraud in Gwinnett County, GA |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -

We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM Scully, Brian ████████ @cisa.dhs.gov> wrote:

Hey ████████

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████████ @cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; ████ @2020partnership.atlassian.net; Misinformation Reports ████████████ @cisecurity.org>
**Subject:** CIS-MIS000225 – allegations of Dominion hardware/software fraud in Gwinnett County, GA

MOLA_DEFSPROD_00008600

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP - misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/CodeMonkeyZ/status/1333641704839147520



From: ▮▮▮▮▮
Sent: Tuesday, December 1, 2020 4:19 PM
To: ▮▮▮▮ @gwinnettcounty.com; ▮▮▮▮ @gwinnettcounty.com>; ▮▮▮▮
▮▮▮▮ @gwinnettcounty.com>
Cc: ▮▮▮▮ @cisecurity.org>; Misinformation Reports ▮▮▮▮ @cisecurity.org>
Subject: RE: Possible Gwinnett Election Misinformation

Thank you ▮▮▮▮ We will report this tweet to Twitter along with your explanation. We will keep you posted.

Thanks,

▮▮▮▮

From: ▮▮▮▮ @gwinnettcounty.com ▮▮▮▮ @gwinnettcounty.com>
Sent: Tuesday, December 1, 2020 4:13 PM
To: ▮▮▮▮ @gwinnettcounty.com>; ▮▮▮▮ @cisecurity.org>;
▮▮▮▮ @gwinnettcounty.com>

**Cc:** ███████████████ @cisecurity.org>;  Misinformation  Reports ███████████ @cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables. The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems



██████ Assistant
Elections Supervisor / Asistente del
Supervisor de Elecciones | Gwinnett
County Board of Voter Registrations
and Elections / Junta de Inscripción
de Electores y Elecciones del
Condado de Gwinnett | Phone /
Teléfone: ███████ | Address /
Dirección: ████████████████
████████████████████
|
█████████ @gwinnettcounty.com
*Find out what's going on in Gwinnett*
*County. Sign up for email*
*newsletters today!*

**From:** ██████████████████ @gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** █████████████ @cisecurity.org>; ████████████
██████████ @gwinnettcounty.com>
**Cc:** █████████████ @cisecurity.org>; Misinformation Reports ██████████ @cisecurity.org>;
██████████ @gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied ██████████ assistant elections supervisor, on this email. Earlier today he shared some information with our Communications Director that he can now share with you in order to help.

Thanks,

████

MOLA_DEFSPROD_00008602

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------

From: ▇▇▇▇▇▇▇▇▇▇▇▇ @cisecurity.org>

Date: 12/1/20 3:20 PM (GMT-05:00)

To: ▇▇▇▇▇▇▇▇▇▇ @gwinnettcounty.com>, ▇▇▇▇▇▇▇
@gwinnettcounty.com>

Cc: ▇▇▇▇▇▇▇▇▇ @cisecurity.org>, Misinformation Reports ▇▇▇▇▇▇▇ @cisecurity.org>

Subject: Possible Gwinnett Election Misinformation

**CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact ▇▇▇▇ @gwinnettcounty.com.

Hi ▇▇▇▇

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**

https://twitter.com/CodeMonkeyZ/status/1333641704839147520

Thanks,

▇▇▇▇

▇▇▇▇▇▇

Sr. Director of Election Security

▇▇▇▇ @cisecurity.org



   

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008604