IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>   *Defendants*. | Civil Action No. 22-cv-1213 |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF PAGE LIMITS**

Defendants respectfully request leave to file a brief of up to 35 pages in support of their forthcoming response to Plaintiffs' supplemental brief, ECF No. 137. Plaintiffs consent to the relief requested.

Good cause supports this motion to exceed the page limits set forth in Local Rule 7.8. On November 21, 2022, the Fifth Circuit issued an order on the Government's petition for mandamus that directed this Court to address two questions: (1) whether the information sought by Plaintiffs through depositions of several high-ranking officials "can be obtained through less intrusive, alternative means," and (2) "whether further discovery should be paused until a ruling on" Defendants' Motion to Dismiss the Second Amended Complaint. Order on Pet. for Mandamus at 1, 4-5, *In re Murthy*, No. 22-30697 (5th Cir. Nov. 21, 2022). This Court then directed the parties to file supplemental briefs addressing those issues. *See* Order, ECF No. 127.

The Court granted Plaintiffs' request (which Defendants did not oppose) to file a 33-page supplemental brief, in excess of the page limits set forth in Local Rule 7.8. Plaintiffs filed that brief on November 29, 2022. Defendants' response is due today, December 2, 2022.

Defendants respectfully submit that an overlength brief is necessary to adequately address the issues raised by the Fifth Circuit, as directed by this Court, and to respond to the arguments raised in Plaintiffs' supplemental brief. Accordingly, Defendants request leave to file a supplemental response brief of up to 35 pages. Plaintiffs consent to this request. In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: December 2, 2022

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JAMES J. GILLIGAN
*Special Litigation Counsel, Federal Programs Branch*

*/s/ Amanda K. Chuzi*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
*Senior Trial Counsel*
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
AMANDA K. CHUZI (D.C. Bar No. 1738545)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-4686
Amanda.k.chuzi@usdoj.gov

*Attorneys for Defendants*