IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO EXCEED THE PAGE LIMIT FOR THEIR SUPPLEMENTAL BRIEF ADDRESSING
FIFTH CIRCUIT'S NONDISPOSITIVE ORDER**

Before the Court is Plaintiffs' Consent Motion for Leave to Exceed the Page Limit for their Supplemental Brief to Address Fifth Circuit's Nondispositive Order, filed November 29, 2022 (Doc. 134). Plaintiffs' Consent Motion is unopposed. Having considered the Motion, the Court hereby GRANTS the States' Motion.

*It is so ordered.*


Dated: _____          Signed: _____
                                                          Hon. Terry A. Doughty, U.S. District Judge