UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the foregoing Motion for Clarification of Memorandum Order Granting in Part and Denying in Part Defendants' Motion for Protective Order, filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

The parties shall adhere to the following procedure for the filing of the audiovisual recording of a deposition of a current or former federal employee:

> A party that seeks to submit to the Court any portion of an audiovisual recording of a deposition of a current or former federal employee, in support of a motion or other filing, must notify opposing counsel of their intent to do so at least two (2) business days in advance of submitting the recording. The audiovisual recording must be submitted to chambers in a format approved by the Court and should be marked "Sealed." The submission shall remain under seal for five (5) business days. A party that seeks to keep the audiovisual recording under seal beyond five (5) business days must move for a Court order to that effect within that time. Any opposition to such motion must be submitted within five (5) business days of the motion, and a reply in support of the motion to seal must be submitted within to (2) business days of the response. If a motion to seal is filed, the audiovisual recording will remain under seal until the Court's resolution of the motion.

    MONROE, LOUISIANA, this _____ day of December 2022.

                                                                                     _____
                                                                                     Terry A. Doughty
                                                                                      United States District Judge