UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Defendants' Consent Motion for Leave to File Brief in Excess of Page Limits [Doc. No. 138],

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants are granted leave to file a brief of up to thirty-five (35) pages in support of their response to Plaintiffs' Supplemental Brief Addressing the Fifth Circuit's Nondispositive Order Regarding Depositions [Doc. No. 137]

MONROE, LOUISIANA, this 5th day of December, 2022.

_____
Terry A. Doughty
United States District Judge