IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 3:22-cv-01213-TAD-KDM |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR REPLY BRIEF ADDRESSING THE FIFTH CIRCUIT'S <u>NONDISPOSITIVE ORDER</u>**

Pursuant to the Local Rules of the U.S. District Court for the Western District of Louisiana, Plaintiffs respectfully request the Court's leave to file a 21-page reply to Defendants' response to Plaintiffs' supplemental brief addressing the Fifth Circuit's nondispositive order in mandamus proceedings. Counsel for Defendants have consented to this request.

In support, Plaintiffs state as follows: On November 21, 2022, the Fifth Circuit entered a nondispositive order directing this Court to "enter an order that addresses the availability of suitable alternative sources for the evidence sought in the proposed depositions" of Mr. Rob Flaherty, Ms. Jen Easterly, and Dr. Vivek Murthy. Doc. 121, at 4–5. In addition, the Fifth Circuit instructed this Court to address "whether further discovery should be paused until a ruling on a timely-filed motion by the Government to dismiss." *Id.* at 5. This Court directed the parties to file supplemental briefs addressing the Fifth Circuit's order. Doc. 127. The Court granted Plaintiffs

leave to file an overlength opening brief, Doc. 136, and Defendants leave to file an overlength response brief, Doc. 141. In order to provide a thorough reply to the arguments raised in Defendants' response brief, Plaintiffs have prepared a reply brief of 21 pages, which exceeds the usual page limit by 11 pages. *See* Local Rule 7.8.

Accordingly, Plaintiffs respectfully request leave to file a reply brief of 21 pages. Counsel for Defendants have consented to this request. The proposed brief is attached to this Motion.

Dated: December 5, 2022

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ D. John Sauer*
D. John Sauer, Mo. Bar No. 58721*
  *Solicitor General*
Justin D. Smith, Mo. Bar No. 63253
  *First Assistant Attorney General*
Kenneth C. Capps, Mo. Bar No. 70908*
  *Assistant Attorney General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\*  admitted *pro hac vice*

*/s/ Jenin Younes*
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

Respectfully submitted,

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 5, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*