```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF LOUISIANA

 3                    MONROE DIVISION

 4    - - - - - - - - - - - - - x

 5    STATE OF MISSOURI ex rel.,:

 6    ERIC S. SCHMITT, Attorney :

 7    General, STATE OF         :

 8    LOUISIANA ex rel. JEFFREY :

 9    M. LANDRY, Attorney       :

10    General, DR. JAYANTA      :

11    BHATTACHARYA, JILL HINES, :

12    JIM HOFT, DR. AARON       :

13    KHERIATY, and DR. MARTIN  :

14    KULLDORFF,                :

15            Plaintiffs,       :  No.

16    v.                        :  3:22-cv-01213-TAD-KDM

17    JOSEPH R. BIDEN, JR., in  :

18    his official capacity as  :

19    President of the United   :

20    States;                   :

21    KARINE JEAN-PIERRE in her :

22    Official capacity as White:

23    House Press Secretary;    :

24    VIVEK H. MURTHY, in his   :

25    Official capacity of      :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    Surgeon General of the    :

 2    United States;            :

 3    XAVIER BECERRA, in his    :

 4    Official capacity as      :

 5    Secretary of the          :

 6    Department of Health and  :

 7    Human Services;           :

 8    DEPARTMENT OF HEALTH AND  :

 9    HUMAN SERVICES;           :

10    DR. ANTHONY FAUCI, in his :

11    Official capacity as      :

12    Director of the National  :

13    Institute of Allergy and  :

14    Infectious Diseases and as:

15    Chief Medical Advisor to  :

16    the President;            :

17    NATIONAL INSTITUTE OF     :

18    ALLERGY AND INFECTIOUS    :

19    DISEASES;                 :

20    CENTERS FOR DISEASE       :  No.

21    CONTROL AND PREVENTION;   :  3:22-cv-01213-TAD-KDM

22    CAROL Y. CRAWFORD, in her :

23    Official capacity as Chief:

24    of the Digital Media      :

25    Branch of the Division of :
```

**DANIEL KIMMAGE 11/10/2022**

```
 1    Public Affairs within the  :
 2    Centers for Disease        :
 3    Control and Prevention;     :
 4    UNITED STATES CENSUS        :
 5    BUREAU, a.k.a. BUREAU OF    :
 6    THE CENSUS;                 :
 7    JENNIFER SHOPKORN, in her   :
 8    Official capacity as        :
 9    Senior Advisor for          :
10    Communications with the     :
11    U.S. Census Bureau;         :
12    DEPARTMENT OF COMMERCE;     :
13    ALEJANDRO MAYORKAS, in his  :
14    Official capacity as        :
15    Secretary of the            :
16    Department of Homeland      :
17    Security;                   :
18    ROBERT SILVERS, in his      :
19    Official capacity as Under  :
20    Secretary of the Office of  :
21    Strategy, Policy, and       :
22    Plans, within DHS;          :
23    SAMANTHA VINOGRAD, in her   :
24    Official capacity as        :
25    Senior Counselor for        :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    National Security in the   :

 2    Office of the Secretary    :

 3    For DHS;                   :

 4    DEPARTMENT OF HOMELAND     :

 5    SECURITY;                  :

 6    JEN EASTERLY, in her       :

 7    Official capacity as       :

 8    Director of the            :

 9    Cybersecurity and          :

10    Infrastructure Security    :

11    Agency;                    :

12    CYBERSECURITY AND          :

13    INFRASTRUCTURE SECURITY    :

14    AGENCY;                    :

15    GINA McCARTHY, in her      :

16    Official capacity as White:

17    House National Climate     :

18    Advisor, and               :

19    NINA JANKOWICZ, in her     :

20    Official capacity as       :

21    Director of the so-called :

22    "Disinformation Governance:

23    Board" within the          :

24    Department of Homeland     :

25    Security,                  :
```

**DANIEL KIMMAGE  11/10/2022**

**Page 5**

```
 1    ANDREW SLAVITT, in his     :

 2    Official capacity as White:

 3    House Senior COVID-10       :

 4    Advisor,                    :

 5    ROB FLAHERTY, in his        :

 6    Official capacity as        :

 7    Deputy Assistant to the     :

 8    President and Director of :

 9    Digital Strategy at the     :

10    White House,                :

11    COURTNEY ROWE, in her       :

12    Official capacity as White:

13    House Covid-19 Director of:

14    Strategic Communications   :

15    And Engagement,             :

16    CLARKE HUMPHREY, in her     :

17    Official capacity as White:

18    House Digital Director for:

19    the Covid-19 Response       :

20    Team,                       :

21    BENJAMIN WAKANA, in his     :

22    Official capacity as the   :

23    Deputy Director of          :

24    Strategic Communications   :

25    And Engagement at the       :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    White House COVID-19          :

 2    Response Team,                :

 3    SUBHAN CHEEMA, in his         :

 4    Official capacity as          :

 5    Deputy Director for           :

 6    Strategic Communications      :

 7    and External Engagement       :

 8    For the White House           :

 9    Covid-19 Response Team,       :

10    DORI SALCIDO, in her          :

11    Official capacity as White:

12    House Covid-19 Director of:

13    Strategic Communications      :

14    and Engagement,               :

15    TIMOTHY W. MANNING, in his:

16    Official capacity as White:

17    House Covid-19 Supply         :

18    Coordinator,                  :

19    DANA REMUS, in her            :

20    Official capacity as          :

21    Counsel to the President, :

22    AISHA SHAH, in her            :

23    Official capacity as White:

24    House Partnerships            :

25    Manager,                      :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    LAURA ROSENBERGER, in her  :

 2    Official capacity as       :

 3    Special Assistant to the   :

 4    President,                 :

 5    MINA HSIANG, in her        :

 6    Official capacity as       :

 7    Administrator of the U.S. :

 8    Digital Service within the:

 9    Office of Management and   :

10    Budget in the Executive    :

11    Office of the President,   :

12    U.S. DEPARTMENT OF         :

13    JUSTICE, FEDERAL BUREAU OF:

14    INVESTIGATION,             :

15    LAURA DEHMLOW, in her      :

16    Official capacity as       :

17    Section Chief for the      :

18    FBI's Foreign Influence    :

19    Task Force,                :

20    ELVIS M. CHAN, in his      :

21    Official capacity as       :

22    Supervisory Special Agent :

23    of Squad CY1 in the San    :

24    Francisco Division of the :

25    Federal Bureau of          :
```

```
 1    Investigation,            :

 2    JAY DEMPSEY, in his       :

 3    Official capacity as      :

 4    Social Media Team Lead,   :

 5    Digital Media Branch,     :

 6    Division of Public Affairs:

 7    at the CDC,               :

 8    KATE GALATAS, in her      :

 9    Official capacity as      :

10    Deputy Communications     :

11    Director at the CDC,      :

12    ERIC WALDO, in his        :

13    Official capacity as      :

14    Chief Engagement Officer  :

15    For the Surgeon General,  :

16    YOLANDA BYRD, in her      :

17    Official capacity as a    :

18    Member of the Digital     :

19    Engagement Team at HHS,   :

20    CHRISTY CHOI, in her      :

21    Official capacity as      :

22    Deputy Director, Office of:

23    Communications, HRSA      :

24    within HHS,               :

25    TERICKA LAMBERT, in her   :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    Official capacity as       :

 2    Director of Digital        :

 3    Engagement at HHS and      :

 4    Deputy Director of the     :

 5    Office of Digital Strategy:

 6    at the White House,        :

 7    JOSHUA PECK, in his        :

 8    Official capacity as       :

 9    Deputy Assistant Secretary:

10    for Public Engagement at   :

11    HHS,                       :

12    JANELL MUHAMMED, in her    :

13    Official capacity as       :

14    Deputy Digital Director at:

15    HHS,                       :

16    MATTHEW MASTERSON, in his  :

17    Official capacity as       :

18    Senior Cybersecurity       :

19    Advisory within CISA in    :

20    the Department of          :

21    Homeland Security,         :

22    LAUREN PROTENTIS, in her   :

23    Official capacity as an    :

24    official of CISA,          :

25    GEOFFREY HALE, in his      :
```

```
 1    Official capacity as an    :

 2    Official of CISA,          :

 3    ALLISON SNELL, in her      :

 4    Official capacity as an    :

 5    Official of CISA,          :

 6    KIM WYMAN, in her official :

 7    Capacity as CISA's Senior  :

 8    Election Security Lead,    :

 9    BRIAN SCULLY, in his       :

10    Official capacity as an    :

11    Official of DHS and CISA,  :

12    ZACHARY HENRY SCHWARTZ, in :

13    his official capacity as   :

14    Division Chief for the     :

15    Communications Directorate :

16    at the U.S. Census Bureau, :

17    LORENA MOLINA-IRIZARRY, in :

18    her official capacity as   :

19    an official of the Census  :

20    Bureau,                    :

21    KRISTIN GALEMORE, in her   :

22    Official capacity as       :

23    Deputy Director of the     :

24    Office of Faith Based and  :

25    Neighborhood Partnerships  :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    at the Census Bureau,        :

 2    U.S. FOOD AND DRUG           :

 3    ADMINISTRATION,              :

 4    ERICA JEFFERSON, in her      :

 5    Official capacity as         :

 6    Associate Commissioner for:

 7    External Affairs within      :

 8    the Office of the            :

 9    Commissioner at the U.S.     :

10    Food and Drug               :

11    Administration,             :

12    MICHAEL MURRAY, in his      :

13    Official capacity as        :

14    Acquisition Strategy        :

15    Program Manager for the     :

16    Office of Health            :

17    Communications and          :

18    Education at the FDA,       :

19    BRAD KIMBERLY, in his       :

20    Official capacity as        :

21    Director of Social Media    :

22    at the FDA,                 :

23    U.S. DEPARTMENT OF STATE, :

24    LEAH BRAY, in her official:

25    capacity as Acting          :
```

**DANIEL KIMMAGE  11/10/2022**

Page 12

```
 1    Coordinator of the State    :

 2    Department's Global         :

 3    Engagement Center,          :

 4    SAMARUDDIN K. STEWART, in   :

 5    His official capacity as    :

 6    Senior Technical Advisor    :

 7    and/or Senior Advisor for   :

 8    the Global Engagement       :

 9    Center of the State         :

10    Department,                 :

11    DANIEL KIMMAGE, in his      :

12    official capacity as        :

13    Acting Coordinator for the  :

14    Global Engagement Center    :

15    at the State Department,    :

16    ALEXIS FRISBIE, in her      :

17    official capacity as a      :

18    member of the Technology    :

19    Engagement Team at the      :

20    Global Engagement Center    :

21    at the State Department,    :

22    U.S. DEPARTMENT OF          :

23    TREASURY,                   :

24    WALLY ADEYEMO, in his       :

25    Official capacity as        :
```

```
 1   Deputy Secretary of the    :
 2   Treasury,                  :
 3   U.S. ELECTION ASSISTANCE   :
 4   COMMISSION,                :
 5   MARK A. ROBBINS, in his    :
 6   Official capacity as       :
 7   Interim Executive Director:
 8   of the EAC, and            :
 9   KRISTEN MUTHIG, in her     :
10   Official capacity as       :
11   Director of Communications:
12   for the EAC,               :
13            Defendants.       :
14   - - - - - - - - - - - - - x
15
16        Videotaped Deposition of DANIEL KIMMAGE
17             Thursday, November 10, 2022
18                  10:04 a.m.
19
20
21   Job No.:  135884
22   Pages 1 through 304
23   Reported by:  Cassandra E. Ellis, RPR
24
25
```

**DANIEL KIMMAGE  11/10/2022**

Page 14

```
 1              Deposition of DANIEL KIMMAGE, held

 2     pursuant to agreement, before Cassandra E. Ellis,

 3     Certified Shorthand Reporter -- Hawaii #475,

 4     Certified Court Reporter - Washington #3484,

 5     Certified Shorthand Reporter - California -

 6     #14448, Registered Professional Reporter #823848,

 7     Certified Realtime Reporter, Realtime Systems

 8     Administrator, and Notary Public of The District

 9     of Columbia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

Page 15

```
 1              A P P E A R A N C E S

 2        ON BEHALF OF PLAINTIFF:

 3             D. JOHN SAUER, ESQUIRE

 4             MISSOURI ATTORNEY GENERAL'S OFFICE

 5             Supreme Court Building

 6             P.O. Box 899

 7             Jefferson City, Missouri  65102

 8             (573) 751-8870

 9             John.sauer@ago.mo.gov

10             Todd.scott@ago.mo.gov

11

12        ON BEHALF OF DEFENDANT:

13             ADAM KIRSCHNER, ESQUIRE

14             KYLA SNOW, ESQUIRE

15             AMANDA CHUZI, ESQUIRE

16             INDRANEEL SUR, ESQUIRE

17             DEPARTMENT OF JUSTICE

18             1100 L Street, Northwest

19             Washington, D.C.  20530

20             (202) 514-3259

21             Adam.kirschner@usdoj.gov

22             Kyla.snow@usdoj.gov

23             Amanda.k.chuzi@usdoj.gov

24             Indraneel.sur@usdoj.gov

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      A P P E A R A N C E S   C O N T I N U E D

 2        ON BEHALF OF NEW CIVIL LIBERTIES ALLIANCE:

 3              JOHN J. VECCHIONE, ESQUIRE

 4              JENIN YOUNES, ESQUIRE

 5              NEW CIVIL LIBERTIES ALLIANCE

 6              1225 19th Street, Northwest, Suite 450

 7              Washington, D.C.  20036

 8              (202) 918-6902

 9              John.vecchione@ncla.legal

10              Jeninyounes@ncla.legal

11

12

13        ON BEHALF OF U.S. DEPARTMENT OF STATE:

14              MEHA A. SHAH, ESQUIRE

15              PUBLIC DIPLOMACY AND PUBLIC AFFAIRS

16              SA-5, Suite 5H03

17              2200 C Street, Northwest

18              Washington, D.C.  20520

19              (202) 632-9254

20              Shahma@state.gov

21

22

23    ALSO PRESENT:

24    Joseph E. Ellis, Certified Legal Video Specialist

25
```

```
 1                 C O N T E N T S

 2   EXAMINATION OF DANIEL KIMMAGE            PAGE

 3        By Mr. Sauer                        21

 4        By Mr. Kimmage                      151

 5        By Mr. Sauer                        152

 6

 7                 E X H I B I T S

 8           (Attached to the Transcript)

 9   DANIEL KIMMAGE   Deposition Exhibit      PAGE

10   Exhibit 1   01/08/2016 The White House,  42

11        Statement by NSC Spokesperson Ned Price

12        On Updates to U.S. Government Efforts

13        To Counter Violent Extremism

14   Exhibit 2   02/09/2018 Nation Now, State 47

15        Department's answer to Russian

16        Meddling is about to be funded

17   Exhibit 3   02/13/2018 Nation Now,       56

18        Information warriors: Here's how the

19        U.S. is combating 'fake news' from

20        Russia

21   Exhibit 4   09/04/2020 AFCEA, Russia     93

22        Weaponizes Increasingly Sophisticated

23        Disinformation

24

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1        E X H I B I T S    C O N T I N U E D
 2            (Attached to the Transcript)
 3   DANIEL KIMMAGE   Deposition Exhibit        PAGE
 4   Exhibit 5   08/2020 U.S. Department of State  106
 5       GEC Special Report: Pillars of Russia's
 6   Disinformation and Propaganda Ecosystem
 7   Exhibit 6   Excerpt from Youtube video,       113
 8       Disinformed democracy: The past,
 9       Present, and future of information
10       Warfare Part 4, Brookings Institution,
11       October 2, 2020*
12   Exhibit 7   Second Amended Complaint       127
13   Exhibit 8   United States Department of State 153
14       Programs - Technology Engagement Team -
15       What are our Programs?
16   Exhibit 9   Meeting request and Various      159
17       E-mail(s) Bates Stamped Linkedin0000236,
18       Linkedin0000342-353, Linkedin0000406
19   Exhibit 10  05/03/2O21 Confidential E-mail   177
20       Bates Stamped MOLA_DEFSPROD_00011860-861,
21       05/10/2O21 Confidential E-mail Bates
22       Stamped MOLA_DEFSPROD_000112196-215
23   Exhibit 11  03/25/2O20 Confidential E-mail   188
24       Bates Stamped MOLA_DEFSPROD_0007669-676
25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1        E X H I B I T S    C O N T I N U E D
 2              (Attached to the Transcript)
 3   DANIEL KIMMAGE   Deposition Exhibit          PAGE
 4   Exhibit 12  The Long Fuse: Misinformation    206
 5        And the 2020 Election, 2021 The
 6        Election Integrity Partnership
 7   Exhibit 13  11/08/2022 Facebook Content       253
 8        Requests
 9   Exhibit 14  02/17/2021 Transcript,            260
10        Countering and Exposing Terrorist
11        Propaganda and Disinformation
12   Exhibit 15  05/17/2022 Functional Bureau      276
13        Strategy, Global Engagement Center
14   Exhibit 16  10/17/2022 Remarks to the Press,  288
15        Anthony J. Blinken, Secretary of State
16
17
18
19
20
21
22
23
24
25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                P R O C E E D I N G S
 2                THE VIDEOGRAPHER:  Good morning.
 3     This is the beginning of the media in the
 4     deposition of Daniel Kimmage taken in the matter
 5     of the State of Missouri, et al., plaintiffs
 6     versus Joseph R. Biden, Junior, et al.,
 7     defendants, with a Case Number
 8     3:22-CV-01213-TAD-KDM, held in the United States
 9     District Court for the Western District of
10     Louisiana, Monroe division.
11                Today's date is November 10th,
12     2022, and the time on the monitor is
13     approximately 10:04 a.m.
14                My name is Joseph Ellis.  I'm the
15     certified legal videographer.  The court
16     reporter is Cassandra Ellis.  And we are here
17     representing Lexitas Deposition Services.
18                Counsel appearances will be noted
19     on the stenographic record, only.
20                Will the court reporter please
21     swear in the witness, then you may proceed.
22     ///
23     ///
24     ///
25     ///
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    DANIEL KIMMAGE
 2      having been duly sworn, testified as follows:
 3                    EXAMINATION
 4   BY MR. SAUER:
 5           Q.   Could you please state your name,
 6      for the record?
 7           A.   Daniel Kimmage.
 8           Q.   And Mr. Kimmage, what's your
 9      current title?
10           MR. KIRSCHNER:  Mr. Sauer, I just
11      wanted to put something on the record before we
12      got started, just before you start going into
13      the -- to the basics.
14               I just wanted to put on the record
15      that yesterday, November 9th, 2022, the
16      defendants moved for a protective order
17      concerning this deposition, and other
18      depositions, to protect the -- related to the
19      dissemination of the video of the deposition,
20      and also related to certain personal information
21      that may be discussed at the deposition.
22               Yesterday -- today, in docket entry
23      111, the Court temporarily granted that motion
24      to allow for the briefing of this issue, and we
25      ask that plaintiffs abide by that order.
```

**DANIEL KIMMAGE 11/10/2022**

```
 1                    MR. SAUER:  Plaintiffs will abide
 2      by that order, and will respond to the motion in
 3      due course on the Court's briefing schedule.
 4   BY MR. SAUER:
 5           Q.   Mr. Kimmage, what's your current
 6      title?
 7           A.   My title is principal deputy
 8      coordinator of the Global Engagement Center.
 9           Q.   And at various times you've been
10      acting coordinator as well as principal deputy
11      coordinator of that; is that right?
12           A.   Yes.
13           Q.   How long have you been at the
14      Global Engagement Center for the State
15      Department?
16           A.   Since January, I think January
17      21st, 2017.
18           Q.   Let me ask you this:  Have you ever
19      been deposed before?
20           A.   No.
21           Q.   So can I just go through some
22      ground rule type questions?
23           A.   Sure.
24           Q.   One thing is when I ask a question
25      could you wait until I finish the question
```

**DANIEL KIMMAGE  11/10/2022**

**Page 23**

1    before you respond?

2           A.   Mm-hmm.   Yes.

3           Q.   Next thing is, could you give an

4    oral response to all my questions, because the

5    court reporter is transcribing, so a nod doesn't

6    come across, necessarily, in the transcripts,

7    can you give an oral response to all my

8    questions?

9           A.   Yes.

10          Q.   And I'm a bad offender at this, but

11   can you and I be careful not to interrupt each

12   other?

13          A.   Yes.

14          Q.   And if at any time, I would like

15   you to listen carefully to the question that I'm

16   asking and answer the question that I'm asking,

17   as we go forward, are you willing to do that?

18          A.   Yes.

19          Q.   And if at any time you don't

20   understand the question, could you ask me for

21   clarification rather than answer a question that

22   you're not sure that I asked?

23          A.   Yes.

24          Q.   Okay.   So you've been at the Global

25   Engagement Center for about five years; is that

**DANIEL KIMMAGE  11/10/2022**

```
 1      fair to say, beginning of 2017?
 2              A.   Since January 21st, 2017, with --
 3      with breaks.
 4              Q.   And prior to that, and breaks
 5      include a stint at the National Defense
 6      University, that was fairly recent; is that
 7      right?
 8              A.   Yes.
 9              Q.   How -- how recently did you come
10      back to the Global Engagement Center from the
11      National Defense University?
12              A.   In July 2022, July of this year.
13              Q.   And that was a 10-month stint, you
14      were away for 10 months at that university?
15              A.   Yes.
16              Q.   And you've been back for about four
17      months, since then?
18              A.   Yes.
19              Q.   I may ask you other things today,
20      about stuff that may have happened while you
21      were gone, in which case I'm just asking you to
22      respond to the best of your knowledge; is that
23      fair to say?
24              A.   Yeah.
25              Q.   Okay.  Other than that 10-month
```

**DANIEL KIMMAGE  11/10/2022**

1    period, were there other periods where you were

2    not at the Global Engagement Center?

3            A.    Before January 21st, 2017, I was in

4    the Office of Policy Planning.

5            Q.    But between January 1st, 2017 and

6    now, other than the 10-month interruption at the

7    NDU, you've been continuously at the Global

8    Engagement Center?

9            A.    Yes.

10            Q.    And during that time period, you've

11    been in a senior role, either as acting

12    coordinator or a principal deputy coordinator;

13    fair to say?

14            A.    Correct.

15            Q.    And I take it the difference

16    between those two, executive coordinator -- is

17    the coordinator a senate-confirmed position?

18            A.    It is not.

19            Q.    Well, let me ask this:  Can you

20    describe, generally, what the Global Engagement

21    Center does?

22            A.    The Global Engagement Center has a

23    congressional mandate, it comes from the 2017

24    National Defense Authorization Act to direct and

25    lead the US government's efforts to counter

**DANIEL KIMMAGE  11/10/2022**

```
 1     foreign propaganda and disinformation.
 2             Q.    Is the word disinformation in that
 3     statute?
 4             A.    It is.
 5             Q.    Okay.  So there's a congressional
 6     mandate that counter foreign propaganda and
 7     disinformation?
 8             A.    Yes.
 9             Q.    Is that -- and does the Global
10     Engagement Center carry on activities to
11     implement that mission?
12             A.    Yes.
13             MR. KIRSCHNER:  Objection, vague.
14  BY MR. SAUER:
15             Q.    Can you describe the nature of
16     those activities?
17             MR. KIRSCHNER:  Objection, calls
18     for a narrative.
19  BY MR. SAUER:
20             Q.    You may answer if you understand
21     the question.
22             A.    Could you clarify what you mean by
23     that?
24             Q.    What does the Global Engagement
25     Center do to carry out its statutory mission,
```

1      can you give a summary of that?

2              A.    Yeah.   It analyzes the activities

3      of adversarial state and non-state actors, so

4      countries like Russia and China, that use

5      propaganda and disinformation to harm the

6      national security of the United States, or

7      terrorist organizations like Al-Queda and Isis.

8              So the Global Engagement Center

9      looks analytically at what those malign actors

10     are doing, how they're using propaganda and

11     disinformation.

12             It also has partnerships, it -- it

13     supports organizations that can more actively

14     counter the propaganda and disinformation of

15     these foreign actors.

16             And it also coordinates and

17     communicates internally within the US government

18     with other offices at the State Department and

19     with interagency partners.

20             Q.    Are there internal divisions or

21     teams within the Global Engagement Center?

22             A.    Yes.

23             Q.    And from now on can I just refer to

24     it as the GEC?

25             A.    Yes.

1             Q.   And you'll understand that we're
2    talking about the Global Engagement Center;
3    correct?
4             A.   Yes.
5             Q.   What are the internal divisions or
6    teams within it?
7             A.   So there is -- there are teams that
8    focus on the major threat actors.  There is a
9    China team, a Russia team, an Iran team, and a
10   counterterrorism team.
11             And then there are some sort of
12   structural support -- there's a resources team,
13   there's a front office, there's a -- I'm not
14   sure what the current name is, but there's an
15   interagency coordination team.
16             Q.   Is that the -- is that the I2C2?
17             A.   The I2C2, there's an interagency
18   coordination team, and there's a Technology
19   Engagement Team.
20             Q.   And that's sometimes referred to as
21   the TET?
22             (Reporter clarification)
23             MR. SAUER:  I think she was talking
24   to me.
25             MR. KIRSCHNER:  I was also going to

**DANIEL KIMMAGE  11/10/2022**

**Page 29**

```
 1    ask:  Can you let him finish his response

 2    before -- before following up.

 3  BY MR. SAUER:

 4          Q.   And is the Technology Engagement

 5    Team called the TET?

 6          A.   Sometimes, yes.

 7          Q.   And do any of those divisions,

 8    teams, or components interface directly with

 9    social media companies?

10          A.   The Technology Engagement Team does

11    engage with social media companies.  The front

12    office and senior leadership engage with social

13    media companies, yes.

14          Q.   So what does the TET do to engage

15    with social media companies?

16          MR. KIRSCHNER:  Objection, vague.

17  BY MR. SAUER:

18          Q.   Can you summarize that for us?

19          MR. KIRSCHNER:  Objection, calling

20    for a narrative.

21  BY MR. SAUER:

22          Q.   If you understand the question you

23    may answer.

24          A.   They hold meetings.

25          Q.   What do they discuss in the
```

**DANIEL KIMMAGE 11/10/2022**

**Page 30**

 1    meetings?

 2          A.    I'm not in the meetings that the

 3    Technology Engagement Team holds with the social

 4    media companies.

 5          Q.    **Do you have any understanding of**

 6    **what they discuss in the meetings?**

 7          A.    Yeah, the -- the -- the general

 8    thrust would be information exchange.

 9          Q.    **And what -- what kind of**

10    **information is exchanged?**

11          A.    Primarily, the tools and techniques

12    that are adversaries.  So malign actors like the

13    ones I listed, like Russia and China, how are

14    they using propaganda and disinformation.

15          Q.    **Is there discussion of technologies**

16    **that can be used to combat disinformation in**

17    **those meetings?**

18          A.    There certainly could be, tools,

19    for example.

20          Q.    **And is there a discussion of, you**

21    **know, content posted on social media that might**

22    **be of concern to the GEC, that's discussed with**

23    **social media companies in those meetings?**

24          A.    I think that would be rare.  The

25    focus of the discussion would be at a higher

**DANIEL KIMMAGE  11/10/2022**

**Page 31**

```
 1    conceptual level.  It would be:  How are these
 2    actors doing what they do, not so much specific
 3    pieces of content.
 4         Q.   But do you think there may be rare
 5    conversations where specific pieces of content
 6    are discussed, of concern?
 7         A.   Yes, I -- I couldn't rule it out.
 8         Q.   Okay.  And do you know of any
 9    specific instance where that was done in these
10    TET meetings with social media companies?
11         A.   No.
12         Q.   How about the front office
13    engagement with social media companies that you
14    referred to, what's the nature of that?
15         A.   It's primarily relationship
16    building.  So at the more senior level the
17    engagements that I would hold, the meetings I
18    would hold, it would be really relationship
19    building to facilitate better communication at
20    the working level.
21         Q.   So who would be present at a
22    meeting like that, on your side?
23         A.   On our side, it would be the acting
24    coordinator or the coordinator if -- or the
25    appointed coordinator, probably one or two of
```

**DANIEL KIMMAGE  11/10/2022**

```
1     the deputies, because there are deputy

2     coordinators, maybe a team chief, and then,

3     potentially, a member of a team with relevant

4     substantive expertise.

5           Q.   How frequently do those kinds of

6     meetings occur where someone at the coordinator

7     level and others are meeting directly with the

8     social media platforms?

9           A.   Every few months, can b e

10    quarterly, but sometimes less than quarterly.

11          Q.   What kind of topics are discussed

12    at those meetings?

13          A.   The tools and techniques of our

14    adversaries would probably be the number one

15    topic.  So what are the campaigns we see,

16    foreign propaganda actors, like Russia, China,

17    Iran or terrorist organizations, what campaigns

18    are they conducting, what tools are they using,

19    potentially which narratives they're promoting.

20               And we would be in listening mode

21    for anything the companies wanted to share.

22          Q.   And you say what the companies

23    wanted to share, what sort of information might

24    that be?

25          A.   My recollection is that it was
```

**DANIEL KIMMAGE  11/10/2022**

**Page 33**

1    fairly minimal.

2          Q.   **Can you think of an instance where**

3    **that happened, you referred to it just now?**

4          A.   They would also be looking for

5    Chinese disinformation campaigns, fairly general

6    information along those lines.

7          Q.   **And so they might flag for you, the**

8    **GEC representatives, content that they see on**

9    **their platforms that their concerns may be**

10   **originating from malign state actors?**

11              MR. KIRSCHNER:  Objection, assumes

12   evidence not in record.

13   BY MR. SAUER:

14         Q.   **You may answer if you understand**

15   **the question.**

16         A.   I don't recall discussions of

17   specific content.  These would be higher-level

18   discussions along the lines of a campaign with a

19   narrative, but not specific content that would

20   be a part of the campaign.

21         Q.   **So they would not be flagging**

22   **specific posts, for example, but they might be**

23   **saying, hey, there's a narrative about, you**

24   **know, at a high-level description that's --**

25   **that's trending on their platform, something**

**DANIEL KIMMAGE  11/10/2022**

**Page 34**

```
 1      like that?
 2              A.    Yes.
 3              Q.    Do you remember specific instances
 4      where that kind of conversation occurred?
 5              A.    No.
 6              Q.    But you have the understanding that
 7      that sort of thing would happen?
 8              A.    Yes, general discussions of
 9      campaigns.
10              Q.    And then on your side would you
11      also be discussing such campaigns?
12              A.    Yes.
13              Q.    And flagging them for them; is that
14      fair to say?
15              A.    Yes.  But I wouldn't use the word
16      flagging.  Flagging is generally associated with
17      specific content, that was generally not the
18      focus of our discussions, certainly not the ones
19      that I conducted.
20              Q.    So what discussions -- let me take
21      a concrete example, for example, that's in some
22      of the GECs online materials.
23                    I take it there was a campaign back
24      in the 1980s, from Russia and malign actors, to
25      try and accuse the United States of
```

**DANIEL KIMMAGE  11/10/2022**

Page 35

```
 1       manufacturing the AIDS virus in a laboratory in
 2       the 1970s when, in fact, there's demonstrable
 3       scientific evidence that it emerged in the
 4       1950s, so this is kind of a Russian lie.
 5               Is that at the sort of level of
 6       specificity that you might be raising these
 7       kinds of issues in these meetings with social
 8       media platforms?
 9               MR. KIRSCHNER:  Objection, vague,
10    ambiguous.
11  BY MR. SAUER:
12       Q.   If you understand, you may answer.
13       A.   Yes, that is the -- the -- the
14    level of detail.
15       Q.   Yeah, and I'm not asking -- I'm not
16    asking for a, hey, anything current.
17       A.   Mm-hmm.
18       Q.   But that would be the nature of
19    information, you might sit down with them and
20    say, hey, look, here's a malign foreign actor,
21    Russia, they are pushing this narrative out on
22    social media platforms using bots or whatever,
23    and, you know, here's the nature of the
24    narrative, and this is something to be on the
25    lookout for; is that a fair characterization of
```

**DANIEL KIMMAGE  11/10/2022**

1    how those discussions go?

2         A.   Yes, with the caveat that we might

3    not say:  Be on the lookout, it might be just

4    what we're seeing.  Our interactions were not

5    directive with social media companies.

6         **Q.   What's the purpose of advising them**

7    **of those narratives of concern, from your side?**

8         A.   The purpose is to deepen their

9    understanding of the actions of malign actors

10   seeking to harm the national security in the

11   United States, in line with the GEC's

12   congressional mandate.

13        **Q.   Is there a concern or is there an**

14   **indention that for particularly malign**

15   **narratives, that once they're advised of them**

16   **they might be equipped to enforce their content**

17   **standards against users or bots who post those**

18   **narratives?**

19        A.   Could you clarify the question?

20        **Q.   Is part of the purpose of raising**

21   **these narratives to inform the social media**

22   **companies on how they might apply their content**

23   **modulation policies against that kind of**

24   **content?**

25              MR. KIRSCHNER:  Objection,

**DANIEL KIMMAGE  11/10/2022**

```
 1    ambiguous.
 2    BY MR. SAUER:
 3              Q.   You may answer, if you understand.
 4              A.   No.  Our purpose was not to effect
 5    internal decisions at the social media
 6    companies.  Our purpose was to deepen their
 7    understanding of the actions of malign actors.
 8              Q.   And this -- these meetings occur
 9    every few months; is that fair to say?
10              A.   At the senior level, every few
11    months.
12              Q.   How often do they occur with the
13    TET level?
14              A.   More frequently, but I don't know
15    the exact frequency.
16              Q.   Does the GEC engage in any
17    activities where the intention is to influence
18    or -- or at least propose to social media
19    companies that certain content might not be
20    posted on their platforms?
21              MR. KIRSCHNER:  Objection,
22    compound.
23    BY MR. SAUER:
24              Q.   You may respond, if you answer --
25              A.   No.
```

**DANIEL KIMMAGE 11/10/2022**

**Page 38**

```
 1              Q.    -- if you understand?
 2              A.    The GEC does not seek to influence
 3    the decisions of the social media companies.
 4              Q.    Does a CE -- GEC seek to provide
 5    information that might inform those decisions?
 6              A.    No.  The GEC is not looking to
 7    inform specific decisions.  These are general
 8    conversations about what we are seeing in the
 9    environment.  They're not geared toward
10    decisions that the social media companies may or
11    may not make.
12              Q.    And are you aware of any instances,
13    whether in the context of these meetings or any
14    other context, where the GEC has been involved
15    in, you know, raising concerns to social media
16    companies, whether directly or indirectly, about
17    content posted on their platforms?
18              MR. KIRSCHNER:  Objection,
19    compound.
20              A.    Yes, I can recall one specific
21    instance --
22              Q.    Can you tell me about that?
23              A.    -- that -- with myself.
24              Q.    Sorry, I didn't mean to interrupt.
25              Can you tell me about that?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1            A.   Yes.  I believe this was in 2018,
 2     but I don't have the records in front of me.  I
 3     was informed by a colleague that there was a
 4     security situation in a middle eastern country
 5     where demonstrators or protesters were using a
 6     social media platform to communicate, and the
 7     Department was concerned for the safety of its
 8     personnel.
 9            And this was a concern that was
10     being tracked in realtime, at the highest levels
11     of the State Department.  And that was the one
12     time that I recall that I did communicate
13     directly to a social media platform or
14     representative that this was an ongoing concern.
15     I was very specific in my interactions, simply
16     saying that this is a realtime situation where
17     we believe that the safety of our personnel is
18     at stake, and I would simply ask that you review
19     the activity on these accounts to make a
20     determination in line with your own terms of
21     service.
22            I did not ask for anything to be
23     removed, but I did have a direct interaction
24     about specific content motivated by security
25     concerns about the safety of our people.
```

**DANIEL KIMMAGE  11/10/2022**

Page 40

```
 1                Q.    Were those posts foreign or

 2      domestic?

 3                A.    All foreign.

 4                Q.    And what action was taken, to your

 5      knowledge, by the social media platforms?

 6                A.    I don't know what specific action.

 7      They did not report back to me.

 8                Q.    You mentioned that you, personally,

 9      engaged in that interaction.  Are you aware of

10      others in the GEC having any interactions of

11      that nature, where there's a discussion with

12      social media platforms about specific content of

13      concern?

14                A.    No, I'm not.

15                Q.    You're not aware of any other

16      personnel within your -- the GEC doing that on

17      any other occasion?

18                A.    There were other personnel involved

19      in this interaction, but not beyond this

20      interaction.

21                Q.    How many personnel are at the GEC?

22                A.    I -- I believe it's between one and

23      two hundred now.

24                Q.    Okay.  And do they all ultimately

25      report to you, in your role as principal deputy
```

**DANIEL KIMMAGE  11/10/2022**

Page 41

1    coordinator?

2          A.   No.   I'm -- I'm currently serving

3    as a senior advisor, so I'm not in a -- in a

4    direct management role.

5              When I was the acting coordinator,

6    they would have -- I would have been responsible

7    for the entire office.  They would not have

8    reported directly to me.  There's a chain of

9    command

10             And, you know, when I was the

11   principal deputy some would report to me, but

12   ultimately it would be the appointed coordinator

13   who was the head of the office.

14         **Q.   Are -- how much knowledge do you**

15   **have of the office's activities in your role of**

16   **senior advisor?  Do you have a good overview of**

17   **everything the office is doing or do you only**

18   **really oversee or, you know, get involved in**

19   **smaller portions of it?**

20         A.   Currently, only in small portions.

21   I don't have an oversight role.

22         **Q.   What are the -- what are those**

23   **smaller portions that you're involved in?**

24         A.   Strategic issues of interest to the

25   acting coordinator.

**DANIEL KIMMAGE  11/10/2022**

```
 1            Q.   Can you, without getting into too

 2    much detail, can you tell us whether any of

 3    those issues involved interaction with social

 4    media platforms?

 5            A.   No, they do not.

 6            Q.   Your answer is:  No, they do not?

 7            A.   No.

 8            Q.   But are you still participating in

 9    these, you know, few monthly meetings with the

10    social media platforms?

11            A.   No.

12            Q.   That was something you did when you

13    were acting coordinator and deputy acting

14    coordinator?

15            A.   Yes, only in my capacity as acting

16    coordinator or principal deputy coordinator.

17            Q.   And that was a role that you held

18    from the beginning of 2017 until -- until about

19    a year ago or about 14 months ago?

20            A.   Until June 2021.

21            MR. SAUER:  Let me give you a

22    document.  Let's call this Exhibit 1.

23            (Exhibit No. 1 was marked for

24    identification.)

25            MR. KIRSCHNER:  Mr. Sauer, do you
```

```
1    only have one extra copy for us?
2                MR. SAUER:  No, we've got two extra
3    copies.
4                MR. KIRSCHNER:  Do you mind?
5                MR. SAUER:  Yeah, that's fine.
6    That's fine.
7    BY MR. SAUER:
8          Q.   Do you recognize this document?
9          A.   Can you clarify what that means?
10         Q.   Have you ever seen it before?
11         A.   No.
12         Q.   So if you see at the top, it's a --
13    appears to be a White House press release from
14    January 28, 2016; right?
15         A.   Mm-hmm.
16         Q.   Is that right?
17         A.   Yes.
18         Q.   And it describes, I believe, the
19    creation by executive order of the Global
20    Engagement Center in the beginning of 2016;
21    right?
22                MR. KIRSCHNER:  Objection, assuming
23    facts not in evidence.  Can the witness have an
24    opportunity to look at the document?
25                MR. SAUER:  Sure.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 44**

```
 1    BY MR. SAUER:
 2           Q.   And if it helps, if I can direct
 3    your attention to the second sentence of the
 4    second paragraph?
 5           A.   Mm-hmm.
 6           Q.   Talks about how the Department of
 7    Homeland Security and the Department of Justice
 8    will announce the establishment of a countering
 9    violent extremism task force; correct?
10           A.   Yes.
11           Q.   And then it goes on to say:  The
12    State Department will establish the Global
13    Engagement Center; is that fair to say?
14           A.   Yes.
15           Q.   So is this, to your understanding,
16    the beginning of how the GEC got going, created
17    by executive order in 2016?
18               MR. KIRSCHNER:   Objection,
19    speculative.
20    BY MR. SAUER:
21           Q.   If you know?
22           A.   There was an executive order in
23    2016 that established the Global Engagement
24    Center.  Subsequently, there was a provision in
25    the national defense authorization act that
```

**DANIEL KIMMAGE  11/10/2022**

**Page 45**

```
1    created the Global Engagement Center in its
2    current iteration.
3            Q.   So in other words, there was a
4    precursor that was created by executive order,
5    and then the 2017 NDAA gave it specific
6    statutory authorization?
7            A.   Yes.  They're separate -- separate
8    documents.
9            Q.   This press release goes on to
10   say -- do you see the sentence in that paragraph
11   beginning:  Additionally?
12           A.   Yes.
13           Q.   Today, some of the most senior
14   officials from the White House and across the
15   President's national security team are meeting
16   in Silicon Valley with representatives from a
17   number of leading technology companies?
18           A.   Yes.
19           Q.   Do you have any understanding of
20   what the nature of those meetings was?
21           A.   No.
22           Q.   Were you involved in the GEC in
23   this iteration prior to 2017?
24           A.   No.  I was on detail in the Office
25   of Policy Planning at this time.
```

**DANIEL KIMMAGE  11/10/2022**

Page 46

```
 1              Q.   But from the beginning, at least,
 2      it appears there was some aspect of the GEC's
 3      mission that involved interacting with social
 4      media platforms?
 5              MR. KIRSCHNER:  Objection, assuming
 6      evidence.  That's not in the record.
 7   BY MR. SAUER:
 8              Q.   Fair to say?
 9              A.   I don't see a connection between
10      the meeting in Silicon Valley, here, and the
11      establishment of the Global Engagement Center.
12      I -- could you explain what the connection is?
13              Q.   Do you -- are you aware of any
14      connection --
15              A.   I'm not.
16              Q.   -- between the GEC and interactions
17      with social media platforms?
18              A.   I'm not aware of any connection
19      between the establishment of the Global
20      Engagement Center through the executive order or
21      the Global Engagement Center in its iteration
22      then, and then in the senior officials from the
23      White House meeting in Silicon Valley the Global
24      Engagement Center is not a part of the White
25      House.
```

**DANIEL KIMMAGE 11/10/2022**

```
 1                      This sentence talks about, you

 2      know, White House national security team, I

 3      don't know whether the Global Engagement Center

 4      was involved in that.

 5              Q.   Let me ask you this:  How -- how --

 6      how -- you've been there since the beginning of

 7      2017, during all that time have there been

 8      interactions with social media companies to

 9      discuss narratives and things like that?

10              A.   I -- I don't believe it was across

11      the entire time.  The initial period was really

12      focused on setting up the office.  So there

13      weren't -- there weren't a lot of outside

14      meetings.  I don't recall when, exactly, they

15      began.

16              Q.   Did you ever have a conversation

17      with social media companies where you encouraged

18      them to speed up the removal of posts that they

19      posted online?

20              A.   No.

21              MR. SAUER:  Let's do B.

22              Let me give you another document.

23      This will be, I think, labeled Exhibit 2.

24              (Exhibit No. 2 was marked for

25      identification.)
```

**DANIEL KIMMAGE  11/10/2022**

**Page 48**

```
 1   BY MR. SAUER:
 2           Q.   And is this a report from USA Today
 3   dated February 9th, 2018, discussing the Global
 4   Engagement Center?
 5           A.   Yes.
 6           Q.   And you're quoted in this article,
 7   aren't you, in there, in the second paragraph?
 8                MR. KIRSCHNER:  Objection.  I would
 9   like to have an opportunity to read this
10   article, as well, before -- before going forward
11   on this.
12                MR. SAUER:  If you're going to read
13   the entirety of every document we're going to be
14   here a long time.
15                MR. KIRSCHNER:  Just to be able to
16   put eyes on the document, just --
17                MR. SAUER:  I tell you what, when I
18   get to a question that is of concern, and we
19   need some time, let me know.  But --
20                MR. KIRSCHNER:  You just give at
21   least the witness a little bit of time to
22   familiarize himself with the document?
23   BY MR. SAUER:
24           Q.   Well, let me ask this:  Do you
25   recall giving an interview to the USA Today in
```

**DANIEL KIMMAGE  11/10/2022**

Page 49

```
 1      around February of 2018 or giving comments to
 2      them?
 3             A.   I -- I -- I don't recall it
 4      specifically, but I gave -- I did a fair amount
 5      of media engagement, so I -- I see the
 6      interview, yes.
 7             Q.   And do you see there, on the second
 8      paragraph of this, where it talks about how
 9      there's an agreement to transfer 40 million
10      dollars from the Defense Department to more
11      fully fund the GEC?
12             A.   Mm-hmm.
13             Q.   You remember that incident, I'm
14      sure.
15             A.   Yes.
16             Q.   And do you remember talking to the
17      media about that?
18             A.   I don't recall speaking to the
19      media specifically about the funding transfer.
20             Q.   Two paragraphs down from that,
21      there's a reference to Stephen Goldstein, the
22      State Department Undersecretary for Public
23      Diplomacy, describing the Center's job; is that
24      fair to say?
25             A.   Yes.
```

DANIEL KIMMAGE  11/10/2022

Page 50

```
 1                Q.   Do you remember getting involved in
 2     a conversation with reporters with
 3     Mr. Goldstein?
 4                A.   I don't recall whether
 5     Undersecretary Goldstein and I did a joint or
 6     separate engagement with USA Today for this
 7     interview.
 8                Q.   Okay.  Can you turn to the next
 9     page of this article.
10                A.   Mm-hmm.
11                Q.   Actually, turn in two pages, to the
12     third page of the document.
13                A.   Okay.
14                Q.   There is a freestanding paragraph
15     that begins:  Some of that work has already
16     begun, Kimmage and Goldstein said; do you see
17     where it says that?
18                A.   Yes.
19                Q.   And then immediately below that,
20     there's a quote from Goldstein, that said:  Top
21     managers have been working with other government
22     agency, the White House, and technology
23     companies, quote, encouraging them to help us in
24     this fight; correct?
25                A.   That is Undersecretary Goldstein's
```

DANIEL KIMMAGE  11/10/2022

Page 51

```
 1    quote, correct.
 2            Q.   And do you remember him saying
 3    that?
 4            A.   I -- I -- I don't.  I don't know
 5    whether I was there when he said that.
 6            Q.   Okay.  And then it goes on to say
 7    he, which I take it refers to Goldstein, met
 8    with executives in Google, in January, and
 9    Twitter in February, and plans to meet with
10    Facebook; correct?
11            A.   Yes.
12            Q.   And were you present at those
13    meetings?
14            A.   I don't recall being present at
15    those meetings.
16            Q.   Okay.  And it goes on to say:  They
17    discussed shutting down bots, thousands of
18    automated accounts that spew misleading
19    information; correct?
20            A.   Yes.
21            Q.   So that --
22            A.   Correct.
23            Q.   -- would be a discussion of taking
24    content down from a social media platform;
25    correct?
```

A. Can I clarify? This is Undersecretary Goldstein's engagement. I wasn't present there. I can't speak to the content of his engagement.

**Q. You don't remember whether or not you were present for those meetings?**

A. I don't.

**Q. You don't recall?**

**Do you recall having any specific recollection of what's discussed here?**

A. No.

**Q. Okay. And then he goes on to say that he discussed with Google, Twitter, and plans to discuss with Facebook to speed up the removal of posts and videos that target US audiences; correct?**

MR. KIRSCHNER: Objection, assumes evidence not in the record. These are not quotes. These are paraphrases.

BY MR. SAUER:

**Q. That's what the article reports him as saying; correct?**

A. That's what the article reports him as saying, correct.

**Q. Not with quotes around it, but as a**

DANIEL KIMMAGE  11/10/2022

Page 53

1    summary; correct?

2          A.    Correct, as a summary.

3          Q.    Do you remember any conversations

4    from that timeframe where there was a discussion

5    of speeding up the removal of posts between

6    anyone associated with the State Department and

7    any social media platform?

8          A.    I don't recall any conversations

9    between myself, at the GEC, and social media

10   companies about speeding up the removal of

11   posts.

12         Q.    Do you recall anyone from the State

13   Department telling you that they had a

14   conversation with a social media platform about

15   speeding up the removal of posts?

16         A.    No.  I recall Undersecretary

17   Goldstein engaging with the companies, and I

18   don't remember all of the details.  I -- I -- I

19   don't remember what he said he discussed with

20   them.

21         Q.    Okay.  And you -- you don't recall

22   whether you were personally present when those

23   meetings occurred?

24         A.    I don't believe I was, but I

25   don't -- I don't -- I don't recall being

**DANIEL KIMMAGE  11/10/2022**

**Page 54**

```
1    present, no.
2            Q.    How about anyone else, other than
3    Secretary Goldstein, Undersecretary Goldstein,
4    have you ever had a discussion with anyone else
5    at the State Department that discussed, for
6    example, talking to social media platforms about
7    speeding up the removal of posts?
8            A.    I don't recall any conversation
9    with others at the State Department about
10   specifically speeding up the removal of posts.
11           Q.    How about any kind of removal of
12   posts, any discussion, other than the incident
13   you described earlier, obviously, in 2018?
14           A.    Outside of the very specific
15   context of this is what I would describe as an
16   exceptional case involving a threat, I don't
17   recall specific discussions of meetings with
18   social media companies about speeding up the
19   removal of posts.
20           Q.    How about making sure -- or how
21   about taking steps to stop bots from -- from
22   spreading disinformation?
23           A.    I don't recall conversations about
24   taking steps.  We would talk about foreign
25   actors use of things like bots, but not to
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    encourage some type of action, it would be

 2    really for a -- to inform.  So I don't recall

 3    conversations about taking steps.

 4           Q.   Would you -- do you recall

 5    conversations about informing social media

 6    companies that bots are spreading a certain kind

 7    of disinformation or narrative?

 8           A.   I do recall conversations about

 9    Chinese use of bots to spread propaganda

10    narratives.

11           Q.   Do you know whether the use of bots

12    would violate the social media platforms content

13    violations policies?

14           A.   I don't know, no.

15           Q.   Are you aware of anyone at the

16    State Department, including the GEC, going

17    through intermediaries to indirectly flag or

18    raise content concerns with social media

19    platforms?

20           A.   Could -- could you clarify?

21           Q.   Well, are you aware of any instance

22    where someone at a social media platform -- or

23    sorry -- someone at the GEC may have gone to

24    some third party on the understanding that that

25    third party might convey a concern about content
```

**DANIEL KIMMAGE  11/10/2022**

```
 1     on the social media platform to the social media

 2     platform?

 3              A.   I -- no, I can't speak to every

 4     engagement that someone at the State Department

 5     might have had.

 6              Q.   Are you aware of any engagements of

 7     that nature that I described?

 8              A.   No, not that I can think of.

 9              MR. SAUER:  Can you get C?

10              Let's call this Exhibit 3.

11              (Exhibit No. 3 was marked for

12     identification.)

13              MR. KIRSCHNER:  Mr. Sauer, so to

14     clarify the record, now -- never mind.  I see

15     you're -- are you identifying this as USA Today,

16     as the -- the URL is not USA Today, so both for

17     Exhibit 2 and assume you'll also mention for

18     Exhibit 3, is it because there's a USA Today in

19     parenthetical next to the author?  I just want

20     to make sure I understand.

21              MR. SAUER:  Yeah, that's all I'm

22     referring to.

23              MR. KIRSCHNER:  Okay.

24     BY MR. SAUER:

25              Q.   Then can you take a quick look at
```

**DANIEL KIMMAGE 11/10/2022**

1    this article by Oren Dorell, who is indicated in

2    parentheses as from USA Today?

3           A.   Mm-hmm.

4           Q.   And is this one dated September --

5    sorry -- February 13th, 2018, so just a few days

6    after Exhibit 2?

7           A.   Yes.

8           Q.   Does this article, if you turn to

9    page 2, also refer to you and quote you?

10          A.   Yes, I see my name.

11          Q.   Yeah, and in the middle of the

12   second page, you see where you're quoted as

13   saying:  We're now a coordinating body and

14   incubator of ideas; right?

15          A.   Yes.

16          Q.   Okay.  And then below that it says:

17   How does the Center do that?  And then it says:

18   The Center's 66 employees coordinate with US

19   agencies, such as the FBI and the Department of

20   Homeland Security, to target the American

21   audience; correct?

22          A.   Yes, that's what this says.

23          Q.   Is that a fair description of -- of

24   what you told them at the time, do you think?

25          A.   No, it's not.

**DANIEL KIMMAGE  11/10/2022**

Page 58

```
 1              Q.   Why -- what's unfair about that?
 2              A.   The Global Engagement Center does
 3      not target American audiences.
 4              Q.   Okay.  How does it coordinate with
 5      US agencies at FBI and the Department of
 6      Homeland Security?
 7              A.   It meets with them periodically.
 8              Q.   How often do those meetings occur?
 9              A.   At the senior level, every few
10      months, I would say.
11              Q.   And then at what other levels?
12              A.   At the working level, you would
13      have regular engagement through the National
14      Security Council on a much more frequent basis,
15      because you would have officials from all
16      agencies there.  But maybe every few weeks at
17      the working level.
18              Q.   So every few weeks, under the aegis
19      of the National Security Agency, there would be
20      coordination between the GEC, the FBI, and
21      the -- and the DHS; correct?
22              A.   No.
23              MR. KIRSCHNER:  Objection.  I was
24      going to say, mischaracterizes the evidence.
25              A.   No.  You said National Security
```

**DANIEL KIMMAGE 11/10/2022**

**Page 59**

1    Agency, that's a component of the intelligence

2    community.

3              The meetings I would refer to would

4    be through the National Security Council.

5         Q.   I got you.

6         A.   Which periodically convene all the

7    agencies within the National Security Complex.

8         Q.   Are there any other forms of direct

9    coordination between the FBI and DHS and GEC?

10        A.   Yes.  There are periodic meetings

11   and there are interagency forums where

12   representatives of those agencies would be

13   present.

14        Q.   How often do those occur?

15        A.   Every few weeks or months.

16        Q.   And who -- who -- not -- I don't

17   want their names, but what sort of personnel

18   from the GEC are participating in these

19   meetings?

20        A.   Clarification, could you clarify,

21   at the senior level or the working level?

22        Q.   Well, why don't we start with the

23   senior level.  Who at the senior level, you

24   know, by title, would be participating in those

25   kinds of meetings with the FBI and DHS, outside

**DANIEL KIMMAGE  11/10/2022**

**Page 60**

```
 1        the aegis of the NEC and meetings you referred
 2        to earlier.
 3               A.   At the senior level it would be the
 4        coordinator, either acting or appointed, and
 5        potentially the principal deputy coordinator.
 6        Those would be the senior-level meetings.  And
 7        at the working level, probably a team director
 8        from the Global Engagement Center.
 9               Q.   Which team would typically do that?
10        Would that be the TET or the I2C2 or who would
11        be doing that?
12               A.   It would be entirely dependent on
13        the focus of the meting.  If a meeting is
14        focused on Russia, it would be the Russia team.
15        Generally, it would be threat-actor focused.
16               Q.   Threat-actor focused?
17               A.   Threat-actor focused, so Russia,
18        China, counterterrorism.
19               Q.   If you turn back to that article --
20        let me ask this:  Those meetings you described,
21        are they on an as-needed basis or is there a
22        kind of standing or recurring meeting between
23        GEC and FBI and DHS?
24               MR. KIRSCHNER:  Objection, vague.
25               A.   I -- I don't recall any standing
```

**DANIEL KIMMAGE  11/10/2022**

Page 61

```
 1    meeting with FBI.  There were standing internal
 2    forums, where both GEC and potentially FBI or
 3    DHS would be there, but it wasn't a specific
 4    meting for the GEC and that agency to
 5    coordinate.  They would be there as part of a
 6    larger group.
 7              Q.   Okay.  What -- what sorts of
 8    discussions would they have at a meeting like
 9    that?  You know, can you characterize the sorts
10    of discussions that would occur in those kinds
11    of meetings?
12              A.   I would describe them as
13    threat-actor focused.  So it would be the
14    actions of a specific foreign threat actor and
15    then the coordination of what the interagency
16    would do in response.
17              Q.   And would -- would content on
18    social media platforms be discussed at those
19    meetings as part of a threat-actor focus?
20              A.   Generally, the focus would be on
21    the threat actor, potentially with mention of
22    social media.  Outside of a specific threat you
23    would generally not focus on content, specific
24    pieces of content, with the exception of, for
25    example in counterterrorism, something that
```

```
 1    would be threat related.
 2            Q.    How about these narratives, for
 3    example, you said there might be a Russia
 4    meeting where that involves the GEC and the FBI
 5    and DHS, or a China-focused meeting, suppose
 6    Russia and malign actors are pushing narratives
 7    on social media, would that be discussed at
 8    these meetings?
 9            MR. KIRSCHNER:  Objection,
10    speculative, and calling for a hypothetical.
11 BY MR. SAUER:
12            Q.    If you know?
13            A.    Are you asking about a specific
14    meeting?
15            Q.    Well, more generally, is that
16    something that has come up from time to time, to
17    your knowledge?
18            A.    Russian narratives would come up in
19    the context of a meeting.
20            Q.    And would those be -- are there
21    scenarios where GEC actors are briefing the FBI
22    and DHS on Russian narratives?
23            A.    I don't know that the GEC would be
24    the lead briefer.  It would really depend on the
25    meeting and the context.  You might have the
```

**DANIEL KIMMAGE  11/10/2022**

**Page 63**

```
 1      intelligence community, for example, lead with a
 2      briefing.
 3                  There are subject matter experts at
 4      the GEC who can speak to that.  I can't say who
 5      briefed what at a -- at a specific meeting.
 6            Q.    But you -- you're aware, at least,
 7      that narratives from threat actors on social
 8      media have been discussed at those meetings?
 9                  MR. KIRSCHNER:  Objection, assuming
10      evidence not in the record.
11            A.    Yes, it's part of the GEC's
12      congressional mandate to identify the propaganda
13      and disinformation of malign foreign actors and
14      a significant amount of that is structured
15      around narratives, yes.
16            Q.    Okay.  So -- so it would be -- it
17      would be, I take it, sort of routine practice
18      for GEC staff to brief the FBI about a malign
19      foreign narrative or brief DHS about a malign
20      foreign narrative that they've identified?
21                  MR. KIRSCHNER:  Objection, assumes
22      evidence not in the record.
23      BY MR. SAUER:
24            Q.    Go ahead.
25            A.    No, I don't recall it being routine
```

1    practice.  The GEC met infrequently with the
2    FBI.  I don't recall any specific meetings with
3    the FBI.  They would be present at interagency
4    forums, but there were no specific meetings I
5    can recall where the GEC would meet with the FBI
6    to brief them on narratives.
7         **Q.   How about DHS, did the GEC meet**
8    **with DHS to -- and at least as part of that**
9    **meeting inform them about malign foreign**
10   **narratives?**
11        A.   So there were meetings with DHS at
12   the senior level.  I don't recall whether
13   narratives were discussed.  I don't believe that
14   narratives would have been a focus for the
15   meetings with DHS.
16        **Q.   Who is at these meetings at the**
17   **senior level, on your side?**
18        A.   I recall meetings with DHS with the
19   appointed coordinator, where I was present in my
20   role as the principal deputy.
21        **Q.   Who else on the GEC side?**
22        A.   On the GEC side, you would have one
23   or potentially two of the other deputies, the
24   team chiefs, and then maybe some individuals
25   from the -- what we call the threat team, so the

**DANIEL KIMMAGE  11/10/2022**

Page 65

```
1      China or the Russia team, with relevant subject
2      matter expertise.
3              Q.   And who would participate on the
4      DHS side?
5              A.   On the DHS side, it would be the --
6      the principal, and then -- I don't recall the
7      people on the DHS side.  I believe -- yeah --
8              Q.   What does that mean, the principal?
9              A.   The principal is the highest level
10     official involved in the meeting.
11             Q.   So who would -- what would the
12     title of that person be at these meetings?
13             A.    I -- I believe it would -- I'm -- I
14     don't recall whether we had a meeting with the
15     undersecretary for CISA, the -- the center
16     for -- the Cyber and Infrastructure Security
17     Agency, or whether it was the official below
18     that.
19                  There's also a team at DHS that
20     deals with disinformation.  So I don't -- it
21     would have been either the undersecretary or
22     someone more junior --
23             Q.   Okay.
24             A.    -- who was a principal for DHS.
25             Q.   I'm sorry, finish.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 66**

```
1              A.   So it would be either the
2     undersecretary or the people below that.  I -- I
3     believe there was at least one meeting involving
4     the GEC coordinator and the DHS undersecretary.
5              Q.   And when you said undersecretary,
6     and you referred to CISA?
7              A.   Right.
8              Q.   So for clarity of the record, CISA
9     is the Cyber Security and Infrastructure
10    Security Agency within DHS; correct?
11             A.   Yes.  Yes.
12             Q.   And the person you described as the
13    undersecretary, is that the director of CISA?
14             A.   Yes.
15             Q.   Okay.  And who was that person who
16    was at the meetings, was that Director Krebs or
17    Director Easterly?
18             A.   It would have been Director Krebs
19    in the period, that I recall.
20             Q.   Okay.  Do you know how many
21    meetings there were at the
22    director-to-coordinator level with CISA?
23             A.   I believe there was at least one.
24             Q.   Do you know if there were more than
25    one?
```

**DANIEL KIMMAGE  11/10/2022**

Page 67

```
 1              A.   I -- I -- I don't recall.  There
 2       may have been.  I don't recall.
 3              Q.   What would the timeframe of these
 4       meetings have been?
 5              A.   It would have been between 2019 and
 6       2021.
 7              Q.   So at some point you had one or
 8       more meetings in a three-year period?
 9              A.   I -- I -- I --
10              Q.   You had at least one, but maybe
11       more meetings with the CISA director sometime in
12       2019, 2020 or 2021?
13              A.   Yeah, there were one or more
14       meetings during the two-year period when the GEC
15       had an appointed coordinator.
16              Q.   When was that?
17              A.   That would have been between
18       February 2019 and February 2021, so that
19       two-year period.
20              Q.   Okay.  Do you remember anywhere
21       within that two-year range when that meeting
22       occurred?
23              A.   I believe it was 2020, but I'm --
24       I -- I -- I don't remember.
25              Q.   Do you recall what, generally, was
```

 1      discussed at that meeting?

 2              A.    I don't recall the full agenda.

 3                    The primary purpose was information

 4      sharing and update on the GEC, what is the GEC

 5      focused on, what is it doing, what are its major

 6      activities.

 7                    And then I don't recall what the --

 8      the CISA part of the agenda was, but the -- I

 9      would describe the primary focus as information

10      sharing.

11              Q.    **When you say information sharing,**

12      **were you trying to set up or establish a**

13      **coordination or communicating relationship**

14      **between the two agencies, GEC and CISA?**

15              A.    Could you clarify what you mean by

16      coordinating or communicating relationship?

17              Q.    **Well, let me rephrase that**

18      **question.**

19                    **In that meeting, did you propose**

20      **ongoing communication or coordination between**

21      **GEC and CISA?**

22                    MR. KIRSCHNER:  Objection to the

23      extent that this calls for privilege

24      information, that's deliberative, I would

25      instruct the witness not to answer.  To the

1    extent you can answer the question without

2    revealing privileged information, you can go for

3    it.

4         A.   The GEC's congressional mandate

5    strongly encourages ongoing communication with

6    all of the agencies that are engaged on

7    propaganda and disinformation by foreign actors.

8         **Q.   Is there -- is there ongoing**

9    **communication between the GEC and CISA?**

10        A.   I don't know, now.  There were

11   periodic meetings, they were not very frequent.

12   But how would you define ongoing?

13        **Q.   Well, you used the word, how would**

14   **you define it?  You referred to on -- you said**

15   **your statutory mandate requires ongoing**

16   **communication, and I asked whether there is**

17   **ongoing communication with CISA.**

18             **Can you describe what kind of**

19   **communication with CISA occurred during the**

20   **period of your knowledge, that five-year period**

21   **when you were acting coordinator?**

22        A.   So I was acting coordinator for two

23   years, and then I was the principal deputy for

24   two.  And there were -- there was at least one

25   senior-level and potentially more senior-level

**DANIEL KIMMAGE  11/10/2022**

**Page 70**

```
 1    engagements every few months, I would say.
 2          Q.    When you say more senior-level
 3    engagements every few months, who would have
 4    participated in those?
 5          A.    The senior-level engagements, as I
 6    said, would involve the coordinator, the acting
 7    coordinator, the appointed coordinator, and the
 8    principal deputy, those are the senior-level
 9    engagements.
10          Q.    Okay.  So senior-level engagements
11    would include you --
12          A.    Yes.
13          Q.    -- and then the CISA director;
14    correct?
15          A.    Yes.
16          Q.    And you said those engagements
17    would occur every few months?
18                MR. KIRSCHNER:  Objection, assuming
19    evidence not in the record, and
20    mischaracterizing his testimony?
21    BY MR. SAUER:
22          Q.    Is that correct, those would occur
23    every few months?
24          A.    Every few months, I know we had at
25    least one meeting, and there were at -- there
```

**DANIEL KIMMAGE  11/10/2022**

Page 71

```
 1    may have been two, so every few months, yeah.
 2            Q.    One meeting or two over a four-year
 3    period or every few months, those seem different
 4    to me, can you clarify?
 5            A.    Sure.  I think the aim was to meet
 6    every few months.  I don't know that we achieved
 7    that.
 8            Q.    How about at the staff level,
 9    below, you're -- I think we've been talking
10    about the principal level --
11            A.    Yeah.
12            Q.    -- in these interactions between
13    GEC and CISA, how about at the staff level?
14            A.    At the staff level, outside of the
15    NSC process, I -- I don't recall how frequently
16    GEC representatives met with the -- the
17    disinformation office within CISA.
18            Q.    When you say the disinformation
19    office within CISA, is that the team that's been
20    described as the mis-dis- and mal information
21    team?
22            A.    I believe that's the current name
23    for it, yes.
24            Q.    And did it previously have a name
25    that was something like the countering -- in any
```

**DANIEL KIMMAGE  11/10/2022**

**Page 72**

```
 1       event, so when you're talking --
 2              A.    Right.
 3              Q.    -- about this -- earlier, when you
 4       referred to how there was a meeting with either
 5       the director or the director of the
 6       misinformation group --
 7              A.    Mm-hmm.
 8              Q.    -- that's a reference to what
 9       became -- came to be known and still is known as
10       the mis-dis- and mal information team; correct?
11              A.    Yes.  Yes.
12              Q.    Who was the director or who was the
13       head of that group?
14              A.    I don't recall.
15              Q.    Were there ongoing interactions
16       between GEC staff and -- in that mis-dis- and
17       mal information team?
18                    MR. KIRSCHNER:   Objection,
19       speculative.
20              A.    I believe there were interactions.
21       I don't recall how frequent they were or how
22       ongoing.
23              Q.    Do you know what was discussed in
24       those interactions, generally?
25              A.    Specifically, no, generally,
```

DANIEL KIMMAGE  11/10/2022

Page 73

```
 1    information sharing.
 2          Q.    Okay.   What kind of information was
 3    shared?
 4          A.    The actions of the major malign
 5    foreign propaganda and disinformation actors
 6    as -- as -- as part of the GEC's mandate.
 7          Q.    So it would be discussions of
 8    the -- you know, sorts of narratives that are
 9    being pushed by malign foreign actors?
10          MR. KIRSCHNER:   Objection, assumes
11    evidence not in the record.
12    BY MR. SAUER:
13          Q.    Is that fair to say?
14          A.    It could be anything from the plans
15    of those actors to the activities.  I can't
16    speak to the nature of the discussions.  I
17    wasn't part of them.
18          Q.    Okay.   Do you know who participated
19    in those on the GEC side?
20          A.    No, I don't.  I don't.
21          Q.    Can you stick with Exhibit 3,
22    there, right in that same middle of the second
23    page, we talked about how the center's 66
24    employees coordinate with US agencies, such as
25    the FBI and the Department of Homeland Security;
```

**DANIEL KIMMAGE  11/10/2022**

Page 74

```
 1    correct?
 2           A.   Yes, that's what the paragraph
 3    says.
 4           Q.   And then the -- the news article
 5    goes on to say:  To target the American
 6    audience; correct?
 7           A.   Yes, that's what the news article
 8    says.
 9           Q.   And you -- you don't think that's a
10    fair characterization of what you would have
11    said to them at the time?
12           A.   No.  That's an inaccurate
13    characterization of the GEC's mission and focus.
14           Q.   Does the GEC's mission and focus
15    include concern about foreign narratives that
16    are pushed on social media that get replicated
17    by domestic speakers?
18                So suppose, for example, Russia is
19    pushing the narrative that the US government
20    invented the AIDS virus in a lab in 1970, and
21    they pushed that out through media or social
22    media, and it gets re-tweeted by, you know,
23    domestic actors, is that a point of concern for
24    the GEC?
25                MR. KIRSCHNER:  Objection, calls
```

**DANIEL KIMMAGE  11/10/2022**

**Page 75**

```
 1    for a hypothetical.
 2   BY MR. SAUER:
 3           Q.    If you know.
 4           A.    The GEC's concern is with the
 5   actions of foreign propaganda actors.  The GEC's
 6   concern stops there.  It doesn't extend to the
 7   speech of Americans.
 8           Q.    Okay.  So if American -- like,
 9   Americans pick up, for example, a malign foreign
10   narrative, is that something that you would --
11   the GEC would track?
12           MR. KIRSCHNER:  Objection.
13   BY MR. SAUER:
14           Q.    That, oh, this is getting traction
15   in the -- you know, in the American social media
16   sphere?
17           MR. KIRSCHNER:  Objection,
18   speculative, hypothetical.
19           A.    No.  The GEC does not track the
20   American social media sphere.
21           Q.    Okay.  So you don't pay attention
22   to what's being said on Facebook and Twitter and
23   whether or not they are -- whether or not these
24   malign foreign narratives are kind of spilling
25   over into what Americans are saying on Facebook
```

```
 1     and Twitter and YouTube and so forth?
 2                 MR. KIRSCHNER:  Objection,
 3     ambiguous.
 4   BY MR. SAUER:
 5          Q.    If you -- is that correct?
 6          A.    No.  The GEC's focus is on foreign
 7     propaganda and disinformation.
 8          Q.    Would the GEC ever discuss with
 9     social media platforms in these various
10     interactions issues about whether or not malign
11     foreign narratives have been replicated in
12     domestic speech?
13          A.    No.  That would not be the GEC's
14     focus.  I can't speak to what the social media
15     companies may raise or how they raise it, but
16     that would not be the GEC's focus.
17          Q.    How about CISA, is that something
18     that CISA might focus on, to your knowledge?
19          A.    I can't speculate about CISA's
20     focus.
21          Q.    CISA is C-I-S-A; correct?
22                Do you know what CISA's mission is?
23          A.    It's -- I assume it's listed on
24     their website.  I'm not going to try to
25     reproduce it.
```

**DANIEL KIMMAGE  11/10/2022**

Page 77

```
1                Q.    I'm just asking if you know.   Do
2      you have a general understanding of what they're
3      concerned with?
4                A.    It's primarily cyber security
5      focused.
6                Q.    And how about the mis-dis- and mal
7      information team, do you know what their focus
8      is?
9                     MR. KIRSCHNER:   Objection,
10     speculative.
11     BY MR. SAUER:
12                Q.    If you know.
13                A.    I don't recall their precise
14     mission within -- within CISA.   It was a small
15     team.
16                Q.    How about more generally, do you
17     have a general understanding of what that team
18     focuses on?
19                     MR. KIRSCHNER:   Objection,
20     speculative.
21     BY MR. SAUER:
22                Q.    If you know.
23                A.    Disinformation and misinformation
24     as it pertains to cyber and infrastructure
25     security.
```

```
1              Q.   And does that include
2      misinformation and disinformation that come from
3      domestic actors?
4              MR. KIRSCHNER:  Objection,
5      speculative.
6              A.   I don't know.
7              Q.   So you don't know whether the
8      mis-dis- and mal information team focuses
9      exclusively on foreign disinformation or whether
10     its concern with disinformation extends to sort
11     of disinformation propagated by domestic
12     speakers?
13             A.   I'm not going to speculate about
14     the focus of a team at another agency.
15             Q.   I'm not asking you to speculate.
16     I'm just asking you to answer if you know.  What
17     do you know?
18             A.   I don't recall what their specific
19     focus was within the CISA mandate.
20             Q.   Same paragraph there in paragraph
21     three, under:  How does the center do that.
22             A.   Mm-hmm.
23             Q.   The next sentence goes on to say
24     that it, meaning the GEC, works with social
25     media companies that have been used to spread
```

1    foreign propaganda; correct?

2          A.   Correct, that's what the sentence

3    says.

4          Q.   **And is that -- I take it they're**

5    **attributing that sentence to you in this**

6    **article; correct?**

7                MR. KIRSCHNER:  Objection, assumes

8    evidence not in the record.

9    BY MR. SAUER:

10         Q.   **Is that your understanding?**

11         A.   I don't see that here.

12         Q.   **Okay.  Well, let me ask you this:**

13   **Did you tell a reporter that the GEC works with**

14   **social media companies that have been used to**

15   **spread foreign propaganda?**

16         A.   I wouldn't characterize it as works

17   with, I would characterize it as meets with,

18   periodically, social media companies, that, you

19   know, have been used to spread foreign

20   propaganda.

21         Q.   **Okay.  And does the GEC still do**

22   **that to this day?**

23         A.   I believe that the -- the meetings

24   continue, yes.

25         Q.   **Do you know who -- who is attending**

**DANIEL KIMMAGE  11/10/2022**

Page 80

1    those meetings nowadays?

2         A.   No.

3         Q.   Do you know who attended meetings

4    like that during 2021, meetings between social

5    media platforms and GEC personnel?

6         A.   So the senior-level meetings would

7    have involved me and one or more of the deputy

8    coordinators, the chiefs of the relevant teams,

9    and then working-level people with relevant

10   subject matter expertise.

11        Q.   And I think you may have talked

12   about this earlier, but how often would those

13   meetings occur in 2021, specifically?

14        A.   I believe with the aim was for

15   quarterly meetings.  I don't know that they

16   always happened on a quarterly basis.

17        Q.   And what social media platforms

18   were met with?

19        A.   I believe we had meetings with

20   Twitter and maybe Facebook or Google.

21        Q.   How about YouTube.  Google is -- I

22   think owns YouTube.  Was that a YouTube-related

23   meeting?

24        A.   I don't -- I don't recall.

25        Q.   How about Parler?

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   I don't recall meeting with Parler.
 2     I don't believe we met with them.
 3              Q.   How about LinkedIn?
 4              A.   I don't recall a meeting with
 5     LinkedIn.
 6              Q.   How are these meetings done, is it
 7     all on a big Zoom call, or do you guys fly to
 8     San Francisco or do you meet with their -- you
 9     know, their -- their D.C. people, like, who --
10     who -- where do they occur?
11              A.   Sure.  Before COVID the meetings
12     would be generally at the GEC offices in
13     Washington, D.C.; in 2021, it would have been
14     over Zoom or a virtual platform.
15              Q.   Okay.  And would there be, for
16     example, would there be, you know, on people's
17     calendars electronic invites to those Zoom
18     meetings?
19              A.   I believe so, yes.
20              Q.   Would that include your calendar?
21              A.   Yes.
22              Q.   Okay.  So if you were to look at
23     your calendar for 2021, you could probably
24     figure out which social media platforms you met
25     with and how often; fair to say?
```

```
 1                    MR. KIRSCHNER:  Objection,
 2      mischaracterizes evidence, assumes evidence not
 3      in the record.
 4              A.   Yes.
 5              Q.   Okay.  So you said, like, for
 6      example, in the 2021 timeframe the goal was to
 7      meet with them quarterly, and you can't remember
 8      whether or not you met that goal; correct?
 9              A.   Yeah, yeah, I don't -- I don't
10      remember whether we ever had a recurring
11      quarterly meeting on the calendar.
12              Q.   And that you believe you met with
13      Twitter and Facebook; correct?
14              A.   Yes.
15              Q.   Possibly met with YouTube and,
16      slash, Google?
17              A.   Possibly.
18              Q.   Do you remember any other social
19      media platforms that you've ever met with?
20              A.   In 2021?
21              Q.   Well, we'll start with 2021, yeah.
22              A.   No, I -- I -- I recall meeting with
23      Twitter.
24              Q.   Mm-hmm.
25              A.   And possibly with the other
```

**DANIEL KIMMAGE  11/10/2022**

Page 83

```
1     companies you mentioned.  I do not recall any
2     other meetings with -- with big social media
3     companies.
4            Q.   How about little social media
5     companies?
6            A.   With social media companies.
7            Q.   How about others at -- at -- others
8     at the GEC, are you aware of them meeting with
9     social media companies?
10           A.   No.  It wouldn't -- normally they
11    wouldn't share every single meeting with me.
12           Q.   Okay.  Are you generally aware that
13    such meetings occurred, that you were not
14    participating in, during the 2021 timeframe?
15           A.   Yes.
16           Q.   Okay.  Who would have participated
17    in meeting with social media companies then?
18           A.   Representatives of the Technology
19    Engagement Team, and then relevant members of
20    what we call the threat team, so the Russia
21    China, Iran, or counterterrorism teams.
22           Q.   Do you know what social media
23    companies were met with?
24           A.   No.
25           Q.   And do you know what kind of
```

**DANIEL KIMMAGE  11/10/2022**

Page 84

1    threats were discussed?

2        A.   The -- I -- I don't know the

3    specific threats that were discussed, no.

4        Q.   Starting with focusing on your

5    meetings --

6        A.   Mm-hmm.

7        Q.   -- at any of your meetings, where

8    it was foreign generated election-related

9    disinformation discussed with social media

10   platforms?

11       A.   I don't recall any discussion of

12   election-related threats in my 2021 meetings.

13       Q.   How about in earlier meetings, how

14   about in 2019, 2020, at any time did you have a

15   meeting with the social media platform where

16   election-related disinformation was discussed?

17       A.   I don't recall a meeting focused on

18   election-related disinformation or propaganda.

19   The companies may have briefed on some of the

20   steps they were taking.  They spoke about this

21   publicly, as well.  But I don't recall the GEC

22   introducing anything election-related.

23       Q.   What do the companies say about

24   election-related disinformation?

25       A.   I don't recall the specifics, just

**DANIEL KIMMAGE  11/10/2022**

Page 85

```
 1    that they were focused on it and taking steps.
 2          Q.    Did they tell what steps they were
 3    taking?
 4          A.    I don't recall the specifics.
 5          Q.    Did those steps that they were
 6    taking include steps relating to content
 7    modulation?
 8          A.    Not that I recall.  I believe it
 9    would have been more along the lines of -- I
10    believe there was media coverage of, like, a war
11    room or -- or things like that.
12                MR. KIRSCHNER:  Mr. Sauer, just in
13    terms of timing, what do you think?  We've been
14    going for about an hour.
15                MR. SAUER:  I'm fine with a short
16    break now.  Let's keep it real short.  Are you
17    guys okay with that?
18                MR. KIRSCHNER:  Yeah.
19                MR. SAUER:  Let's go off the
20    record.
21                MR. KIRSCHNER:  Do a five-minute
22    break.
23                THE WITNESS:  Okay.
24                THE VIDEOGRAPHER:  Just one second.
25                MR. KIRSCHNER:  Then we'll go for
```

```
 1    another 45 minutes or an hour.
 2              MR. SAUER:  Let's hold it for five
 3    minutes.
 4              MR. KIRSCHNER:  Yeah, okay.
 5              MR. SAUER:  Are we off the record?
 6              THE VIDEOGRAPHER:  The time is
 7    11:10 a.m.  We're off the record.
 8              (Recess.)
 9              THE VIDEOGRAPHER:  The time is
10    11:21 a.m.  We are back on the record.  Please
11    proceed.
12    BY MR. SAUER:
13         Q.   Mr. Kimmage, who is Alexis Frisbee?
14         A.   Alexis Frisbee is a member of the
15    Technology Engagement Team the Global Engagement
16    Center.
17         Q.   That's the TET, as we've called it?
18         A.   Yes.
19         Q.   At what -- what's her -- what's her
20    title within that team?
21         A.   I don't recall her title.
22         Q.   Is she the head of the team or is
23    she a member of the team?
24         A.   No.  She's not the head of the
25    team.  She's a member of the team.
```

1           Q.   Are you aware of her communicating
2   with social media platforms?
3           A.   I believe she helped to set up
4   meetings, yes.
5           Q.   Okay.  And did she have
6   communications with them or did she just set up
7   the meetings?
8           A.   The communication I'm aware of
9   would be in the context of setting up a meeting.
10          Q.   So you're aware that she set up a
11  meeting with what social media platform?
12          A.   I don't recall.
13          Q.   Was it more than one?
14          A.   I -- I don't recall.
15          Q.   What was the timeframe of that,
16  setting up that meeting?
17          A.   I believe it would have been 2021.
18          Q.   Do you know whether she
19  participated in the meetings that she set up?
20          A.   I -- I don't recall.
21          Q.   Who -- who would have participated
22  in the meetings that she set up or who did
23  participate in the meeting or meetings that she
24  set up?
25          A.   Sure.  In the -- we've already been

1     through this, I believe, the acting coordinator,

2     one or more of the deputies, the team chiefs

3     from some of the threat teams, and then some

4     working-level staff with relevant subject matter

5     expertise.

6             Q.    So did she set up all of the

7     meetings that you described as aspire to be

8     quarterly in 2021 or did she set up one

9     particular one?

10            A.    I -- I -- I don't know.  The -- the

11    coordinator doesn't normally know who sets up

12    the meetings.

13            Q.    How do you know she set up that one

14    or more?

15            MR. KIRSCHNER:  Objection, assuming

16    evidence not in record.

17    BY MR. SAUER:

18            Q.    If you know?

19            A.    I believe she -- she -- she helped

20    to set up at least one meeting.

21            Q.    What makes you think that?  What do

22    you remember about that?

23            A.    She was on the Technology

24    Engagement Team.

25            Q.    Do you remember any specific issue

**DANIEL KIMMAGE  11/10/2022**

Page 89

```
 1      that -- that was discussed in the meeting she
 2      set up?
 3             A.   The -- the agenda, you know, we --
 4      we went over would have been an update on what
 5      the Global Engagement Center is seeing in the
 6      environment, some of the potentially relevant
 7      analysis that the Global Engagement Center would
 8      be engaged in, and then information sharing with
 9      whatever the social media company wanted to
10      share.
11             Q.   Do you know if this was a
12      Russia-specific meeting or a China-specific
13      meeting or an Isis-specific meeting?
14             A.   I don't recall the 2021 meetings as
15      being focused on a specific threat actor.
16             Q.   What were they more focused on?
17             A.   I believe it would have been across
18      the board, so here's what China is potentially
19      up to, here's what Russian propaganda
20      disinformation is, I don't recall the specific
21      agenda, but I don't believe it was limited to a
22      single threat actor.
23             Q.   Okay.  Were there other threat
24      actors that were discussed in those 2021
25      meetings, besides, I think you mentioned, Russia
```

DANIEL KIMMAGE  11/10/2022

Page 90

```
 1    and China?
 2           A.   Potentially, I just don't recall
 3    the specific agenda.
 4           Q.   Do you recall election-related
 5    issues being discussed in any of those meetings?
 6           A.   Could you --
 7           MR. KIRSCHNER:  Objection.  I'm
 8    sorry, I was going to say, objection, vague.
 9           A.   Could you clarify what you mean be
10    election-related.
11           Q.   Well, do you remember the word
12    election coming up?  And by election I mean an
13    American election.
14           A.   Right.
15           Q.   So I'm not asking about
16    disinformation that relates to an election
17    conducted in what passes for elections in some
18    of these threat actor states, but was there any
19    discussion that related to an American election
20    or elections?
21           A.   I don't recall any discussions in
22    American elections in my 2021 meetings with
23    social media companies.
24           Q.   How about discussion of mis- or
25    disinformation that relates to American
```

**DANIEL KIMMAGE 11/10/2022**

Page 91

```
 1     electoral processes or American elections?
 2          A.   I don't recall any discussion
 3     related to American elections in my 2021
 4     meetings.
 5          Q.   Who is Samaruddin K. Stewart, also
 6     known as Sam Stewart?
 7          A.   Sam Stewart was also a member of
 8     the Technology Engagement Team.
 9          Q.   What was his role on that team?
10          A.   His role was to facilitate
11     engagement with social media companies.
12          Q.   When was he -- when did he work for
13     the GEC?
14          A.   I don't recall the specific dates
15     of his employment.
16          Q.   Is he still there?
17          A.   No, I don't believe so.
18          Q.   Do you know when he left?
19          A.   No.
20          Q.   Do you know what timeframe he
21     worked, would it have been back in the 2017/2018
22     timeframe, 2019/2020?
23          A.   I believe it was later, sort of
24     2019 to 2021.
25          Q.   Okay.  And do you know what,
```

**DANIEL KIMMAGE  11/10/2022**

Page 92

1      exactly, he did for the TET?

2             A.   He helped to set up meetings and

3      establish contact with social media companies

4      and technology companies.

5             Q.   How did he do that?

6             MR. KIRSCHNER:  Objection,

7      speculative.

8             A.   E-mails, meetings, phone calls.

9             Q.   Okay.  Where was he based?

10            A.   I believe he was based in

11     Washington, D.C., and -- and potentially

12     elsewhere.  I don't recall exactly where he was

13     based.  This overlaps with the COVID period, and

14     I don't -- I don't recall.

15            Q.   Do you -- were you included in any

16     of the e-mails, meetings, and phone calls he had

17     with social media platforms?

18            MR. KIRSCHNER:  Objection,

19     speculative.

20            A.   I don't recall any specific

21     e-mails.  I may have been included on the

22     scheduling e-mail, but I don't recall any

23     specific e-mails.

24            MR. SAUER:  Okay.  Can I have G as

25     in goat.

**DANIEL KIMMAGE  11/10/2022**

Page 93

```
 1                    And we're going to hand you a

 2      document that's going to be labeled Exhibit 4.

 3                    (Exhibit No. 4 was marked for

 4      identification.)

 5                    THE WITNESS:  Okay.

 6      BY MR. SAUER:

 7           Q.    And is this a media report by

 8      Robert K. Ackerman, dated September 4th, 2020?

 9                    MR. KIRSCHNER:  Objection, assumes

10      evidence not in the record, speculative.

11           A.    Yes.

12           Q.    And if you look in the second page

13      there, there's a reference to Lea Gabrielle; do

14      you see that?

15                    MR. KIRSCHNER:  I would just ask, I

16      don't want to stay here for an hour reading

17      documents, but can we give the witness a couple

18      minutes to familiarize himself with the document

19      before proceeding with questions?

20                    MR. SAUER:  Sure.  If he needs time

21      he can ask for it.

22      BY MR. SAUER:

23           Q.    Do you see a reference to Lea

24      Gabrielle?

25                    MR. KIRSCHNER:  Well, he -- he
```

```
 1    hasn't looked up.  He's still looking at the
 2    documented.  Can you ask the witness if he's
 3    ready to answer questions about the document
 4    when he has an opportunity to look at it first?
 5  BY MR. SAUER:
 6             Q.   Do you know who Lea Gabrielle is?
 7             A.   Yes.
 8             Q.   And who is she?
 9             A.   She was the appointed coordinator
10    of the Global Engagement Center from February
11    2019 to February 2021.
12             Q.   So is she a -- I take it you
13    reported directly to her; right?
14             A.   Yes.
15             Q.   And you were the principal deputy
16    coordinator?
17             A.   Yes.
18             Q.   So you worked closely with her
19    during that time period?
20             A.   Yes.
21             Q.   If you flip to the second page, can
22    you go down to the -- it's basically the third
23    full paragraph from the bottom, there's a
24    paragraph that begins with:  These three
25    adversaries?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    MR. KIRSCHNER:  Objection.  The

 2       witness still hasn't identified whether he's

 3       ready to proceed with the questions.  I would

 4       please ask counsel to give an opportunity for

 5       the witness to be able to familiarize himself

 6       with the document before proceeding with

 7       questions.

 8                    MR. SAUER:  He hasn't asked me for

 9       more time.

10     BY MR. SAUER:

11            Q.    But do you see the paragraph I'm

12       referring to?  That's my only question.

13            A.    Yes.

14            Q.    Okay.  And do you see in the second

15       sentence of that paragraph, in the first

16       sentence it refers to Gabrielle's nightmare

17       scenario is propaganda that can lead to, among

18       other things, public health problems; right?

19            A.    Yes.

20            Q.    And then, in the third sentence, it

21       says:  The GEC is countering disinformation on

22       the spread of COVID-19; correct?

23            A.    Yes.

24            Q.    What steps did the GEC take to

25       counter the spread of disinformation on the
```

**DANIEL KIMMAGE  11/10/2022**

1      **spread of COVID-19 --**

2                      MR. KIRSCHNER:  Objection, assumes

3      evidence not in the record.

4      BY MR. SAUER:

5              **Q.    -- if any.**

6              A.    So the GEC tracked propaganda and

7      disinformation by foreign actors, such as Russia

8      and China, that was related to the pandemic.

9      And the GEC worked with partners to counter the

10     effects of that abroad, outside the United

11     States.

12             **Q.    Okay.  What were -- what were**

13     **the -- what was the nature of COVID-related**

14     **disinformation that originated from, like,**

15     **Russia and China?**

16             A.    The nature of it would have been

17     false narratives about the origins of the

18     pandemic, for example, blaming the United States

19     or implicating the US government.

20                     Some of it would have been related

21     to the efficacy of, for example, vaccines that

22     the Russian government was developing.

23                     And the modes of dissemination

24     would have been various.  They could involve

25     bots, they could involve official media.  There

DANIEL KIMMAGE  11/10/2022

```
 1    was a whole ecosystem of, for example, Russia
 2    propaganda, Russian propaganda actors.
 3            Q.   Tell me about that ecosystem of
 4    Russia.  You mentioned China and Russia, so
 5    let's start with Russia.  You said Russia had
 6    misinformation or disinformation about the
 7    efficacy of vaccines.  What was the nature of
 8    that disinformation?
 9            A.   The nature of the disinformation
10    would have been to denigrate the effectiveness
11    of western-developed vaccines and to promote the
12    effectiveness of Russian-developed vaccines.
13            Q.   Okay.  And how is that propa- --
14    those kinds of narratives promulgated?
15            A.   The --
16            MR. KIRSCHNER:  I was going to say,
17    objection, mischaracterizes evidence, and also
18    assumes evidence not in the record.
19            A.   They would utilize the standard
20    toolbox of Russian propaganda and disinformation
21    efforts.  So everything from official statements
22    by senior Russian officials to Russian
23    state-funded or controlled media outlets,
24    proxies, online tools, like bots.  It would be a
25    whole suite of tools that researchers have
```

```
 1    documented as -- as being part of this Russian

 2    propaganda and disinformation toolbox.

 3              Q.   And what steps did the GEC take to

 4    combat those tools?

 5              MR. KIRSCHNER:  Objection, assumes

 6    evidence not in the record.

 7         A.   The primary step, the primary

 8    focus, was to expose this effort through things

 9    like a public report that the Global Engagement

10    Center released on the pillars of Russian

11    disinformation and the ecosystem that Russia

12    used to promote it.

13              Q.   Were there any -- you say that was

14    the primary focus, was there other aspects of

15    that attempt to counter this Russian

16    disinformation?

17         A.   Yes.  The GEC would act along the

18    major lines of effort that I've described.  So

19    it would conduct analysis along the lines of

20    that report, it would coordinate within the US

21    government, and it would work with partners to

22    counter the propaganda and disinformation

23    abroad.

24              Q.   What kind of partners?

25         A.   Nongovernmental organizations,
```

**DANIEL KIMMAGE  11/10/2022**

1    foreign governments, research organizations.

2         Q.   And what kind of work would be done

3    with those partners or was done?

4         A.   Research on Russian propaganda

5    narratives, research on the resonance, the

6    substance, interactions with foreign governments

7    on what they're tracking, for example.

8         Q.   Were there any interaction with

9    social media companies about these kinds of

10   Russian disinformation related to COVID-19

11   vaccines?

12        A.   I believe that -- that it would

13   have come up in some of the meetings that I

14   described with the social media companies, yes.

15        Q.   So you believe that in those

16   meetings with social media companies, that you

17   described as occurring in 2021, there was

18   discussion of Russian disinformation campaigns

19   related to COVID-19?

20        A.   I don't recall in 2021.  I believe

21   it was more of a pressing topic a little

22   earlier, when the pandemic was at its height.

23        Q.   So that would have been in 2020,

24   most likely?

25        A.   2020, for example.

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   How about other -- were there other
 2    Russia-originated COVID disinformation
 3    campaigns, other than the efficacy of -- the
 4    relative efficacy of Russian and American
 5    vaccines?
 6              A.   Yes.  I believe there were Russian
 7    narratives about the origins of the virus.
 8    There were false allegations about US government
 9    research facilities.  The -- the -- there would
10    be a wide array of propaganda narratives.
11              Q.   What -- what would be the -- what
12    was the nature of the origins of the virus
13    disinformation from Russia?
14              A.   I -- I don't recall the specific
15    narratives.  I believe there were some that --
16    that alleged a US government role.
17              Q.   What sort of role?
18              A.   US government funded research or --
19    or -- or some US government role along the lines
20    of the campaign in the 1980s that you
21    referenced.
22              Q.   So there was a Russian
23    disinformation campaign that suggested that the
24    US government had some role in creating the
25    COVID-19 virus?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1            A.    There were multiple Russian
 2     disinformation campaigns, involving a large
 3     number of narratives, and that would have been
 4     one of the narratives.
 5            Q.    Was that another narrative that was
 6     discussed in those 2020 timeframe meetings with
 7     social media platforms?
 8            MR. KIRSCHNER:  Objection,
 9     mischaracterizes testimony, assumes evidence not
10     in the record.
11            A.    I don't recall.
12            Q.    Now, you do remember that the
13     Russian disinformation about vaccine efficacy
14     was discussed in those meetings; fair to say?
15            A.    I don't recall any specific
16     discussions.  I -- it's entirely within the
17     realm of possibility, discussed Russian
18     narratives.  I don't recall the specific
19     narratives.
20            Q.    Okay.  So you believe that you may
21     well have discussed Russian narratives in those
22     2020 meetings with the social media platforms as
23     it pertains to COVID?
24            A.    Yes, it's possible.
25            Q.    And you don't remember which
```

**DANIEL KIMMAGE  11/10/2022**

 1      **specific Russian narratives were discussed?**

 2              A.   No, I don't.

 3              **Q.   How about Chinese narratives that**

 4      **relate to COVID.  You referred to those earlier.**

 5      **What are those?**

 6              A.   So those would be also focused on

 7      the origins of the virus, also touting China's

 8      effective response to the -- to the pandemic,

 9      and contrasting that favorably to other

10      countries, including the United States on --

11      those would be two Chinese narratives related to

12      the pandemic.

13              **Q.   What did the Chinese disinformation**

14      **say about the origins of the virus?**

15              A.   I don't recall, specifically.  I

16      believe that it was also insinuating, in some

17      cases, a non-Chinese origin of the virus, much

18      along the lines -- along the lines of what

19      Russian propaganda insinuated.

20              **Q.   Did it insinuate a US government**

21      **role or an American role of the origins of the**

22      **virus?**

23              A.   I don't recall the specific

24      narratives, no.

25              **Q.   Do you know whether those Chinese**

**DANIEL KIMMAGE  11/10/2022**

1   narratives were discussed in relation to the

2   social media companies?

3          A.   I don't recall the narratives.  I

4   believe we were focused on some of the

5   techniques that China was using, a little bit

6   more than the content of the narratives, so

7   botnets, for example.

8          Q.   So did you, for example, tell them

9   that the Chinese were using bots to spread

10  narratives?

11         A.   I don't know whether we told them.

12  I know that we discussed Chinese use of bots.

13         Q.   Okay.  What did you say about the

14  Chinese use of bots?

15         A.   That they were using them.

16         Q.   Okay.  And how about Russia, what

17  was discussed about Russian disinformation, to

18  your recollection?

19         A.   I believe it would have been the

20  narratives, and that it would -- that I already

21  mentioned.

22         Q.   So with respect to Russia,

23  narratives were discussed, whereas, with respect

24  to China, to your recollection, techniques were

25  discussed, like using bots as opposed to

 1    **narratives?**

 2            A.   Yes, because one of the notable

 3    features of the pandemic was that China began to

 4    adopt techniques that we had previously really

 5    only seen Russia use.  So, for example, Russia

 6    has been documented in many reports as using

 7    aggressive online tactics, proxies, bots,

 8    trolls.  China had not been as active in that

 9    way.

10            And so during the pandemic we began

11    to see both the convergence of narratives

12    between China and Russia and a convergence of

13    techniques.

14            So those were things that -- that

15    we and other researchers were seeing during the

16    pandemic.

17        **Q.   See, when you say a convergence,**

18    **you mean a convergence between what Russia and**

19    **China are both doing?**

20            A.   Yes, a convergence both of

21    narratives and the techniques for disseminating

22    those narratives.

23        **Q.   And maybe this piggybacks on -- if**

24    **you can look back at that document, the very**

25    **next sentence or the next part of that sentence,**

**DANIEL KIMMAGE  11/10/2022**

```
 1      it says:  The GEC is countering disinformation

 2      on the spread of COVID-19 and China already has

 3      tried to discredit US vaccine efforts; do you

 4      see that?

 5              A.   Yes.

 6              Q.   Do you recall narratives from China

 7      that were trying to discredit US vaccine

 8      efforts?

 9              A.   I don't recall specific narratives,

10      but I do recall that China was disseminating

11      narratives that tried to discredit US vaccine

12      efforts.

13              Q.   Do you know if those were similar

14      to the Russian narratives that you described a

15      moment ago?

16              A.   I believe that they -- they were,

17      they may have differed in some specifics, but

18      yes.

19              Q.   And were those narratives about

20      vaccine efficacy discussed in the meetings with

21      social media platforms during, as you said, the

22      height of the pandemic?

23              A.   I -- I don't recall the specific

24      discussions.

25              Q.   So you don't know for sure, is that
```

**DANIEL KIMMAGE  11/10/2022**

Page 106

```
 1      something that could well have been raised in

 2      those meetings?

 3                  MR. KIRSCHNER:  Objection,

 4      speculative.

 5              A.   Yes, it is.

 6                  MR. SAUER:  Can you get H?

 7                  Let's hand you a document that

 8      we're going to label Exhibit 5.

 9                  (Exhibit No. 5 was marked for

10      identification.)

11  BY MR. SAUER:

12              Q.   Do you recognize Exhibit 5?

13              A.   I do.

14              Q.   And is this a GEC special report

15      called:  Pillars of Russia's Disinformation and

16      Propaganda Ecosystem?

17              A.   Yes.

18              Q.   And this report, I think, was

19      singled out for particular praise in your recent

20      OIG report; is that fair to say?

21              A.   I believe so.

22              Q.   Can you turn to page 8.  You see

23      how I'm kind of turning it sideways, and there's

24      five graphics.

25                  On the far right graphic, under
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      Cyber Enabled Disinformation, what is cyber
 2      enabled disinformation?
 3              A.   It's using cyber tools to
 4      disseminate disinformation.
 5              Q.   And what -- what are some examples
 6      of cyber enabled disinformation by foreign
 7      actors?
 8              A.   So these would be listed beneath
 9      it, for example, hacking into a system, taking
10      data out of that system and releasing it into an
11      online environment, that would be an example of
12      cyber enabled disinformation.
13              Q.   Okay.  And so could you give
14      example of when that's ever happened, without
15      straying into any sensitive areas?
16              A.   I believe an example would be
17      the -- I believe this is documented in either
18      the senate intelligence committee report or
19      another congressional report would be the
20      Russian hacking of the DNC e-mails, and then the
21      subsequent release, that would be an example of
22      a hack and release operation.
23              Q.   Okay.  So -- and that's -- that's
24      what happened in 2016, I believe?
25              A.   I believe so.
```

**DANIEL KIMMAGE  11/10/2022**

1          Q.    That's a situation where Russian

2     foreign actors just hacked into the DNC's

3     e-mails and then publicly released them on

4     Wikileaks or something like that; right?

5          A.    Yes.

6          Q.    Or they publicly released them in

7     some form, it's fair to say?

8          A.    Publicly released them in some

9     form.

10          Q.    Is that a disinformation campaign?

11     How is that a form of disinformation?

12          A.    It can be if the information is

13     altered, it can be if the context is

14     misrepresented, it -- it -- it depends very much

15     on the context.

16          Q.    Can you -- are there other examples

17     of hack and release operations that the GEC has

18     tracked?

19          MR. KIRSCHNER:  Objection,

20     mischaracterizes evidence, assumes evidence not

21     in the record.

22          A.    The GEC did not track any of the

23     2016, it hadn't been established with the

24     mandate to do so.

25          Q.    Are there examples of hack and

**DANIEL KIMMAGE  11/10/2022**

```
 1      release operations since then, that the GEC has
 2      focused on?
 3              A.   Not that I recall right now.  You
 4      know, this -- this is focused on the techniques,
 5      not specific operations.
 6              Q.   And without identifying any
 7      specific operations, from your five-year period
 8      at GEC, do you recall any hack and release
 9      operations, other than the 2016 hack by Russians
10      of the DNC's e-mails?
11              A.   Without getting into specifics, I
12      do recall internal discussions about Russian
13      hacking, yes.
14              Q.   Okay.  It was -- were the
15      discussions of Russian hacking that relate to
16      incidents other than the 2016 hacking incident
17      that you described?
18              A.   Yes.
19              Q.   Okay.  I don't want to get into
20      specifics, but what -- in what timeframe were
21      you focused, if you can say, what timeframe was
22      there other concerns about specific issues of
23      potential Russian hacking?
24              A.   Concern over Russian hacking would
25      have been ongoing throughout the period of the
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    GEC's mandate.
 2            Q.   How about, is there any -- other
 3    than a general concern for it arising from
 4    obviously a very high profile hack that you
 5    referred to, was there concern that other
 6    incidents of hacking and releasing may have
 7    occurred?
 8            A.   Yes, there was concern.
 9            Q.   Okay.  And were there actual hack
10    and release operations that succeeded?
11    Presumably it's released, it's probably now a
12    matter of public record if they did succeed.
13            MR. KIRSCHNER:  Objection, to the
14    extent that this is calling for classified
15    information, defer to the witness on this, but
16    I -- I do want to make sure that we -- or law
17    enforcement information, I want to make sure we
18    stay clear of that.
19            So I will instruct the witness not
20    to answer to the extent that this calls for
21    classified or law enforcement material.
22            A.   The GEC, itself, doesn't have the
23    tools to track things like hacking operations.
24    We would have followed reporting from those
25    who -- who did have those tools and those
```

**DANIEL KIMMAGE 11/10/2022**

```
 1    priorities.
 2            Q.   Okay.  And you say is that public
 3    reporting or would that be internal government
 4    reporting?
 5            A.   Potentially both.
 6            Q.   What public reporting would you
 7    have followed?
 8            A.   Media reports.
 9            Q.   Do you remember media reports
10    relating to Russian hacking that addressed any
11    incident other than the 2016 DNC Russian hack?
12            A.   I don't recall anything specific,
13    no.
14            Q.   You mentioned hack and release
15    incidents in your report as a technique used by
16    the Russians.  Did you have a basis for
17    identifying that as a technique that they used,
18    other than the 2016 DNC hack?
19            MR. KIRSCHNER:  Objection,
20    mischaracterizing the evidence, the testimony.
21            A.   I -- I don't recall.  I didn't do
22    the base -- basic research for this report.  I
23    don't recall.
24            Q.   Do you know -- do you know what the
25    basis was for identifying them in this report?
```

**DANIEL KIMMAGE  11/10/2022**

1    By them, I mean hack and release techniques.

2         A.   I believe it's footnote 16, here.

3    So we could look in the report.

4         Q.   Yeah, can you flip to the next page

5    where footnote 16 occurs?

6         A.   Mm-hmm.

7         Q.   It's page 9.

8              I think there's two things cited

9    there, one is a US Department of Justice report

10   on the investigation into Russian interference

11   in the 2016 presidential election; do you see

12   that?

13        A.   Yes.  Yes.

14        Q.   And does that refer to that 2016

15   hack, high profile hack?

16        A.   Yes.

17        Q.   And then, underneath it, there's a

18   government of the Netherlands, Netherlands

19   defense intelligence and security service

20   disrupts Russian cyber operation targeting OPCW.

21              Do you know what OPCW is?

22        A.   It's the organization for the --

23   it's about chemical weapons.  It's a chemical

24   weapons focused.

25        Q.   Okay.

**DANIEL KIMMAGE  11/10/2022**

```
 1                A.   I don't recall the exact acronym.
 2                Q.   Gotcha.  Other than those two
 3      incidents cited in the footnote, can you recall
 4      any other incidents that would have supported
 5      the report's conclusion that hack and release is
 6      a disinformation technique used by Russia?
 7                A.   No.
 8                Q.   Do you remember any conversation
 9      you had with that technique of hack and release
10      with any social media platform?
11                A.   No.
12                Q.   Do you recall that being discussed
13      by any -- that technique, hack and release,
14      being used by or being discussed by anyone else
15      at the GEC in any social media platform?
16                A.   No.
17                MR. SAUER:  Let's do I.
18                And this is going to be labeled --
19      I think we're on Exhibit 6.
20                (Exhibit No. 6 was marked for
21      identification.)
22      BY MR. SAUER:
23                Q.   Do you recall participating in an
24      interview or panel discussion at the Brookings
25      Institution on October 2nd, 2020?
```

**DANIEL KIMMAGE  11/10/2022**

Page 114

```
 1              A.   Yes.
 2              Q.   Okay.  And rather than play the
 3      entire video, we got a little excerpt here of
 4      comments you made about minute 29.
 5              A.   Mm-hmm.
 6              Q.   Can you look at that?  There's a
 7      question from Fiona Hill and then answered by
 8      you; correct?
 9              A.   Yes.
10              MR. KIRSCHNER:  Objection, assuming
11      evidence not in the record or lack of
12      foundation.
13      BY MR. SAUER:
14              Q.   This document --
15              MR. KIRSCHNER:  Let me just make
16      the record clear.  Lack of foundation.
17      BY MR. SAUER:
18              Q.   This document kind of reports you
19      saying, in this online video on YouTube,
20      basically discussing government coordination;
21      fair to say?
22              A.   Yes.
23              Q.   And you say it doesn't have an
24      exciting visible component; correct?
25              A.   Yes.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1             Q.   And it consists of e-mails and
 2      phone calls and meetings; right?
 3             A.   Yes.
 4             Q.   And you say:  We are in close
 5      communication with our colleagues at DHS; right?
 6             MR. KIRSCHNER:  Objection, lack of
 7      foundation.  We don't have the full context.
 8      Just objection to this entire line of
 9      questioning on this exhibit as lacking
10      foundation.
11  BY MR. SAUER:
12             Q.   And you go on to say:  We're in
13      close communication with our colleagues at DHS;
14      correct?
15             A.   Yes.
16             Q.   What was the nature of the
17      communication that you're referring to there
18      when you made this statement?
19             A.   E-mails.
20             MR. KIRSCHNER:  Objection, assuming
21      evidence that's not in the record.
22             A.   E-mails, phone calls and meetings.
23             Q.   Okay.  What kind of coordination,
24      back in that late 2020 timeframe, what kind of
25      close communication was going on with colleagues
```

1    at DHS?

2         A.   Communication related to the GEC's

3    mandate to counter foreign propaganda

4    misinformation.

5         Q.   **Who at DHS was GEC communicating**

6    **with?**

7              MR. KIRSCHNER:  Objection, asked

8    and answered.

9         A.   It would have been primarily the

10   office, either -- I don't recall what it was

11   called, at the time, but the task force or

12   what's I believe now known as the

13   misinformation, disinformation and

14   mal-information office.

15        Q.   **So that's the mis-dis- and mal**

16   **information team we talked about earlier?**

17        A.   Right.

18        Q.   **And this October 2nd, 2020 is about**

19   **a month before the 2020 election?**

20        A.   Right.

21        Q.   **Who was communicating between GEC**

22   **and DHS in that timeframe?**

23              MR. KIRSCHNER:  Objection, assuming

24   evidence not in the record.

25        A.   I don't recall the specific staff

**DANIEL KIMMAGE  11/10/2022**

Page 117

```
 1    members who would have done that.
 2              Q.    Would you have been involved in
 3    those communications?
 4              A.    Generally not, not the direct
 5    communications, no.
 6              Q.    Do you remember what your basis was
 7    for saying that we're in close communication
 8    with our colleagues at DHS?
 9              MR. KIRSCHNER:  Objection, assuming
10    evidence not in the record, lack of foundation.
11              A.    It would have been meetings with
12    the head of the relevant interagency team at the
13    GEC or meetings where the person from that team
14    would report on other agencies that they were in
15    communication with, so they would list that
16    we're in communication with DHS, for example.
17              Q.    Okay.  And do you -- I'm sorry, you
18    may have answered this -- who at GEC is involved
19    in these meetings?
20              MR. KIRSCHNER:  Objection, assuming
21    evidence not in the record, mischaracterizes
22    testimony, vague.
23              A.    It would be the staff from the I2C2
24    or potentially someone with relevant subject
25    matter expertise from one of the threat teams at
```

**DANIEL KIMMAGE  11/10/2022**

Page 118

```
 1    GEC.
 2           Q.    And do you know what was discussed
 3    in those meetings of close communication with
 4    DHS in the October 2020 timeframe?
 5                 MR. KIRSCHNER:  Objection,
 6    mischaracterizes his testimony, assumes evidence
 7    not in the record, lack of foundation.
 8           A.    No, not specifically.
 9           Q.    You just don't remember what was
10    discussed in those meetings?
11                 MR. KIRSCHNER:  Objection,
12    mischaracterizes testimony, assumes evidence not
13    in the record.
14           A.    It wouldn't be -- there wouldn't be
15    any reason to report the content of a specific
16    communication to the principal deputy
17    coordinator.
18           Q.    Who would we have to ask to know
19    what was said in those meetings?
20                 MR. KIRSCHNER:  Objection,
21    speculative.
22           A.    The staffers involved.
23           Q.    And you think those staffers would
24    have been people in the TET or the I2C2 -- sorry
25    -- I2C2?
```

**DANIEL KIMMAGE 11/10/2022**

```
 1              MR. KIRSCHNER:  Objection,
 2    speculative.
 3              A.   It could be the I2C2 team, but it
 4    could be anyone with relevant subject matter
 5    expertise at the GEC.
 6              Q.   Who was in charge of the I2C2 team
 7    at this time?
 8              A.   I believe it was Stevie Hamilton,
 9    but it may have been somebody else.  I don't
10    remember the exact dates of all of the heads of
11    all the teams.
12              Q.   Is that a matter of public record
13    who's in charge of the I2 -- I2C2 team?
14              A.   I don't believe so.  I don't think
15    that the GEC provides information below the
16    level of coordinator on who's in charge of which
17    team.
18              Q.   Who has been in charge of the I2C2
19    team during your tenure there?
20              A.   I believe it was Stevie Hamilton.
21              Q.   The whole time?
22              A.   I believe so.  There may have
23    been -- there was a lot -- a lot of staff
24    movement.  I believe it was Stevie Hamilton.
25              Q.   Do you remember anyone else being
```

DANIEL KIMMAGE  11/10/2022

```
 1      in charge of that team?

 2            A.   I don't recall.

 3            Q.   The next sentence in this Exhibit 6

 4      says:  With our colleagues at FBI, the Global

 5      Engagement Center has set up an interagency

 6      coordination cell; do you see that?

 7            A.   Yes.

 8            Q.   Is that a true statement?

 9            A.   I believe that we set up an

10      interagency coordination cell that was in

11      contact with the FBI.  So I would -- I would --

12      I would clarify it that way.

13            Q.   What is an interagency coordination

14      cell?  I mean, what does that mean?

15            A.   So an interagency coordination cell

16      is a team with, say, a number of members, and

17      each one will be responsible for contact with

18      one or more agencies in the interagency.

19                 So you have an individual whose job

20      it is to stay in contact with components in the

21      intelligence community or the Department of

22      Defense or DHS.  That's what an interagency

23      coordination cell would be.

24            Q.   So someone whose who's tasked with

25      remaining in fairly close contact with another
```

DANIEL KIMMAGE  11/10/2022

1    close counterpart at another agency?

2          A.   Yes, with the clarification that it

3    may be sporadic, it may be close, it could

4    depend on events, it could depend on what's

5    happening.  It can be difficult to predict how

6    close it is.

7          The primary engagements for the

8    Global Engagement Center were really with the

9    Department of Defense and the intelligence

10   community.

11         Q.   **Without mentioning their names or**

12   **by title, do you know who at the -- or role --**

13   **do you know who at the GEC was involved in this**

14   **interagency coordinating cell with -- with the**

15   **FBI?**

16         A.   No, I don't recall.

17         Q.   **Do you know what team they would**

18   **have been on?**

19         A.   I believe it would have been the

20   I2C2 team.

21         Q.   **So you believe someone -- this**

22   **interagency coordinating cell means someone at**

23   **IC -- I2C2 is designated to be in -- in close**

24   **contact with someone in the FBI?**

25         A.   Yes, there would be someone with a

1    portfolio that includes FBI for coordination.

2           Q.   And then who on the FBI side would

3    they have -- did they coordinate with, to your

4    knowledge?

5           MR. KIRSCHNER:  Objection,

6    speculative.

7    BY MR. SAUER:

8           Q.   And again, not names, I just want

9    to know their title and role.

10          A.   I don't know their title.

11          Q.   Okay.  Do you know what their role

12   would have been or what office or section they

13   would have been involved in?

14          MR. KIRSCHNER:  Objection,

15   speculative.

16          A.   I believe it would be the foreign

17   influence task force at the FBI.

18          Q.   So you believe -- does that -- is

19   that ongoing to this day, is there still an

20   interagency coordinating cell between GEC and --

21   can I call it the FITF?

22          A.   Sure.

23          Q.   The FBI?  Is that ongoing to this

24   day?

25          A.   I believe there is an interagency

**DANIEL KIMMAGE  11/10/2022**

1    cell at the GEC.  I don't know which other

2    agencies it's in contact with now or the

3    frequency of those contacts.

4         **Q.    There is an interagency cell at the**

5    **GEC, but you don't know whether or not that**

6    **interagency cell is in contact with the FBI now?**

7         A.    Yes, that's correct.

8         **Q.    But I take it, they were in contact**

9    **with the FBI during October of 2020, when you**

10   **gave the talk at the Brookings Institute?**

11             MR. KIRSCHNER:  Objection, assumes

12   evidence not in the record, mischaracterizes

13   testimony.

14        A.    I don't know whether they were in

15   contact in October 2020.  But when I was giving

16   these remarks the I2C2 would have had someone

17   with FBI in their profile.  And if the

18   circumstances required they would be in touch

19   with a counterpart at the FBI.

20        **Q.    Do you know whether there were any**

21   **such communications during that timeframe?**

22        A.    I don't.

23        **Q.    And you go on to say:  So we are in**

24   **constant communication, in the next sentence of**

25   **Exhibit 6; do you see that?**

**DANIEL KIMMAGE  11/10/2022**

Page 124

```
1              A.    Yes.
2                    MR. KIRSCHNER:  Objection.
3   BY MR. SAUER:
4         Q.    What's that a reference to, the
5    constant communication?
6                    MR. KIRSCHNER:  Objection, lack of
7    foundation, assumes evidence not in the record.
8   BY MR. SAUER:
9         Q.    On your understanding?
10        A.    It's a reference to the GEC's
11   exercise of it's interagency coordination
12   mandate, which requires communications with the
13   relevant agencies.
14        Q.    And that's done through the I2C2's
15   coordination cell to communicate with the FBI?
16        A.    Yes.  The I2C2 is specifically
17   focused on interagency communication, but it
18   could involve anyone with relevant subject
19   matter expertise.
20        Q.    Do you know anyone -- let me ask
21   you this:  Do you recall any issues that the GEC
22   raised with the FBI's FITF at any time, without
23   saying what the issues are, do you know whether
24   there were issues that the GEC raised with the
25   FITF?
```

 1          A.    I don't recall any specific issues,

 2     no.

 3          Q.    **Is it possible that they did and**

 4     **you just don't remember or do you believe that**

 5     **they never did raise an issue with the FITF?**

 6          MR. KIRSCHNER:  Objection,

 7     speculative.

 8          A.    It's possible that they raised an

 9     issue with the FBI, yes.

10          Q.    **And they being someone within the**

11     **I2C2?**

12          A.    Yes.

13          Q.    **Okay.  But you just don't know what**

14     **sort of communication?**

15          A.    No, I don't.

16          MR. KIRSCHNER:  Objection,

17     mischaracterizes testimony.

18     BY MR. SAUER:

19          Q.    **More generally -- sorry, you can**

20     **answer that question.**

21          A.    I -- I don't recall.

22          Q.    **Okay.  Do you recall any**

23     **interaction, any substantive interaction,**

24     **between FITF and the GEC?**

25          A.    I don't recall any substantive

DANIEL KIMMAGE  11/10/2022

```
 1    interaction.  There were just a lot of different
 2    meanings.  I don't recall anything specific and
 3    substantive.
 4          Q.   Did you ever interact with FITF?
 5          A.   I believe I may have been in the
 6    context of an interagency meeting with -- with
 7    representatives of I think they call it FITF or
 8    FITF, but I don't recall any specific meetings.
 9          Q.   Was that a -- when you say an
10    interagency meeting, was there a -- an
11    essentially GEC/FITF meeting?
12          A.   I don't recall a GEC/FITF meeting.
13    I mean a broader interagency meeting, where one
14    of the representatives would have been FBI, for
15    example.
16          Q.   Do you know who's in charge of
17    FITF?
18          A.   I don't know who's in charge of
19    FITF, no.
20          Q.   Other than what we've just now
21    talked about, are you aware of any interactions
22    between GEC and FITF?
23          A.   I'm not aware of any specific
24    interactions.  As I said, in the interagency,
25    it's entirely possible that we would have been
```

**DANIEL KIMMAGE  11/10/2022**

Page 127

```
 1    in meetings together, yes.
 2           Q.   Do you remember anything about
 3    those meetings?
 4                MR. KIRSCHNER:  Objection,
 5    mischaracterizes testimony and assumes evidence
 6    not in the record.
 7           A.   I don't recall any specific items
 8    involving FITF, no.
 9                MR. SAUER:  Let me give you another
10    exhibit.  I've got this one.  I think this is
11    going to be 7, right?
12                (Exhibit No. 7 was marked for
13    identification.)
14                MR. KIRSCHNER:  Counsel, do you
15    know how long you're going to spend on this
16    exhibit?  I'm just trying to think in terms of a
17    possible lunch break.
18                MR. SAUER:  Oh, well, if we go for
19    about five minutes?
20                MR. KIRSCHNER:  Okay.
21                MR. SAUER:  We can revisit it.  I'm
22    not sure, but once we're done with this exhibit
23    why don't we raise that?
24                MR. KIRSCHNER:  Okay.  I just
25    didn't know if you were going to spend an hour
```

DANIEL KIMMAGE  11/10/2022

1    on one exhibit.  I just --

2              MR. SAUER:  My exhibits are like my

3    children.  I love them all equally.

4    BY MR. SAUER:

5          Q.   Mr. Kimmage, I've handed -- you've

6    been handed Exhibit 7, which is excerpts from

7    the second amended complaint in this case.

8              Have you ever reviewed the second

9    amended complaint?

10         A.   Yes, I have looked at this.

11         Q.   So you've seen this before, this

12   document before, or you've seen the big

13   document, this is obviously only 14 pages of the

14   162 page?

15         A.   Yes.

16         Q.   Fair to say you've seen it before?

17         A.   Yes.

18         Q.   Can you flip to page 117?

19         A.   Mm-hmm.

20         Q.   And look at paragraph 396.

21         A.   Mm-hmm.

22         Q.   And there's a -- there's an

23   allegation in paragraph 396 that says:  Pursuant

24   to third-party subpoena, Twitter has identified

25   personnel associated with the State Department's

```
 1      Global Engagement Center, including Alexis

 2      Frisbee and Daniel Kimmage, as likely involved

 3      in communications with Twitter about censorship

 4      and/or content modulation on issues such as

 5      election integrity, vaccines/COVID

 6      misinformation, and related subjects; do you see

 7      that?

 8              A.   I see that.

 9              Q.   Do you know what -- if -- to the

10      extent Twitter said that about you, do you know

11      what they were referring to?  Do you remember

12      any meetings with Twitter?

13              MR. KIRSCHNER:  Objection, lack of

14      foundation.

15   BY MR. SAUER:

16              Q.   Let's start with the first

17      question.

18              Do you remember meetings with

19      Twitter?

20              A.   I recall at least one meeting with

21      Twitter.

22              Q.   Do you remember any other meetings

23      besides the one?

24              A.   Yes, I recall at least two meetings

25      with Twitter.
```

**DANIEL KIMMAGE  11/10/2022**

Page 130

```
 1              Q.    Okay.  Do you recall any besides
 2     those two?
 3              A.    No, I do not.
 4              Q.    When did those meetings occur?
 5              A.    One was in 2021, and one would have
 6     been before the pandemic.
 7              Q.    Would that have been in 2019 or
 8     late 2020?
 9              A.    Potentially 2019 or even 2018.  I
10     don't recall the date.
11              Q.    Okay.  The 2021 meeting, let's
12     start with that, what -- what -- do you know
13     what time of year that happened?
14              A.    It would have been in the spring, I
15     believe.
16              Q.    Do you remember more specifically
17     what date it was?
18              A.    No, I don't.
19              Q.    Would that be reflected on your
20     official calendar?
21              A.    I believe it would be, yes.
22              Q.    Do you know who attended that
23     meeting?
24              A.    It would be the acting coordinator,
25     me, in that capacity, then one or more of the
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    deputy coordinators, team chiefs from the Global

 2    Engagement Center, and working-level staff with

 3    relevant subject matter expertise.

 4          Q.   So a significant number of

 5    individuals on the GEC side were at that

 6    meeting?

 7               MR. KIRSCHNER:  Objection,

 8    mischaracterizes testimony, assumes evidence not

 9    in the record.

10          A.   How would you define significant?

11          Q.   Well, how many people on the GEC

12    side would you estimate?

13          A.   Between five and ten.

14          Q.   Okay.  And that included you and

15    you were then acting coordinator?

16          A.   Yes, in 2021, from February to

17    June, yes.

18          Q.   And then the deputy coordinator was

19    there, too?

20          A.   I believe so.

21          Q.   Who was that?

22          A.   At the time, it would have been

23    Leah Bray.

24          Q.   And then the team chief, who's

25    that?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   Patricia Watts, the Technology
 2     Engagement Team.
 3              Q.   So that was a TET team?
 4              A.   The TET, right.
 5              Q.   And was there anyone else from the
 6     TET there?
 7              A.   I believe Alexis Frisbee.
 8              Q.   Okay.  How about -- you mentioned
 9     subject matter experts?
10              A.   Right.
11              Q.   Who -- do you remember -- I don't
12     necessarily want their -- well, let me ask this:
13     What unit did they come from?
14              A.   I don't recall for the 2021
15     meeting.
16              Q.   Do you know was Russia maybe?
17              A.   I simply don't remember who all the
18     GEC personnel were.
19              Q.   Okay.  And then who was present at
20     that meeting on the Twitter side?
21              A.   I -- I don't remember the
22     individual.
23              Q.   There's only one person?
24              A.   No, there were others, but I don't
25     remember their names.
```

DANIEL KIMMAGE  11/10/2022

Page 133

```
 1              Q.   Okay.  Do you remember what their
 2     roles were within Twitter?
 3              A.   I believe it was the -- the sort of
 4     assurance or compliance.  I don't recall the
 5     exact name of the component within Twitter.
 6              Q.   When you say assurance or
 7     compliance, what is that, a member of the trust
 8     and safety team?
 9              A.   It may have been, yes.
10              Q.   Does that sound right to you, at
11     least?
12              MR. KIRSCHNER:  Objection,
13     speculative.
14              A.   Yes.
15              Q.   If you know?  Is that a yes?
16              A.   Yes.
17              Q.   To the best of your recollection,
18     someone from the trust and safety team was
19     there?
20              A.   Yes.
21              Q.   Do you know if it was a man or a
22     woman?
23              A.   No.
24              Q.   And you -- you -- do you believe
25     there were other members of Twitter there or
```

DANIEL KIMMAGE  11/10/2022

```
 1        Twitter officials?

 2              A.    Yes.

 3              Q.    How many, would you say?

 4              A.    Fewer than on our side.

 5              Q.    Were they -- so maybe less than

 6        five?

 7              A.    Yes.

 8              Q.    And there would be a -- on your

 9        official calendar, if there were an -- there's

10        an invite for this meeting; correct?

11              A.    Yes.

12              Q.    And that would reflect all the

13        participants; fair to say?

14              MR. KIRSCHNER:  Objection,

15        speculative.

16              A.    I -- I --

17              MR. KIRSCHNER:  Lack of foundation.

18              A.    I don't know how the invite is

19        structured --

20              Q.    Okay.

21              A.    -- and what it reflects.

22              Q.    Let me ask you this:  Were there

23        other individuals from Twitter, there?  Do you

24        remember any of their names?

25              A.    No.
```

DANIEL KIMMAGE 11/10/2022

```
 1              Q.   Do you remember any of their roles
 2    within Twitter?
 3              A.   I believe their roles were in
 4    the -- the trust and safety area.
 5              Q.   So there would be multiple Twitter
 6    officials from the trust and safety group there?
 7              A.   Yes, I believe so.
 8              Q.   How about any other area of
 9    Twitter, you know, did anyone else attend that
10    wasn't a trust and safety person?
11              A.   Not that I recall.
12              Q.   Who asked for this meeting, was
13    it -- did GEC ask for it or did Twitter ask for
14    it?
15              A.   I -- I don't recall where the exact
16    impetus came from, which side initiated, which
17    side asked for the meeting.
18              Q.   Okay.  Was this a recurring meeting
19    or was it kind of a standalone meeting that had
20    been set up to address a specific topic?
21              A.   As I said, we had -- we hoped to
22    set up recurring quarterly meetings.  I don't
23    recall whether this one was -- was a
24    continuation, as in whether the same people were
25    there from our side.  I was only recently in the
```

**DANIEL KIMMAGE  11/10/2022**

Page 136

```
 1      role of acting coordinator, because before that
 2      there was an appointed coordinator.
 3              Q.    Who was that?
 4              A.    That was Lea Gabrielle, the
 5      appointed coordinator before the --
 6              Q.    Okay.  So what was discussed in
 7      this meeting?
 8              A.    So as I said, in this meeting the
 9      GEC would provide an overview of what it was
10      seeing in terms of foreign propaganda and
11      disinformation.  And Twitter would, to the
12      extent that they felt comfortable sharing
13      information, would discuss similar topics.
14              Q.    And you said would?
15              A.    Right.
16              Q.    Did you -- you said you would
17      provide it, and they would share, in fact,
18      did -- did you guys do that?
19              A.    I recall that we gave an overview.
20      I don't recall the specifics of what Twitter
21      presented.
22              Q.    What did -- what did you get an
23      overview of?
24              MR. KIRSCHNER:  Objection, calls
25      for a narrative response.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   I believe it was an overview of the
 2    major actions by malign foreign actors, like
 3    Russia, China, and terrorist organizations.
 4              Q.   Do you remember what was discussed
 5    about that?
 6              A.   I -- I -- I don't.
 7              Q.   Who was the principal speaker in
 8    this meeting, on your side, or was there?
 9              A.   The -- the GEC side had multiple
10    speakers.  I believe I kicked things off with
11    sort of very general remarks, and then there
12    were -- there were other -- other speakers at
13    the GEC.
14              Q.   Did Alexis Frisbee talk?
15              A.   I don't -- I don't recall whether
16    she had a speaking role.
17              Q.   Who -- who else talked, to your
18    recollection?
19              A.   I -- I don't recall the specifics
20    of the meeting.
21              Q.   Okay.  You don't remember how many
22    people talked?
23              A.   No, I don't.
24              Q.   Do you remember any content about
25    the conversation?
```

**DANIEL KIMMAGE  11/10/2022**

Page 138

```
 1              A.   No, I don't remember the specifics.
 2              Q.   I think if you look back to
 3      paragraph 396, there's a specific reference to
 4      certain topics.
 5              A.   Mm-hmm.
 6              Q.   Election integrity, is that
 7      something that was discussed at this meeting?
 8              MR. KIRSCHNER:  Objection, vague.
 9      BY MR. SAUER:
10              Q.   If you remember.
11              A.   I don't -- I don't recall.
12              Q.   Do you remember anything said at
13      the meeting that would have related to elections
14      in any way?
15              A.   I don't recall.
16              Q.   How about vaccine/COVID
17      misinformation, do you remember anything that
18      would have related to that in a spring 2021
19      meeting with Twitter?
20              A.   I -- I -- I just don't recall the
21      specifics of the meeting.
22              Q.   How about your own statements of
23      the meeting, do you remember anything that you
24      said at this meeting?  I know you said earlier
25      you kicked things off, it sounds like you
```

**DANIEL KIMMAGE 11/10/2022**

Page 139

```
 1        introduced some speakers; did you say anything
 2        else at the meeting?
 3               A.   I don't recall the specifics.  I
 4        would have introduced our team, and talked a bit
 5        about sort of general trends and propaganda and
 6        disinformation, but I don't -- I simply don't
 7        recall the specifics.
 8               Q.   So you don't remember anything
 9        specific about what you personally said in that
10        2021 meeting?
11               A.   No, I don't.  I would have been
12        doing multiple meetings every day.  I just don't
13        recall the specifics.
14               Q.   And you say multiple meetings every
15        day, is that with social media platforms in this
16        timeframe?
17               A.   No, no, it would have just been
18        multiple meetings in my capacity as the acting
19        coordinator.
20               Q.   Did you have a similar meeting to
21        this one, with Facebook or YouTube or any
22        others?
23               A.   I believe we had meetings with
24        either Facebook or Google or both.  I don't
25        remember the specifics, but there were -- I
```

**DANIEL KIMMAGE  11/10/2022**

1  believe there were meetings with Facebook and

2  Google.

3      Q.   Would they be in that same

4  timeframe?

5      A.   They would be in the same period

6  when I was the acting coordinator, yes.

7      Q.   So in the spring 2021 timeframe?

8      A.   Yes.

9      Q.   And I think you testified earlier

10  that you were acting coordinator from February

11  to --

12      A.   June.

13      Q.   -- June?  Okay.

14      And you believe you had at least

15  one meeting with Facebook and Google that was

16  similar to this meeting with Twitter that we

17  have been talking about?

18      MR. KIRSCHNER:  Objection,

19  mischaracterizes testimony.

20      A.   I believe we -- we -- we met with

21  them, yes.

22      MR. SAUER:  Apparently I didn't

23  mischaracterize it.

24      MR. KIRSCHNER:  Those were

25  different statements.  He said something

**DANIEL KIMMAGE  11/10/2022**

Page 141

```
 1     different than what you said.
 2   BY MR. SAUER:
 3          Q.   Did you have a similar meeting with
 4   Facebook and Google, during this timeframe, that
 5   was similar to the meeting you had with Twitter?
 6          A.   I believe so, I don't recall the
 7   specifics of which -- which company we met with.
 8          Q.   So you're not sure whether you met
 9   with Facebook?
10          A.   I believe we did.  I don't -- I
11   don't recall, exactly.  I believe we met with
12   Facebook.
13          Q.   Do you remember who at Facebook you
14   met with or what their roles were?
15          A.   I don't remember the individual.  I
16   believe it was a similar area.  I don't remember
17   what it was called at Facebook.  But it was a
18   similar -- similar to the component at Twitter,
19   the assurance or safety part of Facebook.
20          Q.   Right.  So at Twitter we described
21   it as the trust and safety team --
22          A.   Right.
23          Q.   -- correct?
24          A.   Yes.
25          Q.   And then at Facebook you believe
```

DANIEL KIMMAGE  11/10/2022

1    you met with the analogous component of Facebook

2    in your meeting in 2021; fair to say?

3         A.   Yes, I believe it was the analogous

4    component.

5         Q.   But you don't remember exactly how

6    they described it, but it had similar

7    responsibility to the Twitter trust and safety

8    team; correct?

9         A.   I don't recall how they described

10   it, and I don't know what its internal

11   responsibilities are at Facebook.

12        Q.   Okay.  Okay.  But you believe it

13   was the similar or analogous component to the

14   Twitter trust and safety team; fair to say?

15        A.   I believe so, it may have been

16   public policy, that was another component.

17        Q.   How about Payton Iheme, is that a

18   name you recognize from Facebook?

19        A.   No.

20        Q.   And then you also had -- believe

21   you had a meeting with Google or, slash, YouTube

22   in that same timeframe?

23        A.   I believe so, yes.

24        Q.   And would that have been with the

25   same components, the kind of trust and safety

DANIEL KIMMAGE  11/10/2022

```
 1      type component at YouTube/Google?

 2           A.    I believe it would have been

 3      analogous component, yes.

 4           Q.    Okay.  Do you know how many

 5      representatives came from Facebook to your

 6      meeting?

 7                 MR. KIRSCHNER:  Objection, assumes

 8      evidence not in the record.

 9           A.    No.  A handful.

10           Q.    Okay.  And then on the GEC side,

11      did you have a -- a series of -- or sorry -- did

12      you bring similar people on the GEC side to that

13      Facebook meeting?

14                 MR. KIRSCHNER:  Again, objection,

15      assumes evidence not in the record.

16           A.    Yes, I believe the lineup would

17      have been similar.

18           Q.    Have you taken any steps, since you

19      read this document for the first time, to

20      refresh your recollection about these meetings?

21           A.    No.

22           Q.    Have you reviewed any documents in

23      preparation for your deposition.

24           A.    No.

25           Q.    So you read this, but you didn't go
```

1      check and see, oh, did I have a meeting with

2      Twitter?  You didn't take any steps to refresh

3      your recollection to try and see what was

4      discussed at that meeting?

5              A.   No, I did not.

6              Q.   And you haven't reviewed a single

7      document in preparation for your testimony

8      today?

9              A.   No.  I looked at this when it came

10     out.

11             Q.   How about vaccine COVID

12     misinformation, we talked about that statement

13     in paragraph 396, about election integrity, how

14     about vaccine COVID misinformation, is that

15     something that may have come up in those

16     meetings -- that meeting with Twitter, to start

17     with?

18             A.   Yes.  It's -- it's possible, I -- I

19     don't recall the specifics.

20             Q.   And what kind of vaccine/COVID

21     misinformation might have come up?

22             A.   The Global Engagement Center would

23     be looking at disinformation narratives or

24     campaigns by foreign actors, like Russia, China,

25     on -- on -- on COVID.

**DANIEL KIMMAGE  11/10/2022**

 1          **Q.   And do you remember that coming up**
 2   **in these meetings?**
 3          A.   I don't recall whether it
 4   specifically came up at this meeting.  I simply
 5   don't recall.
 6          **Q.   Do you recall whether there were**
 7   **any e-mails that relate to these meetings,**
 8   **setting them up or having a follow-up or**
 9   **anything like that?**
10          MR. KIRSCHNER:  Objection,
11   speculative.
12          A.   I recall a scheduling invite,
13   that's what I recall.
14          **Q.   For all three of them?**
15          MR. KIRSCHNER:  Objection, assumes
16   evidence not in the record.
17          A.   I -- I recall scheduling, I believe
18   the Twitter and maybe the Facebook meeting,
19   because I had to click on a link for the Zoom
20   part of the meeting.
21          **Q.   Oh, right.  But as far as**
22   **Google/YouTube you're not sure if you had a**
23   **calendar invite?**
24          A.   I -- I -- I just don't recall
25   everything on the calendar.

1           Q.   You inferred, also, to a meeting

2     with Twitter in 2019.  Can you tell me about

3     that meeting?

4           A.   I believe it was in an initial

5     meeting, after they had set up, like, a policy

6     office in -- in -- in D.C., and I don't remember

7     the individual's name, but it was sort of a -- a

8     meet and greet meeting.

9           Q.   Okay.  You personally attended

10    that?

11          A.   Yes.

12          Q.   Were you then acting coordinator or

13    principal deputy coordinator?

14          A.   I don't recall whether I was the

15    acting coordinator or the principal deputy.  I

16    would have been one of those two positions,

17    depending on the date.

18          Q.   Do you know who attended that

19    meeting, other than you?

20          A.   No, I don't.

21          Q.   Do you know who attended that

22    meeting for Twitter?

23          A.   I -- I don't recall the person's

24    name.

25          Q.   Did you have similar meetings in

**DANIEL KIMMAGE  11/10/2022**

1   **that timeframe with any other social media**

2   **platforms?**

3           A.   I don't recall specific meetings.

4   I recall the meeting with -- with Twitter, but I

5   don't -- I don't recall other specific meetings.

6           **Q.   Why does that one stand out in your**

7   **mind?**

8           A.   I just remember that Twitter had a

9   new person in Washington, and they were, I

10  think, sort of making the rounds and introducing

11  themselves.

12          **Q.   Okay.  Turning back to the 2021**

13  **meeting, I think I asked you earlier if you knew**

14  **whether the GEC had initiated that or whether**

15  **Twitter had initiated that, I mean, I've asked**

16  **you a bunch of questions about that, does that**

17  **jog your recollection at all?**

18          A.   I -- I don't know who specifically

19  initiated the -- the request for a meeting.

20          **Q.   Do you know whether there was a**

21  **specific threat that led to the meeting, that**

22  **one side or the other wanted to raise a specific**

23  **issue, and that's what led to the meeting?**

24          A.   No, I don't -- I don't believe it

25  was -- was based on a specific threat.

**DANIEL KIMMAGE 11/10/2022**

1        Q.   And -- and you believe there were

2  multiple speakers on the GEC side discussing

3  different kinds of threats?

4          MR. KIRSCHNER:  Objection, assumes

5  evidence not in the record, mischaracterizes

6  testimony.

7        A.   There were multiple speakers not

8  necessarily addressing threats.  These meetings

9  were not threat-focused, they were more general

10  than that.

11        Q.   What were they focused on?

12        A.   Propaganda narratives disseminated

13  by foreign actors, like Russia and China.

14        Q.   Okay.  And do you remember what

15  narratives were discussed?

16          MR. KIRSCHNER:  Objection, assumes

17  evidence not in the record, mischaracterizes

18  testimony.

19        A.   I -- I don't recall the specific

20  Russian or Chinese campaigns we would have been

21  discussing in the spring of 2021.

22        Q.   Do you believe you were discussing

23  Russian and Chinese disinformation campaigns at

24  that meeting in 2021 with Twitter?

25          MR. KIRSCHNER:  Objection,

**DANIEL KIMMAGE  11/10/2022**

Page 149

```
 1    speculative.
 2            A.   Yes, I -- I believe we would have,
 3    we would have discussed those, yes.
 4            Q.   Would you also have discussed
 5    techniques, like, for example, the techniques
 6    that are discussed in the report that we showed
 7    you earlier on Russian disinformation
 8    techniques?
 9            A.   Yes.
10            Q.   How many -- you said there would be
11    multiple speakers, so to speak, from GEC at the
12    Twitter meeting, how many were there on the GEC
13    side?
14            MR. KIRSCHNER:  Objection,
15    speculative.
16            A.   I believe I answered this, between
17    five and ten.
18            Q.   Oh, yes, I think you did.  You said
19    there were five attendees?
20            A.   On the GEC side.
21            Q.   Right.  Right.  Did everybody talk?
22    Like, did everybody give a little presentation?
23    Was there three of them?  That's my question.
24            A.   I don't know whether everybody
25    talked.  I know that two or three definitely
```

**DANIEL KIMMAGE  11/10/2022**

Page 150

1    would have talked.

2              MR. KIRSCHNER:  Counsel, we've been

3    going for about fifteen minutes when you said

4    five minutes.  So I do want to wrap up this line

5    of questioning and then take a break, but I --

6    how much longer do you have?

7              MR. SAUER:  Why don't we take a

8    break now, and then we can decide over lunch

9    whether we've wrapped up the line of

10   questioning.

11             For the record, I did not say five

12   minutes.  I said I didn't know how long it would

13   go.

14             So I'm fine taking a break.  We're

15   at a lunch time.

16             MR. KIRSCHNER:  Just let's call it

17   1:30 to get actually started.

18             MR. SAUER:  I would rather start at

19   1:15.  I don't want to -- I do want to

20   accommodate the --

21             THE VIDEOGRAPHER:  Want to go off

22   the record?

23             MR. SAUER:  Go ahead.  Are we off

24   the record?

25             THE VIDEOGRAPHER:  The time is

**DANIEL KIMMAGE  11/10/2022**

Page 151

```
 1    12:23 p.m.  We're off the record.

 2              (Recess.)

 3              THE VIDEOGRAPHER:  The time is 1:33

 4    p.m.  We're back on the record.  Please proceed.

 5              MR. KIRSCHNER:  I'd like to just

 6    ask a couple quick clarifying questions for

 7    Mr. Kimmage.

 8              MR. SAUER:  Okay.

 9              EXAMINATION

10  BY MR. KIRSCHNER:

11          Q.   So Mr. Kimmage, do you remember

12    when counsel asked you if you looked at any

13    documents to refresh your recollection in

14    preparation for this deposition?

15          A.   Yes.

16          Q.   I just wanted to ask:  Do you, upon

17    further memory, remember looking at any

18    documents in preparation of this deposition?

19          A.   Yes.

20          Q.   And do you know -- do you remember

21    what those documents were?

22          A.   I believe they were court

23    documents.

24              MR. KIRSCHNER:  Okay.

25    ///
```

**DANIEL KIMMAGE  11/10/2022**

Page 152

```
 1                        EXAMINATION
 2    BY MR. SAUER:
 3             Q.    What documents did you review?
 4             A.    The amended complaint, I believe.
 5             Q.    Anything else?
 6             A.    Court -- some other court document,
 7    I don't remember precisely which.
 8             Q.    What did you read in them?
 9             A.    Versions of the same charges that
10    are here.
11                  MR. SAUER:  Can we have K?
12    BY MR. SAUER:
13             Q.    Did you read a motion for a
14    preliminary injunction?
15             A.    I don't recall, exactly.
16             Q.    Did you read a joint statement on
17    depositions?
18             A.    I don't recall.
19             Q.    Did you read anything other than
20    court documents that are publicly filed in
21    preparation for your testimony today?
22             A.    No, I didn't read anything else in
23    preparation for the testimony.
24                  MR. SAUER:  I think you're being
25    handed what's going to be marked Exhibit 8.
```

DANIEL KIMMAGE  11/10/2022

```
 1                    (Exhibit No. 8 was marked for

 2      identification.)

 3                    MR. KIRSCHNER:  Oh, I have it.

 4      BY MR. SAUER:

 5            Q.   Do you recognize this document?

 6            A.   Yes.

 7            Q.   So is this from the website of the

 8      Technology Engagement Team within GEC?

 9            A.   It -- it -- yes, it looks like it.

10            Q.   Or it's a description of the

11      Technology Engagement Team online?

12            A.   Mm-hmm.

13            Q.   Here on the third page there is a

14      paragraph there on Silicon Valley engagement;

15      correct?

16            A.   Mm-hmm.  Yes.

17            Q.   And it states that in December 2019

18      GEC/TET established a Silicon Valley location;

19      correct?

20            A.   Yes.

21            Q.   Are you familiar with that

22      location?

23            A.   Yes, I believe it was an

24      individual.

25            Q.   Is that a location related to just
```

**DANIEL KIMMAGE  11/10/2022**

Page 154

1     one person?

2              A.    Yes.

3              Q.    Who's that person?

4              A.    I believe it was Sam, I can't

5     remember the last name.

6              Q.    Stewart?

7              A.    Stewart, yes.

8              Q.    So earlier when you testified that

9     you thought he worked in D.C. is it possible

10    that that was incorrect?

11             A.    He did work in D.C., and then for

12    some portion of that he was also in California,

13    I believe.

14             Q.    How long was there a Silicon Valley

15    location?

16             A.    I don't -- I don't recall how long

17    he was actually physically located in Silicon

18    Valley.

19             Q.    Is it -- is someone still there

20    today?

21             A.    I don't believe so, no.

22             Q.    And this is on your website now;

23    fair to say?

24             A.    I haven't reviewed it.  I'm not

25    aware.

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.    Do you know how long that Silicon
 2     Valley location, consisting of one person, was
 3     in operation?
 4              A.    No, I don't recall.
 5              Q.    And the purpose of the Silicon
 6     Valley location, according to your website, is
 7     to facilitate public/private coordination and
 8     broker constructive engagements between the US
 9     government and the tech sector, as well as
10     academia and research; correct?
11              A.    Yes, that's correct.
12              Q.    And the tech sector there, is that
13     a reference, in whole or in part, to social
14     media platforms?
15              MR. KIRSCHNER:   Objection,
16     speculative.
17     BY MR. SAUER:
18              Q.    If you know.
19              A.    It would include potentially social
20     media companies, among other -- other -- other
21     tech-related things out there.
22              Q.    Does your Silicon Valley engagement
23     person talk to social media platforms?
24              MR. KIRSCHNER:   Objection,
25     speculative, assumes evidence not in the record.
```

DANIEL KIMMAGE  11/10/2022

Page 156

```
 1    BY MR. SAUER:
 2              Q.    If you know.
 3              A.    Yes.
 4              Q.    What -- what -- what kinds of
 5    conversations did they have or what kind of
 6    engagement did they conduct?
 7              A.    Primarily information sharing.
 8              Q.    What kind of information?
 9              A.    Information sharing related to the
10    Global Engagement Center's mission to counter
11    foreign propaganda and disinformation.
12              Q.    And that next sentence there says:
13    The goal is to increase collaboration that
14    results in identifying, exposing, and defending
15    against foreign adversarial propaganda and
16    disinformation; correct?
17              A.    Yes, that's what it says.
18              Q.    What's involved in defending a --
19    collaborating with social media platforms to
20    defend against disinformation?
21              A.    Primarily exchanging information to
22    deepen their understanding of the actions of
23    foreign propaganda and disinformation actors.
24              Q.    I'm sorry, say that again.  I
25    apologize.
```

DANIEL KIMMAGE  11/10/2022

```
 1                A.    Sure.   Primarily deepening their
 2      understanding of the actions, the tools,
 3      techniques of foreign propaganda and
 4      disinformation actors.
 5                Q.    So mostly it's GEC educating the
 6      tech companies on those tools and methods?
 7                A.    Not necessarily, I can't
 8      characterize what the balance is --
 9                Q.    Okay.
10                A.    -- in the engagements.
11                Q.    But the purpose, from your
12      perspective, is to educate them on tools and
13      methods of dissemination of foreign propaganda
14      and disinformation?
15                      MR. KIRSCHNER:   Objection,
16      mischaracterizes testimony.
17      BY MR. SAUER:
18                Q.    Is that fair to say?
19                A.    Not necessarily.  That would be the
20      primary focus, from the GEC side, but they may
21      also educate us based on what they are seeing.
22      It's -- I can't characterize the exact breakdown
23      of the information sharing.
24                Q.    It's a two-way street, then?
25                A.    Potentially, yes.
```

**DANIEL KIMMAGE 11/10/2022**

1      **Q.   Why do you want them educated, them**
2  **being social media platforms?  Why do you want**
3  **them to be educated on tools and methods for the**
4  **propagation of foreign disinformation?**
5      A.   We want them to understand how
6  foreign propaganda and disinformation actors are
7  trying to exploit the platforms to disseminate
8  propaganda and disinformation.
9      **Q.   Why do you want them to understand**
10  **that?**
11      A.   We want them to understand it
12  because they are the ones who are the owners of
13  the platforms.
14      **Q.   Okay.  So why do you want the**
15  **owners of the platforms to understand that?**
16      A.   Because it's part of the Global
17  Engagement Center's mission to increase overall
18  awareness of propaganda and disinformation by
19  malign actors.
20      **Q.   If they are aware of those foreign**
21  **malign tools and methods, are they more likely,**
22  **on your view, to take their own defensive**
23  **actions against them?**
24          MR. KIRSCHNER:  Objection,
25  speculative.

**DANIEL KIMMAGE  11/10/2022**

Page 159

1          A.   I -- I can't speculate about the
2     actions that the social media companies may or
3     may not take.  We would not ask them to do
4     anything.  Our -- the extent of our engagement
5     would be to share insights, but not to ask them
6     to do something.
7          **Q.   Has the GEC ever asked a social**
8     **media platform to do something with respect to**
9     **content, other than the 2018 threat you**
10    **described this morning?**
11               MR. KIRSCHNER:  Objection,
12    hypothetical, hypothetical, assumes facts not in
13    evidence.
14          A.   Not that I'm aware of.
15               MR. SAUER:  Can I have L?
16               You're going to be handed a
17    document we're -- I think we're going to call
18    Exhibit 9.
19               (Exhibit No. 9 was marked for
20    identification.)
21    BY MR. SAUER:
22          **Q.   Do you see this document?**
23          A.   I do.
24          **Q.   And this is a collection of e-mails**
25    **we received from the government -- I'm sorry --**

DANIEL KIMMAGE  11/10/2022

1     we received from the social media platform

2     LinkedIn, that include Samaruddin K. Stewart; do

3     you see that?

4            A.    I do.

5            Q.    Okay.  Do you know -- do you know

6     whether Mr. Stewart was reaching out to social

7     media platforms to schedule meetings?

8            A.    I believe he was.

9            Q.    And was he scheduling meetings with

10    just LinkedIn or other meetings?  I mean, sorry,

11    other social media platforms?

12           A.    I believe it would be others, as

13    well.

14           Q.    Do you know which others he did

15    this with?

16           A.    No, I don't recall the -- the list.

17           Q.    Do you know if he met with Twitter?

18           A.    I -- I don't know, no.

19           Q.    Do you know if he met with

20    Facebook?

21           A.    I don't know his meeting schedule,

22    no.

23           Q.    Okay.  You don't know, same

24    question as to other social media platforms,

25    your answer is you don't know any of them?

1             A.    Not that I don't know them.  I

2     simply I don't know what his meeting schedule

3     was, I wouldn't have kept track of his schedule.

4             **Q.    Were you generally aware that he**

5     **was setting up meetings with multiple social**

6     **media platforms?**

7             A.    Yes.

8             **Q.    Did he do that at your direction?**

9             A.    He did that as part of his job to

10     facilitate engagement.

11            **Q.    And was he on the TET?**

12            A.    I believe so, yes.

13            **Q.    And I believe -- turn back that**

14     **last exhibit -- was he basically the Silicon**

15     **Valley location that was talked about on your**

16     **website?**

17            A.    Yes, I believe so.

18            **Q.    On the second page of this**

19     **document, the one bearing Bates page 10342 --**

20     **high level, did you participate in any of the**

21     **meetings that Mr. Stewart set up with social**

22     **media platforms?**

23            A.    I believe, yeah, I participated in

24     meetings.  I don't know if he was the one who

25     set them up.  I don't know the full, like, all

DANIEL KIMMAGE  11/10/2022

Page 162

1    the mechanics.

2         Q.   Okay.  Do you know who participated

3    in his meetings, other than himself?

4         A.   No.

5         Q.   Okay.  Looking at this, this second

6    page, the one at the top, February 5th, 2020, he

7    initially reached out to Paul Rockwell at

8    LinkedIn; correct?  Do you see that in the

9    middle of the page?

10        A.   Yes, I see that.

11        Q.   Do you know who Paul Rockwell is?

12        A.   No.

13        Q.   Would it surprise you if he's the

14   vice president and head of trust and safety for

15   LinkedIn?

16        A.   No.  I don't know his position.

17        Q.   Okay.  Was -- I know you testified

18   earlier that your Twitter meeting in 2021 dealt

19   with their trust and safety team; correct?

20        A.   Right.

21        Q.   And then your analogous meetings

22   you had with Facebook and possibly Google, in

23   the same timeframe, were also are the trust and

24   safety teams or their equivalents at those other

25   entities; correct?

DANIEL KIMMAGE  11/10/2022

Page 163

```
 1              A.   Yes.
 2              Q.   Was Mr. Stewart told to reach out
 3    to the trust and safety team at LinkedIn?
 4              A.   I don't believe we instructed him
 5    or I didn't instruct him on which individuals or
 6    teams to contact.
 7              Q.   Okay.  And he, in this e-mail in
 8    February of 2020, reaches out to Paul Rockwell
 9    and says he's a senior advisor for the GEC
10    working out of Silicon Valley; correct?
11              A.   Yes, I see that.
12              Q.   So that corroborates your
13    understanding that he's in the Silicon Valley
14    location, so to speak; correct?
15              A.   Yes.
16              Q.   And he says that he's in -- his
17    agency's got interest in countering
18    disinformation in foreign state and non-state
19    propaganda; right?
20              A.   That's what the e-mail says.
21              Q.   Yeah, what's non-state propaganda?
22              A.   That would be a terrorist
23    organization, for example.
24              Q.   Got you.  Okay.
25                   And he links in the GEC's website;
```

DANIEL KIMMAGE  11/10/2022

```
 1    correct?

 2         A.   Yes.

 3         Q.   He talks about, let's explore

 4    shared interest and alignment of mutual goals

 5    regarding the challenge; do you know what he's

 6    talking about there?

 7              MR. KIRSCHNER:  I apologize, where

 8    are you reading from?

 9              MR. SAUER:  Next paragraph down in

10    his e-mail, so it's the very last paragraph on

11    this page.

12    BY MR. SAUER:

13         Q.   Your time permitting, I'd like to

14    schedule a meeting to discuss -- or a phone call

15    to discuss, to explore shared interests and

16    alignment of mutual goals regarding the

17    challenge; right?

18         A.   Mm-hmm.

19         Q.   What's he -- what are these shared

20    interests and alignment of mutual goals?

21              MR. KIRSCHNER:  Objection,

22    speculative.

23    BY MR. SAUER:

24         Q.   If you know.

25         A.   Shared interests regarding
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    countering disinformation in foreign state and
 2    non-state propaganda.
 3            Q.   And what are your mutual goals with
 4    the social media companies on that front?
 5            MR. KIRSCHNER:  Again, objection,
 6    speculative.
 7            A.   As I stated, sharing our
 8    understanding of the tools, techniques, and
 9    campaigns of these foreign propaganda and
10    disinformation actors.
11            Q.   Is it a goal of the GEC that those
12    foreign disinformation not spread in the United
13    States on social media; is that a goal of the
14    GEC?
15            A.   The GEC's goals are not related to
16    this space within the United States.  The GEC is
17    looking at foreign propaganda and
18    disinformation.
19            Q.   The GEC is not interested in the
20    propagation of disinformation in the United
21    States; correct?
22            A.   The GEC is focused on the
23    campaigns, the actions, the tools and techniques
24    of foreign propaganda and disinformation actors,
25    like Russia and China.
```

DANIEL KIMMAGE  11/10/2022

```
 1                   Q.   If you go to the top of this page,
 2      there's some other LinkedIn people on this
 3      e-mail, Patrick Corrigan; do you see that?
 4                   A.   Yes.
 5                   Q.   Do you know who he is?
 6                   A.   No.
 7                   Q.   Would it surprise you if he's the
 8      vice president for legal and digital safety?
 9                   A.   Okay.
10                   Q.   Yeah, and then Nicole Isaac, is she
11      a trust strategist at LinkedIn?
12                   A.   I don't know her -- her job title.
13                   Q.   But it seems like the people at
14      LinkedIn are all members of the trust and safety
15      team, would that be consistent with -- if I may
16      finish the question -- would that be consistent
17      with other meetings that you talked about, where
18      you were meeting with people on their trust and
19      safety teams from these entities?
20                   MR. KIRSCHNER:  Objection,
21      speculative, and then compound.
22                   A.   Yes.
23                   Q.   If you flip to the next page, page
24      343, there's a reference to him setting up a
25      face-to-face meeting in February or March?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   Okay.
 2              Q.   Do you know if that meeting
 3      occurred?
 4              A.   I don't.
 5              Q.   Was it -- was it his common
 6      practice to have oral face-to-face meetings
 7      instead of, you know, kind of written exchanges
 8      with -- with the social media platforms?
 9                   MR. KIRSCHNER:  Objection, calls
10      for speculation.
11      BY MR. SAUER:
12              Q.   If you know.
13              A.   I don't know how, exactly, he
14      conducted his engagement.
15              Q.   Turning a couple pages back to page
16      345, Bates page 345, a woman called Diana Patel
17      agrees to the meeting with him on the LinkedIn
18      side; right?
19                   MR. KIRSCHNER:  Objection, lack of
20      foundation.
21      BY MR. SAUER:
22              Q.   If you look there at the top level
23      e-mail on the chain, the top of the page:  Hi
24      Sam --
25              A.   Okay.
```

1          Q.    -- thanks for reaching out; do you
2    see that?
3          A.    Yes, I do.
4          Q.    And he was responded to by Diana
5    Patel; correct?
6          A.    Yes.
7          Q.    What her title, according to the
8    e-mail?
9          A.    Head of threat prevention.
10         Q.    And under that?
11         A.    Trust and safety.
12         Q.    So she was the head of threat
13   prevention for the trust and safety team at
14   LinkedIn?
15              MR. KIRSCHNER:  Objection,
16   speculative.
17         A.    Yes, according to the e-mail.
18         Q.    Okay.  Can you flip ahead to the
19   page marked 351?
20         A.    Mm-hmm.
21         Q.    And this is a follow-up e-mail in
22   March that Mr. Stewart sent to the LinkedIn
23   trust and safety team after he had the oral
24   meeting; correct?
25              He says:  Hello, Diana, it was nice

DANIEL KIMMAGE  11/10/2022

Page 169

```
 1      meeting you and your colleagues recently, at the
 2      beginning of the e-mail; correct?
 3                  MR. KIRSCHNER:  Objection,
 4      speculative, lack of foundation.
 5           A.   Yes.
 6           Q.   And he discussed about being happy
 7      to continue the engagement with them; is that
 8      right?
 9                  MR. KIRSCHNER:  Again, objection,
10      speculative, lack of foundation.
11           A.   Where does it say that?
12           Q.   Second sentence of the second
13      paragraph, as mentioned, the GEC has begun
14      sharing information, when appropriate, with
15      companies in the technology industry, and I
16      would be happy to continue the engagement with
17      you; correct?
18           A.   Yes.
19           Q.   Lower down he gives some links and
20      he links to something called the disinfo-cloud.
21      What's the disinfo-cloud?
22           A.   It was an information sharing
23      platform for -- on tools to counter propaganda
24      and disinformation.
25           Q.   What sort of tools were discussed
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      on that, are these computer programs or, you

 2      know, what kind of tools are we talking about,

 3      hammers and chisels?

 4           A.   No, I believe they were sort of

 5      computer analytic tools.

 6           Q.   What kind of tools?

 7           A.   I -- I wasn't an active user of the

 8      platform, but as I understand it, they were sort

 9      of analytical tools.

10           Q.   Just help me, as someone who's not

11      super tech savvy, what is an analytical tool?

12           A.   Sure.

13           Q.   I just don't understand what it

14      means.

15           A.   An analytical tool would help -- a

16      tool that could identify coordinated inauthentic

17      activity on a social media platform by a foreign

18      disinformation actor.

19           Q.   So did you say it could coordinate

20      inauthentic activity?

21           A.   No.  No.

22           Q.   Okay.

23           A.   I said:  A tool that could identify

24      coordinated inauthentic activity by a foreign

25      propaganda and disinformation actor, like China
```

1    or Russia.

2         **Q.   Yeah, what's coordinated**

3    **inauthentic activity, is that, like, bots?**

4         A.   Yeah, it's -- it's -- it's -- it's

5    fake activity that is being coordinated for a

6    purpose.

7         **Q.   And I think some of your materials**

8    **talk about how you -- they would create fake**

9    **accounts of people who don't exist and give**

10   **them, you know, real looking pictures; is that**

11   **another example of coordinated fake activity?**

12        A.   It could be, you'd need to look at

13   the specifics more.

14        **Q.   Okay.  What -- what do the tools do**

15   **to -- to identify coordinated specific activity?**

16        A.   I'm not a software expert.  I don't

17   know how they work internally.

18        **Q.   Who was posting on that website or**

19   **is it a website or what is it, exactly?**

20        A.   It's a website.  It's a -- it's a

21   platform that, as I understand, you can log into

22   and see examples of tools.

23        **Q.   Okay.  And who -- who can log into**

24   **it, is it open to the public or is it only for**

25   **social media platforms or how does it work?**

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   I believe it was for US government
 2     tool developers and I believe some researchers,
 3     and it would be not anyone, but you would have
 4     to, I think, send in a request and then be
 5     approved for -- for -- for access.
 6              Q.   It was -- was it a -- a GEC
 7     initiative?
 8              A.   I believe so, yes.  Yes.
 9              Q.   And was it funded by GEC?
10              A.   I believe so, yes.
11              Q.   Do you know who participated in it,
12     who had access to the platform?
13              A.   I don't have the full list of all
14     the participants.
15              Q.   What kinds of participants?  I
16     think you mentioned earlier there would be tech
17     platforms could do that?
18              MR. KIRSCHNER:  Objection,
19     mischaracterizing testimony.
20              A.   It was, I believe, tool developers,
21     government agencies, and I believe researchers.
22     I don't have the full -- full list.
23              Q.   And it got discontinued; correct or
24     is it still up and running?
25              A.   I -- I don't recall.  I believe it
```

**DANIEL KIMMAGE  11/10/2022**

Page 173

```
 1    was up and running when I left for -- for

 2    training.

 3              Q.    Left for?

 4              A.    For training in National Defense

 5    University.

 6              Q.    Okay.  So you were being trained at

 7    National Defense?  I thought you were teaching,

 8    but you were --

 9              A.    No, no, no, I was in a master's

10    program there.

11              Q.    Oh, congratulations.

12              Okay.  Whose team ran the

13    disinfo-cloud or runs it, I guess, if we don't

14    know if it's still up and running.

15              A.    The Technology Engagement Team.

16              Q.    That's the TET?

17              A.    Yes.

18              Q.    Can you flip ahead to the last page

19    of the document, 406?

20              A.    Mm-hmm.

21              Q.    And there is a calendar invite here

22    between Mr. Stewart and a series of recipients

23    on the LinkedIn side; do you see that?

24              A.    Yes.

25              Q.    And the subject of the meeting is:
```

**DANIEL KIMMAGE  11/10/2022**

1      LinkedIn and GEC countering disinformation and

2      propaganda; correct?

3           A.   Yes.

4           Q.   And it looks like the participants

5      in the LinkedIn side are Patrick Corrigan;

6      correct?

7           A.   Yes.

8           Q.   And is he the VP of legal and

9      digital strategy for LinkedIn?

10               MR. KIRSCHNER:  Objection, lack of

11      foundation, speculative.

12   BY MR. SAUER:

13           Q.   If you know.

14           A.   I don't know his position.

15           Q.   And then Paul Rockwell, the vice

16      president of trust and safety, is on there?

17               MR. KIRSCHNER:  Objection, same,

18      speculative, lack of foundation.

19   BY MR. SAUER:

20           Q.   On the line below, if you know?

21           A.   Yes, I see the name.

22           Q.   Ousman Jobe; do you know who that

23      is?

24           A.   No, I do not.

25           Q.   Nicole Tarasoff, directly below?

**DANIEL KIMMAGE  11/10/2022**

```
 1            A.   What's the question?

 2            Q.   Oh, do you see her name there?

 3            A.   Yes.

 4            Q.   Do you know if she's the director

 5    of content policy at LinkedIn?

 6            A.   I don't know her position.

 7            Q.   And then there's a bunch of people

 8    with state e-mails on this; do you see them

 9    there?

10            A.   Yes.

11            Q.   Without reading their names into

12    the record, do you know who they are?

13            A.   I recognize one, two, three of the

14    names.

15            Q.   What are their roles in -- in --

16    within state or within GEC?

17            A.   As of the date of this e-mail, I

18    was already in National Defense University, so I

19    don't know exactly what their roles were at that

20    time.

21            Q.   What are -- what roles did you

22    understand them to have at some time?

23            A.   I believe one was on the China

24    team.

25            Q.   Which one is that, in terms of
```

**DANIEL KIMMAGE  11/10/2022**

Page 176

```
 1      order?  I see one --
 2              A.   I believe it's the first name.
 3              Q.   Okay.  I got you.
 4              A.   And one, I believe, was on the
 5      Russia team.
 6              Q.   Uh-h8h, and which one is that in
 7      the order?
 8              A.   It is the penultimate name.
 9              Q.   Okay.  And do you recognize the
10      other ones?
11              A.   I recognize the second name.
12              Q.   What's the role of that person?
13              A.   I don't recall the precise role.
14              Q.   Okay.  Do you know what this
15      meeting is about on July 29th, 2021?
16              A.   No.
17              Q.   Do you have any -- any reason to
18      think there would be a counter -- countering
19      disinformation meeting on July 29th of 2021?
20                   MR. KIRSCHNER:  Objection.
21      BY MR. SAUER:
22              Q.   And any specific topic that might
23      have come up in that timeframe, anything like
24      that?
25                   MR. KIRSCHNER:  Objection,
```

**DANIEL KIMMAGE  11/10/2022**

Page 177

```
 1    speculative.
 2            A.    I was no longer involved in the
 3    day-to-day operations of the Global Engagement
 4    Center in -- on July 29th, 2021.
 5                 MR. SAUER:  Can I have M?
 6                 And so we're handing you what's
 7    been marked as Exhibit 10.
 8                 (Exhibit No. 10 was marked for
 9    identification.)
10    BY MR. SAUER:
11            Q.    Do you recognize these e-mails, at
12    all, e-mails between people at the State
13    Department and CISA regarding a program for
14    African CSIRTs?
15            A.    And what do you mean by recognize?
16            Q.    Well, have you seen them before?
17            A.    I don't -- I don't believe so.  I
18    don't think I was on these e-mails.
19            Q.    What's a CSIRT?
20            A.    I -- a CSIRT?
21            Q.    Do you know what that stands for?
22                 If you look at the very first page,
23    in the very first paragraph:  We're looking
24    forward to having you speak at the workshop on
25    disinformation and misinformation --
```

**DANIEL KIMMAGE  11/10/2022**

Page 178

```
 1              A.    I'm --
 2              Q.    -- for African CSIRTs next Tuesday.
 3              A.    No.  There are a lot of acronyms in
 4     government.  I don't actually recognize this one
 5     off the top of my head.
 6              Q.    Computer security incident response
 7     team, is that a -- is that what it stands for,
 8     do you think?
 9                    MR. KIRSCHNER:  Objection,
10     speculative.
11     BY MR. SAUER:
12              Q.    If you know.
13              A.    It sounds plausible.
14              Q.    And then the other people, on the
15     state side, participating here, are they members
16     of the GEC, do you know?  If you look at that
17     name at the very top, who's sending this e-mail,
18     kind of organizing the conference, is that a GEC
19     person?
20                    MR. KIRSCHNER:  Objection, assuming
21     evidence not in the record.
22              A.    I -- I don't recognize the person
23     who it's from.
24              Q.    How about down there in the -- down
25     there in the cc line, second line, far right, I
```

**DANIEL KIMMAGE  11/10/2022**

Page 179

```
 1      see Samaruddin K. Stewart?

 2             A.   Yes.

 3             Q.   Yeah, at that time he was still a

 4      GEC person; fair to say?

 5             A.   Yes.  Yes.

 6             Q.   Is he gone now?

 7             A.   I believe so, yes.

 8             Q.   Okay.  And then directly below him,

 9      there's another state person; is that a person

10      associated with GEC?

11             A.   I -- I don't know.

12             Q.   Were you familiar with this or do

13      you recall this particular program?

14             A.   I -- I don't recall this particular

15      program.

16             Q.   And I guess that we've been talking

17      about in May of 2021, were you at GEC then or

18      were you at National Defense University?

19             A.   I was still at GEC in May.

20             Q.   Okay.  Third page of this --

21             A.   Mm-hmm.

22             Q.   -- if you go to the bottom of the

23      page, it's the one marked 12/1/96; do you see

24      that?

25             A.   Yes.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   There's a personnel state there who
 2     I think was the original sender on the first
 3     page; is that a name -- I take it that's a name
 4     you do not recognize?
 5              A.   No, I don't.
 6              Q.   So you do not know if she's
 7     associated with GEC?
 8              MR. KIRSCHNER:  Objection, asked
 9     and answered.
10              A.   No.
11              Q.   And --
12              MR. KIRSCHNER:  Clarify the record,
13     he's saying -- just -- because he said no on
14     that question is he does not know, not that
15     the -- the person is not -- I just thought for
16     all our purposes it was a little bit of --
17     BY MR. SAUER:
18              Q.   Do you know whether that person is
19     associated with the GEC?
20              A.   I do not know whether that person
21     is associated with the GEC.
22              Q.   Just looking at what she wrote
23     here, on May 10th:  Hello all, one more set of
24     answers from participants, these in response to
25     the question:  What topics do you hope the
```

**DANIEL KIMMAGE  11/10/2022**

Page 181

```
1      workshop will cover; correct?
2           A.    Okay.
3           Q.    And if you go down to the bottom
4      bullet point on this page, if you go to the top
5      one it's about how to combat mis- and
6      disinformation; correct?
7           A.    Yes, that's WHAT it says.
8           Q.    And how to mitigate it once viral;
9      correct?
10          A.    Yes.
11          Q.    Bottom -- bottom bullet point,
12     there, says:  Slow response to incidences
13     escalated to service providers; right?
14          A.    That's what it says.
15          Q.    So that's an expression of concern
16     that the service providers aren't responding
17     when people are raising concerns about content
18     on their platforms?
19               MR. KIRSCHNER:  Objection,
20     speculative.
21     BY MR. SAUER:
22          Q.    Is that what it seems to say?
23          A.    I don't see a reference to content.
24          Q.    So what incidences might be
25     escalated to service providers that don't relate
```

DANIEL KIMMAGE  11/10/2022

1      to content on their platforms?

2               MR. KIRSCHNER:  Objection,

3      hypothetical and speculative.

4   BY MR. SAUER:

5               Q.   You may answer.

6               A.   Slow connectivity, malfunctions on

7      the platform, any number of things.  I don't see

8      any reference to specify what type of incidents,

9      here.

10              Q.   Okay.  Can you turn to the next

11     page?

12              There's a reference there at the

13     top bullet point to fact checking techniques and

14     how to identify disinformation and

15     misinformation; correct?

16              A.   Yes.

17              Q.   Does GEC work with any

18     fact-checking organizations?

19              A.   Yes, I believe it does.

20              Q.   What -- what does it do?  What sort

21     of work does it do with fact-checking

22     organizations?

23              A.   I believe the GEC has supported

24     fact-checking organizations outside of the

25     United States.

**DANIEL KIMMAGE  11/10/2022**

1            Q.    Has the GEC ever supported

2     fact-checking organizations inside the United

3     States?

4            A.    I don't believe so.

5            Q.    Has the GEC ever worked with

6     fact-checking organizations that are used as

7     fact-checkers by social media platforms, like

8     Twitter, Facebook, Google and so forth?

9                  MR. KIRSCHNER:  Objection, vague.

10           A.    What do you mean by used by?

11           Q.    Well, do the social media platforms

12    consult with the fact checkers on their own?

13                 MR. KIRSCHNER:  Objection,

14    speculative.

15           A.    I don't know what the social media

16    companies do with fact-checkers.

17           Q.    What fact-checkers do you work

18    with?

19           A.    I believe the Pointer Institute is

20    the only one I recall.  I don't recall the --

21    the specific organizations.

22           Q.    Where is that?  Where is that

23    located?

24           A.    I don't recall.

25           Q.    Is that a foreign or domestic

**DANIEL KIMMAGE  11/10/2022**

1     fact-checking organization?

2          A.    I don't -- I don't recall.  I don't

3     recall anything beyond the name.

4          Q.    Okay.  How do you remember that?

5     In what connection do you remember that name?

6          A.    I remember it coming up in either a

7     meeting or a document.  I don't remember the

8     specific context.

9          Q.    Do you remember how GEC works with

10    them?

11         A.    No, I don't remember the specifics.

12         Q.    Do you have any understanding of

13    how GEC works with fact-checking organizations,

14    in general?

15         A.    I believe it would be identifying

16    an organization that works in a location where a

17    foreign propaganda disinformation actor, like

18    Russia or China, would be active and supporting

19    them in some fashion.

20         Q.    What kind of fashion?

21         A.    Support could range from a grant or

22    a financial support to information sharing or

23    training in tools and techniques.

24         Q.    Okay.  So information sharing,

25    would that be identifying narratives and things

DANIEL KIMMAGE  11/10/2022

```
 1      like that, that they should be aware of?
 2            A.   I -- I don't know what the
 3      specific, you know, information sharing would
 4      be.
 5            Q.   So you don't know what kind of
 6      information would be shared between GEC and
 7      international fact-checking organizations or any
 8      fact-checking organization; fair to say?
 9            A.   No.  I wasn't involved in the
10      direct back and forth, so I can't speak to
11      the -- to the specifics.
12            Q.   Who was involved on GEC's side, by
13      title?
14            A.   I don't know.
15            Q.   Do you know what team would have
16      engaged -- engages with fact-checking
17      organizations?
18            A.   It would have been one of the three
19      nation-state focus teams, so probably the
20      Russian, China, or Iran team.
21            Q.   Next bullet point down, second one
22      on the page:  Proven techniques to take down
23      these articles.  Does that, in the effectiveness
24      of fake news checkers, right, so the topics
25      being raised by this State Department person for
```

DANIEL KIMMAGE  11/10/2022

```
 1      discussion from, I take it, the CSIRT

 2      participants about how to take down these

 3      articles relating to misinformation and

 4      disinformation; correct?

 5                  MR. KIRSCHNER:  Objection,

 6      mischaracterizes.  Well, lack of foundation and

 7      assumes evidence not in the record and

 8      mischaracterizes document.

 9   BY MR. SAUER:

10           Q.    Is that what it says?

11           A.    Yes, that's what it says.

12           Q.    Okay.  And does GEC -- you talk a

13      lot about tools and techniques, does GEC have

14      information about how to take down -- techniques

15      to take down these articles?

16           A.    No, not generally, the GEC doesn't

17      flag and take things down.

18           Q.    Do you know what this state

19      official is referring to when she talks about

20      proven techniques to take down these articles?

21           A.    No.

22                  MR. KIRSCHNER:  Objection,

23      speculative.

24           A.    No, I don't -- I don't see the

25      context.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1            Q.   Okay.  Lower on down there,
 2     international takedown requests, three bullet
 3     points down; correct?
 4            A.   Yes, I see that.
 5            Q.   Do you know what that refers to?
 6            A.   I don't see the additional -- any
 7     additional context here.
 8            Q.   So you don't know what -- are
 9     you -- are you aware of there being
10     international -- international takedown requests
11     presented to social media platforms?
12            A.   I'm aware that international
13     governments would sometimes reach out with
14     requests.  I know that it's an issue.  It's not
15     one that generally involve the GEC.
16            Q.   What are -- what are international
17     governments?
18            A.   Government of any other country.
19            Q.   Okay.  So a government of a foreign
20     country?
21            A.   A foreign government might reach
22     out to a social media company.
23            Q.   And ask them to take something
24     down?
25            A.   Yes.
```

 1             Q.   But you're saying GEC doesn't do
 2     that?
 3             A.   No.  No.  That's what I believe
 4     this refers to, international takedown requests.
 5     So a request from a foreign government to a
 6     social media company to -- to remove something.
 7                  MR. SAUER:  Can you give me N?
 8                  I think this is going to be Exhibit
 9     11 that you're being handed.
10                  (Exhibit No. 11 was marked for
11     identification.)
12     BY MR. SAUER:
13             Q.   Do you have Exhibit 11 in front of
14     you?
15             A.   I do.
16             Q.   And this is an e-mail chain or
17     actually it's against multiple e-mail chains,
18     involving CISA and the GEC, from 2020; correct?
19             A.   Yes.
20             Q.   Okay.  The bottom of the first
21     page, you see there's an e-mail from a state
22     official called Alex Dempsey; do you see that?
23             A.   I do.
24             Q.   Who's Alex Dempsey?
25             A.   I believe he's on the I2C2 team, so

DANIEL KIMMAGE  11/10/2022

1    the interagency coordination cell.

2              Q.   So he's a GEC official?  Sorry --

3              A.   Yes, yes, I believe he's a member

4    of the GEC.

5              Q.   And if you flip to the second page,

6    it looks like he has flagged a, quote, disinfo

7    campaign on YouTube targeting a DS officer;

8    what's a DS officer, do you know?

9              A.   I believe it would be diplomatic

10   security.

11             Q.   What's a diplomatic security

12   officer?

13             A.   A member of the Diplomatic Security

14   Office of the State Department.

15             Q.   So would that be somebody working

16   in an embassy abroad or here in Washington,

17   D.C.?

18             A.   It could be either.

19             Q.   But it's a state employee of some

20   kind?

21             A.   Yes.

22             Q.   And is involved -- says:  Claiming

23   she brought COVID-19 to something in an athletic

24   competition; right?

25             A.   Right.

DANIEL KIMMAGE  11/10/2022

Page 190

```
 1              Q.   Yeah, and without mentioning this
 2      person's name, he identifies, who, what, when,
 3      where, and why; right?
 4              MR. KIRSCHNER:  Objection, vague,
 5      assuming evidence not in the record.
 6  BY MR. SAUER:
 7              Q.   Well, I'm just reading, who, what,
 8      when, where and why, from Mr. Dempsey's e-mail;
 9      do you see that?
10              A.   Yes, I do.
11              MR. KIRSCHNER:  I don't see the
12      why.
13              A.   I see, who, what, when, where and
14      why, yes.
15              Q.   Okay.  And then the where is
16      online, and he links a YouTube video?
17              A.   Yes.
18              Q.   And what is a targeted
19      disinformation campaign against a state
20      official; correct?
21              A.   Yes.
22              Q.   And then, down there in the why, it
23      talks about there's a false narrative being
24      pushed online about this person, and there's a
25      YouTube channel run by Americans falsely
```

**DANIEL KIMMAGE  11/10/2022**

Page 191

```
 1        claiming that she is, quote, patient zero, and
 2        that as a US army reservist she brought COVID-19
 3        to Wuhan during an athletic competition;
 4        correct?
 5             A.   Yes.
 6             Q.   Is there a theory out there that
 7        COVID-19 originated or spread at an
 8        international athletic competition in Wuhan
 9        during the fall of 2019?
10             A.   Apparently, according to the -- to
11        the -- to the information here.
12             Q.   Okay.  And so Mr. Dempsey, of the
13        GEC, forwarded this to CISA; right?  Do you know
14        who Robert Schaul is?
15             A.   No.
16             Q.   He's called Rob.
17             A.   No.
18             Q.   Do you know who Brian Scully is?
19             A.   I believe Brian Scully was either
20        at or was the head of the disinformation office
21        at CISA.
22             Q.   That's what we've described earlier
23        as the mis-dis- and mal information team?
24             A.   Right.  The -- it was initially, I
25        think, a task force, and it was subsequently
```

1    renamed as the mis-dis- and mal information

2    team.

3            Q.   And Brian Scully here, about a

4    third of the way down the first page, has a

5    CISA.DHS.gov e-mail address; correct?

6            A.   Yes, correct.

7            Q.   So Alex Dempsey's e-mail is taken

8    by Brian Scully, at CISA, and forwarded to two

9    Facebook officials; correct?

10           A.   Yes.

11           Q.   They have FB.com e-mails there?

12           A.   Yes.

13           Q.   And Scully says to these two

14   officials:  Please see the below reporting from

15   our State Department GEC colleagues, Global

16   Engagement Center colleagues, that's your unit;

17   right?

18           A.   Yes, that's the Global Engagement

19   Center.

20           Q.   Okay.  About a disinformation on

21   YouTube targeting a diplomatic security officer;

22   correct?

23           A.   Yes.

24           Q.   And then one of the Facebook

25   officials responds, and says:  Thank you so much

**DANIEL KIMMAGE  11/10/2022**

Page 193

```
 1      for this.  Have flagged for our internal teams;
 2      correct?
 3              A.   Yes.
 4              Q.   And so this was a -- a report from
 5      the GEC to CISA about a disinformation campaign
 6      run by Americans; correct?
 7                   MR. KIRSCHNER:  Objection, lack of
 8      foundation, speculative.
 9    BY MR. SAUER:
10              Q.   According to the -- according to
11      the bold paragraph Y on the second page?
12                   MR. KIRSCHNER:  Again, objection,
13      lack of foundation.
14              A.   It says here that the channel is
15      run by Americans.  I don't know about the
16      campaign.
17              Q.   So it's the content that he's
18      complaining about is on a channel, a YouTube
19      channel, run by Americans; correct?
20              A.   That's what the e-mail says, yes.
21              Q.   And this gets sent to CISA, who
22      forwards it onto Facebook, who says:  We have
23      flagged this for our internal teams; correct?
24                   MR. KIRSCHNER:  Objection,
25      speculative, lack of foundation.
```

**DANIEL KIMMAGE  11/10/2022**

Page 194

```
 1    BY MR. SAUER:

 2              Q.    Is that what the e-mail says?

 3              A.    The e-mail went from the Global

 4    Engagement Center to CISA to Facebook.

 5              Q.    Okay.  And CISA described itself on

 6    its website as, quote, routing disinformation

 7    concerns to social media platforms?

 8              MR. KIRSCHNER:  Objection,

 9    speculative.

10              A.    I don't know how they describe

11    themselves on their website.

12              Q.    Were you aware of this incident

13    when it happened?

14              A.    I don't -- I believe I was aware of

15    the YouTube video.  I don't know that I was

16    aware or on the e-mails here.  I -- I do recall

17    the disinformation involving a diplomatic

18    security officer.  I do recall that.

19              Q.    And this incident in 2020 is

20    different than the 2018 incident you described

21    this morning, where you discussed there was a

22    threat to the life of someone abroad; right?

23              A.    They are separate incidents.

24              Q.    Yeah, this is two years later, it's

25    a completely different incident.
```

DANIEL KIMMAGE  11/10/2022

 1          A.   Completely different.

 2          Q.   **Were you aware -- what was your**

 3    **knowledge of this incident when it happened?**

 4    **Did they ask you for authority to flag this for**

 5    **CISA or did you hear about it afterwards?  What**

 6    **was your knowledge at the time?**

 7          A.   I believe I was aware that there

 8    was a disinformation campaign involving a

 9    diplomatic security officer.  I don't see myself

10    on these e-mails, and I don't recall whether I

11    was in the internal discussion that led to this

12    chain.

13          Q.   **Did you authorize anyone to raise**

14    **this with CISA so that they could flag it for a**

15    **social media platforms?**

16          A.   I don't -- I don't recall that.

17          Q.   **Do you know one way or the other**

18    **whether you did that?**

19          A.   I -- I -- I don't recall.

20          Q.   **If you flip ahead through this**

21    **e-mail chain --**

22          A.   Mm-hmm.

23          Q.   **-- see the next page, 7671.**

24          A.   Okay.  Mm-hmm.

25          Q.   **Scully, at CISA, takes the same**

```
 1        e-mail chain and forwards it onto Twitter, as
 2        well; correct?
 3                    MR. KIRSCHNER:  Objection, lack of
 4        foundation.
 5              A.    I -- I see that here.
 6              Q.    Yeah, and -- and Twitter just
 7        responds:  Thank you, Brian; correct?
 8              A.    Yes.
 9              Q.    Then flip ahead to page 7675.
10              A.    Okay.
11              Q.    This is the Alex Dempsey e-mail
12        raising this, who what.  When, where, and why,
13        is forwarded by Scully onto Google, as well;
14        right?
15                    MR. KIRSCHNER:  Again, objection,
16        lack of foundation.
17        BY MR. SAUER:
18              Q.    The top of the page, without
19        mentioning the name, it's Brian Scully is
20        forwarding this Alex Dempsey e-mail to a third
21        social media platform, someone with a Google.com
22        e-mail address; correct?
23              A.    Yes.
24              Q.    And that cover page, it says:
25        Please see below, reporting from colleagues at
```

```
 1        the State Department, Global Engagement Center,

 2        about disinformation on YouTube regarding a

 3        diplomatic security officer; correct?

 4             A.   Yes.

 5             Q.   And then it goes on to say:  It

 6        does appear the FBI has been notified --

 7        notified, so you may also have heard from them;

 8        correct?

 9             A.   Yes.

10             Q.   Was this incident -- did the GEC

11        notify the FBI of this incident?

12                  MR. KIRSCHNER:  Object.  Go on.

13             A.   I don't know.

14             Q.   Do you remember that, at all?

15             A.   I -- I don't recall.

16             Q.   You don't remember any discussions

17        with the FBI?  I know you say you remember this

18        incident, at some level.  Do you remember any

19        interaction with the FBI relating to it?

20             A.   I remember the incident.  I don't

21        recall which interagency entities were

22        contacted.

23             Q.   Okay.  Some were, though, obviously

24        CISA?

25                  MR. KIRSCHNER:  Objection,
```

```
 1     mischaracterizing testimony.
 2   BY MR. SAUER:
 3          Q.   Yes or no?
 4          A.   I'm seeing these e-mails, but I
 5   wasn't on these e-mails.
 6          Q.   And you don't remember them?
 7          A.   I wasn't on these e-mails.
 8          Q.   Do you -- did you authorize the
 9   sending of e-mails like this, with respect to
10   this incident?
11          A.   I don't --
12               MR. KIRSCHNER:  Object.  I was
13   going to say, objection, asked and answered.
14   BY MR. SAUER:
15          Q.   If you know.
16          A.   I don't recall.
17          Q.   Looking down here at the bottom of
18   this page, it's another copy of the same Alex
19   Dempsey e-mail to Rob Schaul.  I can't remember
20   if you said, do you know who Rob Schaul is?
21          A.   No, I do not.
22          Q.   And he says:  Rob, our leadership
23   has asked that we share the below information
24   with our IA counterparts; right?
25          A.   Yes.
```

DANIEL KIMMAGE  11/10/2022

Page 199

 1          Q.   What's -- who's our leadership, do
 2     you know?
 3          A.   Under the why, I see listed:
 4     Special envoy, Lea Gabrielle, who would have
 5     been the highest ranking official in the office
 6     at that time.  So if she authorized it my
 7     authorization wouldn't be necessary.
 8          Q.   Okay.  Do you know if Lea
 9     Gabrielle -- I think you testified about her
10     earlier -- you would have been reporting
11     directly to her, at this time; right?
12          A.   Yes.
13          Q.   So we're talking about March 25th,
14     2020, she was the acting coordinator?
15          A.   She was the appointed coordinator.
16     She was not acting, she was the coordinator.
17          Q.   And you were principal deputy
18     coordinator at the time?
19          A.   Yes.
20          Q.   And as you say, it looks like Lea
21     Gabrielle -- in other words, you interpreted --
22     let me ask you this, and I don't know what you
23     interpret -- what do you remember?  Do you
24     remember Lea Gabrielle authorizing people to
25     flag this for CISA and the FBI?

**DANIEL KIMMAGE  11/10/2022**

 1              A.   I do not know.

 2              Q.   **And you don't know who,**

 3       **specifically, our leadership is, do you?**

 4              A.   I don't know what "our leadership"

 5       refers to here.  Down under the why it refers to

 6       special envoy, Lea Gabrielle.

 7              Q.   **Here in the first sentence, could**

 8       **that be you or you don't remember?**

 9              A.   It could be, it doesn't specify

10       what "our leadership" means.

11              Q.   **And you don't remember whether you**

12       **made any authorization about this?**

13              A.   I don't.

14              Q.   **And that later made sense, it talks**

15       **about share them with our IA counterparts; do**

16       **you know what IA stands for?**

17              A.   Interagency.

18              Q.   **Okay.  Are you aware of any other**

19       **situations where anyone at the GEC flagged**

20       **content on a YouTube channel run by Americans to**

21       **CISA or a social media platform or the FBI as a**

22       **disinformation campaign to be combatted?**

23              A.   No, I'm not.

24              Q.   **This is the only incident that you**

25       **can recall at this time?**

**DANIEL KIMMAGE  11/10/2022**

**Page 201**

```
 1              MR. KIRSCHNER:  Objection,
 2     mischaracterizing testimony.
 3          A.   I'm seeing this in these e-mails,
 4     but I wasn't on these e-mails.  I recall the --
 5     the video and the campaign.  I don't recall
 6     the -- the interagency communications here.
 7          Q.   That whole campaign about the virus
 8     being spread at an international athletic
 9     competition in Wuhan, was that one of the
10     China-related false narratives you talked about
11     earlier?
12          A.   I believe it was a minor, like, a
13     sub-narrative, because it involved, like, an
14     athletic competition.  But it wasn't one of the
15     major narratives.
16          Q.   How about as -- was it a Russian
17     narrative?
18          A.   I don't recall it as a Russian
19     narrative.
20          Q.   You don't recall it as a major
21     Chinese narrative or a Russian narrative?
22              MR. KIRSCHNER:  Objection,
23     mischaracterizes testimony.
24          A.   I don't recall it as this.  I
25     recall it as a minor narrative.
```

**DANIEL KIMMAGE  11/10/2022**

1        Q.    Have you ever heard of the Election

2    Integrity Partnership?

3        A.    Yes.

4        Q.    What is that?

5        A.    I -- I don't recall the exact

6    specifics of -- of what it was.

7        Q.    What have you heard about it?

8        A.    I read the section in the

9    complaint.

10        Q.    Independent of the complaint, do

11    you have any knowledge of the Election Integrity

12    Partnership?

13        A.    Independent of the complaint, I

14    recall that it was an entity that someone at the

15    GEC was in contact with, that's -- that's --

16    that's the extent.

17        Q.    Who was -- who at the GEC was in

18    contact with it?

19        A.    I believe -- I believe it was -- I

20    believe it was a member of the Russia team.

21    I -- I think it may have been George Beebe on

22    the Russia -- George Beebe on the Russia team.

23        Q.    How do you spell Beebe?

24        A.    B-e-e-b-e.

25        Q.    B-e-e-b-e, first name George?

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   George.

 2              Q.   G-e-o-r-g-e?

 3              A.   Right.

 4              Q.   What makes you think it was him?

 5              A.   I seem to remember he was the

 6      individual who -- who -- who was engaged with

 7      the -- what did you call it, the Election

 8      Integrity Partnership, right?

 9              Q.   Yes.

10              A.   Okay.

11              Q.   I'll call it the EIP from now on.

12              A.   Okay.

13              Q.   You remember that he was engaged in

14      that, how did you know that?  How did you know

15      he was engaged in that?

16              A.   I think it was sort of reported at

17      a meeting.  I don't recall the exact context.

18              Q.   Do you know who authorized him to

19      be involved in it?

20              A.   No, I don't know who -- who -- who

21      authorized it.

22              Q.   Do you know what the nature of his

23      involvement was, like, what did he do with

24      respect to the EIP?

25              A.   No.  I know he had some
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    communication with him.  I don't know the
 2    specifics of his involvement.
 3            Q.   Okay.  Do you know what the EIP
 4    was?
 5            A.   Only broadly, that it was a
 6    partnership to counter, I think, our -- our --
 7    our involvement would have been foreign
 8    propaganda and disinformation focused on the
 9    election or elections.  I don't recall.
10            Q.   Do you know what Mr. Beebe or
11    whoever it was -- I take it you think it was
12    Mr. Beebe, but you're not sure?
13            A.   I think it was him, but I'm not
14    sure.
15            Q.   Okay.  Whoever it was involved,
16    your understanding is they would be involved in
17    flagging foreign disinformation relating to the
18    election?
19            MR. KIRSCHNER:  Objection, assuming
20    evidence not in the record, mischaracterizes
21    testimony.
22            A.   I -- I -- I don't recall the exact
23    nature of their involvement.
24            Q.   Okay.  So you -- earlier, when you
25    said:  Our involvement would have been --
```

**DANIEL KIMMAGE  11/10/2022**

1          A.    Right.

2          Q.    -- flagging foreign disinformation

3     or raising foreign disinformation concerns,

4     what's your basis for that?

5          A.    I said:  Our involvement would have

6     been related to foreign propaganda.

7          Q.    Okay.

8          A.    And the basis for that is the GEC's

9     mandate.

10          Q.    In other words, that's what the GEC

11     does, generally, but you don't have any specific

12     knowledge with respect to what Mr. Beebe did?

13          A.    No, I don't recall anything

14     specific about what he did.

15          Q.    Do you know who authorized the GEC

16     to be involved in the EIP, at all?

17               MR. KIRSCHNER:  Objection, assumes

18     evidence not in the record.

19          A.    I don't.

20          Q.    Did someone authorize it or did

21     Mr. Beebe just kind of do it on his own?

22          A.    I don't recall who -- who

23     authorized it.

24          Q.    Yeah, okay.

25               MR. SAUER:  Can I have P?

**DANIEL KIMMAGE  11/10/2022**

```
 1                    This is going to be, I think,
 2      Exhibit 12.  Is that right, 12?
 3                    (Exhibit 12 was marked for
 4      identification.)
 5                    MR. KIRSCHNER:  Mr. Sauer, just --
 6      the water's now starting to drip towards the
 7      table.  Do you want to take a two-minute break
 8      to wipe off the --
 9                    MR. SAUER:  That didn't work very
10      well.
11                    MR. KIRSCHNER:  We can get a
12      napkin.  I won't put this one in my manilla
13      folder.
14                    MR. SAUER:  You should have rubber
15      bands.
16                    MR. KIRSCHNER:  We're going to ask
17      the witness to read the entire document, and
18      that will be the seven hours.
19                    I'm joking, but I do want to allow
20      the witness, when you have something -- when you
21      have something that you're asking, specifically,
22      to have -- allow the witness to have sufficient
23      time to understand the context.
24                    MR. SAUER:  That's okay, only a few
25      pages that are --
```

DANIEL KIMMAGE  11/10/2022

Page 207

```
 1                    MR. KIRSCHNER:  Okay.

 2     BY MR. SAUER:

 3            Q.    Have you seen this report before?

 4            A.    I believe I've seen the cover of

 5     it.

 6            Q.    Okay.  In what connection did you

 7     see the cover of it?

 8            A.    It may have been a news thing.  I

 9     don't recall the exact context.

10            Q.    Was it in context of a GEC meeting

11     or was it just, you know, seeing it somewhere

12     else?

13            A.    It could have been both.

14            Q.    Okay.  You just don't remember?

15            A.    I don't.  I think I did see media

16     coverage, and it may also have come up at a GEC

17     meeting.

18            Q.    And is this the report that the EIP

19     did about its activities in 2020, with respect

20     to disinformation on social media?

21            A.    Yes, that's what it appears to be.

22            Q.    It's quite a lengthy report, about

23     292 pages; fair to say?

24            A.    Yes.

25            Q.    Before today, have you read any of
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    this?
 2            A.   I had glanced at the -- I think the
 3    executive summary.
 4            Q.   When did you do that?
 5            A.   I don't recall.  I think it may
 6    have been when it came out, but I don't recall
 7    exactly.
 8            Q.   And when it came out, I think, is
 9    that identified on the second page or this only
10    says 2021, third page, I think it says it came
11    out in June 15th, 2021?
12            A.   June 15th, 2021.
13            Q.   Do you think you looked at it at
14    that time?
15            A.   Or maybe after that, that was
16    almost exactly when I was leaving the Global
17    Engagement Center.
18            Q.   Did you look at it more recently,
19    like, for example, before your testimony today?
20            A.   I think I looked at the -- the --
21    the -- like the front, the cover.
22            Q.   The cover?
23            A.   Yeah.
24            Q.   You may have --
25            A.   I did not read the whole report.  I
```

DANIEL KIMMAGE  11/10/2022

1    did not read the whole report.

2            Q.   Well, let me -- let me kind of walk

3    you through some questions, and obviously if you

4    haven't read it before, you know, if you don't

5    know the answer, if you don't know, let me know.

6            But just -- can you go to page V,

7    the first page of the executive summary, little

8    Roman five.

9            A.   Okay.

10           Q.   There's a -- in the bottom

11   paragraph there, there's a statement that the

12   EIP -- this is the EIP talking about its own

13   activities, quote, bridge the gap between

14   government and civil society, end quote, help to

15   strengthen platform standards for combatting an

16   election-related misinformation.

17           Do you know -- do you have any

18   knowledge of helping strengthen platform

19   standards for combatting disinformation?

20           MR. KIRSCHNER:  Objection, vague.

21   BY MR. SAUER:

22           Q.   Do you know what they're talking

23   about there?

24           A.   No.  I'm not going to -- I -- I --

25   I can't interpret beyond the words here.  I

**DANIEL KIMMAGE  11/10/2022**

Page 210

```
1    don't know.
2              Q.    Okay.  Higher up in the page, it
3    says:  Dozens of federal agencies support this
4    effort, including CISA.  Do you know if CISA's
5    involved in the EIP?
6              MR. KIRSCHNER:  Objection,
7    speculative.
8    BY MR. SAUER:
9              Q.    If you know.
10             A.    I don't know any of the specifics
11   of CISA's involvement with the EIP.
12             Q.    Next page, page little Roman six,
13   at the very top, it talks about how the EIP was
14   formed to enable realtime information exchange
15   between election officials, government agencies,
16   and others, including social media platforms;
17   correct?
18             A.    That's what it says, yes.
19             Q.    Do you know of any other
20   arrangements for realtime information exchange
21   between government agencies and social media
22   platforms?
23             A.    What -- what -- could you -- could
24   you be more specific?
25             Q.    Well, can you think of anything
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      that you would describe as a realtime

 2      information exchange between government

 3      officials and social media platforms, any

 4      arrangement?

 5             A.   Well, what do you mean by realtime?

 6             Q.   Well, stuff that's -- anything that

 7      raises concerns as they're occurring on social

 8      media?

 9             A.   I'm not aware of any standing

10      arrangement like that at the GEC.  I can't speak

11      to other parts of government.

12             Q.   At the bottom of this page, there's

13      bullet points, you see there's four bullet

14      points there, and the last one is:

15      Delegitimization of election results; do you see

16      that?

17             A.   Yes.

18             Q.   It talks about content aiming to

19      delegitimize election results on the basis of

20      false or misleading claims; right?

21             A.   Yes.

22             Q.   Are you aware of Mr. Beebe raising

23      concerns about delegitimization of election

24      results?

25             A.   No, I don't -- no, I'm not aware.
```

**DANIEL KIMMAGE 11/10/2022**

```
 1            Q.   Or anyone else at GEC raising those
 2     kinds of concerns to the EIP?
 3                 MR. KIRSCHNER:  Objection, lack of
 4     foundation.
 5            A.   No, I'm not aware of any of the
 6     specifics of interactions between GEC members
 7     and the EIP.
 8            Q.   Next paragraph down, last line of
 9     the page, it says:  Of the tickets we, the EIP,
10     processed 72 percent were related to
11     delegitimization of the election; correct?
12            A.   That's what it says.
13            Q.   So it sounds like it was processing
14     complaints that had to do with attacking the
15     legitimacy of the 2020 election?
16                 MR. KIRSCHNER:  Objection, lack of
17     foundation.
18            A.   That's what it says here, yes.
19                 MR. KIRSCHNER:  John, we've been --
20     Mr. Sauer, we've been going over an hour, so we
21     should take a break sometime soon.
22                 MR. SAUER:  That's fine with me.
23                 THE WITNESS:  Yeah, let's take a --
24                 MR. SAUER:  That's fine.  If the
25     witness wants a break, we can do it.
```

**DANIEL KIMMAGE  11/10/2022**

Page 213

```
 1                      Can we keep it at five minutes or
 2      so?
 3                      MR. KIRSCHNER:  Yeah.
 4                      MR. SAUER:  Let's keep moving
 5      forward.
 6                      THE VIDEOGRAPHER:  The time is 2:31
 7      p.m.  We are off the record.
 8                      (Recess.)
 9                      THE VIDEOGRAPHER:  The time is 2:40
10      p.m.  We're back on the record.  Please proceed.
11   BY MR. SAUER:
12           Q.   Still in Exhibit 12, can you flip
13      ahead to page XI little Roman 11.
14           A.   Okay.
15           Q.   Do you see there's a note there
16      that lists about 15 social media platforms?
17           A.   Yes.
18           Q.   Eyeballing that list, are you aware
19      of anyone from the GEC interacting with anyone
20      from any of those social media platforms in
21      connection with the EIP?
22                      MR. KIRSCHNER:  Objection, lack of
23      foundation, speculative.
24           A.   I'm not aware of any specific GEC
25      interactions related both to the EIP and the
```

**DANIEL KIMMAGE  11/10/2022**

**Page 214**

1    platforms listed here.

2         Q.    Okay.  So you anticipate my next

3    question is:  You don't know of anyone at GEC

4    reaching out to EIP in connection with any of

5    these platforms; fair to say?

6         A.    I -- I don't have any information

7    about anyone at the GEC reaching out to these

8    platforms in connection with the EIP.

9         Q.    Do you have any specific

10   information about GEC's involvement in the EIP?

11        A.    Not that I recall.  I recall a

12   general engagement with the EIP.  I don't recall

13   the specifics of it.

14        Q.    Do you recall anything other than

15   the fact that there was a general engagement

16   with the EIP?

17        A.    No.  I recall the GEC was engaging

18   with the partnership, but I don't -- I don't

19   recall any specifics.

20        Q.    And do you know -- I know you

21   mentioned Mr. Beebe?

22        A.    Right.

23        Q.    Do you know if there was more than

24   one person or whether it was just one person?

25        A.    I remember his name in connection

DANIEL KIMMAGE  11/10/2022

Page 215

```
 1    with it, and we also had an individual who --
 2    who liaised on election-related issues, but I
 3    don't recall whether she engaged with the EIP.
 4          Q.    Who -- what was her name?
 5          A.    Her name was Adele Ruppe.
 6          Q.    And is she still there at the GEC?
 7          A.    No.
 8          Q.    Why did she -- why did she engage
 9    on election issues?  You said she engaged on
10    election issues, tell us what that involves?
11          A.    She would attend interagency
12    meetings on safeguarding the security of the
13    elections.
14          Q.    Okay.  And what agencies did she
15    meet with?
16          A.    I -- I don't recall, it would be
17    probably the full range of national security
18    agencies.
19          Q.    And you say she attended
20    interagency meetings on safeguarding the
21    security of elections.  Were those American
22    elections, specifically?
23          A.    Yes, I believe so.
24          Q.    So we're not talking about
25    elections in foreign countries.  She was on
```

DANIEL KIMMAGE  11/10/2022

```
 1      meetings that discussed safeguarding the

 2      security of American elections; is that right?

 3              A.   Yes, I believe so.

 4              Q.   And -- and you think she may have

 5      had some connection or involvement with the EIP?

 6                   MR. KIRSCHNER:  Objection,

 7      mischaracterizes testimony.

 8              A.   I -- I simply don't know.

 9              Q.   You don't know?  How did -- and

10      maybe I'm just forgetting.  How did -- why did

11      you bring up her name just now, because you

12      thought she might have had that interaction?

13              A.   Because she was the other -- she

14      was the GEC person who held the portfolio on

15      election security-related issues.

16              Q.   Okay.  What else was involved in

17      that portfolio, the election security portfolio

18      for GEC, other than going to interagency

19      meetings with other federal agencies?

20              A.   I believe it was almost entirely

21      focused on interagency meetings.

22              Q.   Do you know if she raised concerns

23      about election security in those meetings or did

24      she merely listen?

25                   MR. KIRSCHNER:  Objection,
```

DANIEL KIMMAGE  11/10/2022

```
 1    speculative.
 2  BY MR. SAUER:
 3          Q.    If you know.
 4          A.    I don't know the exact nature of
 5    her interactions in those meetings.
 6          Q.    What other activities, if any, does
 7    the GEC conduct with respect to election
 8    security?
 9          MR. KIRSCHNER:  Objection, vague,
10    ambiguous.
11          A.    The GEC, as I recall, was primarily
12    in listening mode, on occasion it might discuss,
13    you know, general Russian or Chinese or other,
14    you know, foreign disinformation actors.  And as
15    I've noted, the narratives are the tools and
16    techniques that they use.
17          Q.    And would those be narratives,
18    tools and techniques that relate to kind of
19    destabilizing or disrupting American domestic
20    elections?
21          MR. KIRSCHNER:  Objection.
22  BY MR. SAUER:
23          Q.    If you know.
24          A.    I don't recall any specific
25    narratives.
```

**DANIEL KIMMAGE  11/10/2022**

Page 218

1           Q.   Okay.  And you don't know whether

2     that individual with the election security

3     portfolio for GEC had any direct involvement

4     with the EIP?

5           A.   I don't, no.

6           Q.   But you think that she may have

7     because of the nature -- just because of the

8     nature of her portfolio, this was

9     election-related, she was the election person,

10     therefore, she may have been involved in this?

11           A.   Yes, that's possible.

12           Q.   Next page, XII little Roman 12.

13           A.   Mm-hmm.

14           Q.   List of contributors at the very

15     bottom, it says that the EIP would like to thank

16     Matthew Masterson; do you know who he is?

17           A.   No, I don't.

18           Q.   Have you ever heard that name

19     before, to your recollection?

20           A.   I don't know.  Is he listed in the

21     complaint?  I don't -- I don't -- I don't really

22     know.

23           Q.   Okay.  I was just curious if you

24     know.

25           A.   No.  No idea.

DANIEL KIMMAGE  11/10/2022

```
 1              Q.    Okay.  Next page, XIII, little
 2       Roman 13.  There's acknowledgments which are
 3       basically thanking the people who funded the
 4       EIP.
 5              A.    Mm-hmm.
 6              Q.    Do you know who funded the EIP?
 7              A.    No, I don't.
 8              Q.    Okay.  And there's four -- four
 9       entities involved in it; were you aware of that,
10       that are listed here?
11              MR. KIRSCHNER:  Can you point us to
12       where you're referring to?
13    BY MR. SAUER:
14              Q.    Digital Research Forensic Lab of
15       the Atlantic Council, in bold, Graphika, in
16       bold, Stanford Internet Observatory, in bold,
17       and university of Washington Center For an
18       Informed Public, in bold; do you see those four
19       entities?
20              MR. KIRSCHNER:  All right.
21              A.    Yes.
22              Q.    Were you aware that they were
23       involved in the EIP?
24              A.    I'm only seeing this here, I
25       don't -- I don't recall who was involved in the
```

DANIEL KIMMAGE  11/10/2022

Page 220

```
1    EIP.
2            Q.   Okay.  Well, then, down at the
3    bottom of the page, last sentence, third line
4    from the bottom, researchers who contributed to
5    the EIP also received partial support from the
6    US National Science Foundation; correct?
7            A.   I -- I see that in here.
8            Q.   So that's government funding, at
9    least in part, for the EIP; correct?
10           MR. KIRSCHNER:  Objection, lack of
11   foundation.
12   BY MR. SAUER:
13           Q.   Is that what it says?
14           MR. KIRSCHNER:  Speculation.
15           A.   I see what it -- that's what it
16   says here, yes.
17           Q.   Were you aware of -- are you aware
18   of government funding for the EIP from any other
19   source?
20           A.   No.
21           Q.   Are you aware of government funding
22   for the EIP from any State Department source?
23           A.   No.
24           Q.   Are you aware of government funding
25   or support for the EIP from anyone at CISA?
```

DANIEL KIMMAGE  11/10/2022

```
 1              A.    No.
 2              Q.    Generally speaking, you -- you
 3      don't know who funded it, essentially; is that
 4      fair to say?
 5              A.    Yes, I don't know.
 6              Q.    Were there ever any discussions at
 7      State about funding it or supporting it, that
 8      you recall?
 9              A.    I don't recall any discussions
10      about funding or supporting it.
11              Q.    If you flip ahead a few pages, to
12      Arabic page 2, do you see at the beginning of
13      the second full paragraph, where it says:  The
14      initial idea?
15              A.    Mm-hmm.
16              Q.    The initial idea for the
17      partnership, that's the EIP, came from four
18      students that the Stanford Internet Observatory
19      funded to complete volunteer internships at CISA
20      at the Department of Homeland Security; correct?
21              MR. KIRSCHNER:  Objection, lack of
22      foundation.
23   BY MR. SAUER:
24              Q.    Is that what it says?
25              A.    I see that, yes, that's what it
```

**DANIEL KIMMAGE  11/10/2022**

**Page 222**

```
 1    says.
 2            Q.    Okay.  And then, were you aware of
 3    CISA interns originating the idea for this EIP?
 4            A.    No, I was not.
 5            Q.    Were you -- did anyone at the State
 6    Department contribute to the origination of --
 7    of EIP?
 8                 MR. KIRSCHNER:  Objection, lack of
 9    foundation.
10            A.    I'm not aware of any State
11    Department involvement.
12            Q.    So it appears that it was partly
13    funded by the government, and that it was -- the
14    idea was originated by government workers at the
15    time; correct?
16                 MR. KIRSCHNER:  Objection, lack of
17    foundation.
18    BY MR. SAUER:
19            Q.    Is that what it says?
20            A.    I --
21                 MR. KIRSCHNER:  Objection,
22    mischaracterizing testimony.
23            A.    I -- I see what it says here.
24            Q.    Yeah.  Go down further in that
25    paragraph, and specifically that's what it says;
```

**DANIEL KIMMAGE  11/10/2022**

**Page 223**

```
 1      right?  It says that it was originated by people
 2      who were working for CISA at the time; correct?
 3                  MR. KIRSCHNER:  Objection, asked
 4      and answered, mischaracterizing the evidence.
 5   BY MR. SAUER:
 6           Q.   Is that what it says?
 7           A.   It says that:  Stanford funded the
 8      students to complete internships, not that CISA
 9      funded them.  It says the Stanford Internet
10      Observatory funded to complete.
11           Q.   Right, the internships were funded.
12           A.   By Stanford.
13           Q.   Right.  And they were volunteer
14      internships at CISA.  So CISA interns who were
15      funded by Stanford --
16           A.   Right.
17           Q.   -- originated the idea for the EIP?
18      I'm just asking if that's what it says.
19           A.   Yes, that is what it says here,
20      yes.
21           Q.   Okay.  Lower down on in the same
22      paragraph:  This is especially true; do you see
23      that sentence?  Actually, immediately before
24      that, it says:  No government agency in the
25      United States has the explicit mandate to
```

```
 1      monitor and correct mis and disinformation;

 2      correct?

 3              A.   Yes.

 4              Q.   And it goes on to say:  This is

 5      especially true for election disinformation that

 6      originates from within the United States, which

 7      would likely be excluded from law enforcement

 8      action under the First Amendment and not

 9      appropriate for study by intelligence agencies

10      restricted from operating inside the United

11      States; correct?

12              A.   That's what it says, yes.

13              Q.   Okay.  And are you aware of any

14      discussions at GEC of, you know, setting up a

15      collaboration with nongovernmental third parties

16      to engage in activities that the GEC would be

17      prohibited from engaging in under the First

18      Amendment?

19              MR. KIRSCHNER:  Objection, to the

20      extent this is asking for attorney-client

21      information, I would instruct the witness not to

22      answer, to the extent you can answer without --

23      BY MR. SAUER:

24              Q.   Yeah, I'm not asking for anything

25      the lawyers told you in the context of
```

**DANIEL KIMMAGE  11/10/2022**

Page 225

```
 1      representing you.  I'm just asking for
 2      conversations within the GEC about working with
 3      outside third parties to conduct activities that
 4      the GEC could not do because of First Amendment
 5      restrictions.
 6                  MR. KIRSCHNER:  Again, objection,
 7      I'm instructing the witness not to answer to
 8      include any attorney-client communication within
 9      the Department of State about what can and
10      cannot be done.
11                  MR. SAUER:  I'm not asking for
12      that.
13                  Go ahead.
14                  MR. KIRSCHNER:  Well, no, I'm
15      instructing him not to answer about -- about
16      attorney-client communication, to the extent he
17      can answer that is outside of any legal
18      advice --
19                  THE WITNESS:  Right.
20                  MR. KIRSCHNER:  -- received in the
21      context of this question, he can answer.
22             A.   Outside of legal advice, I'm not
23      aware of any conversations at the GEC that would
24      involve any infringement on First Amendment
25      rights.
```

```
 1              Q.   Flip ahead to page 6, Arabic 6.

 2              Do you see there's a kind of list

 3    of the goals of the Election Integrity

 4    Partnership?

 5              A.   Yes.

 6              Q.   Are you aware of the GEC having any

 7    input in the formulation of their goals?

 8              MR. KIRSCHNER:  Objection,

 9    speculative, asked and answered.

10    BY MR. SAUER:

11              Q.   Are you aware?

12              A.   No, I'm not aware of any GEC input

13    into these goals.

14              Q.   Bottom left corner of this page, of

15    this diagram, you see it says:  Flag policy

16    violations for platforms; correct?

17              A.   Yes.

18              Q.   Okay.  Are you aware of anyone at

19    the GEC working with EIP to flag policy

20    violations for platforms?

21              MR. KIRSCHNER:  Objection,

22    speculative, asked and answered.

23              A.   No, I'm not aware.

24              Q.   Flip ahead to page 8, it talks

25    about how the EIP tracked its analysis topics
```

**DANIEL KIMMAGE  11/10/2022**

Page 227

```
1        and engaged it with outside stakeholder

2        organizations using an internal ticketed work

3        flow management system; correct?

4              A.    Where is this?

5              Q.    I'm sorry, very bottom, full

6        paragraph?

7              A.    Okay.

8              Q.    Second sentence -- or sorry --

9        first sentence there.

10             A.    Okay.

11             Q.    Third sentence, there, goes on to

12       say:   Tickets were submitted by trusted external

13       stakeholders, as detailed in section 1 -- sorry,

14       1.4 and internal EIP analyst; do you see that?

15             A.    I do see that.

16             Q.    Do you know who the trusted

17       external stakeholders were who were submitting

18       tickets to the EIP?

19                   MR. KIRSCHNER:  Objection,

20       speculative, asked and answered.

21    BY MR. SAUER:

22             Q.    Do you know?

23             A.    No, I do not.

24             Q.    Now, there's a reference there to

25       section 1.4 on page 11, right?  There it
```

```
1       identifies external stakeholders; correct?
2               A.   Yes.
3               Q.   And there it starts saying:  The
4       EIP served as a connector for many stakeholders
5       and so forth; right?
6               A.   Mm-hmm.
7               Q.   The next sentence, which is on page
8       12, first full sentence on page 12, said:
9       External stakeholders included government, civil
10      society, social media companies and news media
11      companies; correct?
12              A.   Yes.
13              Q.   Okay.  And so the external
14      stakeholders include some governmental entities
15      correct?
16              A.   Yes.
17              Q.   According to the report?
18                   Is the GEC one of them?
19                   MR. KIRSCHNER:  Objection, lack of
20      foundation, speculative.
21              A.   I -- I see the GEC listed here,
22      yes.
23              Q.   Down there under four, you're
24      getting ahead of me, down there under four,
25      major stakeholder groups; right?
```

**DANIEL KIMMAGE  11/10/2022**

**Page 229**

```
 1                A.   Yes.

 2                Q.   And those external stakeholders are

 3       the ones listed in the reports as government

 4       partners, quote, could create tickets or send

 5       notes to EIP analysts, and they used these

 6       procedures to flag incidents or emerging

 7       narrative to be assessed for EIP analysis?

 8                MR. KIRSCHNER:  Objection,

 9       mischaracterizes evidence, lack of foundation.

10    BY MR. SAUER:

11                Q.   Do you see where it says that in

12       the first sentence, in the first full paragraph

13       of this page, exactly as I read it?

14                A.   I do see that.

15                Q.   Was the GEC one of those government

16       partners who could create tickets or send notes

17       to EIP analysts and use those procedures to flag

18       incidents or emerging narratives?

19                MR. KIRSCHNER:  Objection,

20       speculative.

21    BY MR. SAUER:

22                Q.   Do you know?

23                A.   I don't know, beyond what's written

24       here.

25                Q.   Okay.  And down there in the middle
```

DANIEL KIMMAGE  11/10/2022

1       of the diagram, in the middle, where it

2       identifies four major stakeholder groups, the

3       first one is government; right?

4            A.   Yes.

5            Q.   And there's three partners listed,

6       the elections infrastructure, ISAC; do you know

7       what that is?

8            A.   No, I don't.

9            Q.   And CISA; correct?

10           A.   Yes.

11           Q.   And then GEC; correct?

12           A.   Yes.

13           Q.   So GEC is at least identified in

14      this report as a major stakeholder group;

15      correct?

16           A.   It's listed as a member of a major

17      stakeholder group, yes.

18           Q.   Right, right, right, it's one of

19      three members of a major stakeholder group.  And

20      the report says that external stakeholders,

21      trusted stakeholders, include government;

22      correct, up there at the top?

23           A.   Yes.

24           Q.   And that those stakeholders,

25      including government partners, could submit

DANIEL KIMMAGE  11/10/2022

```
 1      tickets to the EIC; right?

 2              A.   Yes.

 3                   MR. KIRSCHNER:  Objection, lack of

 4      foundation.

 5      BY MR. SAUER:

 6              Q.   Did anyone authorize -- do you

 7      remember anyone authorizing anyone at GEC to

 8      submit tickets to the EIP?

 9                   MR. KIRSCHNER:  Objection, lack of

10      foundation, mischaracterizes evidence.

11              A.   No, I don't recall that.

12              Q.   Did you authorize that?

13              A.   I don't recall authorizing it.

14              Q.   Who was that?  Who was in charge

15      of -- like, who was in charge of GEC during the

16      period from, you know, the three months prior to

17      the 2020 election?

18              A.   It would have been coordinator Lea

19      Gabrielle.

20              Q.   Okay.  Do you know if she ever

21      issued any orders about the GEC of any kind.

22              A.   If she issued any orders about the

23      GEC of any kind?

24              Q.   Yeah, do you know if she did?  Do

25      you know if she gave any directive to anyone --
```

**DANIEL KIMMAGE  11/10/2022**

1    sorry -- do you know if she gave any directive

2    to anyone at GEC about EIP of any kind?

3            A.   No, I don't.

4            Q.   Can you turn to the next page.

5                 Do you see how there's a section

6    there called EI-ISAC?

7            A.   Yes.

8            Q.   Do you know what EI-ISAC is?

9            A.   No.

10           Q.   There, it says:  The election

11   infrastructure information sharing and analysis

12   center -- analysis center, which is run by The

13   Center For Internet Security; do you know what

14   that is?

15           A.   No, I do not.

16           Q.   Are you aware of any relationship

17   between The Center For Internet Security and

18   CISA?

19           A.   No.

20           Q.   Can you turn to page 17, talks

21   about using platforms, in the middle of the

22   page, under there it says:  The EIP established

23   relationships with social media platforms to

24   facilitate flagging of incidents for evaluation

25   when content or behavior appeared to violate

**DANIEL KIMMAGE  11/10/2022**

```
 1      platform policies; correct?

 2           A.   Yes.

 3                Q.   So the EIP wanted to facilitate

 4      flagging of incidents for evaluation when there

 5      appeared to be a content modulation policy; is

 6      that what it's saying?

 7                MR. KIRSCHNER:  Objection, lack of

 8      foundation.

 9                A.   No.  It's saying flagging of

10      incidents for evaluation when content or

11      behavior appeared to violate platform policies;

12      it doesn't say anything about modulation.

13                Q.   Okay.  Are you aware of anyone at

14      the GEC flagging incidents for evaluation of any

15      kind for -- for social media platforms?

16                MR. KIRSCHNER:  Objection to form.

17      BY MR. SAUER:

18                Q.   Let me rephrase that.

19                Are you aware of anyone at the GEC,

20      quote, flagging of incidents for evaluation for

21      social media platforms in any way?

22           A.   Not that I recall.

23           Q.   Can you flip ahead to page 27?

24           A.   Mm-hmm.

25           Q.   If you see under key findings, it
```

**DANIEL KIMMAGE  11/10/2022**

Page 234

```
 1      says:  We processed 639 in-scope tickets?

 2               A.   Yes.

 3               Q.   And then it says, 72 percent of

 4      these tickets were related to delegitimizing the

 5      election results; correct?

 6               A.   Yes.

 7               Q.   Then down at the bottom, it says:

 8      35 percent of the URLs we shared with Facebook,

 9      Instagram, Twitter, TikTok and YouTube were

10      either labeled removed or soft blocked; correct?

11               A.   I see that, yes.

12               Q.   So their data indicates that they

13      processed hundreds of tickets, 72 percent of

14      them related to delegitimizing of election

15      results; correct?

16               A.   Yes.

17               Q.   And then some sort of action was

18      taken by the social media platforms, either

19      labeling, removing, or soft blocking 35 percent

20      of them?

21               MR. KIRSCHNER:  Objection, lack of

22      foundation, speculative.

23               A.   Yes, I see that sentence.

24               Q.   Did GEC have any involvement in

25      seeking the soft blocking, removal or -- or --
```

**DANIEL KIMMAGE  11/10/2022**

 1     or other action against any content on the

 2     internet?

 3              MR. KIRSCHNER:  Objection,

 4     speculative, asked and answered.

 5          A.   I'm not -- I don't know of any GEC

 6     actions of that type.

 7          Q.   Can you go to page 30?  And I've

 8     got a kind of internal communication, electronic

 9     communication chain here, between the government

10     partner, a platform partner, and EIP member; do

11     you see that?

12          A.   I do.

13          Q.   And the government -- the platform

14     partner and government partner are redacted over

15     the person who was actually participating in the

16     conversation; do you know who those were?

17              MR. KIRSCHNER:  Objection,

18     speculative.

19          A.   No, I don't.

20          Q.   Could you go to page 33?  Do you

21     see in the second paragraph there, at the

22     bottom, there's a reference to the

23     gatewaypundit.com?

24          A.   Where is this?

25          Q.   Second paragraph, last sentence.

```
 1                 A.   Yes, I see that.
 2                 Q.   And it says:  The top
 3      misinformation-spreading websites were the far
 4      right forum theDonald.win, blah, blah, blah,
 5      blah, blah, and the gatewaypundit.com, a far
 6      right news website?
 7                 A.   I see that.
 8                 Q.   Have you ever heard of the
 9      gatewaypundit.com?
10                 A.   I may have.  I don't -- I don't
11      recall any details.
12                 Q.   Have you ever heard it discussed in
13      any meetings with any government officials?
14                 A.   No, I don't recall.
15                 Q.   And would it surprise you to learn
16      that it's cited 49 times in this report?
17                 MR. KIRSCHNER:  Objection, lack of
18      foundation, speculative.
19                 A.   I -- I have no -- it doesn't
20      surprise me or not surprise me.
21                 Q.   Do you know -- do you remember any
22      discussion of any kind relating to the
23      gatewaypundit and social media content relating
24      to the elections?
25                 A.   No, I don't.
```

**DANIEL KIMMAGE  11/10/2022**

Page 237

```
 1              Q.   You don't?
 2                   Could you go to page 35.  Do you
 3      see there, right above the bold heading, tickets
 4      by fact-checking URLs, there's a paragraph?
 5              A.   Yes.
 6              Q.   And the report states that last, we
 7      coded tickets based on whether they additionally
 8      related to COVID-19 narratives, or had an
 9      element of foreign interference; correct?
10              A.   Yes.
11              Q.   And it says -- remember, there were
12      639 tickets referred to earlier; do you recall
13      that?
14              A.   Yes.
15              Q.   And it says:  Interestingly, just
16      one percent of the tickets related to COVID-19,
17      and less than one percent related to foreign
18      interference; correct?
19              A.   Yes.
20              Q.   So if less than one percent related
21      to foreign interference, it seems that over 99
22      percent of what the EIP was doing with its
23      tickets related to stuff that's kind of outside
24      what you've described as the mission of GEC; is
25      that fair to say?
```

**DANIEL KIMMAGE 11/10/2022**

Page 238

```
1                    MR. KIRSCHNER:  Objection, lack of
2       foundation, speculative, asked and answered.
3    BY MR. SAUER:
4            Q.   Is that -- is that fair to say?
5            A.   No, because a foreign-originated
6       narrative can relate to anything.  This is just
7       talking about the narratives are related to
8       foreign interference.  A COVID-related narrative
9       could originate with a foreign malign influence
10      factor.  This doesn't tell you anything about
11      that, so no, I would -- I would disagree.
12           Q.   So you think that GEC could flag
13      things for the EIP that wouldn't be related to a
14      foreign interference?
15                   MR. KIRSCHNER:  Objection,
16      mischaracterizes testimony.
17           A.   No.  What I said is that a foreign
18      disinformation narrative does not necessarily
19      have to be related to foreign interference.  The
20      Russian propaganda and disinformation is not
21      about Russian interference.  It could be about
22      COVID, it can be about anything.
23                   The foreign actor behind it, and
24      the subject of foreign interference, those two
25      things are not equivalent.
```

DANIEL KIMMAGE  11/10/2022

Page 239

```
 1                   You cannot conclude that 99 percent
 2      of the narratives had no relation to a foreign
 3      actor just because they weren't related to
 4      foreign interference.  They could be about
 5      anything and still originate with the foreign
 6      actor.
 7            Q.    I got you.  So -- so that's a
 8      distinction between the originator of the
 9      narrative and the content of the narrative, fair
10      to say, that you're drawing?
11            A.    Yes.
12            Q.    Okay.  So foreign interference
13      tickets would relate to foreign -- I take it
14      foreign interference in elections or -- go
15      ahead.
16            A.    The subject of the narrative in the
17      foreign or non-foreign origination, the nexus to
18      a foreign actor, are not necessarily related.
19                   You can't draw a conclusion about a
20      nexus to a foreign actor and, therefore, the GEC
21      mandate, based on the focus of the narrative.
22            Q.    So, in other words, you could have
23      a COVID narrative that's false, has nothing to
24      do with foreign interference, but it might be of
25      concern to the GEC because it originated with
```

DANIEL KIMMAGE  11/10/2022

```
 1        China or Russia, for example?
 2               A.   Correct.
 3               Q.   And there could be other
 4        narratives, as well.
 5                    Why don't you flip ahead to --
 6        let's flip ahead to page 38.
 7               A.   Okay.
 8               Q.   Do you see the graph there at the
 9        top of the part of the page, a bar graph?
10               A.   Yes.
11               Q.   And it says:  Percent of tickets by
12        organization flagged; right?
13               A.   Yes.
14               Q.   And GEC's kind of there in the
15        middle, right, indicating that something between
16        zero and ten percent of tickets were flagged by
17        the GEC?
18               A.   Well, it's in the middle of the
19        graph, but it seems to be quite far down, if you
20        add up the percentages.
21               Q.   Right.  What's below Facebook and
22        Twitter, for example, and well below the EE at
23        ISAC; correct?
24               A.   Yes.
25               Q.   But it looks like that bar is
```

1       somewhere between zero and ten; right?

2               A.   It looks like it's between zero and

3       five.

4               Q.   Yeah, I agree with that, too.

5               Do you have any idea what was being

6       flagged by GEC for the EIP?

7               A.   No, I don't.

8               Q.   Okay.  Turn to the next page, just

9       a number there, do you see in the -- towards the

10      bottom of the page, in the second to last

11      paragraph, there's reference to a web scraping

12      tool and how they ran it on all 4,832 URLs in

13      the tickets; right?

14              A.   Yes, I see that.

15              Q.   So the 639 tickets involved a lot

16      more than 639 URLs; correct?

17              MR. KIRSCHNER:  Objection,

18      speculative.

19              A.   The relationship between the

20      tickets and URLs is not clear to me here.

21              Q.   Page 42, can you turn ahead to

22      that, bottom of the page, concerns by reporting

23      collaborators, correct, very last sentence?

24      Other groups that it reported tickets include

25      the State Department's Global Engagement Center;

1     correct?

2          A.   Yes, I see that.

3          Q.   **And again, you have no idea what**

4     **those were; is that fair to say?**

5          A.   I don't know what they were.

6          Q.   **Do you know how this reporting was**

7     **done, do you know if there was, like, an online**

8     **kind of platform to do it, that you logged into**

9     **or --**

10         A.   I -- I don't know anything about

11    the -- the mechanics.

12         Q.   **Okay.  Later, in page 51, you need**

13    **to read it, there's a reference to general**

14    **concerns relating to mail-in ballots, it says:**

15    **That constituted the most prominent type of**

16    **misinformation assessed in the months leading up**

17    **to election day.**

18              **Have you ever heard discussions of**

19    **that in the GEC in any connection?**

20         A.   No.

21         Q.   **So you -- you -- you're not aware**

22    **of any discussions or conversations within the**

23    **GEC about, you know, disinformation relating to**

24    **the security of voting by mail?**

25         A.   No, I'm not.

**DANIEL KIMMAGE  11/10/2022**

1          **Q.   Including such disinformation that**
2     **might have originated as a foreign narrative or**
3     **anything like that?**
4          A.   No, I'm not aware of any
5     discussions within the GEC about disinformation
6     narratives related to mail-in ballots.
7          **Q.   Are you aware of any narratives**
8     **relating to mail-in ballots that are**
9     **disinformation?**
10               MR. KIRSCHNER:   Objection, vague.
11     BY MR. SAUER:
12          **Q.   You can answer.**
13          A.   I believe there were Russian
14     narratives on the overall integrity of the
15     elections.  I don't recall all the specifics.
16          **Q.   Do you know what the -- generally,**
17     **what those narratives said?**
18          A.   I -- I don't recall the specifics.
19          **Q.   Were those narratives discussed**
20     **within the Russia team that you mentioned**
21     **Mr. Beebe is a member of?**
22          A.   I -- I don't know what the internal
23     discussions of the Russia team were.
24          **Q.   Do you remember anything about what**
25     **they said about those narratives?**

**DANIEL KIMMAGE  11/10/2022**

```
 1                  MR. KIRSCHNER:  Objection, asked
 2      and answered.
 3             A.   No, I do not.
 4             Q.   If you flip way ahead, to page 183,
 5      the very middle paragraph of that page, it
 6      discusses there incident-related tweet data;
 7      correct?
 8                  MR. KIRCHNER:  Objection.
 9             A.   Which paragraph is this?
10             Q.   Are you on page 183?
11             A.   Yes.
12             Q.   It's the last paragraph before the
13      heading:  Facebook and Instagram data
14      collection?
15             A.   Yes, I see that.
16             Q.   And there it talks about -- earlier
17      I talked about how there were, you know,
18      thousands of URLs, talks about number of tweets
19      affected, that last number is 21,897,364 tweets;
20      correct?
21             A.   Yes, I see the number.
22             Q.   And is that the -- is that a scope
23      of how many tweets were affected by the -- or
24      considered by the EIP's tickets?
25                  MR. KIRSCHNER:  Objection, lack of
```

DANIEL KIMMAGE  11/10/2022

 1    foundation, speculative.

 2           A.   It says that their incident-related

 3    tweet data included -- the relationships are not

 4    entirely clear to me -- included 5,888,771

 5    tweets and retweets from ticket status -- from

 6    ticket status IDs directly, 1,094,115 tweets and

 7    retweets, collected first from ticket URLs, and

 8    14,914,478 from key word searches, for a total

 9    of 21,897,364 tweets.  It's not entirely clear

10    to me what that means.

11           **Q.   Can you flip ahead to page 211.**

12    **There's a chapter six called policy.**

13           A.   Mm-hmm.

14           **Q.   And there in the first paragraph,**

15    **in the third line, it says:  During the 2020**

16    **election all the major platforms made**

17    **significant changes to election integrity**

18    **policies; correct?**

19           A.   Yes, I see the sentence.

20           **Q.   And without, you know, going to all**

21    **the tabs, also in the report they talk about how**

22    **the EIP actually kind of pushed for those**

23    **changes; is that right?**

24           MR. KIRSCHNER:  Objection, lack of

25    foundation.

DANIEL KIMMAGE  11/10/2022

```
 1              A.    I haven't read the full report.
 2              Q.    Are you aware of public statements
 3      to that effect, that the EIP advocated for more
 4      restrictive election-integrity policies at the
 5      major social media platforms?
 6              A.    No, I didn't track the EIP's public
 7      statements.
 8              Q.    Do you have any knowledge of the
 9      GEC being involved in advocating for more
10      restrictive content modulation policies with
11      respect to elections at social media platforms?
12              A.    No.
13              Q.    Do you have any knowledge of anyone
14      at the GEC being involved in any kind of, you
15      know, advocacy or argument relating to content
16      modulation policies of any kind?
17              MR. KIRSCHNER:  Objection, vague,
18      ambiguous.
19              A.    Do you mean advocating to change
20      their policies?
21              Q.    Correct.
22              A.    No.
23              Q.    How about any discussion of content
24      modulation policies at the GEC in any
25      connection?
```

1             MR. KIRSCHNER:  Objection, vague,

2      ambiguous.

3             A.   Can I ask you to clarify?  I

4      haven't heard the term:  Content modulation,

5      before.  I've heard content moderation.

6             **Q.   Why don't we use content**

7      **moderation, then.**

8             A.   Okay.

9             **Q.   You understand -- to you, what does**

10     **content moderation policy mean?**

11            A.   I'm not going to define -- I don't

12     know how the social media companies define that,

13     specifically.

14            **Q.   How do you understand it as a -- go**

15     **ahead.**

16            A.   Their terms of service.

17            **Q.   And are they, in particular, their**

18     **terms of service as it permits them to either**

19     **de-emphasize, block, remove, or de-platform**

20     **content that they deem to be inappropriate, is**

21     **that content moderation?**

22            A.   I -- I -- I don't know the

23     specifics for each company, but it's, I believe,

24     how they -- how they determine what is

25     appropriate and inappropriate content on their

DANIEL KIMMAGE  11/10/2022

Page 248

1    platform.

2            Q.    And then -- and then take action

3    against inappropriate content; correct?

4            A.    Potentially.

5            Q.    Okay.  And can I, for the purpose

6    of my next line of questions with you, can we

7    use it that way, as referring to the policies of

8    the social media platforms by which they

9    determine what's appropriate and inappropriate

10   content, and potentially take some kind of

11   action against inappropriate content?

12           A.    With the caveat that I don't know

13   specifically how the companies, themselves,

14   define it.

15           Q.    Sure.  And my only question is:

16   Are you aware of that general issue, which we

17   were calling content moderation policies, being

18   discussed at the GEC in any connection?

19           A.    No.  The GEC didn't engage on the

20   specifics of their content moderation policies.

21           Q.    Were there ever any discussions

22   within the GEC about content moderation policies

23   and how they might apply to, say, Russian, you

24   know, originated narratives?

25                 MR. KIRSCHNER:  Objection.  To the

DANIEL KIMMAGE  11/10/2022

Page 249

 1    extent this is asking for deliberative

 2    information within the GEC, I instruct the

 3    witness not to answer on privileged grounds.  To

 4    the extent you can answer without getting into

 5    internal deliberations, you may answer.

 6  BY MR. SAUER:

 7         Q.   For starters, can you identify

 8    whether you're aware of any such conversations

 9    without identifying the content of such

10    conversations.

11         A.   I'm not aware of conversations

12    specifically focused on content moderation

13    policies at specific social media companies.

14         Q.   Other than specifically focused,

15    are you aware of conversations or discussions

16    that address that issue in any way?

17         A.   I think the only context would be

18    the platforms periodically released public

19    statements on campaigns they identified and

20    things that they took down.  And we looked at

21    those public statements like -- like -- like

22    everybody else.

23              But that wasn't focussed on the

24    moderation policies.  It was focused on how they

25    were looking at foreign propaganda and

DANIEL KIMMAGE  11/10/2022

```
 1   disinformation actors.
 2          Q.   Do you remember a specific public
 3   statement of that kind, like, did Facebook ever
 4   say, hey, we've decided to take down, you know,
 5   allegations that the US government manufactured
 6   AIDS in a lab in the 1970s?
 7          A.   No, because each platform releases
 8   them regularly.  I don't remember a specific
 9   one, no.
10          Q.   So it happens frequently?
11          A.   (Nodding.)
12          Q.   And that's something -- sorry, it
13   happens frequently?
14          A.   Yes, it -- I don't remember the
15   frequency at each social media company, but
16   they -- they release them periodically.
17          Q.   Why do you track that information?
18          MR. KIRSCHNER:  Objection,
19   assuming -- mischaracterizing testimony and
20   vague.  You said:  "That information."
21   BY MR. SAUER:
22          Q.   Why do you track the information
23   that is released by the social media companies?
24          A.   It's publicly-released information
25   that's also covered in the media, and we look at
```

DANIEL KIMMAGE  11/10/2022

```
 1      it to stay informed about the tools, techniques,
 2      and campaigns of foreign propaganda and
 3      disinformation actors.
 4              Q.   Do you know whether the EIP is
 5      still functioning?
 6              A.   I don't.
 7              Q.   Do you know if they had activities
 8      that relate to the 2022 election that just
 9      finished on Tuesday?
10              A.   I don't.
11              Q.   And do you know whether they plan
12      to have, you know, activity with respect to
13      future elections, like 2024?
14              A.   No.
15              Q.   Do you know if GEC is still
16      involved in the EIP in any capacity?
17              MR. KIRSCHNER:  Objection, assumes
18      evidence not on record, lack of foundation,
19      vague.
20      BY MR. SAUER:
21              Q.   Do you know?
22              A.   No.
23              Q.   You do not know?
24              A.   I do not.
25              Q.   For example, Mr. Beebe, is he still
```

**DANIEL KIMMAGE  11/10/2022**

1    at GEC?

2            A.    I believe he is.

3            **Q.    And then the other lady you**

4    **mentioned, I can't remember her name.**

5            A.    Adele Ruppe is no longer at the

6    GEC.

7            **Q.    She's no longer at the GEC  And**

8    **you don't know if either they or anyone else is**

9    **still interacting with EIP in any way?**

10           A.    I don't, no.

11                 MR. KIRSCHNER:  If you're done with

12   that exhibit, then can we take a five-minute

13   break?

14                 MR. SAUER:  Yeah, sure.  Yeah.

15   Yeah.  I'll go through the remaining exhibits

16   during the break and see what we can do to move

17   forward.

18                 MR. KIRSCHNER:  All right.  Do you

19   have a sense -- sorry, let's go off the record

20   first.

21                 THE VIDEOGRAPHER:  All right.  The

22   time is 3:21 p.m.  We are off the record.

23                 (Recess.)

24                 THE VIDEOGRAPHER:  The time is 3:31

25   p.m.  We're back on the record.  Please proceed.

**DANIEL KIMMAGE  11/10/2022**

Page 253

```
 1                    MR. SAUER:  You're being handed
 2      Exhibit 13, it's just a one-pager.
 3                    (Exhibit No. 13 was marked for
 4      identification.)
 5      BY MR. SAUER:
 6            Q.    And this is a website called
 7      Facebook Content Requests, that says that this
 8      portal is for on-boarded partner requests
 9      pertaining to content issues at Facebook and
10      Instagram; have you ever seen a website like
11      this?
12            A.    I don't believe so.
13            Q.    Are you familiar with anyone at GEC
14      having authority to use a website that provides
15      a kind of privileged or sort of line of
16      communication with social media platform?
17                    MR. KIRSCHNER:  Objection, lack of
18      foundation, speculative.
19      BY MR. SAUER:
20            Q.    Are you aware of any?
21            A.    I -- I'm not aware of any specific
22      individual at GEC, no.
23            Q.    Have you ever heard of the phrase:
24      Partner support portal?
25            A.    No, not before you just used it.
```

1         Q.   Okay.  Are you aware of certain

2    social media platforms having lines of

3    electronic communication or websites that their

4    partners can log into to report issues relating

5    to content on their platforms?

6         A.   Yes, I'm aware that there are

7    portals where users can -- or anyone can report

8    issues, I believe.

9         Q.   Are you aware of anyone at the GEC

10   using any such portal?

11        A.   I'm not aware of any -- I'm not

12   aware of any specific instance of someone using

13   a portal like that.

14        Q.   Are you aware of any discussions

15   with the FBI about a Russian hack and leak

16   operation that was anticipated to occur in late

17   2020?

18             MR. KIRSCHNER:  Objection.  To the

19   extent this is calling for law enforcement

20   activity, and Mr. Kimmage is aware of any such

21   law enforcement activity, I would instruct the

22   witness not to answer.

23             To the extent you can answer

24   without engaging in discussion of law

25   enforcement or other deliberative information,

DANIEL KIMMAGE  11/10/2022

1    you may answer.

2            A.    I'm not aware of any specific

3    discussion.  Could you be more specific?

4            **Q.    Sure.  Did you hear, at any time,**

5    **that the FBI had raised any kind of concerns**

6    **relating to a Russian hack and leak operation or**

7    **hack and release operation is, I think, how you**

8    **described it earlier, in 2020?**

9                MR. KIRSCHNER:  Again, same

10   objection.  To the extent this is calling for

11   internal deliberations or a law enforcement

12   information that is privileged, I instruct the

13   witness not to answer.  To the extent that you

14   can answer without revealing potential

15   privileged information, you may proceed.

16           A.    I don't recall, and I can't speak

17   for FBI's concerns and activities in the period.

18           **Q.    Do you recall -- do you recall**

19   **there being any concern, in any quarter, about a**

20   **hack and release operation that the Russians**

21   **might employ in the 2020 election cycle?**

22                MR. KIRSCHNER:  Again, I instruct

23   the witness -- object.  I instruct the witness,

24   to the extent that this is calling for law

25   enforcement information or even classified

**DANIEL KIMMAGE  11/10/2022**

```
 1    information, I instruct the witness not to
 2    answer.
 3              To the extent the witness can
 4    answer without divulging such information, the
 5    witness may proceed.
 6         A.   Given that reporting would have
 7    potentially occurred through classified
 8    channels, I don't feel that I can answer that
 9    in -- in open discussion.
10         Q.   Let me -- let me tease that out a
11    little bit.
12              So are you withholding any
13    information, in response to my question, because
14    of the instruction -- the conditional
15    instruction you received from your counsel.
16         A.   No.  I'm not aware of any specific,
17    but because communication on topics like this
18    would have occurred generally through classified
19    channels I don't feel that I can answer that
20    here.
21         Q.   So your answer to my question is,
22    no, you're not withholding any information on
23    the grounds of privilege in responding to my
24    question?
25         A.   No.
```

DANIEL KIMMAGE  11/10/2022

 1          Q.   That is not your answer?  Sorry,
 2     let's --
 3          A.   Could you clarify that?
 4          Q.   I just want to know, we've had -- I
 5     asked you a question.
 6          A.   Right.
 7          Q.   And your lawyer said:  To the
 8     extent that your answer raises classified
 9     information or law enforcement information I
10     instruct you not to answer.
11              And you said -- I'm not clear
12     whether you know of something that relates to a
13     hack and leak operation, but you're not going to
14     tell me because you received a privilege
15     instruction?
16          A.   Right.
17          Q.   Or you don't know anything.
18              Those are two totally different
19     answers?
20          A.   Right.
21          Q.   And I'm not asking for the content
22     of any such communication.
23          A.   Right.
24          Q.   Right?  Because we get to that in a
25     minute.  I just want to know if there is such

DANIEL KIMMAGE  11/10/2022

Page 258

```
 1    communication.
 2            A.   I'm not aware of anything specific.
 3            Q.   Okay.  So you're not withholding
 4    any information from me on grounds of privilege
 5    in response to that question?
 6            A.   I'm not withholding anything
 7    specific.
 8            Q.   So you're not aware of any concern
 9    raised in any quarter about a Russian hack and
10    release operation with respect to the 2020
11    election?
12            A.   Could you be more specific?  Is
13    there a specific operation?
14            Q.   Well, if you've read our complaint
15    you may know there's allegations relating -- or
16    read some of our pleadings, at least -- you may
17    know there's allegations that there were
18    communications to certain social media platforms
19    from the federal government that said:  We
20    anticipate a Russian hack and release operation
21    in October of 2020.
22                 So remember, there was the 2016
23    hack and release operation, we talked about
24    before; right?
25            A.   Right.
```

DANIEL KIMMAGE  11/10/2022

1              Q.   And are you aware of any -- let me

2      put it this way:  Are you aware of any

3      communication between any federal official, in

4      any social media platform, that related to any

5      concern about a Russian hack and release

6      operation that might or might be planned for the

7      2020 election cycle?

8              A.   Are you asking about GEC?

9              Q.   No.  I'm asking about any federal

10     official, when I said any federal official.

11             A.   I can't speak for any federal

12     official.

13             Q.   I'm asking you:  Do you know of

14     any, are you aware?

15             A.   I'm note aware of any.

16             Q.   How about GEC, are you aware of any

17     GEC communication with any social media platform

18     about any concern or anticipated Russian hack

19     and release operation with respect to the 2020

20     election?

21             A.   I don't recall any GEC

22     communications about Russian hack and release

23     operations.

24             Q.   How about State Department, any

25     communication from State Department?

DANIEL KIMMAGE  11/10/2022

```
 1              A.   I can't speak for the entire
 2     department.
 3              Q.   Okay.
 4              A.   I'm not aware.
 5              Q.   Are you aware?
 6              A.   Nom I'm not aware.
 7              Q.   Are you aware -- how about CISA or
 8     DHS, are you aware of any communication or
 9     anything like that from that quarter?
10              A.   I can't speak to their
11     communications.
12              Q.   Are you aware?
13              A.   I'm not aware of any.
14              Q.   And how about the FBI, are you
15     aware of any communications from FBI or FTIF to
16     any social media platform that relates to that?
17              A.   I'm not aware, no.
18                   MR. SAUER:  Can you give me S?
19                   You're being handed Exhibit 14.
20                   (Exhibit No. 14 was marked for
21     identification.)
22     BY MR. SAUER:
23              Q.   Do you recognize this document?
24              A.   Yes.
25              Q.   And what is it?
```

DANIEL KIMMAGE  11/10/2022

```
 1              A.   It's a transcript of a talk I gave
 2      in 2021.
 3              Q.   And was this at the Washington
 4      Institute For Near East Policy?
 5              A.   Yes.
 6              Q.   The bottom of the first page, you
 7      talk about:  Technology is woven into virtually
 8      aspects of this problem and you're trying to --
 9      trying to stay ahead of the curve; right?
10              A.   Yes.
11              Q.   And spilling onto the next page,
12      you talk about counter-disinformation
13      technologies and their implementation?
14              A.   Yes.
15              Q.   At what -- what are those?  What
16      are the counter-disinformation technologies that
17      you're talking about there and their
18      implementation?
19              A.   So as I detailed earlier, they
20      could be software that would help to identify
21      coordinated inauthentic activity by a foreign
22      propaganda and disinformation.
23              Q.   Any -- anything else, other than
24      tracking propaganda and disinformation?
25              A.   There's a wide array of
```

DANIEL KIMMAGE  11/10/2022

```
 1    technologies.  I -- I can't list them all.  I
 2    can -- there -- there are many different
 3    technologies that can be applied to the problem.
 4           Q.    Can you give me a better picture of
 5    what they're like?  I know we had some type of
 6    discussion of this earlier, and I didn't come
 7    away with any --
 8           A.    Sure.
 9           Q.    -- real grasp of what these
10    technologies are?
11           A.    Right.
12           Q.    And I'm not a techie person.
13           A.    Sure.
14           Q.    But can you clarify that, at all?
15           A.    So with the caveat that I'm also
16    not a technology expert, it would be, you know,
17    a tool that could analyze data to cast light on
18    how Russia or China is trying to manipulate
19    online discourse, it could be a tool that raises
20    awareness, for example, a game that people play,
21    to understand how disinformation is introduced
22    by a foreign actor, something that raises their
23    awareness, it could be a tool like that, for
24    example.
25                 It could be an interactive website
```

```
 1    that shows Chinese investments in the tech
 2    sector, for example, to show how Chinese
 3    influence is expanding in the tech sector.  And
 4    that is a -- computed as a technology-driven
 5    tool that helps to counter propaganda and
 6    disinformation, because, of course, China's
 7    propaganda is that they're not doing this, in
 8    fact, they are doing this.
 9              And when you're casting light on it
10    with, for example, a data rich website that
11    would show that, you're countering their
12    propaganda.
13         Q.   Lower down on that page, second
14    paragraph from the bottom --
15         A.   Mm-hmm.
16         Q.   -- you talk -- you talk about their
17    work, your work in the context of the COVID
18    crisis; correct?
19         A.   Yes.
20         Q.   And you -- you talk about how they
21    would -- COVID involved a new wave of propaganda
22    and disinformation; right?
23         A.   Where does it say that?
24         Q.   I'm paraphrasing, it rapidly became
25    clear that this would be an issue of global
```

**DANIEL KIMMAGE  11/10/2022**

Page 264

1      consequence, not simply in the scope of the

2      crisis but also in our area of propaganda and

3      disinformation; correct?

4            A.    Yes.

5            Q.    Okay.  And you talked about Russia

6      pushing conspiracy theories.  Do you know what

7      those were?  What were you talking about there?

8            A.    Yeah, as I detailed earlier, they

9      were propaganda narratives and disinformation

10     narratives about the origins of the virus, about

11     the efficacy of US and Western-developed

12     vaccines, about the efficacy of Russian

13     vaccines.  These were propaganda narratives that

14     Russia sought to use in the context of the

15     pandemic.

16           Q.    And you go on to say:  We saw the

17     Peoples Republic of China suggesting various

18     false and nefarious narratives about the origin

19     of the virus.  Do you remember what -- is that

20     right?

21           A.    Yes.

22           Q.    Do you remember what those

23     narratives were or are?

24           A.    Some of them alleged a US role.  I

25     don't recall the specifics, but along the lines

**DANIEL KIMMAGE  11/10/2022**

1      of the notorious KGB operation alleging a US

2      government role in the creation of the AIDS

3      virus, there were Chinese propaganda narratives

4      that suggested some sort of US role, and there

5      were Russian narratives that suggested the same

6      things.

7              Q.    What was that -- what role did

8      China say or --

9              A.    Right.

10             Q.    -- Chinese actors say that the US

11     had in the origin of the virus?

12             MR. KIRSCHNER:  Objection, calls

13     for a narrative response.

14             A.    With the caveat that I don't recall

15     all the specifics, it would be that US medical

16     research led to the creation of a virus.

17             There are many different

18     narratives, it would be alleging some nefarious

19     US government role.

20             Q.    That the government -- so you said

21     US medical research funded by the government, is

22     that a narrative that the Chinese propagated?

23             MR. KIRSCHNER:  Objection,

24     mischaracterizes testimony.

25             A.    It -- it's a narrative that I know

**DANIEL KIMMAGE  11/10/2022**

```
 1    Russian propagandists have used.  I don't recall
 2    whether Chinese propagandists used that specific
 3    narrative discussion.  I know Russian
 4    propagandists did.
 5         Q.    What Chinese-specific narratives do
 6    you remember about the origins of the virus?
 7    You've got a robust reference to them here, and
 8    I just wonder if I can get my head around what
 9    you're talking about.
10         A.    The primary Chinese narratives, as
11    I recall, were really about how well China
12    responded to the pandemic compared to Western
13    countries.  But I also recall that they disputed
14    and suggested alternative theories for the
15    emergence of the virus.  And some of them
16    alleged a nefarious US government role.
17         Q.    Do you remember what that role was
18    that they alleged?
19         A.    No, I don't remember the specifics.
20         Q.    What did they say about -- what did
21    these narratives say about the first thing you
22    said, which had to do with how the Chinese
23    response was more successful?
24         A.    It would be touting how well -- how
25    quickly China responded, how effectively they
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    responded, and contrasting that with, for

 2    example, Western countries, like Italy, that

 3    struggled, initially, in dealing with the virus.

 4         Q.   Was that -- was that disinformation

 5    is, in fact, false that China did a better job

 6    of responding to the virus?

 7         A.   This would be more propaganda,

 8    where they are selectively highlighting things

 9    that are not necessarily false, but in the

10    context or misleading.  So this is the

11    distinction between propaganda and

12    disinformation.

13         Q.   Can you flip to the next page.

14         A.   Mm-hmm.

15         Q.   At the top there, very top of the

16    page, at the bottom of that first paragraph, you

17    say:  Finally, we provided rapid response grants

18    to local organizations on the front lines,

19    fighting the adversarial narratives of the COVID

20    info-demic, as some have called it.

21              What's -- what's involved there?

22         A.   I believe we had a program with

23    several embassies abroad, where we provided

24    rapid response grants to foreign organizations

25    fighting, generally, Russian and propaganda --
```

**DANIEL KIMMAGE  11/10/2022**

 1   Chinese propaganda and disinformation in their

 2   local environments.

 3        **Q.   So those grants went to foreign --**

 4   **foreign entities abroad?**

 5        A.   Yes.

 6        **Q.   And what -- what sorts of entities**

 7   **would get them, would they be, like, local news**

 8   **stations or who was fighting the COVID**

 9   **info-demic abroad?**

10        A.   Generally, they would be civil

11   society organizations or potentially research

12   organizations.

13        **Q.   What's a civil society**

14   **organization?**

15        A.   A non-governmental organization

16   that is focused on a particular issue.

17        **Q.   Halfway down this page, at the**

18   **bottom and that middle paragraph, you say:  I**

19   **would note in the counterterrorism context an**

20   **increasing focus on racially and ethnically**

21   **motivated violent extremism REMVE, what are you**

22   **talking about there, what are you referring to?**

23        A.   I'm referring to extremist

24   organizations that are promoting white supremacy

25   or similar racial and racially and ethnically

DANIEL KIMMAGE  11/10/2022

Page 269

```
 1    motivated narratives to justify violent

 2    extremism.

 3            Q.   And are those -- is that something

 4    that the GEC kind of tracks or monitors or pays

 5    attention to?

 6                 MR. KIRCHNER:  Objection,

 7    mischaracterizes the testimony.

 8    BY MR. SAUER:

 9            Q.   That's a question, is it

10    something --

11            A.   The counterterrorism team at the

12    Global Engagement Center looks at violent

13    extremist organizations abroad and how they seek

14    to recruit people.

15                 And as there has been an upswing in

16    the activity of groups focused on racially and

17    ethnically motivated violent extremism the

18    Global Engagement Center's counterterrorism team

19    has begun to look at those groups.

20            Q.   Are you saying those -- those --

21    are those strictly groups abroad or does that

22    include domestic violent extremist groups?

23            A.   Those are groups abroad.

24            Q.   Okay.  Do you -- does Global

25    Engagement Center have any role with respect to
```

DANIEL KIMMAGE  11/10/2022

1    tracking or paying attention to domestic

2    racially or ethnically motivated violent

3    extremist groups?

4           A.   No, it does not.

5           Q.   What agency does that?

6                MR. KIRSCHNER:  Objection.

7  BY MR. SAUER:

8           Q.   If you know.

9                MR. KIRSCHNER:  Lack of foundation,

10   speculative.

11          A.   The -- the federal law enforcement

12   and federal and local law enforcement agencies.

13          Q.   Turning to the next page, in that

14   second to last paragraph in the second line,

15   there's another reference to the -- the

16   disinfo-cloud, and you describe it as sharing

17   findings and information on disinformation

18   related challenges; correct?

19          A.   Yes.

20          Q.   And it describes a platform, and I

21   guess you're saying this in early 2021; right?

22          A.   Mm-hmm.

23          Q.   It describes a platform as having

24   1200 members, and has assessed 70 tools; right?

25                Do you know who those members were?

DANIEL KIMMAGE  11/10/2022

1    It's a lot of members, is this just anyone who

2    wants to access that web page, who seeks and

3    receives authority to do so?

4          A.   So as I explained earlier, the

5    members of the disinfo-cloud would include some

6    representatives of government agencies, some

7    developers in the tech sector, and I believe

8    some researchers, as well.

9          Q.   And you go on, later in that

10   paragraph, to say:  We have established a

11   liaison in Silicon Valley with the purpose of

12   sharing lessons learned and developing two-way

13   communications about foreign disinformation and

14   propaganda with our partners in the technology

15   industry; correct?

16         A.   Yes.

17         Q.   Is that a reference to the -- the

18   Silicon Valley location we talked about earlier?

19         A.   Yes, it is.

20         Q.   So that's a reference, essentially,

21   to Mr. Stewart --

22         A.   Yes, it is.

23         Q.   -- right?

24              Is there anything else that falls

25   in that bucket of a two-way liaison with Silicon

DANIEL KIMMAGE  11/10/2022

Page 272

```
 1    Valley?
 2          A.   Could you clarify?
 3          Q.   Well, your -- your statement there,
 4    about -- about establishing a liaison in Silicon
 5    Valley and developing two-way communications
 6    with technology companies, is that referring to
 7    anything other than Mr. Stewart being located
 8    out there, as we talked about earlier?
 9          A.   The two-way communications would
10    involve more than just Mr. Stewart, but the
11    liaison position was, of course, developed for
12    that purpose.
13          Q.   And that -- so that liaison you're
14    referring to is, in fact, Mr. Stewart and these
15    remarks?
16          A.   Yes.
17          Q.   And I can't remember, I think you
18    said he's gone now, he's not at GEC anymore or
19    do you not remember?
20          A.   Yes, I believe he's left the GEC.
21          Q.   Did someone replaced him out in
22    Silicon Valley, is someone liaising there now?
23          A.   There -- I don't think -- there is
24    no one from the GEC who is based in Silicon
25    Valley now.
```

**DANIEL KIMMAGE  11/10/2022**

1          Q.   **Was Mr. Stewart the last one or did**
2     **someone else -- did anyone else ever hold that**
3     **role of the Silicon Valley liaison based out in**
4     **California?**
5          A.   I don't think anyone held the role
6     based in California.
7          Q.   **Other than Mr. Stewart, you mean?**
8               **Mr. Stewart was based in**
9     **California, wasn't he?  He said that in e-mails.**
10         A.   Yes.  I believe he was the only GEC
11    employee to be based in California.
12         Q.   **When you're talking about these**
13    **liaison with tech companies, is part of the**
14    **purpose there to, you know, partner with tech**
15    **companies to stop the spread of disinformation**
16    **online?**
17              MR. KIRSCHNER:  Objection.
18         A.   No.  No.  The purpose is, as stated
19    here, to share lessons and develop two-way
20    communications.  The actions that they take are
21    for the tech companies.  The GEC is sharing
22    lessons learned, information about the
23    techniques, the campaigns, the narrative of
24    foreign propaganda and disinformation actors.
25         Q.   **Is it a purpose of GEC, more**

**DANIEL KIMMAGE  11/10/2022**

Page 274

```
 1      generally, to, you know, partner with private
 2      tech firms to stop the spread of disinformation
 3      on social media?
 4           A.   It's the purpose of the GEC to
 5      engage with the tech industry and other partners
 6      to counter propaganda and disinformation.  It's
 7      not dictating a specific action that they would
 8      take.
 9           Q.   But is it a purpose that you said
10      to counter?
11           A.   Yes.
12           Q.   Yet earlier described counter can
13      involve a number of things, one thing, counter
14      can be a reputation, for example; right?
15           A.   Yes.
16           Q.   And your disinformation bulletins
17      refer to difficulties and talk about Lithuania
18      and so forth.
19                Another way of countering
20      disinformation might be, as you say, in some of
21      those bulletins, to attack credibility of the
22      person spreading it, right, that would another
23      way to counter?
24                And the third way to counter would
25      be to stop it from spreading in the first place,
```

DANIEL KIMMAGE  11/10/2022

 1      **right?  Those are three different things?**

 2            A.    That's correct.  Those are three

 3      different things.  You can also raise awareness.

 4      You can conduct what's called an inoculation

 5      campaign by making people aware of the types of

 6      campaigns.  The -- these are all tools in the

 7      toolbox.

 8            **Q.    Okay.  And as one of those tools**

 9      **that could be in the toolbox to stop the spread?**

10                  MR. KIRSCHNER:  Objection, vague.

11                  MR. SAUER:  Just asking.

12                  MR. KIRSCHNER:  Well, I don't know

13      what you're asking.

14                  MR. SAUER:  Okay.

15            A.    Can you clarify what you mean by

16      stop the spread?

17            **Q.    What does that mean to you, to stop**

18      **the spread of disinformation on social media?**

19            A.    It could cover a huge range of

20      things.  It could -- if there's an effective

21      refutation out there, that people read and find

22      compelling, they may stop sharing the propaganda

23      and disinformation that could stop the spread.

24      I -- could you clarify what you mean by it?

25                  MR. SAUER:  Why don't you give me

```
 1    T?

 2                  Why don't we look at Exhibit 15.

 3                  (Exhibit No. 15 was marked for

 4    identification.)

 5   BY MR. SAUER:

 6            Q.    Have you seen this document before?

 7            A.    Yes, I believe so.

 8            Q.    Were you involved in drafting it?

 9            A.    I was not involved in drafting it.

10            Q.    Did you have any input into its

11   formulation?

12            A.    I believe I reviewed it, but I

13   didn't -- I didn't draft it or formulate it.

14            Q.    When you reviewed it, did you

15   provide any input or edits or suggestions?

16            A.    I don't recall whether I provided

17   input or suggestions.

18            Q.    And this is titled:  Functional

19   Bureau Strategy for the Global Engagement

20   Center; right?

21            A.    Yes.

22            Q.    And it's dated May 17 of 2022, this

23   year?

24            A.    Yes.

25            Q.    Who did draft this?
```

```
 1              A.   I don't know.
 2              Q.   Is it a -- and it's on the GEC's
 3    website; right?
 4              A.   Actually, let correct what I just
 5    said.  If this was released in May 17, 2022, I
 6    may not actually have reviewed this version.
 7    This is a document that I believe is
 8    periodically updated.  And just because I was
 9    not at the Global Engagement Center in -- in
10    2022 I don't think that I would have reviewed
11    this.  I would have reviewed a previous version,
12    so I didn't notice the date until just now.
13              Q.   So this date would have been when
14    you were at the National Defense University?
15              A.   Yes.  Yes.
16              Q.   Okay.  Well, can you turn to -- how
17    about to the -- it's labeled page 2 of 17, it's
18    really the fourth page of the document.
19              A.   Okay.
20              Q.   And then there's a paragraph two
21    there that starts in the middle of the page,
22    called:  Counter-disinformation technology?
23              A.   Yes.
24              Q.   And it talks about how technology
25    plays an important role in the problems and
```

1        solutions of propaganda and disinformation.

2                    And the GEC works with government

3        and private sector stakeholders to identify the

4        needs and available tools to counter foreign

5        propaganda and disinformation; correct?

6            A.    Yes, that's what it says.

7            Q.    Is that all a fair and accurate

8        description of GEC's mission or goals?

9            A.    Yes, I believe so.

10           Q.    And the next sentence says:

11       Wherever possible, the GEC promotes integration

12       of appropriate technology or technologies to

13       support the mission; do you know what that's

14       talking about?

15           A.    With the caveat that I was not --

16       with the caveat that I don't believe I was

17       involved in the drafting or approval of this

18       document, I -- I believe it's a reference to

19       using technology to carry out the GEC's mission

20       of countering propaganda and disinformation by

21       foreign state and non-state actors.

22           Q.    And the next sentence says:  The

23       GEC also partners with private technology

24       companies to stop the spread of disinformation

25       on social media; correct?

1          A.    That's what it says, yes.

2          Q.    **What's it referring to?**

3               MR. KIRSCHNER:  Objection,

4     speculative.

5     BY MR. SAUER:

6          Q.    **How does the GEC partner with**

7     **social media companies or private technology**

8     **companies to stop the spread of disinformation**

9     **on social media?**

10          A.    I believe that would be through

11     meetings to discuss -- to share information

12     about the tools and techniques and campaigns and

13     narratives of foreign propaganda and

14     disinformation actors, to deepen the

15     understanding of those campaigns and actors for

16     the technology companies.

17          Q.    **How does deepening their**

18     **understanding help stop the spread of**

19     **disinformation?**

20          A.    It can help them to identify, for

21     example, coordinated inauthentic activity or to

22     understand what these actors are trying to

23     achieve, to understand the types of narratives

24     they are promoting, to understand the -- the --

25     the actors, the proxies, the tools, for example,

**DANIEL KIMMAGE  11/10/2022**

1    as listed in the Pillars of Disinformation

2    report, the elements in the Russian propaganda

3    ecosystem.  All of those things are important

4    elements of understanding the problem.

5         **Q.   And so it promotes -- it's -- I**

6    **think you said it helps them identify certain**

7    **aspects of the problem and understand aspects of**

8    **the problem.**

9              **How, if the search or the**

10   **technology companies identify and understand**

11   **those aspects of the problem, does that stop the**

12   **spread of anything?**

13             MR. KIRSCHNER:  Objection,

14   speculative.

15        A.   Solving a problem has to start with

16   understanding the problem, the elements of the

17   problem.  The Global Engagement Center has an

18   important function, it's laid out in its

19   congressional legislation to identify and -- and

20   track what foreign propaganda and disinformation

21   actors are doing, and releasing, for example, a

22   public report on what Russian propaganda is

23   promoting that doesn't, in and of itself, stop

24   it, but it equips people, it equips, you know,

25   potentially technology companies to better

**DANIEL KIMMAGE 11/10/2022**

1    understand it so that they can take whatever

2    actions they would take to -- to -- to stop the

3    spread.

4            **Q.   What actions could technology**

5    **companies possibly take to stop the spread once**

6    **they've been educated with this understanding**

7    **you described?**

8            MR. KIRSCHNER:  Objection,

9    speculative.

10           A.   I -- I can't speculate about all

11   the things a technology company can do.

12           **Q.   Well, what do you -- your document**

13   **or GEC's document says:  We partner with them to**

14   **stop the spread.  You've recounted, in detail,**

15   **how you educate them and advance their**

16   **understanding and identification.  I don't get**

17   **the next step, how does it stop the spread?**

18           MR. KIRSCHNER:  Objection, asked

19   and answered.

20           A.   You know, with the caveat that I

21   don't believe I was involved in drafting --

22           **Q.   Sure.**

23           A.   -- this document, including the

24   specific wording of stop the spread, but, for

25   example, you can label state-owned media as

1    being state-owned media.  I know that some

2    social media companies have labeled Russia today

3    as this is a Russian state-owned entity.

4              And by labeling it, and, for

5    example, this is something that's listed in the

6    Pillars of Disinformation report that the GEC

7    released, you can then label that, and as people

8    see that, hopefully they'll be less likely to

9    forward it or share it, and that will help to

10   stop the spread.

11        **Q.   So applying labels, the -- in other**

12   **words, GEC doesn't apply labels to anything on**

13   **social media; correct?**

14        A.   No.

15        **Q.   But it gives information to the**

16   **tech companies, and then they apply labels to**

17   **things or they can, if they want to, apply**

18   **labels to things to help stop the spread; is**

19   **that a fair characterization?**

20        A.   In the case that I mentioned, the

21   GEC is not giving the information specifically

22   to tech companies.  The Pillars of

23   Disinformation report was a public report that

24   anyone can access, anyone all over the world,

25   including a tech company, can access.

**DANIEL KIMMAGE  11/10/2022**

1          Q.   Yeah, but that's your example.  I'm

2     really talking about what they're saying here in

3     the document, where it talks about partnering

4     with private technology companies, that Russian

5     disinformation report, that was made available

6     to the whole world.  That's not a specific

7     partnership with a private technology company;

8     correct?

9               I'm wondering how partnering a

10    private technology companies, and having these

11    meetings, like you're meeting with Twitter in

12    2021, and the other meetings that Mr. Stewart

13    set up and so forth, how do those -- and you

14    described that those meetings are involved in a

15    kind of information sharing and educational

16    function, how do they stop the spread?

17         A.   Just to repeat, they help to deepen

18    the understanding so that a technology company,

19    just like a user, can take action.  And they

20    take whatever action they deem is necessary.

21    The Global Engagement Center does not tee up

22    actions for social media companies to take.

23         Q.   Did Mr. Dempsey ever tee up an

24    action for a social media company to take?

25         A.   I -- I -- I don't know about

DANIEL KIMMAGE  11/10/2022

Page 284

```
 1    Mr. Dempsey.
 2            Q.   Alex Dempsey?
 3            A.   Alex Dempsey.
 4            Q.   Do you remember him from the 2020
 5    e-mail chain we talked about earlier?
 6            A.   I -- I don't believe that chain
 7    teed up an action.  I don't believe it
 8    recommended an action.
 9            Q.   So you don't view that Alex Dempsey
10    chain as teeing up an action; is that fair to
11    say?
12            MR. KIRSCHNER:  Objection,
13    mischaracterizing the evidence.
14            MR. SAUER:  I'm asking what he --
15    how he views the evidence.
16    BY MR. SAUER:
17            Q.   You do not view that Alex Dempsey
18    is teeing up an action for social media
19    companies?
20            MR. KIRSCHNER:  Objection, lack of
21    foundation, mischaracterizing the evidence.
22            MR. SAUER:  I'm asking how he views
23    the evidence.
24            A.   Well, did it request a specific
25    action?
```

DANIEL KIMMAGE  11/10/2022

Page 285

1          Q.    I'm asking you whether you viewed
2     it as teeing up an action.
3          A.    I don't recall that it requested a
4     specific action.
5          Q.    So do you view it as not teeing up
6     something for -- for a specific action?
7               MR. KIRSCHNER:  Objection, asked
8     and answered.  That's just --
9          A.    I don't recall it requesting a
10    specific action.
11         Q.    Is it your view that if there's a
12    meeting between the GEC and social media
13    platforms, where no specific action is
14    requested, then you haven't teed up anything for
15    action?
16         A.    Yes.  I don't -- I don't believe
17    that the GEC requested specific actions of
18    social media companies.
19         Q.    Could the GEC give social media
20    companies, for example, a briefing about how
21    content on their platforms is, you know,
22    violative of their platform policies, without
23    requesting removal?
24              MR. KIRSCHNER:  Objection, vague.
25         A.    The GEC would not brief a social

DANIEL KIMMAGE  11/10/2022

1    media company on their policies.

2        Q.    Would it brief them on information

3    that -- that would relate to violations of their

4    policies?

5        A.    Could you be -- could you clarify

6    that.

7        Q.    Let me ask the question

8    differently.

9            Did anyone associated with the GEC

10   ever flag information -- or I'm sorry -- flag

11   content on a social media platform with the

12   intent of alerting them to information that

13   violates their policies?

14           MR. KIRSCHNER:  Objection,

15   speculative and vague, ambiguous.

16       A.    The only specific example that I

17   recall is the one that I gave you earlier, about

18   a threat to US personnel at a facility abroad.

19       Q.    That's the 2018 example you talked

20   about?

21       A.    Yeah, I believe it occurred in

22   2018.

23       Q.    Do any of the -- there was a

24   reference in your previous statements to the 70

25   tools on the disinfo-cloud.  Did any of those

DANIEL KIMMAGE  11/10/2022

Page 287

```
 1       tools relate to -- to content modulation in any
 2       way or, I'm sorry, content moderation?
 3            A.   Right.
 4            Q.   Using the definition that you and I
 5       agreed to a little while ago, do any of those
 6       tools have any relationship with content
 7       moderation?
 8            A.   I'm not familiar with the specifics
 9       of all the tools.
10            Q.   You don't know what -- are you
11       aware of any tools that do relate to content
12       moderation?
13            A.   None that I can recall.
14            Q.   Are you aware of any tools that
15       would, if used by a social media platform, make
16       it easier for them to identify content to
17       moderate?
18                 MR. KIRSCHNER:  Objection, vague,
19       ambiguous, speculative.
20            A.   I don't know enough about the
21       specifics of how they conduct content moderation
22       to say what tools would or would not be useful.
23            Q.   Some of the tools, at least, are
24       designed to assess content that's out there on
25       social media and try to identify foreign malign
```

DANIEL KIMMAGE  11/10/2022

1    narratives within it; right?

2              MR. KIRSCHNER:  Objection, lack of

3    foundation.

4    BY MR. SAUER:

5         Q.   I thought that's what you said

6    earlier, can you tell me?

7         A.   I don't recall.  I was giving an

8    example of what might be a tool.  I don't recall

9    the specific tools on the platform.

10        Q.   So you don't recall the specifics

11   of any tool on that platform; is that right?

12        A.   No.  I was not an active user of

13   the platform, no.

14             MR. SAUER:  Can I have W?

15             I think it's going to be Exhibit 16

16   or 17?  16.

17             (Exhibit No. 16 was marked for

18   identification.)

19             MR. KIRSCHNER:  Sorry, you said?

20             MR. SAUER:  Yeah, is this -- I

21   think we're on 16.

22             MR. KIRSCHNER:  Yeah, 16.

23   BY MR. SAUER:

24        Q.   Do you see this exhibit?

25        A.   I do.

DANIEL KIMMAGE 11/10/2022

Page 289

```
 1              Q.   It's October 17, 2022 remarks to
 2     the press by Secretary Blinken, the Secretary of
 3     State?
 4              A.   Yes.
 5              Q.   Were you aware that he made these
 6     comments or is this --
 7              A.   Not these specific comments, no.
 8              Q.   Can you turn to the second page?
 9              A.   Okay.
10              Q.   Second full paragraph, after a
11     paragraph discussing collaborations with
12     Stanford, and partnerships with Silicon Valley
13     and so forth, the Secretary says:  We also have
14     to be the ones who are at the table who are
15     helping to shape the rules, the norms, and the
16     standards by which technology is used.
17                   Do you know what the Secretary's
18     referring to there?
19                   MR. KIRSCHNER:  Objection,
20     speculative.
21     BY MR. SAUER:
22              Q.   Do you know?
23              A.   I -- I don't know specifically.  I
24     believe he's referring to international
25     organizations.
```

**DANIEL KIMMAGE  11/10/2022**

1          **Q.   Okay.  So why don't you -- what do**
2    **international organizations do to help shape the**
3    **rules, the norms, and standards by which**
4    **technology is used?**
5          A.   I'm not specifically familiar with,
6    the GEC was not a policy and is not a policy
7    shop.  So I'm not specifically familiar with the
8    international organizations that shape the rules
9    and norms.
10         **Q.   Are you aware of any efforts by the**
11   **GEC to help shape the rules, the norms, and**
12   **standards by which technology is used?**
13         A.   As I said, the GEC is not a -- a
14   policy shop.  I don't -- it does not have the
15   lead on -- on policy issues like this.
16         **Q.   Are you aware of any role of the**
17   **GEC, at all, on that?**
18         A.   To the extent that the GEC has a
19   role, I think it would be informing the
20   discussion through insight into the actions of
21   malign propaganda and disinformation actors.
22   It's not a policy office.
23         **Q.   How about elsewhere in the State**
24   **Department, what -- what -- what State**
25   **Department office would be involved in helping**

DANIEL KIMMAGE 11/10/2022

1    **to shape the rules, the norms, and the standards**

2    **by which technology is used?**

3              MR. KIRSCHNER:  Objection,

4    speculative.

5         A.   I -- I believe there's a new

6    office, I don't recall the name.  There's a

7    change in this area.  I -- I -- you would have

8    to ask my colleagues at the department, but I

9    believe there is a new office for --

10   specifically for technology policy.

11        Q.   **Was there a predecessor to that**

12   **office that you're familiar with?**

13        A.   I believe that previously there

14   were two offices, and I don't -- I don't -- I

15   don't recall the specifics.  We were not a

16   policy shop or a direct participant in policy

17   debates.

18        Q.   **That technology policy office, is**

19   **it involved in interfacing with social media**

20   **platforms?**

21             MR. KIRSCHNER:  Objection,

22   speculative.

23        A.   I -- I -- I don't know what their

24   interactions are.

25        Q.   **Can you flip ahead three more**

DANIEL KIMMAGE  11/10/2022

1    pages?

2            Sorry.

3            On the fifth page of the document,

4    do you see there, there's a question from

5    someone called Janelle, where she asks:

6    Stanford is one of the leading institutions to

7    combat misinformation research and pointing out

8    propaganda narratives and how they spread.

9            Are you familiar with Stanford

10   having that role?

11           MR. KIRSCHNER:  Objection,

12   speculative.

13       A.   I'm familiar with the Stanford -- I

14   think it's called the Stanford Internet

15   Observatory.

16       Q.   Is that the SIO?

17       A.   Yes.

18       Q.   What do you know about them?  How

19   are you familiar with them?

20       A.   I'm familiar with them as a -- a

21   well-known research organization, like the -- I

22   think there's the Oxford Internet Institute.

23   There are a number of these research entities.

24       Q.   Does GEC work with the SIO or the

25   Stanford Internet Observatory in any way?

DANIEL KIMMAGE  11/10/2022

```
 1              A.   I don't recall whether we have a
 2    specific interaction with -- specific
 3    partnership with the Stanford Internet
 4    Observatory.
 5              Q.   So you don't know if there's
 6    anything -- in what connection are you familiar
 7    with them?
 8              A.   My general familiarity with the
 9    researchers and research in the field.
10              Q.   How do you get familiar with the
11    researchers in the field?  Do you read the
12    reports or do people in GEC talk about stuff
13    that they're saying?  Does GEC rely on their
14    reports in the research that it does or explain
15    that?
16              MR. KIRSCHNER:  Objection,
17    ambiguous, vague.
18              MR. SAUER:  And compound.
19              MR. KIRSCHNER:  And compound.
20    Thank you.
21              THE WITNESS:  I -- I --
22    BY MR. SAUER:
23              Q.   Go ahead.
24              A.   I follow the news on -- and
25    research on issues related to the GEC's mandate.
```

**DANIEL KIMMAGE 11/10/2022**

```
 1    And I note some of the research institutes that
 2    are -- that are -- that are producing it.
 3              Q.   But do you know of any direct
 4    involvement between any GEC people and the
 5    Stanford Internet Observatory?
 6              A.   I don't recall whether there was a
 7    direct partnership.  I simply don't recall.
 8              Q.   How about the Atlantic Research
 9    Council, have you ever heard of them?
10              A.   The Atlantic Council.
11              Q.   Yeah, Atlantic Council?
12              A.   All right.
13              Q.   Who are they, exactly?
14              A.   It's a Washington, D.C.-based think
15    tank.
16              Q.   Is it government funded or
17    privately funded or do you know?
18              A.   It's a mix, I believe.
19              Q.   Okay.  And do you have any -- does
20    GEC have relationship with them?
21              A.   So I'm recused from -- starting in,
22    I think, early 2019 my wife is an employee at
23    the Atlantic Council, so I recused myself from
24    any Atlantic Council-related discussions in
25    2019.  She's at the Eurasia Center at the
```

DANIEL KIMMAGE  11/10/2022

Page 295

```
1     Atlantic Council.

2           Q.    Okay.  How about Graphika, with a

3     K, are you familiar with that?

4           A.    Yes, I am familiar with that.

5           Q.    What are they, exactly?

6           A.    I believe that they're a private

7     sector entity that does research in this area.

8           Q.    Are they based in D.C., or where

9     are they based?

10          A.    I don't recall where they're based.

11          Q.    Does it -- are you aware of GEC

12    having a relationship with Graphika?

13          A.    I don't recall whether GEC has a

14    direct relationship with Graphika.

15          Q.    Okay.  How are you familiar with

16    them?

17          A.    I'm familiar with their general

18    research.  I believe they released public

19    reports and I would see those the way I would

20    see reports that the Stanford Internet

21    Observatory would release.

22          Q.    Any other -- any other direct

23    relationship between GEC and -- and them?

24          A.    Not that I recall.

25          Q.    Turning back to the document here
```

DANIEL KIMMAGE  11/10/2022

```
 1        on the fifth page, the reporter asked the
 2        Secretary:  How do you envision the cooperation
 3        between the State Department and institutions
 4        like Stanford, and combatting the spread of
 5        propaganda, and how does this fit within the
 6        recently released national security strategy;
 7        correct?
 8              A.   Yes.
 9              Q.   And the Secretary talks about
10        Stanford doing remarkable work on that, and we
11        want to be sure we're benefitting it, because
12        it's a day-to-day battle of combatting
13        misinformation and disinformation; right?
14              A.   Right.
15              Q.   And then he refers specifically to
16        your unit; right?  He says:  We have something
17        called the Global Engagement Center that's
18        working on this every single day; correct?
19              A.   Yes.
20              Q.   And that work is inspired by work
21        that's being done in academia, academia,
22        including here at Stanford, as well as, where
23        appropriate, collaborations; right?
24              A.   Yes.
25              Q.   So is he talking about your work,
```

**DANIEL KIMMAGE  11/10/2022**

Page 297

```
 1      the GEC's work, being inspired by work being
 2      done at Stanford?
 3              MR. KIRSCHNER:  Objection,
 4      speculative.
 5          A.   I -- I believe he's talking about
 6      academic research that helps to inform the work
 7      of the Global Engagement Center.
 8          Q.   And are there collab- -- when he
 9      talks about appropriate collaborations, are you
10      aware of any collaborations between the GEC and
11      academia?
12              MR. KIRSCHNER:  Objection,
13      speculative.
14      BY MR. SAUER:
15          Q.   Including, but not limited to,
16      Stanford?
17          A.   The GEC engages regularly with
18      researchers on foreign propaganda and
19      disinformation, some of whom are in academic
20      institutions.
21          Q.   Including the SIO, Stanford
22      Internet Observatory?
23          A.   I believe so, I'm not aware of the
24      specifics of the interactions with all the
25      institutions, but yes, like the SIO.
```

1          Q.   But you believe there are --
2     Mr. Kimmage, you don't know specifically whether
3     there's direct interaction with the SIO, but
4     generally it's overdue for the GEC to have
5     direction interactions with research
6     institutions like the SIO?
7                MR. KIRSCHNER:  Objection, vague,
8     assumes evidence not in record.
9     BY MR. SAUER:
10         Q.   Correct?
11         A.   The GEC stays abreast of current
12    research in -- in the field, and meets
13    periodically with the researchers, yes.
14         Q.   Okay.  And then the Secretary goes
15    on to say:  One of the things we have to do is
16    to make sure that we're using technology,
17    itself, to deal with some of the downsides of
18    technology when it's misused, including when it
19    comes to misinformation and disinformation?
20         A.   Mm-hmm.
21         Q.   Do you know what he's talking
22    about, how is the State Department using -- or
23    the GEC, which he's referred to two sentences
24    earlier -- using technology, itself, to deal
25    with the downsides of technology when it comes

**DANIEL KIMMAGE 11/10/2022**

1      to misinformation and disinformation?

2              MR. KIRSCHNER:  Objection,

3      speculative.

4          A.   So I don't know, specifically, what

5      the Secretary is referring to, here, but the

6      Technology Engagement Team at the Global

7      Engagement Center engages with people who are

8      developing tools that would help to identify and

9      counter propaganda disinformation.  I believe

10     those are the types of engagements that he's

11     referring to.

12             MR. KIRSCHNER:  Counsel, do you

13     know how much longer?

14             MR. SAUER:  Why don't we take a

15     five-minute break.

16             MR. KIRSCHNER:  Okay.

17             MR. SAUER:  And I will use that

18     time to see whether and to what extent I have

19     more to go over.

20             THE VIDEOGRAPHER:  The time is 4:19

21     p.m.  We're off the record.

22             (Recess.)

23             THE VIDEOGRAPHER:  The time is 4:32

24     p.m.  We're back on the record.  Please proceed.

25             MR. SAUER:  We have -- plaintiffs

**DANIEL KIMMAGE  11/10/2022**

```
 1    have no further questions for this witness at

 2    the time.

 3              MR. KIRSCHNER:  The defendants have

 4    no questions, either.  And we believe that this

 5    is closed.  And this is Mr. Kimmage's --

 6    completion of Mr. Kimmage's deposition for this

 7    case.

 8              MR. SAUER:  His first deposition

 9    for this case.

10              MR. KIRSCHNER:  No, this is the

11    close of his deposition, and that we would

12    object to any other further reopening of his

13    deposition.

14              MR. SAUER:  If that issue ever

15    comes up, I'm sure we'll take it up at that

16    time.  So is that the end?

17              THE VIDEOGRAPHER:  With that --

18              MR. KIRSCHNER:  Before -- before

19    the close of it, we would like to read and

20    review the transcript for him to -- and sign

21    before --

22              MR. SAUER:  Sure.  And we're going

23    to be asking for expedited, if that's available.

24    I know I'd asked for Monday, I don't know if

25    that's feasible.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    THE REPORTER:  It's fine.

 2                    MR. SAUER:  Thanks.

 3                    THE VIDEOGRAPHER:  Okay.  And with

 4     that, that concludes the deposition of Daniel

 5     Kimmage.  The time is 4:33 p.m.  We're off the

 6     record.

 7                    (Signature having not been waived,

 8     the deposition of DANIEL KIMMAGE was concluded

 9     at 4:33 p.m.)

10              ACKNOWLEDGMENT OF DEPONENT

11          I, DANIEL KIMMAGE, do hereby acknowledge

12   that I have read and examined the foregoing

13   testimony, and the same is a true, correct and

14   complete transcription of the testimony given by

15   me and any corrections appear on the attached

16   Errata sheet signed by me.

17

18   _____   _____

19      (DATE)                 (SIGNATURE)

20

21

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2              I, Cassandra E. Ellis, Registered

 3    Professional Reporter, the officer before whom the

 4    foregoing proceedings were taken, do hereby

 5    certify that the foregoing transcript is a true

 6    and correct record of the proceedings; that said

 7    proceedings were taken by me stenographically and

 8    thereafter reduced to typewriting under my

 9    supervision; and that I am neither counsel for,

10    related to, nor employed by any of the parties to

11    this case and have no interest, financial or

12    otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto set

14    my hand this 14th day of November 2022.

15

16

17    _____

18    CASSANDRA E. ELLIS, CSR-HI, CSR-VA, CCR-WA, RPR,

19    CRR

20    REALTIME SYSTEMS ADMINISTRATOR

21    NOTARY PUBLIC

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

Page 303

```
 1                        LEXITAS LEGAL

 2

 3   November 14, 2022

 4

 5   ADAM KIRSCHNER, ESQUIRE
     DEPARTMENT OF JUSTICE
 6   1100 L STREET, NORTHWEST
     WASHINGTON, D.C.  20530
 7

 8   IN RE: STATE OF MISSOURI, et al. v. JOSEPH R.
            BIDEN, JR. , et al.
 9

10   Dear ADAM KIRSCHNER:

11   Please find enclosed your copies of the deposition of

12   DANIEL KIMMAGE taken on November 10, 2022 in the

13   above-referenced case. Also enclosed is the original

14   signature page and errata sheets.

15   Please have the witness read your copy of the

16   transcript, indicate any changes and/or corrections

17   desired on the errata sheets, and sign the signature

18   page before a notary public.

19   Please return the errata sheets and notarized

20   signature page within 30 days to our office at 1608

21   Locust Street, Kansas City, MO 64108 for filing.

22   Sincerely,

23

24   Lexitas Legal

25   Enclosures
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    ERRATA SHEET

 2   Witness Name: DANIEL KIMMAGE

 3   Case Name: STATE OF MISSOURI, et al. v. JOSEPH R.
                 BIDEN, JR. , et al.
 4   Date Taken: NOVEMBER 10, 2022

 5   Page #_____   Line #_____

 6   Should read: _____

 7   Reason for change: _____

 8

 9   Page #_____   Line #_____

10   Should read: _____

11   Reason for change: _____

12

13   Page #_____   Line #_____

14   Should read: _____

15   Reason for change: _____

16

17   Page #_____   Line #_____

18   Should read: _____

19   Reason for change: _____

20

21   Page #_____   Line #_____

22   Should read: _____

23   Reason for change: _____

24

25   Witness Signature: _____
```

**DANIEL KIMMAGE 11/10/2022**

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, DANIEL KIMMAGE, do hereby certify:

 6        That I have read the foregoing deposition;

 7        That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10        That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12        I declare under penalty of perjury that the

13   foregoing is true and correct.

14        Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                       _____

20                       DANIEL KIMMAGE

21

22                       _____

23                       NOTARY PUBLIC

24   My Commission Expires:

25
```

**DANIEL KIMMAGE 11/10/2022**

**A**

a.k.a 3:5
a.m 13:18
 20:13 86:7
 86:10
AARON 1:12
abide 21:25
 22:1
able 48:15
 95:5
above-re...
 303:13
abreast
 298:11
abroad 96:10
 98:23
 189:16
 194:22
 267:23
 268:4,9
 269:13,21
 269:23
 286:18
academia
 155:10
 296:21,21
 297:11
academic
 297:6,19
access 172:5
 172:12
 271:2
 282:24,25
accommodate
 150:20
accounts
 39:19
 51:18
 171:9
accurate
 278:7
accuse 34:25
achieve
 279:23
achieved
 71:6
Ackerman
 93:8
acknowledge

301:11
ACKNOWLE...
 301:10
acknowle...
 219:2
Acquisition
 11:14
acronym
 113:1
acronyms
 178:3
act 25:24
 44:25
 98:17
acting 11:25
 12:13
 22:10
 25:11
 31:23 41:5
 41:25
 42:13,13
 42:15 60:4
 69:21,22
 70:6 88:1
 130:24
 131:15
 136:1
 139:18
 140:6,10
 146:12,15
 199:14,16
action 40:4
 40:6 55:1
 224:8
 234:17
 235:1
 248:2,11
 274:7
 283:19,20
 283:24
 284:7,8,10
 284:18,25
 285:2,4,6
 285:10,13
 285:15
actions 36:9
 37:7 61:14
 73:4 75:5
 137:2

156:22
157:2
158:23
159:2
165:23
235:6
273:20
281:2,4
283:22
285:17
290:20
active 104:8
 170:7
 184:18
 288:12
actively
 27:13
activities
 26:10,16
 27:2 37:17
 41:15 68:6
 73:15
 207:19
 209:13
 217:6
 224:16
 225:3
 251:7
 255:17
activity
 39:19
 170:17,20
 170:24
 171:3,5,11
 171:15
 251:12
 254:20,21
 261:21
 269:16
 279:21
actor 35:20
 61:14,21
 89:15,22
 90:18
 170:18,25
 184:17
 238:23
 239:3,6,18
 239:20

262:22
actors 27:3
 27:9,15
 28:8 30:12
 31:2 32:16
 33:10
 34:24 36:9
 37:7 54:25
 62:6,21
 63:7,13
 69:7 73:5
 73:9,15
 74:23 75:5
 78:3 89:24
 96:7 97:2
 107:7
 108:2
 137:2
 144:24
 148:13
 156:23
 157:4
 158:6,19
 165:10,24
 217:14
 250:1
 251:3
 265:10
 273:24
 278:21
 279:14,15
 279:22,25
 280:21
 290:21
actual 110:9
ADAM 15:13
 303:5,10
Adam.kir...
 15:21
add 240:20
additional
 187:6,7
addition...
 45:11
 237:7
address
 135:20
 192:5
 196:22

249:16
addressed
 111:10
addressing
 148:8
Adele 215:5
 252:5
ADEYEMO
 12:24
Administ...
 11:3,11
Administ...
 7:7 14:8
 302:20
adopt 104:4
advance
 281:15
adversarial
 27:3
 156:15
 267:19
adversaries
 30:12
 32:14
 94:25
advice
 225:18,22
advised
 36:15
advising
 36:6
advisor 2:15
 3:9 4:18
 5:4 12:6,7
 41:3,16
 163:9
Advisory
 9:19
advocacy
 246:15
advocated
 246:3
advocating
 246:9,19
aegis 58:18
 60:1
AFCEA 17:21
Affairs 3:1
 8:6 11:7

**DANIEL KIMMAGE 11/10/2022**

16:15
African
177:14
178:2
agencies
57:19 58:5
58:16 59:7
59:12
68:14 69:6
73:24
117:14
120:18
123:2
124:13
172:21
210:3,15
210:21
215:14,18
216:19
224:9
270:12
271:6
agency 4:11
4:14 50:22
58:19 59:1
61:4 65:17
66:10
78:14
121:1
223:24
270:5
agency's
163:17
agenda 68:2
68:8 89:3
89:21 90:3
Agent 7:22
aggressive
104:7
ago 42:19,19
105:15
287:5
agree 241:4
agreed 287:5
agreement
14:2 49:9
agrees
167:17
ahead 63:24

150:23
168:18
173:18
195:20
196:9
213:13
221:11
225:13
226:1,24
228:24
233:23
239:15
240:5,6
241:21
244:4
245:11
247:15
261:9
291:25
293:23
AIDS 35:1
74:20
250:6
265:2
aim 71:5
80:14
aiming
211:18
AISHA 6:22
al 20:5,6
303:8,8
304:3,3
Al-Queda
27:7
ALEJANDRO
3:13
alerting
286:12
Alex 188:22
188:24
192:7
196:11,20
198:18
284:2,3,9
284:17
Alexis 12:16
86:13,14
129:1
132:7

137:14
alignment
164:4,16
164:20
allegation
128:23
allegations
100:8
250:5
258:15,17
alleged
100:16
264:24
266:16,18
alleging
265:1,18
Allergy 2:13
2:18
ALLIANCE
16:2,5
ALLISON 10:3
allow 21:24
206:19,22
altered
108:13
alternative
266:14
AMANDA 15:15
Amanda.k...
15:23
ambiguous
35:10 37:1
76:3
217:10
246:18
247:2
286:15
287:19
293:17
amended
18:12
128:7,9
152:4
Amendment
224:8,18
225:4,24
American
57:20 58:3
74:5 75:8

75:15,20
90:13,19
90:22,25
91:1,3
100:4
102:21
215:21
216:2
217:19
Americans
75:7,9,25
190:25
193:6,15
193:19
200:20
amount 49:4
63:14
analogous
142:1,3,13
143:3
162:21
analysis
89:7 98:19
226:25
229:7
232:11,12
analyst
227:14
analysts
229:5,17
analytic
170:5
analytical
170:9,11
170:15
analytic...
27:9
analyze
262:17
analyzes
27:2
and/or 12:7
129:4
303:16
305:8
ANDREW 5:1
announce
44:8
answer 17:15

23:16,21
26:20
29:23
33:14
35:12 37:3
37:24 42:6
68:25 69:1
78:16 94:3
110:20
125:20
160:25
182:5
209:5
224:22,22
225:7,15
225:17,21
243:12
249:3,4,5
254:22,23
255:1,13
255:14
256:2,4,8
256:19,21
257:1,8,10
answered
114:7
116:8
117:18
149:16
180:9
198:13
223:4
226:9,22
227:20
235:4
238:2
244:2
281:19
285:8
answers
180:24
257:19
Anthony 2:10
19:15
anticipate
214:2
258:20
anticipated
254:16

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 259:18 | 20:13 | 281:18 | **assume** 56:17 | 295:1 |
| **anymore** | **Arabic** | 285:7 | 76:23 | **attached** |
| 272:18 | 221:12 | 296:1 | **assumes** | 17:8 18:2 |
| **apologize** | 226:1 | 300:24 | 33:11 | 19:2 |
| 156:25 | **area** 135:4,8 | **asking** 23:16 | 52:17 | 301:15 |
| 164:7 | 141:16 | 23:16 | 63:21 | **attack** |
| **Apparently** | 264:2 | 24:21 | 73:10 79:7 | 274:21 |
| 140:22 | 291:7 | 35:15,16 | 82:2 93:9 | **attacking** |
| 191:10 | 295:7 | 62:13 77:1 | 96:2 97:18 | 212:14 |
| **appear** 197:6 | **areas** 107:15 | 78:15,16 | 98:5 101:9 | **attempt** |
| 301:15 | **argument** | 90:15 | 108:20 | 98:15 |
| **appearances** | 246:15 | 206:21 | 118:6,12 | **attend** 135:9 |
| 20:18 | **arising** | 223:18 | 123:11 | 215:11 |
| **appeared** | 110:3 | 224:20,24 | 124:7 | **attended** |
| 232:25 | **army** 191:2 | 225:1,11 | 127:5 | 80:3 |
| 233:5,11 | **arrangement** | 249:1 | 131:8 | 130:22 |
| **appears** | 211:4,10 | 257:21 | 143:7,15 | 146:9,18 |
| 43:21 46:2 | **arrangem...** | 259:8,9,13 | 145:15 | 146:21 |
| 207:21 | 210:20 | 275:11,13 | 148:4,16 | 215:19 |
| 222:12 | **array** 100:10 | 284:14,22 | 155:25 | **attendees** |
| **applied** | 261:25 | 285:1 | 159:12 | 149:19 |
| 262:3 | **article** 48:6 | 300:23 | 186:7 | **attending** |
| **apply** 36:22 | 48:10 50:9 | **asks** 292:5 | 205:17 | 79:25 |
| 248:23 | 52:21,23 | **aspect** 46:2 | 251:17 | **attention** |
| 282:12,16 | 57:1,8 | **aspects** | 298:8 | 44:3 75:21 |
| 282:17 | 60:19 74:4 | 98:14 | **assuming** | 269:5 |
| **applying** | 74:7 79:6 | 261:8 | 43:22 46:5 | 270:1 |
| 282:11 | **articles** | 280:7,7,11 | 63:9 70:18 | **Attorney** 1:6 |
| **appointed** | 185:23 | **aspire** 88:7 | 88:15 | 1:9 15:4 |
| 31:25 | 186:3,15 | **assess** | 114:10 | **attorney...** |
| 41:12 60:4 | 186:20 | 287:24 | 115:20 | 224:20 |
| 64:19 | **as-needed** | **assessed** | 116:23 | 225:8,16 |
| 67:15 70:7 | 60:21 | 229:7 | 117:9,20 | **attributing** |
| 94:9 136:2 | **asked** 23:22 | 242:16 | 178:20 | 79:5 |
| 136:5 | 69:16 95:8 | 270:24 | 190:5 | **audience** |
| 199:15 | 116:7 | **ASSISTANCE** | 204:19 | 57:21 74:6 |
| **appropriate** | 135:12,17 | 13:3 | 250:19 | **audiences** |
| 169:14 | 147:13,15 | **Assistant** | **assurance** | 52:16 58:3 |
| 224:9 | 151:12 | 5:7 7:3 | 133:4,6 | **author** 56:19 |
| 247:25 | 159:7 | 9:9 | 141:19 | **authority** |
| 248:9 | 180:8 | **Associate** | **athletic** | 195:4 |
| 278:12 | 198:13,23 | 11:6 | 189:23 | 253:14 |
| 296:23 | 223:3 | **associated** | 191:3,8 | 271:3 |
| 297:9 | 226:9,22 | 34:16 53:6 | 201:8,14 | **authoriz...** |
| **approval** | 227:20 | 128:25 | **Atlantic** | 25:24 |
| 278:17 | 235:4 | 179:10 | 219:15 | 44:25 45:6 |
| **approved** | 238:2 | 180:7,19 | 294:8,10 | 199:7 |
| 172:5 | 244:1 | 180:21 | 294:11,23 | 200:12 |
| **approxim...** | 257:5 | 286:9 | 294:24 | **authorize** |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 195:13 | 233:13,19 | 167:15 | **Beebe** 202:21 | 91:17,23 |
| 198:8 | 242:21 | 185:10 | 202:22,23 | 92:10 |
| 205:20 | 243:4,7 | 213:10 | 204:10,12 | 99:12,15 |
| 231:6,12 | 246:2 | 252:25 | 205:12,21 | 99:20 |
| **authorized** | 248:16 | 295:25 | 211:22 | 100:6,15 |
| 199:6 | 249:8,11 | 299:24 | 214:21 | 101:20 |
| 203:18,21 | 249:15 | **bad** 23:10 | 243:21 | 102:16 |
| 205:15,23 | 253:20,21 | **balance** | 251:25 | 103:4,19 |
| **authorizing** | 254:1,6,9 | 157:8 | **began** 47:15 | 105:16 |
| 199:24 | 254:11,12 | **ballots** | 104:3,10 | 106:21 |
| 231:7,13 | 254:14,20 | 242:14 | **beginning** | 107:16,17 |
| **automated** | 255:2 | 243:6,8 | 20:3 24:1 | 107:24,25 |
| 51:18 | 256:16 | **bands** 206:15 | 42:18 | 112:2 |
| **available** | 258:2,8 | **bar** 240:9,25 | 43:20 | 116:12 |
| 278:4 | 259:1,2,14 | **base** 111:22 | 44:16 | 119:8,14 |
| 283:5 | 259:15,16 | **based** 10:24 | 45:11 46:1 | 119:20,22 |
| 300:23 | 260:4,5,6 | 92:9,10,13 | 47:6 169:2 | 119:24 |
| **aware** 38:12 | 260:7,8,12 | 147:25 | 221:12 | 120:9 |
| 40:9,15 | 260:13,15 | 157:21 | **begins** 50:15 | 121:19,21 |
| 46:13,18 | 260:17 | 237:7 | 94:24 | 122:16,18 |
| 55:15,21 | 275:5 | 239:21 | **begun** 50:16 | 122:25 |
| 56:6 63:6 | 287:11,14 | 272:24 | 169:13 | 125:4 |
| 83:8,12 | 289:5 | 273:3,6,8 | 269:19 | 126:5 |
| 87:1,8,10 | 290:10,16 | 273:11 | **BEHALF** 15:2 | 130:15,21 |
| 126:21,23 | 295:11 | 295:8,9,10 | 15:12 16:2 | 131:20 |
| 154:25 | 297:10,23 | **basic** 111:22 | 16:13 | 132:7 |
| 158:20 | **awareness** | **basically** | **behavior** | 133:3,24 |
| 159:14 | 158:18 | 94:22 | 232:25 | 135:3,7 |
| 161:4 | 262:20,23 | 114:20 | 233:11 | 137:1,10 |
| 185:1 | 275:3 | 161:14 | **believe** 39:1 | 139:23 |
| 187:9,12 | ――――― | 219:3 | 39:17 | 140:1,14 |
| 194:12,14 | **B** | **basics** 21:13 | 40:22 | 140:20 |
| 194:16 | **b** 17:7 18:1 | **basis** 58:14 | 43:18 | 141:6,10 |
| 195:2,7 | 19:1 32:9 | 60:21 | 47:10 | 141:11,16 |
| 200:18 | 47:21 | 80:16 | 53:24 | 141:25 |
| 211:9,22 | **B-e-e-b-e** | 111:16,25 | 64:13 65:7 | 142:3,12 |
| 211:25 | 202:24,25 | 117:6 | 65:13 66:3 | 142:15,20 |
| 212:5 | **back** 24:10 | 205:4,8 | 66:23 | 142:23 |
| 213:18,24 | 24:16 | 211:19 | 67:23 | 143:2,16 |
| 219:9,22 | 34:23 40:7 | **Bates** 18:17 | 71:22 | 145:17 |
| 220:17,17 | 60:19 | 18:20,21 | 72:20 | 146:4 |
| 220:21,24 | 86:10 | 18:24 | 79:23 | 147:24 |
| 222:2,10 | 91:21 | 161:19 | 80:14,19 | 148:1,22 |
| 224:13 | 104:24 | 167:16 | 81:2,19 | 149:2,16 |
| 225:23 | 115:24 | **battle** | 82:12 85:8 | 151:22 |
| 226:6,11 | 138:2 | 296:12 | 85:10 87:3 | 152:4 |
| 226:12,18 | 147:12 | **bearing** | 87:17 88:1 | 153:23 |
| 226:23 | 151:4 | 161:19 | 88:19 | 154:4,13 |
| 232:16 | 161:13 | **BECERRA** 2:3 | 89:17,21 | 154:21 |

161:12,13
161:17,23
163:4
170:4
172:1,2,8
172:10,20
172:21,25
175:23
176:2,4
177:17
179:7
182:19,23
183:4,19
184:15
188:3,25
189:3,9
191:19
194:14
195:7
201:12
202:19,19
202:20
207:4
215:23
216:3,20
243:13
247:23
252:2
253:12
254:8
267:22
271:7
272:20
273:10
276:7,12
277:7
278:9,16
278:18
279:10
281:21
284:6,7
285:16
286:21
289:24
291:5,9,13
294:18
295:6,18
297:5,23
298:1

299:9
300:4
**beneath**
107:8
**benefitting**
296:11
**BENJAMIN**
5:21
**best** 24:22
133:17
**better** 31:19
262:4
267:5
280:25
**beyond** 40:19
184:3
209:25
229:23
**BHATTACH...**
1:11
**Biden** 1:17
20:6 303:8
304:3
**big** 81:7
83:2
128:12
**bit** 48:21
103:5
139:4
180:16
256:11
**blah** 236:4,4
236:4,5,5
**blaming**
96:18
**Blinken**
19:15
289:2
**block** 247:19
**blocked**
234:10
**blocking**
234:19,25
**board** 4:23
89:18
**body** 57:13
**bold** 193:11
219:15,16
219:16,18

237:3
**botnets**
103:7
**bots** 35:22
36:17
51:17
54:21,25
55:6,9,11
96:25
97:24
103:9,12
103:14,25
104:7
171:3
**bottom** 94:23
179:22
181:3,11
181:11
188:20
198:17
209:10
211:12
218:15
220:3,4
226:14
227:5
234:7
235:22
241:10,22
261:6
263:14
267:16
268:18
**Box** 15:6
**BRAD** 11:19
**Branch** 2:25
8:5
**Bray** 11:24
131:23
**break** 85:16
85:22
127:17
150:5,8,14
206:7
212:21,25
252:13,16
299:15
**breakdown**
157:22

**breaks** 24:3
24:4
**Brian** 10:9
191:18,19
192:3,8
196:7,19
**bridge**
209:13
**brief** 63:18
63:19 64:6
285:25
286:2
**briefed** 63:5
84:19
**briefer**
62:24
**briefing**
21:24 22:3
62:21 63:2
285:20
**bring** 143:12
216:11
**broader**
126:13
**broadly**
204:5
**broker** 155:8
**Brookings**
18:10
113:24
123:10
**brought**
189:23
191:2
**bucket**
271:25
**Budget** 7:10
**building**
15:5 31:16
31:19
**bullet** 181:4
181:11
182:13
185:21
187:2
211:13,13
**bulletins**
274:16,21
**bunch** 147:16

175:7
**Bureau** 3:5,5
3:11 7:13
7:25 10:16
10:20 11:1
19:12
276:19
**BYRD** 8:16

─────── C ───────
**C** 15:1 16:1
16:1,17
17:1 18:1
19:1 20:1
56:9
**C-I-S-A**
76:21
**calendar**
81:20,23
82:11
130:20
134:9
145:23,25
173:21
**calendars**
81:17
**California**
14:5
154:12
273:4,6,9
273:11
**call** 42:22
56:10
64:25 81:7
83:20
122:21
126:7
150:16
159:17
164:14
203:7,11
**called** 29:5
86:17
106:15
116:11
141:17
167:16
169:20
188:22

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 191:16 | 273:23 | 13:23 14:2 | 89:7 94:10 | 20:15 |
| 232:6 | 275:6 | 20:16 | 98:10 | certify |
| 245:12 | 279:12,15 | 302:2,18 | 120:5 | 302:5 |
| 253:6 | capacity | cast 262:17 | 121:8 | 305:5 |
| 267:20 | 1:18,22,25 | casting | 129:1 | chain 41:8 |
| 275:4 | 2:4,11,23 | 263:9 | 131:2 | 167:23 |
| 277:22 | 3:8,14,19 | caveat 36:2 | 144:22 | 188:16 |
| 292:5,14 | 3:24 4:7 | 248:12 | 177:4 | 195:12,21 |
| 296:17 | 4:16,20 | 262:15 | 192:16,19 | 196:1 |
| calling | 5:2,6,12 | 265:14 | 194:4 | 235:9 |
| 29:19 | 5:17,22 | 278:15,16 | 197:1 | 284:5,6,10 |
| 62:10 | 6:4,11,16 | 281:20 | 208:17 | chains |
| 110:14 | 6:20,23 | cc 178:25 | 219:17 | 188:17 |
| 248:17 | 7:2,6,16 | CCR-WA | 232:12,12 | challenge |
| 254:19 | 7:21 8:3,9 | 302:18 | 232:13,17 | 164:5,17 |
| 255:10,24 | 8:13,17,21 | CDC 8:7,11 | 241:25 | challenges |
| calls 26:17 | 9:1,8,13 | CE 38:4 | 269:12,25 | 270:18 |
| 68:23 | 9:17,23 | cell 120:6 | 276:20 | CHAN 7:20 |
| 74:25 92:8 | 10:1,4,7 | 120:10,14 | 277:9 | change |
| 92:16 | 10:10,13 | 120:15,23 | 280:17 | 246:19 |
| 110:20 | 10:18,22 | 121:14,22 | 283:21 | 291:7 |
| 115:2,22 | 11:5,13,20 | 122:20 | 294:25 | 304:7,11 |
| 136:24 | 11:25 12:5 | 123:1,4,6 | 296:17 | 304:15,19 |
| 167:9 | 12:12,17 | 124:15 | 297:7 | 304:23 |
| 265:12 | 12:25 13:6 | 189:1 | 299:7 | changes |
| campaign | 13:10 | censorship | center's | 245:17,23 |
| 33:18,20 | 42:15 | 129:3 | 49:23 | 303:16 |
| 34:23 | 130:25 | Census 3:4,6 | 57:18 | 305:7,10 |
| 100:20,23 | 139:18 | 3:11 10:16 | 73:23 | channel |
| 108:10 | 251:16 | 10:19 11:1 | 156:10 | 190:25 |
| 189:7 | careful | center 12:3 | 158:17 | 193:14,18 |
| 190:19 | 23:11 | 12:9,14,20 | 269:18 | 193:19 |
| 193:5,16 | carefully | 19:13 22:8 | Centers 2:20 | 200:20 |
| 195:8 | 23:15 | 22:14 | 3:2 | channels |
| 200:22 | CAROL 2:22 | 23:25 | certain | 256:8,19 |
| 201:5,7 | carry 26:10 | 24:10 25:2 | 21:20 | chapter |
| 275:5 | 26:25 | 25:8,21,22 | 37:19 55:6 | 245:12 |
| campaigns | 278:19 | 26:10,25 | 138:4 | characte... |
| 32:15,17 | case 20:7 | 27:8,21 | 254:1 | 35:25 |
| 33:5 34:9 | 24:21 | 28:2 43:20 | 258:18 | 74:10,13 |
| 34:11 | 54:16 | 44:13,24 | 280:6 | 282:19 |
| 99:18 | 128:7 | 45:1 46:11 | certainly | characte... |
| 100:3 | 282:20 | 46:20,21 | 30:18 | 61:9 79:16 |
| 101:2 | 300:7,9 | 46:24 47:3 | 34:18 | 79:17 |
| 144:24 | 302:11 | 48:4 57:17 | CERTIFICATE | 157:8,22 |
| 148:20,23 | 303:13 | 58:2 60:8 | 302:1 | charge 119:6 |
| 165:9,23 | 304:3 | 65:15 | certified | 119:13,16 |
| 249:19 | cases 102:17 | 78:21 | 14:3,4,5,7 | 119:18 |
| 251:2 | Cassandra | 86:16 89:5 | 16:24 | 120:1 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 126:16,18 | China's | 191:13,21 | 68:15 71:4 | 297:9,10 |
| 231:14,15 | 102:7 | 192:8 | 90:9 | collabor... |
| charges | 263:6 | 193:5,21 | 120:12 | 241:23 |
| 152:19 | China-fo... | 194:4,5 | 180:12 | colleague |
| check 144:1 | 62:5 | 195:5,14 | 247:3 | 39:3 |
| checkers | China-re... | 195:25 | 257:3 | colleagues |
| 183:12 | 201:10 | 197:24 | 262:14 | 115:5,13 |
| 185:24 | China-sp... | 199:25 | 272:2 | 115:25 |
| checking | 89:12 | 200:21 | 275:15,24 | 117:8 |
| 182:13 | Chinese 33:5 | 210:4 | 286:5 | 120:4 |
| CHEEMA 6:3 | 55:9 102:3 | 220:25 | clarifying | 169:1 |
| chemical | 102:11,13 | 221:19 | 151:6 | 192:15,16 |
| 112:23,23 | 102:25 | 222:3 | clarity 66:8 | 196:25 |
| chief 2:15 | 103:9,12 | 223:2,8,14 | CLARKE 5:16 | 291:8 |
| 2:23 7:17 | 103:14 | 223:14 | classified | collected |
| 8:14 10:14 | 148:20,23 | 230:9 | 110:14,21 | 245:7 |
| 32:2 | 201:21 | 232:18 | 255:25 | collection |
| 131:24 | 217:13 | 260:7 | 256:7,18 | 159:24 |
| chiefs 64:24 | 263:1,2 | CISA's 76:19 | 257:8 | 244:14 |
| 80:8 88:2 | 265:3,10 | 76:22 | clear 110:18 | Columbia |
| 131:1 | 265:22 | 210:4,11 | 114:16 | 14:9 |
| children | 266:2,10 | CISA.DHS... | 241:20 | combat 30:16 |
| 128:3 | 266:22 | 192:5 | 245:4,9 | 98:4 181:5 |
| China 27:4 | 268:1 | CISA's 10:7 | 257:11 | 292:7 |
| 28:9 30:13 | Chinese-... | cited 112:8 | 263:25 | combating |
| 32:16 | 266:5 | 113:3 | click 145:19 | 17:19 |
| 60:18 65:1 | chisels | 236:16 | Climate 4:17 | combatted |
| 83:21 | 170:3 | City 15:7 | close 115:4 | 200:22 |
| 89:18 90:1 | CHOI 8:20 | 303:21 | 115:13,25 | combatting |
| 96:8,15 | CHRISTY 8:20 | civil 16:2,5 | 117:7 | 209:15,19 |
| 97:4 103:5 | CHUZI 15:15 | 209:14 | 118:3 | 296:4,12 |
| 103:24 | circumst... | 228:9 | 120:25 | come 23:6 |
| 104:3,8,12 | 123:18 | 268:10,13 | 121:1,3,6 | 24:9 62:16 |
| 104:19 | CISA 9:19,24 | claiming | 121:23 | 62:18 78:2 |
| 105:2,6,10 | 10:2,5,11 | 189:22 | 300:11,19 | 99:13 |
| 137:3 | 65:15 66:6 | 191:1 | closed 300:5 | 132:13 |
| 144:24 | 66:8,13,22 | claims | closely | 144:15,21 |
| 148:13 | 67:11 68:8 | 211:20 | 94:18 | 176:23 |
| 165:25 | 68:14,21 | clarific... | coded 237:7 | 207:16 |
| 170:25 | 69:9,17,19 | 23:21 | collab- | 262:6 |
| 175:23 | 70:13 | 28:22 | 297:8 | comes 25:23 |
| 184:18 | 71:13,17 | 59:20 | collabor... | 298:19,25 |
| 185:20 | 71:19 | 121:2 | 156:19 | 300:15 |
| 240:1 | 76:17,18 | clarify | collabor... | comfortable |
| 262:18 | 76:21 | 26:22 | 156:13 | 136:12 |
| 264:17 | 77:14 | 36:19 43:9 | 224:15 | coming 90:12 |
| 265:8 | 78:19 | 52:1 55:20 | collabor... | 145:1 |
| 266:11,25 | 177:13 | 56:14 | 289:11 | 184:6 |
| 267:5 | 188:18 | 59:20 | 296:23 | command 41:9 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| comments | 5:24 6:6 | 169:15 | complaints | 110:3,5,8 |
| 49:1 114:4 | 6:13 8:10 | 183:16 | 212:14 | 181:15 |
| 289:6,7 | 8:23 10:15 | 228:10,11 | complete | 239:25 |
| COMMERCE | 11:17 | 247:12 | 221:19 | 255:19 |
| 3:12 | 13:11 87:6 | 248:13 | 223:8,10 | 258:8 |
| Commission | 117:3,5 | 249:13 | 301:14 | 259:5,18 |
| 13:4 | 123:21 | 250:23 | completely | concerned |
| 305:24 | 124:12 | 272:6 | 194:25 | 39:7 77:3 |
| Commissi... | 129:3 | 273:13,15 | 195:1 | concerning |
| 11:6,9 | 201:6 | 273:21 | completion | 21:17 |
| committee | 258:18 | 278:24 | 300:6 | concerns |
| 107:18 | 259:22 | 279:7,8,16 | Complex 59:7 | 33:9 38:15 |
| common 167:5 | 260:11,15 | 280:10,25 | compliance | 39:25 |
| communicate | 271:13 | 281:5 | 133:4,7 | 55:18 |
| 39:6,12 | 272:5,9 | 282:2,16 | component | 109:22 |
| 124:15 | 273:20 | 282:22 | 59:1 | 181:17 |
| communic... | community | 283:4,10 | 114:24 | 194:7 |
| 27:17 | 59:2 63:1 | 283:22 | 133:5 | 205:3 |
| communic... | 120:21 | 284:19 | 141:18 | 211:7,23 |
| 68:13,16 | 121:10 | 285:18,20 | 142:1,4,13 | 212:2 |
| 87:1 116:5 | companies | company 89:9 | 142:16 | 216:22 |
| 116:21 | 29:9,11,13 | 141:7 | 143:1,3 | 241:22 |
| communic... | 29:15 30:4 | 187:22 | components | 242:14 |
| 31:19 | 30:23 | 188:6 | 29:8 | 255:5,17 |
| 68:20 69:5 | 31:10,13 | 247:23 | 120:20 | conclude |
| 69:9,16,17 | 32:21,22 | 250:15 | 142:25 | 239:1 |
| 69:19 87:8 | 36:5,22 | 281:11 | compound | concluded |
| 115:5,13 | 37:6,19 | 282:25 | 37:22 | 301:8 |
| 115:17,25 | 38:3,10,16 | 283:7,18 | 38:19 | concludes |
| 116:2 | 45:17 47:8 | 283:24 | 166:21 | 301:4 |
| 117:7,15 | 47:17 | 286:1 | 293:18,19 | conclusion |
| 117:16 | 50:23 | compared | computed | 113:5 |
| 118:3,16 | 53:10,17 | 266:12 | 263:4 | 239:19 |
| 123:24 | 54:18 55:6 | compelling | computer | concrete |
| 124:5,17 | 76:15 | 275:22 | 170:1,5 | 34:21 |
| 125:14 | 78:25 | competition | 178:6 | conditional |
| 204:1 | 79:14,18 | 189:24 | conceptual | 256:14 |
| 225:8,16 | 83:1,3,5,6 | 191:3,8 | 31:1 | conduct |
| 235:8,9 | 83:9,17,23 | 201:9,14 | concern | 98:19 |
| 253:16 | 84:19,23 | complaining | 30:22 31:6 | 156:6 |
| 254:3 | 90:23 | 193:18 | 36:7,13 | 217:7 |
| 256:17 | 91:11 92:3 | complaint | 39:9,14 | 225:3 |
| 257:22 | 92:4 99:9 | 18:12 | 40:13 | 275:4 |
| 258:1 | 99:14,16 | 128:7,9 | 48:18 | 287:21 |
| 259:3,17 | 103:2 | 152:4 | 55:25 | conducted |
| 259:25 | 155:20 | 202:9,10 | 74:15,23 | 34:19 |
| 260:8 | 157:6 | 202:13 | 75:4,6 | 90:17 |
| communic... | 159:2 | 218:21 | 78:10 | 167:14 |
| 3:10 5:14 | 165:4 | 258:14 | 109:24 | conducting |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 32:18 | consult | 247:10,20 | contribu... | coordina... |
| conference | 183:12 | 247:21,25 | 218:14 | 28:15,18 |
| 178:18 | contact 92:3 | 248:3,10 | Control 2:21 | 58:20 59:9 |
| Confiden... | 120:11,17 | 248:11,17 | 3:3 | 61:15 |
| 18:19,21 | 120:20,25 | 248:20,22 | controlled | 68:13,20 |
| 18:23 | 121:24 | 249:9,12 | 97:23 | 114:20 |
| congratu... | 123:2,6,8 | 253:7,9 | convene 59:6 | 115:23 |
| 173:11 | 123:15 | 254:5 | convergence | 120:6,10 |
| congress... | 163:6 | 257:21 | 104:11,12 | 120:13,15 |
| 25:23 26:5 | 202:15,18 | 285:21 | 104:17,18 | 120:23 |
| 36:12 | contacted | 286:11 | 104:20 | 122:1 |
| 63:12 69:4 | 197:22 | 287:1,2,6 | conversa... | 124:11,15 |
| 107:19 | contacts | 287:11,16 | 34:4 47:16 | 155:7 |
| 280:19 | 123:3 | 287:21,24 | 50:2 53:14 | 189:1 |
| connection | content 19:7 | context | 54:8 113:8 | coordinator |
| 46:9,12,14 | 30:21 31:3 | 38:13,14 | 137:25 | 6:18 12:1 |
| 46:18 | 31:5 33:8 | 54:15 | 235:16 | 12:13 22:8 |
| 184:5 | 33:17,19 | 62:19,25 | conversa... | 22:10,11 |
| 207:6 | 34:17 | 87:9 | 31:5 38:8 | 25:12,12 |
| 213:21 | 36:16,22 | 108:13,15 | 53:3,8 | 25:16,17 |
| 214:4,8,25 | 36:24 | 115:7 | 54:23 55:3 | 31:24,24 |
| 216:5 | 37:19 | 126:6 | 55:5,8 | 31:25 32:6 |
| 242:19 | 38:17 | 184:8 | 156:5 | 41:1,5,12 |
| 246:25 | 39:24 | 186:25 | 225:2,23 | 41:25 |
| 248:18 | 40:12 | 187:7 | 242:22 | 42:13,14 |
| 293:6 | 51:24 52:3 | 203:17 | 249:8,10 | 42:16,16 |
| connecti... | 55:12,18 | 206:23 | 249:11,15 | 60:4,5 |
| 182:6 | 55:25 | 207:9,10 | convey 55:25 | 64:19 66:4 |
| connector | 61:17,23 | 224:25 | cooperation | 67:15 |
| 228:4 | 61:24 85:6 | 225:21 | 296:2 | 69:21,22 |
| consequence | 103:6 | 249:17 | coordinate | 70:6,7,7 |
| 264:1 | 118:15 | 263:17 | 57:18 58:4 | 88:1,11 |
| considered | 129:4 | 264:14 | 61:5 73:24 | 94:9,16 |
| 244:24 | 137:24 | 267:10 | 98:20 | 118:17 |
| consistent | 159:9 | 268:19 | 122:3 | 119:16 |
| 166:15,16 | 175:5 | continua... | 170:19 | 130:24 |
| consisting | 181:17,23 | 135:24 | coordinated | 131:15,18 |
| 155:2 | 182:1 | continue | 170:16,24 | 136:1,2,5 |
| consists | 193:17 | 79:24 | 171:2,5,11 | 139:19 |
| 115:1 | 200:20 | 169:7,16 | 171:15 | 140:6,10 |
| conspiracy | 211:18 | continuo... | 261:21 | 146:12,13 |
| 264:6 | 232:25 | 25:7 | 279:21 | 146:15 |
| constant | 233:5,10 | contrasting | coordinates | 199:14,15 |
| 123:24 | 235:1 | 102:9 | 27:16 | 199:16,18 |
| 124:5 | 236:23 | 267:1 | coordina... | 231:18 |
| constituted | 239:9 | contribute | 57:13 | coordina... |
| 242:15 | 246:10,15 | 222:6 | 68:16 | 32:2 80:8 |
| construc... | 246:23 | contributed | 121:14,22 | 131:1 |
| 155:8 | 247:4,5,6 | 220:4 | 122:20 | copies 43:3 |

DANIEL KIMMAGE  11/10/2022

copy 43:1
 198:18
 303:15
corner
 226:14
correct
 25:14 28:3
 44:9 50:24
 51:1,10,19
 51:22,25
 52:16,22
 52:24 53:1
 53:2 57:21
 58:21
 66:10
 70:14,22
 72:10 74:1
 74:6 76:5
 76:21 79:1
 79:2,6
 82:8,13
 95:22
 114:8,24
 115:14
 123:7
 134:10
 141:23
 142:8
 153:15,19
 155:10,11
 156:16
 162:8,19
 162:25
 163:10,14
 164:1
 165:21
 168:5,24
 169:2,17
 172:23
 174:2,6
 181:1,6,9
 182:15
 186:4
 187:3
 188:18
 190:20
 191:4
 192:5,6,9
 192:22

 193:2,6,19
 193:23
 196:2,7,22
 197:3,8
 210:17
 212:11
 220:6,9
 221:20
 222:15
 223:2
 224:1,2,11
 226:16
 227:3
 228:1,11
 228:15
 230:9,11
 230:15,22
 233:1
 234:5,10
 234:15
 237:9,18
 240:2,23
 241:16,23
 242:1
 244:7,20
 245:18
 246:21
 248:3
 263:18
 264:3
 270:18
 271:15
 275:2
 277:4
 278:5,25
 282:13
 283:8
 296:7,18
 298:10
 301:13
 302:6
 305:9,13
corrections
 301:15
 303:16
Corrigan
 166:3
 174:5
corrobor...

 163:12
Council
 58:14 59:4
 219:15
 294:9,10
 294:11,23
 295:1
Council-...
 294:24
counsel 6:21
 20:18 95:4
 127:14
 150:2
 151:12
 256:15
 299:12
 302:9
Counselor
 3:25
counter
 17:13
 25:25 26:6
 27:14
 95:25 96:9
 98:15,22
 116:3
 156:10
 169:23
 176:18
 204:6
 263:5
 274:6,10
 274:12,13
 274:23,24
 278:4
 299:9
counter-...
 261:12,16
 277:22
countering
 19:10 44:8
 71:25
 95:21
 105:1
 163:17
 165:1
 174:1
 176:18
 263:11

 274:19
 278:20
counterpart
 121:1
 123:19
counterp...
 198:24
 200:15
countert...
 28:10
 60:18
 61:25
 83:21
 268:19
 269:11,18
countries
 27:4
 102:10
 215:25
 266:13
 267:2
country 39:4
 187:18,20
COUNTY 305:3
couple 93:17
 151:6
 167:15
course 22:3
 263:6
 272:11
court 1:1
 14:4 15:5
 20:9,15,20
 21:23 23:5
 151:22
 152:6,6,20
Court's 22:3
COURTNEY
 5:11
cover 181:1
 196:24
 207:4,7
 208:21,22
 275:19
coverage
 85:10
 207:16
covered
 250:25

 274:19
 278:20
COVID 81:11
 92:13
 100:2
 101:23
 102:4
 144:11,14
 144:25
 238:22
 239:23
 263:17,21
 267:19
 268:8
COVID-10 5:3
Covid-19
 5:13,19
 6:1,9,12
 6:17 95:22
 96:1 99:10
 99:19
 100:25
 105:2
 189:23
 191:2,7
 237:8,16
COVID-re...
 96:13
 238:8
CRAWFORD
 2:22
create 171:8
 229:4,16
created
 44:16 45:1
 45:4
creating
 100:24
creation
 43:19
 265:2,16
credibility
 274:21
crisis
 263:18
 264:2
CRR 302:19
CSIRT 177:19
 177:20
 186:1
CSIRTs

**DANIEL KIMMAGE  11/10/2022**

177:14
178:2
CSR-HI
302:18
CSR-VA
302:18
curious
218:23
current 21:9
22:5 28:14
35:6 45:2
71:22
298:11
currently
41:2,20
curve 261:9
CY1 7:23
cyber 65:16
66:9 77:4
77:24
107:1,1,3
107:6,12
112:20
Cybersec...
4:9,12
9:18
cycle 255:21
259:7

**D**

D 15:3 16:1
18:1 19:1
20:1
D.C 15:19
16:7,18
81:9,13
92:11
146:6
154:9,11
189:17
295:8
303:6
D.C.-based
294:14
DANA 6:19
Daniel 12:11
13:16 14:1
17:2,9
18:3 19:3

20:4 21:1
21:7 129:2
301:4,8,11
303:12
304:2
305:5,20
data 107:10
234:12
244:6,13
245:3
262:17
263:10
date 20:11
130:10,17
146:17
175:17
277:12,13
301:19
304:4
dated 48:3
57:4 93:8
276:22
dates 91:14
119:10
day 79:22
122:19,24
139:12,15
242:17
296:18
302:14
305:14
day-to-day
177:3
296:12
days 57:5
303:20
de-empha...
247:19
de-platform
247:19
deal 298:17
298:24
dealing
267:3
deals 65:20
dealt 162:18
Dear 303:10
debates
291:17

December
153:17
decide 150:8
decided
250:4
decisions
37:5 38:3
38:5,7,10
declare
305:12
deem 247:20
283:20
deepen 36:8
37:6
156:22
279:14
283:17
deepening
157:1
279:17
defend
156:20
DEFENDANT
15:12
defendants
13:13 20:7
21:16
300:3
defending
156:14,18
defense 24:5
24:11
25:24
44:25
49:10
112:19
120:22
121:9
173:4,7
175:18
179:18
277:14
defensive
158:22
defer 110:15
define 69:12
69:14
131:10
247:11,12

248:14
definitely
149:25
definition
287:4
DEHMLOW 7:15
delegiti...
211:15,23
212:11
delegiti...
211:19
delegiti...
234:4,14
delibera...
249:5
255:11
delibera...
68:24
249:1
254:25
democracy
18:8
demonstr...
35:2
demonstr...
39:5
Dempsey 8:2
188:22,24
191:12
196:11,20
198:19
283:23
284:1,2,3
284:9,17
Dempsey's
190:8
192:7
denigrate
97:10
department
2:6,8 3:12
3:16 4:4
4:24 7:12
9:20 11:23
12:10,15
12:21,22
15:17
16:13 18:4
18:13

22:15
27:18 39:7
39:11 44:6
44:7,12
49:10,22
53:6,13
54:5,9
55:16 56:4
57:19 58:5
73:25
112:9
120:21
121:9
177:13
185:25
189:14
192:15
197:1
220:22
221:20
222:6,11
225:9
259:24,25
260:2
290:24,25
291:8
296:3
298:22
303:5
Departme...
17:15
128:25
241:25
Departme...
12:2
depend 62:24
121:4,4
dependent
60:12
depending
146:17
depends
108:14
DEPONENT
301:10
deposed
22:19
deposition
13:16 14:1

DANIEL KIMMAGE 11/10/2022

| | | | | |
|---|---|---|---|---|
| 19:3 20:4 | 99:14,17 | 272:11 | differently | director |
| 20:17 | 105:14 | developers | 286:8 | 2:12 4:8 |
| 21:17,19 | 109:17 | 172:2,20 | difficult | 4:21 5:8 |
| 21:21 | 141:20 | 271:7 | 121:5 | 5:13,18,23 |
| 143:23 | 142:6,9 | developing | difficul... | 6:5,12 |
| 151:14,18 | 159:10 | 96:22 | 274:17 | 8:11,22 |
| 300:6,8,11 | 191:22 | 271:12 | digital 2:24 | 9:2,4,14 |
| 300:13 | 194:5,20 | 272:5 | 5:9,18 7:8 | 10:23 |
| 301:4,8 | 237:24 | 299:8 | 8:5,18 9:2 | 11:21 13:7 |
| 303:11 | 255:8 | DHS 3:22 4:3 | 9:5,14 | 13:11 60:7 |
| 305:6,8,11 | 274:12 | 10:11 | 166:8 | 66:13,16 |
| depositions | 281:7 | 58:21 59:9 | 174:9 | 66:17,18 |
| 21:18 | 283:14 | 59:25 | 219:14 | 67:11 |
| 152:17 | describes | 60:23 61:3 | Diplomacy | 70:13 72:5 |
| deputies | 43:18 | 62:5,22 | 16:15 | 72:5,12 |
| 32:1 64:23 | 270:20,23 | 63:19 64:7 | 49:23 | 175:4 |
| 88:2 | describing | 64:8,11,15 | diplomatic | director... |
| deputy 5:7 | 49:23 | 64:18 65:4 | 189:9,11 | 66:22 |
| 5:23 6:5 | description | 65:5,7,19 | 189:13 | Directorate |
| 8:10,22 | 33:24 | 65:24 66:4 | 192:21 | 10:15 |
| 9:4,9,14 | 57:23 | 66:10 | 194:17 | disagree |
| 10:23 13:1 | 153:10 | 115:5,13 | 195:9 | 238:11 |
| 22:7,10 | 278:8 | 116:1,5,22 | 197:3 | disconti... |
| 25:12 32:1 | designated | 117:8,16 | direct 25:24 | 172:23 |
| 40:25 | 121:23 | 118:4 | 39:23 41:4 | discourse |
| 41:11 | designed | 120:22 | 44:2 59:8 | 262:19 |
| 42:13,16 | 287:24 | 260:8 | 117:4 | discredit |
| 60:5 64:20 | desired | diagram | 185:10 | 105:3,7,11 |
| 69:23 70:8 | 303:17 | 226:15 | 218:3 | discuss |
| 80:7 94:15 | destabil... | 230:1 | 291:16 | 29:25 30:6 |
| 118:16 | 217:19 | Diana 167:16 | 294:3,7 | 47:9 52:14 |
| 131:1,18 | detail 35:14 | 168:4,25 | 295:14,22 | 76:8 |
| 146:13,15 | 42:2 45:24 | dictating | 298:3 | 136:13 |
| 199:17 | 281:14 | 274:7 | direction | 164:14,15 |
| describe | detailed | differed | 161:8 | 217:12 |
| 25:20 | 227:13 | 105:17 | 298:5 | 279:11 |
| 26:15 | 261:19 | difference | directive | discussed |
| 54:15 | 264:8 | 25:15 | 36:5 | 21:21 |
| 61:12 68:9 | details | different | 231:25 | 30:22 31:6 |
| 69:18 | 53:18 | 71:3 126:1 | 232:1 | 32:11 |
| 194:10 | 236:11 | 140:25 | directly | 51:17 |
| 211:1 | determin... | 141:1 | 29:8 32:7 | 52:10,13 |
| 270:16 | 39:20 | 148:3 | 38:16 | 53:19 54:5 |
| described | determine | 194:20,25 | 39:13 41:8 | 61:18 62:7 |
| 54:13 56:7 | 247:24 | 195:1 | 94:13 | 63:8 64:13 |
| 60:20 | 248:9 | 257:18 | 174:25 | 68:1 72:23 |
| 66:12 | develop | 262:2 | 179:8 | 84:1,3,9 |
| 71:20 88:7 | 273:19 | 265:17 | 199:11 | 84:16 89:1 |
| 98:18 | developed | 275:1,3 | 245:6 | 89:24 90:5 |

DANIEL KIMMAGE  11/10/2022

101:6,14
101:17,21
102:1
103:1,12
103:17,23
103:25
105:20
113:12,14
118:2,10
136:6
137:4
138:7
144:4
148:15
149:3,4,6
169:6,25
194:21
216:1
236:12
243:19
248:18
**discusses**
244:6
**discussing**
34:11 48:3
114:20
148:2,21
148:22
289:11
**discussion**
30:15,20
30:25
40:11
51:23 53:4
54:4,12
84:11
90:19,24
91:2 99:18
113:24
186:1
195:11
236:22
246:23
254:24
255:3
256:9
262:6
266:3
290:20

**discussions**
33:16,18
34:8,18,20
36:1 54:17
61:8,10
73:7,16
90:21
101:16
105:24
109:12,15
197:16
221:6,9
224:14
242:18,22
243:5,23
248:21
249:15
254:14
294:24
**Disease** 2:20
3:2
**Diseases**
2:14,19
**disinfo**
189:6
**disinfo-...**
169:20,21
173:13
270:16
271:5
286:25
**disinfor...**
4:22 17:23
18:6 19:11
26:1,2,7
27:5,11,14
30:14,16
33:5 54:22
55:7 63:13
65:20 69:7
71:17,18
73:5 76:7
77:23 78:2
78:9,10,11
84:9,16,18
84:24
89:20
90:16,25
95:21,25

96:7,14
97:6,8,9
97:20 98:2
98:11,16
98:22
99:10,18
100:2,13
100:23
101:2,13
102:13
103:17
105:1
106:15
107:1,2,4
107:6,12
108:10,11
113:6
116:13
136:11
139:6
144:23
148:23
149:7
156:11,16
156:20,23
157:4,14
158:4,6,8
158:18
163:18
165:1,10
165:12,18
165:20,24
169:24
170:18,25
174:1
176:19
177:25
181:6
182:14
184:17
186:4
190:19
191:20
192:20
193:5
194:6,17
195:8
197:2
200:22

204:8,17
205:2,3
207:20
209:19
217:14
224:1,5
238:18,20
242:23
243:1,5,9
250:1
251:3
261:22,24
262:21
263:6,22
264:3,9
267:4,12
268:1
270:17
271:13
273:15,24
274:2,6,16
274:20
275:18,23
278:1,5,20
278:24
279:8,14
279:19
280:1,20
282:6,23
283:5
290:21
296:13
297:19
298:19
299:1,9
**Disinformed**
18:8
**disputed**
266:13
**disrupting**
217:19
**disrupts**
112:20
**disseminate**
107:4
158:7
**dissemin...**
148:12
**dissemin...**

104:21
105:10
**dissemin...**
21:19
96:23
157:13
**distinction**
239:8
267:11
**District** 1:1
1:2 14:8
20:9,9
**division** 1:3
2:25 7:24
8:6 10:14
20:10
**divisions**
27:20 28:5
29:7
**divulging**
256:4
**DNC** 107:20
111:11,18
**DNC's** 108:2
109:10
**docket** 21:22
**document**
42:22 43:8
43:24
47:22
48:13,16
48:22
50:12 93:2
93:18 94:3
95:6
104:24
106:7
114:14,18
128:12,13
143:19
144:7
152:6
153:5
159:17,22
161:19
173:19
184:7
186:8
206:17

260:23
276:6
277:7,18
278:18
281:12,13
281:23
283:3
292:3
295:25
documented
94:2 98:1
104:6
107:17
documents
45:8 93:17
143:22
151:13,18
151:21,23
152:3,20
doing 27:10
31:2 40:16
41:17
60:11 68:5
104:19
139:12
237:22
263:7,8
280:21
296:10
dollars
49:10
domestic
40:2 74:17
74:23
76:12 78:3
78:11
183:25
217:19
269:22
270:1
Dorell 57:1
DORI 6:10
downsides
298:17,25
Dozens 210:3
DR 1:10,12
1:13 2:10
draft 276:13
276:25

drafting
276:8,9
278:17
281:21
draw 239:19
drawing
239:10
drip 206:6
Drug 11:2,10
DS 189:7,8
due 22:3
duly 21:2

─────────────
        E
─────────────
e 13:23 14:2
15:1,1
16:1,1,1
16:24 17:1
17:7 18:1
18:1 19:1
19:1 20:1
20:1 32:9
302:2,18
e-mail 18:19
18:21,23
92:22
163:7,20
164:10
166:3
167:23
168:8,17
168:21
169:2
175:17
178:17
188:16,17
188:21
190:8
192:5,7
193:20
194:2,3
195:21
196:1,11
196:20,22
198:19
284:5
E-mail(s)
18:17
e-mails 92:8

92:16,21
92:23
107:20
108:3
109:10
115:1,19
115:22
145:7
159:24
175:8
177:11,12
177:18
192:11
194:16
195:10
198:4,5,7
198:9
201:3,4
273:9
EAC 13:8,12
earlier
54:13 60:2
72:3 80:12
84:13
99:22
102:4
116:16
138:24
140:9
147:13
149:7
154:8
162:18
172:16
191:22
199:10
201:11
204:24
237:12
244:16
255:8
261:19
262:6
264:8
271:4,18
272:8
274:12
284:5
286:17

288:6
298:24
early 270:21
294:22
easier
287:16
East 261:4
Easterly 4:6
66:17
eastern 39:4
ecosystem
18:6 97:1
97:3 98:11
106:16
280:3
edits 276:15
educate
157:12,21
281:15
educated
158:1,3
281:6
educating
157:5
Education
11:18
educational
283:15
EE 240:22
effect 37:4
246:3
effective
102:8
275:20
effectively
266:25
effectiv...
97:10,12
185:23
effects
96:10
efficacy
96:21 97:7
100:3,4
101:13
105:20
264:11,12
effort 98:8
98:18

210:4
efforts
17:12
25:25
97:21
105:3,8,12
290:10
EI-ISAC
232:6,8
EIC 231:1
EIP 203:11
203:24
204:3
205:16
207:18
209:12,12
210:5,11
210:13
212:2,7,9
213:21,25
214:4,8,10
214:12,16
215:3
216:5
218:4,15
219:4,6,23
220:1,5,9
220:18,22
220:25
221:17
222:3,7
223:17
226:19,25
227:14,18
228:4
229:5,7,17
231:8
232:2,22
233:3
235:10
237:22
238:13
241:6
245:22
246:3
251:4,16
252:9
EIP's 244:24
246:6

**DANIEL KIMMAGE 11/10/2022**

either 25:11
60:4 65:21
66:1 72:4
107:17
116:10
139:24
184:6
189:18
191:19
234:10,18
247:18
252:8
300:4
election
10:8 13:3
19:5,6
90:12,12
90:13,16
90:19
112:11
116:19
129:5
138:6
144:13
202:1,11
203:7
204:9,18
210:15
211:15,19
211:23
212:11,15
215:9,10
216:15,17
216:23
217:7
218:2,9
224:5
226:3
231:17
232:10
234:5,14
242:17
245:16,17
251:8
255:21
258:11
259:7,20
election...
246:4

election...
84:8,12,16
84:18,22
84:24 90:4
90:10
209:16
215:2
218:9
elections
90:17,20
90:22 91:1
91:3
138:13
204:9
215:13,21
215:22,25
216:2
217:20
230:6
236:24
239:14
243:15
246:11
251:13
electoral
91:1
electronic
81:17
235:8
254:3
element
237:9
elements
280:2,4,16
Ellis 13:23
14:2 16:24
20:14,16
302:2,18
ELVIS 7:20
embassies
267:23
embassy
189:16
emerged 35:3
emergence
266:15
emerging
229:6,18
employ

255:21
employed
302:10
employee
189:19
273:11
294:22
employees
57:18
73:24
employment
91:15
enable
210:14
enabled
107:1,2,6
107:12
enclosed
303:11,13
Enclosures
303:25
encourage
55:1
encouraged
47:17
encourages
69:5
encouraging
50:23
enforce
36:16
enforcement
110:17,21
224:7
254:19,21
254:25
255:11,25
257:9
270:11,12
engage 29:11
29:12,14
37:16
215:8
224:16
248:19
274:5
engaged 40:9
69:6 89:8
185:16

203:6,13
203:15
215:3,9
227:1
engagement
5:15,25
6:7,14
8:14,19
9:3,10
12:3,8,14
12:19,20
18:14
19:13 22:8
22:14
23:25
24:10 25:2
25:8,20,22
26:10,24
27:8,21
28:2,19
29:4,10
30:3 31:13
43:20
44:13,23
45:1 46:11
46:20,21
46:24 47:3
48:4 49:5
50:6 52:2
52:4 56:4
58:2,13
60:8 83:19
86:15,15
88:24 89:5
89:7 91:8
91:11
94:10 98:9
120:5
121:8
129:1
131:2
132:2
144:22
153:8,11
153:14
155:22
156:6,10
158:17
159:4

161:10
167:14
169:7,16
173:15
177:3
192:16,18
194:4
197:1
208:17
214:12,15
241:25
269:12,18
269:25
276:19
277:9
280:17
283:21
296:17
297:7
299:6,7
engagements
31:17 56:6
70:1,3,5,9
70:10,16
121:7
155:8
157:10
299:10
engages
185:16
297:17
299:7
engaging
53:17
214:17
224:17
254:24
entire 41:7
47:11
114:3
115:8
206:17
260:1
entirely
60:12
101:16
126:25
216:20
245:4,9

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| entirety | 15:15,16 | 73:11 79:8 | 141:11 | 285:20 |
| 48:13 | 16:3,4,14 | 82:2,2 | 142:5 | 286:16,19 |
| entities | 303:5 | 88:16 | 152:15 | 288:8 |
| 162:25 | essentially | 93:10 96:3 | 167:13 | examples |
| 166:19 | 126:11 | 97:17,18 | 171:19 | 107:5 |
| 197:21 | 221:3 | 98:6 101:9 | 175:19 | 108:16,25 |
| 219:9,19 | 271:20 | 108:20,20 | 208:7,16 | 171:22 |
| 228:14 | establish | 111:20 | 229:13 | exception |
| 268:4,6 | 44:12 | 114:11 | 294:13 | 61:24 |
| 292:23 | 68:12 92:3 | 115:21 | 295:5 | exceptional |
| entity | established | 116:24 | EXAMINATION | 54:16 |
| 202:14 | 44:23 | 117:10,21 | 17:2 21:3 | excerpt 18:7 |
| 282:3 | 108:23 | 118:6,12 | 151:9 | 114:3 |
| 295:7 | 153:18 | 123:12 | 152:1 | excerpts |
| entry 21:22 | 232:22 | 124:7 | examined | 128:6 |
| environment | 271:10 | 127:5 | 301:12 | exchange |
| 38:9 89:6 | establis... | 131:8 | example | 30:8 |
| 107:11 | 272:4 | 143:8,15 | 30:19 | 210:14,20 |
| environm... | establis... | 145:16 | 33:22 | 211:2 |
| 268:2 | 44:8 46:11 | 148:5,17 | 34:21,21 | exchanged |
| envision | 46:19 | 155:25 | 54:6 61:25 | 30:10 |
| 296:2 | estimate | 159:13 | 62:3 63:1 | exchanges |
| envoy 199:4 | 131:12 | 178:21 | 74:18 75:9 | 167:7 |
| 200:6 | et 20:5,6 | 186:7 | 81:16 82:6 | exchanging |
| equally | 303:8,8 | 190:5 | 96:18,21 | 156:21 |
| 128:3 | 304:3,3 | 204:20 | 97:1 99:7 | exciting |
| equipped | ethnically | 205:18 | 99:25 | 114:24 |
| 36:16 | 268:20,25 | 223:4 | 103:7,8 | excluded |
| equips | 269:17 | 229:9 | 104:5 | 224:7 |
| 280:24,24 | 270:2 | 231:10 | 107:9,11 | exclusively |
| equivalent | Eurasia | 251:18 | 107:14,16 | 78:9 |
| 238:25 | 294:25 | 284:13,15 | 107:21 | Executed |
| equivalents | evaluation | 284:21,23 | 117:16 | 305:14 |
| 162:24 | 232:24 | 298:8 | 126:15 | executive |
| ERIC 1:6 | 233:4,10 | ex 1:5,8 | 149:5 | 7:10 13:7 |
| 8:12 | 233:14,20 | exact 37:15 | 163:23 | 25:16 |
| ERICA 11:4 | event 72:1 | 113:1 | 171:11 | 43:19 |
| errata | events 121:4 | 119:10 | 208:19 | 44:17,22 |
| 301:16 | everybody | 133:5 | 240:1,22 | 45:4 46:20 |
| 303:14,17 | 149:21,22 | 135:15 | 251:25 | 208:3 |
| 303:19 | 149:24 | 157:22 | 262:20,24 | 209:7 |
| 304:1 | 249:22 | 202:5 | 263:2,10 | executives |
| escalated | evidence | 203:17 | 267:2 | 51:8 |
| 181:13,25 | 33:12 35:3 | 204:22 | 274:14 | exercise |
| especially | 43:23 46:6 | 207:9 | 279:21,25 | 124:11 |
| 223:22 | 52:18 | 217:4 | 280:21 | exhibit 17:9 |
| 224:5 | 58:24 | exactly | 281:25 | 17:10,14 |
| ESQUIRE 15:3 | 63:10,22 | 47:14 92:1 | 282:5 | 17:17,21 |
| 15:13,14 | 70:19 | 92:12 | 283:1 | 18:3,4,7 |

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 18:12,13 | 119:5 | 230:20 | 232:24 | 207:23 |
| 18:16,19 | 124:19 | **extra** 43:1,2 | 233:3 | 214:5 |
| 18:23 19:3 | 131:3 | **extremism** | **facilities** | 221:4 |
| 19:4,7,9 | **experts** 63:3 | 17:13 44:9 | 100:9 | 237:25 |
| 19:12,14 | 132:9 | 268:21 | **facility** | 238:4 |
| 42:22,23 | **Expires** | 269:2,17 | 286:18 | 239:9 |
| 47:23,24 | 305:24 | **extremist** | **fact** 35:2 | 242:4 |
| 56:10,11 | **explain** | 268:23 | 136:17 | 278:7 |
| 56:17,18 | 46:12 | 269:13,22 | 182:13 | 282:19 |
| 57:6 73:21 | 293:14 | 270:3 | 183:12 | 284:10 |
| 93:2,3 | **explained** | **Eyeballing** | 214:15 | **fairly** 24:6 |
| 106:8,9,12 | 271:4 | 213:18 | 263:8 | 33:1,5 |
| 113:19,20 | **explicit** | **eyes** 48:16 | 267:5 | 120:25 |
| 115:9 | 223:25 | | 272:14 | **Faith** 10:24 |
| 120:3 | **exploit** | **——— F ———** | **fact-che...** | **fake** 17:19 |
| 123:25 | 158:7 | **face-to-...** | 183:7,16 | 171:5,8,11 |
| 127:10,12 | **explore** | 166:25 | 183:17 | 185:24 |
| 127:16,22 | 164:3,15 | 167:6 | **fact-che...** | **fall** 191:9 |
| 128:1,6 | **expose** 98:8 | **Facebook** | 182:18,21 | **falls** 271:24 |
| 152:25 | **exposing** | 19:7 51:10 | 182:24 | **false** 96:17 |
| 153:1 | 19:10 | 52:14 | 183:2,6 | 100:8 |
| 159:18,19 | 156:14 | 75:22,25 | 184:1,13 | 190:23 |
| 161:14 | **expression** | 80:20 | 185:7,8,16 | 201:10 |
| 177:7,8 | 181:15 | 82:13 | 237:4 | 211:20 |
| 188:8,10 | **extend** 75:6 | 139:21,24 | **factor** | 239:23 |
| 188:13 | **extends** | 140:1,15 | 238:10 | 264:18 |
| 206:2,3 | 78:10 | 141:4,9,12 | **facts** 43:23 | 267:5,9 |
| 213:12 | **extent** 68:23 | 141:13,17 | 159:12 | **falsely** |
| 252:12 | 69:1 | 141:19,25 | **fair** 24:1,23 | 190:25 |
| 253:2,3 | 110:14,20 | 142:1,11 | 25:13 | **familiar** |
| 260:19,20 | 129:10 | 142:18 | 34:14 | 153:21 |
| 276:2,3 | 136:12 | 143:5,13 | 35:25 37:9 | 179:12 |
| 288:15,17 | 159:4 | 145:18 | 44:13 46:8 | 253:13 |
| 288:24 | 202:16 | 160:20 | 49:4,24 | 287:8 |
| **exhibits** | 224:20,22 | 162:22 | 57:23 | 290:5,7 |
| 128:2 | 225:16 | 183:8 | 73:13 | 291:12 |
| 252:15 | 249:1,4 | 192:9,24 | 74:10 | 292:9,13 |
| **exist** 171:9 | 254:19,23 | 193:22 | 81:25 | 292:19,20 |
| **expanding** | 255:10,13 | 194:4 | 101:14 | 293:6,10 |
| 263:3 | 255:24 | 234:8 | 106:20 | 295:3,4,15 |
| **expedited** | 256:3 | 240:21 | 108:7 | 295:17 |
| 300:23 | 257:8 | 244:13 | 114:21 | **familiarity** |
| **expert** | 290:18 | 250:3 | 128:16 | 293:8 |
| 171:16 | 299:18 | 253:7,9 | 134:13 | **familiarize** |
| 262:16 | **external** 6:7 | **facilitate** | 142:2,14 | 48:22 |
| **expertise** | 11:7 | 31:19 | 154:23 | 93:18 95:5 |
| 32:4 65:2 | 227:12,17 | 91:10 | 157:18 | **far** 106:25 |
| 80:10 88:5 | 228:1,9,13 | 155:7 | 179:4 | 145:21 |
| 117:25 | 229:2 | 161:10 | 185:8 | 178:25 |

**DANIEL KIMMAGE  11/10/2022**

236:3,5
240:19
**fashion**
184:19,20
**FAUCI** 2:10
**favorably**
102:9
**FB.com**
192:11
**FBI** 57:19
58:5,20
59:9,25
60:23 61:1
61:2 62:4
62:21
63:18 64:2
64:3,5
73:25
120:4,11
121:15,24
122:1,2,17
122:23
123:6,9,17
123:19
124:15
125:9
126:14
197:6,11
197:17,19
199:25
200:21
254:15
255:5
260:14,15
**FBI's** 124:22
255:17
**FBI's** 7:18
**FDA** 11:18,22
**feasible**
300:25
**features**
104:3
**February**
48:3 49:1
51:9 57:5
67:18,18
94:10,11
131:16
140:10

162:6
163:8
166:25
**federal** 7:13
7:25 210:3
216:19
258:19
259:3,9,10
259:11
270:11,12
**feel** 256:8
256:19
**felt** 136:12
**Fewer** 134:4
**field** 293:9
293:11
298:12
**fifteen**
150:3
**fifth** 292:3
296:1
**fight** 50:24
**fighting**
267:19,25
268:8
**figure** 81:24
**filed** 152:20
**filing**
303:21
**Finally**
267:17
**financial**
184:22
302:11
**find** 275:21
303:11
**findings**
233:25
270:17
**fine** 43:5,6
85:15
150:14
212:22,24
301:1
**finish** 22:25
29:1 65:25
166:16
**finished**
251:9

**Fiona** 114:7
**firms** 274:2
**first** 94:4
95:15
129:16
143:19
176:2
177:22,23
180:2
188:20
192:4
200:7
202:25
209:7
224:8,17
225:4,24
227:9
228:8
229:12,12
230:3
245:7,14
252:20
261:6
266:21
267:16
274:25
300:8
**fit** 296:5
**FITF** 122:21
124:22,25
125:5,24
126:4,7,8
126:17,19
126:22
127:8
**five** 23:25
86:2
106:24
127:19
131:13
134:6
149:17,19
150:4,11
209:8
213:1
241:3
**five-minute**
85:21
252:12

299:15
**five-year**
69:20
109:7
**flag** 33:7
55:17
186:17
195:4,14
199:25
226:15,19
229:6,17
238:12
286:10,10
**flagged**
189:6
193:1,23
200:19
240:12,16
241:6
**flagging**
33:21
34:13,16
34:16
204:17
205:2
232:24
233:4,9,14
233:20
**FLAHERTY** 5:5
**flip** 94:21
112:4
128:18
166:23
168:18
173:18
189:5
195:20
196:9
213:12
221:11
226:1,24
233:23
240:5,6
244:4
245:11
267:13
291:25
**flow** 227:3
**fly** 81:7

**focus** 28:8
30:25
34:18
60:13
61:19,20
61:23
64:14 68:9
74:13,14
76:6,14,16
76:18,20
77:7 78:14
78:19 98:8
98:14
157:20
185:19
239:21
268:20
**focused**
47:12
60:14,15
60:16,17
61:13 68:5
77:5 84:17
85:1 89:15
89:16
102:6
103:4
109:2,4,21
112:24
124:17
148:11
165:22
204:8
216:21
249:12,14
249:24
268:16
269:16
**focuses**
77:18 78:8
**focusing**
84:4
**focussed**
249:23
**folder**
206:13
**follow**
293:24
**follow-up**

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 145:8 | 158:4,6,20 | **forms** 59:8 | 220:6,11 | **front** 28:13 |
| 168:21 | 163:18 | **formulate** | 221:22 | 29:11 |
| **followed** | 165:1,9,12 | 276:13 | 222:9,17 | 31:12 39:2 |
| 110:24 | 165:17,24 | **formulation** | 228:20 | 165:4 |
| 111:7 | 170:17,24 | 226:7 | 229:9 | 188:13 |
| **following** | 183:25 | 276:11 | 231:4,10 | 208:21 |
| 29:2 | 184:17 | **forth** 76:1 | 233:8 | 267:18 |
| **follows** 21:2 | 187:19,21 | 183:8 | 234:22 | **FTIF** 260:15 |
| **Food** 11:2,10 | 188:5 | 185:10 | 236:18 | **full** 68:2 |
| **footnote** | 204:7,17 | 228:5 | 238:2 | 94:23 |
| 112:2,5 | 205:2,3,6 | 274:18 | 245:1,25 | 115:7 |
| 113:3 | 215:25 | 283:13 | 251:18 | 161:25 |
| **force** 7:19 | 217:14 | 289:13 | 253:18 | 172:13,22 |
| 44:9 | 237:9,17 | **forum** 236:4 | 270:9 | 172:22 |
| 116:11 | 237:21 | **forums** 59:11 | 284:21 | 215:17 |
| 122:17 | 238:8,9,14 | 61:2 64:4 | 288:3 | 221:13 |
| 191:25 | 238:17,19 | **forward** | **four** 24:16 | 227:5 |
| **foregoing** | 238:23,24 | 23:17 | 211:13 | 228:8 |
| 301:12 | 239:2,4,5 | 48:10 | 219:8,8,18 | 229:12 |
| 302:4,5 | 239:12,13 | 177:24 | 221:17 | 246:1 |
| 305:6,13 | 239:14,17 | 213:5 | 228:23,24 | 289:10 |
| **foreign** 7:18 | 239:18,20 | 252:17 | 230:2 | **fully** 49:11 |
| 26:1,6 | 239:24 | 282:9 | **four-year** | **function** |
| 27:15 | 243:2 | **forwarded** | 71:2 | 280:18 |
| 32:16 | 249:25 | 191:13 | **fourth** | 283:16 |
| 35:20 40:1 | 251:2 | 192:8 | 277:18 | **Functional** |
| 40:3 54:24 | 261:21 | 196:13 | **Francisco** | 19:12 |
| 61:14 | 262:22 | **forwarding** | 7:24 81:8 | 276:18 |
| 63:13,19 | 267:24 | 196:20 | **freestan...** | **functioning** |
| 63:20 64:9 | 268:3,4 | **forwards** | 50:14 | 251:5 |
| 69:7 73:5 | 271:13 | 193:22 | **frequency** | **fund** 49:11 |
| 73:9 74:15 | 273:24 | 196:1 | 37:15 | **funded** 17:16 |
| 75:5,9,24 | 278:4,21 | **foundation** | 123:3 | 100:18 |
| 76:6,11 | 279:13 | 114:12,16 | 250:15 | 172:9 |
| 78:9 79:1 | 280:20 | 115:7,10 | **frequent** | 219:3,6 |
| 79:15,19 | 287:25 | 117:10 | 58:14 | 221:3,19 |
| 84:8 96:7 | 297:18 | 118:7 | 69:11 | 222:13 |
| 99:1,6 | **foreign-...** | 124:7 | 72:21 | 223:7,9,10 |
| 107:6 | 238:5 | 129:14 | **frequently** | 223:11,15 |
| 108:2 | **Forensic** | 134:17 | 32:5 37:14 | 265:21 |
| 116:3 | 219:14 | 167:20 | 71:15 | 294:16,17 |
| 122:16 | **forgetting** | 169:4,10 | 250:10,13 | **funding** |
| 136:10 | 216:10 | 174:11,18 | **Frisbee** | 49:19 |
| 137:2 | **form** 108:7,9 | 186:6 | 86:13,14 | 220:8,18 |
| 144:24 | 108:11 | 193:8,13 | 129:2 | 220:21,24 |
| 148:13 | 233:16 | 193:25 | 132:7 | 221:7,10 |
| 156:11,15 | 305:7 | 196:4,16 | 137:14 | **further** |
| 156:23 | **formed** | 212:4,17 | **FRISBIE** | 151:17 |
| 157:3,13 | 210:14 | 213:23 | 12:16 | 222:24 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| **Fuse** 19:4 | 68:4,4,14 | 172:6,9 | 240:17 | 163:25 |
| **future** 18:9 | 68:21 69:9 | 174:1 | 241:6 | 165:15 |
| 251:13 | 71:13,16 | 175:16 | 242:19,23 | 185:12 |
| | 72:16 | 178:16,18 | 243:5 | 205:8 |
| **G** | 73:19 | 179:4,10 | 246:9,14 | 214:10 |
| **G** 20:1 92:24 | 74:24 | 179:17,19 | 246:24 | 240:14 |
| **G-e-o-r-g-e** | 75:11,19 | 180:7,19 | 248:18,19 | 277:2 |
| 203:2 | 76:8 78:24 | 180:21 | 248:22 | 278:8,19 |
| **Gabrielle** | 79:13,21 | 182:17,23 | 249:2 | 281:13 |
| 93:13,24 | 80:5 81:12 | 183:1,5 | 251:15 | 293:25 |
| 94:6 136:4 | 83:8 84:21 | 184:9,13 | 252:1,6,7 | 297:1 |
| 199:4,9,21 | 91:13 | 185:6 | 253:13,22 | **GEC/FITF** |
| 199:24 | 95:21,24 | 186:12,13 | 254:9 | 126:11,12 |
| 200:6 | 96:6,9 | 186:16 | 259:8,16 | **GEC/TET** |
| 231:19 | 98:3,17 | 187:15 | 259:17,21 | 153:18 |
| **Gabrielle's** | 105:1 | 188:1,18 | 269:4 | **GECs** 34:22 |
| 95:16 | 106:14 | 189:2,4 | 272:18,20 | **general** 1:7 |
| **GALATAS** 8:8 | 108:17,22 | 191:13 | 272:24 | 1:10 2:1 |
| **GALEMORE** | 109:1,8 | 192:15 | 273:10,21 | 8:15 30:7 |
| 10:21 | 110:22 | 193:5 | 273:25 | 33:5 34:8 |
| **game** 262:20 | 113:15 | 197:10 | 274:4 | 38:7 77:2 |
| **gap** 209:13 | 116:5,21 | 200:19 | 278:2,11 | 77:17 |
| **gatewayp...** | 117:13,18 | 202:15,17 | 278:23 | 110:3 |
| 236:23 | 118:1 | 205:10,15 | 279:6 | 137:11 |
| **gatewayp...** | 119:5,15 | 207:10,16 | 282:6,12 | 139:5 |
| 235:23 | 121:13 | 211:10 | 282:21 | 148:9 |
| 236:5,9 | 122:20 | 212:1,6 | 285:12,17 | 184:14 |
| **geared** 38:9 | 123:1,5 | 213:19,24 | 285:19,25 | 214:12,15 |
| **GEC** 18:5 | 124:21,24 | 214:3,7,17 | 286:9 | 217:13 |
| 27:24 | 125:24 | 215:6 | 290:6,11 | 242:13 |
| 30:22 33:8 | 126:22 | 216:14,18 | 290:13,17 | 248:16 |
| 37:16 38:2 | 131:5,11 | 217:7,11 | 290:18 | 293:8 |
| 38:4,6,14 | 132:18 | 218:3 | 292:24 | 295:17 |
| 40:10,16 | 135:13 | 224:14,16 | 293:12,13 | **GENERAL'S** |
| 40:21 | 136:9 | 225:2,4,23 | 294:4,20 | 15:4 |
| 44:16 | 137:9,13 | 226:6,12 | 295:11,13 | **generally** |
| 45:22 | 143:10,12 | 226:19 | 295:23 | 25:20 |
| 46:16 | 147:14 | 228:18,21 | 297:10,17 | 34:16,17 |
| 49:11 53:9 | 148:2 | 229:15 | 298:4,11 | 60:15 |
| 55:16,23 | 149:11,12 | 230:11,13 | 298:23 | 61:20,23 |
| 58:20 59:9 | 149:20 | 231:7,15 | **GEC's** 36:11 | 62:15 |
| 59:18 | 153:8 | 231:21,23 | 46:2 63:11 | 67:25 |
| 60:23 61:2 | 157:5,20 | 232:2 | 69:4 73:6 | 72:24,25 |
| 61:4 62:4 | 159:7 | 233:14,19 | 74:13,14 | 77:16 |
| 62:21,23 | 163:9 | 234:24 | 75:4,5 | 81:12 |
| 63:4,18 | 165:11,14 | 235:5 | 76:6,13,16 | 83:12 |
| 64:1,5,7 | 165:16,19 | 237:24 | 110:1 | 117:4 |
| 64:21,22 | 165:22 | 238:12 | 116:2 | 125:19 |
| 66:4 67:14 | 169:13 | 239:20,25 | 124:10 | 161:4 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 186:16 | **global** 12:2 | 143:25 | 106:8 | 50:21 |
| 187:15 | 12:8,14,20 | 150:13,21 | 113:18 | 74:19 |
| 205:11 | 19:13 22:8 | 150:23 | 115:25 | 96:19,22 |
| 221:2 | 22:14 | 166:1 | 127:11,15 | 98:21 |
| 243:16 | 23:24 | 179:22 | 127:25 | 100:8,16 |
| 256:18 | 24:10 25:2 | 181:3,4 | 150:3 | 100:18,19 |
| 267:25 | 25:7,20,22 | 197:12 | 152:25 | 100:24 |
| 268:10 | 26:9,24 | 209:6 | 159:16,17 | 102:20 |
| 274:1 | 27:8,21 | 222:24 | 188:8 | 111:3 |
| 298:4 | 28:2 43:19 | 225:13 | 198:13 | 112:18 |
| **generated** | 44:12,23 | 235:7,20 | 206:1,16 | 114:20 |
| 84:8 | 45:1 46:11 | 237:2 | 209:24 | 155:9 |
| **GEOFFREY** | 46:19,21 | 239:14 | 212:20 | 159:25 |
| 9:25 | 46:23 47:3 | 247:14 | 216:18 | 172:1,21 |
| **George** | 48:3 58:2 | 252:15,19 | 245:20 | 178:4 |
| 202:21,22 | 60:8 86:15 | 264:16 | 247:11 | 187:18,19 |
| 202:25 | 89:5,7 | 271:9 | 257:13 | 187:21 |
| 203:1 | 94:10 98:9 | 293:23 | 288:15 | 188:5 |
| **getting** 42:1 | 120:4 | 299:19 | 300:22 | 209:14 |
| 50:1 75:14 | 121:8 | **goal** 82:6,8 | **Goldstein** | 210:15,21 |
| 109:11 | 129:1 | 156:13 | 49:21 50:3 | 211:2,11 |
| 228:24 | 131:1 | 165:11,13 | 50:5,16,20 | 220:8,18 |
| 249:4 | 144:22 | **goals** 164:4 | 51:7 53:17 | 220:21,24 |
| **GINA** 4:15 | 156:10 | 164:16,20 | 54:3,3 | 222:13,14 |
| **give** 23:3,7 | 158:16 | 165:3,15 | **Goldstein's** | 223:24 |
| 27:1 42:21 | 177:3 | 226:3,7,13 | 50:25 52:2 | 228:9 |
| 47:22 | 192:15,18 | 278:8 | **good** 20:2 | 229:3,15 |
| 48:20 | 194:3 | **goat** 92:25 | 41:16 | 230:3,21 |
| 93:17 95:4 | 197:1 | **goes** 44:11 | **Google** 51:8 | 230:25 |
| 107:13 | 208:16 | 45:9 51:6 | 52:13 | 235:9,13 |
| 127:9 | 241:25 | 51:16 | 80:20,21 | 235:14 |
| 149:22 | 263:25 | 52:12 74:5 | 82:16 | 236:13 |
| 171:9 | 269:12,18 | 78:23 | 139:24 | 250:5 |
| 188:7 | 269:24 | 197:5 | 140:2,15 | 258:19 |
| 260:18 | 276:19 | 224:4 | 141:4 | 265:2,19 |
| 262:4 | 277:9 | 227:11 | 142:21 | 265:20,21 |
| 275:25 | 280:17 | 298:14 | 162:22 | 266:16 |
| 285:19 | 283:21 | **going** 21:12 | 183:8 | 271:6 |
| **given** 256:6 | 296:17 | 28:25 | 196:13 | 278:2 |
| 301:14 | 297:7 | 44:16 | **Google.com** | 294:16 |
| **gives** 169:19 | 299:6 | 48:10,12 | 196:21 | **governme...** |
| 282:15 | **go** 22:21 | 48:13 | **Google/Y...** | 25:25 |
| **giving** 48:25 | 23:17 36:1 | 55:16 | 145:22 | **governme...** |
| 49:1 | 63:24 69:2 | 58:24 | **Gotcha** 113:2 | 228:14 |
| 123:15 | 85:19,25 | 76:24 | **Governance** | **governments** |
| 282:21 | 94:22 | 78:13 | 4:22 | 99:1,6 |
| 288:7 | 115:12 | 85:14 90:8 | **government** | 187:13,17 |
| **glanced** | 123:23 | 93:1,2 | 17:12 | **grant** 184:21 |
| 208:2 | 127:18 | 97:16 | 27:17 | **granted** |

DANIEL KIMMAGE 11/10/2022

| | | | | |
|---|---|---|---|---|
| 21:23 | 111:11,14 | 195:3 | 282:9,18 | 221:20 |
| **grants** | 111:18 | **happening** | 283:17 | **hope** 180:25 |
| 267:17,24 | 112:1,15 | 121:5 | 290:2,11 | **hoped** 135:21 |
| 268:3 | 112:15 | **happens** | 299:8 | **hopefully** |
| **graph** 240:8 | 113:5,9,13 | 250:10,13 | **helped** 87:3 | 282:8 |
| 240:9,19 | 254:15 | **happy** 169:6 | 88:19 92:2 | **hour** 85:14 |
| **graphic** | 255:6,7,20 | 169:16 | **helping** | 86:1 93:16 |
| 106:25 | 257:13 | **harm** 27:5 | 209:18 | 127:25 |
| **graphics** | 258:9,20 | 36:10 | 289:15 | 212:20 |
| 106:24 | 258:23 | **Hawaii** 14:3 | 290:25 | **hours** 206:18 |
| **Graphika** | 259:5,18 | **head** 41:13 | **helps** 44:2 | **House** 1:23 |
| 219:15 | 259:22 | 72:13 | 263:5 | 4:17 5:3 |
| 295:2,12 | **hacked** 108:2 | 86:22,24 | 280:6 | 5:10,13,18 |
| 295:14 | **hacking** | 117:12 | 297:6 | 6:1,8,12 |
| **grasp** 262:9 | 107:9,20 | 162:14 | **HENRY** 10:12 | 6:17,24 |
| **greet** 146:8 | 109:13,15 | 168:9,12 | **hereunto** | 9:6 17:10 |
| **ground** 22:22 | 109:16,23 | 178:5 | 302:13 | 43:13 |
| **grounds** | 109:24 | 191:20 | **hey** 33:23 | 45:14 |
| 249:3 | 110:6,23 | 266:8 | 35:16,20 | 46:23,25 |
| 256:23 | 111:10 | **heading** | 250:4 | 47:2 50:22 |
| 258:4 | **HALE** 9:25 | 237:3 | **HHS** 8:19,24 | **HRSA** 8:23 |
| **group** 61:6 | **Halfway** | 244:13 | 9:3,11,15 | **HSIANG** 7:5 |
| 72:6,13 | 268:17 | **heads** 119:10 | **Hi** 167:23 | **huge** 275:19 |
| 135:6 | **Hamilton** | **health** 2:6,8 | **high** 110:4 | **Human** 2:7,9 |
| 230:14,17 | 119:8,20 | 11:16 | 112:15 | **HUMPHREY** |
| 230:19 | 119:24 | 95:18 | 161:20 | 5:16 |
| **groups** | **hammers** | **hear** 195:5 | **high-level** | **hundred** |
| 228:25 | 170:3 | 255:4 | 33:24 | 40:23 |
| 230:2 | **hand** 93:1 | **heard** 197:7 | **higher** 30:25 | **hundreds** |
| 241:24 | 106:7 | 202:1,7 | 210:2 | 234:13 |
| 269:16,19 | 302:14 | 218:18 | **higher-l...** | **hypothet...** |
| 269:21,22 | **handed** 128:5 | 236:8,12 | 33:17 | 62:10 75:1 |
| 269:23 | 128:6 | 242:18 | **highest** | 75:18 |
| 270:3 | 152:25 | 247:4,5 | 39:10 65:9 | 159:12,12 |
| **guess** 173:13 | 159:16 | 253:23 | 199:5 | 182:3 |
| 179:16 | 188:9 | 294:9 | **highligh...** | |
| 270:21 | 253:1 | **height** 99:22 | 267:8 | |
| **guys** 81:7 | 260:19 | 105:22 | **Hill** 114:7 | **I** |
| 85:17 | **handful** | **held** 14:1 | **HINES** 1:11 | **I2** 119:13 |
| 136:18 | 143:9 | 20:8 42:17 | **HOFT** 1:12 | **I2C2** 28:16 |
| | **handing** | 216:14 | **hold** 29:24 | 28:17 |
| **H** | 177:6 | 273:5 | 31:17,18 | 60:10 |
| **H** 1:24 17:7 | **happen** 34:7 | **Hello** 168:25 | 86:2 273:2 | 117:23 |
| 18:1 19:1 | **happened** | 180:23 | **holds** 30:3 | 118:24,25 |
| 106:6 | 24:20 33:3 | **help** 50:23 | **Homeland** | 119:3,6,13 |
| **hack** 107:22 | 80:16 | 170:10,15 | 3:16 4:4 | 119:18 |
| 108:17,25 | 107:14,24 | 209:14 | 4:24 9:21 | 121:20,23 |
| 109:8,9 | 130:13 | 261:20 | 44:7 57:20 | 123:16 |
| 110:4,9 | 194:13 | 279:18,20 | 58:6 73:25 | 124:16 |
| | | | | 125:11 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| I2C2's | 280:19 | 195:3 | 298:18 | 271:15 |
| 124:14 | 287:16,25 | 197:10,11 | incorrect | 274:5 |
| IA 198:24 | 299:8 | 197:18,20 | 154:10 | Infectious |
| 200:15,16 | identifying | 198:10 | increase | 2:14,18 |
| IC 121:23 | 56:15 | 200:24 | 156:13 | inferred |
| idea 218:25 | 109:6 | incident... | 158:17 | 146:1 |
| 221:14,16 | 111:17,25 | 244:6 | increasing | influence |
| 222:3,14 | 156:14 | 245:2 | 268:20 | 7:18 37:17 |
| 223:17 | 184:15,25 | incidents | Increasi... | 38:2 |
| 241:5 | 249:9 | 109:16 | 17:22 | 122:17 |
| 242:3 | IDs 245:6 | 110:6 | incubator | 238:9 |
| ideas 57:14 | Iheme 142:17 | 111:15 | 57:14 | 263:3 |
| identifi... | immediately | 113:3,4 | indention | info-demic |
| 42:24 | 50:19 | 182:8 | 36:14 | 267:20 |
| 47:25 | 223:23 | 194:23 | Independent | 268:9 |
| 56:12 93:4 | impetus | 229:6,18 | 202:10,13 | inform 36:21 |
| 106:10 | 135:16 | 232:24 | indicate | 38:5,7 |
| 113:21 | implement | 233:4,10 | 303:16 | 55:2 64:9 |
| 127:13 | 26:11 | 233:14,20 | indicated | 297:6 |
| 153:2 | implemen... | include 24:5 | 57:1 | information |
| 159:20 | 261:13,18 | 70:11 | indicates | 17:18 18:9 |
| 177:9 | implicating | 74:15 78:1 | 234:12 | 21:20 30:8 |
| 188:11 | 96:19 | 81:20 85:6 | indicating | 30:10 |
| 206:4 | important | 155:19 | 240:15 | 32:23 33:6 |
| 253:4 | 277:25 | 160:2 | indirectly | 35:19 38:5 |
| 260:21 | 280:3,18 | 225:8 | 38:16 | 51:19 68:3 |
| 276:4 | in-scope | 228:14 | 55:17 | 68:9,11,24 |
| 281:16 | 234:1 | 230:21 | individual | 69:2 71:20 |
| 288:18 | inaccurate | 241:24 | 120:19 | 72:10,17 |
| identified | 74:12 | 269:22 | 132:22 | 73:1,2 |
| 63:20 95:2 | inapprop... | 271:5 | 141:15 | 77:7 78:8 |
| 128:24 | 247:20,25 | included | 153:24 | 89:8 |
| 208:9 | 248:3,9,11 | 92:15,21 | 203:6 | 108:12 |
| 230:13 | inauthentic | 131:14 | 215:1 | 110:15,17 |
| 249:19 | 170:16,20 | 228:9 | 218:2 | 116:16 |
| identifies | 170:24 | 245:3,4 | 253:22 | 119:15 |
| 190:2 | 171:3 | includes | individu... | 136:13 |
| 228:1 | 261:21 | 122:1 | 146:7 | 156:7,8,9 |
| 230:2 | 279:21 | including | individuals | 156:21 |
| identify | incidences | 55:16 | 64:24 | 157:23 |
| 63:12 | 181:12,24 | 102:10 | 131:5 | 169:14,22 |
| 170:16,23 | incident | 129:1 | 134:23 | 184:22,24 |
| 171:15 | 49:13 | 210:4,16 | 163:5 | 185:3,6 |
| 182:14 | 54:12 | 230:25 | INDRANEEL | 186:14 |
| 249:7 | 109:16 | 243:1 | 15:16 | 191:11,23 |
| 261:20 | 111:11 | 281:23 | Indranee... | 192:1 |
| 278:3 | 178:6 | 282:25 | 15:24 | 198:23 |
| 279:20 | 194:12,19 | 296:22 | industry | 210:14,20 |
| 280:6,10 | 194:20,25 | 297:15,21 | 169:15 | 211:2 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 214:6,10 | initiative | 296:3 | interaction | 41:24 |
| 224:21 | 172:7 | 297:20,25 | 39:23 40:9 | 163:17 |
| 232:11 | injunction | 298:6 | 40:19,20 | 164:4 |
| 249:2 | 152:14 | instruct | 42:3 99:8 | 302:11 |
| 250:17,20 | inoculation | 68:25 | 125:23,23 | interested |
| 250:22,24 | 275:4 | 110:19 | 126:1 | 165:19 |
| 254:25 | input 226:7 | 163:5 | 197:19 | Interest... |
| 255:12,15 | 226:12 | 224:21 | 216:12 | 237:15 |
| 255:25 | 276:10,15 | 249:2 | 293:2 | interests |
| 256:1,4,13 | 276:17 | 254:21 | 298:3 | 164:15,20 |
| 256:22 | inside 183:2 | 255:12,22 | interact... | 164:25 |
| 257:9,9 | 224:10 | 255:23 | 36:4 39:15 | interface |
| 258:4 | insight | 256:1 | 40:10 | 29:8 |
| 270:17 | 290:20 | 257:10 | 46:16 47:8 | interfacing |
| 273:22 | insights | instructed | 71:12 | 291:19 |
| 279:11 | 159:5 | 163:4 | 72:15,20 | interfer... |
| 282:15,21 | insinuate | instructing | 72:24 | 112:10 |
| 283:15 | 102:20 | 225:7,15 | 76:10 99:6 | 237:9,18 |
| 286:2,10 | insinuated | instruction | 126:21,24 | 237:21 |
| 286:12 | 102:19 | 256:14,15 | 212:6 | 238:8,14 |
| informed | insinuating | 257:15 | 213:25 | 238:19,21 |
| 39:3 | 102:16 | integration | 217:5 | 238:24 |
| 219:18 | inspired | 278:11 | 291:24 | 239:4,12 |
| 251:1 | 296:20 | integrity | 297:24 | 239:14,24 |
| informing | 297:1 | 19:6 129:5 | 298:5 | Interim 13:7 |
| 55:5 | Instagram | 138:6 | interactive | intermed... |
| 290:19 | 234:9 | 144:13 | 262:25 | 55:17 |
| infrastr... | 244:13 | 202:2,11 | interagency | internal |
| 4:10,13 | 253:10 | 203:8 | 27:19 | 27:20 28:5 |
| 65:16 66:9 | instance | 226:3 | 28:15,17 | 37:5 61:1 |
| 77:24 | 31:9 33:2 | 243:14 | 59:11 | 109:12 |
| 230:6 | 38:21 | 245:17 | 61:15 64:3 | 111:3 |
| 232:11 | 55:21 | intellig... | 117:12 | 142:10 |
| infreque... | 254:12 | 59:1 63:1 | 120:5,10 | 193:1,23 |
| 64:1 | instances | 107:18 | 120:13,15 | 195:11 |
| infringe... | 34:3 38:12 | 112:19 | 120:18,22 | 227:2,14 |
| 225:24 | Institute | 120:21 | 121:14,22 | 235:8 |
| initial | 2:13,17 | 121:9 | 122:20,25 | 243:22 |
| 47:11 | 123:10 | 224:9 | 123:4,6 | 249:5 |
| 146:4 | 183:19 | intent | 124:11,17 | 255:11 |
| 221:14,16 | 261:4 | 286:12 | 126:6,10 | internally |
| initially | 292:22 | intention | 126:13,24 | 27:17 |
| 162:7 | institutes | 37:17 | 189:1 | 171:17 |
| 191:24 | 294:1 | interact | 197:21 | internat... |
| 267:3 | Institution | 126:4 | 200:17 | 185:7 |
| initiated | 18:10 | interacting | 201:6 | 187:2,10 |
| 135:16 | 113:25 | 46:3 | 215:11,20 | 187:10,12 |
| 147:14,15 | institut... | 213:19 | 216:18,21 | 187:16 |
| 147:19 | 292:6 | 252:9 | interest | 188:4 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 191:8 | 263:1 | 290:25 | 109:22 | **Jobe** 174:22 |
| 201:8 | **invite** | 291:19 | 124:21,23 | **jog** 147:17 |
| 289:24 | 134:10,18 | **involvement** | 124:24 | **John** 15:3 |
| 290:2,8 | 145:12,23 | 203:23 | 125:1 | 16:3 |
| **internet** | 173:21 | 204:2,7,23 | 129:4 | 212:19 |
| 219:16 | **invites** | 204:25 | 215:2,9,10 | **John.sau...** |
| 221:18 | 81:17 | 205:5 | 216:15 | 15:9 |
| 223:9 | **involve** 70:6 | 210:11 | 253:9 | **John.vec...** |
| 232:13,17 | 96:24,25 | 214:10 | 254:4,8 | 16:9 |
| 235:2 | 124:18 | 216:5 | 290:15 | **joint** 50:5 |
| 292:14,22 | 187:15 | 218:3 | 293:25 | 152:16 |
| 292:25 | 225:24 | 222:11 | **Italy** 267:2 | **joking** |
| 293:3 | 272:10 | 234:24 | **items** 127:7 | 206:19 |
| 294:5 | 274:13 | 294:4 | **iteration** | **Joseph** 1:17 |
| 295:20 | **involved** | **involves** | 45:2,23 | 16:24 20:6 |
| 297:22 | 38:14 | 62:4 | 46:21 | 20:14 |
| **interns** | 40:18 | 215:10 | | 303:8 |
| 222:3 | 41:18,23 | **involving** | _____ | 304:3 |
| 223:14 | 42:3 45:22 | 54:16 66:3 | **J** | **JOSHUA** 9:7 |
| **internships** | 46:3 47:4 | 101:2 | **J** 16:3 19:15 | **JR** 1:17 |
| 221:19 | 50:1 65:10 | 127:8 | **JANELL** 9:12 | 303:8 |
| 223:8,11 | 80:7 117:2 | 188:18 | **Janelle** | 304:3 |
| 223:14 | 117:18 | 194:17 | 292:5 | **July** 24:12 |
| **interpret** | 118:22 | 195:8 | **JANKOWICZ** | 24:12 |
| 199:23 | 121:13 | **Iran** 28:9 | 4:19 | 176:15,19 |
| 209:25 | 122:13 | 32:17 | **January** | 177:4 |
| **interpreted** | 129:2 | 83:21 | 22:16,16 | **June** 42:20 |
| 199:21 | 156:18 | 185:20 | 24:2 25:3 | 131:17 |
| **interrupt** | 177:2 | **Isaac** 166:10 | 25:5 43:14 | 140:12,13 |
| 23:11 | 185:9,12 | **ISAC** 230:6 | 51:8 | 208:11,12 |
| 38:24 | 189:22 | 240:23 | **JAY** 8:2 | **junior** 20:6 |
| **interrup...** | 201:13 | **Isis** 27:7 | **JAYANTA** 1:10 | 65:22 |
| 25:6 | 203:19 | **Isis-spe...** | **JEAN-PIERRE** | **Justice** 7:13 |
| **interview** | 204:15,16 | 89:13 | 1:21 | 15:17 44:7 |
| 48:25 49:6 | 205:16 | **issue** 21:24 | **Jefferson** | 112:9 |
| 50:7 | 210:5 | 88:25 | 11:4 15:7 | 303:5 |
| 113:24 | 216:16 | 125:5,9 | **JEFFREY** 1:8 | **justify** |
| **introduced** | 218:10 | 147:23 | **JEN** 4:6 | 269:1 |
| 139:1,4 | 219:9,23 | 187:14 | **JENIN** 16:4 | |
| 262:21 | 219:25 | 248:16 | **Jeninyou...** | _____ |
| **introducing** | 241:15 | 249:16 | 16:10 | **K** |
| 84:22 | 246:9,14 | 263:25 | **JENNIFER** 3:7 | **K** 12:4 91:5 |
| 147:10 | 251:16 | 268:16 | **JILL** 1:11 | 93:8 |
| **invented** | 263:21 | 300:14 | **JIM** 1:12 | 152:11 |
| 74:20 | 267:21 | **issued** | **job** 13:21 | 160:2 |
| **investig...** | 276:8,9 | 231:21,22 | 49:23 | 179:1 |
| 7:14 8:1 | 278:17 | **issues** 35:7 | 120:19 | 295:3 |
| 112:10 | 281:21 | 41:24 42:3 | 161:9 | **Kansas** |
| **investments** | 283:14 | 76:10 90:5 | 166:12 | 303:21 |
| | | | 267:5 | **KARINE** 1:21 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| **KATE** 8:8 | 144:20 | 42:25  43:4 | 138:8 | 217:9,21 |
| **keep** 85:16 | 156:5,8 | 43:22 | 140:18,24 | 219:11,20 |
| 213:1,4 | 167:7 | 44:18  46:5 | 143:7,14 | 220:10,14 |
| **kept** 161:3 | 170:2,6 | 48:8,15,20 | 145:10,15 | 221:21 |
| **key** 233:25 | 178:18 | 52:17 | 148:4,16 | 222:8,16 |
| 245:8 | 184:20 | 56:13,23 | 148:25 | 222:21 |
| **KGB** 265:1 | 185:5 | 58:23 | 149:14 | 223:3 |
| **KHERIATY** | 189:20 | 60:24  62:9 | 150:2,16 | 224:19 |
| 1:13 | 205:21 | 63:9,21 | 151:5,10 | 225:6,14 |
| **kicked** | 209:2 | 68:22 | 151:24 | 225:20 |
| 137:10 | 217:18 | 70:18 | 153:3 | 226:8,21 |
| 138:25 | 226:2 | 72:18 | 155:15,24 | 227:19 |
| **KIM** 10:6 | 231:21,23 | 73:10 | 157:15 | 228:19 |
| **KIMBERLY** | 232:2 | 74:25 | 158:24 | 229:8,19 |
| 11:19 | 233:15 | 75:12,17 | 159:11 | 231:3,9 |
| **Kimmage** | 235:8 | 76:2  77:9 | 164:7,21 | 233:7,16 |
| 12:11 | 236:22 | 77:19  78:4 | 165:5 | 234:21 |
| 13:16  14:1 | 237:23 | 79:7  82:1 | 166:20 | 235:3,17 |
| 17:2,4,9 | 240:14 | 85:12,18 | 167:9,19 | 236:17 |
| 18:3  19:3 | 242:8 | 85:21,25 | 168:15 | 238:1,15 |
| 20:4  21:1 | 245:22 | 86:4  88:15 | 169:3,9 | 241:17 |
| 21:7,8 | 246:14,16 | 90:7  92:6 | 172:18 | 243:10 |
| 22:5  50:16 | 248:10 | 92:18  93:9 | 174:10,17 | 244:1,25 |
| 86:13 | 250:3 | 93:15,25 | 176:20,25 | 245:24 |
| 128:5 | 253:15 | 95:1  96:2 | 178:9,20 | 246:17 |
| 129:2 | 255:5 | 97:16  98:5 | 180:8,12 | 247:1 |
| 151:7,11 | 269:4 | 101:8 | 181:19 | 248:25 |
| 254:20 | 283:15 | 106:3 | 182:2 | 250:18 |
| 298:2 | **kinds** 32:5 | 108:19 | 183:9,13 | 251:17 |
| 301:5,8,11 | 35:7  59:25 | 110:13 | 186:5,22 | 252:11,18 |
| 303:12 | 61:10 | 111:19 | 190:4,11 | 253:17 |
| 304:2 | 97:14  99:9 | 114:10,15 | 193:7,12 | 254:18 |
| 305:5,20 | 148:3 | 115:6,20 | 193:24 | 255:9,22 |
| **Kimmage's** | 156:4 | 116:7,23 | 194:8 | 265:12,23 |
| 300:5,6 | 172:15 | 117:9,20 | 196:3,15 | 270:6,9 |
| **kind** 30:9 | 212:2 | 118:5,11 | 197:12,25 | 273:17 |
| 32:11  34:4 | **KIRCHNER** | 118:20 | 198:12 | 275:10,12 |
| 35:4  36:23 | 244:8 | 119:1 | 201:1,22 | 279:3 |
| 54:11  55:6 | 269:6 | 122:5,14 | 204:19 | 280:13 |
| 60:22 | **KIRSCHNER** | 123:11 | 205:17 | 281:8,18 |
| 69:18  73:2 | 15:13 | 124:2,6 | 206:5,11 | 284:12,20 |
| 75:24 | 21:10 | 125:6,16 | 206:16 | 285:7,24 |
| 83:25 | 26:13,17 | 127:4,14 | 207:1 | 286:14 |
| 98:24  99:2 | 28:25 | 127:20,24 | 209:20 | 287:18 |
| 106:23 | 29:16,19 | 129:13 | 210:6 | 288:2,19 |
| 114:18 | 33:11  35:9 | 131:7 | 212:3,16 | 288:22 |
| 115:23,24 | 36:25 | 133:12 | 212:19 | 289:19 |
| 135:19 | 37:21 | 134:14,17 | 213:3,22 | 291:3,21 |
| 142:25 | 38:18 | 136:24 | 216:6,25 | 292:11 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 293:16,19 | 121:12,13 | 179:11 | 242:10,23 | 202:11 |
| 297:3,12 | 121:17 | 180:6,14 | 243:16,22 | 205:12 |
| 298:7 | 122:9,10 | 180:18,20 | 244:17 | 209:18 |
| 299:2,12 | 122:11 | 183:15 | 245:20 | 246:8,13 |
| 299:16 | 123:1,5,14 | 185:2,3,5 | 246:15 | **known** 72:9,9 |
| 300:3,10 | 123:20 | 185:14,15 | 247:12,22 | 91:6 |
| 300:18 | 124:20,23 | 186:18 | 248:12,24 | 116:12 |
| 303:5,10 | 125:13 | 187:5,8,14 | 250:4 | **Krebs** 66:16 |
| **knew** 147:13 | 126:16,18 | 189:8 | 251:4,7,11 | 66:18 |
| **know** 30:21 | 127:15,25 | 191:13,18 | 251:12,15 | **KRISTEN** 13:9 |
| 31:8 33:24 | 129:9,10 | 193:15 | 251:21,23 | **KRISTIN** |
| 35:23 | 130:12,22 | 194:10,15 | 252:8 | 10:21 |
| 37:14 | 132:16 | 195:17 | 257:4,12 | **KULLDORFF** |
| 38:15 40:6 | 133:15,21 | 197:13,17 | 257:17,25 | 1:14 |
| 41:10,18 | 134:18 | 198:15,20 | 258:15,17 | **KYLA** 15:14 |
| 42:9 44:21 | 135:9 | 199:2,8,22 | 259:13 | **Kyla.sno...** |
| 47:2,3 | 138:24 | 200:1,2,4 | 262:5,16 | 15:22 |
| 48:19 51:4 | 142:10 | 200:16 | 264:6 | |
| 55:11,14 | 143:4 | 203:14,14 | 265:25 | **L** |
| 59:24 61:9 | 146:18,21 | 203:18,20 | 266:3 | **L** 15:18 |
| 62:12,23 | 147:18,20 | 203:22,25 | 270:8,25 | 159:15 |
| 66:20,24 | 149:24,25 | 204:1,3,10 | 273:14 | 303:6 |
| 69:10 | 150:12 | 205:15 | 274:1 | **lab** 74:20 |
| 70:24 71:6 | 151:20 | 207:11 | 275:12 | 219:14 |
| 72:23 73:8 | 155:1,18 | 209:4,5,5 | 277:1 | 250:6 |
| 73:18 | 156:2 | 209:5,17 | 278:13 | **label** 106:8 |
| 74:22 75:3 | 160:5,5,14 | 209:22 | 280:24 | 281:25 |
| 75:15 | 160:17,18 | 210:1,4,9 | 281:20 | 282:7 |
| 76:22 77:1 | 160:19,21 | 210:10,19 | 282:1 | **labeled** |
| 77:7,12,22 | 160:23,25 | 214:3,20 | 283:25 | 47:23 93:2 |
| 78:6,7,16 | 161:1,2,24 | 214:20,23 | 285:21 | 113:18 |
| 78:17 | 161:25 | 216:8,9,22 | 287:10,20 | 234:10 |
| 79:19,25 | 162:2,11 | 217:3,4,13 | 289:17,22 | 277:17 |
| 80:3,15 | 162:16,17 | 217:14,23 | 289:23 | 282:2 |
| 81:9,16 | 164:5,24 | 218:1,16 | 291:23 | **labeling** |
| 83:22,25 | 166:5,12 | 218:20,22 | 292:18 | 234:19 |
| 84:2 87:18 | 167:2,7,12 | 218:24 | 293:5 | 282:4 |
| 88:10,11 | 167:13 | 219:6 | 294:3,17 | **labels** |
| 88:13,18 | 170:2 | 221:3,5 | 298:2,21 | 282:11,12 |
| 89:3,11 | 171:10,17 | 224:14 | 299:4,13 | 282:16,18 |
| 91:18,20 | 172:11 | 227:16,22 | 300:24,24 | **laboratory** |
| 91:25 94:6 | 173:14 | 229:22,23 | **knowledge** | 35:1 |
| 102:25 | 174:13,14 | 230:6 | 24:22 40:5 | **lack** 114:11 |
| 103:11,12 | 174:20,22 | 231:16,20 | 41:14 | 114:16 |
| 105:13,25 | 175:4,6,12 | 231:24,25 | 62:17 | 115:6 |
| 109:4 | 175:19 | 232:1,8,13 | 69:20 | 117:10 |
| 111:24,24 | 176:14 | 235:5,16 | 76:18 | 118:7 |
| 112:21 | 177:21 | 236:21 | 122:4 | 124:6 |
| 118:2,18 | 178:12,16 | 242:5,6,7 | 195:3,6 | 129:13 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 134:17 | **lawyers** | **legitimacy** | **liaison** | 174:1,5,9 |
| 167:19 | 224:25 | 212:15 | 271:11,25 | 175:5 |
| 169:4,10 | **Lea** 93:13,23 | **lengthy** | 272:4,11 | **Linkedin...** |
| 174:10,18 | 94:6 136:4 | 207:22 | 272:13 | 18:17 |
| 186:6 | 199:4,8,20 | **lessons** | 273:3,13 | **Linkedin...** |
| 193:7,13 | 199:24 | 271:12 | **LIBERTIES** | 18:18 |
| 193:25 | 200:6 | 273:19,22 | 16:2,5 | **Linkedin...** |
| 196:3,16 | 231:18 | **let's** 42:22 | **lie** 35:4 | 18:18 |
| 212:3,16 | **lead** 8:4 | 47:21 | **life** 194:22 | **links** 163:25 |
| 213:22 | 10:8 25:25 | 56:10 | **light** 262:17 | 169:19,20 |
| 220:10 | 62:24 63:1 | 85:16,19 | 263:9 | 190:16 |
| 221:21 | 95:17 | 86:2 97:5 | **limited** | **list** 117:15 |
| 222:8,16 | 290:15 | 106:7 | 89:21 | 160:16 |
| 228:19 | **leadership** | 113:17 | 297:15 | 172:13,22 |
| 229:9 | 29:12 | 129:16 | **line** 36:11 | 213:18 |
| 231:3,9 | 198:22 | 130:11 | 39:20 | 218:14 |
| 233:7 | 199:1 | 150:16 | 115:8 | 226:2 |
| 234:21 | 200:3,4,10 | 164:3 | 150:4,9 | 262:1 |
| 236:17 | **leading** | 212:23 | 174:20 | **listed** 30:13 |
| 238:1 | 45:17 | 213:4 | 178:25,25 | 76:23 |
| 244:25 | 242:16 | 240:6 | 212:8 | 107:8 |
| 245:24 | 292:6 | 252:19 | 220:3 | 199:3 |
| 251:18 | **Leah** 11:24 | 257:2 | 245:15 | 214:1 |
| 253:17 | 131:23 | **level** 31:1 | 248:6 | 218:20 |
| 270:9 | **leak** 254:15 | 31:16,20 | 253:15 | 219:10 |
| 284:20 | 255:6 | 32:7 35:5 | 270:14 | 228:21 |
| 288:2 | 257:13 | 35:14 | 304:5,9,13 | 229:3 |
| **lacking** | **learn** 236:15 | 37:10,13 | 304:17,21 | 230:5,16 |
| 115:9 | **learned** | 58:9,12,17 | **lines** 33:6 | 280:1 |
| **lady** 252:3 | 271:12 | 59:21,21 | 33:18 85:9 | 282:5 |
| **laid** 280:18 | 273:22 | 59:23,23 | 98:18,19 | **listen** 23:15 |
| **LAMBERT** 8:25 | **leaving** | 60:3,7 | 100:19 | 216:24 |
| **LANDRY** 1:9 | 208:16 | 64:12,17 | 102:18,18 | **listening** |
| **large** 101:2 | **led** 147:21 | 65:9 66:22 | 254:2 | 32:20 |
| **larger** 61:6 | 147:23 | 71:8,10,13 | 264:25 | 217:12 |
| **late** 115:24 | 195:11 | 71:14 | 267:18 | **lists** 213:16 |
| 130:8 | 265:16 | 119:16 | **lineup** | **Lithuania** |
| 254:16 | **left** 91:18 | 161:20 | 143:16 | 274:17 |
| **LAURA** 7:1,15 | 173:1,3 | 167:22 | **link** 145:19 | **little** 48:21 |
| **LAUREN** 9:22 | 226:14 | 197:18 | **LinkedIn** | 83:4 99:21 |
| **law** 110:16 | 272:20 | **levels** 39:10 | 81:3,5 | 103:5 |
| 110:21 | **legal** 16:24 | 58:11 | 160:2,10 | 114:3 |
| 224:7 | 20:15 | **Lexitas** | 162:8,15 | 149:22 |
| 254:19,21 | 166:8 | 20:17 | 163:3 | 180:16 |
| 254:24 | 174:8 | 303:1,24 | 166:2,11 | 209:7 |
| 255:11,24 | 225:17,22 | **liaised** | 166:14 | 210:12 |
| 257:9 | 303:1,24 | 215:2 | 167:17 | 213:13 |
| 270:11,12 | **legislation** | **liaising** | 168:14,22 | 218:12 |
| **lawyer** 257:7 | 280:19 | 272:22 | 173:23 | 219:1 |

DANIEL KIMMAGE  11/10/2022

256:11
287:5
**local** 267:18
268:2,7
270:12
**located**
154:17
183:23
272:7
**location**
153:18,22
153:25
154:15
155:2,6
161:15
163:14
184:16
271:18
**Locust**
303:21
**log** 171:21
171:23
254:4
**logged** 242:8
**long** 19:4
22:13
48:14
127:15
150:12
154:14,16
155:1
**longer** 150:6
177:2
252:5,7
299:13
**look** 35:20
43:24
56:25
81:22
93:12  94:4
104:24
112:3
114:6
128:20
138:2
167:22
171:12
177:22
178:16

208:18
250:25
269:19
276:2
**looked** 94:1
128:10
144:9
151:12
208:13,20
249:20
**looking** 33:4
38:6  94:1
144:23
151:17
162:5
165:17
171:10
177:23
180:22
198:17
249:25
**lookout**
35:25  36:3
**looks** 27:9
153:9
174:4
189:6
199:20
240:25
241:2
269:12
**LORENA** 10:17
**lot** 47:13
119:23,23
126:1
178:3
186:13
241:15
271:1
**Louisiana**
1:2,8
20:10
**love** 128:3
**Lower** 169:19
187:1
223:21
263:13
**lunch** 127:17
150:8,15

**M**

**M** 1:9  7:20
177:5
**mail** 242:24
**mail-in**
242:14
243:6,8
**major** 28:8
68:5  73:4
98:18
137:2
201:15,20
228:25
230:2,14
230:16,19
245:16
246:5
**making** 54:20
147:10
275:5
**mal** 71:20
72:10,17
77:6  78:8
116:15
191:23
192:1
**mal-info...**
116:14
**malfunct...**
182:6
**malign** 27:9
30:12
33:10
34:24
35:20  36:9
36:14  37:7
62:6  63:13
63:18,19
64:9  73:4
73:9  75:9
75:24
76:10
137:2
158:19,21
238:9
287:25
290:21
**man** 133:21
**management**

7:9  41:4
227:3
**Manager** 6:25
11:15
**managers**
50:21
**mandate**
25:23  26:6
36:12
63:12  69:4
69:15  73:6
78:19
108:24
110:1
116:3
124:12
205:9
223:25
239:21
293:25
**manilla**
206:12
**manipulate**
262:18
**MANNING** 6:15
**manufact...**
250:5
**manufact...**
35:1
**March** 166:25
168:22
199:13
**MARK** 13:5
**marked** 42:23
47:24
56:11  93:3
106:9
113:20
127:12
152:25
153:1
159:19
168:19
177:7,8
179:23
188:10
206:3
253:3
260:20

276:3
288:17
**MARTIN** 1:13
**master's**
173:9
**Masterson**
9:16
218:16
**material**
110:21
**materials**
34:22
171:7
**matter** 20:4
63:3  65:2
80:10  88:4
110:12
117:25
119:4,12
124:19
131:3
132:9
**Matthew** 9:16
218:16
**MAYORKAS**
3:13
**McCARTHY**
4:15
**mean** 26:22
38:24  65:8
68:15  90:9
90:12
104:18
112:1
120:14,14
126:13
147:15
160:10
177:15
183:10
211:5
246:19
247:10
273:7
275:15,17
275:24
**meaning**
78:24
**meanings**

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 126:2 | 87:11 89:9 | 253:16 | 126:6,10 | 30:2,6,17 |
| **means** 43:9 | 90:23 | 254:2 | 126:11,12 | 30:23 |
| 121:22 | 91:11 92:3 | 258:18 | 126:13 | 31:10,17 |
| 170:14 | 92:17 93:7 | 259:4,17 | 129:20 | 32:6,12 |
| 200:10 | 96:25 | 260:16 | 130:11,23 | 35:7 37:8 |
| 245:10 | 97:23 99:9 | 274:3 | 131:6 | 38:13 42:9 |
| **mechanics** | 99:14,16 | 275:18 | 132:15,20 | 45:20 |
| 162:1 | 101:7,22 | 278:25 | 134:10 | 47:14 |
| 242:11 | 103:2 | 279:7,9 | 135:12,17 | 51:13,15 |
| **Meddling** | 105:21 | 281:25 | 135:18,19 | 52:6 53:23 |
| 17:16 | 111:8,9 | 282:1,2,13 | 136:7,8 | 54:17 58:8 |
| **media** 2:24 | 113:10,15 | 283:22,24 | 137:8,20 | 59:3,10,19 |
| 8:4,5 | 139:15 | 284:18 | 138:7,13 | 59:25 60:1 |
| 11:21 20:3 | 147:1 | 285:12,18 | 138:19,21 | 60:6,20 |
| 29:9,11,13 | 155:14,20 | 285:19 | 138:23,24 | 61:11,19 |
| 29:15 30:4 | 155:23 | 286:1,11 | 139:2,10 | 62:8 63:8 |
| 30:21,23 | 156:19 | 287:15,25 | 139:20 | 64:2,4,11 |
| 31:10,13 | 158:2 | 291:19 | 140:15,16 | 64:15,16 |
| 32:8 35:8 | 159:2,8 | **medical** 2:15 | 141:3,5 | 64:18 |
| 35:22 36:5 | 160:1,7,11 | 265:15,21 | 142:2,21 | 65:12 |
| 36:21 37:5 | 160:24 | **meet** 51:9 | 143:6,13 | 66:16,21 |
| 37:18 38:3 | 161:6,22 | 64:5,7 | 144:1,4,16 | 67:4,8,11 |
| 38:10,15 | 165:4,13 | 71:5 81:8 | 145:4,18 | 67:14 |
| 39:6,13 | 167:8 | 82:7 146:8 | 145:20 | 69:11 |
| 40:5,12 | 170:17 | 215:15 | 146:1,3,5 | 79:23 80:1 |
| 42:4,10 | 171:25 | **meeting** | 146:8,19 | 80:3,4,6 |
| 46:4,17 | 183:7,11 | 18:16 | 146:22 | 80:13,15 |
| 47:8,17 | 183:15 | 31:22 32:7 | 147:4,13 | 80:19 81:6 |
| 49:5,17,19 | 187:11,22 | 45:15 | 147:19,21 | 81:11,18 |
| 51:24 53:7 | 188:6 | 46:10,23 | 147:23 | 83:2,13 |
| 53:9,14 | 194:7 | 60:13,22 | 148:24 | 84:5,7,12 |
| 54:6,18 | 195:15 | 61:1,8 | 149:12 | 84:13 87:4 |
| 55:5,12,18 | 196:21 | 62:4,5,14 | 160:21 | 87:7,19,22 |
| 55:22 56:1 | 200:21 | 62:19,25 | 161:2 | 87:23 88:7 |
| 56:1 61:18 | 207:15,20 | 63:5 64:9 | 162:18 | 88:12 |
| 61:22 62:7 | 210:16,21 | 65:10,14 | 164:14 | 89:14,25 |
| 63:8 74:16 | 211:3,8 | 66:3 67:21 | 166:18,25 | 90:5,22 |
| 74:21,22 | 213:16,20 | 68:1,19 | 167:2,17 | 91:4 92:2 |
| 75:15,20 | 228:10,10 | 70:25 71:2 | 168:24 | 92:8,16 |
| 76:9,14 | 232:23 | 72:4 80:23 | 169:1 | 99:13,16 |
| 78:25 | 233:15,21 | 81:1,4 | 173:25 | 101:6,14 |
| 79:14,18 | 234:18 | 82:11,22 | 176:15,19 | 101:22 |
| 80:5,17 | 236:23 | 83:8,11,17 | 184:7 | 105:20 |
| 81:24 | 246:5,11 | 84:15,17 | 203:17 | 106:2 |
| 82:19 83:2 | 247:12 | 87:9,11,16 | 207:10,17 | 115:2,22 |
| 83:4,6,9 | 248:8 | 87:23 | 283:11 | 117:11,13 |
| 83:17,22 | 249:13 | 88:20 89:1 | 285:12 | 117:19 |
| 84:9,15 | 250:15,23 | 89:12,13 | **meetings** | 118:3,10 |
| 85:10 87:2 | 250:25 | 89:13 | 29:24 30:1 | 118:19 |

**DANIEL KIMMAGE  11/10/2022**

126:8
127:1,3
129:12,18
129:22,24
130:4
135:22
139:12,14
139:18,23
140:1
143:20
144:16
145:2,7
146:25
147:3,5
148:8
160:7,9,10
161:5,21
161:24
162:3,21
166:17
167:6
215:12,20
216:1,19
216:21,23
217:5
236:13
279:11
283:11,12
283:14
**meets** 58:7
79:17
298:12
**MEHA** 16:14
**member** 8:18
12:18 32:3
86:14,23
86:25 91:7
133:7
189:3,13
202:20
230:16
235:10
243:21
**members**
83:19
117:1
120:16
133:25
166:14

178:15
212:6
230:19
270:24,25
271:1,5
**memory**
151:17
**mention**
56:17
61:21
**mentioned**
40:8 83:1
89:25 97:4
103:21
111:14
132:8
169:13
172:16
214:21
243:20
252:4
282:20
**mentioning**
121:11
190:1
196:19
**merely**
216:24
**met** 51:7
64:1 71:16
80:18 81:2
81:24 82:8
82:12,15
82:19
83:23
140:20
141:7,8,11
141:14
142:1
160:17,19
**methods**
157:6,13
158:3,21
**meting** 60:13
61:4
**MICHAEL**
11:12
**middle** 39:4
57:11

73:22
162:9
229:25
230:1
232:21
240:15,18
244:5
268:18
277:21
**million** 49:9
**MINA** 7:5
**mind** 43:4
56:14
147:7
**minimal** 33:1
**minor** 201:12
201:25
**minute** 114:4
257:25
**minutes** 86:1
86:3 93:18
127:19
150:3,4,12
213:1
**mis** 224:1
**mis-** 90:24
181:5
**mis-dis-**
71:20
72:10,16
77:6 78:8
116:15
191:23
192:1
**mischara...**
140:23
**mischara...**
58:24 82:2
97:17
101:9
108:20
117:21
118:6,12
123:12
125:17
127:5
131:8
140:19
148:5,17

157:16
186:6,8
201:23
204:20
216:7
229:9
231:10
238:16
265:24
269:7
**mischara...**
70:20
111:20
172:19
198:1
201:2
222:22
223:4
250:19
284:13,21
**misinfor...**
19:4 72:6
77:23 78:2
97:6 116:4
116:13
129:6
138:17
144:12,14
144:21
177:25
182:15
186:3
209:16
242:16
292:7
296:13
298:19
299:1
**misinfor...**
236:3
**misleading**
51:18
211:20
267:10
**misrepre...**
108:14
**mission**
26:11,25
46:3 74:13

74:14
76:22
77:14
156:10
158:17
237:24
278:8,13
278:19
**Missouri** 1:5
15:4,7
20:5 303:8
304:3
**misused**
298:18
**mitigate**
181:8
**mix** 294:18
**Mm-hmm** 23:2
35:17
43:15 44:5
49:12
50:10 57:3
72:7 78:22
82:24 84:6
112:6
114:5
128:19,21
138:5
153:12,16
164:18
168:20
173:20
179:21
195:22,24
218:13
219:5
221:15
228:6
233:24
245:13
263:15
267:14
270:22
298:20
**MO** 303:21
**mode** 32:20
217:12
**moderate**
287:17

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| moderation | morning 20:2 | 154:5 | 273:23 | 267:19 |
| 247:5,7,10 | 159:10 | 174:21 | **narratives** | 269:1 |
| 247:21 | 194:21 | 175:2 | 32:19 36:7 | 279:13,23 |
| 248:17,20 | **motion** 21:23 | 176:2,8,11 | 36:15,18 | 288:1 |
| 248:22 | 22:2 | 178:17 | 36:21 47:9 | 292:8 |
| 249:12,24 | 152:13 | 180:3,3 | 55:10 62:2 | **Nation** 17:14 |
| 287:2,7,12 | **motivated** | 184:3,5 | 62:6,18,22 | 17:17 |
| 287:21 | 39:24 | 190:2 | 63:7,15 | **nation-s...** |
| **modes** 96:23 | 268:21 | 196:19 | 64:6,10,13 | 185:19 |
| **modulation** | 269:1,17 | 202:25 | 64:14 73:8 | **national** |
| 36:23 85:7 | 270:2 | 214:25 | 74:15 | 2:12,17 |
| 129:4 | **move** 252:16 | 215:4,5 | 75:24 | 4:1,17 |
| 233:5,12 | **moved** 21:16 | 216:11 | 76:11 | 24:5,11 |
| 246:10,16 | **movement** | 218:18 | 96:17 | 25:24 27:6 |
| 246:24 | 119:24 | 252:4 | 97:14 99:5 | 36:10 |
| 247:4 | **moving** 213:4 | 291:6 | 100:7,10 | 44:25 |
| 287:1 | **MUHAMMED** | 304:2,3 | 100:15 | 45:15 47:2 |
| **MOLA_DEF...** | 9:12 | 305:11 | 101:3,4,18 | 58:13,19 |
| 18:22 | **multiple** | **names** 59:17 | 101:19,21 | 58:25 59:4 |
| **MOLA_DEF...** | 101:1 | 121:11 | 102:1,3,11 | 59:7 173:4 |
| 18:20 | 135:5 | 122:8 | 102:24 | 173:7 |
| **MOLA_DEF...** | 137:9 | 132:25 | 103:1,3,6 | 175:18 |
| 18:24 | 139:12,14 | 134:24 | 103:10,20 | 179:18 |
| **MOLINA-I...** | 139:18 | 175:11,14 | 103:23 | 215:17 |
| 10:17 | 148:2,7 | **napkin** | 104:1,11 | 220:6 |
| **moment** | 149:11 | 206:12 | 104:21,22 | 277:14 |
| 105:15 | 161:5 | **narrative** | 105:6,9,11 | 296:6 |
| **Monday** | 188:17 | 26:18 | 105:14,19 | **nature** 26:15 |
| 300:24 | **MURRAY** 11:12 | 29:20 | 144:23 | 31:14 |
| **monitor** | **MURTHY** 1:24 | 33:19,23 | 148:12,15 | 35:18,23 |
| 20:12 | **MUTHIG** 13:9 | 35:21,24 | 184:25 | 40:11 |
| 224:1 | **mutual** 164:4 | 55:7 63:19 | 201:10,15 | 45:20 56:7 |
| **monitors** | 164:16,20 | 63:20 | 217:15,17 | 73:16 |
| 269:4 | 165:3 | 74:19 | 217:25 | 96:13,16 |
| **Monroe** 1:3 | _____ | 75:10 | 229:18 | 97:7,9 |
| 20:10 | **N** | 101:5 | 237:8 | 100:12 |
| **month** 116:19 | **N** 15:1 16:1 | 136:25 | 238:7 | 115:16 |
| **monthly** 42:9 | 16:1,1 | 190:23 | 239:2 | 203:22 |
| **months** 24:14 | 17:1,1 | 201:17,19 | 240:4 | 204:23 |
| 24:17 32:9 | 18:1,1 | 201:21,21 | 243:6,7,14 | 217:4 |
| 37:9,11 | 19:1,1 | 201:25 | 243:17,19 | 218:7,8 |
| 42:19 | 20:1 188:7 | 229:7 | 243:25 | **NDAA** 45:5 |
| 58:10 | **name** 20:14 | 238:6,8,18 | 248:24 | **NDU** 25:7 |
| 59:15 70:1 | 21:5 28:14 | 239:9,9,16 | 264:9,10 | **Near** 261:4 |
| 70:3,17,23 | 57:10 | 239:21,23 | 264:13,18 | **NEC** 60:1 |
| 70:24 71:1 | 71:22,24 | 243:2 | 264:23 | **necessarily** |
| 71:3,6 | 133:5 | 265:13,22 | 265:3,5,18 | 23:6 |
| 231:16 | 142:18 | 265:25 | 266:5,10 | 132:12 |
| 242:16 | 146:7,24 | 266:3 | 266:21 | 148:8 |

DANIEL KIMMAGE 11/10/2022

157:7,19
238:18
239:18
267:9
**necessary**
199:7
283:20
305:9
**Ned** 17:11
**need** 48:19
171:12
242:12
**needs** 93:20
278:4
**nefarious**
264:18
265:18
266:16
**Neighbor...**
10:25
**neither**
302:9
**Netherlands**
112:18,18
**never** 56:14
125:5
**new** 16:2,5
147:9
263:21
291:5,9
**news** 74:4,7
185:24
207:8
228:10
236:6
268:7
293:24
**news'** 17:19
**nexus** 239:17
239:20
**nice** 168:25
**Nicole**
166:10
174:25
**nightmare**
95:16
**NINA** 4:19
**nod** 23:5
**Nodding**

250:11
**Nom** 260:6
**non-Chinese**
102:17
**non-foreign**
239:17
**non-gove...**
268:15
**non-state**
27:3
163:18,21
165:2
278:21
**nongover...**
98:25
224:15
**normally**
83:10
88:11
**norms** 289:15
290:3,9,11
291:1
**Northwest**
15:18  16:6
16:17
303:6
**notable**
104:2
**notarized**
303:19
**notary** 14:8
302:21
303:18
305:23
**note** 213:15
259:15
268:19
294:1
**noted** 20:18
217:15
**notes** 229:5
229:16
**notice**
277:12
**notified**
197:6,7
**notify**
197:11
**notorious**

265:1
**November**
13:17
20:11
21:15
302:14
303:3,12
304:4
**nowadays**
80:1
**NSC** 17:11
71:15
**number** 20:7
32:14
45:17
101:3
120:16
131:4
182:7
241:9
244:18,19
244:21
274:13
292:23

---
**O**

**O** 16:1  17:1
18:1  19:1
20:1
**object**
197:12
198:12
255:23
300:12
**objection**
26:13,17
29:16,19
33:11  35:9
36:25
37:21
38:18
43:22
44:18  46:5
48:8  52:17
58:23
60:24  62:9
63:9,21
68:22
70:18

72:18
73:10
74:25
75:12,17
76:2  77:9
77:19  78:4
79:7  82:1
88:15  90:7
90:8  92:6
92:18  93:9
95:1  96:2
97:17  98:5
101:8
106:3
108:19
110:13
111:19
114:10
115:6,8,20
116:7,23
117:9,20
118:5,11
118:20
119:1
122:5,14
123:11
124:2,6
125:6,16
127:4
129:13
131:7
133:12
134:14
136:24
138:8
140:18
143:7,14
145:10,15
148:4,16
148:25
149:14
155:15,24
157:15
158:24
159:11
164:21
165:5
166:20
167:9,19

168:15
169:3,9
172:18
174:10,17
176:20,25
178:9,20
180:8
181:19
182:2
183:9,13
186:5,22
190:4
193:7,12
193:24
194:8
196:3,15
197:25
198:13
201:1,22
204:19
205:17
209:20
210:6
212:3,16
213:22
216:6,25
217:9,21
220:10
221:21
222:8,16
222:21
223:3
224:19
225:6
226:8,21
227:19
228:19
229:8,19
231:3,9
233:7,16
234:21
235:3,17
236:17
238:1,15
241:17
243:10
244:1,8,25
245:24
246:17

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 247:1 | 70:17,22 | 303:20 | 259:10,12 | 97:13 |
| 248:25 | 80:13 | **office's** | **officials** | 101:20 |
| 250:18 | 81:10 | 41:15 | 45:14 | 103:13,16 |
| 251:17 | 130:4 | **officer** 8:14 | 46:22 | 107:13,23 |
| 253:17 | 254:16 | 189:7,8,12 | 58:15 | 109:14,19 |
| 254:18 | **occurred** | 192:21 | 97:22 | 110:9 |
| 255:10 | 34:4 53:23 | 194:18 | 134:1 | 111:2 |
| 265:12,23 | 67:22 | 195:9 | 135:6 | 112:25 |
| 269:6 | 69:19 | 197:3 | 192:9,14 | 114:2 |
| 270:6 | 83:13 | 302:3 | 192:25 | 115:23 |
| 273:17 | 110:7 | **offices** | 210:15 | 117:17 |
| 275:10 | 167:3 | 27:18 | 211:3 | 122:11 |
| 279:3 | 256:7,18 | 81:12 | 236:13 | 125:13,22 |
| 280:13 | 286:21 | 291:14 | **oh** 75:14 | 127:20,24 |
| 281:8,18 | **occurring** | **official** | 127:18 | 130:1,11 |
| 284:12,20 | 99:17 | 1:18,22,25 | 144:1 | 131:14 |
| 285:7,24 | 211:7 | 2:4,11,23 | 145:21 | 132:8,19 |
| 286:14 | **occurs** 112:5 | 3:8,14,19 | 149:18 | 133:1 |
| 287:18 | **October** | 3:24 4:7 | 153:3 | 134:20 |
| 288:2 | 18:11 | 4:16,20 | 173:11 | 135:18 |
| 289:19 | 113:25 | 5:2,6,12 | 175:2 | 136:6 |
| 291:3,21 | 116:18 | 5:17,22 | **OIG** 106:20 | 137:21 |
| 292:11 | 118:4 | 6:4,11,16 | **okay** 23:24 | 140:13 |
| 293:16 | 123:9,15 | 6:20,23 | 24:25 26:5 | 142:12,12 |
| 297:3,12 | 258:21 | 7:2,6,16 | 31:8 40:24 | 143:4,10 |
| 298:7 | 289:1 | 7:21 8:3,9 | 50:8,13 | 146:9 |
| 299:2 | **offender** | 8:13,17,21 | 51:6,16 | 147:12 |
| **Observatory** | 23:10 | 9:1,8,13 | 52:12 | 148:14 |
| 219:16 | **office** 3:20 | 9:17,23,24 | 53:21 | 151:8,24 |
| 221:18 | 4:2 7:9,11 | 10:1,2,4,5 | 56:23 | 157:9 |
| 223:10 | 8:22 9:5 | 10:6,10,11 | 57:16 58:4 | 158:14 |
| 292:15,25 | 10:24 11:8 | 10:13,18 | 61:7 63:16 | 160:5,23 |
| 293:4 | 11:16 15:4 | 10:19,22 | 65:23 | 162:2,5,17 |
| 294:5 | 25:4 28:13 | 11:5,13,20 | 66:15,20 | 163:7,24 |
| 295:21 | 29:12 | 11:24 12:5 | 67:20 | 166:9 |
| 297:22 | 31:12 41:7 | 12:12,17 | 70:10 73:2 | 167:1,25 |
| **obviously** | 41:13,17 | 12:25 13:6 | 73:18 75:8 | 168:18 |
| 54:13 | 45:24 | 13:10 | 75:21 | 170:22 |
| 110:4 | 47:12 | 65:10,17 | 79:12,21 | 171:14,23 |
| 128:13 | 71:17,19 | 96:25 | 81:15,22 | 173:6,12 |
| 197:23 | 116:10,14 | 97:21 | 82:5 83:12 | 176:3,9,14 |
| 209:3 | 122:12 | 130:20 | 83:16 | 179:8,20 |
| **occasion** | 146:6 | 134:9 | 85:17,23 | 181:2 |
| 40:17 | 189:14 | 186:19 | 86:4 87:5 | 182:10 |
| 217:12 | 191:20 | 188:22 | 89:23 | 184:4,24 |
| **occur** 32:6 | 199:5 | 189:2 | 91:25 92:9 | 186:12 |
| 37:8,12 | 290:22,25 | 190:20 | 92:24 93:5 | 187:1,19 |
| 58:8 59:14 | 291:6,9,12 | 199:5 | 95:14 | 188:20 |
| 61:10 | 291:18 | 259:3,10 | 96:12 | 190:15 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 191:12 | 298:14 | 258:10,13 | 268:24 | 54:14 |
| 192:20 | 299:16 | 258:20,23 | 269:13 | 59:25 |
| 194:5 | 301:3 | 259:6,19 | 289:25 | 61:22 |
| 195:24 | **on-boarded** | 265:1 | 290:2,8 | 71:14 |
| 196:10 | 253:8 | **operations** | **organizing** | 96:10 |
| 197:23 | **once** 36:15 | 108:17 | 178:18 | 182:24 |
| 199:8 | 127:22 | 109:1,5,7 | **origin** | 225:3,17 |
| 200:18 | 181:8 | 109:9 | 102:17 | 225:22 |
| 203:10,12 | 281:5 | 110:10,23 | 264:18 | 227:1 |
| 204:3,15 | **one-pager** | 177:3 | 265:11 | 237:23 |
| 204:24 | 253:2 | 259:23 | **original** | **overall** |
| 205:7,24 | **ones** 30:13 | **opportunity** | 180:2 | 158:17 |
| 206:24 | 34:18 | 43:24 48:9 | 303:13 | 243:14 |
| 207:1,6,14 | 158:12 | 94:4 95:4 | **originate** | **overdue** |
| 209:9 | 176:10 | **opposed** | 238:9 | 298:4 |
| 210:2 | 229:3 | 103:25 | 239:5 | **overlaps** |
| 213:14 | 289:14 | **oral** 23:4,7 | **originated** | 92:13 |
| 214:2 | **ongoing** | 167:6 | 96:14 | **oversee** |
| 215:14 | 39:14 | 168:23 | 191:7 | 41:18 |
| 216:16 | 68:20 69:5 | **order** 21:16 | 222:14 | **oversight** |
| 218:1,23 | 69:8,12,15 | 21:25 22:2 | 223:1,17 | 41:21 |
| 219:1,8 | 69:17 | 43:19 | 239:25 | **overview** |
| 220:2 | 72:15,22 | 44:17,22 | 243:2 | 41:16 |
| 222:2 | 109:25 | 45:4 46:20 | 248:24 | 136:9,19 |
| 223:21 | 122:19,23 | 176:1,7 | **originates** | 136:23 |
| 224:13 | **online** 34:22 | **orders** | 224:6 | 137:1 |
| 226:18 | 47:19 | 231:21,22 | **originating** | **owners** |
| 227:7,10 | 97:24 | **Oren** 57:1 | 33:10 | 158:12,15 |
| 228:13 | 104:7 | **organiza...** | 222:3 | **owns** 80:22 |
| 229:25 | 107:11 | 112:22 | **origination** | **Oxford** |
| 231:20 | 114:19 | 163:23 | 222:6 | 292:22 |
| 233:13 | 153:11 | 184:1,16 | 239:17 | |
| 239:12 | 190:16,24 | 185:8 | **originator** | **P** |
| 240:7 | 242:7 | 240:12 | 239:8 | **P** 15:1,1 |
| 241:8 | 262:19 | 268:14,15 | **origins** | 16:1,1 |
| 242:12 | 273:16 | 292:21 | 96:17 | 20:1 |
| 247:8 | **OPCW** 112:20 | **organiza...** | 100:7,12 | 205:25 |
| 248:5 | 112:21 | 27:7,13 | 102:7,14 | **p.m** 151:1,4 |
| 254:1 | **open** 171:24 | 32:17 | 102:21 | 213:7,10 |
| 258:3 | 256:9 | 98:25 99:1 | 264:10 | 252:22,25 |
| 260:3 | **operating** | 137:3 | 266:6 | 299:21,24 |
| 264:5 | 224:10 | 182:18,22 | **Ousman** | 301:5,9 |
| 269:24 | **operation** | 182:24 | 174:22 | **P.O** 15:6 |
| 275:8,14 | 107:22 | 183:2,6,21 | **outcome** | **page** 17:2,9 |
| 277:16,19 | 112:20 | 184:13 | 302:12 | 18:3 19:3 |
| 289:9 | 155:3 | 185:7,17 | **outlets** | 50:9,12 |
| 290:1 | 254:16 | 227:2 | 97:23 | 57:9,12 |
| 294:19 | 255:6,7,20 | 267:18,24 | **outside** | 73:23 |
| 295:2,15 | 257:13 | 268:11,12 | 47:13 | 93:12 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 94:21 | 240:6,9 | 144:13 | 158:16 | 253:8,24 |
| 106:22 | 241:8,10 | 153:14 | 161:9 | 273:14 |
| 112:4,7 | 241:21,22 | 164:9,10 | 220:9 | 274:1 |
| 128:14,18 | 242:12 | 169:13 | 240:9 | 279:6 |
| 153:13 | 244:4,5,10 | 177:23 | 273:13 | 281:13 |
| 161:18,19 | 245:11 | 193:11 | **partial** | **partnering** |
| 162:6,9 | 261:6,11 | 209:11 | 220:5 | 283:3,9 |
| 164:11 | 263:13 | 212:8 | **participant** | **partners** |
| 166:1,23 | 267:13,16 | 221:13 | 291:16 | 27:19 96:9 |
| 166:23 | 268:17 | 222:25 | **particip...** | 98:21,24 |
| 167:15,16 | 270:13 | 223:22 | 134:13 | 99:3 229:4 |
| 167:23 | 271:2 | 227:6 | 172:14,15 | 229:16 |
| 168:19 | 277:17,18 | 229:12 | 174:4 | 230:5,25 |
| 173:18 | 277:21 | 235:21,25 | 180:24 | 254:4 |
| 177:22 | 289:8 | 237:4 | 186:2 | 271:14 |
| 179:20,23 | 292:3 | 241:11 | **participate** | 274:5 |
| 180:3 | 296:1 | 244:5,9,12 | 65:3 87:23 | 278:23 |
| 181:4 | 303:14,18 | 245:14 | 161:20 | **partnership** |
| 182:11 | 303:20 | 263:14 | **particip...** | 19:6 202:2 |
| 185:22 | 304:5,9,13 | 267:16 | 70:4 73:18 | 202:12 |
| 188:21 | 304:17,21 | 268:18 | 83:16 | 203:8 |
| 189:5 | **pages** 13:22 | 270:14 | 87:19,21 | 204:6 |
| 192:4 | 50:11 | 271:10 | 161:23 | 214:18 |
| 193:11 | 128:13 | 277:20 | 162:2 | 221:17 |
| 195:23 | 167:15 | 289:10,11 | 172:11 | 226:4 |
| 196:9,18 | 206:25 | **paragraphs** | **particip...** | 283:7 |
| 196:24 | 207:23 | 49:20 | 42:8 59:18 | 293:3 |
| 198:18 | 221:11 | **paraphrases** | 59:24 | 294:7 |
| 208:9,10 | 292:1 | 52:19 | 83:14 | **partners...** |
| 209:6,7 | **pandemic** | **paraphra...** | 113:23 | 6:24 10:25 |
| 210:2,12 | 96:8,18 | 263:24 | 178:15 | 27:12 |
| 210:12 | 99:22 | **parentheses** | 235:15 | 289:12 |
| 211:12 | 102:8,12 | 57:2 | **particular** | **parts** 211:11 |
| 212:9 | 104:3,10 | **parenthe...** | 88:9 | **party** 55:24 |
| 213:13 | 104:16 | 56:19 | 106:19 | 55:25 |
| 218:12 | 105:22 | **Parler** 80:25 | 179:13,14 | **passes** 90:17 |
| 219:1 | 130:6 | 81:1 | 247:17 | **Patel** 167:16 |
| 220:3 | 264:15 | **part** 18:10 | 268:16 | 168:5 |
| 221:12 | 266:12 | 33:20 | **particul...** | **patient** |
| 226:1,14 | **panel** 113:24 | 36:20 | 36:14 | 191:1 |
| 226:24 | **paragraph** | 46:24 61:5 | **parties** | **Patricia** |
| 227:25 | 44:4 45:10 | 61:19 | 224:15 | 132:1 |
| 228:7,8 | 48:7 49:8 | 63:11 64:8 | 225:3 | **Patrick** |
| 229:13 | 50:14 74:2 | 68:8 73:6 | 302:10 | 166:3 |
| 232:4,20 | 78:20,20 | 73:17 98:1 | **partly** | 174:5 |
| 232:22 | 94:23,24 | 104:25 | 222:12 | **Paul** 162:7 |
| 233:23 | 95:11,15 | 141:19 | **partner** | 162:11 |
| 235:7,20 | 128:20,23 | 145:20 | 235:10,10 | 163:8 |
| 237:2 | 138:3 | 155:13 | 235:14,14 | 174:15 |

**DANIEL KIMMAGE 11/10/2022**

pay 75:21
paying 270:1
pays 269:4
Payton
  142:17
PECK 9:7
penalty
  305:12
penultimate
  176:8
people 39:25
  65:7 66:2
  80:9 81:9
  118:24
  131:11
  135:24
  137:22
  143:12
  166:2,13
  166:18
  171:9
  175:7
  177:12
  178:14
  181:17
  199:24
  219:3
  223:1
  262:20
  269:14
  275:5,21
  280:24
  282:7
  293:12
  294:4
  299:7
people's
  81:16
Peoples
  264:17
percent
  212:10
  234:3,8,13
  234:19
  237:16,17
  237:20,22
  239:1
  240:11,16
percentages

240:20
period 25:1
  25:10
  47:11
  66:19 67:8
  67:14,19
  69:20,20
  71:3 92:13
  94:19
  109:7,25
  140:5
  231:16
  255:17
periodic
  59:10
  69:11
periodic...
  58:7 59:6
  79:18
  249:18
  250:16
  277:8
  298:13
periods 25:1
perjury
  305:12
permits
  247:18
permitting
  164:13
person 65:12
  66:12,15
  117:13
  132:23
  135:10
  147:9
  154:1,3
  155:2,23
  176:12
  178:19,22
  179:4,9,9
  180:15,18
  180:20
  185:25
  190:24
  214:24,24
  216:14
  218:9
  235:15

262:12
  274:22
person's
  146:23
  190:2
personal
  21:20
personally
  40:8 53:22
  139:9
  146:9
personnel
  39:8,17
  40:16,18
  40:21
  59:17 80:5
  128:25
  132:18
  180:1
  286:18
perspective
  157:12
pertaining
  253:9
pertains
  77:24
  101:23
phone 92:8
  92:16
  115:2,22
  164:14
phrase
  253:23
physically
  154:17
pick 75:9
picture
  262:4
pictures
  171:10
pieces 31:3
  31:5 61:24
piggybacks
  104:23
pillars 18:5
  98:10
  106:15
  280:1
  282:6,22

place 274:25
PLAINTIFF
  15:2
plaintiffs
  1:15 20:5
  21:25 22:1
  299:25
plan 251:11
planned
  259:6
Planning
  25:4 45:25
plans 3:22
  51:9 52:14
  73:14
platform
  33:25 39:6
  39:13
  51:24 53:7
  53:14
  55:22 56:1
  56:2 81:14
  84:15
  87:11
  113:10,15
  159:8
  160:1
  169:23
  170:8,17
  171:21
  172:12
  182:7
  196:21
  200:21
  209:15,18
  233:1,11
  235:10,13
  242:8
  248:1
  250:7
  253:16
  259:4,17
  260:16
  270:20,23
  285:22
  286:11
  287:15
  288:9,11
  288:13

platforms
  32:8 33:9
  35:8,22
  37:20
  38:17 40:5
  40:12 42:4
  42:10 46:4
  46:17 54:6
  55:12,19
  61:18 76:9
  80:5,17
  81:24
  82:19
  84:10 87:2
  92:17
  101:7,22
  105:21
  139:15
  147:2
  155:14,23
  156:19
  158:2,7,13
  158:15
  160:7,11
  160:24
  161:6,22
  167:8
  171:25
  172:17
  181:18
  182:1
  183:7,11
  187:11
  194:7
  195:15
  210:16,22
  211:3
  213:16,20
  214:1,5,8
  226:16,20
  232:21,23
  233:15,21
  234:18
  245:16
  246:5,11
  248:8
  249:18
  254:2,5
  258:18

DANIEL KIMMAGE  11/10/2022

285:13,21
291:20
**plausible**
178:13
**play** 114:2
262:20
**plays** 277:25
**pleadings**
258:16
**please** 20:20
21:5 86:10
95:4 151:4
192:14
196:25
213:10
252:25
299:24
303:11,15
303:19
**point** 67:7
74:23
181:4,11
182:13
185:21
219:11
**Pointer**
183:19
**pointing**
292:7
**points** 187:3
211:13,14
**policies**
36:23
55:13
233:1,11
245:18
246:4,10
246:16,20
246:24
248:7,17
248:20,22
249:13,24
285:22
286:1,4,13
**policy** 3:21
25:4 45:25
142:16
146:5
175:5

226:15,19
233:5
245:12
247:10
261:4
290:6,6,14
290:15,22
291:10,16
291:16,18
**portal** 253:8
253:24
254:10,13
**portals**
254:7
**portfolio**
122:1
216:14,17
216:17
218:3,8
**portion**
154:12
**portions**
41:19,20
41:23
**position**
25:17
162:16
174:14
175:6
272:11
**positions**
146:16
**possibility**
101:17
**possible**
101:24
125:3,8
126:25
127:17
144:18
154:9
218:11
278:11
**possibly**
82:15,17
82:25
162:22
281:5
**post** 36:17

**posted** 30:21
37:20
38:17
47:19
**posting**
171:18
**posts** 33:22
40:1 47:18
52:15 53:5
53:11,15
54:7,10,12
54:19
**potential**
109:23
255:14
**potentially**
32:3,19
60:5 61:2
61:21
64:23
69:25 89:6
89:18 90:2
92:11
111:5
117:24
130:9
155:19
157:25
248:4,10
256:7
268:11
280:25
**practice**
63:17 64:1
167:6
**praise**
106:19
**precise**
77:13
176:13
**precisely**
152:7
**precursor**
45:4
**predecessor**
291:11
**predict**
121:5
**preliminary**

152:14
**preparation**
143:23
144:7
151:14,18
152:21,23
**present**
16:23 18:9
31:21
51:12,14
52:3,6
53:22 54:1
59:13 64:3
64:19
132:19
**presenta...**
149:22
**presented**
136:21
187:11
**president**
1:19 2:16
5:8 6:21
7:4,11
162:14
166:8
174:16
**President's**
45:15
**presiden...**
112:11
**press** 1:23
19:14
43:13 45:9
289:2
**pressing**
99:21
**Presumably**
110:11
**prevention**
2:21 3:3
168:9,13
**previous**
277:11
286:24
**previously**
71:24
104:4
291:13

**Price** 17:11
**primarily**
30:11
31:15 77:4
116:9
156:7,21
157:1
217:11
**primary** 68:3
68:9 98:7
98:7,14
121:7
157:20
266:10
**principal**
22:7,10
25:12
40:25
41:11
42:16 60:5
64:20 65:6
65:8,9,24
69:23 70:8
71:10
94:15
118:16
137:7
146:13,15
199:17
**prior** 24:4
45:23
231:16
**priorities**
111:1
**private**
274:1
278:3,23
279:7
283:4,7,10
295:6
**privately**
294:17
**privilege**
68:23
256:23
257:14
258:4
**privileged**
69:2 249:3

**DANIEL KIMMAGE 11/10/2022**

253:15
255:12,15
**probably**
31:25
32:14 60:7
81:23
110:11
185:19
215:17
**problem**
261:8
262:3
280:4,7,8
280:11,15
280:16,17
**problems**
95:18
277:25
**procedures**
229:6,17
**proceed**
20:21
86:11 95:3
151:4
213:10
252:25
255:15
256:5
299:24
**proceeding**
93:19 95:6
**proceedings**
302:4,6,7
**process**
71:15
**processed**
212:10
234:1,13
**processes**
91:1
**processing**
212:13
**producing**
294:2
**Professi...**
14:6 302:3
**profile**
110:4
112:15

123:17
**program**
11:15
173:10
177:13
179:13,15
267:22
**programs**
18:14,15
170:1
**prohibited**
224:17
**prominent**
242:15
**promote**
97:11
98:12
**promotes**
278:11
280:5
**promoting**
32:19
268:24
279:24
280:23
**promulgated**
97:14
**propa-** 97:13
**propaganda**
18:6 19:11
26:1,6
27:5,10,14
30:14
32:16 55:9
63:12 69:7
73:5 75:5
76:7 79:1
79:15,20
84:18
89:19
95:17 96:6
97:2,2,20
98:2,22
99:4
100:10
102:19
106:16
116:3
136:10

139:5
148:12
156:11,15
156:23
157:3,13
158:6,8,18
163:19,21
165:2,9,17
165:24
169:23
170:25
174:2
184:17
204:8
205:6
238:20
249:25
251:2
261:22,24
263:5,7,12
263:21
264:2,9,13
265:3
267:7,11
267:25
268:1
271:14
273:24
274:6
275:22
278:1,5,20
279:13
280:2,20
280:22
290:21
292:8
296:5
297:18
299:9
**propagan...**
266:1,2,4
**propagated**
78:11
265:22
**propagation**
158:4
165:20
**propose**
37:18

68:19
**protect**
21:18
**protective**
21:16
**PROTENTIS**
9:22
**protesters**
39:5
**proven**
185:22
186:20
**provide** 38:4
136:9,17
276:15
**provided**
267:17,23
276:16
**providers**
181:13,16
181:25
**provides**
119:15
253:14
**provision**
44:24
**proxies**
97:24
104:7
279:25
**public** 3:1
8:6 9:10
14:8 16:15
16:15
49:22
95:18 98:9
110:12
111:2,6
119:12
142:16
171:24
219:18
246:2,6
249:18,21
250:2
280:22
282:23
295:18
302:21

303:18
305:23
**public/p...**
155:7
**publicly**
84:21
108:3,6,8
152:20
**publicly...**
250:24
**purpose** 36:6
36:8,20
37:4,6
68:3 155:5
157:11
171:6
248:5
271:11
272:12
273:14,18
273:25
274:4,9
**purposes**
180:16
**pursuant**
14:2
128:23
**pushed** 73:9
74:16,21
190:24
245:22
**pushing**
35:21 62:6
74:19
264:6
**put** 21:11,14
48:16
206:12
259:2

---

**Q**

**quarter**
255:19
258:9
260:9
**quarterly**
32:10,10
80:15,16
82:7,11

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 88:8 | 240:19 | 212:1 | 305:6 | 65:6,14 |
| 135:22 | **quote** 50:20 | **ran** 173:12 | **reading** | 66:19 67:1 |
| **question** | 50:23 51:1 | 241:12 | 93:16 | 67:2,25 |
| 22:24,25 | 57:9 189:6 | **range** 67:21 | 164:8 | 68:2,7 |
| 23:15,16 | 191:1 | 184:21 | 175:11 | 71:15 |
| 23:20,21 | 194:6 | 215:17 | 190:7 | 72:14,21 |
| 26:21 | 209:13,14 | 275:19 | **ready** 94:3 | 77:13 |
| 29:22 | 229:4 | **ranking** | 95:3 | 78:18 |
| 33:15 | 233:20 | 199:5 | **real** 85:16 | 80:24 81:1 |
| 36:19 | **quoted** 48:6 | **rapid** 267:17 | 171:10 | 81:4 82:22 |
| 48:18 | 57:12 | 267:24 | 262:9 | 83:1 84:11 |
| 68:18 69:1 | **quotes** 52:19 | **rapidly** | **really** 31:18 | 84:17,21 |
| 95:12 | 52:25 | 263:24 | 41:18 | 84:25 85:4 |
| 114:7 | ——————— | **rare** 30:24 | 47:11 55:2 | 85:8 86:21 |
| 125:20 | **R** | 31:4 | 62:24 | 87:12,14 |
| 129:17 | **R** 1:17 15:1 | **re-tweeted** | 104:4 | 87:20 |
| 149:23 | 16:1 20:1 | 74:22 | 121:8 | 89:14,20 |
| 160:24 | 20:6 303:8 | **reach** 163:2 | 218:21 | 90:2,4,21 |
| 166:16 | 304:3 | 187:13,21 | 266:11 | 91:2,14 |
| 175:1 | **racial** | **reached** | 277:18 | 92:12,14 |
| 180:14,25 | 268:25 | 162:7 | 283:2 | 92:20,22 |
| 214:3 | **racially** | **reaches** | **realm** 101:17 | 99:20 |
| 225:21 | 268:20,25 | 163:8 | **realtime** | 100:14 |
| 248:15 | 269:16 | **reaching** | 14:7,7 | 101:11,15 |
| 256:13,21 | 270:2 | 160:6 | 39:10,16 | 101:18 |
| 256:24 | **raise** 55:18 | 168:1 | 210:14,20 | 102:15,23 |
| 257:5 | 76:15,15 | 214:4,7 | 211:1,5 | 103:3 |
| 258:5 | 125:5 | **read** 48:9,12 | 302:20 | 105:6,9,10 |
| 269:9 | 127:23 | 143:19,25 | **reason** | 105:23 |
| 286:7 | 147:22 | 152:8,13 | 118:15 | 109:3,8,12 |
| 292:4 | 195:13 | 152:16,19 | 176:17 | 111:12,21 |
| **questioning** | 275:3 | 152:22 | 304:7,11 | 111:23 |
| 115:9 | **raised** 106:1 | 202:8 | 304:15,19 | 113:1,3,12 |
| 150:5,10 | 124:22,24 | 206:17 | 304:23 | 113:23 |
| **questions** | 125:8 | 207:25 | **recall** 33:16 | 116:10,25 |
| 22:22 23:4 | 185:25 | 208:25 | 38:20 | 120:2 |
| 23:8 93:19 | 216:22 | 209:1,4 | 39:12 | 121:16 |
| 94:3 95:3 | 255:5 | 229:13 | 47:14 | 124:21 |
| 95:7 | 258:9 | 242:13 | 48:25 49:3 | 125:1,21 |
| 147:16 | **raises** 211:7 | 246:1 | 49:18 50:4 | 125:22,25 |
| 151:6 | 257:8 | 258:14,16 | 51:14 52:8 | 126:2,8,12 |
| 209:3 | 262:19,22 | 275:21 | 52:9 53:8 | 127:7 |
| 248:6 | **raising** 35:6 | 293:11 | 53:12,16 | 129:20,24 |
| 300:1,4 | 36:20 | 300:19 | 53:21,25 | 130:1,10 |
| **quick** 56:25 | 38:15 | 301:12 | 54:8,17,23 | 132:14 |
| 151:6 | 181:17 | 303:15 | 55:2,4,8 | 133:4 |
| **quickly** | 196:12 | 304:6,10 | 60:25 | 135:11,15 |
| 266:25 | 205:3 | 304:14,18 | 63:25 64:2 | 135:23 |
| **quite** 207:22 | 211:22 | 304:22 | 64:5,12,18 | 136:19,20 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 137:15,19 | 243:15,18 | 133:17 | 213:7,10 | 31:14 33:3 |
| 138:11,15 | 255:16,18 | 137:18 | 251:18 | 60:1 66:6 |
| 138:20 | 255:18 | 143:20 | 252:19,22 | 69:14 72:4 |
| 139:3,7,13 | 259:21 | 144:3 | 252:25 | 102:4 |
| 141:6,11 | 264:25 | 147:17 | 298:8 | 110:5 |
| 142:9 | 265:14 | 151:13 | 299:21,24 | 237:12 |
| 144:19 | 266:1,11 | 218:19 | 301:6 | 298:23 |
| 145:3,5,6 | 266:13 | **recommended** | 302:6 | **referring** |
| 145:12,13 | 276:16 | 284:8 | **records** 39:2 | 56:22 |
| 145:17,24 | 285:3,9 | **record** 20:19 | **recounted** | 95:12 |
| 146:14,23 | 286:17 | 21:6,11,14 | 281:14 | 115:17 |
| 147:3,4,5 | 287:13 | 33:12 46:6 | **recruit** | 129:11 |
| 148:19 | 288:7,8,10 | 52:18 | 269:14 | 186:19 |
| 152:15,18 | 291:6,15 | 56:14 | **recurring** | 219:12 |
| 154:16 | 293:1 | 63:10,22 | 60:22 | 248:7 |
| 155:4 | 294:6,7 | 66:8 70:19 | 82:10 | 268:22,23 |
| 160:16 | 295:10,13 | 73:11 79:8 | 135:18,22 | 272:6,14 |
| 172:25 | 295:24 | 82:3 85:20 | **recused** | 279:2 |
| 176:13 | **received** | 86:5,7,10 | 294:21,23 | 289:18,24 |
| 179:13,14 | 159:25 | 88:16 | **redacted** | 299:5,11 |
| 183:20,20 | 160:1 | 93:10 96:3 | 235:14 | **refers** 51:7 |
| 183:24 | 220:5 | 97:18 98:6 | **reduced** | 95:16 |
| 184:2,3 | 225:20 | 101:10 | 302:8 | 187:5 |
| 194:16,18 | 256:15 | 108:21 | **refer** 27:23 | 188:4 |
| 195:10,16 | 257:14 | 110:12 | 57:9 59:3 | 200:5,5 |
| 195:19 | **receives** | 114:11,16 | 112:14 | 296:15 |
| 197:15,21 | 271:3 | 115:21 | 274:17 | **reflect** |
| 198:16 | **Recess** 86:8 | 116:24 | **reference** | 134:12 |
| 200:25 | 151:2 | 117:10,21 | 49:21 72:8 | **reflected** |
| 201:4,5,18 | 213:8 | 118:7,13 | 93:13,23 | 130:19 |
| 201:20,24 | 252:23 | 119:12 | 124:4,10 | **reflects** |
| 201:25 | 299:22 | 123:12 | 138:3 | 134:21 |
| 202:5,14 | **recipients** | 124:7 | 155:13 | **refresh** |
| 203:17 | 173:22 | 127:6 | 166:24 | 143:20 |
| 204:9,22 | **recognize** | 131:9 | 181:23 | 144:2 |
| 205:13,22 | 43:8 | 143:8,15 | 182:8,12 | 151:13 |
| 207:9 | 106:12 | 145:16 | 227:24 | **refutation** |
| 208:5,6 | 142:18 | 148:5,17 | 235:22 | 275:21 |
| 214:11,11 | 153:5 | 150:11,22 | 241:11 | **regarding** |
| 214:12,14 | 175:13 | 150:24 | 242:13 | 164:5,16 |
| 214:17,19 | 176:9,11 | 151:1,4 | 266:7 | 164:25 |
| 215:3,16 | 177:11,15 | 155:25 | 270:15 | 177:13 |
| 217:11,24 | 178:4,22 | 175:12 | 271:17,20 | 197:2 |
| 219:25 | 180:4 | 178:21 | 278:18 | **Registered** |
| 221:8,9 | 260:23 | 180:12 | 286:24 | 14:6 302:2 |
| 231:11,13 | **recollec...** | 186:7 | **referenced** | **regular** |
| 233:22 | 32:25 | 190:5 | 100:21 | 58:13 |
| 236:11,14 | 52:10 | 204:20 | **referred** | **regularly** |
| 237:12 | 103:18,24 | 205:18 | 28:20 | 250:8 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 297:17 | 204:17 | 295:18 | 132:11,17 | 54:7,10,11 |
| **rel** 1:5,8 | 236:22,23 | 296:6 | 132:21,25 | 54:19 |
| **relate** 102:4 | 242:14,23 | **releases** | 133:1 | 234:25 |
| 109:15 | 243:8 | 250:7 | 134:24 | 285:23 |
| 145:7 | 246:15 | **releasing** | 135:1 | **remove** 188:6 |
| 181:25 | 254:4 | 107:10 | 137:4,21 | 247:19 |
| 217:18 | 255:6 | 110:6 | 137:24 | **removed** |
| 238:6 | 258:15 | 280:21 | 138:1,10 | 39:23 |
| 239:13 | **relation** | **relevant** | 138:12,17 | 234:10 |
| 251:8 | 103:1 | 32:3 65:1 | 138:23 | **removing** |
| 286:3 | 239:2 | 80:8,9 | 139:8,25 | 234:19 |
| 287:1,11 | **relation...** | 83:19 88:4 | 141:13,15 | **REMUS** 6:19 |
| **related** | 31:15,18 | 89:6 | 141:16 | **REMVE** 268:21 |
| 21:18,20 | 68:13,16 | 117:12,24 | 142:5 | **renamed** |
| 62:1 90:19 | 232:16 | 119:4 | 145:1 | 192:1 |
| 91:3 96:8 | 241:19 | 124:13,18 | 146:6 | **render** 305:9 |
| 96:20 | 287:6 | 131:3 | 147:8 | **reopening** |
| 99:10,19 | 294:20 | **rely** 293:13 | 148:14 | 300:12 |
| 102:11 | 295:12,14 | **remaining** | 151:11,17 | **repeat** |
| 116:2 | 295:23 | 120:25 | 151:20 | 283:17 |
| 129:6 | **relation...** | 252:15 | 152:7 | **rephrase** |
| 138:13,18 | 232:23 | **remarkable** | 154:5 | 68:17 |
| 153:25 | 245:3 | 296:10 | 184:4,5,6 | 233:18 |
| 156:9 | **relative** | **remarks** | 184:7,9,11 | **replaced** |
| 165:15 | 100:4 | 19:14 | 197:14,16 | 272:21 |
| 205:6 | **release** | 123:16 | 197:17,18 | **replicated** |
| 212:10 | 43:13 45:9 | 137:11 | 197:20 | 74:16 |
| 213:25 | 107:21,22 | 272:15 | 198:6,19 | 76:11 |
| 234:4,14 | 108:17 | 289:1 | 199:23,24 | **report** 18:5 |
| 237:8,16 | 109:1,8 | **remember** | 200:8,11 | 40:7,25 |
| 237:17,20 | 110:10 | 34:3 49:13 | 203:5,13 | 41:11 48:2 |
| 237:23 | 111:14 | 49:16 50:1 | 207:14 | 93:7 98:9 |
| 238:7,13 | 112:1 | 51:2 52:5 | 214:25 | 98:20 |
| 238:19 | 113:5,9,13 | 53:3,18,19 | 231:7 | 106:14,18 |
| 239:3,18 | 250:16 | 67:20,24 | 236:21 | 106:20 |
| 243:6 | 255:7,20 | 82:7,10,18 | 237:11 | 107:18,19 |
| 259:4 | 258:10,20 | 88:22,25 | 243:24 | 111:15,22 |
| 270:18 | 258:23 | 90:11 | 250:2,8,14 | 111:25 |
| 293:25 | 259:5,19 | 101:12,25 | 252:4 | 112:3,9 |
| 302:10 | 259:22 | 111:9 | 258:22 | 117:14 |
| **relates** | 295:21 | 113:8 | 264:19,22 | 118:15 |
| 90:16,25 | **released** | 117:6 | 266:6,17 | 149:6 |
| 257:12 | 98:10 | 118:9 | 266:19 | 193:4 |
| 260:16 | 108:3,6,8 | 119:10,25 | 272:17,19 | 207:3,18 |
| **relating** | 110:11 | 125:4 | 284:4 | 207:22 |
| 85:6 | 249:18 | 127:2 | **removal** | 208:25 |
| 111:10 | 250:23 | 129:11,18 | 47:18 | 209:1 |
| 186:3 | 277:5 | 129:22 | 52:15 53:5 | 228:17 |
| 197:19 | 282:7 | 130:16 | 53:10,15 | 230:14,20 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 236:16 | 71:16 | 297:6 | 136:25 | 24:7 43:14 |
| 237:6 | 83:18 | 298:5,12 | 178:6 | 43:16,21 |
| 245:21 | 126:7,14 | researchers | 180:24 | 57:14 66:7 |
| 246:1 | 143:5 | 97:25 | 181:12 | 72:2 73:22 |
| 254:4,7 | 271:6 | 104:15 | 256:13 | 90:14 |
| 280:2,22 | represen... | 172:2,21 | 258:5 | 94:13 |
| 282:6,23 | 20:17 | 220:4 | 265:13 | 95:18 |
| 282:23 | 225:1 | 271:8 | 266:23 | 106:25 |
| 283:5 | reproduce | 293:9,11 | 267:17,24 | 108:4 |
| report's | 76:25 | 297:18 | responsi... | 109:3 |
| 113:5 | Republic | 298:13 | 142:11 | 115:2,5 |
| reported | 264:17 | reservist | responsi... | 116:17,20 |
| 13:23 41:8 | reputation | 191:2 | 142:7 | 127:11 |
| 94:13 | 274:14 | resonance | responsible | 132:4,10 |
| 203:16 | request | 99:5 | 41:6 | 133:10 |
| 241:24 | 18:16 | resources | 120:17 | 136:15 |
| reporter | 147:19 | 28:12 | restricted | 141:20,22 |
| 14:3,4,5,6 | 172:4 | respect | 224:10 | 145:21 |
| 14:7 20:16 | 188:5 | 103:22,23 | restrict... | 149:21,21 |
| 20:20 23:5 | 284:24 | 159:8 | 225:5 | 162:20 |
| 28:22 | requested | 198:9 | restrictive | 163:19 |
| 79:13 | 285:3,14 | 203:24 | 246:4,10 | 164:17 |
| 296:1 | 285:17 | 205:12 | results | 167:18 |
| 301:1 | requesting | 207:19 | 156:14 | 169:8 |
| 302:1,3 | 285:9,23 | 217:7 | 211:15,19 | 178:25 |
| reporters | requests | 246:11 | 211:24 | 181:13 |
| 50:2 | 19:8 187:2 | 251:12 | 234:5,15 | 185:24 |
| reporting | 187:10,14 | 258:10 | return | 189:24,25 |
| 110:24 | 188:4 | 259:19 | 303:19 | 190:3 |
| 111:3,4,6 | 253:7,8 | 269:25 | retweets | 191:13,24 |
| 192:14 | required | respond 22:2 | 245:5,7 | 192:17 |
| 196:25 | 123:18 | 23:1 24:22 | revealing | 194:22 |
| 199:10 | requires | 37:24 | 69:2 | 196:14 |
| 241:22 | 69:15 | responded | 255:14 | 198:24 |
| 242:6 | 124:12 | 168:4 | review 39:18 | 199:11 |
| 256:6 | research | 266:12,25 | 152:3 | 203:3,8 |
| reports | 99:1,4,5 | 267:1 | 300:20 | 205:1 |
| 52:21,23 | 100:9,18 | responding | reviewed | 206:2 |
| 104:6 | 111:22 | 181:16 | 128:8 | 211:20 |
| 111:8,9 | 155:10 | 256:23 | 143:22 | 214:22 |
| 114:18 | 219:14 | 267:6 | 144:6 | 216:2 |
| 229:3 | 265:16,21 | responds | 154:24 | 219:20 |
| 293:12,14 | 268:11 | 192:25 | 276:12,14 | 223:1,11 |
| 295:19,20 | 292:7,21 | 196:7 | 277:6,10 | 223:13,16 |
| represen... | 292:23 | response | 277:11 | 225:19 |
| 39:14 | 293:9,14 | 5:19 6:2,9 | revisit | 227:25 |
| represen... | 293:25 | 23:4,7 | 127:21 | 228:5,25 |
| 33:8 45:16 | 294:1,8 | 29:1 61:16 | rich 263:10 | 230:3,18 |
| 59:12 | 295:7,18 | 102:8 | right 22:11 | 230:18,18 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 231:1 | 100:16,17 | 200:20 | 89:12 | **S** |
| 236:4,6 | 100:19,24 | 232:12 | **Russian** | **S** 1:6  15:1 |
| 237:3 | 102:21,21 | **running** | 17:15  35:4 | 16:1  17:1 |
| 240:12,15 | 121:12 | 172:24 | 62:18,22 | 17:7  18:1 |
| 240:21 | 122:9,11 | 173:1,14 | 89:19 | 19:1  20:1 |
| 241:1,13 | 136:1 | **runs** 173:13 | 96:22  97:2 | 260:18 |
| 245:23 | 137:16 | **Ruppe** 215:5 | 97:20,22 | **SA-5** 16:16 |
| 252:18,21 | 176:12,13 | 252:5 | 97:22  98:1 | **safeguar...** |
| 257:6,16 | 264:24 | **Russia** 17:20 | 98:10,15 | 215:12,20 |
| 257:20,23 | 265:2,4,7 | 17:21  27:4 | 99:4,10,18 | 216:1 |
| 257:24 | 265:19 | 28:9  30:13 | 100:4,6,22 | **safety** 39:7 |
| 258:24,25 | 266:16,17 | 32:16 | 101:1,13 | 39:17,25 |
| 261:9 | 269:25 | 34:24 | 101:17,21 | 133:8,18 |
| 262:11 | 273:3,5 | 35:21 | 102:1,19 | 135:4,6,10 |
| 263:22 | 277:25 | 60:14,14 | 103:17 | 141:19,21 |
| 264:20 | 290:16,19 | 60:17  62:3 | 105:14 | 142:7,14 |
| 265:9 | 292:10 | 62:6  65:1 | 107:20 | 142:25 |
| 270:21,24 | **roles** 133:2 | 74:18 | 108:1 | 162:14,19 |
| 271:23 | 135:1,3 | 83:20 | 109:12,15 | 162:24 |
| 274:14,22 | 141:14 | 89:25  96:7 | 109:23,24 | 163:3 |
| 275:1 | 175:15,19 | 96:15  97:1 | 111:10,11 | 166:8,14 |
| 276:20 | 175:21 | 97:4,4,5,5 | 112:10,20 | 166:19 |
| 277:3 | **Roman** 209:8 | 98:11 | 148:20,23 | 168:11,13 |
| 287:3 | 210:12 | 100:13 | 149:7 | 168:23 |
| 288:1,11 | 213:13 | 103:16,22 | 185:20 | 174:16 |
| 294:12 | 218:12 | 104:5,5,12 | 201:16,18 | **SALCIDO** 6:10 |
| 296:13,14 | 219:2 | 104:18 | 201:21 | **Sam** 91:6,7 |
| 296:16,23 | **room** 85:11 | 113:6 | 217:13 | 154:4 |
| **rights** | **ROSENBERGER** | 132:16 | 238:20,21 | 167:24 |
| 225:25 | 7:1 | 137:3 | 243:13 | **SAMANTHA** |
| **Rob** 5:5 | **rounds** | 144:24 | 248:23 | 3:23 |
| 191:16 | 147:10 | 148:13 | 254:15 | **Samaruddin** |
| 198:19,20 | **routine** | 165:25 | 255:6 | 12:4  91:5 |
| 198:22 | 63:17,25 | 171:1 | 258:9,20 | 160:2 |
| **ROBBINS** 13:5 | **routing** | 176:5 | 259:5,18 | 179:1 |
| **Robert** 3:18 | 194:6 | 184:18 | 259:22 | **San** 7:23 |
| 93:8 | **ROWE** 5:11 | 202:20,22 | 264:12 | 81:8 |
| 191:14 | **RPR** 13:23 | 202:22 | 265:5 | **Sauer** 15:3 |
| **robust** 266:7 | 302:18 | 240:1 | 266:1,3 | 17:3,5 |
| **Rockwell** | **rubber** | 243:20,23 | 267:25 | 21:4,10 |
| 162:7,11 | 206:14 | 262:18 | 280:2,22 | 22:1,4 |
| 163:8 | **rule** 22:22 | 264:5,14 | 282:3 | 26:14,19 |
| 174:15 | 31:7 | 282:2 | 283:4 | 28:23  29:3 |
| **role** 25:11 | **rules** 289:15 | **Russia's** | **Russian-...** | 29:17,21 |
| 40:25  41:4 | 290:3,8,11 | 18:5 | 97:12 | 33:13 |
| 41:15,21 | 291:1 | 106:15 | **Russians** | 35:11  37:2 |
| 42:17 | **run** 190:25 | **Russia-o...** | 109:9 | 37:23 |
| 64:20  91:9 | 193:6,15 | 100:2 | 111:16 | 42:21,25 |
| 91:10 | 193:19 | **Russia-s...** | 255:20 | 43:2,5,7 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 43:25  44:1 | 174:12,19 | 279:5 | 193:14,20 | 145:12,17 |
| 44:20  46:7 | 176:21 | 284:14,16 | 193:22 | 160:9 |
| 47:21  48:1 | 177:5,10 | 284:22 | 194:2 | SCHMITT 1:6 |
| 48:12,17 | 178:11 | 288:4,14 | 196:24 | SCHWARTZ |
| 48:23 | 180:17 | 288:20,23 | 198:22 | 10:12 |
| 52:20  56:9 | 181:21 | 289:21 | 208:10,10 | Science |
| 56:13,21 | 182:4 | 293:18,22 | 210:3,18 | 220:6 |
| 56:24 | 186:9 | 297:14 | 212:9,12 | scientific |
| 62:11 | 188:7,12 | 298:9 | 212:18 | 35:3 |
| 63:23 | 190:6 | 299:14,17 | 218:15 | scope 244:22 |
| 70:21 | 193:9 | 299:25 | 220:13,16 | 264:1 |
| 73:12  75:2 | 194:1 | 300:8,14 | 221:13,24 | scraping |
| 75:13  76:4 | 196:17 | 300:22 | 222:1,19 | 241:11 |
| 77:11,21 | 198:2,14 | 301:2 | 222:23,25 | Scully 10:9 |
| 79:9  85:12 | 205:25 | savvy 170:11 | 223:1,6,7 | 191:18,19 |
| 85:15,19 | 206:5,9,14 | saw 264:16 | 223:9,18 | 192:3,8,13 |
| 86:2,5,12 | 206:24 | saying 33:23 | 223:19,24 | 195:25 |
| 88:17 | 207:2 | 39:16  51:2 | 224:12 | 196:13,19 |
| 92:24  93:6 | 209:21 | 52:22,24 | 226:15 | search 280:9 |
| 93:20,22 | 210:8 | 57:13 | 229:11 | searches |
| 94:5  95:8 | 212:20,22 | 75:25 | 230:20 | 245:8 |
| 95:10  96:4 | 212:24 | 114:19 | 232:10,22 | second 18:12 |
| 106:6,11 | 213:4,11 | 117:7 | 234:1,3,7 | 44:3,4 |
| 113:17,22 | 217:2,22 | 124:23 | 236:2 | 48:7  49:7 |
| 114:13,17 | 219:13 | 180:13 | 237:11,15 | 57:12 |
| 115:11 | 220:12 | 188:1 | 240:11 | 73:22 |
| 122:7 | 221:23 | 228:3 | 242:14 | 85:24 |
| 124:3,8 | 222:18 | 233:6,9 | 245:2,15 | 93:12 |
| 125:18 | 223:5 | 269:20 | 253:7 | 94:21 |
| 127:9,18 | 224:23 | 270:21 | 278:6,10 | 95:14 |
| 127:21 | 225:11 | 283:2 | 278:22 | 128:7,8 |
| 128:2,4 | 226:10 | 293:13 | 279:1 | 161:18 |
| 129:15 | 227:21 | says 50:17 | 281:13 | 162:5 |
| 138:9 | 229:10,21 | 57:16,17 | 289:13 | 169:12,12 |
| 140:22 | 231:5 | 57:22  74:3 | 296:16 | 176:11 |
| 141:2 | 233:17 | 74:8  79:3 | scenario | 178:25 |
| 150:7,18 | 238:3 | 95:21 | 95:17 | 185:21 |
| 150:23 | 243:11 | 105:1 | scenarios | 189:5 |
| 151:8 | 249:6 | 120:4 | 62:21 | 193:11 |
| 152:2,11 | 250:21 | 128:23 | Schaul | 208:9 |
| 152:12,24 | 251:20 | 156:12,17 | 191:14 | 221:13 |
| 153:4 | 252:14 | 163:9,16 | 198:19,20 | 227:8 |
| 155:17 | 253:1,5,19 | 163:20 | schedule | 235:21,25 |
| 156:1 | 260:18,22 | 168:25 | 22:3  160:7 | 241:10 |
| 157:17 | 269:8 | 181:7,12 | 160:21 | 263:13 |
| 159:15,21 | 270:7 | 181:14 | 161:2,3 | 270:14,14 |
| 164:9,12 | 275:11,14 | 186:10,11 | 164:14 | 289:8,10 |
| 164:23 | 275:25 | 189:22 | scheduling | Secretary |
| 167:11,21 | 276:5 | 192:13,25 | 92:22 | 1:23  2:5 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 3:15,20 | 221:20 | 213:15 | 276:6 | 156:12 |
| 4:2 9:9 | 232:13,17 | 219:18 | **selectively** | 169:12 |
| 13:1 19:15 | 242:24 | 220:7,15 | 267:8 | 200:7 |
| 54:3 289:2 | 296:6 | 221:12,25 | **senate** | 220:3 |
| 289:2,13 | **security...** | 222:23 | 107:18 | 223:23 |
| 296:2,9 | 216:15 | 223:22 | **senate-c...** | 227:8,9,11 |
| 298:14 | **see** 32:15 | 226:2,15 | 25:17 | 228:7,8 |
| 299:5 | 33:8 43:12 | 227:14,15 | **send** 172:4 | 229:12 |
| **Secretary's** | 45:10 46:9 | 228:21 | 229:4,16 | 234:23 |
| 289:17 | 49:5,7 | 229:11,14 | **sender** 180:2 | 235:25 |
| **section** 7:17 | 50:16 | 232:5 | **sending** | 241:23 |
| 122:12 | 56:14 | 233:25 | 178:17 | 245:19 |
| 202:8 | 57:10,12 | 234:11,23 | 198:9 | 278:10,22 |
| 227:13,25 | 79:11 | 235:11,21 | **senior** 3:9 | **sentences** |
| 232:5 | 93:14,23 | 236:1,7 | 3:25 5:3 | 298:23 |
| **sector** 155:9 | 95:11,14 | 237:3 | 9:18 10:7 | **separate** |
| 155:12 | 104:11,17 | 240:8 | 12:6,7 | 45:7,7 |
| 263:2,3 | 105:4 | 241:9,14 | 25:11 | 50:6 |
| 271:7 | 106:22 | 242:2 | 29:12 | 194:23 |
| 278:3 | 112:11 | 244:15,21 | 31:16 | **September** |
| 295:7 | 120:6 | 245:19 | 37:10 41:3 | 57:4 93:8 |
| **security** | 123:25 | 252:16 | 41:16 | **series** |
| 3:17 4:1,5 | 129:6,8 | 282:8 | 45:13 | 143:11 |
| 4:10,13,25 | 144:1,3 | 288:24 | 46:22 58:9 | 173:22 |
| 9:21 10:8 | 159:22 | 292:4 | 59:21,23 | **served** 228:4 |
| 27:6 36:10 | 160:3 | 295:19,20 | 59:23 60:3 | **service** 7:8 |
| 39:4,24 | 162:8,10 | 299:18 | 64:12,17 | 39:21 |
| 44:7 45:15 | 163:11 | **seeing** 36:4 | 97:22 | 112:19 |
| 47:2 57:20 | 166:3 | 38:8 89:5 | 163:9 | 181:13,16 |
| 58:6,14,19 | 168:2 | 104:15 | **senior-l...** | 181:25 |
| 58:25 59:4 | 171:22 | 136:10 | 60:6 69:25 | 247:16,18 |
| 59:7 65:16 | 173:23 | 157:21 | 69:25 70:2 | **Services** 2:7 |
| 66:9,10 | 174:21 | 198:4 | 70:5,8,10 | 2:9 20:17 |
| 73:25 77:4 | 175:2,8 | 201:3 | 80:6 | **serving** 41:2 |
| 77:25 | 176:1 | 207:11 | **sense** 200:14 | **set** 68:12 |
| 112:19 | 179:1,23 | 219:24 | 252:19 | 87:3,6,10 |
| 178:6 | 181:23 | **seek** 38:2,4 | **sensitive** | 87:19,22 |
| 189:10,11 | 182:7 | 269:13 | 107:15 | 87:24 88:6 |
| 189:13 | 186:24 | **seeking** | **sent** 168:22 | 88:8,13,20 |
| 192:21 | 187:4,6 | 36:10 | 193:21 | 89:2 92:2 |
| 194:18 | 188:21,22 | 234:25 | **sentence** | 120:5,9 |
| 195:9 | 190:9,11 | **seeks** 271:2 | 44:3 45:10 | 135:20,22 |
| 197:3 | 190:13 | **seen** 43:10 | 47:1 78:23 | 146:5 |
| 215:12,17 | 192:14 | 104:5 | 79:2,5 | 161:21,25 |
| 215:21 | 195:9,23 | 128:11,12 | 95:15,16 | 180:23 |
| 216:2,17 | 196:5,25 | 128:16 | 95:20 | 283:13 |
| 216:23 | 199:3 | 177:16 | 104:25,25 | 302:13 |
| 217:8 | 207:7,15 | 207:3,4 | 120:3 | **sets** 88:11 |
| 218:2 | 211:13,15 | 253:10 | 123:24 | **setting** |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 47:12 87:9 | 303:14,17 | 304:25 | 106:19 | 63:7 74:16 |
| 87:16 | 303:19 | **signed** | **SIO** 292:16 | 74:21 |
| 145:8 | **shop** 290:7 | 301:16 | 292:24 | 75:15,20 |
| 161:5 | 290:14 | **significant** | 297:21,25 | 76:9,14 |
| 166:24 | 291:16 | 63:14 | 298:3,6 | 78:24 |
| 224:14 | **SHOPKORN** 3:7 | 131:4,10 | **sit** 35:19 | 79:14,18 |
| **seven** 206:18 | **short** 85:15 | 245:17 | **situation** | 80:4,17 |
| **SHAH** 6:22 | 85:16 | **Silicon** | 39:4,16 | 81:24 |
| 16:14 | **Shorthand** | 45:16 | 108:1 | 82:18 83:2 |
| **Shahma@s...** | 14:3,5 | 46:10,23 | **situations** | 83:4,6,9 |
| 16:20 | 302:1 | 153:14,18 | 200:19 | 83:17,22 |
| **shape** 289:15 | **show** 263:2 | 154:14,17 | **six** 210:12 | 84:9,15 |
| 290:2,8,11 | 263:11 | 155:1,5,22 | 245:12 | 87:2,11 |
| 291:1 | **showed** 149:6 | 161:14 | **slash** 82:16 | 89:9 90:23 |
| **share** 32:21 | **shows** 263:1 | 163:10,13 | 142:21 | 91:11 92:3 |
| 32:23 | **shutting** | 271:11,18 | **SLAVITT** 5:1 | 92:17 99:9 |
| 83:11 | 51:17 | 271:25 | **Slow** 181:12 | 99:14,16 |
| 89:10 | **side** 31:22 | 272:4,22 | 182:6 | 101:7,22 |
| 136:17 | 31:23 | 272:24 | **small** 41:20 | 103:2 |
| 159:5 | 34:10 36:7 | 273:3 | 77:14 | 105:21 |
| 198:23 | 64:17,21 | 289:12 | **smaller** | 113:10,15 |
| 200:15 | 64:22 65:4 | **SILVERS** 3:18 | 41:19,23 | 139:15 |
| 273:19 | 65:5,7 | **similar** | **SNELL** 10:3 | 147:1 |
| 279:11 | 73:19 | 105:13 | **SNOW** 15:14 | 155:13,19 |
| 282:9 | 122:2 | 136:13 | **so-called** | 155:23 |
| **shared** 73:3 | 131:5,12 | 139:20 | 4:21 | 156:19 |
| 164:4,15 | 132:20 | 140:16 | **social** 8:4 | 158:2 |
| 164:19,25 | 134:4 | 141:3,5,16 | 11:21 29:9 | 159:2,7 |
| 185:6 | 135:16,17 | 141:18,18 | 29:11,12 | 160:1,6,11 |
| 234:8 | 135:25 | 142:6,13 | 29:15 30:3 | 160:24 |
| **sharing** 68:4 | 137:8,9 | 143:12,17 | 30:21,23 | 161:5,21 |
| 68:10,11 | 143:10,12 | 146:25 | 31:10,13 | 165:4,13 |
| 73:1 89:8 | 147:22 | 268:25 | 32:8 35:7 | 167:8 |
| 136:12 | 148:2 | **simply** 39:15 | 35:22 36:5 | 170:17 |
| 156:7,9 | 149:13,20 | 39:18 | 36:21 37:5 | 171:25 |
| 157:23 | 157:20 | 132:17 | 37:18 38:3 | 183:7,11 |
| 165:7 | 167:18 | 139:6 | 38:10,15 | 183:15 |
| 169:14,22 | 173:23 | 145:4 | 39:6,13 | 187:11,22 |
| 184:22,24 | 174:5 | 161:2 | 40:5,12 | 188:6 |
| 185:3 | 178:15 | 216:8 | 42:3,10 | 194:7 |
| 232:11 | 185:12 | 264:1 | 46:3,17 | 195:15 |
| 270:16 | **sideways** | 294:7 | 47:8,17 | 196:21 |
| 271:12 | 106:23 | **Sincerely** | 51:24 53:7 | 200:21 |
| 273:21 | **sign** 300:20 | 303:22 | 53:9,14 | 207:20 |
| 275:22 | 303:17 | **single** 83:11 | 54:6,18 | 210:16,21 |
| 283:15 | **signature** | 89:22 | 55:5,12,18 | 211:3,7 |
| **sheet** 301:16 | 301:7,19 | 144:6 | 55:22 56:1 | 213:16,20 |
| 304:1 | 303:14,17 | 296:18 | 56:1 61:18 | 228:10 |
| **sheets** | 303:20 | **singled** | 61:22 62:7 | 232:23 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 233:15,21 | 125:19 | 73:16 | 100:14 | 72:25 |
| 234:18 | 143:11 | 76:14 | 101:15,18 | 80:13 |
| 236:23 | 156:24 | 149:11 | 102:1,23 | 102:15 |
| 246:5,11 | 159:25 | 163:14 | 105:9,23 | 118:8 |
| 247:12 | 160:10 | 177:24 | 109:5,7,22 | 124:16 |
| 248:8 | 189:2 | 185:10 | 111:12 | 130:16 |
| 249:13 | 227:5,8,13 | 211:10 | 116:25 | 145:4 |
| 250:15,23 | 232:1 | 255:16 | 118:15 | 147:18 |
| 253:16 | 250:12 | 259:11 | 125:1 | 200:3 |
| 254:2 | 252:19 | 260:1,10 | 126:2,8,23 | 206:21 |
| 258:18 | 257:1 | **speaker** | 127:7 | 215:22 |
| 259:4,17 | 286:10 | 137:7 | 135:20 | 222:25 |
| 260:16 | 287:2 | **speakers** | 138:3 | 247:13 |
| 274:3 | 288:19 | 74:17 | 139:9 | 248:13 |
| 275:18 | 292:2 | 78:12 | 147:3,5,21 | 249:12,14 |
| 278:25 | **sort** 28:11 | 137:10,12 | 147:22,25 | 282:21 |
| 279:7,9 | 32:23 34:7 | 139:1 | 148:19 | 289:23 |
| 282:2,13 | 35:5 59:17 | 148:2,7 | 171:15 | 290:5,7 |
| 283:22,24 | 63:17 | 149:11 | 176:22 | 291:10 |
| 284:18 | 78:10 | **speaking** | 183:21 | 296:15 |
| 285:12,18 | 91:23 | 49:18 | 184:8 | 298:2 |
| 285:19,25 | 100:17 | 137:16 | 185:3 | 299:4 |
| 286:11 | 125:14 | 221:2 | 205:11,14 | **specificity** |
| 287:15,25 | 133:3 | **special** 7:3 | 210:24 | 35:6 |
| 291:19 | 137:11 | 7:22 18:5 | 213:24 | **specifics** |
| **society** | 139:5 | 106:14 | 214:9 | 84:25 85:4 |
| 209:14 | 146:7 | 199:4 | 217:24 | 105:17 |
| 228:10 | 147:10 | 200:6 | 249:13 | 109:11,20 |
| 268:11,13 | 169:25 | **Specialist** | 250:2,8 | 136:20 |
| **soft** 234:10 | 170:4,8 | 16:24 | 253:21 | 137:19 |
| 234:19,25 | 182:20 | **specific** | 254:12 | 138:1,21 |
| **software** | 203:16 | 31:2,5,9 | 255:2,3 | 139:3,7,13 |
| 171:16 | 234:17 | 33:17,19 | 256:16 | 139:25 |
| 261:20 | 253:15 | 33:22 34:3 | 258:2,7,12 | 141:7 |
| **solutions** | 265:4 | 34:17 38:7 | 258:13 | 144:19 |
| 278:1 | **sorts** 61:7,9 | 38:20 | 266:2 | 171:13 |
| **Solving** | 73:8 268:6 | 39:15,24 | 274:7 | 184:11 |
| 280:15 | **sought** | 40:6,12 | 281:24 | 185:11 |
| **somebody** | 264:14 | 45:5 52:9 | 283:6 | 202:6 |
| 119:9 | **sound** 133:10 | 54:14,17 | 284:24 | 204:2 |
| 189:15 | **sounds** | 61:3,14,22 | 285:4,6,10 | 210:10 |
| **soon** 212:21 | 138:25 | 61:23 | 285:13,17 | 212:6 |
| **Sophisti...** | 178:13 | 62:13 63:5 | 286:16 | 214:13,19 |
| 17:22 | 212:13 | 64:2,4 | 288:9 | 243:15,18 |
| **sorry** 38:24 | **source** | 78:18 84:3 | 289:7 | 247:23 |
| 55:23 57:5 | 220:19,22 | 88:25 | 293:2,2 | 248:20 |
| 65:25 90:8 | **space** 165:16 | 89:15,20 | **specific...** | 264:25 |
| 117:17 | **speak** 52:3 | 90:3 91:14 | 49:4,19 | 265:15 |
| 118:24 | 56:3 63:4 | 92:20,23 | 54:10 | 266:19 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 287:8,21 | 210:7 | 95:22,25 | 230:24 | **starters** |
| 288:10 | 213:23 | 96:1 103:9 | 278:3 | 249:7 |
| 291:15 | 217:1 | 105:2 | **Stamped** | **starting** |
| 297:24 | 226:9,22 | 165:12 | 18:17,20 | 84:4 206:6 |
| **specify** | 227:20 | 191:7 | 18:22,24 | 294:21 |
| 182:8 | 228:20 | 201:8 | **stand** 147:6 | **starts** 228:3 |
| 200:9 | 229:20 | 273:15 | **standalone** | 277:21 |
| **speculate** | 234:22 | 274:2 | 135:19 | **state** 1:5,7 |
| 76:19 | 235:4,18 | 275:9,16 | **standard** | 11:23 12:1 |
| 78:13,15 | 236:18 | 275:18,23 | 97:19 | 12:9,15,21 |
| 159:1 | 238:2 | 278:24 | **standards** | 16:13 |
| 281:10 | 241:18 | 279:8,18 | 36:17 | 17:14 18:4 |
| **speculation** | 245:1 | 280:12 | 209:15,19 | 18:13 |
| 167:10 | 253:18 | 281:3,5,14 | 289:16 | 19:15 20:5 |
| 220:14 | 270:10 | 281:17,24 | 290:3,12 | 21:5 22:14 |
| **speculative** | 279:4 | 282:10,18 | 291:1 | 27:3,18 |
| 44:19 | 280:14 | 283:16 | **standing** | 33:10 |
| 62:10 | 281:9 | 292:8 | 60:22,25 | 39:11 |
| 72:19 | 286:15 | 296:4 | 61:1 211:9 | 44:12 |
| 75:18 | 287:19 | **spreading** | **stands** | 49:22 53:6 |
| 77:10,20 | 289:20 | 54:22 55:6 | 177:21 | 53:12 54:5 |
| 78:5 92:7 | 291:4,22 | 274:22,25 | 178:7 | 54:9 55:16 |
| 92:19 | 292:12 | **spring** | 200:16 | 56:4 |
| 93:10 | 297:4,13 | 130:14 | **Stanford** | 128:25 |
| 106:4 | 299:3 | 138:18 | 219:16 | 163:18 |
| 118:21 | **speech** 75:7 | 140:7 | 221:18 | 165:1 |
| 119:2 | 76:12 | 148:21 | 223:7,9,12 | 175:8,16 |
| 122:6,15 | **speed** 47:18 | **Squad** 7:23 | 223:15 | 177:12 |
| 125:7 | 52:14 | **staff** 63:18 | 289:12 | 178:15 |
| 133:13 | **speeding** | 71:8,13,14 | 292:6,9,13 | 179:9 |
| 134:15 | 53:5,10,15 | 72:16 88:4 | 292:14,25 | 180:1 |
| 145:11 | 54:7,10,18 | 116:25 | 293:3 | 185:25 |
| 149:1,15 | **spell** 202:23 | 117:23 | 294:5 | 186:18 |
| 155:16,25 | **spend** 127:15 | 119:23 | 295:20 | 188:21 |
| 158:25 | 127:25 | 131:2 | 296:4,10 | 189:14,19 |
| 164:22 | **spew** 51:18 | **staffers** | 296:22 | 190:19 |
| 165:6 | **sphere** 75:16 | 118:22,23 | 297:2,16 | 192:15 |
| 166:21 | 75:20 | **stake** 39:18 | 297:21 | 197:1 |
| 168:16 | **spilling** | **stakeholder** | **start** 21:12 | 220:22 |
| 169:4,10 | 75:24 | 227:1 | 59:22 | 221:7 |
| 174:11,18 | 261:11 | 228:25 | 82:21 97:5 | 222:5,10 |
| 177:1 | **spoke** 84:20 | 230:2,14 | 129:16 | 225:9 |
| 178:10 | Spokespe... | 230:17,19 | 130:12 | 241:25 |
| 181:20 | 17:11 | **stakehol...** | 144:16 | 259:24,25 |
| 182:3 | **sporadic** | 227:13,17 | 150:18 | 278:21 |
| 183:14 | 121:3 | 228:1,4,9 | 280:15 | 289:3 |
| 186:23 | **spread** 55:9 | 228:14 | **started** | 290:23,24 |
| 193:8,25 | 78:25 | 229:2 | 21:12 | 296:3 |
| 194:9 | 79:15,19 | 230:20,21 | 150:17 | 298:22 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 303:8 | 26:25 45:6 | 279:8,18 | SUBHAN 6:3 | 264:17 |
| 304:3 | 69:15 | 280:11,23 | subject 63:3 | suggestions |
| 305:1 | stay 93:16 | 281:2,5,14 | 65:1 80:10 | 276:15,17 |
| state-fu... | 110:18 | 281:17,24 | 88:4 | suite 16:6 |
| 97:23 | 120:20 | 282:10,18 | 117:24 | 16:16 |
| state-owned | 251:1 | 283:16 | 119:4 | 97:25 |
| 281:25 | 261:9 | stops 75:6 | 124:18 | summarize |
| 282:1,3 | stays 298:11 | Strategic | 131:3 | 29:18 |
| stated 165:7 | stenogra... | 5:14,24 | 132:9 | summary 27:1 |
| 273:18 | 20:19 | 6:6,13 | 173:25 | 53:1,2 |
| statement | stenogra... | 41:24 | 238:24 | 208:3 |
| 17:11 | 302:7 | strategist | 239:16 | 209:7 |
| 115:18 | step 98:7 | 166:11 | subjects | super 170:11 |
| 120:8 | 281:17 | strategy | 129:6 | supervision |
| 144:12 | Stephen | 3:21 5:9 | submit | 302:9 |
| 152:16 | 49:21 | 9:5 11:14 | 230:25 | Supervisory |
| 209:11 | steps 54:21 | 19:13 | 231:8 | 7:22 |
| 250:3 | 54:24 55:3 | 174:9 | submitted | Supply 6:17 |
| 272:3 | 84:20 85:1 | 276:19 | 227:12 | support |
| statements | 85:2,5,6 | 296:6 | submitting | 28:12 |
| 97:21 | 95:24 98:3 | straying | 227:17 | 184:21,22 |
| 138:22 | 143:18 | 107:15 | subpoena | 210:3 |
| 140:25 | 144:2 | street 15:18 | 128:24 | 220:5,25 |
| 246:2,7 | Stevie 119:8 | 16:6,17 | subscribe | 253:24 |
| 249:19,21 | 119:20,24 | 157:24 | 305:11 | 278:13 |
| 286:24 | Stewart 12:4 | 303:6,21 | subsequent | supported |
| states 1:1 | 91:5,6,7 | strengthen | 107:21 | 113:4 |
| 1:20 2:2 | 154:6,7 | 209:15,18 | subseque... | 182:23 |
| 3:4 18:13 | 160:2,6 | strictly | 44:24 | 183:1 |
| 20:8 27:6 | 161:21 | 269:21 | 191:25 | supporting |
| 34:25 | 163:2 | strongly | substance | 184:18 |
| 36:11 | 168:22 | 69:5 | 99:6 305:8 | 221:7,10 |
| 90:18 | 173:22 | structural | substantive | supports |
| 96:11,18 | 179:1 | 28:12 | 32:4 | 27:13 |
| 102:10 | 271:21 | structured | 125:23,25 | suppose 62:5 |
| 153:17 | 272:7,10 | 63:14 | 126:3 | 74:18 |
| 165:13,16 | 272:14 | 134:19 | succeed | supremacy |
| 165:21 | 273:1,7,8 | struggled | 110:12 | 268:24 |
| 182:25 | 283:12 | 267:3 | succeeded | Supreme 15:5 |
| 183:3 | stick 73:21 | students | 110:10 | SUR 15:16 |
| 223:25 | stint 24:5 | 221:18 | successful | sure 22:23 |
| 224:6,11 | 24:13 | 223:8 | 266:23 | 23:22 |
| 237:6 | stop 54:21 | study 224:9 | sufficient | 28:14 |
| stations | 273:15 | stuff 24:20 | 206:22 | 43:25 |
| 268:8 | 274:2,25 | 211:6 | suggested | 49:14 |
| status 245:5 | 275:9,16 | 237:23 | 100:23 | 54:20 |
| 245:6 | 275:17,22 | 293:12 | 265:4,5 | 56:20 71:5 |
| statute 26:3 | 275:23 | sub-narr... | 266:14 | 81:11 |
| statutory | 278:24 | 201:13 | suggesting | 87:25 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 93:20 | 95:24 98:3 | 274:17 | 210:13 | 86:15,20 |
| 105:25 | 123:8 | 293:12 | 211:18 | 86:22,23 |
| 110:16,17 | 144:2 | **talked** 73:23 | 226:24 | 86:25,25 |
| 122:22 | 150:5,7 | 80:11 | 232:20 | 88:2,24 |
| 127:22 | 158:22 | 116:16 | 244:16,18 | 91:8,9 |
| 141:8 | 159:3 | 126:21 | 277:24 | 116:16 |
| 145:22 | 180:3 | 137:17,22 | 283:3 | 117:12,13 |
| 157:1 | 185:22 | 139:4 | 296:9 | 119:3,6,13 |
| 170:12 | 186:1,2,14 | 144:12 | 297:9 | 119:17,19 |
| 204:12,14 | 186:15,17 | 149:25 | **tank** 294:15 | 120:1,16 |
| 248:15 | 186:20 | 150:1 | **Tarasoff** | 121:17,20 |
| 252:14 | 187:23 | 161:15 | 174:25 | 131:1,24 |
| 255:4 | 204:11 | 166:17 | **target** 52:15 | 132:2,3 |
| 262:8,13 | 206:7 | 201:10 | 57:20 58:3 | 133:8,18 |
| 281:22 | 212:21,23 | 244:17 | 74:5 | 139:4 |
| 296:11 | 239:13 | 258:23 | **targeted** | 141:21 |
| 298:16 | 248:2,10 | 264:5 | 190:18 | 142:8,14 |
| 300:15,22 | 250:4 | 271:18 | **targeting** | 153:8,11 |
| **Surgeon** 2:1 | 252:12 | 272:8 | 112:20 | 162:19 |
| 8:15 | 273:20 | 284:5 | 189:7 | 163:3 |
| **surprise** | 274:8 | 286:19 | 192:21 | 166:15 |
| 162:13 | 281:1,2,5 | **talking** 28:2 | **task** 7:19 | 168:13,23 |
| 166:7 | 283:19,20 | 28:23 | 44:9 | 173:12,15 |
| 236:15,20 | 283:22,24 | 49:16 54:6 | 116:11 | 175:24 |
| 236:20 | 299:14 | 71:9 72:1 | 122:17 | 176:5 |
| **swear** 20:21 | 300:15 | 140:17 | 191:25 | 178:7 |
| **sworn** 21:2 | **takedown** | 164:6 | **tasked** | 185:15,20 |
| **system** 107:9 | 187:2,10 | 170:2 | 120:24 | 188:25 |
| 107:10 | 188:4 | 179:16 | **teaching** | 191:23 |
| 227:3 | **taken** 20:4 | 199:13 | 173:7 | 192:2 |
| **Systems** 14:7 | 40:4 | 209:12,22 | **team** 5:20 | 202:20,22 |
| 302:20 | 143:18 | 215:24 | 6:2,9 8:4 | 243:20,23 |
| | 192:7 | 238:7 | 8:19 12:19 | 269:11,18 |
| **T** | 234:18 | 261:17 | 18:14 28:9 | 299:6 |
| **T** 16:1 17:1 | 302:4,7 | 264:7 | 28:9,9,10 | **teams** 27:21 |
| 17:1,7 | 303:12 | 266:9 | 28:12,15 | 28:6,7 |
| 18:1,1 | 304:4 | 268:22 | 28:18,19 | 29:8 80:8 |
| 19:1,1 | **takes** 195:25 | 273:12 | 29:5,10 | 83:21 88:3 |
| 276:1 | **talk** 54:24 | 278:14 | 30:3 32:2 | 117:25 |
| **table** 206:7 | 123:10 | 283:2 | 32:3 45:15 | 119:11 |
| 289:14 | 137:14 | 296:25 | 47:2 60:7 | 162:24 |
| **tabs** 245:21 | 149:21 | 297:5 | 60:9,14 | 163:6 |
| **tactics** | 155:23 | 298:21 | 64:24,25 | 166:19 |
| 104:7 | 171:8 | **talks** 44:6 | 65:1,19 | 185:19 |
| **take** 25:15 | 186:12 | 47:1 49:8 | 71:19,21 | 193:1,23 |
| 34:20,23 | 245:21 | 164:3 | 72:10,17 | **tease** 256:10 |
| 51:7 56:25 | 261:1,7,12 | 186:19 | 77:7,15,17 | **tech** 155:9 |
| 63:17 79:4 | 263:16,16 | 190:23 | 78:8,14 | 155:12 |
| 94:12 | 263:20 | 200:14 | 83:19,20 | 157:6 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 170:11 | 50:22 | 21:23 | 265:24 | 265:6 |
| 172:16 | 83:18 | **ten** 131:13 | 269:7 | 267:8 |
| 263:1,3 | 86:15 | 149:17 | 301:13,14 | 274:13 |
| 271:7 | 88:23 91:8 | 240:16 | **TET** 28:21 | 275:1,3,20 |
| 273:13,14 | 92:4 132:1 | 241:1 | 29:5,14 | 280:3 |
| 273:21 | 153:8,11 | **tenure** | 31:10 | 281:11 |
| 274:2,5 | 169:15 | 119:19 | 37:13 | 282:17,18 |
| 282:16,22 | 173:15 | **TERICKA** 8:25 | 60:10 | 298:15 |
| 282:25 | 261:7 | **term** 247:4 | 86:17 92:1 | **think** 22:16 |
| **tech-rel...** | 262:16 | **terms** 39:20 | 118:24 | 28:23 |
| 155:21 | 271:14 | 85:13 | 132:3,4,6 | 30:24 31:4 |
| **techie** | 272:6 | 127:16 | 161:11 | 33:2 47:23 |
| 262:12 | 277:22,24 | 136:10 | 173:16 | 56:8 57:24 |
| **Technical** | 278:12,19 | 175:25 | **thank** 192:25 | 71:5,9 |
| 12:6 | 278:23 | 247:16,18 | 196:7 | 74:9 80:11 |
| **technique** | 279:7,16 | **terrorist** | 218:15 | 80:22 |
| 111:15,17 | 280:10,25 | 19:10 27:7 | 293:20 | 85:13 |
| 113:6,9,13 | 281:4,11 | 32:17 | **thanking** | 88:21 |
| **techniques** | 283:4,7,10 | 137:3 | 219:3 | 89:25 |
| 30:11 | 283:18 | 163:22 | **thanks** 168:1 | 106:18 |
| 32:13 | 289:16 | **testified** | 301:2 | 112:8 |
| 103:5,24 | 290:4,12 | 21:2 140:9 | **theDonal...** | 113:19 |
| 104:4,13 | 291:2,10 | 154:8 | 236:4 | 118:23 |
| 104:21 | 291:18 | 162:17 | **theories** | 119:14 |
| 109:4 | 298:16,18 | 199:9 | 264:6 | 126:7 |
| 112:1 | 298:24,25 | **testimony** | 266:14 | 127:10,16 |
| 149:5,5,8 | 299:6 | 70:20 | **theory** 191:6 | 138:2 |
| 157:3 | **technolo...** | 101:9 | **thereon** | 140:9 |
| 165:8,23 | 263:4 | 111:20 | 305:10 | 147:10,13 |
| 182:13 | **tee** 283:21 | 117:22 | **thing** 22:24 | 149:18 |
| 184:23 | 283:23 | 118:6,12 | 23:3 34:7 | 152:24 |
| 185:22 | **teed** 284:7 | 123:13 | 207:8 | 159:17 |
| 186:13,14 | 285:14 | 125:17 | 266:21 | 171:7 |
| 186:20 | **teeing** | 127:5 | 274:13 | 172:4,16 |
| 217:16,18 | 284:10,18 | 131:8 | **things** 24:19 | 176:18 |
| 251:1 | 285:2,5 | 140:19 | 47:9 54:25 | 177:18 |
| 273:23 | **tell** 38:22 | 144:7 | 85:11 | 178:8 |
| 279:12 | 38:25 42:2 | 148:6,18 | 95:18 98:8 | 180:2 |
| **technolo...** | 48:17 | 152:21,23 | 104:14 | 188:8 |
| 30:15 | 79:13 85:2 | 157:16 | 110:23 | 191:25 |
| 261:13,16 | 97:3 103:8 | 172:19 | 112:8 | 199:9 |
| 262:1,3,10 | 146:2 | 198:1 | 137:10 | 202:21 |
| 278:12 | 215:10 | 201:2,23 | 138:25 | 203:4,16 |
| **technology** | 238:10 | 204:21 | 155:21 | 204:6,11 |
| 12:18 | 257:14 | 208:19 | 182:7 | 204:13 |
| 18:14 | 288:6 | 216:7 | 184:25 | 206:1 |
| 28:18 29:4 | **telling** | 222:22 | 186:17 | 207:15 |
| 29:10 30:3 | 53:13 | 238:16 | 238:13,25 | 208:2,5,8 |
| 45:17 | **temporarily** | 250:19 | 249:20 | 208:10,13 |

| | | | | |
|---|---|---|---|---|
| 208:20 | 90:18 | **TikTok** 234:9 | 116:22 | 172:2,20 |
| 210:25 | 117:25 | **time** 20:12 | 118:4 | 241:12 |
| 216:4 | 147:21,25 | 23:14,19 | 123:21 | 262:17,19 |
| 218:6 | 159:9 | 25:10 | 139:16 | 262:23 |
| 238:12 | 168:9,12 | 39:12 | 140:4,7 | 263:5 |
| 249:17 | 194:22 | 45:25  47:7 | 141:4 | 288:8,11 |
| 255:7 | 286:18 | 47:11 | 142:22 | **toolbox** |
| 272:17,23 | **threat-a...** | 48:14,19 | 147:1 | 97:20  98:2 |
| 273:5 | 60:15,16 | 48:21 | 162:23 | 275:7,9 |
| 277:10 | 60:17 | 57:24 | 176:23 | **tools** 30:11 |
| 280:6 | 61:13,19 | 62:16,16 | **times** 22:9 | 30:18 |
| 288:15,21 | **threat-f...** | 74:11 | 236:16 | 32:13,18 |
| 290:19 | 148:9 | 84:14  86:6 | **timing** 85:13 | 97:24,25 |
| 292:14,22 | **threats** 84:1 | 86:9  93:20 | **TIMOTHY** 6:15 | 98:4  107:3 |
| 294:14,22 | 84:3,12 | 94:19  95:9 | **title** 21:9 | 110:23,25 |
| **third** 50:12 | 148:3,8 | 116:11 | 22:6,7 | 157:2,6,12 |
| 55:24,25 | **three** 78:21 | 119:7,21 | 59:24 | 158:3,21 |
| 94:22 | 94:24 | 124:22 | 65:12 | 165:8,23 |
| 95:20 | 145:14 | 130:13 | 86:20,21 | 169:23,25 |
| 153:13 | 149:23,25 | 131:22 | 121:12 | 170:2,5,6 |
| 179:20 | 175:13 | 143:19 | 122:9,10 | 170:9 |
| 192:4 | 185:18 | 150:15,25 | 166:12 | 171:14,22 |
| 196:20 | 187:2 | 151:3 | 168:7 | 184:23 |
| 208:10 | 230:5,19 | 164:13 | 185:13 | 186:13 |
| 220:3 | 231:16 | 175:20,22 | **titled** | 217:15,18 |
| 224:15 | 275:1,2 | 179:3 | 276:18 | 251:1 |
| 225:3 | 291:25 | 195:6 | **today** 21:22 | 270:24 |
| 227:11 | **three-year** | 199:6,11 | 24:19 | 275:6,8 |
| 245:15 | 67:8 | 199:18 | 45:13  48:2 | 278:4 |
| 274:24 | **thrust** 30:8 | 200:25 | 48:25  50:6 | 279:12,25 |
| **third-party** | **Thursday** | 206:23 | 56:15,16 | 286:25 |
| 128:24 | 13:17 | 208:14 | 56:18  57:2 | 287:1,6,9 |
| **thought** | **ticket** 245:5 | 213:6,9 | 144:8 | 287:11,14 |
| 154:9 | 245:6,7 | 222:15 | 152:21 | 287:22,23 |
| 173:7 | **ticketed** | 223:2 | 154:20 | 288:9 |
| 180:15 | 227:2 | 252:22,24 | 207:25 | 299:8 |
| 216:12 | **tickets** | 255:4 | 208:19 | **top** 43:12 |
| 288:5 | 212:9 | 299:18,20 | 282:2 | 50:20 |
| **thousands** | 227:12,18 | 299:23 | **Today's** | 162:6 |
| 51:17 | 229:4,16 | 300:2,16 | 20:11 | 166:1 |
| 244:18 | 231:1,8 | 301:5 | **Todd.sco...** | 167:22,23 |
| **threat** 28:8 | 234:1,4,13 | **timeframe** | 15:10 | 178:5,17 |
| 54:16 | 237:3,7,12 | 53:4  67:3 | **told** 57:24 | 181:4 |
| 61:14,21 | 237:16,23 | 82:6  83:14 | 103:11 | 182:13 |
| 61:22  62:1 | 239:13 | 87:15 | 163:2 | 196:18 |
| 63:7  64:25 | 240:11,16 | 91:20,22 | 224:25 | 210:13 |
| 83:20  88:3 | 241:13,15 | 101:6 | **tool** 170:11 | 230:22 |
| 89:15,22 | 241:20,24 | 109:20,21 | 170:15,16 | 236:2 |
| 89:23 | 244:24 | 115:24 | 170:23 | 240:9 |

**DANIEL KIMMAGE  11/10/2022**

267:15,15
topic 32:15
99:21
135:20
176:22
topics 32:11
136:13
138:4
180:25
185:24
226:25
256:17
total 245:8
totally
257:18
touch 123:18
touting
102:7
266:24
track 75:11
75:19
108:22
110:23
161:3
246:6
250:17,22
280:20
tracked
39:10 96:6
108:18
226:25
tracking
99:7
261:24
270:1
tracks 269:4
traction
75:14
trained
173:6
training
173:2,4
184:23
transcri...
23:5
transcript
17:8 18:2
19:2,9
261:1

300:20
302:5
303:16
transcri...
301:14
transcripts
23:6
transfer
49:9,19
Treasury
12:23 13:2
trending
33:25
trends 139:5
tried 105:3
105:11
trolls 104:8
true 120:8
223:22
224:5
301:13
302:5
305:9,13
trust 133:7
133:18
135:4,6,10
141:21
142:7,14
142:25
162:14,19
162:23
163:3
166:11,14
166:18
168:11,13
168:23
174:16
trusted
227:12,16
230:21
try 34:25
76:24
144:3
287:25
trying 68:12
105:7
127:16
158:7
261:8,9

262:18
279:22
Tuesday
178:2
251:9
turn 50:8,11
57:8 60:19
106:22
161:13
182:10
232:4,20
241:8,21
277:16
289:8
turning
106:23
147:12
167:15
270:13
295:25
tweet 244:6
245:3
tweets
244:18,19
244:23
245:5,6,9
Twitter 51:9
52:13
75:22 76:1
80:20
82:13,23
128:24
129:3,10
129:12,19
129:21,25
132:20
133:2,5,25
134:1,23
135:2,5,9
135:13
136:11,20
138:19
140:16
141:5,18
141:20
142:7,14
144:2,16
145:18
146:2,22

147:4,8,15
148:24
149:12
160:17
162:18
183:8
196:1,6
234:9
240:22
283:11
two 25:16
31:25
40:23 43:2
49:20
50:11
64:23
68:14
69:22,24
71:1,2
102:11
112:8
113:2
129:24
130:2
146:16
149:25
175:13
192:8,13
194:24
238:24
257:18
277:20
291:14
298:23
two-minute
206:7
two-way
157:24
271:12,25
272:5,9
273:19
two-year
67:14,19
67:21
type 22:22
55:1 143:1
182:8
235:6
242:15

262:5
types 275:5
279:23
299:10
typewriting
302:8
typically
60:9

___U___
U 16:1 18:1
19:1
U.S 3:11 7:7
7:12 10:16
11:2,9,23
12:22 13:3
16:13
17:12,19
18:4
Uh-h8h 176:6
ultimately
40:24
41:12
underneath
112:17
undersec...
49:22 50:5
50:25 52:2
53:16 54:3
65:15,21
66:2,4,5
66:13
understand
23:20
26:20 28:1
29:22
33:14
35:12 37:3
38:1 56:20
158:5,9,11
158:15
170:8,13
171:21
175:22
206:23
247:9,14
262:21
279:22,23
279:24

**DANIEL KIMMAGE  11/10/2022**

280:7,10
281:1
understa...
30:5 34:6
36:9 37:7
44:15
45:19
55:24 77:2
77:17
79:10
124:9
156:22
157:2
163:13
165:8
184:12
204:16
279:15,18
280:4,16
281:6,16
283:18
unfair 58:1
unit 132:13
192:16
296:16
United 1:1
1:19 2:2
3:4 18:13
20:8 27:6
34:25
36:11
96:10,18
102:10
165:12,16
165:20
182:25
183:2
223:25
224:6,10
university
24:6,11,14
173:5
175:18
179:18
219:17
277:14
update 68:4
89:4
updated

277:8
Updates
17:12
upswing
269:15
URL 56:16
URLs 234:8
237:4
241:12,16
241:20
244:18
245:7
USA 48:2,25
50:6 56:15
56:16,18
57:2
use 27:4
34:15
54:25 55:9
55:11
103:12,14
104:5
217:16
229:17
247:6
248:7
253:14
264:14
299:17
useful
287:22
user 170:7
283:19
288:12
users 36:17
254:7
utilize
97:19
_____
V
v 1:16 209:6
303:8
304:3
vaccine
101:13
105:3,7,11
105:20
144:11,14
vaccine/...

138:16
144:20
vaccines
96:21 97:7
97:11,12
99:11
100:5
264:12,13
vaccines...
129:5
vague 26:13
29:16 35:9
60:24 90:8
117:22
138:8
183:9
190:4
209:20
217:9
243:10
246:17
247:1
250:20
251:19
275:10
285:24
286:15
287:18
293:17
298:7
Valley 45:16
46:10,23
153:14,18
154:14,18
155:2,6,22
161:15
163:10,13
271:11,18
272:1,5,22
272:25
273:3
289:12
various
18:16 22:9
76:9 96:24
264:17
VECCHIONE
16:3
version

277:6,11
Versions
152:9
versus 20:6
vice 162:14
166:8
174:15
video 16:24
18:7 21:19
114:3,19
190:16
194:15
201:5
videogra...
20:2,15
85:24 86:6
86:9
150:21,25
151:3
213:6,9
252:21,24
299:20,23
300:17
301:3
videos 52:15
Videotaped
13:16
view 158:22
284:9,17
285:5,11
viewed 285:1
views 284:15
284:22
VINOGRAD
3:23
violate
55:12
232:25
233:11
violates
286:13
violations
55:13
226:16,20
286:3
violative
285:22
violent
17:13 44:9

268:21
269:1,12
269:17,22
270:2
viral 181:8
virtual
81:14
virtually
261:7
virus 35:1
74:20
100:7,12
100:25
102:7,14
102:17,22
201:7
264:10,19
265:3,11
265:16
266:6,15
267:3,6
visible
114:24
VIVEK 1:24
volunteer
221:19
223:13
voting
242:24
VP 174:8
_____
W
W 6:15
288:14
wait 22:25
waived 301:7
WAKANA 5:21
WALDO 8:12
walk 209:2
WALLY 12:24
want 56:19
59:17
93:16
109:19
110:16,17
122:8
132:12
150:4,19
150:19,21

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 158:1,2,5 | 195:17 | **Weaponizes** | 6:16,23 | 69:13 |
| 158:9,11 | 233:21 | 17:22 | 9:6 17:10 | 90:11 |
| 158:14 | 244:4 | **weapons** | 43:13 | 245:8 |
| 206:7,19 | 248:7 | 112:23,24 | 45:14 | **wording** |
| 257:4,25 | 249:16 | **web** 241:11 | 46:23,24 | 281:24 |
| 282:17 | 252:9 | 271:2 | 47:2 50:22 | **words** 45:3 |
| 296:11 | 259:2 | **website** | 268:24 | 199:21 |
| **wanted** 21:11 | 274:19,23 | 76:24 | **wide** 100:10 | 205:10 |
| 21:14 | 274:24 | 153:7 | 261:25 | 209:25 |
| 32:21,23 | 287:2 | 154:22 | **wife** 294:22 | 239:22 |
| 89:9 | 292:25 | 155:6 | **Wikileaks** | 282:12 |
| 147:22 | 295:19 | 161:16 | 108:4 | **work** 50:15 |
| 151:16 | **we'll** 82:21 | 163:25 | **willing** | 91:12 |
| 233:3 | 85:25 | 171:18,19 | 23:17 | 98:21 99:2 |
| **wants** 212:25 | 300:15 | 171:20 | **wipe** 206:8 | 154:11 |
| 271:2 | **we're** 28:1 | 194:6,11 | **withholding** | 171:17,25 |
| **war** 85:10 | 36:4 48:13 | 236:6 | 256:12,22 | 182:17,21 |
| **Warfare** | 57:13 86:7 | 253:6,10 | 258:3,6 | 183:17 |
| 18:10 | 93:1 106:8 | 253:14 | **witness** | 206:9 |
| **warriors** | 113:19 | 262:25 | 20:21 | 227:2 |
| 17:18 | 115:12 | 263:10 | 43:23 | 263:17,17 |
| **Washington** | 117:7,16 | 277:3 | 48:21 | 292:24 |
| 14:4 15:19 | 127:22 | **websites** | 68:25 | 296:10,20 |
| 16:7,18 | 150:14 | 236:3 | 85:23 93:5 | 296:20,25 |
| 81:13 | 151:1,4 | 254:3 | 93:17 94:2 | 297:1,1,6 |
| 92:11 | 159:17,17 | **weeks** 58:16 | 95:2,5 | **worked** 91:21 |
| 147:9 | 177:6,23 | 58:18 | 110:15,19 | 94:18 96:9 |
| 189:16 | 199:13 | 59:15 | 206:17,20 | 154:9 |
| 219:17 | 206:16 | **well-known** | 206:22 | 183:5 |
| 261:3 | 213:10 | 292:21 | 212:23,25 | **workers** |
| 294:14 | 215:24 | **went** 89:4 | 224:21 | 222:14 |
| 303:6 | 252:25 | 194:3 | 225:7,19 | **working** |
| **wasn't** 52:2 | 288:21 | 268:3 | 249:3 | 31:20 |
| 61:3 73:17 | 296:11 | **weren't** | 254:22 | 50:21 |
| 135:10 | 298:16 | 47:13,13 | 255:13,23 | 58:12,17 |
| 170:7 | 299:21,24 | 239:3 | 255:23 | 59:21 60:7 |
| 185:9 | 300:22 | **Western** 1:2 | 256:1,3,5 | 163:10 |
| 198:5,7 | 301:5 | 20:9 | 293:21 | 189:15 |
| 201:4,14 | **we've** 43:2 | 266:12 | 300:1 | 223:2 |
| 249:23 | 71:9 85:13 | 267:2 | 302:13 | 225:2 |
| 273:9 | 86:17 | **western-...** | 303:15 | 226:19 |
| **water's** | 87:25 | 97:11 | 304:2,25 | 296:18 |
| 206:6 | 126:20 | 264:11 | **woman** 133:22 | **working-...** |
| **Watts** 132:1 | 150:2,9 | **WHEREOF** | 167:16 | 80:9 88:4 |
| **wave** 263:21 | 179:16 | 302:13 | **wonder** 266:8 | 131:2 |
| **way** 104:9 | 191:22 | **white** 1:22 | **wondering** | **works** 78:24 |
| 120:12 | 212:19,20 | 4:16 5:2 | 283:9 | 79:13,16 |
| 138:14 | 250:4 | 5:10,12,17 | **word** 26:2 | 184:9,13 |
| 192:4 | 257:4 | 6:1,8,11 | 34:15 | 184:16 |

**DANIEL KIMMAGE  11/10/2022**

278:2
**workshop**
177:24
181:1
**world** 282:24
283:6
**wouldn't**
34:15
79:16
83:10,11
118:14,14
161:3
199:7
238:13
**woven** 261:7
**wrap** 150:4
**wrapped**
150:9
**written**
167:7
229:23
**wrote** 180:22
**Wuhan** 191:3
191:8
201:9
**WYMAN** 10:6

---
**X**
**x** 1:4  13:14
17:7  18:1
19:1
**XAVIER** 2:3
**XI** 213:13
**XII** 218:12
**XIII** 219:1

---
**Y**
**Y** 2:22
193:11
**yeah** 24:24
27:2  30:7
35:15  43:5
56:21
57:11  65:7
67:13  71:1
71:11  82:9
82:9,21
85:18  86:4
112:4

161:23
163:21
166:10
171:2,4
179:3
190:1
194:24
196:6
205:24
208:23
212:23
213:3
222:24
224:24
231:24
241:4
252:14,14
252:15
264:8
283:1
286:21
288:20,22
294:11
**year** 24:12
42:19
130:13
276:23
**years** 23:25
69:23
194:24
**yesterday**
21:15,22
**YOLANDA** 8:16
**YOUNES** 16:4
**Youtube** 18:7
76:1  80:21
80:22
82:15
114:19
139:21
142:21
189:7
190:16,25
192:21
193:18
194:15
197:2
200:20
234:9

**YouTube-...**
80:22
**YouTube/...**
143:1

---
**Z**
**ZACHARY**
10:12
**zero** 191:1
240:16
241:1,2
**Zoom** 81:7,14
81:17
145:19

---
**0**
**01/08/2016**
17:10
**02/09/2018**
17:14
**02/13/2018**
17:17
**02/17/2021**
19:9
**03/25/2020**
18:23
**05/03/2021**
18:19
**05/10/2021**
18:21
**05/17/2022**
19:12
**08/2020** 18:4
**09/04/2020**
17:21

---
**1**
**1** 13:22
17:10
42:22,23
227:13
**1,094,115**
245:6
**1.4** 227:14
227:25
**1:15** 150:19
**1:30** 150:17
**1:33** 151:3
**10** 13:17

18:19
24:14
177:7,8
303:12
304:4
**10-month**
24:13,25
25:6
**10/17/2022**
19:14
**10:04** 13:18
20:13
**10342** 161:19
**106** 18:4
**10th** 20:11
180:23
**11** 18:23
188:9,10
188:13
213:13
227:25
**11/08/2022**
19:7
**11:10** 86:7
**11:21** 86:10
**1100** 15:18
303:6
**111** 21:23
**113** 18:7
**117** 128:18
**12** 19:4
206:2,2,3
213:12
218:12
228:8,8
**12/1/96**
179:23
**12:23** 151:1
**1200** 270:24
**1225** 16:6
**127** 18:12
**13** 19:7
219:2
253:2,3
**135884** 13:21
**13th** 57:5
**14** 19:9
42:19
128:13

260:19,20
303:3
**14,914,478**
245:8
**1444** 14:6
**14th** 302:14
**15** 19:12
213:16
276:2,3
**151** 17:4
**152** 17:5
**153** 18:13
**159** 18:16
**15th** 208:11
208:12
**16** 19:14
112:2,5
288:15,16
288:17,21
288:22
**1608** 303:20
**162** 128:14
**17** 232:20
276:22
277:5,17
288:16
289:1
**177** 18:19
**183** 244:4,10
**188** 18:23
**1950s** 35:4
**1970** 74:20
**1970s** 35:2
250:6
**1980s** 34:24
100:20
**19th** 16:6
**1st** 25:5

---
**2**
**2** 17:14
18:11
47:23,24
56:17  57:6
57:9
221:12
277:17
**2:31** 213:6
**2:40** 213:9

**DANIEL KIMMAGE  11/10/2022**

**20** 305:15
**20036** 16:7
**2016** 43:14
43:20
44:17,23
107:24
108:23
109:9,16
111:11,18
112:11,14
258:22
**2017** 22:17
24:1,2
25:3,5,23
42:18  45:5
45:23  47:7
**2017/2018**
91:21
**2018** 39:1
48:3  49:1
54:13  57:5
130:9
159:9
194:20
286:19,22
**2019** 67:5,12
67:18
84:14
91:24
94:11
130:7,9
146:2
153:17
191:9
294:22,25
**2019/2020**
91:22
**202** 15:20
16:8,19
**2020** 18:11
19:5  67:12
67:23
84:14  93:8
99:23,25
101:6,22
113:25
115:24
116:18,19
118:4

123:9,15
130:8
162:6
163:8
188:18
194:19
199:14
207:19
212:15
231:17
245:15
254:17
255:8,21
258:10,21
259:7,19
284:4
**2021** 19:5
42:20  67:6
67:12,18
80:4,13
81:13,23
82:6,20,21
83:14
84:12
87:17  88:8
89:14,24
90:22  91:3
91:24
94:11
99:17,20
130:5,11
131:16
132:14
138:18
139:10
140:7
142:2
147:12
148:21,24
162:18
176:15,19
177:4
179:17
208:10,11
208:12
261:2
270:21
283:12
**2022** 13:17

20:12
21:15
24:12
251:8
276:22
277:5,10
289:1
302:14
303:3,12
304:4
**2024** 251:13
**20520** 16:18
**20530** 15:19
303:6
**206** 19:4
**21** 17:3
**21,897,364**
244:19
245:9
**211** 245:11
**21st** 22:17
24:2  25:3
**2200** 16:17
**253** 19:7
**25th** 199:13
**260** 19:9
**27** 233:23
**276** 19:12
**28** 43:14
**288** 19:14
**29** 114:4
**292** 207:23
**29th** 176:15
176:19
177:4
**2nd** 113:25
116:18

___

**3**

**3** 17:17
56:10,11
56:18
73:21
**3:21** 252:22
**3:22-cv-...**
1:16  2:21
20:8
**3:31** 252:24
**30** 235:7

303:20
**304** 13:22
**33** 235:20
**343** 166:24
**345** 167:16
167:16
**3484** 14:4
**35** 234:8,19
237:2
**351** 168:19
**38** 240:6
**396** 128:20
128:23
138:3
144:13

___

**4**

**4** 17:21
18:10  93:2
93:3
**4,832** 241:12
**4:19** 299:20
**4:32** 299:23
**4:33** 301:5,9
**40** 49:9
**406** 173:19
**42** 17:10
241:21
**45** 86:1
**450** 16:6
**47** 17:14
**475** 14:3
**49** 236:16
**4th** 93:8

___

**5**

**5** 18:4  106:8
106:9,12
**5,888,771**
245:4
**51** 242:12
**514-3259**
15:20
**56** 17:17
**573** 15:8
**5H03** 16:16
**5th** 162:6

___

**6**

**6** 18:7
113:19,20
120:3
123:25
226:1,1
**632-9254**
16:19
**639** 234:1
237:12
241:15,16
**64108** 303:21
**65102** 15:7
**66** 57:18
73:23

___

**7**

**7** 18:12
127:11,12
128:6
**70** 270:24
286:24
**72** 212:10
234:3,13
**751-8870**
15:8
**7671** 195:23
**7675** 196:9

___

**8**

**8** 18:13
106:22
152:25
153:1
226:24
**823848** 14:6
**899** 15:6

___

**9**

**9** 18:16
112:7
159:18,19
**918-6902**
16:8
**93** 17:21
**99** 237:21
239:1
**9th** 21:15
48:3

___