IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE OVERLENGTH REPLY BRIEF ADDRESSING THE FIFTH CIRCUIT'S
NONDISPOSITIVE ORDER**

Before the Court is Plaintiffs' Consent Motion for Leave to File an Overlength Reply Brief Addressing the Fifth Circuit's Nondispositive Order (Doc. 121). Plaintiffs' Consent Motion is unopposed. Having considered the Motion, the Court hereby GRANTS Plaintiffs' Motion.

*It is so ordered.*

Dated: _____    Signed: _____
                                                             Hon. Terry A. Doughty, U.S. District Judge