# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion for Leave to Exceed the Page Limit for their Reply Brief Addressing the Fifth Circuit's Nondispositive Order [Doc. No. 144] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs are granted leave to file a brief of up to twenty-one (21) pages in support of their Reply Brief Addressing the Fifth Circuit's Nondispositive Order Regarding Depositions. The Clerk is requested to file the proposed pleadings into the record of this matter in excess of page limits.

MONROE, LOUISIANA, this 6th day of December, 2022.

_____
Terry A. Doughty
Chief United States District Judge