```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF LOUISIANA

 3              MONROE DIVISION

 4               ---o0o---

 5

 6
    STATE OF MISSOURI, et al.,        )
 7                                    )
                    Plaintiff,        )
 8                                    )
          vs.                         )    Case No.
 9                                    )    3:22-cv-01213
    JOSEPH R. BIDEN, JUNIOR, et       )    -TAD-KDM
10  al.,                              )
                                      )
11                  Defendants.       )
                                      )
12

13

14

15               ---o0o---

16       TUESDAY, NOVEMBER 29, 2022

17   ZOOM VIDEOTAPED DEPOSITION OF ELVIS CHAN

18               ---o0o---

19

20

21

22

23

24   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

25
```

```
 1                    A P P E A R A N C E S
 2                       ---o0o---
 3   FOR THE PLAINTIFF:
 4           MISSOURI ATTORNEY GENERAL'S OFFICE
             Superior Court Building
 5           221 West High Street
             Jefferson City, Missouri  65101
 6           BY: D. JOHN SAUER, ESQ. (Remote)
                 TODD SCOTT, ESQ.
 7               KEN CAPPS, ESQ. (Remote)
             (573) 751-8870
 8           john.sauer@ago.mo.gov
 9
     FOR THE DEFENDANT:
10
             DEPARTMENT OF JUSTICE
11           1100 L Street Northwest
             Washington, D.C.  29530
12           BY: INDRANEEL SUR, ESQ.
                 AMANDA CHUZI, ESQ.
13           (202) 532-5748
             indraneel.sur@usdoj.gov
14           amanda.k.chuzi@usdoj.gov
15
     FOR THE PLAINTIFF NEW CIVIL LIBERTIES ALLIANCE:
16
             NEW CIVIL LIBERTIES ALLIANCE
17           1225 19th Street, Northwest, Suite 450
             Washington, D.C.  20036
18           BY: JENIN YOUNES, ESQ. (Remote)
             (202) 918-6902
19           jeninyounes@ncla.legal
20
     FOR THE PLAINTIFF JIM HOFT:
21
             BURNS LAW FIRM
22           P.O. Box 191250
             St. Louis, Missouri  63119
23           BY: JOHN BURNS, ESQ. (Remote)
             (314) 329-5040
24           john@burns-law-firm.com
25
```

**ELVIS CHAN  11/29/2022**

**Page 3**

```
 1                    A P P E A R A N C E S

 2                         ---o0o---

 3
    FOR THE PLAINTIFF STATE OF LOUISIANA:
 4
             LOUISIANA DEPARTMENT OF JUSTICE
 5           1885 North Third Street
             Baton Rouge, Louisiana  70802
 6           BY: TRACY SHORT, ESQ. (Remote)
             (225) 326-6705
 7           shortt@ag.louisiana.gov

 8
    FOR THE PLAINTIFF:
 9
             MAHON & BERGER
10           70 Glen Street, Suite 249
             Glen Cove, New York  11542
11           BY: LAWRENCE BERGER, ESQ. (Remote)
             (516) 671-2688
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXAMINATION
 2                        ---o0o---
 3
 4   ELVIS CHAN                                    PAGE
 5
     BY MR. SAUER                                     8
 6   BY MR. SUR                                     308
 7
 8
                      INDEX OF EXHIBITS
 9                        ---o0o---
10   NUMBER   DESCRIPTION                         PAGE
11   1        Naval Postgraduate School Thesis:     11
              Fighting Bears and Trolls: An
12            Analysis of Social Media Companies
              And U.S. Government Efforts to
13            Combat Russian Influence Campaigns
              During the 2020 U.S. Election By
14            Elvis M. Chan Dated September 2021
              (149 pages)
15
     2        Email Correspondence, First Email    287
16            From Elvis Chan to Elvis Chan Dated
              September 10, 2020 (121 pages)
17
     6        Defendants' Amended Combined         169
18            Objections and Responses to
              Plaintiffs' First Set of Expedited
19            Preliminary-Injunction Related
              Interrogatories (95 pages)
20
     8        Declaration of Yoel Roth (4 pages)   216
21
     9        Tech CEOs Senate Testimony           241
22            Transcript Dated October 28
              (91 pages)
23
     13       Audio Transcription of Recording     258
24            Of Elvis Chan Interview Dated
              October 28, 2020 (3 pages)
25
```

```
 1                    INDEX OF EXHIBITS

 2                      ---o0o---

 3

 4   NUMBER   DESCRIPTION                    PAGE

 5

 6   15       Audio Transcription of Recording   271

 7            Of an Elvis Chan Interview Dated
              June 29, 2022 (3 pages)
 8
     23       Email Correspondence, First Email   196
 9            From Elvis Chan to Patricia Rich
              Dated October 4, 2016 (29 pages)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ELVIS CHAN  11/29/2022**

```
 1        REMOTE VIA ZOOM, CALIFORNIA, NOVEMBER 29, 2022
 2                       ---o0o---
 3        BE IT REMEMBERED that on Tuesday, the 29th
 4   day of November 2022, commencing at the hour of
 5   9:07 a.m. thereof, remotely via Zoom, California,
 6   before me, Balinda Dunlap, a Certified Shorthand
 7   Reporter in and for the County of San Francisco,
 8   State of California, remotely appeared:
 9        THE VIDEOGRAPHER:  Okay.  Good morning,
10   everyone.  We are on the record.  Today's date is
11   November 28 -- I'm sorry, 29th, 2022.  The time is
12   9:07 a.m.
13        This is the video-recorded deposition of
14   Elvis Chan in the matter of State of Missouri
15   versus Joseph R. Biden, filed in U.S. District
16   Court for the Western District of Louisiana, Monroe
17   Division.
18        This deposition is being held at the U.S.
19   Attorney's Office, Northern District of California,
20   in San Francisco.
21        The reporter's name is Balinda Dunlap.  My
22   name is Ruslan Gurzhiy.  I am the legal
23   videographer.  We are here with Lexitas Legal.
24        Will the attorneys present please
25   introduce themselves and the parties they
```

 1  represent.

 2          MR. SAUER:  John Sauer on behalf of the

 3  Missouri Attorney General's Office and State of

 4  Missouri.  I am joined by my colleagues Ken Capps

 5  and Todd Scott, as well as John Burns and Jenin

 6  Younes on behalf of private plaintiffs.

 7          MR. SUR:  I am Indraneel; my last name is

 8  Sur, S-u-r.  I'm at the Phoenix Department of

 9  Justice, Civil Division, Federal Programs Branch,

10  representing the defendants in this matter.

11              (Discussion off the record.)

12          THE VIDEOGRAPHER:  Okay.  Any feedback

13  now?  Okay.  Somebody hold this.  Please continue.

14          MR. SUR:  I am Indraneel; my last name is

15  Sur, S-u-r.  I am at the United States Department

16  of Justice, Civil Division, Federal Programs

17  Branch; and we are representing the defendants

18  today, and some of my colleagues are as well.

19          MR. BERGER:  Okay.  I am just announcing

20  myself.  I don't know if I am out of order, though.

21  Berger, Lawrence Berger.  I represent Elvis Chan.

22              (Discussion off the record.)

23  //

24  //

25  //

**ELVIS CHAN  11/29/2022**

```
 1                        ELVIS CHAN
 2            called as a witness by the Plaintiff,
 3    having been sworn to tell the truth, the whole
 4    truth, and nothing but the truth, was examined and
 5    testified as follows:
 6                   EXAMINATION BY MR. SAUER
 7        Q.    Would you please state your name for the
 8    record.
 9        A.    My name is Elvis Chan, E-l-v-i-s, C-h-a-n.
10        Q.    And what's your occupation, sir?
11        A.    My title is the Assistant Special Agent in
12    Charge of the Cyber Branch for San Francisco
13    Division of the Federal Bureau of Investigation.
14        Q.    How long have you worked for the San
15    Francisco Division of the FBI?
16        A.    I have worked for the FBI for over 17
17    years.
18        Q.    Have you been in San Francisco the whole
19    time?
20        A.    Minus three years at headquarters.
21        Q.    Was that in Washington, D.C.?
22        A.    Yes.  From 2011 to 2014.
23        Q.    Have you ever given a deposition before?
24        A.    No, I have not.
25        Q.    Is this your first deposition?
```

```
 1      A.    Yes.  This is my first civil deposition.
 2      Q.    How about criminal depositions?
 3      A.    I have not given criminal depositions
 4   before.
 5      Q.    Can I just go over a few kind of common
 6   ground rules with you?
 7            First of all, as I'm asking the questions
 8   today, can you listen carefully to the question
 9   that I'm asking and answer the question that I ask?
10   Can you do that?
11      A.    Yes.
12      Q.    And if you don't understand the question,
13   could you please ask me for clarification instead
14   of guessing at what my meaning might be in
15   responding to a question that you're not sure is
16   what I'm asking?  Can you do that?
17      A.    Yes.
18      Q.    And can you and I be careful not to
19   interrupt each other, just because that makes the
20   record unclear and life difficult for the court
21   reporter?
22      A.    Yes.
23      Q.    Also, could you be careful to respond with
24   actual oral responses, not with head-shakes and
25   "huh-uhs" and "uh-huhs" and things like that, just
```

1    so that the record's clear?  For example, "yes" and

2    "no," not "uh-huh" and not nodding or shaking the

3    heads; can you do that?

4        A.   Yes.

5        Q.   And in addition, let's both -- I think we

6    both are fast talkers, especially me.  Can we both

7    make an effort to talk slowly enough today so that

8    the court reporter has a chance to take down what

9    we're saying?

10       A.   Yes.

11       Q.   Can you describe your educational

12   background?

13       A.   I graduated from the University of

14   Washington with a bachelor of science degree in

15   chemical engineering and chemistry, and then I

16   graduated from the Naval Postgraduate School with a

17   master of arts in homeland security studies.

18       Q.   When did you graduate from the Naval

19   Postgraduate School?

20       A.   Last year, 2021, in September.

21       Q.   Oh, and you got a -- did you say you got

22   an MA there?

23       A.   Yes.

24       Q.   Did you do a thesis in connection with

25   that -- that degree?

**ELVIS CHAN  11/29/2022**

Page 11

```
 1        A.    Yes, I did.
 2        Q.    What was the title of the thesis?
 3        A.    "Fighting Bears and Trolls:"  Russian
 4   disinformation against the 2020 elections and the
 5   social media companies and U.S. government
 6   countermeasures.
 7        Q.    I am showing you a document previously
 8   marked as Exhibit 1.  Is this, in fact, a copy of
 9   that thesis?
10              (Reporter marked Exhibit No. 1 for
11               identification.)
12              THE WITNESS:  Yes, that is a copy of that
13   thesis.
14        Q.    BY MR. SAUER:  Okay.  You are listed as
15   the sole author there on the first page?
16        A.    That is correct.
17        Q.    Okay.  And again, as you've noted earlier,
18   this is, I think, dated just over a year ago,
19   September of 2021, correct?
20        A.    That is correct.
21        Q.    Can I just -- can you kind of generally
22   characterize what this thesis is about?  You know,
23   what's the topic?  What are you investigating,
24   researching or defending?
25              MR. SUR:  Objection; compound.
```

**ELVIS CHAN  11/29/2022**

Page 12

```
 1        Q.    BY MR. SAUER:  You may answer.
 2        A.    Okay.  So my thesis, the synopsis of it is
 3   I examined Russian malign-influence activities,
 4   specifically on social media platforms, ahead of
 5   and during the 2020 elections.  And then I examined
 6   the actions taken by three social media companies;
 7   specifically Google; Meta, which was previously
 8   Facebook; and Twitter; and then I also examined the
 9   U.S. government's countermeasures against Russian
10   actions.
11        Q.    When you say "Google," do they operate
12   YouTube?
13        A.    Yes, they do.
14        Q.    So your reference to Google would
15   encompass YouTube; investigating, you know, these
16   kinds of issues on YouTube as well?
17        A.    That is correct.  And if I may add, when I
18   reference Meta or Facebook, I mean all of the
19   Meta-associated products, which include Facebook,
20   Instagram and WhatsApp.
21        Q.    Would that include Nextdoor too?
22        A.    It would not include Nextdoor.
23        Q.    Is that is not a Meta app?
24        A.    It is not a Meta-owned company.
25        Q.    Okay.  You referred to, I think, Russian
```

1    **malign-influence activities.  Can you describe what**

2    **-- what does that mean?**

3         A.   So there are -- in my thesis, there are --

4    there's a description of two types of Russian

5    malign-influence activities.  I am specifically

6    talking about online activities.

7              The first type of activity is what is

8    known generally as a hack-and-dump activity.  I

9    think the best example I would have of that is the

10   hack of the Democratic National Committee and the

11   DCCC, the Democratic Congressional Campaign

12   Committee, in 2016; hacking of their servers; and

13   then the leaking or dumping of their information on

14   the Internet over the course of the 2016 election

15   season.  That is one type of Russian malign

16   influence, but I do not focus on that in the

17   thesis.  I do reference it.

18             The second type of Russian malign

19   influence that I discuss in the thesis itself is on

20   the social media platforms and on fake news

21   websites that the Russians have created.

22        **Q.   And is there a connection between those?**

23   **Like, the fake news sites, do those get, you know,**

24   **boosted up to social media platforms by the**

25   **Russians?**

**ELVIS CHAN  11/29/2022**

**Page 14**

1      A.    Yes.   From my thesis, I was able to

2    determine that the social media platforms were used

3    to direct viewers from the social media platforms

4    to the fake news sites being controlled by Russian

5    state-sponsored actors.

6      **Q.    And those viewers, I take it, would**

7    **include American citizens who were being**

8    **principally targeted by these activities?**

9            MR. SUR:  Objection; vague.

10     **Q.    BY MR. SAUER:  Were they --**

11     A.    I am not sure, but it would be -- I'm not

12   sure of who the viewers would be, but whoever would

13   look at the fake Russian accounts and click on the

14   link or be directed to the website.  But I do not

15   know who the specific users are.

16     **Q.    Does your thesis have evidence that people**

17   **actually did that?  In other words, that people**

18   **actually clicked through and accessed the Russian**

19   **fake news sites?**

20           MR. SUR:  Objection; compound.

21           THE WITNESS:  So my thesis -- my thesis

22   was based on the report of both the social media

23   companies as well as third parties, such as

24   Graphika.  So I relied on their analysis of the

25   direct data.

```
 1      Q.   BY MR. SAUER:  Did their analysis indicate
 2   that there had been, in fact, that kind of
 3   engagement of viewers of the social media accounts
 4   to go through to the fake news sites?
 5      A.   From both the social media company
 6   standpoint, the answer is yes; but in general, I
 7   was told that it was a, quote/quote, low
 8   engagement, from what they could tell.
 9           And then from the third-party reports,
10   they did not characterize it as much.  They said
11   that they believed that viewers could be directed,
12   but they did not say who the amount were or the
13   percentage of any of those viewers.
14      Q.   And did your research indicate a higher
15   level of engagement with the kind of fake social
16   media accounts operated by the Russians than the
17   fake news websites?
18      A.   Yes.  In general, yes.
19      Q.   Let me ask this:  You referred a minute
20   ago to U.S. government countermeasures, I believe.
21   Can you describe, just generally, what sort of U.S.
22   government countermeasures do you discuss in the
23   thesis?
24      A.   So there were three U.S. government
25   countermeasures that I discussed in the thesis.
```

1   Number one was an initiative that the FBI took

2   called the Protected Voices Initiative.  That was

3   actually focused on hack-and-dump operations.  And

4   the Protected Voices Initiative was cybersecurity

5   briefings and awareness training provided for all

6   the national-level political committees, such as

7   the RNC, the DNC, the RSCC, the DCCC.  Briefings

8   were provided by our Washington field office.

9           And then briefings were also provided to

10  the vast majority of the presidential candidates

11  for the 2020 election season.  I think there were

12  approximately two dozen of those presidential

13  candidates that were provided -- them and their

14  senior staff were provided cybersecurity briefings.

15  That was one of the measures that was taken.

16          A second measure that was taken was the

17  information sharing with the private sector

18  companies, where we shared both strategic-level

19  information as well as tactical information.

20          And then the third -- the third measure I

21  think I mentioned in the thesis was that -- the

22  CISA Act, the formation of the Cybersecurity and

23  Information Security Agency in 2018 and their

24  ability to provide state, county and local election

25  officials with both grants, federal grants to

**ELVIS CHAN  11/29/2022**

**Page 17**

```
 1   improve their infrastructure as well as with
 2   cybersecurity training.
 3       Q.   Okay.  That was -- you said a lot there,
 4   and I just want to ask you a few follow-up
 5   questions to kind of unpack it.
 6            I think you said the second U.S.
 7   government countermeasure was information sharing;
 8   is that right?
 9       A.   That's correct.
10       Q.   What is a --
11       A.   I might have the order incorrect.  I
12   haven't looked in my thesis since over a year, but
13   yeah.
14       Q.   Well, let me ask you this:  Information
15   sharing, you know, is that information sharing
16   between federal agencies and social media
17   platforms?
18       A.   That is information sharing between the
19   FBI and the -- in the thesis I focus on the three
20   social media companies.
21       Q.   So -- so specifically your thesis focuses
22   on information sharing between the FBI and
23   basically Facebook, Google and Twitter, right?
24       A.   That is correct.
25       Q.   Yeah.  Is there other information sharing
```

 1    **that happened by other federal agencies on issues**

 2    **that relate to this?**

 3            MR. SUR:  Objection; lacks foundation,

 4    vague.

 5        Q.   BY MR. SAUER:  **If you know.**

 6        A.   I am generally aware that other federal

 7    agencies want to do private sector engagement, but

 8    I am not familiar with the frequency of the

 9    information sharing or the type of information

10    sharing.

11        Q.   **Do you know which other federal agencies**

12    **do that?**

13            MR. SUR:  Objection; vague, lacks

14    foundation.

15            THE WITNESS:  I have been -- I am aware

16    specifically that CISA, the Cybersecurity and

17    Infrastructure Security Agency, does information

18    sharing in terms of elections with the social media

19    companies.

20        Q.   BY MR. SAUER:  **To the extent you know,**

21    **what kind of information sharing do they do?**

22        A.   All of the information that I have

23    personally witnessed comes through what CISA has

24    called the "industry working group."  That includes

25    the three social media companies I mentioned.  And

**ELVIS CHAN  11/29/2022**

Page 19

```
 1   the type of information that they have shared is
 2   generally about when the primaries for each state
 3   happen and then to highlight anything that they
 4   believe is a -- unique or different from
 5   standard -- or from what is considered normal.
 6           For example, like an Iowa caucus is not a
 7   normal type of primary.  Most states do not run
 8   caucuses, so they will highlight something like an
 9   Iowa caucus.  They will also highlight the election
10   methods that are used in different states, whether
11   it be a paper ballot or an electronic device, like
12   a touch-screen device.
13       Q.   That industry working group, do you
14   personally participate in that?
15       A.   I have participated in several of them.
16       Q.   How often do they occur?
17       A.   For the year 2020, I think for the first
18   half of the year they occurred quarterly.  So I
19   think, you know, every three months.
20           And then for the last half of the year, I
21   want to say around the June, July time frame, it
22   moved to monthly.
23       Q.   How about in 2022?
24       A.   In 2022 I believe they were about the
25   same.  It happened quarterly.  And then I believe
```

1   ahead of the midterm elections they moved to

2   monthly; except due to my conflicting schedule, I

3   believe I was only able to attend about three of

4   the meetings this year.

5       Q.   **When you say "attend," are these all done,**

6   **you know, by Zoom?  Or are there -- is there a big**

7   **kind of in-person meeting?**

8       A.   And I have attended via videoconference,

9   and it's not Zoom.  It's typically whatever the

10  private sector companies want to use.  So I have

11  seen Cisco Webex or BlueJeans.  Those are the two I

12  remember.

13      Q.   **Do a lot of companies participate in these**

14  **meetings?**

15      A.   Yes.  Several companies participate in

16  these meetings.

17      Q.   **Okay.  But which ones, do you recall?**

18      A.   I do -- I do recall.  I don't know if

19  that's law enforcement sensitive or not.  I don't

20  know if the companies want to be disclosed.

21      Q.   **Please tell us on the record what**

22  **companies participated.**

23      A.   Meta --

24           MR. BERGER:  Yeah, Elvis, is this -- is it

25  classified or protected?  How do you -- what's your

**ELVIS CHAN  11/29/2022**

Page 21

```
 1   understanding of the classification of this

 2   information?

 3           THE WITNESS:  My understanding is that

 4   this is -- that this is sensitive information and

 5   that the --

 6           MR. BERGER:  All right.  I'll direct

 7   you -- I'll direct you not to disclose it.  We'll

 8   have to take it to the judge.

 9           MR. SAUER:  Okay.  Is this a -- okay.  You

10   realize the government has already disclosed that

11   information in interrogatories for this case.

12           (Discussion off the record.)

13           MR. SAUER:  You realize this information

14   has already been disclosed by the government in

15   their interrogatory responses in this case.

16           And in addition to that, there is no

17   privilege of law enforcement sensitive.  There is a

18   law enforcement investigative files privilege that

19   is clearly inapplicable here.

20           And also, are both counsel going to

21   instruct the witness not to answer questions here?

22           MR. BERGER:  Well, if it's already been

23   disclosed in interrogatories, why don't you ask him

24   based on -- you know, give him the names that have

25   already disclosed.
```

```
 1              MR. SAUER:  I'd like to cross-verify the

 2   information I got from the government from someone

 3   who personally participated in the meetings, and

 4   I'm entitled to do that.

 5              MR. SUR:  Counsel, if I may, I -- do you

 6   think it would be helpful to have a break at this

 7   point to sort this out?

 8              MR. SAUER:  Yeah.  We can go off the

 9   record.

10              MR. SUR:  Okay.

11              MR. SAUER:  Okay.

12              THE VIDEOGRAPHER:  Off the record -- off

13   the record at 9:27 a.m.

14                  (Whereupon a recess was taken.)

15              THE VIDEOGRAPHER:  We are back on the

16   record at 9:37 a.m.

17              MR. SAUER:  So, Counsel, where are we?

18   Are you standing on that objection?

19              MR. BERGER:  I withdraw the objection.  Go

20   ahead.

21              MR. SAUER:  Yeah.  Thank you.  As a

22   process point, I am requesting that one attorney

23   make the objections and represent him in this

24   deposition, not two.  Now, I have no problem if

25   Mr. Berger wants to flag something for Mr. Sur.
```

**ELVIS CHAN  11/29/2022**

**Page 23**

```
 1   But I understand that Mr. Sur is defending the
 2   deposition, not Mr. Berger.  So if you've got an
 3   issue, I don't mind if you guys want to talk about
 4   it, but I don't want to have multiple -- multiple
 5   attorneys objecting and instructions being started.
 6   Can we proceed on that basis from now on?
 7        MR. SUR:  We intend to do so.  There my be
 8   some exceptional circumstances that warrant a
 9   different approach, but that's how we expect to
10   proceed.
11        MR. SAUER:  I am fine to hear that.  You
12   know, if things come up that raise an issue, you
13   know, we can -- we can raise them.  But, yeah,
14   anyway, all right.  I mean, to be clear, you know,
15   any law enforcement privilege is held by the
16   government, not by Mr. Chan's personal capacity,
17   and Mr. Sur is the one who is there to represent
18   the government today.
19        Q.   So -- but anyway, okay.  Mr. Chan, or
20   Agent Chan, who do you recall on the social media
21   platform side participating in these -- in these
22   working group meetings that you have been
23   testifying about from 2020 and 2022?
24        A.   The companies that I remember attending
25   the meetings are Facebook; Microsoft; Google;
```

 1   Twitter; Yahoo!, which may have been known as
 2   Verizon Media at the time; Wikimedia Foundation and
 3   Reddit.
 4        Q.   Do you remember any others at this time?
 5        A.   I think I listed seven.  I -- those were,
 6   like, the regular participants that I can remember.
 7        Q.   How about on the U.S. government side,
 8   what agencies were represented at these meetings?
 9        A.   At these meetings, CISA is the host and
10   facilitator for the meeting.  They also invite
11   another component of Department of Homeland
12   Security called Intelligence and Analysis, I&A, so
13   DHS I&A I know attends.  The Office of the Director
14   of National Intelligence, ODNI, attends.  And then
15   from the FBI there is typically a representative
16   from the FBI's Foreign Influence Task Force, which
17   you will hear me abbreviate as FITF regularly.  And
18   then I attend from FBI San Francisco when I am
19   available.
20        Q.   And why are you included in particular?
21        A.   The reason that I attend these meetings is
22   because the way the FBI works is FBI field offices
23   are responsible for maintaining the day-to-day
24   relationships with the companies that are
25   headquartered in their area of responsibility,

**ELVIS CHAN  11/29/2022**

Page 25

```
 1   which I may occasionally abbreviate to AOR.  And
 2   all of the companies that have been listed, with
 3   the exception of Microsoft, are all headquartered
 4   in FBI San Francisco's territory.
 5       Q.   Now, where is Microsoft headquartered?
 6       A.   They are headquartered in Redmond,
 7   Washington.
 8       Q.   And then on the CISA side in particular,
 9   what individuals participate in these meetings?
10       A.   Typically there are senior-level -- what I
11   believe are senior-level officials.  The two that I
12   specifically remember are Matt Masterson and Brian
13   Scully.
14       Q.   Is that Matt Masterson, did you say?
15       A.   Yeah.  Yeah, Matthew Masterson and Brian
16   Scully are the two regular attendees.  And they are
17   usually -- one or both of them -- one -- either one
18   of them is usually emceeing the meeting.
19       Q.   So Brian Scully, do you know him
20   personally?
21       A.   I know him just through work.
22       Q.   Okay.  In what connection at work?
23       A.   And I only know -- I only know
24   Mr. Masterson through work as well.
25       Q.   When you say you know him through work,
```

**ELVIS CHAN  11/29/2022**

Page 26

 1   did you work together on anything other than these

 2   meetings?

 3       A.   So we have met -- I want to say I have met

 4   in person with each of those individuals, twice in

 5   person; but they are primarily through either the

 6   preparatory calls for these meetings that they are

 7   hosting or the meetings themselves.

 8       Q.   So you work with CISA in preparatory calls

 9   for these industry working group meetings?

10       A.   Yes.

11       Q.   And in that connection, you've met Brian

12   Scully and Matt Masterson, correct?

13       A.   Yes.

14       Q.   And Brian Scully is involved in kind of

15   leading or emceeing these meetings; is that right?

16           MR. SUR:  Objection; vague.

17       Q.   BY MR. SAUER:  Or is he the -- is he the

18   leader of the meeting when it convenes?

19       A.   For the 2020 election cycle, Mr. Masterson

20   was the primarily -- he was primarily the

21   facilitator.  Ahead of the 2022 midterm elections,

22   Mr. Scully has been the primary facilitator.

23       Q.   Was that because Mr. Masterson left CISA

24   in the -- in the intervening time?

25       A.   Yes.

1      Q.    Do you know where he works now?

2      A.    Yes.  I believe he works at Microsoft now.

3      Q.    Do you -- do you interact with him now as

4      a representative of a -- of a tech company?

5            MR. SUR:  Objection; vague.

6            THE WITNESS:  I have only interacted with

7      him on two occasions.  One was when he showed up at

8      one of the more recent industry meetings ahead of

9      the 2022 midterm elections.  That is when I

10     discovered that he went to Microsoft.  And then I

11     asked him to send me his new contact information

12     during the call, and then he sent me an email and

13     provided me with his new contact information.

14     Q.    BY MR. SAUER:  You work with CISA on these

15     industry working group meetings to help prepare

16     them, what's the nature of your involvement in

17     preparing for these meetings?  Do you kind of set

18     the agenda or -- you know, what's your involvement?

19           MR. SUR:  Objection; vague and compound

20     and implicates the deliberative process privilege.

21           MR. SAUER:  Let me rephrase the question.

22     Q.    Are you involved in preparing for these

23     meetings?

24     A.    No.  I participate in the preparation

25     meetings, but I do not provide any agenda items.

1       Q.    Do you remember anyone else at CISA

2    besides Mr. Scully and Mr. Masterson who

3    participates in these meetings?

4       A.    I don't recollect any other people's names

5    at this time.

6       Q.    Were there others who participated in --

7    but you just don't remember who they were?

8       A.    Yes, that is correct.

9       Q.    Okay.  Let me -- do you still have Exhibit

10   1 on the screen in front of you, your thesis?

11      A.    Yes.

12      Q.    Okay.  Let me ask -- let's turn back to

13   that for a little while.  And if we could, I am

14   going to scroll ahead to your abstract on Page v.

15   Can you see that clearly, Roman numeral v.

16          MR. SUR:  Roman numeral v.  Okay.

17          THE WITNESS:  Yes, I see it now.

18      Q.    BY MR. SAUER:  And can you see it also on

19   the screen share as well as on the iPad?  I want to

20   make sure you can see the document in both places

21   as we go forward today.

22      A.    I can see the bottom half of one

23   paragraph, and then -- wait, now -- now I see --

24   yeah, I see the bottom paragraph of the --

25      Q.    Actually, can I -- can I direct your

1    attention this sentence here in your abstract that

2    I am highlighting?  I guess, actually, for context,

3    if you see above -- actually, just focus on that

4    sentence.  "This" -- you say, "This thesis finds

5    that the Russians shifted their tactics from 2016

6    to 2020," right?

7         A.   Correct.

8         Q.   And then you say, "Still, the U.S.

9    government and social media companies effectively

10   impeded their influence campaigns primarily through

11   information sharing and account takedowns,

12   respectively," correct?

13        A.   Correct.

14        Q.   What do you mean by "information sharing"

15   here?

16        A.   So "information sharing" is meant --

17   there -- as I mentioned previously, there are two

18   types of information that the U.S. government,

19   specifically the FBI, shares with the social media

20   companies.  The first type of information, the

21   strategic information, which discusses the tools,

22   tactics or processes, shortened to be TPPs, used by

23   the Russians.

24             The second type of information shared by

25   the U.S. government is tactical information.  And

```
 1   when I mean tactical information, I specifically
 2   mean indicators or selectors.  And both of those
 3   are a term of art within the cybersecurity
 4   industry.  And indicators or selectors include IP
 5   addresses, email accounts, social media accounts,
 6   well, website domain names, and, like, file hash
 7   values.
 8       Q.   Sorry.  Say the last thing.  What kind of
 9   hash values?
10       A.   File, like electronic file hash values.
11       Q.   Okay.  And so, yeah, I take it the
12   strategic information is kind of high-level advice
13   to the social media platforms about, you know, the
14   kinds of -- kinds of campaigns the Russians might
15   be conducting; is that fair to say?
16            MR. SUR:  Objection; lacks foundation.
17            THE WITNESS:  I would not -- I would not
18   characterize the information we share as advice.
19       Q.   BY MR. SAUER:  Okay.  Then in that case it
20   is sort of -- is it high-level general information
21   about what FBI understands the Russians are
22   engaging in when it comes to social media influence
23   campaigns?
24            MR. SUR:  Objection; lacks foundation.
25            THE WITNESS:  Yes.
```

1      Q.    BY MR. SAUER:  And then -- go ahead.

2  Sorry.  Go ahead.

3      A.    I can provide an example if that would be

4  illustrative.

5      Q.    **That would be super helpful.  Please do.**

6      A.    I had the 2020 elections, through our

7  investigation of the Internet Research Agency, we

8  discovered that they were trying to set up a base,

9  as it were, or set up offices in western Africa.

10  We shared this type of strategic information with

11  the social media companies.  They were able to use

12  whatever detection methods they have to discover

13  that there were Russian troll farms being set up

14  specifically in Ghana and Nigeria.

15      Q.    **Okay.  And so you mentioned earlier that**

16  **tactical -- that would be strategic information?**

17      A.    That would be strategic.  To summarize, an

18  example would be we believe the Russian troll

19  farms, specifically the Internet Research Agency,

20  is trying to make inroads in western Africa.

21      Q.    **Got you.  And then tactical information**

22  **would be much more specific.  Here are specific --**

23  **I think you said IP addresses, websites, social**

24  **media accounts, that are actually -- the FBI has**

25  **concluded are being operated by the Russians.  Is**

```
 1   that what tactical information is?

 2        A.   That is correct.

 3        Q.   So there is -- and so is there information

 4   sharing from the FBI to social media platforms

 5   providing that kind of specific tactical-level

 6   information?

 7        A.   Yes, there is.

 8        Q.   And I think your -- that then the timeline

 9   in your thesis goes on specifically with

10   "information sharing and account takedowns."  Does

11   "account takedowns" refer to the social media

12   platforms kind of taking down those social media

13   accounts where the FBI identifies them as being

14   operated by Russian actors?

15             MR. SUR:  Objection; lacks foundation.

16             THE WITNESS:  So the FBI shares

17   information with the social media companies, no

18   strings attached, so that the social media

19   companies can protect their platforms as they deem

20   appropriate.  And from what I have observed and

21   what they have told me when we have provided them

22   with high confidence of Russian selectors, that

23   they have been able to discover fake Russian

24   accounts and take them down.

25        Q.   BY MR. SAUER:  So you don't control what
```

**ELVIS CHAN  11/29/2022**

**Page 33**

1   they do, correct?

2       A.   I do not control what they do.

3       Q.   But you provide them with information that

4   they don't have about the source of certain -- you

5   called them selectors or social media accounts,

6   correct?

7       A.   Correct.

8       Q.   And when you provide them with that

9   information, they take it and they pull down those

10  accounts, at least sometimes, fair to say?

11          MR. SUR:  Objection; lacks foundation.

12          THE WITNESS:  If I can clarify, what they

13  do is they take the information that we share, they

14  validate it through their own means.  And then if

15  they determine that these are accounts being

16  operated by Russian state-sponsored actors, then

17  they have taken them down.

18      Q.   BY MR. SAUER:  Oh, okay.  And then -- and

19  that's, I -- I take it, part of the point of your

20  sharing the information with them, right?  So that

21  they can assess and evaluate and then ultimately,

22  if they agree with your conclusion, take them down,

23  correct?

24      A.   Correct.

25      Q.   In other words, the purpose of the

```
 1    information sharing on the FBI's side is to have
 2    the inauthentic Russian accounts taken down so that
 3    they are not influencing political discourse in the
 4    United States, correct?
 5         MR. SUR:  Objection; lacks foundation,
 6    calls for speculation.
 7         THE WITNESS:  I would characterize it as
 8    the FBI provides information to these companies so
 9    that they can protect their platforms as they deem
10    appropriate, and they can take whatever actions
11    they deem appropriate without any suggestion or
12    interference from the FBI.
13       Q.   BY MR. SAUER:  But my question's a little
14    different, which is what -- my question is:  Part
15    of the purpose from the FBI's perspective is to
16    give them the tools to assess and potentially take
17    down accounts that the FBI has deemed to be
18    inauthentic, correct?
19         MR. SUR:  Objection; lacks foundation,
20    calls for speculation.
21       Q.   BY MR. SAUER:  You may answer.
22       A.   So I would say -- inauthentic -- so my
23    focus is on Russian state-sponsored, -controlled
24    accounts.  And so whether the companies take them
25    down or not, it's their own choice.
```

**ELVIS CHAN  11/29/2022**

```
 1        Q.   Right, but is it your purpose in giving

 2    them the information that the FBI believes or has

 3    concluded that they are Russian-operated accounts,

 4    is it your purpose to equip them to take them down

 5    if they end up agreeing with your assessment?

 6             MR. SUR:  Objection; lacks foundation,

 7    calls for speculation.

 8             THE WITNESS:  My purpose is to share the

 9    information with them so that they can protect

10    their platforms as they deem appropriate.

11        Q.   BY MR. SAUER:  And one way to protect

12    their platforms is to take down these accounts,

13    correct?

14        A.   That is correct.

15        Q.   And, in fact, that's what you say here in

16    this sentence, right?  You say that, "the U.S.

17    government and social media companies effectively

18    impeded their influence campaigns...through

19    information sharing and account takedowns," right?

20        A.   I said that.  You can see -- I put

21    "respectively" because it was the U.S. government,

22    specifically the FBI, sharing information; and it

23    was the social media companies doing the account

24    takedowns.

25        Q.   Right.  And the joint result of that was
```

**ELVIS CHAN  11/29/2022**

Page 36

```
 1    effectively impeding Russian influence campaigns,
 2    correct?
 3        A.    Correct.
 4        Q.    And -- and that's FITF's goal, right?  To
 5    effectively impede Russian influence campaigns,
 6    right?
 7            MR. SUR:  Objection; lacks foundation,
 8    calls for speculation.
 9            THE WITNESS:  Yeah, FITF -- my
10    understanding of FITF's goal is to counter malign
11    foreign-influence campaigns.
12        Q.    BY MR. SAUER:  Does that include
13    effectively impeding their influence campaigns, as
14    you say in your thesis?
15        A.    Yes.
16        Q.    Does that include doing so through account
17    takedowns by information sharing with social media
18    platforms?
19            MR. SUR:  Objection; lacks foundation,
20    mischaracterizes the testimony.
21            THE WITNESS:  Yeah, I believe you're
22    mischaracterizing.  So like I said before, the FBI
23    shares information with no strings attached and no
24    expectations to -- for the companies.  And the
25    companies, they can protect their own platforms.
```

1           MR. SAUER:  I am going to jump ahead to

2    page little Roman xvii.

3           You can see there, Indraneel, it's going

4    to be on Page 19 of the PDF.  See that?

5           MR. SUR:  Yep.  Yeah, we're on it.

6     **Q.   BY MR. SAUER:  Okay.  I believe this is a**

7    **kind of summary section of your thesis.  You talk**

8    **about in this paragraph here that begins with, "The**

9    **U.S. government's response," that I have**

10   **highlighted; do you see that?**

11        A.   Yes.

12        **Q.   And you say, "The U.S. government's**

13   **response to the Russian influence campaign appeared**

14   **more robust before the 2020 elections than in the**

15   **2016 or 2018 elections," correct?**

16        A.   Correct.

17        **Q.   And then in the next sentence, you say,**

18   **"The most important actions taken by the U.S.**

19   **government may have been the information sharing**

20   **with the social media companies to expose Russia's**

21   **different operations and shut down its accounts,"**

22   **correct?**

23        A.   Correct.

24        **Q.   So the information sharing was done, "To**

25   **expose Russia's different operations and shut down**

1   its accounts," right?

2        A.   Correct.

3        Q.   And then "its" refers to Russia, right?

4   So (as read) "to expose Russia's different

5   operations and shut down Russia's accounts,"

6   correct?

7        A.   Correct.

8        Q.   I am going to jump ahead a few pages to

9   Page xxii.

10        MR. SAUER:  And, Indraneel, if you're

11   following on your iPad, that's going to be Page 24

12   of the PDF.

13        Q.   There's a reference here in the

14   acknowledgments where you refer to, "My colleagues

15   back at headquarters who were in the trenches with

16   me as we worked to protect the 2020 elections."

17   See that?

18        A.   Yes.

19        Q.   Okay.  What are you talking about there

20   where it says (as read), "in the trenches with you

21   as you worked to protect the 2020 elections"?

22        A.   I'm referring to my colleagues

23   specifically at the Foreign Influence Task Force

24   who participated in the meetings with me, who

25   provided briefings to the companies and who

1    coordinated the information sharing.

2        **Q.    And so you said you had meetings with the**

3    **companies.   What meetings did you have?**

4        A.    We had -- let me be more clear.  I hosted

5    meetings, bilateral meetings between each of the

6    companies I mentioned and the Foreign Influence

7    Task Force.

8            And we would also bring in field offices

9    that had investigations related to malign foreign

10   influence by state-sponsored actors.  We would also

11   bring in field offices that had cyber

12   investigations.  And when I mean cyber

13   investigations, I mean state-sponsored actors that

14   the FBI was investigating that we believe were

15   capable of hack-and-dump campaigns that we observed

16   in the 2016 election.

17       **Q.    Okay.  Let me unpack that a bit.**

18           **First of all, you said there were meetings**

19   **with social media companies, between you and social**

20   **media companies during the 2020 election cycle,**

21   **correct?  Is that what we're talking about?**

22       A.    Yes, that is correct.

23       **Q.    Now, did those meetings also continue in**

24   **the 2022 election cycle?**

25       A.    Yes.  They occur at roughly a quarterly

 1   cadence.

 2        Q.   And then do they -- does the cadence

 3   increase as elections get close?

 4        A.   Yes, they do.  And --

 5        Q.   Now, does that become monthly as the

 6   election nears and then weekly very close to the

 7   elections?

 8        A.   Ahead of the 2020 elections, that is

 9   correct.  Ahead of the 2022 elections, we moved it

10   from quarterly to monthly, and then we just had one

11   meeting a week ahead of the midterm elections.

12        Q.   I'm sorry.  You said you had one weekly

13   meeting ahead of the midterm elections?

14        A.   Right.  We had one meeting a week before

15   the midterm elections.

16        Q.   Oh, and how long was the -- how long was

17   that period of weekly meetings?  Was that, like,

18   the month before or the three months before?

19        A.   No.  Just the week before the election

20   itself.

21        Q.   Oh, okay.  There was one weekly meeting,

22   right, the week before the election?

23        A.   Yeah.  There was -- yeah.  So there was a

24   monthly meeting in October; and then we had another

25   meeting out of -- you know, out of cadence the week

1    before the election, so the end of October.

2        Q.    And then are these meetings going back to

3    quarterly now that the election has passed?

4        A.    That is correct.

5        Q.    And so you're -- you'll have quarterly

6    meetings with the social media companies going

7    forward until the 2024 election cycle gets closer?

8        A.    That is what I anticipate.

9        Q.    And then as that election gets closer,

10   then you'll move to monthly and eventually weekly a

11   couple years from now, or in the fall of 2024; is

12   that fair to say?

13           MR. SUR:  Objection; calls for

14   speculation.

15           THE WITNESS:  That is what I anticipate.

16       Q.    BY MR. SAUER:  Let me ask you this:  What

17   social media companies are involved in these

18   meetings?

19           MR. SUR:  Objection; vague.

20           THE WITNESS:  Currently or in 2020?

21       Q.    BY MR. SAUER:  Well, let's start with

22   2020.  I'd like to know both.  Let's start with

23   2020, please.

24       A.    So for the 2020 elections, we regularly

25   met with Facebook, Google, Twitter, Yahoo!, Reddit

1  and LinkedIn.

2      Q.    Okay.  And then who did you -- which

3  social media companies did you meet with in 2022?

4      A.    The same companies; and we -- less -- not

5  on a quarterly basis, but on a periodic basis,

6  maybe twice this year, we also met with Apple and

7  Wikimedia Foundation.

8      Q.    Does Apple operate social media platforms?

9      A.    They do not.

10     Q.    Then why did they get added to this -- the

11  list?

12     A.    They were added because they are a cloud

13  infrastructure company; and we believe that

14  tactical information, specifically indicators that

15  we shared with them related to

16  foreign-state-sponsored actors, might pop up on

17  any -- any screening they do on iCloud.

18     Q.    How about in the 2018 election cycle, did

19  these meetings happen back then?

20     A.    Yes, they did.  On a quarterly cadence.

21     Q.    And did they ever get to monthly or weekly

22  back then?

23     A.    I don't recollect.  They may have, but I

24  don't recollect at this time.

25     Q.    You -- what -- let me ask this:  What

**ELVIS CHAN  11/29/2022**

**Page 43**

```
 1    kinds of people are you meeting with from these
 2    social media platforms?  Is this members of the
 3    trust and safety teams of these platforms?
 4             MR. SUR:  Objection; vague.
 5             THE WITNESS:  There are typically two
 6    types of people that we meet at these companies --
 7    and when I mean types, I mean roles.  So as you
 8    mentioned, one role of person that we typically
 9    meet is a trust and safety or site integrity or
10    cybersecurity.  Like, so a security function person
11    or team of people.
12             And then we meet with their attorneys too.
13    So typically there is a security counsel or trust
14    and safety counsel.
15       Q.   BY MR. SAUER:  And those trust and safety
16    and site integrity teams, they are responsible for
17    defending those platforms from kind of hacking
18    attempts and things like that, right?
19             MR. SUR:  Objection; vague, assumes facts
20    not in evidence.
21             THE WITNESS:  That is my understanding.
22       Q.   BY MR. SAUER:  And then they are also, I
23    take it, in charge of enforcing the -- you know,
24    the terms of service or the content modulation
25    policies at those platforms; is that right?
```

**ELVIS CHAN  11/29/2022**

**Page 44**

```
 1      A.    That is my understanding.
 2      Q.    Let me ask you this:  With respect to
 3   Facebook, who do you meet with on the trust and
 4   safety team?
 5      A.    In what context?  Specifically for the
 6   FITF meetings?
 7      Q.    Well, let's start with those, and then
 8   I'll ask you about other contexts.  Yeah, these
 9   sort of quarterly, monthly, then weekly cadence
10   meetings we have been talking about, who attends
11   from the kind of trust and safety or site integrity
12   group from Facebook?
13      A.    From, yeah, the trust and safety side of
14   that house, the people that I typically meet with
15   are Emily Vacher, Ryan Kelly, Mike Devilotski, Mike
16   Torrey.  The -- those are the senior-level
17   officials.  They are either manager- or
18   director-level officials.  And typically the --
19   they have investigators or analysts under them, but
20   that's kind of rotating and on an ad hoc basis --
21   on an as-needed basis.  I don't recollect the names
22   of most of the analysts.
23      Q.    Do you interact with Facebook employees in
24   other contexts?
25            MR. SUR:  Objection; vague.
```

**ELVIS CHAN  11/29/2022**

**Page 45**

```
 1              THE WITNESS:  Yeah.  The majority of my
 2    interaction with Facebook is not in the
 3    disinformation or malign-foreign-influence realm.
 4    It is actually for things related to my -- to the
 5    Cyber Branch, which are specifically cyber
 6    investigations.
 7        Q.   BY MR. SAUER:  How about Twitter?  Who do
 8    you meet with at Twitter when it relates to
 9    disinformation and malign-foreign-influence
10    operations?
11        A.   The same as with Facebook.  I meet with
12    trust and safety/site integrity people, and then I
13    meet with their security counsel.
14        Q.   And then what -- what human beings at
15    Twitter from the trust and safety/site integrity
16    group do you meet with?
17        A.   The head of site integrity until the day
18    after the midterm elections that I met with was
19    Yoel Roth, and his senior manager is Will Newland.
20    But they have both told me they are no longer with
21    the company.
22        Q.   Do you have any new contacts at Twitter
23    now?
24        A.   I was provided their counterpart in the
25    Dublin, Ireland, office; and I believe his name was
```

```
 1   Aaron Roderick.  I have only exchanged like two
 2   emails with him.
 3        Q.   So but up until quite recently, your
 4   principal trust and safety contacts at Twitter were
 5   Yoel Roth and Will Newland?
 6        A.   That is correct.
 7        Q.   But they are both senior- or
 8   management-level officials in site integrity or
 9   trust and safety?
10        A.   That is my understanding.
11        Q.   Anyone else at Twitter that -- who would
12   participate in meetings that relate to malign
13   foreign influence or disinformation?
14        A.   Yes.  On the attorney side, they regularly
15   had several security counsels attend.  And the
16   senior official at the time of the 2020 elections
17   was Angela Sherrer, but she is also no longer with
18   the company.
19        Q.   Okay.  And then how about Google, who do
20   you -- or who do you meet with at Google about
21   disinformation and malign-foreign-influence
22   activities?
23        A.   On the site integrity/trust and safety
24   side, the senior director of that group is Shane
25   Huntley.
```

**ELVIS CHAN  11/29/2022**

Page 47

```
 1         Q.    Anyone else besides -- is that a
 2    Mr. Huntley?
 3         A.    Yeah.  Mr. Shane Huntley.
 4         Q.    And then is there anyone else at Google
 5    who you meet with?
 6         A.    Yes.  Up until recently, I would say
 7    earlier this year, the senior attorney that we met
 8    with was Richard Salgado, but he has since retired.
 9         Q.    Anyone else besides those two individuals?
10         A.    Those are the two senior officials.  The
11    other officials that I would meet with regularly on
12    the attorney side include Harold Chun and Mike
13    Maffei.
14         Q.    Sure.
15         A.    But I believe both of them are senior
16    security counsels.
17         Q.    How about Yahoo!, who do you meet with on
18    the site integrity or trust and safety side from
19    Yahoo! as it relates to malign foreign influence
20    and disinformation?
21         A.    The head of the group that we met with --
22    they are colloquially known as "The Paranoids" --
23    is named Chris Kieft.
24         Q.    Why are they called "The Paranoids"?
25         A.    I believe it was -- I'm not sure, but I
```

 1  believe it was a previous chief information

 2  security officer who said that it was the job of

 3  his team to be paranoid in order to protect their

 4  platform.

 5      **Q.   Are they paranoid in your view?**

 6          MR. SUR:  Objection; calls for

 7  speculation.

 8          THE WITNESS:  They are very good people to

 9  work with.

10      **Q.   BY MR. SAUER:  I'm sorry.  Tell me their**

11  **names again?**

12      A.   Chris Kieft is the director of that group,

13  and then the senior manager is Suruchi Chen.

14      **Q.   Is there anyone else on the trust and**

15  **safety/site integrity side from Yahoo! that you**

16  **meet with?**

17      A.   There are different investigators that

18  they will have briefing different things, but I

19  don't recollect any of their names at this time.

20      **Q.   Okay.  And then how about Reddit, who do**

21  **you meet with from Reddit on the site**

22  **integrity/trust and safety side as it relates to**

23  **disinformation or malign foreign influence?**

24      A.   His name is Tyler Otto.  He is the head of

25  data sciences at Reddit.

**ELVIS CHAN  11/29/2022**

Page 49

```
 1        Q.    Anyone else at Reddit who you meet with
 2    about those topics?
 3        A.    Yes.   The -- his senior manager is named
 4    Aylea Baldwin.
 5        Q.    Is that A-l-i-a?
 6        A.    A-y-l-e-a.
 7        Q.    All these officials you have talked about
 8    from these various social media platforms --
 9    Facebook, Google, Twitter, Yahoo!, Reddit -- these
10    are all people that would have authority over
11    enforcing terms of service at their respective
12    platforms, correct?
13               MR. SUR:  Objection; mischaracterizes the
14    testimony and calls for speculation.
15               THE WITNESS:  That is my understanding.  I
16    don't know if they have the authority, but they
17    will at least inform the decision-makers, whoever
18    they may be.
19        Q.    BY MR. SAUER:  But they'd be directly
20    involved in the enforcement of terms of service for
21    these various platforms; is that fair to say?
22        A.    That is my understanding.
23        Q.    And that includes, of course, content
24    modulation of content on the platforms, right?
25               MR. SUR:  Objection; vague, calls for
```

1    speculation.

2            THE WITNESS:  That is my understanding.

3        **Q.   BY MR. SAUER:  Turning back to your**

4    **thesis, you talk about (as read) "being in the**

5    **trenches with you as you worked to protect the 2020**

6    **elections."  Were there any other steps you took in**

7    **the trenches other than those -- these, I guess,**

8    **information sharing meetings you have described**

9    **with those, I think, seven platforms?**

10           MR. SUR:  Objection; vague.

11           THE WITNESS:  Yes.  One of the things that

12    I did more frequently was San -- FBI San

13    Francisco's territory includes 16 counties.  So I

14    provided them, the county registrar or county

15    clerk's offices, their information security

16    personnel, with monthly cybersecurity updates and

17    guidance.

18        **Q.   BY MR. SAUER:  And so that would involve**

19    **advising county clerks and registrars how to fend**

20    **off hacking attempts?**

21        A.   Yes.  I would -- I would share indicators

22    with them -- I would share the same type of

23    information that I shared with social media

24    companies, to a more limited extent.  I would share

25    strategic information about what we saw

1   foreign-state-sponsored actors doing.

2          And then where appropriate, we would share

3   indicators with companies, but these were not --

4   these would primarily be IP addresses and domain

5   names so that they could see if they were popping

6   up anywhere on their networks.

7      **Q.   I am going to jump ahead in your thesis to**

8   **Page 17 of the main text.**

9          MR. SAUER:  And Indraneel, if you're --

10  are you following along on your iPad?

11         MR. SUR:  I am trying, yes.

12         MR. SAUER:  I think this is going to be

13  Page 41 of -- Page 41 of the -- of the PDF.

14     **Q.   Agent Chan, can you see the screen share**

15  **in front of you well?  I have made it a little**

16  **smaller to make it easier for me to read.**

17     A.   Yeah.  I can see the -- there's part of

18  one paragraph and the beginning of a second

19  paragraph.

20     **Q.   Can you see there that there's -- you**

21  **refer to "DiResta" there at the top of the page?**

22  **Do you see what I've highlighted?**

23     A.   Correct.

24     **Q.   Who is DiResta?**

25     A.   Renée DiResta is a researcher at the

 1   Stanford Internet Observatory.

 2       Q.   And -- and so do you know her personally?

 3       A.   I have engaged with her on phone calls.

 4       Q.   What were the nature of those phone calls?

 5       A.   The nature of these phone calls were

 6   actually related to threats being directed at her

 7   as well as about Russian disinformation.

 8       Q.   Okay.  And you -- threats being directed

 9   at her, you mean someone had personally made

10   threats at her, and you were, as an FBI agent,

11   relating them back with her; is that fair to say?

12       A.   That is -- that is correct.  And the

13   threats would be --

14       Q.   And were the threats -- I don't want to --

15       A.   The threats were --

16       Q.   Go ahead.  Sorry.  I didn't mean to

17   interrupt you.

18       A.   The threats were of an online nature that

19   were -- that she was concerned may be

20   state-sponsored in nature.

21       Q.   Oh, okay.  Okay.  And that -- what -- and

22   then what was the second thing that you said that

23   you were engaged with her on?

24       A.   A lot of conversations about Russian

25   disinformation.

**ELVIS CHAN  11/29/2022**

1      Q.   Yeah.  What did you say to each other

2   about Russian disinformation?

3      A.   I was mostly listening, but -- and I would

4   ask her for her thoughts about what she was seeing

5   from the Internet Observatory.

6      Q.   Did you have these conversations in

7   connection with writing your thesis, or was it in

8   connection with your work as an FBI agent in the

9   field?

10      A.   It was connected to my work as an FBI

11   agent in the field.

12      Q.   When did you talk to Renée DiResta?

13      A.   I want to say maybe in 2019.

14      Q.   Would that be the only time?

15      A.   Yeah.  I can only recollect two phone

16   calls that I had with -- with her.

17      Q.   And those would have been in 2019?

18      A.   Yes.

19      Q.   Do you know why you called her?

20      A.   She called me on the first call to --

21      Q.   Why did she call you?

22      A.   To -- she had been given my contact

23   information by the head of the Stanford Internet

24   Observatory, and she was concerned about Russian

25   actors either providing her -- or -- giving her

```
 1   online threats or potentially slotting her.
 2       Q.   Okay.  Who is the head of the Stanford
 3   Internet Observatory?
 4       A.   Alex Stamos.
 5       Q.   Do you know Mr. Stamos?
 6       A.   I do.
 7       Q.   How do you know him?
 8       A.   I know him from his time as the chief
 9   security officer for Facebook.
10       Q.   And was he one of the Facebook officials
11   that you interacted with in your professional
12   capacity as an FBI agent when he was there?
13       A.   Yeah, when he was there, but he was not --
14   he left before the 2020 election cycle.
15       Q.   Was he involved in any of the meetings
16   you've talked about where malign-foreign-influence
17   activities were discussed?
18       A.   He was involved in a few, but he left it
19   to the people that I mentioned who reported to him.
20       Q.   So when did he leave Facebook?
21       A.   I can't remember, but it was ahead of the
22   2020 election cycle.
23       Q.   So -- do you think he would have left
24   before 2020 began or during 2020?
25       A.   I think he left well before 2020.  I think
```

**ELVIS CHAN  11/29/2022**

Page 55

```
1    he left after the midterms, but I can't remember.
2        Q.    You mean the 2018 midterms?
3        A.    I'm sorry.  Yeah.  The 2018 midterm
4    elections.
5        Q.    Okay.  Have you had any discussions with
6    Mr. Stamos since he left Facebook?
7        A.    Yes.  But not about Russian
8    disinformation.
9        Q.    Generally what have they been about?
10       A.    Cybersecurity and trust and safety.
11       Q.    What is trust and safety?
12       A.    Trust and safety is protecting platforms
13   from hacking and -- yeah, I -- primarily hacking.
14       Q.    Have you had any discussions with him
15   about protecting platforms from, you know,
16   malign-foreign-influence activities?
17       A.    No.
18       Q.    No?
19       A.    Not since -- not since the -- you know,
20   before the 2018 midterm elections.  Not in his
21   current capacity at the Stanford Internet
22   Observatory.
23       Q.    Lower down on the page you see I have
24   highlighted a reference to Professor Kate Starbird.
25   Do you see that?
```

```
 1        A.    Yes.
 2        Q.    Do you know Kate Starbird?
 3        A.    I do not know her personally.
 4        Q.    Have you ever talked to her to your
 5   recollection?
 6        A.    I have never talked to her.
 7        Q.    Okay.  So you're -- you only -- you only
 8   reference her research in your thesis, but you have
 9   never talked to her?
10        A.    That is correct.
11        Q.    Are you familiar with the Stanford
12   Internet Observatory and the University of
13   Washington teaming up on something called the
14   "Election Integrity Partnership"?
15        A.    I am generally aware of that.
16        Q.    Okay.  What do you know about the Election
17   Integrity Partnership?  What is it, if you know?
18             MR. SUR:  Objection; vague.
19             THE WITNESS:  My knowledge is just
20   general.  So I knew they partnered on election
21   integrity and I knew that there was research
22   involved, but that's the extent of my knowledge.
23        Q.    BY MR. SAUER:  How do you know that?
24        A.    I think I read it somewhere in a news
25   article.
```

 1       Q.    Have you ever talked to anyone involved in

 2    the Election Integrity Partnership?

 3       A.    Not that I'm aware of.

 4       Q.    Did you have any involvement in it?

 5       A.    No.   I would have known.   So no, not that

 6    I'm aware of.

 7       Q.    How about any other federal agencies, are

 8    you aware of them being involved or working with

 9    the Election Integrity Partnership?

10       A.    I am not aware of any other federal

11    agencies.

12       Q.    And then would that include the FBI?   Do

13    you know if the FBI has had or if it is involved in

14    any way with the Election Integrity Partnership?

15       A.    I do not have any knowledge of that.

16    However, I know that my colleagues at FBI

17    headquarters regularly meet with researchers much

18    more frequently than I do.

19       Q.    So is it possible that your colleagues at

20    FBI headquarters meet with Alex Stamos?

21            MR. SUR:   Objection; calls for

22    speculation.

23       Q.    BY MR. SAUER:   If you know.

24       A.    Not to my knowledge, because since Alex

25    Stamos is at Stanford and Stanford is located in

**ELVIS CHAN  11/29/2022**

**Page 58**

```
 1    FBI San Francisco's territory, it is common
 2    courtesy to ask the field office to broker the
 3    meeting or to at least make them aware that they
 4    are coming into the territory.  So I am not aware
 5    of any of them meeting with Alex Stamos.
 6         Q.   What researchers out there in California
 7    are you aware that they have met with other than
 8    Mr. Stamos?
 9         A.   I am aware that they have at least had
10    discussions with a researcher at University of
11    California at Berkeley, Professor Hany Farid.
12         Q.   How do you spell that?
13         A.   H-a-n-i [verbatim]; and I believe his last
14    name is F-a-r-e-e-d, but it could be F-a-r-i-d.  I
15    am not sure.
16         Q.   Any other researchers you are aware of
17    them meeting with?
18         A.   That's the only one in my territory that I
19    am aware of them meeting with.
20         Q.   How about Kate Starbird, do you know if
21    they've ever met with her at FBI headquarters?
22         A.   I am not aware.
23         Q.   I want to jump ahead in your thesis to
24    Page 25.
25              MR. SAUER:  And, Indraneel, it is Page 49
```

```
 1    in the PDF.
 2         Q.    Earlier, Agent Chan, you testified that
 3    there is kind of two kinds of Russian influence
 4    operations that you discussed in the thesis.  I
 5    think you referred to hack-and-dump operations,
 6    right?
 7         A.    That's correct.
 8         Q.    And that's a -- a reference to hackers
 9    reaching into a computer network, stealing data and
10    then kind of publicizing it, right?
11         A.    Yeah, that's correct.
12         Q.    And then here you also refer to "attempted
13    hacks on the" -- "the actual voting systems," but
14    you say that that's not the focus of your thesis,
15    right?
16         A.    Yeah, that is correct.
17         Q.    Then here, I think in this next paragraph,
18    where you refer to "Online social media influence
19    campaigns," that's what's your thesis actually
20    focuses on in this document, right?
21         A.    That is correct.
22         Q.    Okay.  At a high level, can you describe
23    what sorts of online social media influence
24    campaigns have been conducted by the Russians?
25         A.    So broadly speaking, they have -- they --
```

 1   and when I mean "they," I mean the Internet

 2   Research Agency and other Russian state-sponsored

 3   actors -- have news -- have created fake social

 4   media accounts, and they have either generated

 5   disinformation themselves or they have amplified

 6   existing content from current users of the social

 7   media platforms.

 8       **Q.    So they generate their own disinformation.**

 9   **What does that entail?**

10       A.    So they make their own content.

11       **Q.    Okay.  So can you -- can you give us a**

12   **specific example of what that might look like?**

13       A.    Like -- like they -- they will make their

14   own Facebook postings.  They will -- they will copy

15   other people's Facebook postings.  And they will --

16   I mean, when I say "content," they try to find what

17   are the hot-button or current issues in the news

18   around the time frame they're looking at, and then

19   they will try to either generate content --

20       **Q.    Okay.**

21       A.    -- themselves related to that or they will

22   amplify existing content.

23       **Q.    Okay.  So they might -- we'll say -- or**

24   **suppose there's a hot-button issue, and they will**

25   **create some inflammatory Facebook post and push**

1   that out into social media, that's one thing they

2   do?

3       A.   Yes.

4       Q.   And I take it the goal there is they are

5   trying to get ordinary, real people on social

6   media, including Americans, to kind of interact

7   with or engage with that content, right?

8            MR. SUR:  Objection; vague, calls for

9   speculation.

10           THE WITNESS:  That is my understanding, is

11  that in general the Russian government and the

12  Internet Research Agency want to sow discord in the

13  American online environment.

14      Q.   BY MR. SAUER:  So the goal there is to

15  have -- they post messages that they anticipate

16  will be divisive and try and get Americans to

17  engage with them, right?

18      A.   Yeah.  That is my understanding.

19      Q.   And "engagement," I take it, can mean

20  multiple things on a social media platform.  That

21  might mean reading the post.  That would be a form

22  of engagement, right?

23      A.   Yes, sir.  Yeah.  The -- so the

24  companies -- I use the companies' definition.  And

25  when they say "engagement," they do -- they mean

1   different things as well.  Like you said, viewing

2   is one of the types of engagement.  And they will

3   let us know, "Hey, Elvis.  You shared this IP

4   address with us.  We found these accounts, and they

5   had low-level engagement."

6           And when I ask, "What is low-level

7   engagement?" they will typically characterize it

8   as, "Oh, there was, you know, a dozen views."

9       Q.   Right.  Whereas high-level engagement

10  might be a million views, right?

11      A.   Yes.

12      Q.   Okay.  Or 100,000 views might be a

13  high-level engagement, fair to say?

14      A.   Yeah.  Yeah, that's fair.

15      Q.   And then, you know, liking or disliking a

16  post is another kind of engagement; is that fair to

17  say?

18      A.   For the Facebook and Instagram platforms

19  specifically.

20      Q.   Yeah.  Or -- and then doesn't Twitter have

21  a kind of function that you can kind of express

22  approval or disapproval in that way?

23      A.   Yeah.  I believe so.

24      Q.   Is that -- do you know what that's called?

25      A.   I can't remember the name for it.

```
 1       Q.   And it's the equivalent of liking
 2  something on Facebook.  You could, you know, like a
 3  tweet, essentially; is that fair to say?
 4            MR. SUR:  Objection; vague.
 5            THE WITNESS:  I would assess them as being
 6  similar.
 7       Q.   BY MR. SAUER:  Yeah.  And then there's --
 8  again, and obviously reposting it is another form
 9  of engagement, right?
10       A.   That is correct.
11       Q.   And also there's reposting it with
12  commentary as well, right?
13       A.   That is correct.
14       Q.   And I take it these are all forms of
15  engagement that these social media influence
16  campaigns that you are referring to in your thesis
17  are kind of designed -- at least they are trying to
18  get people to do that, at least regular, you know,
19  kind of not real users, not bots; the Russians are
20  trying to get people to engage on their divisive
21  content, right?
22            MR. SUR:  Objection; calls for
23  speculation.
24            THE WITNESS:  Yeah.  So it is my opinion
25  that, you know, based on what I know, that that is
```

1   what the Russians -- Russians are attempting to do.

2       Q.   BY MR. SAUER:  I take it from your thesis

3   that they have met with mixed success in these

4   efforts, right?  In some of their efforts they were

5   highly effective in getting high levels of those

6   kinds of engagements, whereas others it would --

7   kind of fizzled; is that fair to say?

8       A.   Yes.  I would say it was hit and miss.

9       Q.   And I think you -- in your thesis you talk

10  about how in 2016 they had high, high levels of

11  success, right, because there were essentially no

12  countermeasures taken by social media platforms?

13      A.   That is correct.

14      Q.   And I think you cite examples of

15  situations where there are Russian-originated

16  content with hundreds of thousands or -- I think

17  you talk about millions of Americans interacting

18  with it, you know, liking it, disliking it,

19  reposting it and all that; is that fair to say?

20          MR. SUR:  Objection; compound.

21          THE WITNESS:  That is for the 2016

22  election cycle.

23      Q.   BY MR. SAUER:  And then I take it maybe

24  there was -- there was some engagement in the 2018

25  and 2020 election cycles, but probably not quite as

1    much as in 2016, right?

2        A.    That is correct.

3        Q.    How would you kind of characterize the

4    levels of engagement?  You know, the various forms

5    of engagement I have talked about -- reading it,

6    liking it or disliking it, reposting it or

7    reposting it with commentary -- how do those levels

8    of engagement in general with the kind of Russian

9    malign content, what levels were those at in 2016

10   and 2018?

11            MR. SUR:  Objection; compound.

12            THE WITNESS:  Well, on Page 35 I give one

13   example where you can see how IRA controlled

14   accounts and the numbers of users they reached.

15   And so -- on Page 35, you see that table, right?

16            So those are the types of numbers.  And

17   then after that, you know, when we compare to 2020,

18   it's less.

19        Q.    BY MR. SAUER:  Okay.  It is not --

20        A.    But those are the numbers that were, you

21   know, provided.  I think these -- I think that I

22   footnoted that it's from -- it's from the special

23   counsel's report.

24        Q.    I got you.  That's from Robert Mueller's

25   report?

```
 1        A.    That is correct.
 2        Q.    That indicates that there were really a
 3   very high level of number of users reached from
 4   Facebook, 126 million users reached by 2016 Russian
 5   messages, fair to say?
 6        A.    Yes.
 7        Q.    And I take it that, you know, some subset
 8   of those people are reading it, or at least
 9   clicking on it to read it; is that fair to say?
10        A.    Yeah.  So the "Number of Users Reached,"
11   my interpretation is that is views.
12        Q.    Got you.
13        A.    Unique views, yeah.
14        Q.    Some of them, but we just don't know how
15   many, but some of them would have liked it or
16   disliked it, fair to say?
17        A.    Yeah, I have no idea how many would have
18   liked it or disliked it.
19        Q.    And then some of them -- some may have
20   reposted it, right?
21        A.    They may have, but I don't know.
22        Q.    And then that Twitter figure shows -- what
23   is it -- about 1.4 million Twitter users were
24   reached by these activities in 2016?
25        A.    Yes, that is correct.
```

1       Q.   Let's -- I am going to flip back to Page

2   29.  You've got this kind of graphic picture of --

3   of Hillary Clinton with a black kind of "X" painted

4   on her face.  Do you see that?

5       A.   Yes.

6       Q.   And I take it this is an example of

7   something that was -- it is actually

8   Russian-originated content kind of masquerading as

9   something posted by an American, right?

10      A.   Yeah.  That is an example.

11      Q.   And this is the sort of thing that

12  might -- is this the sort of thing that would have

13  resulted in engagements by users?

14          MR. SUR:  Objection; vague, calls for

15  speculation.

16          THE WITNESS:  Well, from this one, there

17  appeared to be 763 reactions.

18      Q.   BY MR. SAUER:  Do you know what

19  "reactions" mean?  Is that liking or disliking, or

20  is that something else?

21      A.   I am not -- I am not familiar.

22      Q.   Okay. So that might mean -- might mean

23  liking or disliking, but it might also mean

24  reposting?

25      A.   Yeah.  I don't know.

**ELVIS CHAN  11/29/2022**

Page 68

```
 1        Q.    So at least 763 people for this example
 2   did something more than just reading it, right, or
 3   viewing it?
 4             MR. SUR:  Objection; calls for
 5   speculation.
 6             THE WITNESS:  Yeah.  I don't know what a
 7   reaction means.  It could just mean viewing it, but
 8   it could mean taking some further action.
 9        Q.    BY MR. SAUER:  And the next step, 76
10   people commented on this, right?
11        A.    Yes.
12        Q.    And then those comments are people who
13   presumably said something, whether they agree or
14   disagree or just want to say something about this
15   kind of political ad, fair to say?
16             MR. SUR:  Objection; calls for
17   speculation.
18             THE WITNESS:  Yeah.  I don't know what the
19   nature of the comments are, but your
20   characterization is probable.
21        Q.    BY MR. SAUER:  The accounts -- I suppose
22   you have talked about account takedowns earlier.
23   If this account that posted this ad is taken down,
24   do all those comments get taken down with it?
25             MR. SUR:  Objection; calls for
```

```
 1   speculation.

 2           THE WITNESS:  I don't know.

 3       Q.   BY MR. SAUER:  Oh, so you think that the

 4   comments may stay up with the account gone?

 5       A.   I -- to be honest with you, I do not use

 6   any social media.

 7       Q.   I see.  So you don't know if -- you don't

 8   know if the comments kind of remain floating out on

 9   Twitter when the underlying picture of Hillary

10   Clinton with black paint on her face is taken down?

11       A.   I do not know.

12       Q.   Turning to the next page of your thesis,

13   Page 30, here in this Subsection a you talk about

14   "The IRA's Social Media Activities," right?

15       A.   Correct.

16       Q.   Okay.  And the "IRA" is the "Internet

17   Research Agency," right?

18       A.   In this context, correct.

19       Q.   Right.  Not in the Ireland separatist

20   context.

21           Just generally speaking, can you describe

22   what the IRA is in this context?

23           MR. SUR:  Objection; vague.

24           THE WITNESS:  So in this paragraph I

25   describe the three lines of activities that I
```

**ELVIS CHAN  11/29/2022**

1  observed the IRA doing in terms of malign-influence

2  campaigns.

3      Q.   BY MR. SAUER:  Okay.  And the first one

4  you say is they "made and maintained fake user

5  accounts and pages on social media platforms that

6  covered a range of political issues," right?

7      A.   That is correct.

8      Q.   And that's a bit like what we have already

9  been talking about, where they're -- I take it they

10  are creating fake accounts and pages and trying to

11  gather American viewers to review and engage with

12  their content, right?

13          MR. SUR:  Objection; vague, calls for

14  speculation.

15          THE WITNESS:  That is my assessment, yeah.

16      Q.   BY MR. SAUER:  And it says, "For these

17  accounts and pages, the IRA employees generated

18  organic content to ingratiate themselves with

19  online communities and amplify or steer the themes

20  discussed in those communities," correct?

21      A.   Yes, that is what I wrote.

22      Q.   And they were trying to influence online

23  conversations involving real American citizens,

24  right?

25      A.   That was my assessment and is my

1    assessment.

2        Q.    All right.  So that, I take it, would

3    involve the kind of active engagement that we

4    talked about a minute ago:  not just reading what

5    they say, but maybe reposting it, commenting on it,

6    you know, and having a higher level of engagement

7    than just viewing it, right?

8            MR. SUR:  Objection; compound and calls

9    for speculation.

10           THE WITNESS:  That would be my

11   understanding.

12       Q.    BY MR. SAUER:  You go on to say,

13   "Second" -- and this ties back to something I think

14   you foreshadowed a minute ago -- "IRA employees

15   used social media bots, i.e., computer programs

16   which control social media accounts, to amplify

17   existing content," right?

18       A.    That is correct.

19       Q.    What is it to "amplify existing content"?

20       A.    It is to do the things that you had

21   mentioned.  Depending on what the social media

22   platform were, they include things like liking it

23   or reposting it.

24       Q.    So social media bots, those are kind of

25   fake accounts, right, that don't have real human

1   beings behind them; is that what that means?

2       A.   Yes.   They are controlled by computer

3   programs.

4       Q.   And so -- and -- and sometimes they will

5   have, like, a fake picture so it looks like a real

6   human being; but actually it is just a computer

7   program, right?

8       A.   That is correct.

9       Q.   And so the social media -- I take it the

10  IRA-generated social media bots to go out there,

11  find the divisive messages that the IRA wanted to

12  sort of amplify, and have them engage with those

13  posts, correct?

14          MR. SUR:  Objection; compound, calls for

15  speculation.

16          THE WITNESS:  I wouldn't say they

17  generated the bots.  In general, people rent bots.

18      Q.   BY MR. SAUER:  That's interesting.  How do

19  you rent a bot?

20      A.   In the cybersecurity industry, there is a

21  role called a bot herder, so someone who develops

22  malicious software and finds unprotected devices

23  and infects them with malicious software, also

24  known as malware; and then they will advertise on

25  the dark web that, you know, you can rent a botnet

 1  for -- you know, a botnet of a certain size for a

 2  certain amount of money.

 3        And that is what I am assessing the

 4  Internet Research Agency did.

 5    **Q.   Got you.  Okay.  So do you know for sure**

 6  **whether they generated their own or bought them on**

 7  **the dark web or rented them?**

 8    A.   So I'm not -- I'm not sure how they

 9  acquired them.  I was just -- I didn't feel

10  comfortable saying they generated their own.

11  Somehow they were able to get control of a botnet

12  and then use them to amplify.

13    **Q.   And then "amplify," I take it that means**

14  **things like liking and reposting and taking steps**

15  **like that that make it -- is that fair to say?**

16  **It's liking, reposting, stuff like that; is that**

17  **right?**

18        MR. SUR:  Objection; vague, calls for

19  speculation.

20        THE WITNESS:  Yeah.  That would be my

21  assessment.

22    **Q.   BY MR. SAUER:  Okay.  And so I take it the**

23  **Russian bots go out there and they find the**

24  **divisive messages that the Russians want to push,**

25  **and then they amplify them by having fake user**

1     accounts like them or retweet them or repost them
2     on Facebook, fair to say?
3         A.    I don't think the bots do that themselves.
4     The bots don't have any intelligence.  I would -- I
5     believe that a human being, an actual Internet
6     Research employee would find divisive content or --
7     yeah, divisive content or users who had lots of
8     followers and then deploy the bots to amplify those
9     users' messages or content.
10        Q.    And part of this, I take it, is the bots,
11    the fake accounts, having their own followers,
12    trying to collect their own real followers, right?
13        A.    In my experience, the bots typically don't
14    care how many followers they have.  Their primary
15    job is to amplify other content.
16        Q.    I got you.  So in other words, suppose --
17    and when you say "other content," this is content
18    that wasn't originated by Russians or the IRA but
19    is generated by American citizens with views that
20    the IRA likes or wants to push, right?
21              MR. SUR:  Objection; vague, calls for
22    speculation, assumes facts not in evidence.
23              THE WITNESS:  By "other content," I mean
24    content not generated by the bots.
25        Q.    BY MR. SAUER:  And that's because the --

```
 1      A.   Because bots -- yeah.  Bots will generate
 2   their own content, but they're -- it is usually
 3   nonsense talk or just, like, random images.  The --
 4   that's what I meant by "other."
 5      Q.   Right.  And then -- I think that -- and
 6   that's what you referred to in the previous
 7   sentence as "organic content," right?
 8      A.   Yeah.  "Organic content," I mean that it
 9   is actually generated by Internet Research Agency
10   employees.
11      Q.   Oh, okay.  So "existing content" in this
12   sentence that I have highlighted is different than
13   "organic content."  "Existing content" is stuff
14   that is already out there on the social media
15   platforms; is it fair to say?
16      A.   That is correct.
17      Q.   That would be stuff that can be posted by
18   other users or come from any other source, but it
19   is just stuff --
20      A.   Yeah.
21      Q.   -- that they like and they want to push
22   those messages, right?
23           MR. SUR:  Objection; vague, compound.
24           THE WITNESS:  Yes.  I mean not generated
25   by the Internet Research Agency.  That is what I
```

 1   mean by "other content."

 2        Q.   BY MR. SAUER:  If a bot that's operated by

 3   the Internet Research Agency were to repost, like,

 4   a -- an American citizen's tweets or Facebook page

 5   and then that bot account were taken down or shut

 6   off, would that reposting or amplification of that

 7   message then go away?

 8             MR. SUR:  Objection; compound and

 9   hypothetical.

10        Q.   BY MR. SAUER:  If you know.

11        A.   I don't know.

12        Q.   Now, then suppose there's John Smith, who

13   is an American citizen who posts an aggressive,

14   pro-Second Amendment message.  And the Russian bot

15   identifies that as something to amplify and

16   retweets it, and then the Russian bot account is

17   shut down.  There's an account takedown.  Does that

18   retweeting of John Smith's pro-Second Amendment

19   message go away from Twitter if there's no account

20   there anymore to retweet it?

21             MR. SUR:  Objection; hypothetical, calls

22   for speculation, assumes facts not in evidence.

23        Q.   BY MR. SAUER:  If you know.

24        A.   Yeah.  I don't know.  I don't know what

25   happens to the retweet.

**ELVIS CHAN  11/29/2022**

Page 77

```
 1            MR. SUR:  Counsel, if I may, are we at a
 2   near or natural breaking point?  We have been in
 3   this session for now approaching one hour and a
 4   little bit past that.  Why don't we take a break
 5   if --
 6            MR. SAUER:  Yeah.  That's -- now is as
 7   good a time as any.
 8            MR. SUR:  Thank you.
 9            THE VIDEOGRAPHER:  Off the record -- off
10   the record at 10:45 a.m.
11              (Whereupon a recess was taken.)
12            THE VIDEOGRAPHER:  Back on record at 10:58
13   a.m.
14      Q.   BY MR. SAUER:  Agent Chan, sticking to
15   Page 30 of your thesis, I want to direct your
16   attention to this next sentence, where you say (as
17   read), "Third, IRA employees covertly purchased
18   online advertisements from social media companies
19   to enhance their organic content and drive online
20   traffic to the sites controlled by them," right?
21      A.   Yeah.  That is what I wrote.
22      Q.   Yeah.  And you agree with it, right?
23      A.   Yes.  You will see the footnote that it
24   was by Professor Howard, but I agree with it.
25      Q.   Okay.  And then so the idea is the -- that
```

1   they would purchase ads that would drive traffic by

2   real people to their -- their sites, basically

3   their accounts and their websites as well, right?

4       A.   Yes.   This is in the 2016 election

5   contest.

6       Q.   Okay.   So why do you say -- did something

7   different happen in 2018 and 2020?

8       A.   Yes.   From my meetings with the companies,

9   they shared with me that they had changed their

10  policies to do more intensive validation of people

11  trying to purchase political advertisements.

12      Q.   And so it was harder for them to buy ads

13  basically in the later election cycles?

14      A.   That is my understanding.

15      Q.   But either way, the purpose here is for

16  them to be driving or achieving engagement by real

17  users, right?

18          MR. SUR:   Objection; vague, calls for

19  speculation.

20          THE WITNESS:   Yes.   I believe the purpose

21  was for the Internet Research Agency, who are

22  comprised of Russian citizens, to drive engagement.

23      Q.   BY MR. SAUER:   Got you.   And if you skip

24  ahead a couple more pages, to Page 32, do you see

25  these ads that you've identified in your thesis in

1    Figure 3 and Figure 4?

2        A.    Yes, I see those ads.

3        Q.    Okay.  And these are, I take it -- you

4    talk about how they have, like, left-wing content

5    that's actually designed to -- to depress voter

6    turnout among minority communities, right?

7        A.    This was what the research that I reviewed

8    said.

9        Q.    Yeah.  And you look at Figure 3 -- well,

10   let me ask you this.  You talk about the research

11   you reviewed.  You also are personally involved in

12   this, quote, in the trenches, right?

13           MR. SUR:  Objection; vague, misstates the

14   record.

15           THE WITNESS:  Can you clarify that

16   question?

17       Q.    BY MR. SAUER:  Let me ask this:  Is the

18   research -- you said this is what your research

19   indicated.  Is the research in your thesis

20   consistent with your experience as an FBI agent who

21   deals with disinformation and

22   malign-foreign-influence campaigns?

23       A.    So the research, to include this reporting

24   from the House Permanent Select Committee on

25   Intelligence as well as what was conveyed to me by

1    the social media companies, was this content.  I

2    would otherwise not know because -- I mentioned to

3    you I do not go on any social media platforms

4    myself.

5        **Q.   So but your understanding, for example, is**

6    **Figure 3 is Russian-originated content.  Your**

7    **understanding of that is based on information**

8    **obtained from the social media platforms or from**

9    **other federal government officials, correct?**

10       A.   Yeah.  This information is specifically

11   from the HPSCI report that I cited in the footnote.

12       **Q.   Got you.  And just looking at this, for**

13   **example, in Figure 3 on the right, there's a Black**

14   **Matters ad, correct?**

15       A.   Yeah.  "Figure 3.  Facebook Political Ads

16   Targeting Black voters."

17       **Q.   And that one indicates that 223,799 people**

18   **had liked it, right, on Facebook?**

19       A.   Yes.  That is what the image on the right

20   says.

21       **Q.   And so that would be a high level of**

22   **engagement based on what you said earlier, right?**

23       A.   I would not consider 223 views as being

24   high.

25       **Q.   Oh, is it 223,799?**

 1      A.   No.  This one, the -- I see "223," and
 2   then I see a slash, "99 people like this."
 3      Q.   Oh, is that what that means?  I thought
 4   that was a "7."  So you say -- what is -- do you
 5   know -- how do you read that?  What does that mean?
 6      A.   Yeah.  I read that as 223 viewed it and 99
 7   of those 223 like it.  That is how I interpret
 8   this.
 9      Q.   So that would be a low level of
10   engagement, correct?
11      A.   That is how I would personally
12   characterize it.
13      Q.   And then below there, in Figure 4 there's
14   a Secured Borders ad on the left with a "No
15   Invaders Allowed" sign in front of the border.  Do
16   you see that one?
17      A.   Yes.
18      Q.   In that one, it looks like 134,943 people
19   liked that, correct?
20      A.   Yes.
21      Q.   And if that ad were taken down because it
22   was identified to be part of a
23   malign-foreign-influence campaign, all those likes
24   would disappear from Facebook as well, correct?
25           MR. SUR:  Objection; calls for

1   speculation, assumes facts not in evidence.

2           THE WITNESS:  Yeah.  I do not know what

3   happens to the likes if the ad disappears, but I

4   know that the ad disappears.

5       Q.   BY MR. SAUER:  Right.  You think that

6   likes may stay out there, floating in -- floating

7   in the social media platform, not addressing

8   anything that's still there?

9       A.   I don't know.

10      Q.   Let me ask this:  A like is a way of

11   expressing --

12      A.   I don't know what happens.

13      Q.   A like is a way of expressing approval of

14   something, right?  It's basically saying "I agree

15   with this" or "I like it," right?

16      A.   Yes.  But I don't -- what I'm saying to

17   you, Mr. Sauer, is I don't know what happens to

18   those likes.

19      Q.   The -- but you know that the ad

20   disappears?

21      A.   Well, for example, if you're -- if you're

22   a -- if you're a user --

23           (Discussion off the record.)

24           MR. SUR:  Sorry.  We are having difficulty

25   hearing you, Mr. Sauer.  It may be a connection

1    problem.

2              (Discussion off the record.)

3              MR. SAUER:  Can you hear me now?

4              MR. SUR:  Yeah, that's better.

5       **Q.   BY MR. SAUER:  Okay.  Go ahead, Mr. Chan.**

6              MR. SUR:  Okay.

7              THE WITNESS:  So I don't know what

8    happens.  So, for example, if you were a user and

9    you like this ad, I don't know, does it stay on

10   your account?  Or I don't know if it disappears

11   from your account.  I don't know what happens on

12   the ad itself.  So I don't know.  I don't know

13   the -- I don't know the mechanics of how online

14   advertisements for these platforms work.

15      **Q.   BY MR. SAUER:  If you look at the ad to**

16   **the right of that, the pro-Second Amendment ad that**

17   **says "Defend the 2nd"?**

18      A.   Yeah.

19      **Q.   And do you see at the bottom it says,**

20   **"96,678 people like this"?**

21      A.   Yes.

22      **Q.   Would that be a high level of engagement?**

23      A.   I would characterize that as high.

24      **Q.   And it's your testimony that you don't**

25   **know what happens if that ad is pulled down to all**

**ELVIS CHAN 11/29/2022**

Page 84

1   those likes?

2       A.   And then --

3       Q.   Do you think it is going to continue to be

4   in people's individual feeds?

5       A.   Yeah, I do not know what happens to the

6   likes.

7       Q.   Jumping ahead a couple pages, I think this

8   is the page that you referred to earlier.  You

9   talked about how there was a very high level of

10  engagement by the IRA in -- in 2016, right?

11      A.   Yes.  Where it says, "The sheer magnitude

12  of the IRA's social media campaign," that sentence?

13      Q.   Correct, yeah.

14      A.   Yeah, yes, that is what I wrote.

15           MR. SUR:  To clarify for the record, this

16  is on Page 34 of the thesis?

17           MR. SAUER:  Yeah.  That would be Page 58

18  of the PDF.  Indraneel, do you see where we are?

19           MR. SUR:  Yes, yeah.

20      Q.   BY MR. SAUER:  It's the bottom paragraph

21  there.  "The sheer magnitude of the IRA's social

22  media campaign targeting the United States was

23  unparalleled in the digital age," right, Mr. Chan?

24      A.   That was my characterization of it.

25      Q.   And it -- the research indicated that the

1   IRA had uploaded a thousand videos on YouTube.  Do

2   you know what the level of engagement for those

3   videos was?

4        A.   I don't.  And you can see from the

5   citation that I am citing research done by Renée

6   DiResta and her team.

7        Q.   Got you.  And that research indicates that

8   the IRA had, quote, reached a significant number of

9   American users:  59 percent on Facebook, 19 percent

10   on Instagram and two percent on Twitter, right?

11        A.   That is what Renée DiResta and her team

12   found.

13        Q.   So 59 percent.  And this isn't just sort

14   of bots, she found that specifically as to American

15   users, in other words, real social media platform

16   human beings, real people using social media

17   platforms in America, right?

18        A.   That is what I recollect.  And this is in

19   the context of the 2016 elections.

20        Q.   Correct.  And that -- that's 59 percent of

21   Americans on Facebook were reached in some way, had

22   some level of engagement with -- with

23   IRA-originated content; fair to say?

24        A.   That is her calculation.

25        Q.   And you cite it as a reputable source in

1    your thesis, right?

2        A.   Yes, I do.

3        Q.   And do you know how much of that is --

4    obviously we talked earlier how there's different

5    kinds of engagement, like reading, liking,

6    reposting, reposting with commentary, commenting.

7    Do you know how much of that is -- that reaching of

8    American users breaks down into those various

9    categories?

10       A.   I do not.  I was not able to find that

11   level of detail.

12       Q.   Okay.  Next page.  You've referred to

13   Table 1 before on Page 35 that points out that 126

14   million --

15       A.   Yeah.

16       Q.   -- American Facebook users were reached in

17   some way by content, right?

18       A.   Yes, yeah.  I was able to extract that

19   from the report.

20       Q.   Right below that you refer again to "the

21   second line of effort," where they (as read)

22   "amplified real user accounts whose identities,

23   behavior, and content aligned with their strategic

24   goals," right?

25       A.   So yes.  You can see I cited the Mueller

1   report.  That's special counsel's report.

2       Q.   And then you go on to cite a Clemson

3   University study indicating that over 100,000 real

4   people had their postings amplified by

5   IRA-controlled social media bots, right?

6       A.   Yes, that is correct.

7       Q.   And you don't know what happens to those

8   amplifications when the bots are detected and shut

9   down?

10      A.   I do not.

11      Q.   I think in the thesis you talk generally

12  about how there was virtually no reaction by the

13  social media platforms in the 2016 election cycle

14  to this Russian activity; is that right?

15      A.   That is correct.

16      Q.   But that changed, I take it, in the 2018

17  and 2020 election cycles, at least to some degree?

18      A.   That is correct, yes.

19      Q.   How did it change?

20      A.   Well, what I was told -- what I was told

21  by the companies was that they used both technology

22  as well as human beings to moderate or protect

23  their platforms.

24      Q.   Okay.  And then can you break down that

25  for me?  On the technological side, what did they

1    tell you they did?

2        A.    So they tell me that they used a different

3    detection method.  The shorthand for that is

4    algorithms.  But they will not get into any of the

5    details about the algorithms.  And we have probed

6    them to ask for details, but it has never been

7    shared with us.

8        Q.    What -- you say you probed them to ask

9    about the details.  What did you ask?

10       A.    I can't remember exactly, but we would

11   ask, for example, "What are the parameters that you

12   use to develop the algorithm?  Or what are the

13   factors that you use?"  And they would not share

14   any of that information with us.

15       Q.    Why did you want to know that?  Did you

16   want to know -- did you want to ascertain if the

17   algorithms were effective?  Or why would you ask

18   them a question like that?

19       A.    The reason that I would ask that question

20   is so that we could make sure that we were sharing

21   the most effective and actionable type of

22   information with them.

23       Q.    Explain that to me.  What -- if you know

24   how their algorithm operates, how does that help

25   you share actionable information?

 1    A.   So, for example, if a platform doesn't
 2  need a telephone number for an account, then
 3  providing them with Russian telephone numbers would
 4  not be useful.  Or if providing them with an email
 5  account is not something that the platform saves,
 6  then that would not be useful.  So those are two
 7  examples.
 8    Q.   Uh-huh.  But they just tell you, "We use
 9  algorithms to detect kind of Russian-originated
10  content," but they tell you nothing about how the
11  algorithms operate?
12    A.   That is correct.
13    Q.   When did these conversations occur?
14  Did -- where you're asking them about their
15  algorithms and they are declining to provide
16  information.  Did they occur in those weekly,
17  monthly and quarterly meetings we talked about
18  earlier?
19    A.   I would characterize it as occurring early
20  in those quarterly meetings in the 2017 time frame;
21  and after we asked the different companies and
22  found that none of them were willing to share in
23  those earlier meetings, we stopped asking.
24    Q.   And then you mentioned human -- I think
25  you mentioned human beings involved in their -- in

 1    their activities.  Tell us, what did they tell you
 2    about that?
 3        A.    In general, what the companies tell us is
 4    the technology or the algorithms will flag specific
 5    content, and certain content that looks like spam
 6    is, I believe, taken down.
 7            However, if something is flagged that
 8    requires a higher level of decision-making, that is
 9    when it is sent to a content moderator.
10        Q.    So a human being, a content moderator
11    would be looking at, like, an account that was
12    flagged by an algorithm as potentially involving
13    malign, inauthentic activity and take a closer look
14    at it?
15        A.    That is correct.
16        Q.    Did you discuss with them what standards
17    their content modulators use to -- to figure that
18    out, you know, how do they make their judgment
19    calls?
20            MR. SUR:  Objection; compound.
21            THE WITNESS:  So in response to your
22    question, we would just broadly ask them what their
23    terms of service or community standards were.
24        Q.    BY MR. SAUER:  So how do you know that
25    they have human beings involved in enforcing the --

1   reviewing and enforcing the terms of service with

2   respect to particular content?

3       A.   Through the discussions that we had at the

4   meetings.

5       Q.   And what you have been saying, is this

6   true of all the -- all the platforms?

7       A.   I do not know.  I am specifically thinking

8   of two platforms that use human being content

9   moderators.

10      Q.   Which two are those?

11      A.   I am specifically thinking of Facebook and

12  YouTube.

13      Q.   How about Twitter?

14      A.   I don't know if they use human -- I have

15  never -- I don't recollect discussing that with

16  them.

17      Q.   How about the others?  You mentioned, I

18  think, Yahoo! and Reddit, Instagram.  Do they use

19  human content moderators?

20      A.   I don't recollect discussing that with

21  them.

22      Q.   You mentioned their terms of service.  You

23  know, did you ever discuss with them what their

24  terms of service are or should be?  Did you ever

25  make recommendations that they change terms of

1   **service to make them more effective in addressing**

2   **malign-foreign-influence activities?**

3          MR. SUR:  Objection; compound and vague.

4          THE WITNESS:  I will answer the last part

5   of your compound question, which is no, we never

6   told the companies to modify their terms of service

7   or community standards.

8      **Q.   BY MR. SAUER:  Do you know how they**

9   **developed their terms of service or community**

10  **standards?**

11     A.   Only from what they discussed with me in

12  those meetings.

13     **Q.   What did they say to you in those**

14  **meetings?**

15     A.   So --

16          MR. SUR:  Objection; vague.

17          THE WITNESS:  So in those meetings, we

18  would not discuss them.  We would ask them, "What

19  are your terms of service related to detecting

20  Russian troll accounts?"

21          And then they would share with us that

22  the -- the two terms that come up regularly are

23  "coordinated," which I interpret to mean across

24  many accounts, and "inauthentic," which means the

25  user is pretending to be someone they are not.

1          And so those were the two primary

2     terms-of-service violations that I remember being

3     discussed.

4          Q.   BY MR. SAUER:   What does "coordinated"

5     mean?

6          A.   Like, as I mentioned before, it was

7     activities across multiple accounts, the -- similar

8     activities across multiple accounts.

9          Q.   How does that violate terms of service?

10         A.   So in the cybersecurity context, you will

11    have a botnet that will push ads, for example,

12    Canadian pharmacy ads, to hundreds and thousands of

13    users.  That is coordinated behavior.  That is

14    illegal.  Because if you wanted to push ads on a

15    platform, typically you have to purchase online

16    advertising.

17         Q.   Okay.  Got you.  And then what was the

18    second category you mentioned of provisions of

19    terms of service that these activities would

20    violate?

21         A.   Inauthentic.

22         Q.   Yeah.  And what is -- what is inauthentic?

23         A.   Inauthentic is a user pretending to be

24    someone they are not.

25         Q.   And I take it that you got that in these

**ELVIS CHAN 11/29/2022**

```
1    Russian malign-foreign-influence activities, right?

2        A.   Yes.

3        Q.   We have been talking about Russia

4    principally because that's your thesis, but do

5    other countries try and do these kinds of

6    disinformation malign operations on social media

7    platforms as well?

8             MR. SUR:  Objection; vague.

9             THE WITNESS:  Yes.

10       Q.   BY MR. SAUER:  What countries are involved

11   in them?

12       A.   The two countries that we focus on are

13   China and Iran, outside of Russia.

14       Q.   Are there any others?

15       A.   Not to --

16            MR. SUR:  Objection; Counsel, we're at the

17   law enforcement privilege.

18            MR. SAUER:  I am going to withdraw the

19   question.  I don't concede the privilege applies,

20   but I will withdraw the question if you guys --

21   yeah.

22       Q.   Just generally speaking, you mentioned,

23   say, Iran and China and, frankly, they are also

24   referred to in your publicly-available thesis.  Are

25   the sorts of activities that they engage in similar
```

1   to what Russia does, you know, in the -- the way of

2   generating fake accounts, generating inauthentic

3   content and trying to get Americans to interact

4   with it?

5           MR. SUR:  Objection; vague and compound.

6           THE WITNESS:  In my experience, the

7   Chinese state-sponsored activity and the Iranian

8   state-sponsored activity share similarities to the

9   Russian state-sponsored activities.

10   Q.   BY MR. SAUER:  We were talking -- moving

11   back to what we were talking about a minute ago,

12   you talked about how there are two general

13   categories of content-modulation policies --

14   coordinated activity and inauthentic activity --

15   that get cited most frequently to remove this

16   content; is that right?

17   A.   In my personal experience, yes.

18   Q.   And your personal experience is based on

19   these meetings and conversations with

20   representatives of the social media platforms,

21   correct?

22   A.   That is correct.  You broke up on me, but

23   I believe that is correct.

24   Q.   I'm -- I'm sorry.  Again, you can't hear.

25   I am hearing you fine.  Can you hear me okay?

ELVIS CHAN  11/29/2022

```
 1      A.   Now I can.
 2      Q.   Okay.  Let me ask you this:  Do they --
 3   when you have these information exchanges, you
 4   provide the social media platforms with tactical
 5   information, which includes -- you know, identifies
 6   specific accounts and user -- or not users, but
 7   specific accounts and URLs that you have concluded
 8   are Russian-originated, right?
 9      A.   Can you repeat the question?  You have
10   been breaking up on me.
11           MR. SAUER:  Should we go off the record?
12           THE VIDEOGRAPHER:  Off the record at 11:22
13   a.m.
14           (Whereupon a recess was taken.)
15           THE VIDEOGRAPHER:  We are back on record
16   at 11:27 a.m.
17      Q.   BY MR. SAUER:  Agent Chan, circling back
18   to where we were a moment ago, I wanted to ask you,
19   when you have these information sharing sessions
20   with various social media platforms, you testified
21   earlier that you give them tactical information,
22   right?
23      A.   Yes.
24      Q.   Yeah.  And tactical information includes
25   identifying specific social media accounts and URLs
```

1    and things of that nature, right?

2         A.    Yes.

3         Q.    Yeah.  How often has that happened?  I

4    know in your thesis you refer to four

5    publicly-available instances where there was that

6    kind of information sharing.  How often does it

7    happen that the FBI will give a list of specific

8    tactical information for the social media platforms

9    to consider?

10        MR. SUR:  I am going to object on the

11   basis of the law enforcement privilege.  And you

12   can answer without -- insofar as you can without

13   disclosing any particular investigation.

14        Q.    BY MR. SAUER:  Yeah, I don't want to know

15   any particular URL, but just generally how often

16   does that happen?

17        A.    I would say in general it happens between,

18   I don't know, one to five times per month.

19        Q.    Okay.  And then how many --

20        A.    From different investigations.

21        Q.    Oh, got you.  Okay.  And then how -- and

22   does this actually occur at these meetings we've

23   talked about, or are there separate communications

24   where you pick up the phone and call the site

25   integrity people and tell them, "Here are some bad

**ELVIS CHAN  11/29/2022**

Page 98

1    URLs"?

2        A.   So --

3             MR. SUR:   Objection; mischaracterizes the

4    record, compound.

5        Q.   BY MR. SAUER:   If you know.

6        A.   From my understanding of your question, we

7    will typically share information either right

8    before or after one of our quarterly meetings.

9    That is pretty standard.  Otherwise we will just

10   share information from different investigations as

11   deemed appropriate by the field offices running the

12   investigations and FBI headquarters.

13       Q.   So -- so it would be both, I take it,

14   there would be -- in every quarterly meeting you

15   might identify -- or you do identify tactical

16   information about foreign-originated URLs and user

17   accounts, correct?

18       A.   I don't know if it happens at every single

19   quarterly meeting, but I would say most of them.

20       Q.   And then -- and then apart from the

21   quarterly meetings, I think you said one to five

22   times a month there would be a communication of

23   that nature through another channel, right?

24       A.   Correct.  What I would typically do is

25   send an email to the recipients at the companies

1   and inform them that I would be using a secure file

2   transfer application within the FBI that is called

3   Teleporter.  And then the reason I would send them

4   a heads-up email is because the Teleporter email

5   with a link looks like spam, so I don't want them

6   to think it's spam.

7        Q.   Okay.  And that Teleporter email, if they

8   open it, contains tactical information for them to

9   consider, right?

10       A.   The Teleporter email contains a link for

11  them to securely download the files from the FBI.

12       Q.   And the files contain tactical information

13  that identifies malign foreign-originated URLs and

14  social media accounts and things like that, right?

15       A.   Yeah, different types of indicators.

16       Q.   When you say "different types of

17  indicators," indicators, I think you said earlier,

18  refer to those specific URLs and social media

19  accounts, right?

20       A.   Yeah.  Those are two of them, but they

21  also apply to IP addresses, email accounts.  You

22  had just mentioned two of the types of indicators,

23  but I wanted to reiterate that there are a broad

24  range of indicators that we share.

25       Q.   Does that Teleporter communication explain

**ELVIS CHAN 11/29/2022**

1    and -- provide an explanation of the FBI's basis

2    for thinking that those are bad accounts or bad

3    indicators?

4        A.   In general it will typically provide a

5    very short summary, maybe a sentence or two, that

6    will say, "We assess that these accounts are being

7    controlled by the Internet Research Agency," and

8    then provide a list of accounts, or "We assess this

9    IP address is being used exclusively by the

10   Internet Research Agency from this time period to

11   that time period."  That is a typical type of

12   information sharing.

13       Q.   Typically how many accounts or URLs or

14   other indicators would be identified in a

15   communication like this?

16       A.   It varies from one account or one selector

17   to many, like a whole spreadsheet full of them.

18       Q.   Can you estimate -- for example, in 2022,

19   can you estimate how many specific indicators have

20   been flagged for social media companies?

21       A.   I can't really estimate that number.  I

22   can estimate that during 2020 I shared information

23   with the companies between one to five or one to

24   six times per month.

25       Q.   And you -- and they -- and there could be

 1    anywhere from one to a very large number, a whole

 2    spreadsheet full of indicators that you'd be

 3    flagging, fair to say?

 4        A.    That is fair.  And when I say "large,"

 5    maybe hundreds, but not thousands.  I don't ever

 6    recollect anything in the thousands, but maybe

 7    hundreds.

 8        Q.    And then -- and that happened one to five

 9    times a month in 2020, correct?

10        A.    Yes.

11        Q.    How about in 2022, did it also happen that

12    frequently?

13        A.    In my recollection, maybe one to four

14    times a month.

15        Q.    And then there would be a similar range of

16    the number of indicators flagged in each incident?

17        A.    I would say for the 2022 cycle, that we

18    would not have in the hundreds.  At the most it

19    would be in the -- in the tens, in the dozens.

20        Q.    And do you send these out to all the

21    social media platforms?  I think you mentioned

22    seven or eight that you regularly meet with.  And

23    do they all get these Teleporter communications

24    flagging bad indicators for them?

25        A.    I would --

 1          MR. SUR:  Objection; mischaracterizes the

 2     record, vague.

 3          THE WITNESS:  I would say in general that

 4     the companies I mentioned to you before would

 5     receive these.

 6          However, there would be some occasions

 7     that it would be company-specific information that

 8     we would not share across all the companies that I

 9     previously mentioned.

10     **Q.   BY MR. SAUER:  So sometimes it would**

11     **relate to all of them; sometimes it might be just a**

12     **Facebook issue or a Twitter issue or something like**

13     **that, fair to say?**

14     A.   I would say most of the time we would

15     share with that list of companies, and a few of the

16     times we would share with just one company or two

17     companies.

18     **Q.   Okay.  Do you ask them to kind of report**

19     **back to you on whether they take any action on**

20     **those?**

21          MR. SUR:  Objection; vague.

22          THE WITNESS:  The typical language we

23     would use is, "We would appreciate any information

24     you're able to share back with us about this

25     information and if you were to take any actions

ELVIS CHAN  11/29/2022

 1    based on this information."
 2        Q.   BY MR. SAUER:  And do they typically
 3    comply with that request?
 4            MR. SUR:  Objection; vague.
 5            THE WITNESS:  I would say sometimes.
 6    Some -- I would say at every quarterly meeting we
 7    try to follow up to ask if information we shared
 8    has been relevant if we have not received a
 9    response yet.
10            However, the companies either say they
11    don't have anything additional to share or they do
12    not find anything based on the information we
13    shared.
14        Q.   BY MR. SAUER:  So sometimes they'll report
15    back and say, "Hey, thanks for providing this
16    information.  We've taken down some of the
17    accounts," or something like that?  That happens
18    sometimes, you say?
19        A.   That is correct.  And when it happens,
20    we -- I will document it, and the reason for that
21    is because that helps us fine-tune the information
22    that we're sharing.
23        Q.   Uh-huh.  And then I take it sometimes they
24    just -- they don't tell you what they did with it,
25    right?

**ELVIS CHAN  11/29/2022**

```
 1      A.   That is correct.
 2      Q.   But then every -- I take it at every
 3  quarterly or monthly meeting, you usually follow up
 4  and ask them, "Hey, did you take any actions on
 5  these reports we made," right?
 6      A.   We try to at quarterly meetings.
 7      Q.   Right.  And I take it they don't always
 8  answer that question, fair to say?
 9      A.   They will always respond, but they will
10  say, "Sorry.  We don't have anything to share."
11      Q.   Okay.  And do you know why they are
12  reluctant to tell you whether they took things down
13  or not?
14           MR. SUR:  Objection; vague, calls for
15  speculation, mischaracterizes the record.
16           THE WITNESS:  I don't know why -- I focus
17  on when they do let us know about actions that
18  they've taken.
19      Q.   BY MR. SAUER:  When you say you focus on
20  that, what do you do with that information?
21      A.   I document it, and then I relay it back to
22  the field office, where it gets logged where that
23  information came from.
24      Q.   Do essentially all these communications
25  kind of pass through you because you are the
```

1   relevant field officer in San Francisco, where
2   these companies are located?
3       A.   I would say I'm one of the primary people
4   with pass-through information.  However, we have
5   agents on the different cyber squads and our
6   private sector-engagement squad who also relay
7   information to the companies.
8       Q.   Who are those agents who relay this kind
9   of information about a sort of problematic content
10  on their platforms to social media?
11              (Discussion off the record.)
12              (Reporter read back as requested.)
13          THE WITNESS:  So the question is:  Who are
14  these agents who do that?  I would say for that
15  sort of information it is not specifically about,
16  quote, problematic content.  It is specifically
17  about cyber investigations, which are different
18  from malign-influence investigations.
19      Q.   BY MR. SAUER:  Let me rephrase the
20  question.  Focusing on disinformation and
21  malign-foreign-influence operations, are there any
22  other FBI officials besides yourself who are
23  involved in communicating those kinds of concerns
24  to social media platforms outside the context of
25  the quarterly meetings you've talked about?

1    A.   Yes.  I have squad supervisors who are

2    GS-14-level employees who share information to the

3    companies as well.

4         MR. SUR:  I'm sorry to interrupt.  The

5    videographer is suggesting that we go off the

6    record for technical reasons.

7         THE VIDEOGRAPHER:  We're off the record at

8    11:40 a.m.

9              (Whereupon a recess was taken.)

10         THE VIDEOGRAPHER:  Back on the record at

11    11:43 a.m.

12    **Q.   BY MR. SAUER:  Mr. Chan, I think you were**

13    **saying you have two GS-14 officials who also**

14    **communicate with social media platforms about**

15    **disinformation, correct?**

16    A.   That is correct.

17    **Q.   Are those people who report to you in the**

18    **San Francisco office?**

19    A.   They report to me directly.

20    **Q.   Other than those individuals, are there**

21    **any other FBI officials who, to your knowledge,**

22    **communicate with social media platforms about**

23    **disinformation?**

24    A.   Yes.  The agents on those two supervisors'

25    squads.

**ELVIS CHAN  11/29/2022**

Page 107

```
 1        Q.    And -- I'm sorry.  What are the two
 2   supervisors' squads?  Are they located in San
 3   Francisco?
 4        A.    Yes, they are.  They are located in the
 5   San Francisco field office.
 6        Q.    Are those agents that also report to you
 7   as the ASAC?
 8        A.    That is correct.  They report to the
 9   supervisors, who report directly to me.
10        Q.    And those supervisors are the GS-14s that
11   you just talked about, right?
12        A.    That is correct.
13        Q.    How about outside the San Francisco field
14   office, are you aware of -- well, just a second.
15   How many agents are we talking about there in total
16   who engage in these communications with social
17   media platforms about disinformation from the San
18   Francisco field office?
19        A.    I would say the two supervisors that I
20   already mentioned and four agents on one squad and
21   another agent on another squad.
22        Q.    What kinds of communications do they have?
23   Do they just send the Teleporter links, or do they
24   get on the phone and talk to social media
25   platforms?  What's the nature of their
```

1    communication?

2        A.   So both of the things that you said.  So

3    they will give them a heads-up if they need to

4    relay information through Teleporter; and both of

5    those squads have active investigations where they

6    share unclassified, strategic-level information

7    with the companies.

8        Q.   So they would share both strategic and

9    tactical information?

10       A.   That is correct.

11       Q.   And then would they be involved in

12   following up to find out if their -- the tactical

13   information was acted on?

14       A.   Yes, they would.

15       Q.   So and that might apply to you, the two

16   GS-14s and the six field agents on the two squads

17   you referred to?

18       A.   Yes, that is correct.

19       Q.   Okay.  Then how about outside the San

20   Francisco field office?  Are you aware of any other

21   agents who -- are you aware of any other FBI

22   officials who communicate with social media

23   platforms about disinformation?

24       A.   So I am only aware of the FBI officials or

25   employees who we invite to provide briefings at the

```
 1   quarterly meetings.
 2       Q.   Okay.  So that includes people who -- at
 3   FITF in Washington, D.C.?
 4       A.   That's correct.
 5       Q.   Is Laura Dehmlow -- she's the head of
 6   FITF, right?
 7       A.   Currently she's the section chief and head
 8   of the FITF.
 9       Q.   And does she come to all of those
10   meetings?
11       A.   I would say in the 2020 election cycle she
12   had not been promoted yet and she was the unit
13   chief for the China unit, and I would say she
14   attended most of those quarterly meetings.
15           Since she has been promoted to be the head
16   of the FITF, she has not attended as frequently.  I
17   believe she's only attended one set of meetings
18   this year.
19       Q.   What level of people do attend?  You know,
20   what sorts of people attend those meetings?
21       A.   So Laura Dehmlow would be the
22   highest-ranking FBI official to attend.  She is the
23   SES level.  I would be the second-highest-level
24   attendee, as a GS-15.  And then everyone else would
25   be below my grade, ranging from GS-14s to perhaps
```

**ELVIS CHAN  11/29/2022**

1    GS-10 agents.

2        Q.    **How long do these meetings last typically?**

3        A.    We like to keep a tight agenda, and so it

4    will typically last one hour.

5        Q.    **And about how many people would attend on**

6    **the FBI side -- or do attend on the FBI side?**

7        A.    I would say from the Foreign Influence

8    Task Force, between three to ten.  However,

9    typically only one to two people from each of the

10   three units speaks.  And then we would usually have

11   one field office comprised of two

12   representatives -- between one to three field

13   offices attend.  So one to two representatives from

14   each of those field offices.

15       Q.    **So I can't do that math in my head, but it**

16   **is north of ten frequently?**

17       A.    Yeah.  If you do the math, it could be as

18   high as a dozen.

19       Q.    **And then how many people typically attend**

20   **on the social media platform side?**

21       A.    I would say a similar amount.  For the --

22   I'm sorry.  I would say for the three larger

23   companies -- specifically Google/YouTube, Facebook

24   and Twitter -- it would be equal numbers or higher

25   numbers than the FBI.

**ELVIS CHAN  11/29/2022**

1       **Q.   When you provide tactical information to**
2   **the social media platforms -- in other words, lists**
3   **of social media accounts, URLs and other things of**
4   **that nature -- how do you verify that those**
5   **actually are inauthentic accounts and not actual**
6   **real accounts by real people?**
7             MR. SUR:  Objection; implicates the law
8   enforcement privilege.
9             I will ask that the witness answer only in
10  generalities without disclosing the details of any
11  particular investigation.
12            THE WITNESS:  Understood.
13            So there are -- the FBI, as the lead law
14  enforcement agency and domestic security agency for
15  the federal government has two types of
16  authorities.  One, which you're very familiar with,
17  Title 18 criminal authorities and all that
18  entails -- subpoenas, search warrants, 2703(d)
19  orders -- is one way that we acquire information
20  for investigations.
21            On the national security side, we have
22  Title 50 authorities and then the authorities from
23  the Foreign Intelligence Surveillance Act, from
24  the -- from the PATRIOT Act, from Executive Order
25  12333 that allows us to gather national security

 1    intelligence.

 2            And so broadly we are able to use both

 3    types of techniques to gather the intelligence that

 4    we need to -- and then there is a -- in the case of

 5    the national security side, there is a

 6    declassification process that has to take place

 7    before we are allowed to share information with the

 8    social media companies.

 9        **Q.   BY MR. SAUER:  Let me ask you this:  You**

10    **had cited an example earlier where, for example, a**

11    **Teleporter message was sent with a spreadsheet with**

12    **hundreds of accounts back in 2020.  Do you remember**

13    **talking about that?**

14        A.   Yes.

15        **Q.   How sure are you that every single one of**

16    **those accounts is actually an inauthentic kind of**

17    **Russian-originated account as opposed to, you know,**

18    **actually a real account of somebody who's got a**

19    **Facebook or Twitter or YouTube account?**

20            MR. SUR:  Objection; compound.

21            THE WITNESS:  Within the U.S. intelligence

22    committee, as you're familiar, there are different

23    levels of confidence in terms of the information

24    that, you know, we are reviewing in a product.  And

25    we only share information that we have high

 1   confidence that is attributed to a foreign-state

 2   actor.

 3       Q.   BY MR. SAUER:  Is "high confidence" always

 4   correct or usually correct, in your experience?

 5       A.   In my experience, it has always been

 6   correct.

 7       Q.   So anything for the --

 8       A.   For the selectors that we are providing.

 9   I do not remember an instance where we have

10   provided selectors where any of the social media

11   companies have said, "Elvis, this is actually

12   U.S.-person information."

13       Q.   So you are not aware of ever getting

14   feedback from them where they said you guys

15   accidentally identified real users?

16       A.   That is correct.

17       Q.   Do they always tell you -- let me ask you

18   this:  How many of the ones that you flag do they

19   take down?

20       A.   I couldn't even estimate that number.

21       Q.   How about as a percentage?

22       A.   I couldn't even estimate.  And let me --

23   let me tell you part of the reason is because we

24   may share, for example, one account with them, but

25   then they may find ten connected accounts and take

**ELVIS CHAN  11/29/2022**

**Page 114**

1   all of them down.  And they don't always tell us

2   when -- you know, how many accounts were taken

3   down.  Sometimes they will tell us.  Sometimes they

4   will tell us, "Thank you, Elvis.  We were able to

5   detect this information and took all of the

6   accounts down."  And when we ask for the specifics,

7   they don't necessarily tell us all the time.

8       **Q.   Right.   Okay.   But it sounds like**

9   **sometimes your reports lead to more takedowns than**

10  **the accounts you have -- you flagged, fair to say?**

11      A.   That is correct.

12      **Q.   How confident are you that they are not,**

13  **you know, kind of making mistakes in taking down**

14  **real user accounts?**

15          MR. SUR:  Objection; calls for

16  speculation, lacks foundation.

17          THE WITNESS:  So this is just my personal

18  opinion, obviously not based on being able to see

19  any of their data.  In my experience, they take

20  account takedowns very seriously because this

21  affects their bottom line.

22          So no social media company wants to take

23  down a large number of accounts, because one of the

24  things they base their ad sales on is how many

25  users are on their platform.  So in my opinion,

**ELVIS CHAN  11/29/2022**

1   they take it very seriously.  And I would say that

2   to the best of their ability, they are very careful

3   before doing account takedowns.

4      **Q.   BY MR. SAUER:  I think that ties back into**

5   **something you said earlier, which was in 2016 they**

6   **really didn't do any account takedowns, fair to**

7   **say?**

8      A.   That is correct.

9      **Q.   And it -- and I take it they may have had**

10  **a -- I -- we may be speculating here, if you know.**

11  **Do you know if that was because they have a**

12  **financial incentive to leave those accounts up**

13  **because it increases their ad revenues?**

14         MR. SUR:  Objection; calls for

15  speculation.

16         THE WITNESS:  I wouldn't even begin to

17  speculate.  I don't know why.

18     **Q.   BY MR. SAUER:  Let me ask you this:  Why**

19  **did things change, in your view?  I take it in 2018**

20  **and 2020 there were many more account takedowns,**

21  **right?**

22     A.   So there are two parts to your question.

23  Why do I think they did it?  I can provide you with

24  my personal opinion.

25     **Q.   Okay.**

**ELVIS CHAN  11/29/2022**

 1      A.   My -- I believe pressure from Congress,

 2   specifically HPSCI and SSCI, may have had a part of

 3   it.

 4           And then also because I believe that they

 5   felt that this may have damaged their brands, but

 6   that is my personal opinion.

 7      **Q.   Okay.  Well, let me ask you this:  When**

 8   **you say "pressure from Congress" and you mentioned**

 9   **HPSCI and SSCI, what are HPSCI and SSCI?  Are**

10   **those -- are those committees?**

11      A.   I'm sorry.  HPSCI is the -- the House

12   Permanent Select Committee on Intelligence.  And

13   SSCI is the Senate Select Committee on

14   Intelligence.

15      **Q.   Starting with the House Permanent Select**

16   **Committee on Intelligence, what kind of pressure**

17   **did they put on the social media platforms to, you**

18   **know, engage more aggressively in account**

19   **takedowns?**

20      A.   They compelled -- I don't know if they

21   compelled.  They requested the CEOs for the

22   companies that I mentioned, the -- to testify in

23   front of their committee.

24      **Q.   And so they kind of brought in Mark**

25   **Zuckerberg and Jack Dorsey and Sundar Pichai and**

**ELVIS CHAN  11/29/2022**

Page 117

1  had them testify in front of Congress?

2      A.    That is correct.

3      Q.    And that happened -- that happened once or

4  it happened multiple times?

5      A.    To my knowledge, that happened more than

6  once.

7      Q.    And you believe that that -- that that

8  kind of scrutiny and public pressure from Congress,

9  in your view, motivated them to be more aggressive

10  in the account takedowns?

11          MR. SUR:  Objection; lacks foundation,

12  calls for speculation.

13          THE WITNESS:  That is just my personal

14  opinion.

15      Q.    BY MR. SAUER:  Yeah.  What is the basis

16  for your opinion?  Has anyone at a social media

17  platform ever made a comment to you that would

18  reflect that -- that view?

19      A.    I would say yes.  And the types of

20  comments that I have received are that staffers

21  from both of those committees have visited with

22  those companies.  And while they would not reveal

23  the types of discussions that they had with these

24  House and Senate staffers, they would indicate that

25  they had to prepare very thoroughly for these types

1  of meetings and that it was -- they indicated that

2  it felt like a lot of pressure.

3      **Q.   "They" is representatives of social media**

4  **platforms?**

5      A.   Yeah.  The social media companies that

6  were visited.

7      **Q.   What -- what social media companies were**

8  **visited by these HPSCI and SSCI staffers?**

9      A.   To my knowledge, it was the three

10  companies that I've mentioned, which include

11  Facebook, Google and Twitter.

12      **Q.   And Facebook, Google and -- Facebook,**

13  **Google and Twitter employees all told you that they**

14  **experienced these visits from congressional**

15  **staffers as exercising a lot of pressure on them?**

16      A.   That was how I interpreted their comments.

17      **Q.   And then you infer from that that their**

18  **changes in takedown policies resulted from that**

19  **kind of pressure from Congress?**

20      A.   That is my personal opinion.

21          If I can add, I think some of -- some of

22  what was discussed -- I'm interpreting what -- some

23  of what was discussed.  But what the -- the

24  staffers would come and talk to us either before or

25  after they met with those three companies.  And so

1  what was discussed with us was legislation that
2  they were thinking about doing, and them asking for
3  our opinion.
4      **Q.   Uh-huh.  When you say "legislation that**
5  **they were thinking about doing," what do you mean?**
6      A.   Legislation that either HPSCI or SSCI was
7  thinking about doing.
8      **Q.   So HPSCI and SSCI, these committees on**
9  **intelligence, their staffers would be communicating**
10  **to the social media platforms Facebook, Twitter and**
11  **Google or YouTube that they intended to try and**
12  **pass legislation?**
13      A.   So I inferred that because that is what
14  they discussed with me personally.
15      **Q.   That is what they, the social media**
16  **platforms, discussed with you, correct?**
17      A.   No, no.  That is what HPSCI and SSCI
18  discussed with me when they were coming to these
19  meetings.
20      **Q.   Oh, did you -- were you in on these**
21  **meetings?  Like, were you included in the meetings**
22  **with the congressional staffers?**
23      A.   So I and FBI San Francisco personnel would
24  meet with the congressional staffers, typically
25  before they met or after they met with the social

1    media companies.  And the reason for that is

2    because they wanted an FBI opinion about what they

3    had heard from the social media companies.

4         Q.    I got you.  What did they -- first of all,

5    when did these meetings occur?  Was this in 2017,

6    2018, 2019, 2020?  What time frame?

7         A.    I can't recollect, but I do -- they felt

8    like an annual occurrence after -- after 2017.

9         Q.    And the congressional staffers would tell

10   you in advance, "We're going to meet with the

11   social media companies and -- and tell them about

12   legislation we want to advance," correct?

13        A.    No.

14        Q.    I'm sorry.

15        A.    What they would say -- what they would say

16   is they would tell us, "We plan to meet with these

17   three companies, and what have you been doing with

18   these three companies?"

19              And then we would share, like, the cases

20   or -- that we would be working on, but we would be

21   in a classified setting.  So we would be able to

22   speak more freely about the types of investigations

23   that were the most prominent or the most active on

24   our side, that they were either -- their -- their

25   platforms were impacted at some point.  That is --

**ELVIS CHAN  11/29/2022**

Page 121

```
 1    would be the nature of our discussion with the
 2    staffers.
 3           But I would not meet with the staffers and
 4    the social media companies.  The staffers had
 5    separate meetings with each of the companies.
 6       Q.   Okay.  And then after those meetings, the
 7    staffers would come to you and ask your opinion
 8    about potential legislation?
 9       A.   That is correct.
10       Q.   What sort of legislation?
11           MR. SUR:  I am going to object.  The
12    deliberative process privilege extends not just to
13    the executive branch, but all sorts of executive
14    communications within the government.
15           So if you can answer at a level of
16    generality that avoids disclosing the
17    particularities of any deliberations.  If you -- if
18    you cannot, then I instruct you not to answer.
19           THE WITNESS:  I cannot discuss it in
20    general terms.
21       Q.   BY MR. SAUER:  Okay.  Well, let me ask you
22    this just generally.  Did the legislation relate to
23    Section 230 of the Communications Decency Act?
24           MR. SUR:  I am going to stand by the same
25    objection on the grounds of deliberative process
```

1    privilege.

2         MR. SAUER:  The deliberative process

3    privilege does not apply, quote, when there is any

4    reason to believe that government misconduct has

5    occurred.  The judge by ordering this deposition

6    has already concluded there's potential First

7    Amendment violations in this case that need to be

8    explored, so the privilege does not apply.

9         MR. SUR:  We are at the -- at the pleading

10   stage on the First Amendment violations, and the

11   judge has not ruled on any particular privilege

12   question.  So I will continue to assert and ask

13   that the witness not answer the question on the

14   grounds of the deliberative process privilege.

15       **Q.   BY MR. SAUER:  Let me ask you this:  The**

16   **social media platforms talk to you -- people on the**

17   **social media platforms talk to you as well, right?**

18       A.   Yes.  I talk with the social media

19   platform personnel regularly.

20       **Q.   And I think you'd said earlier that they**

21   **had kind of just made statements to you that**

22   **indicated that they felt that these meetings, these**

23   **annual meetings with congressional staffers put a**

24   **lot of pressure on them, right?**

25       A.   That was my interpretation of their

 1   comments.  I don't recollect any of them using the

 2   specific word "pressure," but that was how I

 3   interpreted our conversations.

 4       **Q.   What congressional staffers were involved**

 5   **in these meetings?**

 6       A.   They would be senior-level staffers.  I'm

 7   sorry.  I can't remember any of their names.  But

 8   typically it would be -- the delegation would

 9   include a senior-level staffer, I think a

10   director-level; and then one of their attorneys,

11   like the committee counsel or a senior counsel for

12   the committee; and then there would be one to two

13   other, like, line-level staffers.

14       **Q.   So there would be maybe three to five**

15   **staffers total who would come to the meetings?**

16       A.   That is correct.

17       **Q.   Do you know who at the three social media**

18   **platforms you referred to attended the meetings?**

19       A.   So I was told by the staffers that they

20   met with Facebook, Google and Twitter.

21       **Q.   But then you actually talked to some**

22   **people from Facebook, Google and Twitter who were**

23   **at those meetings, right?**

24       A.   Yes.

25       **Q.   Who were they for Facebook, for starters?**

**ELVIS CHAN  11/29/2022**

Page 124

```
 1      A.   For Facebook, I would typically talk to
 2   Steven Siegel.  He's a -- a director on their
 3   attorney side.
 4      Q.   Anyone else at Facebook that was involved
 5   in the meetings with congressional staffers?
 6      A.   He would be the one that I would talk to
 7   about that.
 8      Q.   And he -- for some --
 9      A.   That's what I recollect.
10      Q.   And specifically he was involved in those
11   meetings, right?
12      A.   He led me to believe that he was involved
13   in those meetings.  Probably not just him.
14      Q.   How about -- how about Twitter, what -- do
15   you know who at Twitter was involved in those
16   meetings?
17      A.   I would have discussions with Yoel Roth or
18   Angela Sherrer.
19      Q.   How do you spell "Angela Sherrer"?
20      A.   Angela, common spelling; Sherrer,
21   S-h-e-r-r-e-r.
22      Q.   Anyone else?
23      A.   She is no longer -- she's no longer -- or
24   neither of them are at Twitter anymore.
25      Q.   Okay.  There's some turnover there?
```

 1      A.   Yes.

 2      Q.   **Anyone else at Twitter?**

 3      A.   Those would be the two senior officials

 4  that I am aware of.

 5      Q.   **How about Google?**

 6      A.   I would say in my experience it would be

 7  Richard Salgado.

 8      Q.   **Anyone else besides Richard Salgado?**

 9      A.   I believe on some occasions Shane Huntley

10  would attend.

11      Q.   **Anyone else at Google?**

12      A.   I can't recollect at this time, but those

13  would be the two most senior officials attending

14  those types of meetings.

15      Q.   **Let me ask you this:  Connecting these two**

16  **things, did you observe that after those meetings**

17  **where the congressional staffers came out and met**

18  **with Facebook, Twitter and YouTube; that Facebook,**

19  **Twitter and YouTube changed their practices and**

20  **became more active in account takedowns?**

21      A.   No.  I would not connect those two events.

22  What I would say is after 2016 -- at the end of

23  2016 and the beginning of 2017, after those initial

24  congressional hearings, and even prior to those

25  congressional hearings, in my experience, the

1  companies did not seem to be aware of the

2  activities going on on other platforms.  But after

3  they became aware, they became much more active in

4  trying to combat it.

5      Q.   I am going to pull up your thesis again,

6  and hopefully it won't cause audio problems.  Can

7  you see that?

8      A.   Can you let us know what page you're on?

9      Q.   Yeah.  This is on Page 42.  See down

10  there, that's Page 42?  And then that would be Page

11  66 of the PDF.

12      A.   Okay.  I can see one whole paragraph and

13  parts of two paragraphs.

14      Q.   Can you see here at the top of the page

15  where you refer to the "Internet Research Agency's

16  influence campaign in 2016"?

17      A.   Yes.

18      Q.   And then you say that the "companies

19  allowed the IRA free rein to achieve the relevant

20  elements of the Kartapolov Framework" in 2016,

21  right?

22      A.   Yeah.  That is how I characterize that.

23      Q.   And that's a reference to, you know, "free

24  rein," that is engaging in no takedown activity at

25  all, but letting the Russian inauthentic content be

**ELVIS CHAN  11/29/2022**

Page 127

```
 1    freely disseminated on their platforms, right?
 2         A.   That is correct.
 3         Q.   And then you go on to say, "However, later
 4    on, intense pressure from U.S. lawmakers and the
 5    media would eventually force the social media
 6    companies to examine what had taken place on their
 7    platforms and strive to ensure it did not happen in
 8    the future," right?
 9         A.   Yeah.  I wrote that.  And you can see that
10    the footnote says I am referencing the HPSCI
11    "Report on Russian Active Measures."
12         Q.   So you're actually referencing HPSCI, the
13    congressional committee that sent these staffers
14    out to have these meetings that we just talked
15    about, right?
16         A.   That's correct.
17         Q.   Do you still agree with that statement
18    that (as read) "intense pressure from U.S.
19    lawmakers and the media forced the social media
20    companies to examine what had taken place and
21    strive to ensure it did not happen in the future"?
22         A.   Yes.  I wrote that statement, and I agree
23    with it.
24         Q.   That's a consistent approach with the
25    Footnote 185 that cites the congressional reports
```

1    as well as what you said earlier about, you know,

2    calling the tech CEOs in to testify in front of

3    Congress and these meetings out here in San

4    Francisco, right?

5        A.    Yes.  That is my personal opinion.

6        Q.    Okay.  I want to jump ahead to Page 46 of

7    your thesis.  Can you still hear me?

8        A.    Yes.

9        Q.    Okay.  Do you see here on Page 46, Page 70

10    of the PDF?

11        A.    "Facebook stated it took a series of

12    measures"?

13        Q.    All right.

14              (Discussion off the record.)

15              THE WITNESS:  I read the first sentence of

16    the second paragraph.

17        Q.    BY MR. SAUER:  Right.  If I could direct

18    your -- can you hear me now?

19        A.    Yes.

20        Q.    Directing your attention higher up, at the

21    very top of the page, you say, "Facebook and

22    Twitter appeared to be the most detailed in sharing

23    their changes and the most public about account

24    takedowns," right?

25        A.    That is correct.

 1      Q.   And "their changes," what are those?  Is
 2   that a reference to substantive actions and policy
 3   changes to address malign foreign influence?
 4      A.   Yes.
 5      Q.   And your footnotes there I think refers to
 6   changes that they actually made to their
 7   content-modulation policies, right, their terms of
 8   service?
 9      A.   That is correct.  Whenever --
10           (Discussion off the record.)
11           THE WITNESS:  Okay.  Can you -- can you
12   scroll back to the sentence you were on, Mr. Sauer?
13           Oh, I wanted to clarify that the
14   substantive actions refers to, like, the
15   technology-detection methods, right?  That is one
16   of the substantive actions.
17           And then, as you mentioned, yeah, the
18   policy changes specifically to their terms of
19   service or community standards.
20           (Discussion off the record.)
21           THE WITNESS:  -- and community -- or
22   community standards.
23      Q.   BY MR. SAUER:  Got you.  So the policy
24   changes are changes -- the substantive changes are
25   their using algorithms to detect inauthentic

ELVIS CHAN  11/29/2022

1    content, right?

2        A.    Correct.    That is -- that is what I'm

3    referring to.

4        Q.    And then these -- the policy changes are

5    actually changing their terms of service to make

6    things -- to clarify that certain things actually

7    violate their policies and can be taken down,

8    right?

9        A.    Correct.

10       Q.    So those are kind of more robust or more

11   aggressive content-modulation policies that they

12   have adopted in this time frame, right?

13       A.    Yes.

14       Q.    And you go on to say in the next page,

15   "Facebook and Twitter appeared to be the most

16   detailed in sharing their changes and the most

17   public about account takedowns," right?

18       A.    That is correct.

19       Q.    And the changes they shared were they

20   shared that they had both -- well, include the

21   policy changes, the changes to their terms of

22   service, right?

23       A.    Yes.    They were very public in blog posts

24   about the terms-of-service changes --

25                 (Discussion off the record.)

```
 1                  THE WITNESS:  -- is their term for it --
 2                  (Discussion off the record.)
 3                  THE WITNESS:  And providing reports of
 4     account takedowns of foreign malign influence.
 5         Q.   BY MR. SAUER:  So in addition to notifying
 6     the FBI that they had taken stuff down, they would
 7     provide a public report saying, "Hey, we took down
 8     all the -- a certain number of accounts in the last
 9     quarter"; is that what they would do?
10         A.   Yes, yes.
11         Q.   Okay.  And you go on to say, "A possible
12     reason could be that Facebook and Twitter faced
13     more Congressional scrutiny than Google as their
14     senior executives testified before Congress on
15     three separate occasions before the midterm
16     elections" --
17         A.   Uh-huh.
18         Q.   -- is that right?
19         A.   Yes.  I do cite a news article.  I --
20     however, I do share the opinion of that article.
21         Q.   And that's consistent with what we just
22     talked about a moment ago, which is that one way
23     that these social media platforms experience
24     pressure was Mark Zuckerberg and Jack Dorsey had to
25     go testify in front of Congress multiple times.
```

 1    **And you infer from that that may have led to their**
 2    **changing their terms of service to be more robust**
 3    **and to prevent certain kinds of content from being**
 4    **posted; fair to say?**
 5             MR. SUR:  Objection; mischaracterizes the
 6    record.
 7             THE WITNESS:  My personal opinion is that,
 8    yeah, the -- my personal opinion is that political
 9    pressure from Congress was a contributing factor.
10        **Q.  BY MR. SAUER:  On the next page, Page 47,**
11    **you talk about there were a significant number of**
12    **takedowns, right?  "In 2018, Twitter announced the**
13    **takedown of 3,613 IRA-associated accounts."**
14        A.   Yeah.  I see that at the bottom of the
15    first paragraph on that page.
16        **Q.  Do you have any way of knowing if all of**
17    **those were actually IRA-associated or some of them**
18    **might have been authentic accounts?**
19        A.   Well, I only know what Twitter has told
20    us.
21        **Q.  Jumping ahead in your thesis to -- a**
22    **couple pages, to Page 49, you talk about how**
23    **something "provided politicians with the occasion**
24    **to exert pressure on the companies to make**
25    **constructive changes to their platforms," right?**

1      A.    Yeah, that was my assessment.

2      **Q.    Yeah.  And in other words, this is, again,**

3    **another way of saying something we have been**

4    **talking about, that politicians, including members**

5    **of Congress, pressured the social media companies**

6    **to make changes to their platforms to address**

7    **malign foreign influence, correct?**

8      A.    That is correct.

9      **Q.    And you described it as "constructive**

10   **changes."  So by and large you approve of the**

11   **policy changes and substantive actions that were**

12   **taken after 2016, correct?**

13          MR. SUR:  Objection; lacks foundation.

14          THE WITNESS:  The reason I said it was

15   constructive was that it appeared the social media

16   companies were able to detect and counter

17   foreign-malign-influence operations on their

18   platforms, which I believe was constructive.

19     **Q.    BY MR. SAUER:  And do you think it's**

20   **constructive that they are better equipped to**

21   **engage in account takedowns?**

22     A.    That is correct.  As compared to 2016 and

23   prior.

24     **Q.    And you think it is a positive development**

25   **between 2016 and 2018 that zero accounts were taken**

**ELVIS CHAN  11/29/2022**

1    **down during the 2016 cycle but 3,613 Twitter**

2    **accounts were taken down in the 2018 cycle,**

3    **correct?**

4        A.   Yeah.  The higher number is better than

5    zero, in my estimation.

6        **Q.   Because by and large you believe that**

7    **malign-foreign-influence accounts should be taken**

8    **down from Twitter, Facebook, YouTube and so forth?**

9        A.   Yes, that is my belief.

10       **Q.   In the next paragraph of the thesis, you**

11   **talk about the Global Engagement Center.  What**

12   **exactly is that?**

13       A.   So as I mentioned, it -- legislation

14   established the Global Engagement Center within the

15   State Department.  And based on my understanding

16   and review of reporting about the GEC, they were

17   primarily focused originally on countering foreign

18   terrorist organizations' propaganda.

19       **Q.   Do you -- and then did their mission**

20   **change to address malign foreign influence?**

21       A.   I -- yeah.  I would say it has now -- in

22   my experience, it is now including malign foreign

23   influence as well.

24       **Q.   When you say your experience, do you**

25   **interact with the Global Engagement Center in your**

**ELVIS CHAN  11/29/2022**

```
 1   professional role?
 2       A.   Yeah, I -- the -- yes.  Ahead of the 2020
 3   elections, I engaged with a regional representative
 4   who was based here in San Francisco.
 5       Q.   Who was that?
 6       A.   His name was Sam Stewart.
 7       Q.   Uh-huh.  Was that Samaradun Kay Stewart?
 8       A.   Yeah.  Yeah, that's his full name.
 9       Q.   What were your interactions with him?
10       A.   I would have periodic phone calls with
11   him.  He would meet with the social media companies
12   separately from me.  And from what he told me, it
13   seemed like he primarily met with policy
14   individuals.  I -- I rarely, if ever, meet with
15   policy individuals.
16           As I mentioned to you before, I typically
17   meet with the trust and safety individuals and then
18   their associated attorneys.
19       Q.   Did he discuss with you the nature of the
20   meetings he had with the policy individuals at
21   social media platforms?
22       A.   I would say only broadly.  He discussed
23   different initiatives that they have.
24       Q.   Would the social media platforms --
25       A.   And these initiatives include different
```

 1    types of software made by vendors that they would

 2    pilot to see if they could detect malign foreign

 3    influence on social media platforms.  And then he

 4    would also share information from State Department

 5    employees who were at embassies, you know, boots on

 6    the ground type of information from the embassies

 7    we have around the world.

 8          That is the type of information that he

 9    would share with me and let me know that that was

10    the type of information that he was sharing with

11    the companies.

12    Q.    **That first piece of it is kind of**

13    **interesting because it sounds like that connects to**

14    **what you said earlier about the substantive actions**

15    **taken by the social media platforms.  They adopted**

16    **computer programs or algorithms to try and detect**

17    **inauthentic foreign activity, correct?**

18    A.    Yes.  In my estimation, they use that type

19    of technology to detect and either knock down or

20    flag malign-foreign-influence activity.

21    Q.    **It sounds like Mr. Stewart was, based on**

22    **your description, kind of offering them access to**

23    **the sorts of tools they might be able to use to**

24    **detect it, correct?**

25          MR. SUR:  Objection; calls for

1    speculation, mischaracterizes the record.

2           THE WITNESS:  So I don't know what outside

3    vendors any of the companies, any of the social

4    media companies use.

5           I do know that the -- Sam Stewart from the

6    Global Engagement Center, he -- he would provide

7    webinars to me from these different types of

8    vendors, and then the vendors would just come in

9    and share results that they have.

10       Q.   BY MR. SAUER:  When you say "results," are

11   these vendors who prepare computer programs to

12   detect, you know, inauthentic activity on social

13   media platforms?

14       A.   That is my understanding.

15       Q.   And you -- I take it you participated in

16   some of his presentations, or you --

17       A.   I would say I went to two of those

18   webinars just to see what they were like.

19           However, based on my viewing of those two

20   webinars, I did not think it was useful from a law

21   enforcement standpoint.

22       Q.   And would it be more useful -- in other

23   words, a more useful audience would have been the

24   social media platforms who might use such programs?

25           MR. SUR:  Objection; vague.

1          THE WITNESS:  I believe that is why Sam

2     Stewart would share that type of information.  But

3     the reason I did not find it useful was because, as

4     a law enforcement agency and a domestic security

5     service, I am focused on the malign foreign actors

6     themselves and their activities.  And what these

7     companies and applications did was just look at

8     the -- look at the content and activities from a

9     surface level.

10          So I would be concerned that that sort of

11     application might accidentally pick up U.S. people

12     information, and so that is not something that I

13     think would be useful or relevant to the FBI.

14     **Q.   BY MR. SAUER:  And so your concern -- your**

15     **concern was that the GEC's kind of computer**

16     **programs that they were making available to social**

17     **media companies might be overinclusive and**

18     **misidentify authentic accounts as inauthentic**

19     **activity?**

20          MR. SUR:  Objection; lacks foundation,

21     calls for speculation, and mischaracterizes the

22     record.

23          THE WITNESS:  So if I may -- if I may

24     respond to your question.  So the State Department

25     is primarily a foreign-focus agency.  And so in

1    their estimation -- I believe that in their
2    estimation their tools would be deployed overseas,
3    where I believe they do not have the same type of
4    legal training that I do specifically about First
5    Amendment protections.  And so, you know, they are
6    overseas in embassies and their analysts are
7    overseas in embassies, and so they don't have the
8    same sorts of concerns that I would working at the
9    FBI is what I -- is my personal opinion.
10       **Q.   BY MR. SAUER:  Okay.  And those concerns**
11   **specifically is that it would raise a First**
12   **Amendment concern if somebody's -- a real user's**
13   **account got accidentally taken down because the**
14   **State Department provided a computer program that**
15   **was overinclusive?**
16       MR. SUR:  Objection; mischaracterizes the
17   record and calls for a legal conclusion.
18       **Q.   BY MR. SAUER:  But if -- yeah, if that**
19   **concern --**
20       A.   So I don't think the State Department was
21   providing these programs to the companies.  I think
22   the State Department was just providing a venue
23   where different vendors could show off their
24   products.  I don't think they endorsed or did not
25   endorse these products, but they provided -- and it

```
 1    wasn't just for the social media companies.

 2            They would invite all sorts of audiences,

 3    to include researchers, employees from State

 4    Department counterparts, so typically Ministry of

 5    Foreign Affairs.  They would provide -- these were

 6    open to the general public, but I believe the

 7    audience that they were going for were State

 8    Department-equivalent personnel, social media

 9    companies and researchers.

10            MR. SAUER:  Do you want to go off the

11    record?

12            THE WITNESS:  That's just based on what --

13            THE VIDEOGRAPHER:  Off the record at

14    12:27.

15                (Whereupon the noon recess was

16                 taken.)

17                    ---o0o---

18

19

20

21

22

23

24

25
```

```
 1        REMOTE VIA ZOOM, CALIFORNIA, NOVEMBER 29, 2022
 2                     AFTERNOON SESSION
 3                        ---o0o---
 4            THE VIDEOGRAPHER:  We are back on the
 5     record at 1:20 p.m.
 6        Q.   BY MR. SAUER:  Agent Chan, I just want to
 7     direct your attention back to your thesis, Exhibit
 8     1, for a few more questions.  Let me know if you
 9     have difficulty hearing me.
10            Here I am on Page 61 of your thesis, which
11     is Page 85 of the pdf.  In here you discuss the
12     case of PeaceData, which was a website, right?
13        A.   Yes, that is correct.
14        Q.   What exactly was PeaceData?  Was that a
15     Russian-originated website?
16        A.   Yes.  For the 2020 election cycle, that
17     was a website created by the Internet Research
18     Agency.
19        Q.   And it was intended to sow kind of
20     disinformation and discord among kind of
21     left-leaning voters in the United States, right?
22        A.   Yes.
23        Q.   And then here in this sentence that I am
24     highlighting you say "Third, Reuters broke a story
25     about the IRA posing as PeaceData staff to hire
```

1    unwitting freelance journalists, including

2    Americans, to write articles for the site," right?

3        A.   That is correct, and I cite the articles.

4        Q.   Right.  And then you go on to say that

5    "The Carnegie Endowment" "determined that at least

6    20 freelance journalists," which includes

7    Americans, "had been duped into writing articles

8    for the PeaceData outlet," right?

9        A.   That is correct.

10       Q.   Those articles were posted on that

11   website, right?

12       A.   That is correct.

13       Q.   Then that website, I take it, got taken

14   down as a result of the revelation that it was a

15   Russian mis- -- or Russian-originated site, right?

16       A.   I do not believe it was taken down.  I

17   believe it was just discredited.  It may -- I

18   haven't checked it, but it was up for a while.

19       Q.   And this is one of those sites that you

20   described as achieving fairly low engagement

21   earlier in the deposition; is that right?

22       A.   Right.  That is correct.

23       Q.   Was the FBI involved in the investigation

24   of the PeaceData?

25            MR. SUR:  Objection; vague.

```
 1           THE WITNESS:  So the FBI shared
 2   information with the companies that it believed the
 3   Internet Research Agency was standing up.  Two
 4   websites.  One was PeaceData, and the other was
 5   called NAEBC, which is an abbreviation for Newsroom
 6   for American- and European-Based Citizens.  So they
 7   were supposed to be complementary news websites.
 8   But we did tip the social media companies to both
 9   of those sites.
10      Q.   BY MR. SAUER:  Did the social media
11   companies, to your knowledge, act on that
12   information and take actions to restrict social
13   media postings about those -- bombing those sites?
14      A.   What they conveyed to me is that they
15   identified accounts that were foreign-associated,
16   so Internet Research Agency-associated, that were
17   directing users on those platforms to the PeaceData
18   website as well as the NAEBC website.
19      Q.   So they identified.  Did they take actions
20   against those accounts?
21      A.   I believe they did.
22      Q.   Okay.  So this is a situation where the --
23   in the 2020 election cycle the tactics have evolved
24   and the Russians have now created a website, hired
25   Americans to write for the website and post
```

1   articles on it, and then are using fake accounts to

2   direct ordinary users to the content on that

3   website; is that right?

4          MR. SUR:  Objection; assumes facts not in

5   evidence.

6          THE WITNESS:  Yeah, so you have summarized

7   one of the shifts that I noticed in my thesis.

8      Q.   BY MR. SAUER:  Got you.  And the FBI was

9   the organization that flagged this for social media

10  companies as -- the PeaceData site as a

11  Russian-originating site, correct?

12     A.   Yes, that is my recollection.

13     Q.   Okay.  So in that you talked about the

14  NAEBC site, right?  That's N-A-E-B-C, right?

15     A.   Correct.

16     Q.   And that was a more right-wing site that

17  the Russians originated?

18     A.   Correct.

19     Q.   And just turning two pages ahead in your

20  thesis to Page 63, you have a sentence here about

21  the NAEBC site that begins "Lastly, Graphika

22  determined that the IRA used various social media

23  accounts to engage with real users and convince

24  them to post on the NAEBC site, which met with some

25  success," correct?

1    A.   Yes, I wrote that, and I was citing the
2  Graphika team report.

3    **Q.   So it's your understanding that the NAEBC**
4  **site also included content drafted and written by**
5  **real users that had posted on that site?**

6    A.   Yes, based on the Graphika report.

7    **Q.   So it is a bit like the PeaceData site**
8  **where they had hired freelance journalists,**
9  **including Americans, to post on the site.  Here**
10  **they induced social media users to post their own**
11  **thoughts on that site, right?**

12    A.   That is correct, but we do not know the
13  nationality of the users because it wasn't
14  mentioned in the source that I used.

15    **Q.   You don't know today whether those were**
16  **Americans or foreigners who were posting on that**
17  **NAEBC site, right?**

18    A.   I do not.

19    **Q.   But the NAEBC site was designed by the**
20  **Russians for Americans to read, right, or Americans**
21  **and Europeans; is that right?**

22    A.   That is my assessment.

23    **Q.   In fact, NAEBC stands for Newsroom for**
24  **American- and European-Based Citizens, right?**

25    A.   That is correct.

1      Q.   Higher on this page you describe these

2  people who posted on the site as unwitting

3  co-optees.  Do you see that?

4      A.   I do see that.

5      Q.   So you have a situation where there's a

6  kind of, you know, intermingling or blending of the

7  inauthentic Russian content with essentially

8  authentic user-generated content, right?

9           MR. SUR:  Objection; vague and ambiguous.

10          THE WITNESS:  Yes, I characterize those

11  individuals as unwitting co-optees.

12      Q.   BY MR. SAUER:  And the FBI flagged the

13  NAEBC site for social media platforms as a kind of

14  Russian-originated source as well, right?

15      A.   That is correct.

16      Q.   Did you also flag social media accounts

17  that were engaged in directing people -- or

18  directing people to those sites, both PeaceData and

19  NAEBC, to the social media platforms?

20          MR. SUR:  Objection; vague and ambiguous.

21          THE WITNESS:  No, not to my recollection.

22  From my recollection, we provided those two

23  websites to include the URLs and then the companies

24  were able to discover Russian-controlled accounts

25  that were used to try to redirect users to those

 1    websites.

 2        Q.    BY MR. SAUER:   And the social media

 3    companies told you that they had found them.   Did

 4    they say they had taken action against those

 5    accounts?

 6        A.    Yes, they said that they had taken down

 7    those accounts.

 8        Q.    Jumping ahead to Page 70 of your thesis,

 9    which is Page 94 of the PDF, Table 5 here you have

10    a summary of Facebook takedowns from 2020, right?

11        A.    Yes.

12        Q.    And you have a grand total of 825 accounts

13    taken down from Facebook and Instagram pages -- or

14    platforms, right?

15        A.    That is correct.

16        Q.    So I think part of your thesis points out

17    that Facebook was much, much more active in the

18    2020 election cycle in removing

19    malign-foreign-influence accounts than it had been

20    in 2016, right?

21        A.    That is my assessment.

22        Q.    And in your thesis, you only cite the four

23    publicly cited in media reports instances where the

24    FBI had flagged stuff to Facebook and other social

25    media platforms, right?

**ELVIS CHAN  11/29/2022**

Page 148

```
 1       A.    That is correct.  Because that was -- I
 2   was writing the thesis for me personally, and I was
 3   not representing -- you know, if you look at the
 4   caveat in the first place, I was representing my
 5   personal views and not necessarily the views of the
 6   FBI regarding the thesis.
 7       Q.    But in your capacity as an FBI agent,
 8   you're aware of a lot more than four instances
 9   where the FBI had flagged accounts, right?
10       A.    You are correct.
11       Q.    In fact, I think you said it was one to
12   five instances per month in 2018 election cycle --
13   sorry, one to five instances per month during the
14   2020 cycle and one to four instances per month in
15   the 2022 cycle, correct?
16       A.    That is correct.  And the reason for that
17   is because that information is not publicly
18   available.  So I could not use it in my thesis.
19       Q.    Understood.  And of those 825 accounts
20   from Facebook, do you have any idea, ballpark, how
21   many of those were the results of takedowns --
22   sorry.  How many of those takedowns were the result
23   of information provided by the FBI?
24       A.    Unfortunately I do not.  I would love to
25   have that statistic, but I do not have that.
```

1       Q.   You kind of asked them for that and they
2   haven't told you, right?
3       A.   That is correct.
4       Q.   Okay.  But it's some subset of those
5   because you have been told on multiple occasions
6   that they have acted on information that you
7   provided, right?
8       A.   That is my assumption.
9       Q.   Next page you talk about in 2019, Twitter
10  announced two takedowns of 422 accounts which made
11  929,000 tweets, right?
12      A.   That's correct.
13      Q.   Can you look at the figure on that page?
14  Looks like the topics relate to the 2018 midterms,
15  MAGA, ReleaseTheMemo and other subjects; is that
16  right?
17      A.   That is correct.
18      Q.   ReleaseTheMemo is some -- some sort --
19  some trend that's designed to appear -- to appeal
20  to conservative voters, right?
21      A.   Honestly, I can't remember.
22      Q.   In any event, do you know how many of
23  these 422 accounts and 929,000 tweets that were
24  removed were the result of FBI information?
25      A.   I do not.

1      Q.   It is some subset of those, but they

2   haven't given you the precise numbers; is that fair

3   to say?

4      A.   That is -- that would be my assumption.

5      Q.   And then the next page, again, there's a

6   reference to Twitter announcing four sets of

7   takedowns with 1,233 accounts as well.  Same

8   question:  I take it that some of those are due to

9   the FBI, but you don't know how many?

10          MR. SUR:  Objection; calls for

11   speculation.

12          THE WITNESS:  I would assume that some

13   subset of that amount was due to information we

14   provided, but I do not know the exact number.

15      Q.   BY MR. SAUER:  And at some level you know

16   that some are because Twitter's told you on at

17   least some occasions, "Yes, we acted on your

18   information and took down problematic accounts,"

19   right?

20      A.   That is correct.

21      Q.   Let's jump ahead to Page 76 of your

22   thesis.  You have a discussion of some meetings

23   here at the bottom of the page.  You see where I

24   am?  On September -- you talk about how the U.S.

25   government was more engaged ahead of the 2020

1    elections, right?

2        A.    I said the government appeared to be more

3    engaged with social media companies.

4        Q.    **In fact, based on your actual experience,**

5    **were you more engaged?**

6        A.    I would personally characterize it as

7    being more engaged.  However, I cannot discuss that

8    in a thesis.

9        Q.    **Got you.  This next sentence you say**

10   **"September 4th, 2019, Facebook hosted an election**

11   **security meeting with FBI, DHS and ODNI," right?**

12       A.    That's correct.

13       Q.    **Were you at that meeting?**

14       A.    I was at that meeting.

15       Q.    **Who else was at that meeting from the FBI?**

16       A.    I specifically remember two attorneys

17   being at that meeting, but they are both GS-14

18   attorneys.

19       Q.    **Don't tell me their names.  Anyone else**

20   **from the FBI?**

21       A.    No.  I believe I -- yeah, I was the only

22   non-FBI -- I'm trying to remember if any FITF

23   employees came.  Actually, yes, I believe one

24   employee from FITF came, but I am not completely

25   sure.

**ELVIS CHAN  11/29/2022**

Page 152

```
1        Q.   Do you know who it was?
2        A.   Yeah, he's another GS-15.  It would be the
3    unit chief for the Russian unit.
4        Q.   How about from DHS, were those CISA
5    individuals?
6        A.   I definitely remember Matt Masterson being
7    there, but I do not remember if Brian Scully was
8    there.  Oh, I also remember the director of CISA,
9    Mr. Krebs, was there as well.
10       Q.   So Krebs, Masterson and possibly Scully
11   were at that meeting?
12       A.   Krebs and Masterson for sure, and I can't
13   remember if Scully was there.
14       Q.   Okay.  What was discussed at this meeting?
15       A.   It was just an overall meeting to discuss
16   election security, and I think in my opinion,
17   Facebook held the meeting because they wanted all
18   of the relevant federal government components in
19   the same room to share what the federal government
20   agencies intended to do to ensure the safety of the
21   2020 elections.
22       Q.   Okay.  And you go on to the next page to
23   say, "The other companies attending the meeting
24   included Google, Microsoft, and Twitter," right?
25       A.   Yeah.  And you can see from the footnote
```

**ELVIS CHAN  11/29/2022**

Page 153

```
 1   those were the only companies who were mentioned in
 2   the article.
 3       Q.   Were there other companies there, since
 4   you attended the meeting?
 5       A.   Yes, there were other companies there.
 6       Q.   Which ones?
 7       A.   I specifically remember Yahoo! was there.
 8       Q.   Any others?
 9       A.   Not from my recollection.
10       Q.   Were the individuals from the social media
11   platforms at these -- at this meeting, were these
12   people from the site integrity or trust and safety
13   teams?
14       A.   Yes.
15       Q.   So those are the people on the social
16   media side who have responsibility for enforcing
17   content-modulation decisions and enforcing terms of
18   service?
19       A.   That is --
20           MR. SUR:  Objection; calls for
21   speculation, lacks foundation.
22           THE WITNESS:  That is my understanding.
23       Q.   BY MR. SAUER:  Did you -- what was -- was
24   content modulation discussed at all?  Was
25   disinformation discussed at this meeting?
```

1          MR. SUR:  Objection; vague and ambiguous.

2          THE WITNESS:  From my recollection, the

3    social media companies were focused on discussing

4    disinformation, and the FBI was really focused on

5    the actors who were involved, specifically the

6    Internet Research Agency.

7      Q.   BY MR. SAUER:  So this was an information

8    where disinformation was discussed and removing

9    disinformation from platforms?

10     A.   So the social media companies discussed

11   that.  We, the FBI, did not discuss that.

12     Q.   What did CISA discuss at this meeting,

13   Mr. Krebs and Mr. Masterson or Mr. Scully, if he

14   was there?

15     A.   From my recollection, CISA just discussed

16   what their role was and is in securing election

17   infrastructure and supporting election officials.

18     Q.   Did they talk about disinformation?

19     A.   I do not remember them talking about

20   disinformation.

21     Q.   How about ODNI, did they talk about

22   removing disinformation?

23     A.   No, they did not.  ODNI, from my

24   recollection, provided an unclassified overview of

25   three specific nation states that they were

1    concerned might try to conduct malign-influence

2    campaigns against the U.S. elections in 2020.

3    These include Russia, China and Iran.

4        **Q.   You go on to say, "In August 2020, the New**

5    **York Times broke a story revealing that the private**

6    **sector companies working with the U.S. government**

7    **had expanded to include the Wikimedia Foundation,**

8    **Verizon Media, Reddit, Pinterest, and LinkedIn,"**

9    **correct?**

10       A.   That is correct.

11       **Q.   So let me ask you this:  Were there other**

12   **meetings, other than this one on September 4th,**

13   **2019, with these other companies?**

14       A.   I don't remember another -- oh, outside of

15   the CISA-hosted industry group meetings, I don't

16   remember another meeting that had all of the

17   companies together.

18       **Q.   Okay.  So the CISA-hosted meetings, that's**

19   **the -- I think we talked about at the very**

20   **beginning of the deposition, the industry -- what**

21   **does CISA call, the industry-what meeting?**

22       A.   I can't remember, but yes, those were the

23   meetings I was -- those were the meetings I was

24   referring to.

25       **Q.   So you believe this -- you believe this**

1   New York Times story that refers to Wikimedia,

2   Reddit and Pinterest and so forth is a reference to

3   the CISA-hosted industry meeting that you just

4   testified about earlier, correct?

5        A.   That is only my assumption.

6        Q.   Okay.  Those meetings you attended some

7   but not all of them, I think you said?

8        A.   Yes, that is correct.

9        Q.   Was disinformation discussed at those

10   meetings, the CISA-led industry meetings that

11   included all these social media platforms?

12        A.   Yes, from -- the disinformation content

13   was shared by the social media companies.  They

14   would provide a strategic overview of the type of

15   disinformation they were seeing on their respective

16   platforms.

17        Q.   And then what did the government say in

18   those meetings?

19             MR. SUR:  Objection; vague and ambiguous.

20             THE WITNESS:  As I mentioned before, CISA

21   primarily discussed actual election logistics to

22   include the dates of State primaries, the methods

23   for which ballots were cast.

24             The FBI, we just provided strategic,

25   unclassified overviews of the activities that we

1    saw the Internet Research Agency doing.

2         ODNI, to my recollection, did not provide

3    any substantive overviews at most of the meetings

4    except for to provide general assessments about

5    nation-state-level threats.

6         Q.   BY MR. SAUER:  I am going to jump ahead to

7    Page 94 of your thesis, and that's on Page 118 of

8    the PDF.

9         A.   So where --

10        Q.   Up here at the top.

11        A.   Part B, "Recommendations."

12        Q.   Right above it.

13        A.   Okay.

14        Q.   At the top you say, "Many factors are at

15   play when trying to measure the effects of Russia's

16   influence operations," right?

17        A.   Yes.

18        Q.   You say, "First-order effects include real

19   users interacting with inauthentic content," right?

20        A.   Yes.

21        Q.   Interacting with inauthentic content, that

22   includes reading it, liking it, commenting on it,

23   potentially reposting it and reposting it with a

24   commentary, correct?

25        A.   Yes.

1    Q.   Those are all first-order effects of
2  Russia's influence operations, right?
3    A.   That is how I define "first-order
4  effects."
5    Q.   Got you.  "Russian-bot amplification of
6  diverse organic content is what you list in that
7  list, right?
8    A.   Yeah, I also define that as a "first-order
9  effect."
10    Q.   And that refers to the Russian bots
11  basically being used to amplify, that is like or
12  repost or retweet, content that other users have
13  already posted, right?
14    A.   That is correct.
15    Q.   And then a third first-order effect you
16  identify is "IRA-controlled accounts communicating
17  directly with real users," right?
18    A.   That's correct.
19    Q.   They would be directing messages to those
20  users, and those users would be responding to these
21  inauthentic accounts, right?
22    A.   Correct.
23    Q.   Jumping ahead to Page 99, you make a
24  recommendation here for "the U.S. government to
25  establish a National Counter Information Operations

 1    Center as an interagency fusion center and focal

 2    point for countering disinformation campaigns,"

 3    right?

 4        A.    That is a personal recommendation that I

 5    made.  If you look at the footnote, this was one of

 6    the recommendations of the U.S. Cyberspace

 7    Solarium.

 8        Q.    Okay.  So you kind of agree with what they

 9    had recommended, right?

10        A.    That is my personal stance, not

11    necessarily the stance of the FBI.

12        Q.    You go on to say, "In April 2021" -- you

13    talk about how that commission, the one whose

14    recommendation you agree with, envisioned a center

15    that would allow the relevant U.S. government

16    elements to work alongside social media companies

17    to combat disinformation, right?

18        A.    That is correct.  But I'm also citing a

19    report.

20        Q.    And combatting disinformation here would

21    include the sort of stuff we're talking about

22    already today, which is flagging inauthentic

23    accounts and having them removed, right?

24            MR. SUR:  Objection; vague and ambiguous,

25    mischaracterizes the record.

```
 1              THE WITNESS:  Yeah.  So my intent was --
 2    and what the commission also envisioned was closer
 3    to realtime sharing of information.  So right now,
 4    you know, we are limited by the declassification
 5    process, the approval process for us to be able to
 6    get information in a form that can be shared with
 7    the social media companies.
 8              However, if some of the social media
 9    company employees were to carry security
10    clearances, they could be discussed at least on an
11    informal basis at a high level, a higher
12    classification.
13        Q.   BY MR. SAUER:  And I take it that
14    communication could happen much more quickly under
15    this recommendation, right?
16        A.   Yes.
17        Q.   And that could, therefore, result in
18    quicker action being taken by the social media
19    platforms against inauthentic activity on their
20    platforms?
21              MR. SUR:  Objection; calls for
22    speculation.
23              THE WITNESS:  Yes, that would be my
24    opinion.
25        Q.   BY MR. SAUER:  And the next sentence you
```

1   say, "In April of 2021, the" ODNI announced "it was

2   establishing 'the Foreign Malign Influence

3   Center'."  Do you know anything about that Foreign

4   Malign Influence Center other than the public

5   report that you cite?

6       A.   Unfortunately I do not.

7       Q.   So you don't know if they have something

8   like you're recommending already in place where

9   people with security clearances on the government

10  side and the social media side can convey

11  information to each other more quickly?

12      A.   So I am not aware of any such sent -- of

13  any such center being housed at ODNI at this point.

14      Q.   Jump ahead -- or I'll jump ahead to Page

15  104.  Here toward the end you commented that

16  "although the focus of this thesis was Russian

17  disinformation campaigns, domestic disinformation

18  operations also featured prominently ahead of the

19  2020 elections," correct?

20      A.   Can you tell me what you highlighted

21  again?

22      Q.   Oh, sorry.  Here I am.  "Although the

23  focus of this thesis was Russian disinformation

24  campaigns, domestic disinformation operations also

25  featured prominently ahead of the 2020 elections."

1     A.    Yes, I wrote that, and I was citing a

2    report from the Atlantic Council.

3     **Q.    Did you have any involvement in looking**

4    **for domestic disinformation campaigns in the 2020**

5    **election cycle?**

6          MR. SUR:  Objection; vague,

7    mischaracterizes the record.

8          THE WITNESS:  In the context of the FITF

9    meetings, no.

10     **Q.    BY MR. SAUER:  All right.  How about in**

11    **any other context?**

12     A.    During FBI San Francisco's 2020 election

13    command post, which I believe was held from the

14    Friday before the election through election night,

15    that Tuesday at midnight, information would be

16    provided by other field offices and FBI

17    headquarters about disinformation, specifically

18    about the time, place or manner of elections in

19    various states.

20          These were passed to FBI San Francisco's

21    command post, which I mentioned to you before I was

22    the daytime shift commander, and we would relay

23    this information to the social media platforms

24    where these accounts were detected.

25          So I do not believe we were able to

**ELVIS CHAN 11/29/2022**

1  determine whether the accounts that were posting

2  time, place or manner of election disinformation,

3  whether they were American or foreign.

4      **Q.    But you received reports, I take it, from**

5  **all over the country about disinformation about**

6  **time, place and manner of voting, right?**

7      A.    That is -- we received them from multiple

8  field offices, and I can't remember.  But I

9  remember many field offices, probably around ten to

10 12 field offices, relayed this type of information

11 to us.

12          And because DOJ had informed us that this

13 type of information was criminal in nature, that it

14 did not matter where the -- who was the source of

15 the information, but that it was criminal in nature

16 and that it should be flagged to the social media

17 companies.  And then the respective field offices

18 were expected to follow up with a legal process to

19 get additional information on the origin and nature

20 of these communications.

21     **Q.    So the Department of Justice advised you**

22 **that it's criminal and there's no First Amendment**

23 **right to post false information about time, place**

24 **and manner of voting?**

25          MR. SUR:  Objection on the grounds of

**ELVIS CHAN  11/29/2022**

Page 164

```
 1  attorney-client privilege --
 2           MR. SAUER:  He just testified --
 3           MR. SUR:  -- and work product issues.
 4           MR. SAUER:  That's waived.  He just told
 5  him what -- he just described what DOJ said, and
 6  I'm asking for specificity.
 7           MR. SUR:  I am putting the objection on
 8  the record.
 9      Q.   BY MR. SAUER:  You may answer.
10      A.   That was my understanding.
11      Q.   And did you, in fact, relay -- let me ask
12  you this.  You say manner of voting.  Were some of
13  these reports related to voting by mail, which was
14  a hot topic back then?
15      A.   From my recollection, some of them did
16  include voting by mail.  Specifically what I can
17  remember is erroneous information about when
18  mail-in ballots could be postmarked because it is
19  different in different jurisdictions.
20           So I would be relying on the local field
21  office to know what were the election laws in their
22  territory and to only flag information for us.
23           Actually, let me provide additional
24  context.  DOJ public integrity attorneys were at
25  the FBI's election command post and headquarters.
```

**ELVIS CHAN  11/29/2022**

Page 165

```
1    So I believe that all of those were reviewed before
2    they got sent to FBI San Francisco.
3        Q.    So those reports would come to FBI San
4    Francisco when you were the day commander at this
5    command post, and then FBI San Francisco would
6    relay them to the various social media platforms
7    where the problematic posts had been made, right?
8        A.    That is correct.
9        Q.    And then the point there was to alert the
10   social media platforms and see if they could be
11   taken down, right?
12       A.    It was to alert the social media companies
13   to see if they violated their terms of service.
14       Q.    And if they did, then they would be taken
15   down?
16       A.    If they did, they would follow their own
17   policies, which may include taking down accounts.
18       Q.    How about taking down posts as opposed to
19   the entire account?
20       A.    I think it depends on how they interpreted
21   it and what the content was and what the account
22   was.
23       Q.    Do you know what the -- do you know
24   whether some of those posts that you relayed to
25   them were acted on by their content modulators?
```

```
 1            MR. SUR:  Objection; vague and ambiguous.
 2            THE WITNESS:  So from my recollection, we
 3    would receive some responses from the social media
 4    companies.  I remember in some cases they would
 5    relay that they had taken down the posts.  In other
 6    cases, they would say that this did not violate
 7    their terms of service.
 8       Q.   BY MR. SAUER:  What sort of posts were
 9    flagged by you that they concluded did not violate
10    their terms of service?
11       A.   I can't remember off the top of my head.
12       Q.   I mean, I take it they would all have a
13    policy against just posting about the wrong time
14    that the poles opened, right?  Or the wrong date to
15    mail your ballot?
16       A.   That would be my assumption, but I do
17    remember, but I can't remember the specifics as to
18    why.  But I do remember them saying that certain
19    information we shared with them did not result in
20    any actions on their part, but I can't remember the
21    details of those.  They were not frequent, but I do
22    remember that they occurred.
23       Q.   In most cases when you flagged something,
24    it was taken down?
25       A.   In most cases -- let me rephrase that.
```

**ELVIS CHAN 11/29/2022**

Page 167

1        In some cases when we shared information
2    they would provide a response to us that they had
3    taken them down.
4        **Q.   Got you.  Same as the -- go ahead.**
5        A.   I would not say it was 100 percent success
6    rate.  If I had to characterize it, I would say it
7    was like a 50 percent success rate.  But that's
8    just from my recollection.
9        **Q.   And the success rate would be the number**
10   **of times it got taken down based on the number of**
11   **instances you reported?**
12       A.   The success rate would be that some action
13   had been taken because it was a terms-of-service
14   violation.
15       **Q.   Got you.  Did this command post, this kind**
16   **of activity of relaying these reports of**
17   **election-related disinformation, did that occur**
18   **through these election command posts in 2022 as**
19   **well as 2020?**
20       A.   Yes.  So to restate, the election command
21   post from 2020, from my recollection, occurred the
22   Friday before the election through Tuesday at
23   midnight.  Then for the midterm elections, we only
24   stood at the command post, I believe, from 8:00
25   a.m. to 10:00 p.m. of election day.

**ELVIS CHAN  11/29/2022**

1     **Q.    So why was it operating longer in 2020?**

2     A.    Based on our experience in the 2018

3     midterms, where there was a very low volume of

4     information that needed to be coordinated, we

5     assessed that we could do with an actual command

6     post on Tuesday with people on call on Monday and

7     on Wednesday who, if needed to, could report and

8     activate a command post.  This is specifically for

9     FBI San Francisco.

10     **Q.    And this command post was chosen to be --**

11     **I mean, it addresses nationwide election-related**

12     **information, right?**

13     A.    So every field office, every FBI field

14     office was mandated by headquarters to stand at a

15     command post at least on election day.

16            And FBI San Francisco was responsible for

17     relaying any time, place or manner disinformation

18     or malign-foreign-influence information to the

19     social media companies as well as accepting any

20     referrals from the social media companies.

21     **Q.    So FBI San Francisco had the special job**

22     **of referring concerns to social media companies?**

23            MR. SUR:  Objection; vague and ambiguous.

24            THE WITNESS:  Yes, and the reason for that

25     is because the majority of the social media

**ELVIS CHAN  11/29/2022**

1   companies are headquartered in FBI San Francisco's

2   territory.

3       **Q.   BY MR. SAUER:  I am going to move to a**

4   **different exhibit, I'm sure you'll be happy to**

5   **hear.**

6       A.   Well, I spent a lot of time on my thesis.

7       **Q.   Both researching it and testifying about**

8   **it today.**

9           **Let me -- I am showing you an exhibit --**

10          MR. SUR:  Hang on a second.

11              (Reporter marked Exhibit No. 6 for

12               identification.)

13      **Q.   BY MR. SAUER:  I am showing you -- can you**

14  **see this exhibit --**

15      A.   Yes.

16      **Q.   -- defendants' amended objections and**

17  **responses on interrogatories?**

18          MR. SUR:  Counsel, to clarify, this is

19  Exhibit 6; is that right?

20          MR. SAUER:  Yeah.  We had to go out of

21  order, so I am jumping to Exhibit 6 because they

22  were pre-marked.  I just emailed you this one, but

23  it ought to look familiar.

24      **Q.   I just want to jump down to Page 37 of**

25  **these interrogatory responses.  Down here at the**

1  bottom of the page under "DHS," do you see this

2  here, it begins with a bullet point?

3      A.    I see a sentence starting with "A

4  recurring meeting usually entitled USG-industry

5  meeting."

6      Q.    Yes, yeah, that paragraphs states "A

7  recurring meeting usually entitled USG-industry

8  meeting, which has generally had a monthly cadence,

9  and is between government agencies and private

10  industry."  Do you see that description?

11      A.    Yes.

12      Q.    The CISA-organized meeting that we have

13  talked about multiple times already, is that

14  usually entitled USG-industry meeting?

15      A.    Based on my recollection, yes.

16      Q.    So this interrogatory response appears to

17  be referring to meetings that we have already

18  talked about today?

19      A.    That is correct, the CISA-facilitated

20  meeting.

21      Q.    It says, "Government participants have

22  included CISA's Election Security and Resilience

23  team, DHS's Office of Intelligence and Analysis,

24  the FBI's foreign influence task force."

25              MR. SUR:  Objection; misstates

ELVIS CHAN 11/29/2022

1  information.

2      Q.  BY MR. SAUER:  I am asking you if this is

3  what it says?

4      A.  This is what it says, and I remember

5  sharing with you from my memory those were the

6  participants.  I forgot to mention DOJ National

7  Security Division, but I do remember that they

8  sometimes have participants.

9      Q.  I take it you participated in some of

10  these meetings but not all of them?

11     A.  That is correct.

12     Q.  When did these meetings happen, what

13  years?  Here it just says these monthly cadence

14  meetings occurred.  When did they actually happen?

15         MR. SUR:  Objection; lacks foundation.

16         THE WITNESS:  I can't remember exactly,

17  but I believe they started happening before the

18  2020 election, but I can't remember how far before

19  the 2020 election.

20     Q.  BY MR. SAUER:  So they were -- they -- I

21  guess CISA organized these meetings, I think you

22  said earlier?

23     A.  That is correct, and I was just an

24  attendee.

25     Q.  CISA organized the meetings gearing up

1    toward the 2020 election; is that right?

2        A.    For these USG-industry meetings, yes.

3        Q.    **Were hack-and-dump operations discussed at**

4    **these meetings, or hack-and-leak operations?**

5        A.    Yes, they were.

6        Q.    **Tell me what was discussed about them at**

7    **these meetings?**

8        A.    The context of hack and dump is what was

9    the FBI and CISA doing to prevent hack-and-dump

10   operations.  So from the FBI side, I think we

11   already -- I already relayed to you that we had the

12   protective voices initiative.  I can't remember the

13   specifics, but CISA also discussed its

14   cybersecurity awareness efforts as well as grants

15   efforts with the state-, county- and local-level

16   election officials.

17       Q.    **Did anyone at these meetings tell the**

18   **industry participants to expect a Russian**

19   **hack-and-dump operation or hack-and-leak operation**

20   **shortly before the 2020 election cycle?**

21            MR. SUR:  Objection; lacks foundation.

22            THE WITNESS:  From my recollection, I

23   remember that the FBI warned -- that I or someone

24   from the FBI warned the social media companies

25   about the potential for a 2016-style DNC

ELVIS CHAN  11/29/2022

 1   hack-and-dump operation.

 2       Q.   BY MR. SAUER:  What exactly did you say to

 3   the social media companies about that?

 4       A.   Essentially what I just told you.

 5       Q.   You said that there might be a Russian

 6   hack-and-dump operation?

 7       A.   So what I said was although we have not

 8   seen any computer intrusions into national-level

 9   political committees or election officials or

10   presidential candidates at this time, we ask you to

11   remain vigilant about the potential for

12   hack-and-dump operations, or something to that

13   effect.

14       Q.   Did you specifically refer to the 2016

15   hack-and-dump operation that targeted the DCCC and

16   the DNC?

17       A.   I believe I did.

18       Q.   Did you provide any basis to the social

19   media platforms for thinking that such an operation

20   might be coming?

21       A.   The basis was -- my basis was it had

22   happened once, and it could happen again.

23       Q.   Did you have any other specific

24   information other than it had happened four years

25   earlier?

```
 1            MR. SUR:  Objection in so far as the
 2    answer calls for the law enforcement privileged
 3    information.
 4            You can answer, if you can, without
 5    divulging the law enforcement privilege as to any
 6    particular investigation.
 7            THE WITNESS:  Through our investigations,
 8    we did not see any similar competing intrusions to
 9    what had happened in 2016.
10            So although from our standpoint we had not
11    seen anything, we specifically, in an abundance of
12    caution, warned the companies in case they saw
13    something that we did not.
14       Q.   BY MR. SAUER:  So did you ask the
15    companies if they had seen any attempts at
16    intrusions or unauthorized access?
17       A.   This is something that we -- that I
18    regularly ask the companies in the course of our
19    meetings.
20       Q.   Did you ask them in these meetings?
21       A.   Not at every meeting, but I believe I
22    asked them at some meetings.
23       Q.   And did you repeatedly warn them at these
24    meetings that you anticipated there might be
25    hack-and-dump operations, Russian-initiated
```

ELVIS CHAN 11/29/2022

1　hack-and-dump operations?

2　　　　　MR. SUR: Objection; vague, assumes facts

3　not on the record.

4　　　　　THE WITNESS: So repeatedly I would say --

5　can you -- can you ask your question like -- what

6　do you mean by "repeatedly"? Like 100 times, five

7　times?

8　　Q. BY MR. SAUER: Well, did you do it more

9　than once?

10　　A. I did it more -- yes. I warned the

11　companies about a potential for hack-and-dump

12　operations from the Russians and the Iranians on

13　more than one occasion, although I cannot recollect

14　how many times.

15　　Q. Did anybody else at the FBI talk about

16　hack-and-dump Russian operations?

17　　A. From my recollection, other senior

18　officials, to include Section Chief Dehmlow, likely

19　mentioned the possibility of hack-and-dump

20　operations.

21　　Q. Do you remember Section Chief Dehmlow

22　mentioning it?

23　　A. I said that I believe she mentioned it on

24　at least one occasion.

25　　Q. What did she say?

**ELVIS CHAN  11/29/2022**

```
 1      A.   Essentially what I said.  We all said
 2   essentially the same thing.
 3      Q.   We --
 4      A.   Which was --
 5      Q.   Go ahead.  Which was?
 6      A.   Which was -- which was because the Russian
 7   government had hacked a political organization in
 8   2016, that if they were able to do so again for the
 9   2020 cycle, they would likely do it.
10      Q.   So you had -- you told the social media
11   companies that a hack-and-dump operation was
12   likely?
13           MR. SUR:  Objection; misstates the record.
14           THE WITNESS:  Let me recharacterize it.  I
15   said potentially as opposed to likely.
16      Q.   BY MR. SAUER:  Okay.  Did Ms. Dehmlow say
17   likely?
18      A.   Not to my recollection.  I think she said
19   potentially as well.
20      Q.   You said we all --
21      A.   We all, meaning myself and Ms. Dehmlow.
22      Q.   Were there any other FBI agents at the
23   meeting -- at these meetings?
24      A.   There were.
25      Q.   Who?
```

1      A.   They were GS-14 or under grade employees.

2      **Q.   From the San Francisco office or**

3   **elsewhere?**

4      A.   Both.

5      **Q.   Both, okay.**

6      A.   During -- I'm sorry, let me be more

7   precise.  During the quarterly meetings, there were

8   multiple FBI agents, as I previously mentioned,

9   from both the FBI San Francisco field office as

10  well as other field offices at these meetings.

11     **Q.   Okay.  I think we are talking about two**

12  **different sets of meetings because we started**

13  **talking about the USG-industry meetings, right,**

14  **organized by CISA, correct?**

15     A.   Oh, okay.  You are correct.

16     **Q.   But then there were also the monthly --**

17  **there's quarterly and then monthly and then weekly**

18  **meetings between FBI and social media platforms,**

19  **right?**

20     A.   That's correct.

21     **Q.   And which of those sets of meetings were**

22  **the potentiality for Russian hack-and-dump**

23  **operations discussed?**

24     A.   At the FBI-led meetings with FITF and the

25  social media companies.

1      Q.   Okay.  How about at these USG-industry
2   meetings that were organized by CISA, were
3   hack-and-dump operations discussed then?
4      A.   I would say less frequently, but what was
5   discussed was the potential for Russian
6   hack-and-dump-style operations.
7      Q.   Okay.  And who -- was that raised by FBI
8   or was that raised by others or both?
9      A.   I can't recollect, but I would say I know
10   at least the FBI mentioned this, specifically in
11   the context of the 2016 DNC hack.
12      Q.   So the FBI, would it be you and
13   Ms. Dehmlow, right?
14      A.   Among others.
15      Q.   So others would have raised that as well
16   at these USG-industry meetings?
17      A.   Others from the FBI attended those
18   meetings.
19      Q.   Did those others raise the issue of
20   Russian hack-and-dump operations?
21      A.   I can't recollect.
22      Q.   Do you know whether they did or didn't?
23      A.   I know that I did.
24           MR. SAUER:  Later, Mr. Sur, I am going to
25   ask for the identities of those participants.  I

 1    can ask him now on the record under oath, or you

 2    can agree to give them to me in a private -- in a

 3    private communication.  Can we agree to do that?

 4              MR. SUR:  Just -- just to be clear, are

 5    you looking for below the SES level?

 6              MR. SAUER:  Yes.  I want the identities of

 7    every FBI official who was at the USG-industry

 8    meetings referred to in this interrogatory response

 9    in 2020.

10              MR. SUR:  Okay.  I will discuss it with

11    the clients obviously.

12              MR. SAUER:  All right.  Then I am asking

13    him now on the record.

14       **Q.    Who was there?  Name the FBI officials who**

15    **were there regardless of their levels?**

16              MR. SUR:  Well, I'm sorry, when you say

17    regardless of the level, can you -- can we provide

18    you part of the name on the record and part of the

19    name off the record?

20              MR. SAUER:  If you're willing to give me

21    the information, which you did not just agree to, I

22    don't have to ask him on the record.  We need the

23    information.  You don't want it on the record.

24    Will you agree to give it to me?  You said, "I have

25    to discuss it with my clients."  I can't reconvene

```
 1   this deposition.  I need the information.  You can
 2   agree to give it to me.  I am going to ask him now
 3   because it is not subject to a protective order.
 4           MR. SUR:  Okay.  If anything, Counsel, a
 5   break would be appropriate.
 6           MR. SAUER:  Okay.
 7           MR. SUR:  So I can -- I'm sorry?
 8           MR. SAUER:  We can go off the record.
 9           MR. SUR:  Okay.
10           THE VIDEOGRAPHER:  Off the record at 2:11
11   p.m.
12               (Whereupon a recess was taken.)
13           THE VIDEOGRAPHER:  Back on the record at
14   2:34 p.m.
15       Q.   BY MR. SAUER:  Back on the record,
16   Mr. Chan, after some discussions off the record.
17           You testified earlier that at these 2020
18   meetings between the FBI and social media platforms
19   where the risk of a Russian hack-and-leak operation
20   was discussed, they were attended by you and
21   Ms. Dehmlow, right?
22       A.   That is correct, on some occasions.  I
23   don't think either of us has attended all of the
24   meetings with the CISA-hosted USG-industry
25   meetings.
```

1        Q.    And then there were also the quarterly,

2   monthly, weekly cadence meetings involving just

3   FITF and the social media platforms, right?

4        A.    That is correct, and other FBI field

5   offices to include FBI San Francisco.

6        Q.    And the risk of hack-and-leak operations

7   were raised at both sets of meetings, both at

8   CISA-organized USG-industry meetings and the

9   FITF-organized direct meetings between the FBI and

10  social media platforms, right?

11       A.    Yes.

12       Q.    Okay.  As to the first set of meetings,

13  the CISA-organized USG-industry meetings, other FBI

14  officials besides you and Ms. Dehmlow attended when

15  Russian hack-and-leak operations were discussed,

16  right?

17       A.    That is correct.

18       Q.    Who?

19       A.    So from my recollection, and I don't know

20  who attended which meetings, but I remember being

21  in meetings with the following people:  Brady

22  Olson, William Cone, Judy Chock and Luke Giannini.

23       Q.    Can you say the last name again?

24       A.    Giannini.

25       Q.    Spell it, please.

 1      A.   I am not sure, but I believe it is

 2   G-i-a-n-n-i-n-i.

 3      Q.   **And then the second name was William**

 4   **Cohen, is that C-o-h-e-n?**

 5      A.   Cone, C-o-n-e.

 6      Q.   **Like the -- like the shake?**

 7      A.   Like an ice cream.

 8      Q.   **Any other FBI officials at that set of**

 9   **meetings where Russian hack-and-leak operations**

10   **were discussed with social media platforms in 2020?**

11      A.   Those are the only people I can remember.

12      Q.   **Okay.  Then talk about the other set of**

13   **meetings, the FITF FBI meetings with social media**

14   **platforms in -- with the quarterly, then monthly,**

15   **then weekly cadence, what FBI officials attended**

16   **those meetings where Russian hack-and-leak**

17   **operations were discussed?**

18      A.   So it's the exact same set of names that I

19   recollect.

20      Q.   **Did anyone --**

21      A.   I cannot remember what days -- or, you

22   know, which meetings that they attended because

23   William Cone and Wayne Brady both work in the same

24   unit, and I can't remember if they both attended or

25   if one attended or another.  So I can't remember

**ELVIS CHAN  11/29/2022**

```
 1   when.  I do remember that at some point these

 2   individuals have attended the FBI bilateral

 3   meetings with the social media companies.

 4       Q.   And you said the names are Brady Olson; is

 5   that correct?

 6       A.   Yes.

 7       Q.   Okay.

 8       A.   Olson.

 9       Q.   Is that O-l-s-o-n?

10       A.   Maybe, or it might be s-e-n.  I can't

11   remember.  It's one of those spellings.

12       Q.   William Cone; is that right?

13       A.   Yes.

14       Q.   Judy Chock; is that right?

15       A.   C-o -- I'm sorry, C-h-o-c-k.

16       Q.   And then someone Giannini, right?  What

17   was that person's first name?

18       A.   Luke.

19       Q.   Luke?

20       A.   Luke.

21       Q.   Is that L-u-k-e?

22       A.   I think his full name might be Lucas,

23   L-u-c-a-s, but I refer to him as Luke.

24       Q.   Are all those people from FITF in

25   Washington, D.C.?
```

**ELVIS CHAN  11/29/2022**

Page 184

```
 1      A.   Yes.
 2      Q.   Okay.  What are their -- what are their
 3 titles, do you know?
 4      A.   I do know.  So I believe -- oh, the first
 5 four are unit chiefs, and then Luke is an assistant
 6 section chief.
 7      Q.   What are they unit chiefs of?  Are they
 8 chiefs of like the Russian unit or --
 9      A.   Yeah, correct.
10      Q.   Which one is the section chief, did you
11 say?
12      A.   Assistant section chief.
13      Q.   So that's --
14      A.   Excuse me?
15      Q.   Is that the number two person under
16 Ms. Dehmlow?
17      A.   Yes.
18      Q.   Okay.
19           (Discussion off the record.)
20           THE WITNESS:  Yes, Mr. Luke Giannini is
21 the assistant section chief at the Foreign
22 Influence Task Force.
23      Q.   BY MR. SAUER:  So at FITF, these meetings
24 include, in addition to you, the number one person
25 at FITF, Laura Dehmlow; the number two person at
```

 1  **FITF, Mr. Giannini; and then at least three section**
 2  **chiefs at FITF, correct?**
 3      A.   No, that's not correct.  Ms. Dehmlow is a
 4  section chief.
 5      **Q.   Okay.**
 6      A.   Mr. Giannini is an assistant section
 7  chief, and then the other individuals are unit
 8  chiefs.
 9      **Q.   Got you.  Did -- did anyone other than you**
10  **or Ms. Dehmlow discuss the possibility or prospect**
11  **of Russian hack-and-leak operations at these**
12  **meetings from the FBI?**
13      A.   I can't recollect if others have said it,
14  but I know that that is something that I would say
15  regularly.
16      **Q.   You said that regularly in these meetings?**
17      A.   Yes.  Not every meeting, but some
18  meetings.
19      **Q.   And does that apply both to the**
20  **USG-industry meetings that had many participants?**
21      A.   I would say for the bilateral FITF
22  meetings, I would have said that because those
23  would have been one of the types of
24  malign-influence campaigns that I would have been
25  focused on.

1           For the DHS USG meetings, I was more of an

2      attendee and not as active as a speaking

3      participant.

4           Q.   Did anyone else at those meetings, the

5      USG-industry meetings organized by CISA, address

6      the risk or prospect of Russian hack-and-leak

7      operations?

8           A.   I believe they did, but I can't remember

9      who would have said it.

10          Q.   Would it have been anyone at the FBI?

11          A.   It may have been.

12          Q.   Which one of these people is the head of

13     the Russia unit?

14          A.   Mr. Olson and then after him, Mr. Cone.

15          Q.   Did Mr. Olson or Mr. Cone ever address the

16     risk of a Russian hack-and-leak operation?

17          A.   I don't recollect.

18          Q.   How about Ms. Dehmlow?

19          A.   I don't specifically recollect, but I

20     believe that is something she would have mentioned.

21          Q.   Do you think she raised it at some point

22     in these meetings?

23          A.   Yes.

24          Q.   What did she say about it to your

25     recollection?

1     A.   It would have been that the FBI is

2    concerned about the potential for hack-and-leak or

3    hack-and-dump operations from foreign

4    state-sponsored actors, something to that effect.

5     **Q.   Did you discuss within FITF that risk**

6    **before you raised it with the social media**

7    **platforms?**

8         MR. SUR:  Objection; an internal

9    deliberation of that sort would be subject to the

10   deliberative process privilege, attorney-client

11   privilege and other privileges.

12    **Q.   BY MR. SAUER:  Did anyone at any time**

13   **discuss that prospect with you or did you raise it**

14   **on your own?**

15        MR. SUR:  Same objection.

16        You can answer insofar as it doesn't

17   involve internal discussions within FITF or

18   discussions with counsel.

19        THE WITNESS:  I would say in general the

20   FBI had internal meetings or discussions or at the

21   very least emails, coordination before the

22   CISA-hosted meetings.

23    **Q.   BY MR. SAUER:  So there would be internal**

24   **discussion within the FBI before the CISA-hosted**

25   **meetings?**

```
 1     A.   Yes, about what agenda items would be
 2  discussed during the meeting.
 3     Q.   In the course of those discussions, did
 4  anyone suggest to you that you should raise the
 5  risk of a Russian hack-and-leak operation?
 6          MR. SUR:  Objection; as I said before, it
 7  calls for internal deliberations which would be
 8  covered by the deliberative process privilege, by
 9  the attorney-client privilege and other privileges,
10  including law enforcement.
11          THE WITNESS:  Yeah, I will reiterate in
12  general, we would have internal discussions about
13  what would be discussed in the CISA-hosted meeting.
14     Q.   BY MR. SAUER:  More specifically, did
15  anyone suggest that -- let me ask you this:  You
16  raised it at these meetings, right?
17     A.   I know that I have raised it at the
18  meetings.
19     Q.   Did you do that on your own accord or did
20  anyone else suggest to you that it should be
21  raised?
22          MR. SUR:  Objection; as before, it's
23  covered by multiple privileges, and I am going to
24  instruct the witness not to answer on grounds of
25  deliberative process privilege, attorney-client
```

 1   privilege, law enforcement privilege, among others.

 2       Q.   BY MR. SAUER:  **Are you declining to answer**

 3   **the question, sir?**

 4       A.   I am reiterating that I recollect

 5   mentioning the potential for hack-and-dump

 6   operations during the CISA-hosted USG-industry

 7   meetings.

 8       Q.   **Did you do that solely on your own accord?**

 9            MR. SUR:  Same objection as before.

10            MR. SAUER:  That doesn't ask for any

11   communications.  Did he do it solely on his own

12   accord?  Are you instructing him not to answer that

13   question?

14            THE WITNESS:  I cannot recollect.

15       Q.   BY MR. SAUER:  **Okay.  I think we are going**

16   **to make a record on this.**

17            **I am asking you, did anyone within the FBI**

18   **discuss or suggest with you that you should raise**

19   **the prospect of Russian hack-and-leak operations**

20   **with social media platforms in 2020?**

21       A.   I do not recollect.  In the context of the

22   USG-industry CISA-held meetings, I do not

23   recollect.

24       Q.   **How about in the context of the bilateral**

25   **FITF social media platform meetings, in that**

1   **context did anyone suggest it to you?**

2      A.   So in that context, depending on what was

3   being briefed, without getting into the specific

4   investigations, certain -- as I mentioned

5   previously, certain nation state actors the FBI

6   deemed as potentially being capable of conducting

7   hack-and-leak operations.

8           So at the beginning of the meetings, I

9   would preface and say something to the effect of

10  "We are going to provide you a briefing on this

11  group because they have the potential to conduct

12  hack-and-leak operations like the Russians did in

13  2016."

14     **Q.   Did anyone suggest to you that you should**

15  **raise that concern to the social media platforms at**

16  **any time?**

17     A.   In the context of the FITF meetings with

18  the companies, I flagged that concern because I was

19  generally responsible in coordination with FITF for

20  coming up with the agenda for those meetings with

21  the social media companies.

22     **Q.   So are you saying -- what's your answer to**

23  **my question did anyone -- anyone suggest to you in**

24  **the context of the FITF social media company**

25  **meetings that you should raise the concern about a**

1    Russian hack-and-leak operation?

2        A.   I do not recollect.  However, I would have

3    flagged that comment on my own for the reasons I

4    just stated to you.

5        Q.   So it is something that you would have

6    done on your own, but someone might have also

7    suggested to you to do it; is that fair to say?

8        A.   They may have, but I don't recollect at

9    this time.

10       Q.   Returning to the -- returning to the

11   USG-industry CISA-organized meetings, do you recall

12   anyone discussing with you at any time the prospect

13   of Russian hack-and-leak operations in connection

14   with those meetings?

15       A.   Who do you mean?

16       Q.   Anybody.  Did anybody on earth talk to you

17   about raising Russian hack-and-leak operations at

18   those meetings?

19       A.   Do you mean from the social media

20   companies or from the government side?  Because in

21   either case, I don't recollect.

22       Q.   Okay.  How about anyone outside the

23   government, did anyone outside the government

24   discuss the prospect of Russian hack-and-leak

25   operations with you?

```
 1      A.   I do remember during the CISA-hosted
 2  USG-industry meetings that the social media
 3  companies would ask the FBI if they were aware of
 4  any hack-and-leak operations, and I remember that
 5  we would say ahead of the 2020 elections that we
 6  were not aware of any hack-and-leak operations, but
 7  that there was always the potential for there to be
 8  hack-and-leak operations.
 9      Q.   Did the FBI tell the social media
10  companies that there would be a specific risk of a
11  hack-and-leak operation shortly before the election
12  in 2020?
13      A.   I believe that we did mention that as a
14  possibility shortly before the election, perhaps in
15  the August or October time frame.
16      Q.   So you mentioned that there -- you
17  mentioned that there was a risk that a
18  hack-and-leak operation could happen in October?
19      A.   So to be specific, what we mentioned was
20  that there was the general risk of hack-and-leak
21  operations, especially before the election.
22           However, we were not aware of any
23  hack-and-leak operations that were forthcoming or
24  impending.
25      Q.   Were you involved in the investigation of
```

**ELVIS CHAN  11/29/2022**

1    **the 2016 DNC hack-and-leak operation?**

2            MR. SUR:  Objection; vague.

3            THE WITNESS:  What do you mean by

4    "involved"?

5      **Q.   BY MR. SAUER:  Well, did you have any --**

6    **were you in any way involved in that investigation?**

7      A.   Yes.

8      **Q.   What was your involvement?**

9      A.   I was the supervisor for a squad that had

10   an investigation associated with the hack of the

11   DNC and DCCC.

12     **Q.   And what was your role in that**

13   **investigation?  What did your squad do?**

14     A.   I was the supervisor for the squad that

15   ran one of the investigations associated with the

16   2016 DNC hack.

17     **Q.   What did your squad do in that**

18   **investigation?**

19            MR. SUR:  I am going to object on the law

20   enforcement privilege grounds.  If you can answer

21   the question without discussing any particular

22   investigation or files or contents, you can answer.

23            MR. SAUER:  Before you say that, I am

24   going to read some case law into the record.  The

25   investigative -- the law enforcement privilege

 1    states, quote, investigative files with ongoing

 2    privilege investigation.  That's from Coughlin

 3    against Lee, 946 F.2d 1152, 1159, Fifth Circuit

 4    1991.  The privilege, quote, is bounded by

 5    relevance and time constraints and it lapses either

 6    at the close of an investigation or at a reasonable

 7    time thereafter based on the particularized

 8    assessment of documents.

 9          We are talking about an investigation that

10    happened six years ago.  Is it your position that

11    you can assert law enforcement privilege with

12    respect to that?  Is my first question.

13          Second one -- I'm not finished yet.

14    Second one is the documents relating to emails

15    relating to his involvement in this investigation

16    are publicly filed in the docket of the case United

17    States against Sussmann.  So there's been a waiver

18    of that by those being publicly filed, in any

19    event.  So now I am going to repeat the question.

20    **Q.    What did your squad do when it came to the**

21    **investigation of the DNC hack-and-leak operation?**

22    A.    Can I confer with my counsel before I

23    answer this question?

24    **Q.    I want an answer to the question.**

25          MR. SUR:  Yeah, so let me just clarify.

```
 1   The objection based on law enforcement privilege, I
 2   understand your position about the public
 3   disclosure.  But since you're not limiting your
 4   question to what was in the public record, there
 5   are cases that describe the application of the law
 6   enforcement privilege to techniques that have
 7   future application, including future
 8   investigations.
 9           So I don't think that the mere fact that
10   your question is about a past investigation will
11   overcome the law enforcement privilege concern.
12           MR. SAUER:  Well, why doesn't he answer
13   the question in general terms, and then we'll get
14   into specifics about law enforcement techniques?  I
15   am not really concerned about those.  Can he say it
16   in general terms?
17           THE WITNESS:  Based on the case law you
18   cited, the information I have would be protected
19   under the first.  Because this is an existing and
20   pending -- and active investigation.
21       Q.   BY MR. SAUER:  So you're saying that the
22   2016 DNC server leak investigation is an active
23   criminal investigation?
24       A.   What I am saying is that the investigation
25   of the individuals associated with the DNC hack of
```

1    2016 is an existing and active investigation.

2        Q.    I thought they were being indicted on

3    other charges later.  Are you saying that there's

4    still an active and pending criminal investigation

5    of the 2016 DNC hack?

6        A.    I am not saying there is a pending

7    investigation of the 2016 hack itself.  However,

8    there is active investigations on the individuals

9    involved with the 2016 hack.  That case has not

10    been adjudicated.  The individuals have been

11    indicted.  They have not been arrested.  They have

12    not been going through the judicial process.  This

13    is an active investigation.

14                    (Reporter marked Exhibit No. 23 for

15                    identification.)

16        Q.    BY MR. SAUER:  I am showing you a

17    collective exhibit that we have pre-marked as

18    Exhibit 23.  Do you see this document?

19        A.    Yes.

20        Q.    These are some of your emails that are

21    publicly filed in the case the United States versus

22    Sussmann.  Do you recognize them?

23                    MR. SUR:  I'm sorry, may I ask, Counsel,

24    have you sent this to us?

25                    MR. SAUER:  Let me email it to you right

1  now.  Obviously it wasn't -- we are getting a bit

2  out of order here.

3      Q.   Looking at this email, does this refresh

4  your recollection about what your involvement was

5  during that investigation?

6          MR. SUR:  Counsel, may I ask that I

7  receive the email first so I can pull it up on the

8  iPad so Mr. Chan can see the exhibit that you are

9  talking about?

10         MR. SAUER:  Can you see it on the screen

11  share?  The emails were sent to you.

12         MR. SUR:  Okay.  We have this PDF.  May I

13  ask which page you're on?

14         MR. SAUER:  Start on the top page.

15     Q.   Do you see that, the one on the screen

16  share?

17     A.   8:32 a.m. October 4th, yes, I see this

18  email.

19     Q.   And you are being copied on emails lower

20  down from Michael Sussmann at Perkins Coie; is that

21  fair to say?

22     A.   Yes, I have been cc'd.  The email is to

23  another DOJ official.

24     Q.   And then you forward that along to other

25  FBI officials, Patricia Rich and Delynn Hammell.

**ELVIS CHAN  11/29/2022**

1    **Do you see that?**

2        A.    Yes, I see that.

3        **Q.    Do you know why Mr. Sussmann was copying**

4    **you on an email about sharing information on a**

5    **rolling basis?**

6        A.    Because I was involved with -- I oversaw

7    the squad that was responsible for one of the

8    investigations of the 2016 hack of the DNC, and

9    Mr. Sussmann was their legal representative.

10       **Q.    Which squad did you oversee?**

11       A.    I oversaw the Russian cyber squad at FBI

12   San Francisco.

13       **Q.    And the Russian cyber squad was**

14   **involved -- was it involved in trying to analyze**

15   **the DNC server to see how it had been hacked?**

16       A.    Yes, that is correct.

17       **Q.    And you oversaw that effort?**

18       A.    Yes.  I managed the squad responsible for

19   one of the investigations of the DNC hack.

20       **Q.    What did that squad -- did that squad**

21   **investigate the server?**

22       A.    We did a triage investigation of the

23   server and then sent it back to headquarters to do

24   a more complete investigation of the server.

25       **Q.    What's a triage investigation?**

**ELVIS CHAN  11/29/2022**

1    A.    Triage in cyber -- cybersecurity context

2  is to try to extract indicators.  As I mentioned

3  before, indicators can be email accounts, IP

4  addresses, other types of electronic indicia that

5  we could serve legal process in order to move our

6  investigation forward.

7    **Q.    Did you find any indicia of that when you**

8  **investigated the server?**

9    A.    I believe we did, but I can't recollect

10  the specific selectors that we discovered.

11    **Q.    Subsequent to -- subsequent to the 2016**

12  **investigation, did you have further communications**

13  **with anyone involved in that investigation about**

14  **the possibility of a recurrence in 2020?**

15    A.    Can you repeat that question?

16    **Q.    Subsequent to the 2016 investigation of**

17  **the hack of the DNC server, did you have any**

18  **communications with anyone involved in that**

19  **investigation about the possibility that a**

20  **hack-and-leak operation could occur before the 2020**

21  **election?**

22    MR. SUR:  Objection; vague.  I also object

23  on the grounds of law enforcement privilege.

24    You can answer to the extent it doesn't

25  implicate any particular investigation.

**ELVIS CHAN  11/29/2022**

```
 1           THE WITNESS:  Yeah, so I do not remember
 2   discussing the potential for a 2020 election with
 3   any of the FBI personnel because they had moved on
 4   to different roles.
 5      Q.   BY MR. SAUER:  How about people outside
 6   the FBI?
 7      A.   Well, Sean Newell, who is the email
 8   recipient on this, is a deputy chief at DOJ
 9   National Security Division.  He would have been one
10   of the senior officials I would have consulted
11   with.
12      Q.   Consulted with about what?
13      A.   About potential Russian interference in
14   the 2020 elections.
15      Q.   Did you consult with Sean Newell about the
16   potential for a Russian hack-and-leak operation?
17           MR. SUR:  I am going to renew the
18   objection based on the law enforcement privilege
19   and ask that you not answer insofar as that would
20   disclose the contents of any individual
21   investigation.
22           THE WITNESS:  My recollection was that
23   being the deputy chief at DOJ NSD, Sean Newell
24   would have overview of multiple FBI investigations
25   and would have a broader perspective than my
```

1   perspective from the field office.

2           So I would regularly just ask him in

3   general how things were going and if they were

4   seeing anything that would be impactful to us at

5   FBI San Francisco.

6       Q.   BY MR. SAUER:  So you -- did these

7   conversations with Sean Newell occur in the lead-up

8   to the 2020 election?

9       A.   I don't remember having many conversations

10  with Mr. Newell during the lead-up to the 2020

11  elections.

12      Q.   When did the conversations with Mr. Newell

13  occur?

14      A.   They would have -- I can't recollect

15  specifically.  I regularly have conversations with

16  Mr. Newell outside of the context of Russian

17  disinformation campaigns targeted at the 2020

18  elections.  Because Mr. Newell, as a deputy chief,

19  oversaw all of DOJ's national security cyber

20  investigations.

21      Q.   Did Mr. Newell ever tell you that he

22  expected there might be a Russian hack-and-leak

23  operation before the 2020 election?

24          MR. SUR:  Objection on the grounds of law

25  enforcement privilege, also attorney-client

 1  privilege, given the functions of Mr. Newell in

 2  this context.  I will ask that the witness answer

 3  only without referring to attorney-client

 4  communications.  For everything in this context you

 5  can't, so...

 6          THE WITNESS:  What I can broadly say is

 7  that we discussed national security cyber

 8  investigations in general, sometimes about Russian

 9  matters, sometimes about other nation state

10  threats.

11     Q.   BY MR. SAUER:  Let me ask the question

12  more specifically.  Prior to the 2020 election

13  cycle, did anyone suggest to you that there would

14  be -- or that there might be a Russian

15  hack-and-leak operation prior to the 2020 election?

16          MR. SUR:  So I am going to object on the

17  grounds of law enforcement privilege and

18  attorney-client and all other privileges.

19          You can answer insofar as it doesn't

20  disclose the contents of any particular

21  investigation.

22     Q.   BY MR. SAUER:  Okay.  I want an answer,

23  and I want to know whether you're withholding

24  information in response to your client's

25  instruction.  He keeps instructing you

1    conditionally, and then you keep providing vague

2    responses.

3            I want to know are you, in fact,

4    withholding information from me in response to my

5    question as a result of that instruction.  Did

6    anyone discuss that with you?

7        A.  I am not --

8        Q.  That is not going to get into the content

9    of any -- content of any communications.  I just

10   want to know did anyone discuss with you the

11   prospect of a Russian hack-and-leak operation

12   before the 2020 election?

13       A.  So no, I do not recollect.  The reason for

14   that is I don't recollect any specific person

15   discussing that with me.

16           However, based on both my experience as

17   well as my knowledge of active investigations, I

18   would have believed -- as my own assessment, I

19   believe that there was the potential for

20   hack-and-leak operations ahead of the 2020

21   elections.

22           I believe that there was the potential for

23   hack-and-leak operations ahead of the 2022

24   election, and I believe that there is the potential

25   for Russian hack-and-leak operations ahead of the

**ELVIS CHAN  11/29/2022**

1   2024 elections.

2       Q.    In particular, you relayed that belief to

3   the social media platforms on multiple occasions in

4   two sets of meetings in 2020, correct?

5       A.    That is correct.

6       Q.    And that includes the USG-industry

7   meetings organized by CISA, correct?

8       A.    Yes, I believe so.

9       Q.    And it includes the FITF organized

10  meetings with the individual social media

11  platforms, correct?

12      A.    Yes.

13      Q.    Did any -- did the social media platforms

14  respond to that, your communications that indicate

15  that they were taking any steps with respect to any

16  Russian hack-and-leak operations?

17          MR. SUR:  Objection; vague.

18          THE WITNESS:  So in general, I believe

19  that the companies were actively looking for

20  hack-and-leak operations, and I don't know the

21  types of technology that they use, but I believe

22  they use -- they tried to use detection methods

23  that would find whatever hacked materials were put

24  or uploaded onto their platforms.

25      Q.    BY MR. SAUER:  Did they ever tell you that

1    they were taking any action with respect to any

2    content posted on social media because of a concern

3    about a hack-and-leak operation?

4        A.   So from my recollection, I remember -- I

5    can't remember which social media companies, but

6    some social media companies adjusted or updated

7    their terms of service or their community standards

8    to say that they would not post any hacked

9    materials.  I believe the reason would be due to

10   privacy issues of the victim.  But I can't

11   recollect which company said that.

12       Q.   When did those updates occur, do you

13   recall, before the 2020 election?

14       A.   Before the 2020 elections, but I can't

15   remember when.  I believe -- I believe the impetus

16   was in case there was a 2016-style hack-and-leak

17   operation.

18       Q.   So is that -- was that a concern that you

19   raised to them specifically that there might be a

20   recurrence of a 2016 style hack-and-leak operation?

21       A.   So I have raised that concern, but I

22   believe independently they had similar concerns.

23       Q.   And in the same time frame that you were

24   raising that concern, some of them updated their

25   terms of service to prohibit the posting of hacked

ELVIS CHAN  11/29/2022

1    materials?

2        A.    I believe so.

3        Q.    Did you ever discuss updating their terms

4    of service with them or suggested it to them?

5        A.    I never suggested it to them.  The only

6    context we would bring up terms of service is that

7    we wanted to know if they had changed their terms

8    of service or modified it, and we wanted to know

9    what they had changed.

10       Q.    Did they advise you that they had changed

11   it to reflect the ability to pull down content that

12   results from hack operations?

13       A.    Yes.

14       Q.    And that occurred at some time after you

15   had raised these concerns with them?

16       A.    Some time after 2016, but before 2020.  So

17   unfortunately I can't remember when they would have

18   updated it, but I do remember learning about their

19   terms of service updates.

20       Q.    During 2020 do you recall anyone at the

21   FBI discussing with you the prospect of a

22   hack-and-leak operation?

23       A.    I believe that we internally discussed the

24   potential for hack-and-leak operations, and so I

25   regularly was in communication with the cyber

1  division of the FBI as well as with the Foreign

2  Influence Task Force to see if they had heard of

3  anything that I had not heard of.

4       So I would say that the people that I

5  communicate with, everyone was vigilant, but no

6  one -- I believe that in general people at the FBI

7  were concerned about the potential for

8  hack-and-leak operations, but that we had not seen

9  any investigations that led in that direction or

10  that would lead us in that direction.

11    **Q.   Who are the people at the cybersecurity**

12  **division that you referred to?**

13    A.   So cyber division -- I can't even remember

14  the individuals now.  And the reason for that is

15  they tend to rotate -- they rotate out every 18

16  months.

17    **Q.   How about FITF, who are the individuals at**

18  **FITF that discussed the concern with you?**

19    A.   So it was the three individuals that I

20  mentioned to you -- I'm sorry, the four individuals

21  that I have mentioned to you.  Specifically,

22  Ms. Dehmlow, Mr. Olson, Mr. Cone and then

23  Mr. Giannini.

24    **Q.   And did all of those people express to you**

25  **a concern about the possibility of a Russian**

**ELVIS CHAN  11/29/2022**

 1    hack-and-leak operation?

 2            MR. SUR:  Objection; mischaracterizes his

 3    testimony.

 4            THE WITNESS:  From my recollection, we all

 5    shared the same concern for the potential for there

 6    to be a hack-and-leak operation.

 7        Q.   BY MR. SAUER:  Did you have any basis for

 8    that other than the fact that one had occurred in

 9    2016?

10        A.   My basis for that was the hack-and-dump

11    operation in 2016 as well as our knowledge of the

12    skills of the Russian hackers who were involved.

13        Q.   Any other basis besides that?

14        A.   No.  Those were the two primary reasons

15    driving our concern.

16        Q.   In 2020 did you ever discuss the

17    possible -- or did anyone discuss with you the

18    possibility of a Russian hack-and-leak operation

19    before the 2020 election from outside the FBI other

20    than legal counsel?

21        A.   I believe that the companies would

22    regularly ask if the FBI was aware of any

23    hack-and-leak operations ahead of the 2020

24    elections.  We were not aware of any hack-and-leak

25    operations.

**ELVIS CHAN  11/29/2022**

Page 209

 1          However, as I mentioned, we would provide

 2   briefings about nation state groups that

 3   potentially had the capability of conducting

 4   hack-and-leak operations.

 5      Q.   Okay.  Other than the social media

 6   platforms, anybody else discuss that with you?

 7      A.   Not to my recollection.  Up.  Not to my

 8   recollection.

 9      Q.   You said "up"?

10      A.   "Up" because we had already mentioned the

11   FBI employees.  We mentioned the social media

12   companies.  The reason I said "up" is because

13   technically Microsoft is not a social media

14   company.

15      Q.   Did Microsoft discuss it with you?

16      A.   During the -- they discussed their concern

17   during the CISA-hosted USG-industry meetings.

18      Q.   What did they say?

19      A.   I think -- I can't recall exactly, but

20   they shared the same sentiment about being

21   concerned for a potential Russian hack-and-leak

22   operation.

23      Q.   Who said that?

24      A.   The individual from Microsoft, his first

25   name is Jan, J-a-n, but I can't remember his last

1   -- I can't remember how to -- his last name, or

2   even how to spell it.

3       Q.   Antonaros, something like that?

4       A.   Maybe.  I definitely remember his first

5   name was Jan, and he had a last name that I am not

6   familiar with.

7       Q.   Does it begin with an A-n-t?

8       A.   That doesn't sound familiar.  It feels

9   like it was a Scandinavian name, like Stevrud or

10  something.  I don't remember why, but for some

11  reason I thought it sounded Scandinavian.

12      Q.   Did any other social media platform

13  discuss these things in the USG-industry meetings?

14           MR. SUR:  Objection; vague.

15      Q.   BY MR. SAUER:  Did any other social media

16  platforms discuss the prospect of having these

17  operations, or hack-and-dump operations in the

18  USG-industry meetings?

19      A.   I would say not to my recollection because

20  the primary individuals who spoke from the social

21  media companies were the three companies that I

22  previously referred to you, which is Facebook,

23  Google and Twitter and then Microsoft.  Those were,

24  from my recollection, the four companies that spoke

25  the most frequently.  If individuals or

**ELVIS CHAN  11/29/2022**

**Page 211**

1    representatives from the other companies spoke, I

2    don't recall what they said.

3        **Q.   Did Facebook, Twitter or YouTube/Google**

4    **representatives address this issue at all of the**

5    **prospect of hack-and-leak operations?**

6        A.   So during the CISA USG-industry meetings,

7    I believe that those companies regularly flagged

8    this as a concern at each meeting, or at least at

9    most meetings they would ask if the U.S. government

10   had any information about potential hack-and-leak

11   operations.

12       **Q.   How about other government agencies**

13   **outside the FBI at these meetings, the USG-industry**

14   **meetings, did any of them discuss the risk or**

15   **prospect of Russian hack-and-leak or hack-and-dump**

16   **operations?**

17       A.   So from my recollection, CISA would

18   discuss it from the standpoint of cybersecurity.

19   Namely if an organization or individual has good

20   cybersecurity, that will minimize the risk of being

21   hacked.  So that was their standpoint.  So they

22   were focused on cybersecurity and infrastructure

23   protection.

24       **Q.   Who is "they"?  What individuals were**

25   **saying this?**

 1      A.   So as I mentioned to you before, the only

 2   individuals I remember who regularly spoke at these

 3   meetings were Mr. Masterson and Mr. Scully.

 4      **Q.   And those individuals discussed how to**

 5   **defend against hacking operations?**

 6      A.   Yes.

 7      **Q.   Did they specifically say that they**

 8   **anticipated or there was a risk that there might be**

 9   **Russian hack-and-leak operations before the 2020**

10   **election?**

11      A.   I don't specifically recall, but that

12   sounds like something that they would have the

13   general -- they would have the same concern or

14   similar concern that I have.

15      **Q.   They might -- you believe they expressed**

16   **that concern in these meetings?**

17      A.   I do not recall any specific situations

18   where they did, but that, I believe, is something

19   that they may have discussed.

20      **Q.   And that would include both Mr. Masterson**

21   **and Mr. Scully, to your recollection?**

22      A.   Yes.

23      **Q.   Were you aware in 2020 that the FBI had**

24   **Hunter Biden's laptop in its possession?**

25           MR. SUR:  Objection; lacks foundation,

1    calls for speculation.

2        Q.   BY MR. SAUER:  Did you know it at the

3    time?

4        A.   I was only aware when news media outlets

5    posted it, or published it.

6        Q.   Was Hunter Biden referred to in these

7    meetings in any way?

8        A.   Hunter Biden was not -- in my

9    recollection, Hunter Biden was not referred to in

10   any of the CISA USG-industry meetings.

11       Q.   How about the FITF social media company

12   meetings?

13       A.   From my recollection, one meeting with

14   Facebook after the regular agenda had been

15   completed, one of the Facebook analysts asked if

16   the FBI had any information they could share about

17   the Hunter Biden investigation.

18            To that I recall Ms. Dehmlow saying that

19   the FBI had no comment.

20       Q.   Would that have been before or after the

21   big -- the big news story broke on October 14th of

22   2020?

23            MR. SUR:  Objection; lacks foundation.

24            THE WITNESS:  I am not certain, but I

25   believe that it would have had to have been after

ELVIS CHAN  11/29/2022

 1    the news story broke because I don't know if it was
 2    publicly known then.
 3         Q.   BY MR. SAUER:  Do you know that in 20- --
 4    so you remember sometime in 2020 a Facebook analyst
 5    asked the FBI to comment on the status of the
 6    Hunter Biden investigation?
 7         A.   That's correct.
 8         Q.   And you believe that this occurred after
 9    there had been, you know, a New York Post article
10    about the contents of the laptop that you referred
11    to -- I think you referred to earlier you finding
12    out about it that way, right?
13         A.   Yeah, I only found out through news media.
14    I have no internal knowledge of that investigation,
15    and yeah, I believe that it was brought up after
16    the news story had broke.
17         Q.   And so the -- what did the Facebook
18    analyst ask Ms. Dehmlow?  Did they ask, you know,
19    "Hey, we have the story.  Can you confirm it," or
20    what did they ask?
21         A.   Yeah, they just -- I can't remember the
22    exact question, but I believe the investigator
23    asked if the FBI could provide any information
24    about the Hunter Biden investigation.
25         Q.   Did they refer to the laptop in particular

**ELVIS CHAN  11/29/2022**

Page 215

```
1    that had been the subject of the news stories?
2         A.   I can't recall.
3         Q.   And what did Ms. Dehmlow respond?
4         A.   She said no comment.  She said something
5    to the effect that the FBI has no comment on this.
6         Q.   Did she indicate why the FBI declined to
7    comment?
8         A.   Yes.  It was because -- at the time I do
9    not believe that we had confirmed that it was an
10   active -- we had -- at the time we had not
11   confirmed that the FBI was actually investigating
12   Hunter Biden.  So she did not have the authority to
13   say anything or to comment about it.
14        Q.   Did she know at the time that the FBI had
15   the laptop and that the contents had not been
16   hacked?
17             MR. SUR:  Objection; calls for speculation
18   and gets into law enforcement privilege.
19        Q.   BY MR. SAUER:  To your knowledge?
20        A.   I have no idea.  I never asked her, and
21   she never told me.
22        Q.   Did Hunter Biden come up with any other
23   social media platforms during 2020?
24        A.   Not to my knowledge.
25        Q.   Do you recall any mention of Hunter Biden
```

 1   at any meetings with any social media platforms?

 2       A.   No.  It stood out because that Facebook

 3   meeting was the only one where an individual from

 4   one of the companies even asked about it.

 5       **Q.   You're confident that Hunter Biden did not**

 6   **come up at any other meetings between federal**

 7   **government officials and social media platforms in**

 8   **2020?**

 9       A.   I was confident that I was not a party to

10   any meeting with social media companies where

11   Hunter Biden was discussed outside of the one

12   incident that I told you about.

13       **Q.   That was the one where it was a FITF**

14   **Facebook meeting where the analyst asked**

15   **Ms. Dehmlow and she refused to comment, correct?**

16       A.   That is correct.  That is correct.

17            MR. SAUER:  I am going to show you a new

18   exhibit, Exhibit 8.

19            Counsel, I just emailed it to you, too.  I

20   will put it up on screen share, and it will be

21   familiar to you.

22                (Reporter marked Exhibit No. 8 for

23                 identification.)

24       **Q.   BY MR. SAUER:  Do you see this document**

25   **here?**

 1     A.    It says the "Declaration of Yoel Roth."

 2     **Q.    Do you know Yoel Roth?**

 3     A.    Yes.  I mentioned to you -- mentioned him

 4  to you previously.  He was the head of site

 5  integrity at Twitter.

 6     **Q.    And it says that's a trust and safety**

 7  **department, correct?**

 8     A.    Well, it says it is a site integrity team

 9  which assesses content posted to Twitter to

10  determine whether it violates the company's

11  policies.  So in general, that would be construed

12  as a trust and safety role.

13     **Q.    So in other words, he is -- has**

14  **responsibility for content modulation at Twitter,**

15  **or he at least did at the time of this declaration?**

16     A.    Yes, I believe so.

17     **Q.    In fact, your committee worked with him in**

18  **that role, which he had until very, very recently,**

19  **right?  Just a couple weeks ago, right?**

20     A.    Until the day after the election.

21     **Q.    I am going to direct your attention to**

22  **Paragraph 10 in this declaration.  You see where it**

23  **says in Paragraph 10, "Since 2018, I have had**

24  **regular meetings with the" ODNI, "the Department of**

25  **Homeland Security, the FBI and industry peers**

1    regarding election security"?  Do you see that?

2        A.   Yeah, Paragraph 11?

3        Q.   Paragraph 10.

4        A.   I'm sorry, Paragraph 10.  Yes, I see that.

5        Q.   Do you know what regular meetings he's

6    referring to in that paragraph?  Is that the

7    CISA-organized USG-industry meetings or is there

8    other meetings as well?

9        A.   I am not sure, but from my interpretation

10   of this document, it would be in the context of the

11   CISA-hosted USG-industry meeting.  Because I never

12   hosted a meeting with those U.S. government

13   components.

14       Q.   So let me ask you this:  Are you aware of

15   any meetings involving Twitter with ODNI, DHS and

16   the FBI and other social media platforms?

17       A.   Only in the context of the CISA-hosted

18   USG-industry meetings.

19       Q.   So the only meetings that you're aware of

20   that this Paragraph 10 could be referring to are

21   those USG-industry meetings that we have been

22   talking about organized by CISA?

23       A.   That is my belief.

24       Q.   Paragraph 11, "During these weekly

25   meetings, the federal law enforcement agencies

1   communicated that they expected 'hack-and-leak

2   operations' by state actors might occur in the

3   period shortly before the 2020 presidential

4   election, likely in October."  Do you see that?

5       A.   Yes.

6       Q.   Is that consistent with your recollection

7   that the communications at the 2020 USG-industry

8   meetings organized by CISA, that state actors, I

9   take it he means foreign governments, might

10  perpetrate hack-and-leak operations in a period

11  shortly before the 2020 presidential election?

12      A.   Yeah, so the weekly meetings would have

13  occurred like very shortly before.  Like we did

14  not switch to a weekly cadence until maybe six

15  weeks from the election, around then, maybe six or

16  eight weeks.  It was a very short weekly meeting.

17           I do believe -- as I mentioned previously,

18  I don't remember who.  I do remember myself

19  mentioning a concern for that, but it was mentioned

20  that there was the potential for hack-and-leak

21  operations.

22      Q.   And so that first sentence you agree with

23  basically that people did say that to Twitter in

24  these meetings, that foreign state actors might do

25  a hack-and-leak operation in the period shortly

**ELVIS CHAN  11/29/2022**

**Page 220**

 1  **before the 2020 presidential election; is that fair**
 2  **to say?**
 3      A.   Yes.  During the CISA USG-industry
 4  meetings.
 5      **Q.   You're saying those obtained a weekly**
 6  **cadence in the six to eight weeks before that**
 7  **actual election in 2020?**
 8      A.   Yes.
 9      **Q.   Okay.  In those meetings, I take it likely**
10  **in October, was that relayed to Twitter and the**
11  **other industry participants?**
12      A.   I can't remember specifically, but it
13  would have made sense for the meetings to
14  definitely have occurred on a weekly basis in
15  October ahead of the elections in November.
16      **Q.   And did the federal officials in those**
17  **meetings convey that they expected that**
18  **hack-and-leak operations might occur shortly before**
19  **the election, likely in October?**
20      A.   So I wouldn't have used the word
21  "expected."  I would have used the word "concern"
22  about potential hack-and-leak operations.  The
23  reason I say that is because we were not aware of
24  any hack-and-leak operations that were pending.
25      **Q.   Okay.  He goes on to say in the next --**

**ELVIS CHAN  11/29/2022**

```
 1   let me ask you this:  Did you express that concern
 2   would be, quote, likely in October?
 3       A.   I would say possible in October.
 4       Q.   He refers to the federal law enforcement
 5   agencies, plural, in that sentence.  Do you see
 6   that?
 7       A.   Yes.
 8       Q.   And other federal law enforcement agencies
 9   other than the FBI also convey an expectation or
10   concern that Russian hack-and-leak operations would
11   occur shortly before the 2020 election?
12       A.   Not to my -- not to my knowledge.
13       Q.   So the only agency you recall conveying
14   that information is the FBI?
15       A.   The only federal law enforcement agency I
16   remember conveying our concern was the FBI.
17       Q.   How about any other agency?
18       A.   As I mentioned, I believe CISA would have
19   had the same concern as the FBI.
20       Q.   And that was relayed through Mr. Masterson
21   and Mr. Scully, I think you said, correct?
22       A.   Correct.
23       Q.   Any other agencies or federal officials
24   raise those concerns other than you, Ms. Dehmlow,
25   Mr. Masterson and Mr. Scully?
```

**ELVIS CHAN  11/29/2022**

**Page 222**

```
 1      A.   I believe that the senior election
 2  official from ODNI would also have flagged that as
 3  a concern.  Because that was a concern across the
 4  entire U.S. government.
 5      Q.   Who is that?
 6      A.   At the time the senior election official
 7  was Shelby Pierson.
 8      Q.   What did Mr. -- is that Mr. or Ms.?
 9      A.   Ms., Ms. Pierson.
10      Q.   What did Ms. Pierson say about that
11  concern for the social media platforms in these
12  meetings?
13      A.   I don't recall what she exactly said, but
14  the sentiment would have been similar to what I
15  already conveyed, which is that I was concerned
16  about the potential for hack-and-leak operations.
17  However, we were not aware of any pending
18  hack-and-leak operations.  I believe she would have
19  shared the same sentiment.
20      Q.   Do you remember anything specific about
21  what she said?
22      A.   I don't.
23      Q.   Mr. Roth in the affidavit goes on to say,
24  "I was told in these meetings that the intelligence
25  community expected that individuals associated with
```

1   **political campaigns would be subject to hacking**

2   **attacks and that material obtained through those**

3   **hacking attacks would likely be disseminated over**

4   **social media platforms, including Twitter." Do you**

5   **see that?**

6       A.   Yes.

7       **Q.   Do you remember that occurring, that --**

8   **people in the intelligence community relaying that**

9   **they expected attacks on individuals associated**

10  **with political campaigns and that the material**

11  **obtained would be disseminated over Twitter?**

12      A.   So my recollection is different from

13  Mr. Roth's.  Not that the intelligence community

14  expected that individuals associated with political

15  campaigns would be subject to hacking attacks, but

16  that there was the potential for individuals

17  associated with political campaigns.

18          The reason I say that is because I and the

19  individuals I work with at FITF, we were not aware

20  of any successful hacks into any political

21  organizations or campaigns at the same time of

22  these meetings.

23      **Q.   How about in the intelligence community?**

24  **You know, I take it that may refer to ODNI --**

25      A.   Yeah.

 1      Q.    -- is Mr. Roth accurately describing what
 2  they said in these meetings?
 3            MR. SUR:  Objection; calls for
 4  speculation.
 5            THE WITNESS:  Yeah, I don't know what
 6  Mr. Roth meant or meant, but what I'm letting you
 7  know is that from my recollection -- I don't
 8  believe we would have worded it so strongly to say
 9  that we expected there to be hacks.  I would have
10  worded it to say that there was the potential for
11  hacks, and I believe that is how anyone from our
12  side would have framed the comment.
13            And the reason I believe that is because I
14  and the FBI, for that matter the U.S. intelligence
15  community, was not aware of any successful hacks
16  against political organizations or political
17  campaigns.
18      Q.    BY MR. SAUER:  You don't think that
19  intelligence officials described it in the way that
20  Mr. Roth does here in this sentence in the
21  affidavit?
22      A.    Yeah, I would not have -- I do not believe
23  that the intelligence community would have expected
24  it.  I said that they would have been concerned
25  about the potential for it.

1    Q.   How about the second half of the sentence

2  here where he says that he was told in these

3  meetings that material obtained through those

4  foreign hacking attacks would likely be

5  disseminated over social media platforms, including

6  Twitter, do you recall that being discussed in the

7  meetings?

8    A.   Yeah, so if you're going to break it up

9  into two parts like that, if there were a

10  successful hack, that is what the intelligence

11  community and I both think would happen.

12    Q.   Did you relay that to them, that if there

13  were a successful hack, they would likely relay the

14  hacked materials over social media platforms

15  including Twitter?

16    A.   I don't remember if I relayed that, but I

17  do agree with Mr. Roth's statement, that if there

18  was a hack, that that would be a method to

19  disseminate the information.

20    Q.   And that particular concern was relayed to

21  social media platforms in these meetings?

22    A.   Yes, you are correct.

23    Q.   He goes on to say, "These expectations of

24  these hack-and-leak operations were discussed

25  throughout 2020."  Do you see that?

**ELVIS CHAN  11/29/2022**

```
 1      A.    Yes.
 2      Q.    What -- was that, in fact, true that all
 3  throughout 2020 there were discussions of these
 4  concerns about hack-and-leak operations?
 5      A.    So I would not have used the word
 6  "expectation."  As I characterized it to you
 7  before, we regularly discuss the potential for
 8  nation state actors to conduct hack-and-leak
 9  operations.  And we provided briefings on the
10  specific nation state actors that we believe who
11  were potentially capable of conducting these types
12  of operations.
13      Q.    That would include Russia, I presume?
14      A.    Yes.
15      Q.    And you -- so in the briefings you
16  provided to them, you brief them on your
17  understanding that Russia was capable of conducting
18  those hack-and-leak operations?
19      A.    Yes.
20      Q.    Do you brief them on your concerns that
21  those might occur in the 2020 election cycle in
22  connection with those briefings as well, correct?
23      A.    Yeah, from my recollection, "might" is a
24  more appropriate word than "expected."
25      Q.    So you feel like you said "might," and
```

 1   Mr. Roth feels like he was told they were

 2   "expected"; is that fair to say?

 3        A.   Well, he wrote that -- well, in this

 4   deposition he provided, he said "expected," but I

 5   don't remember the language being so strong from --

 6   from me or from any FBI officials.

 7        Q.   I want to direct your sentence to the next

 8   page -- sentence.  He says, "I also learned in

 9   these meetings that there were rumors" of a

10   hack-and-leak -- "that a hack-and-leak operation

11   would involve Hunter Biden," right, you see that?

12        A.   Yes.

13        Q.   Do you remember -- what's he referring to

14   there, to your recollection?

15        A.   So from my recollection, the social media

16   companies, who include Twitter, would regularly ask

17   us, "Hey, what kind of content do you think the

18   nation state actors, the Russians would post," and

19   then they would provide examples.  Like, "Would it

20   be X" or "Would it be Y" or "Would it be Z."  And

21   then we -- I and then the other FBI officials would

22   say, "We believe that the Russians will take

23   advantage of any hot-button issue."

24             And we -- I do not remember us

25   specifically saying "Hunter Biden" in any meeting

 1   with Twitter.

 2       Q.   Mr. Roth says in his sworn declaration he

 3   learned in these meetings, and I take it we are

 4   still talking about these weekly meetings, USG

 5   industry CISA-organized meetings, he learned in

 6   these meetings that there were rumors that a

 7   hack-and-leak operation would involve Hunter Biden,

 8   right?  That's what he said in his sworn

 9   declaration, right?

10       A.   Yes, I see that's what he said.

11       Q.   And do you have any reason to doubt the

12   veracity of what he said?

13       A.   I would interpret what he said

14   differently.

15       Q.   How would you interpret what he said when

16   he says he learned that there were rumors that a

17   hack-and-leak operation would involve Hunter Biden?

18   What do you think he's referring to?

19            MR. SUR:  Objection; calls for

20   speculation.

21            THE WITNESS:  Yeah, in my estimation, we

22   never discussed Hunter Biden specifically with

23   Twitter.  And so the way I read that is that there

24   are hack-and-leak operations, and then at the

25   time -- at the time I believe he flagged one of the

1   potential current events that were happening ahead

2   of the elections.

3       Q.   BY MR. SAUER:  You believe that he, Yoel

4   Roth, flagged Hunter Biden in one of these

5   meetings?

6       A.   No.  I believe -- I don't believe he

7   flagged it during one of the meetings.  I just

8   think that -- so I don't know.  I cannot read his

9   mind, but my assessment is because I don't remember

10  discussing Hunter Biden at any of the meetings with

11  Twitter, that we didn't discuss it.

12          So this would have been something that he

13  would have just thought of as a hot-button issue on

14  his own that happened in October.

15      Q.   So you think that where he says he learned

16  in the meetings that there were rumors that a

17  hack-and-leak operation would involve Hunter Biden,

18  you don't recall any basis for that actually being

19  discussed in the meetings?

20      A.   That is correct.

21      Q.   Paragraph 12 goes on to say that "On

22  October 14, 2020, I learned from media coverage

23  that the New York Post had posted the articles to

24  its website that morning containing emails and

25  other personal materials found on a hard drive that

1   allegedly belonged to Hunter Biden."  Do you see

2   that?

3        A.    Yes, Paragraph 12.

4        Q.    There's that reference to those articles

5   that you referred to earlier, correct?

6        A.    Correct.

7        Q.    It's your testimony that those news

8   articles are the first time that you became aware

9   that -- you became aware of Hunter Biden's laptop

10  in any connection?

11       A.    Yes.  I don't remember if it was a New

12  York Post article or if it was another media

13  outlet, but it was on multiple media outlets, and I

14  can't remember which article I read.

15       Q.    And before that day, October 14th, 2020,

16  were you aware -- were you aware of Hunter Biden --

17  had anyone ever mentioned Hunter Biden's laptop to

18  you?

19       A.    No.

20       Q.    The next paragraph Mr. Roth says, "The

21  site integrity team preliminarily determined that

22  the information in the articles," the New York Post

23  articles, "could have been obtained through

24  hacking, based on, among other things, the type of

25  material, the sourcing described in the articles,

**ELVIS CHAN  11/29/2022**

1   and the information security community's initial

2   reactions."  Do you see that?

3       A.   Yes.

4       Q.   Do you know what he's referring to in that

5   last bit where he talks about the information

6   security community's initial reactions?

7            MR. SUR:  Objection; calls for

8   speculation.

9            THE WITNESS:  I do not know.

10      Q.   BY MR. SAUER:  Do you know -- what is the

11  information security community?

12      A.   So I don't know specifically that

13  reference that he's using, but there is -- you

14  know, I -- my assessment is that he's talking

15  broadly about the American information security

16  industry, but I don't know.

17      Q.   Does that include the FBI?

18           MR. SUR:  Objection; calls for

19  speculation.

20           THE WITNESS:  So I don't know.  However, I

21  do not believe that involves the FBI.  To me when I

22  read that, this is the first time I am reading that

23  paragraph, it sounds like he is talking about the

24  private sector information security community.

25      Q.   BY MR. SAUER:  He goes on to talk about

1    how Twitter ended up essentially blocking the

2    articles from being shared on its platform and

3    suspending the New York Post's Twitter accounts.

4            Generally without getting into the

5    details, are you generally familiar with the fact

6    that Twitter took steps to reduce the distribution

7    of the Hunter Biden laptop story on its platforms?

8        A.   Yeah, yeah, the extent of the information

9    that I learned was exactly what you just described.

10   I have no other knowledge of that.

11       Q.   Okay.  So right here at Paragraph 17 he

12   says, "The Site Integrity Team blocked Twitter

13   users from sharing links over Twitter to the

14   applicable New York Post articles and prevented

15   users who had previously sent tweets sharing those

16   articles from sending new tweets until they deleted

17   the tweets violating Twitter's policies," correct?

18       A.   So that is what he wrote, but I am not

19   aware of the specific details of the actions that

20   they took until you just read that paragraph to me

21   today.

22       Q.   Do you know if anyone at Twitter reached

23   out to anyone at the FBI to check or verify

24   anything about the Hunter Biden story?

25       A.   I am not aware of any communications

**ELVIS CHAN  11/29/2022**

```
 1   between Yoel Roth and the FBI about this topic.
 2       Q.   Are you aware of any communications
 3   between anyone at Twitter and anyone in the federal
 4   government about the decision to suppress content
 5   relating to the Hunter Biden laptop story once the
 6   story had broken?
 7            MR. SUR:  Objection; lacks foundation.
 8            THE WITNESS:  I am not aware of Mr. Roth's
 9   discussions with any other federal agency.  As I
10   mentioned, I am not aware of any discussions with
11   any FBI employees about this topic as well.  But I
12   only know who I know.  So I don't -- he may have
13   had these conversations, but I was not aware of it.
14       Q.   BY MR. SAUER:  You mentioned Mr. Roth.
15   How about anyone else at Twitter, did anyone else
16   at Twitter reach out, to your knowledge, to anyone
17   else in the federal government?
18       A.   So I can only answer for the FBI.  To my
19   knowledge, I am not aware of any Twitter employee
20   reaching out to any FBI employee regarding this
21   topic.
22       Q.   How about Facebook, other than that
23   meeting you referred to where an analyst asked the
24   FBI to comment on the Hunter Biden investigation,
25   are you aware of any communications between anyone
```

**ELVIS CHAN  11/29/2022**

```
 1    at Facebook and anyone at the FBI related to the

 2    Hunter Biden laptop story?

 3        A.    No.

 4        Q.    How about any other social media platform?

 5        A.    No.

 6        Q.    How about Apple or Microsoft?

 7        A.    No.

 8              MR. SUR:  Counselor, if you have concluded

 9    with this exhibit, may I ask or may I suggest that

10    a break would be appropriate?  We have been in this

11    session now I think for an hour and eight minutes.

12              MR. SAUER:  I'm okay with that.  Want to

13    go off the record?

14              THE VIDEOGRAPHER:  Off the record at 3:43

15    p.m.

16              (Whereupon a recess was taken.)

17              THE VIDEOGRAPHER:  Back on the record at

18    3:57 p.m.

19        Q.    BY MR. SAUER:  Do you know Peter Strzok,

20    S-t-r-z-o-k?

21        A.    Yes, I do.

22        Q.    How do you know him?

23        A.    I know that he was a deputy assistant

24    director at counterintelligence division, and the

25    capacity that I worked with him in was related to
```

1    the Yahoo! hack, which also occurred in 2016, and
2    our office did the investigation for that hack.
3        Q.    What was the Yahoo! hack?
4        A.    At the time the Yahoo! hack was the
5    largest data breach in American history where 500
6    million Yahoo! users' credentials were stolen by
7    Russian intelligence service officers.
8        Q.    You worked on that investigation with
9    Peter Strzok?
10       A.    So I oversaw the squad that ran the
11   investigation.  So I oversaw the investigation.
12   Mr. Strzok consulted with me because he was
13   concerned -- he had counterintelligence concerns
14   about the investigation.
15       Q.    What were those concerns generally
16   speaking?  I am not going to ask specifics.
17       A.    Broadly speaking, U.S. government
18   employees, U.S. current government employees as
19   well as other government officials had used Yahoo!
20   and still use Yahoo!, and he was concerned that
21   Russian intelligence officers would be able to
22   figure out the personal Yahoo! -- Yahoo! and AOL
23   accounts for current and former U.S. government
24   officials.
25       Q.    Did you have multiple interactions with

1    him during the course of that investigation?

2        A.   I would say regular -- like maybe once a

3    month maybe.

4        Q.   **Over the course of how long?**

5        A.   Over the course of about six months.

6        Q.   **Would these be phone calls or did you have**

7    **any in-person meetings with him?**

8        A.   These would be via classified Skype or

9    Link, if you're familiar with that Microsoft

10   product.

11       Q.   **So they'd be videoconferences that were in**

12   **a secured link?**

13       A.   They would be voice conference -- there

14   was video capability, but the FBI culture is not to

15   use videoconference.

16       Q.   **Have you talked to him since then?**

17       A.   I have not.  Yeah, I only spoke to him in

18   the context of the Yahoo! investigation.  So -- and

19   he was interested, you know, in the extent of the

20   damage, you know, like our intrusion investigation

21   to determine if we could tell if Russians were

22   aware which accounts belong to which U.S.

23   government officials.

24       Q.   **These interactions with him occurred in**

25   **the year 2016; is that right?**

 1     A.    Yeah, I would say spanning between 2015 to
 2   2016.
 3     **Q.    So this would have been the same time**
 4   **frame that he's involved in the Crossfire Hurricane**
 5   **investigation?**
 6     A.    I do not know when that investigation took
 7   place exactly, but I would say that I had
 8   engagement with him in the late 2015 to early 2016
 9   time frame.
10     **Q.    Do you know anyone associated with the**
11   **Crossfire Hurricane investigation?**
12     A.    No, not to my knowledge.
13     **Q.    How about Lisa Page?**
14     A.    So Lisa Page is an attorney, an FBI
15   attorney for the Office of General Counsel.  She
16   was on many of the calls.  I don't know if she was
17   on all of the calls, but she was on at least some
18   of the, like, once-a-month calls that I had with
19   Mr. Strzok.
20     **Q.    She was on -- so you would talk to**
21   **Mr. Strzok and Ms. Page at the same time as the**
22   **Yahoo! investigation?**
23     A.    Yes.  My understanding was that she was --
24   I don't know this for a fact, but my understanding
25   was that she was a senior attorney in the

1    counterintelligence division and that she would be

2    privy to the types -- she would need to know about

3    the types of communications I had with Mr. Strzok

4    about the extent of the damage.

5         Q.    Did you have any communications with

6    Ms. Page after 2016?

7         A.    Yes, but not while she was working at the

8    FBI.

9         Q.    What communications were those?

10        A.    She currently works for a private sector

11   company, and I have regular communications focused

12   on cybersecurity matters with her current company.

13        Q.    What company is that?

14        A.    The company is Twilio.

15        Q.    And you know her now and communicate with

16   her in her work at Twilio?

17        A.    Yes.

18        Q.    And do those communications relate to

19   hacking?

20        A.    Cybersecurity in general and potential

21   hacks against the Twilio platform.

22        Q.    Have you communicated with her recently?

23             MR. SUR:  Objection; vague.

24             THE WITNESS:  I would say the last time I

25   communicated with her was maybe -- I can't recall

 1    exactly, but maybe two months ago.

 2        Q.   BY MR. SAUER:  How often do you talk to

 3    her?

 4        A.   Maybe on a quarterly basis.

 5        Q.   Have you ever discussed with Mr. Strzok or

 6    Ms. Page the prospect of a Russian hack-and-leak

 7    operation?

 8        A.   No.  The only investigation that I ever

 9    discussed with either of them was the Yahoo! hack

10    investigation.

11        Q.   Do you know anyone else associated with

12    the Crossfire Hurricane investigation?

13        A.   No.  But I do want to add during those

14    meetings that I had with Mr. Strzok, Mr. Jim Baker,

15    who was our general counsel at the time, would

16    attend some of those meetings as well.

17        Q.   Mr. Baker would attend those meetings that

18    you had with Mr. Strzok about the Yahoo! hack?

19        A.   Yes.  At least some of them.

20        Q.   Who else would attend those meetings?

21        A.   Just the three of them.  It would be the

22    three of them getting a status update from -- they

23    would be getting a case update from me.

24        Q.   A case update about the Yahoo!

25    investigation?

**ELVIS CHAN  11/29/2022**

```
 1      A.   Correct.
 2      Q.   Did you ever discuss any hacking issues
 3   with Mr. Baker?
 4      A.   Not outside the context of the Yahoo!
 5   hack.
 6      Q.   Do you believe that Russian
 7   malign-foreign-influence activities affected the
 8   outcome of the 2016 presidential election?
 9           MR. SUR:  Objection; calls for
10   speculation.
11           THE WITNESS:  Quite honestly, I don't know
12   if they had an impact.
13      Q.   BY MR. SAUER:  In your thesis you talk
14   about how -- I think on multiple occasions you talk
15   about how that election was decided by about 78,000
16   votes in three key swing states; is that right?
17      A.   That is correct.  So I wanted to highlight
18   that there was the potential, but unfortunately if
19   you read my thesis, I could not conclus -- I could
20   not conclusively say whether it had an impact, but
21   it potentially could have an impact.
22      Q.   So your thesis was -- the conclusion was
23   that potentially Russian malign-foreign-influence
24   operations may have affected the 2016 presidential
25   election?
```

**ELVIS CHAN  11/29/2022**

```
 1     A.   Yes, but that we would never know
 2  conclusively.
 3     Q.   I think you also cited statistics
 4  suggesting that something like 59 percent of all
 5  Facebook users had been reached by Russian malign
 6  social media content during that election cycle?
 7     A.   Yeah, I cited that from one of the
 8  reports, that is correct.
 9          MR. SAUER:  I am going to show you a new
10  exhibit.  Just give me a second to email it to your
11  counsel.
12              (Reporter marked Exhibit No. 9 for
13               identification.)
14     Q.   BY MR. SAUER:  Can you see this exhibit
15  that I have labeled Exhibit 9 that I posted on the
16  screen share?
17     A.   I see it on there, but I don't see it on
18  counsel's iPad yet.
19     Q.   Just as a preliminary matter, you see that
20  it is dated October 28, 2020, and it states, "Tech
21  CEOs Senate Testimony Transcript October 28"?
22     A.   Yes, I see that.
23     Q.   And you refer in your thesis to the fact
24  that tech CEOs were called in to testify before
25  Congress shortly before the 2020 election, correct?
```

1      A.   Yes, correct.

2      **Q.   I think you refer to this as one of the**

3   **instances where pressure was put on them to take**

4   **more aggressive action to -- to keep malign foreign**

5   **influence off their platforms, right?**

6      A.   Yes, that was my assessment.

7           MR. SAUER:  I am going to jump ahead to

8   Page 56 of this document.  So Indraneel, I don't

9   know if you're following in the PDF.

10          MR. SUR:  It hasn't arrived yet,

11  unfortunately.

12     **Q.   BY MR. SAUER:  If you look here at Page**

13  **56, there's a question posed to Mark Zuckerberg who**

14  **is the CEO of Meta or Facebook, correct?**

15     A.   Can you highlight the question that you

16  want me to look at?

17     **Q.   I actually -- probably just look at what**

18  **he said.  I don't think the question is that**

19  **relevant.**

20          MR. SUR:  If I may interrupt, the email

21  just arrived, so we'll have it on the screen in a

22  few seconds here.

23          MR. SAUER:  Great.

24     **Q.   Can you see there --**

25          MR. SUR:  May I ask which page?

1           MR. SAUER:  Page 56 of the PDF.

2      Q.   Do you see there in the middle of the page

3   it indicates that Mark Zuckerberg is the one

4   speaking?

5      A.   I see that at 2:34:35.

6      Q.   That's the place.  Thanks.  In that answer

7   he says along the lines of what you mentioned

8   earlier, "one of the threats the FBI has alerted

9   our companies and the public to, was the

10  possibility of a hack and leak operation in the

11  days or weeks leading up to this election,"

12  correct?

13     A.   Yeah, I am reading that.

14     Q.   Okay.  And then Mr. Zuckerberg went on to

15  say, "So you had both the public testimony from the

16  FBI and in private meetings alerts that were given

17  to at least our company, I assume the others as

18  well, that suggested that we be on high alert and

19  sensitivity that if a trove of documents appeared

20  that we should view that with suspicion, that it

21  might be part of a foreign manipulation attempt."

22  Do you see that?

23     A.   I do see that.

24     Q.   This testimony is occurring two weeks

25  after the Hunter Biden stories in the New York

1    Post, correct, October 28, 2020?

2        A.   Yes, that's what it was dated.

3        Q.   Okay.  Let's go through his account there.

4    Mr. Zuckerberg said "one of the threats that the

5    FBI has alerted our companies and the public to,

6    was the possibility of a hack-and-leak operations

7    in the days" and/"or weeks leading up to this

8    election," correct?

9        A.   Correct.

10       Q.   Yeah, and he says the FBI has alerted the

11   public to that.  Do you recall the FBI doing so?

12       A.   I believe that we much more frequently

13   than in the 2016 context -- context, "we," meaning

14   the FBI and CISA, would put out advisories about

15   concerns that we had about the elections.  These

16   would be public advisories.

17       Q.   Would these include public advisories

18   saying there might be a hack-and-leak operation

19   shortly before the 2020 election?

20       A.   I can't recollect.  I know there are

21   public advisories, and if you show them to me I

22   would be able to read them and refresh my memory,

23   but I don't recollect at this time.

24       Q.   Do you know whether such public advisories

25   were made, as Mr. Zuckerberg says, relating to

 1   **quote, the possibility of a hack-and-leak operation**

 2   **in the days or weeks leading up to this election?**

 3       A.   I can't remember any specific advisories

 4   at this time.

 5       **Q.   Were you involved in preparing public**

 6   **advisories?**

 7       A.   No.

 8       **Q.   Did you ever suggest that the FBI should**

 9   **issue a public advisory about a hack-and-leak**

10   **operation?**

11       A.   No, not specifically.  What I did tell our

12   cyber intelligence section was that we, the FBI,

13   should try to be as transparent as possible ahead

14   of the 2020 elections.

15       **Q.   In the next sentence Mr. Zuckerberg says,**

16   **"So you had both the public testimony from the FBI**

17   **and in private meetings alerts that were given to**

18   **at least our company, I assume the others as well,**

19   **that suggested we be on high alert and**

20   **sensitivity."  Do you see that?**

21       A.   Yes, I see that statement.

22       **Q.   So do you know what he's referring to**

23   **about the public testimony from the FBI?**

24           MR. SUR:  Objection; calls for

25   speculation.

```
 1              THE WITNESS:  I don't know about the
 2    public testimony.  I could assume it is from
 3    direct -- the director, Christopher Wray, or
 4    another senior official, but I am not aware of what
 5    testimony he's talking about.
 6         Q.   BY MR. SAUER:  How about "in private
 7    meetings alerts that were given to at least our
 8    company, I assume others as well," do you know what
 9    private meetings alerts he's referring to?
10              MR. SUR:  Objection; calls for
11    speculation.
12              THE WITNESS:  I don't know what private
13    meetings he meant, but as I've discussed with you,
14    I've hosted several meetings with Facebook ahead of
15    the 2020 elections.  So these may be these private
16    meetings.
17         Q.   BY MR. SAUER:  You hosted several private
18    meetings with Facebook where the concern about a
19    hack-and-leak operation was raised?
20         A.   Yes.
21         Q.   Are you aware of any other private
22    meetings between the FBI and Facebook?
23         A.   I am not aware of any besides the ones
24    I've hosted.
25         Q.   Is it possible that others occurred that
```

**ELVIS CHAN  11/29/2022**

 1    didn't involve you?

 2        A.    That is possible, but I am not aware of

 3    them.

 4        Q.    And he describes those private meetings

 5    alerts as "suggested that we be on high alert and

 6    sensitivity that if a trove of documents appeared

 7    that we should view that with suspicion, that it

 8    might be part of a foreign manipulation attempt."

 9    Do you see that?

10        A.    Yes.

11        Q.    Was that discussed in your alerts, that if

12    a trove of documents appear, that that should be

13    something viewed with suspicion?

14        A.    I don't remember that exact framing of our

15    discussions with them.

16        Q.    Do you remember saying -- I know you

17    talked about, "Hey, there could be another

18    hack-and-leak operation."  Do you remember saying

19    something like "If you get a whole bunch of

20    documents that suddenly appear, that's something

21    that should be viewed with suspicion"?

22        A.    No, I don't remember any of us saying

23    that.  I think -- I don't remember this for a fact,

24    but I think what we would have said is we would

25    have asked "If you receive a whole -- if you see a

 1   trove of potentially hacked materials, what are you
 2   going to do about it?"  Which would be our way of
 3   asking them how their terms of service would handle
 4   a situation like that.
 5       Q.   Do you recall asking them how they would
 6   handle it if potentially hacked materials appeared,
 7   correct?
 8       A.   Yes.
 9       Q.   And what did they say?
10       A.   So I believe that they would describe what
11   their policies were for validating the information
12   and handling the information in general.  I can't
13   remember what specific company said exactly what,
14   but in general, I remember the social media
15   companies having terms-of-service policies to
16   handle this sort of situation.
17       Q.   Which social media companies did you ask
18   that of, Twitter, Facebook and YouTube?
19       A.   Yes, I believe we would have asked them
20   that, but I can't recollect when that would have
21   happened, but I believe we would have asked them
22   that at some point.
23       Q.   So you would have cautioned them that
24   there might be a hack-and-leak operation and ask
25   them how their terms of service would address it,

1    **fair to say?**

2        A.    That is fair to say.

3        **Q.    Okay.  You specifically asked them how**

4    **their terms of service would address it?  You**

5    **wanted to know whether and to what extent the**

6    **material would be taken down or blocked if it**

7    **appeared, correct?**

8        A.    Yeah, we wanted to know what actions they

9    would take to include the two actions that you

10   described.

11       **Q.    Why did you want to know that?  Why did**

12   **you want to know whether or not the various social**

13   **media platforms would take down hacked materials if**

14   **they appeared?**

15       A.    So this is just my personal opinion about

16   why we wanted to know was because I think

17   internally we wanted to know what actions that we

18   would need to take, whether we would need to take a

19   legal remedy such as like a seizure warrant or

20   something.  I can't ever recollect discussing this

21   because it never came up.

22            In my assessment, why I would be concerned

23   was -- if there's hacked materials and they stay

24   up, then -- and if the companies do not believe

25   they violate their terms of service, what actions

 1   could the FBI take.

 2           So I mean, these are all hypotheticals.

 3      **Q.    And the idea would be the FBI could pursue**

 4   **a seizure warrant to have -- basically take -- take**

 5   **the materials down through legal process if the**

 6   **social media platforms wouldn't do it themselves?**

 7      A.    So that was one hypothetical solution.

 8      **Q.    And that was one that occurred to you?**

 9      A.    Yeah, that was one that occurred to me.  I

10   don't remember discussing it with anyone else.

11      **Q.    The -- who -- who of the FBI asked them,**

12   **the social media platforms, "How are your hacking**

13   **materials policies addressing this?"**

14      A.    I would say we take turns asking.  When I

15   say "we," I mean either myself or the members of

16   the Foreign Influence Task Force I already

17   mentioned to you.  Wherever it seemed like an

18   organic follow-up question, we would ask "How would

19   your terms of service apply to this situation or

20   that situation?"  Just so that we would understand

21   what types of actions that they would take.

22      **Q.    I take it their answers would inform**

23   **potential further actions by the FBI, such as**

24   **potentially pursuing a seizure warrant to remove**

25   **hacked materials?**

```
 1      A.   I think we were -- we were dealing in
 2   hypotheticals, so there was no concrete plan.  In
 3   my mind, that would be one way to take down
 4   information.
 5           And the reason I say that is because in a
 6   different situation where the FBI became aware of
 7   Iranian fake news sites, we did pursue a seizure
 8   warrant and got an IIFA/FARA-based search or
 9   seizure warrant to take down over 70 Iranian fake
10   news websites.
11      Q.   Did they take down hacked materials?
12      A.   I don't know the specifics.  I oversaw the
13   squad that executed the seizure warrant.
14      Q.   Do you recall, did Ms. Dehmlow ever
15   discuss what actions might be taken if there was a
16   hack-and-leak operation before the 2020 election to
17   take down materials?
18      A.   No.
19      Q.   Do you recall discussing that with the
20   FBI -- or anyone at the FBI, that is if we knew
21   there was a hack-and-leak operation, how do we get
22   the materials down?
23           MR. SUR:  Objection; calls for
24   deliberative process privilege of internal
25   discussions within the FBI.
```

```
 1            THE WITNESS:  Yeah, we did have internal
 2    discussions.  As I mentioned, the only -- one of
 3    the solutions was potentially to see if we have
 4    enough probable cause to execute a seizure warrant.
 5            Another solution was to ask the company to
 6    consensually take down the information even if it
 7    did not violate their terms of service.  So those
 8    were the two hypothetical solutions that I
 9    remember.
10       Q.   BY MR. SAUER:  Right.  That second
11    hypothetical solution about asking them to take it
12    down even if it didn't violate their terms of
13    service, did you pursue that with respect to the
14    Hunter Biden laptop story?
15       A.   No.
16       Q.   Did you contact any social media platforms
17    and say, "Hey, can you take this stuff down because
18    it looks hacked"?
19       A.   No.
20       Q.   When the social media platforms answer,
21    did Facebook and Twitter indicate that they would
22    remove hacked materials under their terms of
23    service when you asked them?
24       A.   From my recollection, I think both of
25    those companies said that they would remove hacked
```

 1  materials if they were able to validate that it was
 2  hacked.  I don't remember -- I don't remember the
 3  qualifiers that they used to determine whether they
 4  were hacked materials or not.
 5      Q.    When did they tell you that, roughly?
 6      A.    I can't remember, but it was ahead of the
 7  2020 elections.
 8      Q.    That would have been before that Hunter
 9  Biden laptop story broke?
10      A.    I don't remember.  It would have been --
11  it might have happened in October.  It could have
12  happened before.  I think it may have happened
13  before then, but I can't remember.
14      Q.    They made that representation to you, both
15  Twitter and Facebook, in these FITF Facebook
16  preelection meetings -- sorry.  Let me rephrase
17  that.
18          Did they make that representation to you
19  in the FITF-organized meetings with Facebook and
20  then Twitter?
21      A.    I can't remember the specifics, but
22  generally speaking, the companies provided us with
23  overview of what their terms of service was and how
24  hacked materials could be categorized within these
25  terms of service and then just the types of actions

 1    that they would potentially take.

 2        Q.    I think you said a minute ago that the

 3    kinds of actions they would potentially take

 4    included taking the materials down?

 5        A.    Yeah, that was -- that was a potential

 6    action.  I think it had to reach a -- you know, it

 7    had -- they had an internal validation process and

 8    it had to clear internal hurdles before they would

 9    take that certain type of content down.  But I

10    can't remember the specifics of what the internal

11    hurdles were.

12        Q.    That information was conveyed to a group

13    of FBI officials that had included you and

14    Ms. Dehmlow as well as Mr. Olson, Mr. Cone,

15    Ms. Chock and Mr. Giannini?

16        A.    Yeah, I don't know if all of these people

17    were present during any of those meetings where

18    they were discussed, but in general, I would say

19    that at least some subset of them would have been

20    present.

21        Q.    Okay.  And then did you guys relay that

22    information to anyone, "Here's what Facebook and

23    Twitter will do if they find and receive hacked

24    materials on their platforms"?

25        A.    So I did not relay it to anyone else,

1  outside of my internal discussions with them.  I do

2  not know if they relayed it to anyone else.

3      **Q.   Do you know -- you don't know if it was**

4  **relayed to anyone else by anyone?**

5      A.   I do not.  I am only privy to what I

6  discussed with them.

7      **Q.   Do you remember anything else -- turning**

8  **back to the screen share, and you see**

9  **Mr. Zuckerberg's testimony, he talks about the**

10  **information received "suggested that we be on high**

11  **alert and sensitivity."  Is that a fair**

12  **characterization of the communications from the FBI**

13  **to Facebook that you were involved in?**

14      A.   So I would not have framed it like

15  Mr. Zuckerberg did.  As I mentioned, his language

16  seems stronger than how I would have framed it, or

17  how I believe FBI officials would have framed it.

18          We would have said something to the effect

19  of "We are concerned about potential hack-and-leak

20  operations ahead of the 2020 elections and that one

21  of the methods that we would use is to disseminate

22  the hacked materials on the social media

23  platforms."

24          So I don't know if I -- we would have said

25  that we should view that with suspicion.  Instead

1    of "foreign manipulation attempt," I would have

2    said "foreign malign influence."

3        **Q.    Did you, in fact, tell them that if a**

4    **trove of document appears, it should be viewed with**

5    **suspicion?**

6        A.    No.  That's what I'm saying, is I don't

7    think we would have said that language.

8        **Q.    Did you tell him that if a trove of**

9    **documents appeared, it may be part of a foreign**

10    **manipulation attempt?**

11        A.    I would -- we would not have used that

12    language.  As I said before, what we would have

13    told them and what I recollect saying is that we --

14    that I was concerned about a potential

15    hack-and-leak operation, especially right before

16    the election, and that one of the channels for

17    disseminating that hacked information would be via

18    the social media platforms.

19        **Q.    Do you know Timothy Thibault or Thibault,**

20    **T-h-i-b-a-u-l-t?**

21            **(Discussion off the record.)**

22            THE WITNESS:  I am not familiar with that

23    name.

24        **Q.    BY MR. SAUER:  Do you know Brian Auten,**

25    **A-u-t-e-n?**

**ELVIS CHAN  11/29/2022**

Page 257

```
1        A.   Yes.  I believe he was a supervisory

2    intelligence analyst in the -- in the special

3    counsel's office.  That's how I know him.

4        Q.   So he's an FBI official?

5        A.   Yeah, he is supervisory intelligence

6    analyst, I believe is his title.

7        Q.   What's a supervisory intelligence analyst?

8        A.   A frontline supervisor position for

9    analysts within the FBI.

10       Q.   Do you know -- how do you know him?

11       A.   I only know him in passing because I

12   have -- I had engaged with the special counsel's

13   office -- specifically Robert Mueller's special

14   counsel's office.  I know there are multiple

15   special counsel's office, but specifically Robert

16   Mueller's.  I believe that he was part of the

17   special counsel's office team.

18       Q.   What was your engagement with Robert

19   Mueller's special counsel's office?

20       A.   So as I previously mentioned, we -- my

21   squad ran one of the investigations associated with

22   the hack of the DNC in 2016.  The special counsel's

23   office consolidated all investigations that had to

24   do with any Russian interference in the 2016

25   elections.  So we, specifically my squad and I, had
```

1  to hand off that portion of the investigation to

2  the special counsel's office.

3      Q.   So they took over your investigation of

4  the DNC hack?

5      A.   Yes, they took over that portion of the

6  investigation.

7      Q.   What other portions were there?

8      A.   The other portion is the continuing active

9  investigation against the individuals for our

10  computer intrusions besides the 2016 DNC hack.

11      Q.   So it involves the same malign actors but

12  not the same hacking attempt?

13      A.   Correct, yeah, that is a correct

14  assessment.

15          MR. SAUER:  I am going to email you and

16  your counsel a set of new exhibits.

17          Indraneel, can you tell me when you get

18  these?

19          MR. SUR:  I will.

20          MR. SAUER:  Has that email come yet?

21          MR. SUR:  Still waiting.

22          MR. SAUER:  While you're waiting, I am

23  going to go ahead and share, just to keep things

24  moving, Exhibit 13 with you.

25              (Reporter marked Exhibit No. 13 for

```
 1                    identification.)
 2      Q.   BY MR. SAUER:  Do you see that now, sir,
 3  Exhibit 13?
 4      A.   Yeah, I see the title is "Audio
 5  Transcription of Recording in re: State of
 6  Missouri, et al., versus Joseph R. Biden, Junior."
 7      Q.   It goes on "File:  FBI on Election-There's
 8  Going to be a Lot of Noise," right?
 9           MR. SUR:  I'm sorry, we still don't have
10  the email.  So is this Exhibit 13?
11           MR. SAUER:  Yeah.  We may have the court
12  reporter make a transcription of his publicly
13  record -- public interviews, the audio of his
14  public interviews.
15      Q.   So Mr. -- Agent Chan, on October 28, 2020,
16  did you give an interview to someone called Tom
17  Field relating to the upcoming election?
18      A.   I believe I did.  I give a lot of
19  interviews, but yeah, I am looking at the
20  transcript of this one.  Tom Field is associated
21  with a media outlet called ISMG.
22      Q.   Interestingly the date of this is October
23  28, 2020, the same date as the tech CEOs
24  congressional testimony we just talked about,
25  right?
```

ELVIS CHAN  11/29/2022

1    A.    Okay.  Yeah, I didn't remember when the

2    tech CEOs testified, but you have refreshed my

3    memory.

4    **Q.    This would be less than a week before the**

5    **October 2020 election, right?**

6    A.    Yes.

7    **Q.    And you told him there's going to be a lot**

8    **of noise.  Do you know what you were talking about**

9    **there?**

10    A.    Can you tell me what page you're on?

11    **Q.    That title "FBI on Election-There's Going**

12    **to be a Lot of Noise," did you say that to him?**

13    A.    What line is that?  What page?

14    **Q.    I am highlighting it.  It is the all caps**

15    **title on Lines 10 and 11 on Page 1, "FBI on**

16    **Election-There's Going to be a Lot of Noise."**

17    A.    So I don't recall making that title.

18    **Q.    Do you remember making that statement,**

19    **that there's going to be a lot of noise?**

20    A.    Is it in the transcript anywhere?

21    **Q.    I am just asking do you remember that?**

22    A.    I don't remember it.  That's why I'm

23    asking if it is in the transcript anywhere.

24    **Q.    Fair enough.  If you don't remember, you**

25    **don't remember.**

1    A.   Yeah.

2    Q.   Go down to Page 9 of the transcript,

3    there's a paragraph here starting on Line 3 at Page

4    9 where you say, "So I am going to ask -- I'm

5    probably going to say the same thing that I said

6    the last time, but if you see something, say

7    something; right?  So if you are seeing any types

8    of cyber attacks against your companies, let your

9    local FBI office know; right?"

10    A.   Yes, I see that.

11    Q.   Is that -- do you recall saying that to

12    Tom Field?

13    A.   I don't specifically remember, but it

14    appears to be a transcript of an interview I had

15    with him.  That seems like something I would say.

16    Q.   And then you go to say, "If you're seeing

17    something related to the election on your social

18    media platform, all of them have portals where you

19    can report that sort of information," correct?

20    A.   Yes.

21    Q.   So there you are encouraging the listeners

22    of the podcast if they see something inaccurate on

23    their social media platform, to go and report it

24    directly to the social media platform, correct?

25    A.   That is correct.

ELVIS CHAN  11/29/2022

1    Q.    Then you go on to say, "They are being

2    very aggressive in trying to take down any

3    disinformation or misinformation," right?

4    A.    Yes.

5    Q.    And I take it the context here you're

6    talking about disinformation and misinformation

7    related to the election, right?

8    A.    Yes.

9    Q.    So you're encouraging the listeners of

10   this podcast to report to social media companies

11   any election-related speech that they see that they

12   think is disinformation or misinformation so that

13   the social media platforms can take it down, right?

14   A.    So that the social media platforms can

15   review it and determine if it violates their terms

16   of service.

17   Q.    And it was your view at that time that the

18   social media platforms were being, quote, very

19   aggressive in trying to take down any

20   disinformation or misinformation relating to

21   elections, right?

22   A.    Yes.

23   Q.    And you go on to say "if they see anything

24   on election day or before election day, you can

25   always report it to FBI.gov or justice.gov, and you

**ELVIS CHAN  11/29/2022**

1    know, there's a little button you can click to

2    submit a complaint," correct?

3        A.   Yes.

4        Q.   So you're encouraging the listeners to

5    report any disinformation or misinformation to

6    FBI.gov or justice.gov, correct?

7        A.   That is correct.

8        Q.   FBI.gov is the FBI's website, right?

9        A.   Yes.

10       Q.   Justice.gov, is that the Department of

11   Justice's website?

12       A.   That is correct.

13       Q.   Federal Department of Justice, right?

14       A.   Yes, the U.S. Department of Justice.

15       Q.   What happens to disinformation complaints

16   that get submitted to FBI.gov relating to election

17   misinformation or disinformation?

18       A.   I believe that all these tips are reviewed

19   by an intake analyst, either an FBI employee or an

20   FBI contractor.  And then I believe they have

21   certain levels of predication where they would keep

22   sending it higher -- higher up the chain.

23       Q.   What do you mean by certain levels of

24   predication where they would keep sending you

25   higher up the chain?

```
 1      A.   So I would say if something is a vague

 2   threat about -- for example, a common type of

 3   threat is "I hate Politician X."  And then someone

 4   sends in a complaint like "I believe this user

 5   wants to kill Politician X," but you know, what

 6   that person said was a vague statement with no

 7   threat in it.

 8           So that is a -- that is like one type of

 9   example.  So in that situation, that type of

10   complaint would be filed away.

11           In another situation, for example, a

12   threat-to-life situation, "I want to kill

13   Politician X, and I know where he lives."

14           So then that would be they would -- the

15   analyst would try to figure out what field office

16   does Politician X reside in and then forward that

17   information to the appropriate field office to

18   conduct an initial assessment.

19           So that would be an example of how we

20   would handle two types of complaints.

21      Q.   Those are complaints about threats.  In

22   this context you're referring to disinformation and

23   misinformation, correct?

24      A.   Yes.

25      Q.   So if somebody reports not a threat to a
```

1    **public official but a disinformation -- someone**

2    **reports disinformation or misinformation on social**

3    **media to FBI.gov, how would that be processed?**

4        A.   So that would also be reviewed by the

5    analyst, and then it would be the same situation.

6            So if I can give you a hypothetical

7    example, "Political Party A vote on Tuesday.

8    Political party B vote on Wednesday."  So if

9    someone submitted something like that, that would

10   probably be flagged.  Like an analyst would say,

11   "Oh, this is involving the time, place or manner of

12   an actual election.  I need to send this up to

13   someone who is more authoritative that can review

14   this information."

15           So they may actually kick this out to the

16   field office depending on if they can figure out

17   where the account holder is from.

18       **Q.   What if -- okay.  So if that -- sorry, say**

19   **it again.  They send it out to the field office?**

20       A.   In this hypothetical situation, let's say

21   a social media account user somehow identifies

22   themselves as being from the state of Missouri, you

23   know, like it is a handle.  And then they say or

24   they portray themselves as being from St. Louis,

25   Missouri and they say, "If you are affiliated with

1    Party A, you vote on Tuesday.  If you're affiliated

2    with Party B, you vote on Wednesday."

3            So that information would be reviewed by

4    the analyst that does the intake, and that would

5    likely revolve -- result in a lead being sent to

6    the St. Louis field office to work with the U.S.

7    Attorney's Office to see if, you know, they should

8    serve a subpoena to get the additional information

9    or if it, you know, if it rises to the level of an

10   election requirement.

11       **Q.   Does the FBI also report -- does anyone on**

12   **that chain in the FBI report it to the social media**

13   **platform to be assessed under their**

14   **content-modulation policies?**

15       A.   So that would only -- that -- that type of

16   process that I'm aware of only happened during the

17   election command post that I mentioned to you

18   previously.

19       **Q.   So if somebody went to FBI.gov and said,**

20   **"Hey, you know, someone's saying in Missouri**

21   **Republicans vote on Tuesday, Democrats vote on**

22   **Wednesday," that would be referred to the Missouri**

23   **field office for an investigation?**

24       A.   Yeah, that would be referred to the St.

25   Louis field office for investigation.  And then

 1    like, the investigators in the St. Louis office

 2    along with the U.S. Attorney's Office would

 3    determine if that is something that should be sent

 4    to FBI headquarters.  And then that would be sent

 5    to FBI headquarters and there would be an FBI OGC

 6    attorney as well as a DOJ public integrity attorney

 7    along with, you know, another FBI official.  They

 8    would all look at it and say, "Yes, we believe that

 9    this should be sent to FBI San Francisco."

10          So by the time it's reached us, there's

11    already been what I will characterize as an FBI

12    headquarter stamp of approval.

13       **Q.   And the FBI San Francisco then would relay**

14    **those to social media platforms as you've discussed**

15    **earlier --**

16       A.   Yes.

17       **Q.   -- in your testimony, correct?**

18       A.   Yes, correct.

19       **Q.   And there the idea is that the social**

20    **media platforms will assess those in connection**

21    **with their terms of service, assess them for**

22    **compliance with their terms of service, correct?**

23       A.   That is correct.

24       **Q.   What if somebody posts something like**

25    **"Voting by mail is unreliable, and your ballot**

 1    **probably won't get there so don't vote that way"?**

 2          MR. SUR:  Objection; incomplete

 3    hypothetical.

 4        **Q.   BY MR. SAUER:  What would happen to a**

 5    **report like that to FBI.gov?**

 6        A.   So I think that would also be reviewed by

 7    the attorneys.  When I mean "the attorneys," I mean

 8    specifically the FBI headquarters attorney as well

 9    as a DOJ public integrity attorney, and they will

10    determine whether it will get sent to San Francisco

11    or not.

12        **Q.   And would something like that, in your**

13    **experience, get sent to San Francisco?**

14        A.   In my experience, something vague like

15    that would not get sent to San Francisco.

16        **Q.   How about something specific like "Voting**

17    **by mail is rife with fraud and it involves tons of**

18    **people cheating and therefore, it should be**

19    **abolished," how about that?**

20          MR. SUR:  Objection; hypothetical.

21          THE WITNESS:  Honestly, I have never saw

22    that type of complaint being submitted to us

23    through the command post.  As I mentioned to you

24    previously, it was, from my recollection, time,

25    place or manner disinformation or misinformation.

1      Q.   BY MR. SAUER:  What do you remember

2   specifically about those being referred to you?

3   What kind of things do you remember specifically --

4      A.   The example I gave you where if you are

5   registered with Party A, you vote on Tuesday; if

6   you're registered with Party B, you vote on

7   Wednesday.  So that was a frequent one.

8           Another one was, depending on what state,

9   some states where it has to arrive at the polling

10   location on election day, whereas other states

11   allow it -- the ballot -- the mail-in ballot to be

12   postmarked by election day.  So I remember I would

13   look, and I was like, "Oh, like, huh, I don't

14   understand this one."  And then maybe I would

15   follow up with the field office and they say,

16   "Elvis, in our state it has to arrive at the

17   polling location by a certain date."

18           So that would be the type of different

19   information that we would provide to the social

20   media companies.

21      Q.   And I take it you testified earlier that

22   posting the wrong information about that, the date

23   that your ballot has to arrive, is criminal on --

24   in the government's view; is that right?

25      A.   It is a potential violation of federal

ELVIS CHAN  11/29/2022

```
 1   election laws.
 2       Q.   What federal election statute does it
 3   violate?
 4            MR. SUR:  Objection; calls for legal
 5   conclusion.
 6            THE WITNESS:  I am not an attorney, but
 7   you hear me saying the words "time, place or manner
 8   disinformation."  So just based on my law
 9   enforcement training where the attorneys tell me
10   that anything that is related to false information
11   about the time, place or manner of an election or
12   about the voting process, that that is a potential
13   election crime.
14       Q.   BY MR. SAUER:  You refer to the social
15   media platforms being very aggressive in trying to
16   take down any disinformation or misinformation.
17   What were you talking about?
18       A.   I was saying in contrast to 2016 when they
19   took no actions.
20       Q.   What did they do to be very aggressive?
21       A.   So as I mentioned to you previously, they
22   developed technologies to be able to detect
23   foreign-malign-influence operations, and they also
24   add just their policies to be able to handle
25   foreign-malign-influence operations.
```

1        MR. SAUER:  I am going to show you Exhibit

2  15.  Indraneel, I sent you an email.

3        MR. SUR:  Okay.  15.

4            (Reporter marked Exhibit No. 15 for

5            identification.)

6    **Q.  BY MR. SAUER:  Agent Chan, can you see**

7  **this on the screen share?**

8    A.  Yes, the title "Preparing for Retaliatory

9  Attacks from Russia."

10   **Q.  On June 29, 2022?**

11   A.  Yes.

12   **Q.  Again, this is a court reporter-created**

13 **transcript of your podcast or interview with Anna**

14 **Delaney on that date.  Do you see that?**

15   A.  Yeah, on June 29th, 2022.

16   **Q.  Who is Anna Delaney?**

17   A.  She is now the -- now that I am looking at

18 the transcript, she is a reporter with ISMG.

19   **Q.  Do you remember giving this interview last**

20 **June?**

21   A.  I believe this was in the context of the

22 RSA conference, but I can't remember specifically.

23        As I mentioned, I did a lot of public

24 speaking, and I get interviewed frequently by media

25 outlets.

1     Q.    Going down to Page 8 of this transcript,

2   starting on Page 7 you see that Ms. Delaney asks

3   about the midterm elections 2022 and she asked you

4   what the FBI is doing to prepare, right?  "What's

5   the FBI doing to prepare," you see that at the

6   bottom of the page?

7     A.    Okay.  I see that question.

8     Q.    And you respond to that, "The good news

9   is, post 2020, we've never stopped," right?

10    A.    Yes, I said that.

11    Q.    You say that you were -- "As soon as

12  November 3rd happened in 2020, we just pretty much

13  rolled into preparing for 2022," correct?

14    A.    Yes.

15    Q.    And you say -- a little lower down you

16  say, "From FBI San Francisco's standpoint, we are

17  also really engaged with the technology companies

18  out here and represented here at the RSA

19  conference."  There you go.

20    A.    Yeah, so yeah, it was at the RSA

21  conference.

22    Q.    "So making sure that, you know, any

23  vulnerabilities we think advanced persistent

24  threats would be using" and so forth, right?

25    A.    Yes.

**ELVIS CHAN  11/29/2022**

1      **Q.   I think what you're talking about there is**
2  **potential hacking attempts and working with the**
3  **social media companies to defend against hacking**
4  **attempts; is that right?**
5      A.   I wouldn't say because I mention
6  technology companies, against all types of
7  companies, even non-social media companies.
8      **Q.   Got you.  You say, "We're also working**
9  **with the social media companies to make sure that**
10  **any foreign disinformation that's coming out that,**
11  **you know, like, if we can identify them, we can**
12  **share that information with them so they can knock**
13  **down accounts, knock down disinformation content,"**
14  **correct?**
15      A.   Yes, I said that.
16      **Q.   And do you agree with that statement, that**
17  **you were working with social media companies in the**
18  **2022 election cycle to make sure that foreign**
19  **disinformation would be identified and you could**
20  **share that information with them so they can knock**
21  **down accounts and knock down disinformation**
22  **content?**
23      A.   Yeah, so looking at that sentence and from
24  my recollection, the FBI part of it is the
25  information sharing portion, and then the social

ELVIS CHAN  11/29/2022

1  media company portion is to decide if it violates

2  their terms of service.  And if it does violate

3  their terms of service, one of the actions they

4  could take is to knock down accounts or to knock

5  down content.

6      **Q.   And the purpose of the information sharing**

7  **is the get them to assess it; and potentially if it**

8  **violates the terms of service, to knock down**

9  **content, correct, right?**

10          MR. SUR:  Objection; mischaracterizes the

11  document, calls for speculation.

12          THE WITNESS:  Our -- my purpose was to

13  share information with them so that they could

14  protect their platforms as they deemed appropriate.

15  I did highlight two of the actions that they could

16  potentially take, which include knocking down

17  accounts or knocking down misinformation content.

18      **Q.   BY MR. SAUER:  And you're aware that they**

19  **do both of those things in response to your reports**

20  **of disinformation on their platforms?**

21      A.   I am aware of that because of the feedback

22  they have provided me on several occasions.

23      **Q.   Do you know Jen Easterly?**

24      A.   I do know Jen Easterly.

25      **Q.   How do you know Jen Easterly?**

1     A.   I actually met her at this conference for
2   the first time.
3     Q.   **Had you been aware of her before that?**
4     A.   I was aware when she was nominated and
5   confirmed for her role as the director of CISA.
6     Q.   **Were you aware that she's a Star Trek fan?**
7     A.   I am aware that she's a Star Trek fan.
8     Q.   **How do you know that?**
9     A.   From reading news articles about her,
10   specifically at the Black Hat and DEF CON
11   conference which had happened previously.
12     Q.   **What is the Black Hat and DEF CON**
13   **conference?**
14     A.   That -- those are two conferences which
15   are back to back in Las Vegas sometime in the
16   summer, and they are -- next to the RSA
17   conference -- the leading cybersecurity conferences
18   in the American industry.
19     Q.   **Did you have any -- have you had any**
20   **communications with Jen Easterly about**
21   **disinformation on social media?**
22     A.   No, I have not had -- the one time I met
23   her in person was at the RSA conference.  And
24   primarily what I recollect us talking about was
25   that I wanted her to have additional CISA

1   personnel, specifically to embed with FBI San

2   Francisco cyber task force.

3       Q.   Did she agree to that?

4       A.   She said that she would work on it.

5       Q.   Did it happen?

6       A.   I was told by the CISA official, the

7   regional CISA officials that I work with that there

8   are funded bullets to hire people, but they are --

9   I believe they are still going through the hiring

10  process.

11      Q.   Who are the regional CISA officials that

12  you work with?

13      A.   There are two regional CISA officials that

14  I work with.  One individual is based in

15  Sacramento.  His name is Mario Garcia.  And then

16  the second individual is based in the Los Angeles

17  area.  His name is Joseph Oregon.

18      Q.   How do you -- what do you do to work with

19  them?

20      A.   So primarily when I work with them, it is

21  on cybersecurity matters.  So we coordinate

22  regularly with CISA on any cyber attacks against

23  critical infrastructure companies.

24           For example, a ransomware attack or a data

25  breach against an energy company or -- yeah,

1  specifically an example I can give you is the
2  ransomware attack against the Colonial Pipeline
3  Company.
4      Q.   Do you work with CISA on any
5  disinformation issues?
6      A.   I do not work with those two individuals
7  on disinformation issues.
8      Q.   Do you work with anyone else at CISA on
9  any disinformation issues?
10     A.   Only as we have discussed in the CISA-led
11  USG-industry working group meetings.
12     Q.   I am going to open up Exhibit 6 again and
13  share it with you.  These are the amended
14  interrogatory responses.  Can you see them on the
15  screen share now?
16     A.   Which exhibit is that?
17          MR. SUR:  This is 6.  This is on the first
18  page.
19          THE WITNESS:  Okay.
20     Q.   BY MR. SAUER:  I am going to scroll back
21  down to Page 38.
22     A.   Okay.
23     Q.   We talked a bit about this USG-industry
24  meeting that's identified here, correct?
25     A.   You're on the first bullet on that page,

1    is that what you're referring to?

2        Q.    The first bullet on Page 37.

3        A.    Okay.  "A recurring meeting usually

4    entitled USG-industry meeting," yes.

5        Q.    Okay.  We talked about -- I think we

6    talked about the participants in this meeting in

7    detail, and the CISA participants you mentioned are

8    Matt Masterson and Brian Scully?

9        A.    That's correct.

10        Q.    How about DHS's Office of Intelligence and

11    Analysis, who participated from there?

12        A.    I can't remember.  I believe whoever was

13    the head of that organization -- someone from I&A

14    showed up, but I don't remember the names.

15        Q.    What does I&A do?  What is it?

16        A.    So from my knowledge of I&A, they are the

17    intelligence community agency, or at least one of

18    them, within the Department of Homeland Security.

19    What I -- the products that I have seen from them

20    are all-source products, which means I have seen

21    them take, you know, intelligence reports from

22    different government agencies and provide more

23    strategic overview types of products.  That is what

24    I have personally seen from I&A.

25        Q.    Let's scroll down to this next bullet

 1  **point where it talks about a CISA cybersecurity**

 2  **advisory meeting.  Do you know anything about those**

 3  **meetings between CISA and social media platforms?**

 4      A.   I have never heard of the CISA

 5  cybersecurity advisory committee meetings.  I have

 6  never heard of that organization within CISA.

 7      **Q.   How about "ASD-HKS Tech Policy Paper**

 8  **Series," do you know anything about those meetings?**

 9      A.   No, I don't even know what the acronym

10  stands for.

11      **Q.   How about "DHS/Microsoft Disinformation**

12  **Follow Up"?**

13      A.   I have no idea what that is in reference

14  to.

15      **Q.   Let's scroll down to the CISA response.**

16  **See there's an additional response under the**

17  **heading here "CISA"; do you see that?**

18      A.   Yes.

19      **Q.   And that's CISA, C-I-S-A, in all caps?**

20      A.   Yes.

21      **Q.   It looks like it is identical to the**

22  **bullet point above that we discussed.**

23          **There's a reference here in the second**

24  **bullet point to "A recurring meeting to prepare for**

25  **and set the agenda for the USG-industry meeting,**

1   and participants have generally included CISA and

2   Facebook."  Do you see that?

3       A.   I see that.

4       Q.   That is a meeting to prepare for the

5   meeting that we talked about in detail; is that

6   right?

7       A.   I see that.

8       Q.   Were you aware that there were such

9   meetings?

10      A.   I was not aware that there was a separate

11  preparatory meeting between CISA and Facebook ahead

12  of the broader USG-industry meeting.  I was only

13  aware of the USG side, you know, where they would

14  convene us to ask us, specifically the FBI and the

15  other federal components, what agenda topics we

16  wanted to talk about.

17      Q.   So you participated in your own

18  preparatory meeting with CISA that did not involve

19  social media platforms, correct?

20      A.   That is correct.

21      Q.   During the course of those preparatory

22  meetings, CISA would ask the FBI, you, Elvis Chan,

23  what topics it might be useful to discuss at the

24  USG-industry meeting?

25      A.   Yes.  They would ask the FBI, and I was a

**ELVIS CHAN  11/29/2022**

1  part of the contingent.

2       **Q.    Who was on that contingent?**

3       A.    It would typically be Laura -- the

4  individuals that I mentioned from FITF, Laura

5  Dehmlow, Luke Giannini, Bill Cone, Brady Olson,

6  Judy Chock.  It would not necessarily be all of

7  them, but it would be a subset of them or at least

8  one of them.  Sometimes the FBI would not have any

9  agenda items for the CISA-hosted meetings.

10      **Q.    Anyone else from FBI participate in those**

11  **meetings?**

12      A.    I can't recollect anyone else.

13      **Q.    How about who from CISA would participate**

14  **in those meetings?**

15      A.    As I mentioned to you, the two people I

16  remember are Mr. Masterson and Mr. Scully.

17      **Q.    The same two who had run the USG-industry**

18  **meeting, the big meeting, right?**

19      A.    They were the two ranking officials that I

20  was aware of from CISA.

21      **Q.    Would those preparatory meetings be just**

22  **Mr. Scully and Mr. Masterson and FBI, or would**

23  **other agencies be involved with them?**

24      A.    From my recollection, the ODNI, I&A, they

25  would be involved in them as well.  So we may have

**ELVIS CHAN  11/29/2022**

 1   the preparatory call or we may just have a

 2   coordination email.  I remember both of those

 3   methods happening.

 4       **Q.   In either the email or the preparatory**

 5   **call, did anyone ever discuss raising hack-and-leak**

 6   **operations or the risk of hack-and-leak operations**

 7   **in a USG-industry meeting?**

 8            MR. SUR:  Objection; falls within the

 9   deliberative process privilege for interagency

10   discussions and recommendations.

11            THE WITNESS:  Yeah, I don't recollect that

12   being a specific topic of discussion.

13            In my recollection, or in my opinion, this

14   would be just a general topic of continued

15   interest.

16       **Q.   BY MR. SAUER:  What else was discussed in**

17   **those preparatory meetings, to your recollection?**

18            MR. SUR:  Objection; deliberative process

19   privilege covers interagency advice and

20   recommendations before a decision is made.  So I am

21   going to -- you can respond if you can without

22   describing the specifics of any proposals or

23   recommendations.

24            THE WITNESS:  All I can remember are the

25   actual agenda items.  So as I mentioned to you

1    previously, CISA would talk about state, county,

2    local election processes and infrastructure and

3    cybersecurity.

4           ODNI, when they spoke, substantively would

5    discuss an unclassified description or overview of

6    potential nation-state threats.

7           And then the FBI would discuss any

8    unclassified information or concerns that we had

9    related to malign-foreign-influence disinformation

10   campaigns.

11      **Q.   BY MR. SAUER:  Would that include the kind**

12   **of strategic and tactical information you testified**

13   **about earlier?**

14      A.   No.  It would be a very condensed or, I'm

15   sorry, more general version of strategic

16   information that we would share with the specific

17   companies, and we would never share tactical

18   information at the CISA-hosted meetings.

19      **Q.   That would only be on the kind of one**

20   **or -- sort of one-on-one meeting, not really**

21   **one-on-one, but FBI meeting with a specific social**

22   **media platform, correct?**

23      A.   Yes, that is -- that is correct.  And the

24   reason for that is because we would be providing

25   law enforcement sensitive information in some

 1    instances to the companies.

 2        Q.    Next bullet point refers to a CISA

 3    Cybersecurity Advisory Committee meetings on

 4    certain dates in 2021 and 2022.  Do you know what

 5    those meetings are about?

 6        A.    I do not.

 7        Q.    Below that, "CISA CSAC, protecting

 8    critical infrastructure from misinformation and

 9    disinformation subcommittee meetings"?

10        A.    I have no idea what those are.

11        Q.    How about this next bullet point,

12    "Meetings convened by the Election Infrastructure

13    Subsector Government Coordinating Council

14    (EIS-GCC)," do you know what the EIS-GCC is?

15        A.    I do not know what that organization is.

16        Q.    How about the Election Infrastructure

17    Subsector Government Coordinating Council Joint MDM

18    Working Group?

19        A.    I do not know what that is.

20        Q.    Do you know what the Joint MDM Working

21    Group is?

22        A.    I do not know what that is.

23        Q.    Slipping back, it had to be recurring

24    USG-industry meetings, I can't remember if you said

25    this earlier, these continued throughout 2022,

1    correct?

2        A.   Yeah, they are continuing.

3        Q.   **And they are planned to continue through**

4    **2024, right?**

5        A.   I don't know that for a fact, but I would

6    assume so.

7        Q.   **And disinformation concerns are discussed**

8    **at these meetings on a regular basis?**

9        A.   I would say from the companies -- so as I

10   mentioned to you previously, the federal agencies

11   discuss the topics that they discuss, and then the

12   social media companies, they -- they provide an

13   overview of the content, which is what I would

14   categorize the disinformation as.

15            For example, CISA would talk about the

16   state election process and different states have

17   different dates for primaries, and, you know, the

18   ODNI would provide threat actor -- nation-state

19   threat actor updates, and then the FBI would

20   provide a broad overview of what we were seeing

21   from, like, Russian and state-sponsored actors.

22       Q.   **And then the social media platforms, would**

23   **they report on what sorts of disinformation they**

24   **were seeing on posts on their platforms?**

25       A.   Yes, that is correct.  And from my

 1    recollection, this primarily came from the three

 2    social media companies, Google, Facebook and

 3    Twitter.

 4        **Q.   So in these USG-industry meetings, Google,**

 5    **Facebook and Twitter would report on what sorts of**

 6    **election-related disinformation they are seeing on**

 7    **their platforms?**

 8        A.   I would say they would discuss what broad

 9    types of disinformation they received, whether it

10    was election related or not.  And the example I

11    want to flag for you is from my thesis where, for

12    example, you saw like the postings about like Black

13    Lives Matters or about 2nd Amendment rights, they

14    would -- they would highlight the current topics

15    that they saw the Russians were either amplifying

16    information about or sowing disinformation about.

17        **Q.   And would you take anything -- let me ask**

18    **you this:  If they provided that information, would**

19    **there be a back-and-forth with the FBI or another**

20    **federal agency about how that jibes with the**

21    **information the FBI was seeing in its**

22    **investigations?**

23        A.   We would not discuss that during the

24    CISA-hosted USG-industry meetings.

25        **Q.   Would you take what the social media**

1    **platforms had reported, that information, and take**
2    **further action based on that generally?**
3        A.    In general -- in general what the social
4    media companies provided at the CISA-industry USG
5    working group meetings was just broad, strategic
6    trends that they were seeing.  So there was no
7    actionable information from there.
8              The actionable information shared with the
9    FBI was one-on-one from the companies with FBI San
10   Francisco either during the FITF meetings or
11   outside of the FITF meetings just during the
12   regular course of work.
13             MR. SAUER:  Why don't we go off the
14   record.
15             THE VIDEOGRAPHER:  Off the record at 5:04
16   p.m.
17             (Whereupon a recess was taken.)
18             THE VIDEOGRAPHER:  We are back on the
19   record at 5:15 p.m.
20                 (Reporter marked Exhibit No. 2 for
21                  identification.)
22       **Q.    BY MR. SAUER:  Mr. Chan, I am going to**
23   **show you Exhibit 2, which I emailed to your counsel**
24   **earlier today.  This is the read-through version on**
25   **the screen of the LinkedIn emails.**

```
1              Mr. Chan, have you actually reviewed this
2     collection of emails?
3          A.   I have not.
4          Q.   Okay.  Are you aware that you're on 121
5     pages of emails with the social media platform
6     LinkedIn setting up meetings in 2020 and 2022, as
7     you talked about today?
8          A.   So I don't know the exact number, but I
9     believe that sounds about right.
10         Q.   And that would be -- what you did with
11    LinkedIn, you also would have done with about six
12    or seven other social media platforms as well,
13    scheduling monthly -- sorry, quarterly then monthly
14    then weekly meetings that led up to the elections,
15    right?
16         A.   That's correct, they would be similar
17    types of correspondence.
18         Q.   On the first page here you talk about
19    "Increased cadence touch point before election"
20    when you're sending an invite to them.  Why did you
21    increase cadence before the election?
22         A.   This was actually at the company's
23    request.  We said, "Do you think a quarterly
24    cadence is enough or should we go to a more
25    frequent cadence?"  I would say -- I can't remember
```

1   which companies, but I would characterize most of

2   the companies as wanting at least a weekly cadence

3   just to have a touch point on the calendar in case

4   they or we wanted to talk about something.

5       Q.   Typically did you actually meet with them

6   on a weekly basis in the two months or so before

7   the election?

8       A.   I think generally we had a meeting, but

9   like I don't remember, like, the substance.  You

10   know, if during this message thread I may have, you

11   know, put an agenda item or two, then we would have

12   had substance.  But I can't remember just from

13   looking at these emails.  I would have documented

14   any substantive meetings that we had with LinkedIn

15   or any of the other companies.

16       Q.   When you say "documented," did you write

17   up a report of it?

18       A.   Yes.  So the system of record for the FBI

19   is called Sentinel.  It is a file management

20   system, and I would have and I did document every

21   substantive interaction that I had with social

22   media companies, or actually any organization, for

23   that matter.

24       Q.   Would you have written Sentinel reports

25   for all of the FITF social media platform meetings?

1      A.   Based on my recollection, I wrote almost
2   all of them, but maybe not all of them.  And the
3   reason I say that is malign foreign influence is
4   just one of the issues that I have to deal with in
5   my role.  The majority of my role is dealing with
6   cyber investigations.  So maybe on a couple of
7   occasions I may have asked someone else to write
8   the meeting summary on my behalf.
9      Q.   But there would be a Sentinel report for
10   every meeting that you had with a social media
11   platform that discussed this information and/or
12   malign foreign influence?
13      A.   Yes.  There would be -- in FBI parlance,
14   they are called electronic communications, ECs.
15      Q.   So ECs exist that record your
16   contemporaneous recollection of all of these
17   meetings we have been talking about?
18      A.   That is correct.
19      Q.   And do those ECs exist with respect to the
20   USG-industry meetings?
21      A.   I would say that I documented all the
22   meetings that I attended at those CISA USG-industry
23   meetings.
24      Q.   So you -- would you have documented what
25   discussions that were related to foreign hacking

1    attempts?

2        A.   I think in general, my practice for that

3    was I would take the agenda from the email provided

4    by CISA, and then I would cut and paste that or I

5    would just retype that into my meeting summary.

6        Q.   **So your meeting summary would just be the**

7    **agenda that you were given?**

8        A.   Yes.  I would say in the vast majority, if

9    not all, of the communications.  And the reason for

10   that is because they were just very broad overviews

11   or, you know, trends that were being discussed.

12       Q.   **Whereas you'd have more specific detail in**

13   **your ECs with respect to the FITF social media**

14   **platform bilateral sync meetings?**

15       A.   That is correct.  I believe the reason for

16   that is because the companies felt more comfortable

17   or more forthcoming in a bilateral setting as

18   opposed to in a group setting because these

19   companies are all competitors at the end of the

20   day.  That is just my personal opinion.

21       Q.   **On the third page of this document, where**

22   **are those -- by the way, where are those ECs**

23   **stored, or they are all housed by the FBI?**

24       A.   Yeah.  As I mentioned, they are in an

25   application called Sentinel.  They would be

 1    stored -- so as I mentioned, Sentinel is a case

 2    file management system.  So they would be

 3    documented to the appropriate case file.

 4        Q.    And then -- and those reports still exist,

 5    correct?

 6        A.    Yes.

 7        Q.    The third page of this document there's a

 8    response to you from someone at LinkedIn whose

 9    identity is redacted, but they are identified as

10    "Director of Threat Prevention LinkedIn Trust &

11    Safety."

12              (Discussion off the record.)

13        Q.    BY MR. SAUER:  Third page of this

14    document, now do you see it on the screen share?

15    You are communicating with --

16        A.    Is it the one -- is it the one dated

17    September 29, 2020, 11:17 a.m.?

18        Q.    Yes.  No, 11:39 a.m., third page of the

19    document.  Just if you look at the -- can you see

20    it on the screen share?  I am highlighting it.

21        A.    Yeah, it looks like the email was sent

22    Tuesday, September 29, 2020, 11:17 a.m.

23        Q.    Yeah, yeah, you're right.  I'm sorry.  I

24    was looking at the top.

25              My only question is:  Is this consistent

1     with what you testified earlier, that in these

2     bilateral meetings between FITF and the social

3     media platforms, the people that you would be

4     meeting with would be trust and safety and site

5     integrity people, correct?

6          A.   Yes.  Yeah, it would be typically director

7     level and then their direct reports and, you know,

8     people from the organizations.

9          Q.   I am going to jump ahead to this page

10    which is labeled LinkedIn 86.  It is the seventh

11    page of the PDF.  Here in your email you see dated

12    Tuesday, November 17, 2020, which is right after

13    the 2020 election, you tell LinkedIn folks that you

14    want to have a, quote, Post Election Hot Wash.

15    What on earth does that mean, "hot wash"?

16               MR. SUR:  I am sorry to interrupt.  Can I

17    ask for you to repeat what page you are on?  This

18    is a large document.

19               MR. SAUER:  Seventh page of the PDF.

20               MR. SUR:  Seventh page of the PDF.

21               MR. SAUER:  It's got Bates No. 86 at the

22    bottom.

23               MR. SUR:  Okay.  Okay.  Mr. Chan, if you

24    want to read the document.

25               THE WITNESS:  Is this a document dated

```
 1  Tuesday, November 17th, 2020, 12:16:09 p.m.?
 2      Q.   BY MR. SAUER:  Yeah.  And you say --
 3      A.   If you could bear with me while I read my
 4  email.
 5      Q.   Sure.
 6      A.   Oh, yeah, so you said the second agenda
 7  item was "Post Election Hot Wash"?
 8      Q.   Yeah.  What does that mean?
 9      A.   So sorry.  That is a law enforcement term.
10  A hot wash -- so after the FBI -- when we conduct a
11  search operation or execute an arrest operation,
12  after we're done with the operation, then we have a
13  meeting as closely thereafter the operation as we
14  can to discuss what we thought went well, what we
15  thought needs improvement, what we think needs to
16  change for next time.
17          So a hot wash is similar to an
18  after-action meeting.
19      Q.   Did you discuss with all the social media
20  platforms what went well, what didn't go well and
21  what we need to do differently next time?
22      A.   Yes.  From my recollection, we had hot
23  wash meetings with all of the social media
24  companies that I previously listed.
25      Q.   And what did -- what did you all think
```

1    **went well and think didn't go well?**

2        A.    So based on my recollection, this is

3    specifically during the election command post that

4    this hot wash occurred.  So after the election

5    command post.  So my recollection was the hot wash

6    was specifically about the election command post.

7            And for that context, what the companies

8    said worked well was that -- I don't know if I

9    mentioned this yet, but we used two separate

10   communication channels to communicate with the

11   social media companies at the election command

12   post.  One was called Signal -- I don't know if

13   you're familiar with that communication

14   application.  It's an encrypted chat app.

15           And then the second method is via the

16   Teleporter application, which I referenced before

17   is the FBI's secure file transfer application.

18           So as I mentioned before, the companies

19   liked knowing that they were getting information in

20   realtime from the FBI and that they were getting

21   the same information as all of the other companies

22   on the Signal chat app.  That was one of the things

23   I was highlighting as good.

24           Another thing that was highlighted as good

25   by the companies who received information from us

**ELVIS CHAN 11/29/2022**

```
 1   is we would send information about malign foreign
 2   influence to specific companies as we became aware
 3   of it, and then they would review it and determine
 4   if they needed to take action.
 5           So the companies who did receive
 6   one-to-one Teleporter information from us also
 7   liked that.
 8           So those were the two things that I
 9   remember that people liked in general.
10       Q.   What did they not like?
11       A.   So I think that -- so I don't remember the
12   social media companies telling us there wasn't
13   anything that they did not like.  What I do
14   remember was I can't remember who, perhaps it was
15   me, just so you're aware, for the Signal channel,
16   it was one-way communication.  It was the FBI,
17   specifically the FBI San Francisco command post,
18   disseminating information to the companies.
19           If the companies needed to relay
20   information back to the FBI, they would contact the
21   FBI San Francisco election command post either by
22   telephone or by email and request a Teleporter
23   link, and then they would share information back to
24   us in that fashion.
25       Q.   You think that was a cumbersome process?
```

1      A.   It was not realtime.  I mean, at the end

2   of the day, I don't remember any specific instance

3   where the delay caused any harm to anything, but I

4   think what my preference would have been was for --

5   if they needed to, to set up direct Signal channels

6   only with the FBI so that they could get realtime

7   information as well.

8           But the social media companies -- or

9   actually all of the companies who were on the

10  receiving end, they -- I was told that they all had

11  an internal discussion and their preference was to

12  only use Signal for FBI broadcasts.

13     **Q.   You mentioned Signal and Teleporter as two**

14  **channels of communication between the FBI and the**

15  **social media companies.  Are there any others?**

16     A.   No.  So, I mean -- let me rephrase that.

17  The only other commun- -- the only other situations

18  where we relayed information to the companies was

19  during those quarterly or monthly or weekly FITF

20  meetings with the social media companies.  So that,

21  I guess, would be a third method of relaying

22  information.

23     **Q.   Is Signal a self-deleting app?  Is it an**

24  **app where your messages disappear after they are**

25  **read?**

**ELVIS CHAN  11/29/2022**

1    A.   So yes, in general, Signal is a

2  self-deleting app.  But based on guidance from FBI

3  headquarters, we had to turn that functionality off

4  because we needed to save all of that information.

5  So we did.  We took screen shots of all of the

6  information on the Signal channel.  We burned it to

7  DVDs, and then we have saved it as evidence.

8    **Q.   So all the -- all the communications on**

9  **Signal between FBI and social media platforms from**

10  **2022 and 2020 are saved on -- on DVDs or CDs?**

11    A.   No.  Only the information -- only the

12  Signal information from the 2020 FBI San Francisco

13  command post was saved.  And the reason for that

14  was both the social media companies as well as the

15  FBI assessed that there would not require the need

16  for the Signal channel because we did not

17  anticipate a large amount of information being

18  disseminated from the FBI for the 2022 midterm

19  elections.

20    **Q.   Did you not use Signal at all in 2022?**

21    A.   No.  It was primarily through Teleporter.

22    **Q.   You did use Teleporter for the 2022**

23  **elections to report misinformation concerns to**

24  **social media platforms?**

25    A.   That is correct.

1      Q.   And then you used both version -- or both

2   channels in 2020?

3      A.   That's correct.

4      Q.   And the Teleporter communication still

5   exists as well; is that right?

6      A.   Yes, they currently exist.

7      Q.   On this same page you talk about "what we

8   need to do differently for next time."  What did

9   you -- what did you all decide you need to do

10   differently next time?

11          MR. SUR:  Objection; calls for

12   speculation.

13          THE WITNESS:  Honestly, I wrote that down,

14   but I don't remember any things that the companies

15   wanted to do differently.

16      Q.   BY MR. SAUER:  I take it one thing you did

17   do differently was you stopped using Signal, right?

18      A.   Well, that was for the 2022 elections only

19   because both the companies and the FBI assessed

20   that there would not be the same volume of

21   information that happened in the 2020 cycle.  I

22   believe that differentiation is, you know, between

23   a general elections versus a midterm election.

24          MR. SAUER:  I am going to jump ahead to

25   the page marked LinkedIn 146.  And Indraneel, it is

1    the tenth page of the PDF.

2            MR. SUR:  Tenth page of the PDF.

3        Q.   BY MR. SAUER:  If you go up there on the

4    ninth page, Agent Chan, you see that Tuesday, July

5    14th, 2020, 11:02 a.m. there's an email from you to

6    the LinkedIn team?

7            MR. SUR:  I apologize.  I am not seeing

8    the date.  Is the date at the bottom of the

9    previous page?

10           MR. SAUER:  The date's at the bottom of

11   Page 9 if you look at the file share.

12           THE WITNESS:  Did you say July 14, 2020,

13   11:02 a.m.?

14       Q.   BY MR. SAUER:  I said that.

15       A.   Okay.

16       Q.   If you scroll down, you are talking about

17   having the next round of FITF bilateral meetings

18   with LinkedIn scheduled.  Do you see that?

19       A.   Correct.

20       Q.   And then at the bottom you say, "Planning

21   for U.S. elections:  FBI posture, your posture, and

22   the information sharing" channel and "channels and

23   methods," correct?

24       A.   Yes.

25       Q.   What did you mean by "FBI posture and your

**ELVIS CHAN  11/29/2022**

1    posture"?

2    A.   The FBI posture was what the FBI San

3    Francisco command post would look like, when it

4    would be active, who it would be staffed by.  And

5    then the FITF personnel would describe what the FBI

6    headquarters command post would look like.  That's

7    what was meant by "FBI posture."

8    Q.   This is planning --

9    A.   And then your --

10   Q.   Go ahead.

11   A.   And then "Your posture," that's when we

12   asked the companies how they expected to have

13   personnel.

14       Just so you're aware, I think in general,

15   like FBI -- so FBI headquarters, they just ran 24

16   hours a day for their command post, I believe from

17   Friday to Tuesday.  FBI San Francisco ran from, I

18   believe, 8:00 o'clock in the morning to perhaps

19   10:00 o'clock at night every day except the

20   election, when we ran until midnight.

21       So asking about your posture would be

22   asking the companies when they intended to have

23   personnel on what days monitoring their platform

24   for any threats that they saw.

25   Q.   And what did you say about information

**ELVIS CHAN  11/29/2022**

Page 302

1   sharing channels and methods?

2       A.   So I think that is when we wanted to

3   confirm if Signal and Teleporter would be the

4   accepted communication channels.

5       Q.   Anything else?

6       A.   Not that I'm aware of.

7       Q.   Were the tech companies okay with using

8   Signal and Teleporter?

9       A.   So the tech companies were the ones who

10  suggested Signal as the real -- the, quote/unquote,

11  realtime communication platform.

12      Q.   And the FBI continued to use Teleporter as

13  well?

14      A.   Yes.  Because that is our secure file

15  transfer system, and I believe that the companies

16  were comfortable using that system.

17      Q.   Jump ahead to LinkedIn 163.

18           (Discussion off the record.)

19           MR. SUR:  May I ask what the SES heading

20  is?

21           MR. SAUER:  This is the twenty-first page

22  of the PDF.

23      Q.   Agent Chan, you see there on the file

24  share this is an email from you to the LinkedIn

25  team dated October 19th, 2020?

 1          MR. SUR:  Yes, let's just give him a

 2    moment to see it on the screen.

 3          THE WITNESS:  Yes, I see that email.

 4     **Q.   BY MR. SAUER:  In this email you say**

 5    **"LinkedIn folks," says, "Subject:  Additional**

 6    **information," correct?**

 7     A.   Yes.

 8     **Q.   There's a gentleman here who you've copied**

 9    **from -- right there with the initials AF from the**

10    **FBI.  Do you see that?**

11     A.   Yes, I do.

12     **Q.   Who is he?**

13     A.   He is a member of the Foreign Influence

14    Task Force, specifically the global unit.

15     **Q.   What does "CID" stand for next to his**

16    **name?**

17     A.   Criminal Investigative Division.  That's a

18    headquarters component.

19     **Q.   You refer to someone by a nickname here**

20    **and in the body of the email.  Is that the same**

21    **individual with the initials AF?**

22     A.   That is correct.

23     **Q.   You say, "LinkedIn folks, please see**

24    **additional information from FITF-Global Unit.  I**

25    **have cc'd" that guy "in case you have any**

1    questions.  Thanks."

2            Do you have any idea what the initial

3    information was you are sending here?

4        A.   I have -- I have no idea.  I can't

5    remember.  I sent so much -- you know, it happens

6    so regularly, I couldn't even speculate.

7        Q.   It says -- it looks like you cut and

8    pasted some texts saying, "Named U.S. political

9    party:  Republicans.  Named U.S. presidential

10   candidate:  Biden.  The U.S. President:  Trump."

11   Do you have any idea what that's referring to?

12       A.   I don't.  I can provide you with my

13   speculation.

14       Q.   Go ahead.

15       A.   I believe that link -- I believe that we

16   may not have named with specificity the U.S.

17   political party, the U.S. presidential candidate or

18   the U.S. president, and that LinkedIn may have

19   asked for clarifying information.

20       Q.   About what, clarifying --

21       A.   About the information that was shared.

22       Q.   Here there's a reference here to

23   "Information Sharing 5," right?

24       A.   Yes.

25       Q.   What's that mean?

1    A.   So to me that would mean I had probably

2    shared -- I don't know this for a fact, but from my

3    own speculation, I would believe that at some point

4    in October I shared five separate documents with --

5    at least five separate documents with LinkedIn, and

6    that one of the documents was named "Information

7    Sharing 5," and that within that document we have

8    information about a U.S. political party, a U.S.

9    presidential candidate and a U.S. president.

10    **Q.   What kind of information about the U.S.**

11    **political party, presidential candidate, president**

12    **would you have shared with LinkedIn?**

13    A.   I have -- I have no idea.  I can't

14    recollect, unfortunately, without looking at the

15    actual document.

16    **Q.   Would it be disinformation related?**

17    A.   My guess would be it would be

18    disinformation related.  And because it's coming

19    from the global unit, it would be disinformation

20    information not related to Russia or China.

21    Because global unit handles Iran and other

22    countries.

23    **Q.   This would be a potentially**

24    **malign-foreign-influence-type activity from**

25    **countries other than Russia or China?**

**ELVIS CHAN  11/29/2022**

1    A.   Without seeing the actual document or
2    remembering at this time, that would be my best
3    assessment.
4        **Q.   Let me jump ahead to a page marked**
5    **LinkedIn 168.  This is the twenty-sixth page of the**
6    **PDF.  Are you with me?**
7            MR. SUR:  Yes.  Mr. Chan needs a moment to
8    review the document.
9            THE WITNESS:  Is this a document sent on
10   11/19/2020 9:07:16 a.m.?
11       **Q.   BY MR. SAUER:  Correct.  In this email you**
12   **say, "LinkedIn folks, heads up I'll be sending you**
13   **a Teleporter link with new indicators, which are**
14   **not election related."  Do you know what that**
15   **means?**
16       A.   I can't remember, but I would surmise that
17   it meant it was not related to the election that
18   just occurred earlier in the month.
19       **Q.   And then indicators I think you testified**
20   **earlier refers to URLs or specific accounts or**
21   **things of that nature, right?**
22       A.   Yes.  It would be different indicia of
23   that nature.
24       **Q.   So do you flag disinformation/**
25   **misinformation from malign foreign actors to social**

1  **media platforms that doesn't relate to elections?**

2      A.   I don't know why I -- I can't remember why

3  I flagged that as not being election related.  I

4  think the only -- I don't recall exactly, but I

5  would surmise that I would have flagged it as

6  election -- like, if it was election related, I

7  believe that all of the companies, including

8  LinkedIn, would have acted on it quickly.

9          You know, everyone was very tired from

10  working very long hours and very long shifts during

11  the election command posts.

12          So that would be the only reason -- or

13  that would be a reason why I believe I would have

14  flagged it as not election related so that they

15  wouldn't have to, you know -- like, if they were

16  taking the day off or taking time off because it

17  was near Thanksgiving time frame.

18      **Q.   What -- what malign-foreign-influence**

19  **activities do you flag for social media companies**

20  **that aren't related to elections?  What sort of**

21  **content do you flag?**

22      A.   So in general, it would be -- in general,

23  it would be from our cyber investigations, or from

24  state-sponsored actors that were -- that we would

25  not believe were associated with hack-and-dump

**ELVIS CHAN 11/29/2022**

```
 1   campaigns.  That would be one type of nonelection
 2   related.
 3       Q.   Are there others?
 4       A.   Off the top of my head, that's the one
 5   that's sticking out to me.  That would be a likely
 6   type of information.  It would be related to a
 7   cyber investigation that was not necessarily
 8   related to any disinformation, specifically any
 9   malign foreign influence.
10           MR. SAUER:  I don't have any further
11   questions.
12               (Discussion off the record.)
13               EXAMINATION BY MR. SUR
14       Q.   Mr. Chan, you testified earlier today
15   about the 2020 Hunter Biden laptop story in the
16   questioning with Mr. Sauer.  Do you remember the
17   question that came from a Facebook analyst at one
18   of the meetings in 2020?
19       A.   Yes.
20       Q.   Okay.  And what was that question, to your
21   recollection?
22       A.   To my recollection, the question was,
23   "What can you share about the Hunter Biden case?"
24       Q.   And at that meeting you were there with
25   other FBI officials; is that right?
```

```
 1      A.   Yes, with Foreign Influence Task Force
 2  officials.
 3      Q.   Okay.  And who were they again?
 4      A.   I specifically remember Laura Dehmlow was
 5  present because she was the official who said that
 6  the FBI had no comment.
 7      Q.   Okay.  Did she --
 8            (Discussion off the record.)
 9      Q.   BY MR. SUR:  So picking up there, did
10  Ms. Dehmlow say anything else?
11      A.   Not in response to the Hunter Biden
12  question.
13           MR. SUR:  That's all I have.
14           MR. SAUER:  Nothing further.
15            (Discussion off the record.)
16           THE VIDEOGRAPHER:  Okay.  This concludes
17  today's deposition of Elvis Chan.  We are off the
18  record at 5:47 p.m.
19                (Whereupon the proceedings were
20                 concluded at 5:47 p.m.)
21                    ---o0o---
22
23
24
25
```

**ELVIS CHAN  11/29/2022**

```
 1                DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA     )
 3                           ) ss.
 4   COUNTY OF SAN FRANCISCO)
 5
 6           I, Balinda Dunlap, hereby certify:
 7           I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 10710 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12           I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17           I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22           I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                           / / /
```

**ELVIS CHAN  11/29/2022**

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3              Before completion of the deposition, review of

4    the transcript [  ] was [  ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated:

10

11                              _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          LEXITAS LEGAL

 2     December 5, 2022

 3     DEPARTMENT OF JUSTICE
       1100 L Street Northwest
 4     Washington, D.C.  29530
       INDRANEEL SUR, ESQ.
 5
       IN RE: STATE OF MISSOURI, et al. v. JOSEPH R.
 6            BIDEN, JUNIOR, et al.

 7     Dear Mr. Sur,

 8     Please find enclosed your copies of the deposition of
       ELVIS CHAN taken on November 29, 2022 in the
 9     above-referenced case. Also enclosed is the original

10     signature page and errata sheets.

11

12     Please have the witness read your copy of the

13     transcript, indicate any changes and/or corrections

14     desired on the errata sheets, and sign the signature

15     page before a notary public.

16

17     Please return the errata sheets and notarized

18     signature page within 30 days to our office at 711 N

19     11th Street, St. Louis, MO 63101 for filing.

20

21     Sincerely,

22

23

24     LEXITAS LEGAL

25
```

```
 1                        ERRATA SHEET
     Witness Name: ELVIS CHAN
 2   Case Name: STATE OF MISSOURI, et al. v. JOSEPH R.
               BIDEN, JUNIOR, et al.
 3   Date Taken: NOVEMBER 29, 2022

 4

 5   Page #_____   Line #_____

 6   Should read:  _____

 7   Reason for change:  _____

 8

 9   Page #_____   Line #_____

10   Should read:  _____

11   Reason for change:  _____

12

13   Page #_____   Line #_____

14   Should read:  _____

15   Reason for change:  _____

16

17   Page #_____   Line #_____

18   Should read:  _____

19   Reason for change:  _____

20

21   Page #_____   Line #_____

22   Should read:  _____

23   Reason for change:  _____

24

25   Witness Signature:  _____
```

```
 1    STATE OF _____)

 2    COUNTY OF _____)

 3

 4    I, ELVIS CHAN, do hereby certify:

 5           That I have read the foregoing deposition;

 6           That I have made such changes in form

 7    and/or substance to the within deposition as might

 8    be necessary to render the same true and correct;

 9           That having made such changes thereon, I

10    hereby subscribe my name to the deposition.

11           I declare under penalty of perjury that the

12    foregoing is true and correct.

13           Executed this _____ day of _____,

14    20___, at _____.

15

16

17

18                            _____

19                            ELVIS CHAN

20

21                            _____

22                            NOTARY PUBLIC

23    My Commission Expires:

24    135954

25
```

**ELVIS CHAN  11/29/2022**

**A**

A-l-i-a 49:5
A-n-t 210:7
A-u-t-e-n 256:25
A-y-l-e-a 49:6
a.m 6:5,12
  22:13,16
  77:10,13
  96:13,16
  106:8,11
  167:25
  197:17
  292:17,18
  292:22
  300:5,13
  306:10
Aaron 46:1
abbreviate 24:17 25:1
abbrevia... 143:5
ability
  16:24
  115:2
  206:11
able 14:1
  20:3 31:11
  32:23
  73:11
  86:10,18
  102:24
  112:2
  114:4,18
  120:21
  133:16
  136:23
  146:24
  160:5
  162:25
  176:8
  235:21
  244:22
  253:1
  270:22,24
abolished
  268:19
above-re...

312:9
abstract
  28:14 29:1
abundance
  174:11
accepted
  302:4
accepting
  168:19
access
  136:22
  174:16
accessed
  14:18
accident...
  113:15
  138:11
  139:13
accord
  188:19
  189:8,12
account
  29:11
  32:10,11
  35:19,23
  36:16
  68:22,23
  69:4 76:5
  76:16,17
  76:19
  83:10,11
  89:2,5
  90:11
  100:16
  112:17,18
  112:19
  113:24
  114:20
  115:3,6,20
  116:18
  117:10
  125:20
  128:23
  130:17
  131:4
  133:21
  139:13
  165:19,21
  244:3

265:17,21
accounts
  14:13 15:3
  15:16 30:5
  30:5 31:24
  32:13,24
  33:5,10,15
  34:2,17,24
  35:3,12
  37:21 38:1
  38:5 60:4
  62:4 65:14
  68:21 70:5
  70:10,17
  71:16,25
  74:1,11
  78:3 86:22
  92:20,24
  93:7,8
  95:2 96:6
  96:7,25
  98:17
  99:14,19
  99:21
  100:2,6,8
  100:13
  103:17
  111:3,5,6
  112:12,16
  113:25
  114:2,6,10
  114:14,23
  115:12
  131:8
  132:13,18
  133:25
  134:2,7
  138:18
  143:15,20
  144:1,23
  146:16,24
  147:5,7,12
  147:19
  148:9,19
  149:10,23
  150:7,18
  158:16,21
  159:23
  162:24

163:1
  165:17
  199:3
  232:3
  235:23
  236:22
  273:13,21
  274:4,17
  306:20
accurately
  224:1
achieve
  126:19
achieving
  78:16
  142:20
acknowle...
  38:14
acquire
  111:19
acquired
  73:9
acronym
  279:9
act 16:22
  111:23,24
  121:23
  143:11
acted 108:13
  149:6
  150:17
  165:25
  307:8
action 68:8
  102:19
  147:4
  160:18
  167:12
  205:1
  242:4
  254:6
  287:2
  296:4
  310:20
actionable
  88:21,25
  287:7,8
actions 12:6
  12:10

34:10
  37:18
  102:25
  104:4,17
  129:2,14
  129:16
  133:11
  136:14
  143:12,19
  166:20
  232:19
  249:8,9,17
  249:25
  250:21,23
  251:15
  253:25
  254:3
  270:19
  274:3,15
activate
  168:8
active 71:3
  108:5
  120:23
  125:20
  126:3
  127:11
  147:17
  186:2
  195:20,22
  196:1,4,8
  196:13
  203:17
  215:10
  258:8
  301:4
actively
  204:19
activities
  12:3 13:1
  13:5,6
  14:8 46:22
  54:17
  55:16
  66:24
  69:14,25
  90:1 92:2
  93:7,8,19
  94:1,25

**ELVIS CHAN 11/29/2022**

95:9 126:2
138:6,8
156:25
240:7
307:19
activity
13:7,8
87:14
90:13 95:7
95:8,14,14
126:24
136:17,20
137:12
138:19
160:19
167:16
305:24
actor 113:2
285:18,19
actors 14:5
32:14
33:16
39:10,13
42:16 51:1
53:25 60:3
138:5
154:5
187:4
190:5
219:2,8,24
226:8,10
227:18
258:11
285:21
306:25
307:24
actual 9:24
59:13 74:5
111:5
151:4
156:21
168:5
220:7
265:12
282:25
305:15
306:1
ad 44:20
68:15,23

80:14
81:14,21
82:3,4,19
83:9,12,15
83:16,25
114:24
115:13
add 12:17
118:21
239:13
270:24
added 42:10
42:12
addition
10:5 21:16
131:5
184:24
additional
103:11
163:19
164:23
266:8
275:25
279:16
303:5,24
address 62:4
100:9
129:3
133:6
134:20
186:5,15
211:4
248:25
249:4
addresses
30:5 31:23
51:4 99:21
168:11
199:4
addressing
82:7 92:1
250:13
adjudicated
196:10
adjusted
205:6
administer
310:12
adopted

130:12
136:15
ads 78:1,12
78:25 79:2
80:15
93:11,12
93:14
advance
120:10,12
advanced
272:23
advantage
227:23
advertise
72:24
advertis...
77:18
78:11
83:14
advertising
93:16
advice 30:12
30:18
282:19
advise
206:10
advised
163:21
advising
50:19
advisories
244:14,16
244:17,21
244:24
245:3,6
advisory
245:9
279:2,5
284:3
AF 303:9,21
Affairs
140:5
affidavit
222:23
224:21
affiliated
265:25
266:1
affirmat...

310:13
Africa 31:9
31:20
after-ac...
294:18
AFTERNOON
141:2
age 84:23
agencies
17:16 18:1
18:7,11
24:8 57:7
57:11
152:20
170:9
211:12
218:25
221:5,8,23
278:22
281:23
285:10
agency 16:23
18:17 31:7
31:19 60:2
61:12
69:17 73:4
75:9,25
76:3 78:21
100:7,10
111:14,14
138:4,25
141:18
143:3
154:6
157:1
221:13,15
221:17
233:9
278:17
286:20
Agency's
126:15
Agency-a...
143:16
agenda 27:18
27:25
110:3
188:1
190:20

213:14
279:25
280:15
281:9
282:25
289:11
291:3,7
294:6
agent 8:11
23:20
51:14
52:10 53:8
53:11
54:12 59:2
77:14
79:20
96:17
107:21
141:6
148:7
259:15
271:6
300:4
302:23
agents 105:5
105:8,14
106:24
107:6,15
107:20
108:16,21
110:1
176:22
177:8
aggressive
76:13
117:9
130:11
242:4
262:2,19
270:15,20
aggressi...
116:18
ago 11:18
15:20 71:4
71:14
95:11
96:18
131:22
194:10

**ELVIS CHAN  11/29/2022**

217:19
239:1
254:2
**agree** 33:22
68:13
77:22,24
82:14
127:17,22
159:8,14
179:2,3,21
179:24
180:2
219:22
225:17
273:16
276:3
**agreeing**
35:5
**ahead** 12:4
20:1 22:20
26:21 27:8
28:14 31:1
31:2 37:1
38:8 40:8
40:9,11,13
51:7 52:16
54:21
58:23
78:24 83:5
84:7 128:6
132:21
135:2
144:19
147:8
150:21,25
157:6
158:23
161:14,14
161:18,25
167:4
176:5
192:5
203:20,23
203:25
208:23
220:15
229:1
242:7
245:13

246:14
253:6
255:20
258:23
280:11
293:9
299:24
301:10
302:17
304:14
306:4
**al** 1:6,10
259:6
312:5,6
313:2,2
**alert** 165:9
165:12
243:18
245:19
247:5
255:11
**alerted**
243:8
244:5,10
**alerts**
243:16
245:17
246:7,9
247:5,11
**Alex** 54:4
57:20,24
58:5
**algorithm**
88:12,24
90:12
**algorithms**
88:4,5,17
89:9,11,15
90:4
129:25
136:16
**aligned**
86:23
**all-source**
278:20
**allegedly**
230:1
**ALLIANCE**
2:15,16

**allow** 159:15
269:11
**allowed**
81:15
112:7
126:19
311:6
**allows**
111:25
**alongside**
159:16
**AMANDA** 2:12
**amanda.k...**
2:14
**ambiguous**
146:9,20
154:1
156:19
159:24
166:1
168:23
**amended** 4:17
169:16
277:13
**Amendment**
76:14,18
83:16
122:7,10
139:5,12
163:22
286:13
**America**
85:17
**American**
14:7 61:13
67:9 70:11
70:23
74:19 76:4
76:13 85:9
85:14 86:8
86:16
163:3
231:15
235:5
275:18
**American-**
143:6
145:24
**Americans**

61:6,16
64:17
85:21 95:3
142:2,7
143:25
145:9,16
145:20,20
**amount** 15:12
73:2
110:21
150:13
298:17
**amplific...**
76:6 158:5
**amplific...**
87:8
**amplified**
60:5 86:22
87:4
**amplify**
60:22
70:19
71:16,19
72:12
73:12,13
73:25 74:8
74:15
76:15
158:11
**amplifying**
286:15
**analysis**
4:12 14:24
15:1 24:12
170:23
278:11
**analyst**
214:4,18
216:14
233:23
257:2,6,7
263:19
264:15
265:5,10
266:4
308:17
**analysts**
44:19,22
139:6

213:15
257:9
**analyze**
198:14
**and/"or**
244:7
**and/or**
290:11
312:13
314:7
**Angela** 46:17
124:18,19
124:20
**Angeles**
276:16
**Anna** 271:13
271:16
**announced**
132:12
149:10
161:1
**announcing**
7:19 150:6
**annual** 120:8
122:23
**answer** 9:9
12:1 15:6
21:21
34:21 92:4
97:12
104:8
111:9
121:15,18
122:13
164:9
174:2,4
187:16
188:24
189:2,12
190:22
193:20,22
194:23,24
195:12
199:24
200:19
202:2,19
202:22
233:18
243:6

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 252:20 | 256:4 | approxim... | 248:19,21 | 231:14 |
| **answers** | 261:14 | 16:12 | 249:3 | 242:6 |
| 250:22 | **appended** | **April** 159:12 | 250:11 | 249:22 |
| **anticipate** | 311:7 | 161:1 | 252:23 | 258:14 |
| 41:8,15 | **Apple** 42:6,8 | **area** 24:25 | 272:3 | 264:18 |
| 61:15 | 234:6 | 276:17 | 290:7 | 306:3 |
| 298:17 | **applicable** | **arrest** | 301:12 | **assessments** |
| **anticipated** | 232:14 | 294:11 | 304:19 | 157:4 |
| 174:24 | **application** | **arrested** | **asking** 9:7,9 | **assistant** |
| 212:8 | 99:2 | 196:11 | 9:16 89:14 | 8:11 184:5 |
| **Antonaros** | 138:11 | **arrive** 269:9 | 89:23 | 184:12,21 |
| 210:3 | 195:5,7 | 269:16,23 | 119:2 | 185:6 |
| **anybody** | 291:25 | **arrived** | 164:6 | 234:23 |
| 175:15 | 295:14,16 | 242:10,21 | 171:2 | **associated** |
| 191:16,16 | 295:17 | **art** 30:3 | 179:12 | 135:18 |
| 209:6 | **applicat...** | **article** | 189:17 | 193:10,15 |
| **anymore** | 138:7 | 56:25 | 248:3,5 | 195:25 |
| 76:20 | **applies** | 131:19,20 | 250:14 | 222:25 |
| 124:24 | 94:19 | 153:2 | 252:11 | 223:9,14 |
| **anyway** 23:14 | **apply** 99:21 | 214:9 | 260:21,23 | 223:17 |
| 23:19 | 108:15 | 230:12,14 | 301:21,22 | 237:10 |
| **AOL** 235:22 | 122:3,8 | **articles** | **asks** 272:2 | 239:11 |
| **AOR** 25:1 | 185:19 | 142:2,3,7 | **assert** | 257:21 |
| **apart** 98:20 | 250:19 | 142:10 | 122:12 | 259:20 |
| **apologize** | **appreciate** | 144:1 | 194:11 | 307:25 |
| 300:7 | 102:23 | 229:23 | **assess** 33:21 | **assume** |
| **app** 12:23 | **approach** | 230:4,8,22 | 34:16 63:5 | 150:12 |
| 295:14,22 | 23:9 | 230:23,25 | 100:6,8 | 243:17 |
| 297:23,24 | 127:24 | 232:2,14 | 267:20,21 | 245:18 |
| 298:2 | **approaching** | 232:16 | 274:7 | 246:2,8 |
| **appeal** | 77:3 | 275:9 | **assessed** | 285:6 |
| 149:19 | **appropriate** | **arts** 10:17 | 168:5 | **assumes** |
| **appear** | 32:20 | **as-needed** | 266:13 | 43:19 |
| 149:19 | 34:10,11 | 44:21 | 298:15 | 74:22 |
| 247:12,20 | 35:10 51:2 | **ASAC** 107:7 | 299:19 | 76:22 82:1 |
| **appeared** 6:8 | 98:11 | **ascertain** | **assesses** | 144:4 |
| 37:13 | 180:5 | 88:16 | 217:9 | 175:2 |
| 67:17 | 226:24 | **ASD-HKS** | **assessing** | **assumption** |
| 128:22 | 234:10 | 279:7 | 73:3 | 149:8 |
| 130:15 | 264:17 | **asked** 27:11 | **assessment** | 150:4 |
| 133:15 | 274:14 | 89:21 | 35:5 70:15 | 156:5 |
| 151:2 | 292:3 | 149:1 | 70:25 71:1 | 166:16 |
| 243:19 | **approval** | 174:22 | 73:21 | **Atlantic** |
| 247:6 | 62:22 | 213:15 | 133:1 | 162:2 |
| 248:6 | 82:13 | 214:5,23 | 145:22 | **attached** |
| 249:7,14 | 160:5 | 215:20 | 147:21 | 32:18 |
| 256:9 | 267:12 | 216:4,14 | 194:8 | 36:23 |
| **appears** | **approve** | 233:23 | 203:18 | **attack** |
| 170:16 | 133:10 | 247:25 | 229:9 | 276:24 |

**ELVIS CHAN   11/29/2022**

277:2
**attacks**
223:2,3,9
223:15
225:4
261:8
271:9
276:22
**attempt**
243:21
247:8
256:1,10
258:12
**attempted**
59:12
**attempting**
64:1
**attempts**
43:18
50:20
174:15
273:2,4
291:1
**attend** 20:3
20:5 24:18
24:21
46:15
109:19,20
109:22
110:5,6,13
110:19
125:10
239:16,17
239:20
**attended**
20:8
109:14,16
109:17
123:18
153:4
156:6
178:17
180:20,23
181:14,20
182:15,22
182:24,25
183:2
290:22
**attendee**

109:24
171:24
186:2
**attendees**
25:16
**attending**
23:24
125:13
152:23
**attends**
24:13,14
44:10
**attention**
29:1 77:16
128:20
141:7
217:21
**attorney** 2:4
7:3 22:22
46:14 47:7
47:12
124:3
237:14,15
237:25
267:6,6
268:8,9
270:6
310:17,19
**Attorney's**
6:19 266:7
267:2
**attorney...**
164:1
187:10
188:9,25
201:25
202:3,18
**attorneys**
6:24 23:5
43:12
123:10
135:18
151:16,18
164:24
268:7,7
270:9
**attributed**
113:1
**audience**

137:23
140:7
**audiences**
140:2
**audio** 4:23
5:6 126:6
259:4,13
**August** 155:4
192:15
**Auten** 256:24
**authentic**
132:18
138:18
146:8
**author** 11:15
**authorit...**
265:13
**authorities**
111:16,17
111:22,22
**authority**
49:10,16
215:12
**authorized**
310:12
**available**
24:19
138:16
148:18
**avoids**
121:16
**aware** 18:6
18:15
56:15 57:3
57:6,8,10
58:3,4,7,9
58:16,19
58:22
107:14
108:20,21
108:24
113:13
125:4
126:1,3
148:8
161:12
192:3,6,22
208:22,24
212:23

213:4
218:14,19
220:23
222:17
223:19
224:15
230:8,9,16
230:16
232:19,25
233:2,8,10
233:13,19
233:25
236:22
246:4,21
246:23
247:2
251:6
266:16
274:18,21
275:3,4,6
275:7
280:8,10
280:13
281:20
288:4
296:2,15
301:14
302:6
**awareness**
16:5
172:14
**Aylea** 49:4
————————
**B**
**B** 157:11
265:8
266:2
269:6
**bachelor**
10:14
**back** 22:15
28:12
38:15 41:2
42:19,22
50:3 52:11
67:1 71:13
77:12
95:11
96:15,17

102:19,24
103:15
104:21
105:12
106:10
112:12
115:4
129:12
141:4,7
164:14
180:13,15
198:23
234:17
255:8
275:15,15
277:20
284:23
287:18
296:20,23
**back-and...**
286:19
**background**
10:12
**bad** 97:25
100:2,2
101:24
**Baker** 239:14
239:17
240:3
**Baldwin** 49:4
**Balinda** 1:24
6:6,21
310:6
**ballot** 19:11
166:15
267:25
269:11,11
269:23
**ballots**
156:23
164:18
**ballpark**
148:20
**base** 31:8
114:24
**based** 14:22
21:24
63:25 80:7
80:22

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 95:18 | **Baton** 3:5 | 139:1,3 | 255:17 | 216:5,11 |
| 103:1,12 | **bear** 294:3 | 140:6 | 257:1,6,16 | 227:11,25 |
| 114:18 | **Bears** 4:11 | 142:16,17 | 259:18 | 228:7,17 |
| 134:15 | 11:3 | 143:21 | 263:18,20 | 228:22 |
| 135:4 | **began** 54:24 | 151:21,23 | 264:4 | 229:4,10 |
| 136:21 | **beginning** | 155:25,25 | 267:8 | 229:17 |
| 137:19 | 51:18 | 162:13,25 | 271:21 | 230:1,16 |
| 140:12 | 125:23 | 165:1 | 276:9 | 232:7,24 |
| 145:6 | 155:20 | 167:24 | 278:12 | 233:5,24 |
| 151:4 | 190:8 | 171:17 | 288:9 | 234:2 |
| 167:10 | **begins** 37:8 | 173:17 | 291:15 | 243:25 |
| 168:2 | 144:21 | 174:21 | 299:22 | 252:14 |
| 170:15 | 170:2 | 175:23 | 301:16,18 | 253:9 |
| 194:7 | **behalf** 7:2,6 | 182:1 | 302:15 | 259:6 |
| 195:1,17 | 290:8 | 184:4 | 304:15,15 | 304:10 |
| 200:18 | **behavior** | 186:8,20 | 305:3 | 308:15,23 |
| 203:16 | 86:23 | 192:13 | 307:7,13 | 309:11 |
| 230:24 | 93:13 | 199:9 | 307:25 | 312:6 |
| 270:8 | **beings** 45:14 | 203:19,22 | **believed** | 313:2 |
| 276:14,16 | 72:1 85:16 | 203:24 | 15:11 | **Biden's** |
| 287:2 | 87:22 | 204:8,18 | 143:2 | 212:24 |
| 290:1 | 89:25 | 204:21 | 203:18 | 230:9,17 |
| 295:2 | 90:25 | 205:9,15 | **believes** | **big** 20:6 |
| 298:2 | **belief** 134:9 | 205:15,22 | 35:2 | 213:21,21 |
| **basically** | 204:2 | 206:2,23 | **belong** | 281:18 |
| 17:23 78:2 | 218:23 | 207:6 | 236:22 | **bilateral** |
| 78:13 | **believe** | 208:21 | **belonged** | 39:5 183:2 |
| 82:14 | 15:20 19:4 | 211:7 | 230:1 | 185:21 |
| 158:11 | 19:24,25 | 212:15,18 | **Berger** 3:9 | 189:24 |
| 219:23 | 20:3 25:11 | 213:25 | 3:11 7:19 | 291:14,17 |
| 250:4 | 27:2 31:18 | 214:8,15 | 7:21,21 | 293:2 |
| **basis** 23:6 | 36:21 37:6 | 214:22 | 20:24 21:6 | 300:17 |
| 42:5,5 | 39:14 | 215:9 | 21:22 | **Bill** 281:5 |
| 44:20,21 | 42:13 | 217:16 | 22:19,25 | **bit** 39:17 |
| 97:11 | 45:25 | 219:17 | 23:2 | 70:8 77:4 |
| 100:1 | 47:15,25 | 221:18 | **Berkeley** | 145:7 |
| 117:15 | 48:1 58:13 | 222:1,18 | 58:11 | 197:1 |
| 160:11 | 62:23 74:5 | 224:8,11 | **best** 13:9 | 231:5 |
| 173:18,21 | 78:20 90:6 | 224:13,22 | 115:2 | 277:23 |
| 173:21 | 95:23 | 226:10 | 306:2 | **black** 67:3 |
| 198:5 | 109:17 | 227:22 | **better** 83:4 | 69:10 |
| 208:7,10 | 116:1,4 | 228:25 | 133:20 | 80:13,16 |
| 208:13 | 117:7 | 229:3,6,6 | 134:4 | 275:10,12 |
| 220:14 | 122:4 | 231:21 | **Biden** 1:9 | 286:12 |
| 229:18 | 124:12 | 240:6 | 6:15 213:6 | **blending** |
| 239:4 | 125:9 | 244:12 | 213:8,9,17 | 146:6 |
| 285:8 | 133:18 | 248:10,19 | 214:6,24 | **blocked** |
| 289:6 | 134:6 | 248:21 | 215:12,22 | 232:12 |
| **Bates** 293:21 | 138:1 | 249:24 | 215:25 | 249:6 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| blocking | 182:23 | broader | 182:5 | 41:13 48:6 |
| 232:1 | 183:4 | 200:25 | cadence 40:1 | 49:14,25 |
| blog 130:23 | 281:5 | 280:12 | 40:2,25 | 52:3,4,5 |
| BlueJeans | branch 7:9 | broadly | 42:20 44:9 | 53:16 |
| 20:11 | 7:17 8:12 | 59:25 | 170:8 | 57:21 61:8 |
| Board 310:10 | 45:5 | 90:22 | 171:13 | 63:22 |
| body 303:20 | 121:13 | 112:2 | 181:2 | 67:14 68:4 |
| bombing | brands 116:5 | 135:22 | 182:15 | 68:16,25 |
| 143:13 | breach 235:5 | 202:6 | 219:14 | 70:13 71:8 |
| boosted | 276:25 | 231:15 | 220:6 | 72:14 |
| 13:24 | break 22:6 | 235:17 | 288:19,21 | 73:18 |
| boots 136:5 | 77:4 87:24 | broke 95:22 | 288:24,25 | 74:21 |
| border 81:15 | 180:5 | 141:24 | 289:2 | 76:21 |
| Borders | 225:8 | 155:5 | calculation | 78:18 |
| 81:14 | 234:10 | 213:21 | 85:24 | 81:25 |
| bot 72:19,21 | breaking | 214:1,16 | calendar | 90:19 |
| 76:2,5,14 | 77:2 96:10 | 253:9 | 289:3 | 104:14 |
| 76:16 | breaks 86:8 | broken 233:6 | California | 114:15 |
| botnet 72:25 | Brian 25:12 | broker 58:2 | 6:1,5,8,19 | 115:14 |
| 73:1,11 | 25:15,19 | brought | 58:6,11 | 117:12 |
| 93:11 | 26:11,14 | 116:24 | 141:1 | 135:10 |
| bots 63:19 | 152:7 | 214:15 | 310:2,8,10 | 136:25 |
| 71:15,24 | 256:24 | Building 2:4 | 310:13 | 138:21 |
| 72:10,17 | 278:8 | bullet 170:2 | call 27:12 | 139:17 |
| 72:17 | brief 226:16 | 277:25 | 53:20,21 | 150:10 |
| 73:23 74:3 | 226:20 | 278:2,25 | 97:24 | 153:20 |
| 74:4,8,10 | briefed | 279:22,24 | 155:21 | 160:21 |
| 74:13,24 | 190:3 | 284:2,11 | 168:6 | 174:2 |
| 75:1,1 | briefing | bullets | 282:1,5 | 188:7 |
| 85:14 87:5 | 48:18 | 276:8 | called 8:2 | 213:1 |
| 87:8 | 190:10 | bunch 247:19 | 16:2 18:24 | 215:17 |
| 158:10 | briefings | Bureau 8:13 | 24:12 33:5 | 224:3 |
| bottom 28:22 | 16:5,7,9 | burned 298:6 | 47:24 | 228:19 |
| 28:24 | 16:14 | Burns 2:21 | 53:19,20 | 231:7,18 |
| 83:19 | 38:25 | 2:23 7:5 | 56:13 | 236:6 |
| 84:20 | 108:25 | button 263:1 | 62:24 | 237:16,17 |
| 114:21 | 209:2 | buy 78:12 | 72:21 99:2 | 237:18 |
| 132:14 | 226:9,15 | | 143:5 | 240:9 |
| 150:23 | 226:22 | **C** | 241:24 | 245:24 |
| 170:1 | bring 39:8 | C 2:1 3:1 | 259:16,21 | 246:10 |
| 272:6 | 39:11 | C-h-a-n 8:9 | 289:19 | 251:23 |
| 293:22 | 206:6 | C-h-o-c-k | 290:14 | 270:4 |
| 300:8,10 | broad 99:23 | 183:15 | 291:25 | 274:11 |
| 300:20 | 285:20 | C-I-S-A | 295:12 | 299:11 |
| bought 73:6 | 286:8 | 279:19 | calling | campaign |
| bounded | 287:5 | C-o 183:15 | 128:2 | 13:11 |
| 194:4 | 291:10 | C-o-h-e-n | calls 26:6,8 | 37:13 |
| Box 2:22 | broadcasts | 182:4 | 34:6,20 | 81:23 |
| Brady 181:21 | 297:12 | C-o-n-e | 35:7 36:8 | 84:12,22 |

**ELVIS CHAN  11/29/2022**

126:16
**campaigns**
4:13 29:10
30:14,23
35:18 36:1
36:5,11,13
39:15
59:19,24
63:16 70:2
79:22
155:2
159:2
161:17,24
162:4
185:24
201:17
223:1,10
223:15,17
223:21
224:17
283:10
308:1
**Canadian**
93:12
**candidate**
304:10,17
305:9,11
**candidates**
16:10,13
173:10
**capability**
209:3
236:14
**capable**
39:15
190:6
226:11,17
**capacity**
23:16
54:12
55:21
148:7
234:25
**Capps** 2:7
7:4
**caps** 260:14
279:19
**care** 74:14
**careful** 9:18

9:23 115:2
**carefully**
9:8
**Carnegie**
142:5
**carry** 160:9
**case** 1:8
21:11,15
30:19
112:4
122:7
141:12
174:12
191:21
193:24
194:16
195:17
196:9,21
205:16
239:23,24
289:3
292:1,3
303:25
308:23
312:9
313:2
**cases** 120:19
166:4,6,23
166:25
167:1
195:5
**cast** 156:23
**categories**
86:9 95:13
**categorize**
285:14
**categorized**
253:24
**category**
93:18
**caucus** 19:6
19:9
**caucuses**
19:8
**cause** 126:6
252:4
**caused** 297:3
**caution**
174:12

**cautioned**
248:23
**caveat** 148:4
**cc'd** 197:22
303:25
**CDs** 298:10
**center**
134:11,14
134:25
137:6
159:1,1,14
161:4,13
**Center'**
161:3
**CEO** 242:14
**CEOs** 4:21
116:21
128:2
241:21,24
259:23
260:2
**certain** 33:4
73:1,2
90:5 130:6
131:8
132:3
166:18
190:4,5
213:24
254:9
263:21,23
269:17
284:4
**Certificate**
310:1,9
**Certified**
6:6 310:7
310:9
**certify**
310:6
314:4
**chain** 263:22
263:25
266:12
**Chan** 1:17
4:4,14,16
4:16,24
5:7,9 6:14
7:21 8:1,9

23:19,20
51:14 59:2
77:14 83:5
84:23
96:17
106:12
141:6
180:16
197:8
259:15
271:6
280:22
287:22
288:1
293:23
300:4
302:23
306:7
308:14
309:17
312:8
313:1
314:4,19
**Chan's** 23:16
**chance** 10:8
**change** 87:19
91:25
115:19
134:20
294:16
313:7,11
313:15,19
313:23
**changed** 78:9
87:16
125:19
206:7,9,10
**changes**
118:18
128:23
129:1,3,6
129:18,24
129:24,24
130:4,16
130:19,21
130:21,24
132:25
133:6,10
133:11

311:5
312:13
314:6,9
**changing**
130:5
132:2
**channel**
98:23
296:15
298:6,16
300:22
**channels**
256:16
295:10
297:5,14
299:2
300:22
302:1,4
**characte...**
68:20
84:24
255:12
**characte...**
11:22
15:10
30:18 34:7
62:7 65:3
81:12
83:23
89:19
126:22
146:10
151:6
167:6
267:11
289:1
**characte...**
226:6
**charge** 8:12
43:23
**charges**
196:3
**chat** 295:14
295:22
**cheating**
268:18
**check** 232:23
**checked**
142:18

| | | | | |
|---|---|---|---|---|
| chemical 10:15 | 152:4,8 154:12,15 | 281:9 283:18 | civil 2:15 2:16 7:9 | close 40:3,6 194:6 |
| chemistry 10:15 | 155:21 156:20 | 286:24 CISA-ind... | 7:16 9:1 310:13 | closely 294:13 |
| Chen 48:13 | 171:21,25 | 287:4 | clarific... | closer 41:7 |
| chief 48:1 54:8 109:7 | 172:9,13 177:14 | CISA-led 156:10 | 9:13 clarify | 41:9 90:13 160:2 |
| 109:13 152:3 | 178:2 186:5 | 277:10 CISA-org... | 33:12 79:15 | cloud 42:12 co-optees |
| 175:18,21 184:6,10 | 204:7 211:6,17 | 170:12 181:8,13 | 84:15 129:13 | 146:3,11 Code 310:13 |
| 184:12,21 185:4,7 | 213:10 218:22 | 191:11 218:7 | 130:6 169:18 | Cohen 182:4 Coie 197:20 |
| 200:8,23 201:18 | 219:8 220:3 | 228:5 Cisco 20:11 | 194:25 clarifying | colleagues 7:4,18 |
| chiefs 184:5 184:7,8 | 221:18 244:14 | citation 85:5 | 304:19,20 classifi... | 38:14,22 57:16,19 |
| 185:2,8 | 275:5,25 | cite 64:14 | 21:1 | collect |
| China 94:13 94:23 | 276:6,7,11 276:13,22 | 85:25 87:2 131:19 | 160:12 classified | 74:12 collection |
| 109:13 155:3 | 277:4,8 278:7 | 142:3 147:22 | 20:25 120:21 | 288:2 collective |
| 305:20,25 | 279:1,3,4 | 161:5 | 236:8 | 196:17 |
| Chinese 95:7 | 279:6,15 | cited 80:11 | clear 10:1 | colloqui... |
| Chock 181:22 | 279:17,19 | 86:25 | 23:14 39:4 | 47:22 |
| 183:14 | 280:1,11 | 95:15 | 179:4 | Colonial |
| 254:15 | 280:18,22 | 112:10 | 254:8 | 277:2 |
| 281:6 | 281:13,20 | 147:23 | clearances | combat 4:13 |
| choice 34:25 | 283:1 | 195:18 | 160:10 | 126:4 |
| chosen | 284:2,7 | 241:3,7 | 161:9 | 159:17 |
| 168:10 | 285:15 | cites 127:25 | clearly | combatting |
| Chris 47:23 | 290:22 | citing 85:5 | 21:19 | 159:20 |
| 48:12 | 291:4 | 145:1 | 28:15 | Combined |
| Christopher | CISA's | 159:18 | Clemson 87:2 | 4:17 |
| 246:3 | 170:22 | 162:1 | clerk's | come 23:12 |
| Chun 47:12 | CISA-fac... | citizen | 50:15 | 75:18 |
| CHUZI 2:12 | 170:19 | 76:13 | clerks 50:19 | 92:22 |
| CID 303:15 | CISA-held | citizen's | click 14:13 | 109:9 |
| circling | 189:22 | 76:4 | 263:1 | 118:24 |
| 96:17 | CISA-hosted | citizens | clicked | 121:7 |
| Circuit | 155:15,18 | 14:7 70:23 | 14:18 | 123:15 |
| 194:3 | 156:3 | 74:19 | clicking | 137:8 |
| circumst... | 180:24 | 78:22 | 66:9 | 165:3 |
| 23:8 | 187:22,24 | 143:6 | client's | 215:22 |
| CISA 16:22 | 188:13 | 145:24 | 202:24 | 216:6 |
| 18:16,23 | 189:6 | City 2:5 | clients | 258:20 |
| 24:9 25:8 | 192:1 | Civ 310:11 | 179:11,25 | comes 18:23 |
| 26:8,23 | 209:17 | 310:15,20 | Clinton 67:3 | 30:22 |
| 27:14 28:1 | 218:11,17 | 311:1,7 | 69:10 | comfortable |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 73:10 | 71:5 86:6 | 292:15 | 225:11 | 121:4,5 |
| 291:16 | 157:22 | communic... | 231:11,24 | 126:1,18 |
| 302:16 | comments | 98:22 | 278:17 | 127:6,20 |
| coming 58:4 | 68:12,19 | 99:25 | community's | 132:24 |
| 119:18 | 68:24 69:4 | 100:15 | 231:1,6 | 133:5,16 |
| 173:20 | 69:8 | 108:1 | companies | 135:11 |
| 190:20 | 117:20 | 160:14 | 4:12 11:5 | 136:11 |
| 273:10 | 118:16 | 179:3 | 12:6 14:23 | 137:3,4 |
| 305:18 | 123:1 | 206:25 | 16:18 | 138:7,17 |
| command | commission | 295:10,13 | 17:20 | 139:21 |
| 162:13,21 | 159:13 | 296:16 | 18:19,25 | 140:1,9 |
| 164:25 | 160:2 | 297:14 | 20:10,13 | 143:2,8,11 |
| 165:5 | 314:23 | 299:4 | 20:15,20 | 144:10 |
| 167:15,18 | committee | 302:4,11 | 20:22 | 146:23 |
| 167:20,24 | 13:10,12 | communic... | 23:24 | 147:3 |
| 168:5,8,10 | 79:24 | 97:23 | 24:24 25:2 | 151:3 |
| 168:15 | 112:22 | 101:23 | 29:9,20 | 152:23 |
| 266:17 | 116:12,13 | 104:24 | 31:11 | 153:1,3,5 |
| 268:23 | 116:16,23 | 107:16,22 | 32:17,19 | 154:3,10 |
| 295:3,5,6 | 123:11,12 | 121:14,23 | 34:8,24 | 155:6,13 |
| 295:11 | 127:13 | 163:20 | 35:17,23 | 155:17 |
| 296:17,21 | 217:17 | 189:11 | 36:24,25 | 156:13 |
| 298:13 | 279:5 | 199:12,18 | 37:20 | 159:16 |
| 301:3,6,16 | 284:3 | 202:4 | 38:25 39:3 | 160:7 |
| 307:11 | committees | 203:9 | 39:6,19,20 | 163:17 |
| commander | 16:6 | 204:14 | 41:6,17 | 165:12 |
| 162:22 | 116:10 | 219:7 | 42:3,4 | 166:4 |
| 165:4 | 117:21 | 232:25 | 43:6 50:24 | 168:19,20 |
| commencing | 119:8 | 233:2,25 | 51:3 61:24 | 168:22 |
| 6:4 | 173:9 | 238:3,5,9 | 77:18 78:8 | 169:1 |
| comment | common 9:5 | 238:11,18 | 80:1 87:21 | 172:24 |
| 117:17 | 58:1 | 255:12 | 89:21 90:3 | 173:3 |
| 191:3 | 124:20 | 275:20 | 92:6 98:25 | 174:12,15 |
| 213:19 | 264:2 | 290:14 | 100:20,23 | 174:18 |
| 214:5 | commun- | 291:9 | 102:4,8,15 | 175:11 |
| 215:4,5,7 | 297:17 | 298:8 | 102:17 | 176:11 |
| 215:13 | communicate | communities | 103:10 | 177:25 |
| 216:15 | 106:14,22 | 70:19,20 | 105:2,7 | 183:3 |
| 224:12 | 108:22 | 79:6 | 106:3 | 190:18,21 |
| 233:24 | 207:5 | community | 108:7 | 191:20 |
| 309:6 | 238:15 | 90:23 92:7 | 110:23 | 192:3,10 |
| commentary | 295:10 | 92:9 | 112:8 | 204:19 |
| 63:12 65:7 | communic... | 129:19,21 | 113:11 | 205:5,6 |
| 86:6 | 219:1 | 129:22 | 116:22 | 208:21 |
| 157:24 | 238:22,25 | 205:7 | 117:22 | 209:12 |
| commented | communic... | 222:25 | 118:5,7,10 | 210:21,21 |
| 68:10 | 105:23 | 223:8,13 | 118:25 | 210:24 |
| 161:15 | 119:9 | 223:23 | 120:1,3,11 | 211:1,7 |
| commenting | 158:16 | 224:15,23 | 120:17,18 | 216:4,10 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 227:16 | 238:11,12 | 152:18 | 222:3,3,11 | concrete |
| 243:9 | 238:13,14 | 218:13 | 225:20 | 251:2 |
| 244:5 | 243:17 | 280:15 | 246:18 | condensed |
| 248:15,17 | 245:18 | compound | concerned | 283:14 |
| 249:24 | 246:8 | 11:25 | 52:19 | conditio... |
| 252:25 | 248:13 | 14:20 | 53:24 | 203:1 |
| 253:22 | 252:5 | 27:19 | 138:10 | conduct |
| 261:8 | 274:1 | 64:20 | 155:1 | 155:1 |
| 262:10 | 276:25 | 65:11 71:8 | 187:2 | 190:11 |
| 269:20 | 277:3 | 72:14 | 195:15 | 226:8 |
| 272:17 | company's | 75:23 76:8 | 207:7 | 264:18 |
| 273:3,6,7 | 217:10 | 90:20 92:3 | 209:21 | 294:10 |
| 273:7,9,17 | 288:22 | 92:5 95:5 | 222:15 | conducted |
| 276:23 | company-... | 98:4 | 224:24 | 59:24 |
| 283:17 | 102:7 | 112:20 | 235:13,20 | conducting |
| 284:1 | compare | comprised | 249:22 | 30:15 |
| 285:9,12 | 65:17 | 78:22 | 255:19 | 190:6 |
| 286:2 | compared | 110:11 | 256:14 | 209:3 |
| 287:4,9 | 133:22 | computer | concerns | 226:11,17 |
| 289:1,2,15 | compelled | 59:9 71:15 | 105:23 | Cone 181:22 |
| 289:22 | 116:20,21 | 72:2,6 | 139:8,10 | 182:5,23 |
| 291:16,19 | competing | 136:16 | 168:22 | 183:12 |
| 294:24 | 174:8 | 137:11 | 205:22 | 186:14,15 |
| 295:7,11 | competitors | 138:15 | 206:15 | 207:22 |
| 295:18,21 | 291:19 | 139:14 | 221:24 | 254:14 |
| 295:25 | complaint | 173:8 | 226:4,20 | 281:5 |
| 296:2,5,12 | 263:2 | 258:10 | 235:13,15 | confer |
| 296:18,19 | 264:4,10 | CON 275:10 | 244:15 | 194:22 |
| 297:8,9,15 | 268:22 | 275:12 | 283:8 | conference |
| 297:18,20 | complaints | concede | 285:7 | 236:13 |
| 298:14 | 263:15 | 94:19 | 298:23 | 271:22 |
| 299:14,19 | 264:20,21 | concern | concluded | 272:19,21 |
| 301:12,22 | compleme... | 138:14,15 | 31:25 35:3 | 275:1,11 |
| 302:7,9,15 | 143:7 | 139:12,19 | 96:7 122:6 | 275:13,17 |
| 307:7,19 | complete | 190:15,18 | 166:9 | 275:23 |
| companies' | 198:24 | 190:25 | 234:8 | conferences |
| 61:24 | completed | 195:11 | 309:20 | 275:14,17 |
| company | 213:15 | 205:2,18 | concludes | confidence |
| 12:24 15:5 | completely | 205:21,24 | 309:16 | 32:22 |
| 27:4 42:13 | 151:24 | 207:18,25 | conclus | 112:23 |
| 45:21 | completion | 208:5,15 | 240:19 | 113:1,3 |
| 46:18 | 311:3 | 209:16 | conclusion | confident |
| 102:16 | compliance | 211:8 | 33:22 | 114:12 |
| 114:22 | 267:22 | 212:13,14 | 139:17 | 216:5,9 |
| 160:9 | comply 103:3 | 212:16 | 240:22 | confirm |
| 190:24 | component | 219:19 | 270:5 | 214:19 |
| 205:11 | 24:11 | 220:21 | conclusi... | 302:3 |
| 209:14 | 303:18 | 221:1,10 | 240:20 | confirmed |
| 213:11 | components | 221:16,19 | 241:2 | 215:9,11 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 275:5 | 80:23 97:9 | 71:17,19 | 200:20 | 270:18 |
| conflicting | 99:9 | 74:6,7,9 | 202:20 | contribu... |
| 20:2 | considered | 74:15,17 | 214:10 | 132:9 |
| Congress | 19:5 | 74:17,23 | 215:15 | control |
| 116:1,8 | consistent | 74:24 75:2 | contest 78:5 | 32:25 33:2 |
| 117:1,8 | 79:20 | 75:7,8,11 | context 29:2 | 71:16 |
| 118:19 | 127:24 | 75:13,13 | 44:5 69:18 | 73:11 |
| 128:3 | 131:21 | 76:1 77:19 | 69:20,22 | controlled |
| 131:14,25 | 219:6 | 79:4 80:1 | 85:19 | 14:4 34:23 |
| 132:9 | 292:25 | 80:6 85:23 | 93:10 | 65:13 72:2 |
| 133:5 | consolid... | 86:17,23 | 105:24 | 77:20 |
| 241:25 | 257:23 | 89:10 90:5 | 162:8,11 | 100:7 |
| congress... | constraints | 90:5,9,10 | 164:24 | convene |
| 13:11 | 194:5 | 90:17 91:2 | 172:8 | 280:14 |
| 118:14 | construc... | 91:8,19 | 178:11 | convened |
| 119:22,24 | 132:25 | 95:3,16 | 189:21,24 | 284:12 |
| 120:9 | 133:9,15 | 105:9,16 | 190:1,2,17 | convenes |
| 122:23 | 133:18,20 | 126:25 | 190:24 | 26:18 |
| 123:4 | construed | 130:1 | 199:1 | conversa... |
| 124:5 | 217:11 | 132:3 | 201:16 | 52:24 53:6 |
| 125:17,24 | consult | 138:8 | 202:2,4 | 70:23 |
| 125:25 | 200:15 | 144:2 | 206:6 | 89:13 |
| 127:13,25 | consulted | 145:4 | 218:10,17 | 95:19 |
| 131:13 | 200:10,12 | 146:7,8 | 236:18 | 123:3 |
| 259:24 | 235:12 | 153:24 | 240:4 | 201:7,9,12 |
| connect | contact | 156:12 | 244:13,13 | 201:15 |
| 125:21 | 27:11,13 | 157:19,21 | 262:5 | 233:13 |
| connected | 53:22 | 158:6,12 | 264:22 | convey |
| 53:10 | 252:16 | 165:21,25 | 271:21 | 161:10 |
| 113:25 | 296:20 | 203:8,9 | 295:7 | 220:17 |
| Connecting | contacts | 205:2 | contexts | 221:9 |
| 125:15 | 45:22 46:4 | 206:11 | 44:8,24 | conveyed |
| connection | contain | 217:9,14 | contingent | 79:25 |
| 10:24 | 99:12 | 227:17 | 281:1,2 | 143:14 |
| 13:22 | containing | 233:4 | continue | 222:15 |
| 25:22 | 229:24 | 241:6 | 7:13 39:23 | 254:12 |
| 26:11 53:7 | contains | 254:9 | 84:3 | conveying |
| 53:8 82:25 | 99:8,10 | 273:13,22 | 122:12 | 221:13,16 |
| 191:13 | contempo... | 274:5,9,17 | 285:3 | convince |
| 226:22 | 290:16 | 285:13 | continued | 144:23 |
| 230:10 | content | 307:21 | 282:14 | coordinate |
| 267:20 | 43:24 | content-... | 284:25 | 276:21 |
| connects | 49:23,24 | 95:13 | 302:12 | coordinated |
| 136:13 | 60:6,10,16 | 129:7 | continuing | 39:1 92:23 |
| consensu... | 60:19,22 | 130:11 | 258:8 | 93:4,13 |
| 252:6 | 61:7 63:21 | 153:17 | 285:2 | 95:14 |
| conserva... | 64:16 65:9 | 266:14 | contractor | 168:4 |
| 149:20 | 67:8 70:12 | contents | 263:20 | Coordina... |
| consider | 70:18 | 193:22 | contrast | 284:13,17 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| coordina... | 85:20 87:6 | 158:22 | 288:16 | 258:2 |
| 187:21 | 87:15,18 | 159:18 | 290:18 | Counselor |
| 190:19 | 89:12 | 161:19 | 291:15 | 234:8 |
| 282:2 | 90:15 | 165:8 | 292:5 | counsels |
| copied | 95:21,22 | 170:19 | 293:5 | 46:15 |
| 197:19 | 95:23 | 171:11,23 | 298:25 | 47:16 |
| 303:8 | 98:17,24 | 177:14,15 | 299:3 | counter |
| copies 312:8 | 101:9 | 177:20 | 300:19,23 | 36:10 |
| copy 11:8,12 | 103:19 | 180:22 | 303:6,22 | 133:16 |
| 60:14 | 104:1 | 181:4,17 | 306:11 | 158:25 |
| 312:12 | 106:15,16 | 183:5 | 314:8,12 | countering |
| copying | 107:8,12 | 184:9 | corrections | 134:17 |
| 198:3 | 108:10,18 | 185:2,3 | 312:13 | 159:2 |
| correct | 109:4 | 198:16 | correspo... | counteri... |
| 11:16,19 | 113:4,4,6 | 204:4,5,7 | 4:15 5:8 | 234:24 |
| 11:20 | 113:16 | 204:11 | 288:17 | 235:13 |
| 12:17 17:9 | 114:11 | 214:7 | Coughlin | 238:1 |
| 17:24 | 115:8 | 216:15,16 | 194:2 | counterm... |
| 26:12 28:8 | 117:2 | 216:16 | Council | 17:7 |
| 29:7,12,13 | 119:16 | 217:7 | 162:2 | counterm... |
| 32:2 33:1 | 120:12 | 221:21,22 | 284:13,17 | 11:6 12:9 |
| 33:6,7,23 | 121:9 | 225:22 | counsel | 15:20,22 |
| 33:24 34:4 | 123:16 | 226:22 | 21:20 22:5 | 15:25 |
| 34:18 | 127:2,16 | 229:20 | 22:17 | 64:12 |
| 35:13,14 | 128:25 | 230:5,6 | 43:13,14 | counterpart |
| 36:2,3 | 129:9 | 232:17 | 45:13 77:1 | 45:24 |
| 37:15,16 | 130:2,9,18 | 240:1,17 | 94:16 | counterp... |
| 37:22,23 | 133:7,8,12 | 241:8,25 | 123:11,11 | 140:4 |
| 38:2,6,7 | 133:22 | 242:1,14 | 169:18 | counties |
| 39:21,22 | 134:3 | 243:12 | 180:4 | 50:13 |
| 40:9 41:4 | 136:17,24 | 244:1,8,9 | 187:18 | countries |
| 46:6 49:12 | 141:13 | 248:7 | 194:22 | 94:5,10,12 |
| 51:23 | 142:3,9,12 | 249:7 | 196:23 | 305:22,25 |
| 52:12 | 142:22 | 258:13,13 | 197:6 | country |
| 56:10 59:7 | 144:11,15 | 261:19,24 | 208:20 | 163:5 |
| 59:11,16 | 144:18,25 | 261:25 | 216:19 | county 6:7 |
| 59:21 | 145:12,25 | 263:2,6,7 | 237:15 | 16:24 |
| 63:10,13 | 146:15 | 263:12 | 239:15 | 50:14,14 |
| 64:13 65:2 | 147:15 | 264:23 | 241:11 | 50:19 |
| 66:1,25 | 148:1,10 | 267:17,18 | 258:16 | 283:1 |
| 69:15,18 | 148:15,16 | 267:22,23 | 287:23 | 310:4 |
| 70:7,20 | 149:3,12 | 272:13 | 310:18,19 | 314:2 |
| 71:18 72:8 | 149:17 | 273:14 | counsel's | county- |
| 72:13 | 150:20 | 274:9 | 65:23 87:1 | 172:15 |
| 75:16 80:9 | 151:12 | 277:24 | 241:18 | couple 41:11 |
| 80:14 | 155:9,10 | 278:9 | 257:3,12 | 78:24 84:7 |
| 81:10,19 | 156:4,8 | 280:19,20 | 257:14,15 | 132:22 |
| 81:24 | 157:24 | 283:22,23 | 257:17,19 | 217:19 |
| 84:13 | 158:14,18 | 285:1,25 | 257:22 | 290:6 |

**ELVIS CHAN  11/29/2022**

course 13:14
49:23
174:18
188:3
236:1,4,5
280:21
287:12
court 1:1
2:4 6:16
9:20 10:8
259:11
271:12
310:9
courtesy
58:2
Cove 3:10
coverage
229:22
covered 70:6
188:8,23
covers
282:19
covertly
77:17
cream 182:7
create 60:25
created
13:21 60:3
141:17
143:24
creating
70:10
credentials
235:6
crime 270:13
criminal 9:2
9:3 111:17
163:13,15
163:22
195:23
196:4
269:23
303:17
critical
276:23
284:8
cross-ve...
22:1
Crossfire

237:4,11
239:12
CRR 1:24
CSAC 284:7
CSR 1:24
310:9
culture
236:14
cumbersome
296:25
current
55:21 60:6
60:17
229:1
235:18,23
238:12
286:14
currently
41:20
109:7
238:10
299:6
cut 291:4
304:7
cyber 8:12
39:11,12
45:5,5
105:5,17
198:11,13
199:1
201:19
202:7
206:25
207:13
245:12
261:8
276:2,22
290:6
307:23
308:7
cybersec...
16:4,14,22
17:2 18:16
30:3 43:10
50:16
55:10
72:20
93:10
172:14

199:1
207:11
211:18,20
211:22
238:12,20
275:17
276:21
279:1,5
283:3
284:3
Cyberspace
159:6
cycle 26:19
39:20,24
41:7 42:18
54:14,22
64:22
87:13
101:17
109:11
134:1,2
141:16
143:23
147:18
148:12,14
148:15
162:5
172:20
176:9
202:13
226:21
241:6
273:18
299:21
cycles 64:25
78:13
87:17

_____

D

D 2:6
D.C 2:11,17
8:21 109:3
183:25
312:4
damage
236:20
238:4
damaged
116:5

dark 72:25
73:7
data 14:25
48:25 59:9
114:19
235:5
276:24
date 6:10
166:14
259:22,23
269:17,22
271:14
300:8,8
313:3
date's
300:10
dated 4:14
4:16,22,24
5:7,9
11:18
241:20
244:2
292:16
293:11,25
302:25
311:9
dates 156:22
284:4
285:17
day 6:4
45:17
165:4
167:25
168:15
217:20
230:15
262:24,24
269:10,12
291:20
297:2
301:16,19
307:16
314:13
day-to-day
24:23
days 182:21
243:11
244:7
245:2

301:23
312:18
daytime
162:22
DCCC 13:11
16:7
173:15
193:11
deal 290:4
dealing
251:1
290:5
deals 79:21
Dear 312:7
December
312:2
Decency
121:23
decide 274:1
299:9
decided
240:15
decision
233:4
282:20
decision...
49:17
decision...
90:8
decisions
153:17
declaration
4:20 217:1
217:15,22
228:2,9
declare
314:11
declassi...
112:6
160:4
declined
215:6
declining
89:15
189:2
deem 32:19
34:9,11
35:10
deemed 34:17

**ELVIS CHAN  11/29/2022**

98:11
190:6
274:14
DEF 275:10
275:12
defend 83:17
212:5
273:3
DEFENDANT
2:9
defendants
1:11 7:10
7:17
defendants'
4:17
169:16
defending
11:24 23:1
43:17
define 158:3
158:8
definitely
152:6
210:4
220:14
definition
61:24
degree 10:14
10:25
87:17
Dehmlow
109:5,21
175:18,21
176:16,21
178:13
180:21
181:14
184:16,25
185:3,10
186:18
207:22
213:18
214:18
215:3
216:15
221:24
251:14
254:14
281:5

309:4,10
Delaney
271:14,16
272:2
delay 297:3
delegation
123:8
deleted
232:16
delibera...
187:9
delibera...
121:17
188:7
delibera...
27:20
121:12,25
122:2,14
187:10
188:8,25
251:24
282:9,18
Delynn
197:25
Democratic
13:10,11
Democrats
266:21
department
2:10 3:4
7:8,15
24:11
134:15
136:4
138:24
139:14,20
139:22
140:4
163:21
217:7,24
263:10,13
263:14
278:18
312:3
Departme...
140:8
depending
71:21
190:2

265:16
269:8
depends
165:20
deploy 74:8
deployed
139:2
deponent
311:5
deposition
1:17 6:13
6:18 8:23
8:25 9:1
22:24 23:2
122:5
142:21
155:20
180:1
227:4
309:17
310:1,22
310:24
311:3
312:8
314:5,7,10
depositions
9:2,3
depress 79:5
deputy 200:8
200:23
201:18
234:23
describe
10:11 13:1
15:21
59:22
69:21,25
146:1
195:5
248:10
301:5
described
50:8 133:9
142:20
164:5
224:19
230:25
232:9
249:10

describes
247:4
describing
224:1
282:22
description
4:10 5:4
13:4
136:22
170:10
283:5
designed
63:17 79:5
145:19
149:19
desired
312:14
detail 86:11
278:7
280:5
291:12
detailed
128:22
130:16
details 88:5
88:6,9
111:10
166:21
232:5,19
detect 89:9
114:5
129:25
133:16
136:2,16
136:19,24
137:12
270:22
detected
87:8
162:24
detecting
92:19
detection
31:12 88:3
204:22
determine
14:2 33:15
163:1
217:10

236:21
253:3
262:15
267:3
268:10
296:3
determined
142:5
144:22
230:21
develop
88:12
developed
92:9
270:22
development
133:24
develops
72:21
device 19:11
19:12
devices
72:22
Devilotski
44:15
DHS 24:13
151:11
152:4
170:1
186:1
218:15
DHS's 170:23
278:10
DHS/Micr...
279:11
different
19:4,10
23:9 34:14
37:21,25
38:4 48:17
48:18 62:1
75:12 78:7
86:4 88:2
89:21
97:20
98:10
99:15,16
105:5,17
112:22

**ELVIS CHAN 11/29/2022**

| | | | | |
|---|---|---|---|---|
| 135:23,25 | direction | disclosure | discussed | 193:21 |
| 137:7 | 207:9,10 | 195:3 | 15:25 | 200:2 |
| 139:23 | directly | discord | 54:17 59:4 | 203:15 |
| 164:19,19 | 49:19 | 61:12 | 70:20 | 206:21 |
| 169:4 | 106:19 | 141:20 | 92:11 93:3 | 229:10 |
| 177:12 | 107:9 | discourse | 118:22,23 | 249:20 |
| 200:4 | 158:17 | 34:3 | 119:1,14 | 250:10 |
| 223:12 | 261:24 | discover | 119:16,18 | 251:19 |
| 251:6 | director | 31:12 | 135:22 | discussion |
| 269:18 | 24:13 | 32:23 | 152:14 | 7:11,22 |
| 278:22 | 46:24 | 146:24 | 153:24,25 | 21:12 |
| 285:16,17 | 48:12 | discovered | 154:8,10 | 82:23 83:2 |
| 306:22 | 124:2 | 27:10 31:8 | 154:15 | 105:11 |
| differen... | 152:8 | 199:10 | 156:9,21 | 121:1 |
| 299:22 | 234:24 | discredited | 160:10 | 128:14 |
| differently | 246:3 | 142:17 | 172:3,6,13 | 129:10,20 |
| 228:14 | 275:5 | discuss | 177:23 | 130:25 |
| 294:21 | 292:10 | 13:19 | 178:3,5 | 131:2 |
| 299:8,10 | 293:6 | 15:22 | 180:20 | 150:22 |
| 299:15,17 | director... | 90:16 | 181:15 | 184:19 |
| difficult | 44:18 | 91:23 | 182:10,17 | 187:24 |
| 9:20 | 123:10 | 92:18 | 188:2,13 | 256:21 |
| difficulty | DiResta | 121:19 | 202:7 | 282:12 |
| 82:24 | 51:21,24 | 135:19 | 206:23 | 292:12 |
| 141:9 | 51:25 | 141:11 | 207:18 | 297:11 |
| digital | 53:12 85:6 | 151:7 | 209:16 | 302:18 |
| 84:23 | 85:11 | 152:15 | 212:4,19 | 308:12 |
| direct 14:3 | disagree | 154:11,12 | 216:11 | 309:8,15 |
| 14:25 21:6 | 68:14 | 179:10,25 | 225:6,24 | discussions |
| 21:7 28:25 | disappear | 185:10 | 228:22 | 55:5,14 |
| 77:15 | 81:24 | 187:5,13 | 229:19 | 58:10 91:3 |
| 128:17 | 297:24 | 189:18 | 239:5,9 | 117:23 |
| 141:7 | disappears | 191:24 | 246:13 | 124:17 |
| 144:2 | 82:3,4,20 | 203:6,10 | 247:11 | 180:16 |
| 181:9 | 83:10 | 206:3 | 254:18 | 187:17,18 |
| 217:21 | disapproval | 208:16,17 | 255:6 | 187:20 |
| 227:7 | 62:22 | 209:6,15 | 267:14 | 188:3,12 |
| 246:3 | disclose | 210:13,16 | 277:10 | 226:3 |
| 293:7 | 21:7 | 211:14,18 | 279:22 | 233:9,10 |
| 297:5 | 200:20 | 226:7 | 282:16 | 247:15 |
| directed | 202:20 | 229:11 | 285:7 | 251:25 |
| 14:14 | disclosed | 240:2 | 290:11 | 252:2 |
| 15:11 52:6 | 20:20 | 251:15 | 291:11 | 255:1 |
| 52:8 | 21:10,14 | 280:23 | discusses | 282:10 |
| directing | 21:23,25 | 282:5 | 29:21 | 290:25 |
| 128:20 | disclosing | 283:5,7 | discussing | disinfor... |
| 143:17 | 97:13 | 285:11,11 | 91:15,20 | 11:4 45:3 |
| 146:17,18 | 111:10 | 286:8,23 | 154:3 | 45:9 46:13 |
| 158:19 | 121:16 | 294:14,19 | 191:12 | 46:21 |

**ELVIS CHAN 11/29/2022**

| | | | | |
|---|---|---|---|---|
| 47:20 | 306:24 | 194:21 | DOJ 163:12 | **E** |
| 48:23 52:7 | **disliked** | 195:22,25 | 164:5,24 | **E** 2:1,1 3:1 |
| 52:25 53:2 | 66:16,18 | 196:5 | 171:6 | 3:1 |
| 55:8 60:5 | **disliking** | 198:8,15 | 197:23 | **E-l-v-i-s** |
| 60:8 79:21 | 62:15 | 198:19 | 200:8,23 | 8:9 |
| 94:6 | 64:18 65:6 | 199:17 | 267:6 | **earlier** |
| 105:20 | 67:19,23 | 257:22 | 268:9 | 11:17 |
| 106:15,23 | **disseminate** | 258:4,10 | DOJ's 201:19 | 31:15 47:7 |
| 107:17 | 225:19 | **docket** | **domain** 30:6 | 59:2 68:22 |
| 108:23 | 255:21 | 194:16 | 51:4 | 80:22 84:8 |
| 141:20 | **dissemin...** | **document** | **domestic** | 86:4 89:18 |
| 153:25 | 127:1 | 11:7 28:20 | 111:14 | 89:23 |
| 154:4,8,9 | 223:3,11 | 59:20 | 138:4 | 96:21 |
| 154:18,20 | 225:5 | 103:20 | 161:17,24 | 99:17 |
| 154:22 | 298:18 | 104:21 | 162:4 | 112:10 |
| 156:9,12 | **dissemin...** | 196:18 | **Dorsey** | 115:5 |
| 156:15 | 256:17 | 216:24 | 116:25 | 122:20 |
| 159:2,17 | 296:18 | 218:10 | 131:24 | 128:1 |
| 159:20 | **distribu...** | 242:8 | **doubt** 228:11 | 136:14 |
| 161:17,17 | 232:6 | 256:4 | **download** | 142:21 |
| 161:23,24 | **District** 1:1 | 274:11 | 99:11 | 156:4 |
| 162:4,17 | 1:2 6:15 | 289:20 | **dozen** 16:12 | 171:22 |
| 163:2,5 | 6:16,19 | 291:21 | 62:8 | 173:25 |
| 167:17 | **diverse** | 292:7,14 | 110:18 | 180:17 |
| 168:17 | 158:6 | 292:19 | **dozens** | 214:11 |
| 201:17 | **division** 1:3 | 293:18,24 | 101:19 | 230:5 |
| 262:3,6,12 | 6:17 7:9 | 293:25 | **drafted** | 243:8 |
| 262:20 | 7:16 8:13 | 305:7,15 | 145:4 | 267:15 |
| 263:5,15 | 8:15 171:7 | 306:1,8,9 | **drive** 77:19 | 269:21 |
| 263:17 | 200:9 | **documented** | 78:1,22 | 283:13 |
| 264:22 | 207:1,12 | 289:13,16 | 229:25 | 284:25 |
| 265:1,2 | 207:13 | 290:21,24 | **driving** | 287:24 |
| 268:25 | 234:24 | 292:3 | 78:16 | 293:1 |
| 270:8,16 | 238:1 | **documents** | 208:15 | 306:18,20 |
| 273:10,13 | 303:17 | 194:8,14 | **Dublin** 45:25 | 308:14 |
| 273:19,21 | **divisive** | 243:19 | **due** 20:2 | **early** 89:19 |
| 274:20 | 61:16 | 247:6,12 | 150:8,13 | 237:8 |
| 275:21 | 63:20 | 247:20 | 205:9 | **earth** 191:16 |
| 277:5,7,9 | 72:11 | 256:9 | **duly** 310:7 | 293:15 |
| 279:11 | 73:24 74:6 | 305:4,5,6 | 310:15 | **easier** 51:16 |
| 283:9 | 74:7 | **doing** 35:23 | **dump** 172:8 | **Easterly** |
| 284:9 | **divulging** | 36:16 51:1 | **dumping** | 274:23,24 |
| 285:7,14 | 174:5 | 70:1 115:3 | 13:13 | 274:25 |
| 285:23 | **DNC** 16:7 | 119:2,5,7 | **Dunlap** 1:24 | 275:20 |
| 286:6,9,16 | 172:25 | 120:17 | 6:6,21 | **ECs** 290:14 |
| 305:16,18 | 173:16 | 157:1 | 310:6 | 290:15,19 |
| 305:19 | 178:11 | 172:9 | **duped** 142:7 | 291:13,22 |
| 308:8 | 193:1,11 | 244:11 | **DVDs** 298:7 | **educational** |
| **disinfor...** | 193:16 | 272:4,5 | 298:10 | 10:11 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **effect** 158:9 | election | 219:4,11 | 260:11,16 | 199:4 |
| 158:15 | 4:13 13:14 | 219:15 | **elections** | 290:14 |
| 173:13 | 16:11,24 | 220:1,7,19 | 11:4 12:5 | **elements** |
| 187:4 | 19:9 26:19 | 221:11 | 18:18 20:1 | 126:20 |
| 190:9 | 39:16,20 | 222:1,6 | 26:21 27:9 | 159:16 |
| 215:5 | 39:24 40:6 | 226:21 | 31:6 37:14 | **Elvis** 1:17 |
| 255:18 | 40:19,22 | 240:8,15 | 37:15 | 4:4,14,16 |
| 310:11 | 41:1,3,7,9 | 240:25 | 38:16,21 | 4:16,24 |
| **effective** | 42:18 | 241:6,25 | 40:3,7,8,9 | 5:7,9 6:14 |
| 64:5 88:17 | 54:14,22 | 243:11 | 40:11,13 | 7:21 8:1,9 |
| 88:21 92:1 | 56:14,16 | 244:8,19 | 40:15 | 20:24 62:3 |
| **effectively** | 56:20 57:2 | 245:2 | 41:24 | 113:11 |
| 29:9 35:17 | 57:9,14 | 251:16 | 45:18 | 114:4 |
| 36:1,5,13 | 64:22,25 | 256:16 | 46:16 50:6 | 269:16 |
| **effects** | 78:4,13 | 259:17 | 55:4,20 | 280:22 |
| 157:15,18 | 87:13,17 | 260:5 | 85:19 | 309:17 |
| 158:1,4 | 109:11 | 261:17 | 131:16 | 312:8 |
| **effort** 10:7 | 141:16 | 262:7,24 | 135:3 | 313:1 |
| 86:21 | 143:23 | 262:24 | 151:1 | 314:4,19 |
| 198:17 | 147:18 | 263:16 | 152:21 | **email** 4:15 |
| **efforts** 4:12 | 148:12 | 265:12 | 155:2 | 4:15 5:8,8 |
| 64:4,4 | 151:10 | 266:10,17 | 161:19,25 | 27:12 30:5 |
| 172:14,15 | 152:16 | 269:10,12 | 162:18 | 89:4 98:25 |
| **eight** 101:22 | 154:16,17 | 270:1,2,11 | 167:23 | 99:4,4,7 |
| 219:16 | 156:21 | 270:13 | 192:5 | 99:10,21 |
| 220:6 | 162:5,12 | 273:18 | 200:14 | 196:25 |
| 234:11 | 162:14,14 | 283:2 | 201:11,18 | 197:3,7,18 |
| **EIS-GCC** | 163:2 | 284:12,16 | 203:21 | 197:22 |
| 284:14,14 | 164:21,25 | 285:16 | 204:1 | 198:4 |
| **either** 25:17 | 167:18,20 | 286:10 | 205:14 | 199:3 |
| 26:5 44:17 | 167:22,25 | 288:19,21 | 208:24 | 200:7 |
| 53:25 60:4 | 168:15 | 289:7 | 220:15 | 241:10 |
| 60:19 | 170:22 | 293:13,14 | 229:2 | 242:20 |
| 78:15 98:7 | 171:18,19 | 294:7 | 244:15 | 258:15,20 |
| 103:10 | 172:1,16 | 295:3,4,6 | 245:14 | 259:10 |
| 118:24 | 172:20 | 295:11 | 246:15 | 271:2 |
| 119:6 | 173:9 | 296:21 | 253:7 | 282:2,4 |
| 120:24 | 192:11,14 | 299:23 | 255:20 | 291:3 |
| 136:19 | 192:21 | 301:20 | 257:25 | 292:21 |
| 180:23 | 199:21 | 306:14,17 | 262:21 | 293:11 |
| 191:21 | 200:2 | 307:3,6,6 | 272:3 | 294:4 |
| 194:5 | 201:8,23 | 307:11,14 | 288:14 | 296:22 |
| 239:9 | 202:12,15 | **election...** | 298:19,23 | 300:5 |
| 250:15 | 203:12,24 | 167:17 | 299:18,23 | 302:24 |
| 263:19 | 205:13 | 168:11 | 300:21 | 303:3,4,20 |
| 282:4 | 208:19 | 262:11 | 307:1,20 | 306:11 |
| 286:15 | 212:10 | 286:6 | **electronic** | **emailed** |
| 287:10 | 217:20 | **Election...** | 19:11 | 169:22 |
| 296:21 | 218:1 | 259:7 | 30:10 | 216:19 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 287:23 | encrypted | 107:16 | entire | estimation |
| **emails** 46:2 | 295:14 | 116:18 | 165:19 | 134:5 |
| 187:21 | **ended** 232:1 | 133:21 | 222:4 | 136:18 |
| 194:14 | **endorse** | 144:23 | **entitled** | 139:1,2 |
| 196:20 | 139:25 | **engaged** 52:3 | 22:4 170:4 | 228:21 |
| 197:11,19 | **endorsed** | 52:23 | 170:7,14 | **et** 1:6,9 |
| 229:24 | 139:24 | 135:3 | 278:4 | 259:6 |
| 287:25 | **Endowment** | 146:17 | **environment** | 312:5,6 |
| 288:2,5 | 142:5 | 150:25 | 61:13 | 313:2,2 |
| 289:13 | **energy** | 151:3,5,7 | **envisioned** | **European...** |
| **embassies** | 276:25 | 257:12 | 159:14 | 143:6 |
| 136:5,6 | **enforcement** | 272:17 | 160:2 | 145:24 |
| 139:6,7 | 20:19 | **engagement** | **equal** 110:24 | **Europeans** |
| **embed** 276:1 | 21:17,18 | 15:3,8,15 | **equip** 35:4 | 145:21 |
| **emceeing** | 23:15 | 18:7 61:19 | **equipped** | **evaluate** |
| 25:18 | 49:20 | 61:22,25 | 133:20 | 33:21 |
| 26:15 | 94:17 | 62:2,5,7,9 | **equivalent** | **event** 149:22 |
| **Emily** 44:15 | 97:11 | 62:13,16 | 63:1 | 194:19 |
| **employee** | 111:8,14 | 63:9,15 | **errata** | **events** |
| 74:6 | 137:21 | 64:24 65:4 | 312:10,14 | 125:21 |
| 151:24 | 138:4 | 65:5,8 | 312:17 | 229:1 |
| 233:19,20 | 174:2,5 | 71:3,6 | 313:1 | **eventually** |
| 263:19 | 188:10 | 78:16,22 | **erroneous** | 41:10 |
| 310:17,19 | 189:1 | 80:22 | 164:17 | 127:5 |
| **employees** | 193:20,25 | 81:10 | **especially** | **evidence** |
| 44:23 | 194:11 | 83:22 | 10:6 | 14:16 |
| 70:17 | 195:1,6,11 | 84:10 85:2 | 192:21 | 43:20 |
| 71:14 | 195:14 | 85:22 86:5 | 256:15 | 74:22 |
| 75:10 | 199:23 | 134:11,14 | **ESQ** 2:6,6,7 | 76:22 82:1 |
| 77:17 | 200:18 | 134:25 | 2:12,12,18 | 144:5 |
| 106:2 | 201:25 | 137:6 | 2:23 3:6 | 298:7 |
| 108:25 | 202:17 | 142:20 | 3:11 312:4 | **evolved** |
| 118:13 | 215:18 | 237:8 | **essentially** | 143:23 |
| 136:5 | 218:25 | 257:18 | 63:3 64:11 | **exact** 150:14 |
| 140:3 | 221:4,8,15 | **engagements** | 104:24 | 182:18 |
| 151:23 | 270:9 | 64:6 67:13 | 146:7 | 214:22 |
| 160:9 | 283:25 | **engaging** | 173:4 | 247:14 |
| 177:1 | 294:9 | 30:22 | 176:1,2 | 288:8 |
| 209:11 | **enforcing** | 126:24 | 232:1 | **exactly** |
| 233:11 | 43:23 | **engineering** | **establish** | 88:10 |
| 235:18,18 | 49:11 | 10:15 | 158:25 | 134:12 |
| **enclosed** | 90:25 91:1 | **enhance** | **established** | 141:14 |
| 312:8,9 | 153:16,17 | 77:19 | 134:14 | 171:16 |
| **encompass** | **engage** 61:7 | **ensure** 127:7 | **establis...** | 173:2 |
| 12:15 | 61:17 | 127:21 | 161:2 | 209:19 |
| **encouraging** | 63:20 | 152:20 | **estimate** | 222:13 |
| 261:21 | 70:11 | **entail** 60:9 | 100:18,19 | 232:9 |
| 262:9 | 72:12 | **entails** | 100:21,22 | 237:7 |
| 263:4 | 94:25 | 111:18 | 113:20,22 | 239:1 |

**ELVIS CHAN  11/29/2022**

248:13
307:4
**EXAMINATION**
4:1  8:6
308:13
examine
127:6,20
examined 8:4
12:3,5,8
310:14
example 10:1
13:9  19:6
31:3,18
60:12
65:13  67:6
67:10  68:1
80:5,13
82:21  83:8
88:11  89:1
93:11
100:18
112:10,10
113:24
264:2,9,11
264:19
265:7
269:4
276:24
277:1
285:15
286:10,12
examples
64:14  89:7
227:19
exception
25:3
exceptional
23:8
exchanged
46:1
exchanges
96:3
exclusively
100:9
Excuse
184:14
execute
252:4
294:11

executed
251:13
314:13
executive
111:24
121:13,13
executives
131:14
exercising
118:15
exert 132:24
exhibit 11:8
11:10  28:9
141:7
169:4,9,11
169:14,19
169:21
196:14,17
196:18
197:8
216:18,18
216:22
234:9
241:10,12
241:14,15
258:24,25
259:3,10
271:1,4
277:12,16
287:20,23
exhibits 4:8
5:1  258:16
exist 290:15
290:19
292:4
299:6
existing
60:6,22
71:17,19
75:11,13
195:19
196:1
exists 299:5
expanded
155:7
expect 23:9
172:18
expectation
221:9

226:6
expectat...
36:24
225:23
expected
163:18
201:22
219:1
220:17,21
222:25
223:9,14
224:9,23
226:24
227:2,4
301:12
Expedited
4:18
experience
74:13
79:20  95:6
95:17,18
113:4,5
114:19
125:6,25
131:23
134:22,24
151:4
168:2
203:16
268:13,14
experienced
118:14
Expires
314:23
explain
88:23
99:25
explanation
100:1
explored
122:8
expose 37:20
37:25  38:4
express
62:21
207:24
221:1
expressed
212:15

expressing
82:11,13
extends
121:12
extent 18:20
50:24
56:22
199:24
232:8
236:19
238:4
249:5
extract
86:18
199:2

_____
**F**
_____
F-a-r-e-e-d
58:14
F-a-r-i-d
58:14
F.2d 194:3
face 67:4
69:10
Facebook
12:8,18,19
17:23
23:25
41:25  44:3
44:12,23
45:2,11
49:9  54:9
54:10,20
55:6  60:14
60:15,25
62:18  63:2
66:4  74:2
76:4  80:15
80:18
81:24  85:9
85:21
86:16
91:11
102:12
110:23
112:19
118:11,12
118:12
119:10

123:20,22
123:25
124:1,4
125:18,18
128:11,21
130:15
131:12
134:8
147:10,13
147:17,24
148:20
151:10
152:17
210:22
211:3
213:14,15
214:4,17
216:2,14
233:22
234:1
241:5
242:14
246:14,18
246:22
248:18
252:21
253:15,15
253:19
254:22
255:13
280:2,11
286:2,5
308:17
faced 131:12
facilitator
24:10
26:21,22
fact 11:8
15:2  35:15
145:23
148:11
151:4
164:11
195:9
203:3
208:8
217:17
226:2
232:5

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 237:24 | 70:4,10 | 57:16,20 | 183:2 | 257:4,9 |
| 241:23 | 71:25 72:5 | 58:1,21 | 185:12 | 259:7 |
| 247:23 | 73:25 | 79:20 97:7 | 186:10 | 260:11,15 |
| 256:3 | 74:11 95:2 | 98:12 99:2 | 187:1,20 | 261:9 |
| 285:5 | 144:1 | 99:11 | 187:24 | 263:19,20 |
| 305:2 | 251:7,9 | 105:22 | 189:17 | 266:11,12 |
| **factor** 132:9 | **fall** 41:11 | 106:21 | 190:5 | 267:4,5,5 |
| **factors** | **falls** 282:8 | 108:21,24 | 192:3,9 | 267:7,9,11 |
| 88:13 | **false** 163:23 | 109:22 | 197:25 | 267:13 |
| 157:14 | 270:10 | 110:6,6,25 | 198:11 | 268:8 |
| **facts** 43:19 | **familiar** | 111:13 | 200:3,6,24 | 272:4,5,16 |
| 74:22 | 18:8 56:11 | 119:23 | 201:5 | 273:24 |
| 76:22 82:1 | 67:21 | 120:2 | 206:21 | 276:1 |
| 144:4 | 111:16 | 131:6 | 207:1,6 | 280:14,22 |
| 175:2 | 112:22 | 138:13 | 208:19,22 | 280:25 |
| **fair** 30:15 | 169:23 | 139:9 | 209:11 | 281:8,10 |
| 33:10 | 210:6,8 | 142:23 | 211:13 | 281:22 |
| 41:12 | 216:21 | 143:1 | 212:23 | 283:7,21 |
| 49:21 | 232:5 | 144:8 | 213:16,19 | 285:19 |
| 52:11 | 236:9 | 146:12 | 214:5,23 | 286:19,21 |
| 62:13,14 | 256:22 | 147:24 | 215:5,6,11 | 287:9,9 |
| 62:16 63:3 | 295:13 | 148:6,7,9 | 215:14 | 289:18 |
| 64:7,19 | **fan** 275:6,7 | 148:23 | 217:25 | 290:13 |
| 66:5,9,16 | **far** 171:18 | 149:24 | 218:16 | 291:23 |
| 68:15 | 174:1 | 150:9 | 221:9,14 | 294:10 |
| 73:15 74:2 | **Farid** 58:11 | 151:11,15 | 221:16,19 | 295:20 |
| 75:15 | **farms** 31:13 | 151:20 | 224:14 | 296:16,17 |
| 85:23 | 31:19 | 154:4,11 | 227:6,21 | 296:20,21 |
| 101:3,4 | **fashion** | 156:24 | 231:17,21 | 297:6,12 |
| 102:13 | 296:24 | 159:11 | 232:23 | 297:14 |
| 104:8 | **fast** 10:6 | 162:12,16 | 233:1,11 | 298:2,9,12 |
| 114:10 | **FBI** 8:15,16 | 162:20 | 233:18,20 | 298:15,18 |
| 115:6 | 16:1 17:19 | 165:2,3,5 | 233:24 | 299:19 |
| 132:4 | 17:22 | 168:9,13 | 234:1 | 300:21,25 |
| 150:2 | 24:15,18 | 168:16,21 | 236:14 | 301:2,2,5 |
| 191:7 | 24:22,22 | 169:1 | 237:14 | 301:7,15 |
| 197:21 | 25:4 29:19 | 172:9,10 | 238:8 | 301:15,17 |
| 220:1 | 30:21 | 172:23,24 | 243:8,16 | 302:12 |
| 227:2 | 31:24 32:4 | 175:15 | 244:5,10 | 303:10 |
| 249:1,2 | 32:13,16 | 176:22 | 244:11,14 | 308:25 |
| 255:11 | 34:8,12,17 | 177:8,9,18 | 245:8,12 | 309:6 |
| 260:24 | 35:2,22 | 178:7,10 | 245:16,23 | **FBI's** 24:16 |
| **fairly** | 36:22 | 178:12,17 | 246:22 | 34:1,15 |
| 142:20 | 39:14 | 179:7,14 | 250:1,3,11 | 100:1 |
| **fake** 13:20 | 50:12 | 180:18 | 250:23 | 164:25 |
| 13:23 14:4 | 52:10 53:8 | 181:4,5,9 | 251:6,20 | 170:24 |
| 14:13,19 | 53:10 | 181:13 | 251:20,25 | 263:8 |
| 15:4,15,17 | 54:12 | 182:8,13 | 254:13 | 295:17 |
| 32:23 60:3 | 57:12,13 | 182:15 | 255:12,17 | **FBI-led** |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 177:24 | 24:22 39:8 | 264:10 | 163:22 | 300:17 |
| **FBI.gov** | 39:11 53:9 | **files** 21:18 | 181:12 | 301:5 |
| 262:25 | 53:11 58:2 | 99:11,12 | 183:17 | **FITF's** 36:4 |
| 263:6,8,16 | 98:11 | 193:22 | 184:4 | 36:10 |
| 265:3 | 104:22 | 194:1 | 194:12 | **FITF-Global** |
| 266:19 | 105:1 | **filing** | 195:19 | 303:24 |
| 268:5 | 107:5,13 | 312:19 | 197:7 | **FITF-org...** |
| **featured** | 107:18 | **financial** | 209:24 | 181:9 |
| 161:18,25 | 108:16,20 | 115:12 | 210:4 | 253:19 |
| **Fed** 310:11 | 110:11,12 | **financially** | 219:22 | **five** 97:18 |
| 310:15,20 | 110:14 | 310:20 | 230:8 | 98:21 |
| 311:1,7 | 162:16 | **find** 60:16 | 231:22 | 100:23 |
| **federal** 7:9 | 163:8,9,10 | 72:11 | 275:2 | 101:8 |
| 7:16 8:13 | 163:17 | 73:23 74:6 | 277:17,25 | 123:14 |
| 16:25 | 164:20 | 86:10 | 278:2 | 148:12,13 |
| 17:16 18:1 | 168:13,13 | 103:12 | 288:18 | 175:6 |
| 18:6,11 | 177:9,10 | 108:12 | 310:15 | 305:4,5 |
| 57:7,10 | 181:4 | 113:25 | **first-order** | **fizzled** 64:7 |
| 80:9 | 201:1 | 138:3 | 157:18 | **flag** 22:25 |
| 111:15 | 259:17,20 | 199:7 | 158:1,3,8 | 90:4 |
| 152:18,19 | 261:12 | 204:23 | 158:15 | 113:18 |
| 216:6 | 264:15,17 | 254:23 | **FITF** 24:17 | 136:20 |
| 218:25 | 265:16,19 | 312:8 | 36:9 44:6 | 146:16 |
| 220:16 | 266:6,23 | **finding** | 109:3,6,8 | 164:22 |
| 221:4,8,15 | 266:25 | 214:11 | 109:16 | 286:11 |
| 221:23 | 269:15 | **finds** 29:4 | 151:22,24 | 306:24 |
| 233:3,9,17 | **Fifth** 194:3 | 72:22 | 162:8 | 307:19,21 |
| 263:13 | **Fighting** | **fine** 23:11 | 177:24 | **flagged** 90:7 |
| 269:25 | 4:11 11:3 | 95:25 | 181:3 | 90:12 |
| 270:2 | **figure** 66:22 | **fine-tune** | 182:13 | 100:20 |
| 280:15 | 79:1,1,9 | 103:21 | 183:24 | 101:16 |
| 285:10 | 80:6,13,15 | **finished** | 184:23,25 | 114:10 |
| 286:20 | 81:13 | 194:13 | 185:1,2,21 | 144:9 |
| **feedback** | 90:17 | **FIRM** 2:21 | 187:5,17 | 146:12 |
| 7:12 | 149:13 | **first** 4:15 | 189:25 | 147:24 |
| 113:14 | 235:22 | 4:18 5:8 | 190:17,19 | 148:9 |
| 274:21 | 264:15 | 8:25 9:1,7 | 190:24 | 163:16 |
| **feeds** 84:4 | 265:16 | 11:15 13:7 | 204:9 | 166:9,23 |
| **feel** 73:9 | **file** 30:6,10 | 19:17 | 207:17,18 | 190:18 |
| 226:25 | 30:10 99:1 | 29:20 | 213:11 | 191:3 |
| **feels** 210:8 | 259:7 | 39:18 | 216:13 | 211:7 |
| 227:1 | 289:19 | 53:20 70:3 | 223:19 | 222:2 |
| **felt** 116:5 | 292:2,3 | 120:4 | 253:15 | 228:25 |
| 118:2 | 295:17 | 122:6,10 | 281:4 | 229:4,7 |
| 120:7 | 300:11 | 128:15 | 287:10,11 | 265:10 |
| 122:22 | 302:14,23 | 132:15 | 289:25 | 307:3,5,14 |
| 291:16 | **filed** 6:15 | 136:12 | 291:13 | **flagging** |
| **fend** 50:19 | 194:16,18 | 139:4,11 | 293:2 | 101:3,24 |
| **field** 16:8 | 196:21 | 148:4 | 297:19 | 159:22 |

ELVIS CHAN 11/29/2022

floating
  69:8 82:6
  82:6
focal 159:1
focus 13:16
  17:19 29:3
  34:23
  59:14
  94:12
  104:16,19
  161:16,23
focused 16:3
  134:17
  138:5
  154:3,4
  185:25
  211:22
  238:11
focuses
  17:21
  59:20
Focusing
  105:20
folks 293:13
  303:5,23
  306:12
follow 103:7
  104:3
  163:18
  165:16
  269:15
  279:12
follow-up
  17:4
  250:18
followers
  74:8,11,12
  74:14
following
  38:11
  51:10
  108:12
  181:21
  242:9
follows 8:5
footnote
  77:23
  80:11
  127:10,25

152:25
159:5
footnoted
  65:22
footnotes
  129:5
force 24:16
  38:23 39:7
  110:8
  127:5
  170:24
  184:22
  207:2
  250:16
  276:2
  303:14
  309:1
  310:11
forced
  127:19
foregoing
  310:23,24
  314:5,12
foreign
  24:16
  38:23 39:6
  39:9 46:13
  47:19
  48:23
  110:7
  111:23
  129:3
  131:4
  133:7
  134:17,20
  134:22
  136:2,17
  138:5
  140:5
  161:2,3
  163:3
  170:24
  184:21
  187:3
  207:1
  219:9,24
  225:4
  242:4
  243:21

247:8
250:16
256:1,2,9
273:10,18
290:3,12
290:25
296:1
303:13
306:25
308:9
309:1
foreign-...
  143:15
foreign-...
  138:25
foreign-...
  36:11
foreign-...
  133:17
  270:23,25
foreign-...
  98:16
  99:13
foreign-...
  113:1
foreign-...
  42:16 51:1
foreigners
  145:16
foreshad...
  71:14
forgot 171:6
form 61:21
  63:8 160:6
  314:6
formation
  16:22
former
  235:23
forms 63:14
  65:4
forth 134:8
  156:2
  272:24
forthcoming
  192:23
  291:17
forward
  28:21 41:7

197:24
199:6
264:16
found 62:4
  85:12,14
  89:22
  147:3
  214:13
  229:25
foundation
  18:3,14
  24:2 30:16
  30:24
  32:15
  33:11 34:5
  34:19 35:6
  36:7,19
  42:7
  114:16
  117:11
  133:13
  138:20
  153:21
  155:7
  171:15
  172:21
  212:25
  213:23
  233:7
four 97:4
  101:13
  107:20
  147:22
  148:8,14
  150:6
  173:24
  184:5
  207:20
  210:24
frame 19:21
  60:18
  89:20
  120:6
  130:12
  192:15
  205:23
  237:4,9
  307:17
framed

224:12
255:14,16
255:17
Framework
  126:20
framing
  247:14
Francisco
  6:7,20
  8:12,15,18
  24:18
  105:1
  106:18
  107:3,5,13
  107:18
  108:20
  119:23
  128:4
  135:4
  165:2,4,5
  168:9,16
  168:21
  177:2,9
  181:5
  198:12
  201:5
  267:9,13
  268:10,13
  268:15
  276:2
  287:10
  296:17,21
  298:12
  301:3,17
  310:4
Francisco's
  25:4 50:13
  58:1
  162:12,20
  169:1
  272:16
frankly
  94:23
fraud 268:17
free 126:19
  126:23
freelance
  142:1,6
  145:8

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **freely** | 287:2 | 283:15 | 232:4 | 71:12 |
| 120:22 | 308:10 | 287:3,3 | 239:22,23 | 72:10 |
| 127:1 | 309:14 | 291:2 | 295:19,20 | 73:23  76:7 |
| **frequency** | **fusion** 159:1 | 296:9 | **Ghana** 31:14 | 76:19  80:3 |
| 18:8 | **future** 127:8 | 298:1 | **Giannini** | 83:5  87:2 |
| **frequent** | 127:21 | 299:23 | 181:22,24 | 96:11 |
| 166:21 | 195:7,7 | 301:14 | 183:16 | 106:5 |
| 269:7 | ——————— | 307:22,22 | 184:20 | 127:3 |
| 288:25 | **G** | **General's** | 185:1,6 | 130:14 |
| **frequently** | **G-i-a-n-...** | 2:4  7:3 | 207:23 | 131:11,25 |
| 50:12 | 182:2 | **generali...** | 254:15 | 140:10 |
| 57:18 | **Garcia** | 111:10 | 281:5 | 142:4 |
| 95:15 | 276:15 | **generality** | **give** 21:24 | 152:22 |
| 101:12 | **gather** 70:11 | 121:16 | 34:16 | 155:4 |
| 109:16 | 111:25 | **generally** | 60:11 | 159:12 |
| 110:16 | 112:3 | 11:21  13:8 | 65:12 | 167:4 |
| 178:4 | **gearing** | 15:21  18:6 | 96:21  97:7 | 169:20 |
| 210:25 | 171:25 | 19:2  55:9 | 108:3 | 176:5 |
| 244:12 | **GEC** 134:16 | 56:15 | 179:2,20 | 180:8 |
| 271:24 | **GEC's** 138:15 | 69:21 | 179:24 | 234:13 |
| **Friday** | **general** 15:6 | 87:11 | 180:2 | 244:3 |
| 162:14 | 15:18 | 94:22 | 241:10 | 258:23 |
| 167:22 | 30:20 | 97:15 | 259:16,18 | 261:2,16 |
| 301:17 | 56:20 | 121:22 | 265:6 | 261:23 |
| **front** 28:10 | 61:11  65:8 | 170:8 | 277:1 | 262:1,23 |
| 51:15 | 72:17  90:3 | 190:19 | 303:1 | 272:19 |
| 81:15 | 95:12 | 232:4,5 | **given** 8:23 | 287:13 |
| 116:23 | 97:17 | 235:15 | 9:3  53:22 | 288:24 |
| 117:1 | 100:4 | 253:22 | 150:2 | 294:20 |
| 128:2 | 102:3 | 280:1 | 202:1 | 295:1 |
| 131:25 | 121:20 | 287:2 | 243:16 | 300:3 |
| **frontline** | 140:6 | 289:8 | 245:17 | 301:10 |
| 257:8 | 157:4 | **generate** | 246:7 | 304:14 |
| **full** 100:17 | 187:19 | 60:8,19 | 291:7 | **goal** 36:4,10 |
| 101:2 | 188:12 | 75:1 | 311:1 | 61:4,14 |
| 135:8 | 192:20 | **generated** | **giving** 35:1 | **goals** 86:24 |
| 183:22 | 195:13,16 | 60:4  70:17 | 53:25 | **goes** 32:9 |
| 310:10 | 201:3 | 72:17  73:6 | 271:19 | 220:25 |
| **function** | 202:8 | 73:10 | **Glen** 3:10,10 | 222:23 |
| 43:10 | 204:18 | 74:19,24 | **global** | 225:23 |
| 62:21 | 207:6 | 75:9,24 | 134:11,14 | 229:21 |
| **function...** | 212:13 | **generating** | 134:25 | 231:25 |
| 298:3 | 217:11 | 95:2,2 | 137:6 | 259:7 |
| **functions** | 237:15 | **gentleman** | 303:14 | **going** 21:20 |
| 202:1 | 238:20 | 303:8 | 305:19,21 | 28:14  37:1 |
| **funded** 276:8 | 239:15 | **getting** 64:5 | **go** 9:5  15:4 | 37:3  38:8 |
| **further** 68:8 | 248:12,14 | 113:13 | 22:8,19 | 38:11  41:2 |
| 199:12 | 254:18 | 190:3 | 28:21  31:1 | 41:6  51:7 |
| 250:23 | 282:14 | 197:1 | 31:2  52:16 | 51:12  67:1 |

ELVIS CHAN  11/29/2022

84:3 94:18
97:10
120:10
121:11,24
126:2,5
140:7
157:6
169:3
178:24
180:2
188:23
189:15
190:10
193:19,24
194:19
196:12
200:17
201:3
202:16
203:8
216:17
217:21
225:8
235:16
241:9
242:7
248:2
258:15,23
259:8
260:7,11
260:16,19
261:4,5
271:1
272:1
276:9
277:12,20
282:21
287:22
293:9
299:24
**good** 6:9
48:8 77:7
211:19
272:8
295:23,24
**Google** 12:7
12:11,14
17:23
23:25

41:25
46:19,20
47:4 49:9
118:11,12
118:13
119:11
123:20,22
125:5,11
131:13
152:24
210:23
286:2,4
**Google/Y...**
110:23
**government**
4:12 11:5
15:20,22
15:24 17:7
21:10,14
22:2 23:16
23:18 24:7
29:9,18,25
35:17,21
37:19
61:11 80:9
111:15
121:14
122:4
150:25
151:2
152:18,19
155:6
156:17
158:24
159:15
161:9
170:9,21
176:7
191:20,23
191:23
211:9,12
216:7
218:12
222:4
233:4,17
235:17,18
235:19,23
236:23
278:22

284:13,17
**governme...**
12:9 37:9
37:12
269:24
**governments**
219:9
**grade** 109:25
177:1
**graduate**
10:18
**graduated**
10:13,16
**grand** 147:12
16:25
172:14
**graphic** 67:2
**Graphika**
14:24
144:21
145:2,6
**Great** 242:23
**ground** 9:6
136:6
**grounds**
121:25
122:14
163:25
188:24
193:20
199:23
201:24
202:17
**group** 18:24
19:13
23:22 26:9
27:15
44:12
45:16
46:24
47:21
48:12
155:15
190:11
254:12
277:11
284:18,21
287:5

291:18
**groups** 209:2
**GS-10** 110:1
**GS-14** 106:13
151:17
177:1
**GS-14-level**
106:2
**GS-14s**
107:10
108:16
109:25
**GS-15** 109:24
152:2
**guess** 29:2
50:7
171:21
297:21
305:17
**guessing**
9:14
**guidance**
50:17
298:2
**Gurzhiy** 6:22
**guy** 303:25
**guys** 23:3
94:20
113:14
254:21

───────────
**H**
───────────
**H-a-n-i**
58:13
**hack** 13:10
172:8
178:11
193:10,16
195:25
196:5,7,9
198:8,19
199:17
206:12
225:10,13
225:18
235:1,2,3
235:4
239:9,18
240:5

243:10
257:22
258:4,10
**hack-and...**
13:8 16:3
39:15 59:5
172:3,9,19
173:1,6,12
173:15
174:25
175:1,11
175:16,19
176:11
177:22
178:3,20
187:3
189:5
208:10
210:17
211:15
307:25
**hack-and...**
178:6
**hack-and...**
172:4,19
180:19
181:6,15
182:9,16
185:11
186:6,16
187:2
188:5
189:19
190:7,12
191:1,13
191:17,24
192:4,6,8
192:11,18
192:20,23
193:1
194:21
199:20
200:16
201:22
202:15
203:11,20
203:23,25
204:16,20
205:3,16

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 205:20 | 208:12 | 268:4 | 186:12 | 23:15 |
| 206:22,24 | **hacking** | 276:5 | 217:4 | 152:17 |
| 207:8 | 13:12 | **happened** | 278:13 | 162:13 |
| 208:1,6,18 | 43:17 | 18:1 19:25 | 308:4 | **help** 27:15 |
| 208:23,24 | 50:20 | 97:3 101:8 | **head-shakes** | 88:24 |
| 209:4,21 | 55:13,13 | 117:3,3,4 | 9:24 | **helpful** 22:6 |
| 211:5,10 | 212:5 | 117:5 | **heading** | 31:5 |
| 211:15 | 223:1,3,15 | 173:22,24 | 279:17 | **helps** 103:21 |
| 212:9 | 225:4 | 174:9 | 302:19 | **herder** 72:21 |
| 219:1,10 | 230:24 | 194:10 | **headquarter** | **hereto** 311:7 |
| 219:20,25 | 238:19 | 229:14 | 267:12 | **Hey** 62:3 |
| 220:18,22 | 240:2 | 248:21 | **headquar...** | 103:15 |
| 220:24 | 250:12 | 253:11,12 | 24:25 25:3 | 104:4 |
| 221:10 | 258:12 | 253:12 | 25:5,6 | 131:7 |
| 222:16,18 | 273:2,3 | 266:16 | 169:1 | 214:19 |
| 225:24 | 290:25 | 272:12 | **headquar...** | 227:17 |
| 226:4,8,18 | **hacks** 59:13 | 275:11 | 8:20 38:15 | 247:17 |
| 227:10,10 | 223:20 | 299:21 | 57:17,20 | 252:17 |
| 228:7,17 | 224:9,11 | **happening** | 58:21 | 266:20 |
| 228:24 | 224:15 | 171:17 | 98:12 | **high** 2:5 |
| 229:17 | 238:21 | 229:1 | 162:17 | 32:22 |
| 239:6 | **half** 19:18 | 282:3 | 164:25 | 59:22 64:5 |
| 244:6,18 | 19:20 | **happens** | 168:14 | 64:10,10 |
| 245:1,9 | 28:22 | 76:25 82:3 | 198:23 | 66:3 80:21 |
| 246:19 | 225:1 | 82:12,17 | 267:4,5 | 80:24 |
| 247:18 | **Hammell** | 83:8,11,25 | 268:8 | 83:22,23 |
| 248:24 | 197:25 | 84:5 87:7 | 298:3 | 84:9 |
| 251:16,21 | **hand** 258:1 | 97:17 | 301:6,15 | 110:18 |
| 255:19 | **handle** 248:3 | 98:18 | 303:18 | 112:25 |
| 256:15 | 248:6,16 | 103:17,19 | **heads** 10:3 | 113:3 |
| 282:5,6 | 264:20 | 263:15 | 306:12 | 160:11 |
| **hacked** 176:7 | 265:23 | 304:5 | **heads-up** | 243:18 |
| 198:15 | 270:24 | **happy** 169:4 | 99:4 108:3 | 245:19 |
| 204:23 | **handles** | **hard** 229:25 | **hear** 23:11 | 247:5 |
| 205:8,25 | 305:21 | **harder** 78:12 | 24:17 83:3 | 255:10 |
| 211:21 | **handling** | **harm** 297:3 | 95:24,25 | **high-level** |
| 215:16 | 248:12 | **Harold** 47:12 | 128:7,18 | 30:12,20 |
| 225:14 | **Hang** 169:10 | **hash** 30:6,9 | 169:5 | 62:9,13 |
| 248:1,6 | **Hany** 58:11 | 30:10 | 270:7 | **higher** 15:14 |
| 249:13,23 | **happen** 19:3 | **Hat** 275:10 | **heard** 120:3 | 71:6 90:8 |
| 250:25 | 42:19 78:7 | 275:12 | 207:2,3 | 110:24 |
| 251:11 | 97:7,16 | **hate** 264:3 | 279:4,6 | 128:20 |
| 252:18,22 | 101:11 | **head** 45:17 | **hearing** | 134:4 |
| 252:25 | 127:7,21 | 47:21 | 82:25 | 146:1 |
| 253:2,4,24 | 160:14 | 48:24 | 95:25 | 160:11 |
| 254:23 | 171:12,14 | 53:23 54:2 | 141:9 | 263:22,22 |
| 255:22 | 173:22 | 109:5,7,15 | **hearings** | 263:25 |
| 256:17 | 192:18 | 110:15 | 125:24,25 | **highest-...** |
| **hackers** 59:8 | 225:11 | 166:11 | **held** 6:18 | 109:22 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| highlight | host 24:9 | Hunter | idea 66:17 | illegal |
| 19:3,8,9 | hosted 39:4 | 212:24 | 77:25 | 93:14 |
| 240:17 | 151:10 | 213:6,8,9 | 148:20 | illustra... |
| 242:15 | 218:12 | 213:17 | 215:20 | 31:4 |
| 274:15 | 246:14,17 | 214:6,24 | 250:3 | image 80:19 |
| 286:14 | 246:24 | 215:12,22 | 267:19 | images 75:3 |
| highlighted | hosting 26:7 | 215:25 | 279:13 | impact |
| 37:10 | hot 164:14 | 216:5,11 | 284:10 | 240:12,20 |
| 51:22 | 293:14,15 | 227:11,25 | 304:2,4,11 | 240:21 |
| 55:24 | 294:7,10 | 228:7,17 | 305:13 | impacted |
| 75:12 | 294:17,22 | 228:22 | identical | 120:25 |
| 161:20 | 295:4,5 | 229:4,10 | 279:21 | impactful |
| 295:24 | hot-button | 229:17 | identifi... | 201:4 |
| highligh... | 60:17,24 | 230:1,9,16 | 11:11 | impede 36:5 |
| 29:2 | 227:23 | 230:17 | 169:12 | impeded |
| 141:24 | 229:13 | 232:7,24 | 196:15 | 29:10 |
| 260:14 | hour 6:4 | 233:5,24 | 216:23 | 35:18 |
| 292:20 | 77:3 110:4 | 234:2 | 241:13 | impeding |
| 295:23 | 234:11 | 243:25 | 259:1 | 36:1,13 |
| highly 64:5 | hours 301:16 | 252:14 | 271:5 | impending |
| Hillary 67:3 | 307:10 | 253:8 | 287:21 | 192:24 |
| 69:9 | house 44:14 | 308:15,23 | identified | impetus |
| hire 141:25 | 79:24 | 309:11 | 78:25 | 205:15 |
| 276:8 | 116:11,15 | Huntley | 81:22 | implicate |
| hired 143:24 | 117:24 | 46:25 47:2 | 100:14 | 199:25 |
| 145:8 | housed | 47:3 125:9 | 113:15 | implicates |
| hiring 276:9 | 161:13 | hurdles | 143:15,19 | 27:20 |
| history | 291:23 | 254:8,11 | 273:19 | 111:7 |
| 235:5 | Howard 77:24 | Hurricane | 277:24 | important |
| hit 64:8 | HPSCI 80:11 | 237:4,11 | 292:9 | 37:18 |
| hoc 44:20 | 116:2,9,9 | 239:12 | identifies | improve 17:1 |
| HOFT 2:20 | 116:11 | hypothet... | 32:13 | improvement |
| hold 7:13 | 118:8 | 76:9,21 | 76:15 96:5 | 294:15 |
| holder | 119:6,8,17 | 250:7 | 99:13 | in-person |
| 265:17 | 127:10,12 | 252:8,11 | 265:21 | 20:7 236:7 |
| 310:8 | huh 269:13 | 265:6,20 | identify | inaccurate |
| homeland | huh-uhs 9:25 | 268:3,20 | 98:15,15 | 261:22 |
| 10:17 | human 45:14 | hypothet... | 158:16 | inapplic... |
| 24:11 | 71:25 72:6 | 250:2 | 273:11 | 21:19 |
| 217:25 | 74:5 85:16 | 251:2 | identifying | inauthentic |
| 278:18 | 87:22 | | 96:25 | 34:2,18,22 |
| honest 69:5 | 89:24,25 | ———— I ———— | identities | 90:13 |
| honestly | 90:10,25 | I&A 24:12,13 | 86:22 | 92:24 |
| 149:21 | 91:8,14,19 | 278:13,15 | 178:25 | 93:21,22 |
| 240:11 | hundreds | 278:16,24 | 179:6 | 93:23 95:2 |
| 268:21 | 64:16 | 281:24 | identity | 95:14 |
| 299:13 | 93:12 | i.e 71:15 | 292:9 | 111:5 |
| hopefully | 101:5,7,18 | ice 182:7 | IIFA/FAR... | 112:16 |
| 126:6 | 112:12 | iCloud 42:17 | 251:8 | 126:25 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 129:25 | 145:4 | 84:25 | 207:19,20 | influence |
| 136:17 | 152:24 | 118:1 | 210:20,25 | 4:13 13:16 |
| 137:12 | 156:11 | 122:22 | 211:24 | 13:19 |
| 138:18 | 170:22 | indicates | 212:2,4 | 24:16 |
| 146:7 | 254:4,13 | 66:2 80:17 | 222:25 | 29:10 |
| 157:19,21 | 280:1 | 85:7 243:3 | 223:9,14 | 30:22 |
| 158:21 | includes | indicating | 223:16,19 | 35:18 36:1 |
| 159:22 | 18:24 | 87:3 | 258:9 | 36:5,13 |
| 160:19 | 49:23 | indicators | 277:6 | 37:13 |
| incentive | 50:13 96:5 | 30:2,4 | 281:4 | 38:23 39:6 |
| 115:12 | 96:24 | 42:14 | Indraneel | 39:10 |
| incident | 109:2 | 50:21 51:3 | 2:12 7:7 | 46:13 |
| 101:16 | 142:6 | 99:15,17 | 7:14 37:3 | 47:19 |
| 216:12 | 157:22 | 99:17,22 | 38:10 51:9 | 48:23 59:3 |
| include | 204:6,9 | 99:24 | 58:25 | 59:18,23 |
| 12:19,21 | including | 100:3,14 | 84:18 | 63:15 |
| 12:22 14:7 | 61:6 133:4 | 100:19 | 242:8 | 70:22 |
| 30:4 36:12 | 134:22 | 101:2,16 | 258:17 | 110:7 |
| 36:16 | 142:1 | 101:24 | 271:2 | 126:16 |
| 47:12 | 145:9 | 199:2,3 | 299:25 | 129:3 |
| 57:12 | 188:10 | 306:13,19 | 312:4 | 131:4 |
| 71:22 | 195:7 | indicia | indranee... | 133:7 |
| 79:23 | 223:4 | 199:4,7 | 2:13 | 134:20,23 |
| 118:10 | 225:5,15 | 306:22 | induced | 136:3 |
| 123:9 | 307:7 | indicted | 145:10 | 157:16 |
| 130:20 | incomplete | 196:2,11 | industry | 158:2 |
| 135:25 | 268:2 | individual | 18:24 | 161:2,4 |
| 140:3 | incorrect | 84:4 | 19:13 26:9 | 170:24 |
| 146:23 | 17:11 | 200:20 | 27:8,15 | 184:22 |
| 155:3,7 | increase | 204:10 | 30:4 72:20 | 207:2 |
| 156:22 | 40:3 | 209:24 | 155:15,20 | 242:5 |
| 157:18 | 288:21 | 211:19 | 156:3,10 | 250:16 |
| 159:21 | Increased | 216:3 | 170:10 | 256:2 |
| 164:16 | 288:19 | 276:14,16 | 172:18 | 290:3,12 |
| 165:17 | increases | 303:21 | 217:25 | 296:2 |
| 175:18 | 115:13 | individuals | 220:11 | 303:13 |
| 181:5 | independ... | 25:9 26:4 | 228:5 | 308:9 |
| 184:24 | 205:22 | 47:9 | 231:16 | 309:1 |
| 212:20 | INDEX 4:1,8 | 106:20 | 275:18 | influencing |
| 226:13 | 5:1 | 135:14,15 | industry... | 34:3 |
| 227:16 | indicate | 135:17,20 | 155:21 | inform 49:17 |
| 231:17 | 15:1,14 | 146:11 | infects | 99:1 |
| 244:17 | 117:24 | 152:5 | 72:23 | 250:22 |
| 249:9 | 204:14 | 153:10 | infer 118:17 | informal |
| 274:16 | 215:6 | 183:2 | 132:1 | 160:11 |
| 283:11 | 252:21 | 185:7 | inferred | information |
| included | 312:13 | 195:25 | 119:13 | 13:13 |
| 24:20 | indicated | 196:8,10 | inflamma... | 16:17,19 |
| 119:21 | 79:19 | 207:14,17 | 60:25 | 16:19,23 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 17:7,14,15 | 111:1,19 | 261:19 | 264:18 | 43:9,16 |
| 17:18,22 | 112:7,23 | 264:17 | 304:2 | 44:11 |
| 17:25 18:9 | 112:25 | 265:14 | **initials** | 45:12,15 |
| 18:9,17,21 | 113:12 | 266:3,8 | 303:9,21 | 45:17 46:8 |
| 18:22 19:1 | 114:5 | 269:19,22 | **initiative** | 47:18 |
| 21:2,4,11 | 136:4,6,8 | 270:10 | 16:1,2,4 | 48:15 |
| 21:13 22:2 | 136:10 | 273:12,20 | 172:12 | 56:14,17 |
| 27:11,13 | 138:2,12 | 273:25 | **initiatives** | 56:21 57:2 |
| 29:11,14 | 143:2,12 | 274:6,13 | 135:23,25 | 57:9,14 |
| 29:16,18 | 148:17,23 | 283:8,12 | **inroads** | 97:25 |
| 29:20,21 | 149:6,24 | 283:16,18 | 31:20 | 153:12 |
| 29:24,25 | 150:13,18 | 283:25 | **insofar** | 164:24 |
| 30:1,12,18 | 154:7 | 286:16,18 | 97:12 | 217:5,8 |
| 30:20 | 158:25 | 286:21 | 187:16 | 230:21 |
| 31:10,16 | 160:3,6 | 287:1,7,8 | 200:19 | 232:12 |
| 31:21 32:1 | 161:11 | 290:11 | 202:19 | 267:6 |
| 32:3,6,10 | 162:15,23 | 295:19,21 | **Instagram** | 268:9 |
| 32:17 33:3 | 163:10,13 | 295:25 | 12:20 | 293:5 |
| 33:9,13,20 | 163:15,19 | 296:1,6,18 | 62:18 | **integrit...** |
| 34:1,8 | 163:23 | 296:20,23 | 85:10 | 46:23 |
| 35:2,9,19 | 164:17,22 | 297:7,18 | 91:18 | 48:22 |
| 35:22 | 166:19 | 297:22 | 147:13 | **intellig...** |
| 36:17,23 | 167:1 | 298:4,6,11 | **instance** | 24:12,14 |
| 37:19,24 | 168:4,12 | 298:12,17 | 113:9 | 74:4 79:25 |
| 39:1 42:14 | 168:18 | 299:21 | 297:2 | 111:23 |
| 48:1 50:8 | 171:1 | 300:22 | **instances** | 112:1,3,21 |
| 50:15,23 | 173:24 | 301:25 | 97:5 | 116:12,14 |
| 50:25 | 174:3 | 303:6,24 | 147:23 | 116:16 |
| 53:23 80:7 | 179:21,23 | 304:3,19 | 148:8,12 | 119:9 |
| 80:10 | 180:1 | 304:21,23 | 148:13,14 | 170:23 |
| 88:14,22 | 195:18 | 305:6,8,10 | 167:11 | 222:24 |
| 88:25 | 198:4 | 305:20 | 242:3 | 223:8,13 |
| 89:16 96:3 | 202:24 | 308:6 | 284:1 | 223:23 |
| 96:5,19,21 | 203:4 | **informed** | **instruct** | 224:14,19 |
| 96:24 97:6 | 211:10 | 163:12 | 21:21 | 224:23 |
| 97:8 98:7 | 213:16 | **infrastr...** | 121:18 | 225:10 |
| 98:10,16 | 214:23 | 17:1 18:17 | 188:24 | 235:7,21 |
| 99:8,12 | 221:14 | 42:13 | **instructing** | 245:12 |
| 100:12,22 | 225:19 | 154:17 | 189:12 | 257:2,5,7 |
| 102:7,23 | 230:22 | 211:22 | 202:25 | 278:10,17 |
| 102:25 | 231:1,5,11 | 276:23 | **instruction** | 278:21 |
| 103:1,7,12 | 231:15,24 | 283:2 | 202:25 | **intend** 23:7 |
| 103:16,21 | 232:8 | 284:8,12 | 203:5 | **intended** |
| 104:20,23 | 248:11,12 | 284:16 | **instruct...** | 119:11 |
| 105:4,7,9 | 251:4 | **ingratiate** | 23:5 | 141:19 |
| 105:15 | 252:6 | 70:18 | **intake** | 152:20 |
| 106:2 | 254:12,22 | **initial** | 263:19 | 301:22 |
| 108:4,6,9 | 255:10 | 125:23 | 266:4 | **intense** |
| 108:13 | 256:17 | 231:1,6 | **integrity** | 127:4,18 |

---

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| intensive | 206:23 | interview | 199:6,12 | investig... |
| 78:10 | 249:17 | 4:24 5:7 | 199:13,16 | 214:22 |
| intent 160:1 | Internet | 259:16 | 199:19,25 | investig... |
| interact | 13:14 31:7 | 261:14 | 200:21 | 44:19 |
| 27:3 44:23 | 31:19 52:1 | 271:13,19 | 202:21 | 48:17 |
| 61:6 95:3 | 53:5,23 | interviewed | 213:17 | 267:1 |
| 134:25 | 54:3 55:21 | 271:24 | 214:6,14 | invite 24:10 |
| interacted | 56:12 60:1 | interviews | 214:24 | 108:25 |
| 27:6 54:11 | 61:12 | 259:13,14 | 233:24 | 140:2 |
| interacting | 69:16 73:4 | 259:19 | 235:2,8,11 | 288:20 |
| 64:17 | 74:5 75:9 | introduce | 235:11,14 | involve |
| 157:19,21 | 75:25 76:3 | 6:25 | 236:1,18 | 50:18 71:3 |
| interaction | 78:21 | intrusion | 236:20 | 187:17 |
| 45:2 | 100:7,10 | 236:20 | 237:5,6,11 | 227:11 |
| 289:21 | 126:15 | intrusions | 237:22 | 228:7,17 |
| interact... | 141:17 | 173:8 | 239:8,10 | 229:17 |
| 135:9 | 143:3,16 | 174:8,16 | 239:12,25 | 247:1 |
| 235:25 | 154:6 | 258:10 | 258:1,3,6 | 280:18 |
| 236:24 | 157:1 | Invaders | 258:9 | involved |
| interagency | interpret | 81:15 | 266:23,25 | 26:14 |
| 159:1 | 81:7 92:23 | investigate | 308:7 | 27:22 |
| 282:9,19 | 228:13,15 | 198:21 | investig... | 41:17 |
| interest | interpre... | investig... | 39:9,12,13 | 49:20 |
| 282:15 | 66:11 | 199:8 | 45:6 97:20 | 54:15,18 |
| interested | 122:25 | investig... | 98:10,12 | 56:22 57:1 |
| 236:19 | 218:9 | 11:23 | 105:17,18 | 57:8,13 |
| 310:20 | interpreted | 12:15 | 108:5 | 79:11 |
| interesting | 118:16 | 39:14 | 111:20 | 89:25 |
| 72:18 | 123:3 | 215:11 | 120:22 | 90:25 |
| 136:13 | 165:20 | investig... | 174:7 | 94:10 |
| Interest... | interpre... | 8:13 31:7 | 190:4 | 105:23 |
| 259:22 | 118:22 | 97:13 | 193:15 | 108:11 |
| interfer... | interrog... | 111:11 | 195:8 | 123:4 |
| 34:12 | 4:19 21:11 | 142:23 | 196:8 | 124:4,10 |
| 200:13 | 21:23 | 174:6 | 198:8,19 | 124:12,15 |
| 257:24 | 169:17 | 192:25 | 200:24 | 142:23 |
| intermin... | interrog... | 193:6,10 | 201:20 | 154:5 |
| 146:6 | 21:15 | 193:13,18 | 202:8 | 192:25 |
| internal | 169:25 | 193:22 | 203:17 | 193:4,6 |
| 187:8,17 | 170:16 | 194:2,6,9 | 207:9 | 196:9 |
| 187:20,23 | 179:8 | 194:15,21 | 257:21,23 | 198:6,14 |
| 188:7,12 | 277:14 | 195:10,20 | 286:22 | 198:14 |
| 214:14 | interrupt | 195:22,23 | 290:6 | 199:13,18 |
| 251:24 | 9:19 52:17 | 195:24 | 307:23 | 208:12 |
| 252:1 | 106:4 | 196:1,4,7 | investig... | 237:4 |
| 254:7,8,10 | 242:20 | 196:13 | 21:18 | 245:5 |
| 255:1 | 293:16 | 197:5 | 193:25 | 255:13 |
| 297:11 | intervening | 198:22,24 | 194:1 | 281:23,25 |
| internally | 26:24 | 198:25 | 303:17 | involvement |

**ELVIS CHAN  11/29/2022**

27:16,18
57:4 162:3
193:8
194:15
197:4
**involves**
231:21
258:11
268:17
**involving**
70:12
90:12
181:2
218:15
265:11
**Iowa** 19:6,9
**IP** 30:4
31:23 51:4
62:3 99:21
100:9
199:3
**iPad** 28:19
38:11
51:10
197:8
241:18
**IRA** 65:13
69:16,22
70:1,17
71:14
72:11
74:18,20
77:17
84:10 85:1
85:8
126:19
141:25
144:22
**IRA's** 69:14
84:12,21
**IRA-asso...**
132:13,17
**IRA-cont...**
87:5
158:16
**IRA-gene...**
72:10
**IRA-orig...**
85:23

**Iran** 94:13
94:23
155:3
305:21
**Iranian** 95:7
251:7,9
**Iranians**
175:12
**Ireland**
45:25
69:19
**ISMG** 259:21
271:18
**issue** 23:3
23:12
60:24
102:12,12
178:19
211:4
227:23
229:13
245:9
**issued** 310:9
**issues** 12:16
18:1 60:17
70:6 164:3
205:10
240:2
277:5,7,9
290:4
**item** 289:11
294:7
**items** 27:25
188:1
281:9
282:25

_____
**J**
**J-a-n** 209:25
**Jack** 116:25
131:24
**Jan** 209:25
210:5
**Jefferson**
2:5
**Jen** 274:23
274:24,25
275:20
**Jenin** 2:18

7:5
**jeninyou...**
2:19
**jibes** 286:20
**Jim** 2:20
239:14
**job** 48:2
74:15
168:21
**John** 2:6,23
7:2,5
76:12,18
**john.sau...**
2:8
**john@bur...**
2:24
**joined** 7:4
**joint** 35:25
284:17,20
**Joseph** 1:9
6:15 259:6
276:17
312:5
313:2
**journalists**
142:1,6
145:8
**judge** 21:8
122:5,11
**judgment**
90:18
**judicial**
196:12
**Judy** 181:22
183:14
281:6
**July** 19:21
300:4,12
**jump** 37:1
38:8 51:7
58:23
128:6
150:21
157:6
161:14,14
169:24
242:7
293:9
299:24

302:17
306:4
**jumping** 84:7
132:21
147:8
158:23
169:21
**June** 5:7
19:21
271:10,15
271:20
**Junior** 1:9
259:6
312:6
313:2
**jurisdic...**
164:19
**Justice** 2:10
3:4 7:9,16
163:21
263:13,14
312:3
**Justice's**
263:11
**justice.gov**
262:25
263:6,10

_____
**K**
**Kartapolov**
126:20
**Kate** 55:24
56:2 58:20
**Kay** 135:7
**keep** 110:3
203:1
242:4
258:23
263:21,24
**keeps** 202:25
**Kelly** 44:15
**Ken** 2:7 7:4
**key** 240:16
**kick** 265:15
**Kieft** 47:23
48:12
**kill** 264:5
264:12
**kind** 9:5

11:21 15:2
15:15 17:5
18:21 20:7
26:14
27:17 30:8
30:12 32:5
32:12 37:7
43:17
44:11,20
59:3,10
61:6 62:16
62:21,21
63:17,19
64:7 65:3
65:8 67:2
67:3,8
68:15 69:8
71:3,24
89:9 97:6
102:18
104:25
105:8
112:16
114:13
116:16,24
117:8
118:19
122:21
130:10
136:12,22
138:15
141:19,20
146:6,13
149:1
159:8
167:15
227:17
269:3
283:11,19
305:10
**kinds** 12:16
30:14,14
43:1 59:3
64:6 86:5
94:5
105:23
107:22
132:3
254:3

| | | | | |
|---|---|---|---|---|
| 56:21 | 73:5 76:10 | 178:23 | 257:14 | **known** 13:8 |
| 251:20 | 76:11,23 | 181:19 | 260:8 | 24:1 47:22 |
| **knock** 136:19 | 76:24,24 | 182:22 | 261:9 | 57:5 72:24 |
| 273:12,13 | 80:2 81:5 | 184:3,4 | 263:1 | 214:2 |
| 273:20,21 | 82:2,4,9 | 185:14 | 264:5,13 | **Krebs** 152:9 |
| 274:4,4,8 | 82:12,17 | 188:17 | 265:23 | 152:10,12 |
| **knocking** | 82:19 83:7 | 198:3 | 266:7,9,20 | 154:13 |
| 274:16,17 | 83:9,10,11 | 202:23 | 267:7 | |
| **know** 7:20 | 83:12,12 | 203:3,10 | 272:22 | **L** |
| 11:22 | 83:13,25 | 204:20 | 273:11 | **L** 2:11 312:3 |
| 12:15 | 84:5 85:2 | 206:7,8 | 274:23,24 | **L-u-c-a-s** |
| 13:23 | 86:3,7 | 213:2 | 274:25 | 183:23 |
| 14:15 | 87:7 88:15 | 214:1,3,9 | 275:8 | **L-u-k-e** |
| 17:15 18:5 | 88:16,23 | 214:18 | 278:21 | 183:21 |
| 18:11,20 | 90:18,24 | 215:14 | 279:2,8,9 | **labeled** |
| 19:19 20:6 | 91:7,14,23 | 217:2 | 280:13 | 241:15 |
| 20:18,20 | 92:8 95:1 | 218:5 | 284:4,14 | 293:10 |
| 21:24 | 96:5 97:4 | 223:24 | 284:15,19 | **lacks** 18:3 |
| 23:12,13 | 97:14,18 | 224:5,7 | 284:20,22 | 18:13 |
| 23:14 | 98:5,18 | 229:8 | 285:5,17 | 30:16,24 |
| 24:13 | 104:11,16 | 231:4,9,10 | 288:8 | 32:15 |
| 25:19,21 | 104:17 | 231:12,14 | 289:10,11 | 33:11 34:5 |
| 25:23,23 | 109:19 | 231:16,20 | 291:11 | 34:19 35:6 |
| 25:25 27:1 | 112:17,24 | 232:22 | 293:7 | 36:7,19 |
| 27:18 | 114:2,13 | 233:12,12 | 295:8,12 | 114:16 |
| 30:13 | 115:10,11 | 234:19,22 | 299:22 | 117:11 |
| 40:25 | 115:17 | 234:23 | 304:5 | 133:13 |
| 41:22 | 116:18,20 | 236:19,20 | 305:2 | 138:20 |
| 43:23 | 123:17 | 237:6,10 | 306:14 | 153:21 |
| 49:16 52:2 | 124:15 | 237:16,24 | 307:2,9,15 | 171:15 |
| 53:19 54:5 | 126:8,23 | 238:2,15 | **knowing** | 172:21 |
| 54:7,8 | 128:1 | 239:11 | 132:16 | 212:25 |
| 55:15,19 | 132:19 | 240:11 | 295:19 | 213:23 |
| 56:2,3,16 | 136:5,9 | 241:1 | **knowledge** | 233:7 |
| 56:17,23 | 137:2,5,12 | 242:9 | 56:19,22 | **language** |
| 57:13,16 | 139:5 | 244:20,24 | 57:15,24 | 102:22 |
| 57:23 | 141:8 | 245:22 | 106:21 | 227:5 |
| 58:20 62:3 | 145:12,15 | 246:1,8,12 | 117:5 | 255:15 |
| 62:8,15,24 | 146:6 | 247:16 | 118:9 | 256:7,12 |
| 63:2,18,25 | 148:3 | 249:5,8,11 | 143:11 | **lapses** 194:5 |
| 63:25 | 149:22 | 249:12,16 | 203:17 | **laptop** |
| 64:18 65:4 | 150:9,14 | 249:17 | 208:11 | 212:24 |
| 65:17,21 | 150:15 | 251:12 | 214:14 | 214:10,25 |
| 66:7,14,21 | 152:1 | 254:6,16 | 215:19,24 | 215:15 |
| 67:18,25 | 160:4 | 255:2,3,3 | 221:12 | 230:9,17 |
| 68:6,18 | 161:3,7 | 255:24 | 232:10 | 232:7 |
| 69:2,7,8 | 164:21 | 256:19,24 | 233:16,19 | 233:5 |
| 69:11 71:6 | 165:23,23 | 257:3,10 | 237:12 | 234:2 |
| 72:25 73:1 | 178:9,22 | 257:10,11 | 278:16 | 252:14 |

**ELVIS CHAN  11/29/2022**

253:9
308:15
**large** 101:1
101:4
114:23
133:10
134:6
293:18
298:17
**larger**
110:22
**largest**
235:5
**Las** 275:15
**Lastly**
144:21
**late** 237:8
**Laura** 109:5
109:21
184:25
281:3,4
309:4
**law** 2:21
20:19
21:17,18
23:15
94:17
97:11
111:7,13
137:20
138:4
174:2,5
188:10
189:1
193:19,24
193:25
194:11
195:1,5,11
195:14,17
199:23
200:18
201:24
202:17
215:18
218:25
221:4,8,15
270:8
283:25
294:9

**lawmakers**
127:4,19
**Lawrence**
3:11  7:21
**laws** 164:21
270:1
**lead** 111:13
114:9
207:10
266:5
**lead-up**
201:7,10
**leader** 26:18
**leading**
26:15
243:11
244:7
245:2
275:17
**leak** 195:22
243:10
**leaking**
13:13
**learned**
227:8
228:3,5,16
229:15,22
232:9
**learning**
206:18
**leave** 54:20
115:12
**led** 124:12
132:1
207:9
288:14
**Lee** 194:3
**left** 26:23
54:14,18
54:23,25
55:1,6
81:14
**left-lea...**
141:21
**left-wing**
79:4
**legal** 6:22
6:23  139:4
139:17

163:18
198:9
199:5
208:20
249:19
250:5
270:4
312:1,24
**legislation**
119:1,4,6
119:12
120:12
121:8,10
121:22
134:13
**let's** 10:5
28:12
41:21,22
44:7  67:1
150:21
244:3
265:20
278:25
279:15
303:1
**letting**
126:25
224:6
**level** 15:15
59:22  66:3
71:6  80:21
81:9  83:22
84:9  85:2
85:22
86:11  90:8
109:19,23
121:15
138:9
150:15
160:11
179:5,17
266:9
293:7
**levels** 64:5
64:10  65:4
65:7,9
112:23
179:15
263:21,23

**Lexitas** 6:23
312:1,24
**LIBERTIES**
2:15,16
**life** 9:20
**liked** 66:15
66:18
80:18
81:19
295:19
296:7,9
**likes** 74:20
81:23  82:3
82:6,18
84:1,6
**liking** 62:15
63:1  64:19
65:6  67:19
67:23
71:22
73:14,16
86:5
157:22
**limited**
50:24
160:4
**limiting**
195:3
**line** 86:21
114:21
260:13
261:3
313:5,9,13
313:17,21
**line-level**
123:13
**lines** 69:25
243:7
260:15
**link** 14:14
99:5,10
236:9,12
296:23
304:15
306:13
**LinkedIn**
42:1  155:8
287:25
288:6,11

289:14
292:8,10
293:10,13
299:25
300:6,18
302:17,24
303:5,23
304:18
305:5,12
306:5,12
307:8
**links** 107:23
232:13
**Lisa** 237:13
237:14
**list** 42:11
97:7  100:8
102:15
158:6,7
**listed** 11:14
24:5  25:2
294:24
**listen** 9:8
**listeners**
261:21
262:9
263:4
**listening**
53:3
**lists** 111:2
**little** 28:13
34:13  37:2
51:15  77:4
263:1
272:15
**lives** 264:13
286:13
**local** 16:24
164:20
261:9
283:2
**local-level**
172:15
**located**
57:25
105:2
107:2,4
**location**
269:10,17

**ELVIS CHAN  11/29/2022**

logged
  104:22
logistics
  156:21
long 8:14
  40:16,16
  110:2
  236:4
  307:10,10
longer 45:20
  46:17
  124:23,23
  168:1
look 14:13
  60:12 79:9
  83:15
  90:13
  138:7,8
  148:3
  149:13
  159:5
  169:23
  242:12,16
  242:17
  267:8
  269:13
  292:19
  300:11
  301:3,6
looked 17:12
looking
  60:18
  80:12
  90:11
  162:3
  179:5
  197:3
  204:19
  259:19
  271:17
  273:23
  289:13
  292:24
  305:14
looks 72:5
  81:18 90:5
  99:5
  149:14
  252:18

279:21
292:21
304:7
Los 276:16
lot 17:3
  20:13
  52:24
  118:2,15
  122:24
  148:8
  169:6
  259:8,18
  260:7,12
  260:16,19
  271:23
lots 74:7
Louis 2:22
  265:24
  266:6,25
  267:1
  312:19
Louisiana
  1:2 3:3,4
  3:5 6:16
love 148:24
low 15:7
  81:9
  142:20
  168:3
low-level
  62:5,6
lower 55:23
  197:19
  272:15
Lucas 183:22
Luke 181:22
  183:18,19
  183:20,23
  184:5,20
  281:5

————————
          **M**
————————
M 4:14
MA 10:22
Maffei 47:13
MAGA 149:15
magnitude
  84:11,21
MAHON 3:9

mail 164:13
  164:16
  166:15
  267:25
  268:17
mail-in
  164:18
  269:11
main 51:8
maintained
  70:4
maintaining
  24:23
majority
  16:10 45:1
  168:25
  290:5
  291:8
making
  114:13
  138:16
  260:17,18
  272:22
malicious
  72:22,23
malign 13:15
  13:18
  36:10 39:9
  46:12
  47:19
  48:23 65:9
  90:13 94:6
  99:13
  129:3
  131:4
  133:7
  134:20,22
  136:2
  138:5
  161:2,4
  241:5
  242:4
  256:2
  258:11
  290:3,12
  296:1
  306:25
  308:9
malign-f...

45:3,9
46:21
54:16
55:16
79:22
81:23 92:2
94:1
105:21
134:7
136:20
147:19
168:18
240:7,23
283:9
307:18
malign-f...
  305:24
malign-i...
  12:3 13:1
  13:5 70:1
  105:18
  155:1
  185:24
malware
  72:24
managed
  198:18
management
  289:19
  292:2
manageme...
  46:8
manager
  45:19
  48:13 49:3
manager-
  44:17
mandated
  168:14
manipula...
  243:21
  247:8
  256:1,10
manner
  162:18
  163:2,6,24
  164:12
  168:17
  265:11

268:25
270:7,11
Mario 276:15
Mark 116:24
  131:24
  242:13
  243:3
marked 11:8
  11:10
  169:11
  196:14
  216:22
  241:12
  258:25
  271:4
  287:20
  299:25
  306:4
masquera...
  67:8
master 10:17
Masterson
  25:12,14
  25:15,24
  26:12,19
  26:23 28:2
  152:6,10
  152:12
  154:13
  212:3,20
  221:20,25
  278:8
  281:16,22
material
  223:2,10
  225:3
  230:25
  249:6
materials
  204:23
  205:9
  206:1
  225:14
  229:25
  248:1,6
  249:13,23
  250:5,13
  250:25
  251:11,17

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 251:22 | 193:3 | 33:5 35:17 | 127:5,5,19 | 204:13 |
| 252:22 | 250:2,15 | 35:23 | 127:19 | 205:2,5,6 |
| 253:1,4,24 | 263:23 | 36:17 | 131:23 | 209:5,11 |
| 254:4,24 | 268:7,7 | 37:20 | 133:5,15 | 209:13 |
| 255:22 | 293:15 | 39:19,20 | 135:11,21 | 210:12,15 |
| **math** 110:15 | 294:8 | 41:6,17 | 135:24 | 210:21 |
| 110:17 | 297:1,16 | 42:3,8 | 136:3,15 | 213:4,11 |
| **Matt** 25:12 | 300:25 | 43:2 49:8 | 137:4,13 | 214:13 |
| 25:14 | 304:25 | 50:23 | 137:24 | 215:23 |
| 26:12 | 305:1 | 59:18,23 | 138:17 | 216:1,7,10 |
| 152:6 | **meaning** 9:14 | 60:4,7 | 140:1,8 | 218:16 |
| 278:8 | 176:21 | 61:1,6,20 | 143:8,10 | 222:11 |
| **matter** 6:14 | 244:13 | 63:15 | 143:13 | 223:4 |
| 7:10 | **means** 33:14 | 64:12 69:6 | 144:9,22 | 225:5,14 |
| 163:14 | 68:7 72:1 | 69:14 70:5 | 145:10 | 225:21 |
| 224:14 | 73:13 81:3 | 71:15,16 | 146:13,16 | 227:15 |
| 241:19 | 92:24 | 71:21,24 | 146:19 | 229:22 |
| 289:23 | 219:9 | 72:9,10 | 147:2,23 | 230:12,13 |
| **matters** | 278:20 | 75:14 | 147:25 | 234:4 |
| 80:14 | 306:15 | 77:18 80:1 | 151:3 | 241:6 |
| 202:9 | **meant** 29:16 | 80:3,8 | 153:10,16 | 248:14,17 |
| 238:12 | 75:4 224:6 | 82:7 84:12 | 154:3,10 | 249:13 |
| 276:21 | 224:6 | 84:22 | 155:8 | 250:6,12 |
| 286:13 | 246:13 | 85:15,16 | 156:11,13 | 252:16,20 |
| **Matthew** | 301:7 | 87:5,13 | 159:16 | 255:22 |
| 25:15 | 306:17 | 94:6 95:20 | 160:7,8,18 | 256:18 |
| **MDM** 284:17 | **measure** | 96:4,20,25 | 161:10 | 259:21 |
| 284:20 | 16:16,20 | 97:8 99:14 | 162:23 | 261:18,23 |
| **mean** 12:18 | 157:15 | 99:18 | 163:16 | 261:24 |
| 13:2 23:14 | **measures** | 100:20 | 165:6,10 | 262:10,13 |
| 29:14 30:1 | 16:15 | 101:21 | 165:12 | 262:14,18 |
| 30:2 39:12 | 127:11 | 105:10,24 | 166:3 | 265:3,21 |
| 39:13 43:7 | 128:12 | 106:14,22 | 168:19,20 | 266:12 |
| 43:7 52:9 | **mechanics** | 107:17,24 | 168:22,25 | 267:14,20 |
| 52:16 55:2 | 83:13 | 108:22 | 172:24 | 269:20 |
| 60:1,1,16 | **media** 4:12 | 110:20 | 173:3,19 | 270:15 |
| 61:19,21 | 11:5 12:4 | 111:2,3 | 176:10 | 271:24 |
| 61:25 | 12:6 13:20 | 112:8 | 177:18,25 | 273:3,7,9 |
| 67:19,22 | 13:24 14:2 | 113:10 | 180:18 | 273:17 |
| 67:22,23 | 14:3,22 | 114:22 | 181:3,10 | 274:1 |
| 68:7,8 | 15:3,5,16 | 116:17 | 182:10,13 | 275:21 |
| 74:23 75:8 | 17:16,20 | 117:16 | 183:3 | 279:3 |
| 75:24 76:1 | 18:18,25 | 118:3,5,7 | 187:6 | 280:19 |
| 81:5 92:23 | 23:20 24:2 | 119:10,15 | 189:20,25 | 283:22 |
| 93:5 119:5 | 29:9,19 | 120:1,3,11 | 190:15,21 | 285:12,22 |
| 166:12 | 30:5,13,22 | 121:4 | 190:24 | 286:2,25 |
| 168:11 | 31:11,24 | 122:16,17 | 191:19 | 287:4 |
| 175:6 | 32:4,11,12 | 122:18 | 192:2,9 | 288:5,12 |
| 191:15,19 | 32:17,18 | 123:17 | 204:3,10 | 289:22,25 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 290:10 | 155:16,21 | 44:10 | 177:18,21 | 222:12,24 |
| 291:13 | 156:3 | 46:12 50:8 | 177:24 | 223:22 |
| 293:3 | 170:4,5,7 | 54:15 78:8 | 178:2,16 | 224:2 |
| 294:19,23 | 170:8,12 | 89:17,20 | 178:18 | 225:3,7,21 |
| 295:11 | 170:14,20 | 89:23 91:4 | 179:8 | 227:9 |
| 296:12 | 174:21 | 92:12,14 | 180:18,24 | 228:3,4,5 |
| 297:8,15 | 176:23 | 92:17 | 180:25 | 228:6 |
| 297:20 | 185:17 | 95:19 | 181:2,7,8 | 229:5,7,10 |
| 298:9,14 | 188:2,13 | 97:22 98:8 | 181:9,12 | 229:16,19 |
| 298:24 | 211:8 | 98:21 | 181:13,20 | 236:7 |
| 307:1,19 | 213:13 | 104:6 | 181:21 | 239:14,16 |
| **meet** 42:3 | 216:3,10 | 105:25 | 182:9,13 | 239:17,20 |
| 43:6,9,12 | 216:14 | 109:1,10 | 182:13,16 | 243:16 |
| 44:3,14 | 218:11,12 | 109:14,17 | 182:22 | 245:17 |
| 45:8,11,13 | 219:16 | 109:20 | 183:3 | 246:7,9,13 |
| 45:16 | 227:25 | 110:2 | 184:23 | 246:14,16 |
| 46:20 47:5 | 233:23 | 118:1 | 185:12,16 | 246:18,22 |
| 47:11,17 | 277:24 | 119:19,21 | 185:18,20 | 247:4 |
| 48:16,21 | 278:3,4,6 | 119:21 | 185:22 | 253:16,19 |
| 49:1 57:17 | 279:2,24 | 120:5 | 186:1,4,5 | 254:17 |
| 57:20 | 279:25 | 121:5,6 | 186:22 | 277:11 |
| 101:22 | 280:4,5,11 | 122:22,23 | 187:20,22 | 279:3,5,8 |
| 119:24 | 280:12,18 | 123:5,15 | 187:25 | 280:9,22 |
| 120:10,16 | 280:24 | 123:18,23 | 188:16,18 | 281:9,11 |
| 121:3 | 281:18,18 | 124:5,11 | 189:7,22 | 281:14,21 |
| 135:11,14 | 282:7 | 124:13,16 | 189:25 | 282:17 |
| 135:17 | 283:20,21 | 125:14,16 | 190:8,17 | 283:18 |
| 289:5 | 289:8 | 127:14 | 190:20,25 | 284:3,5,9 |
| **meeting** 20:7 | 290:8,10 | 128:3 | 191:11,14 | 284:12,24 |
| 24:10 | 291:5,6 | 135:20 | 191:18 | 285:8 |
| 25:18 | 293:4 | 150:22 | 192:2 | 286:4,24 |
| 26:18 | 294:13,18 | 155:12,15 | 204:4,7,10 | 287:5,10 |
| 40:11,13 | 308:24 | 155:18,23 | 209:17 | 287:11 |
| 40:14,21 | **meetings** | 155:23 | 210:13,18 | 288:6,14 |
| 40:24,25 | 20:4,14,16 | 156:6,10 | 211:6,9,13 | 289:14,25 |
| 43:1 58:3 | 22:3 23:22 | 156:10,18 | 211:14 | 290:17,20 |
| 58:5,17,19 | 23:25 24:8 | 157:3 | 212:3,16 | 290:22,23 |
| 98:14,19 | 24:9,21 | 162:9 | 213:7,10 | 291:14 |
| 103:6 | 25:9 26:2 | 170:17 | 213:12 | 293:2 |
| 104:3 | 26:6,7,9 | 171:10,12 | 216:1,6 | 294:23 |
| 151:11,13 | 26:15 27:8 | 171:14,21 | 217:24 | 297:20 |
| 151:14,15 | 27:15,17 | 171:25 | 218:5,7,8 | 300:17 |
| 151:17 | 27:23,25 | 172:2,4,7 | 218:15,18 | 308:18 |
| 152:11,14 | 28:3 38:24 | 172:17 | 218:19,21 | **member** |
| 152:15,17 | 39:2,3,5,5 | 174:19,20 | 218:25 | 303:13 |
| 152:23 | 39:18,23 | 174:22,24 | 219:8,12 | **members** 43:2 |
| 153:4,11 | 40:17 41:2 | 176:23 | 219:24 | 133:4 |
| 153:25 | 41:6,18 | 177:7,10 | 220:4,9,13 | 250:15 |
| 154:12 | 42:19 44:6 | 177:12,13 | 220:17 | **memory** 171:5 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 244:22 | 250:17 | Meta-ass... | 168:3 | 262:20 |
| 260:3 | 252:2 | 12:19 | Mike 44:15 | 263:5,17 |
| mention | 255:15 | Meta-owned | 44:15 | 264:23 |
| 171:6 | 257:20 | 12:24 | 47:12 | 265:2 |
| 192:13 | 266:17 | method 88:3 | million | 268:25 |
| 215:25 | 268:23 | 225:18 | 62:10 66:4 | 270:16 |
| 273:5 | 270:21 | 295:15 | 66:23 | 274:17 |
| mentioned | 271:23 | 297:21 | 86:14 | 284:8 |
| 16:21 | 278:7 | methods | 235:6 | 298:23 |
| 18:25 | 281:4,15 | 19:10 | millions | 306:25 |
| 29:17 | 282:25 | 31:12 | 64:17 | mission |
| 31:15 39:6 | 285:10 | 129:15 | mind 23:3 | 134:19 |
| 43:8 54:19 | 291:24 | 156:22 | 229:9 | Missouri 1:6 |
| 71:21 80:2 | 292:1 | 204:22 | 251:3 | 2:4,5,22 |
| 89:24,25 | 295:9,18 | 255:21 | minimize | 6:14 7:3,4 |
| 91:17,22 | 297:13 | 282:3 | 211:20 | 259:6 |
| 93:6,18 | mentioning | 300:23 | Ministry | 265:22,25 |
| 94:22 | 175:22 | 302:1 | 140:4 | 266:20,22 |
| 99:22 | 189:5 | Michael | minority | 312:5 |
| 101:21 | 219:19 | 197:20 | 79:6 | 313:2 |
| 102:4,9 | mere 195:9 | Microsoft | Minus 8:20 | misstates |
| 107:20 | message 76:7 | 23:25 25:3 | minute 15:19 | 79:13 |
| 116:8,22 | 76:14,19 | 25:5 27:2 | 71:4,14 | 170:25 |
| 118:10 | 112:11 | 27:10 | 95:11 | 176:13 |
| 129:17 | 289:10 | 152:24 | 254:2 | mistakes |
| 134:13 | messages | 209:13,15 | minutes | 114:13 |
| 135:16 | 61:15 66:5 | 209:24 | 234:11 | mixed 64:3 |
| 145:14 | 72:11 | 210:23 | mis- 142:15 | MO 312:19 |
| 153:1 | 73:24 74:9 | 234:6 | mischara... | moderate |
| 156:20 | 75:22 | 236:9 | 36:20 | 87:22 |
| 162:21 | 158:19 | middle 243:2 | 49:13 98:3 | moderator |
| 175:19,23 | 297:24 | midnight | 102:1 | 90:9,10 |
| 177:8 | met 26:3,3 | 162:15 | 104:15 | moderators |
| 178:10 | 26:11 | 167:23 | 132:5 | 91:9,19 |
| 186:20 | 41:25 42:6 | 301:20 | 137:1 | modified |
| 190:4 | 45:18 47:7 | midterm 20:1 | 138:21 | 206:8 |
| 192:16,17 | 47:21 58:7 | 26:21 27:9 | 139:16 | modify 92:6 |
| 192:19 | 58:21 64:3 | 40:11,13 | 159:25 | modulation |
| 199:2 | 118:25 | 40:15 | 162:7 | 43:24 |
| 207:20,21 | 119:25,25 | 45:18 55:3 | 208:2 | 49:24 |
| 209:1,10 | 123:20 | 55:20 | 274:10 | 153:24 |
| 209:11 | 125:17 | 131:15 | mischara... | 217:14 |
| 212:1 | 135:13 | 167:23 | 36:22 | modulators |
| 217:3,3 | 144:24 | 272:3 | misconduct | 90:17 |
| 219:17,19 | 275:1,22 | 298:18 | 122:4 | 165:25 |
| 221:18 | Meta 12:7,18 | 299:23 | misidentify | moment 96:18 |
| 230:17 | 12:23 | midterms | 138:18 | 131:22 |
| 233:10,14 | 20:23 | 55:1,2 | misinfor... | 303:2 |
| 243:7 | 242:14 | 149:14 | 262:3,6,12 | 306:7 |

**ELVIS CHAN 11/29/2022**

Monday 168:6
money 73:2
monitoring
  301:23
Monroe 1:3
  6:16
month 40:18
  97:18
  98:22
  100:24
  101:9,14
  148:12,13
  148:14
  236:3
  306:18
monthly
  19:22 20:2
  40:5,10,24
  41:10
  42:21 44:9
  50:16
  89:17
  104:3
  170:8
  171:13
  177:16,17
  181:2
  182:14
  288:13,13
  297:19
months 19:19
  40:18
  207:16
  236:5
  239:1
  289:6
morning 6:9
  229:24
  301:18
motivated
  117:9
move 41:10
  169:3
  199:5
moved 19:22
  20:1 40:9
  200:3
moving 95:10
  258:24

Mueller
  86:25
Mueller's
  65:24
  257:13,16
  257:19
multiple
  23:4,4
  61:20 93:7
  93:8 117:4
  131:25
  149:5
  163:7
  170:13
  177:8
  188:23
  200:24
  204:3
  230:13
  235:25
  240:14
  257:14

_____
          N
_____
N 2:1 3:1
  312:18
N-A-E-B-C
  144:14
NAEBC 143:5
  143:18
  144:14,21
  144:24
  145:3,17
  145:19,23
  146:13,19
name 6:21,22
  7:7,14 8:7
  8:9 45:25
  48:24
  58:14
  62:25
  135:6,8
  179:14,18
  179:19
  181:23
  182:3
  183:17,22
  209:25
  210:1,5,5

210:9
  256:23
  276:15,17
  303:16
  313:1,2
  314:10
named 47:23
  49:3 304:8
  304:9,16
  305:6
names 21:24
  28:4 30:6
  44:21
  48:11,19
  51:5 123:7
  151:19
  182:18
  183:4
  278:14
nation
  154:25
  190:5
  202:9
  209:2
  226:8,10
  227:18
nation-s...
  283:6
  285:18
nation-s...
  157:5
national
  13:10
  24:14
  111:21,25
  112:5
  158:25
  171:6
  200:9
  201:19
  202:7
national...
  16:6 173:8
nationality
  145:13
nationwide
  168:11
natural 77:2
nature 27:16

52:4,5,18
  52:20
  68:19 97:1
  98:23
  107:25
  111:4
  121:1
  135:19
  163:13,15
  163:19
  306:21,23
Naval 4:11
  10:16,18
near 77:2
  307:17
nears 40:6
necessarily
  114:7
  148:5
  159:11
  281:6
  308:7
necessary
  314:8
need 89:2
  108:3
  112:4
  122:7
  179:22
  180:1
  238:2
  249:18,18
  265:12
  294:21
  298:15
  299:8,9
needed 168:4
  168:7
  296:4,19
  297:5
  298:4
needs 294:15
  294:15
  306:7
neither
  124:24
network 59:9
networks
  51:6

never 56:6,9
  88:6 91:15
  92:5 206:5
  215:20,21
  218:11
  228:22
  241:1
  249:21
  268:21
  272:9
  279:4,6
  283:17
new 2:15,16
  3:10 27:11
  27:13
  45:22
  155:4
  156:1
  214:9
  216:17
  229:23
  230:11,22
  232:3,14
  232:16
  241:9
  243:25
  258:16
  306:13
Newell 200:7
  200:15,23
  201:7,10
  201:12,16
  201:18,21
  202:1
Newland
  45:19 46:5
news 13:20
  13:23 14:4
  14:19 15:4
  15:17
  56:24 60:3
  60:17
  131:19
  143:7
  213:4,21
  214:1,13
  214:16
  215:1
  230:7

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 251:7,10 | November | object 97:10 | 112:20 | 238:23 |
| 272:8 | 1:16 6:1,4 | 121:11 | 114:15 | 240:9 |
| 275:9 | 6:11 141:1 | 193:19 | 115:14 | 245:24 |
| Newsroom | 220:15 | 199:22 | 117:11 | 246:10 |
| 143:5 | 272:12 | 202:16 | 121:25 | 251:23 |
| 145:23 | 293:12 | objecting | 132:5 | 268:2,20 |
| Nextdoor | 294:1 | 23:5 | 133:13 | 270:4 |
| 12:21,22 | 312:8 | objection | 136:25 | 274:10 |
| nickname | 313:3 | 11:25 14:9 | 137:25 | 282:8,18 |
| 303:19 | NSD 200:23 | 14:20 18:3 | 138:20 | 299:11 |
| Nigeria | number 4:10 | 18:13 | 139:16 | objections |
| 31:14 | 5:4 16:1 | 22:18,19 | 142:25 | 4:18 22:23 |
| night 162:14 | 66:3,10 | 26:16 27:5 | 144:4 | 169:16 |
| 301:19 | 85:8 89:2 | 27:19 | 146:9,20 | Observatory |
| ninth 300:4 | 100:21 | 30:16,24 | 150:10 | 52:1 53:5 |
| nodding 10:2 | 101:1,16 | 32:15 | 153:20 | 53:24 54:3 |
| noise 259:8 | 113:20 | 33:11 34:5 | 154:1 | 55:22 |
| 260:8,12 | 114:23 | 34:19 35:6 | 156:19 | 56:12 |
| 260:16,19 | 131:8 | 36:7,19 | 159:24 | observe |
| nominated | 132:11 | 41:13,19 | 160:21 | 125:16 |
| 275:4 | 134:4 | 43:4,19 | 162:6 | observed |
| non-FBI | 150:14 | 44:25 48:6 | 163:25 | 32:20 |
| 151:22 | 167:9,10 | 49:13,25 | 164:7 | 39:15 70:1 |
| non-social | 184:15,24 | 50:10 | 166:1 | obtained |
| 273:7 | 184:25 | 56:18 | 168:23 | 80:8 220:5 |
| nonelection | 288:8 | 57:21 61:8 | 170:25 | 223:2,11 |
| 308:1 | 310:9 | 63:4,22 | 171:15 | 225:3 |
| nonsense | numbers | 64:20 | 172:21 | 230:23 |
| 75:3 | 65:14,16 | 65:11 | 174:1 | obviously |
| noon 140:15 | 65:20 89:3 | 67:14 68:4 | 175:2 | 63:8 86:4 |
| normal 19:5 | 110:24,25 | 68:16,25 | 176:13 | 114:18 |
| 19:7 | 150:2 | 69:23 | 187:8,15 | 179:11 |
| north 3:5 | numeral | 70:13 71:8 | 188:6,22 | 197:1 |
| 110:16 | 28:15,16 | 72:14 | 189:9 | occasion |
| Northern | ——————— | 73:18 | 193:2 | 132:23 |
| 6:19 | O | 74:21 | 195:1 | 175:13,24 |
| Northwest | o'clock | 75:23 76:8 | 199:22 | occasion... |
| 2:11,17 | 301:18,19 | 76:21 | 200:18 | 25:1 |
| 312:3 | O-l-s-o-n | 78:18 | 201:24 | occasions |
| notarized | 183:9 | 79:13 | 204:17 | 27:7 102:6 |
| 312:17 | o0o--- 1:4 | 81:25 | 208:2 | 125:9 |
| notary | 1:15,18 | 90:20 92:3 | 210:14 | 131:15 |
| 312:15 | 2:2 3:2 | 92:16 94:8 | 212:25 | 149:5 |
| 314:22 | 4:2,9 5:2 | 94:16 95:5 | 213:23 | 150:17 |
| noted 11:17 | 6:2 140:17 | 98:3 102:1 | 215:17 | 180:22 |
| noticed | 141:3 | 102:21 | 224:3 | 204:3 |
| 144:7 | 309:21 | 103:4 | 228:19 | 240:14 |
| notifying | oath 179:1 | 104:14 | 231:7,18 | 274:22 |
| 131:5 | oaths 310:12 | 111:7 | 233:7 | 290:7 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| occupation | 230:15 | 267:1,2 | 179:14 | 33:18 37:6 |
| 8:10 | 241:20,21 | 269:15 | 181:14 | 38:19 |
| occur 19:16 | 244:1 | 278:10 | 182:8,15 | 39:17 |
| 39:25 | 253:11 | 312:18 | 197:25 | 40:21 42:2 |
| 89:13,16 | 259:15,22 | officer 48:2 | 200:10 | 46:19 |
| 97:22 | 260:5 | 54:9 105:1 | 216:7 | 48:20 52:8 |
| 120:5 | 302:25 | 310:22 | 220:16 | 52:21,21 |
| 167:17 | 305:4 | OFFICER'S | 221:23 | 54:2 55:5 |
| 199:20 | ODNI 24:14 | 310:1 | 224:19 | 56:7,16 |
| 201:7,13 | 151:11 | officers | 227:6,21 | 59:22 |
| 205:12 | 154:21,23 | 235:7,21 | 235:19,24 | 60:11,20 |
| 219:2 | 157:2 | offices | 236:23 | 60:23 |
| 220:18 | 161:1,13 | 24:22 31:9 | 254:13 | 62:12 |
| 221:11 | 217:24 | 39:8,11 | 255:17 | 65:19 |
| 226:21 | 218:15 | 50:15 | 276:7,11 | 67:22 |
| occurred | 222:2 | 98:11 | 276:13 | 69:16 70:3 |
| 19:18 | 223:24 | 110:13,14 | 281:19 | 73:5,22 |
| 122:5 | 281:24 | 162:16 | 308:25 | 75:11 |
| 166:22 | 283:4 | 163:8,9,10 | 309:2 | 77:25 78:6 |
| 167:21 | 285:18 | 163:17 | OGC 267:5 | 79:3 83:5 |
| 171:14 | offering | 177:10 | oh 10:21 | 83:6 86:12 |
| 206:14 | 136:22 | 181:5 | 33:18 | 87:24 |
| 208:8 | office 2:4 | official | 40:16,21 | 93:17 |
| 214:8 | 6:19 7:3 | 46:16 | 52:21 62:8 | 95:25 96:2 |
| 219:13 | 16:8 24:13 | 109:22 | 69:3 75:11 | 97:19,21 |
| 220:14 | 45:25 58:2 | 179:7 | 80:25 81:3 | 99:7 |
| 235:1 | 104:22 | 197:23 | 97:21 | 102:18 |
| 236:24 | 106:18 | 222:2,6 | 119:20 | 104:11 |
| 246:25 | 107:5,14 | 246:4 | 129:13 | 108:19 |
| 250:8,9 | 107:18 | 257:4 | 152:8 | 109:2 |
| 295:4 | 108:20 | 265:1 | 155:14 | 114:8 |
| 306:18 | 110:11 | 267:7 | 161:22 | 115:25 |
| occurrence | 164:21 | 276:6 | 177:15 | 116:7 |
| 120:8 | 168:13,14 | 309:5 | 184:4 | 121:6,21 |
| occurring | 170:23 | officials | 265:11 | 124:25 |
| 89:19 | 177:2,9 | 16:25 | 269:13 | 126:12 |
| 223:7 | 201:1 | 25:11 | 294:6 | 128:6,9 |
| 243:24 | 235:2 | 44:17,18 | okay 6:9 | 129:11 |
| October 4:22 | 237:15 | 46:8 47:10 | 7:12,13,19 | 131:11 |
| 4:24 5:9 | 257:3,13 | 47:11 49:7 | 11:14,17 | 139:10 |
| 40:24 41:1 | 257:14,15 | 54:10 80:9 | 12:2,25 | 143:22 |
| 192:15,18 | 257:17,19 | 105:22 | 17:3 20:17 | 144:13 |
| 197:17 | 257:23 | 106:13,21 | 21:9,9 | 149:4 |
| 213:21 | 258:2 | 108:22,24 | 22:10,11 | 152:14,22 |
| 219:4 | 261:9 | 125:3,13 | 23:19 | 155:18 |
| 220:10,15 | 264:15,17 | 154:17 | 25:22 28:9 | 156:6 |
| 220:19 | 265:16,19 | 172:16 | 28:12,16 | 157:13 |
| 221:2,3 | 266:6,7,23 | 173:9 | 30:11,19 | 159:8 |
| 229:14,22 | 266:25 | 175:18 | 31:15 | 176:16 |

| | | | | |
|---|---|---|---|---|
| 177:5,11 | 287:9 | 199:20 | 190:7,12 | 282:13 |
| 177:15 | one-to-one | 200:16 | 191:13,17 | 291:20 |
| 178:1,7 | 296:6 | 201:23 | 191:25 | opposed |
| 179:10 | one-way | 202:15 | 192:4,6,8 | 112:17 |
| 180:4,6,9 | 296:16 | 203:11 | 192:21,23 | 165:18 |
| 181:12 | ones 20:17 | 205:3,17 | 203:20,23 | 176:15 |
| 182:12 | 113:18 | 205:20 | 203:25 | 291:18 |
| 183:7 | 153:6 | 206:22 | 204:16,20 | oral 9:24 |
| 184:2,18 | 246:23 | 208:1,6,11 | 206:12,24 | order 7:20 |
| 185:5 | 302:9 | 208:18 | 207:8 | 17:11 48:3 |
| 189:15 | ongoing | 209:22 | 208:23,25 | 111:24 |
| 191:22 | 194:1 | 219:25 | 209:4 | 169:21 |
| 197:12 | online 13:6 | 227:10 | 210:17,17 | 180:3 |
| 202:22 | 52:18 54:1 | 228:7,17 | 211:5,11 | 197:2 |
| 209:5 | 59:18,23 | 229:17 | 211:16 | 199:5 |
| 220:9,25 | 61:13 | 239:7 | 212:5,9 | ordering |
| 232:11 | 70:19,22 | 243:10 | 219:10,21 | 122:5 |
| 234:12 | 77:18,19 | 244:18 | 220:18,22 | orders |
| 243:14 | 83:13 | 245:1,10 | 220:24 | 111:19 |
| 244:3 | 93:15 | 246:19 | 221:10 | ordinary |
| 249:3 | open 99:8 | 247:18 | 222:16,18 | 61:5 144:2 |
| 254:21 | 140:6 | 248:24 | 225:24 | Oregon |
| 260:1 | 277:12 | 251:16,21 | 226:4,9,12 | 276:17 |
| 265:18 | opened | 256:15 | 226:18 | organic |
| 271:3 | 166:14 | 294:11,11 | 228:24 | 70:18 75:7 |
| 272:7 | operate | 294:12,13 | 240:24 | 75:8,13 |
| 277:19,22 | 12:11 42:8 | operations | 244:6 | 77:19 |
| 278:3,5 | 89:11 | 16:3 37:21 | 255:20 | 158:6 |
| 288:4 | operated | 37:25 38:5 | 270:23,25 | 250:18 |
| 293:23,23 | 15:16 | 45:10 59:4 | 282:6,6 | organiza... |
| 300:15 | 31:25 | 59:5 94:6 | operations' | 144:9 |
| 302:7 | 32:14 | 105:21 | 219:2 | 176:7 |
| 308:20 | 33:16 76:2 | 133:17 | opinion | 211:19 |
| 309:3,7,16 | operates | 157:16 | 63:24 | 278:13 |
| Olson 181:22 | 88:24 | 158:2,25 | 114:18,25 | 279:6 |
| 183:4,8 | operating | 161:18,24 | 115:24 | 284:15 |
| 186:14,15 | 168:1 | 172:3,4,10 | 116:6 | 289:22 |
| 207:22 | operation | 173:12 | 117:14,16 | organiza... |
| 254:14 | 172:19,19 | 174:25 | 118:20 | 223:21 |
| 281:5 | 173:1,6,15 | 175:1,12 | 119:3 | 224:16 |
| once 117:3,6 | 173:19 | 175:16,20 | 120:2 | 293:8 |
| 173:22 | 176:11 | 177:23 | 121:7 | organiza... |
| 175:9 | 180:19 | 178:3,6,20 | 128:5 | 134:18 |
| 233:5 | 186:16 | 181:6,15 | 131:20 | organized |
| 236:2 | 188:5 | 182:9,17 | 132:7,8 | 171:21,25 |
| once-a-m... | 191:1 | 185:11 | 139:9 | 177:14 |
| 237:18 | 192:11,18 | 186:7 | 152:16 | 178:2 |
| one-on-one | 193:1 | 187:3 | 160:24 | 186:5 |
| 283:20,21 | 194:21 | 189:6,19 | 249:15 | 204:7,9 |

**ELVIS CHAN  11/29/2022**

218:22
219:8
**origin**
163:19
**original**
312:9
**originally**
134:17
**originated**
74:18
144:17
**Otto** 48:24
**ought** 169:23
**outcome**
240:8
**outlet** 142:8
230:13
259:21
**outlets**
213:4
230:13
271:25
**outside**
94:13
105:24
107:13
108:19
137:2
155:14
191:22,23
200:5
201:16
208:19
211:13
216:11
240:4
255:1
287:11
**overall**
152:15
**overcome**
195:11
**overincl...**
138:17
139:15
**oversaw**
198:6,11
198:17
201:19

235:10,11
251:12
**overseas**
139:2,6,7
**oversee**
198:10
**overview**
154:24
156:14
200:24
253:23
278:23
283:5
285:13,20
**overviews**
156:25
157:3
291:10

―――――――――
**P**
**P** 2:1,1  3:1
3:1  310:11
310:16,20
311:1,7
**p.m** 141:5
167:25
180:11,14
234:15,18
287:16,19
294:1
309:18,20
**P.O** 2:22
**page** 4:4,10
5:4  11:15
28:14  37:2
37:4  38:9
38:11  51:8
51:13,13
51:21
55:23
58:24,25
65:12,15
67:1  69:12
69:13  76:4
77:15
78:24  84:8
84:16,17
86:12,13
126:8,9,10

126:10,14
128:6,9,9
128:21
130:14
132:10,10
132:15,22
141:10,11
144:20
146:1
147:8,9
149:9,13
150:5,21
150:23
152:22
157:7,7
158:23
161:14
169:24
170:1
197:13,14
227:8
237:13,14
237:21
238:6
239:6
242:8,12
242:25
243:1,2
260:10,13
260:15
261:2,3
272:1,2,6
277:18,21
277:25
278:2
288:18
291:21
292:7,13
292:18
293:9,11
293:17,19
293:20
299:7,25
300:1,2,4
300:9,11
302:21
306:4,5
312:10,15
312:18

313:5,9,13
313:17,21
**pages** 4:14
4:16,19,20
4:22,24
5:7,9  38:8
70:5,10,17
78:24  84:7
132:22
144:19
147:13
288:5
**paint** 69:10
**painted** 67:3
**paper** 19:11
279:7
**paragraph**
28:23,24
37:8  51:18
51:19
59:17
69:24
84:20
126:12
128:16
132:15
134:10
217:22,23
218:2,3,4
218:6,20
218:24
229:21
230:3,20
231:23
232:11,20
261:3
**paragraphs**
126:13
170:6
**parameters**
88:11
**paranoid**
48:3,5
**Paranoids**
47:22,24
**parlance**
290:13
**part** 33:19
34:14

51:17
74:10
81:22  92:4
113:23
116:2
147:16
157:11
166:20
179:18,18
243:21
247:8
256:9
257:16
273:24
281:1
**participant**
186:3
**particip...**
24:6
170:21
171:6,8
172:18
178:25
185:20
220:11
278:6,7
280:1
**participate**
19:14
20:13,15
25:9  27:24
46:12
281:10,13
**particip...**
19:15
20:22  22:3
28:6  38:24
137:15
171:9
278:11
280:17
**particip...**
28:3
**particip...**
23:21
**particular**
24:20  25:8
91:2  97:13
97:15

**ELVIS CHAN 11/29/2022**

| | | | | |
|---|---|---|---|---|
| 111:11 | 128:10 | 110:5,9,19 | 79:24 | 200:3 |
| 122:11 | 141:11 | 111:6 | 116:12,15 | 276:1 |
| 174:6 | 147:9 | 122:16 | **perpetrate** | 301:5,13 |
| 193:21 | 157:8 | 123:22 | 219:10 | 301:23 |
| 199:25 | 197:12 | 138:11 | **persistent** | **perspective** |
| 202:20 | 242:9 | 146:2,17 | 272:23 | 34:15 |
| 204:2 | 243:1 | 146:18 | **person** 26:4 | 200:25 |
| 214:25 | 293:11,19 | 153:12,15 | 26:5 43:8 | 201:1 |
| 225:20 | 293:20 | 161:9 | 43:10 | **Peter** 234:19 |
| **particul...** | 300:1,2 | 168:6 | 184:15,24 | 235:9 |
| 121:17 | 302:22 | 181:21 | 184:25 | **pharmacy** |
| **particul...** | 306:6 | 182:11 | 203:14 | 93:12 |
| 194:7 | **PeaceData** | 183:24 | 264:6 | **Phoenix** 7:8 |
| **parties** 6:25 | 141:12,14 | 186:12 | 275:23 | **phone** 52:3,4 |
| 14:23 | 141:25 | 200:5 | **person's** | 52:5 53:15 |
| 310:18 | 142:8,24 | 207:4,6,11 | 183:17 | 97:24 |
| **partnered** | 143:4,17 | 207:24 | **personal** | 107:24 |
| 56:20 | 144:10 | 219:23 | 23:16 | 135:10 |
| **Partnership** | 145:7 | 223:8 | 95:17,18 | 236:6 |
| 56:14,17 | 146:18 | 254:16 | 114:17 | **Pichai** |
| 57:2,9,14 | **peers** 217:25 | 268:18 | 115:24 | 116:25 |
| **parts** 115:22 | **penalty** | 276:8 | 116:6 | **pick** 97:24 |
| 126:13 | 314:11 | 281:15 | 117:13 | 138:11 |
| 225:9 | **pending** | 293:3,5,8 | 118:20 | **picking** |
| **party** 216:9 | 195:20 | 296:9 | 128:5 | 309:9 |
| 265:7,8 | 196:4,6 | **people's** | 132:7,8 | **picture** 67:2 |
| 266:1,2 | 220:24 | 28:4 60:15 | 139:9 | 69:9 72:5 |
| 269:5,6 | 222:17 | 84:4 | 148:5 | **piece** 136:12 |
| 304:9,17 | **people** 14:16 | **percent** 85:9 | 159:4,10 | **Pierson** |
| 305:8,11 | 14:17 43:1 | 85:9,10,13 | 229:25 | 222:7,9,10 |
| **pass** 104:25 | 43:6,11 | 85:20 | 235:22 | **pilot** 136:2 |
| 119:12 | 44:14 | 167:5,7 | 249:15 | **Pinterest** |
| **pass-thr...** | 45:12 48:8 | 241:4 | 291:20 | 155:8 |
| 105:4 | 49:10 | **percentage** | **personally** | 156:2 |
| **passed** 41:3 | 54:19 61:5 | 15:13 | 18:23 | **Pipeline** |
| 162:20 | 63:18,20 | 113:21 | 19:14 22:3 | 277:2 |
| **passing** | 66:8 68:1 | **period** 40:17 | 25:20 52:2 | **place** 112:6 |
| 257:11 | 68:10,12 | 100:10,11 | 52:9 56:3 | 127:6,20 |
| **paste** 291:4 | 72:17 78:2 | 219:3,10 | 79:11 | 148:4 |
| **pasted** 304:8 | 78:10 | 219:25 | 81:11 | 161:8 |
| **Patricia** 5:9 | 80:17 81:2 | 311:6 | 119:14 | 162:18 |
| 197:25 | 81:18 | **periodic** | 148:2 | 163:2,6,23 |
| **PATRIOT** | 83:20 | 42:5 | 151:6 | 168:17 |
| 111:24 | 85:16 87:4 | 135:10 | 278:24 | 237:7 |
| **pdf** 37:4 | 97:25 | **perjury** | **personnel** | 243:6 |
| 38:12 | 105:3 | 314:11 | 50:16 | 265:11 |
| 51:13 59:1 | 106:17 | **Perkins** | 119:23 | 268:25 |
| 84:18 | 109:2,19 | 197:20 | 122:19 | 270:7,11 |
| 126:11 | 109:20 | **Permanent** | 140:8 | **places** 28:20 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **Plaintiff** | 42:8 43:2 | 187:7 | **podcast** | 78:11 |
| 1:7 2:3,15 | 43:3,17,25 | 189:20 | 261:22 | 80:15 |
| 2:20 3:3,8 | 49:8,12,21 | 190:15 | 262:10 | 132:8 |
| 8:2 | 49:24 50:9 | 204:3,11 | 271:13 | 173:9 |
| **plaintiffs** | 55:12,15 | 204:13,24 | **point** 22:7 | 176:7 |
| 7:6 | 60:7 62:18 | 209:6 | 22:22 | 223:1,10 |
| **Plaintiffs'** | 64:12 70:5 | 210:16 | 33:19 77:2 | 223:14,17 |
| 4:18 | 75:15 80:3 | 215:23 | 120:25 | 223:20 |
| **plan** 120:16 | 80:8 83:14 | 216:1,7 | 159:2 | 224:16,16 |
| 251:2 | 85:17 | 218:16 | 161:13 | 265:7,8 |
| **planned** | 87:13,23 | 222:11 | 165:9 | 304:8,17 |
| 285:3 | 91:6,8 | 223:4 | 170:2 | 305:8,11 |
| **planning** | 94:7 95:20 | 225:5,14 | 183:1 | **Politician** |
| 300:20 | 96:4,20 | 225:21 | 186:21 | 264:3,5,13 |
| 301:8 | 97:8 | 232:7 | 248:22 | 264:16 |
| **platform** | 101:21 | 242:5 | 279:1,22 | **politicians** |
| 23:21 48:4 | 105:10,24 | 249:13 | 279:24 | 132:23 |
| 61:20 | 106:14,22 | 250:6,12 | 284:2,11 | 133:4 |
| 71:22 82:7 | 107:17,25 | 252:16,20 | 288:19 | **polling** |
| 85:15 89:1 | 108:23 | 254:24 | 289:3 | 269:9,17 |
| 89:5 93:15 | 111:2 | 255:23 | 305:3 | **pop** 42:16 |
| 110:20 | 116:17 | 256:18 | **points** 86:13 | **popping** 51:5 |
| 114:25 | 118:4 | 262:13,14 | 147:16 | **portals** |
| 117:17 | 119:10,16 | 262:18 | **poles** 166:14 | 261:18 |
| 122:19 | 120:25 | 267:14,20 | **policies** | **portion** |
| 189:25 | 122:16,17 | 270:15 | 43:25 | 258:1,5,8 |
| 210:12 | 123:18 | 274:14,20 | 78:10 | 273:25 |
| 232:2 | 126:2 | 279:3 | 95:13 | 274:1 |
| 234:4 | 127:1,7 | 280:19 | 118:18 | **portions** |
| 238:21 | 131:23 | 285:22,24 | 129:7 | 258:7 |
| 261:18,23 | 132:25 | 286:7 | 130:7,11 | **portray** |
| 261:24 | 133:6,18 | 287:1 | 165:17 | 265:24 |
| 266:13 | 135:21,24 | 288:12 | 217:11 | **posed** 242:13 |
| 283:22 | 136:3,15 | 293:3 | 232:17 | **posing** |
| 288:5 | 137:13,24 | 294:20 | 248:11,15 | 141:25 |
| 289:25 | 143:17 | 298:9,24 | 250:13 | **position** |
| 290:11 | 146:13,19 | 307:1 | 266:14 | 194:10 |
| 291:14 | 147:14,25 | **play** 157:15 | 270:24 | 195:2 |
| 301:23 | 153:11 | **pleading** | **policy** 129:2 | 257:8 |
| 302:11 | 154:9 | 122:9 | 129:18,23 | **positive** |
| **platforms** | 156:11,16 | **please** 6:24 | 130:4,21 | 133:24 |
| 12:4 13:20 | 160:19,20 | 7:13 8:7 | 133:11 | **possession** |
| 13:24 14:2 | 162:23 | 9:13 20:21 | 135:13,15 | 212:24 |
| 14:3 17:17 | 165:6,10 | 31:5 41:23 | 135:20 | **possibility** |
| 30:13 32:4 | 173:19 | 181:25 | 166:13 | 175:19 |
| 32:12,19 | 177:18 | 303:23 | 279:7 | 185:10 |
| 34:9 35:10 | 180:18 | 312:8,12 | **political** | 192:14 |
| 35:12 | 181:3,10 | 312:17 | 16:6 34:3 | 199:14,19 |
| 36:18,25 | 182:10,14 | **plural** 221:5 | 68:15 70:6 | 207:25 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 208:18 | 132:4 | 187:2 | **practices** | 305:9,11 |
| 243:10 | 142:10 | 189:5 | 125:19 | **presiden...** |
| 244:6 | 145:5 | 190:11 | **pre-marked** | 16:10,12 |
| 245:1 | 146:2 | 192:7 | 169:22 | 173:10 |
| **possible** | 158:13 | 200:2,13 | 196:17 | 219:3,11 |
| 57:19 | 205:2 | 200:16 | **precise** | 220:1 |
| 131:11 | 213:5 | 203:19,22 | 150:2 | 240:8,24 |
| 208:17 | 217:9 | 203:24 | 177:7 | 304:9,17 |
| 221:3 | 229:23 | 206:24 | **predication** | 305:9,11 |
| 245:13 | 241:15 | 207:7 | 263:21,24 | **pressure** |
| 246:25 | **Postgrad...** | 208:5 | **preelection** | 116:1,8,16 |
| 247:2 | 4:11 10:16 | 209:21 | 253:16 | 117:8 |
| **possibly** | 10:19 | 211:10 | **preface** | 118:2,15 |
| 152:10 | **posting** | 219:20 | 190:9 | 118:19 |
| **post** 60:25 | 145:16 | 220:22 | **preference** | 122:24 |
| 61:15,21 | 163:1 | 222:16 | 297:4,11 | 123:2 |
| 62:16 | 166:13 | 223:16 | **prelimin...** | 127:4,18 |
| 143:25 | 205:25 | 224:10,25 | 230:21 | 131:24 |
| 144:24 | 269:22 | 226:7 | **preliminary** | 132:9,24 |
| 145:9,10 | **postings** | 229:1 | 241:19 | 242:3 |
| 162:13,21 | 60:14,15 | 238:20 | **Prelimin...** | **pressured** |
| 163:23 | 87:4 | 240:18 | 4:19 | 133:5 |
| 164:25 | 143:13 | 250:23 | **preparation** | **presumably** |
| 165:5 | 286:12 | 254:5 | 27:24 | 68:13 |
| 167:15,21 | **postmarked** | 255:19 | **preparatory** | **presume** |
| 167:24 | 164:18 | 256:14 | 26:6,8 | 226:13 |
| 168:6,8,10 | 269:12 | 269:25 | 280:11,18 | **pretending** |
| 168:15 | **posts** 72:13 | 270:12 | 280:21 | 92:25 |
| 205:8 | 76:13 | 273:2 | 281:21 | 93:23 |
| 214:9 | 130:23 | 283:6 | 282:1,4,17 | **pretty** 98:9 |
| 227:18 | 165:7,18 | **potentia...** | **prepare** | 272:12 |
| 229:23 | 165:24 | 177:22 | 27:15 | **prevent** |
| 230:12,22 | 166:5,8 | **potentially** | 117:25 | 132:3 |
| 232:14 | 167:18 | 34:16 54:1 | 137:11 | 172:9 |
| 244:1 | 267:24 | 90:12 | 272:4,5 | **prevented** |
| 266:17 | 285:24 | 157:23 | 279:24 | 232:14 |
| 268:23 | 307:11 | 176:15,19 | 280:4 | **Prevention** |
| 272:9 | **posture** | 190:6 | **preparing** | 292:10 |
| 293:14 | 300:21,21 | 209:3 | 27:17,22 | **previous** |
| 294:7 | 300:25 | 226:11 | 245:5 | 48:1 75:6 |
| 295:3,5,6 | 301:1,2,7 | 240:21,23 | 271:8 | 300:9 |
| 295:12 | 301:11,21 | 248:1,6 | 272:13 | **previously** |
| 296:17,21 | **potential** | 250:24 | **present** 6:24 | 11:7 12:7 |
| 298:13 | 121:8 | 252:3 | 254:17,20 | 29:17 |
| 301:3,6,16 | 122:6 | 254:1,3 | 309:5 | 102:9 |
| **Post's** 232:3 | 172:25 | 274:7,16 | **presenta...** | 177:8 |
| **posted** 67:9 | 173:11 | 305:23 | 137:16 | 190:5 |
| 68:23 | 175:11 | **practice** | **president** | 210:22 |
| 75:17 | 178:5 | 291:2 | 304:10,18 | 217:4 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 219:17 | 231:24 | 124:13 | product | 32:19 34:9 |
| 232:15 | 238:10 | 163:9 | 112:24 | 35:9,11 |
| 257:20 | 243:16 | 242:17 | 164:3 | 36:25 |
| 266:18 | 245:17 | 261:5 | 236:10 | 38:16,21 |
| 268:24 | 246:6,9,12 | 265:10 | products | 48:3 50:5 |
| 270:21 | 246:15,17 | 268:1 | 12:19 | 87:22 |
| 275:11 | 246:21 | 305:1 | 139:24,25 | 274:14 |
| 283:1 | 247:4 | probed 88:5 | 278:19,20 | protected |
| 285:10 | privilege | 88:8 | 278:23 | 16:2,4 |
| 294:24 | 21:17,18 | problem | professi... | 20:25 |
| primaries | 23:15 | 22:24 83:1 | 54:11 | 195:18 |
| 19:2 | 27:20 | problematic | 135:1 | protecting |
| 156:22 | 94:17,19 | 105:9,16 | Professor | 55:12,15 |
| 285:17 | 97:11 | 150:18 | 55:24 | 284:7 |
| primarily | 111:8 | 165:7 | 58:11 | protection |
| 26:5,20,20 | 121:12 | problems | 77:24 | 211:23 |
| 29:10 51:4 | 122:1,3,8 | 126:6 | program 72:7 | protections |
| 55:13 | 122:11,14 | Procedure | 139:14 | 139:5 |
| 134:17 | 164:1 | 310:14 | programs 7:9 | protective |
| 135:13 | 174:5 | proceed 23:6 | 7:16 71:15 | 172:12 |
| 138:25 | 187:10,11 | 23:10 | 72:3 | 180:3 |
| 156:21 | 188:8,9,25 | proceedings | 136:16 | provide |
| 275:24 | 189:1,1 | 309:19 | 137:11,24 | 16:24 |
| 276:20 | 193:20,25 | process | 138:16 | 27:25 31:3 |
| 286:1 | 194:2,4,11 | 22:22 | 139:21 | 33:3,8 |
| 298:21 | 195:1,6,11 | 27:20 | prohibit | 89:15 96:4 |
| primary 19:7 | 199:23 | 112:6 | 205:25 | 100:1,4,8 |
| 26:22 | 200:18 | 121:12,25 | prominent | 108:25 |
| 74:14 93:1 | 201:25 | 122:2,14 | 120:23 | 111:1 |
| 105:3 | 202:1,17 | 160:5,5 | prominently | 115:23 |
| 208:14 | 215:18 | 163:18 | 161:18,25 | 131:7 |
| 210:20 | 251:24 | 187:10 | promoted | 137:6 |
| principal | 282:9,19 | 188:8,25 | 109:12,15 | 140:5 |
| 46:4 | privileged | 196:12 | propaganda | 156:14 |
| principally | 174:2 | 199:5 | 134:18 | 157:2,4 |
| 14:8 94:4 | privileges | 250:5 | proposals | 164:23 |
| prior 125:24 | 187:11 | 251:24 | 282:22 | 167:2 |
| 133:23 | 188:9,23 | 254:7 | prospect | 173:18 |
| 202:12,15 | 202:18 | 266:16 | 185:10 | 179:17 |
| 310:14 | privy 238:2 | 270:12 | 186:6 | 190:10 |
| privacy | 255:5 | 276:10 | 187:13 | 209:1 |
| 205:10 | pro-Second | 282:9,18 | 189:19 | 214:23 |
| private 7:6 | 76:14,18 | 285:16 | 191:12,24 | 227:19 |
| 16:17 18:7 | 83:16 | 296:25 | 203:11 | 269:19 |
| 20:10 | probable | processed | 206:21 | 278:22 |
| 105:6 | 68:20 | 265:3 | 210:16 | 285:12,18 |
| 155:5 | 252:4 | processes | 211:5,15 | 285:20 |
| 170:9 | probably | 29:22 | 239:6 | 304:12 |
| 179:2,3 | 64:25 | 283:2 | protect | provided |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 16:5,8,9 | 244:16,17 | 73:24 | 96:9 98:6 | 122:3 |
| 16:13,14 | 244:21,24 | 74:20 | 104:8 | 194:1,4 |
| 27:13 | 245:5,9,16 | 75:21 | 105:13,20 | 221:2 |
| 32:21 | 245:23 | 93:11,14 | 115:22 | 245:1 |
| 38:25 | 246:2 | **put** 35:20 | 122:12,13 | 262:18 |
| 45:24 | 259:13,14 | 116:17 | 138:24 | 293:14 |
| 50:14 | 265:1 | 122:23 | 150:8 | **quote/quote** |
| 65:21 | 267:6 | 204:23 | 175:5 | 15:7 |
| 113:10 | 268:9 | 216:20 | 189:3,13 | **quote/un...** |
| 132:23 | 271:23 | 242:3 | 190:23 | 302:10 |
| 139:14,25 | 312:15 | 244:14 | 193:21 | |
| 146:22 | 314:22 | 289:11 | 194:12,19 | ___R___ |
| 148:23 | **publicizing** | **putting** | 194:23,24 | **R** 1:9 2:1 |
| 149:7 | 59:10 | 164:7 | 195:4,10 | 3:1 6:15 |
| 150:14 | **publicly** | | 195:13 | 259:6 |
| 154:24 | 147:23 | ___Q___ | 199:15 | 310:11,15 |
| 156:24 | 148:17 | **qualified** | 202:11 | 310:20 |
| 162:16 | 194:16,18 | 310:7 | 203:5 | 311:1,7 |
| 226:9,16 | 196:21 | **qualifiers** | 214:22 | 312:5 |
| 227:4 | 214:2 | 253:3 | 242:13,15 | 313:2 |
| 253:22 | 259:12 | **quarter** | 242:18 | **raise** 23:12 |
| 274:22 | **publicly...** | 131:9 | 250:18 | 23:13 |
| 286:18 | 94:24 97:5 | **quarterly** | 272:7 | 139:11 |
| 287:4 | **published** | 19:18,25 | 292:25 | 178:19 |
| 291:3 | 213:5 | 39:25 | 308:17,20 | 187:13 |
| 311:6 | **pull** 33:9 | 40:10 41:3 | 308:22 | 188:4 |
| **provides** | 126:5 | 41:5 42:5 | 309:12 | 189:18 |
| 34:8 | 197:7 | 42:20 44:9 | **question's** | 190:15,25 |
| **providing** | 206:11 | 89:17,20 | 34:13 | 221:24 |
| 32:5 53:25 | **pulled** 83:25 | 98:8,14,19 | **questioning** | **raised** 178:7 |
| 89:3,4 | **purchase** | 98:21 | 308:16 | 178:8,15 |
| 103:15 | 78:1,11 | 103:6 | **questions** | 181:7 |
| 113:8 | 93:15 | 104:3,6 | 9:7 17:5 | 186:21 |
| 131:3 | **purchased** | 105:25 | 21:21 | 187:6 |
| 139:21,22 | 77:17 | 109:1,14 | 141:8 | 188:16,17 |
| 203:1 | **purpose** | 177:7,17 | 304:1 | 188:21 |
| 283:24 | 33:25 | 181:1 | 308:11 | 205:19,21 |
| **provisions** | 34:15 35:1 | 182:14 | **quicker** | 206:15 |
| 93:18 | 35:4,8 | 239:4 | 160:18 | 246:19 |
| **public** 117:8 | 78:15,20 | 288:13,23 | **quickly** | **raising** |
| 128:23 | 274:6,12 | 297:19 | 160:14 | 191:17 |
| 130:17,23 | **pursuant** | **question** 9:8 | 161:11 | 205:24 |
| 131:7 | 310:13 | 9:9,12,15 | 307:8 | 282:5 |
| 140:6 | **pursue** 250:3 | 27:21 | **quite** 46:3 | **ran** 193:15 |
| 161:4 | 251:7 | 34:14 | 64:25 | 235:10 |
| 164:24 | 252:13 | 79:16 | 240:11 | 257:21 |
| 195:2,4 | **pursuing** | 88:18,19 | **quote** 79:12 | 301:15,17 |
| 243:9,15 | 250:24 | 90:22 92:5 | 85:8 | 301:20 |
| 244:5,11 | **push** 60:25 | 94:19,20 | 105:16 | **random** 75:3 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 99:24 | 294:3 | 302:11 | 225:6 | 101:6 |
| 101:15 | 297:25 | **reason** 24:21 | 229:18 | 120:7 |
| **ranging** | 312:12 | 88:19 99:3 | 238:25 | 123:1 |
| 109:12 | 313:6,10 | 103:20 | 244:11 | 124:9 |
| **ranking** | 313:14,18 | 113:23 | 248:5 | 125:12 |
| 281:19 | 313:22 | 120:1 | 251:14,19 | 175:13 |
| **ransomware** | 314:5 | 122:4 | 260:17 | 178:9,21 |
| 276:24 | **read-thr...** | 131:12 | 261:11 | 182:19 |
| 277:2 | 287:24 | 133:14 | 307:4 | 185:13 |
| **rarely** | **reading** | 138:3 | **receive** | 186:17,19 |
| 135:14 | 61:21 65:5 | 148:16 | 102:5 | 189:4,14 |
| **rate** 167:6,7 | 66:8 68:2 | 168:24 | 166:3 | 189:21,23 |
| 167:9,12 | 71:4 86:5 | 203:13 | 197:7 | 191:2,8,21 |
| **reach** 233:16 | 157:22 | 205:9 | 247:25 | 199:9 |
| 254:6 | 231:22 | 207:14 | 254:23 | 201:14 |
| **reached** | 243:13 | 209:12 | 296:5 | 203:13,14 |
| 65:14 66:3 | 275:9 | 210:11 | **received** | 205:11 |
| 66:4,10,24 | **real** 61:5 | 220:23 | 103:8 | 244:20,23 |
| 85:8,21 | 63:19 | 223:18 | 117:20 | 248:20 |
| 86:16 | 70:23 | 224:13 | 163:4,7 | 249:20 |
| 232:22 | 71:25 72:5 | 228:11 | 255:10 | 256:13 |
| 241:5 | 74:12 78:2 | 251:5 | 286:9 | 275:24 |
| 267:10 | 78:16 | 283:24 | 295:25 | 281:12 |
| **reaching** | 85:15,16 | 290:3 | **receiving** | 282:11 |
| 59:9 86:7 | 86:22 87:3 | 291:9,15 | 297:10 | 305:14 |
| 233:20 | 111:6,6 | 298:13 | **recess** 22:14 | **recollec...** |
| **reaction** | 112:18 | 307:12,13 | 77:11 | 56:5 |
| 68:7 87:12 | 113:15 | 313:7,11 | 96:14 | 101:13 |
| **reactions** | 114:14 | 313:15,19 | 106:9 | 144:12 |
| 67:17,19 | 139:12 | 313:23 | 140:15 | 146:21,22 |
| 231:2,6 | 144:23 | **reasonable** | 180:12 | 153:9 |
| **read** 38:4,20 | 145:5 | 194:6 | 234:16 | 154:2,15 |
| 50:4 51:16 | 157:18 | **reasons** | 287:17 | 154:24 |
| 56:24 66:9 | 158:17 | 106:6 | **recharac...** | 157:2 |
| 77:17 81:5 | 302:10 | 191:3 | 176:14 | 164:15 |
| 81:6 86:21 | **realize** | 208:14 | **recipient** | 166:2 |
| 105:12 | 21:10,13 | **recall** 20:17 | 200:8 | 167:8,21 |
| 127:18 | **really** 66:2 | 20:18 | **recipients** | 170:15 |
| 128:15 | 100:21 | 23:20 | 98:25 | 172:22 |
| 145:20 | 115:6 | 191:11 | **recognize** | 175:17 |
| 193:24 | 154:4 | 205:13 | 196:22 | 176:18 |
| 228:23 | 195:15 | 206:20 | **recollect** | 181:19 |
| 229:8 | 272:17 | 209:19 | 28:4 42:23 | 186:25 |
| 230:14 | 283:20 | 211:2 | 42:24 | 197:4 |
| 231:22 | **realm** 45:3 | 212:11,17 | 44:21 | 200:22 |
| 232:20 | **realtime** | 213:18 | 48:19 | 205:4 |
| 240:19 | 160:3 | 215:2,25 | 53:15 | 208:4 |
| 244:22 | 295:20 | 221:13 | 85:18 | 209:7,8 |
| 293:24 | 297:1,6 | 222:13 | 91:15,20 | 210:19,24 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 211:17 | 105:11 | 199:14 | **referenced** | 206:11 |
| 212:21 | 106:6,7,10 | 205:20 | 295:16 | **refresh** |
| 213:9,13 | 128:14 | **recurring** | **referencing** | 197:3 |
| 219:6 | 129:10,20 | 170:4,7 | 127:10,12 | 244:22 |
| 223:12 | 130:25 | 278:3 | **referrals** | **refreshed** |
| 224:7 | 131:2 | 279:24 | 168:20 | 260:2 |
| 226:23 | 132:6 | 284:23 | **referred** | **refused** |
| 227:14,15 | 137:1 | **redacted** | 12:25 | 216:15 |
| 252:24 | 138:22 | 292:9 | 15:19 59:5 | **regarding** |
| 268:24 | 139:17 | **Reddit** 24:3 | 75:6 84:8 | 148:6 |
| 273:24 | 140:11,13 | 41:25 | 86:12 | 218:1 |
| 281:24 | 141:5 | 48:20,21 | 94:24 | 233:20 |
| 282:13,17 | 159:25 | 48:25 49:1 | 108:17 | **regardless** |
| 286:1 | 162:7 | 49:9 91:18 | 123:18 | 179:15,17 |
| 290:1,16 | 164:8 | 155:8 | 179:8 | **regional** |
| 294:22 | 175:3 | 156:2 | 207:12 | 135:3 |
| 295:2,5 | 176:13 | **redirect** | 210:22 | 276:7,11 |
| 308:21,22 | 179:1,13 | 146:25 | 213:6,9 | 276:13 |
| **recommen...** | 179:18,19 | **Redmond** 25:6 | 214:10,11 | **registered** |
| 158:24 | 179:22,23 | **reduce** 232:6 | 230:5 | 269:5,6 |
| 159:4,14 | 180:8,10 | **refer** 32:11 | 233:23 | **registrar** |
| 160:15 | 180:13,15 | 38:14 | 266:22,24 | 50:14 |
| **recommen...** | 180:16 | 51:21 | 269:2 | **registrars** |
| 91:25 | 184:19 | 59:12,18 | **referring** | 50:19 |
| 157:11 | 189:16 | 86:20 97:4 | 38:22 | **regular** 24:6 |
| 159:6 | 193:24 | 99:18 | 63:16 | 25:16 |
| 282:10,20 | 195:4 | 126:15 | 130:3 | 63:18 |
| 282:23 | 234:13,14 | 173:14 | 155:24 | 213:14 |
| **recommended** | 234:17 | 183:23 | 168:22 | 217:24 |
| 159:9 | 256:21 | 214:25 | 170:17 | 218:5 |
| **recommen...** | 259:13 | 223:24 | 202:3 | 236:2 |
| 161:8 | 287:14,15 | 241:23 | 218:6,20 | 238:11 |
| **reconvene** | 287:19 | 242:2 | 227:13 | 285:8 |
| 179:25 | 289:18 | 270:14 | 228:18 | 287:12 |
| **record** 6:10 | 290:15 | 303:19 | 231:4 | **regularly** |
| 7:11,22 | 292:12 | **reference** | 245:22 | 24:17 |
| 8:8 9:20 | 302:18 | 12:14,18 | 246:9 | 41:24 |
| 20:21 | 308:12 | 13:17 | 264:22 | 46:14 |
| 21:12 22:9 | 309:8,15 | 38:13 | 278:1 | 47:11 |
| 22:12,13 | 309:18 | 55:24 56:8 | 304:11 | 57:17 |
| 22:16 77:9 | 310:24 | 59:8 | **refers** 38:3 | 92:22 |
| 77:10,12 | **record's** | 126:23 | 129:5,14 | 101:22 |
| 79:14 | 10:1 | 129:2 | 156:1 | 122:19 |
| 82:23 83:2 | **recorded** | 150:6 | 158:10 | 174:18 |
| 84:15 | 310:23 | 156:2 | 221:4 | 185:15,16 |
| 96:11,12 | **Recording** | 230:4 | 284:2 | 201:2,15 |
| 96:15 98:4 | 4:23 5:6 | 231:13 | 306:20 | 206:25 |
| 102:2 | 259:5 | 279:13,23 | **reflect** | 208:22 |
| 104:15 | **recurrence** | 304:22 | 117:18 | 211:7 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 212:2 | relation... | remedy | 222:20 | 6:8 |
| 226:7 | 24:24 | 249:19 | 223:7 | **remove** 95:15 |
| 227:16 | **relative** | **remember** | 225:16 | 250:24 |
| 276:22 | 310:17,18 | 20:12 | 227:5,13 | 252:22,25 |
| 304:6 | **relay** 104:21 | 23:24 24:4 | 227:24 | **removed** |
| **rein** 126:19 | 105:6,8 | 24:6 25:12 | 229:9 | 149:24 |
| 126:24 | 108:4 | 28:1,7 | 230:11,14 | 159:23 |
| **reiterate** | 162:22 | 54:21 55:1 | 245:3 | **removing** |
| 99:23 | 164:11 | 62:25 | 247:14,16 | 147:18 |
| 188:11 | 165:6 | 88:10 93:2 | 247:18,22 | 154:8,22 |
| **reiterating** | 166:5 | 112:12 | 247:23 | **render** 314:8 |
| 189:4 | 225:12,13 | 113:9 | 248:13,14 | **Renée** 51:25 |
| **relate** 18:2 | 254:21,25 | 123:7 | 250:10 | 53:12 85:5 |
| 46:12 | 267:13 | 149:21 | 252:9 | 85:11 |
| 102:11 | 296:19 | 151:16,22 | 253:2,2,6 | **renew** 200:17 |
| 121:22 | **relayed** | 152:6,7,8 | 253:10,13 | **rent** 72:17 |
| 149:14 | 163:10 | 152:13 | 253:21 | 72:19,25 |
| 238:18 | 165:24 | 153:7 | 254:10 | **rented** 73:7 |
| 307:1 | 172:11 | 154:19 | 255:7 | **repeat** 96:9 |
| **related** 4:19 | 204:2 | 155:14,16 | 260:1,18 | 194:19 |
| 39:9 42:15 | 220:10 | 155:22 | 260:21,22 | 199:15 |
| 45:4 52:6 | 221:20 | 163:8,9 | 260:24,25 | 293:17 |
| 60:21 | 225:16,20 | 164:17 | 261:13 | **repeatedly** |
| 92:19 | 255:2,4 | 166:4,11 | 269:1,3,12 | 174:23 |
| 164:13 | 297:18 | 166:17,17 | 271:19,22 | 175:4,6 |
| 234:1,25 | **relaying** | 166:18,20 | 278:12,14 | **rephrase** |
| 261:17 | 167:16 | 166:22 | 281:16 | 27:21 |
| 262:7 | 168:17 | 171:4,7,16 | 282:2,24 | 105:19 |
| 270:10 | 223:8 | 171:18 | 284:24 | 166:25 |
| 283:9 | 297:21 | 172:12,23 | 288:25 | 253:16 |
| 286:10 | **ReleaseT...** | 175:21 | 289:9,12 | 297:16 |
| 290:25 | 149:15,18 | 181:20 | 296:9,11 | **report** 14:22 |
| 305:16,18 | **relevance** | 182:11,21 | 296:14,14 | 65:23,25 |
| 305:20 | 194:5 | 182:24,25 | 297:2 | 80:11 |
| 306:14,17 | **relevant** | 183:1,11 | 299:14 | 86:19 87:1 |
| 307:3,6,14 | 103:8 | 186:8 | 304:5 | 87:1 |
| 307:20 | 105:1 | 192:1,4 | 306:16 | 102:18 |
| 308:2,6,8 | 126:19 | 200:1 | 307:2 | 103:14 |
| **relates** 45:8 | 138:13 | 201:9 | 308:16 | 106:17,19 |
| 47:19 | 152:18 | 205:4,5,15 | 309:4 | 107:6,8,9 |
| 48:22 | 159:15 | 206:17,18 | **REMEMBERED** | 127:11 |
| **relating** | 242:19 | 207:13 | 6:3 | 131:7 |
| 52:11 | **relied** 14:24 | 209:25 | **remembering** | 145:2,6 |
| 194:14,15 | **reluctant** | 210:1,4,10 | 306:2 | 159:19 |
| 233:5 | 104:12 | 212:2 | **Remote** 2:6,7 | 161:5 |
| 244:25 | **relying** | 214:4,21 | 2:18,23 | 162:2 |
| 259:17 | 164:20 | 219:18,18 | 3:6,11 6:1 | 168:7 |
| 262:20 | **remain** 69:8 | 220:12 | 141:1 | 261:19,23 |
| 263:16 | 173:11 | 221:16 | **remotely** 6:5 | 262:10,25 |

263:5
266:11,12
268:5
285:23
286:5
289:17
290:9
298:23
**reported**
54:19
167:11
287:1
**reporter**
1:24  6:7
9:21 10:8
11:10
105:12
169:11
196:14
216:22
241:12
258:25
259:12
271:4,18
287:20
310:8
311:6
**reporter's**
6:21
**reporter...**
271:12
**Reporters'**
310:10
**reporting**
79:23
134:16
**reports** 15:9
104:5
114:9
127:25
131:3
147:23
163:4
164:13
165:3
167:16
241:8
264:25
265:2

274:19
278:21
289:24
292:4
293:7
**repost** 74:1
76:3
158:12
**reposted**
66:20
**reposting**
63:8,11
64:19 65:6
65:7 67:24
71:5,23
73:14,16
76:6 86:6
86:6
157:23,23
**represent**
7:1,21
22:23
23:17
**represen...**
253:14,18
**represen...**
24:15 27:4
135:3
198:9
**represen...**
95:20
110:12,13
118:3
211:1,4
**represented**
24:8
272:18
**represen...**
7:10,17
148:3,4
**Republicans**
266:21
304:9
**reputable**
85:25
**request**
103:3
288:23
296:22

**requested**
105:12
116:21
311:4,5
**requesting**
22:22
**require**
298:15
**requirement**
266:10
**requires**
90:8
**research**
15:14  31:7
31:19  56:8
56:21  60:2
61:12
69:17  73:4
74:6  75:9
75:25  76:3
78:21  79:7
79:10,18
79:18,19
79:23
84:25 85:5
85:7 100:7
100:10
126:15
141:17
143:3,16
154:6
157:1
**researcher**
51:25
58:10
**researchers**
57:17 58:6
58:16
140:3,9
**researching**
11:24
169:7
**reside**
264:16
**Resilience**
170:22
**respect** 44:2
91:2
194:12

204:15
205:1
252:13
290:19
291:13
**respective**
49:11
156:15
163:17
**respecti...**
29:12
35:21
**respond** 9:23
104:9
138:24
204:14
215:3
272:8
282:21
**responding**
9:15
158:20
**response**
37:9,13
90:21
103:9
167:2
170:16
179:8
202:24
203:4
274:19
279:15,16
292:8
309:11
**responses**
4:18  9:24
21:15
166:3
169:17,25
203:2
277:14
**responsi...**
24:25
153:16
217:14
**responsible**
24:23
43:16

168:16
190:19
198:7,18
**restate**
167:20
**restrict**
143:12
**result** 35:25
142:14
148:22
149:24
160:17
166:19
203:5
266:5
**resulted**
67:13
118:18
**results**
137:9,10
148:21
206:12
**Retaliatory**
271:8
**retired** 47:8
**return**
312:17
**returning**
191:10,10
**retweet** 74:1
76:20,25
158:12
**retweeting**
76:18
**retweets**
76:16
**retype** 291:5
**Reuters**
141:24
**reveal**
117:22
**revealing**
155:5
**revelation**
142:14
**revenues**
115:13
**review** 70:11
134:16

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 262:15 | 73:17 | 148:9 | 274:9 | rolling |
| 265:13 | 74:12,20 | 149:2,7,11 | 280:6 | 198:5 |
| 296:3 | 75:5,7,22 | 149:16,20 | 281:18 | Roman 28:15 |
| 306:8 | 77:20,22 | 150:19 | 285:4 | 28:16 37:2 |
| 311:3 | 78:3,17 | 151:1,11 | 288:9,15 | room 152:19 |
| reviewed | 79:6,12 | 152:24 | 292:23 | rotate |
| 79:7,11 | 80:13,18 | 157:12,16 | 293:12 | 207:15,15 |
| 165:1 | 80:19,22 | 157:19 | 299:5,17 | rotating |
| 263:18 | 82:5,14,15 | 158:2,7,13 | 303:9 | 44:20 |
| 265:4 | 83:16 | 158:17,21 | 304:23 | Roth 4:20 |
| 266:3 | 84:10,23 | 159:3,9,17 | 306:21 | 45:19 46:5 |
| 268:6 | 85:10,17 | 159:23 | 308:25 | 124:17 |
| 288:1 | 86:1,17,20 | 160:3,15 | right-wing | 217:1,2 |
| reviewing | 86:24 87:5 | 162:10 | 144:16 | 222:23 |
| 91:1 | 87:14 94:1 | 163:6,23 | rights | 224:1,6,20 |
| 112:24 | 95:16 96:8 | 165:7,11 | 286:13 | 227:1 |
| revolve | 96:22 97:1 | 166:14 | rises 266:9 | 228:2 |
| 266:5 | 98:7,23 | 168:12 | risk 180:19 | 229:4 |
| Rich 5:9 | 99:9,14,19 | 169:19 | 181:6 | 230:20 |
| 197:25 | 103:25 | 172:1 | 186:6,16 | 233:1,14 |
| Richard 47:8 | 104:5,7 | 177:13,19 | 187:5 | Roth's |
| 125:7,8 | 107:11 | 178:13 | 188:5 | 223:13 |
| rife 268:17 | 109:6 | 179:12 | 192:10,17 | 225:17 |
| right 17:8 | 114:8 | 180:21 | 192:20 | 233:8 |
| 17:23 21:6 | 115:21 | 181:3,10 | 211:14,20 | Rouge 3:5 |
| 23:14 | 122:17,24 | 181:16 | 212:8 | roughly |
| 26:15 29:6 | 123:23 | 183:12,14 | 282:6 | 39:25 |
| 33:20 35:1 | 124:11 | 183:16 | RMR 1:24 | 253:5 |
| 35:16,19 | 126:21 | 188:16 | RNC 16:7 | round 300:17 |
| 35:25 36:4 | 127:1,8,15 | 196:25 | Robert 65:24 | RPR 1:24 |
| 36:6 38:1 | 128:4,13 | 214:12 | 257:13,15 | RSA 271:22 |
| 38:3 40:14 | 128:17,24 | 217:19,19 | 257:18 | 272:18,20 |
| 40:22 | 129:7,15 | 227:11 | robust 37:14 | 275:16,23 |
| 43:18,25 | 130:1,8,12 | 228:8,9 | 130:10 | RSCC 16:7 |
| 49:24 59:6 | 130:17,22 | 232:11 | 132:2 | ruled 122:11 |
| 59:10,15 | 131:18 | 236:25 | Roderick | rules 9:6 |
| 59:20 61:7 | 132:12,25 | 240:16 | 46:1 | rumors 227:9 |
| 61:17,22 | 141:12,21 | 242:5 | role 43:8 | 228:6,16 |
| 62:9,10 | 142:2,4,8 | 252:10 | 72:21 | 229:16 |
| 63:9,12,21 | 142:11,15 | 256:15 | 135:1 | run 19:7 |
| 64:4,11 | 142:21,22 | 259:8,25 | 154:16 | 281:17 |
| 65:1,15 | 144:3,14 | 260:5 | 193:12 | running |
| 66:20 67:9 | 144:14 | 261:7,9 | 217:12,18 | 98:11 |
| 68:2,10 | 145:11,17 | 262:3,7,13 | 275:5 | Ruslan 6:22 |
| 69:14,17 | 145:20,21 | 262:21 | 290:5,5 | Russia 38:3 |
| 69:19 70:6 | 145:24 | 263:8,13 | roles 43:7 | 94:3,13 |
| 70:12,24 | 146:8,14 | 269:24 | 200:4 | 95:1 155:3 |
| 71:2,7,17 | 147:10,14 | 272:4,9,24 | rolled | 186:13 |
| 71:25 72:7 | 147:20,25 | 273:4 | 272:13 | 226:13,17 |

## ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 271:9 | 189:19 | 143:24 | 58:1 105:1 | 45:7 48:10 |
| 305:20,25 | 191:1,13 | 144:17 | 106:18 | 49:19 50:3 |
| **Russia's** | 191:17,24 | 145:20 | 107:2,5,13 | 50:18 51:9 |
| 37:20,25 | 198:11,13 | 175:12 | 107:17 | 51:12 |
| 38:4,5 | 200:13,16 | 190:12 | 108:19 | 56:23 |
| 157:15 | 201:16,22 | 227:18,22 | 119:23 | 57:23 |
| 158:2 | 202:8,14 | 236:21 | 128:3 | 58:25 |
| **Russian** 4:13 | 203:11,25 | 286:15 | 135:4 | 61:14 63:7 |
| 11:3 12:3 | 204:16 | **Ryan** 44:15 | 162:12,20 | 64:2,23 |
| 12:9,25 | 207:25 | ─────── | 165:2,3,5 | 65:19 |
| 13:4,15,18 | 208:12,18 | **S** | 168:9,16 | 67:18 68:9 |
| 14:4,13,18 | 209:21 | **S** 2:1 3:1 | 168:21 | 68:21 69:3 |
| 31:13,18 | 211:15 | **s-e-n** 183:10 | 169:1 | 70:3,16 |
| 32:14,22 | 212:9 | **S-h-e-r-...** | 177:2,9 | 71:12 |
| 32:23 | 221:10 | 124:21 | 181:5 | 72:18 |
| 33:16 34:2 | 235:7,21 | **S-t-r-z-o-k** | 198:12 | 73:22 |
| 34:23 36:1 | 239:6 | 234:20 | 201:5 | 74:25 76:2 |
| 36:5 37:13 | 240:6,23 | **S-u-r** 7:8,15 | 267:9,13 | 76:10,23 |
| 52:7,24 | 241:5 | **Sacramento** | 268:10,13 | 77:6,14 |
| 53:2,24 | 257:24 | 276:15 | 268:15 | 78:23 |
| 55:7 59:3 | 285:21 | **safety** 43:3 | 272:16 | 79:17 82:5 |
| 60:2 61:11 | **Russian-bot** | 43:9,14,15 | 276:1 | 82:17,25 |
| 65:8 66:4 | 158:5 | 44:4,11,13 | 287:9 | 83:3,5,15 |
| 73:23 | **Russian-...** | 46:4,9,23 | 296:17,21 | 84:17,20 |
| 76:14,16 | 146:24 | 47:18 | 298:12 | 90:24 92:8 |
| 78:22 | **Russian-...** | 48:22 | 301:2,17 | 93:4 94:10 |
| 87:14 89:3 | 174:25 | 55:10,11 | 310:4 | 94:18 |
| 92:20 94:1 | **Russian-...** | 55:12 | **Sauer** 2:6 | 95:10 |
| 95:9 | 35:3 | 135:17 | 4:5 7:2,2 | 96:11,17 |
| 126:25 | **Russian-...** | 152:20 | 8:6 11:14 | 97:14 98:5 |
| 127:11 | 64:15 67:8 | 153:12 | 12:1 14:10 | 102:10 |
| 142:15 | 80:6 89:9 | 217:6,12 | 15:1 18:5 | 103:2,14 |
| 146:7 | 96:8 | 292:11 | 18:20 21:9 | 104:19 |
| 152:3 | 112:17 | 293:4 | 21:13 22:1 | 105:19 |
| 158:10 | 141:15 | **safety/site** | 22:8,11,17 | 106:12 |
| 161:16,23 | 142:15 | 45:12,15 | 22:21 | 112:9 |
| 172:18 | 146:14 | 48:15 | 23:11 | 113:3 |
| 173:5 | **Russian-...** | **sales** 114:24 | 26:17 | 115:4,18 |
| 175:16 | 144:11 | **Salgado** 47:8 | 27:14,21 | 117:15 |
| 176:6 | **Russians** | 125:7,8 | 28:18 | 121:21 |
| 177:22 | 13:21,25 | **Sam** 135:6 | 30:19 31:1 | 122:2,15 |
| 178:5,20 | 15:16 29:5 | 137:5 | 32:25 | 128:17 |
| 180:19 | 29:23 | 138:1 | 33:18 | 129:12,23 |
| 181:15 | 30:14,21 | **Samaradun** | 34:13,21 | 131:5 |
| 182:9,16 | 31:25 | 135:7 | 35:11 | 132:10 |
| 184:8 | 59:24 | **San** 6:7,20 | 36:12 37:1 | 133:19 |
| 185:11 | 63:19 64:1 | 8:12,14,18 | 37:6 38:10 | 137:10 |
| 186:6,16 | 64:1 73:24 | 24:18 25:4 | 41:16,21 | 138:14 |
| 188:5 | 74:18 | 50:12,12 | 43:15,22 | 139:10,18 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 140:10 | 239:2 | 166:18 | **sciences** | **second** 13:18 |
| 141:6 | 240:13 | 190:22 | 48:25 | 16:16 17:6 |
| 143:10 | 241:9,14 | 195:21,24 | **Scott** 2:6 | 29:24 |
| 144:8 | 242:7,12 | 196:3,6 | 7:5 | 51:18 |
| 146:12 | 242:23 | 211:25 | **screen** 28:10 | 52:22 |
| 147:2 | 243:1 | 213:18 | 28:19 | 71:13 |
| 150:15 | 246:6,17 | 220:5 | 51:14 | 86:21 |
| 153:23 | 252:10 | 227:25 | 197:10,15 | 93:18 |
| 154:7 | 256:24 | 244:18 | 216:20 | 107:14 |
| 157:6 | 258:15,20 | 247:16,18 | 241:16 | 128:16 |
| 160:13,25 | 258:22 | 247:22 | 242:21 | 169:10 |
| 162:10 | 259:2,11 | 256:6,13 | 255:8 | 182:3 |
| 164:2,4,9 | 268:4 | 261:11 | 271:7 | 194:13,14 |
| 166:8 | 269:1 | 266:20 | 277:15 | 225:1 |
| 169:3,13 | 270:14 | 270:7,18 | 287:25 | 241:10 |
| 169:20 | 271:1,6 | 304:8 | 292:14,20 | 252:10 |
| 171:2,20 | 274:18 | **says** 38:20 | 298:5 | 276:16 |
| 173:2 | 277:20 | 70:16 | 303:2 | 279:23 |
| 174:14 | 282:16 | 80:20 | **screening** | 294:6 |
| 175:8 | 283:11 | 83:17,19 | 42:17 | 295:15 |
| 176:16 | 287:13,22 | 84:11 | **scroll** 28:14 | **second-h...** |
| 178:24 | 292:13 | 127:10 | 129:12 | 109:23 |
| 179:6,12 | 293:19,21 | 170:21 | 277:20 | **seconds** |
| 179:20 | 294:2 | 171:3,4,13 | 278:25 | 242:22 |
| 180:6,8,15 | 299:16,24 | 217:1,6,8 | 279:15 | **section** 37:7 |
| 184:23 | 300:3,10 | 217:23 | 300:16 | 109:7 |
| 187:12,23 | 300:14 | 225:2 | **scrutiny** | 121:23 |
| 188:14 | 302:21 | 227:8 | 117:8 | 175:18,21 |
| 189:2,10 | 303:4 | 228:2,16 | 131:13 | 184:6,10 |
| 189:15 | 306:11 | 229:15 | **Scully** 25:13 | 184:12,21 |
| 193:5,23 | 308:10,16 | 230:20 | 25:16,19 | 185:1,4,6 |
| 195:12,21 | 309:14 | 232:12 | 26:12,14 | 245:12 |
| 196:16,25 | **save** 298:4 | 243:7 | 26:22 28:2 | 310:14 |
| 197:10,14 | **saved** 298:7 | 244:10,25 | 152:7,10 | **sector** 16:17 |
| 200:5 | 298:10,13 | 245:15 | 152:13 | 18:7 20:10 |
| 201:6 | **saves** 89:5 | 303:5 | 154:13 | 155:6 |
| 202:11,22 | **saw** 50:25 | 304:7 | 212:3,21 | 231:24 |
| 204:25 | 157:1 | **Scandina...** | 221:21,25 | 238:10 |
| 208:7 | 174:12 | 210:9,11 | 278:8 | **sector-e...** |
| 210:15 | 268:21 | **schedule** | 281:16,22 | 105:6 |
| 213:2 | 286:12,15 | 20:2 | **Sean** 200:7 | **secure** 99:1 |
| 214:3 | 301:24 | **scheduled** | 200:15,23 | 295:17 |
| 215:19 | **saying** 10:9 | 300:18 | 201:7 | 302:14 |
| 216:17,24 | 73:10 | **scheduling** | **search** | **secured** |
| 224:18 | 82:14,16 | 288:13 | 111:18 | 81:14 |
| 229:3 | 91:5 | **School** 4:11 | 251:8 | 236:12 |
| 231:10,25 | 106:13 | 10:16,19 | 294:11 | **securely** |
| 233:14 | 131:7 | **science** | **season** 13:15 | 99:11 |
| 234:12,19 | 133:3 | 10:14 | 16:11 | **securing** |

| | | | | |
|---|---|---|---|---|
| 154:16 | 126:14 | 292:14,19 | **sending** | 271:2 |
| **security** | 127:9 | 293:11 | 232:16 | 292:21 |
| 10:17 | 128:9 | 300:4,18 | 263:22,24 | 304:5 |
| 16:23 | 132:14 | 302:23 | 288:20 | 306:9 |
| 18:17 | 136:2 | 303:2,3,10 | 304:3 | **sentence** |
| 24:12 | 137:18 | 303:23 | 306:12 | 29:1,4 |
| 43:10,13 | 146:3,4 | **seeing** 53:4 | **sends** 264:4 | 35:16 |
| 45:13 | 150:23 | 156:15 | **senior** 16:14 | 37:17 75:7 |
| 46:15 | 152:25 | 201:4 | 45:19 | 75:12 |
| 47:16 48:2 | 165:10,13 | 261:7,16 | 46:16,24 | 77:16 |
| 50:15 54:9 | 169:14 | 285:20,24 | 47:7,10,15 | 84:12 |
| 111:14,21 | 170:1,3,10 | 286:6,21 | 48:13 49:3 | 100:5 |
| 111:25 | 174:8 | 287:6 | 123:11 | 128:15 |
| 112:5 | 196:18 | 300:7 | 125:3,13 | 129:12 |
| 138:4 | 197:8,10 | 306:1 | 131:14 | 141:23 |
| 151:11 | 197:15,17 | **seen** 20:11 | 175:17 | 144:20 |
| 152:16 | 198:1,2,15 | 173:8 | 200:10 | 151:9 |
| 160:9 | 207:2 | 174:11,15 | 222:1,6 | 160:25 |
| 161:9 | 216:24 | 207:8 | 237:25 | 170:3 |
| 170:22 | 217:22 | 278:19,20 | 246:4 | 219:22 |
| 171:7 | 218:1,4 | 278:24 | **senior-** 46:7 | 221:5 |
| 200:9 | 219:4 | **seizure** | **senior-l...** | 224:20 |
| 201:19 | 221:5 | 249:19 | 25:10,11 | 225:1 |
| 202:7 | 223:5 | 250:4,24 | 44:16 | 227:7,8 |
| 217:25 | 225:25 | 251:7,9,13 | 123:6,9 | 245:15 |
| 218:1 | 227:11 | 252:4 | **sense** 220:13 | 273:23 |
| 231:1,6,11 | 228:10 | **Select** 79:24 | **sensitive** | **sentiment** |
| 231:15,24 | 230:1 | 116:12,13 | 20:19 21:4 | 209:20 |
| 278:18 | 231:2 | 116:15 | 21:17 | 222:14,19 |
| **see** 28:15,17 | 241:14,17 | **selector** | 283:25 | **Sentinel** |
| 28:18,20 | 241:17,19 | 100:16 | **sensitivity** | 289:19,24 |
| 28:22,23 | 241:22 | **selectors** | 243:19 | 290:9 |
| 28:24 29:3 | 242:24 | 30:2,4 | 245:20 | 291:25 |
| 35:20 37:3 | 243:2,5,22 | 32:22 33:5 | 247:6 | 292:1 |
| 37:4,10 | 243:23 | 113:8,10 | 255:11 | **separate** |
| 38:17 51:5 | 245:20,21 | 199:10 | **sent** 27:12 | 97:23 |
| 51:14,17 | 247:9,25 | **self-del...** | 90:9 | 121:5 |
| 51:20,22 | 252:3 | 297:23 | 112:11 | 131:15 |
| 55:23,25 | 255:8 | 298:2 | 127:13 | 280:10 |
| 65:13,15 | 259:2,4 | **Senate** 4:21 | 161:12 | 295:9 |
| 67:4 69:7 | 261:6,10 | 116:13 | 165:2 | 305:4,5 |
| 77:23 | 261:22 | 117:24 | 196:24 | **separately** |
| 78:24 79:2 | 262:11,23 | 241:21 | 197:11 | 135:12 |
| 81:1,2,16 | 266:7 | **send** 27:11 | 198:23 | **separatist** |
| 83:19 | 271:6,14 | 98:25 99:3 | 232:15 | 69:19 |
| 84:18 85:4 | 272:2,5,7 | 101:20 | 266:5 | **September** |
| 86:25 | 277:14 | 107:23 | 267:3,4,9 | 4:14,16 |
| 114:18 | 279:16,17 | 265:12,19 | 268:10,13 | 10:20 |
| 126:7,9,12 | 280:2,3,7 | 296:1 | 268:15 | 11:19 |

151:10
155:12
292:17,22
**series**
128:11
279:8
**seriously**
114:20
115:1
**serve** 199:5
266:8
**server**
195:22
198:15,21
198:23,24
199:8,17
**servers**
13:12
**service**
43:24
49:11,20
90:23 91:1
91:22,24
92:1,6,9
92:19 93:9
93:19
129:8,19
130:5,22
132:2
138:5
153:18
165:13
166:7,10
205:7,25
206:4,6,8
206:19
235:7
248:3,25
249:4,25
250:19
252:7,13
252:23
253:23,25
262:16
267:21,22
274:2,3,8
**SES** 109:23
179:5
302:19

**session** 77:3
141:2
234:11
**sessions**
96:19
**set** 4:18
27:17 31:8
31:9,13
109:17
181:12
182:8,12
182:18
258:16
279:25
297:5
**sets** 150:6
177:12,21
181:7
204:4
**setting**
120:21
288:6
291:17,18
**seven** 24:5
50:9
101:22
288:12
**seventh**
293:10,19
293:20
**shake** 182:6
**shaking** 10:2
**Shane** 46:24
47:3 125:9
**share** 28:19
30:18
33:13 35:8
50:21,22
50:24 51:2
51:14
88:13,25
89:22
92:21 95:8
98:7,10
99:24
102:8,15
102:16,24
103:11
104:10

106:2
108:6,8
112:7,25
113:24
120:19
131:20
136:4,9
137:9
138:2
152:19
197:11,16
213:16
216:20
241:16
255:8
258:23
271:7
273:12,20
274:13
277:13,15
283:16,17
292:14,20
296:23
300:11
302:24
308:23
**shared** 16:18
19:1 29:24
31:10
42:15
50:23 62:3
78:9 88:7
100:22
103:7,13
130:19,20
143:1
156:13
160:6
166:19
167:1
208:5
209:20
222:19
232:2
287:8
304:21
**shares** 29:19
32:16

36:23
**sharing**
16:17 17:7
17:15,15
17:18,22
17:25 18:9
18:10,18
18:21
29:11,14
29:16 32:4
32:10
33:20 34:1
35:19,22
36:17
37:19,24
39:1 50:8
88:20
96:19 97:6
100:12
103:22
128:22
130:16
136:10
160:3
171:5
198:4
232:13,15
273:25
274:6
300:22
302:1
304:23
305:7
**sheer** 84:11
84:21
**SHEET** 313:1
**sheets**
312:10,14
312:17
**Shelby** 222:7
**Sherrer**
46:17
124:18,19
124:20
**shift** 162:22
**shifted** 29:5
**shifts** 144:7
307:10
**short** 3:6

100:5
219:16
**shortened**
29:22
**shorthand**
6:6 88:3
310:7
**shortly**
172:20
192:11,14
219:3,11
219:13,25
220:18
221:11
241:25
244:19
**shortt@a...**
3:7
**shots** 298:5
**show** 139:23
216:17
241:9
244:21
271:1
287:23
**showed** 27:7
278:14
**showing** 11:7
169:9,13
196:16
**shows** 66:22
**shut** 37:21
37:25 38:5
76:5,17
87:8
**side** 23:21
24:7 25:8
34:1 44:13
46:14,24
47:12,18
48:15,22
87:25
110:6,6,20
111:21
112:5
120:24
124:3
153:16
161:10,10

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 172:10 | 48:21 | **Slipping** | 94:6 95:20 | 162:23 |
| 191:20 | 97:24 | 284:23 | 96:4,20,25 | 163:16 |
| 224:12 | 142:2,15 | **slotting** | 97:8 99:14 | 165:6,10 |
| 280:13 | 144:10,11 | 54:1 | 99:18 | 165:12 |
| **Siegel** 124:2 | 144:14,16 | **slowly** 10:7 | 100:20 | 166:3 |
| **sign** 81:15 | 144:21,24 | **smaller** | 101:21 | 168:19,20 |
| 312:14 | 145:4,5,7 | 51:16 | 105:10,24 | 168:22,25 |
| **Signal** | 145:9,11 | **Smith** 76:12 | 106:14,22 | 172:24 |
| 295:12,22 | 145:17,19 | **Smith's** | 107:16,24 | 173:3,18 |
| 296:15 | 146:2,13 | 76:18 | 108:22 | 176:10 |
| 297:5,12 | 153:12 | **social** 4:12 | 110:20 | 177:18,25 |
| 297:13,23 | 217:4,8 | 11:5 12:4 | 111:2,3 | 180:18 |
| 298:1,6,9 | 230:21 | 12:6 13:20 | 112:8 | 181:3,10 |
| 298:12,16 | 232:12 | 13:24 14:2 | 113:10 | 182:10,13 |
| 298:20 | 293:4 | 14:3,22 | 114:22 | 183:3 |
| 299:17 | **sites** 13:23 | 15:3,5,15 | 116:17 | 187:6 |
| 302:3,8,10 | 14:4,19 | 17:16,20 | 117:16 | 189:20,25 |
| **signature** | 15:4 77:20 | 18:18,25 | 118:3,5,7 | 190:15,21 |
| 312:10,14 | 78:2 | 23:20 29:9 | 119:10,15 | 190:24 |
| 312:18 | 142:19 | 29:19 30:5 | 119:25 | 191:19 |
| 313:25 | 143:9,13 | 30:13,22 | 120:3,11 | 192:2,9 |
| **significant** | 146:18 | 31:11,23 | 121:4 | 204:3,10 |
| 85:8 | 251:7 | 32:4,11,12 | 122:16,17 | 204:13 |
| 132:11 | **situation** | 32:17,18 | 122:18 | 205:2,5,6 |
| **similar** 63:6 | 143:22 | 33:5 35:17 | 123:17 | 209:5,11 |
| 93:7 94:25 | 146:5 | 35:23 | 127:5,19 | 209:13 |
| 101:15 | 248:4,16 | 36:17 | 131:23 | 210:12,15 |
| 110:21 | 250:19,20 | 37:20 | 133:5,15 | 210:20 |
| 174:8 | 251:6 | 39:19,19 | 135:11,21 | 213:11 |
| 205:22 | 264:9,11 | 41:6,17 | 135:24 | 215:23 |
| 212:14 | 264:12 | 42:3,8 | 136:3,15 | 216:1,7,10 |
| 222:14 | 265:5,20 | 43:2 49:8 | 137:3,12 | 218:16 |
| 288:16 | **situations** | 50:23 | 137:24 | 222:11 |
| 294:17 | 64:15 | 59:18,23 | 138:16 | 223:4 |
| **similari...** | 212:17 | 60:3,6 | 140:1,8 | 225:5,14 |
| 95:8 | 297:17 | 61:1,5,20 | 143:8,10 | 225:21 |
| **Sincerely** | **six** 100:24 | 63:15 | 143:12 | 227:15 |
| 312:21 | 108:16 | 64:12 69:6 | 144:9,22 | 234:4 |
| **single** 98:18 | 194:10 | 69:14 70:5 | 145:10 | 241:6 |
| 112:15 | 219:14,15 | 71:15,16 | 146:13,16 | 248:14,17 |
| **sir** 8:10 | 220:6 | 71:21,24 | 146:19 | 249:12 |
| 61:23 | 236:5 | 72:9,10 | 147:2,24 | 250:6,12 |
| 189:3 | 288:11 | 75:14 | 151:3 | 252:16,20 |
| 259:2 | **size** 73:1 | 77:18 80:1 | 153:10,15 | 255:22 |
| **site** 43:9,16 | **skills** | 80:3,8 | 154:3,10 | 256:18 |
| 44:11 | 208:12 | 82:7 84:12 | 156:11,13 | 261:17,23 |
| 45:17 46:8 | **skip** 78:23 | 84:21 | 159:16 | 261:24 |
| 46:23 | **Skype** 236:8 | 85:15,16 | 160:7,8,18 | 262:10,13 |
| 47:18 | **slash** 81:2 | 87:5,13 | 161:10 | 262:14,18 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 265:2,21 | someone's | 283:20 | 168:21 | 110:23 |
| 266:12 | 266:20 | 307:20 | 257:2,12 | 116:2 |
| 267:14,19 | soon 272:11 | sorts 59:23 | 257:13,15 | 124:10 |
| 269:19 | sorry 6:11 | 94:25 | 257:17,19 | 129:18 |
| 270:14 | 30:8 31:2 | 109:20 | 257:22 | 139:4,11 |
| 273:3,9,17 | 40:12 | 121:13 | 258:2 | 151:16 |
| 273:25 | 48:10 | 136:23 | specific | 153:7 |
| 275:21 | 52:16 55:3 | 139:8 | 14:15 | 154:5 |
| 279:3 | 82:24 | 140:2 | 31:22,22 | 162:17 |
| 280:19 | 95:24 | 285:23 | 32:5 60:12 | 164:16 |
| 283:21 | 104:10 | 286:5 | 90:4 96:6 | 168:8 |
| 285:12,22 | 106:4 | sound 210:8 | 96:7,25 | 173:14 |
| 286:2,25 | 107:1 | sounded | 97:7 99:18 | 174:11 |
| 287:3 | 110:22 | 210:11 | 100:19 | 178:10 |
| 288:5,12 | 116:11 | sounds 114:8 | 123:2 | 186:19 |
| 289:21,25 | 120:14 | 136:13,21 | 154:25 | 188:14 |
| 290:10 | 123:7 | 212:12 | 173:23 | 201:15 |
| 291:13 | 148:13,22 | 231:23 | 190:3 | 202:12 |
| 293:2 | 161:22 | 288:9 | 192:10,19 | 205:19 |
| 294:19,23 | 177:6 | source 33:4 | 199:10 | 207:21 |
| 295:11 | 179:16 | 75:18 | 203:14 | 212:7,11 |
| 296:12 | 180:7 | 85:25 | 212:17 | 220:12 |
| 297:8,15 | 183:15 | 145:14 | 222:20 | 227:25 |
| 297:20 | 196:23 | 146:14 | 226:10 | 228:22 |
| 298:9,14 | 207:20 | 163:14 | 232:19 | 231:12 |
| 298:24 | 218:4 | sourcing | 245:3 | 245:11 |
| 306:25 | 253:16 | 230:25 | 248:13 | 249:3 |
| 307:19 | 259:9 | sow 61:12 | 268:16 | 257:13,15 |
| software | 265:18 | 141:19 | 282:12 | 257:25 |
| 72:22,23 | 283:15 | sowing | 283:16,21 | 261:13 |
| 136:1 | 288:13 | 286:16 | 291:12 | 268:8 |
| Solarium | 292:23 | spam 90:5 | 296:2 | 269:2,3 |
| 159:7 | 293:16 | 99:5,6 | 297:2 | 271:22 |
| sole 11:15 | 294:9 | spanning | 306:20 | 275:10 |
| solely 189:8 | sort 15:21 | 237:1 | specific... | 276:1 |
| 189:11 | 22:7 30:20 | speak 120:22 | 12:4,7 | 277:1 |
| solution | 44:9 67:11 | speaking | 13:5 17:21 | 280:14 |
| 250:7 | 67:12 | 59:25 | 18:16 | 295:3,6 |
| 252:5,11 | 72:12 | 69:21 | 25:12 | 296:17 |
| solutions | 85:13 | 94:22 | 29:19 30:1 | 303:14 |
| 252:3,8 | 105:9,15 | 186:2 | 31:14,19 | 308:8 |
| somebody | 121:10 | 235:16,17 | 32:9 35:22 | 309:4 |
| 7:13 | 138:10 | 243:4 | 38:23 | specificity |
| 112:18 | 149:18 | 253:22 | 42:14 44:5 | 164:6 |
| 264:25 | 159:21 | 271:24 | 45:5 62:19 | 304:16 |
| 266:19 | 166:8 | speaks | 80:10 | specifics |
| 267:24 | 187:9 | 110:10 | 85:14 91:7 | 114:6 |
| somebody's | 248:16 | special 8:11 | 91:11 | 166:17 |
| 139:12 | 261:19 | 65:22 87:1 | 105:15,16 | 172:13 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 195:14 | spell 58:12 | 301:4 | 52:1 53:23 | state-sp... |
| 235:16 | 124:19 | staffer | 54:2 55:21 | 14:5 33:16 |
| 251:12 | 181:25 | 123:9 | 56:11 | 34:23 |
| 253:21 | 210:2 | staffers | 57:25,25 | 39:10,13 |
| 254:10 | spelling | 117:20,24 | Star 275:6,7 | 52:20 60:2 |
| 282:22 | 124:20 | 118:8,15 | Starbird | 95:7,8,9 |
| speculate | spellings | 118:24 | 55:24 56:2 | 187:4 |
| 115:17 | 183:11 | 119:9,22 | 58:20 | 285:21 |
| 304:6 | spent 169:6 | 119:24 | start 41:21 | 307:24 |
| speculating | spoke 210:20 | 120:9 | 41:22 44:7 | stated |
| 115:10 | 210:24 | 121:2,3,4 | 197:14 | 128:11 |
| speculation | 211:1 | 121:7 | started 23:5 | 191:4 |
| 34:6,20 | 212:2 | 122:23 | 171:17 | statement |
| 35:7 36:8 | 236:17 | 123:4,6,13 | 177:12 | 127:17,22 |
| 41:14 48:7 | 283:4 | 123:15,19 | starters | 225:17 |
| 49:14 50:1 | spreadsheet | 124:5 | 123:25 | 245:21 |
| 57:22 61:9 | 100:17 | 125:17 | starting | 260:18 |
| 63:23 | 101:2 | 127:13 | 116:15 | 264:6 |
| 67:15 68:5 | 112:11 | stage 122:10 | 170:3 | 273:16 |
| 68:17 69:1 | squad 105:6 | Stamos 54:4 | 261:3 | statements |
| 70:14 71:9 | 106:1 | 54:5 55:6 | 272:2 | 122:21 |
| 72:15 | 107:20,21 | 57:20,25 | state 1:6 | states 1:1 |
| 73:19 | 193:9,13 | 58:5,8 | 3:3 6:8,14 | 7:15 19:7 |
| 74:22 | 193:14,17 | stamp 267:12 | 7:3 8:7 | 19:10 34:4 |
| 76:22 | 194:20 | stance | 16:24 19:2 | 84:22 |
| 78:19 82:1 | 198:7,10 | 159:10,11 | 134:15 | 141:21 |
| 104:15 | 198:11,13 | stand 121:24 | 136:4 | 154:25 |
| 114:16 | 198:18,20 | 168:14 | 138:24 | 162:19 |
| 115:15 | 198:20 | 303:15 | 139:14,20 | 170:6 |
| 117:12 | 235:10 | standard | 139:22 | 194:1,17 |
| 137:1 | 251:13 | 19:5 98:9 | 140:3,7 | 196:21 |
| 138:21 | 257:21,25 | standards | 156:22 | 240:16 |
| 150:11 | squads 105:5 | 90:16,23 | 190:5 | 241:20 |
| 153:21 | 106:25 | 92:7,10 | 202:9 | 269:9,10 |
| 160:22 | 107:2 | 129:19,22 | 209:2 | 285:16 |
| 213:1 | 108:5,16 | 205:7 | 219:2,8,24 | statistic |
| 215:17 | ss 310:3 | standing | 226:8,10 | 148:25 |
| 224:4 | SSCI 116:2,9 | 22:18 | 227:18 | statistics |
| 228:20 | 116:9,13 | 143:3 | 259:5 | 241:3 |
| 231:8,19 | 118:8 | standpoint | 265:22 | status 214:5 |
| 240:10 | 119:6,8,17 | 15:6 | 269:8,16 | 239:22 |
| 245:25 | St 2:22 | 137:21 | 283:1 | statute |
| 246:11 | 265:24 | 174:10 | 285:16 | 270:2 |
| 274:11 | 266:6,24 | 211:18,21 | 310:2,8 | stay 69:4 |
| 299:12 | 267:1 | 272:16 | 312:5 | 82:6 83:9 |
| 304:13 | 312:19 | stands | 313:2 | 249:23 |
| 305:3 | staff 16:14 | 145:23 | 314:1 | stealing |
| speech | 141:25 | 279:10 | state- | 59:9 |
| 262:11 | staffed | Stanford | 172:15 | steer 70:19 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| stenogra... | 86:23 | subjects | 188:4,15 | 257:1,5,7 |
| 310:23 | 108:8 | 149:15 | 188:20 | supporting |
| step 68:9 | 156:14,24 | submit 263:2 | 189:18 | 154:17 |
| steps 50:6 | 278:23 | submitted | 190:1,14 | suppose |
| 73:14 | 283:12,15 | 263:16 | 190:23 | 60:24 |
| 204:15 | 287:5 | 265:9 | 202:13 | 68:21 |
| 232:6 | strategi... | 268:22 | 234:9 | 74:16 |
| Steven 124:2 | 16:18 | subpoena | 245:8 | 76:12 |
| Stevrud | 108:6 | 266:8 | suggested | supposed |
| 210:9 | Street 2:5 | subpoenas | 191:7 | 143:7 |
| Stewart | 2:11,17 | 111:18 | 206:4,5 | suppress |
| 135:6,7 | 3:5,10 | subscribe | 243:18 | 233:4 |
| 136:21 | 312:3,19 | 314:10 | 245:19 | Sur 2:12  4:6 |
| 137:5 | strings | Subsection | 247:5 | 7:7,8,14 |
| 138:2 | 32:18 | 69:13 | 255:10 | 7:15  11:25 |
| sticking | 36:23 | Subsector | 302:10 | 14:9,20 |
| 77:14 | strive 127:7 | 284:13,17 | suggesting | 18:3,13 |
| 308:5 | 127:21 | subsequent | 106:5 | 22:5,10,25 |
| stolen 235:6 | strong 227:5 | 199:11,11 | 241:4 | 23:1,7,17 |
| stood 167:24 | stronger | 199:16 | suggestion | 26:16  27:5 |
| 216:2 | 255:16 | subset 66:7 | 34:11 | 27:19 |
| stopped | strongly | 149:4 | Suite 2:17 | 28:16 |
| 89:23 | 224:8 | 150:1,13 | 3:10 | 30:16,24 |
| 272:9 | Strzok | 254:19 | summarize | 32:15 |
| 299:17 | 234:19 | 281:7 | 31:17 | 33:11  34:5 |
| stored | 235:9,12 | substance | summarized | 34:19  35:6 |
| 291:23 | 237:19,21 | 289:9,12 | 144:6 | 36:7,19 |
| 292:1 | 238:3 | 314:7 | summary 37:7 | 37:5  41:13 |
| stories | 239:5,14 | substantive | 100:5 | 41:19  43:4 |
| 215:1 | 239:18 | 129:2,14 | 147:10 | 43:19 |
| 243:25 | studies | 129:16,24 | 290:8 | 44:25  48:6 |
| story 141:24 | 10:17 | 133:11 | 291:5,6 | 49:13,25 |
| 155:5 | study 87:3 | 136:14 | summer | 50:10 |
| 156:1 | stuff 73:16 | 157:3 | 275:16 | 51:11 |
| 213:21 | 75:13,17 | 289:14,21 | Sundar | 56:18 |
| 214:1,16 | 75:19 | substant... | 116:25 | 57:21  61:8 |
| 214:19 | 131:6 | 283:4 | super 31:5 | 63:4,22 |
| 232:7,24 | 147:24 | success 64:3 | Superior 2:4 | 64:20 |
| 233:5,6 | 159:21 | 64:11 | supervisor | 65:11 |
| 234:2 | 252:17 | 144:25 | 193:9,14 | 67:14  68:4 |
| 252:14 | style 205:20 | 167:5,7,9 | 257:8 | 68:16,25 |
| 253:9 | subcommi... | 167:12 | supervisors | 69:23 |
| 308:15 | 284:9 | successful | 106:1 | 70:13  71:8 |
| strategic | subject | 223:20 | 107:9,10 | 72:14 |
| 29:21 | 180:3 | 224:15 | 107:19 | 73:18 |
| 30:12 | 187:9 | 225:10,13 | supervis... | 74:21 |
| 31:10,16 | 215:1 | suddenly | 106:24 | 75:23  76:8 |
| 31:17 | 223:1,15 | 247:20 | 107:2 | 76:21  77:1 |
| 50:25 | 303:5 | suggest | supervisory | 77:8  78:18 |

| | | | | |
|---|---|---|---|---|
| 79:13 | 179:16 | **sure** 9:15 | 302:15,16 | 103:23 |
| 81:25 | 180:4,7,9 | 14:11,12 | **systems** | 104:2,4,7 |
| 82:24 83:4 | 187:8,15 | 28:20 | 59:13 | 112:6 |
| 83:6 84:15 | 188:6,22 | 47:14,25 | | 113:19,25 |
| 84:19 | 189:9 | 58:15 73:5 | **T** | 114:19,22 |
| 90:20 92:3 | 193:2,19 | 73:8 88:20 | **T-h-i-b-...** | 115:1,9,19 |
| 92:16 94:8 | 194:25 | 112:15 | 256:20 | 137:15 |
| 94:16 95:5 | 196:23 | 151:25 | **table** 65:15 | 142:13 |
| 97:10 98:3 | 197:6,12 | 152:12 | 86:13 | 143:12,19 |
| 102:1,21 | 199:22 | 169:4 | 147:9 | 150:8 |
| 103:4 | 200:17 | 182:1 | **tactical** | 160:13 |
| 104:14 | 201:24 | 218:9 | 16:19 | 163:4 |
| 106:4 | 202:16 | 272:22 | 29:25 30:1 | 166:12 |
| 111:7 | 204:17 | 273:9,18 | 31:16,21 | 171:9 |
| 112:20 | 208:2 | 294:5 | 32:1 42:14 | 219:9 |
| 114:15 | 210:14 | **surface** | 96:4,21,24 | 220:9 |
| 115:14 | 212:25 | 138:9 | 97:8 98:15 | 223:24 |
| 117:11 | 213:23 | **surmise** | 99:8,12 | 227:22 |
| 121:11,24 | 215:17 | 306:16 | 108:9,12 | 228:3 |
| 122:9 | 224:3 | 307:5 | 111:1 | 242:3 |
| 132:5 | 228:19 | **Suruchi** | 283:12,17 | 249:9,13 |
| 133:13 | 231:7,18 | 48:13 | **tactical...** | 249:18,18 |
| 136:25 | 233:7 | **Surveill...** | 32:5 | 250:1,4,4 |
| 137:25 | 234:8 | 111:23 | **tactics** 29:5 | 250:14,21 |
| 138:20 | 238:23 | **suspending** | 29:22 | 250:22 |
| 139:16 | 240:9 | 232:3 | 143:23 | 251:3,9,11 |
| 142:25 | 242:10,20 | **suspicion** | **TAD-KDM** 1:9 | 251:17 |
| 144:4 | 242:25 | 243:20 | **take** 10:8 | 252:6,11 |
| 146:9,20 | 245:24 | 247:7,13 | 14:6 21:8 | 252:17 |
| 150:10 | 246:10 | 247:21 | 30:11 | 254:1,3,9 |
| 153:20 | 251:23 | 255:25 | 32:24 33:9 | 262:2,5,13 |
| 154:1 | 258:19,21 | 256:5 | 33:13,19 | 262:19 |
| 156:19 | 259:9 | **Sussmann** | 33:22 | 269:21 |
| 159:24 | 268:2,20 | 194:17 | 34:10,16 | 270:16 |
| 160:21 | 270:4 | 196:22 | 34:24 35:4 | 274:4,16 |
| 162:6 | 271:3 | 197:20 | 35:12 | 278:21 |
| 163:25 | 274:10 | 198:3,9 | 43:23 61:4 | 286:17,25 |
| 164:3,7 | 277:17 | **swing** 240:16 | 61:19 | 287:1 |
| 166:1 | 282:8,18 | **switch** | 63:14 64:2 | 291:3 |
| 168:23 | 293:16,20 | 219:14 | 64:23 66:7 | 296:4 |
| 169:10,18 | 293:23 | **sworn** 8:3 | 67:6 70:9 | 299:16 |
| 170:25 | 299:11 | 228:2,8 | 71:2 72:9 | **takedown** |
| 171:15 | 300:2,7 | 310:15 | 73:13,22 | 76:17 |
| 172:21 | 302:19 | **sync** 291:14 | 74:10 77:4 | 118:18 |
| 174:1 | 303:1 | **synopsis** | 79:3 87:16 | 126:24 |
| 175:2 | 306:7 | 12:2 | 90:13 | 132:13 |
| 176:13 | 308:13 | **system** | 93:25 | **takedowns** |
| 178:24 | 309:9,13 | 289:18,20 | 98:13 | 29:11 |
| 179:4,10 | 312:4,7 | 292:2 | 102:19,25 | 32:10,11 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 35:19,24 | 249:6 | 131:22 | 110:8 | 129:15 |
| 36:17 | 251:15 | 144:13 | 170:24 | **telephone** |
| 68:22 | 287:17 | 155:19 | 184:22 | 89:2,3 |
| 114:9,20 | 312:8 | 170:13,18 | 207:2 | 296:22 |
| 115:3,6,20 | 313:3 | 236:16 | 250:16 | **Teleporter** |
| 116:19 | **talk** 10:7 | 247:17 | 276:2 | 99:3,4,7 |
| 117:10 | 23:3 37:7 | 259:24 | 303:14 | 99:10,25 |
| 125:20 | 50:4 53:12 | 277:23 | 309:1 | 101:23 |
| 128:24 | 64:9,17 | 278:5,6 | **team** 43:11 | 107:23 |
| 130:17 | 69:13 75:3 | 280:5 | 44:4 48:3 | 108:4 |
| 131:4 | 79:4,10 | 288:7 | 85:6,11 | 112:11 |
| 132:12 | 87:11 | **talkers** 10:6 | 145:2 | 295:16 |
| 133:21 | 107:24 | **talking** 13:6 | 170:23 | 296:6,22 |
| 147:10 | 118:24 | 38:19 | 217:8 | 297:13 |
| 148:21,22 | 122:16,17 | 39:21 | 230:21 | 298:21,22 |
| 149:10 | 122:18 | 44:10 70:9 | 232:12 | 299:4 |
| 150:7 | 124:1,6 | 94:3 95:10 | 257:17 | 302:3,8,12 |
| **taken** 12:6 | 132:11,22 | 95:11 | 300:6 | 306:13 |
| 16:15,16 | 134:11 | 107:15 | 302:25 | **tell** 8:3 |
| 22:14 | 149:9 | 112:13 | **teaming** | 15:8 20:21 |
| 33:17 34:2 | 150:24 | 133:4 | 56:13 | 48:10 88:1 |
| 37:18 | 154:18,21 | 154:19 | **teams** 43:3 | 88:2 89:8 |
| 64:12 | 159:13 | 159:21 | 43:16 | 89:10 90:1 |
| 68:23,24 | 175:15 | 177:11,13 | 153:13 | 90:1,3 |
| 69:10 76:5 | 182:12 | 194:9 | **tech** 4:21 | 97:25 |
| 77:11 | 191:16 | 197:9 | 27:4 128:2 | 103:24 |
| 81:21 90:6 | 231:25 | 218:22 | 241:20,24 | 104:12 |
| 96:14 | 237:20 | 228:4 | 259:23 | 113:17,23 |
| 103:16 | 239:2 | 231:14,23 | 260:2 | 114:1,3,4 |
| 104:18 | 240:13,14 | 246:5 | 279:7 | 114:7 |
| 106:9 | 280:16 | 260:8 | 302:7,9 | 120:9,11 |
| 114:2 | 283:1 | 262:6 | **technical** | 120:16 |
| 127:6,20 | 285:15 | 270:17 | 106:6 | 151:19 |
| 130:7 | 288:18 | 273:1 | **technically** | 161:20 |
| 131:6 | 289:4 | 275:24 | 209:13 | 172:6,17 |
| 133:12,25 | 299:7 | 290:17 | **techniques** | 192:9 |
| 134:2,7 | **talked** 49:7 | 300:16 | 112:3 | 201:21 |
| 136:15 | 54:16 56:4 | **talks** 231:5 | 195:6,14 | 204:25 |
| 139:13 | 56:6,9 | 255:9 | **technolo...** | 236:21 |
| 140:16 | 57:1 65:5 | 279:1 | 87:25 | 245:11 |
| 142:13,16 | 68:22 71:4 | **targeted** | **technolo...** | 253:5 |
| 147:4,6,13 | 84:9 86:4 | 14:8 | 270:22 | 256:3,8 |
| 160:18 | 89:17 | 173:15 | **technology** | 258:17 |
| 165:11,14 | 95:12 | 201:17 | 87:21 90:4 | 260:10 |
| 166:5,24 | 97:23 | **targeting** | 136:19 | 270:9 |
| 167:3,10 | 105:25 | 80:16 | 204:21 | 293:13 |
| 167:13 | 107:11 | 84:22 | 272:17 | **telling** |
| 180:12 | 123:21 | **task** 24:16 | 273:6 | 296:12 |
| 234:16 | 127:14 | 38:23 39:7 | **technolo...** | **ten** 110:8,16 |

**ELVIS CHAN  11/29/2022**

113:25
163:9
**tend** 207:15
**tens** 101:19
**tenth** 300:1
300:2
**term** 30:3
131:1
294:9
**terms** 18:18
43:24
49:11,20
70:1 90:23
91:1,22,24
91:25 92:6
92:9,19,22
93:9,19
112:23
121:20
129:7,18
130:5,21
132:2
153:17
165:13
166:7,10
195:13,16
205:7,25
206:3,6,7
206:19
248:3,25
249:4,25
250:19
252:7,12
252:22
253:23,25
262:15
267:21,22
274:2,3,8
**terms-of...**
93:2
130:24
167:13
248:15
**territory**
25:4 50:13
58:1,4,18
164:22
169:2
**terrorist**

134:18
**testified**
8:5 59:2
96:20
131:14
156:4
164:2
180:17
260:2
269:21
283:12
293:1
306:19
308:14
**testify**
116:22
117:1
128:2
131:25
241:24
**testifying**
23:23
169:7
**testimony**
4:21 36:20
49:14
83:24
208:3
230:7
241:21
243:15,24
245:16,23
246:2,5
255:9
259:24
267:17
310:23
311:1
**text** 51:8
**texts** 304:8
**Thank** 22:21
77:8 114:4
**thanks**
103:15
243:6
304:1
**Thanksgi...**
307:17
**themes** 70:19

**thereof** 6:5
**thereon**
314:9
**thesis** 4:11
10:24 11:2
11:9,13,22
12:2 13:3
13:17,19
14:1,16,21
14:21
15:23,25
16:21
17:12,19
17:21
28:10 29:4
32:9 36:14
37:7 50:4
51:7 53:7
56:8 58:23
59:4,14,19
63:16 64:2
64:9 69:12
77:15
78:25
79:19
84:16 86:1
87:11 94:4
94:24 97:4
126:5
128:7
132:21
134:10
141:7,10
144:7,20
147:8,16
147:22
148:2,6,18
150:22
151:8
157:7
161:16,23
169:6
240:13,19
240:22
241:23
286:11
**they'd** 49:19
236:11
**Thibault**

256:19,19
**thing** 30:8
52:22 61:1
67:11,12
176:2
261:5
295:24
299:16
**things** 9:25
23:12
43:18 45:4
48:18
50:11
61:20 62:1
71:20,22
73:14 97:1
99:14
104:12
108:2
111:3
114:24
115:19
125:16
130:6,6
201:3
210:13
230:24
258:23
269:3
274:19
295:22
296:8
299:14
306:21
**think** 10:5
11:18
12:25 13:9
16:11,21
17:6 19:17
19:19 22:6
24:5 31:23
32:8 50:9
51:12
54:23,25
54:25
56:24 59:5
59:17 64:9
64:14,16
65:21,21

69:3 71:13
74:3 75:5
82:5 84:3
84:7 87:11
89:24
91:18
98:21 99:6
99:17
101:21
106:12
115:4,23
118:21
122:20
123:9
129:5
133:19,24
137:20
138:13
139:20,21
139:24
147:16
148:11
152:16
155:19
156:7
165:20
171:21
172:10
176:18
177:11
180:23
183:22
186:21
189:15
195:9
209:19
214:11
221:21
224:18
225:11
227:17
228:18
229:8,15
234:11
240:14
241:3
242:2,18
247:23,24
249:16

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 251:1 | 85:1 | 8:19 19:21 | 275:2,22 | 32:21 |
| 252:24 | **thousands** | 24:2,4 | 294:16,21 | 45:20 |
| 253:12 | 64:16 | 26:24 28:5 | 299:8,10 | 87:20,20 |
| 254:2,6 | 93:12 | 42:24 | 306:2 | 92:6 |
| 256:7 | 101:5,6 | 46:16 | 307:16,17 | 118:13 |
| 262:12 | **thread** | 48:19 | **timeline** | 123:19 |
| 268:6 | 289:10 | 53:14 54:8 | 32:8 | 132:19 |
| 272:23 | **threat** 264:2 | 60:18 77:7 | **times** 97:18 | 135:12 |
| 273:1 | 264:3,7,25 | 89:20 | 98:22 | 147:3 |
| 278:5 | 285:18,19 | 100:10,11 | 100:24 | 149:2,5 |
| 288:23 | 292:10 | 102:14 | 101:9,14 | 150:16 |
| 289:8 | **threat-t...** | 114:7 | 102:16 | 164:4 |
| 291:2 | 264:12 | 120:6 | 117:4 | 173:4 |
| 294:15,25 | **threats** 52:6 | 125:12 | 131:25 | 176:10 |
| 295:1 | 52:8,10,13 | 130:12 | 155:5 | 215:21 |
| 296:11,25 | 52:14,15 | 162:18 | 156:1 | 216:12 |
| 297:4 | 52:18 54:1 | 163:2,6,23 | 167:10 | 222:24 |
| 301:14 | 157:5 | 166:13 | 170:13 | 225:2 |
| 302:2 | 202:10 | 168:17 | 175:6,7,14 | 227:1 |
| 306:19 | 243:8 | 169:6 | **Timothy** | 256:13 |
| 307:4 | 244:4 | 173:10 | 256:19 | 260:7 |
| **thinking** | 264:21 | 187:12 | **tip** 143:8 | 276:6 |
| 91:7,11 | 272:24 | 190:16 | **tips** 263:18 | 297:10 |
| 100:2 | 283:6 | 191:9,12 | **tired** 307:9 | **Tom** 259:16 |
| 119:2,5,7 | 301:24 | 192:15 | **title** 8:11 | 259:20 |
| 173:19 | **three** 8:20 | 194:5,7 | 11:2 | 261:12 |
| **third** 3:5 | 12:6 15:24 | 205:23 | 111:17,22 | **tons** 268:17 |
| 14:23 | 17:19 | 206:14,16 | 257:6 | **tools** 29:21 |
| 16:20,20 | 18:25 | 213:3 | 259:4 | 34:16 |
| 77:17 | 19:19 20:3 | 215:8,10 | 260:11,15 | 136:23 |
| 141:24 | 40:18 | 215:14 | 260:17 | 139:2 |
| 158:15 | 69:25 | 217:15 | 271:8 | **top** 51:21 |
| 291:21 | 110:8,10 | 222:6 | **titles** 184:3 | 126:14 |
| 292:7,13 | 110:12,22 | 223:21 | **today** 7:18 | 128:21 |
| 292:18 | 118:9,25 | 228:25,25 | 9:8 10:7 | 157:10,14 |
| 297:21 | 120:17,18 | 230:8 | 23:18 | 166:11 |
| **third-party** | 123:14,17 | 231:22 | 28:21 | 197:14 |
| 15:9 | 131:15 | 235:4 | 145:15 | 292:24 |
| **thoroughly** | 154:25 | 237:3,9,21 | 159:22 | 308:4 |
| 117:25 | 185:1 | 238:24 | 169:8 | **topic** 11:23 |
| **thought** 81:3 | 207:19 | 239:15 | 170:18 | 164:14 |
| 196:2 | 210:21 | 244:23 | 232:21 | 233:1,11 |
| 210:11 | 239:21,22 | 245:4 | 287:24 | 233:21 |
| 229:13 | 240:16 | 261:6 | 288:7 | 282:12,14 |
| 294:14,15 | 286:1 | 262:17 | 308:14 | **topics** 49:2 |
| **thoughts** | **ties** 71:13 | 265:11 | **today's** 6:10 | 149:14 |
| 53:4 | 115:4 | 267:10 | 309:17 | 280:15,23 |
| 145:11 | **tight** 110:3 | 268:24 | **Todd** 2:6 7:5 | 285:11 |
| **thousand** | **time** 6:11 | 270:7,11 | **told** 15:7 | 286:14 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| Torrey 44:16 | 31:18 | 157:15 | 91:13 | 43:5 46:1 |
| total 107:15 | 92:20 | 198:14 | 102:12 | 47:9,10 |
| 123:15 | Trolls 4:11 | 262:2,19 | 110:24 | 53:15 59:3 |
| 147:12 | 11:3 | 270:15 | 112:19 | 85:10 89:6 |
| touch 288:19 | trove 243:19 | Tuesday 1:16 | 118:11,13 | 91:8,10 |
| 289:3 | 247:6,12 | 6:3 162:15 | 119:10 | 92:22 93:1 |
| touch-sc... | 248:1 | 167:22 | 123:20,22 | 94:12 |
| 19:12 | 256:4,8 | 168:6 | 124:14,15 | 95:12 |
| TPPs 29:22 | true 91:6 | 265:7 | 124:24 | 99:20,22 |
| TRACY 3:6 | 226:2 | 266:1,21 | 125:2,18 | 100:5 |
| traffic | 310:24 | 269:5 | 125:19 | 102:16 |
| 77:20 78:1 | 314:8,12 | 292:22 | 128:22 | 106:13,24 |
| training | Trump 304:10 | 293:12 | 130:15 | 107:1,19 |
| 16:5 17:2 | trust 43:3,9 | 294:1 | 131:12 | 108:15,16 |
| 139:4 | 43:13,15 | 300:4 | 132:12,19 | 110:9,11 |
| 270:9 | 44:3,11,13 | 301:17 | 134:1,8 | 110:13 |
| transcript | 45:12,15 | turn 28:12 | 149:9 | 111:15 |
| 4:22 | 46:4,9 | 298:3 | 150:6 | 115:22 |
| 241:21 | 47:18 | turning 50:3 | 152:24 | 123:12 |
| 259:20 | 48:14 | 69:12 | 210:23 | 125:3,13 |
| 260:20,23 | 55:10,11 | 144:19 | 211:3 | 125:15,21 |
| 261:2,14 | 55:12 | 255:7 | 217:5,9,14 | 126:13 |
| 271:13,18 | 135:17 | turnout 79:6 | 218:15 | 137:17,19 |
| 272:1 | 153:12 | turnover | 219:23 | 143:3 |
| 310:24 | 217:6,12 | 124:25 | 220:10 | 144:19 |
| 311:4 | 292:10 | turns 250:14 | 223:4,11 | 146:22 |
| 312:13 | 293:4 | tweet 63:3 | 225:6,15 | 149:10 |
| transcri... | truth 8:3,4 | tweets 76:4 | 227:16 | 151:16 |
| 4:23 5:14 | 8:4 | 149:11,23 | 228:1,23 | 177:11 |
| 259:5,12 | try 60:16,19 | 232:15,16 | 229:11 | 184:15,25 |
| transfer | 61:16 94:5 | 232:17 | 232:1,3,6 | 204:4 |
| 99:2 | 103:7 | twenty-f... | 232:12,13 | 208:14 |
| 295:17 | 104:6 | 302:21 | 232:22 | 225:9 |
| 302:15 | 119:11 | twenty-s... | 233:3,15 | 239:1 |
| transparent | 136:16 | 306:5 | 233:16,19 | 243:24 |
| 245:13 | 146:25 | twice 26:4 | 248:18 | 249:9 |
| Trek 275:6,7 | 155:1 | 42:6 | 252:21 | 252:8 |
| trenches | 199:2 | Twilio | 253:15,20 | 264:20 |
| 38:15,20 | 245:13 | 238:14,16 | 254:23 | 274:15 |
| 50:5,7 | 264:15 | 238:21 | 286:3,5 | 275:14 |
| 79:12 | trying 31:8 | Twitter 12:8 | Twitter's | 276:13 |
| trend 149:19 | 31:20 | 17:23 24:1 | 150:16 | 277:6 |
| trends 287:6 | 51:11 61:5 | 41:25 45:7 | 232:17 | 281:15,17 |
| 291:11 | 63:17,20 | 45:8,15,22 | two 13:4 | 281:19 |
| triage | 70:10,22 | 46:4,11 | 16:12 | 289:6,11 |
| 198:22,25 | 74:12 | 49:9 62:20 | 20:11 | 295:9 |
| 199:1 | 78:11 95:3 | 66:22,23 | 22:24 | 296:8 |
| tried 204:22 | 126:4 | 69:9 76:19 | 25:11,16 | 297:13 |
| troll 31:13 | 151:22 | 85:10 | 27:7 29:17 | Tyler 48:24 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| **type** 13:7,15 | 100:11 | 267:2 | 226:17 | **update** |
| 13:18 18:9 | 102:22 | 300:21 | 237:23,24 | 239:22,23 |
| 19:1,7 | **typically** | 304:8,9,10 | **understands** | 239:24 |
| 29:20,24 | 20:9 24:15 | 304:16,17 | 30:21 | **updated** |
| 31:10 | 25:10 43:5 | 304:18 | **Understood** | 205:6,24 |
| 50:22 | 43:8,13 | 305:8,8,9 | 111:12 | 206:18 |
| 88:21 | 44:14,18 | 305:10 | 148:19 | **updates** |
| 100:11 | 62:7 74:13 | **U.S.-person** | **unfortun...** | 50:16 |
| 136:6,8,10 | 93:15 98:7 | 113:12 | 148:24 | 205:12 |
| 136:18 | 98:24 | **uh-huh** 10:2 | 161:6 | 206:19 |
| 138:2 | 100:4,13 | 89:8 | 206:17 | 285:19 |
| 139:3 | 103:2 | 103:23 | 240:18 | **updating** |
| 156:14 | 110:2,4,9 | 119:4 | 242:11 | 206:3 |
| 163:10,13 | 110:19 | 131:17 | 305:14 | **uploaded** |
| 230:24 | 119:24 | 135:7 | **unique** 19:4 | 85:1 |
| 254:9 | 123:8 | **uh-huhs** 9:25 | 66:13 | 204:24 |
| 264:2,8,9 | 124:1 | **ultimately** | **unit** 109:12 | **URL** 97:15 |
| 266:15 | 135:16 | 33:21 | 109:13 | **URLs** 96:7,25 |
| 268:22 | 140:4 | **unauthor...** | 152:3,3 | 98:1,16 |
| 269:18 | 281:3 | 174:16 | 182:24 | 99:13,18 |
| 308:1,6 | 289:5 | **unclassi...** | 184:5,7,8 | 100:13 |
| **types** 13:4 | 293:6 | 108:6 | 185:7 | 111:3 |
| 29:18 43:6 | | 154:24 | 186:13 | 146:23 |
| 43:7 62:2 | **U** | 156:25 | 303:14,24 | 306:20 |
| 65:16 | **U.S** 4:12,13 | 283:5,8 | 305:19,21 | **use** 20:10 |
| 99:15,16 | 6:15,18 | **unclear** 9:20 | **United** 1:1 | 31:11 |
| 99:22 | 11:5 12:9 | **underlying** | 7:15 34:4 | 61:24 69:5 |
| 111:15 | 15:20,21 | 69:9 | 84:22 | 73:12 |
| 112:3 | 15:24 17:6 | **understand** | 141:21 | 88:12,13 |
| 117:19,23 | 24:7 29:8 | 9:12 23:1 | 194:16 | 89:8 90:17 |
| 117:25 | 29:18,25 | 195:2 | 196:21 | 91:8,14,18 |
| 120:22 | 35:16,21 | 250:20 | **units** 110:10 | 102:23 |
| 125:14 | 37:9,12,18 | 269:14 | **University** | 112:2 |
| 136:1 | 112:21 | **understa...** | 10:13 | 136:18,23 |
| 137:7 | 127:4,18 | 21:1,3 | 56:12 | 137:4,24 |
| 185:23 | 138:11 | 36:10 | 58:10 87:3 | 148:18 |
| 199:4 | 150:24 | 43:21 44:1 | **unpack** 17:5 | 204:21,22 |
| 204:21 | 155:2,6 | 46:10 | 39:17 | 204:22 |
| 226:11 | 158:24 | 49:15,22 | **unparall...** | 235:20 |
| 238:2,3 | 159:6,15 | 50:2 61:10 | 84:23 | 236:15 |
| 250:21 | 211:9 | 61:18 | **unprotected** | 255:21 |
| 253:25 | 218:12 | 71:11 | 72:22 | 297:12 |
| 261:7 | 222:4 | 78:14 80:5 | **unreliable** | 298:20,22 |
| 264:20 | 224:14 | 80:7 98:6 | 267:25 | 302:12 |
| 273:6 | 235:17,18 | 134:15 | **unwitting** | **useful** 89:4 |
| 278:23 | 235:23 | 137:14 | 142:1 | 89:6 |
| 286:9 | 236:22 | 145:3 | 146:2,11 | 137:20,22 |
| 288:17 | 263:14 | 153:22 | **upcoming** | 137:23 |
| **typical** | 266:6 | 164:10 | 259:17 | 138:3,13 |

**ELVIS CHAN  11/29/2022**

280:23
**user** 70:4
  73:25
  82:22 83:8
  86:22
  92:25
  93:23 96:6
  98:16
  114:14
  264:4
  265:21
**user's**
  139:12
**user-gen...**
  146:8
**users** 14:15
  60:6 63:19
  65:14 66:3
  66:4,10,23
  67:13 74:7
  75:18
  78:17 85:9
  85:15 86:8
  86:16
  93:13 96:6
  113:15
  114:25
  143:17
  144:2,23
  145:5,10
  145:13
  146:25
  157:19
  158:12,17
  158:20,20
  232:13,15
  241:5
**users'** 74:9
  235:6
**USG** 186:1
  228:4
  280:13
  287:4
**USG-indu...**
  170:4,7,14
  172:2
  177:13
  178:1,16
  179:7

180:24
181:8,13
185:20
186:5
189:6,22
191:11
192:2
204:6
209:17
210:13,18
211:6,13
213:10
218:7,11
218:18,21
219:7
220:3
277:11,23
278:4
279:25
280:12,24
281:17
282:7
284:24
286:4,24
290:20,22
**usually**
  25:17,18
  75:2 104:3
  110:10
  113:4
  170:4,7,14
  278:3
——————
**V**
**v** 28:14,15
  28:16
  312:5
  313:2
**Vacher** 44:15
**vague** 14:9
  18:4,13
  26:16 27:5
  27:19
  41:19 43:4
  43:19
  44:25
  49:25
  50:10
  56:18 61:8

63:4 67:14
69:23
70:13
73:18
74:21
75:23
78:18
79:13 92:3
92:16 94:8
95:5 102:2
102:21
103:4
104:14
137:25
142:25
146:9,20
154:1
156:19
159:24
162:6
166:1
168:23
175:2
193:2
199:22
203:1
204:17
210:14
238:23
264:1,6
268:14
**validate**
  33:14
  253:1
**validating**
  248:11
**validation**
  78:10
  254:7
**values** 30:7
  30:9,10
**varies**
  100:16
**various** 49:8
  49:21 65:4
  86:8 96:20
  144:22
  162:19
  165:6

249:12
**vast** 16:10
  291:8
**Vegas** 275:15
**vendors**
  136:1
  137:3,8,8
  137:11
  139:23
**venue** 139:22
**veracity**
  228:12
**verbatim**
  58:13
**verify** 111:4
  232:23
**Verizon** 24:2
  155:8
**version**
  283:15
  287:24
  299:1
**versus** 6:15
  196:21
  259:6
  299:23
**victim**
  205:10
**video** 236:14
**video-re...**
  6:13
**videocon...**
  20:8
  236:15
**videocon...**
  236:11
**videogra...**
  6:9,23
  7:12 22:12
  22:15 77:9
  77:12
  96:12,15
  106:5,7,10
  140:13
  141:4
  180:10,13
  234:14,17
  287:15,18
  309:16

**videos** 85:1
  85:3
**VIDEOTAPED**
  1:17
**view** 48:5
  115:19
  117:9,18
  243:20
  247:7
  255:25
  262:17
  269:24
**viewed** 81:6
  247:13,21
  256:4
**viewers** 14:3
  14:6,12
  15:3,11,13
  70:11
**viewing** 62:1
  68:3,7
  71:7
  137:19
**views** 62:8
  62:10,12
  66:11,13
  74:19
  80:23
  148:5,5
**vigilant**
  173:11
  207:5
**violate** 93:9
  93:20
  130:7
  166:6,9
  249:25
  252:7,12
  270:3
  274:2
**violated**
  165:13
**violates**
  217:10
  262:15
  274:1,8
**violating**
  232:17
**violation**

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 167:14 | 23:3,4 | 74:20 | 228:23 | 266:2,22 |
| 269:25 | 26:3 28:19 | 114:22 | 248:2 | 269:7 |
| **violations** | 52:14 | 264:5 | 251:3 | **week** 40:11 |
| 93:2 122:7 | 53:13 | **warn** 174:23 | 268:1 | 40:14,19 |
| 122:10 | 58:23 | **warned** | 291:22 | 40:22,25 |
| **virtually** | 61:12 | 172:23,24 | **Wayne** 182:23 | 260:4 |
| 87:12 | 68:14 | 174:12 | **we'll** 21:7 | **weekly** 40:6 |
| **visited** | 73:24 | 175:10 | 60:23 | 40:12,17 |
| 117:21 | 75:21 | **warrant** 23:8 | 195:13 | 40:21 |
| 118:6,8 | 77:15 | 249:19 | 242:21 | 41:10 |
| **visits** | 88:15,16 | 250:4,24 | **we're** 10:9 | 42:21 44:9 |
| 118:14 | 88:16 | 251:8,9,13 | 37:5 39:21 | 89:16 |
| **voice** 236:13 | 97:14 99:5 | 252:4 | 94:16 | 177:17 |
| **voices** 16:2 | 120:12 | **warrants** | 103:22 | 181:2 |
| 16:4 | 128:6 | 111:18 | 106:7 | 182:15 |
| 172:12 | 140:10 | **wash** 293:14 | 120:10 | 218:24 |
| **volume** 168:3 | 141:6 | 293:15 | 159:21 | 219:12,14 |
| 299:20 | 169:24 | 294:7,10 | 273:8 | 219:16 |
| **vote** 265:7,8 | 179:6,23 | 294:17,23 | 294:12 | 220:5,14 |
| 266:1,2,21 | 194:24 | 295:4,5 | **we've** 97:22 | 228:4 |
| 266:21 | 202:22,23 | **Washington** | 103:16 | 288:14 |
| 268:1 | 203:3,10 | 2:11,17 | 272:9 | 289:2,6 |
| 269:5,6 | 227:7 | 8:21 10:14 | **web** 72:25 | 297:19 |
| **voter** 79:5 | 234:12 | 16:8 25:7 | 73:7 | **weeks** 217:19 |
| **voters** 80:16 | 239:13 | 56:13 | **Webex** 20:11 | 219:15,16 |
| 141:21 | 242:16 | 109:3 | **webinars** | 220:6 |
| 149:20 | 249:11,12 | 183:25 | 137:7,18 | 243:11,24 |
| **votes** 240:16 | 264:12 | 312:4 | 137:20 | 244:7 |
| **voting** 59:13 | 286:11 | **wasn't** 74:18 | **website** | 245:2 |
| 163:6,24 | 293:14,24 | 140:1 | 14:14 30:6 | **went** 27:10 |
| 164:12,13 | **wanted** 72:11 | 145:13 | 141:12,15 | 137:17 |
| 164:16 | 93:14 | 197:1 | 141:17 | 243:14 |
| 267:25 | 96:18 | 296:12 | 142:11,13 | 266:19 |
| 268:16 | 99:23 | **way** 24:22 | 143:18,18 | 294:14,20 |
| 270:12 | 120:2 | 35:11 | 143:24,25 | 295:1 |
| **vs** 1:8 | 129:13 | 57:14 | 144:3 | **West** 2:5 |
| **vulnerab...** | 152:17 | 62:22 | 229:24 | **western** 1:2 |
| 272:23 | 206:7,8 | 78:15 | 263:8,11 | 6:16 31:9 |
| | 240:17 | 82:10,13 | **websites** | 31:20 |
| ——————— | 249:5,8,16 | 85:21 | 13:21 | **WhatsApp** |
| **W** | 249:17 | 86:17 95:1 | 15:17 | 12:20 |
| **wait** 28:23 | 275:25 | 111:19 | 31:23 78:3 | **Wikimedia** |
| **waiting** | 280:16 | 131:22 | 143:4,7 | 24:2 42:7 |
| 258:21,22 | 289:4 | 132:16 | 146:23 | 155:7 |
| **waived** 164:4 | 299:15 | 133:3 | 147:1 | 156:1 |
| **waiver** | 302:2 | 193:6 | 251:10 | **William** |
| 194:17 | **wanting** | 213:7 | **Wednesday** | 181:22 |
| **want** 17:4 | 289:2 | 214:12 | 168:7 | 182:3,23 |
| 18:7 19:21 | **wants** 22:25 | 224:19 | 265:8 | 183:12 |
| 20:10,20 | | | | |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 89:22 | 114:17 | 268:21 | 8:16 38:16 | 145:1 |
| 179:20 | 115:16 | 270:6 | 38:21 50:5 | 162:1 |
| **withdraw** | 117:13 | 274:12 | 217:17 | 227:3 |
| 22:19 | 121:19 | 277:19 | 234:25 | 232:18 |
| 94:18,20 | 122:13 | 282:11,24 | 235:8 | 290:1 |
| **withholding** | 128:15 | 293:25 | 295:8 | 299:13 |
| 202:23 | 129:11,21 | 299:13 | **working** | |
| 203:4 | 131:1,3 | 300:12 | 18:24 | **X** |
| **witness** 8:2 | 132:7 | 303:3 | 19:13 | **X** 67:3 |
| 11:12 | 133:14 | 306:9 | 23:22 26:9 | 227:20 |
| 14:21 | 137:2 | 310:15 | 27:15 57:8 | 264:3,5,13 |
| 18:15 21:3 | 138:1,23 | 311:1 | 120:20 | 264:16 |
| 21:21 27:6 | 140:12 | 312:12 | 139:8 | **xvii** 37:2 |
| 28:17 | 143:1 | 313:1,25 | 155:6 | **xxii** 38:9 |
| 30:17,25 | 144:6 | **witnessed** | 238:7 | |
| 32:16 | 146:10,21 | 18:23 | 273:2,8,17 | **Y** |
| 33:12 34:7 | 150:12 | **word** 123:2 | 277:11 | **Y** 227:20 |
| 35:8 36:9 | 153:22 | 220:20,21 | 284:18,20 | **Yahoo** 24:1 |
| 36:21 | 154:2 | 226:5,24 | 287:5 | 41:25 |
| 41:15,20 | 156:20 | **worded** 224:8 | 307:10 | 47:17,19 |
| 43:5,21 | 160:1,23 | 224:10 | **works** 24:22 | 48:15 49:9 |
| 45:1 48:8 | 162:8 | **words** 14:17 | 27:1,2 | 91:18 |
| 49:15 50:2 | 166:2 | 33:25 | 238:10 | 153:7 |
| 50:11 | 168:24 | 74:16 | **world** 136:7 | 235:1,3,4 |
| 56:19 | 171:16 | 85:15 | **wouldn't** | 235:6,19 |
| 61:10 63:5 | 172:22 | 111:2 | 72:16 | 235:20,22 |
| 63:24 | 174:7 | 133:2 | 115:16 | 235:22 |
| 64:21 | 175:4 | 137:23 | 220:20 | 236:18 |
| 65:12 | 176:14 | 217:13 | 250:6 | 237:22 |
| 67:16 68:6 | 184:20 | 270:7 | 273:5 | 239:9,18 |
| 68:18 69:2 | 187:19 | **work** 25:21 | 307:15 | 239:24 |
| 69:24 | 188:11,24 | 25:22,24 | **Wray** 246:3 | 240:4 |
| 70:15 | 189:14 | 25:25 26:1 | **write** 142:2 | **yeah** 17:13 |
| 71:10 | 193:3 | 26:8 27:14 | 143:25 | 17:25 |
| 72:16 | 195:17 | 48:9 53:8 | 289:16 | 20:24 22:8 |
| 73:20 | 200:1,22 | 53:10 | 290:7 | 22:21 |
| 74:23 | 202:2,6 | 83:14 | **writing** 53:7 | 23:13 |
| 75:24 | 204:18 | 159:16 | 142:7 | 25:15,15 |
| 78:20 | 208:4 | 164:3 | 148:2 | 28:24 |
| 79:15 82:2 | 213:24 | 182:23 | **written** | 30:11 36:9 |
| 83:7 90:21 | 224:5 | 223:19 | 145:4 | 36:21 37:5 |
| 92:4,17 | 228:21 | 238:16 | 289:24 | 40:23,23 |
| 94:9 95:6 | 231:9,20 | 266:6 | **wrong** 166:13 | 44:8,13 |
| 102:3,22 | 233:8 | 276:4,7,12 | 166:14 | 45:1 47:3 |
| 103:5 | 238:24 | 276:14,18 | 269:22 | 51:17 53:1 |
| 104:16 | 240:11 | 276:20 | **wrote** 70:21 | 53:15 |
| 105:13 | 246:1,12 | 277:4,6,8 | 77:21 | 54:13 55:3 |
| 111:9,12 | 252:1 | 287:12 | 84:14 | 55:13 |
| 112:21 | 256:22 | **worked** 8:14 | 127:9,22 | 59:11,16 |

62:14,14
62:20,23
63:7,24
66:10,13
66:17
67:10,25
68:6,18
70:15
73:20  74:7
75:1,8,20
76:24  77:6
77:21,22
79:9  80:10
80:15  81:6
82:2  83:4
83:18  84:5
84:13,14
84:17,19
86:15,18
93:22
94:21
96:24  97:3
97:14
99:15,20
110:17
117:15
118:5
126:9,22
127:9
129:17
132:8,14
133:1,2
134:4,21
135:2,8,8
139:18
144:6
151:21
152:2,25
158:8
160:1
169:20
170:6
184:9
188:11
194:25
200:1
214:13,15
214:21
218:2

219:12
223:25
224:5,22
225:8
226:23
228:21
232:8,8
236:17
237:1
241:7
243:13
244:10
249:8
250:9
252:1
254:5,16
257:5
258:13
259:4,11
259:19
260:1
261:1
266:24
271:15
272:20,20
273:23
276:25
282:11
285:2
291:24
292:21,23
292:23
293:6
294:2,6,8
**year** 10:20
11:18
17:12
19:17,18
19:20  20:4
42:6  47:7
109:18
236:25
**years** 8:17
8:20  41:11
171:13
173:24
194:10
**Yep** 37:5
**Yoel** 4:20

45:19  46:5
124:17
217:1,2
229:3
233:1
**York** 3:10
155:5
156:1
214:9
229:23
230:12,22
232:3,14
243:25
**Younes** 2:18
7:6
**YouTube**
12:12,15
12:16  85:1
91:12
112:19
119:11
125:18,19
134:8
248:18
**YouTube/...**
211:3

_____

**Z**

**Z** 227:20
**zero** 133:25
134:5
**Zoom** 1:17
6:1,5  20:6
20:9  141:1
**Zuckerberg**
116:25
131:24
242:13
243:3,14
244:4,25
245:15
255:15
**Zuckerbe...**
255:9

_____

**0**

_____

**1**

**1** 4:11  11:8

11:10
28:10
86:13
141:8
260:15
**1,233** 150:7
**1.4** 66:23
**1:20** 141:5
**10** 4:16
217:22,23
218:3,4,20
260:15
**10:00** 167:25
301:19
**10:45** 77:10
**10:58** 77:12
**100** 167:5
175:6
**100,000**
62:12  87:3
**104** 161:15
**10710** 1:24
310:9
**11** 4:11
218:2,24
260:15
**11/19/2020**
306:10
**11:02** 300:5
300:13
**11:17** 292:17
292:22
**11:22** 96:12
**11:27** 96:16
**11:39** 292:18
**11:40** 106:8
**11:43** 106:11
**1100** 2:11
312:3
**1152** 194:3
**11542** 3:10
**1159** 194:3
**118** 157:7
**11th** 312:19
**12** 163:10
229:21
230:3
**12:16:09**
294:1

**12:27** 140:14
**121** 4:16
288:4
**1225** 2:17
**12333** 111:25
**126** 66:4
86:13
**13** 4:23
258:24,25
259:3,10
**134,943**
81:18
**135954**
314:24
**14** 229:22
300:12
**146** 299:25
**149** 4:14
**14th** 213:21
230:15
300:5
**15** 5:6  271:2
271:3,4
**16** 50:13
**163** 302:17
**168** 306:5
**169** 4:17
**17** 8:16  51:8
232:11
293:12
**17th** 294:1
**18** 111:17
207:15
**185** 127:25
**1885** 3:5
**19** 37:4  85:9
**191250** 2:22
**196** 5:8
**1991** 194:4
**19th** 2:17
302:25

_____

**2**

**2** 4:15
287:20,23
**2:11** 180:10
**2:34** 180:14
**2:34:35**
243:5

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| **20** 142:6 | 205:16 | 115:20 | 251:16 | 310:14 |
| 314:14 | **2017** 89:20 | 120:6 | 253:7 | **216** 4:20 |
| **20-** 214:3 | 120:5,8 | 135:2 | 255:20 | **221** 2:5 |
| **2003** 6:2:17 | 125:23 | 141:16 | 259:15,23 | **223** 80:23 |
| **2011** 8:22 | **2018** 16:23 | 143:23 | 260:5 | 81:1,6,7 |
| **2014** 8:22 | 37:15 | 147:10,18 | 272:9,12 | **223,799** |
| **2015** 237:1,8 | 42:18 55:2 | 148:14 | 288:6 | 80:17,25 |
| **2016** 5:9 | 55:3,20 | 150:25 | 292:17,22 | **225** 3:6 |
| 13:12,14 | 64:24 | 152:21 | 293:12,13 | **23** 5:8 |
| 29:5 37:15 | 65:10 78:7 | 155:2,4 | 294:1 | 196:14,18 |
| 39:16 | 87:16 | 161:19,25 | 298:10,12 | **230** 121:23 |
| 64:10,21 | 115:19 | 162:4,12 | 299:2,21 | **24** 38:11 |
| 65:1,9 | 120:6 | 167:19,21 | 300:5,12 | 301:15 |
| 66:4,24 | 132:12 | 168:1 | 302:25 | **241** 4:21 |
| 78:4 84:10 | 133:25 | 171:18,19 | 308:15,18 | **249** 3:10 |
| 85:19 | 134:2 | 172:1,20 | **2021** 4:14 | **25** 58:24 |
| 87:13 | 148:12 | 176:9 | 10:20 | **258** 4:23 |
| 115:5 | 149:14 | 179:9 | 11:19 | **270** 3(d) |
| 125:22,23 | 168:2 | 180:17 | 159:12 | 111:18 |
| 126:16,20 | 217:23 | 182:10 | 161:1 | **271** 5:6 |
| 133:12,22 | **2019** 53:13 | 189:20 | 284:4 | **28** 4:22,24 |
| 133:25 | 53:17 | 192:5,12 | **2022** 1:16 | 6:11 |
| 134:1 | 120:6 | 199:14,20 | 5:7 6:1,4 | 241:20,21 |
| 147:20 | 149:9 | 200:2,14 | 6:11 19:23 | 244:1 |
| 173:14 | 151:10 | 201:8,10 | 19:24 | 259:15,23 |
| 174:9 | 155:13 | 201:17,23 | 23:23 | 310:21 |
| 176:8 | **202** 2:13,18 | 202:12,15 | 26:21 27:9 | **28(a)(1))** |
| 178:11 | **2020** 4:13,16 | 203:12,20 | 39:24 40:9 | 310:11 |
| 190:13 | 4:24 11:4 | 204:4 | 42:3 | **28(a)(a)** |
| 193:1,16 | 12:5 16:11 | 205:13,14 | 100:18 | 310:16 |
| 195:22 | 19:17 | 206:16,20 | 101:11,17 | **287** 4:15 |
| 196:1,5,7 | 23:23 | 208:16,19 | 141:1 | **29** 1:16 5:7 |
| 196:9 | 26:19 29:6 | 208:23 | 148:15 | 5:9 6:1 |
| 198:8 | 31:6 37:14 | 212:9,23 | 167:18 | 67:2 141:1 |
| 199:11,16 | 38:16,21 | 213:22 | 203:23 | 271:10 |
| 205:20 | 39:20 40:8 | 214:4 | 271:10,15 | 292:17,22 |
| 206:16 | 41:20,22 | 215:23 | 272:3,13 | 312:8 |
| 208:9,11 | 41:23,24 | 216:8 | 273:18 | 313:3 |
| 235:1 | 46:16 50:5 | 219:3,7,11 | 284:4,25 | **2953** 0 2:11 |
| 236:25 | 54:14,22 | 220:1,7 | 288:6 | 312:4 |
| 237:2,8 | 54:24,24 | 221:11 | 298:10,18 | **29th** 6:3,11 |
| 238:6 | 54:25 | 225:25 | 298:20,22 | 271:15 |
| 240:8,24 | 64:25 | 226:3,21 | 299:18 | **2nd** 83:17 |
| 244:13 | 65:17 78:7 | 229:22 | 312:2,8 | 286:13 |
| 257:22,24 | 87:17 | 230:15 | 313:3 | |
| 258:10 | 100:22 | 241:20,25 | **2024** 41:7,11 | **3** |
| 270:18 | 101:9 | 244:1,19 | 204:1 | **3** 4:24 5:7 |
| **2016-style** | 109:11 | 245:14 | 285:4 | 79:1,9 |
| 172:25 | 112:12 | 246:15 | **2093(b)** | 80:6,13,15 |

**ELVIS CHAN  11/29/2022**

261:3
**3,613** 132:13
134:1
**3:22-cv-...**
1:9
**3:43** 234:14
**3:57** 234:18
**30** 69:13
77:15
312:18
**30(e))** 311:7
**30(f)(1))**
311:2
**308** 4:6
**314** 2:23
**32** 78:24
**326-6705** 3:6
**329-5040**
2:23
**34** 84:16
**35** 65:12,15
86:13
**37** 169:24
278:2
**38** 277:21
**3rd** 272:12

---
**4**
**4** 4:20  5:9
79:1  81:13
**41** 51:13,13
**42** 126:9,10
**422** 149:10
149:23
**450** 2:17
**46** 128:6,9
**47** 132:10
**49** 58:25
132:22
**4th** 151:10
155:12
197:17

---
**5**
**5** 147:9
304:23
305:7
312:2
**5:04** 287:15

**5:15** 287:19
**5:47** 309:18
309:20
**50** 111:22
167:7
**500** 235:5
**516** 3:11
**532-5748**
2:13
**56** 242:8,13
243:1
**573** 2:7
**58** 84:17
**59** 85:9,13
85:20
241:4

---
**6**
**6** 4:17
169:11,19
169:21
277:12,17
**61** 141:10
**63** 144:20
**63101** 312:19
**63119** 2:22
**65101** 2:5
**66** 126:11
**671-2688**
3:11

---
**7**
**7** 81:4  272:2
**70** 3:10
128:9
147:8
251:9
**70802** 3:5
**711** 312:18
**751-8870** 2:7
**76** 68:9
150:21
**763** 67:17
68:1
**78,000**
240:15

---
**8**
**8** 4:5,20

216:18,22
272:1
**8:00** 167:24
301:18
**8:32** 197:17
**825** 147:12
148:19
**85** 141:11
**86** 293:10,21

---
**9**
**9** 4:21
241:12,15
261:2,4
300:11
**9:07** 6:5,12
**9:07:16**
306:10
**9:27** 22:13
**9:37** 22:16
**91** 4:22
**918-6902**
2:18
**929,000**
149:11,23
**94** 147:9
157:7
**946** 194:3
**95** 4:19
**96,678** 83:20
**99** 81:2,6
158:23

---