```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF LOUISIANA

 3                    MONROE DIVISION

 4     - - - - - - - - - - - - - - - X

 5     THE STATE OF MISSOURI, et al., :

 6     Plaintiffs,                    :

 7     V.                             : Case No. 3:22-cv-01213-TAD-KDM

 8     JOSEPH R. BIDEN, JR., et al.,  :

 9     Defendants.                    :

10     - - - - - - - - - - - - - - - X

11                          Bethesda, Maryland

12                          Wednesday, November 23, 2022

13          Videotaped Deposition of DR. ANTHONY FAUCI, a

14     Defendant herein, called for examination by counsel

15     for Plaintiffs in the above-entitled matter, pursuant

16     to notice, the witness being duly sworn by Stephanie

17     Barnes, a Notary Public in and for the State of

18     Maryland, taken at the offices of National Institutes

19     of Health, 31 Center Drive, Building 31, Bethesda,

20     Maryland, at 8:08 a.m., Wednesday, November 23, 2022,

21     and the proceedings being taken down by Stenotype by

22     Stephanie Barnes, and transcribed under her

23     direction.

24

25
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 2

```
 1   APPEARANCES:

 2

 3        On behalf of the Plaintiff the State of

 4   Missouri:

 5             D. JOHN SAUER, ESQ.

 6             ERIC S. SCHMITT, ESQ.

 7             JUSTIN D. SMITH, ESQ.

 8             Missouri Attorney General's Office

 9             221 West High Street

10             Jefferson City, Missouri  65101

11             (573) 751-8870

12             John.Sauer@ago.mo.gov

13

14        On behalf of the Plaintiff the State of

15   Louisiana:

16             JEFFREY M. LANDRY, ESQ.

17             TRACY SHORT, ESQ.

18             WILBUR STILES, ESQ.

19             Louisiana Department of Justice

20             1885 North 3rd Street

21             Baton Rouge, Louisiana  70804

22             (225) 326-6766

23

24        On behalf of the Plaintiffs Dr. Jayanta

25   Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron
```

```
 1    Kheriaty, and Jill Hines:
 2            JENIN YOUNES, ESQ.
 3            JOHN J. VECCHIONE, ESQ.
 4            New Civil Liberties Alliance
 5            1225 19th Street, Northwest
 6            Suite 450
 7            Washington, D.C.  20036
 8            (202) 918-6905
 9            Jenin.younes@ncla.legal
10            John.vecchione@ncla.legal
11
12        On behalf of the Plaintiff:
13            JONATHAN C. BURNS, ESQ.
14            Burns Law Firm
15            Post Office Box 191250
16            St. Louis, Missouri  63119
17            (314) 329-5040
18            John@Burns-law-firm.com
19
20        On behalf of the Defendant the Department of
21    Justice:
22            ADAM KIRSCHNER, ESQ.
23            JOSH GARDNER, ESQ.
24            KYLA SNOW, ESQ.
25            INDRANEEL SUR, ESQ.
```

```
 1              U.S. Department of Justice

 2              1100 L Street, Northwest

 3              Washington, D.C.  20530

 4              (202) 598-3846

 5              Adam.kirschner@usdoj.gov

 6

 7         On behalf of the Defendant the Department of

 8   Health and Human Services:

 9              ANANT KUMAR, ESQ.

10              Department of Health and Human Services

11              26 Federal Plaza

12              Room 3908

13              New York, New York  10278

14              (212) 264-6373

15              Anant.kumar@hhs.gov

16         On behalf of the Defendant the National

17   Institute of Health:

18              CHRISTOPHER HAMMOND, ESQ.

19              Office of the General Counsel

20              Public Health Division

21              NIH Branch

22              31 Center Drive

23              Building 31

24              Bethesda, Maryland  20892

25              Christopher.hammond2@nih.gov
```

```
 1        ALSO PRESENT:
 2              CORY DENNIS, Press Secretary
 3              JILL HINES, Plaintiff
 4              JAMES HOFT, Plaintiff
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                    C O N T E N T S

2    WITNESS                        EXAMINATION BY COUNSEL

3    DR. ANTHONY FAUCI                       FOR PLAINTIFFS

4        BY MR. SAUER                                    10

5

6                    E X H I B I T S

7    FAUCI EXHIBIT NO.                               PAGE
```

```
8    Exhibit No. 1 - December 30, 2011 Article         12

9    Exhibit No. 2 - EcoHealth Alliance                17

10                   Project Details

11   Exhibit No. 3 - Gain of Function Research         25

12   Exhibit No. 4 - Nature Medicine Article           31

13   Exhibit No. 5 - E-mails                           37

14   Exhibit No. 6 - E-mails                           43

15   Exhibit No. 7 - E-mails                           83

16   Exhibit No. 8 - E-mails                           96

17   Exhibit No. 9 - E-mails                          111

18   Exhibit No. 10 - References                      114

19   Exhibit No. 11 - E-mails                         119

20   Exhibit No. 12 - E-mails                         122

21   Exhibit No. 13 - E-mails                         130

22   Exhibit No. 14 - E-mails                         138

23   Exhibit No. 15 - E-mails                         141

24   Exhibit No. 16 - Podcast Transcript              142

25   Exhibit No. 17 - Calendar Printout               148
```

```
 1     Exhibit No. 18 - Quote                          152

 2     Exhibit No. 19 - Wayback Machine Article        158

 3     Exhibit No. 20 - NIH Record Article             163

 4     Exhibit No. 21 - E-mails                         167

 5     Exhibit No. 22 - E-mails                         170

 6     Exhibit No. 23 - CONFIDENTIAL E-mails            172

 7     Exhibit No. 24 - Nature Medicine Article         178

 8     Exhibit No. 25 - NIH Blog                        182

 9     Exhibit No. 26 - ABC News Article                185

10     Exhibit No. 27 - E-mails                         187

11     Exhibit No. 28 - White House Archives            196

12     Exhibit No. 29 - E-mails                         201

13     Exhibit No. 30 - E-mails                         203

14     Exhibit No. 31 - The Hill Article                209

15     Exhibit No. 32 - Meta Printout                   210

16     Exhibit No. 33 - UnHerd Article                  212

17     Exhibit No. 34 - Politico Article                213

18     Exhibit No. 35 - The Lancelet Article            221

19     Exhibit No. 36 - Good Morning America Article    226

20     Exhibit No. 37 - Breitbart Article               228

21     Exhibit No. 38 - Breitbart Article               232

22     Exhibit No. 39 - The Washington Standard Article 242

23     Exhibit No. 40 - Global HCQ/QC Studies           245

24     Exhibit No. 41 - Great Barrington Declaration    249

25     Exhibit No. 42 - E-mails                         253
```

1    Exhibit No. 43 - E-mails                            263

2    Exhibit No. 44 - E-mails                            266

3    Exhibit No. 45 - Washington Post Article            270

4    Exhibit No. 46 - E-mails                            275

5    Exhibit No. 47 - CNBC Article                       277

6    Exhibit No. 48 - Spiked Article                     280

7    Exhibit No. 49 - YouTube Printout                   283

8    Exhibit No. 50 - Google Printout                    284

9    Exhibit No. 51 - Meta Printout                      286

10   Exhibit No. 52 - E-mails                            294

11   Exhibit No. 53 - CONFIDENTIAL E-mails               298

12   Exhibit No. 54 - CONFIDENTIAL E-mails               304

13   Exhibit No. 55 - CONFIDENTIAL E-mails               307

14   Exhibit No. 56 - CONFIDENTIAL E-mails               323

15   Exhibit No. 57 - CONFIDENTIAL E-mails               327

16   Exhibit No. 58 - CONFIDENTIAL E-mails               330

17   Exhibit No. 59 - Substack Article                   334

18   Exhibit No. 60 - The Hill Article                   340

19   Exhibit No. 61 - New York Times Article             343

20   Exhibit No. 62 - Substack Article                   346

21   Exhibit No. 63 - E-mails                            352

22   * Exhibits attached to transcript.

23

24

25

DR. ANTHONY FAUCI 11/23/2022

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We are now on the
 3    record.  Today is November 23rd, 2022, and the time
 4    on the video screen is 8:08 a.m. Eastern Standard
 5    Time.  This is the video recorded deposition
 6    of Dr. Anthony Fauci taken in the matter of the State
 7    of Missouri, et al, v. Joseph R. Biden, Jr., et al,
 8    Case Number 3:22-CV-01213.
 9              This is pending before the United States
10    District Court for the Western District of Louisiana
11    Monroe Division.  This deposition is being conducted
12    at the NIAID at 31 Center Drive in Bethesda,
13    Maryland.  The reporter today is Stephanie Barnes,
14    and my name is Daniel Holmstock.  I am the legal
15    videographer.
16              Counsel, would you please introduce
17    yourselves and state whom you represent.
18              MR. SAUER:  John Sauer of the Missouri
19    Attorney General's Office on behalf of all the
20    plaintiffs.
21              MR. KIRSCHNER:  Adam Kirschner from the
22    U.S. Department of Justice on behalf of all the
23    defendants.
24              THE VIDEOGRAPHER:  Will the court reporter
25    please administer the oath.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 10

```
 1   Whereupon,

 2              DR. ANTHONY FAUCI,

 3   was called as a witness by counsel for Plaintiffs,

 4   and having been duly sworn by the Notary Public, was

 5   examined and testified as follows:

 6            EXAMINATION BY COUNSEL FOR PLAINTIFFS

 7   BY MR. SAUER:

 8       Q.    Good morning.  Can you please state your

 9   name for the record?

10       A.    My name is Anthony S. Fauci.

11       Q.    And, Dr. Fauci, what's your current

12   position?

13       A.    I'm the director of the National Institute

14   of Allergy and Infectious Diseases at the National

15   Institutes of Health and the Chief Medical Advisor to

16   President Biden.

17       Q.    When did you become the Chief Medical

18   Advisor to the President?

19       A.    Very shortly after his inauguration.  He

20   asked me to be the advisor between the election and

21   the inauguration, and I officially became his advisor

22   following his inauguration.

23       Q.    And then how long have you been the

24   director of NIAID, if I can call it that?

25       A.    I've been the director of NIAID for 38
```

```
 1   years a couple of weeks ago.

 2        Q.    Congratulations.

 3              Have you ever given a deposition before?

 4        A.    I have.

 5        Q.    How many times?

 6        A.    Once.

 7        Q.    How long ago was that?

 8        A.    You know, I don't know exactly the time,

 9   but it was probably anywhere between 15 and 20-plus

10   years ago.

11        Q.    Can I go over some ground rules with you?

12        A.    Sure.

13        Q.    First of all, when I ask a question, can

14   you and I be careful not to interrupt each other when

15   we're talking for the clarity of the record?

16        A.    Certainly.

17        Q.    And if I ask a question, if you don't

18   understand the question, could you ask me to clarify

19   to make sure you're answering the question that I'm

20   asking as opposed to some other question you think I

21   might be asking?  Can you do that today?

22        A.    Certainly.

23        Q.    Can you give verbal answers, like you're

24   doing now, instead of merely nodding or saying

25   "uh-huh," "huh-uh," can you say "yes" or "no" as the
```

DR. ANTHONY FAUCI  11/23/2022

Page 12

```
 1   questions go forward?

 2       A.    Yes.

 3       Q.    And maybe both of us can make an effort to

 4   speak slowly.  You're probably going to be better at

 5   that than I will, but to make an effort to speak

 6   slowly so that everything's getting transcribed.

 7             Is that okay?

 8       A.    I will certainly do that.

 9       Q.    I'd like to start off by handing you a

10   document that I've asked the court reporter to mark

11   as Exhibit 1, and I just want to take -- can you take

12   a glance at this and see if you recognize it?

13             (FAUCI Exhibit No. 1 was marked for

14   identification.)

15             MR. KIRSCHNER:  Counsel, this is a

16   standing objection for all of the documents you show.

17   I would ask that you preference your questions, to

18   the extent Dr. Fauci recognizes it, outside of the

19   capacity of preparation for the deposition, otherwise

20   I would object on work product grounds, but if you're

21   asking if you recognize a document outside of

22   anything that was shown in the context of deposition

23   preparation, I will not prevent him from answering.

24             MR. SAUER:  You raise a good point.

25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

1      Q.    Dr. Fauci, did you review any documents in

2    preparation for your deposition today?

3      A.    We did a couple of documents -- a few

4    documents, yeah.

5      Q.    What documents were those?

6            MR. KIRSCHNER:  I object on work product

7    grounds, and I instruct the witness not to answer.

8    BY MR. SAUER:

9      Q.    Can you look at the document in front of

10   you, Exhibit 1?

11     A.    Yeah.  So let me take a -- be careful I

12   read it, recognize it.

13     Q.    Well, let me ask you this:  In 2011, did

14   you coauthor an op-ed with Francis Collins in the

15   Washington Post called "A Flu Virus Risk Worth

16   Taking"?

17     A.    Well, I have it in front of me here, and

18   it has my name on it.  So, yes, it looks like I

19   did coauthor an editorial in the Washington Post on

20   December 30th of 2011.

21     Q.    Do you remember doing it or do you only

22   remember because you see it in front of you?

23     A.    No.  I vaguely remember.  This was 11

24   years ago.  I've written 1300 articles over my last

25   several years.

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    You look at the final paragraph on the

 2   first page in the first -- or sort of the first

 3   sentence of the final paragraph of the first page,

 4   your op-ed states:  "Given these uncertainties,

 5   important information and insights can come from

 6   generating a potentially dangerous virus in the

 7   laboratory."  Do you remember writing that?

 8              MR. KIRSCHNER:  Counsel, I would ask for

 9   Dr. Fauci to have an opportunity to familiarize

10   himself with the document --

11              THE WITNESS:  Yeah.

12              MR. KIRSCHNER:  -- prior to answering

13   questions about it.

14              THE WITNESS:  Yeah.  Let me just read it

15   and see.

16   BY MR. SAUER:

17        Q.    Let me ask you a question unrelated to

18   that document just in general.  Do you believe as you

19   sit here today that important information, insights,

20   can come from generating a potentially dangerous

21   virus in a laboratory?

22        A.    Well, yeah, if you take it into the

23   correct context because when you say "Generating a

24   potentially dangerous virus in the laboratory," that

25   is usually in the context of, for example, taking
```

**DR. ANTHONY FAUCI  11/23/2022**

 1    this H5N1 and studying it in different ways that
 2    could potentially make it more dangerous but only
 3    under very strict conditions laid out for the
 4    guardrails of conducting experiments that could
 5    potentially create such a dangerous virus.  And if
 6    you look at the context of this particular paper, the
 7    point that Dr. Collins, Dr. Nabel and I were making
 8    that there is a risk as we were talking about with
 9    pandemic influenza to understand as best as possible.
10    And, in fact, if you go to the next paragraph, we say
11    "Understanding the biology of virus transmission has
12    implications for outbreak prediction, prevention and
13    treatment."
14            And the point we were making in this
15    article is that there is a risk benefit to research
16    like this, and the point we were making it says "A
17    risk worth taking if the benefit is the protection of
18    the American and global public."
19        Q.    You refer to conditions under which such
20    research should be done --
21        A.    Right.
22        Q.    -- when you're generating potentially
23    dangerous viruses.
24        A.    Right.
25        Q.    First of all, is that kind of

DR. ANTHONY FAUCI  11/23/2022

1   **research generally referred to as gain-of-function**

2   **research?**

3       A.    Gain of function is a very potentially

4   misleading terminology, and that was one of the

5   reasons why several years ago outside groups, not the

6   NIH, made the determination that they would much more

7   strictly define the guardrails of experiments that

8   would require additional oversight and did away with

9   the terminology "gain of function" because it can

10  often be very confusing and misleading.

11      Q.    **When was that terminology "gain of**

12  **function" done away with?**

13      A.    At the time, I believe -- and I'm not a

14  hundred percent sure -- but there was a period of

15  time between, I think, 2011 and 2014 or '12 and '14,

16  I'm not sure, when there was a pause that was put on

17  research that was related to the manipulation of the

18  influenza virus in order to get more concrete and

19  more definitive guidelines about what the guardrails

20  of this research should be.

21      Q.    **Do those guardrails include things like**

22  **the level of biosafety -- biosafety level at which**

23  **such research should be done?**

24      A.    That, I believe, was part of it.  I'm not

25  sure if it was explicitly said, but it certainly

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   could be.  There were two elements to it.  There was
 2   the pause, which any research that could potentially
 3   have any collaterally dangerous aspects to it were
 4   put on pause, and then a number of organizations
 5   outside of the NIH, including the Office of Science
 6   and Technology Policy, OSTP, the academies of
 7   science, engineering and medicine, and a number of
 8   working groups on the outside developed more clarity
 9   to the kinds of oversight that would be needed.  That
10   is referred to as P3CO or pandemic potential
11   pathogens care and oversight, and the --
12       Q.    Is that some type -- go ahead.
13       A.    And the reason for that was the lack of
14   clarity in the terminology "gain of function," which
15   is often confusing.  So it was felt by these outside
16   groups to be very clear on the kinds of experiments
17   that needed additional oversight.
18       Q.    Could I give you a second document, which
19   I guess will be Exhibit 2?
20            (FAUCI Exhibit No. 2 was marked for
21   identification.)
22            MR. KIRSCHNER:  Just letting Dr. Fauci
23   know that the court reporter will provide him the
24   document that he's to look at.  This -- these
25   are copies for counsel.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1              Do you want to mark this one also?  Thank
 2   you.
 3   BY MR. SAUER:
 4       Q.    This Exhibit 2 is a document printed off
 5   of the NIH website called "Understanding the Risk of
 6   Bat Coronavirus Emergence."  Are you familiar with
 7   the project that's referred to in this document
 8   titled "Understanding the Risk of Bat Coronavirus
 9   Emergence"?
10       A.    I'm vaguely familiar with the fact that
11   EcoHealth Alliance has been doing research on trying
12   to understand the bat coronavirus emergence.
13       Q.    And was this project initiated in 2014 on
14   your understanding?
15       A.    I do not know.  That is not something that
16   I would have followed very carefully.
17       Q.    Would you have approved this in your
18   capacity as head of NIAID?
19       A.    I do --
20             MR. KIRSCHNER:  Objection.  Assuming
21   evidence not in the record.
22   BY MR. SAUER:
23       Q.    You may answer.
24       A.    I do not individually approve grants.
25   They go through multiple levels of peer review, so I
```

 1   would not have, by standard way things work, have

 2   seen this, read it, or individually approved it.

 3            That's not the way things work in the

 4   Institute.

 5        **Q.    Do you have any recollection of this at**

 6   **the time?**

 7        A.    I have no recollection -- I have no

 8   recollection of the initiation of this grant.

 9        **Q.    If you flip to the second page, under**

10   **"Details," it mentions EcoHealth Alliance.  You**

11   **referred to that a second ago, as the recipient of**

12   **the project.**

13        A.    Right.

14        **Q.    Is that right?**

15        A.    Right.

16        **Q.    And that's your understanding, they did**

17   **receive funding under this project; is that right?**

18            MR. KIRSCHNER:  Objection.  Assuming

19   evidence not in the record.

20   MR. SAUER:

21        **Q.    You may answer.**

22        A.    I'm sorry.  Would you repeat the question.

23   I'm not understanding what the question is.

24        **Q.    Is it your understanding that EcoHealth**

25   **Alliance received funding from NIAID under this**

DR. ANTHONY FAUCI  11/23/2022

Page 20

1  project?

2      A.    Well, looking at this, I can't make that

3  connection.  I do know, with all of the activity

4  that's been going on with EcoHealth Alliance and the

5  NIAID funding, that indeed, NIAID has funded

6  EcoHealth Alliance.  I don't know if I can

7  specifically link it to this particular grant because

8  this is the first time that I have seen this piece of

9  paper.

10     **Q.    Got you.  Above that, it lists a man**

11  **called Peter Daszak.  How do you say his name, if you**

12  **know?**

13     A.    I'm not sure.  I think it's Daszak.  I

14  think so.

15     **Q.    Do you know Mr. Daszak?**

16     A.    I have met him once or twice.  I would not

17  exactly characterize him as an acquaintance.

18     **Q.    In what connection have you met -- sorry,**

19  **go ahead.**

20          MR. KIRSCHNER:  Can you please let the

21  witness answer the questions.

22  MR. SAUER:

23     **Q.    Go ahead.**

24     A.    So what's the question again.

25     **Q.    In what connection have you met him?**

**DR. ANTHONY FAUCI 11/23/2022**

Page 21

```
 1        A.    You know, I don't even remember meeting
 2   him, but I do know that someone showed me a picture
 3   at a meeting where somebody said, here, take a
 4   picture with him.  And so I clearly must have met him
 5   because there's a photograph, I believe, of he and I.
 6             But that is not unusual, when you go to a
 7   scientific meeting, you run into hundreds of people.
 8   And I believe that this Dr. Daszak is one of the
 9   people that I almost -- well, I did run into him
10   because I believe I've seen a photograph of he and I
11   together at a meeting.
12             But he's not somebody that I would have
13   had a major amount -- I think someone in one of the
14   thousands of e-mails of mine that have been foyered,
15   someone showed me, I think, or pointed out, that
16   there was an e-mail from Peter Daszak to me.
17             And I don't remember the content, but I
18   think it was some casual type of response to
19   something, but it's not someone that I deal with on a
20   regular basis.  That is rather clear.
21        Q.    On that the same page, below Daszak and
22   EcoHealth Alliance, there's a reference to NIAID
23   funding this grant from 1st June of 2014 to 31st May
24   2019.
25             Do you see that?
```

```
 1        A.     It says "Budget Start, 1st of June.

 2   Budget End."  Is that what you're talking about?

 3        Q.     Yeah.  Over there on the right.

 4        A.     Yeah.

 5        Q.     Did you later become aware that not -- at

 6   any time, that NIAID was funding this project?

 7               MR. KIRSCHNER:  Objection.  Vague.

 8   Assuming evidence not in the record.

 9               THE WITNESS:  So I'm sorry.  What is the

10   question?

11   MR. SAUER:

12        Q.     Did you, at any time later, become aware

13   that NIAID was funding this project understanding the

14   risk of bat Coronavirus emergence?

15        A.     I became aware of this after all of the

16   attention was put on it, following the early part of

17   January, February, mid-March of 2020, but I certainly

18   was not aware -- well, I wouldn't say certainly

19   because who knows what came across my desk.

20   Thousands of pieces of paper come across my desk.

21               But I do not recall at all being aware of

22   the existence of this grant at the time that it was

23   initially funded of the dates shown on page 2.

24        Q.     If you go to the first page, in the

25   abstract text, see that big paragraph that covers
```

 1   most of the first page?

 2        A.    Yeah.

 3        Q.    Very bottom, last couple sentences.  Do

 4   you see where it begins number 3, and it says, "Test

 5   predictions of COV interspecies transmission"?

 6        A.    Hold on.  What line up from the bottom are

 7   you talking about?

 8        Q.    Fourth line up from the bottom.

 9        A.    Fourth line up from the bottom.  "Test

10   predictions" --

11        Q.    "Test predictions of CoV" --

12        A.    "Test predictions of -- predictive models

13   of post strains will be tested experimentally using

14   reverse genetics" -- yeah.

15        Q.    What does reverse genetics refer to in

16   that line?  Do you know?

17             MR. KIRSCHNER:  Objection.

18             THE WITNESS:  I'm not really quite sure

19   what they're referring to.  Reverse genetics can mean

20   many things.  Manipulation of a virus, recombination,

21   things like that.  I'm not exactly sure what they

22   were referring to here.

23   MR. SAUER:

24        Q.    Can it refer to what we were talking about

25   a minute ago that you talked about in your

DR. ANTHONY FAUCI  11/23/2022

1    **2011 op-ed about generating a more dangerous virus in**
2    **a laboratory.**
3              **Can reverse genetics refer to that?**
4              MR. KIRSCHNER:  Objection.  Calls for
5    speculation.
6              THE WITNESS:  Yeah.  You know, reverse
7    genetics is a very, very broad term that could have
8    multiple applications.  The influenza virus vaccine
9    that I hope you were vaccinated with this year was
10   likely produced by reverse genetics.
11             So reverse genetics is a very broad
12   categorization.
13   MR. SAUER:
14        **Q.    Can it refer to genetic manipulation of a**
15   **virus in a way that renders it either more**
16   **transmissible or more virulent?**
17             MR. KIRSCHNER:  Objection.  Calls for
18   speculation.
19   MR. SAUER:
20        **Q.    Can it refer to that, on your**
21   **understanding?**
22        A.    Like I said, reverse genetics is a very
23   broad terminology, and it mean manipulation of a
24   virus.  We do that when we create an attenuated
25   influenza virus, and I believe it can be done also to

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   amplify the function of the virus.

 2       Q.    I'm going to hand you a document that

 3   we've marked Exhibit 3.

 4            (FAUCI Exhibit No. 3 was marked for

 5   identification.)

 6   MR. SAUER:

 7       Q.    Do you recognize this document?

 8            MR. KIRSCHNER:  Objection.  To the extent

 9   the question is asking for what Dr. Fauci was shown

10   during preparation, I would instruct the witness not

11   to answer on work product grounds.  It's a standing

12   objection for all documents.  Not saying whether we

13   did or did not show him such documents, but to the

14   extent you're asking if he recognizes this document

15   outside of the preparation, you can ask.

16            THE WITNESS:  I don't recognize it as a

17   document that I've seen before, but I'm put before

18   me, I would say, tens of thousands of documents in my

19   capacity.  I am aware of the concept of the

20   gain-of-function pause involving influenza, MERS and

21   SARS viruses.

22   MR. SAUER:

23       Q.    Let me ask you this:  Can you flip to the

24   second page of the document?  At the top, it says:

25   "U.S. government gain-of-function deliberative
```

**DR. ANTHONY FAUCI  11/23/2022**

 1    process and research funding pause."

 2             You referred earlier in your testimony, I

 3    believe, to a period starting in 2014 where there was

 4    a pause on gain-of-function research.

 5             Do you recall that?

 6             MR. KIRSCHNER:  Objection.

 7    Mischaracterizes testimony.

 8    MR. SAUER:

 9        Q.    Do you recall?

10        A.    I'm sorry.  I'm getting confused on your

11    questions.

12        Q.    Well, let me ask you.

13             MR. KIRSCHNER:  I would ask counsel to

14    allow Dr. Fauci to familiarize himself with the

15    document prior to asking more questions.

16             THE WITNESS:  So if the footnote says 1, I

17    have to find out what 1 is referring to.  So if you

18    just give me a second.

19    MR. SAUER:

20        Q.    If you see there, it's the bottom line of

21    the second paragraph.

22        A.    Okay.

23             THE COURT REPORTER:  And if I could just

24    ask counsel to slow down a little bit, please.

25             THE WITNESS:  Okay.  What's the question?

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   BY MR. SAUER:
 2        Q.    The question is:  Are you familiar with
 3   the U.S. Government policy adopted in 2014 pausing
 4   gain-of-function research on certain viruses?
 5        A.    Yes, I am familiar with it.
 6        Q.    And was there an exception in that policy?
 7        Yes or no?
 8        A.    To my -- to my -- it says right here an
 9   exception; so obviously there was.
10        Q.    Were you aware of that exception at the
11   time --
12        A.    Because --
13        Q.    -- it was adopted?
14        A.    Either at the time it was adopted or
15   sometime thereafter.  And to my recollection and,
16   again, this was 2014; so we're talking eight years
17   ago, but my recollection is that the pause was for
18   all research such as this until a new U.S. Government
19   research policy could be developed.
20        Q.    And was there an exception to that pause
21   that's set forth in the footnote on your
22   understanding?
23        A.    Yeah.  The deliberations at the time based
24   on the need to continue certain critical research
25   that an exception clause was put in saying that under
```

DR. ANTHONY FAUCI  11/23/2022

Page 28

```
 1    special circumstances -- and I'll read it so that you

 2    get an understanding -- an exception from the pause

 3    may be obtained if the head of a U.S. Government

 4    funding agency determines that the research is

 5    urgently needed to protect the public health or

 6    national security.

 7              So at the time that the pause on all of

 8    this research was implemented, it was felt strongly

 9    by just about everybody in the research community and

10    the public health community that if you paused

11    everything, there might be a situation where you

12    would want to do an experiment that would be urgently

13    necessary to protect the public health and national

14    security and, therefore, that would allow an

15    exception to be considered.

16         Q.    Did you ever invoke that exception when --

17    or you're the head of a U.S. Government funding

18    agency --

19         A.    Yeah.

20         Q.    -- aren't you?

21         A.    Yeah.

22         Q.    Did you ever invoke that exception during

23    the years the pause was in place?

24         A.    As I recall, exceptions were given to a

25    couple of experiments.  To my recollection, that does
```

DR. ANTHONY FAUCI  11/23/2022

Page 29

```
 1   not usually rise up to the office of the director but
 2   is handled at the level of staff and deputy.  So I
 3   don't recall.  It is possible, though I doubt it, but
 4   it is possible that a piece of paper that was an
 5   ultimate signoff on an exception came to my desk, but
 6   I doubt it because I do not recall specifically ever
 7   being someone that put a piece of paper in front of
 8   me and said "we're going to have an exception.  Would
 9   you sign off on it?"  So it is likely, though, again,
10   I'm not certain.  It was eight years ago.  It was
11   likely that it was done at the staff level or at the
12   level of my deputy or someone like that.
13       Q.    It -- is it your understanding that anyone
14   at NIAID authorized any research under this pause
15   during the years that the gain -- the -- the
16   moratorium was in effect?
17       A.    Again --
18             MR. KIRSCHNER:  Objection.  Calls for
19   speculation.
20   BY MR. SAUER:
21       Q.    If you know?
22       A.    My memory is vague about this because it
23   was eight years ago, but I understand in subsequent
24   discussions that there may have been a couple of
25   exceptions to that in the context of research that
```

1    was considered necessary for the protection of the

2    public health or national security.

3         **Q.    Did any of those projects relate to**

4    **research on viruses conducted by EcoHealth Alliance?**

5              MR. KIRSCHNER:  Objection.  Assumes

6    evidence not in the record.

7              THE WITNESS:  Yeah.  I'm not certain.  I

8    don't -- I don't really recall.  I know -- I believe

9    that after the fact, I was brought -- it was brought

10   to my attention that there were exceptions.  I am not

11   quite sure what the exceptions were for, but there

12   were a couple of exceptions.

13   BY MR. SAUER:

14        **Q.    Who in your agency would have authorized**

15   **those, if not you?**

16        A.    Well, it could have been any of a number

17   of people.  It could have been people at the program

18   level.  It could have been my deputy.  It could have

19   been program managers and division directors.

20        **Q.    Who's your deputy?**

21        A.    Dr. Hugh Auchincloss.

22        **Q.    How do you say his last name, Auchincloss?**

23        A.    Auchincloss, A-U-C-H-I-N-C-L-O-S-S.

24        **Q.    What's his title?**

25        A.    Principal deputy director.

**DR. ANTHONY FAUCI  11/23/2022**

Page 31

 1      Q.    I'm giving you a document we've marked as
 2   Exhibit 4.
 3            (FAUCI Exhibit No. 4 was marked for
 4   identification.)
 5   BY MR. SAUER:
 6      Q.    And do you see this Nature Medicine
 7   article entitled "A SARS-like cluster of circulating
 8   bat coronaviruses shows potential for human
 9   emergence"?
10      A.    Yes.
11      Q.    Were you familiar with this -- this
12   article when it was published in 2015?
13      A.    I was not familiar with it when it was
14   published in 2015.
15      Q.    When did you first become aware of it?
16      A.    I believe -- again, I read a lot of
17   articles -- I believe it was brought to my attention
18   in the context of questions that were raised by
19   members of Congress about experiments that were
20   funded by the NIAID.
21      Q.    So would that have been in and around 2021
22   time frame, do you know, when you first became aware
23   of it?
24      A.    It certainly was after the beginning of
25   the COVID-19 outbreak.

**DR. ANTHONY FAUCI  11/23/2022**

Page 32

1       Q.      How long after the beginning would you
2   estimate?
3       A.      I don't recall.
4       Q.      Would it have been right at the beginning
5   of the outbreak or months into it or years into it?
6       A.      You know, years is where we are right now.
7   So it wouldn't have been years.  So it likely would
8   have been several months, though I'm not a hundred
9   percent certain.
10      Q.      And so who are the last two authors listed
11  on the top there?
12      A.      Well, one is Ralph Baric, who I believe is
13  a scientist at North Carolina, who is a long-term
14  grantee of NIAID.
15      Q.      Do you know Ralph Baric?
16      A.      Not really.  I know who he is.  I doubt if
17  I've ever met him.  I may have met him at one of the
18  meetings where there are thousands of scientists
19  saying hi to each other, but I know who he is.  He is
20  a scientist at University of North Carolina.
21      Q.      And he's funded by NIAID?
22      A.      He is.
23      Q.      But you don't remember ever meeting him in
24  person?
25      A.      Again, I don't recall.  I could have met

**DR. ANTHONY FAUCI  11/23/2022**

Page 33

1    him.  Again, I run into several thousands of

2    scientists that we refer to, but I don't recall

3    certainly having a relationship with him.

4         **Q.    How about the person that's listed**

5    **immediately before him listed here as Zhengli Shi?**

6              **Do you know who that is?**

7         A.    I believe, if I'm correct, that this is a

8    scientist who is at the Wuhan Institute of Virology,

9    I believe.  I'm not a hundred percent certain.  I get

10   sometimes confused with Asian names, but I believe

11   this is the person who is a scientist at the Wuhan

12   Institute.

13        **Q.    And are you aware generally that there's**

14   **someone called Shi Zhengli who's described in the**

15   **media as the bat woman who does research on bat**

16   **coronaviruses at the Wuhan lab --**

17        A.    Yeah, is that her?  I don't know if that's

18   the same person.  Like I said, when you're dealing

19   with Asian names, sometimes the first name is last

20   and the last name is first.  So I -- I -- I believe

21   this is the person from Wuhan.

22        **Q.    Have you ever met that person before?**

23        A.    To my knowledge, I haven't.  I don't --

24   I'm fairly certain I have not.  I could possibly,

25   again, have run into her at one of the many

1  scientific meetings that occur, but I don't

2  specifically recall ever personally running into her.

3      **Q.    Can I direct your attention to the**

4  **beginning of the pandemic or at least the beginning**

5  **of the outbreak?  Do you remember when you first**

6  **became aware that there was an outbreak of a new**

7  **coronavirus in China?**

8      A.    It was either December 31st or the first

9  couple of days of the new year of 2020.  So it was

10  either December the 31st of 19 -- 2019 or the first

11  couple of days of 2020.

12      **Q.    Do you recall at some point somebody,**

13  **anybody, raising concerns to you in January of 2020**

14  **at the beginning of the outbreak or near**

15  **the beginning of the outbreak that the virus might**

16  **have been genetically engineered or originated in a**

17  **laboratory?**

18      A.    There was a phone call in late January of

19  2020, I believe, from Jeremy Farrar.  There was one

20  other person on the phone.  I believe it was

21  Christian Anderson, who piped me in on a three-way

22  call, saying that they looked at the virus and there

23  was some concern about the molecular configuration or

24  makeup of the virus that made them think there was a

25  possibility that there could have been a manipulation

**DR. ANTHONY FAUCI  11/23/2022**

1  of the virus.

2      Q.    Before that, had anyone raised a concern

3  like that to you?

4      A.    To my recollection, no.

5      Q.    How about Robert Redfield?  Who's he?

6      A.    Robert Redfield at the time was the

7  director of the Centers for Disease Control and

8  Prevention.

9      Q.    Did he call you in mid January 2020 and

10  raise that kind of concern about whether or not the

11  virus originated from nature or in a laboratory?

12     A.    To my recollection, no.  I know that Bob

13  today talks about that.  I don't recall back in

14  January of 2020 whether Bob was involved or not in

15  any discussion about the manipulation of the virus.

16     Q.    Are you aware if there -- if there's any

17  relationship between Peter Daszak and Shi Zhengli,

18  the two coauthors of that study I showed you in

19  Exhibit 4?  Do they work together or what's your

20  understanding of that?

21          MR. KIRSCHNER:  Objection.  Calls for

22  speculation.  Vague.  Ambiguous.

23          THE WITNESS:  Can you repeat the question?

24  BY MR. SAUER:

25     Q.    Are you -- do you know whether there's a

**DR. ANTHONY FAUCI  11/23/2022**

1  working relationship between Shi Zhengli and

2  Peter Daszak?

3       A.    Well, I do know now.  I didn't know it at

4  the time, but I do know now that EcoHealth has a

5  subaward from their original grant that goes to

6  Shi Zhengli at the Wuhan Institute of Virology.

7       Q.    So they work together on research that's

8  funded directly by NIAID --

9       A.    The -- yeah, the funding goes to EcoHealth

10  which awards a subaward.  To my knowledge and

11  recollection, it is a five-year grant of somewhere

12  between 500,000 and $600,000.  I believe it averages

13  about 120 to $130,000 a year for a five-year period.

14       Q.    Do you know whether Peter Daszak has

15  access to, for example, the genomes of viruses that

16  Shi Zhengli has generated at the Wuhan Institute of

17  Virology?

18            MR. KIRSCHNER:  Objection.

19  Mischaracterizes the evidence.

20            MR. SAUER:  I'm just asking him if he

21  knows.

22  MR. SAUER:

23       Q.    Do you know?  I'm just asking if you know.

24       A.    Again, repeat the question.  I want to

25  make sure I give you an accurate answer.

DR. ANTHONY FAUCI  11/23/2022

1        Q.     Do you know whether Peter Daszak had

2   access, or is in possession of data generated by Shi

3   Zhengli pursuant to their research together,

4   including the genomes of Coronaviruses?

5        A.     I don't know absolutely for sure, but I

6   would imagine that if Peter Daszak is collaborating

7   scientifically with Shi Zhengli, that it is likely,

8   given the norms of scientific collaboration, that he

9   would have access to data if they were indeed

10  collaborating, which it looks like, from what I have

11  learned subsequently, that they are collaborators,

12  since he has a subaward to the Wuhan Institute that I

13  believe goes to Dr. Shi.

14       Q.     Would it be ordinary practice for someone

15  in his position to have access to her data when he's

16  funding her, essentially through subawards?

17       A.     That would be not be unusual and probably

18  likely.

19       Q.     Can I give you Exhibit 5?  We're

20  premarking them.

21              (FAUCI Exhibit No. 5 was marked for

22  identification.)

23  MR. SAUER:

24       Q.     If you look at the top there, there's

25  someone sending an e-mail to you and Jen Routh called

**DR. ANTHONY FAUCI  11/23/2022**

1    Greg Folkers.  Who's Greg Folkers?

2         A.    Greg Folkers is a member of my inner

3    office.  He's my immediate chief of staff in my

4    office group.

5         Q.    And then who's Jennifer Routh?

6         A.    She's a member of our communications

7    staff.

8         Q.    And then directly below her, who's

9    Courtney Billet?

10        A.    She is the director of the Office of

11   Communication, Legislative Affairs, and Government

12   Outreach.

13        Q.    And if you look at all these people on the

14   CC line, are they all within your kind of -- I think

15   you described it as your inner office?

16        A.    Yes.  They are in the immediate office of

17   the director.

18        Q.    And it looks like the attachment was

19   indicated with talking points for NIAID director,

20   Dr. Fauci?

21        A.    Right.

22        Q.    Would that be a common thing for your

23   chief of staff to do, to prepare talking points for

24   when you're going to a press appearance or something

25   like that?

1       A.     That would be a not unusual thing if I was

2    going to whatever, a meeting or a congressional

3    briefing or what-have-you, and a subject was brought

4    up that I was not particularly familiar with, that my

5    staff would put together talking points to at least

6    update or inform me about what the meeting was about

7    and things that I should know about it.

8       Q.     If you look in the body of the e-mail,

9    that kind of second paragraph that begins:  "Also,

10   hyphen, hyphen, hyphen."

11             Do you see that?

12      A.     Wait a second.  Where are we now?

13      Q.     Well, kind of very close to the top,

14   second kind of text cluster that begins, "Also, when

15   talking about CoV, not necessarily in this venue..."

16   Do you see that?

17      A.     No, I'm really sorry.  As a placeholder,

18   looks good, that's the first paragraph.  "Also,"

19   okay, we're talking -- I got it.

20      Q.     And Greg -- Mr. Folkers says to you, "We

21   have on our team," and then in parentheses, Vincent

22   and folks we fund, Peter Daszak, Ralph Baric, Ian

23   Lipkin, et cetera, "probably the world's experts

24   on nonhuman coronaviruses."

25             Do you see that?

**DR. ANTHONY FAUCI  11/23/2022**

```
 1       A.    Yes.

 2       Q.    Do know what he means when he said that

 3   those people are on your team?  Does he mean that you

 4   fund them?

 5       A.    I think he means -- I'm speculating -- I

 6   don't recall this e-mail of January 27th, 2020.  But

 7   my speculation is that what Mr. Folkers was referring

 8   to were people that were in our group or that we know

 9   and are colleagues of ours because -- I mean, Peter

10   Daszak, we've already mentioned, is a grantee.  Ralph

11   Baric is a grantee.  Ian Lipkin is a scientist at the

12   Columbia School of Public Health.

13            I believe Vincent, though I don't know,

14   could possibly be Vincent Munster, who is a scientist

15   who's employed by NIAID, and I believe that's what

16   Mr. Folkers was referring to when he was saying --

17   when talking about COVID, these are people who are

18   well versed in that area.

19       Q.    Who's -- do you know Ian Lipkin?

20       A.    I do.

21       Q.    Is he a grantee of --

22       A.    I believe he is.  I mean, he is a

23   well-established scientist in New York City at the

24   Columbia School -- I believe it's the Mailman School

25   of Public Health.
```

**DR. ANTHONY FAUCI  11/23/2022**

1      Q.      Two paragraphs down, it says, "NIAID has

2    funded Peter's group," referring to Mr. Daszak, "for

3    coronavirus in China for the past five years through

4    understanding the risk of bat coronavirus emergence";

5    correct?  And then the grant number.

6          A.      Yes, I see that.

7          Q.      And that, I take it, would be the grant

8    that we referred to earlier in Exhibit 2, with the

9    same title, "Understanding the risk of bat

10   coronavirus emergence"?

11              MR. SAUER:  Objection.  Calls for

12   speculation.

13              THE WITNESS:  I'm looking at

14   Exhibit Number 2 and the title is, "Understanding the

15   risk of bat coronavirus emergence," and that is the

16   quote that is here, and the grant number is 1R01 --

17   BY MR. SAUER:

18         Q.      Let me ask you this -- I don't need to the

19   hear the grant number?  Can I just ask you --

20         A.      Well, I'm trying to make sure that I'm

21   referring -- to give you a correct answer -- which is

22   the question you asked me:  Is this referring to

23   this?  And it looks like the grant numbers match and

24   the titles match, so my answer to your question is

25   yes -- they're referring to.

```
 1              MR. KIRSCHNER:  Counsel, I just would ask
 2    to let the witness fully respond before cutting him
 3    off.
 4    BY MR. SAUER:
 5        Q.    Do you recall that grant being placed on
 6    your radar screen on January 27th of 2020?
 7        A.    Based on this e-mail, it looks like
 8    Mr. Folkers has at least mentioned it, but I wouldn't
 9    characterize that as being, quote, put on my radar
10    screen to the point of garnering my precise attention
11    to it.
12              Let me finish reading the e-mail.  It
13    says, "That's now been renewed with a specific focus
14    to identify cohorts of people exposed to bats in
15    China and work out if they're getting sick from
16    COVID.  Erik Stemmy is the program officer and the
17    collaborators include the Wuhan Institute and Ralph.
18    The results of the work."
19              Yeah, I mean, I think this was likely the
20    situation where, when the idea of an outbreak in
21    China was brought up, or the coronavirus, that my
22    staff thought it would be important for me to
23    understand just the kind of things we were doing.
24    And I think the important sentence in here, which is
25    relevant, is that the grant wanted to
```

DR. ANTHONY FAUCI  11/23/2022

Page 43

```
 1   identify cohorts of people exposed to bats in China,
 2   and the reason for that is wanting to see if there
 3   was the possibility of spillover from bat viruses to
 4   humans that might or might not be related to
 5   SARS-CoV-2.  I believe that was the intent of this
 6   briefing talking points, if I'm not mistaken.
 7       Q.    You're being given an exhibit that's
 8   labeled Exhibit 6.
 9             (FAUCI Exhibit No. 6 was marked for
10   identification.)
11             MR. KIRSCHNER:  Counsel, I would ask that
12   Dr. Fauci be given the opportunity to familiarize
13   himself with this document prior to being asked
14   questions related to it.
15             THE WITNESS:  Okay.  February 1st.
16   BY MR. SAUER:
17       Q.    I think you testified earlier that you
18   recalled the first time the concern about the origin
19   of the virus being posted on your radar screen was
20   from a call from Christian Anderson and Jeremy
21   Farrar; is that right?
22       A.    Yeah.  I believe that my recollection from
23   a few years ago, that that's the first I became aware
24   of this concept of the possibility of there being a
25   manipulation of the virus.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 44

```
 1        Q.    Do you remember what was said in that

 2   call?

 3        A.    To my recollection, on that call, Jeremy

 4   and Christian said they had looked at -- or at least

 5   Christian did, possibly Jeremy -- and maybe one other

 6   scientist -- and said that it is possible that there

 7   may have been a manipulation because it was an

 8   unusual virus.  And on that call, I and others said,

 9   "Well, that being the case, we should bring together

10   a group of highly qualified international

11   evolutionary virologists to discuss the issue, and to

12   see what the way forward would be to try to clarify

13   that."

14             And that was the phone call that we

15   arranged, I believe for the following day, on

16   February 1st, if I'm not mistaken.  I think those are

17   the dates.  I'm fairly sure, but --

18        Q.    You say I and others on the call suggested

19   arranging a group of scientists to discuss this.  Who

20   are the others?

21        A.    Again, I believe -- I'm fairly certain,

22   although I'm not 100 percent -- that was a few years

23   ago -- that Jeremy Farrar was one and Christian

24   Anderson was another.  Eddie Holmes could possibly

25   have been in on that.  I know he got involved in this
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 45

```
 1    later on.
 2         Q.    Who's Eddie Holmes?
 3         A.    Eddie Holmes is a very
 4    well-recognized evolutionary virologist who works in
 5    Australia.
 6         Q.    Does he receive funding from your agency?
 7         A.    I don't know.  I'm not certain whether he
 8    does or not.
 9         Q.    Do you know Eddie Holmes?
10         A.    I don't know him personally, but I know of
11    him.  He's a very highly -- what's the right word for
12    it?  Highly respected evolutionary virologist.
13         Q.    Do you know Christian Anderson?
14         A.    I know Christian.  Not well.  I've spoken
15    to him a few times.  I believe the first time -- and
16    again, when you say "Do you know," remember, we all
17    go to international meetings where there are
18    hundreds, if not thousands, of people that you
19    interact with over the years.
20              To my recollection, I've heard of
21    Christian Anderson for a while.  Christian is a
22    internationally renowned scientist.  I believe maybe
23    the first time that I've actually spoken to Christian
24    was on that phone call, but it is possible that
25    without recalling, I ran into him and spoke to him on
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 46

```
 1   other occasions.
 2       Q.    Do you know why he brought that concern to
 3   you in particular?
 4              MR. KIRSCHNER:  Objection.  Calls for
 5   speculation.
 6              THE WITNESS:  I would imagine since I am,
 7   with all due modesty, recognized as one of the top
 8   infectious disease people in the country and the
 9   director of the major research institution for
10   infectious diseases in the world that Christian and
11   Jeremy I know -- I've known Jeremy for a long time --
12   that they thought it would be a good idea to give me
13   a call since I'm looked upon, rightly or not, as the
14   top government infectious diseases person, and they
15   felt, I believe -- you'll have to ask them -- but I
16   felt they believed, since I'm generally considered
17   the top government infectious disease person, that it
18   would be appropriate to let me know at the same time
19   as we brought in -- I don't have the list in front of
20   me of the scientists we brought together on the phone
21   call the following day, which was a Saturday -- let
22   me finish because I think it's important -- because
23   the people we brought in, we tried to get a large
24   international group of people together so we could
25   have well representation.  As to my recollection,
```

DR. ANTHONY FAUCI  11/23/2022

Page 47

```
 1   there were people like Sir Patrick Vallance, who was

 2   the chief scientist in England on the phone, among

 3   other people.

 4   BY MR. SAUER:

 5        Q.    Could I pause for a second?

 6        A.    Sure.

 7        Q.    This is a deposition.  I'm going to ask

 8   you questions, and I'm going to ask you to listen to

 9   the question --

10        A.    Right.

11        Q.    -- and answer the question that I'm

12   asking --

13        A.    Okay.

14        Q.    -- and not go off on, like, a tangent.

15        A.    Fine.

16        Q.    Can you agree to do that, please?

17        A.    I would be happy to do that.

18              MR. KIRSCHNER:  And, counsel, I would also

19   ask you to let the witness provide proper context

20   where he feels is necessary in response to your

21   questions.

22              MR. SAUER:  Yeah.

23   BY MR. SAUER:

24        Q.    Let me direct your attention to the first

25   page of Exhibit 6 in front of you.  At the bottom of
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   that page, you see it indicates that on Friday,

 2   January 31st, 2020, at 18:47, you wrote an e-mail to

 3   Jeremy and Christian saying "this came out today.

 4   You may have seen it.  If not, it is of interest to

 5   the current discussion"; correct?

 6              MR. KIRSCHNER:  Objection, Your Honor --

 7   not Your Honor.

 8              THE WITNESS:  Well, you're very honorable

 9   but go ahead.

10              MR. KIRSCHNER:  I just would like the

11   witness to have an opportunity to familiarize himself

12   with the document.

13              MR. SAUER:  I'm just directing his

14   attention to that spot on the page.

15   BY MR. SAUER:

16       Q.    Do you see the spot I referred to?

17              MR. KIRSCHNER:  Well, I would like to make

18   sure that the witness is familiar with the

19   document --

20   BY MR. SAUER:

21       Q.    Right here.

22              MR. KIRSCHNER:  -- prior to answering

23   questions about the document.

24   BY MR. SAUER:

25       Q.    So I just asked if you see that spot on
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 49

1     the page?

2          A.     Where it says "this just came out today"?

3          **Q.     Yeah.**

4          A.     Yes.

5          **Q.     And is that a reference to the article by**

6     **Jon Cohen in Science Magazine?**

7          A.     You know, I don't recall.

8          **Q.     You don't recall sending that message?**

9          A.     No, no.  I --

10              MR. KIRSCHNER:  Object --

11              THE WITNESS:  No, no.  Let me finish.

12              MR. KIRSCHNER:  Go ahead.

13              THE WITNESS:  You're asking me a question.

14     When you say "this just came out today," and on the

15     next page of Exhibit 6, there's an article by

16     Jon Cohen on mining coronavirus genomes for clues in

17     the outbreak, since they are juxtaposed together, I

18     imagine that that's what I sent, but I don't recall

19     specifically that article.

20     BY MR. SAUER:

21          **Q.     Do you know -- do you know why you would**

22     **have said that article is of interest to the current**

23     **discussion?**

24              MR. KIRSCHNER:  Objection.  Assuming

25     evidence not in the record.  Mischaracterizes the

DR. ANTHONY FAUCI  11/23/2022

1    testimony.

2            THE WITNESS:  Looking at the title of the

3    article, which is "Mining Genomes for Clues in the

4    Outbreak," you know, I'm not sure exactly why I would

5    have sent it.  Imagine is that if they're referring

6    to the genomic makeup of the virus and we were

7    talking about the genomic makeup of SARS-CoV-2 that

8    raised some suspicion on the part of Christian and

9    Jeremy, that's an article in science by Jon Cohen

10   that talks about genomes of virus would be, as it

11   said, might be of interest to the current discussion.

12   I imagine that's what I was referring to.

13   BY MR. SAUER:

14      Q.    If you look -- staying on Page 1, if you

15   look immediately above your e-mail, do you see the

16   kind of response e-mail from Dr. Anderson?

17      A.    Let me read it.

18            Yeah.

19      Q.    Okay.  And you see in the second paragraph

20   that e-mail --

21      A.    Yeah.

22      Q.    -- where he mentions I should mention that

23   after discussions earlier today, says Dr. Anderson,

24   Eddie, Bob, Mike and myself all find the genome

25   inconsistent with expectations from evolutionary

1    theory?

2        A.    Right.

3        Q.    Do you know who Eddie is?

4        A.    Eddie Holmes probably.

5        Q.    Do you know who Bob is?

6        A.    Could be Bob Garry.  I'm not sure.

7        Q.    And do you know Mike is?

8        A.    I don't, but it could be Mike Laribee.

9    I'm not sure.

10       Q.    Okay.  And then immediately above that

11   at -- Dr. Anderson said, "the unusual features of the

12   virus make up a really small part of the genome so

13   one has to look really closely at all of the

14   sequences to see that some of the features

15   potentially look engineered --

16       A.    Right.

17       Q.    -- correct?

18       A.    Yes.

19       Q.    Does that -- is that the sort of concern

20   that he had raised in the call you had earlier that

21   day on Friday, January 31st?

22       A.    The answer is, yes, he was referring to

23   some unusual features, but if I might just take an

24   extra five seconds, it says the unusual features of

25   the virus make up a really small part of the genome

1  and one has to look really closely, and that was the

2  tone of the discussion.

3          And just quickly referring to the last

4  sentence in the second paragraph when he was talking

5  about inconsistent with expectations from

6  evolutionary theory, the next sentence says, "but we

7  have to look at this much more closely and there are

8  still further analyses to be done, so those opinions

9  could still change."

10     **Q.     Did you think this was an alarming concern**

11  **that he was raising?**

12     A.     I think it was an interesting and

13  important concern, and that was the reason why we all

14  agreed it would be a very good idea to get a larger

15  group of qualified evolutionary virologists to look

16  closely, more than just a quick look, but a look over

17  a period of a couple of days at the virus to see if,

18  in fact, this concern and suspicion was justified or

19  there could be another explanation for it.

20     **Q.     Can you stay in that same document,**

21  **Exhibit 6, and flip ahead to the eighth page of the**

22  **document that's got a Bates Number 2432 at the**

23  **bottom?**

24          MR. KIRSCHNER:  Counsel, I, again, ask you

25  to allow Dr. Fauci sufficient time to -- actually,

```
 1   counsel, this seems to be several documents together.
 2   I'm a little confused what's going on with -- with --
 3   with this exhibit.
 4   BY MR. SAUER:
 5       Q.   Can you turn to the eighth page of the
 6   exhibit, please?
 7            MR. KIRSCHNER:  Well, I would like for
 8   Dr. Fauci to have an opportunity to familiarize
 9   himself with this exhibit prior to answering
10   questions.
11            MR. SAUER:  I just want him to look at the
12   eighth page.
13   BY MR. SAUER:
14       Q.   Do you see the eighth page?
15       A.   Is that 2421?
16       Q.   2432.
17       A.   Oh, excuse me, 2432.  I'm sorry.  This --
18   the numbers are kind of -- oh, it's going the
19   opposite direction.  Sorry.  The -- I got 2430 and
20   then it's followed by 2431, and then it's 2421.
21            MR. KIRSCHNER:  I have the same.
22            THE WITNESS:  I'm sorry.  I'm confused.
23   BY MR. SAUER:
24       Q.   Can you go to -- starting at the first
25   page, count eight pages.  One, two, three, four,
```

1    **five, six, seven, look at the eighth page.**

2              MR. KIRSCHNER:  Well, counsel, this seems

3    to be out of order with the Bates stamping, and so I

4    would object to this as being misleading.  2432 is

5    inserted in this document between 2402 and 2426.

6              MR. SAUER:  Off the record, please.  Can

7    we go off the record?

8              THE VIDEOGRAPHER:  Time is 9:04 a.m., and

9    we are going off the record.

10             (Discussion off the record.)

11             (Recess.)

12             THE VIDEOGRAPHER:  The time is 9:05 a.m.,

13   and we're back on the record.

14   BY MR. SAUER:

15        **Q.    Dr. Fauci, do you see the eighth page of**

16   **this document?**

17        A.    Yeah.  If it's the one that says, "Hugh,

18   it's essential that we speak," yeah.

19        **Q.    Correct, yeah.  And at the top of this**

20   **page, you sent this e-mail to Hugh Auchincloss?**

21        A.    Correct.

22        **Q.    Is that how you say his name?**

23        A.    That's correct.

24        **Q.    You sent this e-mail to Hugh Auchincloss,**

25   **your principal deputy --**

```
 1        A.    Yes.

 2        Q.    Did you send it at 12:29 a.m. on Saturday,

 3   February 1st?

 4        A.    Yes.

 5        Q.    In the "To" e-mail, there's a cc there

 6   that's redacted out.  Do you know who you CC'd on

 7   this e-mail?

 8        A.    No.  I don't recall.

 9        Q.    Would you have CC'd one of your personal

10   e-mail addresses on this?

11        A.    No, I very rarely do that.

12        Q.    Have you ever done that?  Have you

13   ever CC'd your personal e-mail on a

14   work-related matter?

15        A.    You know, I don't recall.  I doubt that.

16   I doubt that.

17        Q.    Do you see there's an attachment listed on

18   this e-mail?  Attachments?  Do you see where it says,

19   Shi, et al., Nature Medicine --

20        A.    Yeah.

21        Q.    -- SARS Gain of Function?

22        A.    Right.

23        Q.    Do you know what that attachment was?

24   It's not included on the e-mail.

25        A.    You know, it says, "SARS Baric, Shi, et
```

```
 1   al., Nature Medicine."  It could possibly have
 2   been -- it could possibly -- again, I don't know for
 3   sure, but it's certainly consistent with it being
 4   Exhibit No. 4.
 5        Q.    And that is the 2015 article?
 6        A.    Right.
 7        Q.    Coauthored?
 8        A.    Right.
 9        Q.    In part by Ralph Baric and Shi Zhengli
10   that we talked about earlier?
11        A.    Right.
12        Q.    Do you recall attaching that particular
13   exhibit to this e-mail to Hugh?
14        A.    I can't say that I recall that particular,
15   but it is certainly consistent with that because the
16   attachment title is Baric, Shi, Nature Medicine.
17             So it certainly is consistent with, and
18   maybe likely that that's what I was referring to.
19   All those things look consistent.
20        Q.    In other words, that Exhibit 4 is a Nature
21   Medicine article; correct?
22        A.    Exhibit 4 is a Nature Medicine article.
23        Q.    And two of the coauthors are Baric and Shi
24   that we talked about earlier?
25        A.    Correct.  Yes.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 57

```
 1          Q.     And then did you describe it as a SARS
 2    gain-of-function article?
 3                MR. KIRSCHNER:   Objection.
 4    Mischaracterizes the evidence.
 5    BY MR. SAUER:
 6          Q.     Did you describe it as that?
 7          A.     It looks like it was described as that.
 8          Q.     Do you know if you were the one who wrote
 9    that title describing that article?
10          A.     I don't recall.  I'm not sure exactly why
11    those words got in there.  It was maybe something
12    that was mentioned by Baric.  I don't really recall.
13    That was some time ago.
14          Q.     Do you think that that article, it refers
15    to the gain of function or do you not recall?
16          A.     I don't recall.
17          Q.     Do you know why you attached that article
18    to this e-mail to Hugh, your principal deputy?
19          A.     I don't recall, but I believe -- and
20    again, I would say I don't precisely recall, but
21    there was some recollection or someone told you that,
22    you know, we do fund research in China,
23    particularly surveillance research -- I think you
24    referred to it when you gave me one of the exhibits
25    about the surveillance of what might be out in the
```

DR. ANTHONY FAUCI  11/23/2022

Page 58

```
1    community among bats.  And at my recollection, I
2    brought to Hugh's attention, saying, "We have to
3    speak in the morning, because I want to find out what
4    the scope of what it is that we are funding so I'll
5    know what we're talking about."
6              And that's what I was referring to when I
7    said you will have tasks today to give me some
8    information because this was the first that I had
9    heard about specifics of what EcoHealth and what
10   other people were doing, and I wanted my staff to say
11   get me up to date.  So that's what I meant by you
12   have work to do.
13        Q.   And you said that it was essential that we
14   speak this morning, this a.m.; correct?
15        A.   Right.
16        Q.   And so you wanted him -- and you said keep
17   your cell phone on; correct?
18        A.   Right.  Yeah.  And the reason is that I
19   know that we were going to have a phone call with the
20   larger group of evolutionary virologists, and this is
21   the first that I had heard of what we may or may not
22   be funding through EcoHealth and others, and I wanted
23   to get a better scope of just what the terrain of
24   what we were doing in collaboration with different
25   scientists, and that's why I asked him that question.
```

**DR. ANTHONY FAUCI  11/23/2022**

**Page 59**

1     Q.    Did you call Hugh's cell phone that day?

2     A.    I don't recall if I did.

3     Q.    Do you remember talking to him at all that

4     day?

5     A.    I might have, but I don't recall.

6     Q.    Later in the e-mail, you say, "Read this

7     paper, as well as the e-mail that I will forward to

8     you now."

9     A.    Right.

10    Q.    What are the tasks that must be done

11    today?

12    A.    I wanted to be briefed on the scope of

13    what our collaborations were and the kind of work

14    that we were funding in China.  I wanted to know what

15    the nature of that work was.

16    Q.    Were you concerned at that time that the

17    work that you had funded in China might have led to

18    the creation of the coronavirus?

19    A.    I wasn't concerned that it might have, but

20    I didn't like the fact that I was completely in the

21    dark about the totality of the work that were

22    being done, and I was going into a phone call with a

23    larger group of established scientists and I wanted

24    to have at my fingertips just what we were and were

25    not doing.

**DR. ANTHONY FAUCI  11/23/2022**

Page 60

```
1         Q.    In the call earlier that evening, had
2    Christian Anderson or Jeremy Farrar raised this 2015
3    Nature Medicine paper in any way?
4         A.    I don't recall.
5         Q.    How did you think of it?  How did this --
6    why were you, at midnight, a little after midnight,
7    thinking of this particular 2015 article?
8         A.    I don't recall.
9         Q.    Do you remember how this article kind of
10   got on your radar screen at all?
11        A.    I don't recall.
12        Q.    And I think I showed you earlier, the
13   e-mail, I think is Exhibit 5, where it refers to the
14   grant pursuant to that coronavirus from about three
15   days earlier?  Do you remember that?
16        A.    I'm sorry.  You're going pretty quickly --
17        Q.    Sorry.
18             THE COURT REPORTER:  Also, Counsel, I need
19   you to slow down.
20   BY MR. SAUER:
21        Q.    Let's move on actually.  Your testimony is
22   you do not remember how you became aware at this time
23   of the Shi, Baric Nature Medicine paper; correct?
24        A.    Say that again?  At this time, I'm sorry,
25   I'm not getting your question clearly.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
1        Q.    Do you recall how you became aware of this

2   attachment that you've called Baric, Shi, et al.,

3   Nature Medicine SARS gain-of-function?

4        A.    I don't recall -- I mean, I became aware

5   of it, but right now, I really don't recall what

6   specific day I became aware of it.

7        Q.    In your e-mail, you tell Hugh, "Read this

8   paper as well as the paper I will forward to you

9   later on."

10            Can you turn to the next page?

11       A.    Yeah.

12       Q.    And here it's an e-mail just a couple

13  minutes later -- it's literally the same minute that

14  you sent to Hugh at 12:29 a.m. on Saturday, February

15  1st, 2020; correct?

16       A.    Right.

17       Q.    And here you're forwarding him that same

18  Jon Cohen article that you had sent to Christian

19  Anderson and Farrar?

20       A.    Did I send it to Christian and Farrar?

21  Yeah.

22       Q.    Remember sending it to him and saying to

23  him:  This is of interest in the current discussion?

24  This same Jon Cohen e-mail or article?

25       A.    I'm sorry.  I'm getting confused with your
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 62

```
 1   question.  So what is the question?

 2        Q.    Well, let me ask you this:  Looking at

 3   this second e-mail to Hugh Auchincloss?

 4        A.    Right.

 5        Q.    Why did you forward him this

 6   particular article?

 7             MR. KIRSCHNER:  Objection.  Calls for

 8   speculation.

 9             THE WITNESS:  Yeah, I actually don't

10   recall why I forwarded it to him.

11   BY MR. SAUER:

12        Q.    Did you -- you forwarded him two articles,

13   right?  The Baric, Shi Nature Medicine article at

14   12:29 a.m., and then the Jon Cohen Science article as

15   well?

16        A.    Yeah.

17        Q.    Do you know why you did that?

18        A.    I don't recall why I did that.  I think I

19   wanted him to be aware because the question that I

20   was really getting at with him is that I want to find

21   out what the scope of what we were doing in China

22   because they obviously called me up and said they had

23   a concern about a virus.  I wanted to make sure I

24   knew everything that we were doing there.

25        Q.    Do you remember --
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 63

```
1         A.     That was the purpose of my e-mail.

2         Q.     Do you remember talking to him about that?

3                MR. KIRSCHNER:  Objection.  Asked and

4    answered.

5    BY MR. SAUER:

6         Q.     If you know?

7                Do you remember talking to Hugh about that

8    concern?

9         A.     I don't remember, but I think somewhere it

10   says -- I think I said I was going to call you

11   somewhere.  I'm not -- I don't recall speaking to

12   him.  I -- I recognize the e-mails because, as I said

13   and I'll repeat, I was going to be on a phone call

14   with a large group of people who are very versed in

15   the field, and I didn't want to go into the phone

16   call not knowing the scope of what our relationship

17   was regarding funding of grants in China.  I was not

18   familiar with these grants.

19        Q.     Did you ever raise those grants in China

20   in the phone call you had later that day with all the

21   scientists?

22        A.     I don't believe I did.  I might have, but

23   I don't believe I did.  The discussion -- I was

24   relatively silent in the discussion with the group of

25   about a dozen people.  They were all evolutionary
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 64

```
 1   virologists, and the nature of the discussion was
 2   back and forth about the likelihood or not of there
 3   being a manipulation.
 4              No, I don't recall bringing this up.  In
 5   fact, what I did have -- heard in statements from
 6   people who were on the call that I was, you know,
 7   quite open and let people talk and decide what they
 8   wanted to do, but that's not my field, evolutionary
 9   virology.
10        Q.   Do you remember saying anything at all on
11   that call?
12        A.   I may have said a few things, but I was
13   relatively silent on that call.
14        Q.   Do you know what they were?
15        A.   What "what" were?
16        Q.   The things that you may have said.
17        A.   No, I don't recall, but I certainly was
18   not one of the people actively engaged in the
19   discussion.  I was relatively quiet because I wanted
20   to hear what they had to say.
21        Q.   Can you flip ahead in that document to --
22   five more pages from that ninth page that we were
23   on -- or six more pages from that ninth page that we
24   were on.  There's a document that's Bates Number
25   2421.
```

Page 65

```
 1        A.    2421?

 2        Q.    Yeah.  It's an e-mail from you to --

 3        A.    Yes, got it.

 4        Q.    -- Lawrence Tabak.  Do you have that?

 5        A.    Yes.

 6        Q.    Who -- who -- who's Lawrence Tabak or

 7   Tabak?

 8        A.    Lawrence Tabak is the -- at the time was

 9   the deputy director of the National Institutes of

10   Health.  He is currently the acting director of

11   the National Institutes of Health.

12        Q.    Do you see -- did you forward him the same

13   article at 1:13 in the morning?

14              MR. KIRSCHNER:  Objection.

15   Mischaracterizes the time.

16   BY MR. SAUER:

17        Q.    Or was that done at a different time?

18              MR. KIRSCHNER:  Just for the clarity of

19   the record, counsel, it says 13:19.

20   BY MR. SAUER:

21        Q.    Sorry.  At 1:19 in the morning?

22              MR. KIRSCHNER:  In the morning or

23   afternoon?

24   BY MR. SAUER:

25        Q.    Was it in the morning or the afternoon?
```

DR. ANTHONY FAUCI  11/23/2022

Page 66

```
 1    Do you remember?
 2         A.    Thirteen is, I believe, the afternoon.
 3         Q.    Let me ask you this:  Later that day,
 4    then --
 5         A.    Yeah.
 6         Q.    -- on Friday, February 1st, did you
 7    forward Lawrence Tabak the same --
 8         A.    Yeah.
 9         Q.    -- Nature Medicine article that you sent
10    to Hugh?
11         A.    Yeah.
12         Q.    Why?
13         A.    I don't recall why, but likely I wanted to
14    make sure everyone was aware of what the discussions
15    were.  Francis Collins, the director at the time of
16    the NIH, was on that phone call in the morning of
17    February 1st.
18         Q.    But that phone call happened in the
19    morning to your recollection?
20         A.    I believe it was in the morning.
21         Q.    Are you sure it wasn't at 2:00 p.m.?
22         A.    I don't recall.
23         Q.    If your official calendar reflects a call
24    with Jeremy Farrar at 2:00 p.m. that day, that
25    Saturday, would you dispute that?
```

DR. ANTHONY FAUCI  11/23/2022

Page 67

1      A.    You know, I don't recall when it was.  If
2   my calendar says it was at 2:00 p.m., then likely it
3   was at 2:00 p.m.  I don't recall.
4      Q.    Was Mr. Tabak on that call?
5      A.    I don't believe so.  I know that
6   Francis Collins was.  I don't believe that Larry was,
7   but he could have been.
8      Q.    Were you sending it to him so that he
9   could give it to Francis Collins?
10     A.    I don't recall.  That is a possibility
11  that I would have done that.
12     Q.    Had you discussed with Francis Collins
13  that day this concern about -- concern -- had you
14  discussed with Francis Collins that day the
15  possibility that NIAID had funded research in China?
16     A.    I don't believe so.  I -- I mean, that we
17  funded research in China?  Well, everybody knows we
18  fund research in China.
19     Q.    More specifically, had you discussed with
20  Francis Collins that day an issue that you may
21  have -- that NIAID may have funded
22  coronavirus-related research in China?
23     A.    You know, I'm not sure exactly the point
24  you're making.
25     Q.    I'm just asking if you discussed that

1   issue with Francis Collins?

2        A.    I don't recall --

3        Q.    Okay.

4        A.    -- to be honest with you.

5        Q.    That's all I'm -- can you turn to the next

6   page?  Do you see this e-mail exchange between you

7   and Hugh Auchincloss?

8        A.    Yeah.

9        Q.    Okay.  What's the time of this e-mail?

10  17:51, is that 5:51 in the afternoon where you

11  sent --

12       A.    Yeah.

13       Q.    And then you respond in the e-mail that he

14  sent you at 11:47 a.m. that morning; is that correct?

15            MR. KIRSCHNER:  Counsel, I would ask if

16  you'd give Dr. Fauci a moment to familiarize himself

17  with this document prior to asking questions.

18            THE WITNESS:  Okay.  The paper you sent me

19  says the experiments were provided --

20            ^ (Witness reading to himself.)

21            THE WITNESS:  I'm not sure what that means

22  since --

23            (Witness reading to himself.)

24            THE REPORTER:  And, Dr. Fauci, I need you

25  to speak up.

DR. ANTHONY FAUCI  11/23/2022

Page 69

```
 1                 THE WITNESS:  Okay.  I'm reading from an
 2   e-mail from Hugh Auchincloss to me at 11:47 a.m. on
 3   February 1st, 2020.  And --
 4   BY MR. SAUER:
 5       Q.    I'm not asking you to read the e-mail.
 6   I'm just asking you to --
 7       A.    Okay.  But she asked me to.
 8       Q.    I'm asking you to identify what time that
 9   e-mail from Hugh was sent to you.
10                 MR. KIRSCHNER:  And, Counsel, I'm asking
11   you to give the witness an opportunity to familiarize
12   himself with this document.
13                 THE WITNESS:  And what's what I was
14   reading when you're telling me to read it out loud.
15   So let's get together here.
16                 THE REPORTER:  And if you read on the
17   record, I need you to speak up so that I can get it
18   on the record --
19                 THE WITNESS:  Okay.  I'll keep my mouth
20   shut and read it silently so it's not on the record.
21                 Okay.  What's the question, sir?
22   BY MR. SAUER:
23       Q.    Hugh e-mailed you saying, "The paper you
24   sent me says the experience would perform before the
25   gain-of-function pause that have since been reviewed
```

**DR. ANTHONY FAUCI 11/23/2022**

1    and approved by the NIH."

2           Do you know what he was referring to when

3    he said that?

4        A.    I don't know exactly, but I'm assuming and

5    I think correctly, apropos of what I've been telling

6    you for the last several minutes, is that I wanted to

7    get a feel of the scope of what we were doing, and I

8    had mentioned to Hugh, I'm sure, "Hugh, I want to

9    know everything that's going on because I want to

10   make sure that I understand all of what our

11   involvement is in funding research in China."

12          And Hugh's response was he looked at it

13   and he said everything's been reviewed and approved

14   by NIH, and Emily, who is Emily Erbelding, is the

15   director of the Division of Microbiology and

16   Infectious Diseases, and she would have been the one

17   who was closest to the ground in understanding what

18   we were doing in funding China.

19          And it says, "Emily is sure that no

20   coronavirus work had gone through the P3 framework,

21   which means it did not rise to the level of concern

22   to get the extra approval of P3CO.  She will try to

23   determine if we have any distant ties to this

24   work and above -- all of these sentences and

25   statements are compatible with what I mentioned to

```
 1   you a couple of times now is that this being the
 2   first time I had heard of this, I wanted to be
 3   briefed as to the extent of our involvement
 4   with funding in China.
 5        Q.    Did you raise a specific concern with Hugh
 6   about the possibility that the 2015 research paper
 7   had been inconsistent with the gain-of-function
 8   moratorium that was in place -- put in place in 2014?
 9              MR. KIRSCHNER:  Objection.  Vague.
10   Ambiguous.
11              THE WITNESS:  Again, I'm sorry.  Did --
12   did I --
13   BY MR. SAUER:
14        Q.    Did you raise a specific concern with Hugh
15   that the research reflected in the Baric, Shi Nature
16   Medicine paper may have been inconsistent with the
17   pause on --
18        A.    Right.
19        Q.    -- gain-of-function funding research?
20        A.    That is possible.  As I've said, again,
21   very consistent with what I've been saying, I wanted
22   to make sure I had a good feel for the scope of what
23   we were doing regarding research that we fund in
24   China.  Since that was not something that was on my
25   radar screen, and I will say so that you understand,
```

1   this is a $120,000 a year grant in a $6.3 billion

2   portfolio.  So --

3       Q.    Above that on the e-mail you respond to

4   Hugh, "Okay, stay tuned."  Do you see that?

5       A.    Yes.

6       Q.    Stay tuned.  Did you have any follow-up

7   communications with him about this?

8       A.    I don't recall.

9       Q.    Do you remember talking to Emily Erbelding

10  about it at all?

11      A.    I don't recall.  I don't -- I might have.

12  I don't -- I believe certainly that Hugh did.  He

13  said he did on the e-mail.  He said, Emily is sure

14  that no coronavirus work has gone through the P3

15  framework.  Whether I specifically spoke to Emily, I

16  don't recall but Hugh certainly did.

17      Q.    And Emily works for NIAID?

18      A.    Emily is the director of the Division of

19  Microbiology and Infectious Diseases at NIAID.

20      Q.    Can you turn the page one page in this

21  document?

22      A.    Yeah.

23      Q.    Do you see in the bottom part of this

24  page, there's an e-mail from Jeremy Farrar dated

25  February 1st, 2020, at 1524?

Page 73

```
 1        A.    Yeah.
 2              MR. KIRSCHNER:  Again, Counsel, I would
 3    ask you to give Dr. Fauci an opportunity to
 4    familiarize himself with this document.
 5    MR. SAUER:
 6        Q.    You see immediately below that --
 7        A.    Yes.
 8        Q.    -- where he says, "1st February, 2nd Feb
 9    for Eddie"?
10              Is Eddie Eddie Holmes?
11        A.    I believe it is.  He is in Australia.
12        Q.    So he would be a different date than
13    everyone else?
14        A.    Right.
15        Q.    And then he says, "Information and
16    discussion is shared in total confidence and not to
17    be shared until agreement on next steps."
18              Do you see that?
19        A.    I do.
20        Q.    Do you remember any discussions with
21    Jeremy Farrar about this call being kept in total
22    confidence?
23        A.    I don't recall a discussion about
24    confidentiality or not, but I would imagine that
25    Jeremy -- and again, this is speculation -- I would
```

DR. ANTHONY FAUCI  11/23/2022

1  imagine that Jeremy wanted to make sure, when you

2  have something that obviously has a degree of

3  sensitivity to it, that he didn't want people just

4  blathering about it without proper discussion first,

5  and I think that's what he meant, but that's

6  speculation on my part.

7       **Q.    Do you remember Jeremy saying anything**

8  **about that, keeping it in confidence at any time?**

9       A.    I don't recall, but it is certainly

10  possible that he said that.  It's understandable that

11  he would say that.

12       **Q.    Did you ever say anything about keeping in**

13  **confidence to your recollection?**

14       A.    I may have.  I don't recall.

15            THE COURT REPORTER:  And Counsel, I would

16  remind you to slow down, please.

17  BY MR. SAUER:

18       **Q.    Can you just turn one page further?  Do**

19  **you see there, the last text on that page, he's got a**

20  **list of participants on a call?**

21       A.    Yes.  I see that.

22       **Q.    Do you know how these participants were**

23  **selected?**

24       A.    It was predominantly -- to my

25  recollection, it was predominantly Christian and

1    Jeremy who made the selection of these people.

2        **Q.    Do you have any role in picking who would**

3    **participate in the call?**

4        A.    I don't believe I did.  I felt that

5    Francis Collins should be on the call since he's the

6    director of NIH.

7        **Q.    And did you loop him in later?**

8        A.    I believe I did.  I believe I sent him an

9    e-mail or somehow connected him with the pending

10   phone call.

11       **Q.    Who's Patrick Vallance at the bottom of**

12   **the list or valence?**

13       A.    Patrick Vallance is Sir Patrick Vallance,

14   who is the chief scientific -- or medical -- I

15   believe it's either one or the other -- I believe

16   it's the chief scientific officer who reports to the

17   prime minister of the United Kingdom.

18       **Q.    Is there anyone on this list who's**

19   **affiliated with government as opposed to being an**

20   **independent researcher?**

21       A.    You know, I don't know because many

22   scientists internationally have an affiliation with a

23   government.  But looking at these names, I don't see

24   anybody there on this list that is known to me to be

25   affiliated with any government.

**DR. ANTHONY FAUCI  11/23/2022**

Page 76

```
 1          Q.     What is Jeremy Farrar's role?
 2          A.     Jeremy, at the time -- and I believe he
 3     still is -- is the director or CEO or head -- I'm not
 4     sure what the title is -- but he is the chief person
 5     at the Wellcome Trust in the United Kingdom.
 6          Q.     Does the Wellcome Trust award grants for
 7     funding scientific research?
 8          A.     Yes, they do.
 9          Q.     About how much do they award per year, do
10     you know?
11          A.     I do not know.
12          Q.     Is it a significant amount?
13          A.     I guess so.  I don't know for sure.  I
14     would imagine it is -- it's a predominant
15     organization in the UK.
16          MR. KIRSCHNER:  Counsel, we've been going
17     for close to an hour and a half.  How much longer on
18     this line of questioning?
19          MR. SAUER:  Well, why don't we finish this
20     document.  Are you okay?
21          MR. KIRSCHNER:  Well, do you know how much
22     longer with this document?
23          MR. SAUER:  Not long.
24          MR. KIRSCHNER:  Okay.
25     BY MR. SAUER:
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1        Q.    You testified earlier that on this call --
 2   I take it that this call actually occurred, didn't
 3   it?
 4        A.    The call on Saturday -- I believe it was
 5   February 1st -- did occur.
 6        Q.    And you testified earlier there was
 7   scientific back and forth --
 8        A.    Right.
 9        Q.    -- among some of the participants?
10        A.    Right.
11        Q.    And they were discussing and debating, you
12   know, whether the virus had originated from a
13   laboratory as opposed to in nature; correct?  Do you
14   remember anything that anybody said on the call?
15        A.    No.  The only thing I do remember is that
16   there was what appeared to me to be good faith
17   discussion back and forth between people who knew
18   each other, people who had interacted with each
19   other, so they had mutual respect for each other's
20   opinion.
21             I got that impression in listening and I
22   was in a total listening mode because, as I
23   mentioned, these were evolutionary virologists who
24   were talking about the specifics of what detail made
25   them suspicious that it could have been a
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   manipulation and the other side would counter and

 2   show that this is compatible with a natural evolution

 3   and they were going back and forth.  The tenure of it

 4   ended that we need more time and I believe that in

 5   one of the e-mails that you asked me about a little

 6   bit ago that they said we need some time to more

 7   carefully look at this to see if we can come to a

 8   sound conclusion based on further examination of the

 9   sequences.

10        Q.    Was there concern expressed in the call

11   that people might, you know, express in the media or

12   social media conspiracy theories or anything like

13   that?

14             MR. KIRSCHNER:  Objection.  Vague.

15   Ambiguous.

16   BY MR. SAUER:

17        Q.    If you recall?

18        A.    You know, I don't -- I don't recall

19   whether that was discussed.  I believe there was some

20   concern after that.  Just the mention of something

21   being manipulated could create a lot of buzz-buzz and

22   discussion, but I don't really recall anything

23   specifically that was said during the call about

24   this.

25        Q.    Do you remember any discussion of people
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    having concerns that expressions on social media that
 2    the virus was originated in a lab might discredit
 3    scientific funding projects?
 4        A.    I don't recall anything from that phone
 5    call that said that.
 6        Q.    How about in this -- in this time period.
 7    Is that something you ever discussed with Jeremy
 8    Farrar?
 9            MR. KIRSCHNER:  Objection.  Vague.
10    Ambiguous.
11            THE WITNESS:  I'm not sure if I discussed
12    it with Jeremy Farrar.  I have a vague recollection
13    that there was concern about -- I don't think it had
14    anything to do with social media, but it was a
15    concern of diverting attention from the real task of
16    pursuing what needs to be pursued with this outbreak,
17    for the better good of the public health, a
18    distraction of some sort.
19    BY MR. SAUER:
20        Q.    So are -- specifically, would the theory
21    that the virus escaped from a lab might be a
22    distraction from the response to the virus's spread?
23        A.    No.  I think the general feeling among the
24    participants on the call is that they wanted to get
25    down to the truth and not wild speculation about
```

DR. ANTHONY FAUCI  11/23/2022

Page 80

```
 1    things.  They are scientists, highly regarded
 2    qualified evolutionary virologists, and they make as
 3    their mantra always sticking with evidence and
 4    sticking with data, and I believe there's always a
 5    concern that when you throw speculations in that are
 6    not based on data and evidence, that that's a
 7    diversion from more proper things that should be
 8    done.
 9              I don't think there was any other concern
10    than sticking with the truth and sticking with data,
11    and part of the data would be to carefully look at
12    the virus in a careful measured way and to determine
13    whether or not the initial concern about the
14    molecular makeup upon further examination either
15    validated that concern or made it clear that that
16    concern was somewhat unwarranted, if not completely
17    unwarranted.  That was the nature of the discussion.
18         Q.    Was the consensus on the call, I think you
19    said earlier, that they needed more time
20    to investigate this possibility?
21         A.    Right.
22         Q.    And was the plan at the end of the call to
23    take more time to investigate that possibility?
24         A.    The plan was to go and spend more time
25    carefully looking at it.  That was the -- the sort of
```

1   end conclusion that let's take a closer look at this,

2   and on taking a closer look, perhaps we can, you

3   know, come to a more evidence-and-fact-based

4   conclusion.

5        **Q.    Did they -- did they, in fact, do that?**

6   **Did they take more time and come to an**

7   **evidence-and-fact-based conclusion to your knowledge?**

8        A.    Oh, I believe that a few of -- Christian

9   and a few of the others carefully got together and

10  looked at it and examined the pros and the cons and

11  the ups and downs, and came to the conclusion that

12  their initial concern about the molecular basis of

13  the concern was unwarranted and that what they saw

14  was quite compatible and, in fact, suggestive of a

15  natural evolution.

16       **Q.    Did you have any further involvement after**

17  **the -- in this after the phone call?  Like, were you**

18  **talking -- did you talk to people on this call later**

19  **or were you included in e-mails about it after that?**

20       A.    Well, after that, I believe, at some time

21  later, a group of them -- I don't remember all of

22  them, but Christian was certainly one of them -- put

23  out a preprint, I believe, with that statement that

24  was subsequently followed by a manuscript in which

25  they laid out the molecular basis of why they felt

 1   this was more likely to be compatible with a natural

 2   evolution.

 3       Q.    During that time period, did you have any

 4   other involvement in this issue?  Did you have any

 5   other communications related to it with any of these

 6   people?

 7            MR. KIRSCHNER:  Objection.  Vague.

 8   Ambiguous.

 9            THE WITNESS:  When you say "involvement,"

10   could you be more specific?

11   BY MR. SAUER:

12       Q.    Well, did you have any -- let me ask you

13   this:  Did you have any communications after the

14   Saturday, February 1st, phone call that you just

15   described, from that time period until a preprint was

16   published of their study, did you have any other

17   discussions or communications with any of the people

18   on the call about this issue of the virus?

19       A.    You know, I had not recalled that until, I

20   believe, in questions that were asked in letters that

21   came in from Congress and others that they may

22   have -- and I believe they did -- send

23   Francis Collins and I a preprint of the article that

24   came to the conclusion that the molecular

25   configuration of the virus was clearly compatible

DR. ANTHONY FAUCI  11/23/2022

Page 83

```
 1   with a natural occurrence.
 2       Q.    Do you recall any communications with
 3   Jeremy Farrar after that phone call?
 4       A.    You know, I don't.  It is certainly
 5   possible, but I don't specifically remember any
 6   communications with Jeremy about that.  But, you
 7   know, Jeremy and I know each other reasonably well.
 8   I would not be surprised if we did, but I don't
 9   specifically recall a communication related to the
10   subject at question.
11              MR. SAUER:  That's my last question on
12   this exhibit.  Do you want to take a pause now?
13              MR. KIRSCHNER:  Yeah.  If -- if -- it's
14   9:37, if that works for Dr. Fauci?
15              THE WITNESS:  Yeah, a short -- short
16   break.  I'm good.
17              THE VIDEOGRAPHER:  The time is 9:38 a.m.,
18   and we're going off the record.
19              (Recess.)
20              THE VIDEOGRAPHER:  The time is 9:50 a.m.,
21   and we're back on the record.
22   BY MR. SAUER:
23       Q.    Dr. Fauci, you're being handed
24   Exhibit 7 --
25              (FAUCI Exhibit No. 7 was marked for
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 84

```
 1    identification.)

 2    BY MR. SAUER:

 3         Q.    -- which is a collection of e-mails that

 4    were produced pursuant to FOIA.  On the front page

 5    here just at the very top, there's an e-mail from you

 6    to Jeremy and Christian Anderson; correct?

 7         A.    Correct.

 8         Q.    And it says, "Jeremy, Collins," and

 9    there's a huge redaction of everything you said.

10    "Best regards, Tony."  Do you see that?

11         A.    I do.

12         Q.    Do you have any recollection of what

13    you're talking about in this e-mail?

14         A.    No, I don't.  I don't recall.

15         Q.    Okay.  Flip ahead four page -- to the

16    fourth page.  There's an e-mail from Jeremy Farrar to

17    you on January 30th saying, "Tony, perfect timing.

18    Thank you.  Great to catch up"; correct?

19         A.    Yeah, the January 30th at 7:13 a.m.?

20         Q.    Right.

21         A.    Yeah.  "Tony, perfect timing.  Thank you.

22    Great to catch up."

23         Q.    And you responded, "Thanks, Jeremy.  Great

24    chatting with you and Patrick.  Will stay in close

25    touch" --
```

DR. ANTHONY FAUCI 11/23/2022

Page 85

```
 1      A.    Right.

 2      Q.    -- correct?

 3      A.    Correct.

 4      Q.    Do you recall -- and I guess this would be

 5  two days before that Saturday conference call we

 6  talked about?

 7      A.    Yeah.

 8      Q.    Did you have a phone call with

 9  Patrick Vallance and a Jeremy Farrar on -- on that

10  day?

11      A.    Well, I don't recall it, but it says here

12  in an e-mail from me to Jeremy on January 30th,

13  "Great chatting with you and Patrick."  So I assume I

14  did, but I don't recall that -- that --

15      Q.    Do you know why you said, "We'll stay in

16  close touch"?

17      A.    No, I don't recall.

18      Q.    Do you remember what you-all -- you,

19  Jeremy, and Patrick may have said to each other on

20  that phone call?

21      A.    No, I really don't recall that.  I mean,

22  obviously it happened because I -- I refer to it in

23  the e-mail, but I don't recall that, no.

24      Q.    Can you -- can you flip ahead?  So we're

25  going to go one, two, three, four, five, six, seven,
```

```
 1    eight, nine more pages to a page that has an e-mail
 2    from Jeremy to you on February 1st saying "could you
 3    join" at the top?
 4         A.    Yes.
 5         Q.    Correct?
 6         A.    I see that.
 7         Q.    And is this Jeremy inviting you to the
 8    conference call that would happen later that day?
 9               MR. KIRSCHNER:  Objection.  Speculative.
10    BY MR. SAUER:
11         Q.    If you recall?
12         A.    Yeah.  It looks that way.  I mean, I know
13    we had a conference call on February the 1st, and
14    Jeremy in this e-mail is saying "can you join," and
15    the names on the list are the names that were on the
16    call.  So I would imagine it's quite reasonable to
17    assume that this is the invitation to join the call.
18         Q.    Lower -- yeah.  Lower down in Jeremy's
19    e-mail close to -- close to the bottom, about four
20    lines up from the bottom, he says, "My preference is
21    to keep this a really tight group."
22               Do you see that?
23         A.    Yes.
24         Q.    Do you know why that was his preference?
25               MR. KIRSCHNER:  Objection.  Speculative.
```

 1              THE WITNESS:  You know, I don't really
 2    know why.  I think -- I mean, I -- I could speculate
 3    as to why that -- when you have too large a group --
 4    BY MR. SAUER:
 5        Q.    To be clear, I'm not asking you to
 6    speculate.  I'm just asking if you know.  For
 7    example, did he tell you why he wanted it to be a
 8    really tight group --
 9        A.    No, he didn't tell me why, but I can -- I
10    can gather why if you're not interested in hearing
11    it --
12        Q.    What do you gather?  What do you gather?
13              THE REPORTER:  And please slow down, you
14    guys.
15              THE WITNESS:  Okay.  I'll slow down.  I
16    said --
17    BY MR. SAUER:
18        Q.    What do you gather?
19        A.    My knowledge of meetings of this sort is
20    that when you want to get something done and you have
21    a task to do, that if you have a really large group
22    of people -- like, I've been on conference calls
23    where there's 50 people on the call and nothing gets
24    done -- I believe, and I think it's a reasonable
25    assumption, that if you want to have a working group

**DR. ANTHONY FAUCI  11/23/2022**

**Page 88**

 1   to have a serious discussion, you don't want to have

 2   a hundred people on the call.  You want to make it --

 3   and I think that's -- I think that's what Jeremy was

 4   referring to was he said, "I want to make it a tight

 5   group."

 6       **Q.    And then four lines lower he says,**

 7   **"obviously" -- "obviously ask everyone to treat in**

 8   **total confidence"; correct?**

 9       A.    Yes.

10       **Q.    Do you know why it was obvious that it**

11   **should be treated in total confidence?**

12              MR. KIRSCHNER:  Objection.  Asked and

13   answered.  Also speculative.

14   BY MR. SAUER:

15       **Q.    If you know.  Why is that obvious?**

16       A.    Well, my speculation is that what

17   Jeremy meant is that when you're dealing with

18   something in which there is a suspicion of something

19   that would have great consequences but there's no

20   real evidence that it is, that you want to make sure

21   that you don't all of a sudden have a lot of people

22   talking about something based on no evidence.

23              So I think that's what he meant is until

24   we can get together and seriously discuss it, let's

25   not just make it widely disseminated.

**DR. ANTHONY FAUCI  11/23/2022**

1      Q.    So he didn't like --

2      A.    I believe that's what he said, but I -- I

3   don't know.

4      Q.    **Do you know if he wanted Dr. Anderson to**

5   **not share his concerns about the origins of the virus**

6   **potentially being from a lab with anyone else?**

7            MR. KIRSCHNER:  Objection.  Speculative.

8   Vague.

9            THE WITNESS:  No.  I believe based on what

10   the purpose of the call was to rather than be at the

11   level of speculation about something that may or may

12   not have been engineered, that we first get a group

13   of highly qualified international evolutionary

14   virologists to discuss it first before people on the

15   outside who have no knowledge of evolutionary

16   virology start wildly speculating about things.

17   BY MR. SAUER:

18      Q.    **Can you flip ahead a few pages so the page**

19   **you're on -- we're going to go ahead -- one, two,**

20   **three, four, five and then the sixth page, an e-mail**

21   **from you -- from Jeremy Farrar to you and Francis**

22   **Collins.**

23            **Do you see that?**

24      A.    Are you on the page, the top line says,

25   "From Jeremy Farrar, sent Saturday, 1st of February

```
 1    at 13:27"?

 2              MR. KIRSCHNER:  I apologize.  I'm not on

 3    the right page then.

 4              THE WITNESS:  You got it.

 5              MR. KIRSCHNER:  Yep.

 6    BY MR. SAUER:

 7        Q.    Farrar has responded "Excellent" to an

 8    e-mail from you where you said "Jeremy, Francis will

 9    be on the call.  He is trying to phone you."

10              MR. KIRSCHNER:  Counsel, I think we're on

11    two different pages.  Dr. Fauci referred to a page

12    with a sub line re:  Conference details.  And you're

13    referring --

14    BY MR. SAUER:

15        Q.    Can you turn more pages?

16        A.    Two more forward?  Two more forward?

17        Q.    Yeah.

18        A.    Teleconference, re teleconference.

19        Q.    Yeah.  And Jeremy responded "Excellent" to

20    your e-mail saying, "Francis, Jeremy will be on the

21    call.  He is trying to phone you"?

22        A.    Right.

23        Q.    Correct?

24        A.    Correct.

25        Q.    Do you recall discussing -- talking to
```

1    Francis Collins about getting involved in the

2    conference call?

3        A.    I don't specifically recall, but

4    certainly, it was my intention of making sure that

5    the director of the NIH was on the call.  And given

6    what I said in the e-mail at 15:48 to Jeremy, I said,

7    "Francis will be on the call.  He's trying to call --

8    he's trying to phone you."

9            I mean, obviously that is totally

10   consistent with my having spoken to Francis and

11   saying, "Francis, you should be on a call.  Why don't

12   you check with Jeremy to get some feel about what the

13   call is going to be about."

14       Q.    Do you know if they talked to each other?

15       A.    I don't know for sure whether they did.

16       Q.    Can you start with that page you're on and

17   flip ahead a few pages?  So one, two, three, four,

18   five, six, seven, eight, nine.  And then you're on

19   the tenth page?

20       A.    And what's the top line?

21       Q.    At the top, it should say From Dr. Fauci,

22   Anthony, sent Saturday, February 1, 2020, at 20:30?

23       A.    Yeah.  And the subject is teleconference.

24       Q.    Okay?

25       A.    All right.

```
 1        Q.    And immediately below your e-mail saying,

 2   "Yes," there's an e-mail from Jeremy Farrar sent to

 3   you, Francis Collins, Patrick Vallance, and Mike

 4   Ferguson; correct?

 5        A.    Yes.

 6        Q.    Who's Mike Ferguson?

 7        A.    You know, I should know.  I don't know.

 8   I've heard that name before, but I don't know who he

 9   is.  He was one of the -- I believe he was one of the

10   people on the call.  Name is familiar, but, you know,

11   I probably should know who he is, but I don't.

12        Q.    Okay.  So Jeremy e-mailed to that smaller

13   group of people, "Can I suggest we shut down the call

14   and then redial just for five to ten minutes";

15   correct?

16        A.    Yes.

17        Q.    And you responded "yes"; correct?

18        A.    Yeah.

19        Q.    Did that happen -- did Jeremy shut down

20   the call?

21        A.    You know, I don't recall.

22        Q.    Do you know why Jeremy was wanting to have

23   the call paused for a minute and floated it only to

24   a small group of participants in the call?

25             MR. KIRSCHNER:  Objection.  Speculative.
```

```
 1                    THE WITNESS:  No, I -- I don't remember --
 2   I don't remember shutting down a call, actually.
 3   BY MR. SAUER:
 4        Q.    Do you remember Jeremy talking to you and
 5   Dr. Collins during the course of the call?
 6        A.    No, I can't recall that.
 7        Q.    Can you flip ahead one, two, three, four,
 8   five pages?
 9        A.    The top is Jeremy Farrar, 2020, 19:09?
10        Q.    Yes.  And you see it's the same list of
11   participants, Francis Collins, you, and Patrick
12   Vallance and Mike Ferguson; correct?
13                    MR. KIRSCHNER:  I apologize.  I'm lost
14   myself on this.  What's the top e-mail?
15                    THE WITNESS:  The top e-mail is Jeremy
16   Farrar, Saturday, 1st of February, 2020, 19:09.
17   BY MR. SAUER:
18        Q.    I'm not on that one.  Mine is 2013.  Can
19   you turn two more pages?
20        A.    Two more forward?
21        Q.    Yeah.
22                    MR. KIRSCHNER:  I'd just ask counsel to
23   identify the time when the --
24                    THE WITNESS:  Okay.  The one that says
25   Jeremy Farrar, teleconference 2013; right?
```

```
 1   BY MR. SAUER:

 2        Q.    Do you remember if Francis Collins

 3   responded to that e-mail about shutting down the

 4   conference call?

 5        A.    No.  I do not recall.  I just don't recall

 6   anything about shutting down a conference call.

 7        Q.    Okay.  Can you turn three more pages to an

 8   e-mail at 22-06-26?

 9        A.    Yeah.

10        Q.    And this is an e-mail chain between you,

11   Jeremy, and Francis Collins; correct?

12        A.    Yes.

13        Q.    Counsel, I would please ask if you can let

14   Dr. Fauci familiarize himself with the document as

15   you're asking questions?

16             MR. SAUER:  If he knows, he can answer the

17   questions.  If he wants to familiarize, he can ask

18   for it.

19   BY MR. SAUER:

20        Q.    If you go down halfway through the page,

21   there's an e-mail from Francis Collins to you and

22   Jeremy; correct?

23        A.    Let me look at it.

24        Q.    Labeled at 2050?

25        A.    Right.  Yes, I see that.
```

**DR. ANTHONY FAUCI  11/23/2022**

1       Q.    It says, "Hi, Jeremy.  I can make myself

2   available at any time, 24/7, for the call with

3   Tedros"; correct?

4       A.    Correct.

5       Q.    Do you know who Tedros is?

6       A.    Tedros is the director general of the

7   World Health Organization.

8       Q.    So there was a plan to have a call with

9   the director general of the World Health Organization

10  at this time?

11      A.    Correct.

12      Q.    Do you remember that plan?

13      A.    What I do recall from the discussion on

14  the call was that we needed to notify various

15  relevant people as to the fact that this was being

16  looked into.  One of the obvious relevant people

17  would be the director of the World Health

18  Organization.

19      Q.    Do you specifically remember a plan

20  between you, Francis, and Jeremy to contact

21  Dr. Tedros?

22           MR. KIRSCHNER:  Objection.

23  Mischaracterizes evidence and speculative.

24           THE WITNESS:  I know that there was a

25  discussion about contacting Tedros.  That

```
 1   responsibility was not put on me.  I believe it was

 2   predominantly -- I'm not 100 percent certain, but I

 3   think with some degree -- I wouldn't say certainty,

 4   but I tend to believe it was Jeremy's responsibility

 5   to be the one to contact and reach out to Tedros and

 6   explain to him what these deliberations were.

 7   BY MR. SAUER:

 8       Q.    I'm going to give you a another document

 9   marked Exhibit 8.

10            (FAUCI Exhibit No. 8 was marked for

11   identification.)

12            MR. KIRSCHNER:  Counsel, do you have

13   copies for us?

14   BY MR. SAUER:

15       Q.    Do you recall communicating -- before you

16   look at the document, do you recall having any

17   communication with Dr. Tedros about the concerns that

18   were raised in --

19       A.    No.  I don't recall having any

20   communications directly, or even indirectly, with

21   Tedros.

22       Q.    Did you have any input on, you know,

23   having the World Health Organization get involved in

24   this issue of any kind?

25       A.    I don't specifically recall.  But one of
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   the theme and the spirit of the discussion on the
 2   phone call on February 9th, either before or after or
 3   during the phone call, was that it would be important
 4   to alert, or let in at least to the discussions,
 5   important individuals, including the director general
 6   of WHO.
 7        Q.   Can you look at this Exhibit 8 that's in
 8   front of you, and with this one, can we start at the
 9   back starting at the last page can you turn one page
10   forward to the second-to-last page?
11             MR. KIRSCHNER:  Again, as I've objected
12   beforehand, I would please let the witness have an
13   opportunity to familiarize himself with this document
14   prior to asking questions.
15             THE WITNESS:  So I'm looking at something
16   that says "von an" -- this is, I guess, a German "to"
17   and "from."
18   BY MR. SAUER:
19        Q.   I think so.  Are you on the second-to-last
20   page of the document?
21        A.   I think so.  The one that has "von,"
22   Jeremy Farrar.  And "an," Fauci, Vallance, CC:
23   Dorsten, Coopman --
24        Q.   Those are the participants in the call
25   there in the cc line.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 98

```
 1      A.      Right.
 2      Q.      Down there, second-to-last paragraph,
 3  there's a one-sentence paragraph there that begins
 4  there in Jeremy Farrar's e-mail, "I do know there are
 5  papers being prepared."
 6              Do you see that?
 7      A.      "I know there are papers being prepared.
 8  There will be media interest and there already is
 9  chat on Twitter and WeChat."
10      Q.      And Twitter and WeChat are social media
11  platforms; correct?
12      A.      Yes, I guess so.  I don't know about
13  WeChat, but I know what Twitter is.  I don't know.
14      Q.      You don't know what WeChat is?
15      A.      I don't do social media so I'm not
16  familiar with them.
17      Q.      Is that a Chinese-based social media
18  platform?
19      A.      I don't know.
20      Q.      Okay.  Do you remember Jeremy raising
21  concerns about the chat on Twitter and WeChat or
22  other social media platforms about the virus's
23  origins?
24      A.      No.  I'm not -- this is not ringing a bell
25  with me.
```

1     Q.    Well, let me ask you this:  Did you ever

2  have concerns about what people might be saying on

3  social media about the virus's origin?

4          MR. KIRSCHNER:  Objection.  Ambiguous.

5          THE WITNESS:  You know, I'm so dissociated

6  from social media.  I don't have a Twitter account.

7  I don't do Facebook.  I don't do any of that, so I'm

8  not familiar with that.  I've never gotten involved

9  in any of that.

10 BY MR. SAUER:

11    Q.    Do you know anyone who works for a social

12 media platform?

13    A.    Do I know somebody who works for a social

14 media platform.

15    Q.    Or at this time?

16    A.    Well, I've had communications with

17 Mark Zuckerberg in the past who was -- I've done, I

18 believe, three outward FaceTime discussions

19 encouraging people to get vaccinated.

20    Q.    Do you know anyone else who works for a

21 social media platform other than Mark Zuckerberg?

22    A.    When you say do I know somebody who works?

23    Q.    Like, do you have acquaintances, people

24 that you know, who work at social media platforms?

25    A.    Well, a person who used to work as a

DR. ANTHONY FAUCI  11/23/2022

Page 100

```
 1    software engineer for Twitter was my daughter.
 2         Q.    Oh, your daughter worked for Twitter?
 3         A.    She used to, yes.
 4         Q.    Did you ever -- when she was working at
 5    Twitter, did you ever discuss with her the content of
 6    stuff posted on social media platforms?
 7         A.    No.
 8         Q.    Did you ever discuss with her the origins
 9    of the virus or concerns about the origins of the
10    virus?
11         A.    No, she has no interest in that.
12         Q.    Was she -- what was her role in Twitter?
13         A.    I believe she was a software engineer.
14         Q.    Does she still work at Twitter?
15         A.    No.
16         Q.    When did she stop?
17         A.    Over a year ago.
18         Q.    Do you know anyone else who works at a
19    social media platform --
20         A.    No.
21         Q.    -- other than Mark Zuckerberg and your
22    daughter?
23              THE REPORTER:  Please slow down.
24              THE WITNESS:  Do I know anyone else who
25    works at a social media platform?  To my knowledge,
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 101

```
 1   no, I think -- I mean, I have done a number of
 2   podcasts and interviews on Instagram, but I don't
 3   think those people work for a social media platform.
 4              I mean, I've done Instagrams with
 5   Steph Curry -- Steph Curry.  I don't think he works
 6   for a media.  He's a basketball player.  But he uses
 7   his -- his Instagram account to get me to talk with
 8   him about encouraging people to get vaccinated.
 9        Q.   Can you go back to that exhibit in front
10   of you, Exhibit 8?  We're on the second-to-last page.
11   Can you flip forward two pages, and on the top there,
12   there's another e-mail from Jeremy Farrar beginning
13   "My view is completely neutral on this."
14              Do you see that?
15              MR. KIRSCHNER:  Dr. Fauci, I think it's
16   the page before.
17              THE WITNESS:  This one?
18              MR. KIRSCHNER:  No, I think you jumped too
19   much.
20              THE WITNESS:  I jumped too much?
21              MR. KIRSCHNER:  No, it's this page, I
22   think.  Oh, nope.  I was wrong.  Sorry.
23              THE WITNESS:  I'm sorry.  Just hold on for
24   a second.  "My view is completely" -- yeah, I got it.
25   I'm on the right page.
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    BY MR. SAUER:
 2         Q.    And that next line below that, do you see
 3    where Jeremy says, "I do know these questions are
 4    being asked by politicians citing ^ starting the
 5    scientific literature and certainly on social and
 6    mainstream media."
 7              Do you see that?
 8         A.    Yeah.  (Reading to himself.)
 9         Q.    Do you see that?
10         A.    Let me finish reading it.  One second.
11              But who's the e-mail to?  I'm sorry.  Is
12    this --
13         Q.    I'm just curious if you remember
14    Jeremy raising concerns about expressions on social
15    media about the origins of the virus in this time
16    frame?
17         A.    I don't -- I don't recall anything about
18    social media.  I think Jeremy -- and I believe he
19    says it really very well here -- that what he was
20    afraid of that people would be speculating and
21    blaming people, blaming the Chinese, and -- and that
22    only will increase tensions and reduce cooperation
23    which is necessary to really continue to pursue what
24    actually happened in order to prepare for and prevent
25    similar things from happening in the future.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1              And I think if you look at the e-mail, he
 2    says, "A respected body convening a group now to
 3    consider the evolutionary origins with an open mind,
 4    neutral, and in a transparent way could prevent wild
 5    claims being made."  I think it was Jeremy trying to
 6    be the honest broker and saying let's do this
 7    properly.
 8         Q.    And he's prepare -- he was concerned about
 9    wild claims being made on traditional and social
10    media.  Is that how you read it?
11         A.    Well, I guess so.  I mean, I -- let me see
12    if he says "social media" here.  Like I said, I'm
13    kind of dissociated from social media.  I don't -- I
14    don't even know how to access a tweet.
15         Q.    Were you ever concerned about what people
16    would be saying on social media about the origins of
17    the virus?
18         A.    I'm concerned about, you know, there being
19    misinformation or disinformation that would
20    interfere with our trying to save the lives of people
21    throughout the world, which happens when people
22    spread false claims.
23         Q.    Including about the origins of the virus
24    specifically?
25         A.    I mean, I think that there's a lot of
```

1   discussions about the origins of the virus, and we've
2   got to keep an open mind about that.
3       **Q.    You mention that you're concerned about**
4   **misinformation and disinformation about the virus**
5   **spreading?**
6       A.    No, I didn't say that.
7       **Q.    Okay.**
8       A.    That's not what I said.
9       **Q.    What'd you say?**
10      A.    I said misinformation and disinformation,
11  and misinformation can be that Bill Gates and I put a
12  chip in the vaccine which prevents people from
13  getting vaccinated and perhaps leads to their losing
14  their lives.  That's what I get concerned about as a
15  physician and a scientist, that misinformation and/or
16  disinformation can lead to loss of life, and I'm a
17  physician and that troubles me.
18      **Q.    And it troubles you that those kinds of**
19  **claims are being made on social media in particular?**
20      A.    I didn't mention social media.
21      **Q.    Does it?**
22      A.    I mean, that's part of the way information
23  is disseminated.
24      **Q.    Can you take the page that's in front of**
25  **you, and we're going to turn forward five more pages.**

DR. ANTHONY FAUCI  11/23/2022

1    So we're really on the second page of the document

2    now.

3         A.    Second page.  Okay.  Moving forward.

4         Q.    On the middle of that page, do you see an

5    e-mail from you on Sunday, 2nd February 2020, at

6    15:30?

7         A.    "Jeremy, sorry I took so long."  Is that

8    it?

9         Q.    That's the one, yeah.

10              You say here in that second sentence --

11        A.    Right.

12        Q.    -- "Like all of us, I do not know how this

13   evolved"?

14        A.    Right.

15        Q.    Do you see that?

16        A.    Where I say, "And so many people and the

17   threat of further distortions on social media," yeah.

18        Q.    Yeah.  Were you concerned about the

19   further distortions on social media --

20        A.    Well --

21        Q.    -- the day after the conference call?

22        A.    I guess I was.  I said it here in the

23   e-mail that I was concerned about the further

24   distortions.

25        Q.    What -- what distortions on social media

```
 1    were you concerned about?  Was that the people

 2    expressing --

 3        A.    Wild -- wild speculations and accusations,

 4    you know, blaming the Chinese and talking about their

 5    deliberately or accidentally -- which certainly is a

 6    possibility.  There was no evidence of that at the

 7    time, and that's what I was concerned about.  And I

 8    think we were all concerned about that because if you

 9    put this e-mail juxtaposed against the statement of

10    Jeremy about wanting to have a situation where we get

11    down to the truth and people in good faith trying to

12    figure out what was going on, certainly there are

13    distortions on social media.  Social media says I put

14    a chip into the vaccine so that I can monitor people.

15    That's a distortion.

16        Q.    In that same -- in that same e-mail, if

17    you look down there, you go on to say -- immediately

18    after the reference to further distortions on social

19    media, and you say, "It's essential that we move

20    quickly."

21              Do you see that?

22        A.    Right.

23        Q.    And then "Hopefully we can get the WHO to

24    convene"; correct?

25        A.    Right.
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.      Do you know what you were talking about

2    there?  What were you --

3      A.      I'm talking about getting down to the

4    facts because when the facts come out, that counters

5    distortions wherever that distortion is, speaking

6    here or on social media or in any way, and what I was

7    referring to is that we've got to get WHO to convene

8    an unbiased body of people to try and thoroughly

9    examine the information so we can get to the truth,

10   and when you get to the truth quickly -- and I said,

11   "It is essential that we move quickly."

12     Q.      Did that happen --

13     A.      And when the truth comes quickly, then you

14   can avert and avoid distortions when you don't have

15   the information out.

16     Q.      Did that happen?  Was there actually a

17   group convened by the WHO?

18     A.      You know, I'm not sure where that went

19   quite frankly.

20     Q.      Did you have any further involvement in

21   that suggestion?

22     A.      I think we all felt we should get the WHO

23   involved since that's the natural organization when

24   you have something that has international

25   implications.

1      Q.    If you look in the e-mail above Jeremy's

2  response to you and Francis Collins, it says, "Tedros

3  and Bernard have apparently gone into conclave."

4            Who is Tedros?

5      A.    Tedros is the director general of the WHO.

6      Q.    And who is Bernard?

7      A.    I don't know his last name.  I do know,

8  but I keep forgetting.  Bernard, it's a German last

9  name.  Bernard is one of the high ranking officials

10  at WHO, I believe, if it's the same Bernard that I'm

11  thinking of.  There is a Bernard, and I'm

12  embarrassed that I forgot his last name, but if this

13  is the Bernard who I think it is, it is a close

14  senior associate of Tedros.

15      Q.    What does it mean when they say they have

16  gone into conclave?  Does that mean they are

17  unavailable?

18            MR. KIRSCHNER:  Objection.  Calls for

19  speculative -- speculation.

20            THE WITNESS:  Yeah.  I have no idea where

21  they'd go.^   I -- I would never use a terminology

22  "I'm going into conclave."  I wouldn't know what that

23  means.

24  BY MR. SAUER:

25      Q.    He goes -- Jeremy goes on to say, "They

1  need to decide today, in my view."

2          Do you know what he's -- what he -- what

3  are they supposed to decide that day?

4      A.    I do not know what they were supposed to

5  decide.

6      Q.    Can you -- and then he goes on to say, "If

7  they do prevaricate, I would appreciate a call with

8  you later tonight or tomorrow to think how we might

9  take forward"; correct?

10     A.    Boy, Jeremy must have been having a bad

11  day.  He's using words like conclave and prevaricate.

12  I don't even know what he's talking about.

13     Q.    Well, let me ask you this:  Was there a

14  discussion of having a follow-up call with you and

15  Jeremy and Francis Collins about what steps you would

16  take if the WHO didn't convene a group to study the

17  virus's origins?

18          MR. KIRSCHNER:  Objection.

19  Mischaracterizes the evidence.  Assumes evidence not

20  in the record.

21  BY MR. SAUER:

22     Q.    Was there any follow-up call between you,

23  Jeremy Farrar, and Francis Collins?

24     A.    I don't think so.  I know that my feeling

25  at the time was that Jeremy was going to take the

DR. ANTHONY FAUCI  11/23/2022

1  bull and run with it regarding getting the

2  WHO involved.  And my involvement or input into the

3  WHO I think diminished if not stopped at that time.

4          So I really would doubt that there was any

5  further communication between me and the WHO about

6  this.  This was fundamentally Jeremy's lane, if you

7  want to call it that.

8  BY MR. SAUER:

9      Q.    Can you turn to the first page of this

10  document?  Another e-mail from Jeremy.  This one

11  copies you, Dr. Tedros, Francis Collins, and Bernard

12  Shortlander?

13      A.    That's him.  Shortlander.  We got it.

14      Q.    Down in -- you see a list of bullet points

15  in this e-mail from Jeremy?

16      A.    Yes.

17      Q.    Are -- okay.  And about halfway down,

18  there's a bullet point that says, "Gathering interest

19  evidence in the science literature and in mainstream

20  and social media to questions of the origins of the

21  virus."

22          Do you see that?

23      A.    Yes.

24      Q.    Are you aware of Jeremy discussing with

25  the WHO the concern that there be social media

**DR. ANTHONY FAUCI  11/23/2022**

1    discussion of the origins of the virus?

2        A.    I have no recollection or information

3    about Jeremy's discussions with the WHO involving

4    anything including social media.  And I see this here

5    in an e-mail, but I -- I really have no additional

6    further information about Jeremy's gathering interest

7    evidence in the science literature regarding the

8    origin, no.

9        Q.    You're being handed another document

10   marked Exhibit 9.

11            (FAUCI Exhibit No. 9 was marked for

12   identification.)

13   BY MR. SAUER:

14       Q.    Do you see the second page of this

15   document?

16       A.    Yes.

17       Q.    You've got an e-mail there at the top to

18   Francis Collins and Jeremy Farrar where you say,

19   "Agree.  Very thoughtful summary and analysis.  We

20   really need to get WHO moving on getting the

21   convening started."  Correct?

22       A.    Right.

23       Q.    Why did you say that to Jeremy and Francis

24   Collins?

25            MR. KIRSCHNER:  Objection.  Again, I would

DR. ANTHONY FAUCI 11/23/2022

```
 1   ask that Dr. Fauci have an opportunity to familiarize
 2   himself with this document.
 3            THE WITNESS:  Well, I'm looking at this
 4   e-mail and it says, "Agree, very thoughtful summary
 5   and analysis."  And I don't recall what that summary
 6   and analysis was.  I get hundreds, if not thousands,
 7   of documents thrown in front of me.  I don't recall.
 8   So I said, "I agree, very thoughtful summary and
 9   analysis."  But I don't recall today what that
10   summary and analysis was.
11   BY MR. SAUER:
12        Q.    Can you look at the page before the first
13   page of the document?
14        A.    Yes.
15        Q.    Here's an e-mail from Eddie Holmes to
16   Jeremy Farrar; correct?
17        A.    Right.
18        Q.    "And here's our summary so far.  It will
19   be edited further."  Correct?
20        A.    Correct.
21        Q.    Was this a summary of the paper they were
22   drafting as a result of the conference call?
23            MR. KIRSCHNER:  Objection.  Calls for
24   speculation.
25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 113

```
 1        Q.     If you know?
 2        A.     I do not know what the summary was for,
 3   whether it was a summary of the discussion at the
 4   meeting, or whether it was the summary of what the
 5   deliberations were following the meeting.  I really
 6   don't know.
 7        Q.     He goes on to say in the next line, "It's
 8   fundamental science and completely neutral as
 9   written"; correct?
10        A.     That's what he says.
11        Q.     And then he says, "Did not mention other
12   anomalies as this will make us look like loons."
13               Do you see that?
14        A.     Yeah.
15        Q.     Do you know what he's referring to?
16               MR. KIRSCHNER:  Objection.  Calls for
17   speculation.
18   BY MR. SAUER:
19        Q.     Do you know?
20        A.     I do not know what he is referring to.
21        Q.     Were anomalies in the virus discussed on
22   that call that you participated in on February 1st?
23        A.     You know, I'm not really sure what you
24   mean by the word "anomalies."  It could mean a number
25   of things.  Unusual observations about the virus.
```

1    I'm not really sure.  I really don't understand very

2    well what Eddie was referring to when he wrote this

3    e-mail to Jeremy, so --

4         **Q.    Were you e-mailed drafts of a paper that**

5    **Eddie prepared as a result of that meeting?**

6         A.    I was -- Francis and I got -- I believe --

7    I'm trying to recall accurately, but it's -- I think

8    this is the case.  I'm not 100 percent sure -- that

9    we were given copies of a draft of a manuscript at

10   some point that was very fundamentally evolutionary

11   virology, which is not my lane.

12              So I remember getting a paper looking at

13   it.  I don't believe I had any substantive comments

14   on it, just by reading it.  Because that's not my

15   lane, evolutionary virology.

16        **Q.    Can you look at this next document which**

17   **we've marked Exhibit 10?**

18              **(FAUCI Exhibit No. 10 was marked for**

19   **identification.)**

20              MR. KIRSCHNER:  I wanted to make a

21   standing objection that these documents that are

22   being marked as exhibits are merging a lot of

23   documents together and we have -- I object to the

24   extent that this is mischaracterizing the record by

25   putting documents together that may or may not be

**DR. ANTHONY FAUCI  11/23/2022**

 1    together, and I just want to say there's been several

 2    exhibits along these lines, including Exhibit 10.

 3    BY MR. SAUER:

 4        **Q.    Can you look at the second page of Exhibit**

 5    **10, Dr. Fauci?**

 6        A.    Yeah.

 7        **Q.    And this is an e-mail chain on Tuesday,**

 8    **February 4th, between you, Francis Collins, and**

 9    **Jeremy Farrar; correct?**

10        A.    Yes.

11        **Q.    At the bottom of the e-mail of this page,**

12    **the e-mail from you says, "Question mark, question**

13    **mark, serial passage in ACE2 transgenic mice."**

14            **Do you see that?**

15            MR. KIRSCHNER:  Again, I ask that you give

16    Dr. Fauci an opportunity to familiarize himself with

17    this document.

18            THE WITNESS:  Well, I'm not sure --

19    there's so many different things going on here, I'm

20    not sure what anybody is referring to here.

21    BY MR. SAUER:

22        **Q.    Do you know what you're referring to?  Do**

23    **you remember referring to serial passage in ACE2**

24    **transgenic mice in connection with that call?**

25        A.    No.

**DR. ANTHONY FAUCI 11/23/2022**

1      **Q.    Do you know what that phrase means?**

2      A.    Serial passage means you sequentially

3  passage a virus in mice; right?

4      **Q.    In other words, is that another way of**

5  **having the virus gain function?**

6      A.    It's possible.  You could decrease

7  function, you could gain function.  You could do any

8  of a number of things.  And I don't recall or

9  remember why or even to what I was even referring

10  when I said, "Question mark, question mark, serial

11  passage in ACE2 transgenic mice."

12          I don't recall that at all.

13      **Q.    Jeremy responded, "Exactly" and then**

14  **further up, Francis Collins says, "Surely that**

15  **wouldn't be done in a BSL-2 lab," question mark.**

16          **Do you see that?**

17      A.    Right.

18      **Q.    Do you know why Francis Collins raised**

19  **that issue?**

20          MR. KIRSCHNER:  Objection.  Calls for

21  speculation.

22          THE WITNESS:  I don't know why he did it

23  because I don't know the context in which he's

24  talking.  I would imagine if Francis is saying if

25  you're going to do in vivo studies with a virus that

DR. ANTHONY FAUCI 11/23/2022

 1  might have some danger to it, that you would want to
 2  do it in a higher level of containment, but I
 3  don't -- I have to say I don't know what they're
 4  talking about on these e-mails, and it doesn't ring a
 5  bell with me at all.
 6  BY MR. SAUER:
 7      **Q.    Do you know whether that the -- whether**
 8  **the research that was done by Peter Daszak and Shi**
 9  **Zhengli in the Wuhan Institute of Virology was done**
10  **at a BSL-2 safety level?**
11      A.    When you're dealing with pseudo viruses
12  and in vitro things, it is generally done in a BSL-2.
13      **Q.    So is serial passage in ACE2 transgenic**
14  **mice generally done at BSL-2?**
15      A.    Well, it depends.  Each different country,
16  I believe, has their own level of restrictions about
17  where -- at what level of restriction a particular
18  experiment is done, in general.
19            And again, I'm hesitant to go there
20  because that's not my area of expertise.  But in
21  general, when you're dealing with the situation where
22  you need to take extra precautions in an in vivo
23  experiment, that you would do it in a BSL-3.  But
24  again, having said that, I am not sure of what the
25  connection between these different e-mails are

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    referring to.
 2         Q.    Above that, it says, "Wild West" and
 3    that's from the e-mail from Jeremy in response to
 4    Francis; correct?
 5         A.    Right.
 6         Q.    Did Jeremy have an understanding that --
 7    to do the kind of research being referred to --
 8         A.    Right.
 9         Q.    -- at BSL-2 --
10         A.    Right.  Yeah.
11         Q.    -- safety conditions would be the Wild
12    West?
13              MR. KIRSCHNER:  Objection.  Calls for
14    speculation.
15              THE WITNESS:  I actually don't know what
16    Jeremy is referring to when he says, "Wild West."
17    BY MR. SAUER:
18         Q.    Did you have concerns about
19    performing gain-of-function research on viruses in
20    BSL-2 conditions?
21              MR. KIRSCHNER:  Objection.  Ambiguous.
22              THE WITNESS:  No.  You're a using the term
23    gain-of-function which as I mentioned earlier in the
24    discussion has such a broad range of interpretation
25    that you would have to specifically tell me what
```

1    experiment you're referring to.

2    BY MR. SAUER:

3        **Q.    How about the experiment set forth in,**

4    **I think it was Exhibit 2, the 2015 Shi and Baric**

5    **paper, would those experiments be the sort to --**

6    **would be --**

7        A.    Yeah.

8        **Q.    -- appropriate to perform at BSL-2**

9    **functions -- sorry -- BSL-2 conditions?**

10       A.    I have not familiarized myself with that

11   paper.  I don't know if I ever even read it

12   carefully.  It would take me probably an hour to read

13   through the paper to make a determination of what

14   particular level of function -- not function, level

15   of restriction it would be.

16            So I don't think I could answer that

17   question right now.

18       **Q.    I'm handing you an Exhibit 11.  Do you see**

19   **that?**

20       A.    I don't have anything in front of me yet.

21           MR. KIRSCHNER:  Counsel, could I have a

22   copy?

23           MR. SAUER:  Yeah.

24           (Dr. Fauci Exhibit No. 11 was marked for

25   identification.)

1  BY MR. SAUER:

2      Q.    Can you turn to the second page of this

3  document?  And is this an e-mail on February 7th of

4  2020 from Jeremy to you and Francis Collins with the

5  subject line "revised draft"?

6      A.    Yeah.

7      Q.    And it says, "Attachment:  Summary, Feb 7

8  PDF"; right?

9      A.    Right.

10     Q.    Is this -- did Jeremy send you a draft

11  of -- a paper that Eddie Holmes was working on that

12  arose from the February 1st conference call?

13     A.    You know, I don't recall.  I believe --

14  and, again, this is vague -- that a draft of a

15  summary of something was sent to me.  My recollection

16  is I really didn't have any meaningful comments on it

17  because it is, again, if I -- if it is a draft of

18  what it might have been, it would be involved in a

19  lot of complicated evolutionary virology that is not

20  my lane.

21     Q.    Turn to the next page, the actual

22  attachment.  Do you see where it says "overview" at

23  the very top?

24     A.    Yes.

25          MR. KIRSCHNER:  Counsel, you say this is

1    the actual attachment.  I wanted to point out that is

2    your characterization of it.  There's nothing

3    indicating that it is necessarily the --

4            MR. SAUER:  This is produced by NIH in

5    response to FOIA requests --

6            MR. KIRSCHNER:  I -- I understand, but --

7    but there's -- I'm not saying -- I'm just saying for

8    the record, it's not clear.

9    BY MR. SAUER:

10       Q.   Under overview, do you see the third

11   sentence that's bolded beginning "Analysis of the

12   virus"?

13       A.   Yes.

14       Q.   That bolded sentence says, "Analysis of

15   the virus genome sequences clearly demonstrates that

16   the virus is not a laboratory construct or

17   experimentally manipulated virus"; correct?

18       A.   Correct.

19       Q.   Was that a conclusion that you and

20   Jeremy and Francis Collins discussed in this time

21   frame?

22       A.   As I mentioned before, I don't find -- I

23   am not qualified since I am not an evolutionary

24   virologist to make any kind of definitive

25   determination about whether a genome could or could

DR. ANTHONY FAUCI  11/23/2022

1   not be a laboratory construct or experimentally

2   manipulative.

3           I have relied, as anyone would, with

4   highly qualified, respected evolutionary virologists

5   to come to that conclusion or not.

6       **Q.    Were you involved in the response to the**

7   **various FOIA requests for your e-mails from NIAID and**

8   **NIH?**

9       A.    I'm -- I don't understand what you mean

10  was I involved in them.  I don't -- a FOIA request

11  does not come to me, and I look through my e-mails

12  and give the e-mails that they ask for.  We have a

13  system at the NIH where FOIA requests come in and a

14  different component of the institutes tap into the

15  e-mails and provide the e-mails that are requested.

16  I don't decide which e-mails go and don't go.

17      **Q.    Do you approve redactions to them?**

18      A.    I never redact -- I don't redact things.

19      **Q.    So you don't have any involvement in**

20  **deciding what gets redacted and what doesn't?**

21      A.    I have no involvement in what gets

22  redacted.  It gets redacted at multiple levels beyond

23  my -- beyond me.

24      **Q.    I'm handing you Exhibit 12.**

25          **(FAUCI Exhibit No. 12 was marked for**

DR. ANTHONY FAUCI  11/23/2022

Page 123

```
 1    identification.)

 2    BY MR. SAUER:

 3         Q.    If you look at the first page of this

 4    document?

 5         A.    Yes.

 6         Q.    And that's an e-mail, again, chain on

 7    February 4th between Jeremy Farrar, you, and

 8    Francis Collins; right?

 9         A.    Yes, I see that.

10         Q.    And the attachment is called

11    "Summary.DOCX"; right?

12         A.    Right.

13         Q.    And he says, "Please treat in confidence.

14    A very rough first draft from Eddie and team.  They

15    will send on an edited, cleaner version later today";

16    correct?

17         A.    Correct.

18         Q.    So you testified earlier that the

19    consensus of the call on September 1st was that they

20    needed to take more time to consider the arguments

21    back and forth; correct?

22         A.    It wasn't September.

23         Q.    I'm sorry.  January.

24         A.    Yes.

25         Q.    Okay.  And then by February 4th, the
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    following Tuesday after that Saturday call, you had

 2    received a rough first draft of a -- a paper to be

 3    published as a result -- or to be authored --

 4         A.    Right.

 5         Q.    -- as a result of that; correct?

 6         A.    It says, "Please treat confidence.  A very

 7    rough draft."  So it looks like they did send it to

 8    me.  Right.

 9         Q.    And do you remember getting that draft?

10         A.    I don't recall specifically getting it,

11    but as I mentioned, if I did, I wouldn't have much

12    input into it since it's a draft, I'm sure, that

13    involves very complicated evolutionary virology of

14    which I'm not an expert.

15         Q.    And in the -- Jeremy had forwarded to you

16    lower down on that page the same e-mail we looked at

17    a moment ago where Eddie Holmes says, "Did not

18    mention other anomalies as this will make us look

19    like the^ "?

20         A.    Right.

21         Q.    Do you recall reviewing this draft?

22         A.    I might have looked at it, but I certainly

23    didn't make any meaningful comments since this is

24    outside of my lane of expertise.

25         Q.    If you can turn to the next page -- or
```

DR. ANTHONY FAUCI  11/23/2022

Page 125

```
1    actually stay on that page for a minute.
2              Jeremy says, "Pushing WHO again today"
3    there in the top -- near the top of the page.
4              Do you see where that is?
5    A.    I'm sorry.  Top of the first page?
6    Q.    Yeah.
7    A.    And what are you referring to?
8    Q.    Second paragraph of Jeremy's e-mail at the
9    top of the page to you and Francis Collins.  It says,
10   "Pushing WHO again today"; correct?
11   A.    Yes.
12   Q.    Were you involved in any communications
13   with the WHO at that time to try to get them to act
14   on this project?
15             MR. KIRSCHNER:  Objection.  Asked and
16   answered.
17             THE WITNESS:  To my recollection, I didn't
18   have direct involvement with the WHO, not to my
19   recollection.
20   BY MR. SAUER:
21   Q.    Next page, second page of this document is
22   another e-mail from you we've seen before, right,
23   where you say we really need to get --
24   A.    Right.
25   Q.    -- WHO moving?
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    Right.

 2        Q.    Does this jog your memory at all?  Do you

 3   remember being involved in trying to get the WHO to

 4   act?

 5        A.    The context of this exchange and the theme

 6   of the discussion, although I, myself, did not

 7   directly get involved in interactions with WHO on

 8   this, was that we all felt that given the convening

 9   power and the status of WHO, that we wanted to get

10   them involved because we wanted to make sure that

11   this was an open and transparent discussion that

12   involved international global health authority.

13             So it is perfectly consistent and

14   compatible that I would say we really need to get WHO

15   moving on getting the convening involved because we

16   wanted an open convening so that evidence and data

17   could be openly discussed.  That was the theme of

18   everything that was going on at the time.

19        Q.    Can you turn ahead to the second-to-last

20   page of this document?

21        A.    Yes.

22        Q.    And this is an e-mail on Tuesday,

23   February 4th, from Jeremy to you and Francis Collins

24   with an attachment called "Summary.PDF"; right?

25        A.    Correct.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 127

```
 1        Q.    And this says -- it just says "tidied up";
 2   correct?
 3        A.    Yes.
 4        Q.    Did he send you a second draft that same
 5   day the 4th that was, quote, tidied up?
 6        A.    I don't recall.
 7        Q.    You don't know if he sent you a second
 8   draft?  Does this e-mail jog your recollection?
 9        A.    The e-mail does very little to jog my
10   recollection.  Again, I had very little input or even
11   interpretation of the -- the -- the information
12   because it was in an area that is not my area of
13   expertise.  I don't know what he means by tidied up.
14   Usually --
15        Q.    Can you turn to the next -- I'm not asking
16   you about that.  Can you turn to the next page --
17              MR. KIRSCHNER:  Counsel, please don't
18   interrupt -- please don't interrupt the witness.
19   Just he's --
20   BY MR. SAUER:
21        Q.    I'm going to ask you to listen to
22   questions that I'm asking --
23        A.    I'm listening.
24        Q.    -- and answer the question that I'm asking
25   without going on long tangents.  Can you do that,
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   please?
 2             MR. KIRSCHNER:  I --
 3             THE WITNESS:  I'd be happy to.  I don't
 4   think I'm going on long tangents, but I'm trying to
 5   put things --
 6   BY MR. SAUER:
 7        Q.    Well, can you turn --
 8        A.    -- into appropriate context.
 9        Q.    Can you turn to the next page of the
10   document?
11        A.    Yes.
12        Q.    This is the last page.  This is a
13   February 5th e-mail from Jeremy to you and Francis;
14   correct?
15        A.    It says, "Tony and Francis, the revised
16   draft from Eddie copied here."
17        Q.    And so he sent you a third draft on
18   February 5th?
19        A.    Right.
20        Q.    Two drafts on the 4th and a third draft on
21   the 5th; correct?
22        A.    I'm not keeping up with the different
23   ones.  So I can't say "correct" because you're going
24   really fast.
25        Q.    And you recall from the prior exhibit that
```

**DR. ANTHONY FAUCI  11/23/2022**

1  there was another draft that was sent to you on

2  February 7th; correct?

3     A.   It appears that there were a couple of

4  drafts that were sent back and forth.

5     Q.   And those were -- when you say "a couple,"

6  it's about four so far; correct?

7     A.   I can't say.  At least a couple.  I don't

8  know exactly how many.

9     Q.   Were you aware during the same time frame

10  that Peter Daszak was organizing a statement for

11  The Lancet --

12         MR. KIRSCHNER:  Objection.

13  BY MR. SAUER:

14     Q.   -- about the origins of the virus?

15         MR. KIRSCHNER:  Objection.  Speculative,

16  also vague.

17         THE WITNESS:  I don't recall.

18  BY MR. SAUER:

19     Q.   Are you aware that a -- a letter was

20  published in The Lancet in February of 2020 organized

21  by Peter Daszak?

22     A.   You know, I really don't recall this.

23  Again, getting to my statement about context, you're

24  talking about a period of time when thousands of

25  things come across my desk.  So I don't -- I don't

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   recall anything specific about something that
 2   Peter Daszak may or may not have written for Lancet.
 3            If I saw it, perhaps, not guaranteed, it
 4   might jog my memory, but I don't recall that right
 5   now.
 6       Q.    I'm handing you Exhibit 13.
 7            (FAUCI Exhibit No. 13 was marked for
 8   identification.)
 9            MR. KIRSCHNER:  May I ask the witness if
10   he needs a break or if he's okay.
11            THE WITNESS:  I'm okay.
12   BY MR. SAUER:
13       Q.    Can you turn to the third page of this
14   document?
15       A.    Third page.
16       Q.    And the top half of this page there's a
17   e-mail from Jeremy to -- that begins "Francis and
18   Tony"; correct?  Do you see that e-mail?
19       A.    I'm reading it.  Yeah.
20       Q.    In that third bullet point in his e-mail,
21   his e-mail is talking about contact with WHO again;
22   correct?
23       A.    Correct.
24       Q.    There's been a number of e-mails.  We
25   talked about that already; correct?
```

1     A.     Yeah.

2         Q.     Third bullet point in his e-mail, he says,

3     "We can have a call this week with the core group of

4     that to frame the work of the group including if you

5     could join."

6         A.     Right.

7         Q.     And I take it he's inviting you and

8     Francis Collins to join a call to discuss framing the

9     work of the WHO convened group?

10        A.     Right.

11        Q.     Is that right?

12        A.     Right.

13        Q.     Did you have that call?

14        A.     I don't recall.  Like I said before, this

15    was mostly a Jeremy-led thing, and I don't recall

16    having a call with WHO.  It's possible that we did,

17    but I don't recall.

18        Q.     Two bullet points down, it says, "With

19    names to be put forward into the group from us,

20    and pressure on this group from your and our teams

21    next week."  Correct?

22        A.     That's what it says.

23        Q.     First half of that line, it talks about,

24    "Names put forward into the group from us."  Did you

25    put forward names for this group for the WHO, or do

**DR. ANTHONY FAUCI  11/23/2022**

1    **you recall doing that?**

2         A.    I think, if you go back -- and when you

3    say "recall," I recall because the first page of the

4    cluster of e-mails that you just sent me is an e-mail

5    from Jeremy to me and Francis saying, "Thank you.

6    Pardis is great, respected by everyone."

7              He's referring to Pardis Sabeti.  And as

8    the e-mail jogs my memory, I believe I made the

9    suggestion that if you want to have another expert on

10   coronavirus evolution for the working group that

11   I assume is the group in the second bullet of the

12   e-mail from Jeremy to Francis and I, where it says,

13   "They have asked for names to sit on that group.

14   Please do send any names," and I believe that in

15   response -- not I believe.

16             It looks clearly obvious that in response

17   to that e-mail request from Jeremy, I said, "I left

18   out an important name for the group, Pardis Sabeti at

19   the Broad Institute of MIT and Harvard."

20             And Jeremy writes back, "Thank you.

21   Pardis is great.  Respected by everyone."

22        **Q.    And you had provided -- top half of the**

23   **second page of the document, you had provided the**

24   **list to Jeremy --**

25        A.    Right.

1    Q.    -- of people to include in the WHO's work?

2    A.    Correct.

3    Q.    How did you come up with these names?  Did

4  you talk to anyone before proposing them to Jeremy?

5    A.    I don't believe I did.  I just -- I may

6  have.  I just -- I don't recall.  It's likely because

7  these are people, some of whom I know well and I

8  probably asked around my institute for other people

9  who are fluent in molecular virology.

10    Q.    How about Joseph DeRisi, third name on the

11  list, at the Chan Zuckerberg Biohub.  What's the Chan

12  Zuckerberg Biohub?

13    A.    I haven't referred it as Biohub, but the

14  Chan Zuckerberg has supported research institutions

15  at the University of California at San Francisco.

16  That might be what he's referring to, because --

17    Q.    This is he -- this is you; right?  This is

18  your e-mail?

19    A.    Yeah.  But again -- these are names that

20  were given, I believed, even though the e-mail is

21  from me to Jeremy, several of these names, I almost

22  certainly got by asking members of my institute, such

23  as people in the division of microbiology and

24  infectious diseases for some names of people who

25  might actually be able to be contributory to the

DR. ANTHONY FAUCI  11/23/2022

1  working group.

2          Let me give you some examples so you can

3  be clarified.  Harold Varmus I know very well.

4  Former Nobel Prize winner and former director of the

5  NIH.

6      Q.    I'm really not asking you to go through

7  the whole list.  I just want to focus on --

8      A.    Well, I want to put it into a context.

9      Q.    I'm going to ask you to listen to the

10  question that I'm asking and answer that question.

11          This is an extremely long answer that is

12  absolutely nonresponsive.  I just asked you about

13  Joseph DeRisi.  Did you originate that name?

14          MR. KIRSCHNER:  I will say before

15  Dr. Fauci responds, if he has to provide proper

16  context, he provides proper context.  You can ask

17  your question, and then Dr. Fauci will provide his

18  response.

19          THE WITNESS:  Yeah, it's very important to

20  me to provide the context because there are certain

21  names on this list that I don't even recognize.

22  BY MR. SAUER:

23      Q.    How about Joseph DeRisi?

24      A.    I don't recognize that name.  It was

25  almost certainly given to me by someone in my

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    institute.  And the reason --
 2         Q.    How about the name -- the name below?
 3         A.    I'm sorry.  I got to finish.
 4         Q.    Go ahead.
 5         A.    This is context, sir.
 6               I don't recognize Joseph DeRisi.  I may
 7    have heard of him.  I know Harold Varmus well.  I
 8    know Dan Gannon well.  I don't know Eugene Koonin
 9    well.
10               So the point that I'm putting into context
11    is that it is highly likely that these names were
12    given to me in part by others.
13               So you're asking about Joseph DeRisi, and
14    Joseph DeRisi's name does not ring a bell.
15         Q.    How about Pardis Sabeti on the page
16    before?
17         A.    Pardis Sabeti does.  She's a well-known
18    virologist.
19         Q.    Did you talk to her before you sent her
20    e-mail to Jeremy for inclusion in the WHO group?
21         A.    Unlikely that I pulled Pardis.  I likely
22    just know her well enough that I would have put her
23    name in.  But perhaps I did call her.  But unlikely
24    that I did.  She's such a well-known figure in
25    molecular virology that it is not unusual for me to
```

DR. ANTHONY FAUCI  11/23/2022

Page 136

```
1    say, "Of course include Pardis Sabeti."
2          Q.     How about Don Gannon?
3          A.     Don Gannon is well-known person.
4          Q.     Did you talk to him before you put his
5    name on this list to Jeremy?
6          A.     I don't believe I did.  I don't believe I
7    spoke to anyone on this list.  I just pulled the
8    names out.  Some of which I knew, like Varmus and
9    Nabel, and some of which were very likely given to me
10   by my staff.
11         Q.     Turn back to the third page of the
12   document, Jeremy's e-mail to you and Francis.  In the
13   third bullet point we talked about earlier, it talks
14   about having a call to, quote, frame the work of the
15   group.
16                Do you know what he was referring to when
17   he was asking you -- or he wanted to frame the work
18   of the group?
19         A.     I can't say exactly that I know what he
20   means by frame the work of the group, but in
21   experience in dealing with a number of working
22   groups, when you frame the work of the group, you
23   usually start off by saying, "What is the theme and
24   what is the question we're asking?  Let's frame the
25   discussion.  What's the issue at hand?"
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.    Do you recall any discussions about

2  wanting to the frame the work of the WHO group?

3      A.    I don't recall anything about framing it,

4  but --

5      Q.    Two bullet points lower down, you see

6  there's a bullet point about the WHO, Jeremy says

7  he -- refers to pressure on this group from your and

8  our teams next week.

9           Do you know what pressure he's referring

10  to?

11      A.    I don't.

12           MR. KIRSCHNER:   Objection.

13  Mischaracterizes the record.

14           THE WITNESS:   I don't know what Jeremy is

15  referring to when he says pressure on this group.

16  BY MR. SAUER:

17      Q.    Do you recall any discussion of having

18  anybody pressure the WHO in its work related to this

19  origins of the virus investigation?

20      A.    I don't have any inkling at all of

21  pressuring them.  The one thing that's clear from the

22  e-mails and my recollection is that everyone wanted

23  the WHO to get involved because of their convening

24  power and their credibility.  We all wanted to make

25  this an open discussion, and the WHO was the most

**DR. ANTHONY FAUCI  11/23/2022**

Page 138

1   appropriate forum for an open discussion.

2           So I don't think a belief had anything to

3   do with pressuring the WHO to do anything, merely to

4   get them to meet.

5           You're sniffling.  You sure you don't have

6   a cold.

7   **Q.     Exhibit 14?**

8           **(FAUCI Exhibit No. 14 was marked for**

9   **identification.)**

10          MR. KIRSCHNER:  Counsel, can I have

11  copies?

12  BY MR. SAUER:

13  **Q.     Can you -- during this same time frame**

14  **we've been talking about, was there also a discussion**

15  **of having the WHO sponsor a trip to China to**

16  **investigate the virus?**

17          MR. KIRSCHNER:  Objection.  Calls for

18  speculation.

19          THE WITNESS:  You know, I don't recall.

20  You're asking, Mr. Sauer, about during this

21  discussion, was there discussion about WHO going to

22  China.

23          Well, I know now, memory-wise,

24  that WHO did send a group to China.

25  BY MR. SAUER:

**DR. ANTHONY FAUCI  11/23/2022**

Page 139

1        Q.     Did that group include Cliff Lane of your
2   staff?
3        A.     Let me answer the question.  The question:
4   Did I know about it then?  And I'm saying right now,
5   I don't recall, at this particular time, whether they
6   were talking about a group going to China.
7               I do know that they wanted to put together
8   a WHO group and they may have and they likely did ask
9   HHS, who asked NIH, who would be a good person to go
10  to China to see -- you know, to get some information
11  about what exactly evolved in China.
12       Q.     Did you make a recommendation about who
13  would be a good person to go to China around February
14  2020?
15       A.     I believe I recommended Dr. Clifford Lane.
16  I recommended or it was obvious because he's a very
17  well-known, competent person.  So it is highly likely
18  that I recommended him.  Though I don't specifically
19  remember, it would be very compatible with the
20  process that I would recommend him.
21       Q.     Do you remember why you were sent an
22  e-mail that says, "WHO advance team on way to China,
23  Tedros tweet"?
24       A.     No idea.
25       Q.     You believe you may have recommended Cliff

1    Lane for that -- for that trip, but you don't know

2    for sure?

3         A.    It's highly likely I would recommend him

4    if anyone asked me who would go on an international

5    trip.  Dr. Lane has extensive experience in dealing

6    at the international level with a number of

7    countries, including the work he did in Africa with

8    Ebola and in Southeast Asia.  So he's a very

9    experienced person at the international level.

10            It's entirely likely, if not very likely,

11    that I would have recommended him.

12        Q.    Did he actually attend that trip?

13        A.    Yes, he did.

14        Q.    During February of 2020 in the kind of

15    month we've been talking about, did you make any

16    public statements about the origins of the virus?

17        A.    That's a very broad question.  I don't

18    recall if I did.

19        Q.    Okay.  Well, did you have any -- did you

20    have any contact with Peter Daszak or conversations

21    with him about the origins of the virus?

22        A.    I don't recall.  I may have, but I don't

23    recall.

24        Q.    You testified earlier that you don't

25    really know Peter Daszak; is that right?

DR. ANTHONY FAUCI  11/23/2022

1        A.     I don't know him very well at all.

2        **Q.     Have you ever done a joint podcast with**

3   **him?**

4        A.     You know, that was brought -- it was

5   interesting.  I think someone recently -- I don't

6   know when whether it was our discussion or not.  I

7   don't remember -- brought up that I did do some sort

8   of an interview with him, but if it had not been

9   brought to my attention, I would not have remembered

10  it.  I've done several hundred podcasts, maybe --

11  several hundred podcasts.

12             (FAUCI Exhibit No. 15 was marked for

13  identification.)

14  BY MR. SAUER:

15       **Q.     I'm handing you Exhibit 15.**

16             **Does this document jog your memory of**

17  **doing a podcast with Newt Gingrich and Peter Daszak**

18  **on February 9th, 2020?**

19       A.     Well, there's an advertisement that said

20  that I'm Newt Gingrich's guest.  If you had not put

21  this in front of me, I likely would not have

22  remembered it.  Like I said, I've done at least

23  several hundred podcasts over the last couple of

24  years.

25       **Q.     Do you remember this one in particular now**

**DR. ANTHONY FAUCI  11/23/2022**

1   that you see this?  Do you remember doing this

2   podcast?

3       A.    I don't -- I don't remember it

4   specifically, but since the e-mail indicates that the

5   podcast occurred, I don't even say I vaguely remember

6   that podcast.  Like I said, I've done many podcasts.

7       Q.    At the top you say, "Definitely for the

8   director's page."  What are you referring to?  What's

9   the director's page?

10      A.    Whenever we do a media thing or a podcast

11  or a paper that comes out that the people who are

12  interested in the goings on of the National Institute

13  of Allergy and Infectious Diseases, we sometimes put

14  it on the director's page, which is the link when you

15  go to NIH.gov and then NIAID.gov, you get the

16  director's page, and on that are various links for

17  people to access things that we may have done.

18      Q.    I'm handing you a document that's marked

19  Exhibit 16.

20            (FAUCI Exhibit No. 16 was marked for

21  identification.)

22  BY MR. SAUER:

23      Q.    And this is an informal transcription of

24  some of your remarks in that podcast.

25            Do you see at the top there it says --

**DR. ANTHONY FAUCI  11/23/2022**

Page 143

```
 1    there's a timestamp, 18:48, Newt.  Do you see that?
 2         A.    Yes.
 3         Q.    And it quotes Newt Gingrich as saying, "I
 4    don't know if you had access to enough information
 5    from the Chinese, but as you know, there is sort of
 6    an urban legend that there is a biological warfare
 7    center in Wuhan and that the coronavirus escaped from
 8    that.  Do you have any sense where it probably came
 9    from"; correct?
10              MR. KIRSCHNER:  Objection.  Lack of
11    foundation.
12    BY MR. SAUER:
13         Q.    Is that what it says?
14         A.    You just read it correctly, yes.
15         Q.    And then the transcript reports you as
16    responding at 19:06:  "Well, I think ultimately we
17    know that these things come from an animal reservoir.
18    I heard these conspiracy theories and like all
19    conspiracy theories, Newt, they're just conspiracy
20    theories."
21              Do you see that?
22         A.    Yes, I do.
23         Q.    Do you recall making that comment on
24    Newt Gingrich's podcast?
25              MR. KIRSCHNER:  Objection.  Lack of
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   foundation.

 2              THE WITNESS:  I don't recall making it,

 3   but if this is a correct transcript, then it's clear

 4   that I made that statement, but I don't recall making

 5   that statement.

 6   BY MR. SAUER:

 7        Q.    Do you recall thinking on February 9th,

 8   2020, that it was, quote -- or that we know these

 9   things come from an animal reservoir?

10        A.    The background of saying that we know

11   things come from an animal reservoir because the

12   history of the evolution of new microbes from an

13   animal reservoir to a human is very clear.  I could

14   give you a number of examples, but one in particular

15   to save time is that SARS-CoV-1, very similar

16   circumstances to SARS-CoV-2, was for a while not

17   knowing what it evolved, but it became clear that it

18   went from a bat to a civet cat to a human.  So very,

19   very similar --

20        Q.    Can I direct your attention to another ^

21   page, if I may?

22        A.    Yeah.

23        Q.    At 34:30 Newt says -- you see halfway

24   down, second bullet point?

25              MR. KIRSCHNER:  Counsel, I would ask for
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   you not to interrupt the witness.
 2            MR. SAUER:  He was giving a completely
 3   nonresponsive answer.  I'm just asking --
 4            THE WITNESS:  No, actually I was -- I was
 5   responding to the issue of what you mean by coming
 6   from an animal reservoir, and what I was saying is
 7   that my statement that things -- and I'll quote the
 8   exact words -- "these things come from an animal
 9   reservoir," and the context of that is, is ample
10   historical experience that these things
11   overwhelmingly come from an animal reservoir.  I was
12   putting it into context.
13   BY MR. SAUER:
14       Q.   Thank you for that.
15            Can I direct your attention now to the
16   second bullet point beginning 34:30?
17            Do you see that?
18       A.   Yes.  Yeah.
19       Q.   Where Newt says, the coronavirus probably
20   came from one of the flea markets, although there was
21   a secondary rumor that there is a biological weapons
22   laboratory in Wuhan --
23            THE REPORTER:  I'm sorry, Counsel.  Can
24   you slow down?
25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

 1       Q.    There is a secondary rumor that there is a

 2  biological weapons laboratory in Wuhan and it may

 3  have come from there.  Is it your sense that it's

 4  almost certain that it came from an animal to human

 5  transition -- transmission.  Do you see that?

 6       A.    I do.

 7       Q.    And then the transcript quotes Daszak

 8  saying, "All the evidence says that is what

 9  happened"; is that right?

10            MR. KIRSCHNER:  Objection.  Lack of

11  foundation.  Speculative.

12            THE WITNESS:  That's what it says.  It

13  says, Daszak, quote, "All the evidence say that is

14  what happened."

15  BY MR. SAUER:

16       Q.    Do you recall Daszak saying that?

17            MR. KIRSCHNER:  Again, objection.  Lack of

18  foundation.

19            THE WITNESS:  I don't recall hardly

20  anything about this interview since, as I mentioned,

21  I give hundreds of podcasts.  So I cannot say that I

22  recall Daszak making that statement, though, if this

23  transcript is correct, it appears that he has made

24  the statement.

25  BY MR. SAUER:

**DR. ANTHONY FAUCI 11/23/2022**

1    Q.    Does this jog your recollection of having
2    any communications with Daszak about the origins of
3    the virus in February of 2020?
4              Do you remember any such communication?
5    A.    I told you before that I did not remember
6    any direct conversations with him about the origin,
7    and I said I very well might have had conversations,
8    but I don't specifically remember conversations.  If
9    you are implying, understandably, that being on a
10   podcast with Dr. Daszak in which the origins were
11   discussed, if that constitutes a discussion with him
12   about it, I guess I had a discussion, but at the time
13   you asked the question, I did not recall having a
14   discussion with him about the origins.
15   Q.    How about Dr. Ralph Baric?  We talked
16   about him earlier.  Did you say you knew him or not?
17   A.    I know of him.  I wouldn't say I know him.
18   I'm not sure.  I may have met him at a meeting or
19   not.  I certainly know who he is.  He's a
20   well-established scientist.  I cannot say for certain
21   if I've ever met him.
22   Q.    Okay.  Did you ever -- so you don't recall
23   ever having a one-on-one meeting with him of any
24   kind?
25   A.    I don't recall.  It's possible.  I have

DR. ANTHONY FAUCI  11/23/2022

1   meetings with hundreds, if not thousands, of

2   scientists over the years that I've been at this

3   position.

4        Q.    I'm handing you Exhibit 17.

5             MR. KIRSCHNER:  Counsel, I would like to

6   take a break soon.  Are we kind of finishing up a

7   line of questioning or --

8             MR. SAUER:  Yeah, we can do that after the

9   exhibit, if that's what you want.

10            MR. KIRSCHNER:  Okay.  Can I have the

11  exhibit myself?

12            (FAUCI Exhibit No. 17 was marked for

13  identification.)

14            THE WITNESS:  So is this 17?

15            MR. SAUER:  Yeah.

16            THE WITNESS:  Thank you.

17  BY MR. SAUER:

18       Q.    Do you see this exhibit is a page from

19  your official Outlook calendar dated February 11th,

20  2020?

21       A.    Right.

22       Q.    And then if you look at 2:30 p.m. in the

23  afternoon that day, there's a meeting marked that

24  says, "Hold meeting with Dr. Ralph Baric."

25            Do you see that?

```
 1        A.    I do.
 2        Q.    And indicated on it is that the invitation
 3   came from Emily -- sorry -- Emily Erbelding; correct?
 4        A.    Correct.
 5        Q.    Was that -- did that meeting occur?  Did
 6   you and Emily have a meeting with Dr. Ralph Baric on
 7   February 11th, 2020?
 8              MR. KIRSCHNER:  Objection.  Speculative.
 9              THE WITNESS:  You know, I don't recall the
10   meeting, but it's on my calendar.  And as I mentioned
11   a moment ago, I might have had a meeting with him.  I
12   don't recall.
13              Getting into context, it says 7A-18, which
14   is our conference room.  If one goes back and looks,
15   I have literally hundreds of meetings in 7A-18 with
16   scientists who we fund, who we don't fund, who come
17   in and visit the NIH.
18   BY MR. SAUER:
19        Q.    What did you discuss in this meeting, if
20   you remember?
21        A.    I don't recall the discussion that we had
22   at 2:30 on February the 11th, 2020.  I just don't
23   recall it.
24              MR. SAUER:  We can take a break there, if
25   you want?
```

DR. ANTHONY FAUCI 11/23/2022

Page 150

```
 1              THE WITNESS:  Sure.
 2              THE VIDEOGRAPHER:  Okay.  Stand by.  The
 3    time is 11:09 a.m., and we're going off the record.
 4              (Recess.)
 5              THE VIDEOGRAPHER:  The time is 11:21 a.m.,
 6    and we're back on the record.
 7    BY MR. SAUER:
 8         Q.    Dr. Fauci, I want to circle back to
 9    something you said a little while ago before I
10    forget.  You said that misinformation and
11    disinformation can lead to loss of life; correct?
12         A.    Right.
13         Q.    And I think that was in the context of
14    talking about the misinformation and disinformation
15    on social media, among other things; is that correct?
16         A.    However it's disseminated, it can lead to
17    loss of life.
18         Q.    Is it your view that misinformation and
19    disinformation on social media can lead to loss of
20    life?
21              THE WITNESS:  What's the matter?
22              THE COURT REPORTER:  Nothing.
23              THE WITNESS:  You're shaking your head.
24              THE COURT REPORTER:  I need counsel to
25    slow down.
```

1   BY MR. SAUER:

2       Q.    Is it your view that misinformation and

3   disinformation on social media can lead to loss of

4   life?

5       A.    I think in any situation where egregious

6   misinformation such as some of the ones I referred to

7   before, such as information that would discourage

8   people from getting vaccinated, that in my mind,

9   would be a way that life that could otherwise have

10  been saved would be lost, if people were persuaded

11  not to pursue a life-saving intervention.

12      Q.    Do you think that there should be steps

13  taken to curb the spread of misinformation and

14  disinformation?

15      A.    You know, that's not my area.  I'm very

16  well aware of the concept of freedom of speech.  The

17  area of the curtailment of that is something that is

18  not in my area of the expertise.  Those are legal and

19  other things.  And I really don't have any opinion on

20  that.

21      Q.    Have you ever contacted a social media

22  company and asked them to remove misinformation from

23  one of their platforms?

24      A.    No, I have not.

25      Q.    Is that something you ever discussed with

**DR. ANTHONY FAUCI 11/23/2022**

1    Mark Zuckerberg?

2        A.    To my knowledge, we have not -- my

3    discussions with Mark Zuckerberg were very clearly

4    directed at getting me on some Facebook podcast to

5    encourage people to get vaccinated.  That was the

6    extent of our conversations.

7        **Q.    Has anyone on your staff, you know, at**

8    **NIAID, ever reached out to a social media platform to**

9    **ask them to take content down or to block content in**

10   **any way?**

11           MR. KIRSCHNER:  Objection.  Speculative.

12           THE WITNESS:  To my knowledge, no.  But

13   again, I don't know everything that goes on, but

14   certainly nothing that I was made aware of that they

15   were doing.

16   BY MR. SAUER:

17       **Q.    Let me give you Exhibit 18.**

18           **(FAUCI Exhibit No. 18 was marked for**

19   **identification.)**

20   BY MR. SAUER:

21       **Q.    Do you see this short e-mail from Ian**

22   **Lipkin dated February 11th, 2020?**

23           MR. KIRSCHNER:  Objection.  Lack of

24   foundation.

25           THE WITNESS:  To whom was the e-mail

DR. ANTHONY FAUCI  11/23/2022

 1  written to?

 2  BY MR. SAUER:

 3      **Q.    Do you know if you were copied on this**

 4  **e-mail?**

 5      A.    Well, let me read it first, and then I'll

 6  see.

 7            Is this an e-mail from Ian to me?

 8      **Q.    That's my question.  Do you know if this**

 9  **is an e-mail from Ian to you?**

10      A.    You know, I can't say for sure.  I mean,

11  again, just in the spirit of the context that I've

12  been trying to establish here, I average a couple of

13  thousand e-mails a day.  So this could have been --

14      **Q.    Do you have any recollection of this one?**

15      A.    I don't have a recollection of it.  It's

16  entirely possible that Ian wrote this to me.  Ian

17  communicates with me -- I wouldn't say a lot, but

18  enough to recognize an e-mail when -- and I will send

19  it, I'll read it, but I don't recognize this

20  particular e-mail.

21      **Q.    Can I direct your attention to the last**

22  **sentence where Ian says, "Given the scale of the bat**

23  **CO research pursued there -- that is to say at the**

24  **institute in Wuhan -- and the site of the emergence**

25  **of the first human cases, we have a nightmare of**

DR. ANTHONY FAUCI  11/23/2022

Page 154

```
 1    circumstantial evidence to assess."

 2             Do you see that?

 3        A.    I do.

 4        Q.    Do you know what he is talking about?

 5             MR. KIRSCHNER:  Objection.  Speculative.

 6    BY MR. SAUER:

 7        Q.    If you know.

 8        A.    I am not certain of what he's referring

 9    to.  I could surmise what he is referring to is

10    that -- and I think it has to do with circumstantial

11    evidence, is that whenever you have a situation when

12    research is being done and you might have an

13    outbreak, then there will be always people who

14    immediately jump on and say, "Well, this could have

15    had to do with the research."

16        Q.    Did you think it was a nightmare of

17    circumstantial evidence, these factors he's referring

18    to, given that there's a lot of bat coronavirus

19    research pursued at the Institute in Wuhan, and that

20    the first human cases emerged in Wuhan, you view that

21    as a nightmare of circumstantial evidence?

22             MR. KIRSCHNER:  Objection.  Vague.

23    Ambiguous.  Compound.

24             THE WITNESS:  I don't -- at least that's

25    not my style to think in terms of circumstantial
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   evidence.  I think anyone who is involved in the
 2   field knows that when there's an outbreak, there's
 3   always a concern of how did it happen?  What
 4   happened?
 5           And when you have an element that there is
 6   a research institution involved, there is always
 7   speculation that it has something to do with research
 8   institution.  I mean, we have been in situations
 9   where people questioned what's going on up in
10   Frederick, Maryland, even though there's nothing
11   going on in Frederick, Maryland, to my knowledge,
12   that is of any concern that people always refer to as
13   "Oh, there's that kind of research going on."
14   BY MR. SAUER:
15       Q.    Would it be a nightmare if it turned out
16   that, in fact, that the virus had escaped --
17   accidentally escaped from a lab in Wuhan?
18       A.    You know, again, you're use the word
19   "nightmare," you know, kind of a -- a sort of a vague
20   thing that means different things to different
21   people.
22       Q.    How would you describe it?
23       A.    I mean if -- and I have to emphasize "if,"
24   and I believe the evidence weighs much more toward a
25   natural occurrence, even though you always keep an
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 156

```
 1   open mind as to what the origin and etiology is,

 2   certainly if that happened, then the purpose of

 3   knowing that is try and make sure, looking forward,

 4   that those things don't happen again.  The purpose of

 5   trying to determine the origin of an outbreak is to

 6   see what you can do, looking forward, to prevent it

 7   from happening again and it goes both ways.  If it's

 8   a factual occurrence, then you want to make sure that

 9   you get good animal human surveillance.

10        Q.    How about it was not a natural occurrence

11   on the hypothetical, and it, in fact, escaped from

12   the lab and in fact that the research that had

13   created the virus was partly funded by NIAID, would

14   that be a nightmare scenario?  Can you pick a word

15   that would describe the scenario to your knowledge?

16        A.    Well, I'm going to go to context because

17   you're asking a question that I think needs to be

18   explained.  If you look at the molecular makeup of

19   SARS-CoV-2 and you look at the viruses that were

20   studied under the auspices and funding of the

21   subaward to the Wuhan Institute, those bat viruses

22   evaluated by anyone with even a reasonable

23   acquaintance with evolutionary virology would tell

24   you that given those viruses that they worked on,

25   reported on, and published on was so far removed from
```

**DR. ANTHONY FAUCI  11/23/2022**

1    SARS-CoV-2, that it would be molecularly impossible,

2    even if people tried to manipulate them to become

3    SARS-CoV-2 they wouldn't become SARS-CoV-2.

4            So the idea of conflating research that's

5    funded by NIH to look at in a surveillance way the

6    bat viruses that were circulating in that area, you

7    can talk to any unbiased molecular virologist and you

8    can say that the evolutionary difference between

9    those viruses and SARS-CoV-2 would make it

10   essentially impossible to have this turn into this.

11           And what happens, is when you talked about

12   laboratory leaks and the things you're referring to

13   here, people inappropriately conflate that with

14   research funded by the NIH.  And it's apples and

15   oranges.

16           Could something have, quote, leaked out of

17   a Chinese lab?  I have always kept an open mind that

18   that is possible.  Could it have happened by the

19   experiments that were done and reported that were

20   funded by the NIH?  Getting back to what I said a

21   moment ago, molecularly, that could not have

22   happened.

23       Q.    What about experiments that were done but

24   weren't reported.  For example, are you aware that a

25   whole large number of genomic sequences were pulled

1    down in September of 2019 from the Wuhan Institute of

2    Virology's website?  Are you aware of that?  It's a

3    yes or no question.

4            MR. KIRSCHNER:  Objection.  Lack of

5    foundation.

6            THE WITNESS:  Tell me what you're

7    referring to.

8    BY MR. SAUER:

9        Q.   Well, are you aware that genomic sequences

10   of viruses were removed from publicly available

11   databases in September of 2019 at the Wuhan Institute

12   of Virology?

13       A.   I am aware of that context.  Those

14   sequences were also, even though they were removed

15   from a bank that has nothing do with my institute,

16   those sequences were published in the literature.

17           So it isn't as if they were unknown.

18       Q.   Let me ask you this.  Actually, let me

19   give you another exhibit.

20           (FAUCI Exhibit No. 19 was marked for

21   identification.)

22   BY MR. SAUER:

23       Q.   I'm handing you Exhibit 20.

24           MR. KIRSCHNER:  Twenty or 19?

25           MR. SAUER:  You're right.  It's 19.

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    BY MR. SAUER:
 2         Q.    Do you recognize this as the preprint
 3    version of the proximal origin of SARS-CoV-2 dated
 4    February 17th of 2020?
 5         A.    Yeah, this looks like the preprint that
 6    antedated the full papers that were published in the
 7    peer-reviewed literature.  This is a preprint.
 8         Q.    Did you review the preprint when it came
 9    out?  Did anyone send it to you?  Do you know?
10              MR. KIRSCHNER:  Objection.  Asked and
11    answered.
12    BY MR. SAUER:
13         Q.    Do you know?
14         A.    Again, I -- a lot of things get sent to
15    me.  I -- it likely is that they probably sent a copy
16    of this to Dr. Collins and I, though I don't
17    specifically recall it.
18         Q.    Do you know if you reviewed it when the
19    preprint came out?
20              MR. KIRSCHNER:  Objection.  Asked and
21    answered.
22              THE WITNESS:  It -- it depends.  I think I
23    answered that question before, did I not?
24    BY MR. SAUER:
25         Q.    I'm just asking you again.  I don't
```

1    remember what you said.

2         A.    Well, let me try and remember and make

3    sure that it's both true and consistent, that it is

4    likely that this was sent to me.  When you say review

5    a paper, review means different things to different

6    people.

7              Did I look through it?  Yes.  Did

8    I fully understand the molecular virology of it?

9    Unlikely, because I'm not an evolutionary virologist.

10   Did I make any substantive comments on it?  Unlikely,

11   because that would not be my position since I'm not

12   an evolutionary virologist.

13        Q.    Now, you have been copied on four drafts

14   of this paper prior to this on February 4th, 5th, and

15   7th; correct?

16        A.    Correct.

17        Q.    Those drafts were sent to you by

18   Jeremy Farrar as written up by Eddie Holmes?  Do you

19   recall that?

20        A.    I'm not sure it was written up by

21   Eddie Holmes, but it was sent from me, I believe.

22   You showed me an -- you showed me a lot of e-mails

23   and papers before.  I don't have an exact

24   recollection of the name of the person who sent it

25   versus the one who was referred to, but the names of

**DR. ANTHONY FAUCI  11/23/2022**

Page 161

1   Eddie Holmes and Jeremy Farrar are certainly

2   associated with the paper.

3        **Q.     And, in fact, if you look at the author**

4   **line, there's five authors associated with it;**

5   **correct?**

6        A.     Yes.

7        **Q.     And all of those people are on that**

8   **February 1st call at 2:00 p.m. organized by**

9   **Jeremy Farrar; correct?**

10       A.     I believe so.  I -- yeah, I believe so,

11   but I'm not a hundred percent sure.  Was he and

12   Lipkin on the call?  He might have been.  I know that

13   the others very likely were on the call.

14       **Q.     Is that Ian Lipkin who one week -- or six**

15   **days earlier had sent an e-mail saying that we have a**

16   **nightmare of circumstantial evidence to address?**

17            MR. KIRSCHNER:  Objection.  Lack of

18   foundation.

19   BY MR. SAUER:

20       **Q.     Is that the same human?**

21       A.     Well, Ian Lipkin is Ian Lipkin.  There

22   aren't a lot of Ian Lipkins that I know.

23       **Q.     Can you turn to the second page of the**

24   **document?  Second paragraph, last sentence, it says,**

25   **"Importantly, this analysis provides evidence that**

1   SARS-CoV-2 is not a laboratory ^ construct nor a

2   purposely manipulated virus"; correct?

3        A.    Correct.

4        Q.    Did you have any discussions with any of

5   these authors about that conclusion?

6              MR. KIRSCHNER:  Objection.  Asked and

7   answered.

8              THE WITNESS:  I don't recall whether I had

9   a discussion with the authors about that last

10  statement.  When I looked at the paper for things

11  that you understand are clear sentences like that and

12  not necessarily things like Figure 1, which go into

13  the mutations and contact residues, et cetera.  So I

14  am certain that having looked at it, I was aware of

15  what their conclusion was.  I don't recall discussing

16  specifically that conclusion with them.

17  BY MR. SAUER:

18       Q.    How about with Francis Collins?  Did you

19  discuss it with him?

20       A.    It's possible.  I mean, Francis and I know

21  each other very well.  He's the director of NIH.  I

22  would not be surprised if I had in the discussion a

23  mention of and perhaps discussion of the conclusion

24  of that paper.

25       Q.    How about with Jeremy Farrar?  Did you

**DR. ANTHONY FAUCI  11/23/2022**

Page 163

1    have any discussions with him about the conclusion?

2        A.    I don't recall.  I would not be surprised

3    if I did, but I don't specifically recall.  It would

4    be much more likely that I had a conversation of that

5    type with Dr. Collins, possibly with Dr. Farrar, but

6    I don't know for sure.

7        Q.    I'm handing you Exhibit 20.

8              (FAUCI Exhibit No. 20 was marked for

9    identification.)

10   BY MR. SAUER:

11       Q.    Do you see this article from the NIH

12   record entitled "NIAID's Lane Discusses WHO COVID-19

13   Mission to China"?

14       A.    And what's the question, sir?  I'm sorry.

15       Q.    I'm just saying do you see this?

16       A.    Yes, I do see it.

17       Q.    Okay.  And then if you look at the first

18   paragraph, it's talking about Dr. Cliff Lane, which

19   is the patient in that WHO mission we talked about

20   earlier; correct?

21       A.    Correct.

22       Q.    Could you turn to the fifth page of the

23   document, bottom paragraph?  There's a quote from

24   Mr. Lane.  Do you see that?

25             MR. KIRSCHNER:  Objection.  I would ask

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   that Dr. Fauci have an -- an opportunity to

 2   familiarize himself with this document.

 3            MR. SAUER:  I'm just asking if he sees

 4   that -- that quote on the bottom of Page 5.

 5            THE WITNESS:  Is it the last paragraph?

 6   BY MR. SAUER:

 7       Q.   Yeah, beginning "The Chinese were

 8   managing"?

 9       A.   Yes.

10       Q.   And Mr. Lane, after returning from the

11   trip, said the Chinese were managing this in a very

12   structured, organized way; correct?

13            MR. KIRSCHNER:  Objection.  Lack of

14   foundation.

15   BY MR. SAUER:

16       Q.   Is that what it says?

17       A.   That's what the sentence says on this

18   report on Page 5.  That's what the NIH record --

19   report says, yes.

20       Q.   And the quote goes on to quote Mr. Lane as

21   saying, "When we got there, the outbreak was already

22   coming under control in China.  The measures they put

23   in place appear to be working.  I think that they

24   felt there were lessons learned they wanted to share

25   with the rest of the world"; correct?
```

```
 1        A.    Correct.
 2        Q.    Did you discuss Mr. Lane's experience on
 3   the trip with him when he got back from the WHO trip?
 4        A.    The answer is I did, and it relates really
 5   a lot to what -- the sentence -- what he said.
 6   Dr. Lane was very impressed about how from a clinical
 7   public health standpoint, the Chinese were handling
 8   the isolation, the contact tracing, the building of
 9   facilities to take care of people, and that's what I
10   believed he meant when he said were managing this in
11   a very structured, organized way.
12        Q.    And he goes on in that last sentence on
13   that page to say, "From what I saw in China, we may
14   have to go to as extreme a degree of social
15   distancing to help bring our outbreak under control";
16   correct?
17        A.    Correct.
18        Q.    So he drew the conclusion that there might
19   have to be extreme, in his word, measures to mandate
20   social distancing to bring the outbreak under
21   control; correct?
22        A.    That's what this is implying, yes.
23        Q.    Did he discuss that with you when he came
24   back from the trip?
25        A.    He might have.  I don't recall the exact
```

```
 1   sentence, but he did discuss with me that the Chinese
 2   had a very organized way of trying to contain the
 3   spread in Wuhan and elsewhere.  He didn't get
 4   a chance to go to Wuhan, but he was in Beijing, and I
 5   believe other cities -- at least Beijing -- and he
 6   mentioned that they had a very organized,
 7   well-regimented way of handling the outbreak.
 8        Q.    And so he had a kind of positive reaction
 9   to that.  There might be lessons to be learned for
10   the United States in its response to the outbreak;
11   correct?
12             MR. KIRSCHNER:  Objection.  Vague.
13   Ambiguous.
14   BY MR. SAUER:
15        Q.    Correct?
16        A.    I believe Dr. Lane came to the conclusion
17   that when you have a widespread respiratory disease
18   that a very common and effective way to curtail the
19   rapid spread of the disease is by implementing social
20   distancing measures.
21        Q.    Did you agree with that conclusion when
22   you discussed it with him when he came back?
23        A.    I wasn't there and I didn't see it, but
24   Dr. Lane is a very astute clinician, and I have every
25   reason to believe that his evaluation of the
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   situation was accurate and correct.
 2        Q.    Do you know if he communicated with
 3   Chinese officials when he was on that trip?
 4        A.    I don't know for sure whether
 5   he communicated with Chinese officials on the trip.
 6        Q.    So you -- would you know the identities of
 7   any Chinese officials he may have communicated with?
 8              MR. KIRSCHNER:  Objection.  Speculative.
 9              THE WITNESS:  I don't recall discussions
10   about -- he may have.  Again, this was a few years
11   ago.  He may have had discussions with them.  I -- I
12   don't know if he did or not.
13   BY MR. SAUER:
14        Q.    I'm going to give you another exhibit, 21.
15              (FAUCI Exhibit No. 21 was marked for
16   identification.)
17   BY MR. SAUER:
18        Q.    Just real briefly, you see this is an
19   e-mail from Cliff Lane dated 22nd February 2020;
20   correct?
21        A.    Correct.
22        Q.    And in the first line of the e-mail he
23   said, "China has demonstrated this infection can be
24   controlled, albeit at great cost"; correct?
25        A.    Right.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 168

1      **Q.**    **In your discussions with him, did he**

2    **discuss controlling the infection at great cost?**

3      A.    Again, I don't recall the precise nature

4    of the conversation that I had with Dr. Lane, but I

5    believe what he was referring to is that you have

6    to -- that you can control it, and by great cost, I

7    believe he was referring to extreme methods.

8          And the Chinese, indeed, went to extreme

9    methods to do that.

10      **Q.**    **And those extreme methods include very**

11    **aggressive lockdowns, for example --**

12      A.    Yeah, but the lockdowns were the types of

13    lockdowns that were really quite extreme.  They would

14    essentially lock people in their homes, which was

15    extreme to do that.

16      **Q.**    **Did you come to believe that extreme**

17    **measures would be required to control the spread of**

18    **the virus?**

19          MR. KIRSCHNER:  Objection.  Vague.

20    Ambiguous.

21          THE WITNESS:  When you're talking about

22    the virus here in the United States?

23    BY MR. SAUER:

24      **Q.**    **Correct.**

25      A.    It was my opinion that social distancing

**DR. ANTHONY FAUCI  11/23/2022**

Page 169

```
 1   would be very important when you have a respiratory
 2   virus that is spreading widely through a community
 3   causing an extraordinary amount of suffering and
 4   death.  Getting to context, I refer specifically that
 5   early on in the epidemic when New York got hit very
 6   badly, there were freezer and cooler trucks that were
 7   loaded with dead bodies from the hospital.  That is
 8   an unprecedented extreme issue that we all felt
 9   strongly, those of us involved in the discussions and
10   the public health recommendations, that social
11   distancing was imperative so that our hospitals would
12   not be overrun, and that we would be in a situation
13   where we would have to almost triage the decision of
14   who would live and who would die.
15            When you get to that extreme, social
16   distancing, even by somewhat difficult means, is
17   warranted to save lives.
18        Q.   Did you think that social distancing --
19   I'm talking about this time frame of around February
20   of 2020 -- did you think that social distancing would
21   have to include only high-risk individuals or would
22   it apply to society as a whole?
23            MR. KIRSCHNER:  Objection.  Vague.
24            THE WITNESS:  When you're -- when you're
25   dealing with a respiratory illness that has the
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 170

```
1   potential to kill a lot of people -- we've lost over
2   one million people in this country -- in order to
3   have an effective interruption, which would almost
4   certainly be on a temporary basis, but to interrupt
5   this enormous explosion of infections that we were
6   seeing, you would have to involve essentially the
7   entire community.
8   BY MR. SAUER:
9        Q.    Let me hand you Exhibit 22.
10             (FAUCI Exhibit No. 22 was marked for
11   identification.)
12   BY MR. SAUER:
13       Q.    And this is an e-mail chain involving you,
14   Christian Anderson, Jeremy Farrar, and Francis
15   Collins; right?
16       A.    Yeah.
17       Q.    And then it also includes the other
18   authors of that "Proximal Origins of COVID-19" paper
19   that we looked at earlier in the preprint version?
20       A.    Yeah.
21       Q.    If you look at that, just a little way
22   down the March 6th, 2020 4:23 p.m. e-mail from
23   Anderson.  Do you see that?
24       A.    Right.
25       Q.    He says, "Dear Jeremy, Tony and Francis,
```

**DR. ANTHONY FAUCI 11/23/2022**

1    Thank you again for your advice and leadership as

2    we've been working through the SARS-CoV-2 origin

3    paper; correct?

4         A.    Correct.

5         Q.    And Jeremy is Jeremy Farrar; correct?

6         A.    Correct.

7         Q.    Tony is you?

8         A.    Yeah.

9         Q.    And Francis is Francis Collins, right?

10        A.    Correct.

11        Q.    And what advice and leadership did you

12   provide, if any, on the preparation of that paper?

13        A.    Very little.

14        Q.    So you don't know what he's talking about

15   when he says thank you?

16        A.    No.  I think that Jeremy is being

17   courteous, as he is wont to be.  I mean "advice"

18   could be -- and "leadership" could be we really got

19   to get information out.  Thank you for the effort

20   you've put into it.  Advice and leadership, to my

21   recollection, had very little to do with substantive

22   input into the paper.

23        Q.    And that second --

24        A.    And we did not have substantive input into

25   the paper.

**DR. ANTHONY FAUCI 11/23/2022**

1    Q.    And below that, it says, "Please let me
2  know if you have any comments, suggestions or
3  questions about the paper or the press release";
4  correct?
5    A.    Correct.
6    Q.    So he invited you to have comments on the
7  paper because we're still waiting for proofs?
8    A.    Right.
9    Q.    So there was still time to make changes to
10 it; correct?
11   A.    Yeah.  And there were no -- to my
12 recollection, any substantive input into the paper.
13   Q.    Do you recall making comments on it at any
14 time --
15         MR. KIRSCHNER:  Objection.  Asked and
16 answered.
17 BY MR. SAUER:
18   Q.    Do you?
19   A.    I don't recall making any substantive
20 comments on the paper.  I may have made a comment
21 that "nice job," which is very courteous, but doesn't
22 mean that I had a substantive input into the paper.
23 I did not.
24         (FAUCI Exhibit No. 23 was marked for
25 identification.)

DR. ANTHONY FAUCI  11/23/2022

Page 173

```
 1   BY MR. SAUER:
 2        Q.    Exhibit 23.  The first stage -- page of
 3   this document is an e-mail from you to
 4   Mark Zuckerberg; correct?
 5        A.    Yeah.  The reason I'm smiling, you're
 6   jumping around here, but that's okay.  We're good.
 7   Fake left.  All right.  Let's go.
 8        Q.    Is an e-mail to you from Mark Zuckerberg;
 9   correct?
10        A.    Correct.
11        Q.    The top one is dated February 27, 2020.
12        A.    Right.
13        Q.    And he writes to you, "Tony, I was glad to
14   hear your statement about the COVID-19 vaccine," and
15   so forth.
16        A.    Right.
17        Q.    Were you already on a first-name basis
18   with Mark Zuckerberg on February 27?
19        A.    You know, a lot of people call me Tony who
20   have never even met me before.
21        Q.    Had you met him before this e-mail was
22   sent?
23        A.    I don't recall what the first time I met
24   Mark Zuckerberg.  I actually don't think -- maybe
25   not.  Again, context, I meet thousands of people.
```

DR. ANTHONY FAUCI  11/23/2022

Page 174

```
 1   I'm not sure I've ever met him in person.  I've been
 2   on Zooms and Facebook things with him, but it could
 3   not be at all unusual -- it happens every day -- that
 4   people who have never met me refer to me as Tony.
 5   I'm a rather informal person.
 6       Q.    Do you have relationships with researchers
 7   at the Chan Zuckerberg Institute?
 8       A.    If the Chan Zuckerberg Institute that
 9   you're referring to is the San Francisco General
10   Hospital.
11       Q.    The one you described earlier.
12       A.    Yeah because remember -- yeah, that's the
13   thing, Mr. Sauer.  I'm not really clear on -- I'm not
14   really quite sure what Bio Club is.  I do know that
15   Chan Zuckerberg supports the San Francisco General
16   Hospital.  And I know Chan Zuckerberg in the context
17   of the University of California, San Francisco
18   General Hospital.
19       Q.    And do you have relationships with
20   researchers at that hospital?
21           MR. KIRSCHNER:  Objection.  Vague and
22   ambiguous.
23   BY MR. SAUER:
24       Q.    If I could finish the question.
25       A.    Again, I'm not sure what you mean by
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 175

```
 1   relationship.  I know, to varying degrees of
 2   familiarity ranging from knowing who they are to
 3   being able to recognize them at a meeting and say
 4   hello, to knowing them over the years in our
 5   interactions in the medical and scientific community,
 6   but the answer to your question is:  I can't pull out
 7   people.  I mean, I know researchers who are at the
 8   San Francisco General Hospital, for sure.  I've
 9   dealt -- our institute deals with them regularly.
10        Q.    Do you remember the first time you met
11   Mark Zuckerberg?
12        A.    I don't remember specifically, but I
13   believe it was on a Zoom call.  I don't believe I've
14   ever physically -- I may have.  Could be.  I don't
15   know for sure, but I don't think I've physically
16   interacted with him.  I believe I have seen him on
17   multiple times that we've interacted on Facebook
18   Zoom-type podcasts.
19        Q.    Did any of those Zooms predate the
20   outbreak of COVID-19?
21        A.    I don't think so.  I mean, I don't -- I've
22   heard of Mark Zuckerberg -- obviously, he's a famous
23   person, but I don't recall -- again, I could have run
24   into him prior to the outbreak, but I don't
25   specifically recall running into Mark Zuckerberg
```

```
 1   before.  It's possible.

 2        Q.    Can you turn to the third page of this

 3   document?  There's another e-mail from

 4   Mark Zuckerberg dated March 15th of 2020.

 5             Do you see that?

 6             MR. KIRSCHNER:  The page before.

 7             THE WITNESS:  The one in the middle of the

 8   page?

 9             MR. KIRSCHNER:  No, I think it's --

10   BY MR. SAUER:

11        Q.    Third page of the document?

12        A.    Third page of the document, yes.

13             MR. KIRSCHNER:  Again, I would ask for

14   Dr. Fauci to have an opportunity to familiarize

15   himself with this e-mail prior to asking any

16   questions.

17   BY MR. SAUER:

18        Q.    I just want to ask a quick question about

19   the paragraph that begins, "I'm also doing a series

20   of live-streamed Q and As."

21             Do you see that?

22        A.    Yeah.  I see it.  Just let me read it.

23   Yeah.

24        Q.    Did you, in fact, do a live stream Q and

25   A with Mark Zuckerberg as he invited you to do in
```

DR. ANTHONY FAUCI  11/23/2022

1    this one -- in this paragraph?

2         A.    I believe I did.  I did a three -- I think

3    three is correct.  Three live stream Facebook-type Q

4    and As where he would ask me important questions --

5    you know, why is it important to be careful with, you

6    know, public health measures.  Tell us the truth.

7    Now, what is the virus?  What do you mean?  How does

8    it spread?  Things like that.

9         Q.    Next paragraph down, "Finally, we have

10   allocated technical resources and millions of dollars

11   of free ad credits for the U.S. Government to use for

12   PSAs to get its message out over the platform"?

13        A.    That's what he says, right.

14        Q.    And the platform refers to Facebook, I

15   guess?

16        A.    I guess so.

17        Q.    Did you accept that offer that Facebook

18   would donate millions of dollars of free ad credit?

19        A.    No, I don't have the authority to accept

20   outside money like that.  It would have to go through

21   a different channel.  And I don't believe -- though

22   I'm not 100 percent certain -- I don't believe that

23   there was any money that was given from the

24   Zuckerberg to the United States government to do

25   PSAs.  It's possible, but it certainly didn't happen

**DR. ANTHONY FAUCI  11/23/2022**

1  to my knowledge.  I don't recall money being given

2  for PSAs.  I recall the offer to help get information

3  out, but I don't recall -- again, could have

4  happened, possible.  But I don't recall.

5      Q.    Exhibit 24 --

6          MR. KIRSCHNER:  Counsel, before we go to

7  Exhibit 24, I've noticed on this exhibit it looks

8  like a phone number that I want to make sure is

9  redacted before it becomes a public record.  It looks

10  like a personal cell phone for Mark Zuckerberg.

11          MR. SAUER:  This is a document as we

12  received it from the government.

13          MR. KIRSCHNER:  And it's marked

14  confidential.

15          MR. SAUER:  We have no objection to that.

16  BY MR. SAUER:

17      Q.    And Exhibit 24?

18          (FAUCI Exhibit No. 24 was marked for

19  identification.)

20  BY MR. SAUER:

21      Q.    Is this the actual published version of

22  the "Proximal Origin of SARS-CoV-2"?

23      A.    I don't have anything in front of me.

24      Q.    Oh, sorry.  Is this the published version

25  of the "Proximal Origin of SARS-CoV-2" that was

1    **published online on March 17th of 2020.**

2            MR. KIRSCHNER:  Objection.

3    Mischaracterizes the evidence.  Just to make the

4    record clear, you're saying March 17th.

5            MR. SAUER:  If you look at the last page

6    in the far right column, at the very top, it says,

7    "Published online 17 March, 2020."  Do you see that?

8            MR. KIRSCHNER:  Okay.  I see that.  Thank

9    you.

10           THE WITNESS:  This appears to be the

11   Nature Medicine -- it says Nature Medicine, Volume

12   27, April 2020, on the bottom of the paper so I would

13   imagine this is the original, published,

14   peer-reviewed article that appeared in Nature

15   Medicine.

16   BY MR. SAUER:

17       **Q.   So this is the published version of the**

18   **one that Dr. Anderson had sent you the preprint**

19   **version of a few days earlier; correct?**

20       A.   Well, I can't say exactly that it is.  I

21   do know that it would be standard to have a preprint

22   usually in Med Archive.  And it had the same title,

23   the "Proximate Origin of SARS-CoV-2," and the authors

24   appear to be the same, so I would make a reasonable

25   assumption that Exhibit 24 is the peer-reviewed

**DR. ANTHONY FAUCI  11/23/2022**

Page 180

```
 1    version of the preprint that you showed me before.
 2          Q.     And the first page, second paragraph?
 3          A.     Yes.
 4          Q.     Last sentence.  "Our analyses clearly show
 5    that SARS-CoV-2 is not a laboratory construct or a
 6    purposely manipulated virus;" correct?
 7          A.     That's what it says.
 8          Q.     Did you have any input in formulating that
 9    conclusion between the time you got the preprint
10    version from Dr. Anderson on March 8 and then the
11    publication online on March 17?
12          A.     Mm-hmm.^   this is a conclusion of the
13    authors.  I'm not really sure of what you're saying
14    did I have any input.  I don't recall conversation
15    that we had -- and as I mentioned before, my input
16    into the formulation of this was minimal, if at all.
17    I remember reading through it.
18                And I'm not quite sure what you mean that
19    I have substantial input into the conclusion.  That
20    conclusion was based on the analysis by the authors
21    of this paper.
22          Q.     Did you have any communications at all
23    about that -- about -- any communications at all
24    about that conclusion in that time frame from
25    March 8th to March 17th?
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 181

1      A.    Conversations with whom?

2      **Q.    With anybody.**

3      A.    You know, I don't recall specific

4   conversations, but we read the preprint and,

5   therefore, we knew what the conclusion was, and I'm

6   sure that that conclusion was discussed.  So I would

7   not be surprised at all following the initial

8   preprint that I discussed the conclusion of these

9   authors that this is not a laboratory construct or a

10  purposely manipulated virus.

11           I wouldn't be surprised if I did discuss

12  this with people since it already was out in public

13  knowledge in the preprint.  So the question, did I

14  discuss this between the preprint and now?  I would

15  not be surprised if I did.

16     **Q.    Do you know anyone you discussed it with?**

17  **Do you remember?**

18     A.    I can't specifically remember anyone I

19  discussed it with, but, as I said, given the fact

20  that it was out in the preprint literature, it is

21  likely, and I'm not surprised if I did, discuss it.

22  It was being discussed widely.

23     **Q.    I'm handing you Exhibit 26.**

24           MR. KIRSCHNER:  I think we're on 25.

25           MR. SAUER:  Oh, sorry.  That was it.

DR. ANTHONY FAUCI  11/23/2022

```
 1   Twenty-five.
 2              (FAUCI Exhibit No. 25 was marked for
 3   identification.)
 4   BY MR. SAUER:
 5       Q.    Is this a copy of a blog that
 6   Francis Collins, the NIH director, published on
 7   March 26th, 2020?
 8              MR. KIRSCHNER:  Objection.  Speculative.
 9   BY MR. SAUER:
10       Q.    Is that what appears to be on the cover?
11       A.    The cover states it was a NIH director's
12   blog posted on March 26th, 2020, by Dr. Francis
13   Collins.  So I have no reason to believe that that's
14   not what actually occurred.  That this blog was put
15   up on his director's page.
16       Q.    Can you look at the second page of the
17   document, the beginning of the blog?
18       A.    Yes.
19       Q.    You see where Director Collins says, "Some
20   folks are even making outrageous claims that the new
21   coronavirus causing the pandemic was engineered in a
22   lab"?
23       A.    I'm sorry.  Where -- we are -- where are
24   we?
25       Q.    Second page.
```

**DR. ANTHONY FAUCI 11/23/2022**

Page 183

```
 1      A.    This here?

 2      Q.    First full paragraph.

 3            MR. KIRSCHNER:  Again, I would ask for

 4   Dr. Fauci to have an opportunity to familiarize

 5   himself with this document.

 6            THE WITNESS:  Yeah.  Let me read that

 7   paragraph, please.

 8            Yes.  I've read the paragraph.  What's the

 9   question?

10   BY MR. SAUER:

11      Q.    You see where it says, "Some folks are

12   even making outrageous claims that the new

13   coronavirus causing the pandemic was engineered in a

14   lab"?

15      A.    Yes, I see that.

16      Q.    And he goes on to say, "A new study

17   debunks such claims by providing scientific evidence

18   that this novel coronavirus arose naturally";

19   correct?

20      A.    Correct.

21      Q.    In the immediate following paragraph,

22   he describes that as reassuring findings and refers

23   to the Nature Medicine article we just looked at;

24   right?

25      A.    Correct.
```

1      Q.     Were you aware that Francis Collins was

2  publishing a blog addressing the Nature Medicine

3  article "Proximal Origins of COVID-19"?

4           MR. KIRSCHNER:  Objection.  Lack of

5  foundation.

6  BY MR. SAUER:

7      Q.     Were you aware?

8      A.     Was I aware that he was preparing it?  I

9  don't think so.  I might have been, but I doubt it.

10  Someone likely would have brought this to my

11  attention.  I don't recall reading this.  I don't

12  read every NIH director's blog.  It is conceivable,

13  maybe likely, that I did read it, but I was not -- to

14  my knowledge -- maybe he mentioned something to me

15  that I forgot that he was going to write a blog, but

16  it doesn't ring a bell in my mind that he was

17  planning to write a blog.  But, you know, Francis

18  writes a lot.  I wouldn't be surprised if he

19  mentioned he was going to do a blog, but this does

20  not ring a bell.  It's clear that he did it and if he

21  did it, I likely saw it.

22      Q.     You don't recall discussing it with him

23  beforehand in any way before he published it?

24      A.     You know, again, I might have discussed it

25  with him, but I don't recall specifically discussing

DR. ANTHONY FAUCI  11/23/2022

Page 185

 1    it with him.

 2        Q.    I'm handing you Exhibit 26.  Was there --

 3    were you aware of media coverage of the article when

 4    it came out?

 5            MR. KIRSCHNER:  Can you please wait until

 6    Dr. Fauci has the exhibit in front of him?  Also I

 7    only have one person -- okay.  What exhibit number is

 8    this?

 9            MR. SAUER:  Twenty-six.

10            MR. KIRSCHNER:  I apologize, Mr. Sauer,

11    but can you -- once Dr. Fauci has the exhibit, can

12    you restate the question?

13            THE WITNESS:  So this is -- I have two

14    things here.

15            MR. KIRSCHNER:  Oh, I have one copy.

16            THE WITNESS:  So this is --

17            (FAUCI Exhibit No. 26 was marked for

18    identification.)

19    BY MR. SAUER:

20        Q.    Do you see this ABC News article

21    designated at the top of the page entitled "Sorry,

22    conspiracy theorists.  Study concludes COVID-19 is

23    not a laboratory construct."

24            Do you see that?

25        A.    I see it, yes.

**DR. ANTHONY FAUCI 11/23/2022**

Page 186

1      Q.    And then it -- it's dated March 27th,
2    2020, the day after the NIH director's blog that we
3    just looked at; correct?
4      A.    Correct.
5      Q.    Did you communicate with the media about
6    the Nature Medicine article when it came out at all?
7      A.    You know, I don't recall communicating
8    with the media about that.  I might have, but I don't
9    specifically recall communicating with the media
10   about it.
11     Q.    Do you know if Dr. Collins communicated
12   with the media about it?
13     A.    I don't know if he did.
14     Q.    Do you know if anyone in the NIAID staff,
15   the staff that you oversee, communicated with the
16   media about it?
17     A.    I don't recall if they did or did not.
18   They might have, but I don't recall.
19     Q.    Did Dr. Collins ever contact you about the
20   Nature Medicine article after this -- his March 26th
21   blog?
22           MR. KIRSCHNER:  Objection.  Vague.
23   Ambiguous.  Lack of foundation.
24           THE WITNESS:  You're asking if he
25   contacted me about the Nature Medicine article.  I

**DR. ANTHONY FAUCI  11/23/2022**

Page 187

```
 1   don't remember a specific contact, but since it's a
 2   published article, I wouldn't be surprised if somehow
 3   or other Dr. Collins commented to me about it or I
 4   commented to him about it.  But I don't specifically
 5   recall any significant discussion.  Again, we might
 6   have.  That would not be surprising to me.
 7   BY MR. SAUER:
 8        Q.    I'm handing -- we're handing you
 9   Exhibit 26.
10              (FAUCI Exhibit No. 27 was marked for
11   identification.)
12              THE WITNESS:  I have Exhibit 26.  You're
13   talking about 27.
14   BY MR. SAUER:
15        Q.    Sorry.  Twenty-seven.  You're right.
16        A.    Francis Collins to me, CC.
17        Q.    Do you recognize this e-mail?
18              MR. KIRSCHNER:  Objection --
19              THE WITNESS:  I have to read it.
20              MR. KIRSCHNER:  -- I would ask for
21   Dr. Fauci to have an opportunity --
22              THE WITNESS:  I have to read it.
23              MR. KIRSCHNER:  -- to familiarize himself
24   with the document.
25              THE WITNESS:  Yes, I've read it.
```

**DR. ANTHONY FAUCI  11/23/2022**

 1   BY MR. SAUER:

 2        **Q.     Do you recall getting this e-mail from**

 3   **Dr. Collins on April 14th, 2020 at 5:02 p.m.?**

 4        A.     Again, I'm very sorry, but you're talking

 5   about e-mails several years ago.  I don't recall

 6   specifically this e-mail.  You're putting an e-mail

 7   in front of me that's from Francis to me, and I'm

 8   reading what it says.  I don't recall seeing this,

 9   but I know that Francis clearly was concerned that

10   there'd be misinformation out and he wanted -- and

11   that's why he asked:  "Any more we can do as the

12   national academy to weigh in?"

13        **Q.     In particular in the first paragraph there**

14   **he says to you, "Wondering if there is something NIH**

15   **can do to help us put down this very destructive**

16   **conspiracy with what seems to be growing momentum";**

17   **correct?**

18        A.     Right.

19        **Q.     Have you ever described the lab leak**

20   **theory of the origins of COVID as a very destructive**

21   **conspiracy to you?**

22        A.     Specifically, to me -- I mean, it's here

23   in this e-mail, but I just think that my little bit

24   of a hyperbole on his part about, you know, using

25   words like destructive conspiracy, I think Francis

 1    felt -- and you'll have to ask Francis about that --
 2    but I believe he felt that the data -- and you go to
 3    the third paragraph in that e-mail -- he said, "I
 4    hoped that the Nature Medicine article on the genomic
 5    sequence would settle this."
 6              So what I believe Francis was saying that
 7    the scientific data strongly point to a natural
 8    occurrence, and there's a lot of, you know,
 9    discussion by some that this is clearly a deliberate
10    development of a virus that could harm people, and
11    Francis in the e-mail appears to be disturbed saying,
12    the scientific data shown in Nature Medicine we hoped
13    would settle this, and that's why he's concerned.
14              The words that he used, I don't recall him
15    using those words in public -- in person to person to
16    me, but he clearly used those words in this e-mail.
17         Q.   **You said a few things there.   To**
18    **understand what Dr. Collins meant when he sent this**
19    **e-mail and the various other e-mails, you said you**
20    **really have to ask Dr. Collins about that?**
21         A.   Yeah.
22         Q.   **Is that fair to say?**
23              MR. KIRSCHNER:  Objection.
24    Mischaracterizes the evidence and also --
25              THE WITNESS:  No, I mean, you're asking me

1  about something he said, and I think the natural

2  thing is why don't you ask the guy who said it?

3  BY MR. SAUER:

4      Q.    Fair enough.  And then if you look there

5  to the link, he's got a link there to a Bret Baier

6  report that's entitled "Sources increasingly

7  confident coronavirus outbreak started in a

8  Wuhan lab"; correct?

9      A.    I'm sorry.  What -- is this the --

10     Q.    First page?

11     A.    I can't read it.

12     Q.    Yeah, directly.

13     A.    I can't see Bret Baier.  I can't read the

14  rest of it.

15     Q.    Well, let me ask you this:  Dr. Collins,

16  at the end of it says, "Anything more we can do?  Ask

17  the National Academy to weigh in?"  Correct?

18     A.    Right.

19     Q.    So he's asking you if there is anything

20  more that you and he and Cliff Lane and the others

21  copied can do to try to put this destructive

22  conspiracy, in his words, to rest; correct?

23     A.    I think if you look at -- I mean, I'm not

24  sure exactly.  I don't recall this e-mail, so I'm not

25  sure what he was implying.  But reading it now, I

**DR. ANTHONY FAUCI  11/23/2022**

Page 191

1   concentrate on the next-to-last paragraph, what he

2   said.

3           "I had hoped the Nature Medicine article

4   on the genomic sequence would settle this, but it

5   probably didn't get much visibility."  And it is

6   conceivable that what he is saying is that this is a

7   scientific, peer-reviewed article.  It's not

8   surmising.  It's not extrapolation.  It's just a

9   peer-reviewed scientific article that he feels didn't

10  get a proper amount of visibility.

11          And in the next sentence, he says, "How

12  can we get it to get more visibility?  Perhaps ask

13  the National Academy to weigh in and review the

14  evidence to give the evidence more visibility.  I

15  think this is typical Francis, who's is a very solid

16  scientist, wanting to stick with the scientific data

17  as opposed to discussions of hypotheses with no

18  basis.

19      **Q.    Did you take any steps to increase the**

20  **visibility of the article after this?**

21      A.    Not to my knowledge.  I don't think so.  I

22  was busy with a lot of other things.

23      **Q.    I'm sure you were very busy.  Did you**

24  **respond to the e-mail?**

25      A.    I don't recall if I did.  You're probably

1    going to show me an e-mail where I did.

2         Q.    Can you look at the next page?

3         A.    Yeah.

4         Q.    Next day, April 17, 2022, you respond to

5    that e-mail, saying, quote, "I would not do anything

6    about this right now.  It is a shiny object that will

7    go away."  ^  correct?

8         A.    Right.

9         Q.    What did you mean when you said, "I would

10   not" -- "I would not do anything about this right

11   now."  Were you saying you don't want to take any

12   steps to increase the visibility of --

13        A.    Right.  No.  I think we should let the

14   Nature Medicine article speak for itself is what I

15   meant.

16        Q.    And you said it is a shiny object --

17        A.    Right.

18        Q.    -- that will go away in time?

19        A.    Right.

20        Q.    What did you mean by that?

21        A.    By shiny object I mean something that

22   people tend to really get excited about.  It's very

23   exciting to say, "Well, this thing was manufactured

24   by the Chinese and they threw it out into the world."

25   That's a shiny object.

1           If you say that, it gets discussed all

2   over the world.  That's a shiny object.  And I was

3   referring to the fact that I stick, as a scientist,

4   with the science.  And invariably, the science

5   prevails.

6           So what I was referring to is that I don't

7   think you should do anything about it right now.  Let

8   the Nature Medicine and the data essentially prevail.

9           And this issue of -- with no proof at all,

10  people stating this is likely manufactured by the

11  Chinese and released, that's what I meant by a shiny

12  object, it's something with no evidence but a lot of

13  pizzazz to it if you say it.  And that's what I was

14  referring to.

15      **Q.    Tying back to your earlier comment, do you**

16  **think that that theory was a form of misinformation**

17  **or disinformation that could lead to loss of life?**

18          MR. KIRSCHNER:  Objection.  Vague.

19  Ambiguous.

20          THE WITNESS:  No.  I'm not sure.

21  BY MR. SAUER:

22      **Q.    Well, Dr. Collins described it as a very**

23  **destructive conspiracy.**

24      A.    Correct.

25      **Q.    And I take it that's the destructive**

1    conspiracy theory that the virus originated from a

2    lab?

3         A.    Right, right.

4         Q.    Did you view that theory as a form of

5    misinformation or disinformation that could lead to

6    the loss of life?

7         A.    It could be misinformation.  Remember,

8    misinformation are things that are untrue, not

9    necessarily deliberately, you know, propagated as

10   untrue, whereas disinformation is when you know it's

11   wrong and you still spread it.

12              So this very well might be, at least at

13   the time there was no indication that this was

14   correct information.  So let me categorize it that

15   way.

16              So for someone -- or anyone -- to be going

17   around spreading that this clearly is something that

18   was made by the Chinese and released in society and

19   killed a lot people, that would be misinformation

20   because there's no evidence that that's the case.

21              And the second part of your question was

22   that could lead to a number of other things.  When

23   you pursue misinformation and disinformation, often

24   you take away from the effort of pursuing something

25   that is in the line of correct information.

**DR. ANTHONY FAUCI  11/23/2022**

Page 195

```
1          Q.    Did you take any further steps after that

2     e-mail to increase the visibility or the public

3     awareness of the Nature Medicine article?

4               MR. KIRSCHNER:  Objection.  Asked and

5     answered.

6               THE WITNESS:  Again, I'm not really sure

7     what you mean.  When the paper came out, it was a

8     peer-reviewed scientific analysis that came to a

9     conclusion that we've already discussed.

10              Did I discuss this with people since this

11    was a topic of considerable concern, likely I did.

12    If you're asking did I do anything to promote the

13    dissemination of that, I don't think I went out of my

14    way, as I mentioned and you agreed, I'm a really busy

15    person.  I have a lot of other things to do.  I don't

16    think I made this something that was a high level of

17    priority for me.

18    BY MR. SAUER:

19         Q.    You don't think you made -- let me ask you

20    this:  You knew what Nature Medicine article he was

21    talking about, right?

22         A.    Yeah.

23         Q.    And in particular, this is the article

24    that has Christian Anderson as a corresponding

25    author?
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        A.     Right.

 2        Q.     Correct?

 3        A.     Correct.

 4        Q.     This is the article where he, you know,

 5   you had been sent at least four drafts of it, based

 6   on the e-mails we saw previously; correct?

 7        A.     That's the same one of which I had very

 8   little input into, yeah.

 9        Q.     And this is the article that Christian

10   Anderson had sent you a preprint and had said thank

11   you for your advice and leadership about the article;

12   correct?

13              MR. KIRSCHNER:  Objection.

14   Mischaracterizes the evidence.

15   BY MR. SAUER:

16        Q.     Correct?

17        A.     It's the article that we discussed before.

18        Q.     Proximal Origins of COVID-19?

19        A.     Yes.

20        Q.     Exhibit 28.

21              (FAUCI Exhibit No. 28 was marked for

22   identification.)

23   BY MR. SAUER:

24        Q.     And this is a excerpt from the transcript

25   of the Coronavirus Task Force press briefing in the
```

DR. ANTHONY FAUCI 11/23/2022

```
 1    White House dated April 17th, 2020; correct?

 2              MR. KIRSCHNER:  Objection.

 3              THE WITNESS:  That's what it says on the

 4    top of the piece of paper of Exhibit 28, it says

 5    "Remarks by President Trump, Vice President Pence,

 6    and members of the Coronavirus Task Force."

 7    BY MR. SAUER:

 8       Q.    At that time, you were a member of the

 9    Coronavirus Task Force; correct?

10       A.    That is correct.

11       Q.    And you participated in this briefing with

12    the president and the vice president; correct?

13              MR. KIRSCHNER:  Objection.  I would ask

14    Dr. Fauci have an opportunity to familiarize himself

15    with this document.

16              THE WITNESS:  I'm looking at the document

17    now.  And as I scan, I see on page 44 of 48, that it

18    says Dr. Fauci, and it says something that it looks

19    like I said at the press -- this looks like a

20    transcript, which it looks like it is, then clearly I

21    participated in that because my name is here.

22    BY MR. SAUER:

23       Q.    And if you look little bit above that on

24    that second page, there's a question from a member of

25    the media saying, "Mr. President, I wanted to ask
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    Dr. Fauci, could you address the suggestions or
 2    concerns that the virus was somehow manmade, possibly
 3    came out of a laboratory in China?"  Correct?
 4         A.    That's what it says.
 5         Q.    And the president says to you, "Want to
 6    go?"  Correct?
 7         A.    That's what the president said.
 8         Q.    And then the reporter repeated, addressing
 9    you.  "You studied this virus.  What are the
10    prospects of that?"  Right?
11         A.    That's what the question said.
12         Q.    And your response to that was, "There was
13    a study recently that we can make available to you
14    where a group of highly qualified evolutionary
15    virologists looked at the sequences there and the
16    sequences in bats as they evolved.  And the mutations
17    that it took to get to the point where it is now is
18    totally consistent with a jump of a species from an
19    animal to a human"; correct?
20         A.    That's what it says.
21         Q.    Do you remember saying that?
22         A.    I don't recall.  I was at -- as you
23    probably know, multiple, multiple White House press
24    conferences.  I have no reason to doubt that the
25    transcript is not accurate, and it looks like that's
```

DR. ANTHONY FAUCI  11/23/2022

Page 199

 1   what I said.  So I would imagine I said it.

 2       Q.    And this is April 17, which is the same

 3   day that you had e-mailed Dr. Collins this last

 4   exhibit saying this theory is a shiny toy that will

 5   go away in time.  Correct?

 6       A.    Shiny object.

 7       Q.    Sorry.  Shiny object that will go away in

 8   time.

 9           MR. KIRSCHNER:  Objection.  Lack of

10   foundation.

11           THE WITNESS:  You know, I would have to go

12   back and look where -- you're asking me if it was the

13   same date.  And I have to look here.  The date on

14   Exhibit 27 is 17th of April.  And this is the date of

15   the press conference, yes.  So it's the same date.

16   Yeah.

17   BY MR. SAUER:

18       Q.    And I've watched the video of this

19   particular comment?

20       A.    Yeah.

21       Q.    And I noted in watching the video that,

22   when you said that sentence about totally consistent,

23   you pause and use that phrase, "totally consistent"

24   with emphasis.

25       A.    Right.

**DR. ANTHONY FAUCI  11/23/2022**

Page 200

1          Q.     Do you remember doing that?

2          A.     I don't remember doing that.  Like I said,

3     it's one of many, many, many press conferences.  So I

4     don't remember a pause of a statement I made in one

5     of dozens and dozens and dozens of press conferences.

6          **Q.     And you have given many, to be sure.  But**

7     **do you remember saying the mutations that it took to**

8     **get to the point where it is now -- pause for**

9     **emphasis -- is totally consistent with a jump from**

10    **species, from animal to human.  You don't remember**

11    **that?**

12              MR. KIRSCHNER:  Objection.  Lack of

13    foundation.

14              THE WITNESS:  I don't remember pauses in

15    the hundreds of conferences that I've been at.

16    BY MR. SAUER:

17         **Q.     You went on to say, "So the paper will be**

18    **available.  I don't have the authors right now, but**

19    **we can make that available to you"; correct?**

20         A.     Right.

21         **Q.     This is the same paper that, on the same**

22    **day, you had been e-mailing with Dr. Collins about in**

23    **the previous exhibit; correct?**

24         A.     I'm a little bit confused with your

25    question.  I'm not sure what you mean.  Is the

DR. ANTHONY FAUCI  11/23/2022

Page 201

```
 1   paper --
 2       Q.    What paper are you referring to here in
 3   your comments from the White House podium at the task
 4   force briefing on April 17th?  Do you know?
 5       A.    I don't know.  I assume it was the Nature
 6   Medicine paper.  I don't know.  I think it was.
 7       Q.    Did you make the paper available to any
 8   reporters after this press conference?
 9       A.    Not to my knowledge.
10            MR. KIRSCHNER:  Mr. Sauer, how long do you
11   want to go before lunch?
12            MR. SAUER:  Why don't we do one more
13   exhibit.
14            THE WITNESS:  Okay.
15   BY MR. SAUER:
16       Q.    Exhibit 29.
17            (FAUCI Exhibit No. 29 was marked for
18   identification.)
19   BY MR. SAUER:
20       Q.    If you'll look at the bottom of this page,
21   did you receive an e-mail on April 19th, 2020, from a
22   reporter at the Washington -- at The Times asking:
23   "Dr. Fauci on Friday said he would share a scientific
24   paper with the press on the origin of the
25   coronavirus.  Can you please help me get a copy of
```

**DR. ANTHONY FAUCI 11/23/2022**

1    that paper?"  Do you recall that?

2         A.    This is Bill -- Bill Gertz's e-mail to

3    Katie.  I don't recall it, but I'm looking up ahead

4    and I -- this is -- I guess this is Katie Miller, if

5    I'm not mistaken, who is the vice president's press

6    person.  I think that's probably who it was.  It

7    doesn't say who it's to or from, and then up above I

8    sent a link.  So that -- that may be the papers we're

9    talking about.

10        Q.    Did you send the link to Bill in there in

11   the first line of the e-mail, directly to Bill?

12        A.    Yeah.  He asked for the scientific paper

13   in the press briefing that you asked for.  That may

14   have been the press person that asked the question,

15   and it looks like Katie Miller, who is the press

16   person for the Vice President Pence,

17   probably contacted me.  I don't see a connecting

18   e-mail here, but she probably contacted me and said,

19   would you send the links to the paper to Bill Gertz,

20   and it looks like I did.  It says here, "Bill, here

21   are the links to the scientific papers and a

22   commentary about the papers."

23             So there are two aspects here.  There is

24   the original paper that came online that I believe

25   was not yet out or maybe just did come out and a

```
 1   commentary on it in the journal Cell, yes.
 2        Q.     And the first paper is, in fact, the
 3   proximal origin of SARS-CoV-2 --
 4        A.     Right.
 5        Q.     -- the Nature Medicine paper that we've
 6   talked about?
 7        A.     It looks -- yes, it says here Nature
 8   Medicine April 2020.  That is the paper that is the
 9   peer-reviewed version of the original preprint that
10   came out earlier.
11        Q.     And then the other two citations are both
12   authored by Eddie Holmes who was --
13        A.     Right.
14        Q.     -- involved in drafting that paper;
15   correct?
16        A.     Right.
17               MR. SAUER:  Let's take a break there.
18               THE VIDEOGRAPHER:  The time is 12:27 p.m.,
19   and we're going off the record.
20               (Recess.)
21               THE VIDEOGRAPHER:  The time is 1:19 p.m.,
22   and we're back on the record.
23   BY MR. SAUER:
24        Q.     Dr. Fauci, I'm handing you Exhibit 30.
25               (FAUCI Exhibit No. 30 was marked for
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    identification.)

 2    BY MR. SAUER:

 3        Q.    You see this is an e-mail at the top from

 4    you to Peter Daszak dated at -- dated April 19th,

 5    2020?

 6        A.    Yes.

 7        Q.    And you're responding to an e-mail from

 8    him the day before, April 18th, 2020; correct?

 9        A.    Correct.

10        Q.    And his e-mail was the day after that

11    coronavirus task force press conference that we

12    looked at, the previous exhibit; correct?

13        A.    Right.

14        Q.    And he said, "Tony, CC'ing David so that

15    you might pass this on to Tony once he has a spare

16    sec"; correct?

17        A.    Correct.

18        Q.    Is David a reference to David Morens?

19        A.    That's true, yes.

20        Q.    Who is David Morens?

21        A.    David Morens is a person who works at

22    NIAID, is a scientist, been with us for a very long

23    time.

24        Q.    Does he know Peter Daszak?

25        A.    I believe he does.
```

DR. ANTHONY FAUCI  11/23/2022

Page 205

```
 1          Q.     Do you know Peter Daszak?

 2          A.     You know --

 3                 MR. KIRSCHNER:  Objection.  Asked and

 4     answered.

 5                 THE WITNESS:  Yeah.  To the extent that

 6     I've answered that multiple times, I'm acquainted in

 7     the sense of I have seen him once or twice.  I don't

 8     have a friendship or a relationship, if you want to

 9     call it that, with him.  I'm just aware of him, and

10     I've seen him a couple of times.  I think I did a

11     podcast once where he was another member of the

12     podcast group.

13     BY MR. SAUER:

14          Q.     These other people he copies, Erik Stemmy,

15     Emily Erbelding, and Aleksei Chmura, are they all

16     people that work on your staff at NIAID?

17          A.     Erik Stemmy does for sure.  Emily does for

18     sure.  I believe Aleksei Chmura does also, but I'm

19     not 100 percent sure.  I believe that person does.

20     I've seen his name circulated around in -- in

21     correspondence in our institute, but for sure

22     Erik Stemmy and Emily Erbelding work at NIAID.

23          Q.     Do you know how he got all your e-mail

24     addresses?

25                 MR. KIRSCHNER:  Objection.  Calls for
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   speculation.

 2   BY MR. SAUER:

 3       Q.    For example, do you know how he got your

 4   e-mail address?

 5       A.    How Peter Daszak got my e-mail address?

 6       Q.    Yeah.

 7       A.    It's pretty easy to get an e-mail address.

 8   You just go on to the global NIH and you can get it.

 9       Q.    That's publicly available, your e-mail

10   address?

11       A.    Oh, totally.

12       Q.    Even though it's redacted under B6 in this

13   document?

14             MR. KIRSCHNER:  Objection.  Argumentative.

15   BY MR. SAUER:

16       Q.    You may answer.

17       A.    I don't know what you're talking about.

18   You don't redact a website.  If you go on to the NIH

19   global, you can find my e-mail address.

20       Q.    You responded to this the day after you

21   received it saying, "Many thanks for your kind note";

22   correct?

23       A.    Right.  That's a very typical response of

24   mine.  I can show you 45,000 e-mails that say thank

25   you for your kind note.
```

DR. ANTHONY FAUCI  11/23/2022

Page 207

```
 1        Q.    You say you get about 2,000 e-mails a day?
 2        A.    I get -- yeah, some days -- some days a
 3   thousand, two thousand, some days several hundred.
 4        Q.    Do you respond to all of them like that?
 5        A.    No, no.  The -- the ones that are
 6   irrelevant and -- what's the right word for them --
 7   the ones that I don't really need to see.
 8        Q.    That's how you respond to them?
 9        A.    I don't respond -- no, to this?  No.  I
10   don't respond to every one of my e-mails.  I get a
11   lot of e-mails from a number of different sources
12   that are completely distracting and irrelevant to me,
13   but when an e-mail comes through, we got -- people
14   think I should see from a legitimate scientist,
15   they let it through and then I see it.
16        Q.    And that Peter Daszak is a legitimate
17   scientist in that category.  Fair to say?
18              MR. KIRSCHNER:  Objection.  Vague.
19              THE WITNESS:  Peter Daszak is a -- is a
20   grantee of NIAID.  So it would be perfectly
21   appropriate to let an e-mail from a grantee of NIAID
22   through to me.
23   BY MR. SAUER:
24        Q.    Are you aware that -- generally, that
25   after your comments at the White House April 17th,
```

1    **coronavirus task force briefing speech about the lab**

2    **leak hypothesis was censored on social media?**

3            **Are you aware of that?**

4            MR. KIRSCHNER:  Objection.  Lack of

5    foundation.  Vague.

6            MR. SAUER:  I've asked him if he's aware

7    of it.

8    BY MR. SAUER:

9        Q.    Are you aware of it?

10       A.    I'm not aware of suppression of speech on

11   social media to my knowledge.  If -- if it was

12   brought to my attention, it went (unreportable

13   sound.)  I -- I don't recall being aware of

14   suppression of anything.

15       Q.    **Were you -- were you aware that Twitter,**

16   **for example, removed content that suggested the virus**

17   **may have escaped from a lab?**

18           MR. KIRSCHNER:  Objection.  Lack of

19   foundation.

20   BY MR. SAUER:

21       Q.    If you know?

22       A.    You know, I don't know for sure.  I can

23   say I am not aware of it.  It may be someone somehow

24   sent me one of the thousands of e-mails and said,

25   "Hey, this is happening," but I was not aware to the

**DR. ANTHONY FAUCI  11/23/2022**

Page 209

```
 1   point of noting it in my memory that Twitter or any

 2   other social media was suppressing anything.

 3        Q.    Exhibit 31.

 4              (FAUCI Exhibit No. 31 was marked for

 5   identification.)

 6   BY MR. SAUER:

 7        Q.    Here's a report in The Hill, if you see

 8   that at the top, headline is Twitter suspends

 9   accounts of Chinese virologist who

10   claimed coronavirus was made in the lab; correct?

11        A.    That's what it says.

12        Q.    Does this incident ring a bell?  Were you

13   aware of an incident like this which --

14              THE REPORTER:  Counsel, please slow down.

15   BY MR. SAUER:

16        Q.    Were you aware of a -- Twitter suspending

17   the account of a Chinese virologist --

18        A.    Yeah.

19        Q.    -- who claimed it was removed from a lab?

20        A.    You know, Mr. Sauer, I might have -- been

21   brought to my attention then.  I don't recall this.

22   If you show me this now and ask me the question:  Do

23   you recall this?  I'd have to say I don't recall.

24              Is it possible that back then somebody

25   said, "Hey, you know, Twitter suspended a Chinese
```

**DR. ANTHONY FAUCI  11/23/2022**

1  virologist's account," and I would have went, ah,

2  okay, and move on to the other things I do in life.

3          This is not something that would be

4  catching my attention because, you know, the social

5  media and Twitter, I told you, I don't have a Twitter

6  account.  I don't tweet.  I don't do Facebook.  I

7  don't do anything.  So social media stuff, I don't

8  really pay that much attention to.

9      **Q.    Exhibit 33?**

10          MR. KIRSCHNER:  Thirty-two.

11          MR. SAUER:  Thirty-two.

12          (FAUCI Exhibit No. 32 was marked for

13  identification.)

14  BY MR. SAUER:

15      **Q.    Is this a document from Meta entitled,**

16  **"Update on our work to keep people informed and limit**

17  **misinformation about COVID-19"?**

18          MR. KIRSCHNER:  Objection.  Lack of

19  foundation.  Speculative.

20  BY MR. SAUER:

21      **Q.    Is that what it says on the front of it?**

22      A.    The title say "Meta," and it says, "Update

23  on our work to keep people informed and limit

24  misinformation about COVID-19."

25      **Q.    Third page of this document, can you turn**

DR. ANTHONY FAUCI  11/23/2022

```
 1   to that?

 2        A.    Page 3.  Okay.  All right.

 3        Q.    It says at the top, the very first line,

 4   mostly across, "We are expanding the list of

 5   false claims we will remove to include additional

 6   debunked claims"?

 7        A.    I'm sorry.  What -- where is it?

 8        Q.    Top page.

 9        A.    "We are expanding," the middle of the

10   sentence.  Okay.  I got it.

11        Q.    "We will remove to include

12   additional debunked claims about the coronavirus and

13   vaccine"; correct?

14             MR. KIRSCHNER:  I object.  I'd like to

15   have Dr. Fauci to have a moment to familiarize

16   himself with this document.

17             THE WITNESS:  So I'm not -- is this --

18   what is Meta?  That is a ^  Facebook.

19   BY MR. SAUER:

20        Q.    Let me cut past all that.  If you look at

21   the top of page 3, there's a reference to removing

22   debunked claims in that first bullet point that

23   COVID-19 is manmade or manufactured.  Generally, were

24   you aware that Meta, which controlled Facebook and

25   Instagram, changed its policy alleging that it would
```

1    **remove its content alleging that COVID-19 is**

2    **manufactured or manmade?**

3        A.    I don't recall being aware of this --

4    some -- again, when you say were you aware, you're

5    talking a couple of years ago.  Could someone have

6    passed me in the hall and said, "By the way, were you

7    aware that Meta did this?"  Would have been one of

8    10,000 things that that was said to me that day.  I

9    don't recall being aware of anything that Meta did.

10   In fact, I didn't even know what the Meta was.

11       **Q.    You've heard of Facebook; right?**

12       A.    If I -- yeah, I understand now.  Somebody

13   told me that they are part of Facebook or own

14   Facebook or something like that.

15       **Q.    Exhibit 33.**

16           **(FAUCI Exhibit No. 33 was marked for**

17   **identification.)**

18   BY MR. SAUER:

19       **Q.    Very briefly -- oh, sorry.**

20           **Very briefly, this article is headlined**

21   **"Facebook Censors Award-Winning Journalist for**

22   **Criticizing the WHO."  Is that correct?**

23       A.    That's what this title of Exhibit 33 says.

24       **Q.    And the article referred to a man named**

25   **Ian Birrel, B-i-r-r-e-l.  Have you ever heard of him?**

DR. ANTHONY FAUCI  11/23/2022

 1      A.    I don't recall of ever hearing of Ian

 2   Birrel.  Maybe back then somebody said something

 3   about him.  But right now, I wouldn't know.  It says

 4   here a multiaward-winning investigative reporter.

 5   But if it hadn't said that, I wouldn't know who Ian

 6   Birrel is.

 7      **Q.    Did you ever have any communications with**

 8   **anybody removing speech about the lab leak theory of**

 9   **the origins of the COVID from social media platforms?**

10      A.    I don't recall ever having any

11   conversation.  But again, no, I would say it would be

12   unlike me because I don't get involved in that sort

13   of stuff.  Like I said, my association with social

14   media is almost zero.  I don't have an account.  I

15   don't tweet.  I don't pay attention to social media.

16   I wouldn't know how to access a tweet if you paid me.

17      **Q.    Exhibit 34.**

18           **(FAUCI Exhibit No. 34 was marked for**

19   **identification.)**

20   BY MR. SAUER:

21      **Q.    During 2020, was there a controversy about**

22   **the effectiveness of hydroxychloroquine in treatment**

23   **of COVID-19?**

24           MR. KIRSCHNER:  Objection.  Vague.

25   Ambiguous.

**DR. ANTHONY FAUCI 11/23/2022**

Page 214

```
 1               THE WITNESS:  There were claims that
 2   hydroxychloroquine was effective against coronavirus.
 3   BY MR. SAUER:
 4        Q.    And did you disagree with those claims?
 5        A.    I did.
 6        Q.    What was your basis for disagreeing with
 7   those claims?
 8        A.    Lack of any evidence whatsoever that
 9   hydroxychloroquine was effective against coronavirus,
10   followed by clinical studies that showed that, in
11   fact, was not effective against hydroxychloroquine ^
12   and statements by clinical trials guideline groups
13   stating explicitly that there's no evidence
14   whatsoever that hydroxychloroquine works against
15   coronavirus.
16        Q.    Did you -- you're referring to the studies
17   and so forth.  Did you collect those studies yourself
18   and review them or did someone collect them for you?
19               MR. KIRSCHNER:  Objection.  Assumes
20   evidence not in the record.
21               THE WITNESS:  What studies are you
22   referring to?
23               MR. SAUER:  Well, I think you referred to
24   studies.
25               THE WITNESS:  Well, there were claims
```

1  based on anecdotal data.  And if you look at the

2  record, it was clear that when people made definitive

3  claims about efficacy based on anecdotal data that's

4  not scientific, that does not indicate that a drug is

5  effective.

6          Subsequently, papers were published

7  showing a lack of effect of hydroxychloroquine.

8  BY MR. SAUER:

9      Q.    And my question is:  Did you do all this

10  research yourself where you are getting all the

11  studies --

12      A.    No.

13      Q.    -- or did someone else do the research for

14  you?

15      A.    I don't do research myself on the efficacy

16  of drugs.  The research is performed by researchers

17  who publish their data in peer-reviewed journals, and

18  that's how you get information that's applicable to

19  the real world.

20      Q.    Did you have discussions with others in

21  NIAID about the efficacy of hydroxychloroquine?

22      A.    The subject of the hydroxychloroquine and

23  the claims based on no data that hydroxychloroquine

24  was effective against coronavirus was a topic of

25  discussions on and off, both in NIAID and in the

**DR. ANTHONY FAUCI  11/23/2022**

 1  scientific community in general.

 2      Q.    Who did you discuss it with at NIAID, to

 3  your recollection?

 4      A.    I'm sure I discussed it with a number of

 5  people.  Probably Dr. Cliff Lane, who was the

 6  clinical director of my institute.  It's likely that

 7  I discussed the efficacy of hydroxychloroquine with

 8  him.

 9      Q.    Anyone else within NIAID?

10      A.    I'm -- I would imagine there were other

11  people.  I don't specifically recall.  But given the

12  fact that Cliff Lane is one of the top infectious

13  disease clinicians in the country and happens to be

14  my clinical director and the director of my division

15  of clinical research, it is highly likely that I had

16  that discussion with him.

17      Q.    How about outside of NIAID?  Anyone else

18  within government that you discussed its efficacy

19  with?

20      A.    I can't say for sure.  As I mentioned, it

21  was a topic of considerable discussion.  So I would

22  not be surprised if somehow you pulled out a piece of

23  paper where I spoke to someone about it.  It was a

24  very important subject because hydroxychloroquine can

25  have some deleterious effects in people, and it was

**DR. ANTHONY FAUCI 11/23/2022**

 1    concern within the established medical community that

 2    based on claims based on no data, anecdotal data at

 3    best that hydroxychloroquine works, that people would

 4    be taking it, in which it does not help, but

 5    possibly harms them.

 6          **Q.    Is that one of the pieces of**

 7    **misinformation or disinformation that may cause loss**

 8    **of lives that you referred to earlier, in your view?**

 9          A.    The claim, based on no data, juxtaposed on

10    clear-cut clinical data showing that

11    hydroxychloroquine does not work.  If one propagates

12    this concept that hydroxychloroquine is highly

13    effective and people take it based on that

14    information, which is incorrect, yes, that would be

15    misinformation or even disinformation that could lead

16    people to take a drug that would not help them, that

17    could possibly hurt them.

18          **Q.    Did you make a series of public statements**

19    **about the efficacy of hydroxychloroquine in the**

20    **summer of 2020?**

21          A.    I don't know when I made it, whether it

22    was the spring or the summer, but I definitely made

23    public statements.  I recall, when people asked at a

24    White House press conference whether

25    hydroxychloroquine worked, and I said those data are

1    anecdotal, and there's not definitive proof that it

2    works.  So I have made public statements in places

3    like a White House press conference.

4         **Q.    Just looking at the exhibit in front of**

5    **you.  This is a Politico article entitled, "Fauci:**

6    **Hydroxychloroquine not effective against**

7    **coronavirus."  Correct?**

8         A.    That's what the title says, yes.

9         **Q.    And then the second page of it gives a**

10   **date of May 22nd, 2020.  Correct?**

11        A.    Correct.

12        **Q.    And in the second paragraph there, it**

13   **quotes you as saying, "The scientific data is really**

14   **quite evident now about lack of efficacy;" correct?**

15        A.    Correct.

16        **Q.    And the next page, when you said that,**

17   **you're referring to the hydroxychloroquine; correct?**

18        A.    I guess so.  I guess if the topic of

19   discussion was hydroxychloroquine, it isn't

20   explicitly stated hydroxychloroquine, but in the

21   antecedent paragraph, the author, Zachary Brennan,

22   is referring to hydroxychloroquine.  So I would

23   imagine that I was also referring to

24   hydroxychloroquine.

25        **Q.    And the next page, third page, it says,**

1    "Fauci's comments come days after the Lancet

2    published" --

3                  (Discussion off the record.)

4                  THE VIDEOGRAPHER:  The time is 1:37 p.m.

5                  (Recess taken.)

6                  THE VIDEOGRAPHER:  The time is 1:38 p.m.

7    and we're back on the record.

8    BY MR. SAUER:

9         Q.    Turning your attention to the third page

10   there, it says, "Fauci's comments come days after you

11   The Lancet published a 96,000-patient observational

12   study that concluded that hydroxychloroquine has no

13   effect on COVID-19 and may have even caused some

14   harm"; correct?

15        A.    That's what it says, yes.

16        Q.    It says that -- was that, in fact, the

17   basis of your statement that the scientific data is

18   really now quite evident about lack of efficacy?

19        A.    That could be.  Again, you're going back a

20   couple of years.  It is quite consistent with that.

21   I can't say definitively that that was the specific

22   study that I was referring to.  There was information

23   coming from a number of studies, some of which were

24   negative studies that showed that it did not work.

25   And others were positive studies to show that it did

DR. ANTHONY FAUCI  11/23/2022

1   not work.

2           So this could have been the study that I

3   was referring to.  I'm not 100 percent certain.

4       **Q.    In the time frame, was there discussion**

5   **of -- was there a situation with the FDA first in**

6   **March of 2020 issuing an EUA as to**

7   **hydroxychloroquine?  Did that occur, do you recall?**

8       A.    I don't recall exactly when, but I -- and

9   again, you're going back and they may have -- I think

10  they did, but I'm not 100 percent sure, that they did

11  issue an EUA for the emergency use of

12  hydroxychloroquine, but I believe that that EUA was

13  subsequently pulled back.

14      **Q.    Would that have been in June of 2020?**

15      A.    Could possibly have been.  I don't recall

16  exactly.

17      **Q.    Were you consulted in that process by the**

18  **FDA?  Did you have any input on the decision by the**

19  **FDA to revoke the EUA?**

20      A.    I don't recall.  It is possible that I was

21  but I don't recall.

22      **Q.    Do you have any recollection of why the**

23  **EUA was revoked?**

24      A.    I don't have any recollection now of why

25  it was revoked then, but I would imagine, as the data

DR. ANTHONY FAUCI  11/23/2022

1    accumulated, that clinical trials showed a lack of

2    efficacy.

3            The criteria for an emergency use

4    authorization that a drug that has not been proven to

5    be effective, that the potential benefit of the drug

6    might outweigh the risk.

7            If data comes in to show that there's no

8    benefit for the drug, then that would be a basis for

9    pulling back on the EUA.

10       **Q.    Next 35.**

11           **(FAUCI Exhibit No. 35 was marked for**

12   **identification.)**

13   BY MR. SAUER:

14       **Q.    Is this The Lancet study that was referred**

15   **to in the Politico article that we just discussed, to**

16   **your knowledge?**

17           MR. KIRSCHNER:  Objection.  Lack of

18   foundation.

19   BY MR. SAUER:

20       **Q.    If you know?**

21       A.    I don't know if it's the same article, to

22   be honest with you.

23       **Q.    If you look on the front page of this**

24   **exhibit on the right?**

25       A.    Yeah.

1    Q.    Do you see where it says at the top -- the

2  very top, "Published online May 22nd, 2020"?

3    A.    Okay.

4    Q.    The word "May" is under the D and

5  retracted.^   Do you see that?

6    A.    Yeah.

7    Q.    And that's five days before that Politico

8  article dated May 27th?

9    A.    Right.

10    Q.    And the Politico article referred to a

11  study in The Lancet that surveyed 96,000 patients;

12  correct?

13    A.    That's what the Politico article says.

14    Q.    And if you look at the third paragraph

15  here in the summary, the very beginning of it, it

16  says, "Findings:  96,032 --

17    A.    Yeah.

18    Q.    -- patients --

19    A.    Right.

20    Q.    -- are discussed"?

21        Then this study was later retracted;

22  correct?

23    A.    Well, it says "retracted" across the

24  front.  I don't recall it being retracted, but if it

25  says "retracted" --

```
 1        Q.    Were you aware that it was retracted at
 2   the time?  Do you have any recollection of that?
 3             MR. KIRSCHNER:  Objection.  Lack of
 4   foundation.
 5   BY MR. SAUER:
 6        Q.    If you know?
 7        A.    I don't recall it being retracted.  I
 8   might have at the time heard that it was retracted,
 9   but it wasn't the only paper that was on
10   hydrochloroquine.
11   BY MR. SAUER:
12        Q.    Did you -- was your opinion based
13   on other papers as well?
14        A.    My -- I mean, I'm thinking back, then,
15   my -- my opinion of the effect of hydroxychloroquine
16   was based on accumulating data from a number of
17   studies.  I don't recall specifically what those
18   studies are now.
19        Q.    Some of -- obviously not every doctor
20   agreed with your views on hydroxychloroquine;
21   correct?
22             MR. KIRSCHNER:  Objection.  Argumentative.
23             THE WITNESS:  Not every doctor agreed.  I
24   don't think every doctor in the world agrees on
25   everything, but I'm sure there was some doctors who
```

1  disagreed with it despite the fact that the evidence

2  was ample, accumulating, and continued to accumulate

3  that hydroxychloroquine was not effective.

4  BY MR. SAUER:

5  **Q.   Were you aware that there were doctors who**

6  **continued to prescribe it for their patients with**

7  **COVID?**

8  A.   I heard that doctors were continuing to

9  prescribe it.

10  **Q.   If a doctor makes that clinical judgment**

11  **with respect to their patient, are you qualified to**

12  **second guess that clinical judgment?**

13         MR. KIRSCHNER:  Objection.  Argumentative.

14         THE WITNESS:  I don't -- I don't know what

15  you're talking about.  Am I qualified to -- what do

16  you mean by qualified to question?

17  BY MR. SAUER:

18  **Q.   Well, do you have qualifications --**

19  A.   There's no -- you mean, like, a written

20  statement that says you are qualified to -- I'm not

21  sure what you mean am I qualified to.

22  **Q.   What is your qualification to second guess**

23  **a decision that's made between a doctor and their**

24  **individual patient about the prescription of**

25  **hydroxychloroquine for -- to treat COVID?**

DR. ANTHONY FAUCI  11/23/2022

Page 225

```
 1      A.    Well, I mean, you're using the word
 2   "second guess."  If a physician is prescribing a
 3   medication that has no benefit and can clearly cause
 4   harm, that would make me pause as to whether or not
 5   that was an appropriate thing.  When you say "second
 6   guess," I'm wondering what you mean.  Second guess,
 7   go out and demonstrate in front of his or her office?
 8   No, that's not it, but I can certainly have an
 9   opinion that if a physician prescribes a medication
10   with no proven efficacy and clearcut potential
11   toxicity, then I would be concerned about that
12   because as a physician, I never want to see a patient
13   harmed by an intervention that has no benefit to
14   begin with.
15      Q.    Were you aware -- or do you recall that in
16   July of 2020, a couple of months after the -- your
17   statement that -- from Politico that we talked about,
18   there were a group of doctors who had a -- posted a
19   video in front of the Supreme Court touting the --
20   what they perceived as the benefits of
21   hydroxychloroquine?
22            MR. KIRSCHNER:  Objection.  Lack of
23   foundation.
24            THE WITNESS:  I don't recall.  I do
25   vaguely recall a group of doctors -- I forgot who
```

**DR. ANTHONY FAUCI  11/23/2022**

1    they called themselves -- got up and were talking

2    about a bunch of things regarding COVID.  I don't

3    precisely recall what they were saying.

4    BY MR. SAUER:

5        Q.    **You don't remember --**

6        A.    I think at the time I knew what they were

7    saying, but quite frankly, I've forgotten what they

8    were saying.

9        Q.    **Exhibit 36.**

10           **(FAUCI Exhibit No. 36 was marked for**

11    **identification.)**

12    BY MR. SAUER:

13        Q.    **Do you recall appearing on Good Morning**

14    **America around July 27th or 28th of 2020?**

15        A.    No.  I don't recall.  Do you know how many

16    times I've appeared on television?

17        Q.    **I'm just asking if you remember this**

18    **particular one, sir.**

19        A.    Yeah, I don't recall.

20        Q.    **Can you turn to the fourth page -- or**

21    **fifth page of this document?**

22           MR. KIRSCHNER:  What -- what -- the top of

23    the page, Mr. Sauer?

24           MR. SAUER:  There's white space and

25    then it says, "Responding to questions about an

**DR. ANTHONY FAUCI  11/23/2022**

1    antimalarial drug."

2              MR. KIRSCHNER:  I would ask for Dr. Fauci

3    to have the time to familiarize himself with this

4    document.

5              THE WITNESS:  Yes.  What about it?

6    BY MR. SAUER:

7        Q.    And -- sorry.  That -- that quote on

8    Page 5, you said on Good Morning America, "The

9    overwhelming prevailing clinical trials that have

10   looked at the efficacy of hydroxychloroquine have

11   indicated that it is not effective in coronavirus

12   disease"; correct?

13       A.    Right.  Correct.

14       Q.    And do you recall those comments being

15   made in response to a video of doctors -- they called

16   themselves America's Frontline Doctors --

17       A.    Right.

18       Q.    -- appearing on the -- I think the steps

19   of the Supreme Court --

20       A.    Right.

21       Q.    -- and touting the perceived benefits of

22   that drug?

23       A.    Right.

24       Q.    Do you remember that?

25       A.    Let's make sure we get the connections

 1   right.  I do recall a group of doctors that were in

 2   front of the Supreme Court.  I guess there were six

 3   or seven of them.  One, I believe, was an

 4   African-American woman, female physician, if I'm not

 5   mistaken.  Could be.  I think that -- I think that's

 6   the group that we were referring to who were in front

 7   of the Supreme Court making a bit of statements.  I

 8   don't precisely recall what they were talking about,

 9   but I know that in general the people who were

10   watching that were concerned about the -- the truth

11   of what they were saying.  They were making -- I

12   don't recall specifically what they were saying, but

13   there was some concern about the accuracy of what

14   they were saying.

15       Q.    Exhibit 37.

16             (FAUCI Exhibit No. 37 was marked for

17   identification.)

18             MR. KIRSCHNER:  Mr. Sauer, I have one

19   version of this.  Do you have two versions of that?

20             THE WITNESS:  I have one.

21             MR. KIRSCHNER:  That's fine.  What number

22   are we on?

23   BY MR. SAUER:

24       Q.    This is a -- is this a Bret Baier article

25   with the headline "Fauci uncensored:

**DR. ANTHONY FAUCI  11/23/2022**

1    Hydroxychloroquine video.  A bunch of people spouting

2    something that isn't true"

3         A.    That's what it says.

4         Q.    And the next -- if you look at the second

5    page, just look at the first paragraph of this --

6    this report.  It quotes you appearing on MSNBC's

7    Andrea Mitchell Reports saying that a video

8    re-tweeted by President Trump that featured doctors

9    at a press conference touting hydroxychloroquine as a

10   coronavirus treatment was, quote, "people spouting

11   something that isn't true"; correct?

12        A.    That's what it says here.

13        Q.    Do you recall saying that?

14             MR. KIRSCHNER:  Objection.  Lack of

15   foundation.

16             THE WITNESS:  You know, I certainly may

17   have said that.  Yes, I think the general impression

18   that if one looked at the video, some -- I recall --

19   I don't know exactly, but it was pretty clear among

20   physicians and those involved that what was being

21   said on the steps in many respects didn't make much

22   medical sense.

23   BY MR. SAUER:

24        Q.    In your review, what was being said was

25   that misinformation or disinformation that could lead

1   to loss of lives?

2        A.    Well, it's possible.  I don't recall

3   exactly.  If you want to play the tape for me and we

4   could go over it, and I could then properly answer

5   your question.  I just know that there was a lot of

6   negative response on the overwhelming representation

7   of the medical community that was said on that press

8   conference on the steps, I believe, of the

9   Supreme Court.  It was really quite unorthodox.

10       Q.    I'm sorry.  I didn't really follow what

11   you just said.  You said there was an

12   overwhelming medical response --

13       A.    In general, if you were to take a poll of

14   physicians in established medical centers throughout

15   the country and have them look at the tape of what

16   was being said at that time, I believe -- it's not

17   been proven, but I believe you would find that the

18   overwhelming majority would find that what was said

19   there really didn't make much medical sense.

20       Q.    Did you take such a poll at the time?

21       A.    I did not, but I know my community and

22   everyone who has ever looked at that just raised

23   their eyebrows and said what the heck are they

24   talking about?

25       Q.    You say you know your community.  Who in

**DR. ANTHONY FAUCI  11/23/2022**

Page 231

1   **your community did you discuss the efficacy of**

2   **hydroxychloroquine with?**

3        A.    We discussed the efficacy of

4   hydroxychloroquine with a number of people in the

5   community.

6        **Q.    Can you name one?**

7        A.    Yeah, I can name a whole group.

8        **Q.    Please do.**

9        A.    We -- we have clinical trials -- I want to

10  get the correct name of it.  It's the NIH Treatment

11  Guidelines Panel.  The Treatment Guidelines Panel is

12  made up of, oh, I would say a total,

13  mostly physicians and health care providers, of about

14  40-plus individuals who are representative of the

15  infectious diseases community throughout the country.

16            Most of them are the chiefs of infectious

17  diseases throughout the medical centers in the

18  country.  Harvard, Cornell, San Francisco.  These are

19  the real leaders in infectious diseases in the

20  country.  They came to a determination based on an

21  examination of all the literature that

22  hydroxychloroquine had no evidence at all of

23  efficacy.

24       **Q.    When was that determination made?**

25       A.    I don't know the exact date, but it is a

1   group that can easily be asked about when that

2   occurred and you could find out on the record, but it

3   was very, very clear that that was the case that they

4   felt that way.

5            They kept an open mind, but they looked at

6   the literature and said that they really felt that

7   there was no evidence at all that

8   hydroxychloroquine -- and it isn't an individual

9   person.  It's a treatment guidelines panels that

10  represents the leadership of infectious diseases in

11  the entire country.

12       Q.   I'm going to give you Exhibit 38.

13            (FAUCI Exhibit No. 38 was marked for

14  identification.)

15  BY MR. SAUER:

16       Q.   Do you see this Breitbart report that

17  says Facebook/Google/YouTube/Twitter censor viral

18  video of doctors, Capitol Hill Coronavirus press

19  conference?

20       A.   Yes.  I see that, another Breitbart

21  statement.

22       Q.   And then can you turn to the third page

23  of -- actually can you see what the date of this

24  report is?

25       A.   The date.  Let me see.

DR. ANTHONY FAUCI  11/23/2022

Page 233

```
 1        Q.    Actually, if you turn to the third page
 2   there at the top, is the date, July 27, 2020.
 3        A.    Correct.
 4        Q.    So this is within a day of the comments --
 5   your comments to Good Morning America and Andrea
 6   Mitchell that we just talked about.  Correct?
 7              MR. KIRSCHNER:  Objection, lack of
 8   foundation.
 9   BY MR. SAUER:
10        Q.    Is that correct?
11        A.    I'm getting confused about dates here.  So
12   let's go back, and what's the date of the Andrea
13   Mitchell thing?
14        Q.    If you look at the last two exhibits,
15   July 28th was your comment on Good Morning America.
16   Or the 27th.
17        A.    On Tuesday, well the news article here, it
18   says:  Updated July 28th.  So I assume that the
19   statement was either July 28th or it was reported on
20   July 28th and the statement was July 27th.  I can't
21   tell from this exhibit.
22        Q.    So it would be within a day of this
23   article we're looking at now, that's page 127;
24   correct?
25        A.    Correct.
```

DR. ANTHONY FAUCI 11/23/2022

Page 234

```
 1        Q.    Okay.  So staying on the third page, the
 2   report says Facebook entered a ^ video posted by
 3   Breitbart News earlier today, which was the
 4   top-performing Facebook post in the world Monday
 5   afternoon of a press conference in DC held by the
 6   group, America's Frontline Doctors.  You see that?
 7        A.    I see that, yes.
 8        Q.    And that group and press conference has
 9   been saying that -- that group and press conference
10   that you were disagreeing with in your two prior
11   statements; correct?
12              MR. KIRSCHNER:  Objection.  Lack of
13   foundation.  Speculative.
14   BY MR. SAUER:
15        Q.    Your two prior statements to Andrea
16   Mitchell and to Good Morning America; correct?
17              MR. KIRSCHNER:  Again, objection.  Lack of
18   foundation.  Speculative.
19              THE WITNESS:  It is likely it was that.  I
20   can't say absolutely for sure, but if you were
21   talking about the press conference by a group of
22   doctors on the steps of wherever, the Capitol or the
23   Supreme Court, and I was referring to that, it is
24   likely that's what I was referring to but I can't say
25   for sure.  I don't have a precise recollection of
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    that.

 2    BY MR. SAUER:

 3         Q.    Looking down on this page, do you see

 4    under that big paragraph, there's a smaller paragraph

 5    that says, "The video accumulated over 17 million

 6    views during the eight hours it was hosted on

 7    Facebook."

 8         A.    Correct.

 9         Q.    Does the widespread dissemination of this

10    video touting the benefits of hydroxychloroquine,

11    would that trouble you as a doctor who was concerned

12    about --

13              MR. KIRSCHNER:  Objection.

14    BY MR. SAUER:

15         Q.    -- misinformation and disinformation being

16    disseminated?

17              MR. KIRSCHNER:  Objection.  Lack of

18    foundation.

19              THE WITNESS:  You know, I don't really pay

20    much attention to the quantity.  Like I said, for

21    maybe now the ninth or tenth time, I don't get

22    involved in social media stuff.  I don't follow -- I

23    wouldn't even know how to access how many views

24    something has, so --

25    BY MR. SAUER:
```

DR. ANTHONY FAUCI 11/23/2022

```
 1        Q.    If you were aware that a video did have 17
 2   million views, would that you bother you as a doctor
 3   who is concerned about the dissemination of
 4   misinformation and disinformation about COVID
 5   treatments?
 6             MR. KIRSCHNER:  Objection.
 7             THE WITNESS:  I don't know what 17 million
 8   views means.  What's the denominator?  Is 17 million
 9   a large amount?  Is it a small amount?  I don't go on
10   social media, so I don't know what 17 million views
11   means.
12   BY MR. SAUER:
13        Q.    So that doesn't bother you or you have no
14   opinion one way or the other on that question; fair
15   to say?
16        A.    Well, I don't know how to quantitate the
17   number of views with whatever it is, the point you're
18   trying to make.
19        Q.    But those 17 million people watching that
20   video, were those doctors standing on the steps of
21   the Supreme Court and touted the benefits of
22   hydroxychloroquine, would that bother you?
23        A.    It would likely bother me if a very large
24   number of people were given information that was
25   not only based on no data, but in which data actually
```

DR. ANTHONY FAUCI  11/23/2022

Page 237

1    showed that those statements were untrue.

2              As a physician who takes care of patients

3    and cares about the health of patients, I think that

4    information that spreads falseness not based on data,

5    as physician would be troublesome to me.  What does

6    troublesome mean?  Would I do anything about it?  Not

7    necessarily at all.  But it's just I don't like false

8    information that hurts patients.

9         Q.   Could you turn two pages forward in that

10   document, please?

11             MR. KIRSCHNER:  When you say two pages

12   forward, you mean page 5 of 19?

13             MR. SAUER:  Correct.

14             THE WITNESS:  Okay.  What do you want me

15   to look at?

16   BY MR. SAUER:

17        Q.   Fourth paragraph down, there's a quote on

18   the Facebook copy, stating, "We removed the video for

19   sharing false information about curious and treatment

20   for treatment of COVID-19?"

21        A.   That's what it says.

22             MR. SAUER:  Objection.  Lack of

23   foundation.

24   BY MR. SAUER:

25        Q.   Are you aware of anyone communicating with

1    Facebook about that decision to remove the video?

2        A.    I don't recall anybody communicating with

3    them about that.  Could have been, but I don't recall

4    anybody -- I don't recall anybody communicating with

5    the social media people.

6        Q.    Do you recall anyone at NIAID

7    communicating with social media people?

8        A.    To my recollection, I don't recall.  But I

9    don't know everything that everybody does.  But I

10   don't recall anybody communicating with social media.

11       Q.    Were you aware of anyone associated with

12   the federal government communicating with Facebook

13   about that decision?

14       A.    I don't recall anyone in the federal

15   government that I know.  They might have.  Possible.

16   But I don't recall specifically anyone in the federal

17   government communicating with them.

18              Like I said, I don't pay attention to

19   those types of things.  I have a really important day

20   job that I work at, so --

21       Q.    How about any other topics, setting aside

22   this America's Frontline Doctors, are you aware of

23   anyone the U.S. Government communicating with social

24   media platforms about what can and can't be posted on

25   their platform?

```
 1         A.    You know, I have to say I don't recall any
 2    of that.  I mean, it could be that back then someone
 3    did and brought it to my attention, but I don't
 4    recall any federal official or anybody communicating
 5    directly with social media.  That doesn't ring a bell
 6    for me now.  That doesn't mean it hasn't happened.
 7    It just doesn't ring a bell to me right now.
 8         Q.    Can you turn one page forward in this
 9    exhibit, in that first full paragraph that goes all
10    the way across the page.  "Facebook's decision to
11    censor the Livestream was quickly followed by
12    YouTube, the Google-owned video sharing platform"?
13         A.    Yes, I knew of that.
14         Q.    Or at the time, were you aware of Google
15    or YouTube pulling down this video about
16    hydroxychloroquine?
17              MR. KIRSCHNER:  Objection.  Asked and
18    answered.
19    BY MR. SAUER:
20         Q.    Were you aware?
21         A.    Well, as I've said multiple times, I don't
22    pay attention to what social media organizations like
23    Google and YouTube and Twitter, and all that, what
24    they do because I'm not involved in that.
25              So was I aware -- could someone have
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   cursorily mentioned to me that they did?  Possibly.
 2   And it probably went over my head, because that's not
 3   something that I pay attention to.
 4        Q.    Next paragraph down, following Facebook
 5   and YouTube's removal of the video, Twitter follows
 6   suit, removing Breitbart News's Periscope Livestream
 7   of the press conference; correct?
 8        A.    Where is that?  What paragraph?  I'm
 9   sorry.
10        Q.    Immediately below, there's a two line?
11        A.    Yeah, I'm on the wrong page.
12             MR. KIRSCHNER:  Dr. Fauci is on page 7 of
13   16.  Turn back another page.
14             THE WITNESS:  Okay.  And what's the
15   paragraph, Mr. Sauer, you're talking about?
16             Yes, Twitter followed suit, removing
17   Breitbart's Periscope, whatever that is.  Jack
18   Dorsey's platform also -- yeah.
19   BY MR. SAUER:
20        Q.    Same question.  Were you aware at the time
21   that Twitter followed suit with Facebook and YouTube
22   and pulled this video down?
23             MR. KIRSCHNER:  Objection.  Lack of
24   foundation.
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.    Were you aware?

2      A.    I was not aware, to my knowledge, and when

3   you say aware, it's possible that somebody walking in

4   the hall said, "Hey, did you hear this happened?"

5   Very likely, I would have paid no attention.  Because

6   like I said, I do not get involved in any way with

7   social media.  I don't have an account, I don't

8   tweet, I don't Facebook, and I don't pay attention to

9   that.

10          So you keep asking questions about am

11   I aware of what's going on with people putting things

12   down, I don't pay attention to what gets put up and

13   put down on social media.

14      Q.    Are you generally aware of the terms of

15   service about content moderation on the social media

16   platform?  Do you know anything about them?

17      A.    Terms of service?

18      Q.    Their policies with respect to what people

19   can and can post to social media.  Do you have any

20   knowledge of what those policies say?

21      A.    I'm not even knowing what you're talking

22   about.  The answer would be, like I said -- I'll

23   repeat it again.  I don't pay attention to social

24   media issues.  That's something I don't do.  I don't

25   follow it.  I don't have an account.  I don't follow

```
 1    it.  I don't even know what the condition is.
 2         Q.    Never once?
 3         A.    Well, I can't say never ever.  I'm sure
 4    when you're in a place where there's thousands of
 5    people, and you get thousands of e-mails, somebody
 6    somewhere is going to say something and I'm going to
 7    say, "Oh, good."
 8              So if you're going to show me one time
 9    where someone mentions, good.  Show me.
10         Q.    Exhibit 39.
11              (FAUCI Exhibit No. 39 was marked for
12    identification.)
13    BY MR. SAUER:
14         Q.    This is a report from the Washington
15    Standard entitled "America's Frontline Doctors
16    website shut down."  Do you see that?
17         A.    Yeah.
18         Q.    And right there in the front page it
19    indicates that this is dated August 1st, 2020?
20         A.    Right.
21         Q.    So this is just a couple of days after the
22    report about their video being pulled off Twitter,
23    Facebook and YouTube; correct?
24              MR. KIRSCHNER:  Objection.  Lack of
25    foundation.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1              THE WITNESS:  I'm sorry.  I'm getting
 2   confused here.  So it says the Washington Standard
 3   America's Frontline Doctors website shuts down on the
 4   first page.  Now, what's the next issue you're
 5   pointing out to me?
 6   BY MR. SAUER:
 7        Q.    Is the date of it August 1st, 2020?
 8        A.    Yes, it is.
 9        Q.    Were you aware of their website being
10   taken down by their web hosting provider?
11              MR. KIRSCHNER:  Objection.  Lack of
12   foundation.
13              THE WITNESS:  I don't recall that.  I
14   might have been aware.  Someone may have pointed it
15   out to me, but that's not something, as I say, that
16   would normally attract my attention or my interest.
17   I could have been aware, but, again, I concentrate on
18   other things besides this.
19   BY MR. SAUER:
20        Q.    Do you still -- you testified about your
21   views about the efficacy of hydroxychloroquine.  Is
22   that still your view today that there's still no
23   evidence of its efficacy?
24        A.    Correct.
25        Q.    Are you aware of any metaanalyses of the
```

**DR. ANTHONY FAUCI  11/23/2022**

1  **studies that have been done on a global scale of the**

2  **efficacy of hydroxychloroquine?**

3      A.    I'm not specifically aware of that, but

4  there really are some real ^ failings of

5  metaanalyses, and when you get statisticians to look

6  at them, they often debunk some of those

7  metaanalyses.

8      **Q.    Do you recall saying in connection with**

9  **the discussion of hydroxychloroquine that a**

10  **randomized double blind placebo based study is the**

11  **gold standard?**

12      A.    That is the gold standard for everything.

13  It isn't always needed, but for the most part, it's

14  the gold standard.

15      **Q.    Do you remember criticizing publicly a --**

16  **a study done by -- a sort of real-time study done by**

17  **practitioners of the Henry Ford Medical Center who**

18  **has about a thousand participants that found an**

19  **observational benefit to hydroxychloroquine?**

20          MR. KIRSCHNER:  Objection.  Lack of

21  foundation.

22  BY MR. SAUER:

23      **Q.    Do you remember that?**

24      A.    I don't recall.  It's possible.  I see a

25  lot of studies, hundreds and hundreds of studies

1  that come across my desk.  Some that are put there,

2  some that I find myself.  So I can't say for sure

3  what my opinion or comment was on any given study.

4       **Q.     Exhibit 40.**

5            **(FAUCI Exhibit No. 40 was marked for**

6  **identification.)**

7  BY MR. SAUER:

8       **Q.     Is this the first page of a meta-analysis**

9  **of the studies addressing the efficacy of**

10  **hydroxychloroquine?  Is that what it appears to be?**

11       A.     This is confusing.  Global HCQ/CQ studies.

12  Let me read this paragraph first.

13            I'm not sure what the summary is saying.

14  Negative evaluations typically ignore treatment

15  delay.  Some in vitro evidence suggests that

16  therapeutical level could not be reached, however,

17  that was incorrect.

18       **Q.     Let's just focus on that first sentence**

19  **for a minute, would you, where it says, 449 HCQ**

20  **COVID-19 studies; correct?**

21       A.     Right.

22       **Q.     HCQ is a common -- a Shortlander for**

23  **hydroxychloroquine; correct?**

24       A.     Right.

25       **Q.     And it indicates there's -- 351 of these**

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    449 studies are peer reviewed; correct?
 2            MR. KIRSCHNER:  Objection.  Lack of
 3    foundation.
 4    BY MR. SAUER:
 5        Q.    Is that what it says?
 6        A.    351 peer reviewed, 371 comparing treatment
 7    and control groups.  Late treatment in high dosages
 8    may be harmful while early treatment consistently
 9    shows positive results.
10        Q.    Just focusing on that comparing treatment
11    and control groups, is that a description of a
12    placebo based double blind study?
13        A.    Well, it's not --
14            MR. KIRSCHNER:  Objection --
15    BY MR. SAUER:
16        Q.    To your understanding?
17        A.    To my --
18            MR. KIRSCHNER:  Objection.  Speculative.
19            THE WITNESS:  I'm not sure what they're
20    referring to.  There's a difference between a
21    treatment and a control group versus a randomized
22    placebo control group.  Lack of randomization very
23    infrequently leads to confusing, if not inaccurate,
24    results.  It depends on what the control group was.
25    If it was a historical control, you want to make sure
```

DR. ANTHONY FAUCI  11/23/2022

Page 247

```
 1    that there were no confounding variables in the
 2    control group that could have skewed the data, and
 3    that's the reason why I said if you look at the
 4    preponderance of evaluation of these studies by
 5    groups such as the NIH clinical trials guideline
 6    group, they come to the conclusion that the studies
 7    that claim efficacy are statistically not valid
 8    studies.
 9    BY MR. SAUER:
10        Q.    Would that apply to all 371 studies here
11    that are reported to --
12        A.    If --
13        Q.    If I may finish my question, please?
14        A.    Oh.  Please, go ahead.
15        Q.    371 comparing treatment and control groups
16    that indicates that early treatment, that is,
17    receiving hydroxychloroquine early within the course
18    of infection with the virus, consistently shows
19    positive results?
20        A.    Yeah.  That's what this says.  I would
21    have go to back, take a look at the study, and
22    consult with our statisticians, who I believe were
23    the ones that looked at the study and allowed
24    the treatment guidelines panel, which, as I said, is
25    comprised of anywhere from 30 to 40 of the top
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 248

```
 1    infectious disease physicians in the country, have
 2    still come to the conclusion that there's no evidence
 3    that hydroxychloroquine works and that, in fact, it
 4    can harm.
 5         Q.    But that --
 6         A.    So you can show me this study, and I don't
 7    see the study.  It would probably take, when you talk
 8    about meta-analysis, a long period of time to look at
 9    each thing.  What are they referring to as a control
10    group?  Is it randomized or is it not randomized?
11    All of those factors play a major role in the
12    validity or not of a study.
13         Q.    Are you familiar with the Great Barrington
14    Declaration?
15         A.    Yes, I am.
16         Q.    What is the Great Barrington Declaration?
17         A.    It's a declaration signed by a number of
18    people who proposed letting the virus circulate in
19    the community with the statement that you can protect
20    vulnerable people and if you let the virus circulate
21    freely, that you would get what's called herd
22    immunity, and then ultimately the virus would
23    essentially go to such a low level because of herd
24    immunity.
25         Q.    And if you look at Exhibit 40 in front of
```

DR. ANTHONY FAUCI  11/23/2022

1  **you, is that a copy of the Great Barrington**

2  **Declaration?**

3           MR. KIRSCHNER:  I think -- is this

4  Exhibit 41 or 40?

5           MR. SAUER:  Forty-one, I apologize.

6           (FAUCI Exhibit No. 41 was marked for

7  identification.)

8  BY MR. SAUER:

9      **Q.    Looking at Exhibit 41 in front of you, is**

10  **that a copy of the Great Barrington Declaration?**

11     A.    Well, it says on the front page Great

12  Barrington Declaration.  I'm not sure if it is.  I

13  have no reason to believe it isn't.

14     **Q.    Did you ever review the Great Barrington**

15  **Declaration?**

16     A.    I have read it some time ago.

17     **Q.    Flipping ahead to the third page where it**

18  **says the Great Barrington Declaration at the top,**

19  **does that look like the Great Barrington Declaration?**

20           MR. KIRSCHNER:  Objection.  Lack of

21  foundation.

22           THE WITNESS:  What page are we on?  Three

23  of 13?

24  BY MR. SAUER:

25     **Q.    Correct.**

DR. ANTHONY FAUCI  11/23/2022

Page 250

```
 1        A.     It says the Great Barrington Declaration.
 2        Q.     And is this familiar to you?  You said
 3    you've read it before?
 4        A.     I read it some time ago when it first came
 5    out.
 6        Q.     At the end of the first paragraph there it
 7    just talks about recommending an approach called
 8    focus protection; correct?
 9        A.     Right.
10        Q.     And is that what you described earlier
11    as --
12        A.     Right.
13        Q.     -- by circulating among certain
14    populations --
15        A.     Right.
16        Q.     -- while trying to provide targeted
17    protection for more vulnerable population?
18        A.     I believe that's what they're referring
19    to.
20        Q.     You -- this was published on October 4th,
21    2020; correct?
22               MR. KIRSCHNER:  Objection.  Lack of
23    foundation.
24               THE WITNESS:  I don't know when it
25    was published, to be honest with you.
```

DR. ANTHONY FAUCI  11/23/2022

Page 251

```
 1   BY MR. SAUER:
 2        Q.    Well, flip ahead to Page 5 of 13 at the
 3   very top.
 4        A.    It says on October 4th, the declaration
 5   was authored and signed.
 6        Q.    Okay.  So that's when at least it purports
 7   to have been executed?
 8        A.    Right.
 9        Q.    Were you -- when did you become aware of
10   it after it was published?
11        A.    I don't recall.
12        Q.    Would it have been soon after that to your
13   knowledge?
14        A.    Possibly.  I don't recall.
15        Q.    Do you know these three scientists who are
16   listed as the leaders of it -- or the authors of it,
17   Dr. Martin Kulldorff, Dr. Sunetra Gupta, and
18   Dr. Jay Bhattacharya?
19             MR. KIRSCHNER:  Objection.  Vague.
20   BY MR. SAUER:
21        Q.    Do you know them?
22        A.    I don't know them.  I know their names now
23   because it's been kicked around a fair amount over
24   the last -- period of time.  I don't -- I don't know
25   them.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    You did -- and you didn't -- were you
 2   familiar with them or their reputations at the time
 3   that this was published?
 4        A.    I don't know them so I'm not familiar with
 5   them.
 6        Q.    Okay.  Flipping ahead to Page 8 of 13.
 7   There's a list -- in the list of joiners there,
 8   second from the bottom, it lists Dr. Michael Levitt
 9   at Stanford?
10        A.    Yes.
11        Q.    And he was a Nobel Prize winner?
12        A.    Correct.
13        Q.    Do you know him?
14        A.    I don't know him.  I've heard of him.  I
15   don't know him.
16        Q.    You said earlier, I think, that you don't
17   recall how you first became aware of the Great
18   Barrington Declaration?
19        A.    I can't say the moment I became aware of
20   it.  I don't recall.  I became aware of it.  I don't
21   know precisely when I became aware of it.
22        Q.    Do you remember the context in which you
23   became aware of it?  Was it raised to you by a
24   colleague or surfing the internet or something like
25   that?
```

```
 1        A.    I don't recall how that -- how that

 2   occurred.

 3              MR. KIRSCHNER:  I would like to,

 4   Mr. Sauer, take a break in the next five minutes.  Do

 5   you want to take a break now or do you want to take a

 6   break after the next exhibit.

 7              MR. SAUER:  Let's do it now.

 8              THE VIDEOGRAPHER:  Okay.  Time is 2:17

 9   p.m. and we're going off the record.

10              (Recess taken.)

11              THE VIDEOGRAPHER:  The time is 2:28 p.m.

12   and we're back on the record.

13   BY MR. SAUER:

14        Q.    Exhibit 42.

15              (FAUCI Exhibit No. 42 was marked for

16   identification.)

17   BY MR. SAUER:

18        Q.    Dr. Fauci, do you recognize this e-mail

19   dated October 8th, 2020, at 2:31 p.m.?

20              MR. KIRSCHNER:  Objection.  Lack of

21   foundation.

22              THE WITNESS:  I don't recognize it like I

23   remember it, but it's sitting right in front of me

24   and it's an e-mail from Francis Collins to myself and

25   Cliff Lane, with a copy to Larry Tabak.  So I'll read
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    it and see what it says.  Yes, I've read it.

 2    BY MR. SAUER:

 3         Q.    Do you remember getting this e-mail?

 4         A.    Yeah.  Vaguely, yeah.

 5         Q.    Dr. Collins sent it to you on October 4th,

 6    four days after the Great Barrington Declaration was

 7    offered; correct?

 8              MR. KIRSCHNER:  Objection.  It says

 9    October 8th on it.

10    BY MR. SAUER:

11         Q.    Sorry.  He sent it to you on October 8,

12    after the Great Barrington Declaration was offered on

13    October 4th.  Correct?

14         A.    Correct.

15         Q.    And he sent it to you and Cliff Lane;

16    correct?

17         A.    Correct.

18         Q.    And he says, "Hi, Tony and Cliff.  See

19    https://urldefense.com/v3/__https://gbdeclaration.org__;!!

20    NtP9J7iH11vXGg!OfjQ3HS19TPlz9Q_r-u4RtZWRlnaETdrZpFm3si2l2_

21    NbcloUbvSz3asoQn-18Dm2C-z5uDtNV26mSJ8uMD5iM6vYqN78_3ajww$ "; correct?

22         A.    Correct.

23         Q.    And is that a reference to the Great

24    Barrington Declaration?

25         A.    I believe so.  I believe so.  I would
```

1    imagine.  It's a link and it says gbdeclaration, so I

2    would imagine.

3         Q.    Did you read the Great Barrington

4    Declaration for the first time when you got this

5    e-mail?  Or do you not know?

6         A.    I don't recall.

7         Q.    Did you click on that link when you got

8    the e-mail?

9         A.    I don't recall.

10        Q.    He goes on to say, "This proposal from the

11   three fringe epidemiologists who met with the

12   Secretary"; right?

13             Were you aware of those three authors of

14   the Great Barrington Declaration meeting with the

15   Secretary?

16        A.    I don't recall.  This may have been my

17   first awareness of it, or I could have been

18   peripherally aware of it at the time.  I can't say

19   for sure.

20        Q.    So you don't know -- when he refers to

21   the three fringe epidemiologists, is he referring to

22   a prior conversation or communication where you

23   discussed them with him, if you know?

24             MR. KIRSCHNER:  Objection, speculative.

25             THE WITNESS:  I don't know.

**DR. ANTHONY FAUCI 11/23/2022**

1    BY MR. SAUER:

2         Q.    **You don't remember?**

3         A.    No.

4         Q.    **Do you recall Dr. Bhattacharya, Gupta and**

5    **Dr. Kulldorff meeting with Secretary Azar?**

6         A.    You know, I don't.  I think after the

7    fact, I would have known because Francis said they

8    did.  It is very likely, although I'm not 100 percent

9    sure that the meeting of the epidemiologists, authors

10   of the declaration with the Secretary, this was very

11   likely the first time it was brought to my attention,

12   although I can't say for sure.  I would imagine --

13   again, getting back to context, this is not something

14   that I would have been paying a lot of attention to.

15   I was knee deep in trying to do things like develop a

16   vaccine that wound up saving the lives of millions of

17   people.  That's what I was doing at the time.

18              So an e-mail like this may not have

19   necessarily risen to the top of my awareness and

20   interest.

21        Q.    **So he goes on to say, "You believe that**

22   **this didn't catch your interest at the time that you**

23   **received it"?**

24              MR. KIRSCHNER:  Objection.

25   Mischaracterizes his testimony.

**DR. ANTHONY FAUCI 11/23/2022**

```
 1              THE WITNESS:  I don't know if it did or
 2   not.  I wouldn't imagine that I would be
 3   overwhelmingly interested.  I may have responded.
 4   I'm sure you're going to pull out my e-mail and show
 5   my response.  But I don't recall -- this is an e-mail
 6   from Francis just bringing it to my attention.  I
 7   don't recall what, if any, was my response to this.
 8        Q.    It seems to be getting a lot of attention
 9   and even a cosignature from a Nobel Prize winner,
10   Mike Levitt at Stanford.
11        A.    Right.
12        Q.    And that was the person we referred to a
13   minute ago.
14        A.    Yes.
15        Q.    Then Dr. Collins goes on to say, "There
16   needs to be a quick and devastating published
17   takedown of his premises."
18              Do you know what he's referring to when he
19   talks about a quick and devastating takedown?
20              MR. KIRSCHNER:  Objection.  Speculative.
21   BY MR. SAUER:
22        Q.    If you know.
23        A.    I do not know what he was referring to.  I
24   would imagine I was thinking that someone would take
25   the counterargument of what the premise was, and I
```

**DR. ANTHONY FAUCI 11/23/2022**

1    believe, you know, knowing now what's in the

2    declaration, the premise that you could actually

3    selectively target susceptible people and protect

4    them and yet let the virus spread through society

5    without doing considerable damage.

6              I would imagine that that is the premise

7    that Dr. Collins felt was an invalid assumption.

8        **Q.   And did you discuss this with him at the**

9    **time?  Did you talk to him about getting a quick and**

10   **devastating published takedown of the Great**

11   **Barrington Declaration?**

12       A.   I don't recall.  You know, quick and

13   devastating takedown, that doesn't sound like some

14   terminologies that I would use.  So I don't believe I

15   had a conversation about that specific.

16       **Q.   And so you don't know specifically what he**

17   **meant?**

18       A.   I don't know specifically what he meant.

19   But knowing Francis, he is a scholar.  He's likely

20   talking about writing a scholarly article to contest

21   some of the premises.  That's what I would imagine

22   Francis is referring to.  That would be his style.

23             That if someone writes an article that he

24   disagrees with, that he would write a counterargument

25   to challenge the premises.  Again, I don't know for

1  sure, but knowing Francis, I believe that's what he

2  means, to provide a counterargument.

3       Q.   Do you know for sure, then, what he meant

4  or we would ask him if -- if you know?

5            MR. KIRSCHNER:  Objection.  Speculative.

6            THE WITNESS:  Again, I'm not sure --

7  again, I'm not 100 percent sure.  You can never be

8  sure what's in someone's mind, but knowing Francis,

9  he is a scholar, a fair person.  Highly respected in

10  the community.  When he talks about premises, just

11  the way he would with a scientific article with

12  scientific data, if he had an issue with it, he would

13  write a scholarly article to try and challenge it.

14            And I believe that's what he's referring

15  to.

16  BY MR. SAUER:

17       Q.   Okay.  He goes on in the e-mail to say, "I

18  don't see anything like that online yet.  Is it

19  underway?"  Do you see that?

20       A.   I see that.

21       Q.   Why would he think that you and Cliff Lane

22  would know whether or not there was a swift and

23  devastating takedown of this declaration underway?

24            MR. KIRSCHNER:  Objection.  Speculative.

25            THE WITNESS:  Certainly speculative.  I

 1   don't know what he meant.  I just think he was

 2   speaking bluntly.  I don't think he was specifically

 3   pointing to us to have known if there was something

 4   online.  He scours the online better than we do.

 5   He's got an entire staff that does that.

 6           So I think it was a just a casual comment,

 7   "Hey, you guys.  Did you see anything online yet?"

 8   BY MR. SAUER:

 9       **Q.    And he says not "Is there something up**

10   **there?"  He says, "Is it underway?"**

11           **Did he have any reason to think that you**

12   **guys might be working on --**

13       A.    Absolutely not.

14       **Q.    Let me finish the question -- of some kind**

15   **of refutation of the Great Barrington Declaration?**

16       A.    No.  This is not something I would

17   be involved in.  As I told you, I have a very

18   important day job that is running a $6.4 billion

19   institute.  I would not be involved in examining this

20   and doing something that would, quote, counter it.

21       **Q.    Do you know why he copied Cliff Lane on**

22   **this e-mail with you?**

23           MR. KIRSCHNER:  Objection.  Speculative.

24           THE WITNESS:  I don't know why he copied

25   Cliff.  But as I mentioned, Cliff is the clinical

**DR. ANTHONY FAUCI  11/23/2022**

Page 261

1  director of the Institute, the deputy director for

2  clinical research, and a highly -- what's the right

3  word -- respected clinical scientist in the

4  institute.

5          So it would not be unusual for Francis to

6  send me an e-mail and have Cliff Lane, as my deputy

7  director for clinical research, be copied.

8          That would not be surprising.

9  BY MR. SAUER:

10     **Q.    Is Cliff Lane the same one who went on the**

11  **WHO-sponsored trip to China in February of 2020 that**

12  **we talked about this morning?**

13          MR. KIRSCHNER:  Objection.  Asked and

14  answered.

15  BY MR. SAUER:

16     **Q.    Is he the same guy?**

17     A.    Cliff Lane is the same person, and the

18  same motivation that led to his going to China was

19  probably the same motivation that Francis copied him

20  in the e-mail, that he's highly respected and well

21  thought of and a very knowledgeable physician

22  scientist.

23     **Q.    When he came back from China, he was the**

24  **one who had reported about China -- I think he called**

25  **them extreme lockdown measures being effective in**

DR. ANTHONY FAUCI  11/23/2022

Page 262

 1   controlling the spread of the virus.  Do you recall

 2   that?

 3              MR. KIRSCHNER:  Objection.  Asked and

 4   answered.

 5              THE WITNESS:  I answered that question,

 6   but he was the one that said social distancing that

 7   they have done was, in fact, effective.  He believes

 8   in curtailing the spread of the virus.

 9   BY MR. SAUER:

10   **Q.   Do you recall any discussions between you,**

11   **Francis Collin, and Cliff Lane in that time frame**

12   **of him returning from the WHO-sponsored trip to China**

13   **that related to the efficacy of extreme lockdown**

14   **measures or extreme social distancing measures?**

15        A.   We're going back to the same question.  I

16   think I answered that.  I think --

17   **Q.   I'm just asking if you had any discussions**

18   **on that topic that I just described, you, Cliff Lane,**

19   **and Francis Collins back when Cliff Lane returned**

20   **from the trip to China?**

21        A.   Did we have any discussions about the

22   efficacy of -- of severe social distancing on

23   shutting down to spread a virus?

24   **Q.   Correct.**

25        A.   It's entirely possible that we had that

1    conversation.  I don't specifically recall that

2    conversation, but it would not be unusual.  Cliff

3    went to China, and we wanted to find out what was

4    going on there to see if there could be any lessons

5    learned from what they were doing compared to what

6    we're doing.

7         Q.    Exhibit 43.

8               (FAUCI Exhibit No. 43 was marked for

9    identification.)

10   BY MR. SAUER:

11        Q.    Do you recognize this e-mail exchange also

12   dated October 8th, 2020?

13        A.    You know, you say do I recognize it.

14        Q.    Do you remember it?

15        A.    I don't remember it, but now that you've

16   put it in front of me, it's got my name on it next to

17   "from" and Francis next to "to."  So I get back to my

18   statement before.  I receive literally thousands of

19   e-mails, many of which get screened.  So I generally

20   wind up seeing only a few hundred.

21               I don't remember this one specifically,

22   but clearly it was sent by me to Francis.

23        Q.    And to the same list of recipients on his

24   e-mail to you that was in the previous exhibit;

25   correct?

1     A.    Right.

2     Q.    And you said to him, "Francis, I'm pasting

3  in below a piece from The Wire ^  that debunks this

4  theory"; correct?

5     A.    That's what it says.

6     Q.    If you look at the top, your -- the

7  subject line is the Great Barrington Declaration;

8  correct?

9     A.    Correct.

10     Q.    And Francis responds to you "Excellent";

11  correct?

12     A.    That's what it says.

13     Q.    You've pasted in here an article from

14  Wired magazine by Matt Reynolds; right?

15     A.    Yes.

16     Q.    How did you find that?

17     A.    I don't recall.

18     Q.    Did someone find it for you or did you

19  Google it yourself?

20     A.    I don't recall.

21     Q.    Do you know this author Matt Reynolds?

22     A.    Doesn't ring a bell.  I may have run into

23  him or interacted with him in the past, but doesn't

24  come out -- jump out of the page at me.

25     Q.    Did you have any communications with

**DR. ANTHONY FAUCI  11/23/2022**

1    Mr. Reynolds before he published this article?

2        A.    I don't recall.

3        Q.    Do you know of anyone at NIAID

4    communicating with him before publishing this

5    article?

6        A.    I don't recall.

7        Q.    Do you know Gregg Gonsalves?

8        A.    I do.

9        Q.    Who is he?

10       A.    Gregg Gonsalves is the person on the

11   faculty of the Yale School of Public Health, I

12   believe, certainly Yale University of New Haven, who

13   formerly was a member of the AIDS activist group

14   ACT UP, and then a member of the therapy group, TAG,

15   treatment action group, of ACT UP.

16       Q.    How long have you known him?

17       A.    I've known Gregg since the first decade of

18   HIV.  So I would imagine that would likely be

19   sometime in late 1980s, early 1990.

20       Q.    Is he a friend of yours?

21       A.    Well, it depends on what you mean by a

22   friend.  He's someone I know.  He's an associate.  I

23   think he's a solid person.  He cares deeply about

24   public health.

25             Yeah, I -- again, it depends on definition

1  of friend or not.  He's somebody that's more than

2  just hello.  I mean, I've -- I've interacted with him

3  a fair amount.

4      Q.    Exhibit 44.

5            (FAUCI Exhibit No. 44 was marked for

6  identification.)

7  BY MR. SAUER:

8      Q.    Another e-mail chain between you,

9  Francis Collins, and Cliff Lane regarding the Great

10  Barrington Declaration; correct?

11            MR. KIRSCHNER:  Objection.  Lack of

12  foundation.

13            THE WITNESS:  This is an e-mail from me to

14  Francis in which I forwarded to him a commentary or a

15  Twitter, I guess, a commentary by Gregg Gonsalves

16  concerning the idea of herd immunity and focused

17  protection.

18  BY MR. SAUER:

19      Q.    And you said above -- sending that, you

20  said, "another refutation of the herd immunity

21  approach"; right?

22      A.    Correct.

23      Q.    And this is also addressing essentially

24  the approach -- the herd immunity approach, are you

25  there referring to the approach espoused by the

```
 1    authors of the Great Barrington Declaration?

 2         A.    Could be.  I would imagine it was, but,

 3    you know, since herd immunity was a significant

 4    component of the declaration, I don't see specific

 5    reference to the declaration here, but it is

 6    compatible with this being -- referring to the

 7    declaration, though I -- I don't see any specific

 8    indication of it.

 9         Q.    Can you turn to the second page of this

10    document?  In the Gonsalves article, the second

11    paragraph begins "However, after some

12    acknowledgment."  Do you see that?

13         A.    Yes.

14         Q.    And if you go about five lines down,

15    there's a sentence beginning "Fast forward to this

16    week."  Do you see that?

17         A.    Yes.

18         Q.    It says, "Fast forward to this week where

19    one of the Harvard professors in question,

20    Martin Kulldorff, along with Dr. Jay Bhattacharya

21    from Stanford University and Sunetra Gupta from the

22    University of Oxford were in DC meeting with

23    Scott Atlas ^ and Health and Human Services as

24    secretary Alex Azar ^ ?

25         A.    Yes.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    And then it goes on to say they were
 2   promoting their new focus protection strategy;
 3   correct?
 4        A.    That's what it says.
 5        Q.    And focus protection is a phrase used in
 6   the Great Barrington Declaration; correct?
 7        A.    That's correct.
 8        Q.    Did you have any communications with
 9   Gregg Gonsalves before he wrote this piece?
10        A.    I don't recall.  I might have.  I don't
11   recall specifically having any communications with
12   Gregg before he wrote this.  I might have, but I
13   don't know.  It doesn't come out at me as something I
14   remember having a communication with him.
15        Q.    Do you -- do you remember consulting --
16   him consulting with you or anyone at NIAID staff in
17   any way about his piece on this?
18        A.    You know, I don't recall.  It's possible,
19   but I don't recall.
20        Q.    Do you know what Francis Collins was going
21   to do with this information?  You're sending him
22   these articles refuting the Great Barrington
23   Declaration.  What was his plan to do with them?
24              MR. KIRSCHNER:  Objection.  Speculation.
25              THE WITNESS:  I don't know what his
```

```
 1   plan -- I think he was getting back to a prior e-mail
 2   that you showed me.  He was wondering what the
 3   community in general's response was to the Great
 4   Barrington Declaration, and I believe, if I can
 5   recall from a few moments -- minutes ago when he was
 6   talking -- is anybody else refuting this premise?
 7   That's one of the things he asked in an e-mail he
 8   sent to me.
 9          So I would imagine -- I'm trying to piece
10   it together -- that the things that I forwarded to
11   Francis were in response to his question "Is anybody
12   else refuting this premise?"  And this looks like a
13   refutation that I forwarded to him on October 8th and
14   then on that same day what Gregg Gonsalves tweeted.
15   BY MR. SAUER:
16       Q.    Do you know if Francis Collins has any
17   contacts or acquaintances that work for social media
18   companies?
19          MR. KIRSCHNER:  Objection.  Calls for
20   speculation.
21          THE WITNESS:  I don't know of
22   Francis Collins's connection to any -- I don't know
23   of it.  I mean, whether he does or not, I don't -- I
24   don't -- I have no knowledge of that.
25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

1      Q.    Does he have social media accounts?

2      A.    His office does.  I think he tweets.  I

3  have heard he tweets.  Since I don't have a Twitter

4  account, I don't see tweets.

5      Q.    **Exhibit 45.**

6            MR. KIRSCHNER:  Yes.

7            (FAUCI Exhibit No. 45 was marked for

8  identification.)

9  BY MR. SAUER:

10     Q.    **Before we -- before we get to this**

11  **exhibit, has Dr. Collins ever discussed with you the**

12  **content of matters posted on social media that you**

13  **recall?**

14     A.    I'm sorry.  What's the question again?

15     Q.    **Has Dr. Collins ever discussed with you**

16  **the content of speech posted on social media?**

17            MR. KIRSCHNER:  Objection.  Ambiguous.

18            THE WITNESS:  You know, I'm -- I'm not

19  sure.

20  BY MR. SAUER:

21     Q.    **Has he ever discussed with you any**

22  **communications that he or his staff has had with**

23  **social media companies?**

24     A.    Not specifically that I can recall.  He

25  may have but, again, it's not something that rings a

1    bell with me that I would remember.

2        Q.    Can you look briefly at the exhibit in

3    front of you, Exhibit 45?

4        A.    Right.

5        Q.    This is a Washington Post article dated

6    October 14th, 2020?

7        A.    Right.

8        Q.    And the headline is "Proposal to hasten

9    herd immunity to the coronavirus grabs White House

10   attention but appalls the top scientists"; correct?

11       A.    Correct.

12       Q.    If you go to the fourth paragraph on the

13   first page, Dr. Collins quoted in this article --

14            MR. KIRSCHNER:  Again, I would ask for

15   Dr. Fauci to have an opportunity to familiarize

16   himself with this document.

17            THE WITNESS:  Just give me a sec.

18   BY MR. SAUER:

19       Q.    Do you see that -- the fourth paragraph on

20   the first page, where it says that, "A senior

21   administration official told reporters in a

22   background briefing called Monday that the proposed

23   strategy, which has been denounced by other

24   infectious disease experts and called, quote, fringe,

25   and, quote, dangerous by NIH director Francis

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   Collins."
 2            Do you see that?
 3   A.    Yes.
 4   Q.    Did you consult with Dr. Collins before he
 5   told the Washington Post that this was a fringe and
 6   dangerous idea?
 7   A.    Yes.
 8            MR. KIRSCHNER:  Objection.  Lack of
 9   foundation.
10            THE WITNESS:  Yeah.  I'm not sure of the
11   connections because it's saying here, "which has been
12   denounced by other infectious disease experts and
13   called fringe and dangerous," whether Francis spoke
14   to Joel directly and said it was fringe and dangerous
15   or whether Joel was reporting on statements that
16   Francis Collins made not directly to him, but he may
17   have heard of statements that Francis made.
18   BY MR. SAUER:
19   Q.    Why don't we flip ahead to page 4 of this
20   document -- 4 of 6 in the bottom left corner?  You --
21   A.    Four of 5.
22   Q.    Page 4 of 5?
23   A.    Got it.
24   Q.    You see that third full paragraph?
25   There's a quotation from Dr. Collins that says, "What
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    I'm worried about with this is it's being presented

 2    as a major alternative view that's held by large

 3    numbers of experts in the scientific community."

 4              That is not true, correct?

 5              MR. KIRSCHNER:  Objection.  Lack of

 6    foundation.

 7              THE WITNESS:  That's what this says.

 8    BY MR. SAUER:

 9         Q.    And he goes on to say in the next

10    paragraph, "This is a fringe component of

11    epidemiology.  This is not mainstream science.  It's

12    dangerous."  Correct?

13              MR. KIRSCHNER:  Objection.  Lack of

14    foundation.

15              THE WITNESS:  Well, I'm reading the quote

16    from Dr. Collins.

17    BY MR. SAUER:

18         Q.    Did he consult with you before he gave

19    that quote or made those statements to the Washington

20    Post?

21              MR. KIRSCHNER:  Objection.  Lack of

22    foundation.

23              THE WITNESS:  I can't say for sure whether

24    he consulted with me or spoke to me about it.  It was

25    clear how Dr. Collins felt about the premise of the
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   declaration.  He felt that it was, in fact, an
 2   ill-founded premise, and that it would be dangerous
 3   because it would lead to the unnecessary infection,
 4   sickness, hospitalization, and death of larger
 5   numbers of people if you pulled back and let the
 6   virus freely circulate, even if you tried to protect
 7   targeted populations.
 8   BY MR. SAUER:
 9        Q.    Did he think it would be dangerous if
10   those communications were conducted on social media
11   platforms?
12             MR. KIRSCHNER:  Objection, speculative.
13   BY MR. SAUER:
14        Q.    To your knowledge?
15        A.    To my knowledge, I don't see a connection
16   here with what he's saying and things being spread on
17   social media, but perhaps, since a lot of things get
18   spread on social media, I'm sure that -- I'm not
19   sure, but that could have been something that he was
20   concerned about.
21        Q.    Did you ever discuss that with him, his
22   concerns about it circulating on social media?
23             MR. KIRSCHNER:  Objection.  Asked and
24   answered.
25             THE WITNESS:  You know, we've been down
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 275

```
 1   that question before.  And I said, "I'm not certain
 2   at all."
 3            I've had discussions with Dr. Collins a
 4   few years ago about these issues and I don't know if
 5   we discussed the implications of social media on it.
 6   BY MR. SAUER:
 7       Q.   Did you become aware -- did he -- did he
 8   let's do the next exhibit, 46?
 9            (FAUCI Exhibit No. 46 was marked for
10   identification.)
11   BY MR. SAUER:
12       Q.   On October 13th at 3:36 p.m., did
13   Dr. Collins send you and some others a link to the
14   Washington Post article that we just looked at?
15       A.   The link on the bottom, is that the same
16   article?  I don't know if it is.  Let me see if the
17   link is the same.  "COVID herd immunity 2020," yeah,
18   it looks like it's the link to the article that we
19   were referring to.
20       Q.   So this is on October 13th, which would be
21   the day after -- or no -- strike that.  So he e-mails
22   you and others and says, "My quotes in the article
23   are accurate but will not be appreciated in the White
24   House"; correct?
25       A.   It says here, "My quotes are accurate, but
```

1    will not be appreciated in the White House."

2         Q.    Did he discuss with you whether the White

3    House would approve the quotes he made about

4    the Great Barrington Declaration?

5         A.    I don't recall him discussing whether they

6    would be appreciated or not, but he clearly states in

7    the e-mail to me -- is it to me?  Yes, to me and

8    others -- that his quotes are accurate.  Namely, that

9    he rejects the premise of herd immunity, but that

10   will not be appreciated in the White House.

11        Q.    And you responded, "They are too busy with

12   other things to worry about this"?

13        A.    Right.

14        Q.    What you said was entirely correct?

15        A.    Right.

16        Q.    So was it your view at the time that the

17   Great Barrington Declaration was a fringe and

18   dangerous idea?

19        A.    I'm not sure I would have categorized it

20   like that.  I would say that the premise, I believe,

21   is invalid.  And the invalid premise of

22   essentially letting the virus freely circulate under

23   the assumption which has already been proven to

24   be incorrect with the one million deaths that we've

25   had in the country, that the premise of allowing the

DR. ANTHONY FAUCI 11/23/2022

 1    virus to freely circulate is a premise that is
 2    invalid because it is not possible to
 3    selectively protect all the vulnerable people.
 4        Q.    Do you think --
 5        A.    So I agree that the premise of the Great
 6    Barrington Declaration is ill-founded and incorrect
 7    and I'm joined by the overwhelming majority of
 8    physicians, public health officials, and
 9    epidemiologists.
10        Q.    Do you think it's nonsense?
11        A.    You know, you're putting words.  It could
12    be nonsense.  In fact, I believe that you're going to
13    show me an e-mail shortly in which I call it
14    nonsense, you know.
15        Q.    Why don't we go with that?
16        A.    Okay.
17        Q.    Exhibit 47.
18        A.    All right.  Thank you.
19              (FAUCI Exhibit No. 47 was marked for
20    identification.)
21    BY MR. SAUER:
22        Q.    Is this a -- can you look at that?
23        A.    I see it.
24        Q.    Can you see this is an NBC News article
25    dated October 15, 2020.

**DR. ANTHONY FAUCI 11/23/2022**

```
 1        A.     Correct.

 2        Q.     And the headline says, "Dr. Fauci says

 3   letting the coronavirus spread to achieve herd

 4   immunity is, quote, nonsense, and quote, dangerous."

 5          Correct?

 6        A.     That is correct.

 7        Q.     Turn to the third page of the document in

 8   the first full paragraph.

 9        A.     Right.

10        Q.     You describe the view of letting everybody

11   get infected and then we'll have herd immunity.  And

12   you say, "Quite frankly, that is nonsense and anybody

13   who knows anything about epidemiology will tell you

14   that that is nonsense and very dangerous."  Correct?

15        A.     That is correct.

16        Q.     Were those the statements that you made at

17   the time?

18        A.     That's the quote there.  I have no reason

19   to believe that it's a misquote.

20        Q.     Do you still believe that?

21        A.     Do I believe that the Barrington

22   Declaration premise of letting the virus rip

23   through society and infect people, leading to their

24   illness, hospitalization, and death is nonsense and

25   dangerous?  I still do.
```

DR. ANTHONY FAUCI  11/23/2022

Page 279

1      Q.    Are you an epidemiologist?

2      A.    I'm an infectious disease person with some

3   pretty good experience in epidemiology.

4      Q.    Is Dr. Bhattacharya an epidemiologist?

5      A.    I don't know.  I guess you'll have to look

6   up his credentials.  I don't know precisely his

7   credentials.

8      Q.    How about Dr. Kulldorff?

9      A.    Again, I'm not familiar offhand with their

10   qualifications.

11      Q.    So your statement was made within two days

12   of Dr. Collins' statement?

13      A.    Right.

14      Q.    With the Washington Post; correct?

15      A.    Right.

16      Q.    Did you coordinate with making those

17   statements, discussing with each other that you were

18   going to make these statements criticizing the Great

19   Barrington Declaration, other than the e-mails you've

20   already seen?

21      A.    I don't believe so, but I don't -- no, I'm

22   not -- that's not our style to be coordinating

23   things.  I don't know -- it's possible we discussed

24   it, depending on what your coordination is.

25      Q.    In this same time frame, did you become

DR. ANTHONY FAUCI  11/23/2022

1  aware that the Great Barrington Declaration was being

2  censored in social media?

3          I'm not aware of anything being censored.

4  Like I said multiple times -- and I'll repeat it

5  again -- I don't follow what goes on on social media,

6  censoring or otherwise.  That's not something that I

7  pay attention to.

8          (FAUCI Exhibit No. 48 was marked for

9  identification.)

10  BY MR. SAUER:

11      Q.    Would you look at exhibit 48.  And is this

12  an article from the website Spiked entitled, "Why has

13  Google censored the Great Barrington Declaration?"

14          MR. KIRSCHNER:  Objection.  Lack of

15  foundation.

16          THE WITNESS:  The first page says:  Why

17  has Google censored the Great Barrington Declaration?

18  BY MR. SAUER:

19      Q.    Without going into details of the article,

20  were you aware that there were reports that Google

21  had deboosted the Great Barrington Declaration in the

22  search results.  So if you search for it on Google,

23  the declaration itself would be buried in the results

24  and you would only get articles that were critical of

25  it, like for example, the Washington Post article

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    that quoted Francis Collins and the NBC?
 2              MR. KIRSCHNER:  Objection.  Lack of
 3    foundation and compound.  Many compounds.
 4    BY MR. SAUER:
 5         Q.    Did you know about that?
 6         A.    Could you repeat ^  the specific question.
 7    Did I know about what?
 8         Q.    Did you know about the fact that the Great
 9    Barrington Declaration had been deboosted in people's
10    search results in the same time frame?
11              MR. KIRSCHNER:  Objection.  Lack of
12    foundation.
13    BY MR. SAUER:
14         Q.    Did you know?
15         A.    I believe not.  It is possible that
16    someone walking by the hall mentioned that to me.
17    But as I mentioned to you, I don't pay much attention
18    to what goes on in social media, and I certainly
19    would not have had this plop up on my radar screen so
20    I would say, "I can't say 100 percent," but it is
21    highly unlikely that I am aware -- was aware of, or
22    if I was, I paid any attention to this thing of
23    Google censoring the Great Barrington.
24              I don't pay attention to that whole
25    culture of social media censoring or not censoring.
```

1    I've said that maybe 50 times today.  That's not what
2    I do.
3         Q.    Let me ask you a new question then.
4         A.    Sure.
5         Q.    Are you familiar with the social media
6    platform Reddit?
7         A.    Reddit?
8         Q.    R-e-d-d-i-t?
9         A.    I'm heard the that term, but --
10        Q.    Are you aware that Reddit also censored
11   the Great Barrington Declaration, along with Google?
12             MR. KIRSCHNER:  Objection.  Lack of
13   foundation.
14   BY MR. SAUER:
15        Q.    If you know.
16        A.    Again, I'm not even sure what Reddit is,
17   and so I don't think I could be aware of its
18   censoring.  If I did -- was aware at one time, I
19   certainly didn't register it as something that I
20   would want to remember.
21        Q.    Have you ever heard of YouTube?
22        A.    Have I ever heard of YouTube?  Yes, I
23   have.  There you go.  I've heard of one thing, yeah.
24        Q.    Were you aware that YouTube actually
25   amended its terms of service in October of 2020 to

DR. ANTHONY FAUCI  11/23/2022

1    clarify that it would remove content related to the

2    Great Barrington Declaration?

3           MR. KIRSCHNER:  Objection.  Lack of

4    foundation.

5    BY MR. SAUER:

6       Q.    Do you know?

7       A.    I don't know for sure whether someone

8    pointed that out to me, but, again, with the

9    repetitive theme that I keep saying if I was aware of

10   it, I would not have paid much attention to it.

11      Q.    Exhibit 49.

12            (FAUCI Exhibit No. 49 was marked for

13   identification.)

14   BY MR. SAUER:

15      Q.    This is a copy of YouTube's online site

16   admissions relations ^ policy.  Have you ever seen

17   it before?

18      A.    Not to my recollection, no.

19      Q.    And on the second page, there's a kind of

20   rolling chronology.  Do you see on the second page in

21   the far left it indicates 2020 in the middle?

22      A.    Yeah.

23      Q.    And then there's various links.  So if you

24   go on to the third page, there's one from October

25   of 2020 called fighting misinformation?

DR. ANTHONY FAUCI 11/23/2022

Page 284

1        A.    Yeah.

2        Q.    And that indicates in kind of one sentence

3    that they have updated their COVID-19 medical

4    misinformation policy in October of 2020; correct?

5        A.    Correct.  It looks that way.

6        Q.    Exhibit 50.

7             (Dr. Fauci Exhibit No. 50 was marked for

8    identification.)

9             THE WITNESS:  I'm sorry.  What -- what was

10   the question?  I didn't see any question.

11   BY MR. SAUER:

12       Q.    Oh, I was -- now I was going to give you

13   what you get when you click on that.  That's

14   Exhibit 50.

15       A.    Okay.

16       Q.    Did I slide over an extra copy to you?

17   Oh, no.  Here it is.  Sorry.

18             I take it you've never seen this sort of

19   document before either, Exhibit 50, the sort of

20   detailed version of the COVID-19 medical

21   misinformation policy that you're privy ^  to?

22       A.    No.  I don't recall ever seeing this

23   before.

24       Q.    Can you go to Page 4 of 5, the fourth

25   bullet point from the bottom on the list of items

**DR. ANTHONY FAUCI  11/23/2022**

Page 285

```
 1    that YouTube does not allow on its platform, quote,

 2    "Claims that achieving herd immunity through natural

 3    infection is safer than vaccinating the population."

 4              Do you see that?

 5       A.    I see it, yes.

 6       Q.    Is that a claim that paraphrases the

 7    recommendations in the Great Barrington Declaration?

 8              MR. KIRSCHNER:  Objection.  Speculative.

 9              THE WITNESS:  You know, I'm not sure.  I

10    know that the Great Barrington Declaration promotes

11    the concept of herd immunity through natural

12    infection.  I am not certain -- I don't recall if

13    they specifically mention that it's safer than

14    vaccinating the population.  It might.

15    BY MR. SAUER:

16       Q.    Did you have any knowledge of any update

17    to YouTube's terms of service in October of 2020 to

18    add that as a disfavored claim?

19              MR. KIRSCHNER:  Objection.  Asked and

20    answered.

21    BY MR. SAUER:

22       Q.    Did you?  Yes or no?

23       A.    Not to my knowledge.  It doesn't ring a

24    bell.

25       Q.    Do you know of anyone who communicated to
```

DR. ANTHONY FAUCI  11/23/2022

```
1    YouTube about that topic?

2        A.    Not to my knowledge.

3        Q.    Exhibit 51.

4              (FAUCI Exhibit No. 51 was marked for

5    identification.)

6    BY MR. SAUER:

7        Q.    This is Meta's online misinformation

8    policy, and I think we talked about earlier how Meta

9    is the company that --

10       A.    Now I know what Meta is.  We can proceed.

11       Q.    It's Facebook and Instagram.

12       A.    Yes.  Okay.

13       Q.    And the CEO of Meta is someone you're on a

14   first-name basis with, a man called Mark Zuckerberg;

15   is that correct?

16             MR. KIRSCHNER:  Objection.

17   Mischaracterizes the evidence.

18             THE WITNESS:  Yeah, right.  I'm on a

19   first-name basis with a lot of people.

20   BY MR. SAUER:

21       Q.    Apparently.  Did you do some PSAs with

22   Mark Zuckerberg back in March of 2015?

23       A.    I don't know --

24       Q.    I'm sorry.  March of 2020?

25       A.    I'm not sure of the date, but I did some
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 287

```
 1    Facebook PSAs encouraging people to get vaccinated
 2    and answering questions about the virus.
 3          Q.    And in your interrogatory responses, you
 4    identify 13 communications with Mark Zuckerberg
 5    consisting of both e-mails and phone calls.
 6                Do you recall that?
 7          A.    Interrogatories, when you and I were
 8    talking -- what is he talking about?
 9                MR. KIRSCHNER:  Well, Dr. Fauci, I would
10    ask not to talk about -- about our communications.
11                THE WITNESS:  Yeah.  I'm not sure what you
12    mean by "interrogatory."  What is that?
13    BY MR. SAUER:
14          Q.    Did you prepare information in response to
15    written discovery requests in this case identifying
16    13 communications with Mark Zuckerberg during 2020?
17                MR. KIRSCHNER:  Mr. Sauer, if you have a
18    document to show Dr. Fauci, I would ask that you
19    show --
20                THE WITNESS:  Yeah, I'm not sure what
21    you're talking about.  Interrogatory about -- show
22    me something, and I'll tell you.
23    BY MR. SAUER:
24          Q.    Do you dispute that you had 13
25    conversations -- or communications with
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    Mark Zuckerberg in 2020?

 2         A.    I don't know how many I had.  I do know

 3    some time ago that of the many, many, many thousands

 4    of e-mails of mine that were FOIA'd, that someone

 5    mentioned that there were e-mails between Mark and I.

 6    And I don't know how many there were so I can't

 7    answer the question completely accurately.

 8         Q.    Let me ask you this.  Can you turn to

 9    Page 4 of 12?

10         A.    And remind me what's this -- this is the

11    misinformation policy document of --

12         Q.    Meta.

13         A.    Meta, okay.

14         Q.    Page 4 of 12 under Roman II, harmful

15    health misinformation, there's a bullet in bold

16    saying "Misinformation about vaccines"; correct?

17         A.    Right.

18         Q.    And it says, "We remove misinformation

19    primarily about vaccines when public health

20    authorities conclude that the information is

21    false and likely to directly contribute to imminent

22    vaccine refusals"; correct?

23         A.    Correct.

24         Q.    Are you one of the public health

25    authorities whose conclusions Meta relies on when
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 289

1    they're deciding to remove information?

2            MR. KIRSCHNER:  Objection.  Speculative.

3            THE WITNESS:  I have no idea who the

4    public health authority is.

5    BY MR. SAUER:

6        **Q.    Did you ever have a conversation with**

7    **Mark Zuckerberg where he told you that you're a**

8    **respected public health authority?**

9        A.    Did I ever have a conversation with Mark

10   saying that I was a respected public health

11   authority?

12       **Q.    Or something like that.**

13       A.    My conversations with Mark are documented

14   on the PSAs that we have.  I'm not sure whether he

15   said now I'm going to introduce the public health

16   authority.  I'm not sure about that.

17       **Q.    How about in the phone calls you had with**

18   **him?**

19       A.    The phone calls, I believe, were related

20   to saying, you know, look forward to being on the PSA

21   with you.  You got any questions about the technical

22   aspects of it or stuff like that.  I don't think

23   there was anything more substantiative than that on

24   the e-mails.

25       **Q.    Did anyone ever say to you that you're a**

1    **public health authority that platforms like Meta and**

2    **Facebook and so forth would rely on in --**

3         A.    Not to my knowledge.

4         **Q.    If I may finish -- may rely on in**

5    **modulating content on their platform?**

6         A.    No, no.  To my knowledge, I've never had

7    anyone mention me and my authority or my reputation

8    that has anything to do with influencing social media

9    platforms.

10        **Q.    After the Great Barrington Declaration was**

11   **published, did you ever communicate with anyone at**

12   **Stanford about it?**

13        A.    I don't recall.  It's possible.  Like I

14   say, I made thousands of phone calls and thousands of

15   e-mails.  I may have, but I doubt it.

16        **Q.    Well, more generally, do you recall**

17   **communicating with anyone outside of the government**

18   **and aside from the reporters that quoted you about**

19   **the Great Barrington Declaration and its approach?**

20        A.    Outside of government, I don't know.

21   That's possible, but I don't recall.

22        **Q.    How about do you know a man named Dr. Phil**

23   **Pizzo or Pizzo?  P-I-Z-Z-O --**

24        A.    I do.  I do.

25        **Q.    Who is he?**

**DR. ANTHONY FAUCI  11/23/2022**

Page 291

```
 1        A.    Phil Pizzo is a pediatric infectious
 2   disease expert who used to be at the NIH who then
 3   went on to become the dean at the School of Medicine
 4   at Stanford who now, I believe, is either dean
 5   emeritus or professor emeritus at Stanford.
 6        Q.    And did you know him from his time at the
 7   NIH?
 8        A.    I did.
 9        Q.    So you've known him for decades, then?
10        A.    Yes.
11        Q.    Did you ever contact him to discuss the
12   Great Barrington Declaration?
13        A.    I don't recall.  That's possible.
14        Q.    Is it possible you had a conversation with
15   him about Dr. Jay Bhattacharya also at Stanford?
16        A.    I don't recall.
17        Q.    How about Lloyd Minor?  Who's that?
18   Someone named Dr. Lloyd Minor?
19        A.    I've heard the name.  I -- it doesn't ring
20   a bell of any connection.
21        Q.    How about Mark Tessier-Lavigne?  Do you
22   know him?
23        A.    Mark is the current president of Stanford.
24        Q.    Did you ever have a conversation with him?
25              MR. KIRSCHNER:  Objection.  Vague.
```

1           THE WITNESS:  Yeah.  I don't know what you

2    mean by a conversation with him.  He used to be at

3    the Rockefeller Institution.  I had conversations --

4    scientific conversations with him, and I met him at

5    meetings.

6           So I'm not sure what you mean.  Yeah, I've

7    had conversations with Mark, but I don't recall the

8    content of the conversation.

9    BY MR. SAUER:

10       Q.    Have you ever discussed the Great

11   Barrington Declaration with him?  Or --

12       A.    Not my knowledge.

13       Q.    How about the focused protection or herd

14   immunity approaches?

15       A.    I don't recall.  These are possible.  It's

16   not ringing a bell when you're asking that question.

17       Q.    How about any of the following names:

18   Harry Greenberg?  Do you know him?

19       A.    Harry Greenberg is the scientist who used

20   to be at the NIH and is still now at Stanford.

21       Q.    Did you ever talk to him about focused

22   protection or herd immunity?

23       A.    I doubt it.  I can't say 100 percent, but

24   I doubt it.  I don't recall discussing this issue

25   with these people, but it's possible it came up in a

1    discussion about something else, but I don't recall.

2        Q.    How about Jack Rowe, R-o-w-e?  Do you know

3    him?

4        A.    I know Jack.  I don't know him well.  He

5    used to be the CEO of a medical center maybe in

6    New York.  I'm not sure.

7        Q.    Do you know a scientist with the last name

8    of Ioannides, I-o-a-n-n-i-d-e-s?

9        A.    I've heard of him.  I don't know him.

10   I've heard the name Ioannides, but I don't know him.

11       Q.    Are you are familiar with a serial

12   prevalence study of people in Santa Clara County from

13   March of 2020?  It was done by him and some others.

14            MR. KIRSCHNER:  Objection.  Vague.

15            THE WITNESS:  No.  It doesn't ring a bell.

16   BY MR. SAUER:

17       Q.    So you don't remember there being a study

18   of the people in Santa Clara County early in the

19   pandemic to assess how widespread the virus already

20   was at that time?

21       A.    Again, I get hundreds and hundreds of

22   studies that come across my desk.  It is possible

23   that someone brought such a study to my attention,

24   but I don't specifically recall it.

25       Q.    Exhibit 52.

**DR. ANTHONY FAUCI 11/23/2022**

```
 1                    MR. KIRSCHNER:  What time are we at?

 2                    THE VIDEOGRAPHER:  5:41.

 3                    MR. KIRSCHNER:  What exhibit number is

 4      this?

 5                    MR. SAUER:  52.

 6                    (FAUCI Exhibit No. 52 was marked for

 7      identification.)

 8      BY MR. SAUER:

 9           Q.    Is this an e-mail from Greg Folkers to you

10      dated November 2nd, 2020?

11           A.    Me to Greg, November the 2nd.  Greg to me,

12      November the 1st.

13           Q.    Gotcha.  So on November 1st, he sent you

14      a list of articles and highlighted the three he found

15      most useful?

16           A.    Right.

17                    MR. KIRSCHNER:  Is there a question,

18      Counsel?

19      BY MR. SAUER:

20           Q.    Is that what he did in this e-mail?

21           A.    It appears in this e-mail that he has sent

22      me, it looks like blanks maybe or at least titles of

23      articles -- let me read them -- see what connection

24      there is to the article.

25                    (Reading.) "Herd Immunity, the false
```

DR. ANTHONY FAUCI  11/23/2022

```
 1  premise of the herd immunity."

 2          Yeah, there's a bunch of articles to --

 3  from different scientific and lay press.

 4      Q.   And these are all articles that are

 5  critical of the herd immunity approach of the Great

 6  Barrington Declaration; correct?

 7      A.   Right.

 8      Q.   Do you know why Greg sent you these?

 9      A.   I don't recall.  Greg would probably send

10  me something that I've asked for.  So somehow, back

11  then, a couple of years ago, I asked for articles

12  concerning herd immunity and I believe he sent them.

13      Q.   Did you forward these on to Francis

14  Collins?

15          Sorry.  Were you still talking?

16      A.   Yeah.  I mean, I don't know.  This would

17  be something Greg would do if I asked him to get some

18  articles for me.  And looks like -- I likely -- and I

19  don't see the e-mail requesting them.  I either

20  e-mailed him or called him up, or walked in his

21  office and said, "Get some articles on the issue of

22  herd immunity."  Yes, so --

23      Q.   Did you ever communicate with the authors

24  of any of these articles about this topic?

25      A.   I don't recall.  I'm looking at the people
```

 1    here and I don't recognize the names, except for John
 2    Barry and Gregg Gonsalves and ^^  Michelle -- some
 3    people I know and I -- some people I've never heard
 4    of.  I don't recall if I communicated with any of
 5    them about these articles.
 6        **Q.    Which one do you know?  Do you know John**
 7    **Barry?**
 8        A.    I know John Barry.
 9        **Q.    And who else do you know?**
10        A.    All right.  Let's go through the list.
11    John Barry.
12            I've been interviewed by Apoorva
13    Mandavilli and Sheryl Stolberg, two reporters for the
14    New York Times.
15            I've met Mark Lipschitz.  I don't know him
16    well.  I know Gregg Gonsalves, Carlos del Rio, and
17    Rochelle Walensky well.
18        **Q.    Did you communicate with any of those**
19    **people about the Great Barrington Declaration in any**
20    **connection?**
21        A.    I don't recall.  I mean --
22        **Q.    Did you ever take any steps to ensure**
23    **there would be an online criticism of the Great**
24    **Barrington Declaration in any --**
25            MR. KIRSCHNER:  Objection.  Asked and

**DR. ANTHONY FAUCI 11/23/2022**

```
1    answered.
2             THE WITNESS:  I don't ever recall -- I
3    don't recall ever taking any steps to do anything
4    online or influence online criticism of them.  I just
5    knew how I felt personally about the Great Barrington
6    Declaration and we already discussed that.  I felt
7    that it was and is misguided and could lead to the
8    unnecessary infection, hospitalization, and death of
9    individuals if you follow the premise of the Great
10   Barrington Declaration.
11   BY MR. SAUER:
12        Q.   Did you share that view with the people in
13   the media other than the ones we talked about?
14        A.   I don't recall necessarily what I said to
15   people in the media, but my opinion of the nature of
16   the premise of the Great Barrington Declaration, I
17   believe, is reasonably well known and shared by a
18   very large number of scientists throughout the
19   country, as actually stated in some of these
20   articles.
21        Q.   Are there large numbers of scientists who
22   disagree with your view, who signed the Great
23   Barrington Declaration?
24             MR. KIRSCHNER:  Objection.  Vague.
25             THE WITNESS:  I haven't quantitated the
```

 1   number of people.  I haven't done a
 2   quantitative study on the number of people who agree
 3   with it.  But I can tell you that I interact with a
 4   lot of scientists in the country.  And
 5   overwhelmingly, they disagree with it.
 6   BY MR. SAUER:
 7       **Q.    Does that include the 15,000 who signed**
 8   **it?**
 9           MR. KIRSCHNER:  Objection.  Argumentative.
10           THE WITNESS:  Yes.
11   BY MR. SAUER:
12       **Q.    It does or does not?**
13       A.    I haven't even looked at the names of the
14   15,000 who signed it.  A lot of people sign petitions
15   and are not fully aware of what the implications of
16   those petitions are.
17       **Q.    Exhibit 53.**
18           **(FAUCI Exhibit No. 53 was marked for**
19   **identification.)**
20   BY MR. SAUER:
21       **Q.    Can you turn to the second page of this**
22   **e-mail chain on the bottom half?  Do you see there's**
23   **an e-mail from someone at Twitter to a Carol Crawford**
24   **dated March 14th of 2020?**
25       A.    Right.

```
 1              MR. KIRSCHNER:  I would ask for Dr. Fauci
 2    to be able to familiarize himself with this document.
 3              THE WITNESS:  I'm all confused.  I don't
 4    recognize anything on this piece of paper.
 5    BY MR. SAUER:
 6         Q.    Could you just point to the part where I'm
 7    pointing to where there's an e-mail from someone at
 8    Twitter to a ^^  Carol Cross?
 9         A.    Right.
10         Q.    And this other client is @anthonyfauci_
11    account.  Correct?
12         A.    Right.  Yes.
13         Q.    And the Twitter person says, "Hi CDC team.
14    A few folks have flagged this account to me wondering
15    if it's real or not.  Is it a legitimate account?"
16              Do you see that?
17         A.    Yes.
18         Q.    And there's a reference to an Anthony
19    Fauci Twitter account; correct?
20         A.    Right.
21         Q.    And then if you go up above, you see Carol
22    Crawford on March 14th, the response I'm adding
23    someone at NIH and someone at HHS to verify that.
24         A.    Right.
25         Q.    And then if you go further up on the page,
```

1    the NIH person, Scott Prince.  Do you know him?

2        A.    No.  I mean, it says here, "Deputy

3    director for public information."  You know, I have

4    about six thousand employees work for me.  I don't

5    recognize this name.

6        Q.    But he works in NIH?

7        A.    Yeah.

8        Q.    Is that fair to say?

9        A.    Yeah.  He probably works in Building

10   1 which is the NIH director's office.  Not my -- it

11   doesn't say NIAID, which means he doesn't work for

12   me.

13       Q.    And he e-mailed Twitter back, and said,

14   "Fake/Imposter handle," and then in all caps,

15   "Please remove, exclamation point, exclamation point,

16   exclamation point."  Correct?

17       A.    That's what it says right here.

18       Q.    Were you aware that staff at the NIH were

19   communicating with Twitter about removing accounts

20   from Twitter because they were impersonating you?

21       A.    I don't -- I kind of vaguely recall that

22   there was a fake account of people using my name

23   under false pretenses.  I'm not 100 percent sure what

24   they did about it.  I'm sure that when they found out

25   that it was a false account, that they would want it

DR. ANTHONY FAUCI 11/23/2022

Page 301

1   to be removed.  I didn't say remove it.  I believe I

2   have a communication staff that I'm sure, if they

3   found out it was a false and misleading account, that

4   they would want it to be removed.

5       **Q.**   **And would your communication staff contact**

6   **the social media platforms to have that false and**

7   **misleading content removed?**

8       MR. KIRSCHNER:  Objection.  Speculative.

9       THE WITNESS:  I don't know how they would

10   do it.  Again, I said I don't pay attention to things

11   related to social media accounts.

12   BY MR. SAUER:

13       **Q.**   **Who's in your communication staff?**

14       A.   A lot of people.

15       **Q.**   **Can you name -- who's the leader of it?**

16       A.   Courtney Billet.

17       **Q.**   **Okay.  Did you ever tell Courtney Billet**

18   **to communicate with a social media platform about**

19   **taking down an imposter account or fake account?**

20       MR. KIRSCHNER:  Objection.  Asked and

21   answered.

22       THE WITNESS:  I don't recall doing it, but

23   I assume, when Courtney found out that it was an

24   imposter handle, that she would have asked to take it

25   down herself, possibly without even telling me except

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   to say, "There's an imposter account on you.  We'll
 2   take care of it."  Something like that.
 3   BY MR. SAUER:
 4       Q.    Do you remember her having that
 5   conversation with you?
 6       A.    I don't specifically remember it, but I
 7   vaguely remember somebody mentioning something about
 8   an imposter account.  I didn't even know what
 9   an imposter account was.  And I likely would have
10   said, "Well, how can they do that?"
11            And I found out that people do
12   imposter accounts, so I don't get involved in
13   searching for them or doing anything about them.  We
14   have an entire communication staff that worries about
15   that.
16       Q.    To be clear, your entire communication
17   staff worries about things like false and misleading
18   accounts like this on social media?
19            MR. KIRSCHNER:  Objection.
20   Mischaracterizes the evidence -- or the testimony.
21            THE WITNESS:  My staff worries about me,
22   not other people's accounts and what's spread on
23   other people's -- they don't worry about -- they work
24   for me.  They don't scour the social media looking
25   for things that may or may not be true.
```

**DR. ANTHONY FAUCI  11/23/2022**

1    BY MR. SAUER:

2        Q.    **Do they scour social media looking for**

3    **imposter accounts or ^ accounts --**

4        A.    I don't think they spend time looking for

5    them, but when someone like Lauren Duvall says, "Hey,

6    we have an Anthony -- @Anthony Fauci," and brings it

7    to the attention of the NIH, then they would

8    obviously be concerned about an imposter account.

9        Q.    **Turn to the first page.  The HHS official**

10   **says, "Thanks, Lauren.  Is there anything else you**

11   **can do to block other variations of his name from**

12   **impersonations so we don't have this occur again";**

13   **correct?**

14           MR. KIRSCHNER:  Objection.  Speculative.

15           THE WITNESS:  It says, "Thanks, Lauren."

16   They're trying to make sure that other people don't

17   impersonate me.

18   BY MR. SAUER:

19       Q.    **Correct.**

20       A.    I think impersonating me is a bad thing,

21   isn't it?  I think so.

22       Q.    **Perhaps.  If you go further up on**

23   **March 14th, it says -- the Twitter official responds,**

24   **"Will freeze this at -- @ handle and some other**

25   **variations so no one can talk on that"; correct?**

**DR. ANTHONY FAUCI  11/23/2022**

Page 304

```
 1        A.    That's what it says.
 2        Q.    So they would freeze a number of different
 3   account handles to make sure that no one uses them to
 4   impersonate you?
 5        A.    I don't know what this -- I don't know
 6   what this statement means.  I don't -- I know it says
 7   will freeze the @ handle and some other variations of
 8   the @ handle.  I don't know what they're referring
 9   to.
10        Q.    Let's do another exhibit.
11        A.    I think what they're trying to say
12   possibly is that someone is impersonating me and
13   that's a bad thing, and they're trying to stop it.
14        Q.    Correct.  Specifically they're trying to
15   stop it by removing accounts from the social media
16   platform Twitter; correct?
17              MR. KIRSCHNER:  Objection.  Speculative.
18              THE WITNESS:  I'm not sure where you're
19   going with this, but I believe if someone is saying
20   they're Fauci and they're not, that that would
21   be disturbing to my communication staff.
22   BY MR. SAUER:
23        Q.    Exhibit 54.
24              (FAUCI Exhibit No. 54 was marked for
25   identification.)
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   BY MR. SAUER:
 2       Q.    Can you look at the third page of this
 3   e-mail chain?  At the very bottom there's an e-mail
 4   from someone called Nicole Burkholtz or Burkes.
 5             Do you see that?
 6       A.    Nicole Berkowitz, yes.
 7       Q.    Do you know who she is?
 8       A.    I don't recognize the name.
 9       Q.    And if you look at this e-mail, if you
10   look up at the top of this e-mail, it looks like she
11   sent an e-mail to the NIH.gov list?
12       A.    It looks that way, yes.
13       Q.    Do you know what that list is?
14             MR. KIRSCHNER:  Objection.  Spec- --
15   BY MR. SAUER:
16       Q.    F --
17             MR. KIRSCHNER:  Sorry.
18   BY MR. SAUER:
19       Q.    ████@list.NIH.gov?
20       A.    No, I don't know what that is.  I mean, it
21   says "NIH.gov" so it has something to do with the
22   NIH, but I don't really know what ████@list is.
23       Q.    Third paragraph down in her e-mail there
24   she says, "Reason for the request, I have come across
25   a very misleading YouTube video titled "How to Kill
```

DR. ANTHONY FAUCI 11/23/2022

```
 1    Coronavirus" that because of the unfortunate

 2    placement of the ad banner and the algorithm which

 3    chose my ad makes it look like this is a CDC video on

 4    COVID-19"; correct?

 5              MR. KIRSCHNER:  Objection.  Lack of

 6    foundation, and I would ask for Dr. Fauci to have an

 7    opportunity to familiarize himself with this

 8    document.

 9              THE WITNESS:  Yeah.  Let me read it.  Hold

10    on.

11    BY MR. SAUER:

12        Q.    Do you see that reference?

13        A.    I don't know what this is.  This looks

14    like a CDC thing.  Let me read it carefully so that I

15    can answer your question.

16              Okay.  So what's the question?  I'm sorry.

17        Q.    Were you aware of someone -- or do you see

18    where she refer -- describes the content of the video

19    she's looked at as incredibly dangerous information?

20        A.    Yeah, and I want to make sure I'm not

21    confused.  So she is an NIH -- who is she?

22        Q.    I think if you look at the next page,

23    she's identified as a communications lead for the

24    EPA.  Do you see that?

25        A.    Where's that next page?
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 307

```
 1        Q.     The very next page.  The one we're looking
 2   at.
 3        A.     This one?  EPA.gov.
 4        Q.     Yeah.
 5        A.     Environmental Protection Agency; right?
 6        Q.     Let me ask you this:  Did you have any
 7   knowledge of someone from the EPA consulting with an
 8   NIH list to try and find a contact at social media to
 9   have dangerous information taken out?
10        A.     I don't have any recollection of any of
11   this.
12        Q.     Let's move on to another exhibit.
13        A.     I don't even know what you're talking
14   about.
15               (FAUCI Exhibit No. 55 was marked for
16   identification.)
17   BY MR. SAUER:
18        Q.     Here's an e-mail chain from April of 2020.
19   Can you turn to the second-to-last page where there's
20   an e-mail from someone called Judith Lavelle of NIAID
21   sent to Facebook?
22        A.     Yeah.
23        Q.     And here -- do you know who Judith Lavelle
24   is?
25        A.     She -- it says NIAID, NIH.  So I'm the
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 308

```
 1    director of NIAID.  So she obviously works in my
 2    multi-thousand-person institute.  So maybe I've run
 3    into her, and I don't know exactly what she does.
 4        Q.    And the next page it indicates she's a
 5    technical writer editor in her signature block.
 6              Do you see that?
 7        A.    Right.  And she's located at Fishers Lane,
 8    which is not the building that you and I are now
 9    sitting in.  So it is unlikely I would have run into
10    her.
11        Q.    She's copied on this e-mail someone called
12    Jennifer Routh at the last CRC.^   Do you see that?
13        A.    Yes.
14        Q.    Who is Jennifer Routh?
15        A.    Jennifer Routh is a member of my
16    communications staff.
17        Q.    Is Judith Lavelle a member of your
18    communications staff?
19        A.    Let me look.  It says Judith Lavelle,
20    technical writer editor.  So that would probably put
21    her in the communications staff.
22        Q.    Okay.  So she is on the communications
23    team?
24              MR. KIRSCHNER:  Objection.
25              THE WITNESS:  Well, that's what technical
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 309

```
 1    writers generally fall under, the broad group of
 2    communications all under Courtney Billet.
 3    BY MR. SAUER:
 4         Q.    And she's e-mailed Facebook and said, "We
 5    wanted to flag a few more fake Dr. Fauci accounts on
 6    Facebook and Instagram for you."  Do you see that?
 7         A.    Yes.
 8         Q.    And she says she's also reported them from
 9    at NIAID and her personal Facebook account; correct?
10         A.    Correct.
11         Q.    And there's a list of about eight accounts
12    there in this e-mail?
13         A.    Correct.
14         Q.    And then if you flip to the next page,
15    there's another one called Dr. Fauci the hero where
16    she says, "I think this one may be fine as a fan page
17    but just as a reminder that it could have been more
18    clear"; correct?
19         A.    That's what it says.
20         Q.    So really you -- were you aware that, in
21    fact, your communications staff was flagging many
22    fake accounts from Facebook to have them removed?
23         A.    I was not aware that they were flagging
24    many accounts, but from looking at this, they are
25    trying to get rid of fake accounts because fake
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   accounts are bad things, I believe.
 2        Q.     "They" are -- "they" are your
 3   communications staff, right, when you say "they are
 4   working to remove fake accounts"?
 5             MR. KIRSCHNER:  Objection.
 6   Mischaracterizes testimony.
 7             THE WITNESS:  Yeah.  I'm not sure what
 8   you're saying or what you're getting at, but I'm
 9   reading here that there are people that are using my
10   name falsely and creating fake accounts which people
11   in the communications staff saying that this is
12   troubling because they're doing things like selling
13   masks and doing things like that.
14             So I think that that would be kind of
15   appropriate for my communications staff to be
16   concerned when people are falsely impersonating me.
17   BY MR. SAUER:
18        Q.     Are some of them parody accounts?
19             MR. KIRSCHNER:  Objection.  Speculative.
20             THE WITNESS:  Who?
21   BY MR. SAUER:
22        Q.     Parody.
23             If I may finish the question?
24             Are some of them parody accounts?
25             MR. KIRSCHNER:  Objection.  Speculative.
```

DR. ANTHONY FAUCI  11/23/2022

Page 311

```
 1                    THE WITNESS:  What is a parody account?
 2   BY MR. SAUER:
 3        Q.    Someone pretending to be you in a way
 4   that's ironic or making a point.
 5                    MR. KIRSCHNER:  Again, objection.
 6   Speculative.
 7                    THE WITNESS:  I don't know what these are.
 8   I just got a bunch of links to them.  I'm not sure
 9   what they are.
10   BY MR. SAUER:
11        Q.    And there's one more.  She sent a second
12   e-mail flagging one more -- apologies for one more in
13   the middle of that page.  Do you see that?
14        A.    Apologies for one more, right.
15        Q.    And then the -- directly above that, the
16   Facebook person responds, "Hi, all, flagged this for
17   the fake accounts team and they have confirmed that
18   all but two accounts were removed for the
19   impersonation of Dr. Fauci"; correct?
20        A.    Right.  Right.  Impersonation are bad
21   things.
22        Q.    And bad things should be removed from
23   social media on your --
24        A.    No.  I mean, I think when someone says
25   they're me and they're not me, I think someone should
```

**DR. ANTHONY FAUCI  11/23/2022**

1    take a close look at that.

2         Q.    **Should someone take a close look at other**

3    **false statements on social media?**

4         A.    That's not my lane.  I don't -- I never

5    get involved in that, nor do I concentrate on that,

6    so I don't have an opinion on that.  Like I've told

7    you maybe now, I can repeat it for the hundredth

8    time, I really don't get involved in social media

9    issues.

10         Q.    **Do people on your communication staff get**

11    **involved in social media issues regarding false**

12    **information or misinformation?**

13         A.    Not to my knowledge.

14         Q.    **If I may finish my question.**

15               **Other than impersonation accounts?**

16               MR. KIRSCHNER:  Objection.  Speculative.

17               THE WITNESS:  To my knowledge, they don't

18    get involved in trying to influence social media in

19    any way.  But when someone impersonates me, I think

20    it's totally appropriate for them to be concerned

21    about that.

22               MR. KIRSCHNER:  And after this, can we

23    take a break?

24               MR. SAUER:  Why don't we do that now?

25               THE VIDEOGRAPHER:  The time is 3:39 p.m.

 1   and we are going off the record.

 2          (Recess.)

 3          THE VIDEOGRAPHER:  The time is 3:55 p.m.

 4   and we're back on the record.

 5   BY MR. SAUER:

 6      Q.    **Dr. Fauci, do you know Sylvia Burwell?**

 7      A.    I do.

 8      Q.    **Who's that?**

 9      A.    Sylvia Burwell is the former Secretary of

10   the Department of Health and Human Services and the

11   current president of American University.

12      Q.    **Did she e-mail you in February of 2020**

13   **asking whether she should wear a mask if she was**

14   **traveling in an airport in the early stages of the**

15   **pandemic?**

16          MR. KIRSCHNER:  Objection.  Speculative.

17          THE WITNESS:  Sylvia has, over the past

18   couple of years, asked me advice about personal

19   safety during the COVID-19 pandemic.

20   BY MR. SAUER:

21      Q.    **And in particular, in February of 2020,**

22   **did she e-mail you and say, "I am traveling to --**

23   **redacted -- folks are suggesting I take a mask**

24   **through the airport.  Is this something I should do?"**

25          MR. KIRSCHNER:  Objection.  Lack of

 1   foundation.

 2           THE WITNESS:  You know, I don't recall

 3   specifically that.  I -- I do know that Sylvia has

 4   called me over the last couple of years asking me

 5   questions about health.  I don't specifically recall

 6   that.

 7   BY MR. SAUER:

 8       Q.   Do you recall writing this in response:

 9   **"Masks are really for infected people to prevent them**

10   **from spreading infection to people who are not**

11   **infected, rather than protecting uninfected people**

12   **from acquiring infection.  The typical mask you buy**

13   **in the drugstore is not really effective in keeping**

14   **out virus, which is small enough to pass through**

15   **material.  It might, however, provide some slight**

16   **benefit in keep out gross droplets if someone coughs**

17   **or sneezes on you.  I do not recommend that you wear**

18   **a mask, particularly since you're going to a low risk**

19   **location."**

20           **Do you recall writing that?**

21           MR. KIRSCHNER:  Objection.  Lack of

22   foundation.

23           THE WITNESS:  I vaguely recall talking to

24   her about certain safety issues regarding masks.

25   BY MR. SAUER:

1       Q.    Do you specifically recall recommending
2   that she not wear a mask as she's traveling --
3       A.    If that's an accurate -- I mean, you're
4   asking if I recall?
5       Q.    Yeah.
6       A.    I don't recall.  I mean, these things --
7   thousands of things happen.  If you show me an e-mail
8   that has my name and the proper identification and I
9   said that, I would not argue with you.  It would not
10  be out of the question that at that time in the
11  outbreak, I would have said that.
12      Q.    In fact, you made several statements that
13  are similar to that at that time frame; fair to say?
14      A.    Yeah.
15      Q.    Saying that masks are not effective --
16      A.    Yeah.
17      Q.    -- in keeping out the virus, and I don't
18  recommend you wear masks, in February of 2020?
19      A.    Yeah, in the very early months prior to
20  our understanding of the virus and its modality of
21  transmission, I, the surgeon general, and the CDC
22  were not recommending masks for people for three
23  reasons.  I'd be happy to tell you those three
24  reasons.
25      Q.    Please do.

1       A.    The three reasons are as follows:  There

2  was this understanding and discussion that the best

3  masks that we used in hospitals were in short supply,

4  and if people did a run on masks and bought them all,

5  that masks would not be available for the people in

6  the medical community who needed them; point number

7  one.

8            Point number two, there was no evidence at

9  the time or any studies that showed outside of the

10  medical environment, i.e., in a hospital or in an

11  ICU, that masks actually worked in protecting

12  transmission or acquisition.  At the time, there were

13  no studies.  And thirdly, we were not aware at the

14  time that 50 to 60 percent of the transmission occur

15  from someone who is without symptoms, either someone

16  who never will develop symptoms or someone who is in

17  the presymptomatic stage.

18            So based on those three considerations,

19  both myself, the surgeon general, and the CDC were

20  saying you really don't need to wear masks.  Then

21  things changed.  Three things changed:  A, it was

22  clear that there was not a shortage, and that if

23  people wore masks, they would not be taking masks

24  away from the medical community.  Two, it became

25  clear that there was an asymptomatic spread of --

1    of -- of virus where people walking around not

2    knowing they're infected were spreading virus.  And

3    then three, it became clear -- let me see.  It was

4    three?  There was asymptomatic spread -- oh.

5    Evidence began accumulating that masks actually

6    work in preventing acquisition and transmission.

7           So the three reasons that I might have

8    said and did say -- if that is correct -- that you

9    don't need to wear a mask now, particularly in a low

10    risk situation, the basis for those statements

11    dramatically changed over a period of time, which

12    then made me be a very vocal proponent of wearing

13    masks.

14    **Q.**    **And you became a vocal proponent as soon**

15    **as April 3rd of 2020 -- correct -- when you joined a**

16    **universal recommendation --**

17    A.    Right.

18    **Q.**    **-- a recommendation for universal masking;**

19    **correct?**

20    A.    I'm not sure of the dates, why --

21    **Q.**    **How many studies were done between**

22    **February of 2020, when you e-mailed Ms. Burwell and**

23    **told her that "the typical mask you buy in the**

24    **drugstore is not really effective in keeping out**

25    **virus, which is small enough to pass through the**

DR. ANTHONY FAUCI 11/23/2022

Page 318

```
 1    material," between when you said that and April 3rd

 2    of 2020, what studies were done of the efficacy of

 3    masks --

 4        A.    Yeah.

 5        Q.    -- in preventing the spread of -- of

 6    COVID-19?

 7              MR. KIRSCHNER:  Objection.  Speculative.

 8              THE WITNESS:  I could find those and --

 9    and get them for you, but I don't have them in my

10    fingertips right now.

11    BY MR. SAUER:

12        Q.    Who'd you consult with about the efficacy

13    of masks during that time period?  Who'd you talk to

14    in the government about it?

15        A.    I don't recall who I spoke to.

16        Q.    Did your opinion on masking change based

17    on new information and new scientific evidence that

18    came forward?

19        A.    I believe it did, yes.

20        Q.    Was there disputes about the efficacy of

21    masking at that time?

22              MR. KIRSCHNER:  Objection.  Vague.

23    BY MR. SAUER:

24        Q.    For example, on March 31st, 2020, where

25    you forwarded a -- a study showing that masking is
```

**DR. ANTHONY FAUCI 11/23/2022**

Page 319

```
 1    ineffective; a review of masking on March 31st, 2020
 2    that said there was no evidence that masks works --
 3    that masks worked?
 4              MR. KIRSCHNER:  Objection.  Lack of
 5    foundation.
 6              THE WITNESS:  Yeah, I don't recall that,
 7    so I'm not able to answer that accurately, I believe.
 8    BY MR. SAUER:
 9         Q.    Is it important for that kind of
10    development of your view that you had access to both
11    sides of that debate?
12              MR. KIRSCHNER:  Objection.  Lack of
13    foundation.  Vague.
14              THE WITNESS:  You always have access to
15    both sides of the debate.
16    BY MR. SAUER:
17         Q.    Do you?  In science, do you always have
18    access to both sides of the debate?
19         A.    Most of time.
20         Q.    Is that important for people --
21         A.    Yeah.
22         Q.    --  to have access to both sides of the
23    debate?
24         A.    Yeah, and then you make a decision based
25    on your judgment based on the preponderance of the
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 320

```
 1    correct data.
 2         Q.    Right.  And so you would look at the
 3    studies --
 4         A.    Yeah.
 5         Q.    -- that come one way --
 6         A.    Yeah.
 7         Q.    -- or the opinions --
 8         A.    Sure.
 9         Q.    -- one way and look at the studies that go
10    the other way?  Is that --
11         A.    Yeah, but often there are studies that
12    when you subject them to proper physical statistical
13    analysis, that the conclusions don't hold up; that
14    happens often.  So you've got to be careful when
15    you're looking at one study versus another that it
16    goes through the proper statistical analysis and
17    there's proper design.
18         Q.    Part of the reason that you recommended
19    against masking in February was to avoid too many
20    people going out and buying masks to ensure that they
21    were available for --
22         A.    That was one of the reasons, yes.
23         Q.    -- to be available for healthcare
24    providers; correct?
25         A.    That was one of the reasons is that we
```

**DR. ANTHONY FAUCI  11/23/2022**

1   were told multiple times at the coronavirus task

2   force meeting, that there was a shortage of masks,

3   and that if, in fact, there was a run on the purchase

4   of masks, that that could potentially lead to a

5   shortage for the healthcare providers that really

6   needed them.

7        **Q.    So the recommendation you gave as to masks**

8   **was motivated in part by not wanting people to go out**

9   **and -- and buy a bunch of masks, so that the people**

10  **who really needed them wouldn't have them?**

11       A.    That was one of the considerations that

12  was discussed at the coronavirus task force, that

13  there was a shortage of masks, which led to a lot of

14  activities of trying to increase the supply of masks,

15  either by importing them because many of the masks

16  were made outside of the United States, increasing

17  production of masks, or using alternative masks, such

18  as cloth masks.  So the -- the discussion, the

19  dialogue -- the discussion at the time was that there

20  is a shortage of masks.  We were trying desperately

21  to get masks as well other personal protective

22  equipment into the country, and there was a concern

23  that there was a shortage of them.  That was one of

24  the considerations which went into a lack of

25  promoting, go out and buy masks and wear masks.

**DR. ANTHONY FAUCI 11/23/2022**

Page 322

1      Q.    Were there placebo-based, randomized,
2    double-blind studies of the efficacy of masking that
3    were done between February and April of 2020?
4      A.    I don't recall.  I'd have to go back and
5    take a close look at the literature.  I don't recall.
6      Q.    Have you seen any studies that contradict
7    the efficacy of masking?
8      A.    There were some studies early on -- I
9    don't know the dates of them -- that made the
10   statement that masks were not effective.  When those
11   studies were subject to statistical scrutinization,
12   they were felt to be not definitive.
13          Subsequent to that time, there have been
14   studies to indicate that in situations where mask
15   wearing was compared to not mask wearing, that masks
16   clearly have an effect.
17     Q.    In a situation like this, a debate about
18   the efficacy of mask wearing, is it important for
19   people to have access to both sides of the debate but
20   to propose -- to expose the different viewpoints
21   reflected in the debate?
22          MR. KIRSCHNER:  Objection.  Argumentative.
23   BY MR. SAUER:
24     Q.    Is it important?
25     A.    Is it important for people?  I think it's

**DR. ANTHONY FAUCI  11/23/2022**

Page 323

```
 1    important for people to have all of the information
 2    that's available.
 3         Q.    And so they can assess what's good
 4    information and what's bad information?
 5         A.    Yeah.  Well, you know, it depends.  If
 6    information is clearly inadequate and statistically
 7    not sound, there can be a danger in people who don't
 8    have the ability or the experience of being able to
 9    understand that it's a flawed study, that that's when
10    the literature is self-correcting.  Science is
11    self-correcting.
12              So if you have something that makes a
13    certain statement based on data that isn't
14    statistically significant, that often there are
15    studies that come out and examine that and do
16    proper statistical analysis to try and get the real
17    truth of what the data are showing.
18              MR. SAUER:  Can you give the witness
19    Exhibit 56?
20              (FAUCI Exhibit No. 56 was marked for
21    identification.)
22    BY MR. SAUER:
23         Q.    It's right there.  We marked it before the
24    break.
25              Here's an e-mail chain from October
```

**DR. ANTHONY FAUCI  11/23/2022**

1    of 2020.  Do you see that at the top?

2         A.    October 30th, 2020, from Jen Routh?

3         Q.    Yeah, and she's on your communications

4    team; is that right?

5         A.    Correct.

6         Q.    And she's e-mailing with people -- some

7    people from -- with Google.com e-mail addresses in

8    the "to" line?

9         A.    Yeah.  There's Google, yeah.

10        Q.    And then she's copying Courtney Billet,

11   who is the head of your communications team; correct?

12        A.    Correct.

13        Q.    And the second page of this e-mail, can

14   you turn to that?  There's an e-mail from -- that --

15   this chain begins with an e-mail from a Sandra Sitar

16   from NIAID; correct?

17        A.    Right.

18        Q.    Do you know who she is?

19        A.    It says director of communications,

20   clinical trials program, VRC.  I don't recognize the

21   name, but the signature block indicates she is part

22   of the vaccine research center at NIAID.

23        Q.    And she's e-mailing Jen -- Jennifer Routh

24   saying, "As I mentioned, Jan and the Google team are

25   hoping to connect on vaccine communications,

```
 1    specifically misinformation."

 2             Do you see that?  It's the second full

 3    paragraph on this page.

 4             MR. KIRSCHNER:  Objection.  Lack of

 5    foundation.  Mischaracterizes the evidence.

 6    BY MR. SAUER:

 7        Q.    Do you see where Sandra writes that Jen

 8    and the Google team are hoping to connect on vaccine

 9    communications, specifically misinformation?

10        A.    I'm reading it, yeah.

11        Q.    Did your communications team communicate

12    with the Google, YouTube team about vaccine

13    misinformation?

14             MR. KIRSCHNER:  Objection.  Speculative.

15             THE WITNESS:  Not to my knowledge.  I

16    don't -- I don't know if they did.  I have no

17    knowledge that they did.

18    BY MR. SAUER:

19        Q.    Page before this, go to the first page;

20    e-mailing from the Google person, says, "Hi, Sandra

21    and Jen, thank you so much for reaching out.  It

22    would be great to find a time early next week for a

23    quick call on vaccine communications."

24             Do you know if your team had that call in

25    October 30th of 2020 or thereabouts with Google about
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    vaccine communications?

 2              MR. KIRSCHNER:  Objection.  Speculative.

 3    BY MR. SAUER:

 4         Q.    Do you know?

 5         A.    Not to my knowledge.

 6         Q.    Did you --

 7         A.    I don't recall that, no.

 8         Q.    Did you authorize them to talk to Google

 9    about vaccine communications including

10    misinformation -- or, actually, specifically

11    misinformation?

12         A.    That would be unlikely that I would

13    authorize or not authorize someone to do that, again.

14         Q.    You don't believe you authorized your

15    communication team to communicate with Google about

16    vaccine misinformation?

17         A.    When you say "authorize," I'm -- it

18    doesn't work -- it doesn't work that way in the

19    institute.  The communication team would -- if they

20    were going to do it, they would do it.

21         Q.    Okay.  So they would just do this on their

22    own to the extent they did it?

23         A.    Yeah.  I don't think that they would need

24    my permission to communicate with people.  That's --

25    that's their job.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    And then Jan -- sorry -- Jen Routh then

 2   looped in Courtney Billet, who's the head of your

 3   communications team; correct?  At the very top of the

 4   e-mail?

 5             MR. KIRSCHNER:  Objection.  Speculative.

 6   BY MR. SAUER:

 7        Q.    Where it says, "Hi, Jen, I'm adding

 8   Courtney Billet, Director of the Office of

 9   Communications and Government Relations at NIAID" --

10        A.    Right.

11        Q.    -- "to talk about vaccine communications."

12   She's -- Courtney Billet is the director of your

13   whole communications team; right?

14        A.    Right.  Yes, she is.

15        Q.    And you never discussed with her having

16   communications with Google about vaccine

17   misinformation?

18             MR. KIRSCHNER:  Objection.  Asked and

19   answered.

20             THE WITNESS:  I don't recall having

21   specific conversations with Courtney about

22   communicating with Google.

23   BY MR. SAUER:

24        Q.    Exhibit 57.

25             (FAUCI Exhibit No. 57 was marked for
```

**DR. ANTHONY FAUCI  11/23/2022**

 1    identification.)

 2              (Discussion off the record.)

 3    BY MR. SAUER:

 4        Q.    Just briefly, if you look at the second

 5    page of this exhibit, do you see an e-mail from

 6    someone called Clarke Humphrey?

 7        A.    Clarke Humphrey, July 2021.  Okay.

 8        Q.    The second page -- do you know who

 9    Clarke Humphrey is?

10        A.    She -- Clarke, I believe, is one of the

11    communications people at the White House.

12        Q.    And she e-mailed to -- at Facebook in July

13    of 2021 saying, "Hi there, any way we can get

14    this pulled down?  It is not actually one of ours,"

15    with a link to an Instagram account called

16    Anthony Fauci official; correct?

17        A.    It says, "Subject:  Deactivating the fake

18    Fauci IG," which I would imagine is Instagram.  I

19    don't know if that's what that is.

20        Q.    Were you aware that the White House was

21    communicating with Facebook to have accounts with

22    your name taken down?

23        A.    The only thing I remember is someone

24    mentioning that there's fake stuff impersonating me

25    going on.  I don't specifically recall who

**DR. ANTHONY FAUCI  11/23/2022**

Page 329

 1   specifically was asked to address that problem of

 2   people impersonating me, but I know that there was

 3   some talk.  Someone mentioned to me in my group that

 4   there's an impersonation of you going on out there.

 5          I don't recall anything specific except

 6   that they're obviously trying to do something about

 7   it.

 8      **Q.    And, in fact, they succeeded, it looks**

 9   **like, where Carrie Adams says, "This account has been**

10   **removed.  Thank you for flagging," in the second**

11   **e-mail on the first page.  Do you see that?**

12      A.    "This account has been removed.  Thank you

13   for flagging."  So they removed a spurious, fake

14   account, which I think was a good thing --

15      **Q.    At the request of the --**

16      A.    -- because those accounts are bad.

17      **Q.    At the request of the White House?**

18          MR. KIRSCHNER:  Objection.  Speculative.

19   BY MR. SAUER:

20      **Q.    Or Clarke Humphrey, the digital director**

21   **for the White House?**

22          **Is that your understanding of that e-mail?**

23          MR. KIRSCHNER:  Objection.  Speculative.

24          THE WITNESS:  I wasn't even know you were

25   asking me questions.  Clarke Humphrey is at the White

1    House, and there was communication that there was a

2    fake, impersonating Fauci Instagram that was

3    deactivated.

4    BY MR. SAUER:

5        Q.    Can you look at Exhibit 58?

6              (FAUCI Exhibit No. 58 was marked for

7    identification.)

8              THE WITNESS:  Okay.

9    BY MR. SAUER:

10       Q.    Here is an e-mail chain between people at

11   Google and people at the CDC that include

12   Carol Crawford; correct?

13       A.    Hold on.  Carol Crawford of the CDC;

14   right?  So I'm -- there's a bunch of e-mails here.

15   So what -- what do you want -- you want me to read

16   this and then you'll ask your question or --

17       Q.    No.  I just want to ask you on the first

18   page, do you see there's an e-mail from

19   Catherine Jamal of the CDC; right?

20       A.    Right.

21       Q.    And she's sending it to two people at

22   Facebook and copying Carol Crawford; correct?

23       A.    Copy Carol Crawford, yes.

24       Q.    And it says -- the subject is:

25   Ivermectin questions for the CDC; correct?

**DR. ANTHONY FAUCI  11/23/2022**

Page 331

```
1        A.    Correct.

2        Q.    And in that e-mail, this -- Ms. Jamal

3    notifies -- or gives Facebook the CDC's position on

4    three claims:  The claim that ivermectin --

5    ivermectin is effective in treating COVID with the

6    answer that that is not accurate; correct?  That's

7    the first item.

8        A.    That's Item Number 1.  That's what it

9    says:  Ivermectin is effective in treating COVID.

10   And, I believe -- is this what the CDC said, "Answer

11   is not accurate"?  I would imagine that that's what

12   they typed in.

13       Q.    Yeah, and if you look at each of those --

14       A.    Yeah.

15       Q.    -- what they're citing for their claim

16   that ivermectin -- the claim about ivermectin's

17   effectiveness is not accurate --

18       A.    Right.

19       Q.    -- is they link to something from the NIH;

20   correct?

21             MR. KIRSCHNER:  Objection.  Speculative.

22             THE WITNESS:  I see a guideline that says:

23   Practice guideline, COVID-19 guideline, treatment

24   management.

25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

Page 332

 1       Q.    And do you see something before that or
 2  nearly before that where it says:  Ivermectin
 3  COVID-19 treatment guidelines, and then in
 4  parentheses NIH.gov?
 5       A.    Yeah.
 6       Q.    Were you aware that the CDC citing NIH
 7  provided information to debunk claims about efficacy
 8  of ivermectin to Facebook?
 9            MR. KIRSCHNER:  Objection.  Lack of
10  foundation.
11  BY MR. SAUER:
12       Q.    Were you aware?
13       A.    I was -- I was not aware of this, but this
14  is not surprising.  Just a second somebody is -- just
15  let me --
16            I was not aware, but it's not surprising
17  that organizations, including the CDC, would use the
18  treatment guidelines of the NIH, which is, as I
19  mentioned before in a prior question you asked me,
20  it's a group of, you know, up to 40 people who are
21  infectious disease experts from throughout the
22  country, usually the chiefs of infectious diseases at
23  various medical centers throughout the country.  So
24  it's not at all surprising that when people want to
25  find out what the latest documented information and

**DR. ANTHONY FAUCI  11/23/2022**

 1    clinical opinions among the top infectious disease

 2    people, that they would refer to or access the

 3    treatment guidelines.

 4         **Q.    Would it be surprising if the social media**

 5    **platforms also relied on the public statements of**

 6    **someone like yourself on matters of health policy for**

 7    **their own decisions?**

 8              MR. KIRSCHNER:  Objection.  Speculative.

 9    BY MR. SAUER:

10         **Q.    You just said it would not be surprising**

11    **if they relied on the published NIH guidelines --**

12         A.    Right.

13         **Q.    -- to debunk --**

14         A.    Right.

15         **Q.    -- ivermectin claims.  Would it be**

16    **surprising if they relied on public statements by**

17    **Dr. Fauci about the efficacy of --**

18         A.    I don't think that --

19         **Q.    -- ivermectin?**

20         A.    I don't think that would have as much

21    weight as the measured, scholarly analysis of

22    hundreds of articles that the treatment guideline

23    panel -- so the weight of the opinion of 30 to 40

24    infectious diseases experts would likely carry

25    considerably more weight than the statement by an

1    individual physician or scientist.

2        **Q.    Multiple times today you've characterized**

3    **your opinions as reflecting and reporting on the**

4    **consensus of that 40 scholars --**

5        A.    Right.

6        **Q.    -- and if you make a public statement, is**

7    **it surprising if social media platforms take your**

8    **public statement and view it as reflecting knowledge**

9    **of that kind of consensus of government experts or**

10   **public health authorities?**

11           MR. KIRSCHNER:  Objection.  Speculative.

12   Compound.

13           THE WITNESS:  Yeah, I'm not -- it's a

14   convoluted question.  I'm not sure really what the

15   point you're making.

16   BY MR. SAUER:

17       **Q.    Exhibit 59.**

18       A.    Yeah.

19       **Q.    Have ever heard of -- sorry.**

20           **(FAUCI Exhibit No. 59 was marked for**

21   **identification.)**

22   BY MR. SAUER:

23       **Q.    Have you ever heard of Alex Berenson?**

24       A.    I've heard of him.  I'm not sure -- I'm

25   trying to remember what context, but now you've put

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    this in front of me, and it -- it's the person who
 2    says that the White House demanded Twitter ban -- ban
 3    me months before the company did so.  I had never
 4    heard of who Alex Berenson was before this, but -- I
 5    mean, not before this but I had heard that there was
 6    an issue that he was complaining that he was being
 7    banned.  I don't even know who -- who he is.
 8         Q.    What -- what issue did you hear about?
 9         A.    I think he was complaining that he was
10    being muzzled or something.  I -- something like
11    that.  Again, I don't pay attention to these social
12    media things of people getting banned or impeded or
13    what have you.  That's not an interest of mine.
14         Q.    Can you look at the second paragraph of
15    this document, Exhibit 59?
16         A.    Yes.
17         Q.    See how it says -- you know, in this
18    subset post by Alex Berenson, he says, "In a White
19    House meeting in April 2021, four months
20    before Twitter suspended my account, the company
21    faced one really tough question about why Alex
22    Berenson hadn't been kicked off the platform."
23              Do you recall -- you were the White House
24    chief medical advisor in April of 2021; correct?
25         A.    Yes.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 336

```
1         Q.    Do you recall any communications or
2    discussion of Alex Berenson, as a vaccine critic,
3    being on Twitter, or being booted off Twitter?
4         A.    I don't recall that, no.
5         Q.    Do you remember -- were you aware of any
6    meeting between -- do you know who Andy Slavitt is or
7    Slavitt?
8         A.    Andy Slavitt for a relatively small period
9    of time was a part of the coronavirus team.  He was
10   at the White House a fair amount, and then he left,
11   and I forgot where he went, but he was with the group
12   at the White House for a few months.
13        Q.    How about Rob Flaherty?  Do you know who
14   that is?
15        A.    No.  I know Andy Slavitt.  I don't know
16   Rob Flaherty.
17        Q.    Do you know who the digital director is at
18   the White House, coronavirus response team?
19        A.    Digital?  I thought that was Clarke, or
20   maybe Clarke reports to the director.
21        Q.    Let me ask you this:  Were you aware of a
22   meeting between Andy Slavitt, Rob Flaherty, and
23   people at Twitter in April of 2021 to discuss vaccine
24   misinformation?
25              MR. KIRSCHNER:  Objection.  Lack of
```

DR. ANTHONY FAUCI 11/23/2022

```
 1   foundation.
 2   BY MR. SAUER:
 3        Q.    Were you aware of it?
 4        A.    I don't recall.  I mean, you're bringing
 5   it up.  It doesn't ring a bell that I was aware of
 6   it.
 7        Q.    Can you turn to the third page of this
 8   document?  At the very bottom, in the Twitter
 9   employee Slack message thread, it says:  Andy
10   Slavitt -- it says, "They really wanted to know about
11   Alex Berenson"; the very bottom post.  Do you see
12   that?
13        A.    Yes.
14        Q.    And then it says, "Andy Slavitt suggested
15   they had seen data viz that had showed he was the
16   epicenter of the disinfo that radiated outwards to
17   the persuadable public."
18              Do you see that?
19        A.    Yeah.
20        Q.    Were you aware of any discussions of
21   someone on Twitter who was, you know, an epicenter of
22   disinformation radiating outward to the
23   persuadable public about vaccines?
24              MR. KIRSCHNER:  Objection.  Lack of
25   foundation.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 338

```
 1                THE WITNESS:  You know, you're asking me
 2    if I was aware of -- I mean, there was always talk
 3    about misinformation and disinformation.  I'm not
 4    aware of any connection, to my memory.  Maybe someone
 5    casually mentioned it of -- you know, I don't even
 6    know the connection, whether An -- Berenson was --
 7    no.  I mean, this does -- this does not ring a bell
 8    to me, to be honest with you.
 9    BY MR. SAUER:
10        Q.    Well, do you remember any discussions more
11    generally of misinformation and disinformation on
12    social media leading to vaccine hesitancy?
13        A.    You know, there's a lot of different
14    discussions about misinformation.  You're making a
15    connection between misinformation and something about
16    social media.  It's all blob about misinformation.
17        Q.    Well, let's take the whole blob.  What
18    sort of discussions were there about misinformation?
19    You say there's discussions about --
20        A.    Well, I'll give you an example.
21        Q.    Yeah, that'd be great.
22        A.    The misinformation that Bill Gates and I
23    put a chip in the vaccine to monitor people, and,
24    therefore, people should not get vaccinated.  I think
25    that falls under the category of disinformation.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 339

```
 1        Q.    Or misinformation if people honestly --
 2        A.    No, this is dis --
 3        Q.    Okay.
 4        A.    Because I didn't put a chip, so this dis.
 5        Q.    I think they're both false -- right -- mis
 6   and dis are both incorrect --
 7        A.    Yeah, yeah --
 8        Q.    -- under your definition.
 9        A.    Yeah, but --
10        Q.    You testified to earlier --
11        A.    Yeah, right, but the disinformation --
12              MR. KIRSCHNER:  Please let the witness
13   finish.
14              THE WITNESS:  Yeah, but the disinformation
15   is when you deliberately get -- propagate information
16   that you know to be true.^   there's no evidence
17   because it isn't true that I put a chip in the
18   vaccine.  So I think that qualifies as
19   disinformation.
20   BY MR. SAUER:
21        Q.    Were there discussions of that with your
22   colleagues at the White House about that particular
23   issue of trying to stop the spread of that kind of
24   disinformation?
25        A.    No, no, I -- you know, you just said
```

**DR. ANTHONY FAUCI  11/23/2022**

1    something important.  I never engaged in any

2    discussion about stopping the spread.  It just was

3    been disconcerted that there's so much disinformation

4    going on out there.  I don't recall, to my knowledge,

5    that I got involved in any discussions about stopping

6    or blocking things.

7        **Q.    So your testimony is that you were never**

8    **involved in any discussions about stopping the spread**

9    **of disinformation --**

10       A.    Not -- no.

11       **Q.    If I may finish the question.  So your**

12   **recollection is that you have never been involved in**

13   **any discussions about stopping the spread of**

14   **disinformation, whether on social media or elsewhere?**

15       A.    I don't recall.  Someone may have

16   mentioned that we should be stopping misinformation,

17   but I don't recall specifically that I was involved

18   in interfering with the dissemination, not to my

19   recollection.  Like I said, someone may have made a

20   mention of that, but I didn't put it squarely on my

21   radar screen.

22            (FAUCI Exhibit No. 60 was marked for

23   identification.)

24   BY MR. SAUER:

25       **Q.    If you'd look at Exhibit 60, is this a**

```
 1   report from The Hill dated July 11th of 2021?

 2        A.    Yes.

 3        Q.    And if you turn to -- it reports on some

 4   of your public comments on a Sunday talk show --

 5   correct -- I think on CNN State of the Union?

 6             MR. KIRSCHNER:  I would ask for the

 7   witness to be able to familiarize himself.

 8             THE WITNESS:  I have to -- I have to read

 9   this before I make any comments, so I'm going to read

10   the whole thing.

11   BY MR. SAUER:

12        Q.    You'll see there at the top of the second

13   page of the document --

14        A.    Yes.

15        Q.    Where it says, "Fauci was responding to a

16   clip of conservative author Alex Berenson, who spoke

17   at CPAC on Saturday"; correct?

18        A.    Correct.

19        Q.    Does that jog your memory as to who

20   Alex Berenson is?

21        A.    It does jog my memory to who he is because

22   at that time, they were talking about this CPAC where

23   people were cheering on not taking a lifesaving

24   intervention.  And it says in this Exhibit 60, Fauci

25   was responding to a clip of conservative author
```

**DR. ANTHONY FAUCI  11/23/2022**

1    Alex Berenson who spoke at CPAC.

2            So it looks like on the show, the Sunday

3    show, that they showed me a clip of this person who I

4    very likely had not heard of before saying that,

5    quote -- they quote Berenson, "The government was

6    hoping that they could sort of sucker 90 percent of

7    the population into getting vaccinated, and it isn't

8    happening," he added, to applause.

9        **Q.    And then you made a response to that on**

10   **CNN State of the Union where you described it as**

11   **horrifying; correct?**

12       A.    Yeah.

13       **Q.    It quotes you as saying, "It's**

14   **horrifying."  Is that what you said?**

15       A.    Well, this is the quote that they're

16   saying here.  I don't recall saying it's horrifying,

17   but I have no reason to believe that CNN would

18   misquote me.

19       **Q.    And they went on to -- or The Hill -- it**

20   **goes on to say in the next paragraph that "Fauci said**

21   **it was almost frightening for people to say they**

22   **don't want health officials to save their lives";**

23   **right?**

24       A.    That's what it says that I said.  I have

25   no reason to believe that's not what I said.

**DR. ANTHONY FAUCI  11/23/2022**

1      Q.    Were there any discussions before you made

2   these comments on CNN State of the Union on -- in

3   July of 2021, were there any -- did you have any

4   discussions with anyone in the government about

5   making statements to criticize Alex Berenson in any

6   way?

7      A.    I don't recall.  Again, the context of

8   this "almost frightening for people to say," if one

9   looks at the data comparing the hospitalizations and

10  deaths of vaccinated people and unvaccinated people,

11  it is overwhelmingly weighted towards unvaccinated

12  people.  So someone cheering to the statement that

13  you shouldn't be vaccinating people, I think is

14  really very much contrary to the principles of good

15  public health.

16     Q.    Before you made those comments, do you

17  recall discussing Alex Berenson with anyone in the

18  government?

19     A.    I don't recall that.  It is possible, but,

20  again, Alex Berenson rings the bell here when you

21  show me this clip.  But, again, I -- I don't recall

22  any necessary discussions with him.  They may have

23  occurred, but I don't recall.

24     Q.    Exhibit 61.  Five days -- oh, sorry.

25          (FAUCI Exhibit No. 61 was marked for

```
 1   identification.)

 2   BY MR. SAUER:

 3       Q.    You see this is a New York Times report

 4   dated five days later on July 16th of 2021?

 5       A.    I don't see the date.  Yeah, July 16th,

 6   2021.

 7            MR. KIRSCHNER:  Just to clarify the

 8   record, it also says it was updated July 19th, 2021.

 9            THE WITNESS:  Right.

10   BY MR. SAUER:

11       Q.    And the first line says, "President Biden

12   unleashed his growing frustration with Social Media

13   on Friday saying that platforms like Facebook were

14   killing people by allowing disinformation about the

15   coronavirus vaccine to spread online"; correct?

16       A.    That's what the first sentence says.

17       Q.    Do you recall the president saying that,

18   that social media companies are, quote, "killing

19   people"?

20       A.    I don't recall him saying that, but this

21   is reported by the New York Times saying that that's

22   what he said.  So I have no reason to believe that he

23   did not say that, but I don't specifically recall him

24   saying that specific comment.  I may -- I may have

25   been aware of it when he said it, but I don't recall
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    now that he said it except when you put this

 2    statement in front of me.

 3        Q.    Do you recall any discussions with anyone

 4    in the government of how disinformation or

 5    misinformation on social media platforms are killing

 6    people?

 7        A.    Well, it is very clear that, as I've said

 8    multiple times before, that misinformation and

 9    disinformation, particularly that encourages people

10    to avoid lifesaving interventions, can certainly

11    result in the unnecessary death of people whose lives

12    would have been saved.  So when misinformation and

13    disinformation leads people to avoid a lifesaving

14    intervention, that is equivalent to contributing to

15    the death of that person.

16        Q.    My question was:  Do you recall discussing

17    that with anyone in the government in this time

18    frame?

19            MR. KIRSCHNER:  Objection.  Lack of

20    foundation.  Vague.

21            THE WITNESS:  You know, when you say

22    "anyone in the government," I have often said that

23    misinformation and disinformation is the enemy of

24    public health.  Could I have said it to someone in

25    the government?  It is certainly possible that I did
```

1  because I do feel strongly that misinformation and

2  disinformation, when it leads to people avoiding

3  lifesaving interventions, can be deadly.

4  BY MR. SAUER:

5      **Q.    Misinformation and disinformation are the**

6  **enemy of public health you said just now?**

7      A.    Yeah.

8      **Q.    Is that true when they are propagated on**

9  **social media platforms, on your view?  Yes or no?**

10     A.    If social media is propagating

11  disinformation that leads to the death of people by

12  encouraging them to avoid lifesaving interventions, I

13  believe that's contrary to public health.

14     **Q.    Can you look at Exhibit 62?**

15         **(FAUCI Exhibit No. 62 was marked for**

16  **identification.)**

17         MR. KIRSCHNER:  Can I get a copy, Counsel?

18  There's -- I don't know what this is.

19         MR. SAUER:  Oh.

20  BY MR. SAUER:

21     **Q.    Do you know who Scott Gottlieb is?**

22     A.    I do.

23     **Q.    Do you know him personally?**

24     A.    Well, I've met him.  I -- I don't socially

25  interact with him.  I know him because for a time he

**DR. ANTHONY FAUCI  11/23/2022**

Page 347

```
1    was the commissioner of the FDA, and currently he is
2    frequently on CBS Sunday Morning shows commenting on
3    COVID-19 and other health matters.
4         Q.   In 2021, did you have any communications
5    with him about vaccines or misinformation?
6              MR. KIRSCHNER:  Objection.  Compound.
7    BY MR. SAUER:
8         Q.   Do you recall communicating with him in
9    any way in the summer of 2021?
10        A.   You know, I may have, but I don't recall.
11   I communicate with hundreds, if not many more people.
12   So I don't recall specifically.  But if you showed me
13   a document of some sort that showed I communicated
14   with him, I would not be surprised.
15        Q.   Why don't you look at the Exhibit 62 on
16   the first page in the middle of that page?  Do you
17   see there's a -- you see this is another subset post
18   by Alex Berenson talking about how he was banned from
19   Twitter, generally?
20        A.   I'm sorry.  What paragraph are you
21   referring to?
22        Q.   I'll tell you, will you look at that --
23   that kind of e-mail that's pasted in the middle
24   of the page --
25        A.   Pasted in the middle -- oh, the pasted
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   e-mail.
 2        Q.    The one that shows --
 3        A.    Scott Gottlieb to someone that has been
 4   redacted.
 5        Q.    Someone at Twitter?
 6        A.    Yeah.
 7        Q.    And he's forwarded a posting by
 8   Alex Berenson that's critical of you; right?  "Quite
 9   frankly," said Alex Berenson, "the arrogance of
10   Anthony Fauci and what it means for the rest of us";
11   correct?
12        A.    So Berenson said the arrogance of
13   Anthony Fauci and what it means for the rest of us?
14        Q.    And then Gottlieb forwarded that to
15   someone at Twitter; correct?
16             MR. KIRSCHNER:  Objection.  Lack of
17   foundation.
18             THE WITNESS:  Yeah.  So I want to make
19   sure I understand what you're saying.  So this is
20   a -- this is a tweet from Berenson calling me
21   arrogant, and then it's Scott forwarding the tweet to
22   Twitter saying this is what is promoted on Twitter
23   and this is why Tony needs a security detail?
24   BY MR. SAUER:
25        Q.    Correct, yeah.  Tony is a reference to
```

**DR. ANTHONY FAUCI  11/23/2022**

 1  you, I presume?

 2      A.    There's a lot of Tonys around, but I guess

 3  he's talking about me.

 4      Q.    I mean, that's the one that's referred in

 5  the e-mail.

 6      A.    Right.

 7      Q.    Did you ever have a discussion with

 8  Scott Gottlieb about needing a security detail

 9  because of the things that people posted about you on

10  the Internet?

11      A.    I don't recall having that discussion with

12  him, but it is possible in a discussion I had with

13  him that -- it's no secret that I have a security

14  detail.  My life has been threatened multiple times.

15  So I might have discussed that I need a security

16  detail with him, but I -- that doesn't ring a bell as

17  something -- unless there was a reason for me to -- I

18  don't usually talk to people about my security

19  detail.

20      Q.    He refers to you as "Tony" in this

21  e-mail --

22      A.    Everybody refers to me as Tony.  We

23  said -- we got that established before.

24      Q.    Is there somebody at Twitter who was on a

25  first-name basis with you?  I would refer to you as

DR. ANTHONY FAUCI  11/23/2022

```
 1   Dr. Fauci --
 2        A.    Yeah.
 3        Q.    -- if I was sending it to someone who
 4   didn't know you.  Is there someone who works for
 5   Twitter who -- who you're on a first-name basis with?
 6        A.    Scott -- Scott refers to me as Tony, but I
 7   don't see anybody on Twitter referring to me as Tony.
 8        Q.    He's referring you to some unidentified
 9   person --
10        A.    But he's using his own --
11        Q.    If I may finish the question?
12        A.    Yeah, yeah.  Sure.  Sorry.
13        Q.    He's referring to you as Tony to some
14   unidentified person at Twitter?
15        A.    Right.
16        Q.    Are you on a first-name basis with anyone
17   who works at Twitter?  Yes or no?
18        A.    Am I on a first-name basis of anyone who
19   works at Twitter?
20        Q.    Correct.  That's my question.
21        A.    Well, right now, no, but when my daughter
22   worked at Twitter, I was on a first-name basis with
23   her.
24        Q.    Did she work at Twitter in August 24th
25   of 2021?
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1      A.    I don't recall.  She may have already left
 2  then.
 3      Q.    Did anyone else -- have you ever been on a
 4  first-name basis with anyone else who worked at
 5  Twitter?
 6      A.    Not that I know of.  Not that I know of.
 7  I mean, I'm trying to think of people that I know at
 8  Twitter, and the only person that I've really known
 9  that works at Twitter, I believe, is my daughter.
10      Q.    Did you have any communications with -- at
11  this time, Scott Gottlieb was on the board of Pfizer;
12  is that right?
13      A.    He might -- I know he's on -- I believe --
14  I believe he's on the board of Pfizer.  I don't know
15  if he was on the board of Pfizer at this time.
16      Q.    Did you have any communications with him
17  in connection with the development of the vaccines
18  that you talked about earlier?
19      A.    You know, I don't know.  I mean, we talk
20  about the development of vaccines all the time.
21  Vaccines was a big subject of discussion from the
22  time we began developing the vaccines; right?  In a
23  few weeks into January we began developing the
24  vaccine.  So we spoke about vaccine development a
25  lot.  Did -- would I have mentioned vaccine
```

1    development to Scott?  I don't see any reason why I

2    would not, but I don't specifically recall discussing

3    vaccine development with Scott.

4         **Q.    How about discussing any speech on the**

5    **internet that would lead to vaccine hesitancy?  Did**

6    **you discuss that with him?**

7              MR. KIRSCHNER:  Objection.  Vague.

8              THE WITNESS:  You know, again, I don't --

9    I don't recall specific conversations with Scott

10   about hardly anything.

11   BY MR. SAUER:

12        **Q.    How about Alex Berenson?  Did you ever**

13   **discuss Alex Berenson with Scott Gottlieb?**

14        A.    You know, again, you had mentioned before,

15   I -- Alex Berenson doesn't ring a bell.  It's

16   possible associated with some of the things you

17   showed me before, but I don't recall discussing

18   Alex Berenson with Scott Gottlieb.

19        **Q.    Exhibit 63.**

20             **(FAUCI Exhibit No. 63 was marked for**

21   **identification.)**

22   BY MR. SAUER:

23        **Q.    Who is Ezekiel J. Emmanuel?**

24        A.    Ezekiel J, better known as Zeke Emmanuel,

25   is a vice provost at the University of Pennsylvania

**DR. ANTHONY FAUCI  11/23/2022**

**Page 353**

1    and was at a time and might still be the director of

2    the division or program of medical ethics.

3        **Q.    At the university?  At that university?**

4        A.    At the University of Pennsylvania.

5        **Q.    In this e-mail chain, he says to you on**

6    **the second to last page, "I'm a bit perplexed by your**

7    **seeming strong endorsement of remdesivir.  Was it**

8    **just a bit forced?  My reading of the data were weak**

9    **and in normal times for normal disease.  It is not**

10   **enough to approve and very likely to really impact**

11   **COVID-19 disease pattern regardless of supply**

12   **issues."**

13           **Do you see that?**

14       A.    Yeah.

15       **Q.    And what were you talking -- what was he**

16   **talking about there?**

17           MR. KIRSCHNER:  Objection.  Again, I ask

18   for Dr. Fauci to have an opportunity to familiarize

19   himself with this document.

20           THE WITNESS:  So there was a clinical

21   trial that showed a modest effect but nonetheless a

22   clear but modest effect of remdesivir, which is an

23   antiviral drug used for the treatment of COVID-19.

24   And when the announcement came out of the clinical

25   trial, I believe, I said this is a good thing that we

```
 1    have a drug when we had no other drugs.  This is well

 2    before Paxlovid, so we had no good drugs for COVID.

 3    And when the study came out, I was pleased that we

 4    had a drug that at least had a modest effect.  Zeke,

 5    who is a good person, said my reading of the data

 6    were weak and normal times for normal disease, not

 7    enough to approve, yada, ya, and I write back, and

 8    say, "Zeke, I did not strongly endorse it."  I

 9    specifically said that it was not a knockout drug but

10    was only a baby step in the development -- in the

11    direction of developing more and better drugs.  I

12    said it was important because it proved in a

13    well-powered -- which it was -- "randomized" -- which

14    it was -- "placebo-controlled trial that one can

15    suppress the virus enough to see a clinical effect as

16    modest as that effect was."  I do not think --

17    BY MR. SAUER:

18         Q.    If I may right there.

19         A.    -- that I forced anything.

20         Q.    Dr. Fauci, thank you.

21               Why don't we go off the record now?

22               MR. KIRSCHNER:  Okay.

23               THE VIDEOGRAPHER:  Time is 4:46 p.m. and

24    we're going off the record.

25               (Recess.)
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 355

```
1                 THE VIDEOGRAPHER:  The time is 4:55 p.m.
2     and we're back on the record.
3     BY MR. SAUER:
4          Q.    Dr. Fauci, we've discussed a lot of
5     opinions today about COVID and treatments for COVID
6     and related things.  For example, we talked about
7     hydroxychloroquine; we talked about masks for a while
8     and whether they're effective; we talked about the
9     origins of COVID, whether it came out of a lab; we
10    talked about vaccines and the efficacy of vaccines;
11    we talked about herd immunity.  And you've made some
12    pretty strong statements in media about a lot of
13    these issues -- is that fair to say -- using strong
14    language to disagree with opinions that you disagree
15    with?
16                MR. KIRSCHNER:  Objection.  Vague.
17                THE WITNESS:  No, I'm not sure what you
18    mean by strong language.  Most of the time it was
19    measured language.  I think you pointed out at one
20    point when I was talking about the premise of herd
21    immunity that I believe I said that it was nonsense
22    which is -- if you want to call that strong language.
23    I believe it resulted in the deaths of -- unnecessary
24    deaths of individuals.
25    BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    And people have disagreed with you in
 2   strong language as well.  For example, Alex Berenson
 3   saying -- calling the arrogance of Dr. Fauci --
 4        A.    Right.
 5        Q.    -- and so forth.
 6              Do you think people should be able to post
 7   their opinions on social media, for example, about
 8   the efficacy of hydroxychloroquine, even if you
 9   disagree with them?
10              MR. KIRSCHNER:  Objection.  Compound.
11              THE WITNESS:  You know, I'm not an expert
12   on what should or should not be on social media.  I
13   ^ audio cuts out here believe that people certainly
14   can express their opinions.  I'm not an expert.  I've
15   said that multiple times during the deposition.  I'm
16   not a social media person.
17   BY MR. SAUER:
18        Q.    Do you have an opinion about whether
19   people should be allowed to post on social media
20   opinions that you think, for example, are dangerous
21   and might lead to loss of life?  What's your view on
22   that?
23        A.    You know, again, you say allowed, I don't
24   know what the legal or other First Amendment issues
25   are associated with that.  That's not my lane or my
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 357

```
 1    area of expertise.  As a physician and a scientist
 2    and a public health person, I'm very sensitive to the
 3    fact that disinformation, including some of the
 4    disinformation that we discussed that, for example,
 5    has people avoid lifesaving interventions, is
 6    dangerous to health.
 7            How you -- how you counter that I think is
 8    open to question.  My way of countering false
 9    information, and I've been on the record multiple
10    times as saying that, is that my approach is to try
11    to ^  and flood the system with the correct
12    information as opposed to interfering with other
13    people's ability to say what they want to say.  And
14    I've said, I think, if you, in your investigations
15    and your discovery, you looked into how many times
16    I've often said the best way to counter
17    misinformation and disinformation is to flood the
18    system with correct information.
19        Q.    Do you think social media platforms have a
20    responsibility to take down dangerous misinformation
21    that gets posted on their platforms?
22        A.    You know, I'm not an expert in the legal
23    and other aspects of that to make an informed
24    comment.  I would leave that to experts.  I told you
25    I'm not someone fluent in the ins and outs of what
```

```
 1   could or should be on social media, so I don't really

 2   have any comment on that, because that's not an area

 3   that I've seriously thought about and analyzed about

 4   the pros and cons of that.

 5        Q.    Do you think that allowing both sides to

 6   openly debate their positions on hotly contested

 7   issues, like the efficacy of hydroxychloroquine or

 8   where the COVID-19 virus came from, do you think it's

 9   important to allow both sides to freely debate those

10   issues?

11              MR. KIRSCHNER:  Objection.  Argumentative.

12              THE WITNESS:  You know, when you say

13   allowed to debate, I think honest debate is

14   important, but when it goes beyond debate and leads

15   people who are unwitting about these things to do

16   things that are clearly detrimental to their life and

17   their safety, I find that disturbing.  How you

18   mitigate against that, I would leave to other people.

19   That's not in my lane.

20        Q.    Have you taken steps to mitigate against

21   it in the last two and a half years?

22        A.    As I said, the theme that I've gone by is

23   the best way to counter misinformation and

24   disinformation is to flood the system with correct

25   information.  That's the reason why I very often am
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 359

```
 1   involved with the media with writing, with
 2   interviewing, with podcasts to get people to get
 3   vaccinated.  The most recent of which was yesterday,
 4   I believe, when I was -- or the day before -- when I
 5   made my final press conference at the White House and
 6   my message was:  Please go out for your own safety,
 7   the safety of your community and your family, to go
 8   out and get the updated booster.
 9                That's how I counter misinformation and
10   disinformation.
11                THE VIDEOGRAPHER:  That is it.  That's the
12   seven hours.
13                MR. KIRSCHNER:  Very well.  Two things:
14   One, first, we have no questions for the witness, and
15   second of all, we want to reserve the right to read
16   and sign.
17                THE VIDEOGRAPHER:  Okay.  If there's no
18   further statements for record, we'll be going off.
19   The time is 5:01 p.m. on November 23rd, 2022.  We are
20   going off the record completing today's video
21   recorded session.
22                (Whereupon, at 5:01 p.m., the taking of
23   the deposition ceased.)
24
25
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1                 CERTIFICATE OF REPORTER

 2   UNITED STATES OF AMERICA ) ss.:

 3   STATE OF MARYLAND         )

 4               I, STEPHANIE BARNES, the officer

 5   before whom the foregoing deposition was taken, do

 6   hereby certify that the witness whose testimony

 7   appears in the foregoing deposition was duly sworn by

 8   me; that the testimony of said witness was taken by

 9   me to the best of my ability and thereafter reduced

10   to typewriting under my direction; that I am neither

11   counsel for, related to, nor employed by any of the

12   parties for the action in which this deposition was

13   taken, and further that I am not a relative or

14   employee of any attorney or counsel employed by the

15   parties thereto, nor financially or otherwise

16   interested in the outcome of the action.

17

18

19

20                         Notary public in and for

21                           the State of Maryland

22             My commission expires: 10/3/2025

23

24

25
```

```
 1                          LEXITAS LEGAL

 2

 3   November 28, 2022

 4
     ADAM KIRSCHNER, ESQ.
 5   U.S. Department of Justice
     1100 L Street, Northwest
 6   Washington, D.C.  20530

 7   IN RE: THE STATE OF MISSOURI, et al. v. JOSEPH R.
             BIDEN, JR., et al.
 8
     Dear Mr. Kirschner:
 9
     Please find enclosed your copies of the deposition of
10   DR. ANTHONY FAUCI taken on November 23, 2022 in the
     above-referenced case. Also enclosed is the original
11   signature page and errata sheets.

12   Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
13   desired on the errata sheets, and sign the signature

14   page before a notary public.

15

16   Please return the errata sheets and notarized

17   signature page within 30 days to our office at 711 N

18   11th Street, St. Louis, MO 63101 for filing.

19

20   Sincerely,

21

22

23   Lexitas Legal

24

25   Enclosures
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1                        ERRATA SHEET
    Witness Name: DR. ANTHONY FAUCI
 2  Case Name: THE STATE OF MISSOURI, et al. v. JOSEPH R.
              BIDEN, JR., et al.
 3  Date Taken: NOVEMBER 23, 2022

 4

 5  Page #_____   Line #_____

 6  Should read: _____

 7  Reason for change: _____

 8

 9  Page #_____   Line #_____

10  Should read: _____

11  Reason for change: _____

12

13  Page #_____   Line #_____

14  Should read: _____

15  Reason for change: _____

16

17  Page #_____   Line #_____

18  Should read: _____

19  Reason for change: _____

20

21  Page #_____   Line #_____

22  Should read: _____

23  Reason for change: _____

24

25  Witness Signature: _____
```

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, DR. ANTHONY FAUCI, do hereby certify:

 6           That I have read the foregoing deposition;

 7           That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10           That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12           I declare under penalty of perjury that the

13   foregoing is true and correct.

14           Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                       _____

20                       DR. ANTHONY FAUCI

21

22                       _____

23                       NOTARY PUBLIC

24   My Commission Expires:

25
```

**DR. ANTHONY FAUCI 11/23/2022**

**A**

A-U-C-H-...
  30:23
a.m 1:20 9:4
  54:8,12
  55:2 58:14
  61:14
  62:14
  68:14 69:2
  83:17,20
  84:19
  150:3,5
Aaron 2:25
ABC 7:9
  185:20
ability
  323:8
  357:13
  360:9
able 133:25
  175:3
  299:2
  319:7
  323:8
  341:7
  356:6
above-en...
  1:15
above-re...
  361:10
absolutely
  37:5
  134:12
  234:20
  260:13
abstract
  22:25
academies
  17:6
academy
  188:12
  190:17
  191:13
accept
  177:17,19
access 36:15
  37:2,9,15
  103:14
  142:17

143:4
213:16
235:23
319:10,14
319:18,22
322:19
333:2
accident...
  106:5
  155:17
account 99:6
  101:7
  209:17
  210:1,6
  213:14
  241:7,25
  270:4
  299:11,14
  299:15,19
  300:22,25
  301:3,19
  301:19
  302:1,8,9
  303:8
  304:3
  309:9
  311:1
  328:15
  329:9,12
  329:14
  335:20
accounts
  209:9
  270:1
  300:19
  301:11
  302:12,18
  302:22
  303:3,3
  304:15
  309:5,11
  309:22,24
  309:25
  310:1,4,10
  310:18,24
  311:17,18
  312:15
  328:21
  329:16

accumulate
  224:2
accumulated
  221:1
  235:5
accumula...
  223:16
  224:2
  317:5
accuracy
  228:13
accurate
  36:25
  167:1
  198:25
  275:23,25
  276:8
  315:3
  331:6,11
  331:17
accurately
  114:7
  288:7
  319:7
accusations
  106:3
ACE2 115:13
  115:23
  116:11
  117:13
achieve
  278:3
achieving
  285:2
acknowle...
  267:12
acquaint...
  20:17
  156:23
acquaint...
  99:23
  269:17
acquainted
  205:6
acquiring
  314:12
acquisition
  316:12
  317:6

act 125:13
  126:4
  265:14,15
acting 65:10
action
  265:15
  360:12,16
actively
  64:18
activist
  265:13
activities
  321:14
activity
  20:3
actual
  120:21
  121:1
  178:21
ad 177:11,18
  306:2,3
Adam 3:22
  9:21 361:4
Adam.kir...
  4:5
Adams 329:9
add 285:18
added 342:8
adding
  299:22
  327:7
additional
  16:8 17:17
  111:5
  211:5,12
address
  161:16
  198:1
  206:4,5,7
  206:10,19
  329:1
addresses
  55:10
  205:24
  324:7
addressing
  184:2
  198:8
  245:9

266:23
administer
  9:25
administ...
  271:21
admissions
  283:16
adopted 27:3
  27:13,14
advance
  139:22
advertis...
  141:19
advice 171:1
  171:11,17
  171:20
  196:11
  313:18
advisor
  10:15,18
  10:20,21
  335:24
Affairs
  38:11
affiliated
  75:19,25
affiliation
  75:22
afraid
  102:20
Africa 140:7
African-...
  228:4
afternoon
  65:23,25
  66:2 68:10
  148:23
  234:5
agency 28:4
  28:18
  30:14 45:6
  307:5
aggressive
  168:11
ago 11:1,7
  11:10
  13:24 16:5
  19:11
  23:25

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 27:17 | 252:6 | 52:25 | 76:12 | **Andy** 336:6,8 |
| 29:10,23 | 272:19 | 285:1 | 169:3 | 336:15,22 |
| 43:23 | **AIDS** 265:13 | 358:9 | 191:10 | 337:9,14 |
| 44:23 | **airport** | **allowed** | 236:9,9 | **anecdotal** |
| 57:13 78:6 | 313:14,24 | 247:23 | 251:23 | 215:1,3 |
| 100:17 | **al** 1:5,8 9:7 | 356:19,23 | 266:3 | 217:2 |
| 124:17 | 9:7 55:19 | 358:13 | 336:10 | 218:1 |
| 149:11 | 56:1 61:2 | **allowing** | **ample** 145:9 | **animal** |
| 150:9 | 361:7,7 | 276:25 | 224:2 | 143:17 |
| 157:21 | 362:2,2 | 344:14 | **amplify** 25:1 | 144:9,11 |
| 167:11 | **alarming** | 358:5 | **analyses** | 144:13 |
| 188:5 | 52:10 | **alternative** | 52:8 180:4 | 145:6,8,11 |
| 212:5 | **albeit** | 273:2 | **analysis** | 146:4 |
| 249:16 | 167:24 | 321:17 | 111:19 | 156:9 |
| 250:4 | **Aleksei** | **ambiguous** | 112:5,6,9 | 198:19 |
| 257:13 | 205:15,18 | 35:22 | 112:10 | 200:10 |
| 269:5 | **alert** 97:4 | 71:10 | 121:11,14 | **announce...** |
| 275:4 | **Alex** 267:24 | 78:15 | 161:25 | 353:24 |
| 288:3 | 334:23 | 79:10 82:8 | 180:20 | **anomalies** |
| 295:11 | 335:4,18 | 99:4 | 195:8 | 113:12,21 |
| **agree** 47:16 | 335:21 | 118:21 | 320:13,16 | 113:24 |
| 111:19 | 336:2 | 154:23 | 323:16 | 124:18 |
| 112:4,8 | 337:11 | 166:13 | 333:21 | **answer** 13:7 |
| 166:21 | 341:16,20 | 168:20 | **analyzed** | 18:23 |
| 277:5 | 342:1 | 174:22 | 358:3 | 19:21 |
| 298:2 | 343:5,17 | 186:23 | **ANANT** 4:9 | 20:21 |
| **agreed** 52:14 | 343:20 | 193:19 | **Anant.ku...** | 25:11 |
| 195:14 | 347:18 | 213:25 | 4:15 | 36:25 |
| 223:20,23 | 348:8,9 | 270:17 | **and/or** | 41:21,24 |
| **agreement** | 352:12,13 | **amended** | 104:15 | 47:11 |
| 73:17 | 352:15,18 | 282:25 | 361:12 | 51:22 |
| **agrees** | 356:2 | **Amendment** | 363:8 | 94:16 |
| 223:24 | **algorithm** | 356:24 | **Anderson** | 119:16 |
| **ah** 210:1 | 306:2 | **America** 7:19 | 34:21 | 127:24 |
| **ahead** 17:12 | **alleging** | 226:14 | 43:20 | 134:10,11 |
| 20:19,23 | 211:25 | 227:8 | 44:24 | 139:3 |
| 48:9 49:12 | 212:1 | 233:5,15 | 45:13,21 | 145:3 |
| 52:21 | **Allergy** | 234:16 | 50:16,23 | 165:4 |
| 64:21 | 10:14 | 360:2 | 51:11 60:2 | 175:6 |
| 84:15 | 142:13 | **America's** | 61:19 84:6 | 206:16 |
| 85:24 | **Alliance** 3:4 | 227:16 | 89:4 | 230:4 |
| 89:18,19 | 6:9 18:11 | 234:6 | 170:14,23 | 241:22 |
| 91:17 93:7 | 19:10,25 | 238:22 | 179:18 | 288:7 |
| 126:19 | 20:4,6 | 242:15 | 180:10 | 306:15 |
| 135:4 | 21:22 30:4 | 243:3 | 195:24 | 319:7 |
| 202:3 | **allocated** | **American** | 196:10 | 331:6,10 |
| 247:14 | 177:10 | 15:18 | **Andrea** 229:7 | **answered** |
| 249:17 | **allow** 26:14 | 313:11 | 233:5,12 | 63:4 88:13 |
| 251:2 | 28:14 | **amount** 21:13 | 234:15 | 125:16 |

| | | | | |
|---|---|---|---|---|
| 159:11,21 | 181:2 | applicable | 307:18 | 31:12 49:5 |
| 159:23 | 213:8 | 215:18 | 317:15 | 49:15,19 |
| 162:7 | 238:2,4,4 | applicat... | 318:1 | 49:22 50:3 |
| 172:16 | 238:10 | 24:8 | 322:3 | 50:9 56:5 |
| 195:5 | 239:4 | apply 169:22 | 335:19,24 | 56:21,22 |
| 205:4,6 | 269:6,11 | 247:10 | 336:23 | 57:2,9,14 |
| 239:18 | 278:12 | appreciate | apropos 70:5 | 57:17 60:7 |
| 261:14 | 350:7 | 109:7 | Archive | 60:9 61:18 |
| 262:4,5,16 | apologies | appreciated | 179:22 | 61:24 62:6 |
| 274:24 | 311:12,14 | 275:23 | Archives | 62:13,14 |
| 285:20 | apologize | 276:1,6,10 | 7:11 | 65:13 66:9 |
| 297:1 | 90:2 93:13 | approach | area 40:18 | 82:23 |
| 301:21 | 185:10 | 250:7 | 117:20 | 163:11 |
| 327:19 | 249:5 | 266:21,24 | 127:12,12 | 179:14 |
| answering | Apoorva | 266:24,25 | 151:15,17 | 183:23 |
| 11:19 | 296:12 | 290:19 | 151:18 | 184:3 |
| 12:23 | appalls | 295:5 | 157:6 | 185:3,20 |
| 14:12 | 271:10 | 357:10 | 357:1 | 186:6,20 |
| 48:22 53:9 | apparently | approaches | 358:2 | 186:25 |
| 287:2 | 108:3 | 292:14 | argue 315:9 | 187:2 |
| answers | 286:21 | appropriate | Argument... | 189:4 |
| 11:23 | appear | 46:18 | 206:14 | 191:3,7,9 |
| antecedent | 164:23 | 119:8 | 223:22 | 191:20 |
| 218:21 | 179:24 | 128:8 | 224:13 | 192:14 |
| antedated | appearance | 138:1 | 298:9 | 195:3,20 |
| 159:6 | 38:24 | 207:21 | 322:22 | 195:23 |
| Anthony 1:13 | APPEARANCES | 225:5 | 358:11 | 196:4,9,11 |
| 6:3 9:6 | 2:1 | 310:15 | arguments | 196:17 |
| 10:2,10 | appeared | 312:20 | 123:20 | 212:20,24 |
| 91:22 | 77:16 | approval | arose 120:12 | 218:5 |
| 299:18 | 179:14 | 70:22 | 183:18 | 221:15,21 |
| 303:6,6 | 226:16 | approve | arranged | 222:8,10 |
| 328:16 | appearing | 18:24 | 44:15 | 222:13 |
| 348:10,13 | 226:13 | 122:17 | arranging | 228:24 |
| 361:10 | 227:18 | 276:3 | 44:19 | 233:17,23 |
| 362:1 | 229:6 | 353:10 | arrogance | 258:20,23 |
| 363:5,20 | appears | 354:7 | 348:9,12 | 259:11,13 |
| anthonyf... | 129:3 | approved | 356:3 | 264:13 |
| 299:10 | 146:23 | 18:17 19:2 | arrogant | 265:1,5 |
| antimala... | 179:10 | 70:1,13 | 348:21 | 267:10 |
| 227:1 | 182:10 | April 179:12 | article 6:8 | 271:5,13 |
| antiviral | 189:11 | 188:3 | 6:12 7:2,3 | 275:14,16 |
| 353:23 | 245:10 | 192:4 | 7:7,9,14 | 275:18,22 |
| anybody | 294:21 | 197:1 | 7:16,17,18 | 277:24 |
| 34:13 | 360:7 | 199:2,14 | 7:19,20,21 | 280:12,19 |
| 75:24 | applause | 201:4,21 | 7:22 8:3,5 | 280:25 |
| 77:14 | 342:8 | 203:8 | 8:6,17,18 | 294:24 |
| 115:20 | apples | 204:4,8 | 8:19,20 | articles |
| 137:18 | 157:14 | 207:25 | 15:15 31:7 | 13:24 |

DR. ANTHONY FAUCI  11/23/2022

31:17
62:12
268:22
280:24
294:14,23
295:2,4,11
295:18,21
295:24
296:5
297:20
333:22
Asia 140:8
Asian 33:10
33:19
aside 238:21
290:18
asked 10:20
12:10
41:22
43:13
48:25
58:25  63:3
69:7  78:5
82:20
88:12
102:4
125:15
132:13
133:8
134:12
139:9
140:4
147:13
151:22
159:10,20
162:6
172:15
188:11
195:4
202:12,13
202:14
205:3
208:6
217:23
232:1
239:17
261:13
262:3
269:7

274:23
285:19
295:10,11
295:17
296:25
301:20,24
313:18
327:18
329:1
332:19
asking 11:20
11:21
12:21  25:9
25:14
26:15
36:20,23
47:12
49:13
67:25
68:17  69:5
69:6,8,10
87:5,6
94:15
97:14
127:15,22
127:24
133:22
134:6,10
135:13
136:17,24
138:20
145:3
156:17
159:25
164:3
176:15
186:24
189:25
190:19
195:12
199:12
201:22
226:17
241:10
262:17
292:16
313:13
314:4
315:4

329:25
338:1
aspects 17:3
202:23
289:22
357:23
assess 154:1
293:19
323:3
associate
108:14
265:22
associated
161:2,4
238:11
352:16
356:25
association
213:13
assume 85:13
86:17
132:11
201:5
233:18
301:23
Assumes 30:5
109:19
214:19
assuming
18:20
19:18  22:8
49:24  70:4
assumption
87:25
179:25
258:7
276:23
astute
166:24
asymptom...
316:25
317:4
Atlas 267:23
attached
8:22  57:17
attaching
56:12
attachment
38:18

55:17,23
56:16  61:2
120:7,22
121:1
123:10
126:24
Attachments
55:18
attend
140:12
attention
22:16
30:10
31:17  34:3
42:10
47:24
48:14  58:2
79:15
141:9
144:20
145:15
153:21
184:11
208:12
209:21
210:4,8
213:15
219:9
235:20
238:18
239:3,22
240:3
241:5,8,12
241:23
243:16
256:11,14
257:6,8
271:10
280:7
281:17,22
281:24
283:10
293:23
301:10
303:7
335:11
attenuated
24:24
attorney 2:8

9:19
360:14
attract
243:16
Auchincloss
30:21,22
30:23
54:20,24
62:3  68:7
69:2
audio 356:13
August
242:19
243:7
350:24
auspices
156:20
Australia
45:5  73:11
author 161:3
195:25
218:21
264:21
341:16,25
authored
124:3
203:12
251:5
authorities
288:20,25
334:10
authority
126:12
177:19
289:4,8,11
289:16
290:1,7
authoriz...
221:4
authorize
326:8,13
326:13,17
authorized
29:14
30:14
326:14
authors
32:10
161:4

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 162:5,9 | 66:14 | 316:13 | 256:13 | 360:4 |
| 170:18 | 110:24 | 328:20 | 261:23 | **Barrington** |
| 179:23 | 129:9,19 | 332:6,12 | 262:15,19 | 7:24 |
| 180:13,20 | 151:16 | 332:13,16 | 263:17 | 248:13,16 |
| 181:9 | 152:14 | 336:5,21 | 269:1 | 249:1,10 |
| 200:18 | 157:24 | 337:3,5,20 | 274:5 | 249:12,14 |
| 251:16 | 158:2,9,13 | 338:2,4 | 286:22 | 249:18,19 |
| 255:13 | 162:14 | 344:25 | 295:10 | 250:1 |
| 256:9 | 184:1,7,8 | **awareness** | 300:13 | 252:18 |
| 267:1 | 185:3 | 195:3 | 313:4 | 254:6,12 |
| 295:23 | 205:9 | 255:17 | 322:4 | 254:24 |
| **available** | 207:24 | 256:19 | 354:7 | 255:3,14 |
| 95:2 | 208:3,6,9 | **Azar** 256:5 | 355:2 | 258:11 |
| 158:10 | 208:10,13 | 267:24 | **background** | 260:15 |
| 198:13 | 208:15,23 | | 144:10 | 264:7 |
| 200:18,19 | 208:25 | ⎯⎯⎯ **B** ⎯⎯⎯ | 271:22 | 266:10 |
| 201:7 | 209:13,16 | **B** 6:6 | **bad** 109:10 | 267:1 |
| 206:9 | 211:24 | **B-i-r-r-e-l** | 303:20 | 268:6,22 |
| 316:5 | 212:3,4,7 | 212:25 | 304:13 | 269:4 |
| 320:21,23 | 212:9 | **B6** 206:12 | 310:1 | 276:4,17 |
| 323:2 | 223:1 | **baby** 354:10 | 311:20,22 | 277:6 |
| **average** | 224:5 | **back** 35:13 | 323:4 | 278:21 |
| 153:12 | 225:15 | 54:13 64:2 | 329:16 | 279:19 |
| **averages** | 236:1 | 77:7,17 | **badly** 169:6 | 280:1,13 |
| 36:12 | 237:25 | 78:3 83:21 | **Baier** 190:5 | 280:17,21 |
| **avert** 107:14 | 238:11,22 | 97:9 101:9 | 190:13 | 281:9,23 |
| **avoid** 107:14 | 239:14,20 | 123:21 | 228:24 | 282:11 |
| 320:19 | 239:25 | 129:4 | **ban** 335:2,2 | 283:2 |
| 345:10,13 | 240:20 | 132:2,20 | **bank** 158:15 | 285:7,10 |
| 346:12 | 241:1,2,3 | 136:11 | **banned** 335:7 | 290:10,19 |
| 357:5 | 241:11,14 | 149:14 | 335:12 | 291:12 |
| **avoiding** | 243:9,14 | 150:6,8 | 347:18 | 292:11 |
| 346:2 | 243:17,25 | 157:20 | **banner** 306:2 | 295:6 |
| **award** 76:6,9 | 244:3 | 165:3,24 | **Baric** 32:12 | 296:19,24 |
| **Award-Wi...** | 251:9 | 166:22 | 32:15 | 297:5,10 |
| 212:21 | 252:17,19 | 193:15 | 39:22 | 297:16,23 |
| **awards** 36:10 | 252:20,21 | 199:12 | 40:11 | **Barry** 296:2 |
| **aware** 22:5 | 252:23 | 203:22 | 55:25 56:9 | 296:7,8,11 |
| 22:12,15 | 255:13,18 | 209:24 | 56:16,23 | **based** 27:23 |
| 22:18,21 | 275:7 | 213:2 | 57:12 | 42:7 78:8 |
| 25:19 | 280:1,3,20 | 219:7,19 | 60:23 61:2 | 80:6 88:22 |
| 27:10 | 281:21,21 | 220:9,13 | 62:13 | 89:9 |
| 31:15,22 | 282:10,17 | 221:9 | 71:15 | 180:20 |
| 33:13 34:6 | 282:18,24 | 223:14 | 119:4 | 196:5 |
| 35:16 | 283:9 | 233:12 | 147:15 | 215:1,3,23 |
| 43:23 | 298:15 | 239:2 | 148:24 | 217:2,2,9 |
| 60:22 61:1 | 300:18 | 240:13 | 149:6 | 217:13 |
| 61:4,6 | 306:17 | 247:21 | **Barnes** 1:17 | 223:12,16 |
| 62:19 | 309:20,23 | 253:12 | 1:22 9:13 | 231:20 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 236:25 | 145:16 | 82:20,22 | 281:15 | 244:19 |
| 237:4 | 164:7 | 87:24 89:2 | 289:19 | 314:16 |
| 244:10 | 182:17 | 89:9 92:9 | 291:4 | **benefits** |
| 246:12 | 222:15 | 96:1,4 | 295:12 | 225:20 |
| 316:18 | 267:15 | 99:18 | 297:17 | 227:21 |
| 318:16 | **begins** 23:4 | 100:13 | 301:1 | 235:10 |
| 319:24,25 | 39:9,14 | 102:18 | 304:19 | 236:21 |
| 323:13 | 98:3 | 108:10 | 310:1 | **Berenson** |
| **basis** 21:20 | 130:17 | 114:6,13 | 318:19 | 334:23 |
| 81:12,25 | 176:19 | 117:16 | 319:7 | 335:4,18 |
| 170:4 | 267:11 | 120:13 | 326:14 | 335:22 |
| 173:17 | 324:15 | 132:8,14 | 328:10 | 336:2 |
| 191:18 | **behalf** 2:3 | 132:15 | 331:10 | 337:11 |
| 214:6 | 2:14,24 | 133:5 | 342:17,25 | 338:6 |
| 219:17 | 3:12,20 | 136:6,6 | 344:22 | 341:16,20 |
| 221:8 | 4:7,16 | 139:15,25 | 346:13 | 342:1,5 |
| 286:14,19 | 9:19,22 | 155:24 | 351:9,13 | 343:5,17 |
| 317:10 | **Beijing** | 160:21 | 351:14 | 343:20 |
| 349:25 | 166:4,5 | 161:10,10 | 353:25 | 347:18 |
| 350:5,16 | **belief** 138:2 | 166:5,16 | 355:21,23 | 348:8,9,12 |
| 350:18,22 | **believe** | 166:25 | 356:13 | 348:20 |
| 351:4 | 14:18 | 168:5,7,16 | 359:4 | 352:12,13 |
| **basketball** | 16:13,24 | 175:13,13 | **believed** | 352:15,18 |
| 101:6 | 21:5,8,10 | 175:16 | 46:16 | 356:2 |
| **bat** 18:6,8 | 24:25 26:3 | 177:2,21 | 133:20 | **Berkowitz** |
| 18:12 | 30:8 31:16 | 177:22 | 165:10 | 305:6 |
| 22:14 31:8 | 31:17 | 182:13 | **believes** | **Bernard** |
| 33:15,15 | 32:12 33:7 | 189:2,6 | 262:7 | 108:3,6,8 |
| 41:4,9,15 | 33:9,10,20 | 202:24 | **bell** 98:24 | 108:9,10 |
| 43:3 | 34:19,20 | 204:25 | 117:5 | 108:11,13 |
| 144:18 | 36:12 | 205:18,19 | 135:14 | 110:11 |
| 153:22 | 37:13 | 220:12 | 184:16,20 | **best** 15:9 |
| 154:18 | 40:13,15 | 228:3 | 209:12 | 84:10 |
| 156:21 | 40:22,24 | 230:8,16 | 239:5,7 | 217:3 |
| 157:6 | 43:5,22 | 230:17 | 264:22 | 316:2 |
| **Bates** 52:22 | 44:15,21 | 247:22 | 271:1 | 357:16 |
| 54:3 64:24 | 45:15,22 | 249:13 | 285:24 | 358:23 |
| **Baton** 2:21 | 46:15 | 250:18 | 291:20 | 360:9 |
| **bats** 42:14 | 57:19 | 254:25,25 | 292:16 | **Bethesda** |
| 43:1 58:1 | 63:22,23 | 256:21 | 293:15 | 1:11,19 |
| 198:16 | 66:2,20 | 258:1,14 | 337:5 | 4:24 9:12 |
| **began** 317:5 | 67:5,6,16 | 259:1,14 | 338:7 | **better** 12:4 |
| 351:22,23 | 72:12 | 265:12 | 343:20 | 58:23 |
| **beginning** | 73:11 75:4 | 269:4 | 349:16 | 79:17 |
| 31:24 32:1 | 75:8,8,15 | 276:20 | 352:15 | 260:4 |
| 32:4 34:4 | 75:15 76:2 | 277:12 | **benefit** | 352:24 |
| 34:4,14,15 | 77:4 78:4 | 278:19,20 | 15:15,17 | 354:11 |
| 101:12 | 78:19 80:4 | 278:21 | 221:5,8 | **beyond** |
| 121:11 | 81:8,20,23 | 279:21 | 225:3,13 | 122:22,23 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 358:14 | 353:6,8 | 52:23 | 271:22 | 132:11 |
| Bhattach... | blaming | 72:23 | briefly | 136:13 |
| 2:25 | 102:21,21 | 75:11 | 167:18 | 137:5,6 |
| 251:18 | 106:4 | 86:19,20 | 212:19,20 | 144:24 |
| 256:4 | blanks | 115:11 | 271:2 | 145:16 |
| 267:20 | 294:22 | 163:23 | 328:4 | 211:22 |
| 279:4 | blathering | 164:4 | bring 44:9 | 284:25 |
| 291:15 | 74:4 | 179:12 | 165:15,20 | 288:15 |
| Biden 1:8 | blind 244:10 | 201:20 | bringing | bunch 226:2 |
| 9:7 10:16 | 246:12 | 252:8 | 64:4 257:6 | 229:1 |
| 344:11 | blob 338:16 | 272:20 | 337:4 | 295:2 |
| 361:7 | 338:17 | 275:15 | brings 303:6 | 311:8 |
| 362:2 | block 152:9 | 284:25 | broad 24:7 | 321:9 |
| big 22:25 | 303:11 | 298:22 | 24:11,23 | 330:14 |
| 235:4 | 308:5 | 305:3 | 118:24 | buried |
| 351:21 | 324:21 | 337:8,11 | 132:19 | 280:23 |
| Bill 104:11 | blocking | bought 316:4 | 140:17 | Burkes 305:4 |
| 202:2,2,10 | 340:6 | Box 3:15 | 309:1 | Burkholtz |
| 202:11,19 | blog 7:8 | Boy 109:10 | broker 103:6 | 305:4 |
| 202:20 | 182:5,12 | Branch 4:21 | brought 30:9 | Burns 3:13 |
| 338:22 | 182:14,17 | break 83:16 | 30:9 31:17 | 3:14 |
| Billet 38:9 | 184:2,12 | 130:10 | 39:3 42:21 | Burwell |
| 301:16,17 | 184:15,17 | 148:6 | 46:2,19,20 | 313:6,9 |
| 309:2 | 184:19 | 149:24 | 46:23 58:2 | 317:22 |
| 324:10 | 186:2,21 | 203:17 | 141:4,7,9 | busy 191:22 |
| 327:2,8,12 | bluntly | 253:4,5,6 | 184:10 | 191:23 |
| billion 72:1 | 260:2 | 312:23 | 208:12 | 195:14 |
| 260:18 | board 351:11 | 323:24 | 209:21 | 276:11 |
| Bio 174:14 | 351:14,15 | Breitbart | 239:3 | buy 314:12 |
| Biohub | Bob 35:12,14 | 7:20,21 | 256:11 | 317:23 |
| 133:11,12 | 50:24 51:5 | 232:16,20 | 293:23 | 321:9,25 |
| 133:13 | 51:6 | 234:3 | BSL-2 116:15 | buying |
| biological | bodies 169:7 | 240:6 | 117:10,12 | 320:20 |
| 143:6 | body 39:8 | Breitbart's | 117:14 | buzz-buzz |
| 145:21 | 103:2 | 240:17 | 118:9,20 | 78:21 |
| 146:2 | 107:8 | Brennan | 119:8,9 | |
| biology | bold 288:15 | 218:21 | BSL-3 117:23 | C |
| 15:11 | bolded | Bret 190:5 | Budget 22:1 | C 3:13 6:1 |
| biosafety | 121:11,14 | 190:13 | 22:2 | 9:1 |
| 16:22,22 | booster | 228:24 | building | calendar |
| Birrel | 359:8 | briefed | 1:19 4:23 | 6:25 66:23 |
| 212:25 | booted 336:3 | 59:12 71:3 | 165:8 | 67:2 |
| 213:2,6 | bother 236:2 | briefing | 300:9 | 148:19 |
| bit 26:24 | 236:13,22 | 39:3 43:6 | 308:8 | 149:10 |
| 78:6 | 236:23 | 196:25 | bull 110:1 | California |
| 188:23 | bottom 23:3 | 197:11 | bullet | 133:15 |
| 197:23 | 23:6,8,9 | 201:4 | 110:14,18 | 174:17 |
| 200:24 | 26:20 | 202:13 | 130:20 | call 10:24 |
| 228:7 | 47:25 | 208:1 | 131:2,18 | 34:18,22 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 35:9 43:20 | 131:3,8,13 | 118:13 | 361:10 | 332:6,17 |
| 44:2,3,8 | 131:16 | 138:17 | 362:2 | CDC's 331:3 |
| 44:14,18 | 135:23 | 205:25 | cases 153:25 | ceased |
| 45:24 | 136:14 | 269:19 | 154:20 | 359:23 |
| 46:13,21 | 161:8,12 | 287:5 | casual 21:18 | cell 58:17 |
| 51:20 | 161:13 | 289:17,19 | 260:6 | 59:1 |
| 58:19 59:1 | 173:19 | 290:14 | casually | 178:10 |
| 59:22 60:1 | 175:13 | capacity | 338:5 | 203:1 |
| 63:10,13 | 205:9 | 12:19 | cat 144:18 | censor |
| 63:16,20 | 277:13 | 18:18 | catch 84:18 | 232:17 |
| 64:6,11,13 | 325:23,24 | 25:19 | 84:22 | 239:11 |
| 66:16,18 | 355:22 | Capitol | 256:22 | censored |
| 66:23 67:4 | called 1:14 | 232:18 | catching | 208:2 |
| 73:21 | 10:3 13:15 | 234:22 | 210:4 | 280:2,3,13 |
| 74:20 75:3 | 18:5 20:11 | caps 300:14 | categori... | 280:17 |
| 75:5,10 | 33:14 | care 17:11 | 24:12 | 282:10 |
| 77:1,2,4 | 37:25 61:2 | 165:9 | categorize | censoring |
| 77:14 | 62:22 | 231:13 | 194:14 | 280:6 |
| 78:10,23 | 123:10 | 237:2 | categorized | 281:23,25 |
| 79:5,24 | 126:24 | 302:2 | 276:19 | 281:25 |
| 80:18,22 | 226:1 | careful | category | 282:18 |
| 81:17,18 | 227:15 | 11:14 | 207:17 | Censors |
| 82:14,18 | 248:21 | 13:11 | 338:25 | 212:21 |
| 83:3 85:5 | 250:7 | 80:12 | Catherine | center 1:19 |
| 85:8,20 | 261:24 | 177:5 | 330:19 | 4:22 9:12 |
| 86:8,13,16 | 271:22,24 | 320:14 | cause 217:7 | 143:7 |
| 86:17 | 272:13 | carefully | 225:3 | 244:17 |
| 87:23 88:2 | 283:25 | 18:16 78:7 | caused | 293:5 |
| 89:10 90:9 | 286:14 | 80:11,25 | 219:13 | 324:22 |
| 90:21 91:2 | 295:20 | 81:9 | causing | centers 35:7 |
| 91:5,7,7 | 305:4 | 119:12 | 169:3 | 230:14 |
| 91:11,13 | 307:20 | 306:14 | 182:21 | 231:17 |
| 92:10,13 | 308:11 | cares 237:3 | 183:13 | 332:23 |
| 92:20,23 | 309:15 | 265:23 | CBS 347:2 | CEO 76:3 |
| 92:24 93:2 | 314:4 | Carlos | cc 38:14 | 286:13 |
| 93:5 94:4 | 328:6,15 | 296:16 | 55:5 97:22 | 293:5 |
| 94:6 95:2 | calling | Carol 298:23 | 97:25 | certain 27:4 |
| 95:8,14 | 348:20 | 299:8,21 | 187:16 | 27:24 |
| 97:2,3,24 | 356:3 | 330:12,13 | CC'd 55:6,9 | 29:10 30:7 |
| 105:21 | calls 24:4 | 330:22,23 | 55:13 | 32:9 33:9 |
| 109:7,14 | 24:17 | Carolina | CC'ing | 33:24 |
| 109:22 | 29:18 | 32:13,20 | 204:14 | 44:21 45:7 |
| 110:7 | 35:21 | Carrie 329:9 | CDC 299:13 | 96:2 |
| 112:22 | 41:11 46:4 | carry 333:24 | 306:3,14 | 134:20 |
| 113:22 | 62:7 87:22 | case 1:7 9:8 | 315:21 | 146:4 |
| 115:24 | 108:18 | 44:9 114:8 | 316:19 | 147:20 |
| 120:12 | 112:23 | 194:20 | 330:11,13 | 154:8 |
| 123:19 | 113:16 | 232:3 | 330:19,25 | 162:14 |
| 124:1 | 116:20 | 287:15 | 331:10 | 177:22 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 220:3 | 298:22 | 335:24 | 339:4,17 | 331:15 |
| 250:13 | 305:3 | chiefs | Chmura | 332:6 |
| 275:1 | 307:18 | 231:16 | 205:15,18 | City 2:10 |
| 285:12 | 323:25 | 332:22 | chose 306:3 | 40:23 |
| 314:24 | 324:15 | China 34:7 | Christian | civet 144:18 |
| 323:13 | 330:10 | 41:3 42:15 | 34:21 | Civil 3:4 |
| certainly | 353:5 | 42:21 43:1 | 43:20 44:4 | claim 217:9 |
| 11:16,22 | challenge | 57:22 | 44:5,23 | 247:7 |
| 12:8 16:25 | 258:25 | 59:14,17 | 45:13,14 | 285:6,18 |
| 22:17,18 | 259:13 | 62:21 | 45:21,21 | 331:4,15 |
| 31:24 33:3 | Chan 133:11 | 63:17,19 | 45:23 | 331:16 |
| 56:3,15,17 | 133:11,14 | 67:15,17 | 46:10 48:3 | claimed |
| 64:17 | 174:7,8,15 | 67:18,22 | 50:8 60:2 | 209:10,19 |
| 72:12,16 | 174:16 | 70:11,18 | 61:18,20 | claims 103:5 |
| 74:9 81:22 | chance 166:4 | 71:4,24 | 74:25 81:8 | 103:9,22 |
| 83:4 91:4 | change 52:9 | 138:15,22 | 81:22 84:6 | 104:19 |
| 102:5 | 318:16 | 138:24 | 170:14 | 182:20 |
| 106:5,12 | 362:7,11 | 139:6,10 | 195:24 | 183:12,17 |
| 124:22 | 362:15,19 | 139:11,13 | 196:9 | 211:5,6,12 |
| 133:22 | 362:23 | 139:22 | CHRISTOPHER | 211:22 |
| 134:25 | changed | 163:13 | 4:18 | 214:1,4,7 |
| 147:19 | 211:25 | 164:22 | Christop... | 214:25 |
| 152:14 | 316:21,21 | 165:13 | 4:25 | 215:3,23 |
| 156:2 | 317:11 | 167:23 | chronology | 217:2 |
| 161:1 | changes | 198:3 | 283:20 | 285:2 |
| 170:4 | 172:9 | 261:11,18 | circle 150:8 | 331:4 |
| 177:25 | 361:12 | 261:23,24 | circulate | 332:7 |
| 225:8 | 363:7,10 | 262:12,20 | 248:18,20 | 333:15 |
| 229:16 | channel | 263:3 | 274:6 | Clara 293:12 |
| 259:25 | 177:21 | Chinese | 276:22 | 293:18 |
| 265:12 | characte... | 102:21 | 277:1 | clarified |
| 281:18 | 121:2 | 106:4 | circulated | 134:3 |
| 282:19 | characte... | 143:5 | 205:20 | clarify |
| 345:10,25 | 20:17 42:9 | 157:17 | circulating | 11:18 |
| 356:13 | characte... | 164:7,11 | 31:7 157:6 | 44:12 |
| certainty | 334:2 | 165:7 | 250:13 | 283:1 |
| 96:3 | chat 98:9,21 | 166:1 | 274:22 | 344:7 |
| CERTIFICATE | chatting | 167:3,5,7 | circumst... | clarity |
| 360:1 | 84:24 | 168:8 | 28:1 | 11:15 17:8 |
| certify | 85:13 | 192:24 | 144:16 | 17:14 |
| 360:6 | check 91:12 | 193:11 | circumst... | 65:18 |
| 363:5 | cheering | 194:18 | 154:1,10 | Clarke 328:6 |
| cetera 39:23 | 341:23 | 209:9,17 | 154:17,21 | 328:7,9,10 |
| 162:13 | 343:12 | 209:25 | 154:25 | 329:20,25 |
| chain 94:10 | chief 10:15 | Chinese-... | 161:16 | 336:19,20 |
| 115:7 | 10:17 38:3 | 98:17 | citations | clause 27:25 |
| 123:6 | 38:23 47:2 | chip 104:12 | 203:11 | cleaner |
| 170:13 | 75:14,16 | 106:14 | cities 166:5 | 123:15 |
| 266:8 | 76:4 | 338:23 | citing 102:4 | clear 17:16 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 21:20 | 190:20 | 51:13 52:1 | collection | 269:16 |
| 80:15 87:5 | 216:5,12 | 52:7,16 | 84:3 | 270:11,15 |
| 121:8 | 253:25 | closer 81:1 | Collin | 271:13 |
| 137:21 | 254:15,18 | 81:2 | 262:11 | 272:1,4,16 |
| 144:3,13 | 259:21 | closest | Collins | 272:25 |
| 144:17 | 260:21,25 | 70:17 | 13:14 15:7 | 273:16,25 |
| 162:11 | 260:25 | cloth 321:18 | 66:15 67:6 | 275:3,13 |
| 174:13 | 261:6,10 | Club 174:14 | 67:9,12,14 | 281:1 |
| 179:4 | 261:17 | clues 49:16 | 67:20 68:1 | 295:14 |
| 184:20 | 262:11,18 | 50:3 | 75:5 82:23 | Collins' |
| 215:2 | 262:19 | cluster 31:7 | 84:8 89:22 | 279:12 |
| 229:19 | 263:2 | 39:14 | 91:1 92:3 | Collins's |
| 232:3 | 266:9 | 132:4 | 93:5,11 | 269:22 |
| 273:25 | Clifford | CNBC 8:5 | 94:2,11,21 | Columbia |
| 302:16 | 139:15 | CNN 341:5 | 108:2 | 40:12,24 |
| 309:18 | clinical | 342:10,17 | 109:15,23 | column 179:6 |
| 316:22,25 | 165:6 | 343:2 | 110:11 | come 14:5,20 |
| 317:3 | 214:10,12 | coauthor | 111:18,24 | 22:20 78:7 |
| 345:7 | 216:6,14 | 13:14,19 | 115:8 | 81:3,6 |
| 353:22 | 216:15 | Coauthored | 116:14,18 | 107:4 |
| clear-cut | 217:10 | 56:7 | 120:4 | 122:5,11 |
| 217:10 | 221:1 | coauthors | 121:20 | 122:13 |
| clearcut | 224:10,12 | 35:18 | 123:8 | 129:25 |
| 225:10 | 227:9 | 56:23 | 125:9 | 133:3 |
| clearly 21:4 | 231:9 | Cohen 49:6 | 126:23 | 143:17 |
| 60:25 | 247:5 | 49:16 50:9 | 131:8 | 144:9,11 |
| 82:25 | 260:25 | 61:18,24 | 159:16 | 145:8,11 |
| 121:15 | 261:2,3,7 | 62:14 | 162:18 | 146:3 |
| 132:16 | 324:20 | cohorts | 163:5 | 149:16 |
| 152:3 | 333:1 | 42:14 43:1 | 170:15 | 168:16 |
| 180:4 | 353:20,24 | cold 138:6 | 171:9 | 202:25 |
| 188:9 | 354:15 | collabor... | 182:6,13 | 219:1,10 |
| 189:9,16 | clinician | 37:6,10 | 182:19 | 245:1 |
| 194:17 | 166:24 | collabor... | 184:1 | 247:6 |
| 197:20 | clinicians | 37:8 58:24 | 186:11,19 | 248:2 |
| 225:3 | 216:13 | collabor... | 187:3,16 | 264:24 |
| 263:22 | clip 341:16 | 59:13 | 188:3 | 268:13 |
| 276:6 | 341:25 | collabor... | 189:18,20 | 293:22 |
| 322:16 | 342:3 | 37:11 | 190:15 | 305:24 |
| 323:6 | 343:21 | 42:17 | 193:22 | 320:5 |
| 358:16 | close 39:13 | collater... | 199:3 | 323:15 |
| click 255:7 | 76:17 | 17:3 | 200:22 | comes 107:13 |
| 284:13 | 84:24 | colleague | 253:24 | 142:11 |
| client | 85:16 | 252:24 | 254:5 | 207:13 |
| 299:10 | 86:19,19 | colleagues | 257:15 | 221:7 |
| Cliff 139:1 | 108:13 | 40:9 | 258:7 | coming 145:5 |
| 139:25 | 312:1,2 | 339:22 | 262:19 | 164:22 |
| 163:18 | 322:5 | collect | 266:9 | 219:23 |
| 167:19 | closely | 214:17,18 | 268:20 | comment |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 143:23 | communic... | 287:4,10 | 343:9 | 151:16 |
| 172:20 | 167:2,5,7 | 287:16,25 | compatible | 217:12 |
| 193:15 | 186:11,15 | 306:23 | 70:25 78:2 | 285:11 |
| 199:19 | 285:25 | 308:16,18 | 81:14 82:1 | concern |
| 233:15 | 296:4 | 308:21,22 | 82:25 | 34:23 35:2 |
| 245:3 | 347:13 | 309:2,21 | 126:14 | 35:10 |
| 260:6 | communic... | 310:3,11 | 139:19 | 43:18 46:2 |
| 344:24 | 153:17 | 310:15 | 267:6 | 51:19 |
| 357:24 | communic... | 324:3,11 | competent | 52:10,13 |
| 358:2 | 96:15 | 324:19,25 | 139:17 | 52:18 |
| commentary | 186:7,9 | 325:9,11 | complaining | 62:23 63:8 |
| 202:22 | 237:25 | 325:23 | 335:6,9 | 67:13,13 |
| 203:1 | 238:2,4,7 | 326:1,9 | completely | 70:21 71:5 |
| 266:14,15 | 238:10,12 | 327:3,9,11 | 59:20 | 71:14 |
| commented | 238:17,23 | 327:13,16 | 80:16 | 78:10,20 |
| 187:3,4 | 239:4 | 328:11 | 101:13,24 | 79:13,15 |
| commenting | 265:4 | 336:1 | 113:8 | 80:5,9,13 |
| 347:2 | 290:17 | 347:4 | 145:2 | 80:15,16 |
| comments | 300:19 | 351:10,16 | 207:12 | 81:12,13 |
| 114:13 | 327:22 | community | 288:7 | 110:25 |
| 120:16 | 328:21 | 28:9,10 | completing | 155:3,12 |
| 124:23 | 347:8 | 58:1 169:2 | 359:20 | 195:11 |
| 160:10 | communic... | 170:7 | complicated | 217:1 |
| 172:2,6,13 | 38:11 83:9 | 175:5 | 120:19 | 228:13 |
| 172:20 | 96:17 | 216:1 | 124:13 | 321:22 |
| 201:3 | 110:5 | 217:1 | component | concerned |
| 207:25 | 147:4 | 230:7,21 | 122:14 | 59:16,19 |
| 219:1,10 | 255:22 | 230:25 | 267:4 | 103:8,15 |
| 227:14 | 268:14 | 231:1,5,15 | 273:10 | 103:18 |
| 233:4,5 | 301:2,5,13 | 248:19 | compound | 104:3,14 |
| 341:4,9 | 302:14,16 | 259:10 | 154:23 | 105:18,23 |
| 343:2,16 | 304:21 | 269:3 | 281:3 | 106:1,7,8 |
| commission | 312:10 | 273:3 | 334:12 | 188:9 |
| 360:22 | 326:15,19 | 316:6,24 | 347:6 | 189:13 |
| 363:24 | 330:1 | 359:7 | 356:10 | 225:11 |
| commissi... | communic... | companies | compounds | 228:10 |
| 347:1 | 38:6 72:7 | 269:18 | 281:3 | 235:11 |
| common 38:22 | 82:5,13,17 | 270:23 | comprised | 236:3 |
| 166:18 | 83:2,6 | 344:18 | 247:25 | 274:20 |
| 245:22 | 96:20 | company | conceivable | 303:8 |
| communicate | 99:16 | 151:22 | 184:12 | 310:16 |
| 186:5 | 125:12 | 286:9 | 191:6 | 312:20 |
| 290:11 | 147:2 | 335:3,20 | concentrate | concerning |
| 295:23 | 180:22,23 | compared | 191:1 | 266:16 |
| 296:18 | 213:7 | 263:5 | 243:17 | 295:12 |
| 301:18 | 264:25 | 322:15 | 312:5 | concerns |
| 325:11 | 268:8,11 | comparing | concept | 34:13 79:1 |
| 326:15,24 | 270:22 | 246:6,10 | 25:19 | 89:5 96:17 |
| 347:11 | 274:10 | 247:15 | 43:24 | 98:21 99:2 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 102:14 | 85:5 86:8 | 247:1 | 123:19 | construct |
| 118:18 | 86:13 | confused | 334:4,9 | 121:16 |
| 198:2 | 87:22 | 26:10 | conseque... | 122:1 |
| 274:22 | 90:12 91:2 | 33:10 53:2 | 88:19 | 162:1 |
| conclave | 94:4,6 | 53:22 | conserva... | 180:5 |
| 108:3,16 | 105:21 | 61:25 | 341:16,25 | 181:9 |
| 108:22 | 112:22 | 200:24 | consider | 185:23 |
| 109:11 | 120:12 | 233:11 | 103:3 | consult |
| conclude | 149:14 | 243:2 | 123:20 | 247:22 |
| 288:20 | 199:15 | 299:3 | consider... | 272:4 |
| concluded | 201:8 | 306:21 | 195:11 | 273:18 |
| 219:12 | 204:11 | confusing | 216:21 | 318:12 |
| concludes | 217:24 | 16:10 | 258:5 | consulted |
| 185:22 | 218:3 | 17:15 | consider... | 220:17 |
| conclusion | 229:9 | 245:11 | 333:25 | 273:24 |
| 78:8 81:1 | 230:8 | 246:23 | consider... | consulting |
| 81:4,7,11 | 232:19 | Congratu... | 316:18 | 268:15,16 |
| 82:24 | 234:5,8,9 | 11:2 | 321:11,24 | 307:7 |
| 121:19 | 234:21 | Congress | considered | contact |
| 122:5 | 240:7 | 31:19 | 28:15 30:1 | 95:20 96:5 |
| 162:5,15 | 359:5 | 82:21 | 46:16 | 130:21 |
| 162:16,23 | conferences | congress... | consistent | 140:20 |
| 163:1 | 198:24 | 39:2 | 56:3,15,17 | 162:13 |
| 165:18 | 200:3,5,15 | connect | 56:19 | 165:8 |
| 166:16,21 | confidence | 324:25 | 71:21 | 186:19 |
| 180:9,12 | 73:16,22 | 325:8 | 91:10 | 187:1 |
| 180:19,20 | 74:8,13 | connected | 126:13 | 291:11 |
| 180:24 | 88:8,11 | 75:9 | 160:3 | 301:5 |
| 181:5,6,8 | 123:13 | connecting | 198:18 | 307:8 |
| 195:9 | 124:6 | 202:17 | 199:22,23 | contacted |
| 247:6 | confident | connection | 200:9 | 151:21 |
| 248:2 | 190:7 | 20:3,18,25 | 219:20 | 186:25 |
| conclusions | confiden... | 115:24 | consiste... | 202:17,18 |
| 288:25 | 7:6 8:11 | 117:25 | 246:8 | contacting |
| 320:13 | 8:12,13,14 | 244:8 | 247:18 | 95:25 |
| concrete | 8:15,16 | 269:22 | consisting | contacts |
| 16:18 | 178:14 | 274:15 | 287:5 | 269:17 |
| condition | confiden... | 291:20 | conspiracy | contain |
| 242:1 | 73:24 | 294:23 | 78:12 | 166:2 |
| conditions | configur... | 296:20 | 143:18,19 | containment |
| 15:3,19 | 34:23 | 338:4,6,15 | 143:19 | 117:2 |
| 118:11,20 | 82:25 | 351:17 | 185:22 | content |
| 119:9 | confirmed | connections | 188:16,21 | 21:17 |
| conducted | 311:17 | 227:25 | 188:25 | 100:5 |
| 9:11 30:4 | conflate | 272:11 | 190:22 | 152:9,9 |
| 274:10 | 157:13 | cons 81:10 | 193:23 | 208:16 |
| conducting | conflating | 358:4 | 194:1 | 212:1 |
| 15:4 | 157:4 | consensus | constitutes | 241:15 |
| conference | confounding | 80:18 | 147:11 | 270:12,16 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 283:1 | contribu... | 152:6 | 324:10 | correct |
| 290:5 | 345:14 | 181:1,4 | 330:22 | 14:23 33:7 |
| 292:8 | contribu... | 287:25 | core 131:3 | 41:5,21 |
| 301:7 | 133:25 | 289:13 | Cornell | 48:5 51:17 |
| 306:18 | control 35:7 | 292:3,4,7 | 231:18 | 54:19,21 |
| contest | 164:22 | 327:21 | corner | 54:23 |
| 258:20 | 165:15,21 | 352:9 | 272:20 | 56:21,25 |
| contested | 168:6,17 | convoluted | coronavirus | 58:14,17 |
| 358:6 | 246:7,11 | 334:14 | 18:6,8,12 | 60:23 |
| context | 246:21,22 | cooler 169:6 | 22:14 34:7 | 61:15 |
| 12:22 | 246:24,25 | cooperation | 41:3,4,10 | 68:14 |
| 14:23,25 | 247:2,15 | 102:22 | 41:15 | 77:13 84:6 |
| 15:6 29:25 | 248:9 | Coopman | 42:21 | 84:7,18 |
| 31:18 | controlled | 97:23 | 49:16 | 85:2,3 |
| 47:19 | 167:24 | coordinate | 59:18 | 86:5 88:8 |
| 116:23 | 211:24 | 279:16 | 60:14 | 90:23,24 |
| 126:5 | controlling | coordina... | 70:20 | 92:4,15,17 |
| 128:8 | 168:2 | 279:22 | 72:14 | 93:12 |
| 129:23 | 262:1 | coordina... | 132:10 | 94:11,22 |
| 134:8,16 | controversy | 279:24 | 143:7 | 95:3,4,11 |
| 134:16,20 | 213:21 | copied | 145:19 | 98:11 |
| 135:5,10 | convene | 128:16 | 154:18 | 106:24 |
| 145:9,12 | 106:24 | 153:3 | 182:21 | 109:9 |
| 149:13 | 107:7 | 160:13 | 183:13,18 | 111:21 |
| 150:13 | 109:16 | 190:21 | 190:7 | 112:16,19 |
| 153:11 | convened | 260:21,24 | 196:25 | 112:20 |
| 156:16 | 107:17 | 261:7,19 | 197:6,9 | 113:9 |
| 158:13 | 131:9 | 308:11 | 201:25 | 115:9 |
| 169:4 | convening | copies 17:25 | 204:11 | 118:4 |
| 173:25 | 103:2 | 96:13 | 208:1 | 121:17,18 |
| 174:16 | 111:21 | 110:11 | 209:10 | 123:16,17 |
| 252:22 | 126:8,15 | 114:9 | 211:12 | 123:21 |
| 256:13 | 126:16 | 138:11 | 214:2,9,15 | 124:5 |
| 334:25 | 137:23 | 205:14 | 215:24 | 125:10 |
| 343:7 | conversa... | 361:9 | 218:7 | 126:25 |
| continue | 163:4 | copy 119:22 | 227:11 | 127:2 |
| 27:24 | 168:4 | 159:15 | 229:10 | 128:14,21 |
| 102:23 | 180:14 | 182:5 | 232:18 | 128:23 |
| continued | 213:11 | 185:15 | 271:9 | 129:2,6 |
| 224:2,6 | 255:22 | 201:25 | 278:3 | 130:18,22 |
| continuing | 258:15 | 237:18 | 306:1 | 130:23,25 |
| 224:8 | 263:1,2 | 249:1,10 | 321:1,12 | 131:21 |
| contradict | 289:6,9 | 253:25 | 336:9,18 | 133:2 |
| 322:6 | 291:14,24 | 283:15 | 344:15 | 143:9 |
| contrary | 292:2,8 | 284:16 | coronavi... | 144:3 |
| 343:14 | 302:5 | 330:23 | 67:22 | 146:23 |
| 346:13 | conversa... | 346:17 | coronavi... | 149:3,4 |
| contribute | 140:20 | 361:12 | 31:8 33:16 | 150:11,15 |
| 288:21 | 147:6,7,8 | copying | 37:4 39:24 | 160:15,16 |

| | | | | |
|---|---|---|---|---|
| 161:5,9 | 233:3,6,10 | 327:3 | 94:13 | 13:3 23:3 |
| 162:2,3 | 233:24,25 | 328:16 | 96:12 | 28:25 |
| 163:20,21 | 234:11,16 | 330:12,22 | 119:21 | 29:24 |
| 164:12,25 | 235:8 | 330:25 | 120:25 | 30:12 34:9 |
| 165:1,16 | 237:13 | 331:1,6,20 | 127:17 | 34:11 |
| 165:17,21 | 240:7 | 335:24 | 138:10 | 52:17 |
| 166:11,15 | 242:23 | 341:5,17 | 144:25 | 61:12 71:1 |
| 167:1,20 | 243:24 | 341:18 | 145:23 | 129:3,5,7 |
| 167:21,24 | 245:20,23 | 342:11 | 148:5 | 141:23 |
| 168:24 | 246:1 | 344:15 | 150:24 | 153:12 |
| 171:3,4,5 | 249:25 | 348:11,15 | 178:6 | 205:10 |
| 171:6,10 | 250:8,21 | 348:25 | 209:14 | 212:5 |
| 172:4,5,10 | 252:12 | 350:20 | 294:18 | 219:20 |
| 173:4,9,10 | 254:7,13 | 357:11,18 | 346:17 | 225:16 |
| 177:3 | 254:14,16 | 358:24 | 360:11,14 | 242:21 |
| 179:19 | 254:17,21 | 363:9,13 | count 53:25 | 295:11 |
| 180:6 | 254:22 | corrections | counter 78:1 | 313:18 |
| 183:19,20 | 262:24 | 361:12 | 260:20 | 314:4 |
| 183:25 | 263:25 | correctly | 357:7,16 | course 93:5 |
| 186:3,4 | 264:4,8,9 | 70:5 | 358:23 | 136:1 |
| 188:17 | 264:11 | 143:14 | 359:9 | 247:17 |
| 190:8,17 | 266:10,22 | correspo... | countera... | court 1:1 |
| 190:22 | 268:3,6,7 | 205:21 | 257:25 | 9:10,24 |
| 192:7 | 271:10,11 | correspo... | 258:24 | 12:10 |
| 193:24 | 273:4,12 | 195:24 | 259:2 | 17:23 |
| 194:14,25 | 275:24 | CORY 5:2 | countering | 26:23 |
| 196:2,3,6 | 276:14 | cosignature | 357:8 | 60:18 |
| 196:12,16 | 278:1,5,6 | 257:9 | counters | 74:15 |
| 197:1,9,10 | 278:14,15 | cost 167:24 | 107:4 | 150:22,24 |
| 197:12 | 279:14 | 168:2,6 | countries | 225:19 |
| 198:3,6,19 | 284:4,5 | coughs | 140:7 | 227:19 |
| 199:5 | 286:15 | 314:16 | country 46:8 | 228:2,7 |
| 200:19,23 | 288:16,22 | counsel 1:14 | 117:15 | 230:9 |
| 203:15 | 288:23 | 4:19 6:2 | 170:2 | 234:23 |
| 204:8,9,12 | 295:6 | 9:16 10:3 | 216:13 | 236:21 |
| 204:16,17 | 299:11,19 | 10:6 12:15 | 230:15 | courteous |
| 206:22 | 300:16 | 14:8 17:25 | 231:15,18 | 171:17 |
| 209:10 | 303:13,19 | 26:13,24 | 231:20 | 172:21 |
| 211:13 | 303:25 | 42:1 43:11 | 232:11 | Courtney |
| 212:22 | 304:14,16 | 47:18 | 248:1 | 38:9 |
| 218:7,10 | 306:4 | 52:24 53:1 | 276:25 | 301:16,17 |
| 218:11,14 | 309:9,10 | 54:2 60:18 | 297:19 | 301:23 |
| 218:15,17 | 309:13,18 | 65:19 | 298:4 | 309:2 |
| 219:14 | 311:19 | 68:15 | 321:22 | 324:10 |
| 222:12,22 | 317:8,15 | 69:10 73:2 | 332:22,23 | 327:2,8,12 |
| 223:21 | 317:19 | 74:15 | County | 327:21 |
| 227:12,13 | 320:1,24 | 76:16 | 293:12,18 | CoV 23:5,11 |
| 229:11 | 324:5,11 | 90:10 | 363:3 | 39:15 |
| 231:10 | 324:12,16 | 93:22 | couple 11:1 | cover 182:10 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 182:11 | **create** 15:5 | 65:10 | 40:10 41:2 | 243:7 |
| **coverage** | 24:24 | 347:1 | 117:8 | 286:25 |
| 185:3 | 78:21 | **Curry** 101:5 | 129:10,21 | 344:5 |
| **covers** 22:25 | **created** | 101:5 | 130:2 | 362:3 |
| **COVID** 40:17 | 156:13 | **cursorily** | 140:20,25 | **dated** 72:24 |
| 42:16 | **creating** | 240:1 | 141:17 | 148:19 |
| 188:20 | 310:10 | **curtail** | 146:7,13 | 152:22 |
| 213:9 | **creation** | 166:18 | 146:16,22 | 159:3 |
| 224:7,25 | 59:18 | **curtailing** | 147:2,10 | 167:19 |
| 226:2 | **credentials** | 262:8 | 204:4,24 | 173:11 |
| 236:4 | 279:6,7 | **curtailment** | 205:1 | 176:4 |
| 275:17 | **credibility** | 151:17 | 206:5 | 186:1 |
| 331:5,9 | 137:24 | **cut** 211:20 | 207:16,19 | 197:1 |
| 354:2 | **credit** | **cuts** 356:13 | **data** 37:2,9 | 204:4,4 |
| 355:5,5,9 | 177:18 | **cutting** 42:2 | 37:15 80:4 | 222:8 |
| **COVID-19** | **credits** | | 80:6,10,11 | 242:19 |
| 31:25 | 177:11 | D | 126:16 | 253:19 |
| 163:12 | **criteria** | **D** 2:5,7 9:1 | 189:2,7,12 | 263:12 |
| 170:18 | 221:3 | 222:4 | 191:16 | 271:5 |
| 173:14 | **critic** 336:2 | **D.C** 3:7 4:3 | 193:8 | 277:25 |
| 175:20 | **critical** | 361:6 | 215:1,3,17 | 294:10 |
| 184:3 | 27:24 | **damage** 258:5 | 215:23 | 298:24 |
| 185:22 | 280:24 | **Dan** 135:8 | 217:2,2,9 | 341:1 |
| 196:18 | 295:5 | **danger** 117:1 | 217:10,25 | 344:4 |
| 210:17,24 | 348:8 | 323:7 | 218:13 | **dates** 22:23 |
| 211:23 | **criticism** | **dangerous** | 219:17 | 44:17 |
| 212:1 | 296:23 | 14:6,20,24 | 220:25 | 233:11 |
| 213:23 | 297:4 | 15:2,5,23 | 221:7 | 317:20 |
| 219:13 | **criticize** | 17:3 24:1 | 223:16 | 322:9 |
| 237:20 | 343:5 | 271:25 | 236:25,25 | **daughter** |
| 245:20 | **criticizing** | 272:6,13 | 237:4 | 100:1,2,22 |
| 284:3,20 | 212:22 | 272:14 | 247:2 | 350:21 |
| 306:4 | 244:15 | 273:12 | 259:12 | 351:9 |
| 313:19 | 279:18 | 274:2,9 | 320:1 | **David** 204:14 |
| 318:6 | **Cross** 299:8 | 276:18 | 323:13,17 | 204:18,18 |
| 331:23 | **culture** | 278:4,14 | 337:15 | 204:20,21 |
| 332:3 | 281:25 | 278:25 | 343:9 | **day** 44:15 |
| 347:3 | **curb** 151:13 | 306:19 | 353:8 | 46:21 |
| 353:11,23 | **curious** | 307:9 | 354:5 | 51:21 59:1 |
| 358:8 | 102:13 | 356:20 | **databases** | 59:4 61:6 |
| **CPAC** 341:17 | 237:19 | 357:6,20 | 158:11 | 63:20 66:3 |
| 341:22 | **current** | **Daniel** 9:14 | **date** 58:11 | 66:24 |
| 342:1 | 10:11 48:5 | **dark** 59:21 | 73:12 | 67:13,14 |
| **Crawford** | 49:22 | **Daszak** 20:11 | 199:13,13 | 67:20 |
| 298:23 | 50:11 | 20:13,15 | 199:14,15 | 85:10 86:8 |
| 299:22 | 61:23 | 21:8,16,21 | 218:10 | 105:21 |
| 330:12,13 | 291:23 | 35:17 36:2 | 231:25 | 109:3,11 |
| 330:22,23 | 313:11 | 36:14 37:1 | 232:23,25 | 127:5 |
| **CRC** 308:12 | **currently** | 37:6 39:22 | 233:2,12 | 148:23 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 153:13 | dean 291:3,4 | 220:18 | declare | demonstrate |
| 174:3 | Dear 170:25 | 224:23 | 363:12 | 225:7 |
| 186:2 | 361:8 | 238:1,13 | decrease | demonstr... |
| 192:4 | death 169:4 | 239:10 | 116:6 | 167:23 |
| 199:3 | 274:4 | 319:24 | deep 256:15 | demonstr... |
| 200:22 | 278:24 | decisions | deeply | 121:15 |
| 204:8,10 | 297:8 | 333:7 | 265:23 | DENNIS 5:2 |
| 206:20 | 345:11,15 | declaration | Defendant | denominator |
| 207:1 | 346:11 | 7:24 | 1:14 3:20 | 236:8 |
| 212:8 | deaths | 248:14,16 | 4:7,16 | denounced |
| 233:4,22 | 276:24 | 248:17 | defendants | 271:23 |
| 238:19 | 343:10 | 249:2,10 | 1:9 9:23 | 272:12 |
| 260:18 | 355:23,24 | 249:12,15 | define 16:7 | Department |
| 269:14 | debate | 249:18,19 | definitely | 2:19 3:20 |
| 275:21 | 319:11,15 | 250:1 | 142:7 | 4:1,7,10 |
| 359:4 | 319:18,23 | 251:4 | 217:22 | 9:22 |
| 363:14 | 322:17,19 | 252:18 | definition | 313:10 |
| days 34:9,11 | 322:21 | 254:6,12 | 265:25 | 361:5 |
| 52:17 | 358:6,9,13 | 254:24 | 339:8 | depending |
| 60:15 85:5 | 358:13,14 | 255:4,14 | definitive | 279:24 |
| 161:15 | debating | 256:10 | 16:19 | depends |
| 179:19 | 77:11 | 258:2,11 | 121:24 | 117:15 |
| 207:2,2,3 | deboosted | 259:23 | 215:2 | 159:22 |
| 219:1,10 | 280:21 | 260:15 | 218:1 | 246:24 |
| 222:7 | 281:9 | 264:7 | 322:12 | 265:21,25 |
| 242:21 | debunk 244:6 | 266:10 | definiti... | 323:5 |
| 254:6 | 332:7 | 267:1,4,5 | 219:21 | deposition |
| 279:11 | 333:13 | 267:7 | degree 74:2 | 1:13 9:5 |
| 343:24 | debunked | 268:6,23 | 96:3 | 9:11 11:3 |
| 344:4 | 211:6,12 | 269:4 | 165:14 | 12:19,22 |
| 361:17 | 211:22 | 274:1 | degrees | 13:2 47:7 |
| DC 234:5 | debunks | 276:4,17 | 175:1 | 356:15 |
| 267:22 | 183:17 | 277:6 | del 296:16 | 359:23 |
| deactivated | 264:3 | 278:22 | delay 245:15 | 360:5,7,12 |
| 330:3 | decade | 279:19 | deleterious | 361:9 |
| Deactiva... | 265:17 | 280:1,13 | 216:25 | 363:6,8,11 |
| 328:17 | decades | 280:17,21 | deliberate | deputy 29:2 |
| dead 169:7 | 291:9 | 280:23 | 189:9 | 29:12 |
| deadly 346:3 | December 6:8 | 281:9 | delibera... | 30:18,20 |
| deal 21:19 | 13:20 34:8 | 282:11 | 106:5 | 30:25 |
| dealing | 34:10 | 283:2 | 194:9 | 54:25 |
| 33:18 | decide 64:7 | 285:7,10 | 339:15 | 57:18 65:9 |
| 88:17 | 109:1,3,5 | 290:10,19 | delibera... | 261:1,6 |
| 117:11,21 | 122:16 | 291:12 | 27:23 96:6 | 300:2 |
| 136:21 | deciding | 292:11 | 113:5 | DeRisi |
| 140:5 | 122:20 | 295:6 | delibera... | 133:10 |
| 169:25 | 289:1 | 296:19,24 | 25:25 | 134:13,23 |
| deals 175:9 | decision | 297:6,10 | demanded | 135:6,13 |
| dealt 175:9 | 169:13 | 297:16,23 | 335:2 | DeRisi's |

| | | | | |
|---|---|---|---|---|
| 135:14 | **details** 6:10 | 122:14 | 66:15 | **discovery** |
| **describe** | 19:10 | 128:22 | 70:15 | 287:15 |
| 57:1,6 | 90:12 | 155:20,20 | 72:18 75:6 | 357:15 |
| 155:22 | 280:19 | 160:5,5 | 76:3 91:5 | **discredit** |
| 156:15 | **determin...** | 177:21 | 95:6,9,17 | 79:2 |
| 278:10 | 16:6 | 207:11 | 97:5 108:5 | **discuss** |
| **described** | 119:13 | 295:3 | 134:4 | 44:11,19 |
| 33:14 | 121:25 | 304:2 | 162:21 | 88:24 |
| 38:15 57:7 | 231:20,24 | 322:20 | 182:6,19 | 89:14 |
| 82:15 | **determine** | 338:13 | 216:6,14 | 100:5,8 |
| 174:11 | 70:23 | **difficult** | 216:14 | 131:8 |
| 188:19 | 80:12 | 169:16 | 261:1,1,7 | 149:19 |
| 193:22 | 156:5 | **digital** | 271:25 | 162:19 |
| 250:10 | **determines** | 329:20 | 300:3 | 165:2,23 |
| 262:18 | 28:4 | 336:17,19 | 308:1 | 166:1 |
| 342:10 | **detrimental** | **diminished** | 324:19 | 168:2 |
| **describes** | 358:16 | 110:3 | 327:8,12 | 181:11,14 |
| 183:22 | **devastating** | **direct** 34:3 | 329:20 | 181:21 |
| 306:18 | 257:16,19 | 47:24 | 336:17,20 | 195:10 |
| **describing** | 258:10,13 | 125:18 | 353:1 | 216:2 |
| 57:9 | 259:23 | 144:20 | **director's** | 231:1 |
| **description** | **develop** | 145:15 | 142:8,9,14 | 258:8 |
| 246:11 | 256:15 | 147:6 | 142:16 | 274:21 |
| **design** | 316:16 | 153:21 | 182:11,15 | 276:2 |
| 320:17 | **developed** | **directed** | 184:12 | 291:11 |
| **designated** | 17:8 27:15 | 152:4 | 186:2 | 336:23 |
| 185:21 | **developing** | **directing** | 300:10 | 352:6,13 |
| **desired** | 351:22,23 | 48:13 | **directors** | **discussed** |
| 361:13 | 354:11 | **direction** | 30:19 | 67:12,14 |
| **desk** 22:19 | **development** | 1:23 53:19 | **dis** 339:2,4 | 67:19,25 |
| 22:20 29:5 | 189:10 | 354:11 | 339:6 | 78:19 79:7 |
| 129:25 | 319:10 | 360:10 | **disagree** | 79:11 |
| 245:1 | 351:17,20 | **directly** | 214:4 | 113:21 |
| 293:22 | 351:24 | 36:8 38:8 | 297:22 | 121:20 |
| **desperately** | 352:1,3 | 96:20 | 298:5 | 126:17 |
| 321:20 | 354:10 | 126:7 | 355:14,14 | 147:11 |
| **despite** | **dialogue** | 190:12 | 356:9 | 151:25 |
| 224:1 | 321:19 | 202:11 | **disagreed** | 166:22 |
| **destructive** | **die** 169:14 | 239:5 | 224:1 | 181:6,8,16 |
| 188:15,20 | **difference** | 272:14,16 | 356:1 | 181:19,22 |
| 188:25 | 157:8 | 288:21 | **disagreeing** | 184:24 |
| 190:21 | 246:20 | 311:15 | 214:6 | 193:1 |
| 193:23,25 | **different** | **director** | 234:10 | 195:9 |
| **detail** 77:24 | 15:1 58:24 | 10:13,24 | **disagrees** | 196:17 |
| 348:23 | 65:17 | 10:25 29:1 | 258:24 | 216:4,7,18 |
| 349:8,14 | 73:12 | 30:25 35:7 | **disconce...** | 221:15 |
| 349:16,19 | 90:11 | 38:10,17 | 340:3 | 222:20 |
| **detailed** | 115:19 | 38:19 46:9 | **discourage** | 231:3 |
| 284:20 | 117:15,25 | 65:9,10 | 151:7 | 255:23 |

270:21
275:5
279:23
292:10
297:6
321:12
327:15
349:15
355:4
357:4
**Discusses**
163:12
**discussing**
77:11
90:25
110:24
162:15
184:22,25
276:5
279:17
292:24
343:17
345:16
352:2,4,17
**discussion**
35:15 48:5
49:23
50:11 52:2
54:10
61:23
63:23,24
64:1,19
73:16,23
74:4 77:17
78:22,25
80:17 88:1
95:13,25
97:1
109:14
111:1
113:3
118:24
126:6,11
136:25
137:17,25
138:1,14
138:21,21
141:6
147:11,12

147:14
149:21
162:9,22
162:23
187:5
189:9
216:16,21
218:19
219:3
220:4
244:9
293:1
316:2
321:18,19
328:2
336:2
340:2
349:7,11
349:12
351:21
**discussions**
29:24
50:23
66:14
73:20
82:17 97:4
99:18
104:1
111:3
137:1
152:3
162:4
163:1
167:9,11
168:1
169:9
191:17
215:20,25
262:10,17
262:21
275:3
337:20
338:10,14
338:18,19
339:21
340:5,8,13
343:1,4,22
345:3
**disease** 35:7

46:8,17
166:17,19
216:13
227:12
248:1
271:24
272:12
279:2
291:2
332:21
333:1
353:9,11
354:6
**diseases**
10:14
46:10,14
70:16
72:19
133:24
142:13
231:15,17
231:19
232:10
332:22
333:24
**disfavored**
285:18
**disinfo**
337:16
**disinfor...**
103:19
104:4,10
104:16
150:11,14
150:19
151:3,14
193:17
194:5,10
194:23
217:7,15
229:25
235:15
236:4
337:22
338:3,11
338:25
339:11,14
339:19,24
340:3,9,14

344:14
345:4,9,13
345:23
346:2,5,11
357:3,4,17
358:24
359:10
**dispute**
66:25
287:24
**disputes**
318:20
**dissemin...**
88:25
104:23
150:16
235:16
**dissemin...**
195:13
235:9
236:3
340:18
**dissociated**
99:5
103:13
**distancing**
165:15,20
166:20
168:25
169:11,16
169:18,20
262:6,14
262:22
**distant**
70:23
**distortion**
106:15
107:5
**distortions**
105:17,19
105:24,25
106:13,18
107:5,14
**distracting**
207:12
**distraction**
79:18,22
**District** 1:1
1:2 9:10

9:10
**disturbed**
189:11
**disturbing**
304:21
358:17
**diversion**
80:7
**diverting**
79:15
**division** 1:3
4:20 9:11
30:19
70:15
72:18
133:23
216:14
353:2
**doctor**
223:19,23
223:24
224:10,23
235:11
236:2
**doctors**
223:25
224:5,8
225:18,25
227:15,16
228:1
229:8
232:18
234:6,22
236:20
238:22
242:15
243:3
**document**
12:10,21
13:9 14:10
14:18
17:18,24
18:4,7
25:2,7,14
25:17,24
26:15 31:1
43:13
48:12,19
48:23

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 52:20,22 | 288:11 | 97:23 | 119:24 | 275:3,13 |
| 54:5,16 | 299:2 | **dosages** | 134:15,17 | 278:2 |
| 64:21,24 | 306:8 | 246:7 | 139:15 | 279:4,8,12 |
| 68:17 | 335:15 | **double** | 140:5 | 284:7 |
| 69:12 | 337:8 | 244:10 | 147:10,15 | 287:9,18 |
| 72:21 73:4 | 341:13 | 246:12 | 148:24 | 290:22 |
| 76:20,22 | 347:13 | **double-b...** | 149:6 | 291:15,18 |
| 94:14 96:8 | 353:19 | 322:2 | 150:8 | 299:1 |
| 96:16 | **documented** | **doubt** 29:3,6 | 159:16 | 306:6 |
| 97:13,20 | 289:13 | 32:16 | 163:5,5,18 | 309:5,15 |
| 105:1 | 332:25 | 55:15,16 | 164:1 | 311:19 |
| 110:10 | **documents** | 110:4 | 165:6 | 313:6 |
| 111:9,15 | 12:16 13:1 | 184:9 | 166:16,24 | 333:17 |
| 112:2,13 | 13:3,4,5 | 198:24 | 168:4 | 350:1 |
| 114:16 | 25:12,13 | 290:15 | 176:14 | 353:18 |
| 115:17 | 25:18 53:1 | 292:23,24 | 179:18 | 354:20 |
| 120:3 | 112:7 | **downs** 81:11 | 180:10 | 355:4 |
| 123:4 | 114:21,23 | **dozen** 63:25 | 182:12 | 356:3 |
| 125:21 | 114:25 | **dozens** 200:5 | 183:4 | 361:10 |
| 126:20 | **doing** 11:24 | 200:5,5 | 185:6,11 | 362:1 |
| 128:10 | 13:21 | **Dr** 1:13 2:24 | 186:11,19 | 363:5,20 |
| 130:14 | 18:11 | 2:25,25 | 187:3,21 | **draft** 114:9 |
| 132:23 | 42:23 | 6:3 9:6 | 188:3 | 120:5,10 |
| 136:12 | 58:10,24 | 10:2,11 | 189:18,20 | 120:14,17 |
| 141:16 | 59:25 | 12:18 13:1 | 190:15 | 123:14 |
| 142:18 | 62:21,24 | 14:9 15:7 | 193:22 | 124:2,7,9 |
| 161:24 | 70:7,18 | 15:7 17:22 | 197:14,18 | 124:12,21 |
| 163:23 | 71:23 | 21:8 25:9 | 198:1 | 127:4,8 |
| 164:2 | 132:1 | 26:14 | 199:3 | 128:16,17 |
| 173:3 | 141:17 | 30:21 | 200:22 | 128:20 |
| 176:3,11 | 142:1 | 37:13 | 201:23 | 129:1 |
| 176:12 | 152:15 | 38:20 | 203:24 | **drafting** |
| 178:11 | 176:19 | 43:12 | 211:15 | 112:22 |
| 182:17 | 200:1,2 | 50:16,23 | 216:5 | 203:14 |
| 183:5 | 256:17 | 51:11 | 227:2 | **drafts** 114:4 |
| 187:24 | 258:5 | 52:25 53:8 | 240:12 | 128:20 |
| 197:15,16 | 260:20 | 54:15 | 251:17,17 | 129:4 |
| 206:13 | 263:5,6 | 68:16,24 | 251:18 | 160:13,17 |
| 210:15,25 | 301:22 | 73:3 83:14 | 252:8 | 196:5 |
| 211:16 | 302:13 | 83:23 89:4 | 253:18 | **dramatic...** |
| 226:21 | 310:12,13 | 90:11 | 254:5 | 317:11 |
| 227:4 | **dollars** | 91:21 93:5 | 256:4,5 | **drew** 165:18 |
| 237:10 | 177:10,18 | 94:14 | 257:15 | **Drive** 1:19 |
| 267:10 | **Don** 136:2,3 | 95:21 | 258:7 | 4:22 9:12 |
| 271:16 | **donate** | 96:17 | 267:20 | **droplets** |
| 272:20 | 177:18 | 101:15 | 270:11,15 | 314:16 |
| 278:7 | **Dorsey's** | 110:11 | 271:13,15 | **drug** 215:4 |
| 284:19 | 240:18 | 112:1 | 272:4,25 | 217:16 |
| 287:18 | **Dorsten** | 115:5,16 | 273:16,25 | 221:4,5,8 |

**DR. ANTHONY FAUCI   11/23/2022**

| | | | | |
|---|---|---|---|---|
| 227:1,22 | 106:9,16 | 206:9,19 | 317:22 | 77:1,6 |
| 353:23 | 108:1 | 207:13,21 | 328:12 | 80:19 |
| 354:1,4,9 | 110:10,15 | 253:18,24 | **e-mailing** | 118:23 |
| **drugs** 215:16 | 111:5,17 | 254:3 | 200:22 | 123:18 |
| 354:1,2,11 | 112:4,15 | 255:5,8 | 324:6,23 | 136:13 |
| **drugstore** | 114:3 | 256:18 | 325:20 | 140:24 |
| 314:13 | 115:7,11 | 257:4,5 | **e-mails** 6:13 | 147:16 |
| 317:24 | 115:12 | 259:17 | 6:14,15,16 | 161:15 |
| **due** 46:7 | 118:3 | 260:22 | 6:17,19,20 | 163:20 |
| **duly** 1:16 | 120:3 | 261:6,20 | 6:21,22,23 | 170:19 |
| 10:4 360:7 | 123:6 | 263:11,24 | 7:4,5,6,10 | 174:11 |
| **Duvall** 303:5 | 124:16 | 266:8,13 | 7:12,13,25 | 179:19 |
| ⎯⎯⎯⎯⎯ | 125:8,22 | 269:1,7 | 8:1,2,4,10 | 193:15 |
| **E** | 126:22 | 276:7 | 8:11,12,13 | 203:10 |
| **E** 6:1,6 9:1 | 127:8,9 | 277:13 | 8:14,15,16 | 217:8 |
| 9:1 | 128:13 | 294:9,20 | 8:21 21:14 | 234:3 |
| **e-mail** 21:16 | 130:17,18 | 294:21 | 63:12 78:5 | 250:10 |
| 37:25 39:8 | 130:20,21 | 295:19 | 81:19 84:3 | 252:16 |
| 40:6 42:7 | 131:2 | 298:22,23 | 117:4,25 | 286:8 |
| 42:12 48:2 | 132:4,8,12 | 299:7 | 122:7,11 | 339:10 |
| 50:15,16 | 132:17 | 305:3,3,9 | 122:12,15 | 351:18 |
| 50:20 | 133:18,20 | 305:10,11 | 122:15,16 | **early** 22:16 |
| 54:20,24 | 135:20 | 305:23 | 130:24 | 169:5 |
| 55:5,7,10 | 136:12 | 307:18,20 | 132:4 | 246:8 |
| 55:13,18 | 139:22 | 308:11 | 137:22 | 247:16,17 |
| 55:24 | 142:4 | 309:12 | 153:13 | 265:19 |
| 56:13 | 152:21,25 | 311:12 | 160:22 | 293:18 |
| 57:18 59:6 | 153:4,7,9 | 313:12,22 | 188:5 | 313:14 |
| 59:7 60:13 | 153:18,20 | 315:7 | 189:19 | 315:19 |
| 61:7,12,24 | 161:15 | 323:25 | 196:6 | 322:8 |
| 62:3 63:1 | 167:19,22 | 324:7,13 | 206:24 | 325:22 |
| 65:2 68:6 | 170:13,22 | 324:14,15 | 207:1,10 | **easily** 232:1 |
| 68:9,13 | 173:3,8,21 | 327:4 | 207:11 | **Eastern** 9:4 |
| 69:2,5,9 | 176:3,15 | 328:5 | 208:24 | **easy** 206:7 |
| 72:3,13,24 | 187:17 | 329:11,22 | 242:5 | **Ebola** 140:8 |
| 75:9 84:5 | 188:2,6,6 | 330:10,18 | 263:19 | **EcoHealth** |
| 84:13,16 | 188:23 | 331:2 | 275:21 | 6:9 18:11 |
| 85:12,23 | 189:3,11 | 347:23 | 279:19 | 19:10,24 |
| 86:1,14,19 | 189:16,19 | 348:1 | 287:5 | 20:4,6 |
| 89:20 90:8 | 190:24 | 349:5,21 | 288:4,5 | 21:22 30:4 |
| 90:20 91:6 | 191:24 | 353:5 | 289:24 | 36:4,9 |
| 92:1,2 | 192:1,5 | **e-mailed** | 290:15 | 58:9,22 |
| 93:14,15 | 195:2 | 69:23 | 330:14 | **Eddie** 44:24 |
| 94:3,8,10 | 201:21 | 92:12 | **earlier** 26:2 | 45:2,3,9 |
| 94:21 98:4 | 202:2,11 | 114:4 | 41:8 43:17 | 50:24 51:3 |
| 101:12 | 202:18 | 199:3 | 50:23 | 51:4 73:9 |
| 102:11 | 204:3,7,10 | 295:20 | 51:20 | 73:10,10 |
| 103:1 | 205:23 | 300:13 | 56:10,24 | 112:15 |
| 105:5,23 | 206:4,5,7 | 309:4 | 60:1,12,15 | 114:2,5 |

| | | | | |
|---|---|---|---|---|
| 120:11 | 217:19 | 155:5 | 101:8 | environment |
| 123:14 | 218:14 | elements | 287:1 | 316:10 |
| 124:17 | 219:18 | 17:1 | 346:12 | Environm... |
| 128:16 | 221:2 | embarrassed | ended 78:4 | 307:5 |
| 160:18,21 | 225:10 | 108:12 | endorse | EPA 306:24 |
| 161:1 | 227:10 | emerged | 354:8 | 307:7 |
| 203:12 | 231:1,3,23 | 154:20 | endorsement | EPA.gov |
| edited | 243:21,23 | emergence | 353:7 | 307:3 |
| 112:19 | 244:2 | 18:6,9,12 | enemy 345:23 | epicenter |
| 123:15 | 245:9 | 22:14 31:9 | 346:6 | 337:16,21 |
| editor 308:5 | 247:7 | 41:4,10,15 | engaged | epidemic |
| 308:20 | 262:13,22 | 153:24 | 64:18 | 169:5 |
| editorial | 318:2,12 | emergency | 340:1 | epidemio... |
| 13:19 | 318:20 | 220:11 | engineer | 279:1,4 |
| effect 29:16 | 322:2,7,18 | 221:3 | 100:1,13 | epidemio... |
| 215:7 | 332:7 | emeritus | engineered | 255:11,21 |
| 219:13 | 333:17 | 291:5,5 | 34:16 | 256:9 |
| 223:15 | 355:10 | Emily 70:14 | 51:15 | 277:9 |
| 322:16 | 356:8 | 70:14,19 | 89:12 | epidemio... |
| 353:21,22 | 358:7 | 72:9,13,15 | 182:21 | 273:11 |
| 354:4,15 | effort 12:3 | 72:17,18 | 183:13 | 278:13 |
| 354:16 | 12:5 | 149:3,3,6 | engineering | 279:3 |
| effective | 171:19 | 205:15,17 | 17:7 | equipment |
| 166:18 | 194:24 | 205:22 | England 47:2 | 321:22 |
| 170:3 | egregious | Emmanuel | enormous | equivalent |
| 214:2,9,11 | 151:5 | 352:23,24 | 170:5 | 345:14 |
| 215:5,24 | eight 27:16 | emphasis | ensure | Erbelding |
| 217:13 | 29:10,23 | 199:24 | 296:22 | 70:14 72:9 |
| 218:6 | 53:25 86:1 | 200:9 | 320:20 | 149:3 |
| 221:5 | 91:18 | emphasize | entered | 205:15,22 |
| 224:3 | 235:6 | 155:23 | 234:2 | ERIC 2:6 |
| 227:11 | 309:11 | employed | entire 170:7 | Erik 42:16 |
| 261:25 | eighth 52:21 | 40:15 | 232:11 | 205:14,17 |
| 262:7 | 53:5,12,14 | 360:11,14 | 260:5 | 205:22 |
| 314:13 | 54:1,15 | employee | 302:14,16 | errata |
| 315:15 | either 24:15 | 337:9 | entirely | 361:11,13 |
| 317:24 | 27:14 34:8 | 360:14 | 140:10 | 361:16 |
| 322:10 | 34:10 | employees | 153:16 | 362:1 |
| 331:5,9 | 75:15 | 300:4 | 262:25 | escaped |
| 355:8 | 80:14 97:2 | enclosed | 276:14 | 79:21 |
| effectiv... | 233:19 | 361:9,10 | entitled | 143:7 |
| 213:22 | 284:19 | Enclosures | 31:7 | 155:16,17 |
| 331:17 | 291:4 | 361:25 | 163:12 | 156:11 |
| effects | 295:19 | encourage | 185:21 | 208:17 |
| 216:25 | 316:15 | 152:5 | 190:6 | espoused |
| efficacy | 321:15 | encourages | 210:15 | 266:25 |
| 215:3,15 | election | 345:9 | 218:5 | ESQ 2:5,6,7 |
| 215:21 | 10:20 | encouraging | 242:15 | 2:16,17,18 |
| 216:7,18 | element | 99:19 | 280:12 | 3:2,3,13 |

DR. ANTHONY FAUCI 11/23/2022

3:22,23,24
3:25 4:9
4:18 361:4
**essential**
54:18
58:13
106:19
107:11
**essentially**
37:16
157:10
168:14
170:6
193:8
248:23
266:23
276:22
**establish**
153:12
**established**
59:23
217:1
230:14
349:23
**estimate**
32:2
**et** 1:5,8 9:7
9:7 39:23
55:19,25
61:2
162:13
361:7,7
362:2,2
**ethics** 353:2
**etiology**
156:1
**EUA** 220:6,11
220:12,19
220:23
221:9
**Eugene** 135:8
**evaluated**
156:22
**evaluation**
166:25
247:4
**evaluations**
245:14
**evening** 60:1

**everybody**
28:9 67:17
238:9
278:10
349:22
**everythi...**
12:6 70:13
**evidence**
18:21
19:19 22:8
30:6 36:19
49:25 57:4
80:3,6
88:20,22
95:23
106:6
109:19,19
110:19
111:7
126:16
146:8,13
154:1,11
154:17,21
155:1,24
161:16,25
179:3
183:17
189:24
191:14,14
193:12
194:20
196:14
214:8,13
214:20
224:1
231:22
232:7
243:23
245:15
248:2
286:17
302:20
316:8
317:5
318:17
319:2
325:5
339:16
**evidence...**

81:3,7
**evident**
218:14
219:18
**evolution**
78:2 81:15
82:2
132:10
144:12
**evolutio...**
44:11 45:4
45:12
50:25 52:6
52:15
58:20
63:25 64:8
77:23 80:2
89:13,15
103:3
114:10,15
120:19
121:23
122:4
124:13
156:23
157:8
160:9,12
198:14
**evolved**
105:13
139:11
144:17
198:16
**exact** 145:8
160:23
165:25
231:25
**exactly** 11:8
20:17
23:21 50:4
57:10
67:23 70:4
116:13
129:8
136:19
139:11
179:20
190:24
220:8,16

229:19
230:3
308:3
**examination**
1:14 6:2
10:6 78:8
80:14
231:21
**examine**
107:9
323:15
**examined**
10:5 81:10
**examining**
260:19
**example**
14:25
36:15 87:7
157:24
168:11
206:3
208:16
280:25
318:24
338:20
355:6
356:2,7,20
357:4
**examples**
134:2
144:14
**Excellent**
90:7,19
264:10
**exception**
27:6,9,10
27:20,25
28:2,15,16
28:22 29:5
29:8
**exceptions**
28:24
29:25
30:10,11
30:12
**excerpt**
196:24
**exchange**
68:6 126:5

263:11
**excited**
192:22
**exciting**
192:23
**exclamation**
300:15,15
300:16
**excuse** 53:17
**executed**
251:7
363:14
**exhibit** 6:7
6:8,9,11
6:12,13,14
6:15,16,17
6:18,19,20
6:21,22,23
6:24,25
7:1,2,3,4
7:5,6,7,8
7:9,10,11
7:12,13,14
7:15,16,17
7:18,19,20
7:21,22,23
7:24,25
8:1,2,3,4
8:5,6,7,8
8:9,10,11
8:12,13,14
8:15,16,17
8:18,19,20
8:21 12:11
12:13
13:10
17:19,20
18:4 25:3
25:4 31:2
31:3 35:19
37:19,21
41:8,14
43:7,8,9
47:25
49:15
52:21 53:3
53:6,9
56:4,13,20
56:22

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 60:13 | 221:11,24 | 211:4,9 | 357:24 | 168:13,15 |
| 83:12,24 | 226:9,10 | expectat... | expires | 168:16 |
| 83:25 96:9 | 228:15,16 | 50:25 52:5 | 360:22 | 169:8,15 |
| 96:10 97:7 | 232:12,13 | experience | 363:24 | 261:25 |
| 101:9,10 | 233:21 | 69:24 | explain 96:6 | 262:13,14 |
| 111:10,11 | 239:9 | 136:21 | explained | extremely |
| 114:17,18 | 242:10,11 | 140:5 | 156:18 | 134:11 |
| 115:2,4 | 245:4,5 | 145:10 | explanation | eyebrows |
| 119:4,18 | 248:25 | 165:2 | 52:19 | 230:23 |
| 119:24 | 249:4,6,9 | 279:3 | explicitly | Ezekiel |
| 122:24,25 | 253:6,14 | 323:8 | 16:25 | 352:23,24 |
| 128:25 | 253:15 | experienced | 214:13 | |
| 130:6,7 | 263:7,8,24 | 140:9 | 218:20 | **F** |
| 138:7,8 | 266:4,5 | experiment | explosion | **F** 305:16 |
| 141:12,15 | 270:5,7,11 | 28:12 | 170:5 | Facebook |
| 142:19,20 | 271:2,3 | 117:18,23 | expose | 99:7 152:4 |
| 148:4,9,11 | 275:8,9 | 119:1,3 | 322:20 | 174:2 |
| 148:12,18 | 277:17,19 | experime... | exposed | 175:17 |
| 152:17,18 | 280:8,11 | 23:13 | 42:14 43:1 | 177:14,17 |
| 158:19,20 | 283:11,12 | 121:17 | express | 210:6 |
| 158:23 | 284:6,7,14 | 122:1 | 78:11 | 211:18,24 |
| 163:7,8 | 284:19 | experiments | 356:14 | 212:11,13 |
| 167:14,15 | 286:3,4 | 15:4 16:7 | expressed | 212:14,21 |
| 170:9,10 | 293:25 | 17:16 | 78:10 | 234:2,4 |
| 172:24 | 294:3,6 | 28:25 | expressing | 235:7 |
| 173:2 | 298:17,18 | 31:19 | 106:2 | 237:18 |
| 178:5,7,7 | 304:10,23 | 68:19 | expressions | 238:1,12 |
| 178:17,18 | 304:24 | 119:5 | 79:1 | 240:4,21 |
| 179:25 | 307:12,15 | 157:19,23 | 102:14 | 241:8 |
| 181:23 | 323:19,20 | expert | extensive | 242:23 |
| 182:2 | 327:24,25 | 124:14 | 140:5 | 286:11 |
| 185:2,6,7 | 328:5 | 132:9 | extent 12:18 | 287:1 |
| 185:11,17 | 330:5,6 | 291:2 | 25:8,14 | 290:2 |
| 187:9,10 | 334:17,20 | 356:11,14 | 71:3 | 307:21 |
| 187:12 | 335:15 | 357:22 | 114:24 | 309:4,6,9 |
| 196:20,21 | 340:22,25 | expertise | 152:6 | 309:22 |
| 197:4 | 341:24 | 117:20 | 205:5 | 311:16 |
| 199:4,14 | 343:24,25 | 124:24 | 326:22 | 328:12,21 |
| 200:23 | 346:14,15 | 127:13 | extra 51:24 | 330:22 |
| 201:13,16 | 347:15 | 151:18 | 70:22 | 331:3 |
| 201:17 | 352:19,20 | 357:1 | 117:22 | 332:8 |
| 203:24,25 | exhibits | experts | 284:16 | 344:13 |
| 204:12 | 8:22 57:24 | 39:23 | extraord... | Facebook's |
| 209:3,4 | 114:22 | 271:24 | 169:3 | 239:10 |
| 210:9,12 | 115:2 | 272:12 | extrapol... | Facebook... |
| 212:15,16 | 233:14 | 273:3 | 191:8 | 177:3 |
| 212:23 | existence | 332:21 | extreme | Facebook... |
| 213:17,18 | 22:22 | 333:24 | 165:14,19 | 232:17 |
| 218:4 | expanding | 334:9 | 168:7,8,10 | faced 335:21 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| FaceTime | 259:9 | 252:2,4 | 90:7 92:2 | 138:8 |
| 99:18 | 266:3 | 279:9 | 93:9,16,25 | 141:12 |
| facilities | 300:8 | 282:5 | 97:22 | 142:20 |
| 165:9 | 315:13 | 293:11 | 101:12 | 148:12 |
| fact 15:10 | 336:10 | familiarity | 109:23 | 150:8 |
| 18:10 30:9 | 355:13 | 175:2 | 111:18 | 152:18 |
| 52:18 | fairly 33:24 | familiarize | 112:16 | 158:20 |
| 59:20 64:5 | 44:17,21 | 14:9 26:14 | 115:9 | 163:8 |
| 81:5,14 | faith 77:16 | 43:12 | 123:7 | 164:1 |
| 95:15 | 106:11 | 48:11 53:8 | 160:18 | 167:15 |
| 155:16 | fake 173:7 | 68:16 | 161:1,9 | 170:10 |
| 156:11,12 | 300:22 | 69:11 73:4 | 162:25 | 172:24 |
| 161:3 | 301:19 | 94:14,17 | 163:5 | 176:14 |
| 176:24 | 309:5,22 | 97:13 | 170:14 | 178:18 |
| 181:19 | 309:25,25 | 112:1 | 171:5 | 182:2 |
| 193:3 | 310:4,10 | 115:16 | Farrar's | 183:4 |
| 203:2 | 311:17 | 164:2 | 76:1 98:4 | 185:6,11 |
| 212:10 | 328:17,24 | 176:14 | fast 128:24 | 185:17 |
| 214:11 | 329:13 | 183:4 | 267:15,18 | 187:10,21 |
| 216:12 | 330:2 | 187:23 | Fauci 1:13 | 196:21 |
| 219:16 | Fake/Imp... | 197:14 | 6:3,7 9:6 | 197:14,18 |
| 224:1 | 300:14 | 211:15 | 10:2,10,11 | 198:1 |
| 248:3 | fall 309:1 | 227:3 | 12:13,18 | 201:17,23 |
| 256:7 | falls 338:25 | 271:15 | 13:1 14:9 | 203:24,25 |
| 262:7 | false 103:22 | 299:2 | 17:20,22 | 209:4 |
| 274:1 | 211:5 | 306:7 | 25:4,9 | 210:12 |
| 277:12 | 237:7,19 | 341:7 | 26:14 31:3 | 211:15 |
| 281:8 | 288:21 | 353:18 | 37:21 | 212:16 |
| 309:21 | 294:25 | familiar... | 38:20 43:9 | 213:18 |
| 315:12 | 300:23,25 | 119:10 | 43:12 | 218:5 |
| 321:3 | 301:3,6 | family 359:7 | 52:25 53:8 | 221:11 |
| 329:8 | 302:17 | famous | 54:15 | 226:10 |
| 357:3 | 312:3,11 | 175:22 | 68:16,24 | 227:2 |
| factors | 339:5 | fan 309:16 | 73:3 83:14 | 228:16,25 |
| 154:17 | 357:8 | far 112:18 | 83:23,25 | 232:13 |
| 248:11 | falsely | 129:6 | 90:11 | 240:12 |
| facts 107:4 | 310:10,16 | 156:25 | 91:21 | 242:11 |
| 107:4 | falseness | 179:6 | 94:14 | 245:5 |
| factual | 237:4 | 283:21 | 96:10 | 249:6 |
| 156:8 | familiar | Farrar 34:19 | 97:22 | 253:15,18 |
| faculty | 18:6,10 | 43:21 | 101:15 | 263:8 |
| 265:11 | 27:2,5 | 44:23 60:2 | 111:11 | 266:5 |
| failings | 31:11,13 | 61:19,20 | 112:1 | 270:7 |
| 244:4 | 39:4 48:18 | 66:24 | 114:18 | 271:15 |
| fair 189:22 | 63:18 | 72:24 | 115:5,16 | 275:9 |
| 190:4 | 92:10 | 73:21 79:8 | 119:24 | 277:19 |
| 207:17 | 98:16 99:8 | 79:12 83:3 | 122:25 | 278:2 |
| 236:14 | 248:13 | 84:16 85:9 | 130:7 | 280:8 |
| 251:23 | 250:2 | 89:21,25 | 134:15,17 | 283:12 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 284:7 | 120:7 | **feeling** | 245:2 | 74:4 89:12 |
| 286:4 | **February** | 79:23 | 263:3 | 89:14 |
| 287:9,18 | 22:17 | 109:24 | 264:16,18 | 110:9 |
| 294:6 | 43:15 | **feels** 47:20 | 307:8 | 112:12 |
| 298:18 | 44:16 55:3 | 191:9 | 318:8 | 123:3,14 |
| 299:1,19 | 61:14 66:6 | **felt** 17:15 | 325:22 | 124:2 |
| 303:6 | 66:17 69:3 | 28:8 46:15 | 332:25 | 125:5 |
| 304:20,24 | 72:25 73:8 | 46:16 75:4 | 358:17 | 131:23 |
| 306:6 | 77:5 82:14 | 81:25 | 361:9 | 132:3 |
| 307:15 | 86:2,13 | 107:22 | **findings** | 153:5,25 |
| 309:5,15 | 89:25 | 126:8 | 183:22 | 154:20 |
| 311:19 | 91:22 | 164:24 | 222:16 | 163:17 |
| 313:6 | 93:16 97:2 | 169:8 | **fine** 47:15 | 167:22 |
| 323:20 | 105:5 | 189:1,2 | 228:21 | 173:2,23 |
| 327:25 | 113:22 | 232:4,6 | 309:16 | 175:10 |
| 328:16,18 | 115:8 | 258:7 | **fingertips** | 180:2 |
| 330:2,6 | 120:3,12 | 273:25 | 59:24 | 183:2 |
| 333:17 | 123:7,25 | 274:1 | 318:10 | 188:13 |
| 334:20 | 126:23 | 297:5,6 | **finish** 42:12 | 190:10 |
| 340:22 | 128:13,18 | 322:12 | 46:22 | 202:11 |
| 341:15,24 | 129:2,20 | **female** 228:4 | 49:11 | 203:2 |
| 342:20 | 139:13 | **Ferguson** | 76:19 | 211:3,22 |
| 343:25 | 140:14 | 92:4,6 | 102:10 | 220:5 |
| 346:15 | 141:18 | 93:12 | 135:3 | 229:5 |
| 348:10,13 | 144:7 | **field** 63:15 | 174:24 | 239:9 |
| 350:1 | 147:3 | 64:8 155:2 | 247:13 | 243:4 |
| 352:20 | 148:19 | **fifth** 163:22 | 260:14 | 245:8,12 |
| 353:18 | 149:7,22 | 226:21 | 290:4 | 245:18 |
| 354:20 | 152:22 | **fighting** | 310:23 | 250:4,6 |
| 355:4 | 159:4 | 283:25 | 312:14 | 252:17 |
| 356:3 | 160:14 | **figure** | 339:13 | 255:4,17 |
| 361:10 | 161:8 | 106:12 | 340:11 | 256:11 |
| 362:1 | 167:19 | 135:24 | 350:11 | 265:17 |
| 363:5,20 | 169:19 | 162:12 | **finishing** | 271:13,20 |
| **Fauci's** | 173:11,18 | **filing** | 148:6 | 278:8 |
| 219:1,10 | 261:11 | 361:18 | **Firm** 3:14 | 280:16 |
| **FCN@list** | 313:12,21 | **final** 14:1,3 | **first** 11:13 | 303:9 |
| 305:22 | 315:18 | 359:5 | 14:2,2,2,3 | 325:19 |
| **FCN@list...** | 317:22 | **Finally** | 15:25 20:8 | 329:11 |
| 305:19 | 320:19 | 177:9 | 22:24 23:1 | 330:17 |
| **FDA** 220:5,18 | 322:3 | **financially** | 31:15,22 | 331:7 |
| 220:19 | **federal** 4:11 | 360:15 | 33:19,20 | 344:11,16 |
| 347:1 | 238:12,14 | **find** 26:17 | 34:5,8,10 | 347:16 |
| **featured** | 238:16 | 50:24 58:3 | 39:18 | 356:24 |
| 229:8 | 239:4 | 62:20 | 43:18,23 | 359:14 |
| **features** | **feel** 70:7 | 121:22 | 45:15,23 | **first-name** |
| 51:11,14 | 71:22 | 206:19 | 47:24 | 173:17 |
| 51:23,24 | 91:12 | 230:17,18 | 53:24 58:8 | 286:14,19 |
| **Feb** 73:8 | 346:1 | 232:2 | 58:21 71:2 | 349:25 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 350:5,16 | **floated** | **following** | 180:8 | 301:3,23 |
| 350:18,22 | 92:23 | 10:22 | **formulation** | 302:11 |
| 351:4 | **flood** 357:11 | 22:16 | 180:16 | **foundation** |
| **Fishers** | 357:17 | 44:15 | **forth** 27:21 | 143:11 |
| 308:7 | 358:24 | 46:21 | 64:2 77:7 | 144:1 |
| **five** 41:3 | **Flu** 13:15 | 113:5 | 77:17 78:3 | 146:11,18 |
| 51:24 54:1 | **fluent** 133:9 | 124:1 | 119:3 | 152:24 |
| 64:22 | 357:25 | 181:7 | 123:21 | 158:5 |
| 85:25 | **focus** 42:13 | 183:21 | 129:4 | 161:18 |
| 89:20 | 134:7 | 240:4 | 173:15 | 164:14 |
| 91:18 | 245:18 | 292:17 | 214:17 | 184:5 |
| 92:14 93:8 | 250:8 | **follows** 10:5 | 290:2 | 186:23 |
| 104:25 | 268:2,5 | 240:5 | 356:5 | 199:10 |
| 161:4 | **focused** | 316:1 | **Forty-one** | 200:13 |
| 222:7 | 266:16 | **footnote** | 249:5 | 208:5,19 |
| 253:4 | 292:13,21 | 26:16 | **forum** 138:1 | 210:19 |
| 267:14 | **focusing** | 27:21 | **forward** 12:1 | 221:18 |
| 343:24 | 246:10 | **force** 196:25 | 44:12 59:7 | 223:4 |
| 344:4 | **FOIA** 84:4 | 197:6,9 | 61:8 62:5 | 225:23 |
| **five-year** | 121:5 | 201:4 | 65:12 66:7 | 229:15 |
| 36:11,13 | 122:7,10 | 204:11 | 90:16,16 | 233:8 |
| **flag** 309:5 | 122:13 | 208:1 | 93:20 | 234:13,18 |
| **flagged** | **FOIA'd** 288:4 | 321:2,12 | 97:10 | 235:18 |
| 299:14 | **Folkers** 38:1 | **forced** 353:8 | 101:11 | 237:23 |
| 311:16 | 38:1,2 | 354:19 | 104:25 | 240:24 |
| **flagging** | 39:20 40:7 | **Ford** 244:17 | 105:3 | 242:25 |
| 309:21,23 | 40:16 42:8 | **foregoing** | 109:9 | 243:12 |
| 311:12 | 294:9 | 360:5,7 | 131:19,24 | 244:21 |
| 329:10,13 | **folks** 39:22 | 363:6,13 | 131:25 | 246:3 |
| **Flaherty** | 182:20 | **forget** | 156:3,6 | 249:21 |
| 336:13,16 | 183:11 | 150:10 | 237:9,12 | 250:23 |
| 336:22 | 299:14 | **forgetting** | 239:8 | 253:21 |
| **flawed** 323:9 | 313:23 | 108:8 | 267:15,18 | 266:12 |
| **flea** 145:20 | **follow** | **forgot** | 289:20 | 272:9 |
| **flip** 19:9 | 230:10 | 108:12 | 295:13 | 273:6,14 |
| 25:23 | 235:22 | 184:15 | 318:18 | 273:22 |
| 52:21 | 241:25,25 | 225:25 | **forwarded** | 280:15 |
| 64:21 | 280:5 | 336:11 | 62:10,12 | 281:3,12 |
| 84:15 | 297:9 | **forgotten** | 124:15 | 282:13 |
| 85:24 | **follow-up** | 226:7 | 266:14 | 283:4 |
| 89:18 | 72:6 | **form** 193:16 | 269:10,13 | 306:6 |
| 91:17 93:7 | 109:14,22 | 194:4 | 318:25 | 314:1,22 |
| 101:11 | **followed** | 363:7 | 348:7,14 | 319:5,13 |
| 251:2 | 18:18 | **former** 134:4 | **forwarding** | 325:5 |
| 272:19 | 53:20 | 134:4 | 61:17 | 332:10 |
| 309:14 | 81:24 | 313:9 | 348:21 | 337:1,25 |
| **Flipping** | 214:10 | **formerly** | **found** 244:18 | 345:20 |
| 249:17 | 239:11 | 265:13 | 294:14 | 348:17 |
| 252:6 | 240:16,21 | **formulating** | 300:24 | **four** 53:25 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 84:15 | 89:21 90:8 | 272:17 | 272:14 | 17:14 25:1 |
| 85:25 | 90:20 91:1 | 281:1 | 273:10 | 55:21 |
| 86:19 88:6 | 91:7,10,11 | 295:13 | 276:17 | 57:15 |
| 89:20 | 92:3 93:11 | **Francisco** | **front** 13:9 | 116:5,7,7 |
| 91:17 93:7 | 94:2,11,21 | 133:15 | 13:17,22 | 119:14,14 |
| 129:6 | 95:20 | 174:9,15 | 29:7 46:19 | **functions** |
| 160:13 | 108:2 | 174:17 | 47:25 84:4 | 119:9 |
| 196:5 | 109:15,23 | 175:8 | 97:8 101:9 | **fund** 39:22 |
| 254:6 | 110:11 | 231:18 | 104:24 | 40:4 57:22 |
| 272:21 | 111:18,23 | **frankly** | 112:7 | 67:18 |
| 335:19 | 114:6 | 107:19 | 119:20 | 71:23 |
| **fourth** 23:8 | 115:8 | 226:7 | 141:21 | 149:16,16 |
| 23:9 84:16 | 116:14,18 | 278:12 | 178:23 | **fundamental** |
| 226:20 | 116:24 | 348:9 | 185:6 | 113:8 |
| 237:17 | 118:4 | **Frederick** | 188:7 | **fundamen...** |
| 271:12,19 | 120:4 | 155:10,11 | 210:21 | 110:6 |
| 284:24 | 121:20 | **free** 177:11 | 218:4 | 114:10 |
| **foyered** | 123:8 | 177:18 | 221:23 | **funded** 20:5 |
| 21:14 | 125:9 | **freedom** | 222:24 | 22:23 |
| **frame** 31:22 | 126:23 | 151:16 | 225:7,19 | 31:20 |
| 102:16 | 128:13,15 | **freely** | 228:2,6 | 32:21 36:8 |
| 121:21 | 130:17 | 248:21 | 242:18 | 41:2 59:17 |
| 129:9 | 131:8 | 274:6 | 248:25 | 67:15,17 |
| 131:4 | 132:5,12 | 276:22 | 249:9,11 | 67:21 |
| 136:14,17 | 136:12 | 277:1 | 253:23 | 156:13 |
| 136:20,22 | 162:18,20 | 358:9 | 263:16 | 157:5,14 |
| 136:24 | 170:14,25 | **freeze** | 271:3 | 157:20 |
| 137:2 | 171:9,9 | 303:24 | 335:1 | **funding** |
| 138:13 | 182:6,12 | 304:2,7 | 345:2 | 19:17,25 |
| 169:19 | 184:1,17 | **freezer** | **Frontline** | 20:5 21:23 |
| 180:24 | 187:16 | 169:6 | 227:16 | 22:6,13 |
| 220:4 | 188:7,9,25 | **frequently** | 234:6 | 26:1 28:4 |
| 262:11 | 189:1,6,11 | 347:2 | 238:22 | 28:17 36:9 |
| 279:25 | 191:15 | **Friday** 48:1 | 242:15 | 37:16 45:6 |
| 281:10 | 253:24 | 51:21 66:6 | 243:3 | 58:4,22 |
| 315:13 | 256:7 | 201:23 | **frustration** | 59:14 |
| 345:18 | 257:6 | 344:13 | 344:12 | 63:17 |
| **framework** | 258:19,22 | **friend** | **full** 159:6 | 70:11,18 |
| 70:20 | 259:1,8 | 265:20,22 | 183:2 | 71:4,19 |
| 72:15 | 261:5,19 | 266:1 | 239:9 | 76:7 79:3 |
| **framing** | 262:11,19 | **friendship** | 272:24 | 156:20 |
| 131:8 | 263:17,22 | 205:8 | 278:8 | **further** 52:8 |
| 137:3 | 264:2,10 | **frightening** | 325:2 | 74:18 78:8 |
| **Francis** | 266:9,14 | 342:21 | **fully** 42:2 | 80:14 |
| 13:14 | 268:20 | 343:8 | 160:8 | 81:16 |
| 66:15 67:6 | 269:11,16 | **fringe** | 298:15 | 105:17,19 |
| 67:9,12,14 | 269:22 | 255:11,21 | **function** | 105:23 |
| 67:20 68:1 | 271:25 | 271:24 | 6:11 16:3 | 106:18 |
| 75:5 82:23 | 272:13,16 | 272:5,13 | 16:9,12 | 107:20 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 110:5 | 117:18,21 | 157:25 | 36:25 | 126:12 |
| 111:6 | 174:9,15 | 158:9 | 37:19 | 206:8,19 |
| 112:19 | 174:18 | 189:4 | 41:21 | 244:1 |
| 116:14 | 175:8 | 191:4 | 46:12 58:7 | 245:11 |
| 195:1 | 216:1 | **German** 97:16 | 67:9 68:16 | **go** 11:11 |
| 299:25 | 228:9 | 108:8 | 69:11 73:3 | 12:1 15:10 |
| 303:22 | 229:17 | **Gertz** 202:19 | 96:8 | 17:12 |
| 359:18 | 230:13 | **Gertz's** | 115:15 | 18:25 |
| 360:13 | 315:21 | 202:2 | 122:12 | 20:19,23 |
| **future** | 316:19 | **getting** 12:6 | 134:2 | 21:6 22:24 |
| 102:25 | **general's** | 26:10 | 144:14 | 45:17 |
| | 9:19 269:3 | 42:15 | 146:21 | 47:14 48:9 |
| G | **General's** | 60:25 | 152:17 | 49:12 |
| **G** 9:1 | 2:8 | 61:25 | 158:19 | 53:24 54:7 |
| **gain** 6:11 | **generally** | 62:20 91:1 | 167:14 | 63:15 |
| 16:3,9,11 | 16:1 33:13 | 104:13 | 191:14 | 80:24 |
| 17:14 | 46:16 | 107:3 | 232:12 | 85:25 |
| 29:15 | 117:12,14 | 110:1 | 271:17 | 89:19 |
| 55:21 | 207:24 | 111:20 | 284:12 | 94:20 |
| 57:15 | 211:23 | 114:12 | 323:18 | 101:9 |
| 116:5,7 | 241:14 | 124:9,10 | 338:20 | 106:17 |
| **gain-of-...** | 263:19 | 126:15 | **given** 11:3 | 108:21 |
| 16:1 25:20 | 290:16 | 129:23 | 14:4 28:24 | 117:19 |
| 25:25 26:4 | 309:1 | 149:13 | 37:8 43:7 | 122:16,16 |
| 27:4 57:2 | 338:11 | 151:8 | 43:12 91:5 | 132:2 |
| 61:3 69:25 | 347:19 | 152:4 | 114:9 | 134:6 |
| 71:7,19 | **generated** | 157:20 | 126:8 | 135:4 |
| 118:19,23 | 36:16 37:2 | 169:4 | 133:20 | 139:9,13 |
| **Gannon** 135:8 | **generating** | 188:2 | 134:25 | 140:4 |
| 136:2,3 | 14:6,20,23 | 215:10 | 135:12 | 142:15 |
| **GARDNER** 3:23 | 15:22 24:1 | 233:11 | 136:9 | 156:16 |
| **garnering** | **genetic** | 243:1 | 153:22 | 162:12 |
| 42:10 | 24:14 | 254:3 | 154:18 | 165:14 |
| **Garry** 51:6 | **genetically** | 256:13 | 156:24 | 166:4 |
| **Gates** 104:11 | 34:16 | 257:8 | 177:23 | 173:7 |
| 338:22 | **genetics** | 258:9 | 178:1 | 177:20 |
| **gather** 87:10 | 23:14,15 | 269:1 | 181:19 | 178:6 |
| 87:12,12 | 23:19 24:3 | 310:8 | 200:6 | 189:2 |
| 87:18 | 24:7,10,11 | 335:12 | 216:11 | 192:7,18 |
| **gathering** | 24:22 | 342:7 | 236:24 | 198:6 |
| 110:18 | **genome** 50:24 | **Gingrich** | 245:3 | 199:5,7,11 |
| 111:6 | 51:12,25 | 141:17 | **gives** 218:9 | 201:11 |
| **gbdeclar...** | 121:15,25 | 143:3 | 331:3 | 206:8,18 |
| 255:1 | **genomes** | **Gingrich's** | **giving** 31:1 | 225:7 |
| **general** 4:19 | 36:15 37:4 | 141:20 | 145:2 | 230:4 |
| 14:18 | 49:16 50:3 | 143:24 | **glad** 173:13 | 233:12 |
| 79:23 95:6 | 50:10 | **give** 11:23 | **glance** 12:12 | 236:9 |
| 95:9 97:5 | **genomic** 50:6 | 17:18 | **global** 7:23 | 247:14,21 |
| 108:5 | 50:7 | 26:18 | 15:18 | 248:23 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 267:14 | 78:3 83:18 | 341:9 | 327:16,22 | 207:20,21 |
| 271:12 | 85:25 | 354:24 | 330:11 | **grants** 18:24 |
| 277:15 | 89:19 | 359:18,20 | **Google-o...** | 63:17,18 |
| 282:23 | 91:13 96:8 | **goings** | 239:12 | 63:19 76:6 |
| 283:24 | 104:25 | 142:12 | **Google.com** | **great** 7:24 |
| 284:24 | 106:12 | **gold** 244:11 | 324:7 | 84:18,22 |
| 296:10 | 108:22 | 244:12,14 | **Gotcha** | 84:23 |
| 299:21,25 | 109:25 | **Gonsalves** | 294:13 | 85:13 |
| 303:22 | 115:19 | 265:7,10 | **gotten** 99:8 | 88:19 |
| 320:9 | 116:25 | 266:15 | **Gottlieb** | 132:6,21 |
| 321:8,25 | 126:18 | 267:10 | 346:21 | 167:24 |
| 322:4 | 127:21,25 | 268:9 | 348:3,14 | 168:2,6 |
| 325:19 | 128:4,23 | 269:14 | 349:8 | 248:13,16 |
| 354:21 | 134:9 | 296:2,16 | 351:11 | 249:1,10 |
| 359:6,7 | 138:21 | **good** 7:19 | 352:13,18 | 249:11,14 |
| **goes** 36:5,9 | 139:6 | 10:8 12:24 | **government** | 249:18,19 |
| 37:13 | 150:3 | 39:18 | 25:25 27:3 | 250:1 |
| 108:25,25 | 155:9,11 | 46:12 | 27:18 28:3 | 252:17 |
| 109:6 | 155:13 | 52:14 | 28:17 | 254:6,12 |
| 113:7 | 156:16 | 71:22 | 38:11 | 254:23 |
| 149:14 | 167:14 | 77:16 | 46:14,17 | 255:3,14 |
| 152:13 | 184:15,19 | 79:17 | 75:19,23 | 258:10 |
| 156:7 | 192:1 | 83:16 | 75:25 | 260:15 |
| 164:20 | 194:16 | 106:11 | 177:11,24 | 264:7 |
| 165:12 | 203:19 | 139:9,13 | 178:12 | 266:9 |
| 183:16 | 219:19 | 156:9 | 216:18 | 267:1 |
| 239:9 | 220:9 | 173:6 | 238:12,15 | 268:6,22 |
| 255:10 | 232:12 | 226:13 | 238:17,23 | 269:3 |
| 256:21 | 241:11 | 227:8 | 290:17,20 | 276:4,17 |
| 257:15 | 242:6,6,8 | 233:5,15 | 318:14 | 277:5 |
| 259:17 | 253:9 | 234:16 | 327:9 | 279:18 |
| 268:1 | 257:4 | 242:7,9 | 334:9 | 280:1,13 |
| 273:9 | 261:18 | 279:3 | 342:5 | 280:17,21 |
| 280:5 | 262:15 | 323:3 | 343:4,18 | 281:8,23 |
| 281:18 | 263:4 | 329:14 | 345:4,17 | 282:11 |
| 320:16 | 268:20 | 343:14 | 345:22,25 | 283:2 |
| 342:20 | 277:12 | 353:25 | **grabs** 271:9 | 285:7,10 |
| 358:14 | 279:18 | 354:2,5 | **grant** 19:8 | 290:10,19 |
| **going** 12:4 | 280:19 | **Google** 8:8 | 20:7 21:23 | 291:12 |
| 20:4 25:2 | 284:12 | 239:14,23 | 22:22 36:5 | 292:10 |
| 29:8 38:24 | 289:15 | 264:19 | 36:11 41:5 | 295:5 |
| 39:2 47:7 | 304:19 | 280:13,17 | 41:7,16,19 | 296:19,23 |
| 47:8 53:2 | 313:1 | 280:20,22 | 41:23 42:5 | 297:5,9,16 |
| 53:18 54:9 | 314:18 | 281:23 | 42:25 | 297:22 |
| 58:19 | 320:20 | 282:11 | 60:14 72:1 | 325:22 |
| 59:22 | 326:20 | 324:9,24 | **grantee** | 338:21 |
| 60:16 | 328:25 | 325:8,12 | 32:14 | **Greenberg** |
| 63:10,13 | 329:4 | 325:20,25 | 40:10,11 | 292:18,19 |
| 70:9 76:16 | 340:4 | 326:8,15 | 40:21 | **Greg** 38:1,1 |

38:2 39:20
294:9,11
294:11
295:8,9,17
Gregg 265:7
265:10,17
266:15
268:9,12
269:14
296:2,16
gross 314:16
ground 11:11
70:17
grounds
12:20 13:7
25:11
group 38:4
40:8 41:2
44:10,19
46:24
52:15
58:20
59:23
63:14,24
81:21
86:21 87:3
87:8,21,25
88:5 89:12
92:13,24
103:2
107:17
109:16
131:3,4,9
131:19,20
131:24,25
132:10,11
132:13,18
134:1
135:20
136:15,18
136:20,22
137:2,7,15
138:24
139:1,6,8
198:14
205:12
225:18,25
228:1,6
231:7

232:1
234:6,8,9
234:21
246:21,22
246:24
247:2,6
248:10
265:13,14
265:15
309:1
329:3
332:20
336:11
groups 16:5
17:8,16
136:22
214:12
246:7,11
247:5,15
growing
188:16
344:12
guaranteed
130:3
guardrails
15:4 16:7
16:19,21
guess 17:19
76:13 85:4
97:16
98:12
103:11
105:22
147:12
177:15,16
202:4
218:18,18
224:12,22
225:2,6,6
228:2
266:15
279:5
349:2
guest 141:20
guideline
214:12
247:5
331:22,23
331:23

333:22
guidelines
16:19
231:11,11
232:9
247:24
332:3,18
333:3,11
Gupta 251:17
256:4
267:21
guy 190:2
261:16
guys 87:14
260:7,12

———————
H
———————
H 6:6
H5N1 15:1
half 76:17
130:16
131:23
132:22
298:22
358:21
halfway
94:20
110:17
144:23
hall 212:6
241:4
281:16
HAMMOND 4:18
hand 25:2
136:25
170:9
handed 83:23
111:9
handing 12:9
119:18
122:24
130:6
141:15
142:18
148:4
158:23
163:7
181:23
185:2

187:8,8
203:24
handle
300:14
301:24
303:24
304:7,8
handled 29:2
handles
304:3
handling
165:7
166:7
happen 86:8
92:19
107:12,16
155:3
156:4
177:25
315:7
happened
66:18
85:22
102:24
146:9,14
155:4
156:2
157:18,22
178:4
239:6
241:4
happening
102:25
156:7
208:25
342:8
happens
103:21
157:11
174:3
216:13
320:14
happy 47:17
128:3
315:23
harm 189:10
219:14
225:4
248:4

harmed
225:13
harmful
246:8
288:14
harms 217:5
Harold 134:3
135:7
Harry 292:18
292:19
Harvard
132:19
231:18
267:19
hasten 271:8
Haven 265:12
HCQ 245:19
245:22
HCQ/CQ
245:11
HCQ/QC 7:23
head 18:18
28:3,17
76:3
150:23
240:2
324:11
327:2
headline
209:8
228:25
271:8
278:2
headlined
212:20
health 1:19
4:8,10,17
4:20 10:15
28:5,10,13
30:2 40:12
40:25
65:10,11
79:17 95:7
95:9,17
96:23
126:12
165:7
169:10
177:6

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 231:13 | hearing | 327:7 | 120:11 | 243:10 |
| 237:3 | 87:10 | 328:13 | 124:17 | hotly 358:6 |
| 265:11,24 | 213:1 | high 2:9 | 160:18,21 | hour 76:17 |
| 267:23 | heck 230:23 | 108:9 | 161:1 | 119:12 |
| 277:8 | held 234:5 | 195:16 | 203:12 | hours 235:6 |
| 288:15,19 | 273:2 | 246:7 | Holmstock | 359:12 |
| 288:24 | hello 175:4 | high-risk | 9:14 | House 7:11 |
| 289:4,8,10 | 266:2 | 169:21 | homes 168:14 | 197:1 |
| 289:15 | help 165:15 | higher 117:2 | honest 68:4 | 198:23 |
| 290:1 | 178:2 | highlighted | 103:6 | 201:3 |
| 313:10 | 188:15 | 294:14 | 221:22 | 207:25 |
| 314:5 | 201:25 | highly 44:10 | 250:25 | 217:24 |
| 333:6 | 217:4,16 | 45:11,12 | 338:8 | 218:3 |
| 334:10 | Henry 244:17 | 80:1 89:13 | 358:13 | 271:9 |
| 342:22 | herd 248:21 | 122:4 | honestly | 275:24 |
| 343:15 | 248:23 | 135:11 | 339:1 | 276:1,3,10 |
| 345:24 | 266:16,20 | 139:17 | Honor 48:6,7 | 328:11,20 |
| 346:6,13 | 266:24 | 140:3 | honorable | 329:17,21 |
| 347:3 | 267:3 | 198:14 | 48:8 | 330:1 |
| 357:2,6 | 271:9 | 216:15 | hope 24:9 | 335:2,19 |
| healthcare | 275:17 | 217:12 | hoped 189:4 | 335:23 |
| 320:23 | 276:9 | 259:9 | 189:12 | 336:10,12 |
| 321:5 | 278:3,11 | 261:2,20 | 191:3 | 336:18 |
| hear 41:19 | 285:2,11 | 281:21 | Hopefully | 339:22 |
| 64:20 | 292:13,22 | Hill 7:14 | 106:23 | 359:5 |
| 173:14 | 294:25 | 8:18 209:7 | hoping | https://... |
| 241:4 | 295:1,5,12 | 232:18 | 324:25 | 254:19 |
| 335:8 | 295:22 | 341:1 | 325:8 | https://... |
| heard 45:20 | 355:11,20 | 342:19 | 342:6 | 254:19 |
| 58:9,21 | hero 309:15 | Hines 3:1 | horrifying | huge 84:9 |
| 64:5 71:2 | hesitancy | 5:3 | 342:11,14 | Hugh 30:21 |
| 92:8 135:7 | 338:12 | historical | 342:16 | 54:17,20 |
| 143:18 | 352:5 | 145:10 | hospital | 54:24 |
| 175:22 | hesitant | 246:25 | 169:7 | 56:13 |
| 212:11,25 | 117:19 | history | 174:10,16 | 57:18 61:7 |
| 223:8 | Hey 208:25 | 144:12 | 174:18,20 | 61:14 62:3 |
| 224:8 | 209:25 | hit 169:5 | 175:8 | 63:7 66:10 |
| 252:14 | 241:4 | HIV 265:18 | 316:10 | 68:7 69:2 |
| 270:3 | 260:7 | HOFT 5:4 | hospital... | 69:9,23 |
| 272:17 | 303:5 | hold 23:6 | 274:4 | 70:8,8 |
| 282:9,21 | HHS 139:9 | 101:23 | 278:24 | 71:5,14 |
| 282:22,23 | 299:23 | 148:24 | 297:8 | 72:4,12,16 |
| 291:19 | 303:9 | 306:9 | hospital... | Hugh's 58:2 |
| 293:9,10 | hi 32:19 | 320:13 | 343:9 | 59:1 70:12 |
| 296:3 | 95:1 | 330:13 | hospitals | huh-uh 11:25 |
| 334:19,23 | 254:18 | Holmes 44:24 | 169:11 | human 4:8,10 |
| 334:24 | 299:13 | 45:2,3,9 | 316:3 | 31:8 |
| 335:4,5 | 311:16 | 51:4 73:10 | hosted 235:6 | 144:13,18 |
| 342:4 | 325:20 | 112:15 | hosting | 146:4 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 153:25 | 220:7,12 | 139:24 | 275:10 | 218:23 |
| 154:20 | 223:10,15 | 157:4 | 277:20 | 220:25 |
| 156:9 | 223:20 | 266:16 | 280:9 | 255:1,2 |
| 161:20 | 224:3,25 | 272:6 | 283:13 | 256:12 |
| 198:19 | 225:21 | 276:18 | 284:8 | 257:2,24 |
| 200:10 | 227:10 | 289:3 | 286:5 | 258:6,21 |
| 267:23 | 229:1,9 | **identifi...** | 294:7 | 265:18 |
| 313:10 | 231:2,4,22 | 12:14 | 298:19 | 267:2 |
| **humans** 43:4 | 232:8 | 17:21 25:5 | 304:25 | 269:9 |
| **Humphrey** | 235:10 | 31:4 37:22 | 307:16 | 328:18 |
| 328:6,7,9 | 236:22 | 43:10 84:1 | 315:8 | 331:11 |
| 329:20,25 | 239:16 | 96:11 | 323:21 | **immediate** |
| **hundred** | 243:21 | 111:12 | 328:1 | 38:3,16 |
| 16:14 32:8 | 244:2,9,19 | 114:19 | 330:7 | 183:21 |
| 33:9 88:2 | 245:10,23 | 119:25 | 334:21 | **immediately** |
| 141:10,11 | 247:17 | 123:1 | 340:23 | 33:5 50:15 |
| 141:23 | 248:3 | 130:8 | 344:1 | 51:10 73:6 |
| 161:11 | 355:7 | 138:9 | 346:16 | 92:1 |
| 207:3 | 356:8 | 141:13 | 352:21 | 106:17 |
| 263:20 | 358:7 | 142:21 | **identified** | 154:14 |
| **hundreds** | **hyperbole** | 148:13 | 306:23 | 240:10 |
| 21:7 45:18 | 188:24 | 152:19 | **identify** | **imminent** |
| 112:6 | **hyphen** 39:10 | 158:21 | 42:14 43:1 | 288:21 |
| 146:21 | 39:10,10 | 163:9 | 69:8 93:23 | **immunity** |
| 148:1 | **hypotheses** | 167:16 | 287:4 | 248:22,24 |
| 149:15 | 191:17 | 170:11 | **identifying** | 266:16,20 |
| 200:15 | **hypothesis** | 172:25 | 287:15 | 266:24 |
| 244:25,25 | 208:2 | 178:19 | **identities** | 267:3 |
| 293:21,21 | **hypothet...** | 182:3 | 167:6 | 271:9 |
| 333:22 | 156:11 | 185:18 | **IG** 328:18 | 275:17 |
| 347:11 | —————— | 187:11 | **ignore** | 276:9 |
| **hundredth** | **I** | 196:22 | 245:14 | 278:4,11 |
| 312:7 | **I-o-a-n-...** | 201:18 | **II** 288:14 | 285:2,11 |
| **hurt** 217:17 | 293:8 | 204:1 | **ill-founded** | 292:14,22 |
| **hurts** 237:8 | **i.e** 316:10 | 209:5 | 274:2 | 294:25 |
| **hydroxyc...** | **Ian** 39:22 | 210:13 | 277:6 | 295:1,5,12 |
| 213:22 | 40:11,19 | 212:17 | **illness** | 295:22 |
| 214:2,9,11 | 152:21 | 213:19 | 169:25 | 355:11,21 |
| 214:14 | 153:7,9,16 | 221:12 | 278:24 | **impact** |
| 215:7,21 | 153:16,22 | 226:11 | **imagine** 37:6 | 353:10 |
| 215:22,23 | 161:14,21 | 228:17 | 46:6 49:18 | **impeded** |
| 216:7,24 | 161:21,22 | 232:14 | 50:5,12 | 335:12 |
| 217:3,11 | 212:25 | 242:12 | 73:24 74:1 | **imperative** |
| 217:12,19 | 213:1,5 | 245:6 | 76:14 | 169:11 |
| 217:25 | **ICU** 316:11 | 249:7 | 86:16 | **impersonate** |
| 218:6,17 | **idea** 42:20 | 253:16 | 116:24 | 303:17 |
| 218:19,20 | 46:12 | 263:9 | 179:13 | 304:4 |
| 218:22,24 | 52:14 | 266:6 | 199:1 | **imperson...** |
| 219:12 | 108:20 | 270:8 | 216:10 | 312:19 |

**DR. ANTHONY FAUCI  11/23/2022**

imperson...
 300:20
 303:20
 304:12
 310:16
 328:24
 329:2
 330:2
imperson...
 311:19,20
 312:15
 329:4
imperson...
 303:12
implemented
 28:8
implemen...
 166:19
implicat...
 15:12
 107:25
 275:5
 298:15
implying
 147:9
 165:22
 190:25
important
 14:5,19
 42:22,24
 46:22
 52:13 97:3
 97:5
 132:18
 134:19
 169:1
 177:4,5
 216:24
 238:19
 260:18
 319:9,20
 322:18,24
 322:25
 323:1
 340:1
 354:12
 358:9,14
Importantly
 161:25

importing
 321:15
impossible
 157:1,10
imposter
 301:19,24
 302:1,8,9
 302:12
 303:3,8
impressed
 165:6
impression
 77:21
 229:17
inaccurate
 246:23
inadequate
 323:6
inapprop...
 157:13
inaugura...
 10:19,21
 10:22
incident
 209:12,13
include
 16:21
 42:17
 133:1
 136:1
 139:1
 168:10
 169:21
 211:5,11
 298:7
 330:11
included
 55:24
 81:19
includes
 170:17
including
 17:5 37:4
 97:5
 103:23
 111:4
 115:2
 131:4
 140:7

326:9
 332:17
 357:3
inclusion
 135:20
inconsis...
 50:25 52:5
 71:7,16
incorrect
 217:14
 245:17
 276:24
 277:6
 339:6
increase
 102:22
 191:19
 192:12
 195:2
 321:14
increasing
 321:16
increasi...
 190:6
incredibly
 306:19
independent
 75:20
indicate
 215:4
 322:14
 361:12
indicated
 38:19
 149:2
 227:11
indicates
 48:1 142:4
 242:19
 245:25
 247:16
 283:21
 284:2
 308:4
 324:21
indicating
 121:3
indication
 194:13

267:8
indirectly
 96:20
individual
 224:24
 232:8
 334:1
individu...
 18:24 19:2
individuals
 97:5
 169:21
 231:14
 297:9
 355:24
INDRANEEL
 3:25
ineffective
 319:1
infect
 278:23
infected
 278:11
 314:9,11
 317:2
infection
 167:23
 168:2
 247:18
 274:3
 285:3,12
 297:8
 314:10,12
infections
 170:5
infectious
 10:14 46:8
 46:10,14
 46:17
 70:16
 72:19
 133:24
 142:13
 216:12
 231:15,16
 231:19
 232:10
 248:1
 271:24

272:12
 279:2
 291:1
 332:21,22
 333:1,24
influence
 297:4
 312:18
influencing
 290:8
influenza
 15:9 16:18
 24:8,25
 25:20
inform 39:6
informal
 142:23
 174:5
information
 14:5,19
 58:8 73:15
 104:22
 107:9,15
 111:2,6
 127:11
 139:10
 143:4
 151:7
 171:19
 178:2
 194:14,25
 215:18
 217:14
 219:22
 236:24
 237:4,8,19
 268:21
 287:14
 288:20
 289:1
 300:3
 306:19
 307:9
 312:12
 318:17
 323:1,4,4
 323:6
 332:7,25
 339:15

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 357:9,12 | 33:12 36:6 | interest | 145:1 | 86:7 131:7 |
| 357:18 | 36:16 | 48:4 49:22 | 170:4 | invoke 28:16 |
| 358:25 | 37:12 | 50:11 | interrup... | 28:22 |
| informed | 42:17 | 61:23 98:8 | 170:3 | involve |
| 210:16,23 | 117:9 | 100:11 | interspe... | 170:6 |
| 357:23 | 132:19 | 110:18 | 23:5 | involved |
| infreque... | 133:8,22 | 111:6 | interven... | 35:14 |
| 246:23 | 135:1 | 243:16 | 151:11 | 44:25 91:1 |
| initial | 142:12 | 256:20,22 | 225:13 | 96:23 99:8 |
| 80:13 | 153:24 | 335:13 | 341:24 | 107:23 |
| 81:12 | 154:19 | interested | 345:14 | 110:2 |
| 181:7 | 156:21 | 87:10 | interven... | 120:18 |
| initially | 158:1,11 | 142:12 | 345:10 | 122:6,10 |
| 22:23 | 158:15 | 257:3 | 346:3,12 | 125:12 |
| initiated | 174:7,8 | 360:16 | 357:5 | 126:3,7,10 |
| 18:13 | 175:9 | interesting | interview | 126:12,15 |
| initiation | 205:21 | 52:12 | 141:8 | 137:23 |
| 19:8 | 216:6 | 141:5 | 146:20 | 155:1,6 |
| inkling | 260:19 | interfere | interviewed | 169:9 |
| 137:20 | 261:1,4 | 103:20 | 296:12 | 203:14 |
| inner 38:2 | 308:2 | interfering | intervie... | 213:12 |
| 38:15 | 326:19 | 340:18 | 359:2 | 229:20 |
| input 96:22 | institutes | 357:12 | interviews | 235:22 |
| 110:2 | 1:18 10:15 | internat... | 101:2 | 239:24 |
| 124:12 | 65:9,11 | 44:10 | introduce | 241:6 |
| 127:10 | 122:14 | 45:17 | 9:16 | 260:17,19 |
| 171:22,24 | institution | 46:24 | 289:15 | 302:12 |
| 172:12,22 | 46:9 155:6 | 89:13 | invalid | 312:5,8,11 |
| 180:8,14 | 155:8 | 107:24 | 258:7 | 312:18 |
| 180:15,19 | 292:3 | 126:12 | 276:21,21 | 340:5,8,12 |
| 196:8 | institut... | 140:4,6,9 | 277:2 | 340:17 |
| 220:18 | 133:14 | internat... | invariably | 359:1 |
| ins 357:25 | instruct | 45:22 | 193:4 | involvement |
| inserted | 13:7 25:10 | 75:22 | investigate | 70:11 71:3 |
| 54:5 | intent 43:5 | internet | 80:20,23 | 81:16 82:4 |
| insights | intention | 252:24 | 138:16 | 82:9 |
| 14:5,19 | 91:4 | 349:10 | investig... | 107:20 |
| Instagram | interact | 352:5 | 137:19 | 110:2 |
| 101:2,7 | 45:19 | interpre... | investig... | 122:19,21 |
| 211:25 | 298:3 | 118:24 | 357:14 | 125:18 |
| 286:11 | 346:25 | 127:11 | investig... | involves |
| 309:6 | interacted | Interrog... | 213:4 | 124:13 |
| 328:15,18 | 77:18 | 287:7 | invitation | involving |
| 330:2 | 175:16,17 | interrog... | 86:17 | 25:20 |
| Instagrams | 264:23 | 287:3,12 | 149:2 | 111:3 |
| 101:4 | 266:2 | 287:21 | invited | 170:13 |
| institute | interact... | interrupt | 172:6 | Ioannides |
| 4:17 10:13 | 126:7 | 11:14 | 176:25 | 293:8,10 |
| 19:4 33:8 | 175:5 | 127:18,18 | inviting | ironic 311:4 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| irrelevant | JAMES 5:4 | 88:3,17 | 86:18 96:4 | 135:14 |
| 207:6,12 | Jan 324:24 | 89:21,25 | 108:1 | 361:7 |
| isolation | 327:1 | 90:8,19,20 | 110:6 | 362:2 |
| 165:8 | January | 91:6,12 | 111:3,6 | JOSH 3:23 |
| issue 44:11 | 22:17 | 92:2,12,19 | 125:8 | journal |
| 67:20 68:1 | 34:13,18 | 92:22 93:4 | 136:12 | 203:1 |
| 82:4,18 | 35:9,14 | 93:9,15,25 | Jeremy-led | Journalist |
| 96:24 | 40:6 42:6 | 94:11,22 | 131:15 | 212:21 |
| 116:19 | 48:2 51:21 | 95:1,20 | Jill 3:1 5:3 | journals |
| 136:25 | 84:17,19 | 97:22 98:4 | job 172:21 | 215:17 |
| 145:5 | 85:12 | 98:20 | 238:20 | Jr 1:8 9:7 |
| 169:8 | 123:23 | 101:12 | 260:18 | 361:7 |
| 193:9 | 351:23 | 102:3,14 | 326:25 | 362:2 |
| 220:11 | Jay 251:18 | 102:18 | Joel 272:14 | judgment |
| 243:4 | 267:20 | 103:5 | 272:15 | 224:10,12 |
| 259:12 | 291:15 | 105:7 | jog 126:2 | 319:25 |
| 292:24 | Jayanta 2:24 | 106:10 | 127:8,9 | Judith |
| 295:21 | Jefferson | 108:25 | 130:4 | 307:20,23 |
| 335:6,8 | 2:10 | 109:10,15 | 141:16 | 308:17,19 |
| 339:23 | JEFFREY 2:16 | 109:23,25 | 147:1 | July 225:16 |
| issues | Jen 37:25 | 110:10,15 | 341:19,21 | 226:14 |
| 241:24 | 324:2,23 | 110:24 | jogs 132:8 | 233:2,15 |
| 275:4 | 325:7,21 | 111:18,23 | John 2:5 3:3 | 233:18,19 |
| 312:9,11 | 327:1,7 | 112:16 | 9:18 296:1 | 233:20,20 |
| 314:24 | JENIN 3:2 | 114:3 | 296:6,8,11 | 328:7,12 |
| 353:12 | Jenin.yo... | 115:9 | John.Sau... | 341:1 |
| 355:13 | 3:9 | 116:13 | 2:12 | 343:3 |
| 356:24 | Jennifer | 118:3,6,16 | John.vec... | 344:4,5,8 |
| 358:7,10 | 38:5 | 120:4,10 | 3:10 | jump 154:14 |
| issuing | 308:12,14 | 121:20 | John@Bur... | 198:18 |
| 220:6 | 308:15 | 123:7 | 3:18 | 200:9 |
| item 331:7,8 | 324:23 | 124:15 | join 86:3,14 | 264:24 |
| items 284:25 | Jeremy 34:19 | 125:2 | 86:17 | jumped |
| ivermectin | 43:20 44:3 | 126:23 | 131:5,8 | 101:18,20 |
| 330:25 | 44:5,23 | 128:13 | joined 277:7 | jumping |
| 331:4,5,9 | 46:11,11 | 130:17 | 317:15 | 173:6 |
| 331:16 | 48:3 50:9 | 132:5,12 | joiners | June 21:23 |
| 332:2,8 | 60:2 66:24 | 132:17,20 | 252:7 | 22:1 |
| 333:15,19 | 72:24 | 132:24 | joint 141:2 | 220:14 |
| ivermect... | 73:21,25 | 133:4,21 | Jon 49:6,16 | Justice 2:19 |
| 331:16 | 74:1,7 | 135:20 | 50:9 61:18 | 3:21 4:1 |
| | 75:1 76:1 | 136:5 | 61:24 | 9:22 361:5 |
| ——————— | 76:2 79:7 | 137:6,14 | 62:14 | justified |
| J | 79:12 83:3 | 160:18 | JONATHAN | 52:18 |
| J 3:3 352:23 | 83:6,7 | 161:1,9 | 3:13 | JUSTIN 2:7 |
| 352:24 | 84:6,8,16 | 162:25 | Joseph 1:8 | juxtaposed |
| Jack 240:17 | 84:23 85:9 | 170:14,25 | 9:7 133:10 | 49:17 |
| 293:2,4 | 85:12,19 | 171:5,5,16 | 134:13,23 | 106:9 |
| Jamal 330:19 | 86:2,7,14 | Jeremy's | 135:6,13 | 217:9 |
| 331:2 | | | | |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| **K** | 166:8 | 88:12 89:7 | 178:6,13 | 251:19 |
| **Katie** 202:3 | 206:21,25 | 90:2,5,10 | 179:2,8 | 253:3,20 |
| 202:4,15 | 260:14 | 92:25 | 181:24 | 254:8 |
| **keep** 58:16 | 283:19 | 93:13,22 | 182:8 | 255:24 |
| 69:19 | 284:2 | 95:22 | 183:3 | 256:24 |
| 86:21 | 300:21 | 96:12 | 184:4 | 257:20 |
| 104:2 | 310:14 | 97:11 99:4 | 185:5,10 | 259:5,24 |
| 108:8 | 319:9 | 101:15,18 | 185:15 | 260:23 |
| 155:25 | 334:9 | 101:21 | 186:22 | 261:13 |
| 210:16,23 | 339:23 | 108:18 | 187:18,20 | 262:3 |
| 241:10 | 347:23 | 109:18 | 187:23 | 266:11 |
| 283:9 | **kinds** 17:9 | 111:25 | 189:23 | 268:24 |
| 314:16 | 17:16 | 112:23 | 193:18 | 269:19 |
| **keeping** 74:8 | 104:18 | 113:16 | 195:4 | 270:6,17 |
| 74:12 | **Kingdom** | 114:20 | 196:13 | 271:14 |
| 128:22 | 75:17 76:5 | 115:15 | 197:2,13 | 272:8 |
| 314:13 | **Kirschner** | 116:20 | 199:9 | 273:5,13 |
| 315:17 | 3:22 9:21 | 118:13,21 | 200:12 | 273:21 |
| 317:24 | 9:21 12:15 | 119:21 | 201:10 | 274:12,23 |
| **kept** 73:21 | 13:6 14:8 | 120:25 | 205:3,25 | 280:14 |
| 157:17 | 14:12 | 121:6 | 206:14 | 281:2,11 |
| 232:5 | 17:22 | 125:15 | 207:18 | 282:12 |
| **Kheriaty** 3:1 | 18:20 | 127:17 | 208:4,18 | 283:3 |
| **kicked** | 19:18 | 128:2 | 210:10,18 | 285:8,19 |
| 251:23 | 20:20 22:7 | 129:12,15 | 211:14 | 286:16 |
| 335:22 | 23:17 24:4 | 130:9 | 213:24 | 287:9,17 |
| **kill** 170:1 | 24:17 25:8 | 134:14 | 214:19 | 289:2 |
| 305:25 | 26:6,13 | 137:12 | 221:17 | 291:25 |
| **killed** | 29:18 30:5 | 138:10,17 | 223:3,22 | 293:14 |
| 194:19 | 35:21 | 143:10,25 | 224:13 | 294:1,3,17 |
| **killing** | 36:18 42:1 | 144:25 | 225:22 | 296:25 |
| 344:14,18 | 43:11 46:4 | 146:10,17 | 226:22 | 297:24 |
| 345:5 | 47:18 48:6 | 148:5,10 | 227:2 | 298:9 |
| **kind** 15:25 | 48:10,17 | 149:8 | 228:18,21 | 299:1 |
| 35:10 | 48:22 | 152:11,23 | 229:14 | 301:8,20 |
| 38:14 39:9 | 49:10,12 | 154:5,22 | 233:7 | 302:19 |
| 39:13,14 | 49:24 | 158:4,24 | 234:12,17 | 303:14 |
| 42:23 | 52:24 53:7 | 159:10,20 | 235:13,17 | 304:17 |
| 50:16 | 53:21 54:2 | 161:17 | 236:6 | 305:14,17 |
| 53:18 | 57:3 62:7 | 162:6 | 237:11 | 306:5 |
| 59:13 60:9 | 63:3 65:14 | 163:25 | 239:17 | 308:24 |
| 96:24 | 65:18,22 | 164:13 | 240:12,23 | 310:5,19 |
| 103:13 | 68:15 | 166:12 | 242:24 | 310:25 |
| 118:7 | 69:10 71:9 | 167:8 | 243:11 | 311:5 |
| 121:24 | 73:2 76:16 | 168:19 | 244:20 | 312:16,22 |
| 140:14 | 76:21,24 | 169:23 | 246:2,14 | 313:16,25 |
| 147:24 | 78:14 79:9 | 172:15 | 246:18 | 314:21 |
| 148:6 | 82:7 83:13 | 174:21 | 249:3,20 | 318:7,22 |
| 155:13,19 | 86:9,25 | 176:6,9,13 | 250:22 | 319:4,12 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 322:22 | 35:12,25 | 100:18,24 | 172:2 | 252:21 |
| 325:4,14 | 36:3,3,4 | 102:3 | 173:19 | 255:5,20 |
| 326:2 | 36:14,23 | 103:14,18 | 174:14,16 | 255:23,25 |
| 327:5,18 | 36:23 37:1 | 105:12 | 175:1,7,15 | 256:6 |
| 329:18,23 | 37:5 39:7 | 106:4 | 177:5,6 | 257:1,18 |
| 331:21 | 40:2,8,13 | 107:1,18 | 179:21 | 257:22,23 |
| 332:9 | 40:19 | 108:7,7,22 | 181:3,16 | 258:1,12 |
| 333:8 | 44:25 45:7 | 109:2,4,12 | 184:17,24 | 258:16,18 |
| 334:11 | 45:9,10,10 | 109:24 | 186:7,11 | 258:25 |
| 336:25 | 45:13,14 | 113:1,2,6 | 186:13,14 | 259:3,4,22 |
| 337:24 | 45:16 46:2 | 113:15,19 | 188:9,24 | 260:1,21 |
| 339:12 | 46:11,18 | 113:20,23 | 189:8 | 260:24 |
| 341:6 | 49:7,21,21 | 115:22 | 194:9,10 | 263:13 |
| 344:7 | 50:4 51:3 | 116:1,18 | 196:4 | 264:21 |
| 345:19 | 51:5,7 | 116:22,23 | 198:23 | 265:3,7,22 |
| 346:17 | 55:6,15,23 | 117:3,7 | 199:11 | 267:3 |
| 347:6 | 55:25 56:2 | 118:15 | 201:4,5,6 | 268:13,18 |
| 348:16 | 57:8,17,22 | 119:11 | 204:24 | 268:20,25 |
| 352:7 | 58:5,19 | 120:13 | 205:1,2,23 | 269:16,21 |
| 353:17 | 59:14 | 127:7,13 | 206:3,17 | 269:22 |
| 354:22 | 62:17 63:6 | 129:8,22 | 208:21,22 | 270:18 |
| 355:16 | 64:6,14 | 133:7 | 208:22 | 274:25 |
| 356:10 | 67:1,5,23 | 134:3 | 209:20,25 | 275:4,16 |
| 358:11 | 70:2,4,9 | 135:7,8,8 | 210:4 | 277:11,14 |
| 359:13 | 74:22 | 135:22 | 212:10 | 279:5,6,23 |
| 361:4,8 | 75:21,21 | 136:16,19 | 213:3,5,16 | 281:5,7,8 |
| **knee** 256:15 | 76:10,11 | 137:9,14 | 217:21 | 281:14 |
| **knew** 62:24 | 76:13,21 | 138:19,23 | 221:20,21 | 282:15 |
| 77:17 | 77:12 | 139:4,7,10 | 223:6 | 283:6,7 |
| 136:8 | 78:11,18 | 140:1,25 | 224:14 | 285:9,10 |
| 147:16 | 81:3 82:19 | 141:1,4,6 | 226:15 | 285:25 |
| 181:5 | 83:4,7,7 | 143:4,5,17 | 228:9 | 286:10,23 |
| 195:20 | 85:15 | 144:8,10 | 229:16,19 | 288:2,2,6 |
| 226:6 | 86:12,24 | 147:17,17 | 230:5,21 | 289:20 |
| 239:13 | 87:1,2,6 | 147:19 | 230:25 | 290:20,22 |
| 297:5 | 88:10,15 | 149:9 | 231:25 | 291:6,22 |
| **knockout** | 89:3,4 | 151:15 | 235:19,23 | 292:1,18 |
| 354:9 | 91:14,15 | 152:7,13 | 236:7,10 | 293:2,4,4 |
| **know** 11:8,8 | 92:7,7,7,8 | 153:3,8,10 | 236:16 | 293:7,9,10 |
| 17:23 | 92:10,11 | 154:4,7 | 238:9,15 | 295:8,16 |
| 18:15 20:3 | 92:21,22 | 155:18,19 | 239:1 | 296:3,6,6 |
| 20:6,12,15 | 95:5,24 | 159:9,13 | 241:16 | 296:8,9,15 |
| 21:1,2 | 96:22 98:4 | 159:18 | 242:1 | 296:16 |
| 23:16 24:6 | 98:7,12,13 | 161:12,22 | 250:24 | 300:1,3 |
| 29:21 30:8 | 98:13,14 | 162:20 | 251:15,21 | 301:9 |
| 31:22 32:6 | 98:19 99:5 | 163:6 | 251:22,22 | 302:8 |
| 32:15,16 | 99:11,13 | 167:2,4,6 | 251:24 | 304:5,5,6 |
| 32:19 33:6 | 99:20,22 | 167:12 | 252:4,13 | 304:8 |
| 33:17 | 99:24 | 171:14 | 252:14,15 | 305:7,13 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 305:20,22 | 89:15 | 279:8 | 200:12 | 219:1,11 |
| 306:13 | 100:25 | **KUMAR** 4:9 | 208:4,18 | 221:14 |
| 307:13,23 | 152:2,12 | **KYLA** 3:24 | 210:18 | 222:11 |
| 308:3 | 155:11 | ———— | 214:8 | **LANDRY** 2:16 |
| 311:7 | 156:15 | **L** | 215:7 | **lane** 110:6 |
| 313:6 | 178:1 | **L** 4:2 361:5 | 218:14 | 114:11,15 |
| 314:2,3 | 181:13 | **lab** 33:16 | 219:18 | 120:20 |
| 322:9 | 184:14 | 79:2,21 | 221:1,17 | 124:24 |
| 323:5 | 191:21 | 89:6 | 223:3 | 139:1,15 |
| 324:18 | 201:9 | 116:15 | 225:22 | 140:1,5 |
| 325:16,24 | 208:11 | 155:17 | 229:14 | 163:12,18 |
| 326:4 | 221:16 | 156:12 | 233:7 | 163:24 |
| 328:8,19 | 241:2,20 | 157:17 | 234:12,17 | 164:10,20 |
| 329:2,24 | 251:13 | 182:22 | 235:17 | 165:6 |
| 332:20 | 269:24 | 183:14 | 237:22 | 166:16,24 |
| 335:7,17 | 274:14,15 | 188:19 | 240:23 | 167:19 |
| 336:6,13 | 285:16,23 | 190:8 | 242:24 | 168:4 |
| 336:15,15 | 286:2 | 194:2 | 243:11 | 190:20 |
| 336:17 | 290:3,6 | 208:1,17 | 244:20 | 216:5,12 |
| 337:10,21 | 292:12 | 209:10,19 | 246:2,22 | 253:25 |
| 338:1,5,6 | 307:7 | 213:8 | 249:20 | 254:15 |
| 338:13 | 312:13,17 | 355:9 | 250:22 | 259:21 |
| 339:16,25 | 325:15,17 | **labeled** 43:8 | 253:20 | 260:21 |
| 345:21 | 326:5 | 94:24 | 266:11 | 261:6,10 |
| 346:18,21 | 334:8 | **laboratory** | 272:8 | 261:17 |
| 346:23,25 | 340:4 | 14:7,21,24 | 273:5,13 | 262:11,18 |
| 347:10 | **knowledg...** | 24:2 34:17 | 273:21 | 262:19 |
| 350:4 | 261:21 | 35:11 | 280:14 | 266:9 |
| 351:6,6,7 | **known** 46:11 | 77:13 | 281:2,11 | 308:7 |
| 351:13,14 | 75:24 | 121:16 | 282:12 | 312:4 |
| 351:19,19 | 256:7 | 122:1 | 283:3 | 356:25 |
| 352:8,14 | 260:3 | 145:22 | 306:5 | 358:19 |
| 356:11,23 | 265:16,17 | 146:2 | 313:25 | **Lane's** 165:2 |
| 356:24 | 291:9 | 157:12 | 314:21 | **language** |
| 357:22 | 297:17 | 162:1 | 319:4,12 | 355:14,18 |
| 358:12 | 351:8 | 180:5 | 321:24 | 355:19,22 |
| **knowing** | 352:24 | 181:9 | 325:4 | 356:2 |
| 63:16 | **knows** 22:19 | 185:23 | 332:9 | **large** 46:23 |
| 144:17 | 36:21 | 198:3 | 336:25 | 63:14 87:3 |
| 156:3 | 67:17 | **lack** 17:13 | 337:24 | 87:21 |
| 175:2,4 | 94:16 | 143:10,25 | 345:19 | 157:25 |
| 241:21 | 155:2 | 146:10,17 | 348:16 | 236:9,23 |
| 258:1,19 | 278:13 | 152:23 | **laid** 15:3 | 273:2 |
| 259:1,8 | **Koonin** 135:8 | 158:4 | 81:25 | 297:18,21 |
| 317:2 | **Kulldorff** | 161:17 | **Lancelet** | **larger** 52:14 |
| **knowledge** | 2:25 | 164:13 | 7:18 | 58:20 |
| 33:23 | 251:17 | 184:4 | **Lancet** | 59:23 |
| 36:10 81:7 | 256:5 | 186:23 | 129:11,20 | 274:4 |
| 87:19 | 267:20 | 199:9 | 130:2 | **Laribee** 51:8 |

**DR. ANTHONY FAUCI 11/23/2022**

Larry 67:6
 253:25
late 34:18
 246:7
 265:19
latest
 332:25
Lauren 303:5
 303:10,15
Lavelle
 307:20,23
 308:17,19
Law 3:14
Lawrence
 65:4,6,8
 66:7
lay 295:3
lead 104:16
 150:11,16
 150:19
 151:3
 193:17
 194:5,22
 217:15
 229:25
 274:3
 297:7
 306:23
 321:4
 352:5
 356:21
leader
 301:15
leaders
 231:19
 251:16
leadership
 171:1,11
 171:18,20
 196:11
 232:10
leading
 278:23
 338:12
leads 104:13
 246:23
 345:13
 346:2,11
 358:14

leak 188:19
 208:2
 213:8
leaked
 157:16
leaks 157:12
learned
 37:11
 164:24
 166:9
 263:5
leave 357:24
 358:18
led 59:17
 261:18
 321:13
left 132:17
 173:7
 272:20
 283:21
 336:10
 351:1
legal 9:14
 151:18
 356:24
 357:22
 361:1,23
legend 143:6
Legislative
 38:11
legitimate
 207:14,16
 299:15
lessons
 164:24
 166:9
 263:4
let's 60:21
 69:15 81:1
 88:24
 103:6
 136:24
 173:7
 203:17
 227:25
 233:12
 245:18
 253:7
 275:8

296:10
 304:10
 307:12
 338:17
letter
 129:19
letters
 82:20
letting
 17:22
 248:18
 276:22
 278:3,10
 278:22
level 16:22
 16:22 29:2
 29:11,12
 30:18
 70:21
 89:11
 117:2,10
 117:16,17
 119:14,14
 140:6,9
 195:16
 245:16
 248:23
levels 18:25
 122:22
Levitt 252:8
 257:10
Lexitas
 361:1,23
Liberties
 3:4
life 104:16
 150:11,17
 150:20
 151:4,9
 193:17
 194:6
 210:2
 349:14
 356:21
 358:16
life-saving
 151:11
lifesaving
 341:23

345:10,13
 346:3,12
 357:5
likelihood
 64:2
limit 210:16
 210:23
line 23:6,8
 23:9,16
 26:20
 38:14
 76:18
 89:24
 90:12
 91:20
 97:25
 102:2
 113:7
 120:5
 131:23
 148:7
 161:4
 167:22
 194:25
 202:11
 211:3
 240:10
 264:7
 324:8
 344:11
 362:5,9,13
 362:17,21
lines 86:20
 88:6 115:2
 267:14
link 20:7
 142:14
 190:5,5
 202:8,10
 255:1,7
 275:13,15
 275:17,18
 328:15
 331:19
links 142:16
 202:19,21
 283:23
 311:8
Lipkin 39:23

40:11,19
 152:22
 161:12,14
 161:21,21
Lipkins
 161:22
Lipschitz
 296:15
list 46:19
 74:20
 75:12,18
 75:24
 86:15
 93:10
 110:14
 132:24
 133:11
 134:7,21
 136:5,7
 211:4
 252:7,7
 263:23
 284:25
 294:14
 296:10
 305:11,13
 307:8
 309:11
listed 32:10
 33:4,5
 55:17
 251:16
listen 47:8
 127:21
 134:9
listening
 77:21,22
 127:23
lists 20:10
 252:8
literally
 61:13
 149:15
 263:18
literature
 102:5
 110:19
 111:7
 158:16

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 159:7 | 46:11 | 197:23 | 232:5 | 329:8 |
| 181:20 | 76:23 | 199:12,13 | 247:23 | 342:2 |
| 231:21 | 105:7 | 201:20 | 275:14 | 343:9 |
| 232:6 | 127:25 | 211:20 | 298:13 | loons 113:12 |
| 322:5 | 128:4 | 215:1 | 306:19 | loop 75:7 |
| 323:10 | 134:11 | 221:23 | 357:15 | looped 327:2 |
| little 26:24 | 201:10 | 222:14 | looking 20:2 | losing |
| 53:2 60:6 | 204:22 | 229:4,5 | 41:13 50:2 | 104:13 |
| 78:5 127:9 | 248:8 | 230:15 | 62:2 75:23 | loss 104:16 |
| 127:10 | 265:16 | 233:14 | 80:25 | 150:11,17 |
| 150:9 | long-term | 237:15 | 97:15 | 150:19 |
| 170:21 | 32:13 | 244:5 | 112:3 | 151:3 |
| 171:13,21 | longer 76:17 | 247:3,21 | 114:12 | 193:17 |
| 188:23 | 76:22 | 248:8,25 | 156:3,6 | 194:6 |
| 196:8 | look 13:9 | 249:19 | 197:16 | 217:7 |
| 197:23 | 14:1 15:6 | 264:6 | 202:3 | 230:1 |
| 200:24 | 17:24 | 271:2 | 218:4 | 356:21 |
| live 169:14 | 37:24 | 277:22 | 233:23 | lost 93:13 |
| 176:24 | 38:13 39:8 | 279:5 | 235:3 | 151:10 |
| 177:3 | 50:14,15 | 280:11 | 249:9 | 170:1 |
| live-str... | 51:13,15 | 289:20 | 295:25 | lot 31:16 |
| 176:20 | 52:1,7,15 | 305:2,9,10 | 302:24 | 78:21 |
| lives 103:20 | 52:16,16 | 306:3,22 | 303:2,4 | 88:21 |
| 104:14 | 53:11 54:1 | 308:19 | 307:1 | 103:25 |
| 169:17 | 56:19 78:7 | 312:1,2 | 309:24 | 114:22 |
| 217:8 | 80:11 81:1 | 320:2,9 | 320:15 | 120:19 |
| 230:1 | 81:2 94:23 | 322:5 | looks 13:18 | 153:17 |
| 256:16 | 96:16 97:7 | 328:4 | 37:10 | 154:18 |
| 342:22 | 103:1 | 330:5 | 38:18 | 159:14 |
| 345:11 | 106:17 | 331:13 | 39:18 | 160:22 |
| Livestream | 108:1 | 335:14 | 41:23 42:7 | 161:22 |
| 239:11 | 112:12 | 340:25 | 57:7 86:12 | 165:5 |
| 240:6 | 113:12 | 346:14 | 124:7 | 170:1 |
| Lloyd 291:17 | 114:16 | 347:15,22 | 132:16 | 173:19 |
| 291:18 | 115:4 | looked 34:22 | 149:14 | 184:18 |
| loaded 169:7 | 122:11 | 44:4 46:13 | 159:5 | 189:8 |
| located | 123:3 | 70:12 | 178:7,9 | 191:22 |
| 308:7 | 124:18 | 81:10 | 197:18,19 | 193:12 |
| location | 148:22 | 95:16 | 197:20 | 194:19 |
| 314:19 | 156:18,19 | 124:16,22 | 198:25 | 195:15 |
| lock 168:14 | 157:5 | 162:10,14 | 202:15,20 | 207:11 |
| lockdown | 160:7 | 170:19 | 203:7 | 230:5 |
| 261:25 | 161:3 | 183:23 | 269:12 | 244:25 |
| 262:13 | 163:17 | 186:3 | 275:18 | 256:14 |
| lockdowns | 170:21 | 198:15 | 284:5 | 257:8 |
| 168:11,12 | 179:5 | 204:12 | 294:22 | 274:17 |
| 168:13 | 182:16 | 227:10 | 295:18 | 286:19 |
| long 10:23 | 190:4,23 | 229:18 | 305:10,12 | 298:4,14 |
| 11:7 32:1 | 192:2 | 230:22 | 306:13 | 301:14 |

321:13
338:13
349:2
351:22
355:4,12
**loud** 69:14
**Louis** 3:16
361:18
**Louisiana**
  1:2 2:15
  2:19,21
  9:10
**low** 248:23
  314:18
  317:9
**lower** 86:18
  86:18 88:6
  124:16
  137:5
**lunch** 201:11

___

**M**

**M** 2:16
**Machine** 7:2
**magazine**
  49:6
  264:14
**Mailman**
  40:24
**mainstream**
  102:6
  110:19
  273:11
**major** 21:13
  46:9
  248:11
  273:2
**majority**
  230:18
  277:7
**makeup** 34:24
  50:6,7
  80:14
  156:18
**making** 15:7
  15:14,16
  67:24 91:4
  143:23
  144:2,4

146:22
172:13,19
182:20
183:12
228:7,11
279:16
311:4
334:15
338:14
343:5
**man** 20:10
  212:24
  286:14
  290:22
**management**
  331:24
**managers**
  30:19
**managing**
  164:8,11
  165:10
**mandate**
  165:19
**Mandavilli**
  296:13
**manipulate**
  157:2
**manipulated**
  78:21
  121:17
  162:2
  180:6
  181:10
**manipula...**
  16:17
  23:20
  24:14,23
  34:25
  35:15
  43:25 44:7
  64:3 78:1
**manipula...**
  122:2
**manmade**
  198:2
  211:23
  212:2
**mantra** 80:3
**manufact...**

192:23
193:10
211:23
212:2
**manuscript**
  81:24
  114:9
**March** 170:22
  176:4
  179:1,4,7
  180:10,11
  180:25,25
  182:7,12
  186:1,20
  220:6
  286:22,24
  293:13
  298:24
  299:22
  303:23
  318:24
  319:1
**mark** 12:10
  18:1 99:17
  99:21
  100:21
  115:12,13
  116:10,10
  116:15
  152:1,3
  173:4,8,18
  173:24
  175:11,22
  175:25
  176:4,25
  178:10
  286:14,22
  287:4,16
  288:1,5
  289:7,9,13
  291:21,23
  292:7
  296:15
**marked** 12:13
  17:20 25:3
  25:4 31:1
  31:3 37:21
  43:9 83:25
  96:9,10

111:10,11
114:17,18
114:22
119:24
122:25
130:7
138:8
141:12
142:18,20
148:12,23
152:18
158:20
163:8
167:15
170:10
172:24
178:13,18
182:2
185:17
187:10
196:21
201:17
203:25
209:4
210:12
212:16
213:18
221:11
226:10
228:16
232:13
242:11
245:5
249:6
253:15
263:8
266:5
270:7
275:9
277:19
280:8
283:12
284:7
286:4
294:6
298:18
304:24
307:15
323:20,23

327:25
330:6
334:20
340:22
343:25
346:15
352:20
**markets**
  145:20
**Martin** 2:25
  251:17
  267:20
**Maryland**
  1:11,18,20
  4:24 9:13
  155:10,11
  360:3,21
**mask** 313:13
  313:23
  314:12,18
  315:2
  317:9,23
  322:14,15
  322:18
**masking**
  317:18
  318:16,21
  318:25
  319:1
  320:19
  322:2,7
**masks** 310:13
  314:9,24
  315:15,18
  315:22
  316:3,4,5
  316:11,20
  316:23,23
  317:5,13
  318:3,13
  319:2,3
  320:20
  321:2,4,7
  321:9,13
  321:14,15
  321:17,17
  321:18,20
  321:21,25
  321:25

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 322:10,15 | 224:21 | **measured** | 235:22 | 230:14,19 |
| 355:7 | 225:1,6 | 80:12 | 236:10 | 231:17 |
| **match** 41:23 | 237:6,12 | 333:21 | 238:5,7,10 | 244:17 |
| 41:24 | 239:2,6 | 355:19 | 238:24 | 284:3,20 |
| **material** | 265:21 | **measures** | 239:5,22 | 293:5 |
| 314:15 | 266:2 | 164:22 | 241:7,13 | 316:6,10 |
| 318:1 | 269:23 | 165:19 | 241:15,19 | 316:24 |
| **Matt** 264:14 | 287:12 | 166:20 | 241:24 | 332:23 |
| 264:21 | 292:2,6 | 168:17 | 269:17 | 335:24 |
| **matter** 1:15 | 295:16 | 177:6 | 270:1,12 | 353:2 |
| 9:6 55:14 | 296:21 | 261:25 | 270:16,23 | **medication** |
| 150:21 | 300:2 | 262:14,14 | 274:10,17 | 225:3,9 |
| **matters** | 305:20 | **Med** 179:22 | 274:18,22 | **medicine** |
| 270:12 | 311:24 | **media** 33:15 | 275:5 | 6:12 7:7 |
| 333:6 | 315:3,6 | 78:11,12 | 280:2,5 | 17:7 31:6 |
| 347:3 | 335:5 | 79:1,14 | 281:18,25 | 55:19 56:1 |
| **mean** 23:19 | 337:4 | 98:8,10,15 | 282:5 | 56:16,21 |
| 24:23 40:3 | 338:2,7 | 98:17,22 | 290:8 | 56:22 60:3 |
| 40:9,22 | 349:4 | 99:3,6,12 | 297:13,15 | 60:23 61:3 |
| 42:19 61:4 | 351:7,19 | 99:14,21 | 301:6,11 | 62:13 66:9 |
| 67:16 | 355:18 | 99:24 | 301:18 | 71:16 |
| 85:21 | **meaningful** | 100:6,19 | 302:18,24 | 179:11,11 |
| 86:12 87:2 | 120:16 | 100:25 | 303:2 | 179:15 |
| 91:9 101:1 | 124:23 | 101:3,6 | 304:15 | 183:23 |
| 101:4 | **means** 40:2,5 | 102:6,15 | 307:8 | 184:2 |
| 103:11,25 | 68:21 | 102:18 | 311:23 | 186:6,20 |
| 104:22 | 70:21 | 103:10,12 | 312:3,8,11 | 186:25 |
| 108:15,16 | 108:23 | 103:13,16 | 312:18 | 189:4,12 |
| 113:24,24 | 116:1,2 | 104:19,20 | 333:4 | 191:3 |
| 122:9 | 127:13 | 105:17,19 | 334:7 | 192:14 |
| 145:5 | 136:20 | 105:25 | 335:12 | 193:8 |
| 153:10 | 155:20 | 106:13,13 | 338:12,16 | 195:3,20 |
| 155:8,23 | 160:5 | 106:19 | 340:14 | 201:6 |
| 162:20 | 169:16 | 107:6 | 344:12,18 | 203:5,8 |
| 171:17 | 236:8,11 | 110:20,25 | 345:5 | 291:3 |
| 172:22 | 259:2 | 111:4 | 346:9,10 | **meet** 138:4 |
| 174:25 | 300:11 | 142:10 | 355:12 | 173:25 |
| 175:7,21 | 304:6 | 150:15,19 | 356:7,12 | **meeting** 21:1 |
| 177:7 | 348:10,13 | 151:3,21 | 356:16,19 | 21:3,7,11 |
| 180:18 | **meant** 58:11 | 152:8 | 357:19 | 32:23 39:2 |
| 188:22 | 74:5 88:17 | 185:3 | 358:1 | 39:6 113:4 |
| 189:25 | 88:23 | 186:5,8,9 | 359:1 | 113:5 |
| 190:23 | 165:10 | 186:12,16 | **medical** | 114:5 |
| 192:9,20 | 189:18 | 197:25 | 10:15,17 | 147:18,23 |
| 192:21 | 192:15 | 208:2,11 | 75:14 | 148:23,24 |
| 195:7 | 193:11 | 209:2 | 175:5 | 149:5,6,10 |
| 200:25 | 258:17,18 | 210:5,7 | 217:1 | 149:11,19 |
| 223:14 | 259:3 | 213:9,14 | 229:22 | 175:3 |
| 224:16,19 | 260:1 | 213:15 | 230:7,12 | 255:14 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 256:5,9 | 124:11 | **Meta** 7:15 | 257:10 | 95:23 |
| 267:22 | 146:20 | 8:9 210:15 | **Miller** 202:4 | 109:19 |
| 321:2 | 149:10 | 210:22 | 202:15 | 137:13 |
| 335:19 | 166:6 | 211:18,24 | **million** | 179:3 |
| 336:6,22 | 180:15 | 212:7,9,10 | 170:2 | 189:24 |
| **meetings** | 184:14,19 | 286:8,10 | 235:5 | 196:14 |
| 32:18 34:1 | 195:14 | 286:13 | 236:2,7,8 | 256:25 |
| 45:17 | 216:20 | 288:12,13 | 236:10,19 | 286:17 |
| 87:19 | 240:1 | 288:25 | 276:24 | 302:20 |
| 148:1 | 260:25 | 290:1 | **millions** | 310:6 |
| 149:15 | 281:16,17 | **Meta's** 286:7 | 177:10,18 | 325:5 |
| 292:5 | 288:5 | **meta-ana...** | 256:16 | **mischara...** |
| **member** 38:2 | 324:24 | 245:8 | **mind** 103:3 | 114:24 |
| 38:6 197:8 | 329:3 | 248:8 | 104:2 | **misguided** |
| 197:24 | 332:19 | **metaanal...** | 151:8 | 297:7 |
| 205:11 | 338:5 | 243:25 | 156:1 | **misinfor...** |
| 265:13,14 | 340:16 | 244:5,7 | 157:17 | 103:19 |
| 308:15,17 | 351:25 | **methods** | 184:16 | 104:4,10 |
| **members** | 352:14 | 168:7,9,10 | 232:5 | 104:11,15 |
| 31:19 | **mentioning** | **mice** 115:13 | 259:8 | 150:10,14 |
| 133:22 | 302:7 | 115:24 | **mine** 21:14 | 150:18 |
| 197:6 | 328:24 | 116:3,11 | 93:18 | 151:2,6,13 |
| **memory** 29:22 | **mentions** | 117:14 | 206:24 | 151:22 |
| 126:2 | 19:10 | **Michael** | 288:4 | 188:10 |
| 130:4 | 50:22 | 252:8 | 335:13 | 193:16 |
| 132:8 | 242:9 | **Michelle** | **minimal** | 194:5,7,8 |
| 141:16 | **merely** 11:24 | 296:2 | 180:16 | 194:19,23 |
| 209:1 | 138:3 | **microbes** | **mining** 49:16 | 210:17,24 |
| 338:4 | **merging** | 144:12 | 50:3 | 217:7,15 |
| 341:19,21 | 114:22 | **microbio...** | **minister** | 229:25 |
| **memory-wise** | **MERS** 25:20 | 70:15 | 75:17 | 235:15 |
| 138:23 | **message** 49:8 | 72:19 | **Minor** 291:17 | 236:4 |
| **mention** | 177:12 | 133:23 | 291:18 | 283:25 |
| 50:22 | 337:9 | **mid** 35:9 | **minute** 23:25 | 284:4,21 |
| 78:20 | 359:6 | **mid-March** | 61:13 | 286:7 |
| 104:3,20 | **met** 20:16,18 | 22:17 | 92:23 | 288:11,15 |
| 113:11 | 20:25 21:4 | **middle** 105:4 | 125:1 | 288:16,18 |
| 124:18 | 32:17,17 | 176:7 | 245:19 | 312:12 |
| 162:23 | 32:25 | 211:9 | 257:13 | 325:1,9,13 |
| 285:13 | 33:22 | 283:21 | **minutes** | 326:10,11 |
| 290:7 | 147:18,21 | 311:13 | 61:13 70:6 | 326:16 |
| 340:20 | 173:20,21 | 347:16,23 | 92:14 | 327:17 |
| **mentioned** | 173:23 | 347:25 | 253:4 | 336:24 |
| 40:10 42:8 | 174:1,4 | **midnight** | 269:5 | 338:3,11 |
| 57:12 70:8 | 175:10 | 60:6,6 | **mis** 339:5 | 338:14,15 |
| 70:25 | 255:11 | **Mike** 50:24 | **Mischara...** | 338:16,18 |
| 77:23 | 292:4 | 51:7,8 | 26:7 36:19 | 338:22 |
| 118:23 | 296:15 | 92:3,6 | 49:25 57:4 | 339:1 |
| 121:22 | 346:24 | 93:12 | 65:15 | 340:16 |

345:5,8,12
345:23
346:1,5
347:5
357:17,20
358:23
359:9
misleading
16:4,10
54:4 301:3
301:7
302:17
305:25
misquote
278:19
342:18
mission
163:13,19
Missouri 1:5
2:4,8,10
3:16 9:7
9:18 361:7
362:2
mistaken
43:6 44:16
202:5
228:5
MIT 132:19
Mitchell
229:7
233:6,13
234:16
mitigate
358:18,20
Mm-hmm
180:12
MO 361:18
modality
315:20
mode 77:22
models 23:12
moderation
241:15
modest
353:21,22
354:4,16
modesty 46:7
modulating
290:5

molecular
34:23
80:14
81:12,25
82:24
133:9
135:25
156:18
157:7
160:8
molecularly
157:1,21
moment 68:16
124:17
149:11
157:21
211:15
252:19
moments
269:5
momentum
188:16
Monday 234:4
271:22
money 177:20
177:23
178:1
monitor
106:14
338:23
Monroe 1:3
9:11
month 140:15
months 32:5
32:8
225:16
315:19
335:3,19
336:12
moratorium
29:16 71:8
Morens
204:18,20
204:21
morning 7:19
10:8 58:3
58:14
65:13,21
65:22,25

66:16,19
66:20
68:14
226:13
227:8
233:5,15
234:16
261:12
347:2
motivated
321:8
motivation
261:18,19
mouth 69:19
move 60:21
106:19
107:11
210:2
307:12
moving 105:3
111:20
125:25
126:15
MSNBC's
229:6
multi-th...
308:2
multiawa...
213:4
multiple
18:25 24:8
122:22
175:17
198:23,23
205:6
239:21
280:4
321:1
334:2
345:8
349:14
356:15
357:9
Munster
40:14
mutations
162:13
198:16
200:7

mutual 77:19
muzzled
335:10

─────────

N

N 6:1,1 9:1
361:17
Nabel 15:7
136:9
name 9:14
10:9,10
13:18
20:11
30:22
33:19,20
54:22 92:8
92:10
108:7,9,12
132:18
133:10
134:13,24
135:2,2,14
135:23
136:5
160:24
197:21
205:20
231:6,7,10
263:16
291:19
293:7,10
300:5,22
301:15
303:11
305:8
310:10
315:8
324:21
328:22
362:1,2
363:11
named 212:24
290:22
291:18
names 33:10
33:19
75:23
86:15,15
131:19,24

131:25
132:13,14
133:3,19
133:21,24
134:21
135:11
136:8
160:25
251:22
292:17
296:1
298:13
national
1:18 4:16
10:13,14
28:6,13
30:2 65:9
65:11
142:12
188:12
190:17
191:13
natural 78:2
81:15 82:1
83:1
107:23
155:25
156:10
189:7
190:1
285:2,11
naturally
183:18
nature 6:12
7:7 31:6
35:11
55:19 56:1
56:16,20
56:22
59:15 60:3
60:23 61:3
62:13 64:1
66:9 71:15
77:13
80:17
168:3
179:11,11
179:14
183:23

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 184:2 | 17:17 28:5 | 268:2 | 324:16,22 | 333:11 |
| 186:6,20 | 80:19 | 282:3 | 327:9 | NIH.gov |
| 186:25 | 95:14 | 293:6 | NIAID's | 142:15 |
| 189:4,12 | 123:20 | 296:14 | 163:12 | 305:11,21 |
| 191:3 | 244:13 | 318:17,17 | NIAID.gov | 332:4 |
| 192:14 | 316:6 | 344:3,21 | 142:15 | nine 86:1 |
| 193:8 | 321:6,10 | news 7:9 | nice 172:21 | 91:18 |
| 195:3,20 | needing | 185:20 | Nicole 305:4 | ninth 64:22 |
| 201:5 | 349:8 | 233:17 | 305:6 | 64:23 |
| 203:5,7 | needs 79:16 | 234:3 | nightmare | 235:21 |
| 297:15 | 130:10 | 277:24 | 153:25 | Nobel 134:4 |
| NBC 277:24 | 156:17 | News's 240:6 | 154:16,21 | 252:11 |
| 281:1 | 257:16 | Newt 141:17 | 155:15,19 | 257:9 |
| NbcloUbv... | 348:23 | 141:20 | 156:14 | nodding |
| 254:21 | negative | 143:1,3,19 | 161:16 | 11:24 |
| near 34:14 | 219:24 | 143:24 | NIH 4:21 7:3 | nonhuman |
| 125:3 | 230:6 | 144:23 | 7:8 16:6 | 39:24 |
| nearly 332:2 | 245:14 | 145:19 | 17:5 18:5 | nonrespo... |
| necessarily | neither | next-to-... | 66:16 70:1 | 134:12 |
| 39:15 | 360:10 | 191:1 | 70:14 75:6 | 145:3 |
| 121:3 | neutral | NIAID 9:12 | 91:5 121:4 | nonsense |
| 162:12 | 101:13 | 10:24,25 | 122:8,13 | 277:10,12 |
| 194:9 | 103:4 | 18:18 | 134:5 | 277:14 |
| 237:7 | 113:8 | 19:25 20:5 | 139:9 | 278:4,12 |
| 256:19 | never 99:8 | 20:5 21:22 | 149:17 | 278:14,24 |
| 297:14 | 108:21 | 22:6,13 | 157:5,14 | 355:21 |
| necessary | 122:18 | 29:14 | 157:20 | nope 101:22 |
| 28:13 30:1 | 173:20 | 31:20 | 162:21 | normal 353:9 |
| 47:20 | 174:4 | 32:14,21 | 163:11 | 353:9 |
| 102:23 | 225:12 | 36:8 38:19 | 164:18 | 354:6,6 |
| 343:22 | 242:2,3 | 40:15 41:1 | 182:6,11 | normally |
| 363:9 | 259:7 | 67:15,21 | 184:12 | 243:16 |
| need 27:24 | 284:18 | 72:17,19 | 186:2 | norms 37:8 |
| 41:18 | 290:6 | 122:7 | 188:14 | North 2:20 |
| 60:18 | 296:3 | 152:8 | 206:8,18 | 32:13,20 |
| 68:24 | 312:4 | 156:13 | 231:10 | Northwest |
| 69:17 78:4 | 316:16 | 186:14 | 247:5 | 3:5 4:2 |
| 78:6 109:1 | 327:15 | 204:22 | 271:25 | 361:5 |
| 111:20 | 335:3 | 205:16,22 | 291:2,7 | notarized |
| 117:22 | 340:1,7,12 | 207:20,21 | 292:20 | 361:16 |
| 125:23 | new 3:4 4:13 | 215:21,25 | 299:23 | notary 1:17 |
| 126:14 | 4:13 8:19 | 216:2,9,17 | 300:1,6,10 | 10:4 |
| 150:24 | 27:18 34:6 | 238:6 | 300:18 | 360:20 |
| 207:7 | 34:9 40:23 | 265:3 | 303:7 | 361:14 |
| 316:20 | 144:12 | 268:16 | 305:22 | 363:23 |
| 317:9 | 169:5 | 300:11 | 306:21 | note 206:21 |
| 326:23 | 182:20 | 307:20,25 | 307:8,25 | 206:25 |
| 349:15 | 183:12,16 | 308:1 | 331:19 | noted 199:21 |
| needed 17:9 | 265:12 | 309:9 | 332:6,18 | notice 1:16 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| noticed | numbers | 125:15 | 236:6 | 310:25 |
| 178:7 | 41:23 | 129:12,15 | 237:22 | 311:5 |
| notifies | 53:18 | 137:12 | 239:17 | 312:16 |
| 331:3 | 273:3 | 138:17 | 240:23 | 313:16,25 |
| notify 95:14 | 274:5 | 143:10,25 | 242:24 | 314:21 |
| noting 209:1 | 297:21 | 146:10,17 | 243:11 | 318:7,22 |
| novel 183:18 | | 149:8 | 244:20 | 319:4,12 |
| November | O | 152:11,23 | 246:2,14 | 322:22 |
| 1:12,20 | O 6:1  9:1 | 154:5,22 | 246:18 | 325:4,14 |
| 9:3  294:10 | oath 9:25 | 158:4 | 249:20 | 326:2 |
| 294:11,12 | object 12:20 | 159:10,20 | 250:22 | 327:5,18 |
| 294:13 | 13:6  49:10 | 161:17 | 251:19 | 329:18,23 |
| 359:19 | 54:4 | 162:6 | 253:20 | 331:21 |
| 361:3,10 | 114:23 | 163:25 | 254:8 | 332:9 |
| 362:3 | 192:6,16 | 164:13 | 255:24 | 333:8 |
| NtP9J7iH... | 192:21,25 | 166:12 | 256:24 | 334:11 |
| 254:20 | 193:2,12 | 167:8 | 257:20 | 336:25 |
| number 9:8 | 199:6,7 | 168:19 | 259:5,24 | 337:24 |
| 17:4,7 | 211:14 | 169:23 | 260:23 | 345:19 |
| 23:4  30:16 | objected | 172:15 | 261:13 | 347:6 |
| 41:5,14,16 | 97:11 | 174:21 | 262:3 | 348:16 |
| 41:19 | objection | 178:15 | 266:11 | 352:7 |
| 52:22 | 12:16 | 179:2 | 268:24 | 353:17 |
| 64:24 | 18:20 | 182:8 | 269:19 | 355:16 |
| 101:1 | 19:18  22:7 | 184:4 | 270:17 | 356:10 |
| 113:24 | 23:17  24:4 | 186:22 | 272:8 | 358:11 |
| 116:8 | 24:17  25:8 | 187:18 | 273:5,13 | observat... |
| 130:24 | 25:12  26:6 | 189:23 | 273:21 | 219:11 |
| 136:21 | 29:18  30:5 | 193:18 | 274:12,23 | 244:19 |
| 140:6 | 35:21 | 195:4 | 280:14 | observat... |
| 144:14 | 36:18 | 196:13 | 281:2,11 | 113:25 |
| 157:25 | 41:11  46:4 | 197:2,13 | 282:12 | obtained |
| 178:8 | 48:6  49:24 | 199:9 | 283:3 | 28:3 |
| 185:7 | 57:3  62:7 | 200:12 | 285:8,19 | obvious |
| 194:22 | 63:3  65:14 | 205:3,25 | 286:16 | 88:10,15 |
| 207:11 | 71:9  78:14 | 206:14 | 289:2 | 95:16 |
| 216:4 | 79:9  82:7 | 207:18 | 291:25 | 132:16 |
| 219:23 | 86:9,25 | 208:4,18 | 293:14 | 139:16 |
| 223:16 | 88:12  89:7 | 210:18 | 296:25 | obviously |
| 228:21 | 92:25 | 213:24 | 297:24 | 27:9  62:22 |
| 231:4 | 95:22  99:4 | 214:19 | 298:9 | 74:2  85:22 |
| 236:17,24 | 108:18 | 221:17 | 301:8,20 | 88:7,7 |
| 248:17 | 109:18 | 223:3,22 | 302:19 | 91:9 |
| 294:3 | 111:25 | 224:13 | 303:14 | 175:22 |
| 297:18 | 112:23 | 225:22 | 304:17 | 223:19 |
| 298:1,2 | 113:16 | 229:14 | 305:14 | 303:8 |
| 304:2 | 114:21 | 233:7 | 306:5 | 308:1 |
| 316:6,8 | 116:20 | 234:12,17 | 308:24 | 329:6 |
| 331:8 | 118:13,21 | 235:13,17 | 310:5,19 | occasions |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 46:1 | 295:21 | 69:21 72:4 | 205:7,11 | 333:23 |
| occur 34:1 | 300:10 | 76:20,24 | 242:2 | 356:18 |
| 77:5 149:5 | 327:8 | 84:15 | one-on-one | opinions |
| 220:7 | 361:17 | 87:15 | 147:23 | 52:8 320:7 |
| 303:12 | officer | 91:24 | one-sent... | 333:1 |
| 316:14 | 42:16 | 92:12 | 98:3 | 334:3 |
| occurred | 75:16 | 93:24 94:7 | ones 128:23 | 355:5,14 |
| 77:2 142:5 | 360:4 | 98:20 | 151:6 | 356:7,14 |
| 182:14 | offices 1:18 | 104:7 | 207:5,7 | 356:20 |
| 232:2 | official | 105:3 | 247:23 | opportunity |
| 253:2 | 66:23 | 110:17 | 297:13 | 14:9 43:12 |
| 343:23 | 148:19 | 123:25 | online 179:1 | 48:11 53:8 |
| occurrence | 239:4 | 130:10,11 | 179:7 | 69:11 73:3 |
| 83:1 | 271:21 | 140:19 | 180:11 | 97:13 |
| 155:25 | 303:9,23 | 147:22 | 202:24 | 112:1 |
| 156:8,10 | 328:16 | 148:10 | 222:2 | 115:16 |
| 189:8 | officially | 150:2 | 259:18 | 164:1 |
| October | 10:21 | 163:17 | 260:4,4,7 | 176:14 |
| 250:20 | officials | 173:6 | 283:15 | 183:4 |
| 251:4 | 108:9 | 179:8 | 286:7 | 187:21 |
| 253:19 | 167:3,5,7 | 185:7 | 296:23 | 197:14 |
| 254:5,9,11 | 277:8 | 201:14 | 297:4,4 | 271:15 |
| 254:13 | 342:22 | 210:2 | 344:15 | 306:7 |
| 263:12 | oh 53:17,18 | 211:2,10 | op-ed 13:14 | 353:18 |
| 269:13 | 81:8 100:2 | 222:3 | 14:4 24:1 | opposed |
| 271:6 | 101:22 | 234:1 | open 64:7 | 11:20 |
| 275:12,20 | 155:13 | 237:14 | 103:3 | 75:19 |
| 277:25 | 178:24 | 240:14 | 104:2 | 77:13 |
| 282:25 | 181:25 | 251:6 | 126:11,16 | 191:17 |
| 283:24 | 185:15 | 252:6 | 137:25 | 357:12 |
| 284:4 | 206:11 | 253:8 | 138:1 | opposite |
| 285:17 | 212:19 | 259:17 | 156:1 | 53:19 |
| 323:25 | 231:12 | 277:16 | 157:17 | oranges |
| 324:2 | 242:7 | 284:15 | 232:5 | 157:15 |
| 325:25 | 247:14 | 286:12 | 357:8 | order 16:18 |
| offer 177:17 | 284:12,17 | 288:13 | openly | 54:3 |
| 178:2 | 317:4 | 301:17 | 126:17 | 102:24 |
| offered | 343:24 | 306:16 | 358:6 | 170:2 |
| 254:7,12 | 346:19 | 308:22 | opinion | ordinary |
| offhand | 347:25 | 326:21 | 77:20 | 37:14 |
| 279:9 | okay 12:7 | 328:7 | 151:19 | organiza... |
| office 2:8 | 26:22,25 | 330:8 | 168:25 | 76:15 95:7 |
| 3:15 4:19 | 39:19 | 339:3 | 223:12,15 | 95:9,18 |
| 9:19 17:5 | 43:15 | 354:22 | 225:9 | 96:23 |
| 29:1 38:3 | 47:13 | 359:17 | 236:14 | 107:23 |
| 38:4,10,15 | 50:19 | once 11:6 | 245:3 | organiza... |
| 38:16 | 51:10 68:3 | 20:16 | 297:15 | 17:4 |
| 225:7 | 68:9,18 | 185:11 | 312:6 | 239:22 |
| 270:2 | 69:1,7,19 | 204:15 | 318:16 | 332:17 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| organized | 196:18 | 337:16 | 70:22 | 142:16 |
| 129:20 | 213:9 | outweigh | page 6:7 | 144:21 |
| 161:8 | 355:9 | 221:6 | 14:2,3 | 148:18 |
| 164:12 | OSTP 17:6 | overrun | 19:9 21:21 | 161:23 |
| 165:11 | other's | 169:12 | 22:23,24 | 163:22 |
| 166:2,6 | 77:19 | oversee | 23:1 25:24 | 164:4,18 |
| organizing | outbreak | 186:15 | 47:25 48:1 | 165:13 |
| 129:10 | 15:12 | oversight | 48:14 49:1 | 173:2 |
| origin 43:18 | 31:25 32:5 | 16:8 17:9 | 49:15 | 176:2,6,8 |
| 99:3 111:8 | 34:5,6,14 | 17:11,17 | 50:14 | 176:11,12 |
| 147:6 | 34:15 | overview | 52:21 53:5 | 179:5 |
| 156:1,5 | 42:20 | 120:22 | 53:12,14 | 180:2 |
| 159:3 | 49:17 50:4 | 121:10 | 53:25 54:1 | 182:15,16 |
| 171:2 | 79:16 | overwhel... | 54:15,20 | 182:25 |
| 178:22,25 | 154:13 | 227:9 | 61:10 | 185:21 |
| 179:23 | 155:2 | 230:6,12 | 64:22,23 | 190:10 |
| 201:24 | 156:5 | 230:18 | 68:6 72:20 | 192:2 |
| 203:3 | 164:21 | 277:7 | 72:20,24 | 197:17,24 |
| original | 165:15,20 | overwhel... | 74:18,19 | 201:20 |
| 36:5 | 166:7,10 | 145:11 | 84:4,15,16 | 210:25 |
| 179:13 | 175:20,24 | 257:3 | 86:1 89:18 | 211:2,8,21 |
| 202:24 | 190:7 | 298:5 | 89:20,24 | 218:9,16 |
| 203:9 | 315:11 | 343:11 | 90:3,11 | 218:25,25 |
| 361:10 | outcome | Oxford | 91:16,19 | 219:9 |
| originate | 360:16 | 267:22 | 94:20 97:9 | 221:23 |
| 134:13 | Outlook | | 97:9,10,20 | 226:20,21 |
| originated | 148:19 | —————— | 101:10,16 | 226:23 |
| 34:16 | outrageous | **P** | 101:21,25 | 227:8 |
| 35:11 | 182:20 | P 9:1 | 104:24 | 229:5 |
| 77:12 79:2 | 183:12 | P-I-Z-Z-O | 105:1,3,4 | 232:22 |
| 194:1 | Outreach | 290:23 | 110:9 | 233:1,23 |
| origins 89:5 | 38:12 | p.m 66:21,24 | 111:14 | 234:1 |
| 98:23 | outs 357:25 | 67:2,3 | 112:12,13 | 235:3 |
| 100:8,9 | outside | 148:22 | 115:4,11 | 237:12 |
| 102:15 | 12:18,21 | 161:8 | 120:2,21 | 239:8,10 |
| 103:3,16 | 16:5 17:5 | 170:22 | 123:3 | 240:11,12 |
| 103:23 | 17:8,15 | 188:3 | 124:16,25 | 240:13 |
| 104:1 | 25:15 | 203:18,21 | 125:1,3,5 | 242:18 |
| 109:17 | 89:15 | 219:4,6 | 125:9,21 | 243:4 |
| 110:20 | 124:24 | 253:9,11 | 125:21 | 245:8 |
| 111:1 | 177:20 | 253:19 | 126:20 | 249:11,17 |
| 129:14 | 216:17 | 275:12 | 127:16 | 249:22 |
| 137:19 | 290:17,20 | 312:25 | 128:9,12 | 251:2 |
| 140:16,21 | 316:9 | 313:3 | 130:13,15 | 252:6 |
| 147:2,10 | 321:16 | 354:23 | 130:16 | 264:24 |
| 147:14 | outward | 355:1 | 132:3,23 | 267:9 |
| 170:18 | 99:18 | 359:19,22 | 135:15 | 271:13,20 |
| 184:3 | 337:22 | P3 70:20 | 136:11 | 272:19,22 |
| 188:20 | outwards | 72:14 | 142:8,9,14 | 278:7 |
| | | P3CO 17:10 | | |

DR. ANTHONY FAUCI 11/23/2022

280:16
283:19,20
283:24
284:24
288:9,14
298:21
299:25
303:9
305:2
306:22,25
307:1,19
308:4
309:14,16
311:13
324:13
325:3,19
325:19
328:5,8
329:11
330:18
337:7
341:13
347:16,16
347:24
353:6
361:11,14
361:17
362:5,9,13
362:17,21
**pages** 53:25
64:22,23
86:1 89:18
90:11,15
91:17 93:8
93:19 94:7
101:11
104:25
237:9,11
**paid** 213:16
241:5
281:22
283:10
**pandemic**
15:9 17:10
34:4
182:21
183:13
293:19
313:15,19

**panel** 231:11
231:11
247:24
333:23
**panels** 232:9
**paper** 15:6
20:9 22:20
29:4,7
59:7 60:3
60:23 61:8
61:8 68:18
69:23 71:6
71:16
112:21
114:4,12
119:5,11
119:13
120:11
124:2
142:11
160:5,14
161:2
162:10,24
170:18
171:3,12
171:22,25
172:3,7,12
172:20,22
179:12
180:21
195:7
197:4
200:17,21
201:1,2,6
201:7,24
202:1,12
202:19,24
203:2,5,8
203:14
216:23
223:9
299:4
**papers** 98:5
98:7 159:6
160:23
202:8,21
202:22
215:6
223:13

**paragraph**
14:1,3
15:10
22:25
26:21 39:9
39:18
50:19 52:4
98:2,3
125:8
161:24
163:18,23
164:5
176:19
177:1,9
180:2
183:2,7,8
183:21
188:13
189:3
191:1
218:12,21
222:14
229:5
235:4,4
237:17
239:9
240:4,8,15
245:12
250:6
267:11
271:12,19
272:24
273:10
278:8
305:23
325:3
335:14
342:20
347:20
**paragraphs**
41:1
**paraphrases**
285:6
**Pardis** 132:6
132:7,18
132:21
135:15,17
135:21
136:1

**parentheses**
39:21
332:4
**parody**
310:18,22
310:24
311:1
**part** 16:24
22:16 50:8
51:12,25
56:9 72:23
74:6 80:11
104:22
135:12
188:24
194:21
212:13
244:13
299:6
320:18
321:8
324:21
336:9
**particip...**
74:20,22
77:9 79:24
92:24
93:11
97:24
244:18
**participate**
75:3
**particip...**
113:22
197:11,21
**particular**
15:6 20:7
46:3 56:12
56:14 60:7
62:6
104:19
117:17
119:14
139:5
141:25
144:14
153:20
188:13
195:23

199:19
226:18
313:21
339:22
**particul...**
39:4 57:23
314:18
317:9
345:9
**parties**
360:12,15
**partly**
156:13
**pass** 204:15
314:14
317:25
**passage**
115:13,23
116:2,3,11
117:13
**passed** 212:6
**pasted**
264:13
347:23,25
347:25
**pasting**
264:2
**pathogens**
17:11
**patient**
163:19
224:11,24
225:12
**patients**
222:11,18
224:6
237:2,3,8
**Patrick** 47:1
75:11,13
75:13
84:24 85:9
85:13,19
92:3 93:11
**pattern**
353:11
**pause** 16:16
17:2,4
25:20 26:1
26:4 27:17

27:20 28:2
28:7,23
29:14 47:5
69:25
71:17
83:12
199:23
200:4,8
225:4
paused 28:10
92:23
pauses
200:14
pausing 27:3
Paxlovid
354:2
pay 210:8
213:15
235:19
238:18
239:22
240:3
241:8,12
241:23
280:7
281:17,24
301:10
335:11
paying
256:14
PDF 120:8
pediatric
291:1
peer 18:25
246:1,6
peer-rev...
159:7
179:14,25
191:7,9
195:8
203:9
215:17
penalty
363:12
Pence 197:5
202:16
pending 9:9
75:9
Pennsylv...

352:25
353:4
people 21:7
21:9 30:17
30:17
38:13 40:3
40:8,17
42:14 43:1
45:18 46:8
46:23,24
47:1,3
58:10
63:14,25
64:6,7,18
74:3 75:1
77:17,18
78:11,25
81:18 82:6
82:17
87:22,23
88:2,21
89:14
92:10,13
95:15,16
99:2,19,23
101:3,8
102:20,21
103:15,20
103:21
104:12
105:16
106:1,11
106:14
107:8
133:1,7,8
133:23,24
142:11,17
151:8,10
152:5
154:13
155:9,12
155:21
157:2,13
160:6
161:7
165:9
168:14
170:1,2
173:19,25

174:4
175:7
181:12
189:10
192:22
193:10
194:19
195:10
205:14,16
207:13
210:16,23
215:2
216:5,11
216:25
217:3,13
217:16,23
228:9
229:1,10
231:4
236:19,24
238:5,7
241:11,18
242:5
248:18,20
256:17
258:3
274:5
277:3
278:23
286:19
287:1
292:25
293:12,18
295:25
296:3,3,19
297:12,15
298:1,2,14
300:22
301:14
302:11
303:16
310:9,10
310:16
312:10
314:9,10
314:11
315:22
316:4,5,23
317:1

319:20
320:20
321:8,9
322:19,25
323:1,7
324:6,7
326:24
328:11
329:2
330:10,11
330:21
332:20,24
333:2
335:12
336:23
338:23,24
339:1
341:23
342:21
343:8,10
343:10,12
343:13
344:14,19
345:6,9,11
345:13
346:2,11
347:11
349:9,18
351:7
356:1,6,13
356:19
357:5
358:15,18
359:2
people's
281:9
302:22,23
357:13
perceived
225:20
227:21
percent
16:14 32:9
33:9 44:22
96:2 114:8
161:11
177:22
205:19
220:3,10

256:8
259:7
281:20
292:23
300:23
316:14
342:6
perfect
84:17,21
perfectly
126:13
207:20
perform
69:24
119:8
performed
215:16
performing
118:19
period 16:14
26:3 36:13
52:17 79:6
82:3,15
129:24
248:8
251:24
317:11
318:13
336:8
peripher...
255:18
Periscope
240:6,17
perjury
363:12
permission
326:24
perplexed
353:6
person 32:24
33:4,11,18
33:21,22
34:20
46:14,17
76:4 99:25
136:3
139:9,13
139:17
140:9

DR. ANTHONY FAUCI  11/23/2022

160:24
174:1,5
175:23
185:7
189:15,15
195:15
202:6,14
202:16
204:21
205:19
232:9
257:12
259:9
261:17
265:10,23
279:2
299:13
300:1
311:16
325:20
335:1
342:3
345:15
350:9,14
351:8
354:5
356:16
357:2
**personal**
55:9,13
178:10
309:9
313:18
321:21
**personally**
34:2 45:10
297:5
346:23
**persuadable**
337:17,23
**persuaded**
151:10
**Peter** 20:11
21:16
35:17 36:2
36:14 37:1
37:6 39:22
40:9 117:8
129:10,21

130:2
140:20,25
141:17
204:4,24
205:1
206:5
207:16,19
**Peter's** 41:2
**petitions**
298:14,16
**Pfizer**
351:11,14
351:15
**Phil** 290:22
291:1
**phone** 34:18
34:20
44:14
45:24
46:20 47:2
58:17,19
59:1,22
63:13,15
63:20
66:16,18
75:10 79:4
81:17
82:14 83:3
85:8,20
90:9,21
91:8 97:2
97:3 178:8
178:10
287:5
289:17,19
290:14
**photograph**
21:5,10
**phrase** 116:1
199:23
268:5
**physical**
320:12
**physically**
175:14,15
**physician**
104:15,17
225:2,9,12
228:4

237:2,5
261:21
334:1
357:1
**physicians**
229:20
230:14
231:13
248:1
277:8
**pick** 156:14
**picking** 75:2
**picture** 21:2
21:4
**piece** 20:8
29:4,7
197:4
216:22
264:3
268:9,17
269:9
299:4
**pieces** 22:20
217:6
**piped** 34:21
**pizzazz**
193:13
**Pizzo** 290:23
290:23
291:1
**place** 28:23
71:8,8
164:23
242:4
**placebo**
244:10
246:12,22
**placebo-...**
322:1
**placebo-...**
354:14
**placed** 42:5
**placeholder**
39:17
**placement**
306:2
**places** 218:2
**Plaintiff**
2:3,14

3:12 5:3,4
**plaintiffs**
1:6,15
2:24 6:3
9:20 10:3
10:6
**plan** 80:22
80:24 95:8
95:12,19
268:23
269:1
**planning**
184:17
**platform**
98:18
99:12,14
99:21
100:19,25
101:3
152:8
177:12,14
238:25
239:12
240:18
241:16
282:6
285:1
290:5
301:18
304:16
335:22
**platforms**
98:11,22
99:24
100:6
151:23
213:9
238:24
274:11
290:1,9
301:6
333:5
334:7
344:13
345:5
346:9
357:19,21
**play** 230:3
248:11

**player** 101:6
**Plaza** 4:11
**please** 9:16
9:25 10:8
20:20
26:24
47:16 53:6
54:6 74:16
87:13
94:13
97:12
100:23
123:13
124:6
127:17,18
128:1
132:14
172:1
183:7
185:5
201:25
209:14
231:8
237:10
247:13,14
300:15
315:25
339:12
359:6
361:9,12
361:16
**pleased**
354:3
**plop** 281:19
**podcast** 6:24
141:2,17
142:2,5,6
142:10,24
143:24
147:10
152:4
205:11,12
**podcasts**
101:2
141:10,11
141:23
142:6
146:21
175:18

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 359:2 | 27:3,6,19 | 15:9 29:3 | 234:4 | 226:3 |
| **podium** 201:3 | 211:25 | 29:4 44:6 | 241:19 | 228:8 |
| **point** 12:24 | 283:16 | 45:24 | 271:5 | 252:21 |
| 15:7,14,16 | 284:4,21 | 71:20 | 272:5 | 279:6 |
| 34:12 | 286:8 | 74:10 83:5 | 273:20 | **predate** |
| 42:10 | 288:11 | 116:6 | 275:14 | 175:19 |
| 67:23 | 333:6 | 131:16 | 279:14 | **prediction** |
| 110:18 | **politicians** | 147:25 | 280:25 | 15:12 |
| 114:10 | 102:4 | 153:16 | 335:18 | **predictions** |
| 121:1 | **Politico** | 157:18 | 337:11 | 23:5,10,11 |
| 130:20 | 7:17 218:5 | 162:20 | 347:17 | 23:12 |
| 131:2 | 221:15 | 176:1 | 356:6,19 | **predictive** |
| 135:10 | 222:7,10 | 177:25 | **posted** 43:19 | 23:12 |
| 136:13 | 222:13 | 178:4 | 100:6 | **predominant** |
| 137:6 | 225:17 | 209:24 | 182:12 | 76:14 |
| 144:24 | **poll** 230:13 | 220:20 | 225:18 | **predomin...** |
| 145:16 | 230:20 | 230:2 | 234:2 | 74:24,25 |
| 189:7 | **population** | 238:15 | 238:24 | 96:2 |
| 198:17 | 250:17 | 241:3 | 270:12,16 | **preference** |
| 200:8 | 285:3,14 | 244:24 | 349:9 | 12:17 |
| 209:1 | 342:7 | 262:25 | 357:21 | 86:20,24 |
| 211:22 | **populations** | 268:18 | **posting** | **premarking** |
| 236:17 | 250:14 | 277:2 | 348:7 | 37:20 |
| 284:25 | 274:7 | 279:23 | **potential** | **premise** |
| 299:6 | **portfolio** | 281:15 | 17:10 31:8 | 257:25 |
| 300:15,15 | 72:2 | 290:13,21 | 170:1 | 258:2,6 |
| 300:16 | **position** | 291:13,14 | 221:5 | 269:6,12 |
| 311:4 | 10:12 | 292:15,25 | 225:10 | 273:25 |
| 316:6,8 | 37:15 | 293:22 | **potentially** | 274:2 |
| 334:15 | 148:3 | 343:19 | 14:6,20,24 | 276:9,20 |
| 355:20 | 160:11 | 345:25 | 15:2,5,22 | 276:21,25 |
| **pointed** | 331:3 | 349:12 | 16:3 17:2 | 277:1,5 |
| 21:15 | **positions** | 352:16 | 51:15 89:6 | 278:22 |
| 243:14 | 358:6 | **possibly** | 321:4 | 295:1 |
| 283:8 | **positive** | 33:24 | **power** 126:9 | 297:9,16 |
| 355:19 | 166:8 | 40:14 44:5 | 137:24 | 355:20 |
| **pointing** | 219:25 | 44:24 56:1 | **practice** | **premises** |
| 243:5 | 246:9 | 56:2 163:5 | 37:14 | 257:17 |
| 260:3 | 247:19 | 198:2 | 331:23 | 258:21,25 |
| 299:7 | **possession** | 217:5,17 | **practiti...** | 259:10 |
| **points** 38:19 | 37:2 | 220:15 | 244:17 | **preparation** |
| 38:23 39:5 | **possibility** | 240:1 | **precautions** | 12:19,23 |
| 43:6 | 34:25 43:3 | 251:14 | 117:22 | 13:2 25:10 |
| 110:14 | 43:24 | 301:25 | **precise** | 25:15 |
| 131:18 | 67:10,15 | 304:12 | 42:10 | 171:12 |
| 137:5 | 71:6 80:20 | **post** 3:15 | 168:3 | **prepare** |
| **policies** | 80:23 | 8:3 13:15 | 234:25 | 38:23 |
| 241:18,20 | 106:6 | 13:19 | **precisely** | 102:24 |
| **policy** 17:6 | **possible** | 23:13 | 57:20 | 103:8 |

287:14
prepared
  98:5,7
  114:5
preparing
  184:8
preponde...
  247:4
  319:25
preprint
  81:23
  82:15,23
  159:2,5,7
  159:8,19
  170:19
  179:18,21
  180:1,9
  181:4,8,13
  181:14,20
  196:10
  203:9
prescribe
  224:6,9
prescribes
  225:9
prescribing
  225:2
prescrip...
  224:24
PRESENT 5:1
presented
  273:1
president
  10:16,18
  197:5,5,12
  197:12,25
  198:5,7
  202:16
  229:8
  291:23
  313:11
  344:11,17
president's
  202:5
press 5:2
  38:24
  172:3
  196:25
  197:19

198:23
199:15
200:3,5
201:8,24
202:5,13
202:14,15
204:11
217:24
218:3
229:9
230:7
232:18
234:5,8,9
234:21
240:7
295:3
359:5
pressure
  131:20
  137:7,9,15
  137:18
pressuring
  137:21
  138:3
presume
  349:1
presympt...
  316:17
pretending
  311:3
pretenses
  300:23
pretty 60:16
  206:7
  229:19
  279:3
  355:12
prevail
  193:8
prevailing
  227:9
prevails
  193:5
prevalence
  293:12
prevaricate
  109:7,11
prevent
  12:23

102:24
103:4
156:6
314:9
preventing
  317:6
  318:5
prevention
  15:12 35:8
prevents
  104:12
previous
  200:23
  204:12
  263:24
previously
  196:6
primarily
  288:19
prime 75:17
Prince 300:1
principal
  30:25
  54:25
  57:18
principles
  343:14
printed 18:4
Printout
  6:25 7:15
  8:7,8,9
prior 14:12
  26:15
  43:13
  48:22 53:9
  68:17
  97:14
  128:25
  160:14
  175:24
  176:15
  234:10,15
  255:22
  269:1
  315:19
  332:19
priority
  195:17
privy 284:21

Prize 134:4
  252:11
  257:9
probably
  11:9 12:4
  37:17
  39:23 51:4
  92:11
  119:12
  133:8
  143:8
  145:19
  159:15
  191:5,25
  198:23
  202:6,17
  202:18
  216:5
  240:2
  248:7
  261:19
  295:9
  300:9
  308:20
problem
  329:1
proceed
  286:10
proceedings
  1:21
process 26:1
  139:20
  220:17
produced
  24:10 84:4
  121:4
product
  12:20 13:6
  25:11
production
  321:17
professor
  291:5
professors
  267:19
program
  30:17,19
  42:16
  324:20

353:2
project 6:10
  18:7,13
  19:12,17
  20:1 22:6
  22:13
  125:14
projects
  30:3 79:3
promote
  195:12
promoted
  348:22
promotes
  285:10
promoting
  268:2
  321:25
proof 193:9
  218:1
proofs 172:7
propagate
  339:15
propagated
  194:9
  346:8
propagates
  217:11
propagating
  346:10
proper 47:19
  74:4 80:7
  134:15,16
  191:10
  315:8
  320:12,16
  320:17
  323:16
properly
  103:7
  230:4
proponent
  317:12,14
proposal
  255:10
  271:8
propose
  322:20
proposed

DR. ANTHONY FAUCI 11/23/2022

248:18
271:22
**proposing**
133:4
**pros** 81:10
358:4
**prospects**
198:10
**protect** 28:5
28:13
248:19
258:3
274:6
277:3
**protecting**
314:11
316:11
**protection**
15:17 30:1
250:8,17
266:17
268:2,5
292:13,22
307:5
**protective**
321:21
**proved**
354:12
**proven** 221:4
225:10
230:17
276:23
**provide**
17:23
47:19
122:15
134:15,17
134:20
171:12
250:16
259:2
314:15
**provided**
68:19
132:22,23
332:7
**provider**
243:10
**providers**

231:13
320:24
321:5
**provides**
134:16
161:25
**providing**
183:17
**provost**
352:25
**proximal**
159:3
170:18
178:22,25
184:3
196:18
203:3
**Proximate**
179:23
**PSA** 289:20
**PSAs** 177:12
177:25
178:2
286:21
287:1
289:14
**pseudo**
117:11
**public** 1:17
4:20 10:4
15:18 28:5
28:10,13
30:2 40:12
40:25
79:17
140:16
165:7
169:10
177:6
178:9
181:12
189:15
195:2
217:18,23
218:2
265:11,24
277:8
288:19,24
289:4,8,10

289:15
290:1
300:3
333:5,16
334:6,8,10
337:17,23
341:4
343:15
345:24
346:6,13
357:2
360:20
361:14
363:23
**publication**
180:11
**publicly**
158:10
206:9
244:15
**publish**
215:17
**published**
31:12,14
82:16
124:3
129:20
156:25
158:16
159:6
178:21,24
179:1,7,13
179:17
182:6
184:23
187:2
215:6
219:2,11
222:2
250:20,25
251:10
252:3
257:16
258:10
265:1
290:11
333:11
**publishing**
184:2

265:4
**pull** 175:6
257:4
**pulled**
135:21
136:7
157:25
216:22
220:13
240:22
242:22
274:5
328:14
**pulling**
221:9
239:15
**purchase**
321:3
**purports**
251:6
**purpose** 63:1
89:10
156:2,4
**purposely**
162:2
180:6
181:10
**pursuant**
1:15 37:3
60:14 84:4
**pursue**
102:23
151:11
194:23
**pursued**
79:16
153:23
154:19
**pursuing**
79:16
194:24
**Pushing**
125:2,10
**put** 16:16
17:4 22:16
25:17
27:25 29:7
39:5 42:9
71:8 81:22

96:1
104:11
106:9,13
128:5
131:19,24
131:25
134:8
135:22
136:4
139:7
141:20
142:13
164:22
171:20
182:14
188:15
190:21
241:12,13
245:1
263:16
308:20
334:25
338:23
339:4,17
340:20
345:1
**putting**
114:25
135:10
145:12
188:6
241:11
277:11

———
**Q**
**qualific...**
224:22
**qualific...**
224:18
279:10
**qualified**
44:10
52:15 80:2
89:13
121:23
122:4
198:14
224:11,15
224:16,20

DR. ANTHONY FAUCI 11/23/2022

qualifies
  339:18
quantitate
  236:16
quantitated
  297:25
quantita...
  298:2
quantity
  235:20
question
  11:13,17
  11:18,19
  11:20
  14:17
  19:22,23
  20:24
  22:19  25:9
  26:25  27:2
  35:23
  36:24
  41:22,24
  47:9,11
  49:13
  58:25
  60:25  62:1
  62:1,19
  69:21
  83:10,11
  115:12,12
  116:10,10
  116:15
  119:17
  127:24
  134:10,10
  134:17
  136:24
  139:3,3
  140:17
  147:13
  153:8
  156:17
  158:3
  159:23
  163:14
  174:24
  175:6
  176:18
  181:13

183:9
185:12
194:21
197:24
198:11
200:25
202:14
209:22
215:9
224:16
230:5
236:14
240:20
247:13
260:14
262:5,15
267:19
269:11
270:14
275:1
281:6
282:3
284:10,10
288:7
292:16
294:17
306:15,16
310:23
312:14
315:10
330:16
332:19
334:14
335:21
340:11
345:16
350:11,20
357:8
questioned
  155:9
questioning
  76:18
  148:7
questions
  12:1,17
  14:13
  20:21
  26:11,15
  31:18

43:14  47:8
47:21
48:23
53:10
68:17
82:20
94:15,17
97:14
102:3
110:20
127:22
172:3
176:16
177:4
226:25
241:10
287:2
289:21
314:5
329:25
330:25
359:14
quick 52:16
  176:18
  257:16,19
  258:9,12
  325:23
quickly 52:3
  60:16
  106:20
  107:10,11
  107:13
  239:11
quiet 64:19
quite 23:18
  30:11  64:7
  81:14
  86:16
  107:19
  168:13
  174:14
  180:18
  218:14
  219:18,20
  226:7
  230:9
  278:12
  348:8
quotation

272:25
quote 7:1
  41:16  42:9
  127:5
  136:14
  144:8
  145:7
  146:13
  157:16
  163:23
  164:4,20
  164:20
  192:5
  227:7
  229:10
  237:17
  260:20
  271:24,25
  273:15,19
  278:4,4,18
  285:1
  342:5,5,15
  344:18
quoted
  271:13
  281:1
  290:18
quotes 143:3
  146:7
  218:13
  229:6
  275:22,25
  276:3,8
  342:13

────── R ──────
R 1:8  9:1,7
  361:7
  362:2
R-e-d-d-i-t
  282:8
R-o-w-e
  293:2
radar 42:6,9
  43:19
  60:10
  71:25
  281:19
  340:21

radiated
  337:16
radiating
  337:22
raise 12:24
  35:10
  63:19  71:5
  71:14
raised 31:18
  35:2  50:8
  51:20  60:2
  96:18
  116:18
  230:22
  252:23
raising
  34:13
  52:11
  98:20
  102:14
Ralph 32:12
  32:15
  39:22
  40:10
  42:17  56:9
  147:15
  148:24
  149:6
ran 45:25
randomiz...
  246:22
randomized
  244:10
  246:21
  248:10,10
  322:1
  354:13
range 118:24
ranging
  175:2
ranking
  108:9
rapid 166:19
rarely 55:11
re-tweeted
  229:8
reach 96:5
reached
  152:8

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 245:16 | 190:25 | 195:6,14 | 87:24 | 92:21 93:6 |
| **reaching** | 273:15 | 207:7 | 156:22 | 94:5,5 |
| 325:21 | 294:25 | 210:8 | 179:24 | 95:13 |
| **reaction** | 310:9 | 218:13 | **reasonably** | 96:15,16 |
| 166:8 | 325:10 | 219:18 | 83:7 | 96:19,25 |
| **read** 13:12 | 353:8 | 230:9,10 | 297:17 | 102:17 |
| 14:14 19:2 | 354:5 | 230:19 | **reasons** 16:5 | 112:5,7,9 |
| 28:1 31:16 | **real** 79:15 | 232:6 | 315:23,24 | 114:7 |
| 50:17 59:6 | 88:20 | 235:19 | 316:1 | 116:8,12 |
| 61:7 69:5 | 167:18 | 238:19 | 317:7 | 120:13 |
| 69:14,16 | 215:19 | 244:4 | 320:22,25 | 124:10,21 |
| 69:20 | 231:19 | 305:22 | **reassuring** | 127:6 |
| 103:10 | 244:4 | 309:20 | 183:22 | 128:25 |
| 119:11,12 | 299:15 | 312:8 | **recall** 22:21 | 129:17,22 |
| 143:14 | 323:16 | 314:9,13 | 26:5,9 | 130:1,4 |
| 153:5,19 | **real-time** | 316:20 | 28:24 29:3 | 131:14,15 |
| 176:22 | 244:16 | 317:24 | 29:6 30:8 | 131:17 |
| 181:4 | **really** 23:18 | 321:5,10 | 32:3,25 | 132:1,3,3 |
| 183:6,8 | 30:8 32:16 | 334:14 | 33:2 34:2 | 133:6 |
| 184:12,13 | 39:17 | 335:21 | 34:12 | 137:1,3,17 |
| 187:19,22 | 51:12,13 | 337:10 | 35:13 40:6 | 138:19 |
| 187:25 | 51:25 52:1 | 343:14 | 42:5 49:7 | 139:5 |
| 190:11,13 | 57:12 61:5 | 351:8 | 49:8,18 | 140:18,22 |
| 245:12 | 62:20 | 353:10 | 55:8,15 | 140:23 |
| 249:16 | 78:22 | 358:1 | 56:12,14 | 143:23 |
| 250:3,4 | 85:21 | **reason** 17:13 | 57:10,12 | 144:2,4,7 |
| 253:25 | 86:21 87:1 | 43:2 52:13 | 57:15,16 | 146:16,19 |
| 254:1 | 87:8,21 | 58:18 | 57:19,20 | 146:22 |
| 255:3 | 102:19,23 | 135:1 | 59:2,5 | 147:13,22 |
| 294:23 | 105:1 | 166:25 | 60:4,8,11 | 147:25 |
| 306:9,14 | 110:4 | 173:5 | 61:1,4,5 | 149:9,12 |
| 330:15 | 111:5,20 | 182:13 | 62:10,18 | 149:21,23 |
| 341:8,9 | 113:5,23 | 198:24 | 63:11 64:4 | 159:17 |
| 359:15 | 114:1,1 | 247:3 | 64:17 | 160:19 |
| 361:12 | 120:16 | 249:13 | 66:13,22 | 162:8,15 |
| 362:6,10 | 125:23 | 260:11 | 67:1,3,10 | 163:2,3 |
| 362:14,18 | 126:14 | 278:18 | 68:2 72:8 | 165:25 |
| 362:22 | 128:24 | 305:24 | 72:11,16 | 167:9 |
| 363:6 | 129:22 | 320:18 | 73:23 74:9 | 168:3 |
| **reading** | 134:6 | 342:17,25 | 74:14 | 172:13,19 |
| 42:12 | 140:25 | 344:22 | 78:17,18 | 173:23 |
| 68:20,23 | 151:19 | 349:17 | 78:22 79:4 | 175:23,25 |
| 69:1,14 | 165:4 | 352:1 | 83:2,9 | 178:1,2,3 |
| 102:8,10 | 168:13 | 358:25 | 84:14 85:4 | 178:4 |
| 114:14 | 171:18 | 362:7,11 | 85:11,14 | 180:14 |
| 130:19 | 174:13,14 | 362:15,19 | 85:17,21 | 181:3 |
| 180:17 | 180:13 | 362:23 | 85:23 | 184:11,22 |
| 184:11 | 189:20 | **reasonable** | 86:11 | 184:25 |
| 188:8 | 192:22 | 86:16 | 90:25 91:3 | 186:7,9,17 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 186:18 | 284:22 | 263:18 | 36:11 | **record** 7:3 |
| 187:5 | 285:12 | **received** | 43:22  44:3 | 9:3  10:9 |
| 188:2,5,8 | 287:6 | 19:25 | 45:20 | 11:15 |
| 189:14 | 290:13,16 | 124:2 | 46:25 | 18:21 |
| 190:24 | 290:21 | 178:12 | 57:21  58:1 | 19:19  22:8 |
| 191:25 | 291:13,16 | 206:21 | 66:19 | 30:6  49:25 |
| 198:22 | 292:7,15 | 256:23 | 74:13,25 | 54:6,7,9 |
| 202:1,3 | 292:24 | **receiving** | 79:12 | 54:10,13 |
| 208:13 | 293:1,24 | 247:17 | 84:12 | 65:19 |
| 209:21,23 | 295:9,25 | **Recess** 54:11 | 111:2 | 69:17,18 |
| 209:23 | 296:4,21 | 83:19 | 120:15 | 69:20 |
| 212:3,9 | 297:2,3,14 | 150:4 | 125:17,19 | 83:18,21 |
| 213:1,10 | 300:21 | 203:20 | 127:8,10 | 109:20 |
| 216:11 | 301:22 | 219:5 | 137:22 | 114:24 |
| 217:23 | 314:2,5,8 | 253:10 | 147:1 | 121:8 |
| 220:7,8,15 | 314:20,23 | 313:2 | 153:14,15 | 137:13 |
| 220:20,21 | 315:1,4,6 | 354:25 | 160:24 | 150:3,6 |
| 222:24 | 318:15 | **recipient** | 171:21 | 163:12 |
| 223:7,17 | 319:6 | 19:11 | 172:12 | 164:18 |
| 225:15,24 | 322:4,5 | **recipients** | 216:3 | 178:9 |
| 225:25 | 326:7 | 263:23 | 220:22,24 | 179:4 |
| 226:3,13 | 327:20 | **recognize** | 223:2 | 203:19,22 |
| 226:15,19 | 328:25 | 12:12,21 | 234:25 | 214:20 |
| 227:14 | 329:5 | 13:12  25:7 | 238:8 | 215:2 |
| 228:1,8,12 | 335:23 | 25:16 | 283:18 | 219:3,7 |
| 229:13,18 | 336:1,4 | 63:12 | 307:10 | 232:2 |
| 230:2 | 337:4 | 134:21,24 | 340:12,19 | 253:9,12 |
| 238:2,3,4 | 340:4,15 | 135:6 | **recombin...** | 313:1,4 |
| 238:6,8,10 | 340:17 | 153:18,19 | 23:20 | 328:2 |
| 238:14,16 | 342:16 | 159:2 | **recommend** | 344:8 |
| 239:1,4 | 343:7,17 | 175:3 | 139:20 | 354:21,24 |
| 243:13 | 343:19,21 | 187:17 | 140:3 | 355:2 |
| 244:8,24 | 343:23 | 253:18,22 | 314:17 | 357:9 |
| 251:11,14 | 344:17,20 | 263:11,13 | 315:18 | 359:18,20 |
| 252:17,20 | 344:23,25 | 296:1 | **recommen...** | **recorded** 9:5 |
| 253:1 | 345:3,16 | 299:4 | 139:12 | 359:21 |
| 255:6,9,16 | 347:8,10 | 300:5 | 317:16,18 | **redact** |
| 256:4 | 347:12 | 305:8 | 321:7 | 122:18,18 |
| 257:5,7 | 349:11 | 324:20 | **recommen...** | 206:18 |
| 258:12 | 351:1 | **recognized** | 169:10 | **redacted** |
| 262:1,10 | 352:2,9,17 | 46:7 | 285:7 | 55:6 |
| 263:1 | **recalled** | **recognizes** | **recommended** | 122:20,22 |
| 264:17,20 | 43:18 | 12:18 | 139:15,16 | 122:22 |
| 265:2,6 | 82:19 | 25:14 | 139:18,25 | 178:9 |
| 268:10,11 | **recalling** | **recollec...** | 140:11 | 206:12 |
| 268:18,19 | 45:25 | 19:5,7,8 | 320:18 | 313:23 |
| 269:5 | **receive** | 27:15,17 | **recommen...** | 348:4 |
| 270:13,24 | 19:17  45:6 | 28:25  35:4 | 250:7 | **redaction** |
| 276:5 | 201:21 | 35:12 | 315:1,22 | 84:9 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| redactions | 222:10 | 266:25 | regularly | 142:24 |
| 122:17 | 257:12 | 267:6 | 175:9 | 197:5 |
| Reddit 282:6 | 349:4 | 275:19 | rejects | remdesivir |
| 282:7,10 | referring | 304:8 | 276:9 | 353:7,22 |
| 282:16 | 23:19,22 | 347:21 | relate 30:3 | remember |
| Redfield | 26:17 40:7 | 350:7,8,13 | related | 13:21,22 |
| 35:5,6 | 40:16 41:2 | refers 57:14 | 16:17 43:4 | 13:23 14:7 |
| redial 92:14 | 41:21,22 | 60:13 | 43:14 82:5 | 21:1,17 |
| reduce | 41:25 50:5 | 137:7 | 83:9 | 32:23 34:5 |
| 102:22 | 50:12 | 177:14 | 137:18 | 44:1 45:16 |
| reduced | 51:22 52:3 | 183:22 | 262:13 | 59:3 60:9 |
| 360:9 | 56:18 58:6 | 255:20 | 283:1 | 60:15,22 |
| refer 15:19 | 70:2 88:4 | 349:20,22 | 289:19 | 61:22 |
| 23:15,24 | 90:13 | 350:6 | 301:11 | 62:25 63:2 |
| 24:3,14,20 | 107:7 | reflected | 355:6 | 63:7,9 |
| 33:2 85:22 | 113:15,20 | 71:15 | 360:11 | 64:10 66:1 |
| 155:12 | 114:2 | 322:21 | relates | 72:9 73:20 |
| 169:4 | 115:20,22 | reflecting | 165:4 | 74:7 77:14 |
| 174:4 | 115:23 | 334:3,8 | relations | 77:15 |
| 306:18 | 116:9 | reflects | 283:16 | 78:25 |
| 333:2 | 118:1,16 | 66:23 | 327:9 | 81:21 83:5 |
| 349:25 | 119:1 | refusals | relation... | 85:18 93:1 |
| reference | 125:7 | 288:22 | 33:3 35:17 | 93:2,4 |
| 21:22 49:5 | 132:7 | refutation | 36:1 63:16 | 94:2 95:12 |
| 106:18 | 133:16 | 260:15 | 175:1 | 95:19 |
| 204:18 | 136:16 | 266:20 | 205:8 | 98:20 |
| 211:21 | 137:9,15 | 269:13 | relation... | 102:13 |
| 254:23 | 142:8 | refuting | 174:6,19 | 114:12 |
| 267:5 | 154:8,9,17 | 268:22 | relative | 115:23 |
| 299:18 | 157:12 | 269:6,12 | 360:13 | 116:9 |
| 306:12 | 158:7 | regarded | relatively | 124:9 |
| 348:25 | 168:5,7 | 80:1 | 63:24 | 126:3 |
| References | 174:9 | regarding | 64:13,19 | 139:19,21 |
| 6:18 | 193:3,6,14 | 63:17 | 336:8 | 141:7,25 |
| referred | 201:2 | 71:23 | release | 142:1,3,5 |
| 16:1 17:10 | 214:16,22 | 110:1 | 172:3 | 147:4,5,8 |
| 18:7 19:11 | 218:17,22 | 111:7 | released | 149:20 |
| 26:2 41:8 | 218:23 | 226:2 | 193:11 | 160:1,2 |
| 48:16 | 219:22 | 266:9 | 194:18 | 174:12 |
| 57:24 | 220:3 | 312:11 | relevant | 175:10,12 |
| 90:11 | 228:6 | 314:24 | 42:25 | 180:17 |
| 118:7 | 234:23,24 | regardless | 95:15,16 | 181:17,18 |
| 133:13 | 246:20 | 353:11 | relied 122:3 | 187:1 |
| 151:6 | 248:9 | regards | 333:5,11 | 194:7 |
| 160:25 | 250:18 | 84:10 | 333:16 | 198:21 |
| 212:24 | 255:21 | register | relies | 200:1,2,4 |
| 214:23 | 257:18,23 | 282:19 | 288:25 | 200:7,10 |
| 217:8 | 258:22 | regular | rely 290:2,4 | 200:14 |
| 221:14 | 259:14 | 21:20 | remarks | 226:5,17 |

| | | | | |
|---|---|---|---|---|
| 227:24 | 213:8 | 74:15 | 122:7,13 | 144:9,11 |
| 244:15,23 | 240:6,16 | 87:13 | 287:15 | 144:13 |
| 252:22 | 300:19 | 100:23 | **require** 16:8 | 145:6,9,11 |
| 253:23 | 304:15 | 145:23 | **required** | **residues** |
| 254:3 | **render** 363:9 | 150:22,24 | 168:17 | 162:13 |
| 256:2 | **renders** | 198:8 | **research** | **resources** |
| 263:14,15 | 24:15 | 201:22 | 6:11 15:15 | 177:10 |
| 263:21 | **renewed** | 209:14 | 15:20 16:1 | **respect** |
| 268:14,15 | 42:13 | 213:4 | 16:2,17,20 | 77:19 |
| 271:1 | **renowned** | 360:1 | 16:23 17:2 | 224:11 |
| 282:20 | 45:22 | **reporters** | 18:11 26:1 | 241:18 |
| 293:17 | **repeat** 19:22 | 201:8 | 26:4 27:4 | **respected** |
| 302:4,6,7 | 35:23 | 271:21 | 27:18,19 | 45:12 |
| 328:23 | 36:24 | 290:18 | 27:24 28:4 | 103:2 |
| 334:25 | 63:13 | 296:13 | 28:8,9 | 122:4 |
| 336:5 | 241:23 | **reporting** | 29:14,25 | 132:6,21 |
| 338:10 | 280:4 | 272:15 | 30:4 33:15 | 259:9 |
| **remembered** | 281:6 | 334:3 | 36:7 37:3 | 261:3,20 |
| 141:9,22 | 312:7 | **reports** | 46:9 57:22 | 289:8,10 |
| **remind** 74:16 | **repeated** | 75:16 | 57:23 | **respects** |
| 288:10 | 198:8 | 143:15 | 67:15,17 | 229:21 |
| **reminder** | **repetitive** | 229:7 | 67:18,22 | **respiratory** |
| 309:17 | 283:9 | 280:20 | 70:11 71:6 | 166:17 |
| **removal** | **report** | 336:20 | 71:15,19 | 169:1,25 |
| 240:5 | 164:18,19 | 341:3 | 71:23 76:7 | **respond** 42:2 |
| **remove** | 190:6 | **represent** | 117:8 | 68:13 72:3 |
| 151:22 | 209:7 | 9:17 | 118:7,19 | 191:24 |
| 211:5,11 | 229:6 | **represen...** | 133:14 | 192:4 |
| 212:1 | 232:16,24 | 46:25 | 153:23 | 207:4,8,9 |
| 238:1 | 234:2 | 230:6 | 154:12,15 | 207:10 |
| 283:1 | 242:14,22 | **represen...** | 154:19 | **responded** |
| 288:18 | 341:1 | 231:14 | 155:6,7,13 | 84:23 90:7 |
| 289:1 | 344:3 | **represents** | 156:12 | 90:19 |
| 300:15 | **reported** | 232:10 | 157:4,14 | 92:17 94:3 |
| 301:1 | 156:25 | **reputation** | 215:10,13 | 116:13 |
| 310:4 | 157:19,24 | 290:7 | 215:15,16 | 206:20 |
| **removed** | 233:19 | **reputations** | 216:15 | 257:3 |
| 156:25 | 247:11 | 252:2 | 261:2,7 | 276:11 |
| 158:10,14 | 261:24 | **request** | 324:22 | **responding** |
| 208:16 | 309:8 | 122:10 | **researcher** | 143:16 |
| 209:19 | 344:21 | 132:17 | 75:20 | 145:5 |
| 237:18 | **reporter** | 305:24 | **researchers** | 204:7 |
| 301:1,4,7 | 9:13,24 | 329:15,17 | 174:6,20 | 226:25 |
| 309:22 | 12:10 | **requested** | 175:7 | 341:15,25 |
| 311:18,22 | 17:23 | 122:15 | 215:16 | **responds** |
| 329:10,12 | 26:23 | **requesting** | **reserve** | 134:15 |
| 329:13 | 60:18 | 295:19 | 359:15 | 264:10 |
| **removing** | 68:24 | **requests** | **reservoir** | 303:23 |
| 211:21 | 69:16 | 121:5 | 143:17 | 311:16 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| response | 247:19 | 19:13,14 | 150:12 | 271:4,7 |
| 21:18 | 280:22,23 | 19:15,17 | 158:25 | 276:13,15 |
| 47:20 | 281:10 | 22:3 27:8 | 167:25 | 277:18 |
| 50:16 | retracted | 32:4,6 | 170:15,24 | 278:9 |
| 70:12 | 222:5,21 | 38:21 | 171:9 | 279:13,15 |
| 79:22 | 222:23,24 | 43:21 | 172:8 | 286:18 |
| 108:2 | 222:25 | 45:11 | 173:7,12 | 288:17 |
| 118:3 | 223:1,7,8 | 47:10 | 173:16 | 294:16 |
| 121:5 | return | 48:21 51:2 | 177:13 | 295:7 |
| 122:6 | 361:16 | 51:16 | 179:6 | 296:10 |
| 132:15,16 | returned | 55:22 56:6 | 183:24 | 298:25 |
| 134:18 | 262:19 | 56:8,11 | 187:15 | 299:9,12 |
| 166:10 | returning | 58:15,18 | 188:18 | 299:20,24 |
| 198:12 | 164:10 | 59:9 61:5 | 190:18 | 300:17 |
| 206:23 | 262:12 | 61:16 62:4 | 192:6,8,10 | 307:5 |
| 227:15 | reverse | 62:13 | 192:13,17 | 308:7 |
| 230:6,12 | 23:14,15 | 71:18 | 192:19 | 310:3 |
| 257:5,7 | 23:19 24:3 | 73:14 77:8 | 193:7 | 311:14,20 |
| 269:3,11 | 24:6,10,11 | 77:10 | 194:3,3 | 311:20 |
| 287:14 | 24:22 | 80:21 | 195:21 | 317:17 |
| 299:22 | review 13:1 | 84:20 85:1 | 196:1 | 318:10 |
| 314:8 | 18:25 | 90:3,22 | 198:10 | 320:2 |
| 336:18 | 159:8 | 91:25 | 199:25 | 323:23 |
| 342:9 | 160:4,5 | 93:25 | 200:18,20 | 324:4,17 |
| responses | 191:13 | 94:25 98:1 | 203:4,13 | 327:10,13 |
| 287:3 | 214:18 | 101:25 | 203:16 | 327:14 |
| responsi... | 229:24 | 105:11,14 | 204:13 | 330:14,19 |
| 96:1,4 | 249:14 | 106:22,25 | 206:23 | 330:20 |
| 357:20 | 319:1 | 111:22 | 207:6 | 331:18 |
| rest 164:25 | reviewed | 112:17 | 211:2 | 333:12,14 |
| 190:14,22 | 69:25 | 116:3,17 | 212:11 | 334:5 |
| 348:10,13 | 70:13 | 118:5,8,10 | 213:3 | 339:5,11 |
| restate | 159:18 | 119:17 | 221:24 | 342:23 |
| 185:12 | 246:1,6 | 120:8,9 | 222:9,19 | 344:9 |
| restriction | reviewing | 123:8,11 | 227:13,17 | 348:8 |
| 117:17 | 124:21 | 123:12 | 227:20,23 | 349:6 |
| 119:15 | revised | 124:4,8,20 | 228:1 | 350:15,21 |
| restrict... | 120:5 | 125:22,24 | 239:7 | 351:12,22 |
| 117:16 | 128:15 | 126:1,24 | 242:18,20 | 354:18 |
| result | revoke | 128:19 | 245:21,24 | 356:4 |
| 112:22 | 220:19 | 130:4 | 250:9,12 | 359:15 |
| 114:5 | revoked | 131:6,10 | 250:15 | rightly |
| 124:3,5 | 220:23,25 | 131:11,12 | 251:8 | 46:13 |
| 345:11 | Reynolds | 132:25 | 253:23 | ring 117:4 |
| resulted | 264:14,21 | 133:17 | 255:12 | 135:14 |
| 355:23 | 265:1 | 139:4 | 257:11 | 184:16,20 |
| results | rid 309:25 | 140:25 | 261:2 | 209:12 |
| 42:18 | right 15:21 | 146:9 | 264:1,14 | 239:5,7 |
| 246:9,24 | 15:24 | 148:21 | 266:21 | 264:22 |

285:23
291:19
293:15
337:5
338:7
349:16
352:15
ringing
98:24
292:16
rings 270:25
343:20
Rio 296:16
rip 278:22
rise 29:1
70:21
risen 256:19
risk 13:15
15:8,15,17
18:5,8
22:14 41:4
41:9,15
221:6
314:18
317:10
Rob 336:13
336:16,22
Robert 35:5
35:6
Rochelle
296:17
Rockefeller
292:3
role 75:2
76:1
100:12
248:11
rolling
283:20
Roman 288:14
room 4:12
149:14
Rouge 2:21
rough 123:14
124:2,7
Routh 37:25
38:5
308:12,14
308:15

324:2,23
327:1
Rowe 293:2
rules 11:11
rumor 145:21
146:1
run 21:7,9
33:1,25
110:1
175:23
264:22
308:2,9
316:4
321:3
running 34:2
175:25
260:18

_____

S

S 2:6 6:1,6
9:1 10:10
Sabeti 132:7
132:18
135:15,17
136:1
safer 285:3
285:13
safety
117:10
118:11
313:19
314:24
358:17
359:6,7
San 133:15
174:9,15
174:17
175:8
231:18
Sandra
324:15
325:7,20
Santa 293:12
293:18
SARS 25:21
55:21,25
57:1 61:3
SARS-CoV-1
144:15

SARS-CoV-2
43:5 50:7
144:16
156:19
157:1,3,3
157:9
159:3
162:1
171:2
178:22,25
179:23
180:5
203:3
SARS-like
31:7
Saturday
46:21 55:2
61:14
66:25 77:4
82:14 85:5
89:25
91:22
93:16
124:1
341:17
Sauer 2:5
6:4 9:18
9:18 10:7
12:24,25
13:8 14:16
18:3,22
19:20
20:22
22:11
23:23
24:13,19
25:6,22
26:8,19
27:1 29:20
30:13 31:5
35:24
36:20,22
37:23
41:11,17
42:4 43:16
47:4,22,23
48:13,15
48:20,24
49:20

50:13 53:4
53:11,13
53:23 54:6
54:14 57:5
60:20
62:11 63:5
65:16,20
65:24 69:4
69:22
71:13 73:5
74:17
76:19,23
76:25
78:16
79:19
82:11
83:11,22
84:2 86:10
87:4,17
88:14
89:17 90:6
90:14 93:3
93:17 94:1
94:16,19
96:7,14
97:18
99:10
102:1
108:24
109:21
110:8
111:13
112:11,25
113:18
115:3,21
117:6
118:17
119:2,23
120:1
121:4,9
123:2
125:20
127:20
128:6
129:13,18
130:12
134:22
137:16
138:12,20

138:25
141:14
142:22
143:12
144:6
145:2,13
145:25
146:15,25
148:8,15
148:17
149:18,24
150:7
151:1
152:16,20
153:2
154:6
155:14
158:8,22
158:25
159:1,12
159:24
161:19
162:17
163:10
164:3,6,15
166:14
167:13,17
168:23
170:8,12
172:17
173:1
174:13,23
176:10,17
178:11,15
178:16,20
179:5,16
181:25
182:4,9
183:10
184:6
185:9,10
185:19
187:7,14
188:1
190:3
193:21
195:18
196:15,23
197:7,22

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 199:17 | 254:2,10 | 319:8,16 | 71:21 74:7 | 342:16,16 |
| 200:16 | 256:1 | 322:23 | 84:17 86:2 | 344:13,17 |
| 201:10,12 | 257:21 | 323:18,22 | 86:14 | 344:20,21 |
| 201:15,19 | 259:16 | 325:6,18 | 90:20 | 344:24 |
| 203:17,23 | 260:8 | 326:3 | 91:11 92:1 | 348:19,22 |
| 204:2 | 261:9,15 | 327:6,23 | 99:2 103:6 | 356:3 |
| 205:13 | 262:9 | 328:3 | 103:16 | 357:10 |
| 206:2,15 | 263:10 | 329:19 | 116:24 | **says** 15:16 |
| 207:23 | 266:7,18 | 330:4,9 | 121:7,7 | 22:1 23:4 |
| 208:6,8,20 | 269:15,25 | 331:25 | 132:5 | 25:24 |
| 209:6,15 | 270:9,20 | 332:11 | 136:23 | 26:16 27:8 |
| 209:20 | 271:18 | 333:9 | 139:4 | 39:20 41:1 |
| 210:11,14 | 272:18 | 334:16,22 | 143:3 | 42:13 49:2 |
| 210:20 | 273:8,17 | 337:2 | 144:10 | 50:23 |
| 211:19 | 274:8,13 | 338:9 | 145:6 | 51:24 52:6 |
| 212:18 | 275:6,11 | 339:20 | 146:8,16 | 54:17 |
| 213:20 | 277:21 | 340:24 | 161:15 | 55:18,25 |
| 214:3,23 | 280:10,18 | 341:11 | 163:15 | 63:10 |
| 215:8 | 281:4,13 | 344:2,10 | 164:21 | 65:19 67:2 |
| 219:8 | 282:14 | 346:4,19 | 179:4 | 68:19 |
| 221:13,19 | 283:5,14 | 346:20 | 180:13 | 69:24 |
| 223:5,11 | 284:11 | 347:7 | 189:6,11 | 70:19 73:8 |
| 224:4,17 | 285:15,21 | 348:24 | 191:6 | 73:15 84:8 |
| 226:4,12 | 286:6,20 | 352:11,22 | 192:5,11 | 85:11 |
| 226:23,24 | 287:13,17 | 354:17 | 197:25 | 86:20 88:6 |
| 227:6 | 287:23 | 355:3,25 | 198:21 | 89:24 |
| 228:18,23 | 289:5 | 356:17 | 199:4 | 93:24 95:1 |
| 229:23 | 292:9 | **save** 103:20 | 200:7 | 97:16 |
| 232:15 | 293:16 | 144:15 | 206:21 | 102:3,19 |
| 233:9 | 294:5,8,19 | 169:17 | 218:13 | 103:2,12 |
| 234:14 | 297:11 | 342:22 | 226:3,7,8 | 106:13 |
| 235:2,14 | 298:6,11 | **saved** 151:10 | 228:11,12 | 108:2 |
| 235:25 | 298:20 | 345:12 | 228:14 | 110:18 |
| 236:12 | 299:5 | **saving** | 229:7,13 | 112:4 |
| 237:13,16 | 301:12 | 256:16 | 234:9 | 113:10,11 |
| 237:22,24 | 302:3 | **saw** 81:13 | 244:8 | 115:12 |
| 239:19 | 303:1,18 | 130:3 | 245:13 | 116:14 |
| 240:15,19 | 304:22 | 165:13 | 272:11 | 118:2,16 |
| 240:25 | 305:1,15 | 184:21 | 274:16 | 120:7,22 |
| 242:13 | 305:18 | 196:6 | 283:9 | 121:14 |
| 243:6,19 | 306:11 | **saying** 11:24 | 288:16 | 123:13 |
| 244:22 | 307:17 | 25:12 | 289:10,20 | 124:6,17 |
| 245:7 | 309:3 | 27:25 | 304:19 | 125:2,9 |
| 246:4,15 | 310:17,21 | 32:19 | 310:8,11 | 127:1,1 |
| 247:9 | 311:2,10 | 34:22 | 315:15 | 128:15 |
| 249:5,8,24 | 312:24 | 40:16 48:3 | 316:20 | 131:2,18 |
| 251:1,20 | 313:5,20 | 58:2 61:22 | 324:24 | 131:22 |
| 253:4,7,13 | 314:7,25 | 64:10 | 328:13 | 132:12 |
| 253:17 | 318:11,23 | 69:23 | 342:4,13 | 137:6,15 |

| | | | | |
|---|---|---|---|---|
| 139:22 | 245:19 | **scan** 197:17 | **scientif...** | 303:2 |
| 142:25 | 246:5 | **scenario** | 37:7 | **scours** 260:4 |
| 143:13 | 247:20 | 156:14,15 | **scientist** | **screen** 9:4 |
| 144:23 | 249:11,18 | **SCHMITT** 2:6 | 32:13,20 | 42:6,10 |
| 145:19 | 250:1 | **scholar** | 33:8,11 | 43:19 |
| 146:8,12 | 251:4 | 258:19 | 40:11,14 | 60:10 |
| 146:13 | 254:1,8,18 | 259:9 | 40:23 44:6 | 71:25 |
| 148:24 | 255:1 | **scholarly** | 45:22 47:2 | 281:19 |
| 149:13 | 260:9,10 | 258:20 | 104:15 | 340:21 |
| 153:22 | 264:5,12 | 259:13 | 147:20 | **screened** |
| 161:24 | 267:18 | 333:21 | 191:16 | 263:19 |
| 164:16,17 | 268:4 | **scholars** | 193:3 | **scrutini...** |
| 164:19 | 271:20 | 334:4 | 204:22 | 322:11 |
| 170:25 | 272:25 | **School** 40:12 | 207:14,17 | **search** |
| 171:15 | 273:7 | 40:24,24 | 261:3,22 | 280:22,22 |
| 172:1 | 275:22,25 | 265:11 | 292:19 | 281:10 |
| 177:13 | 278:2,2 | 291:3 | 293:7 | **searching** |
| 179:6,11 | 280:16 | **science** 17:5 | 334:1 | 302:13 |
| 180:7 | 288:18 | 17:7 49:6 | 357:1 | **sec** 204:16 |
| 182:19 | 299:13 | 50:9 62:14 | **scientists** | 271:17 |
| 183:11 | 300:2,17 | 110:19 | 32:18 33:2 | **second** 17:18 |
| 188:8,14 | 303:5,10 | 111:7 | 44:19 | 19:9,11 |
| 190:16 | 303:15,23 | 113:8 | 46:20 | 25:24 |
| 191:11 | 304:1,6 | 193:4,4 | 58:25 | 26:18,21 |
| 197:3,4,18 | 305:21,24 | 273:11 | 59:23 | 39:9,12,14 |
| 197:18 | 307:25 | 319:17 | 63:21 | 47:5 50:19 |
| 198:4,5,20 | 308:19 | 323:10 | 75:22 80:1 | 52:4 62:3 |
| 202:20 | 309:8,16 | **scientific** | 148:2 | 101:24 |
| 203:7 | 309:19 | 21:7 34:1 | 149:16 | 102:10 |
| 209:11 | 311:24 | 37:8 75:14 | 251:15 | 105:1,3,10 |
| 210:21,22 | 324:19 | 75:16 76:7 | 271:10 | 111:14 |
| 211:3 | 325:20 | 77:7 79:3 | 297:18,21 | 115:4 |
| 212:23 | 327:7 | 102:5 | 298:4 | 120:2 |
| 213:3 | 328:17 | 175:5 | **scope** 58:4 | 125:8,21 |
| 218:8,25 | 329:9 | 183:17 | 58:23 | 127:4,7 |
| 219:10,15 | 330:24 | 189:7,12 | 59:12 | 132:11,23 |
| 219:16 | 331:9,22 | 191:7,9,16 | 62:21 | 144:24 |
| 222:1,13 | 332:2 | 195:8 | 63:16 70:7 | 145:16 |
| 222:16,23 | 335:2,17 | 201:23 | 71:22 | 161:23,24 |
| 222:25 | 335:18 | 202:12,21 | **Scott** 267:23 | 171:23 |
| 224:20 | 337:9,10 | 215:4 | 300:1 | 180:2 |
| 226:25 | 337:14 | 216:1 | 346:21 | 182:16,25 |
| 229:3,12 | 341:15,24 | 218:13 | 348:3,21 | 194:21 |
| 232:17 | 342:24 | 219:17 | 349:8 | 197:24 |
| 233:18 | 344:8,11 | 259:11,12 | 350:6,6 | 218:9,12 |
| 234:2 | 344:16 | 273:3 | 351:11 | 224:12,22 |
| 235:5 | 353:5 | 292:4 | 352:1,3,9 | 225:2,5,6 |
| 237:21 | **scale** 153:22 | 295:3 | 352:13,18 | 229:4 |
| 243:2 | 244:1 | 318:17 | **scour** 302:24 | 252:8 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 267:9,10 | 51:14 | 176:22 | 324:1 | 124:7 |
| 283:19,20 | 52:17 | 179:7,8 | 325:2,7 | 127:4 |
| 298:21 | 53:14 | 182:19 | 328:5 | 132:14 |
| 311:11 | 54:15 | 183:11,15 | 329:11 | 138:24 |
| 324:13 | 55:17,18 | 185:20,24 | 330:18 | 153:18 |
| 325:2 | 65:12 68:6 | 185:25 | 331:22 | 159:9 |
| 328:4,8 | 72:4,23 | 190:13 | 332:1 | 202:10,19 |
| 329:10 | 73:6,18 | 197:17 | 335:17 | 261:6 |
| 332:14 | 74:19,21 | 202:17 | 337:11,18 | 275:13 |
| 335:14 | 75:23 78:7 | 204:3 | 341:12 | 295:9 |
| 341:12 | 84:10 86:6 | 207:7,14 | 344:3,5 | **sending** |
| 353:6 | 86:22 | 207:15 | 347:17,17 | 37:25 49:8 |
| 359:15 | 89:23 | 209:7 | 350:7 | 61:22 67:8 |
| **second-t...** | 93:10 | 222:1,5 | 352:1 | 266:19 |
| 97:10,19 | 94:25 98:6 | 225:12 | 353:13 | 268:21 |
| 98:2 | 101:14 | 232:16,20 | 354:15 | 330:21 |
| 101:10 | 102:2,7,9 | 232:23,25 | **seeing** 170:6 | 350:3 |
| 126:19 | 103:11 | 234:6,7 | 188:8 | **senior** |
| 307:19 | 105:4,15 | 235:3 | 263:20 | 108:14 |
| **secondary** | 106:21 | 242:16 | 284:22 | 271:20 |
| 145:21 | 110:14,22 | 244:24 | **seen** 19:2 | **sense** 143:8 |
| 146:1 | 111:4,14 | 248:7 | 20:8 21:10 | 146:3 |
| **seconds** | 113:13 | 254:1,18 | 25:17 48:4 | 205:7 |
| 51:24 | 115:14 | 259:18,19 | 125:22 | 229:22 |
| **secret** | 116:16 | 259:20 | 175:16 | 230:19 |
| 349:13 | 119:18 | 260:7 | 205:7,10 | **sensitive** |
| **secretary** | 120:22 | 263:4 | 205:20 | 357:2 |
| 5:2 255:12 | 121:10 | 267:4,7,12 | 279:20 | **sensitivity** |
| 255:15 | 123:9 | 267:16 | 283:16 | 74:3 |
| 256:5,10 | 125:4 | 270:4 | 284:18 | **sent** 49:18 |
| 267:24 | 130:18 | 271:19 | 322:6 | 50:5 54:20 |
| 313:9 | 137:5 | 272:2,24 | 337:15 | 54:24 |
| **security** | 139:10 | 274:15 | **sees** 164:3 | 61:14,18 |
| 28:6,14 | 142:1,25 | 275:16 | **selected** | 66:9 68:11 |
| 30:2 | 143:1,21 | 277:23,24 | 74:23 | 68:14,18 |
| 348:23 | 144:23 | 283:20 | **selection** | 69:9,24 |
| 349:8,13 | 145:17 | 284:10 | 75:1 | 75:8 89:25 |
| 349:15,18 | 146:5 | 285:4,5 | **selectively** | 91:22 92:2 |
| **see** 12:12 | 148:18,25 | 294:23 | 258:3 | 120:15 |
| 13:22 | 152:21 | 295:19 | 277:3 | 127:7 |
| 14:15 | 153:6 | 298:22 | **self-cor...** | 128:17 |
| 21:25 | 154:2 | 299:16,21 | 323:10,11 | 129:1,4 |
| 22:25 23:4 | 156:6 | 305:5 | **selling** | 132:4 |
| 26:20 31:6 | 163:11,15 | 306:12,17 | 310:12 | 135:19 |
| 39:11,16 | 163:16,24 | 306:24 | **send** 55:2 | 139:21 |
| 39:25 41:6 | 166:23 | 308:6,12 | 61:20 | 159:14,15 |
| 43:2 44:12 | 167:18 | 309:6 | 82:22 | 160:4,17 |
| 48:1,16,25 | 170:23 | 311:13 | 120:10 | 160:21,24 |
| 50:15,19 | 176:5,21 | 317:3 | 123:15 | 161:15 |

| | | | | |
|---|---|---|---|---|
| 173:22 | sequenti... | 239:12 | 287:18,19 | 319:15,18 |
| 179:18 | 116:2 | SHEET 362:1 | 287:21 | 319:22 |
| 189:18 | serial | sheets | 315:7 | 322:19 |
| 196:5,10 | 115:13,23 | 361:11,13 | 341:4 | 358:5,9 |
| 202:8 | 116:2,10 | 361:16 | 342:2,3 | sign 29:9 |
| 208:24 | 117:13 | Sheryl | 343:21 | 298:14 |
| 254:5,11 | 293:11 | 296:13 | showed 21:2 | 359:16 |
| 254:15 | series | Shi 33:5,14 | 21:15 | 361:13 |
| 263:22 | 176:19 | 35:17 36:1 | 35:18 | signature |
| 269:8 | 217:18 | 36:6,16 | 60:12 | 308:5 |
| 294:13,21 | serious 88:1 | 37:2,7,13 | 160:22,22 | 324:21 |
| 295:8,12 | seriously | 55:19,25 | 180:1 | 361:11,13 |
| 305:11 | 88:24 | 56:9,16,23 | 214:10 | 361:17 |
| 307:21 | 358:3 | 60:23 61:2 | 219:24 | 362:25 |
| 311:11 | service | 62:13 | 221:1 | signed |
| sentence | 241:15,17 | 71:15 | 237:1 | 248:17 |
| 14:3 42:24 | 282:25 | 117:8 | 269:2 | 251:5 |
| 52:4,6 | 285:17 | 119:4 | 316:9 | 297:22 |
| 105:10 | Services 4:8 | shiny 192:6 | 337:15 | 298:7,14 |
| 121:11,14 | 4:10 | 192:16,21 | 342:3 | significant |
| 153:22 | 267:23 | 192:25 | 347:12,13 | 76:12 |
| 161:24 | 313:10 | 193:2,11 | 352:17 | 187:5 |
| 164:17 | session | 199:4,6,7 | 353:21 | 267:3 |
| 165:5,12 | 359:21 | short 2:17 | showing | 323:14 |
| 166:1 | set 27:21 | 83:15,15 | 215:7 | signoff 29:5 |
| 180:4 | 119:3 | 152:21 | 217:10 | silent 63:24 |
| 191:11 | setting | 316:3 | 318:25 | 64:13 |
| 199:22 | 238:21 | shortage | 323:17 | silently |
| 211:10 | settle 189:5 | 316:22 | shown 12:22 | 69:20 |
| 245:18 | 189:13 | 321:2,5,13 | 22:23 25:9 | similar |
| 267:15 | 191:4 | 321:20,23 | 189:12 | 102:25 |
| 284:2 | seven 54:1 | Shortlander | shows 31:8 | 144:15,19 |
| 344:16 | 85:25 | 110:12,13 | 246:9 | 315:13 |
| sentences | 91:18 | 245:22 | 247:18 | Sincerely |
| 23:3 70:24 | 228:3 | shortly | 347:2 | 361:20 |
| 162:11 | 359:12 | 10:19 | 348:2 | sir 47:1 |
| September | severe | 277:13 | shut 69:20 | 69:21 |
| 123:19,22 | 262:22 | show 12:16 | 92:13,19 | 75:13 |
| 158:1,11 | shaking | 25:13 78:2 | 242:16 | 135:5 |
| sequence | 150:23 | 180:4 | shuts 243:3 | 163:14 |
| 189:5 | share 89:5 | 192:1 | shutting | 226:18 |
| 191:4 | 164:24 | 206:24 | 93:2 94:3 | sit 14:19 |
| sequences | 201:23 | 209:22 | 94:6 | 132:13 |
| 51:14 78:9 | 297:12 | 219:25 | 262:23 | Sitar 324:15 |
| 121:15 | shared 73:16 | 221:7 | sick 42:15 | site 153:24 |
| 157:25 | 73:17 | 242:8,9 | sickness | 283:15 |
| 158:9,14 | 297:17 | 248:6 | 274:4 | sitting |
| 158:16 | sharing | 257:4 | side 78:1 | 253:23 |
| 198:15,16 | 237:19 | 277:13 | sides 319:11 | 308:9 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| situation | smaller | 238:23 | somebody | 199:7 |
| 28:11 | 92:12 | 239:5,22 | 21:3,12 | 211:7 |
| 42:20 | 235:4 | 241:7,13 | 34:12 | 212:19 |
| 106:10 | smiling | 241:15,19 | 99:13,22 | 227:7 |
| 117:21 | 173:5 | 241:23 | 209:24 | 230:10 |
| 151:5 | SMITH 2:7 | 262:6,14 | 212:12 | 240:9 |
| 154:11 | sneezes | 262:22 | 213:2 | 243:1 |
| 167:1 | 314:17 | 269:17 | 241:3 | 254:11 |
| 169:12 | sniffling | 270:1,12 | 242:5 | 270:14 |
| 220:5 | 138:5 | 270:16,23 | 266:1 | 284:9,17 |
| 317:10 | SNOW 3:24 | 274:10,17 | 302:7 | 286:24 |
| 322:17 | social 78:12 | 274:18,22 | 332:14 | 295:15 |
| situations | 79:1,14 | 275:5 | 349:24 | 305:17 |
| 155:8 | 98:10,15 | 280:2,5 | someone's | 306:16 |
| 322:14 | 98:17,22 | 281:18,25 | 259:8 | 327:1 |
| six 54:1 | 99:3,6,11 | 282:5 | somewhat | 334:19 |
| 64:23 | 99:13,21 | 290:8 | 80:16 | 343:24 |
| 85:25 | 99:24 | 301:6,11 | 169:16 | 347:20 |
| 91:18 | 100:6,19 | 301:18 | soon 148:6 | 350:12 |
| 161:14 | 100:25 | 302:18,24 | 251:12 | sort 14:2 |
| 228:2 | 101:3 | 303:2 | 317:14 | 51:19 |
| 300:4 | 102:5,14 | 304:15 | sorry 19:22 | 79:18 |
| sixth 89:20 | 102:18 | 307:8 | 20:18 22:9 | 80:25 |
| skewed 247:2 | 103:9,12 | 311:23 | 26:10 | 87:19 |
| Slack 337:9 | 103:13,16 | 312:3,8,11 | 39:17 | 119:5 |
| Slavitt | 104:19,20 | 312:18 | 53:17,19 | 141:7 |
| 336:6,7,8 | 105:17,19 | 333:4 | 53:22 | 143:5 |
| 336:15,22 | 105:25 | 334:7 | 60:16,17 | 155:19 |
| 337:10,14 | 106:13,13 | 335:11 | 60:24 | 213:12 |
| slide 284:16 | 106:18 | 338:12,16 | 61:25 | 244:16 |
| slight | 107:6 | 340:14 | 65:21 | 284:18,19 |
| 314:15 | 110:20,25 | 344:12,18 | 71:11 | 338:18 |
| slow 26:24 | 111:4 | 345:5 | 101:22,23 | 342:6 |
| 60:19 | 150:15,19 | 346:9,10 | 102:11 | 347:13 |
| 74:16 | 151:3,21 | 356:7,12 | 105:7 | sound 78:8 |
| 87:13,15 | 152:8 | 356:16,19 | 119:9 | 208:13 |
| 100:23 | 165:14,20 | 357:19 | 123:23 | 258:13 |
| 145:24 | 166:19 | 358:1 | 125:5 | 323:7 |
| 150:25 | 168:25 | socially | 135:3 | sources |
| 209:14 | 169:10,15 | 346:24 | 145:23 | 190:6 |
| slowly 12:4 | 169:18,20 | society | 149:3 | 207:11 |
| 12:6 | 208:2,11 | 169:22 | 163:14 | Southeast |
| small 51:12 | 209:2 | 194:18 | 178:24 | 140:8 |
| 51:25 | 210:4,7 | 258:4 | 181:25 | space 226:24 |
| 92:24 | 213:9,13 | 278:23 | 182:23 | spare 204:15 |
| 236:9 | 213:15 | software | 185:21 | speak 12:4,5 |
| 314:14 | 235:22 | 100:1,13 | 187:15 | 54:18 58:3 |
| 317:25 | 236:10 | solid 191:15 | 188:4 | 58:14 |
| 336:8 | 238:5,7,10 | 265:23 | 190:9 | 68:25 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 69:17 | 186:9 | 138:18 | 213:8 | 104:5 |
| 192:14 | 187:4 | 155:7 | 270:16 | 169:2 |
| **speaking** | 188:6,22 | 206:1 | 352:4 | 194:17 |
| 63:11 | 216:11 | 268:24 | **spend** 80:24 | 314:10 |
| 107:5 | 223:17 | 269:20 | 303:4 | 317:2 |
| 260:2 | 228:12 | **speculat...** | **Spiked** 8:6 | **spreads** |
| **Spec-** 305:14 | 238:16 | 80:5 106:3 | 280:12 | 237:4 |
| **special** 28:1 | 244:3 | **speculative** | **spillover** | **spring** |
| **species** | 258:16,18 | 86:9,25 | 43:3 | 217:22 |
| 198:18 | 260:2 | 88:13 89:7 | **spirit** 97:1 | **spurious** |
| 200:10 | 263:1,21 | 92:25 | 153:11 | 329:13 |
| **specific** | 268:11 | 95:23 | **spoke** 45:25 | **squarely** |
| 42:13 61:6 | 270:24 | 108:19 | 72:15 | 340:20 |
| 71:5,14 | 285:13 | 129:15 | 136:7 | **ss** 360:2 |
| 82:10 | 293:24 | 146:11 | 216:23 | **St** 3:16 |
| 130:1 | 302:6 | 149:8 | 272:13 | 361:18 |
| 181:3 | 304:14 | 152:11 | 273:24 | **staff** 29:2 |
| 187:1 | 314:3,5 | 154:5 | 318:15 | 29:11 38:3 |
| 219:21 | 315:1 | 167:8 | 341:16 | 38:7,23 |
| 258:15 | 325:1,9 | 182:8 | 342:1 | 39:5 42:22 |
| 267:4,7 | 326:10 | 210:19 | 351:24 | 58:10 |
| 281:6 | 328:25 | 234:13,18 | **spoken** 45:14 | 136:10 |
| 327:21 | 329:1 | 246:18 | 45:23 | 139:2 |
| 329:5 | 340:17 | 255:24 | 91:10 | 152:7 |
| 344:24 | 344:23 | 257:20 | **sponsor** | 186:14,15 |
| 352:9 | 347:12 | 259:5,24 | 138:15 | 205:16 |
| **specific...** | 352:2 | 259:25 | **spot** 48:14 | 260:5 |
| 20:7 29:6 | 354:9 | 260:23 | 48:16,25 | 268:16 |
| 34:2 49:19 | **specifics** | 274:12 | **spouting** | 270:22 |
| 67:19 | 58:9 77:24 | 285:8 | 229:1,10 | 300:18 |
| 72:15 | **speculate** | 289:2 | **spread** 79:22 | 301:2,5,13 |
| 78:23 | 87:2,6 | 301:8 | 103:22 | 302:14,17 |
| 79:20 83:5 | **speculating** | 303:14 | 151:13 | 302:21 |
| 83:9 91:3 | 40:5 89:16 | 304:17 | 166:3,19 | 304:21 |
| 95:19 | 102:20 | 310:19,25 | 168:17 | 308:16,18 |
| 96:25 | **speculation** | 311:6 | 177:8 | 308:21 |
| 103:24 | 24:5,18 | 312:16 | 194:11 | 309:21 |
| 118:25 | 29:19 | 313:16 | 258:4 | 310:3,11 |
| 124:10 | 35:22 40:7 | 318:7 | 262:1,8,23 | 310:15 |
| 139:18 | 41:12 46:5 | 325:14 | 274:16,18 | 312:10 |
| 142:4 | 62:8 73:25 | 326:2 | 278:3 | **stage** 173:2 |
| 147:8 | 74:6 79:25 | 327:5 | 302:22 | 316:17 |
| 159:17 | 88:16 | 329:18,23 | 316:25 | **stages** |
| 162:16 | 89:11 | 331:21 | 317:4 | 313:14 |
| 163:3 | 108:19 | 333:8 | 318:5 | **stamping** |
| 169:4 | 112:24 | 334:11 | 339:23 | 54:3 |
| 175:12,25 | 113:17 | **speech** | 340:2,8,13 | **Stand** 150:2 |
| 181:18 | 116:21 | 151:16 | 344:15 | **standard** |
| 184:25 | 118:14 | 208:1,10 | **spreading** | 7:22 9:4 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 19:1 | 145:7 | **stating** | 193:3 | 214:10,16 |
| 179:21 | 146:22,24 | 193:10 | **sticking** | 214:17,21 |
| 242:15 | 162:10 | 214:13 | 80:3,4,10 | 214:24 |
| 243:2 | 173:14 | 237:18 | 80:10 | 215:11 |
| 244:11,12 | 200:4 | **statistical** | STILES 2:18 | 219:23,24 |
| 244:14 | 219:17 | 320:12,16 | **Stolberg** | 219:25 |
| **standing** | 224:20 | 322:11 | 296:13 | 223:17,18 |
| 12:16 | 225:17 | 323:16 | **stop** 100:16 | 244:1,25 |
| 25:11 | 232:21 | **statisti...** | 304:13,15 | 244:25 |
| 114:21 | 233:19,20 | 247:7 | 339:23 | 245:9,11 |
| 236:20 | 248:19 | 323:6,14 | **stopped** | 245:20 |
| **standpoint** | 263:18 | **statisti...** | 110:3 | 246:1 |
| 165:7 | 279:11,12 | 244:5 | **stopping** | 247:4,6,8 |
| **Stanford** | 304:6 | 247:22 | 340:2,5,8 | 247:10 |
| 252:9 | 322:10 | **status** 126:9 | 340:13,16 | 293:22 |
| 257:10 | 323:13 | **stay** 52:20 | **strains** | 316:9,13 |
| 267:21 | 333:25 | 72:4,6 | 23:13 | 317:21 |
| 290:12 | 334:6,8 | 84:24 | **strategy** | 318:2 |
| 291:4,5,15 | 343:12 | 85:15 | 268:2 | 320:3,9,11 |
| 291:23 | 345:2 | 125:1 | 271:23 | 322:2,6,8 |
| 292:20 | **statements** | **staying** | **stream** | 322:11,14 |
| **start** 12:9 | 64:5 70:25 | 50:14 | 176:24 | 323:15 |
| 22:1 89:16 | 140:16 | 234:1 | 177:3 | **study** 35:18 |
| 91:16 97:8 | 214:12 | **Stemmy** 42:16 | **Street** 2:9 | 82:16 |
| 136:23 | 217:18,23 | 205:14,17 | 2:20 3:5 | 109:16 |
| **started** | 218:2 | 205:22 | 4:2 361:5 | 183:16 |
| 111:21 | 228:7 | **Stenotype** | 361:18 | 185:22 |
| 190:7 | 234:11,15 | 1:21 | **strict** 15:3 | 198:13 |
| **starting** | 237:1 | **step** 354:10 | **strictly** | 219:12,22 |
| 26:3 53:24 | 272:15,17 | **Steph** 101:5 | 16:7 | 220:2 |
| 97:9 102:4 | 273:19 | 101:5 | **strike** | 221:14 |
| **state** 1:5,17 | 278:16 | **Stephanie** | 275:21 | 222:11,21 |
| 2:3,14 9:6 | 279:17,18 | 1:16,22 | **strong** 353:7 | 244:10,16 |
| 9:17 10:8 | 312:3 | 9:13 360:4 | 355:12,13 | 244:16 |
| 341:5 | 315:12 | **steps** 73:17 | 355:18,22 | 245:3 |
| 342:10 | 317:10 | 109:15 | 356:2 | 246:12 |
| 343:2 | 333:5,16 | 151:12 | **strongly** | 247:21,23 |
| 360:3,21 | 343:5 | 191:19 | 28:8 169:9 | 248:6,7,12 |
| 361:7 | 355:12 | 192:12 | 189:7 | 293:12,17 |
| 362:2 | 359:18 | 195:1 | 346:1 | 293:23 |
| 363:1 | **states** 1:1 | 227:18 | 354:8 | 298:2 |
| **stated** | 9:9 14:4 | 229:21 | **structured** | 318:25 |
| 218:20 | 166:10 | 230:8 | 164:12 | 320:15 |
| 297:19 | 168:22 | 234:22 | 165:11 | 323:9 |
| **statement** | 177:24 | 236:20 | **studied** | 354:3 |
| 81:23 | 182:11 | 296:22 | 156:20 | **studying** |
| 106:9 | 276:6 | 297:3 | 198:9 | 15:1 |
| 129:10,23 | 321:16 | 358:20 | **studies** 7:23 | **stuff** 100:6 |
| 144:4,5 | 360:2 | **stick** 191:16 | 116:25 | 210:7 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 213:13 | 160:10 | Sunday 105:5 | 72:13 74:1 | 259:1,3,6 |
| 235:22 | 171:21,24 | 341:4 | 76:4,13 | 259:7,8 |
| 289:22 | 172:12,19 | 342:2 | 79:11 | 270:19 |
| 328:24 | 172:22 | 347:2 | 88:20 91:4 | 272:10 |
| style 154:25 | succeeded | Sunetra | 91:15 | 273:23 |
| 258:22 | 329:8 | 251:17 | 107:18 | 274:18,19 |
| 279:22 | sucker 342:6 | 267:21 | 113:23 | 276:19 |
| sub 90:12 | sudden 88:21 | supply 316:3 | 114:1,8 | 282:4,16 |
| subaward | suffering | 321:14 | 115:18,20 | 283:7 |
| 36:5,10 | 169:3 | 353:11 | 117:24 | 285:9 |
| 37:12 | sufficient | supported | 124:12 | 286:25 |
| 156:21 | 52:25 | 133:14 | 126:10 | 287:11,20 |
| subawards | suggest | supports | 138:5 | 289:14,16 |
| 37:16 | 92:13 | 174:15 | 140:2 | 292:6 |
| subject 39:3 | suggested | supposed | 147:18 | 293:6 |
| 83:10 | 44:18 | 109:3,4 | 150:1 | 300:23,24 |
| 91:23 | 208:16 | suppress | 153:10 | 301:2 |
| 120:5 | 337:14 | 354:15 | 156:3,8 | 303:16 |
| 215:22 | suggesting | suppressing | 160:3,20 | 304:3,18 |
| 216:24 | 313:23 | 209:2 | 161:11 | 306:20 |
| 264:7 | suggestion | suppression | 163:6 | 310:7 |
| 320:12 | 107:21 | 208:10,14 | 167:4 | 311:8 |
| 322:11 | 132:9 | Supreme | 174:1,14 | 317:20 |
| 328:17 | suggestions | 225:19 | 174:25 | 320:8 |
| 330:24 | 172:2 | 227:19 | 175:8,15 | 334:14,24 |
| 351:21 | 198:1 | 228:2,7 | 178:8 | 348:19 |
| subscribe | suggestive | 230:9 | 180:13,18 | 350:12 |
| 363:11 | 81:14 | 234:23 | 181:6 | 355:17 |
| subsequent | suggests | 236:21 | 190:24,25 | Surely |
| 29:23 | 245:15 | SUR 3:25 | 191:23 | 116:14 |
| 322:13 | suit 240:6 | sure 11:12 | 193:20 | surfing |
| subseque... | 240:16,21 | 11:19 | 195:6 | 252:24 |
| 37:11 | Suite 3:6 | 16:14,16 | 200:6,25 | surgeon |
| 81:24 | summary | 16:25 | 205:17,18 | 315:21 |
| 215:6 | 111:19 | 20:13 | 205:19,21 | 316:19 |
| 220:13 | 112:4,5,8 | 23:18,21 | 208:22 | surmise |
| subset | 112:10,18 | 30:11 | 216:4,20 | 154:9 |
| 335:18 | 112:21 | 36:25 37:5 | 220:10 | surmising |
| 347:17 | 113:2,3,4 | 41:20 | 223:25 | 191:8 |
| Substack | 120:7,15 | 44:17 47:6 | 224:21 | surprised |
| 8:17,20 | 222:15 | 48:18 50:4 | 227:25 | 83:8 |
| substance | 245:13 | 51:6,9 | 234:20,25 | 162:22 |
| 363:8 | Summary.... | 56:3 57:10 | 242:3 | 163:2 |
| substantial | 123:11 | 62:23 | 245:2,13 | 181:7,11 |
| 180:19 | Summary.PDF | 66:14,21 | 246:19,25 | 181:15,21 |
| substant... | 126:24 | 67:23 | 249:12 | 184:18 |
| 289:23 | summer | 68:21 70:8 | 255:19 | 187:2 |
| substantive | 217:20,22 | 70:10,19 | 256:9,12 | 216:22 |
| 114:13 | 347:9 | 71:22 | 257:4 | 347:14 |

| | | | | |
|---|---|---|---|---|
| surprising | 12:11 | 253:10 | 27:16 | 349:3 |
| 187:6 | 13:11 | 307:9 | 38:19,23 | 353:15,16 |
| 261:8 | 14:22 21:3 | 328:22 | 39:5,15,19 | 355:20 |
| 332:14,16 | 41:7 51:23 | 358:20 | 40:17 43:6 | talks 35:13 |
| 332:24 | 77:2 80:23 | 360:5,8,13 | 50:7 52:4 | 50:10 |
| 333:4,10 | 81:1,6 | 361:10 | 58:5 59:3 | 131:23 |
| 333:16 | 83:12 | 362:3 | 63:2,7 | 136:13 |
| 334:7 | 104:24 | takes 237:2 | 72:9 77:24 | 250:7 |
| surveill... | 109:9,16 | talk 64:7 | 81:18 | 257:19 |
| 57:23,25 | 109:25 | 81:18 | 84:13 | 259:10 |
| 156:9 | 117:22 | 101:7 | 88:22 | tangent |
| 157:5 | 119:12 | 133:4 | 90:25 93:4 | 47:14 |
| surveyed | 123:20 | 135:19 | 106:4 | tangents |
| 222:11 | 131:7 | 136:4 | 107:1,3 | 127:25 |
| susceptible | 148:6 | 157:7 | 109:12 | 128:4 |
| 258:3 | 149:24 | 248:7 | 116:24 | tap 122:14 |
| suspended | 152:9 | 258:9 | 117:4 | tape 230:3 |
| 209:25 | 165:9 | 287:10 | 129:24 | 230:15 |
| 335:20 | 191:19 | 292:21 | 130:21 | target 258:3 |
| suspending | 192:11 | 303:25 | 138:14 | targeted |
| 209:16 | 193:25 | 318:13 | 139:6 | 250:16 |
| suspends | 194:24 | 326:8 | 140:15 | 274:7 |
| 209:8 | 195:1 | 327:11 | 150:14 | task 79:15 |
| suspicion | 203:17 | 329:3 | 154:4 | 87:21 |
| 50:8 52:18 | 217:13,16 | 338:2 | 163:18 | 196:25 |
| 88:18 | 230:13,20 | 341:4 | 168:21 | 197:6,9 |
| suspicious | 247:21 | 349:18 | 169:19 | 201:3 |
| 77:25 | 248:7 | 351:19 | 171:14 | 204:11 |
| swift 259:22 | 253:4,5,5 | talked 23:25 | 187:13 | 208:1 |
| sworn 1:16 | 257:24 | 56:10,24 | 188:4 | 321:1,12 |
| 10:4 360:7 | 284:18 | 85:6 91:14 | 195:21 | tasks 58:7 |
| Sylvia 313:6 | 296:22 | 130:25 | 202:9 | 59:10 |
| 313:9,17 | 301:24 | 136:13 | 206:17 | team 39:21 |
| 314:3 | 302:2 | 147:15 | 212:5 | 40:3 |
| symptoms | 312:1,2,23 | 157:11 | 224:15 | 123:14 |
| 316:15,16 | 313:23 | 163:19 | 226:1 | 139:22 |
| system | 322:5 | 203:6 | 228:8 | 299:13 |
| 122:13 | 334:7 | 225:17 | 230:24 | 308:23 |
| 357:11,18 | 338:17 | 233:6 | 234:21 | 311:17 |
| 358:24 | 357:20 | 261:12 | 240:15 | 324:4,11 |
| | takedown | 286:8 | 241:21 | 324:24 |
| ———— T ———— | 257:17,19 | 297:13 | 258:20 | 325:8,11 |
| T 6:1,1,6 | 258:10,13 | 351:18 | 269:6 | 325:12,24 |
| Tabak 65:4,6 | 259:23 | 355:6,7,8 | 287:8,8,21 | 326:15,19 |
| 65:7,8 | taken 1:18 | 355:10,11 | 295:15 | 327:3,13 |
| 66:7 67:4 | 1:21 9:6 | talking | 307:13 | 336:9,18 |
| 253:25 | 151:24 | 11:15 15:8 | 314:23 | teams 131:20 |
| TAG 265:14 | 219:5 | 22:2 23:7 | 341:22 | 137:8 |
| take 12:11 | 243:10 | 23:24 | 347:18 | technical |

DR. ANTHONY FAUCI   11/23/2022

177:10
289:21
308:5,20
308:25
Technology
17:6
Tedros 95:3
95:5,6,21
95:25 96:5
96:17,21
108:2,4,5
108:14
110:11
139:23
teleconf...
90:18,18
91:23
93:25
television
226:16
tell 61:7
87:7,9
118:25
156:23
158:6
177:6
233:21
278:13
287:22
298:3
301:17
315:23
347:22
telling
69:14 70:5
301:25
temporary
170:4
ten 92:14
tend 96:4
192:22
tens 25:18
tensions
102:22
tenth 91:19
235:21
tenure 78:3
term 24:7
118:22

282:9
terminol...
258:14
terminology
16:4,9,11
17:14
24:23
108:21
terms 154:25
241:14,17
282:25
285:17
terrain
58:23
Tessier-...
291:21
Test 23:4,9
23:11,12
tested 23:13
testified
10:5 43:17
77:1,6
123:18
140:24
243:20
339:10
testimony
26:2,7
50:1 60:21
256:25
302:20
310:6
340:7
360:6,8
text 22:25
39:14
74:19
thank 18:1
84:18,21
132:5,20
145:14
148:16
171:1,15
171:19
179:8
196:10
206:24
277:18
325:21

329:10,12
354:20
thanks 84:23
206:21
303:10,15
that'd
338:21
theme 97:1
126:5,17
136:23
283:9
358:22
theories
78:12
143:18,19
143:20
theorists
185:22
theory 51:1
52:6 79:20
188:20
193:16
194:1,4
199:4
213:8
264:4
therapeu...
245:16
therapy
265:14
thereabouts
325:25
thereon
363:10
thereto
360:15
they'd
108:21
thing 38:22
39:1 77:15
131:15
137:21
142:10
155:20
174:13
190:2
192:23
225:5
233:13

248:9
281:22
282:23
303:20
304:13
306:14
328:23
329:14
341:10
353:25
things 16:21
19:1,3
23:20,21
39:7 42:23
56:19
64:12,16
80:1,7
89:16
102:25
113:25
115:19
116:8
117:12
122:18
128:5
129:25
142:17
143:17
144:9,11
145:7,8,10
150:15
151:19
155:20
156:4
157:12
159:14
160:5
162:10,12
174:2
177:8
185:14
189:17
191:22
194:8,22
195:15
210:2
212:8
226:2
238:19

241:11
243:18
256:15
269:7,10
274:16,17
276:12
279:23
301:10
302:17,25
310:1,12
310:13
311:21,22
315:6,7
316:21,21
335:12
340:6
349:9
352:16
355:6
358:15,16
359:13
think 11:20
16:15
20:13,14
21:13,15
21:18
34:24
38:14 40:5
42:19,24
43:17
44:16
46:22
52:10,12
57:14,23
60:5,12,13
62:18 63:9
63:10 70:5
74:5 79:13
79:23 80:9
80:18 87:2
87:24 88:3
88:3,23
90:10 96:3
97:19,21
101:1,3,5
101:15,18
101:22
102:18
103:1,5,25

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 107:22 | 259:21 | 136:11,13 | 208:24 | 52:25 54:8 |
| 108:13 | 260:1,2,6 | 176:2,11 | 242:4,5 | 54:12 |
| 109:8,24 | 260:11 | 176:12 | 263:18 | 57:13 |
| 110:3 | 261:24 | 189:3 | 288:3 | 59:16 |
| 114:7 | 262:16,16 | 210:25 | 290:14,14 | 60:22,24 |
| 119:4,16 | 265:23 | 218:25 | 315:7 | 65:8,15,17 |
| 128:4 | 269:1 | 219:9 | **thread** 337:9 | 66:15 68:9 |
| 132:2 | 270:2 | 222:14 | **threat** | 69:8 71:2 |
| 138:2 | 274:9 | 232:22 | 105:17 | 74:8 76:2 |
| 141:5 | 277:4,10 | 233:1 | **threatened** | 78:4,6 |
| 143:16 | 282:17 | 234:1 | 349:14 | 79:6 80:19 |
| 150:13 | 286:8 | 249:17 | **three** 53:25 | 80:23,24 |
| 151:5,12 | 289:22 | 272:24 | 60:14 | 81:6,20 |
| 154:10,16 | 303:4,20 | 278:7 | 85:25 | 82:3,15 |
| 154:25 | 303:21 | 283:24 | 89:20 | 83:17,20 |
| 155:1 | 304:11 | 305:2,23 | 91:17 93:7 | 93:23 95:2 |
| 156:17 | 306:22 | 337:7 | 94:7 99:18 | 95:10 |
| 159:22 | 309:16 | **thirdly** | 177:2,3,3 | 99:15 |
| 164:23 | 310:14 | 316:13 | 249:22 | 102:15 |
| 169:18,20 | 311:24,25 | **Thirteen** | 251:15 | 106:7 |
| 171:16 | 312:19 | 66:2 | 255:11,13 | 109:25 |
| 173:24 | 322:25 | **Thirty-two** | 255:21 | 110:3 |
| 175:15,21 | 326:23 | 210:10,11 | 294:14 | 121:20 |
| 176:9 | 329:14 | **thoroughly** | 315:22,23 | 123:20 |
| 177:2 | 333:18,20 | 107:8 | 316:1,18 | 125:13 |
| 181:24 | 335:9 | **thought** | 316:21 | 126:18 |
| 184:9 | 338:24 | 42:22 | 317:3,4,7 | 129:9,24 |
| 188:23,25 | 339:5,18 | 46:12 | 331:4 | 138:13 |
| 190:1,23 | 341:5 | 261:21 | **three-way** | 139:5 |
| 191:15,21 | 343:13 | 336:19 | 34:21 | 144:15 |
| 192:13 | 351:7 | 358:3 | **threw** 192:24 | 147:12 |
| 193:7,16 | 354:16 | **thoughtful** | **throw** 80:5 | 150:3,5 |
| 195:13,16 | 355:19 | 111:19 | **thrown** 112:7 | 169:19 |
| 195:19 | 356:6,20 | 112:4,8 | **tidied** 127:1 | 172:9,14 |
| 201:6 | 357:7,14 | **thousand** | 127:5,13 | 173:23 |
| 202:6 | 357:19 | 153:13 | **ties** 70:23 | 175:10 |
| 205:10 | 358:5,8,13 | 207:3,3 | **tight** 86:21 | 180:9,24 |
| 207:14 | **thinking** | 244:18 | 87:8 88:4 | 192:18 |
| 214:23 | 60:7 | 300:4 | **time** 9:3,5 | 194:13 |
| 220:9 | 108:11 | **thousands** | 11:8 16:13 | 197:8 |
| 223:24 | 144:7 | 21:14 | 16:15 19:6 | 199:5,8 |
| 226:6 | 223:14 | 22:20 | 20:8 22:6 | 203:18,21 |
| 227:18 | 257:24 | 25:18 | 22:12,22 | 204:23 |
| 228:5,5 | **third** 121:10 | 32:18 33:1 | 27:11,14 | 219:4,6 |
| 229:17 | 128:17,20 | 45:18 | 27:23 28:7 | 220:4 |
| 237:3 | 130:13,15 | 112:6 | 31:22 35:6 | 223:2,8 |
| 249:3 | 130:20 | 129:24 | 36:4 43:18 | 226:6 |
| 252:16 | 131:2 | 148:1 | 45:15,23 | 227:3 |
| 256:6 | 133:10 | 173:25 | 46:11,18 | 230:16,20 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 235:21 | 175:17 | **today's** | 142:7,25 | **tough** 335:21 |
| 239:14 | 201:22 | 359:20 | 173:11 | **touted** |
| 240:20 | 205:6,10 | **told** 57:21 | 179:6 | 236:21 |
| 242:8 | 226:16 | 147:5 | 185:21 | **touting** |
| 248:8 | 239:21 | 210:5 | 197:4 | 225:19 |
| 249:16 | 280:4 | 212:13 | 204:3 | 227:21 |
| 250:4 | 282:1 | 260:17 | 209:8 | 229:9 |
| 251:24 | 296:14 | 271:21 | 211:3,8,21 | 235:10 |
| 252:2 | 321:1 | 272:5 | 216:12 | **toxicity** |
| 253:8,11 | 334:2 | 289:7 | 222:1,2 | 225:11 |
| 255:4,18 | 344:3,21 | 312:6 | 226:22 | **toy** 199:4 |
| 256:11,17 | 345:8 | 317:23 | 233:2 | **tracing** |
| 256:22 | 349:14 | 321:1 | 247:25 | 165:8 |
| 258:9 | 353:9 | 357:24 | 249:18 | **TRACY** 2:17 |
| 262:11 | 354:6 | **tomorrow** | 251:3 | **traditional** |
| 276:16 | 356:15 | 109:8 | 256:19 | 103:9 |
| 278:17 | 357:10,15 | **tone** 52:2 | 264:6 | **transcribed** |
| 279:25 | **timestamp** | **tonight** | 271:10 | 1:22 12:6 |
| 281:10 | 143:1 | 109:8 | 305:10 | **transcript** |
| 282:18 | **timing** 84:17 | **Tony** 84:10 | 324:1 | 6:24 8:22 |
| 288:3 | 84:21 | 84:17,21 | 327:3 | 143:15 |
| 291:6 | **title** 30:24 | 128:15 | 333:1 | 144:3 |
| 293:20 | 41:9,14 | 130:18 | 341:12 | 146:7,23 |
| 294:1 | 50:2 56:16 | 170:25 | **top-perf...** | 196:24 |
| 303:4 | 57:9 76:4 | 171:7 | 234:4 | 197:20 |
| 312:8,25 | 179:22 | 173:13,19 | **topic** 195:11 | 198:25 |
| 313:3 | 210:22 | 174:4 | 215:24 | 361:12 |
| 315:10,13 | 212:23 | 204:14,15 | 216:21 | **transcri...** |
| 316:9,12 | 218:8 | 254:18 | 218:18 | 142:23 |
| 316:14 | **titled** 18:8 | 348:23,25 | 262:18 | **transgenic** |
| 317:11 | 305:25 | 349:20,22 | 286:1 | 115:13,24 |
| 318:13,21 | **titles** 41:24 | 350:6,7,13 | 295:24 | 116:11 |
| 319:19 | 294:22 | **Tonys** 349:2 | **topics** | 117:13 |
| 321:19 | **today** 9:3,13 | **top** 25:24 | 238:21 | **transition** |
| 322:13 | 11:21 13:2 | 32:11 | **total** 73:16 | 146:5 |
| 325:22 | 14:19 | 37:24 | 73:21 | **transmis...** |
| 336:9 | 35:13 48:3 | 39:13 46:7 | 77:22 88:8 | 24:16 |
| 341:22 | 49:2,14 | 46:14,17 | 88:11 | **transmis...** |
| 345:17 | 50:23 58:7 | 54:19 84:5 | 231:12 | 15:11 23:5 |
| 346:25 | 59:11 | 86:3 89:24 | **totality** | 146:5 |
| 351:11,15 | 109:1 | 91:20,21 | 59:21 | 315:21 |
| 351:20,22 | 112:9 | 93:9,14,15 | **totally** 91:9 | 316:12,14 |
| 353:1 | 123:15 | 101:11 | 198:18 | 317:6 |
| 354:23 | 125:2,10 | 111:17 | 199:22,23 | **transparent** |
| 355:1,18 | 234:3 | 120:23 | 200:9 | 103:4 |
| 359:19 | 243:22 | 125:3,3,5 | 206:11 | 126:11 |
| **times** 8:19 | 282:1 | 125:9 | 312:20 | **traveling** |
| 11:5 45:15 | 334:2 | 130:16 | **touch** 84:25 | 313:14,22 |
| 71:1 | 355:5 | 132:22 | 85:16 | 315:2 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| treat 88:7 | 262:12,20 | 153:12 | 240:13 | 298:23 |
| 123:13 | trouble | 156:5 | 267:9 | 299:8,13 |
| 124:6 | 235:11 | 166:2 | 278:7 | 299:19 |
| 224:25 | troubles | 236:18 | 288:8 | 300:13,19 |
| treated | 104:17,18 | 250:16 | 298:21 | 300:20 |
| 88:11 | troublesome | 256:15 | 303:9 | 303:23 |
| treating | 237:5,6 | 269:9 | 307:19 | 304:16 |
| 331:5,9 | troubling | 303:16 | 324:14 | 335:2,20 |
| treatment | 310:12 | 304:11,13 | 337:7 | 336:3,3,23 |
| 15:13 | trucks 169:6 | 304:14 | 341:3 | 337:8,21 |
| 213:22 | true 160:3 | 309:25 | turned | 347:19 |
| 229:10 | 204:19 | 312:18 | 155:15 | 348:5,15 |
| 231:10,11 | 229:2,11 | 321:14,20 | Turning | 348:22,22 |
| 232:9 | 273:4 | 329:6 | 219:9 | 349:24 |
| 237:19,20 | 302:25 | 334:25 | tweet 103:14 | 350:5,7,14 |
| 245:14 | 339:16,17 | 339:23 | 139:23 | 350:17,19 |
| 246:6,7,8 | 346:8 | 351:7 | 210:6 | 350:22,24 |
| 246:10,21 | 363:9,13 | Tuesday | 213:15,16 | 351:5,8,9 |
| 247:15,16 | Trump 197:5 | 115:7 | 241:8 | two 17:1 |
| 247:24 | 229:8 | 124:1 | 348:20,21 | 32:10 |
| 265:15 | Trust 76:5,6 | 126:22 | tweeted | 35:18 41:1 |
| 331:23 | truth 79:25 | 233:17 | 269:14 | 53:25 |
| 332:3,18 | 80:10 | tuned 72:4,6 | tweets 270:2 | 56:23 |
| 333:3,22 | 106:11 | turn 53:5 | 270:3,4 | 62:12 85:5 |
| 353:23 | 107:9,10 | 61:10 68:5 | Twenty | 85:25 |
| treatments | 107:13 | 72:20 | 158:24 | 89:19 |
| 236:5 | 177:6 | 74:18 | Twenty-five | 90:11,16 |
| 355:5 | 228:10 | 90:15 | 182:1 | 90:16 |
| triage | 323:17 | 93:19 94:7 | Twenty-s... | 91:17 93:7 |
| 169:13 | try 44:12 | 97:9 | 187:15 | 93:19,20 |
| trial 353:21 | 70:22 | 104:25 | Twenty-six | 101:11 |
| 353:25 | 107:8 | 110:9 | 185:9 | 128:20 |
| 354:14 | 125:13 | 120:2,21 | twice 20:16 | 131:18 |
| trials | 156:3 | 124:25 | 205:7 | 137:5 |
| 214:12 | 160:2 | 126:19 | Twitter 98:9 | 185:13 |
| 221:1 | 190:21 | 127:15,16 | 98:10,13 | 202:23 |
| 227:9 | 259:13 | 128:7,9 | 98:21 99:6 | 203:11 |
| 231:9 | 307:8 | 130:13 | 100:1,2,5 | 207:3 |
| 247:5 | 323:16 | 136:11 | 100:12,14 | 228:19 |
| 324:20 | 357:10 | 157:10 | 208:15 | 233:14 |
| tried 46:23 | trying 18:11 | 161:23 | 209:1,8,16 | 234:10,15 |
| 157:2 | 41:20 90:9 | 163:22 | 209:25 | 237:9,11 |
| 274:6 | 90:21 91:7 | 176:2 | 210:5,5 | 240:10 |
| trip 138:15 | 91:8 103:5 | 210:25 | 239:23 | 279:11 |
| 140:1,5,12 | 103:20 | 226:20 | 240:5,16 | 296:13 |
| 164:11 | 106:11 | 232:22 | 240:21 | 311:18 |
| 165:3,3,24 | 114:7 | 233:1 | 242:22 | 316:8,24 |
| 167:3,5 | 126:3 | 237:9 | 266:15 | 330:21 |
| 261:11 | 128:4 | 239:8 | 270:3 | 358:21 |

**DR. ANTHONY FAUCI  11/23/2022**

359:13
Tying 193:15
type 17:12
  21:18
  163:5
typed 331:12
types 168:12
  238:19
typewriting
  360:10
typical
  191:15
  206:23
  314:12
  317:23
typically
  245:14

___ U ___

U.S 4:1  9:22
  25:25  27:3
  27:18  28:3
  28:17
  177:11
  238:23
  361:5
uh-huh 11:25
UK 76:15
ultimate
  29:5
ultimately
  143:16
  248:22
unavailable
  108:17
unbiased
  107:8
  157:7
uncensored
  228:25
uncertai...
  14:4
understand
  11:18  15:9
  18:12
  29:23
  42:23
  70:10
  71:25

114:1
121:6
122:9
160:8
162:11
189:18
212:12
323:9
348:19
understa...
  74:10
understa...
  147:9
understa...
  15:11 18:5
  18:8,14
  19:16,23
  19:24
  22:13
  24:21
  27:22 28:2
  29:13
  35:20 41:4
  41:9,14
  70:17
  118:6
  246:16
  315:20
  316:2
  329:22
underway
  259:19,23
  260:10
unfortunate
  306:1
UnHerd 7:16
unidenti...
  350:8,14
uninfected
  314:11
Union 341:5
  342:10
  343:2
United 1:1
  9:9 75:17
  76:5
  166:10
  168:22
  177:24

321:16
360:2
universal
  317:16,18
university
  32:20
  133:15
  174:17
  265:12
  267:21,22
  313:11
  352:25
  353:3,3,4
unknown
  158:17
unleashed
  344:12
unnecessary
  274:3
  297:8
  345:11
  355:23
unorthodox
  230:9
unpreced...
  169:8
unrelated
  14:17
unreport...
  208:12
untrue 194:8
  194:10
  237:1
unusual 21:6
  37:17 39:1
  44:8 51:11
  51:23,24
  113:25
  135:25
  174:3
  261:5
  263:2
unvaccin...
  343:10,11
unwarranted
  80:16,17
  81:13
unwitting
  358:15

update 39:6
  210:16,22
  285:16
updated
  233:18
  284:3
  344:8
  359:8
ups 81:11
urban 143:6
urgently
  28:5,12
use 108:21
  155:18
  177:11
  199:23
  220:11
  221:3
  258:14
  332:17
useful
  294:15
uses 101:6
  304:3
usually
  14:25 29:1
  127:14
  136:23
  179:22
  332:22
  349:18

___ V ___

v 1:7  9:7
  361:7
  362:2
vaccinated
  24:9 99:19
  101:8
  104:13
  151:8
  152:5
  287:1
  338:24
  342:7
  343:10
  359:3
vaccinating
  285:3,14

343:13
vaccine 24:8
  104:12
  106:14
  173:14
  211:13
  256:16
  288:22
  324:22,25
  325:8,12
  325:23
  326:1,9,16
  327:11,16
  336:2,23
  338:12,23
  339:18
  344:15
  351:24,24
  351:25
  352:3,5
vaccines
  288:16,19
  337:23
  347:5
  351:17,20
  351:21,22
  355:10,10
vague 22:7
  29:22
  35:22 71:9
  78:14 79:9
  79:12 82:7
  89:8
  120:14
  129:16
  154:22
  155:19
  166:12
  168:19
  169:23
  174:21
  186:22
  193:18
  207:18
  208:5
  213:24
  251:19
  291:25
  293:14

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 297:24 | verify | 294:2 | 77:23 80:2 | 116:3,5,25 |
| 318:22 | 299:23 | 312:25 | 89:14 | 121:12,15 |
| 319:13 | versed 40:18 | 313:3 | 122:4 | 121:16,17 |
| 345:20 | 63:14 | 354:23 | 198:15 | 129:14 |
| 352:7 | version | 355:1 | virology | 137:19 |
| 355:16 | 123:15 | 359:11,17 | 33:8 36:6 | 138:16 |
| vaguely | 159:3 | Videotaped | 36:17 64:9 | 140:16,21 |
| 13:23 | 170:19 | 1:13 | 89:16 | 147:3 |
| 18:10 | 178:21,24 | view 101:13 | 114:11,15 | 155:16 |
| 142:5 | 179:17,19 | 101:24 | 117:9 | 156:13 |
| 225:25 | 180:1,10 | 109:1 | 120:19 | 162:2 |
| 254:4 | 203:9 | 150:18 | 124:13 | 168:18,22 |
| 300:21 | 228:19 | 151:2 | 133:9 | 169:2 |
| 302:7 | 284:20 | 154:20 | 135:25 | 177:7 |
| 314:23 | versions | 194:4 | 156:23 | 180:6 |
| valence | 228:19 | 217:8 | 158:12 | 181:10 |
| 75:12 | versus | 243:22 | 160:8 | 189:10 |
| valid 247:7 | 160:25 | 273:2 | Virology's | 194:1 |
| validated | 246:21 | 276:16 | 158:2 | 198:2,9 |
| 80:15 | 320:15 | 278:10 | virulent | 208:16 |
| validity | vice 197:5 | 297:12,22 | 24:16 | 247:18 |
| 248:12 | 197:12 | 319:10 | virus 13:15 | 248:18,20 |
| Vallance | 202:5,16 | 334:8 | 14:6,21,24 | 248:22 |
| 47:1 75:11 | 352:25 | 346:9 | 15:5,11 | 258:4 |
| 75:13,13 | video 9:4,5 | 356:21 | 16:18 | 262:1,8,23 |
| 85:9 92:3 | 199:18,21 | viewpoints | 23:20 24:1 | 274:6 |
| 93:12 | 225:19 | 322:20 | 24:8,15,24 | 276:22 |
| 97:22 | 227:15 | views 223:20 | 24:25 25:1 | 277:1 |
| variables | 229:1,7,18 | 235:6,23 | 34:15,22 | 278:22 |
| 247:1 | 232:18 | 236:2,8,10 | 34:24 35:1 | 287:2 |
| variations | 234:2 | 236:17 | 35:11,15 | 293:19 |
| 303:11,25 | 235:5,10 | 243:21 | 43:19,25 | 314:14 |
| 304:7 | 236:1,20 | Vincent | 44:8 50:6 | 315:17,20 |
| various | 237:18 | 39:21 | 50:10 | 317:1,2,25 |
| 95:14 | 238:1 | 40:13,14 | 51:12,25 | 354:15 |
| 122:7 | 239:12,15 | viral 232:17 | 52:17 | 358:8 |
| 142:16 | 240:5,22 | virologist | 62:23 | virus's |
| 189:19 | 242:22 | 45:4,12 | 77:12 79:2 | 79:22 |
| 283:23 | 305:25 | 121:24 | 79:21 | 98:22 99:3 |
| 332:23 | 306:3,18 | 135:18 | 80:12 | 109:17 |
| Varmus 134:3 | 359:20 | 157:7 | 82:18,25 | viruses |
| 135:7 | videogra... | 160:9,12 | 89:5 100:9 | 15:23 |
| 136:8 | 9:2,15,24 | 209:9,17 | 100:10 | 25:21 27:4 |
| varying | 54:8,12 | virologi... | 102:15 | 30:4 36:15 |
| 175:1 | 83:17,20 | 210:1 | 103:17,23 | 43:3 |
| VECCHIONE | 150:2,5 | virologists | 104:1,4 | 117:11 |
| 3:3 | 203:18,21 | 44:11 | 110:21 | 118:19 |
| venue 39:15 | 219:4,6 | 52:15 | 111:1 | 156:19,21 |
| verbal 11:23 | 253:8,11 | 58:20 64:1 | 113:21,25 | 156:24 |

DR. ANTHONY FAUCI  11/23/2022

157:6,9
158:10
**visibility**
191:5,10
191:12,14
191:20
192:12
195:2
**visit** 149:17
**vitro** 117:12
245:15
**vivo** 116:25
117:22
**viz** 337:15
**vocal** 317:12
317:14
**Volume**
179:11
**von** 97:16,21
**VRC** 324:20
**vulnerable**
248:20
250:17
277:3

---

**W**

**wait** 39:12
185:5
**waiting**
172:7
**Walensky**
296:17
**walked**
295:20
**walking**
241:3
281:16
317:1
**want** 12:11
18:1 28:12
36:24
53:11 58:3
62:20
63:15 70:8
70:9 74:3
83:12
87:20,25
88:1,2,4
88:20

110:7
115:1
117:1
132:9
134:7,8
148:9
149:25
150:8
156:8
176:18
178:8
192:11
198:5
201:11
205:8
225:12
230:3
231:9
237:14
246:25
253:5,5
282:20
300:25
301:4
306:20
330:15,15
330:17
332:24
342:22
348:18
355:22
357:13
359:15
**wanted** 42:25
58:10,16
58:22
59:12,14
59:23
62:19,23
64:8,19
66:13 70:6
71:2,21
74:1 79:24
87:7 89:4
114:20
121:1
126:9,10
126:16
136:17

137:22,24
139:7
164:24
188:10
197:25
263:3
309:5
337:10
**wanting** 43:2
92:22
106:10
137:2
191:16
321:8
**wants** 94:17
**warfare**
143:6
**warranted**
169:17
**Washington**
3:7 4:3
7:22 8:3
13:15,19
201:22
242:14
243:2
271:5
272:5
273:19
275:14
279:14
280:25
361:6
**wasn't** 59:19
66:21
123:22
166:23
223:9
329:24
**watched**
199:18
**watching**
199:21
228:10
236:19
**way** 19:1,3
24:15
44:12 60:3
80:12

86:12
103:4
104:22
107:6
116:4
139:22
151:9
152:10
157:5
164:12
165:11
166:2,7,18
170:21
184:23
194:15
195:14
212:6
232:4
236:14
239:10
241:6
259:11
268:17
284:5
305:12
311:3
312:19
320:5,9,10
326:18
328:13
343:6
347:9
357:8,16
358:23
**Wayback** 7:2
**ways** 15:1
156:7
**we'll** 85:15
278:11
302:1
359:18
**we're** 11:15
27:16 29:8
37:19
39:19
54:13 58:5
83:18,21
85:24
89:19

90:10
101:10
104:25
105:1
136:24
150:3,6
172:7
173:6
181:24
187:8
202:8
203:19,22
219:7
233:23
253:9,12
262:15
263:6
307:1
313:4
354:24
355:2
**we've** 25:3
31:1 40:10
76:16
104:1
107:7
114:17
125:22
138:14
140:15
170:1
171:2
175:17
195:9
203:5
274:25
276:24
355:4
**weak** 353:8
354:6
**weapons**
145:21
146:2
**wear** 313:13
314:17
315:2,18
316:20
317:9
321:25

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| wearing | went 107:18 | widely 88:25 | 100:24 | 214:1,21 |
| 317:12 | 144:18 | 169:2 | 101:17,20 | 214:25 |
| 322:15,15 | 168:8 | 181:22 | 101:23 | 223:23 |
| 322:18 | 195:13 | widespread | 108:20 | 224:14 |
| web 243:10 | 200:17 | 166:17 | 112:3 | 225:24 |
| website 18:5 | 208:12 | 235:9 | 115:18 | 227:5 |
| 158:2 | 210:1 | 293:19 | 116:22 | 228:20 |
| 206:18 | 240:2 | WILBUR 2:18 | 118:15,22 | 229:16 |
| 242:16 | 261:10 | wild 79:25 | 125:17 | 234:19 |
| 243:3,9 | 263:3 | 103:4,9 | 127:18 | 235:19 |
| 280:12 | 291:3 | 106:3,3 | 128:3 | 236:7 |
| WeChat 98:9 | 321:24 | 118:2,11 | 129:17 | 237:14 |
| 98:10,13 | 336:11 | 118:16 | 130:9,11 | 240:14 |
| 98:14,21 | 342:19 | wildly 89:16 | 134:19 | 243:1,13 |
| Wednesday | weren't | wind 263:20 | 137:14 | 246:19 |
| 1:12,20 | 157:24 | winner 134:4 | 138:19 | 249:22 |
| week 131:3 | West 2:9 | 252:11 | 144:2 | 250:24 |
| 131:21 | 118:2,12 | 257:9 | 145:1,4 | 253:22 |
| 137:8 | 118:16 | Wire 264:3 | 146:12,19 | 255:25 |
| 161:14 | Western 1:2 | Wired 264:14 | 148:14,16 | 257:1 |
| 267:16,18 | 9:10 | witness 1:16 | 149:9 | 259:6,25 |
| 325:22 | What'd 104:9 | 6:2 10:3 | 150:1,21 | 260:24 |
| weeks 11:1 | what-hav... | 13:7 14:11 | 150:23 | 262:5 |
| 351:23 | 39:3 | 14:14 | 152:12,25 | 266:13 |
| weigh 188:12 | whatsoever | 20:21 22:9 | 154:24 | 268:25 |
| 190:17 | 214:8,14 | 23:18 24:6 | 158:6 | 269:21 |
| 191:13 | white 7:11 | 25:10,16 | 159:22 | 270:18 |
| weighs | 197:1 | 26:16,25 | 162:8 | 271:17 |
| 155:24 | 198:23 | 30:7 35:23 | 164:5 | 272:10 |
| weight | 201:3 | 41:13 42:2 | 167:9 | 273:7,15 |
| 333:21,23 | 207:25 | 43:15 46:6 | 168:21 | 273:23 |
| 333:25 | 217:24 | 47:19 48:8 | 169:24 | 274:25 |
| weighted | 218:3 | 48:11,18 | 176:7 | 280:16 |
| 343:11 | 226:24 | 49:11,13 | 179:10 | 284:9 |
| well-est... | 271:9 | 50:2 53:22 | 183:6 | 285:9 |
| 40:23 | 275:23 | 62:9 68:18 | 185:13,16 | 286:18 |
| 147:20 | 276:1,2,10 | 68:20,21 | 186:24 | 287:11,20 |
| well-known | 328:11,20 | 68:23 69:1 | 187:12,19 | 289:3 |
| 135:17,24 | 329:17,21 | 69:11,13 | 187:22,25 | 292:1 |
| 136:3 | 329:25 | 69:19 | 189:25 | 293:15 |
| 139:17 | 335:2,18 | 71:11 | 193:20 | 297:2,25 |
| well-pow... | 335:23 | 79:11 82:9 | 195:6 | 298:10 |
| 354:13 | 336:10,12 | 83:15 87:1 | 197:3,16 | 299:3 |
| well-rec... | 336:18 | 87:15 89:9 | 199:11 | 301:9,22 |
| 45:4 | 339:22 | 90:4 93:1 | 200:14 | 302:21 |
| well-reg... | 359:5 | 93:15,24 | 201:14 | 303:15 |
| 166:7 | WHO-spon... | 95:24 | 205:5 | 304:18 |
| Wellcome | 261:11 | 97:12,15 | 207:19 | 306:9 |
| 76:5,6 | 262:12 | 99:5 | 211:17 | 308:25 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 310:7,20 | 116:4 | 36:1 87:25 | wouldn't | 153:16 |
| 311:1,7 | 145:8 | 100:4 | 22:18 32:7 | 268:9,12 |
| 312:17 | 188:25 | 120:11 | 42:8 96:3 | Wuhan 33:8 |
| 313:17 | 189:14,15 | 132:10 | 108:22 | 33:11,16 |
| 314:2,23 | 189:16 | 134:1 | 116:15 | 33:21 36:6 |
| 318:8 | 190:22 | 136:21 | 124:11 | 36:16 |
| 319:6,14 | 277:11 | 164:23 | 147:17 | 37:12 |
| 323:18 | wore 316:23 | 171:2 | 153:17 | 42:17 |
| 325:15 | work 12:20 | 260:12 | 157:3 | 117:9 |
| 327:20 | 13:6 19:1 | 310:4 | 181:11 | 143:7 |
| 329:24 | 19:3 25:11 | works 45:4 | 184:18 | 145:22 |
| 330:8 | 35:19 36:7 | 72:17 | 187:2 | 146:2 |
| 331:22 | 42:15,18 | 83:14 | 213:3,5,16 | 153:24 |
| 334:13 | 58:12 | 99:11,13 | 235:23 | 154:19,20 |
| 338:1 | 59:13,15 | 99:20,22 | 257:2 | 155:17 |
| 339:12,14 | 59:17,21 | 100:18,25 | 321:10 | 156:21 |
| 341:7,8 | 70:20,24 | 101:5 | wound 256:16 | 158:1,11 |
| 344:9 | 72:14 | 204:21 | write 184:15 | 166:3,4 |
| 345:21 | 99:24,25 | 214:14 | 184:17 | 190:8 |
| 348:18 | 100:14 | 217:3 | 258:24 | |
| 352:8 | 101:3 | 218:2 | 259:13 | **X** |
| 353:20 | 131:4,9 | 248:3 | 354:7 | **X** 1:4,10 6:6 |
| 355:17 | 133:1 | 300:6,9 | writer 308:5 | |
| 356:11 | 136:14,17 | 308:1 | 308:20 | **Y** |
| 358:12 | 136:20,22 | 319:2 | writers | ya 354:7 |
| 359:14 | 137:2,18 | 350:4,17 | 309:1 | yada 354:7 |
| 360:6,8 | 140:7 | 350:19 | writes | Yale 265:11 |
| 361:12 | 205:16,22 | 351:9 | 132:20 | 265:12 |
| 362:1,25 | 210:16,23 | world 46:10 | 173:13 | yeah 13:4,11 |
| woman 33:15 | 217:11 | 95:7,9,17 | 184:18 | 14:11,14 |
| 228:4 | 219:24 | 96:23 | 258:23 | 14:22 22:3 |
| wondering | 220:1 | 103:21 | 325:7 | 22:4 23:2 |
| 188:14 | 238:20 | 164:25 | writing 14:7 | 23:14 24:6 |
| 225:6 | 269:17 | 192:24 | 258:20 | 27:23 |
| 269:2 | 300:4,11 | 193:2 | 314:8,20 | 28:19,21 |
| 299:14 | 302:23 | 215:19 | 359:1 | 30:7 33:17 |
| wont 171:17 | 317:6 | 223:24 | written | 36:9 42:19 |
| word 45:11 | 326:18,18 | 234:4 | 13:24 | 43:22 |
| 113:24 | 350:24 | world's | 113:9 | 47:22 49:3 |
| 155:18 | work-rel... | 39:23 | 130:2 | 50:18,21 |
| 156:14 | 55:14 | worried | 153:1 | 54:17,18 |
| 165:19 | worked 100:2 | 273:1 | 160:18,20 | 54:19 |
| 207:6 | 156:24 | worries | 224:19 | 55:20 |
| 222:4 | 217:25 | 302:14,17 | 287:15 | 58:18 |
| 225:1 | 316:11 | 302:21 | wrong 101:22 | 61:11,21 |
| 261:3 | 319:3 | worry 276:12 | 194:11 | 62:9,16 |
| words 56:20 | 350:22 | 302:23 | 240:11 | 65:2 66:5 |
| 57:11 | 351:4 | worth 13:15 | wrote 48:2 | 66:8,11 |
| 109:11 | working 17:8 | 15:17 | 57:8 114:2 | 68:8,12 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 72:22 73:1 | 212:12 | 34:9 36:13 | **YouTube's** | 50:14 |
| 83:13,15 | 221:25 | 72:1 76:9 | 240:5 | 91:22 |
| 84:19,21 | 222:6,17 | 100:17 | 283:15 | 162:12 |
| 85:7 86:12 | 226:19 | **years** 11:1 | 285:17 | 300:10 |
| 86:18 | 231:7 | 11:10 | | 331:8 |
| 90:17,19 | 240:11,18 | 13:24,25 | **Z** | **1:13** 65:13 |
| 91:23 | 242:17 | 16:5 27:16 | **Zachary** | **1:19** 65:21 |
| 92:18 | 247:20 | 28:23 | 218:21 | 203:21 |
| 93:21 94:9 | 254:4,4 | 29:10,15 | **Zeke** 352:24 | **1:37** 219:4 |
| 101:24 | 265:25 | 29:23 32:5 | 354:4,8 | **1:38** 219:6 |
| 102:8 | 272:10 | 32:6,7 | **zero** 213:14 | **10** 6:4,18 |
| 105:9,17 | 275:17 | 41:3 43:23 | **Zhengli** 33:5 | 114:17,18 |
| 105:18 | 282:23 | 44:22 | 33:14 | 115:2,5 |
| 108:20 | 283:22 | 45:19 | 35:17 36:1 | **10,000** 212:8 |
| 113:14 | 284:1 | 141:24 | 36:6,16 | **10/3/2025** |
| 115:6 | 286:18 | 148:2 | 37:3,7 | 360:22 |
| 118:10 | 287:11,20 | 167:10 | 56:9 117:9 | **100** 44:22 |
| 119:7,23 | 292:1,6 | 175:4 | **Zoom** 175:13 | 96:2 114:8 |
| 120:6 | 295:2,16 | 188:5 | **Zoom-type** | 177:22 |
| 125:6 | 300:7,9 | 212:5 | 175:18 | 205:19 |
| 130:19 | 306:9,20 | 219:20 | **Zooms** 174:2 | 220:3,10 |
| 131:1 | 307:4,22 | 275:4 | 175:19 | 256:8 |
| 133:19 | 310:7 | 295:11 | **Zuckerberg** | 259:7 |
| 134:19 | 315:5,14 | 313:18 | 99:17,21 | 281:20 |
| 144:22 | 315:16,19 | 314:4 | 100:21 | 292:23 |
| 145:18 | 318:4 | 358:21 | 133:11,12 | 300:23 |
| 148:8,15 | 319:6,21 | **Yep** 90:5 | 133:14 | **102** 78 4:13 |
| 159:5 | 319:24 | **yesterday** | 152:1,3 | **11** 6:19 |
| 161:10 | 320:4,6,11 | 359:3 | 173:4,8,18 | 13:23 |
| 164:7 | 323:5 | **York** 4:13,13 | 173:24 | 119:18,24 |
| 168:12 | 324:3,9,9 | 8:19 40:23 | 174:7,8,15 | **11:09** 150:3 |
| 170:16,20 | 325:10 | 169:5 | 174:16 | **11:21** 150:5 |
| 171:8 | 326:23 | 293:6 | 175:11,22 | **11:47** 68:14 |
| 172:11 | 331:13,14 | 296:14 | 175:25 | 69:2 |
| 173:5 | 332:5 | 344:3,21 | 176:4,25 | **1100** 4:2 |
| 174:12,12 | 334:13,18 | **you-all** | 177:24 | 361:5 |
| 176:22,23 | 337:19 | 85:18 | 178:10 | **111** 6:17 |
| 183:6 | 338:21 | **YOUNES** 3:2 | 286:14,22 | **114** 6:18 |
| 189:21 | 339:7,7,9 | **YouTube** 8:7 | 287:4,16 | **119** 6:19 |
| 190:12 | 339:11,14 | 239:12,15 | 288:1 | **11th** 148:19 |
| 192:3 | 342:12 | 239:23 | 289:7 | 149:7,22 |
| 195:22 | 344:5 | 240:21 | | 152:22 |
| 196:8 | 346:7 | 242:23 | **0** | 341:1 |
| 199:16,20 | 348:6,18 | 282:21,22 | | 361:18 |
| 202:12 | 348:25 | 282:24 | **1** | **12** 6:8,20 |
| 205:5 | 350:2,12 | 285:1 | **1** 6:8 12:11 | 16:15 |
| 206:6 | 350:12 | 286:1 | 12:13 | 122:24,25 |
| 207:2 | 353:14 | 305:25 | 13:10 | 288:9,14 |
| 209:18 | **year** 24:9 | 325:12 | 26:16,17 | **12:27** 203:18 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| **12:29** 55:2 | **163** 7:3 | **1st** 21:23 | 27:3,16 | 222:2 |
| 61:14 | **167** 7:4 | 22:1 43:15 | 71:8 | 225:16 |
| 62:14 | **16th** 344:4,5 | 44:16 55:3 | **2015** 31:12 | 226:14 |
| **120** 36:13 | **176** 9:9,25 | 61:15 66:6 | 31:14 56:5 | 233:2 |
| **120,000** 72:1 | 148:4,12 | 66:17 69:3 | 60:2,7 | 242:19 |
| **122** 6:20 | 148:14 | 72:25 73:8 | 71:6 119:4 | 243:7 |
| **1225** 3:5 | 179:7 | 77:5 82:14 | 286:22 | 250:21 |
| **127** 233:23 | 180:11 | 86:2,13 | **2019** 21:24 | 253:19 |
| **136** 6:21 | 192:4 | 89:25 | 34:10 | 261:11 |
| 130:6,7 | 199:2 | 93:16 | 158:1,11 | 263:12 |
| 249:23 | 235:5 | 113:22 | **202** 3:8 4:4 | 271:6 |
| 251:2 | 236:1,7,8 | 120:12 | **2020** 22:17 | 275:17 |
| 252:6 | 236:10,19 | 123:19 | 34:9,11,13 | 277:25 |
| 287:4,16 | **17:51** 68:10 | 161:8 | 34:19 35:9 | 282:25 |
| 287:24 | **170** 7:5 | 242:19 | 35:14 40:6 | 283:21,25 |
| **13:19** 65:19 | **172** 7:6 | 243:7 | 42:6 48:2 | 284:4 |
| **13:27** 90:1 | **178** 7:7 | 294:12,13 | 61:15 69:3 | 285:17 |
| **130** 6:21 | **17th** 159:4 | _____ | 72:25 | 286:24 |
| **130,000** | 179:1,4 | **2** | 91:22 93:9 | 287:16 |
| 36:13 | 180:25 | **2** 6:9 17:19 | 93:16 | 288:1 |
| **1300** 13:24 | 197:1 | 17:20 18:4 | 105:5 | 293:13 |
| **138** 6:22 | 199:14 | 22:23 41:8 | 120:4 | 294:10 |
| **13th** 275:12 | 201:4 | 41:14 | 129:20 | 298:24 |
| 275:20 | 207:25 | 119:4 | 139:14 | 307:18 |
| **146** 6:22 | **187** 7:1 | **2,000** 207:1 | 140:14 | 313:12,21 |
| 16:15 | 152:17,18 | **2:00** 66:21 | 141:18 | 315:18 |
| 138:7,8 | **18:47** 48:2 | 66:24 67:2 | 144:8 | 317:15,22 |
| **141** 6:23 | **18:48** 143:1 | 67:3 161:8 | 147:3 | 318:2,24 |
| **142** 6:24 | **182** 7:8 | **2:17** 253:8 | 148:20 | 319:1 |
| **148** 6:25 | **185** 7:9 | **2:28** 253:11 | 149:7,22 | 322:3 |
| **14th** 188:3 | **187** 7:10 | **2:30** 148:22 | 152:22 | 324:1,2 |
| 271:6 | **1885** 2:20 | 149:22 | 159:4 | 325:25 |
| 298:24 | **18th** 204:8 | **2:31** 253:19 | 167:19 | **2021** 31:21 |
| 299:22 | **19** 7:2 34:10 | **20** 7:3 | 169:20 | 328:7,13 |
| 303:23 | 158:20,24 | 158:23 | 170:22 | 335:19,24 |
| **156** 6:23 11:9 | 158:25 | 163:7,8 | 173:11 | 336:23 |
| 141:12,15 | 237:12 | 363:15 | 176:4 | 341:1 |
| 277:25 | **19:06** 143:16 | **20-plus** 11:9 | 179:1,7,12 | 343:3 |
| **15,000** 298:7 | **19:09** 93:9 | **20:30** 91:22 | 182:7,12 | 344:4,6,8 |
| 298:14 | 93:16 | **2003** 3:7 | 186:2 | 347:4,9 |
| **15:30** 105:5 | **191250** 3:15 | **201** 7:12 | 188:3 | 350:25 |
| **15:48** 91:6 | **196** 7:11 | **2011** 6:8 | 197:1 | **2022** 1:12,20 |
| **152** 7:1 | **1980s** 265:19 | 13:13,20 | 201:21 | 9:3 192:4 |
| **1524** 72:25 | **1990** 265:19 | 16:15 24:1 | 203:8 | 359:19 |
| **158** 7:2 | **19th** 3:5 | **2013** 93:18 | 204:5,8 | 361:3,10 |
| **15th** 176:4 | 201:21 | 93:25 | 213:21 | 362:3 |
| **16** 6:24 | 204:4 | **2014** 16:15 | 217:20 | **203** 7:13 |
| 142:19,20 | 344:8 | 18:13 | 218:10 | **2050** 94:24 |
| 240:13 | **1R01** 41:16 | 21:23 26:3 | 220:6,14 | **20530** 3:4 3:3 |

DR. ANTHONY FAUCI  11/23/2022

361:6
**2089** 4:24
**209** 7:14
**21** 7:4
   167:14,15
**210** 7:15
**212** 4:14
   7:16
**213** 7:17
**22** 7:5  170:9
   170:10
**22-06-26**
   94:8
**221** 2:9  7:18
**225** 2:22
**226** 7:19
**228** 7:20
**22nd** 167:19
   218:10
   222:2
**23** 1:12,20
   7:6  172:24
   173:2
   361:10
   362:3
**232** 7:21
**23rd** 9:3
   359:19
**24** 7:7  178:5
   178:7,17
   178:18
   179:25
**24/7** 95:2
**2402** 54:5
**242** 7:22
**2421** 53:15
   53:20
   64:25  65:1
**2426** 54:5
**2430** 53:19
**2431** 53:20
**2432** 52:22
   53:16,17
   54:4
**245** 7:23
**249** 7:24
**24th** 350:24
**25** 6:11  7:8
   181:24

182:2
**253** 7:25
**26** 4:11  7:9
   181:23
   185:2,17
   187:9,12
**263** 8:1
**264-6373**
   4:14
**266** 8:2
**26th** 182:7
   182:12
   186:20
**27** 7:10
   173:11,18
   179:12
   187:10,13
   199:14
   233:2
**270** 8:3
**275** 8:4
**277** 8:5
**27th** 40:6
   42:6  186:1
   222:8
   226:14
   233:16,20
**28** 7:11
   196:20,21
   197:4
   361:3
**280** 8:6
**283** 8:7
**284** 8:8
**286** 8:9
**28th** 226:14
   233:15,18
   233:19,20
**29** 7:12
   201:16,17
**294** 8:10
**298** 8:11
**2nd** 73:8
   105:5
   294:10,11

_____
**3**
_____
**3** 6:11  23:4
   25:3,4

211:2,21
**3:22-CV-...**
   9:8
**3:22-cv-...**
   1:7
**3:36** 275:12
**3:39** 312:25
**3:55** 313:3
**30** 6:8  7:13
   203:24,25
   247:25
   333:23
   361:17
**304** 8:12
**307** 8:13
**30th** 13:20
   84:17,19
   85:12
   324:2
   325:25
**31** 1:19,19
   4:22,23
   6:12  7:14
   9:12  209:3
   209:4
**314** 3:17
**31st** 21:23
   34:8,10
   48:2  51:21
   318:24
   319:1
**32** 7:15
   210:12
**323** 8:14
**326-6766**
   2:22
**327** 8:15
**329-5040**
   3:17
**33** 7:16
   210:9
   212:15,16
   212:23
**330** 8:16
**334** 8:17
**34** 7:17
   213:17,18
**34:30** 144:23
   145:16

**340** 8:18
**343** 8:19
**346** 8:20
**357** 7:18
   221:10,11
**351** 245:25
   246:6
**352** 8:21
**36** 7:19
   226:9,10
**37** 6:13  7:20
   228:15,16
**371** 246:6
   247:10,15
**38** 7:21
   10:25
   232:12,13
**39** 7:22
   242:10,11
**390** 8 4:12
**3rd** 2:20
   317:15
   318:1

_____
**4**
_____
**4** 6:12  31:2
   31:3  35:19
   56:4,20,22
   272:19,20
   272:22
   284:24
   288:9,14
**4:23** 170:22
**4:46** 354:23
**4:55** 355:1
**40** 7:23
   245:4,5
   247:25
   248:25
   249:4
   332:20
   333:23
   334:4
**40-plus**
   231:14
**41** 7:24
   249:4,6,9
**42** 7:25
   253:14,15

**43** 6:14  8:1
   263:7,8
**44** 8:2
   197:17
   266:4,5
**449** 245:19
   246:1
**45** 8:3  270:5
   270:7
   271:3
**45,000**
   206:24
**450** 3:6
**46** 8:4  275:8
   275:9
**47** 8:5
   277:17,19
**48** 8:6
   197:17
   280:8,11
**49** 8:7
   283:11,12
**4th** 115:8
   123:7,25
   126:23
   127:5
   128:20
   160:14
   250:20
   251:4
   254:5,13

_____
**5**
_____
**5** 6:13  37:19
   37:21
   60:13
   164:4,18
   227:8
   237:12
   251:2
   272:21,22
   284:24
**5:01** 359:19
   359:22
**5:02** 188:3
**5:41** 294:2
**5:51** 68:10
**50** 8:8  87:23
   282:1

**DR. ANTHONY FAUCI 11/23/2022**

| | | |
|---|---|---|
| 284:6,7,14 | 347:15 | **918-6905** 3:8 |
| 284:19 | **63** 8:21 | **96** 6:16 |
| 316:14 | 352:19,20 | **96,000** |
| **500,000** | **63101** 361:18 | 222:11 |
| 36:12 | **63119** 3:16 | **96,000-p...** |
| **51** 8:9 286:3 | **65101** 2:10 | 219:11 |
| 286:4 | **6th** 170:22 | **96,032** |
| **52** 8:10 | _____ | 222:16 |
| 293:25 | **7** | **9th** 97:2 |
| 294:5,6 | **7** 6:15 83:24 | 141:18 |
| **53** 8:11 | 83:25 | 144:7 |
| 298:17,18 | 120:7 | |
| **54** 8:12 | 240:12 | |
| 304:23,24 | **7:13** 84:19 | |
| **55** 8:13 | **70804** 2:21 | |
| 307:15 | **711** 361:17 | |
| **56** 8:14 | **751-8870** | |
| 323:19,20 | 2:11 | |
| **57** 8:15 | **7A-18** 149:13 | |
| 327:24,25 | 149:15 | |
| **573** 2:11 | **7th** 120:3 | |
| **58** 8:16 | 129:2 | |
| 330:5,6 | 160:15 | |
| **59** 8:17 | _____ | |
| 334:17,20 | **8** | |
| 335:15 | **8** 6:16 96:9 | |
| **598-3846** 4:4 | 96:10 97:7 | |
| **5th** 128:13 | 101:10 | |
| 128:18,21 | 180:10 | |
| 160:14 | 252:6 | |
| _____ | 254:11 | |
| **6** | **8:08** 1:20 | |
| **6** 6:14 43:8 | 9:4 | |
| 43:9 47:25 | **83** 6:15 | |
| 49:15 | **8th** 180:25 | |
| 52:21 | 253:19 | |
| 272:20 | 254:9 | |
| **6.3** 72:1 | 263:12 | |
| **6.4** 260:18 | 269:13 | |
| **60** 8:18 | _____ | |
| 316:14 | **9** | |
| 340:22,25 | **9** 6:17 | |
| 341:24 | 111:10,11 | |
| **600,000** | **9:04** 54:8 | |
| 36:12 | **9:05** 54:12 | |
| **61** 8:19 | **9:37** 83:14 | |
| 343:24,25 | **9:38** 83:17 | |
| **62** 8:20 | **9:50** 83:20 | |
| 346:14,15 | **90** 342:6 | |