**DANIEL KIMMAGE  11/10/2022**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF LOUISIANA

 3                   MONROE DIVISION

 4   - - - - - - - - - - - - - x

 5   STATE OF MISSOURI ex rel.,:

 6   ERIC S. SCHMITT, Attorney :

 7   General, STATE OF         :

 8   LOUISIANA ex rel. JEFFREY :

 9   M. LANDRY, Attorney       :

10   General, DR. JAYANTA      :

11   BHATTACHARYA, JILL HINES, :

12   JIM HOFT, DR. AARON       :

13   KHERIATY, and DR. MARTIN  :

14   KULLDORFF,                :

15          Plaintiffs,    :  No.

16   v.                     :  3:22-cv-01213-TAD-KDM

17   JOSEPH R. BIDEN, JR., in  :

18   his official capacity as  :

19   President of the United   :

20   States;                   :

21   KARINE JEAN-PIERRE in her :

22   Official capacity as White:

23   House Press Secretary;    :

24   VIVEK H. MURTHY, in his   :

25   Official capacity of      :
```

**DANIEL KIMMAGE  11/10/2022**

**Page 2**

```
 1   Surgeon General of the    :
 2   United States;           :
 3   XAVIER BECERRA, in his   :
 4   Official capacity as     :
 5   Secretary of the         :
 6   Department of Health and :
 7   Human Services;          :
 8   DEPARTMENT OF HEALTH AND :
 9   HUMAN SERVICES;          :
10   DR. ANTHONY FAUCI, in his :
11   Official capacity as     :
12   Director of the National :
13   Institute of Allergy and :
14   Infectious Diseases and as:
15   Chief Medical Advisor to :
16   the President;           :
17   NATIONAL INSTITUTE OF    :
18   ALLERGY AND INFECTIOUS   :
19   DISEASES;                :
20   CENTERS FOR DISEASE      :   No.
21   CONTROL AND PREVENTION;  :   3:22-cv-01213-TAD-KDM
22   CAROL Y. CRAWFORD, in her :
23   Official capacity as Chief:
24   of the Digital Media     :
25   Branch of the Division of :
```

```
 1    Public Affairs within the  :

 2    Centers for Disease         :

 3    Control and Prevention;     :

 4    UNITED STATES CENSUS        :

 5    BUREAU, a.k.a. BUREAU OF    :

 6    THE CENSUS;                 :

 7    JENNIFER SHOPKORN, in her   :

 8    Official capacity as        :

 9    Senior Advisor for          :

10    Communications with the     :

11    U.S. Census Bureau;         :

12    DEPARTMENT OF COMMERCE;     :

13    ALEJANDRO MAYORKAS, in his  :

14    Official capacity as        :

15    Secretary of the            :

16    Department of Homeland      :

17    Security;                   :

18    ROBERT SILVERS, in his      :

19    Official capacity as Under  :

20    Secretary of the Office of  :

21    Strategy, Policy, and       :

22    Plans, within DHS;          :

23    SAMANTHA VINOGRAD, in her   :

24    Official capacity as        :

25    Senior Counselor for        :
```

**DANIEL KIMMAGE 11/10/2022**

```
 1    National Security in the   :

 2    Office of the Secretary    :

 3    For DHS;                    :

 4    DEPARTMENT OF HOMELAND      :

 5    SECURITY;                   :

 6    JEN EASTERLY, in her        :

 7    Official capacity as        :

 8    Director of the             :

 9    Cybersecurity and           :

10    Infrastructure Security     :

11    Agency;                     :

12    CYBERSECURITY AND           :

13    INFRASTRUCTURE SECURITY     :

14    AGENCY;                     :

15    GINA McCARTHY, in her       :

16    Official capacity as White:

17    House National Climate      :

18    Advisor, and                :

19    NINA JANKOWICZ, in her      :

20    Official capacity as        :

21    Director of the so-called :

22    "Disinformation Governance:

23    Board" within the           :

24    Department of Homeland      :

25    Security,
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    ANDREW SLAVITT, in his      :

 2    Official capacity as White:

 3    House Senior COVID-10       :

 4    Advisor,                    :

 5    ROB FLAHERTY, in his        :

 6    Official capacity as        :

 7    Deputy Assistant to the     :

 8    President and Director of :

 9    Digital Strategy at the     :

10    White House,                :

11    COURTNEY ROWE, in her       :

12    Official capacity as White:

13    House Covid-19 Director of:

14    Strategic Communications    :

15    And Engagement,             :

16    CLARKE HUMPHREY, in her     :

17    Official capacity as White:

18    House Digital Director for:

19    the Covid-19 Response       :

20    Team,                       :

21    BENJAMIN WAKANA, in his     :

22    Official capacity as the    :

23    Deputy Director of          :

24    Strategic Communications    :

25    And Engagement at the       :
```

```
 1    White House COVID-19      :

 2    Response Team,            :

 3    SUBHAN CHEEMA, in his     :

 4    Official capacity as      :

 5    Deputy Director for       :

 6    Strategic Communications  :

 7    and External Engagement   :

 8    For the White House       :

 9    Covid-19 Response Team,   :

10    DORI SALCIDO, in her      :

11    Official capacity as White:

12    House Covid-19 Director of:

13    Strategic Communications  :

14    and Engagement,           :

15    TIMOTHY W. MANNING, in his:

16    Official capacity as White:

17    House Covid-19 Supply     :

18    Coordinator,              :

19    DANA REMUS, in her        :

20    Official capacity as      :

21    Counsel to the President, :

22    AISHA SHAH, in her        :

23    Official capacity as White:

24    House Partnerships        :

25    Manager,                  :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    LAURA ROSENBERGER, in her  :

 2    Official capacity as       :

 3    Special Assistant to the   :

 4    President,                 :

 5    MINA HSIANG, in her        :

 6    Official capacity as       :

 7    Administrator of the U.S.  :

 8    Digital Service within the :

 9    Office of Management and   :

10    Budget in the Executive    :

11    Office of the President,    :

12    U.S. DEPARTMENT OF         :

13    JUSTICE, FEDERAL BUREAU OF :

14    INVESTIGATION,             :

15    LAURA DEHMLOW, in her      :

16    Official capacity as       :

17    Section Chief for the      :

18    FBI's Foreign Influence    :

19    Task Force,                :

20    ELVIS M. CHAN, in his      :

21    Official capacity as       :

22    Supervisory Special Agent  :

23    of Squad CY1 in the San    :

24    Francisco Division of the  :

25    Federal Bureau of          :
```

```
 1    Investigation,              :
 2    JAY DEMPSEY, in his         :
 3    Official capacity as        :
 4    Social Media Team Lead,     :
 5    Digital Media Branch,       :
 6    Division of Public Affairs:
 7    at the CDC,                 :
 8    KATE GALATAS, in her        :
 9    Official capacity as        :
10    Deputy Communications       :
11    Director at the CDC,        :
12    ERIC WALDO, in his          :
13    Official capacity as        :
14    Chief Engagement Officer    :
15    For the Surgeon General,    :
16    YOLANDA BYRD, in her        :
17    Official capacity as a      :
18    Member of the Digital       :
19    Engagement Team at HHS,     :
20    CHRISTY CHOI, in her        :
21    Official capacity as        :
22    Deputy Director, Office of:
23    Communications, HRSA        :
24    within HHS,                 :
25    TERICKA LAMBERT, in her     :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1   Official capacity as      :
 2   Director of Digital       :
 3   Engagement at HHS and     :
 4   Deputy Director of the    :
 5   Office of Digital Strategy:
 6   at the White House,       :
 7   JOSHUA PECK, in his       :
 8   Official capacity as      :
 9   Deputy Assistant Secretary:
10   for Public Engagement at  :
11   HHS,                      :
12   JANELL MUHAMMED, in her   :
13   Official capacity as      :
14   Deputy Digital Director at:
15   HHS,                      :
16   MATTHEW MASTERSON, in his :
17   Official capacity as      :
18   Senior Cybersecurity      :
19   Advisory within CISA in   :
20   the Department of         :
21   Homeland Security,        :
22   LAUREN PROTENTIS, in her  :
23   Official capacity as an   :
24   official of CISA,         :
25   GEOFFREY HALE, in his     :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    Official capacity as an    :
 2    Official of CISA,          :
 3    ALLISON SNELL, in her      :
 4    Official capacity as an    :
 5    Official of CISA,          :
 6    KIM WYMAN, in her official :
 7    Capacity as CISA's Senior  :
 8    Election Security Lead,    :
 9    BRIAN SCULLY, in his       :
10    Official capacity as an    :
11    Official of DHS and CISA,  :
12    ZACHARY HENRY SCHWARTZ, in :
13    his official capacity as   :
14    Division Chief for the     :
15    Communications Directorate :
16    at the U.S. Census Bureau, :
17    LORENA MOLINA-IRIZARRY, in :
18    her official capacity as   :
19    an official of the Census  :
20    Bureau,                    :
21    KRISTIN GALEMORE, in her   :
22    Official capacity as       :
23    Deputy Director of the     :
24    Office of Faith Based and  :
25    Neighborhood Partnerships  :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    at the Census Bureau,        :

 2    U.S. FOOD AND DRUG           :

 3    ADMINISTRATION,              :

 4    ERICA JEFFERSON, in her      :

 5    Official capacity as         :

 6    Associate Commissioner for:

 7    External Affairs within      :

 8    the Office of the            :

 9    Commissioner at the U.S.     :

10    Food and Drug                :

11    Administration,              :

12    MICHAEL MURRAY, in his       :

13    Official capacity as         :

14    Acquisition Strategy         :

15    Program Manager for the      :

16    Office of Health             :

17    Communications and           :

18    Education at the FDA,        :

19    BRAD KIMBERLY, in his        :

20    Official capacity as         :

21    Director of Social Media     :

22    at the FDA,                  :

23    U.S. DEPARTMENT OF STATE,    :

24    LEAH BRAY, in her official:

25    capacity as Acting           :
```

```
 1    Coordinator of the State      :

 2    Department's Global           :

 3    Engagement Center,            :

 4    SAMARUDDIN K. STEWART, in     :

 5    His official capacity as      :

 6    Senior Technical Advisor      :

 7    and/or Senior Advisor for     :

 8    the Global Engagement         :

 9    Center of the State           :

10    Department,                   :

11    DANIEL KIMMAGE, in his        :

12    official capacity as          :

13    Acting Coordinator for the    :

14    Global Engagement Center      :

15    at the State Department,      :

16    ALEXIS FRISBIE, in her        :

17    official capacity as a        :

18    member of the Technology      :

19    Engagement Team at the        :

20    Global Engagement Center      :

21    at the State Department,      :

22    U.S. DEPARTMENT OF            :

23    TREASURY,                     :

24    WALLY ADEYEMO, in his         :

25    Official capacity as          :
```

**DANIEL KIMMAGE  11/10/2022**

```
 1   Deputy Secretary of the    :

 2   Treasury,                   :

 3   U.S. ELECTION ASSISTANCE    :

 4   COMMISSION,                 :

 5   MARK A. ROBBINS, in his     :

 6   Official capacity as        :

 7   Interim Executive Director:

 8   of the EAC, and             :

 9   KRISTEN MUTHIG, in her      :

10   Official capacity as        :

11   Director of Communications:

12   for the EAC,                :

13            Defendants.        :

14   - - - - - - - - - - - - - x

15

16        Videotaped Deposition of DANIEL KIMMAGE

17             Thursday, November 10, 2022

18                  10:04 a.m.

19

20

21   Job No.:  135884

22   Pages 1 through 304

23   Reported by:  Cassandra E. Ellis, RPR

24

25
```

**DANIEL KIMMAGE  11/10/2022**

**Page 14**

1              Deposition of DANIEL KIMMAGE, held

2     pursuant to agreement, before Cassandra E. Ellis,

3     Certified Shorthand Reporter -- Hawaii #475,

4     Certified Court Reporter - Washington #3484,

5     Certified Shorthand Reporter - California -

6     #14448, Registered Professional Reporter #823848,

7     Certified Realtime Reporter, Realtime Systems

8     Administrator, and Notary Public of The District

9     of Columbia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DANIEL KIMMAGE  11/10/2022**

```
 1                A P P E A R A N C E S

 2       ON BEHALF OF PLAINTIFF:

 3            D. JOHN SAUER, ESQUIRE

 4            MISSOURI ATTORNEY GENERAL'S OFFICE

 5            Supreme Court Building

 6            P.O. Box 899

 7            Jefferson City, Missouri  65102

 8            (573) 751-8870

 9            John.sauer@ago.mo.gov

10            Todd.scott@ago.mo.gov

11

12       ON BEHALF OF DEFENDANT:

13            ADAM KIRSCHNER, ESQUIRE

14            KYLA SNOW, ESQUIRE

15            AMANDA CHUZI, ESQUIRE

16            INDRANEEL SUR, ESQUIRE

17            DEPARTMENT OF JUSTICE

18            1100 L Street, Northwest

19            Washington, D.C.  20530

20            (202) 514-3259

21            Adam.kirschner@usdoj.gov

22            Kyla.snow@usdoj.gov

23            Amanda.k.chuzi@usdoj.gov

24            Indraneel.sur@usdoj.gov

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1       A P P E A R A N C E S   C O N T I N U E D
 2       ON BEHALF OF NEW CIVIL LIBERTIES ALLIANCE:
 3            JOHN J. VECCHIONE, ESQUIRE
 4            JENIN YOUNES, ESQUIRE
 5            NEW CIVIL LIBERTIES ALLIANCE
 6            1225 19th Street, Northwest, Suite 450
 7            Washington, D.C.  20036
 8            (202) 918-6902
 9            John.vecchione@ncla.legal
10            Jeninyounes@ncla.legal
11
12
13       ON BEHALF OF U.S. DEPARTMENT OF STATE:
14            MEHA A. SHAH, ESQUIRE
15            PUBLIC DIPLOMACY AND PUBLIC AFFAIRS
16            SA-5, Suite 5H03
17            2200 C Street, Northwest
18            Washington, D.C.  20520
19            (202) 632-9254
20            Shahma@state.gov
21
22
23   ALSO PRESENT:
24   Joseph E. Ellis, Certified Legal Video Specialist
25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                   C O N T E N T S

 2   EXAMINATION OF DANIEL KIMMAGE            PAGE

 3        By Mr. Sauer                        21

 4        By Mr. Kimmage                      151

 5        By Mr. Sauer                        152

 6

 7                 E X H I B I T S

 8            (Attached to the Transcript)

 9   DANIEL KIMMAGE   Deposition Exhibit      PAGE

10   Exhibit 1   01/08/2016 The White House,  42

11        Statement by NSC Spokesperson Ned Price

12        On Updates to U.S. Government Efforts

13        To Counter Violent Extremism

14   Exhibit 2   02/09/2018 Nation Now, State  47

15        Department's answer to Russian

16        Meddling is about to be funded

17   Exhibit 3   02/13/2018 Nation Now,        56

18        Information warriors: Here's how the

19        U.S. is combating 'fake news' from

20        Russia

21   Exhibit 4   09/04/2020 AFCEA, Russia      93

22        Weaponizes Increasingly Sophisticated

23        Disinformation

24

25
```

**DANIEL KIMMAGE  11/10/2022**

Page 18

```
 1        E X H I B I T S    C O N T I N U E D

 2              (Attached to the Transcript)

 3   DANIEL KIMMAGE   Deposition Exhibit        PAGE

 4   Exhibit 5  08/2020 U.S. Department of State  106

 5        GEC Special Report: Pillars of Russia's

 6   Disinformation and Propaganda Ecosystem

 7   Exhibit 6   Excerpt from Youtube video,     113

 8        Disinformed democracy: The past,

 9        Present, and future of information

10        Warfare Part 4, Brookings Institution,

11        October 2, 2020*

12   Exhibit 7   Second Amended Complaint        127

13   Exhibit 8   United States Department of State 153

14        Programs - Technology Engagement Team -

15        What are our Programs?

16   Exhibit 9   Meeting request and Various     159

17        E-mail(s) Bates Stamped Linkedin0000236,

18        Linkedin0000342-353, Linkedin0000406

19   Exhibit 10  05/03/2O21 Confidential E-mail   177

20        Bates Stamped MOLA_DEFSPROD_00011860-861,

21        05/10/2O21 Confidential E-mail Bates

22        Stamped MOLA_DEFSPROD_000112196-215

23   Exhibit 11  03/25/2O20 Confidential E-mail   188

24        Bates Stamped MOLA_DEFSPROD_0007669-676

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1        E X H I B I T S    C O N T I N U E D

 2            (Attached to the Transcript)

 3  DANIEL KIMMAGE   Deposition Exhibit        PAGE

 4  Exhibit 12  The Long Fuse: Misinformation   206

 5       And the 2020 Election, 2021 The

 6       Election Integrity Partnership

 7  Exhibit 13  11/08/2022 Facebook Content      253

 8       Requests

 9  Exhibit 14  02/17/2021 Transcript,           260

10       Countering and Exposing Terrorist

11       Propaganda and Disinformation

12  Exhibit 15  05/17/2022 Functional Bureau     276

13       Strategy, Global Engagement Center

14  Exhibit 16  10/17/2022 Remarks to the Press, 288

15       Anthony J. Blinken, Secretary of State

16

17

18

19

20

21

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

**Page 20**

```
 1              P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  Good morning.
 3    This is the beginning of the media in the
 4    deposition of Daniel Kimmage taken in the matter
 5    of the State of Missouri, et al., plaintiffs
 6    versus Joseph R. Biden, Junior, et al.,
 7    defendants, with a Case Number
 8    3:22-CV-01213-TAD-KDM, held in the United States
 9    District Court for the Western District of
10    Louisiana, Monroe division.
11              Today's date is November 10th,
12    2022, and the time on the monitor is
13    approximately 10:04 a.m.
14              My name is Joseph Ellis.  I'm the
15    certified legal videographer.  The court
16    reporter is Cassandra Ellis.  And we are here
17    representing Lexitas Deposition Services.
18              Counsel appearances will be noted
19    on the stenographic record, only.
20              Will the court reporter please
21    swear in the witness, then you may proceed.
22    ///
23    ///
24    ///
25    ///
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                        DANIEL KIMMAGE
 2        having been duly sworn, testified as follows:
 3                        EXAMINATION
 4     BY MR. SAUER:
 5             Q.    Could you please state your name,
 6        for the record?
 7             A.    Daniel Kimmage.
 8             Q.    And Mr. Kimmage, what's your
 9        current title?
10             MR. KIRSCHNER:  Mr. Sauer, I just
11        wanted to put something on the record before we
12        got started, just before you start going into
13        the -- to the basics.
14                 I just wanted to put on the record
15        that yesterday, November 9th, 2022, the
16        defendants moved for a protective order
17        concerning this deposition, and other
18        depositions, to protect the -- related to the
19        dissemination of the video of the deposition,
20        and also related to certain personal information
21        that may be discussed at the deposition.
22                 Yesterday -- today, in docket entry
23        111, the Court temporarily granted that motion
24        to allow for the briefing of this issue, and we
25        ask that plaintiffs abide by that order.
```

```
 1                    MR. SAUER:  Plaintiffs will abide
 2      by that order, and will respond to the motion in
 3      due course on the Court's briefing schedule.
 4    BY MR. SAUER:
 5              Q.   Mr. Kimmage, what's your current
 6      title?
 7              A.   My title is principal deputy
 8      coordinator of the Global Engagement Center.
 9              Q.   And at various times you've been
10      acting coordinator as well as principal deputy
11      coordinator of that; is that right?
12              A.   Yes.
13              Q.   How long have you been at the
14      Global Engagement Center for the State
15      Department?
16              A.   Since January, I think January
17      21st, 2017.
18              Q.   Let me ask you this:  Have you ever
19      been deposed before?
20              A.   No.
21              Q.   So can I just go through some
22      ground rule type questions?
23              A.   Sure.
24              Q.   One thing is when I ask a question
25      could you wait until I finish the question
```

```
1       before you respond?

2               A.   Mm-hmm.   Yes.

3               Q.    Next thing is, could you give an

4       oral response to all my questions, because the

5       court reporter is transcribing, so a nod doesn't

6       come across, necessarily, in the transcripts,

7       can you give an oral response to all my

8       questions?

9               A.   Yes.

10              Q.    And I'm a bad offender at this, but

11      can you and I be careful not to interrupt each

12      other?

13              A.   Yes.

14              Q.    And if at any time, I would like

15      you to listen carefully to the question that I'm

16      asking and answer the question that I'm asking,

17      as we go forward, are you willing to do that?

18              A.   Yes.

19              Q.    And if at any time you don't

20      understand the question, could you ask me for

21      clarification rather than answer a question that

22      you're not sure that I asked?

23              A.   Yes.

24              Q.    Okay.  So you've been at the Global

25      Engagement Center for about five years; is that
```

**DANIEL KIMMAGE  11/10/2022**

Page 24

```
 1     fair to say, beginning of 2017?
 2            A.   Since January 21st, 2017, with --
 3     with breaks.
 4            Q.   And prior to that, and breaks
 5     include a stint at the National Defense
 6     University, that was fairly recent; is that
 7     right?
 8            A.   Yes.
 9            Q.   How -- how recently did you come
10     back to the Global Engagement Center from the
11     National Defense University?
12            A.   In July 2022, July of this year.
13            Q.   And that was a 10-month stint, you
14     were away for 10 months at that university?
15            A.   Yes.
16            Q.   And you've been back for about four
17     months, since then?
18            A.   Yes.
19            Q.   I may ask you other things today,
20     about stuff that may have happened while you
21     were gone, in which case I'm just asking you to
22     respond to the best of your knowledge; is that
23     fair to say?
24            A.   Yeah.
25            Q.   Okay.  Other than that 10-month
```

**DANIEL KIMMAGE  11/10/2022**

1    period, were there other periods where you were

2    not at the Global Engagement Center?

3            A.   Before January 21st, 2017, I was in

4    the Office of Policy Planning.

5            Q.   But between January 1st, 2017 and

6    now, other than the 10-month interruption at the

7    NDU, you've been continuously at the Global

8    Engagement Center?

9            A.   Yes.

10           Q.   And during that time period, you've

11   been in a senior role, either as acting

12   coordinator or a principal deputy coordinator;

13   fair to say?

14           A.   Correct.

15           Q.   And I take it the difference

16   between those two, executive coordinator -- is

17   the coordinator a senate-confirmed position?

18           A.   It is not.

19           Q.   Well, let me ask this:  Can you

20   describe, generally, what the Global Engagement

21   Center does?

22           A.   The Global Engagement Center has a

23   congressional mandate, it comes from the 2017

24   National Defense Authorization Act to direct and

25   lead the US government's efforts to counter

**DANIEL KIMMAGE  11/10/2022**

**Page 26**

```
 1      foreign propaganda and disinformation.
 2              Q.    Is the word disinformation in that
 3      statute?
 4              A.    It is.
 5              Q.    Okay.  So there's a congressional
 6      mandate that counter foreign propaganda and
 7      disinformation?
 8              A.    Yes.
 9              Q.    Is that -- and does the Global
10      Engagement Center carry on activities to
11      implement that mission?
12              A.    Yes.
13              MR. KIRSCHNER:  Objection, vague.
14      BY MR. SAUER:
15              Q.    Can you describe the nature of
16      those activities?
17              MR. KIRSCHNER:  Objection, calls
18      for a narrative.
19      BY MR. SAUER:
20              Q.    You may answer if you understand
21      the question.
22              A.    Could you clarify what you mean by
23      that?
24              Q.    What does the Global Engagement
25      Center do to carry out its statutory mission,
```

```
 1      can you give a summary of that?

 2           A.   Yeah.  It analyzes the activities

 3      of adversarial state and non-state actors, so

 4      countries like Russia and China, that use

 5      propaganda and disinformation to harm the

 6      national security of the United States, or

 7      terrorist organizations like Al-Queda and Isis.

 8                So the Global Engagement Center

 9      looks analytically at what those malign actors

10      are doing, how they're using propaganda and

11      disinformation.

12                It also has partnerships, it -- it

13      supports organizations that can more actively

14      counter the propaganda and disinformation of

15      these foreign actors.

16                And it also coordinates and

17      communicates internally within the US government

18      with other offices at the State Department and

19      with interagency partners.

20           Q.   Are there internal divisions or

21      teams within the Global Engagement Center?

22           A.   Yes.

23           Q.   And from now on can I just refer to

24      it as the GEC?

25           A.   Yes.
```

1          Q.   And you'll understand that we're

2     talking about the Global Engagement Center;

3     correct?

4          A.   Yes.

5          Q.   What are the internal divisions or

6     teams within it?

7          A.   So there is -- there are teams that

8     focus on the major threat actors.  There is a

9     China team, a Russia team, an Iran team, and a

10     counterterrorism team.

11              And then there are some sort of

12     structural support -- there's a resources team,

13     there's a front office, there's a -- I'm not

14     sure what the current name is, but there's an

15     interagency coordination team.

16          Q.   Is that the -- is that the I2C2?

17          A.   The I2C2, there's an interagency

18     coordination team, and there's a Technology

19     Engagement Team.

20          Q.   And that's sometimes referred to as

21     the TET?

22              (Reporter clarification)

23              MR. SAUER:  I think she was talking

24     to me.

25              MR. KIRSCHNER:  I was also going to

**DANIEL KIMMAGE  11/10/2022**

**Page 29**

```
 1    ask:  Can you let him finish his response
 2    before -- before following up.
 3   BY MR. SAUER:
 4           Q.    And is the Technology Engagement
 5    Team called the TET?
 6           A.    Sometimes, yes.
 7           Q.    And do any of those divisions,
 8    teams, or components interface directly with
 9    social media companies?
10           A.    The Technology Engagement Team does
11    engage with social media companies.  The front
12    office and senior leadership engage with social
13    media companies, yes.
14           Q.    So what does the TET do to engage
15    with social media companies?
16           MR. KIRSCHNER:  Objection, vague.
17   BY MR. SAUER:
18           Q.    Can you summarize that for us?
19           MR. KIRSCHNER:  Objection, calling
20    for a narrative.
21   BY MR. SAUER:
22           Q.    If you understand the question you
23    may answer.
24           A.    They hold meetings.
25           Q.    What do they discuss in the
```

**DANIEL KIMMAGE   11/10/2022**

**Page 30**

1      meetings?

2              A.   I'm not in the meetings that the

3      Technology Engagement Team holds with the social

4      media companies.

5              Q.   **Do you have any understanding of**

6      **what they discuss in the meetings?**

7              A.   Yeah, the -- the -- the general

8      thrust would be information exchange.

9              Q.   **And what -- what kind of**

10     **information is exchanged?**

11             A.   Primarily, the tools and techniques

12     that are adversaries.  So malign actors like the

13     ones I listed, like Russia and China, how are

14     they using propaganda and disinformation.

15             Q.   **Is there discussion of technologies**

16     **that can be used to combat disinformation in**

17     **those meetings?**

18             A.   There certainly could be, tools,

19     for example.

20             Q.   **And is there a discussion of, you**

21     **know, content posted on social media that might**

22     **be of concern to the GEC, that's discussed with**

23     **social media companies in those meetings?**

24             A.   I think that would be rare.  The

25     focus of the discussion would be at a higher

**DANIEL KIMMAGE  11/10/2022**

**Page 31**

```
1    conceptual level.  It would be:  How are these
2    actors doing what they do, not so much specific
3    pieces of content.
4         Q.   But do you think there may be rare
5    conversations where specific pieces of content
6    are discussed, of concern?
7         A.   Yes, I -- I couldn't rule it out.
8         Q.   Okay.  And do you know of any
9    specific instance where that was done in these
10   TET meetings with social media companies?
11        A.   No.
12        Q.   How about the front office
13   engagement with social media companies that you
14   referred to, what's the nature of that?
15        A.   It's primarily relationship
16   building.  So at the more senior level the
17   engagements that I would hold, the meetings I
18   would hold, it would be really relationship
19   building to facilitate better communication at
20   the working level.
21        Q.   So who would be present at a
22   meeting like that, on your side?
23        A.   On our side, it would be the acting
24   coordinator or the coordinator if -- or the
25   appointed coordinator, probably one or two of
```

**DANIEL KIMMAGE  11/10/2022**

**Page 32**

```
 1    the deputies, because there are deputy
 2    coordinators, maybe a team chief, and then,
 3    potentially, a member of a team with relevant
 4    substantive expertise.
 5            Q.    How frequently do those kinds of
 6    meetings occur where someone at the coordinator
 7    level and others are meeting directly with the
 8    social media platforms?
 9            A.    Every few months, can b e
10    quarterly, but sometimes less than quarterly.
11            Q.    What kind of topics are discussed
12    at those meetings?
13            A.    The tools and techniques of our
14    adversaries would probably be the number one
15    topic.  So what are the campaigns we see,
16    foreign propaganda actors, like Russia, China,
17    Iran or terrorist organizations, what campaigns
18    are they conducting, what tools are they using,
19    potentially which narratives they're promoting.
20            And we would be in listening mode
21    for anything the companies wanted to share.
22            Q.    And you say what the companies
23    wanted to share, what sort of information might
24    that be?
25            A.    My recollection is that it was
```

**DANIEL KIMMAGE 11/10/2022**

Page 33

```
 1    fairly minimal.
 2          Q.   Can you think of an instance where
 3    that happened, you referred to it just now?
 4          A.   They would also be looking for
 5    Chinese disinformation campaigns, fairly general
 6    information along those lines.
 7          Q.   And so they might flag for you, the
 8    GEC representatives, content that they see on
 9    their platforms that their concerns may be
10    originating from malign state actors?
11               MR. KIRSCHNER:  Objection, assumes
12    evidence not in record.
13    BY MR. SAUER:
14          Q.   You may answer if you understand
15    the question.
16          A.   I don't recall discussions of
17    specific content.  These would be higher-level
18    discussions along the lines of a campaign with a
19    narrative, but not specific content that would
20    be a part of the campaign.
21          Q.   So they would not be flagging
22    specific posts, for example, but they might be
23    saying, hey, there's a narrative about, you
24    know, at a high-level description that's --
25    that's trending on their platform, something
```

**DANIEL KIMMAGE  11/10/2022**

**Page 34**

```
 1      like that?
 2              A.    Yes.
 3              Q.    Do you remember specific instances
 4      where that kind of conversation occurred?
 5              A.    No.
 6              Q.    But you have the understanding that
 7      that sort of thing would happen?
 8              A.    Yes, general discussions of
 9      campaigns.
10              Q.    And then on your side would you
11      also be discussing such campaigns?
12              A.    Yes.
13              Q.    And flagging them for them; is that
14      fair to say?
15              A.    Yes.  But I wouldn't use the word
16      flagging.  Flagging is generally associated with
17      specific content, that was generally not the
18      focus of our discussions, certainly not the ones
19      that I conducted.
20              Q.    So what discussions -- let me take
21      a concrete example, for example, that's in some
22      of the GECs online materials.
23                    I take it there was a campaign back
24      in the 1980s, from Russia and malign actors, to
25      try and accuse the United States of
```

```
 1      manufacturing the AIDS virus in a laboratory in
 2      the 1970s when, in fact, there's demonstrable
 3      scientific evidence that it emerged in the
 4      1950s, so this is kind of a Russian lie.
 5              Is that at the sort of level of
 6      specificity that you might be raising these
 7      kinds of issues in these meetings with social
 8      media platforms?
 9              MR. KIRSCHNER:  Objection, vague,
10      ambiguous.
11    BY MR. SAUER:
12        Q.   If you understand, you may answer.
13        A.   Yes, that is the -- the -- the
14    level of detail.
15        Q.   Yeah, and I'm not asking -- I'm not
16    asking for a, hey, anything current.
17        A.   Mm-hmm.
18        Q.   But that would be the nature of
19    information, you might sit down with them and
20    say, hey, look, here's a malign foreign actor,
21    Russia, they are pushing this narrative out on
22    social media platforms using bots or whatever,
23    and, you know, here's the nature of the
24    narrative, and this is something to be on the
25    lookout for; is that a fair characterization of
```

DANIEL KIMMAGE  11/10/2022

1    how those discussions go?

2           A.    Yes, with the caveat that we might

3    not say:  Be on the lookout, it might be just

4    what we're seeing.  Our interactions were not

5    directive with social media companies.

6           Q.    What's the purpose of advising them

7    of those narratives of concern, from your side?

8           A.    The purpose is to deepen their

9    understanding of the actions of malign actors

10   seeking to harm the national security in the

11   United States, in line with the GEC's

12   congressional mandate.

13          Q.    Is there a concern or is there an

14   indention that for particularly malign

15   narratives, that once they're advised of them

16   they might be equipped to enforce their content

17   standards against users or bots who post those

18   narratives?

19          A.    Could you clarify the question?

20          Q.    Is part of the purpose of raising

21   these narratives to inform the social media

22   companies on how they might apply their content

23   modulation policies against that kind of

24   content?

25                MR. KIRSCHNER:  Objection,

**DANIEL KIMMAGE  11/10/2022**

**Page 37**

```
 1    ambiguous.
 2   BY MR. SAUER:
 3           Q.    You may answer, if you understand.
 4           A.    No.  Our purpose was not to effect
 5    internal decisions at the social media
 6    companies.  Our purpose was to deepen their
 7    understanding of the actions of malign actors.
 8           Q.    And this -- these meetings occur
 9    every few months; is that fair to say?
10           A.    At the senior level, every few
11    months.
12           Q.    How often do they occur with the
13    TET level?
14           A.    More frequently, but I don't know
15    the exact frequency.
16           Q.    Does the GEC engage in any
17    activities where the intention is to influence
18    or -- or at least propose to social media
19    companies that certain content might not be
20    posted on their platforms?
21           MR. KIRSCHNER:  Objection,
22    compound.
23   BY MR. SAUER:
24           Q.    You may respond, if you answer --
25           A.    No.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 38**

1          Q.    -- if you understand?

2          A.    The GEC does not seek to influence

3    the decisions of the social media companies.

4          **Q.    Does a CE -- GEC seek to provide**

5    **information that might inform those decisions?**

6          A.    No.  The GEC is not looking to

7    inform specific decisions.  These are general

8    conversations about what we are seeing in the

9    environment.  They're not geared toward

10    decisions that the social media companies may or

11    may not make.

12          **Q.    And are you aware of any instances,**

13    **whether in the context of these meetings or any**

14    **other context, where the GEC has been involved**

15    **in, you know, raising concerns to social media**

16    **companies, whether directly or indirectly, about**

17    **content posted on their platforms?**

18                MR. KIRSCHNER:  Objection,

19    compound.

20          A.    Yes, I can recall one specific

21    instance --

22          **Q.    Can you tell me about that?**

23          A.    -- that -- with myself.

24          **Q.    Sorry, I didn't mean to interrupt.**

25          **Can you tell me about that?**

**DANIEL KIMMAGE  11/10/2022**

Page 39

```
 1              A.   Yes.  I believe this was in 2018,
 2     but I don't have the records in front of me.  I
 3     was informed by a colleague that there was a
 4     security situation in a middle eastern country
 5     where demonstrators or protesters were using a
 6     social media platform to communicate, and the
 7     Department was concerned for the safety of its
 8     personnel.
 9              And this was a concern that was
10     being tracked in realtime, at the highest levels
11     of the State Department.  And that was the one
12     time that I recall that I did communicate
13     directly to a social media platform or
14     representative that this was an ongoing concern.
15     I was very specific in my interactions, simply
16     saying that this is a realtime situation where
17     we believe that the safety of our personnel is
18     at stake, and I would simply ask that you review
19     the activity on these accounts to make a
20     determination in line with your own terms of
21     service.
22              I did not ask for anything to be
23     removed, but I did have a direct interaction
24     about specific content motivated by security
25     concerns about the safety of our people.
```

**DANIEL KIMMAGE 11/10/2022**

**Page 40**

```
1              Q.    Were those posts foreign or
2    domestic?
3              A.    All foreign.
4              Q.    And what action was taken, to your
5    knowledge, by the social media platforms?
6              A.    I don't know what specific action.
7    They did not report back to me.
8              Q.    You mentioned that you, personally,
9    engaged in that interaction.  Are you aware of
10   others in the GEC having any interactions of
11   that nature, where there's a discussion with
12   social media platforms about specific content of
13   concern?
14             A.    No, I'm not.
15             Q.    You're not aware of any other
16   personnel within your -- the GEC doing that on
17   any other occasion?
18             A.    There were other personnel involved
19   in this interaction, but not beyond this
20   interaction.
21             Q.    How many personnel are at the GEC?
22             A.    I -- I believe it's between one and
23   two hundred now.
24             Q.    Okay.  And do they all ultimately
25   report to you, in your role as principal deputy
```

**DANIEL KIMMAGE  11/10/2022**

Page 41

```
 1        coordinator?
 2                A.   No.  I'm -- I'm currently serving
 3        as a senior advisor, so I'm not in a -- in a
 4        direct management role.
 5                    When I was the acting coordinator,
 6        they would have -- I would have been responsible
 7        for the entire office.  They would not have
 8        reported directly to me.  There's a chain of
 9        command
10                    And, you know, when I was the
11        principal deputy some would report to me, but
12        ultimately it would be the appointed coordinator
13        who was the head of the office.
14                Q.   Are -- how much knowledge do you
15        have of the office's activities in your role of
16        senior advisor?  Do you have a good overview of
17        everything the office is doing or do you only
18        really oversee or, you know, get involved in
19        smaller portions of it?
20                A.   Currently, only in small portions.
21        I don't have an oversight role.
22                Q.   What are the -- what are those
23        smaller portions that you're involved in?
24                A.   Strategic issues of interest to the
25        acting coordinator.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1            Q.   Can you, without getting into too
 2    much detail, can you tell us whether any of
 3    those issues involved interaction with social
 4    media platforms?
 5            A.   No, they do not.
 6            Q.   Your answer is:  No, they do not?
 7            A.   No.
 8            Q.   But are you still participating in
 9    these, you know, few monthly meetings with the
10    social media platforms?
11            A.   No.
12            Q.   That was something you did when you
13    were acting coordinator and deputy acting
14    coordinator?
15            A.   Yes, only in my capacity as acting
16    coordinator or principal deputy coordinator.
17            Q.   And that was a role that you held
18    from the beginning of 2017 until -- until about
19    a year ago or about 14 months ago?
20            A.   Until June 2021.
21            MR. SAUER:  Let me give you a
22    document.  Let's call this Exhibit 1.
23            (Exhibit No. 1 was marked for
24    identification.)
25            MR. KIRSCHNER:  Mr. Sauer, do you
```

```
 1    only have one extra copy for us?
 2              MR. SAUER:  No, we've got two extra
 3    copies.
 4              MR. KIRSCHNER:  Do you mind?
 5              MR. SAUER:  Yeah, that's fine.
 6    That's fine.
 7    BY MR. SAUER:
 8         Q.   Do you recognize this document?
 9         A.   Can you clarify what that means?
10         Q.   Have you ever seen it before?
11         A.   No.
12         Q.   So if you see at the top, it's a --
13    appears to be a White House press release from
14    January 28, 2016; right?
15         A.   Mm-hmm.
16         Q.   Is that right?
17         A.   Yes.
18         Q.   And it describes, I believe, the
19    creation by executive order of the Global
20    Engagement Center in the beginning of 2016;
21    right?
22              MR. KIRSCHNER:  Objection, assuming
23    facts not in evidence.  Can the witness have an
24    opportunity to look at the document?
25              MR. SAUER:  Sure.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 44**

```
 1    BY MR. SAUER:
 2            Q.    And if it helps, if I can direct
 3    your attention to the second sentence of the
 4    second paragraph?
 5            A.    Mm-hmm.
 6            Q.    Talks about how the Department of
 7    Homeland Security and the Department of Justice
 8    will announce the establishment of a countering
 9    violent extremism task force; correct?
10            A.    Yes.
11            Q.    And then it goes on to say:  The
12    State Department will establish the Global
13    Engagement Center; is that fair to say?
14            A.    Yes.
15            Q.    So is this, to your understanding,
16    the beginning of how the GEC got going, created
17    by executive order in 2016?
18                  MR. KIRSCHNER:   Objection,
19    speculative.
20    BY MR. SAUER:
21            Q.    If you know?
22            A.    There was an executive order in
23    2016 that established the Global Engagement
24    Center.  Subsequently, there was a provision in
25    the national defense authorization act that
```

**DANIEL KIMMAGE  11/10/2022**

**Page 45**

1    created the Global Engagement Center in its

2    current iteration.

3            Q.   So in other words, there was a

4    precursor that was created by executive order,

5    and then the 2017 NDAA gave it specific

6    statutory authorization?

7            A.   Yes.  They're separate -- separate

8    documents.

9            Q.   This press release goes on to

10   say -- do you see the sentence in that paragraph

11   beginning:  Additionally?

12           A.   Yes.

13           Q.   Today, some of the most senior

14   officials from the White House and across the

15   President's national security team are meeting

16   in Silicon Valley with representatives from a

17   number of leading technology companies?

18           A.   Yes.

19           Q.   Do you have any understanding of

20   what the nature of those meetings was?

21           A.   No.

22           Q.   Were you involved in the GEC in

23   this iteration prior to 2017?

24           A.   No.  I was on detail in the Office

25   of Policy Planning at this time.

**DANIEL KIMMAGE  11/10/2022**

Page 46

```
 1              Q.   But from the beginning, at least,
 2    it appears there was some aspect of the GEC's
 3    mission that involved interacting with social
 4    media platforms?
 5              MR. KIRSCHNER:  Objection, assuming
 6    evidence.  That's not in the record.
 7    BY MR. SAUER:
 8              Q.   Fair to say?
 9              A.   I don't see a connection between
10    the meeting in Silicon Valley, here, and the
11    establishment of the Global Engagement Center.
12    I -- could you explain what the connection is?
13              Q.   Do you -- are you aware of any
14    connection --
15              A.   I'm not.
16              Q.   -- between the GEC and interactions
17    with social media platforms?
18              A.   I'm not aware of any connection
19    between the establishment of the Global
20    Engagement Center through the executive order or
21    the Global Engagement Center in its iteration
22    then, and then in the senior officials from the
23    White House meeting in Silicon Valley the Global
24    Engagement Center is not a part of the White
25    House.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                  This sentence talks about, you
 2      know, White House national security team, I
 3      don't know whether the Global Engagement Center
 4      was involved in that.
 5              Q.   Let me ask you this:  How -- how --
 6      how -- you've been there since the beginning of
 7      2017, during all that time have there been
 8      interactions with social media companies to
 9      discuss narratives and things like that?
10              A.   I -- I don't believe it was across
11      the entire time.  The initial period was really
12      focused on setting up the office.  So there
13      weren't -- there weren't a lot of outside
14      meetings.  I don't recall when, exactly, they
15      began.
16              Q.   Did you ever have a conversation
17      with social media companies where you encouraged
18      them to speed up the removal of posts that they
19      posted online?
20              A.   No.
21                  MR. SAUER:  Let's do B.
22                  Let me give you another document.
23      This will be, I think, labeled Exhibit 2.
24                  (Exhibit No. 2 was marked for
25      identification.)
```

**DANIEL KIMMAGE  11/10/2022**

Page 48

```
 1   BY MR. SAUER:
 2           Q.   And is this a report from USA Today
 3   dated February 9th, 2018, discussing the Global
 4   Engagement Center?
 5           A.   Yes.
 6           Q.   And you're quoted in this article,
 7   aren't you, in there, in the second paragraph?
 8           MR. KIRSCHNER:  Objection.  I would
 9   like to have an opportunity to read this
10   article, as well, before -- before going forward
11   on this.
12           MR. SAUER:  If you're going to read
13   the entirety of every document we're going to be
14   here a long time.
15           MR. KIRSCHNER:  Just to be able to
16   put eyes on the document, just --
17           MR. SAUER:  I tell you what, when I
18   get to a question that is of concern, and we
19   need some time, let me know.  But --
20           MR. KIRSCHNER:  You just give at
21   least the witness a little bit of time to
22   familiarize himself with the document?
23   BY MR. SAUER:
24           Q.   Well, let me ask this:  Do you
25   recall giving an interview to the USA Today in
```

**DANIEL KIMMAGE 11/10/2022**

Page 49

```
 1       around February of 2018 or giving comments to
 2       them?
 3              A.   I -- I -- I don't recall it
 4       specifically, but I gave -- I did a fair amount
 5       of media engagement, so I -- I see the
 6       interview, yes.
 7              Q.   And do you see there, on the second
 8       paragraph of this, where it talks about how
 9       there's an agreement to transfer 40 million
10       dollars from the Defense Department to more
11       fully fund the GEC?
12              A.   Mm-hmm.
13              Q.   You remember that incident, I'm
14       sure.
15              A.   Yes.
16              Q.   And do you remember talking to the
17       media about that?
18              A.   I don't recall speaking to the
19       media specifically about the funding transfer.
20              Q.   Two paragraphs down from that,
21       there's a reference to Stephen Goldstein, the
22       State Department Undersecretary for Public
23       Diplomacy, describing the Center's job; is that
24       fair to say?
25              A.   Yes.
```

DANIEL KIMMAGE  11/10/2022

Page 50

1          Q.   Do you remember getting involved in
2     a conversation with reporters with
3     Mr. Goldstein?
4          A.   I don't recall whether
5     Undersecretary Goldstein and I did a joint or
6     separate engagement with USA Today for this
7     interview.
8          Q.   Okay.  Can you turn to the next
9     page of this article.
10         A.   Mm-hmm.
11         Q.   Actually, turn in two pages, to the
12     third page of the document.
13         A.   Okay.
14         Q.   There is a freestanding paragraph
15     that begins:  Some of that work has already
16     begun, Kimmage and Goldstein said; do you see
17     where it says that?
18         A.   Yes.
19         Q.   And then immediately below that,
20     there's a quote from Goldstein, that said:  Top
21     managers have been working with other government
22     agency, the White House, and technology
23     companies, quote, encouraging them to help us in
24     this fight; correct?
25         A.   That is Undersecretary Goldstein's

DANIEL KIMMAGE  11/10/2022

Page 51

```
 1    quote, correct.
 2           Q.   And do you remember him saying
 3    that?
 4           A.   I -- I -- I don't.  I don't know
 5    whether I was there when he said that.
 6           Q.   Okay.  And then it goes on to say
 7    he, which I take it refers to Goldstein, met
 8    with executives in Google, in January, and
 9    Twitter in February, and plans to meet with
10    Facebook; correct?
11           A.   Yes.
12           Q.   And were you present at those
13    meetings?
14           A.   I don't recall being present at
15    those meetings.
16           Q.   Okay.  And it goes on to say:  They
17    discussed shutting down bots, thousands of
18    automated accounts that spew misleading
19    information; correct?
20           A.   Yes.
21           Q.   So that --
22           A.   Correct.
23           Q.   -- would be a discussion of taking
24    content down from a social media platform;
25    correct?
```

A. Can I clarify? This is Undersecretary Goldstein's engagement. I wasn't present there. I can't speak to the content of his engagement.

**Q. You don't remember whether or not you were present for those meetings?**

A. I don't.

**Q. You don't recall?**

**Do you recall having any specific recollection of what's discussed here?**

A. No.

**Q. Okay. And then he goes on to say that he discussed with Google, Twitter, and plans to discuss with Facebook to speed up the removal of posts and videos that target US audiences; correct?**

MR. KIRSCHNER: Objection, assumes evidence not in the record. These are not quotes. These are paraphrases.

BY MR. SAUER:

**Q. That's what the article reports him as saying; correct?**

A. That's what the article reports him as saying, correct.

**Q. Not with quotes around it, but as a**

DANIEL KIMMAGE  11/10/2022

Page 53

```
 1    summary; correct?

 2            A.    Correct, as a summary.

 3            Q.    Do you remember any conversations

 4    from that timeframe where there was a discussion

 5    of speeding up the removal of posts between

 6    anyone associated with the State Department and

 7    any social media platform?

 8            A.    I don't recall any conversations

 9    between myself, at the GEC, and social media

10    companies about speeding up the removal of

11    posts.

12            Q.    Do you recall anyone from the State

13    Department telling you that they had a

14    conversation with a social media platform about

15    speeding up the removal of posts?

16            A.    No.  I recall Undersecretary

17    Goldstein engaging with the companies, and I

18    don't remember all of the details.  I -- I -- I

19    don't remember what he said he discussed with

20    them.

21            Q.    Okay.  And you -- you don't recall

22    whether you were personally present when those

23    meetings occurred?

24            A.    I don't believe I was, but I

25    don't -- I don't -- I don't recall being
```

**DANIEL KIMMAGE  11/10/2022**

**Page 54**

1    present, no.

2          Q.    How about anyone else, other than

3    Secretary Goldstein, Undersecretary Goldstein,

4    have you ever had a discussion with anyone else

5    at the State Department that discussed, for

6    example, talking to social media platforms about

7    speeding up the removal of posts?

8          A.    I don't recall any conversation

9    with others at the State Department about

10   specifically speeding up the removal of posts.

11         Q.    How about any kind of removal of

12   posts, any discussion, other than the incident

13   you described earlier, obviously, in 2018?

14         A.    Outside of the very specific

15   context of this is what I would describe as an

16   exceptional case involving a threat, I don't

17   recall specific discussions of meetings with

18   social media companies about speeding up the

19   removal of posts.

20         Q.    How about making sure -- or how

21   about taking steps to stop bots from -- from

22   spreading disinformation?

23         A.    I don't recall conversations about

24   taking steps.  We would talk about foreign

25   actors use of things like bots, but not to

```
1    encourage some type of action, it would be
2    really for a -- to inform.  So I don't recall
3    conversations about taking steps.
4         Q.   Would you -- do you recall
5    conversations about informing social media
6    companies that bots are spreading a certain kind
7    of disinformation or narrative?
8         A.   I do recall conversations about
9    Chinese use of bots to spread propaganda
10   narratives.
11        Q.   Do you know whether the use of bots
12   would violate the social media platforms content
13   violations policies?
14        A.   I don't know, no.
15        Q.   Are you aware of anyone at the
16   State Department, including the GEC, going
17   through intermediaries to indirectly flag or
18   raise content concerns with social media
19   platforms?
20        A.   Could -- could you clarify?
21        Q.   Well, are you aware of any instance
22   where someone at a social media platform -- or
23   sorry -- someone at the GEC may have gone to
24   some third party on the understanding that that
25   third party might convey a concern about content
```

**DANIEL KIMMAGE  11/10/2022**

Page 56

```
 1      on the social media platform to the social media
 2      platform?
 3              A.   I -- no, I can't speak to every
 4      engagement that someone at the State Department
 5      might have had.
 6              Q.   Are you aware of any engagements of
 7      that nature that I described?
 8              A.   No, not that I can think of.
 9              MR. SAUER:  Can you get C?
10              Let's call this Exhibit 3.
11              (Exhibit No. 3 was marked for
12      identification.)
13              MR. KIRSCHNER:  Mr. Sauer, so to
14      clarify the record, now -- never mind.  I see
15      you're -- are you identifying this as USA Today,
16      as the -- the URL is not USA Today, so both for
17      Exhibit 2 and assume you'll also mention for
18      Exhibit 3, is it because there's a USA Today in
19      parenthetical next to the author?  I just want
20      to make sure I understand.
21              MR. SAUER:  Yeah, that's all I'm
22      referring to.
23              MR. KIRSCHNER:  Okay.
24      BY MR. SAUER:
25              Q.   Then can you take a quick look at
```

**DANIEL KIMMAGE  11/10/2022**

Page 57

```
1        this article by Oren Dorell, who is indicated in
2        parentheses as from USA Today?
3                A.   Mm-hmm.
4                Q.   And is this one dated September --
5        sorry -- February 13th, 2018, so just a few days
6        after Exhibit 2?
7                A.   Yes.
8                Q.   Does this article, if you turn to
9        page 2, also refer to you and quote you?
10               A.   Yes, I see my name.
11               Q.   Yeah, and in the middle of the
12       second page, you see where you're quoted as
13       saying:  We're now a coordinating body and
14       incubator of ideas; right?
15               A.   Yes.
16               Q.   Okay.  And then below that it says:
17       How does the Center do that?  And then it says:
18       The Center's 66 employees coordinate with US
19       agencies, such as the FBI and the Department of
20       Homeland Security, to target the American
21       audience; correct?
22               A.   Yes, that's what this says.
23               Q.   Is that a fair description of -- of
24       what you told them at the time, do you think?
25               A.   No, it's not.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 58**

```
 1              Q.    Why -- what's unfair about that?
 2              A.    The Global Engagement Center does
 3    not target American audiences.
 4              Q.    Okay.  How does it coordinate with
 5    US agencies at FBI and the Department of
 6    Homeland Security?
 7              A.    It meets with them periodically.
 8              Q.    How often do those meetings occur?
 9              A.    At the senior level, every few
10    months, I would say.
11              Q.    And then at what other levels?
12              A.    At the working level, you would
13    have regular engagement through the National
14    Security Council on a much more frequent basis,
15    because you would have officials from all
16    agencies there.  But maybe every few weeks at
17    the working level.
18              Q.    So every few weeks, under the aegis
19    of the National Security Agency, there would be
20    coordination between the GEC, the FBI, and
21    the -- and the DHS; correct?
22              A.    No.
23              MR. KIRSCHNER:  Objection.  I was
24    going to say, mischaracterizes the evidence.
25              A.    No.  You said National Security
```

DANIEL KIMMAGE  11/10/2022

Page 59

```
1    Agency, that's a component of the intelligence
2    community.
3                The meetings I would refer to would
4    be through the National Security Council.
5         Q.   I got you.
6         A.   Which periodically convene all the
7    agencies within the National Security Complex.
8         Q.   Are there any other forms of direct
9    coordination between the FBI and DHS and GEC?
10        A.   Yes.  There are periodic meetings
11   and there are interagency forums where
12   representatives of those agencies would be
13   present.
14        Q.   How often do those occur?
15        A.   Every few weeks or months.
16        Q.   And who -- who -- not -- I don't
17   want their names, but what sort of personnel
18   from the GEC are participating in these
19   meetings?
20        A.   Clarification, could you clarify,
21   at the senior level or the working level?
22        Q.   Well, why don't we start with the
23   senior level.  Who at the senior level, you
24   know, by title, would be participating in those
25   kinds of meetings with the FBI and DHS, outside
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      the aegis of the NEC and meetings you referred

 2      to earlier.

 3              A.   At the senior level it would be the

 4      coordinator, either acting or appointed, and

 5      potentially the principal deputy coordinator.

 6      Those would be the senior-level meetings.  And

 7      at the working level, probably a team director

 8      from the Global Engagement Center.

 9              Q.   Which team would typically do that?

10      Would that be the TET or the I2C2 or who would

11      be doing that?

12              A.   It would be entirely dependent on

13      the focus of the meting.  If a meeting is

14      focused on Russia, it would be the Russia team.

15      Generally, it would be threat-actor focused.

16              Q.   Threat-actor focused?

17              A.   Threat-actor focused, so Russia,

18      China, counterterrorism.

19              Q.   If you turn back to that article --

20      let me ask this:  Those meetings you described,

21      are they on an as-needed basis or is there a

22      kind of standing or recurring meeting between

23      GEC and FBI and DHS?

24              MR. KIRSCHNER:  Objection, vague.

25              A.   I -- I don't recall any standing
```

DANIEL KIMMAGE  11/10/2022

Page 61

```
 1    meeting with FBI.  There were standing internal
 2    forums, where both GEC and potentially FBI or
 3    DHS would be there, but it wasn't a specific
 4    meting for the GEC and that agency to
 5    coordinate.  They would be there as part of a
 6    larger group.
 7          Q.   Okay.  What -- what sorts of
 8    discussions would they have at a meeting like
 9    that?  You know, can you characterize the sorts
10    of discussions that would occur in those kinds
11    of meetings?
12          A.   I would describe them as
13    threat-actor focused.  So it would be the
14    actions of a specific foreign threat actor and
15    then the coordination of what the interagency
16    would do in response.
17          Q.   And would -- would content on
18    social media platforms be discussed at those
19    meetings as part of a threat-actor focus?
20          A.   Generally, the focus would be on
21    the threat actor, potentially with mention of
22    social media.  Outside of a specific threat you
23    would generally not focus on content, specific
24    pieces of content, with the exception of, for
25    example in counterterrorism, something that
```

1    would be threat related.

2           Q.   How about these narratives, for

3    example, you said there might be a Russia

4    meeting where that involves the GEC and the FBI

5    and DHS, or a China-focused meeting, suppose

6    Russia and malign actors are pushing narratives

7    on social media, would that be discussed at

8    these meetings?

9           MR. KIRSCHNER:   Objection,

10   speculative, and calling for a hypothetical.

11   BY MR. SAUER:

12          Q.   If you know?

13          A.   Are you asking about a specific

14   meeting?

15          Q.   Well, more generally, is that

16   something that has come up from time to time, to

17   your knowledge?

18          A.   Russian narratives would come up in

19   the context of a meeting.

20          Q.   And would those be -- are there

21   scenarios where GEC actors are briefing the FBI

22   and DHS on Russian narratives?

23          A.   I don't know that the GEC would be

24   the lead briefer.  It would really depend on the

25   meeting and the context.  You might have the

**DANIEL KIMMAGE  11/10/2022**

**Page 63**

1   intelligence community, for example, lead with a

2   briefing.

3                  There are subject matter experts at

4   the GEC who can speak to that.  I can't say who

5   briefed what at a -- at a specific meeting.

6          **Q.   But you -- you're aware, at least,**

7   **that narratives from threat actors on social**

8   **media have been discussed at those meetings?**

9                  MR. KIRSCHNER:  Objection, assuming

10  evidence not in the record.

11         A.   Yes, it's part of the GEC's

12  congressional mandate to identify the propaganda

13  and disinformation of malign foreign actors and

14  a significant amount of that is structured

15  around narratives, yes.

16         **Q.   Okay.  So -- so it would be -- it**

17  **would be, I take it, sort of routine practice**

18  **for GEC staff to brief the FBI about a malign**

19  **foreign narrative or brief DHS about a malign**

20  **foreign narrative that they've identified?**

21                 MR. KIRSCHNER:  Objection, assumes

22  evidence not in the record.

23  BY MR. SAUER:

24         **Q.   Go ahead.**

25         A.   No, I don't recall it being routine

**DANIEL KIMMAGE  11/10/2022**

**Page 64**

```
 1    practice.  The GEC met infrequently with the
 2    FBI.  I don't recall any specific meetings with
 3    the FBI.  They would be present at interagency
 4    forums, but there were no specific meetings I
 5    can recall where the GEC would meet with the FBI
 6    to brief them on narratives.
 7            Q.   How about DHS, did the GEC meet
 8    with DHS to -- and at least as part of that
 9    meeting inform them about malign foreign
10    narratives?
11            A.   So there were meetings with DHS at
12    the senior level.  I don't recall whether
13    narratives were discussed.  I don't believe that
14    narratives would have been a focus for the
15    meetings with DHS.
16            Q.   Who is at these meetings at the
17    senior level, on your side?
18            A.   I recall meetings with DHS with the
19    appointed coordinator, where I was present in my
20    role as the principal deputy.
21            Q.   Who else on the GEC side?
22            A.   On the GEC side, you would have one
23    or potentially two of the other deputies, the
24    team chiefs, and then maybe some individuals
25    from the -- what we call the threat team, so the
```

**DANIEL KIMMAGE  11/10/2022**

Page 65

```
 1     China or the Russia team, with relevant subject
 2     matter expertise.
 3               Q.    And who would participate on the
 4     DHS side?
 5               A.    On the DHS side, it would be the --
 6     the principal, and then -- I don't recall the
 7     people on the DHS side.  I believe -- yeah --
 8               Q.    What does that mean, the principal?
 9               A.    The principal is the highest level
10     official involved in the meeting.
11               Q.    So who would -- what would the
12     title of that person be at these meetings?
13               A.    I -- I believe it would -- I'm -- I
14     don't recall whether we had a meeting with the
15     undersecretary for CISA, the -- the center
16     for -- the Cyber and Infrastructure Security
17     Agency, or whether it was the official below
18     that.
19               There's also a team at DHS that
20     deals with disinformation.  So I don't -- it
21     would have been either the undersecretary or
22     someone more junior --
23               Q.    Okay.
24               A.    -- who was a principal for DHS.
25               Q.    I'm sorry, finish.
```

**DANIEL KIMMAGE  11/10/2022**

Page 66

```
 1              A.   So it would be either the
 2    undersecretary or the people below that.  I -- I
 3    believe there was at least one meeting involving
 4    the GEC coordinator and the DHS undersecretary.
 5              Q.   And when you said undersecretary,
 6    and you referred to CISA?
 7              A.   Right.
 8              Q.   So for clarity of the record, CISA
 9    is the Cyber Security and Infrastructure
10    Security Agency within DHS; correct?
11              A.   Yes.  Yes.
12              Q.   And the person you described as the
13    undersecretary, is that the director of CISA?
14              A.   Yes.
15              Q.   Okay.  And who was that person who
16    was at the meetings, was that Director Krebs or
17    Director Easterly?
18              A.   It would have been Director Krebs
19    in the period, that I recall.
20              Q.   Okay.  Do you know how many
21    meetings there were at the
22    director-to-coordinator level with CISA?
23              A.   I believe there was at least one.
24              Q.   Do you know if there were more than
25    one?
```

```
 1              A.   I -- I -- I don't recall.  There
 2      may have been.  I don't recall.
 3              Q.   What would the timeframe of these
 4      meetings have been?
 5              A.   It would have been between 2019 and
 6      2021.
 7              Q.   So at some point you had one or
 8      more meetings in a three-year period?
 9              A.   I -- I -- I --
10              Q.   You had at least one, but maybe
11      more meetings with the CISA director sometime in
12      2019, 2020 or 2021?
13              A.   Yeah, there were one or more
14      meetings during the two-year period when the GEC
15      had an appointed coordinator.
16              Q.   When was that?
17              A.   That would have been between
18      February 2019 and February 2021, so that
19      two-year period.
20              Q.   Okay.  Do you remember anywhere
21      within that two-year range when that meeting
22      occurred?
23              A.   I believe it was 2020, but I'm --
24      I -- I -- I don't remember.
25              Q.   Do you recall what, generally, was
```

**DANIEL KIMMAGE  11/10/2022**

**Page 68**

1    discussed at that meeting?

2         A.    I don't recall the full agenda.

3              The primary purpose was information

4    sharing and update on the GEC, what is the GEC

5    focused on, what is it doing, what are its major

6    activities.

7              And then I don't recall what the --

8    the CISA part of the agenda was, but the -- I

9    would describe the primary focus as information

10   sharing.

11        Q.    When you say information sharing,

12   were you trying to set up or establish a

13   coordination or communicating relationship

14   between the two agencies, GEC and CISA?

15        A.    Could you clarify what you mean by

16   coordinating or communicating relationship?

17        Q.    Well, let me rephrase that

18   question.

19              In that meeting, did you propose

20   ongoing communication or coordination between

21   GEC and CISA?

22              MR. KIRSCHNER:  Objection to the

23   extent that this calls for privilege

24   information, that's deliberative, I would

25   instruct the witness not to answer.  To the

DANIEL KIMMAGE  11/10/2022

Page 69

```
1    extent you can answer the question without
2    revealing privileged information, you can go for
3    it.
4            A.   The GEC's congressional mandate
5    strongly encourages ongoing communication with
6    all of the agencies that are engaged on
7    propaganda and disinformation by foreign actors.
8            Q.   Is there -- is there ongoing
9    communication between the GEC and CISA?
10           A.   I don't know, now.  There were
11   periodic meetings, they were not very frequent.
12   But how would you define ongoing?
13           Q.   Well, you used the word, how would
14   you define it?  You referred to on -- you said
15   your statutory mandate requires ongoing
16   communication, and I asked whether there is
17   ongoing communication with CISA.
18               Can you describe what kind of
19   communication with CISA occurred during the
20   period of your knowledge, that five-year period
21   when you were acting coordinator?
22           A.   So I was acting coordinator for two
23   years, and then I was the principal deputy for
24   two.  And there were -- there was at least one
25   senior-level and potentially more senior-level
```

**DANIEL KIMMAGE  11/10/2022**

**Page 70**

```
 1    engagements every few months, I would say.
 2          Q.   When you say more senior-level
 3    engagements every few months, who would have
 4    participated in those?
 5          A.   The senior-level engagements, as I
 6    said, would involve the coordinator, the acting
 7    coordinator, the appointed coordinator, and the
 8    principal deputy, those are the senior-level
 9    engagements.
10          Q.   Okay.  So senior-level engagements
11    would include you --
12          A.   Yes.
13          Q.   -- and then the CISA director;
14    correct?
15          A.   Yes.
16          Q.   And you said those engagements
17    would occur every few months?
18               MR. KIRSCHNER:  Objection, assuming
19    evidence not in the record, and
20    mischaracterizing his testimony?
21    BY MR. SAUER:
22          Q.   Is that correct, those would occur
23    every few months?
24          A.   Every few months, I know we had at
25    least one meeting, and there were at -- there
```

**DANIEL KIMMAGE 11/10/2022**

Page 71

```
 1    may have been two, so every few months, yeah.
 2            Q.    One meeting or two over a four-year
 3    period or every few months, those seem different
 4    to me, can you clarify?
 5            A.    Sure.  I think the aim was to meet
 6    every few months.  I don't know that we achieved
 7    that.
 8            Q.    How about at the staff level,
 9    below, you're -- I think we've been talking
10    about the principal level --
11            A.    Yeah.
12            Q.    -- in these interactions between
13    GEC and CISA, how about at the staff level?
14            A.    At the staff level, outside of the
15    NSC process, I -- I don't recall how frequently
16    GEC representatives met with the -- the
17    disinformation office within CISA.
18            Q.    When you say the disinformation
19    office within CISA, is that the team that's been
20    described as the mis-dis- and mal information
21    team?
22            A.    I believe that's the current name
23    for it, yes.
24            Q.    And did it previously have a name
25    that was something like the countering -- in any
```

```
 1     event, so when you're talking --
 2          A.   Right.
 3          Q.   -- about this -- earlier, when you
 4     referred to how there was a meeting with either
 5     the director or the director of the
 6     misinformation group --
 7          A.   Mm-hmm.
 8          Q.   -- that's a reference to what
 9     became -- came to be known and still is known as
10     the mis-dis- and mal information team; correct?
11          A.   Yes.  Yes.
12          Q.   Who was the director or who was the
13     head of that group?
14          A.   I don't recall.
15          Q.   Were there ongoing interactions
16     between GEC staff and -- in that mis-dis- and
17     mal information team?
18               MR. KIRSCHNER:  Objection,
19     speculative.
20          A.   I believe there were interactions.
21     I don't recall how frequent they were or how
22     ongoing.
23          Q.   Do you know what was discussed in
24     those interactions, generally?
25          A.   Specifically, no, generally,
```

**DANIEL KIMMAGE  11/10/2022**

**Page 73**

1      information sharing.

2            **Q.    Okay.  What kind of information was**

3      **shared?**

4            A.    The actions of the major malign

5      foreign propaganda and disinformation actors

6      as -- as -- as part of the GEC's mandate.

7            **Q.    So it would be discussions of**

8      **the -- you know, sorts of narratives that are**

9      **being pushed by malign foreign actors?**

10           MR. KIRSCHNER:  Objection, assumes

11     evidence not in the record.

12     BY MR. SAUER:

13           **Q.    Is that fair to say?**

14           A.    It could be anything from the plans

15     of those actors to the activities.  I can't

16     speak to the nature of the discussions.  I

17     wasn't part of them.

18           **Q.    Okay.  Do you know who participated**

19     **in those on the GEC side?**

20           A.    No, I don't.  I don't.

21           **Q.    Can you stick with Exhibit 3,**

22     **there, right in that same middle of the second**

23     **page, we talked about how the center's 66**

24     **employees coordinate with US agencies, such as**

25     **the FBI and the Department of Homeland Security;**

**DANIEL KIMMAGE  11/10/2022**

Page 74

```
 1    correct?
 2            A.    Yes, that's what the paragraph
 3    says.
 4            Q.    And then the -- the news article
 5    goes on to say:  To target the American
 6    audience; correct?
 7            A.    Yes, that's what the news article
 8    says.
 9            Q.    And you -- you don't think that's a
10    fair characterization of what you would have
11    said to them at the time?
12            A.    No.  That's an inaccurate
13    characterization of the GEC's mission and focus.
14            Q.    Does the GEC's mission and focus
15    include concern about foreign narratives that
16    are pushed on social media that get replicated
17    by domestic speakers?
18                  So suppose, for example, Russia is
19    pushing the narrative that the US government
20    invented the AIDS virus in a lab in 1970, and
21    they pushed that out through media or social
22    media, and it gets re-tweeted by, you know,
23    domestic actors, is that a point of concern for
24    the GEC?
25                  MR. KIRSCHNER:  Objection, calls
```

**DANIEL KIMMAGE  11/10/2022**

**Page 75**

```
 1    for a hypothetical.
 2   BY MR. SAUER:
 3          Q.    If you know.
 4          A.    The GEC's concern is with the
 5   actions of foreign propaganda actors.  The GEC's
 6   concern stops there.  It doesn't extend to the
 7   speech of Americans.
 8          Q.    Okay.  So if American -- like,
 9   Americans pick up, for example, a malign foreign
10   narrative, is that something that you would --
11   the GEC would track?
12          MR. KIRSCHNER:  Objection.
13   BY MR. SAUER:
14          Q.    That, oh, this is getting traction
15   in the -- you know, in the American social media
16   sphere?
17          MR. KIRSCHNER:  Objection,
18   speculative, hypothetical.
19          A.    No.  The GEC does not track the
20   American social media sphere.
21          Q.    Okay.  So you don't pay attention
22   to what's being said on Facebook and Twitter and
23   whether or not they are -- whether or not these
24   malign foreign narratives are kind of spilling
25   over into what Americans are saying on Facebook
```

**DANIEL KIMMAGE  11/10/2022**

1    and Twitter and YouTube and so forth?

2              MR. KIRSCHNER:  Objection,

3    ambiguous.

4    BY MR. SAUER:

5         Q.   If you -- is that correct?

6         A.   No.  The GEC's focus is on foreign

7    propaganda and disinformation.

8         Q.   Would the GEC ever discuss with

9    social media platforms in these various

10   interactions issues about whether or not malign

11   foreign narratives have been replicated in

12   domestic speech?

13        A.   No.  That would not be the GEC's

14   focus.  I can't speak to what the social media

15   companies may raise or how they raise it, but

16   that would not be the GEC's focus.

17        Q.   How about CISA, is that something

18   that CISA might focus on, to your knowledge?

19        A.   I can't speculate about CISA's

20   focus.

21        Q.   CISA is C-I-S-A; correct?

22             Do you know what CISA's mission is?

23        A.   It's -- I assume it's listed on

24   their website.  I'm not going to try to

25   reproduce it.

**DANIEL KIMMAGE  11/10/2022**

Page 77

```
 1            Q.   I'm just asking if you know.  Do
 2      you have a general understanding of what they're
 3      concerned with?
 4            A.   It's primarily cyber security
 5      focused.
 6            Q.   And how about the mis-dis- and mal
 7      information team, do you know what their focus
 8      is?
 9            MR. KIRSCHNER:  Objection,
10      speculative.
11   BY MR. SAUER:
12            Q.   If you know.
13            A.   I don't recall their precise
14      mission within -- within CISA.  It was a small
15      team.
16            Q.   How about more generally, do you
17      have a general understanding of what that team
18      focuses on?
19            MR. KIRSCHNER:  Objection,
20      speculative.
21   BY MR. SAUER:
22            Q.   If you know.
23            A.   Disinformation and misinformation
24      as it pertains to cyber and infrastructure
25      security.
```

DANIEL KIMMAGE  11/10/2022

Page 78

```
 1              Q.   And does that include
 2    misinformation and disinformation that come from
 3    domestic actors?
 4              MR. KIRSCHNER:   Objection,
 5    speculative.
 6              A.   I don't know.
 7              Q.   So you don't know whether the
 8    mis-dis- and mal information team focuses
 9    exclusively on foreign disinformation or whether
10    its concern with disinformation extends to sort
11    of disinformation propagated by domestic
12    speakers?
13              A.   I'm not going to speculate about
14    the focus of a team at another agency.
15              Q.   I'm not asking you to speculate.
16    I'm just asking you to answer if you know.  What
17    do you know?
18              A.   I don't recall what their specific
19    focus was within the CISA mandate.
20              Q.   Same paragraph there in paragraph
21    three, under:  How does the center do that.
22              A.   Mm-hmm.
23              Q.   The next sentence goes on to say
24    that it, meaning the GEC, works with social
25    media companies that have been used to spread
```

**DANIEL KIMMAGE  11/10/2022**

**Page 79**

1    foreign propaganda; correct?

2           A.   Correct, that's what the sentence

3    says.

4           Q.   And is that -- I take it they're

5    attributing that sentence to you in this

6    article; correct?

7                MR. KIRSCHNER:  Objection, assumes

8    evidence not in the record.

9    BY MR. SAUER:

10          Q.   Is that your understanding?

11          A.   I don't see that here.

12          Q.   Okay.  Well, let me ask you this:

13   Did you tell a reporter that the GEC works with

14   social media companies that have been used to

15   spread foreign propaganda?

16          A.   I wouldn't characterize it as works

17   with, I would characterize it as meets with,

18   periodically, social media companies, that, you

19   know, have been used to spread foreign

20   propaganda.

21          Q.   Okay.  And does the GEC still do

22   that to this day?

23          A.   I believe that the -- the meetings

24   continue, yes.

25          Q.   Do you know who -- who is attending

**DANIEL KIMMAGE  11/10/2022**

Page 80

```
 1    those meetings nowadays?
 2          A.   No.
 3          Q.   Do you know who attended meetings
 4    like that during 2021, meetings between social
 5    media platforms and GEC personnel?
 6          A.   So the senior-level meetings would
 7    have involved me and one or more of the deputy
 8    coordinators, the chiefs of the relevant teams,
 9    and then working-level people with relevant
10    subject matter expertise.
11          Q.   And I think you may have talked
12    about this earlier, but how often would those
13    meetings occur in 2021, specifically?
14          A.   I believe with the aim was for
15    quarterly meetings.  I don't know that they
16    always happened on a quarterly basis.
17          Q.   And what social media platforms
18    were met with?
19          A.   I believe we had meetings with
20    Twitter and maybe Facebook or Google.
21          Q.   How about YouTube.  Google is -- I
22    think owns YouTube.  Was that a YouTube-related
23    meeting?
24          A.   I don't -- I don't recall.
25          Q.   How about Parler?
```

**DANIEL KIMMAGE  11/10/2022**

Page 81

```
 1               A.    I don't recall meeting with Parler.
 2      I don't believe we met with them.
 3               Q.    How about LinkedIn?
 4               A.    I don't recall a meeting with
 5      LinkedIn.
 6               Q.    How are these meetings done, is it
 7      all on a big Zoom call, or do you guys fly to
 8      San Francisco or do you meet with their -- you
 9      know, their -- their D.C. people, like, who --
10      who -- where do they occur?
11               A.    Sure.  Before COVID the meetings
12      would be generally at the GEC offices in
13      Washington, D.C.; in 2021, it would have been
14      over Zoom or a virtual platform.
15               Q.    Okay.  And would there be, for
16      example, would there be, you know, on people's
17      calendars electronic invites to those Zoom
18      meetings?
19               A.    I believe so, yes.
20               Q.    Would that include your calendar?
21               A.    Yes.
22               Q.    Okay.  So if you were to look at
23      your calendar for 2021, you could probably
24      figure out which social media platforms you met
25      with and how often; fair to say?
```

**DANIEL KIMMAGE  11/10/2022**

Page 82

```
 1                    MR. KIRSCHNER:  Objection,
 2     mischaracterizes evidence, assumes evidence not
 3     in the record.
 4          A.   Yes.
 5          Q.   Okay.  So you said, like, for
 6     example, in the 2021 timeframe the goal was to
 7     meet with them quarterly, and you can't remember
 8     whether or not you met that goal; correct?
 9          A.   Yeah, yeah, I don't -- I don't
10     remember whether we ever had a recurring
11     quarterly meeting on the calendar.
12          Q.   And that you believe you met with
13     Twitter and Facebook; correct?
14          A.   Yes.
15          Q.   Possibly met with YouTube and,
16     slash, Google?
17          A.   Possibly.
18          Q.   Do you remember any other social
19     media platforms that you've ever met with?
20          A.   In 2021?
21          Q.   Well, we'll start with 2021, yeah.
22          A.   No, I -- I -- I recall meeting with
23     Twitter.
24          Q.   Mm-hmm.
25          A.   And possibly with the other
```

**DANIEL KIMMAGE 11/10/2022**

Page 83

```
 1      companies you mentioned.  I do not recall any
 2      other meetings with -- with big social media
 3      companies.
 4           Q.   How about little social media
 5      companies?
 6           A.   With social media companies.
 7           Q.   How about others at -- at -- others
 8      at the GEC, are you aware of them meeting with
 9      social media companies?
10           A.   No.  It wouldn't -- normally they
11      wouldn't share every single meeting with me.
12           Q.   Okay.  Are you generally aware that
13      such meetings occurred, that you were not
14      participating in, during the 2021 timeframe?
15           A.   Yes.
16           Q.   Okay.  Who would have participated
17      in meeting with social media companies then?
18           A.   Representatives of the Technology
19      Engagement Team, and then relevant members of
20      what we call the threat team, so the Russia
21      China, Iran, or counterterrorism teams.
22           Q.   Do you know what social media
23      companies were met with?
24           A.   No.
25           Q.   And do you know what kind of
```

**DANIEL KIMMAGE  11/10/2022**

**Page 84**

1      threats were discussed?

2            A.    The -- I -- I don't know the

3      specific threats that were discussed, no.

4            Q.    Starting with focusing on your

5      meetings --

6            A.    Mm-hmm.

7            Q.    -- at any of your meetings, where

8      it was foreign generated election-related

9      disinformation discussed with social media

10     platforms?

11           A.    I don't recall any discussion of

12     election-related threats in my 2021 meetings.

13           Q.    How about in earlier meetings, how

14     about in 2019, 2020, at any time did you have a

15     meeting with the social media platform where

16     election-related disinformation was discussed?

17           A.    I don't recall a meeting focused on

18     election-related disinformation or propaganda.

19     The companies may have briefed on some of the

20     steps they were taking.  They spoke about this

21     publicly, as well.  But I don't recall the GEC

22     introducing anything election-related.

23           Q.    What do the companies say about

24     election-related disinformation?

25           A.    I don't recall the specifics, just

```
 1    that they were focused on it and taking steps.
 2            Q.    Did they tell what steps they were
 3    taking?
 4            A.    I don't recall the specifics.
 5            Q.    Did those steps that they were
 6    taking include steps relating to content
 7    modulation?
 8            A.    Not that I recall.  I believe it
 9    would have been more along the lines of -- I
10    believe there was media coverage of, like, a war
11    room or -- or things like that.
12                 MR. KIRSCHNER:  Mr. Sauer, just in
13    terms of timing, what do you think?  We've been
14    going for about an hour.
15                 MR. SAUER:  I'm fine with a short
16    break now.  Let's keep it real short.  Are you
17    guys okay with that?
18                 MR. KIRSCHNER:  Yeah.
19                 MR. SAUER:  Let's go off the
20    record.
21                 MR. KIRSCHNER:  Do a five-minute
22    break.
23                 THE WITNESS:  Okay.
24                 THE VIDEOGRAPHER:  Just one second.
25                 MR. KIRSCHNER:  Then we'll go for
```

**DANIEL KIMMAGE  11/10/2022**

Page 86

```
1     another 45 minutes or an hour.
2              MR. SAUER:  Let's hold it for five
3     minutes.
4              MR. KIRSCHNER:  Yeah, okay.
5              MR. SAUER:  Are we off the record?
6              THE VIDEOGRAPHER:  The time is
7     11:10 a.m.  We're off the record.
8              (Recess.)
9              THE VIDEOGRAPHER:  The time is
10    11:21 a.m.  We are back on the record.  Please
11    proceed.
12 BY MR. SAUER:
13         Q.   Mr. Kimmage, who is Alexis Frisbee?
14         A.   Alexis Frisbee is a member of the
15    Technology Engagement Team the Global Engagement
16    Center.
17         Q.   That's the TET, as we've called it?
18         A.   Yes.
19         Q.   At what -- what's her -- what's her
20    title within that team?
21         A.   I don't recall her title.
22         Q.   Is she the head of the team or is
23    she a member of the team?
24         A.   No.  She's not the head of the
25    team.  She's a member of the team.
```

DANIEL KIMMAGE 11/10/2022

```
1              Q.   Are you aware of her communicating
2       with social media platforms?
3              A.   I believe she helped to set up
4       meetings, yes.
5              Q.   Okay.  And did she have
6       communications with them or did she just set up
7       the meetings?
8              A.   The communication I'm aware of
9       would be in the context of setting up a meeting.
10             Q.   So you're aware that she set up a
11      meeting with what social media platform?
12             A.   I don't recall.
13             Q.   Was it more than one?
14             A.   I -- I don't recall.
15             Q.   What was the timeframe of that,
16      setting up that meeting?
17             A.   I believe it would have been 2021.
18             Q.   Do you know whether she
19      participated in the meetings that she set up?
20             A.   I -- I don't recall.
21             Q.   Who -- who would have participated
22      in the meetings that she set up or who did
23      participate in the meeting or meetings that she
24      set up?
25             A.   Sure.  In the -- we've already been
```

**DANIEL KIMMAGE  11/10/2022**

**Page 88**

```
 1    through this, I believe, the acting coordinator,
 2    one or more of the deputies, the team chiefs
 3    from some of the threat teams, and then some
 4    working-level staff with relevant subject matter
 5    expertise.
 6           Q.   So did she set up all of the
 7    meetings that you described as aspire to be
 8    quarterly in 2021 or did she set up one
 9    particular one?
10           A.   I -- I -- I don't know.  The -- the
11    coordinator doesn't normally know who sets up
12    the meetings.
13           Q.   How do you know she set up that one
14    or more?
15           MR. KIRSCHNER:  Objection, assuming
16    evidence not in record.
17  BY MR. SAUER:
18           Q.   If you know?
19           A.   I believe she -- she -- she helped
20    to set up at least one meeting.
21           Q.   What makes you think that?  What do
22    you remember about that?
23           A.   She was on the Technology
24    Engagement Team.
25           Q.   Do you remember any specific issue
```

**DANIEL KIMMAGE  11/10/2022**

**Page 89**

 1     that -- that was discussed in the meeting she
 2     set up?
 3              A.   The -- the agenda, you know, we --
 4     we went over would have been an update on what
 5     the Global Engagement Center is seeing in the
 6     environment, some of the potentially relevant
 7     analysis that the Global Engagement Center would
 8     be engaged in, and then information sharing with
 9     whatever the social media company wanted to
10     share.
11              Q.   Do you know if this was a
12     Russia-specific meeting or a China-specific
13     meeting or an Isis-specific meeting?
14              A.   I don't recall the 2021 meetings as
15     being focused on a specific threat actor.
16              Q.   What were they more focused on?
17              A.   I believe it would have been across
18     the board, so here's what China is potentially
19     up to, here's what Russian propaganda
20     disinformation is, I don't recall the specific
21     agenda, but I don't believe it was limited to a
22     single threat actor.
23              Q.   Okay.  Were there other threat
24     actors that were discussed in those 2021
25     meetings, besides, I think you mentioned, Russia

**DANIEL KIMMAGE  11/10/2022**

1      and China?

2              A.    Potentially, I just don't recall

3      the specific agenda.

4              **Q.    Do you recall election-related**

5      **issues being discussed in any of those meetings?**

6              A.    Could you --

7              MR. KIRSCHNER:   Objection.   I'm

8      sorry, I was going to say, objection, vague.

9              A.    Could you clarify what you mean be

10     election-related.

11             **Q.    Well, do you remember the word**

12     **election coming up?  And by election I mean an**

13     **American election.**

14             A.    Right.

15             **Q.    So I'm not asking about**

16     **disinformation that relates to an election**

17     **conducted in what passes for elections in some**

18     **of these threat actor states, but was there any**

19     **discussion that related to an American election**

20     **or elections?**

21             A.    I don't recall any discussions in

22     American elections in my 2021 meetings with

23     social media companies.

24             **Q.    How about discussion of mis- or**

25     **disinformation that relates to American**

**DANIEL KIMMAGE  11/10/2022**

**Page 91**

```
 1      electoral processes or American elections?
 2              A.    I don't recall any discussion
 3      related to American elections in my 2021
 4      meetings.
 5              Q.    Who is Samaruddin K. Stewart, also
 6      known as Sam Stewart?
 7              A.    Sam Stewart was also a member of
 8      the Technology Engagement Team.
 9              Q.    What was his role on that team?
10              A.    His role was to facilitate
11      engagement with social media companies.
12              Q.    When was he -- when did he work for
13      the GEC?
14              A.    I don't recall the specific dates
15      of his employment.
16              Q.    Is he still there?
17              A.    No, I don't believe so.
18              Q.    Do you know when he left?
19              A.    No.
20              Q.    Do you know what timeframe he
21      worked, would it have been back in the 2017/2018
22      timeframe, 2019/2020?
23              A.    I believe it was later, sort of
24      2019 to 2021.
25              Q.    Okay.  And do you know what,
```

**DANIEL KIMMAGE  11/10/2022**

Page 92

```
 1      exactly, he did for the TET?
 2           A.   He helped to set up meetings and
 3      establish contact with social media companies
 4      and technology companies.
 5           Q.   How did he do that?
 6           MR. KIRSCHNER:  Objection,
 7      speculative.
 8           A.   E-mails, meetings, phone calls.
 9           Q.   Okay.  Where was he based?
10           A.   I believe he was based in
11      Washington, D.C., and -- and potentially
12      elsewhere.  I don't recall exactly where he was
13      based.  This overlaps with the COVID period, and
14      I don't -- I don't recall.
15           Q.   Do you -- were you included in any
16      of the e-mails, meetings, and phone calls he had
17      with social media platforms?
18           MR. KIRSCHNER:  Objection,
19      speculative.
20           A.   I don't recall any specific
21      e-mails.  I may have been included on the
22      scheduling e-mail, but I don't recall any
23      specific e-mails.
24           MR. SAUER:  Okay.  Can I have G as
25      in goat.
```

Case 3:22-cv-01213-TAD-KDM  Document 146-3  Filed 12/06/22  Page 93 of 363 PageID #:
8633

```
 1                And we're going to hand you a
 2     document that's going to be labeled Exhibit 4.
 3                (Exhibit No. 4 was marked for
 4     identification.)
 5                THE WITNESS:  Okay.
 6     BY MR. SAUER:
 7          Q.   And is this a media report by
 8     Robert K. Ackerman, dated September 4th, 2020?
 9                MR. KIRSCHNER:  Objection, assumes
10     evidence not in the record, speculative.
11          A.   Yes.
12          Q.   And if you look in the second page
13     there, there's a reference to Lea Gabrielle; do
14     you see that?
15                MR. KIRSCHNER:  I would just ask, I
16     don't want to stay here for an hour reading
17     documents, but can we give the witness a couple
18     minutes to familiarize himself with the document
19     before proceeding with questions?
20                MR. SAUER:  Sure.  If he needs time
21     he can ask for it.
22     BY MR. SAUER:
23          Q.   Do you see a reference to Lea
24     Gabrielle?
25                MR. KIRSCHNER:  Well, he -- he
```

```
 1     hasn't looked up.  He's still looking at the
 2     documented.  Can you ask the witness if he's
 3     ready to answer questions about the document
 4     when he has an opportunity to look at it first?
 5  BY MR. SAUER:
 6          Q.   Do you know who Lea Gabrielle is?
 7          A.   Yes.
 8          Q.   And who is she?
 9          A.   She was the appointed coordinator
10     of the Global Engagement Center from February
11     2019 to February 2021.
12          Q.   So is she a -- I take it you
13     reported directly to her; right?
14          A.   Yes.
15          Q.   And you were the principal deputy
16     coordinator?
17          A.   Yes.
18          Q.   So you worked closely with her
19     during that time period?
20          A.   Yes.
21          Q.   If you flip to the second page, can
22     you go down to the -- it's basically the third
23     full paragraph from the bottom, there's a
24     paragraph that begins with:  These three
25     adversaries?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    MR. KIRSCHNER:  Objection.  The
 2      witness still hasn't identified whether he's
 3      ready to proceed with the questions.  I would
 4      please ask counsel to give an opportunity for
 5      the witness to be able to familiarize himself
 6      with the document before proceeding with
 7      questions.
 8                    MR. SAUER:  He hasn't asked me for
 9      more time.
10   BY MR. SAUER:
11           Q.   But do you see the paragraph I'm
12      referring to?  That's my only question.
13           A.   Yes.
14           Q.   Okay.  And do you see in the second
15      sentence of that paragraph, in the first
16      sentence it refers to Gabrielle's nightmare
17      scenario is propaganda that can lead to, among
18      other things, public health problems; right?
19           A.   Yes.
20           Q.   And then, in the third sentence, it
21      says:  The GEC is countering disinformation on
22      the spread of COVID-19; correct?
23           A.   Yes.
24           Q.   What steps did the GEC take to
25      counter the spread of disinformation on the
```

**DANIEL KIMMAGE  11/10/2022**

Page 96

1      spread of COVID-19 --

2                  MR. KIRSCHNER:  Objection, assumes

3      evidence not in the record.

4      BY MR. SAUER:

5            **Q.    -- if any.**

6            A.    So the GEC tracked propaganda and

7      disinformation by foreign actors, such as Russia

8      and China, that was related to the pandemic.

9      And the GEC worked with partners to counter the

10     effects of that abroad, outside the United

11     States.

12           **Q.    Okay.  What were -- what were**

13     **the -- what was the nature of COVID-related**

14     **disinformation that originated from, like,**

15     **Russia and China?**

16           A.    The nature of it would have been

17     false narratives about the origins of the

18     pandemic, for example, blaming the United States

19     or implicating the US government.

20                 Some of it would have been related

21     to the efficacy of, for example, vaccines that

22     the Russian government was developing.

23                 And the modes of dissemination

24     would have been various.  They could involve

25     bots, they could involve official media.  There

**DANIEL KIMMAGE  11/10/2022**

1    was a whole ecosystem of, for example, Russia

2    propaganda, Russian propaganda actors.

3            **Q.   Tell me about that ecosystem of**

4    **Russia.  You mentioned China and Russia, so**

5    **let's start with Russia.  You said Russia had**

6    **misinformation or disinformation about the**

7    **efficacy of vaccines.  What was the nature of**

8    **that disinformation?**

9            A.   The nature of the disinformation

10   would have been to denigrate the effectiveness

11   of western-developed vaccines and to promote the

12   effectiveness of Russian-developed vaccines.

13           **Q.   Okay.  And how is that propa- --**

14   **those kinds of narratives promulgated?**

15           A.   The --

16           MR. KIRSCHNER:  I was going to say,

17   objection, mischaracterizes evidence, and also

18   assumes evidence not in the record.

19           A.   They would utilize the standard

20   toolbox of Russian propaganda and disinformation

21   efforts.  So everything from official statements

22   by senior Russian officials to Russian

23   state-funded or controlled media outlets,

24   proxies, online tools, like bots.  It would be a

25   whole suite of tools that researchers have

**DANIEL KIMMAGE  11/10/2022**

Page 98

```
 1      documented as -- as being part of this Russian
 2      propaganda and disinformation toolbox.
 3              Q.   And what steps did the GEC take to
 4      combat those tools?
 5              MR. KIRSCHNER:  Objection, assumes
 6      evidence not in the record.
 7              A.   The primary step, the primary
 8      focus, was to expose this effort through things
 9      like a public report that the Global Engagement
10      Center released on the pillars of Russian
11      disinformation and the ecosystem that Russia
12      used to promote it.
13              Q.   Were there any -- you say that was
14      the primary focus, was there other aspects of
15      that attempt to counter this Russian
16      disinformation?
17              A.   Yes.  The GEC would act along the
18      major lines of effort that I've described.  So
19      it would conduct analysis along the lines of
20      that report, it would coordinate within the US
21      government, and it would work with partners to
22      counter the propaganda and disinformation
23      abroad.
24              Q.   What kind of partners?
25              A.   Nongovernmental organizations,
```

**DANIEL KIMMAGE  11/10/2022**

**Page 99**

1      foreign governments, research organizations.

2            Q.    And what kind of work would be done

3      with those partners or was done?

4            A.    Research on Russian propaganda

5      narratives, research on the resonance, the

6      substance, interactions with foreign governments

7      on what they're tracking, for example.

8            Q.    Were there any interaction with

9      social media companies about these kinds of

10     Russian disinformation related to COVID-19

11     vaccines?

12           A.    I believe that -- that it would

13     have come up in some of the meetings that I

14     described with the social media companies, yes.

15           Q.    So you believe that in those

16     meetings with social media companies, that you

17     described as occurring in 2021, there was

18     discussion of Russian disinformation campaigns

19     related to COVID-19?

20           A.    I don't recall in 2021.  I believe

21     it was more of a pressing topic a little

22     earlier, when the pandemic was at its height.

23           Q.    So that would have been in 2020,

24     most likely?

25           A.    2020, for example.

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   How about other -- were there other
 2   Russia-originated COVID disinformation
 3   campaigns, other than the efficacy of -- the
 4   relative efficacy of Russian and American
 5   vaccines?
 6              A.   Yes.  I believe there were Russian
 7   narratives about the origins of the virus.
 8   There were false allegations about US government
 9   research facilities.  The -- the -- there would
10   be a wide array of propaganda narratives.
11              Q.   What -- what would be the -- what
12   was the nature of the origins of the virus
13   disinformation from Russia?
14              A.   I -- I don't recall the specific
15   narratives.  I believe there were some that --
16   that alleged a US government role.
17              Q.   What sort of role?
18              A.   US government funded research or --
19   or -- or some US government role along the lines
20   of the campaign in the 1980s that you
21   referenced.
22              Q.   So there was a Russian
23   disinformation campaign that suggested that the
24   US government had some role in creating the
25   COVID-19 virus?
```

DANIEL KIMMAGE  11/10/2022

```
 1            A.   There were multiple Russian
 2    disinformation campaigns, involving a large
 3    number of narratives, and that would have been
 4    one of the narratives.
 5            Q.   Was that another narrative that was
 6    discussed in those 2020 timeframe meetings with
 7    social media platforms?
 8            MR. KIRSCHNER:  Objection,
 9    mischaracterizes testimony, assumes evidence not
10    in the record.
11            A.   I don't recall.
12            Q.   Now, you do remember that the
13    Russian disinformation about vaccine efficacy
14    was discussed in those meetings; fair to say?
15            A.   I don't recall any specific
16    discussions.  I -- it's entirely within the
17    realm of possibility, discussed Russian
18    narratives.  I don't recall the specific
19    narratives.
20            Q.   Okay.  So you believe that you may
21    well have discussed Russian narratives in those
22    2020 meetings with the social media platforms as
23    it pertains to COVID?
24            A.   Yes, it's possible.
25            Q.   And you don't remember which
```

**DANIEL KIMMAGE  11/10/2022**

1   specific Russian narratives were discussed?

2          A.   No, I don't.

3          Q.   How about Chinese narratives that

4   relate to COVID.  You referred to those earlier.

5   What are those?

6          A.   So those would be also focused on

7   the origins of the virus, also touting China's

8   effective response to the -- to the pandemic,

9   and contrasting that favorably to other

10  countries, including the United States on --

11  those would be two Chinese narratives related to

12  the pandemic.

13         Q.   What did the Chinese disinformation

14  say about the origins of the virus?

15         A.   I don't recall, specifically.  I

16  believe that it was also insinuating, in some

17  cases, a non-Chinese origin of the virus, much

18  along the lines -- along the lines of what

19  Russian propaganda insinuated.

20         Q.   Did it insinuate a US government

21  role or an American role of the origins of the

22  virus?

23         A.   I don't recall the specific

24  narratives, no.

25         Q.   Do you know whether those Chinese

**DANIEL KIMMAGE  11/10/2022**

Page 103

1    narratives were discussed in relation to the

2    social media companies?

3             A.   I don't recall the narratives.  I

4    believe we were focused on some of the

5    techniques that China was using, a little bit

6    more than the content of the narratives, so

7    botnets, for example.

8             Q.   So did you, for example, tell them

9    that the Chinese were using bots to spread

10   narratives?

11            A.   I don't know whether we told them.

12   I know that we discussed Chinese use of bots.

13            Q.   Okay.  What did you say about the

14   Chinese use of bots?

15            A.   That they were using them.

16            Q.   Okay.  And how about Russia, what

17   was discussed about Russian disinformation, to

18   your recollection?

19            A.   I believe it would have been the

20   narratives, and that it would -- that I already

21   mentioned.

22            Q.   So with respect to Russia,

23   narratives were discussed, whereas, with respect

24   to China, to your recollection, techniques were

25   discussed, like using bots as opposed to

**DANIEL KIMMAGE  11/10/2022**

Page 104

```
 1    narratives?
 2          A.   Yes, because one of the notable
 3    features of the pandemic was that China began to
 4    adopt techniques that we had previously really
 5    only seen Russia use.  So, for example, Russia
 6    has been documented in many reports as using
 7    aggressive online tactics, proxies, bots,
 8    trolls.  China had not been as active in that
 9    way.
10          And so during the pandemic we began
11    to see both the convergence of narratives
12    between China and Russia and a convergence of
13    techniques.
14          So those were things that -- that
15    we and other researchers were seeing during the
16    pandemic.
17          Q.   See, when you say a convergence,
18    you mean a convergence between what Russia and
19    China are both doing?
20          A.   Yes, a convergence both of
21    narratives and the techniques for disseminating
22    those narratives.
23          Q.   And maybe this piggybacks on -- if
24    you can look back at that document, the very
25    next sentence or the next part of that sentence,
```

DANIEL KIMMAGE  11/10/2022

```
 1      it says:  The GEC is countering disinformation

 2      on the spread of COVID-19 and China already has

 3      tried to discredit US vaccine efforts; do you

 4      see that?

 5             A.   Yes.

 6             Q.   Do you recall narratives from China

 7      that were trying to discredit US vaccine

 8      efforts?

 9             A.   I don't recall specific narratives,

10      but I do recall that China was disseminating

11      narratives that tried to discredit US vaccine

12      efforts.

13             Q.   Do you know if those were similar

14      to the Russian narratives that you described a

15      moment ago?

16             A.   I believe that they -- they were,

17      they may have differed in some specifics, but

18      yes.

19             Q.   And were those narratives about

20      vaccine efficacy discussed in the meetings with

21      social media platforms during, as you said, the

22      height of the pandemic?

23             A.   I -- I don't recall the specific

24      discussions.

25             Q.   So you don't know for sure, is that
```

```
 1      something that could well have been raised in

 2      those meetings?

 3              MR. KIRSCHNER:  Objection,

 4      speculative.

 5          A.  Yes, it is.

 6              MR. SAUER:  Can you get H?

 7              Let's hand you a document that

 8      we're going to label Exhibit 5.

 9              (Exhibit No. 5 was marked for

10      identification.)

11   BY MR. SAUER:

12          Q.  Do you recognize Exhibit 5?

13          A.  I do.

14          Q.  And is this a GEC special report

15      called:  Pillars of Russia's Disinformation and

16      Propaganda Ecosystem?

17          A.  Yes.

18          Q.  And this report, I think, was

19      singled out for particular praise in your recent

20      OIG report; is that fair to say?

21          A.  I believe so.

22          Q.  Can you turn to page 8.  You see

23      how I'm kind of turning it sideways, and there's

24      five graphics.

25              On the far right graphic, under
```

**DANIEL KIMMAGE  11/10/2022**

1    Cyber Enabled Disinformation, what is cyber

2    enabled disinformation?

3             A.   It's using cyber tools to

4    disseminate disinformation.

5             Q.   And what -- what are some examples

6    of cyber enabled disinformation by foreign

7    actors?

8             A.   So these would be listed beneath

9    it, for example, hacking into a system, taking

10   data out of that system and releasing it into an

11   online environment, that would be an example of

12   cyber enabled disinformation.

13            Q.   Okay.  And so could you give

14   example of when that's ever happened, without

15   straying into any sensitive areas?

16            A.   I believe an example would be

17   the -- I believe this is documented in either

18   the senate intelligence committee report or

19   another congressional report would be the

20   Russian hacking of the DNC e-mails, and then the

21   subsequent release, that would be an example of

22   a hack and release operation.

23            Q.   Okay.  So -- and that's -- that's

24   what happened in 2016, I believe?

25            A.   I believe so.

DANIEL KIMMAGE  11/10/2022

```
 1              Q.   That's a situation where Russian
 2      foreign actors just hacked into the DNC's
 3      e-mails and then publicly released them on
 4      Wikileaks or something like that; right?
 5              A.   Yes.
 6              Q.   Or they publicly released them in
 7      some form, it's fair to say?
 8              A.   Publicly released them in some
 9      form.
10              Q.   Is that a disinformation campaign?
11      How is that a form of disinformation?
12              A.   It can be if the information is
13      altered, it can be if the context is
14      misrepresented, it -- it -- it depends very much
15      on the context.
16              Q.   Can you -- are there other examples
17      of hack and release operations that the GEC has
18      tracked?
19              MR. KIRSCHNER:  Objection,
20      mischaracterizes evidence, assumes evidence not
21      in the record.
22              A.   The GEC did not track any of the
23      2016, it hadn't been established with the
24      mandate to do so.
25              Q.   Are there examples of hack and
```

**DANIEL KIMMAGE  11/10/2022**

 1     release operations since then, that the GEC has

 2     focused on?

 3              A.   Not that I recall right now.  You

 4     know, this -- this is focused on the techniques,

 5     not specific operations.

 6              Q.   And without identifying any

 7     specific operations, from your five-year period

 8     at GEC, do you recall any hack and release

 9     operations, other than the 2016 hack by Russians

10     of the DNC's e-mails?

11              A.   Without getting into specifics, I

12     do recall internal discussions about Russian

13     hacking, yes.

14              Q.   Okay.  It was -- were the

15     discussions of Russian hacking that relate to

16     incidents other than the 2016 hacking incident

17     that you described?

18              A.   Yes.

19              Q.   Okay.  I don't want to get into

20     specifics, but what -- in what timeframe were

21     you focused, if you can say, what timeframe was

22     there other concerns about specific issues of

23     potential Russian hacking?

24              A.   Concern over Russian hacking would

25     have been ongoing throughout the period of the

**DANIEL KIMMAGE  11/10/2022**

1    GEC's mandate.

2              Q.    **How about, is there any -- other**

3    **than a general concern for it arising from**

4    **obviously a very high profile hack that you**

5    **referred to, was there concern that other**

6    **incidents of hacking and releasing may have**

7    **occurred?**

8              A.    Yes, there was concern.

9              Q.    **Okay.  And were there actual hack**

10   **and release operations that succeeded?**

11   **Presumably it's released, it's probably now a**

12   **matter of public record if they did succeed.**

13             MR. KIRSCHNER:  Objection, to the

14   extent that this is calling for classified

15   information, defer to the witness on this, but

16   I -- I do want to make sure that we -- or law

17   enforcement information, I want to make sure we

18   stay clear of that.

19             So I will instruct the witness not

20   to answer to the extent that this calls for

21   classified or law enforcement material.

22             A.    The GEC, itself, doesn't have the

23   tools to track things like hacking operations.

24   We would have followed reporting from those

25   who -- who did have those tools and those

1    priorities.

2         Q.   Okay.  And you say is that public

3    reporting or would that be internal government

4    reporting?

5         A.   Potentially both.

6         Q.   What public reporting would you

7    have followed?

8         A.   Media reports.

9         Q.   Do you remember media reports

10   relating to Russian hacking that addressed any

11   incident other than the 2016 DNC Russian hack?

12        A.   I don't recall anything specific,

13   no.

14        Q.   You mentioned hack and release

15   incidents in your report as a technique used by

16   the Russians.  Did you have a basis for

17   identifying that as a technique that they used,

18   other than the 2016 DNC hack?

19             MR. KIRSCHNER:  Objection,

20   mischaracterizing the evidence, the testimony.

21        A.   I -- I don't recall.  I didn't do

22   the base -- basic research for this report.  I

23   don't recall.

24        Q.   Do you know -- do you know what the

25   basis was for identifying them in this report?

**DANIEL KIMMAGE  11/10/2022**

1        **By them, I mean hack and release techniques.**

2              A.   I believe it's footnote 16, here.

3        So we could look in the report.

4              **Q.   Yeah, can you flip to the next page**

5        **where footnote 16 occurs?**

6              A.   Mm-hmm.

7              **Q.   It's page 9.**

8                   **I think there's two things cited**

9        **there, one is a US Department of Justice report**

10       **on the investigation into Russian interference**

11       **in the 2016 presidential election; do you see**

12       **that?**

13             A.   Yes.  Yes.

14             **Q.   And does that refer to that 2016**

15       **hack, high profile hack?**

16             A.   Yes.

17             **Q.   And then, underneath it, there's a**

18       **government of the Netherlands, Netherlands**

19       **defense intelligence and security service**

20       **disrupts Russian cyber operation targeting OPCW.**

21                  **Do you know what OPCW is?**

22             A.   It's the organization for the --

23       it's about chemical weapons.  It's a chemical

24       weapons focused.

25             **Q.   Okay.**

**DANIEL KIMMAGE  11/10/2022**

Page 113

```
 1                 A.   I don't recall the exact acronym.
 2                 Q.   Gotcha.   Other than those two
 3       incidents cited in the footnote, can you recall
 4       any other incidents that would have supported
 5       the report's conclusion that hack and release is
 6       a disinformation technique used by Russia?
 7                 A.   No.
 8                 Q.   Do you remember any conversation
 9       you had with that technique of hack and release
10       with any social media platform?
11                 A.   No.
12                 Q.   Do you recall that being discussed
13       by any -- that technique, hack and release,
14       being used by or being discussed by anyone else
15       at the GEC in any social media platform?
16                 A.   No.
17                 MR. SAUER:  Let's do I.
18                 And this is going to be labeled --
19       I think we're on Exhibit 6.
20                 (Exhibit No. 6 was marked for
21       identification.)
22       BY MR. SAUER:
23                 Q.   Do you recall participating in an
24       interview or panel discussion at the Brookings
25       Institution on October 2nd, 2020?
```

DANIEL KIMMAGE  11/10/2022

Page 114

```
 1                A.    Yes.
 2                Q.    Okay.  And rather than play the
 3        entire video, we got a little excerpt here of
 4        comments you made about minute 29.
 5                A.    Mm-hmm.
 6                Q.    Can you look at that?  There's a
 7        question from Fiona Hill and then answered by
 8        you; correct?
 9                A.    Yes.
10                MR. KIRSCHNER:  Objection, assuming
11        evidence not in the record or lack of
12        foundation.
13        BY MR. SAUER:
14                Q.    This document --
15                MR. KIRSCHNER:  Let me just make
16        the record clear.  Lack of foundation.
17        BY MR. SAUER:
18                Q.    This document kind of reports you
19        saying, in this online video on YouTube,
20        basically discussing government coordination;
21        fair to say?
22                A.    Yes.
23                Q.    And you say it doesn't have an
24        exciting visible component; correct?
25                A.    Yes.
```

DANIEL KIMMAGE  11/10/2022

```
 1              Q.   And it consists of e-mails and
 2     phone calls and meetings; right?
 3              A.   Yes.
 4              Q.   And you say:  We are in close
 5     communication with our colleagues at DHS; right?
 6              MR. KIRSCHNER:  Objection, lack of
 7     foundation.  We don't have the full context.
 8     Just objection to this entire line of
 9     questioning on this exhibit as lacking
10     foundation.
11     BY MR. SAUER:
12              Q.   And you go on to say:  We're in
13     close communication with our colleagues at DHS;
14     correct?
15              A.   Yes.
16              Q.   What was the nature of the
17     communication that you're referring to there
18     when you made this statement?
19              A.   E-mails.
20              MR. KIRSCHNER:  Objection, assuming
21     evidence that's not in the record.
22              A.   E-mails, phone calls and meetings.
23              Q.   Okay.  What kind of coordination,
24     back in that late 2020 timeframe, what kind of
25     close communication was going on with colleagues
```

DANIEL KIMMAGE  11/10/2022

Page 116

1    at DHS?

2         A.    Communication related to the GEC's

3    mandate to counter foreign propaganda

4    misinformation.

5         Q.    **Who at DHS was GEC communicating**

6    **with?**

7              MR. KIRSCHNER:  Objection, asked

8    and answered.

9         A.    It would have been primarily the

10   office, either -- I don't recall what it was

11   called, at the time, but the task force or

12   what's I believe now known as the

13   misinformation, disinformation and

14   mal-information office.

15        Q.    **So that's the mis-dis- and mal**

16   **information team we talked about earlier?**

17        A.    Right.

18        Q.    **And this October 2nd, 2020 is about**

19   **a month before the 2020 election?**

20        A.    Right.

21        Q.    **Who was communicating between GEC**

22   **and DHS in that timeframe?**

23             MR. KIRSCHNER:  Objection, assuming

24   evidence not in the record.

25        A.    I don't recall the specific staff

**DANIEL KIMMAGE  11/10/2022**

```
 1    members who would have done that.
 2         Q.    Would you have been involved in
 3    those communications?
 4         A.    Generally not, not the direct
 5    communications, no.
 6         Q.    Do you remember what your basis was
 7    for saying that we're in close communication
 8    with our colleagues at DHS?
 9              MR. KIRSCHNER:  Objection, assuming
10    evidence not in the record, lack of foundation.
11         A.    It would have been meetings with
12    the head of the relevant interagency team at the
13    GEC or meetings where the person from that team
14    would report on other agencies that they were in
15    communication with, so they would list that
16    we're in communication with DHS, for example.
17         Q.    Okay.  And do you -- I'm sorry, you
18    may have answered this -- who at GEC is involved
19    in these meetings?
20              MR. KIRSCHNER:  Objection, assuming
21    evidence not in the record, mischaracterizes
22    testimony, vague.
23         A.    It would be the staff from the I2C2
24    or potentially someone with relevant subject
25    matter expertise from one of the threat teams at
```

**DANIEL KIMMAGE 11/10/2022**

```
 1    GEC.
 2            Q.    And do you know what was discussed
 3    in those meetings of close communication with
 4    DHS in the October 2020 timeframe?
 5                MR. KIRSCHNER:  Objection,
 6    mischaracterizes his testimony, assumes evidence
 7    not in the record, lack of foundation.
 8            A.    No, not specifically.
 9            Q.    You just don't remember what was
10    discussed in those meetings?
11                MR. KIRSCHNER:  Objection,
12    mischaracterizes testimony, assumes evidence not
13    in the record.
14            A.    It wouldn't be -- there wouldn't be
15    any reason to report the content of a specific
16    communication to the principal deputy
17    coordinator.
18            Q.    Who would we have to ask to know
19    what was said in those meetings?
20                MR. KIRSCHNER:  Objection,
21    speculative.
22            A.    The staffers involved.
23            Q.    And you think those staffers would
24    have been people in the TET or the I2C2 -- sorry
25    -- I2C2?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    MR. KIRSCHNER:  Objection,
 2     speculative.
 3             A.   It could be the I2C2 team, but it
 4     could be anyone with relevant subject matter
 5     expertise at the GEC.
 6             Q.   Who was in charge of the I2C2 team
 7     at this time?
 8             A.   I believe it was Stevie Hamilton,
 9     but it may have been somebody else.  I don't
10     remember the exact dates of all of the heads of
11     all the teams.
12             Q.   Is that a matter of public record
13     who's in charge of the I2 -- I2C2 team?
14             A.   I don't believe so.  I don't think
15     that the GEC provides information below the
16     level of coordinator on who's in charge of which
17     team.
18             Q.   Who has been in charge of the I2C2
19     team during your tenure there?
20             A.   I believe it was Stevie Hamilton.
21             Q.   The whole time?
22             A.   I believe so.  There may have
23     been -- there was a lot -- a lot of staff
24     movement.  I believe it was Stevie Hamilton.
25             Q.   Do you remember anyone else being
```

DANIEL KIMMAGE  11/10/2022

1    in charge of that team?

2              A.   I don't recall.

3              Q.   The next sentence in this Exhibit 6

4    says:  With our colleagues at FBI, the Global

5    Engagement Center has set up an interagency

6    coordination cell; do you see that?

7              A.   Yes.

8              Q.   Is that a true statement?

9              A.   I believe that we set up an

10   interagency coordination cell that was in

11   contact with the FBI.  So I would -- I would --

12   I would clarify it that way.

13             Q.   What is an interagency coordination

14   cell?  I mean, what does that mean?

15             A.   So an interagency coordination cell

16   is a team with, say, a number of members, and

17   each one will be responsible for contact with

18   one or more agencies in the interagency.

19                  So you have an individual whose job

20   it is to stay in contact with components in the

21   intelligence community or the Department of

22   Defense or DHS.  That's what an interagency

23   coordination cell would be.

24             Q.   So someone whose who's tasked with

25   remaining in fairly close contact with another

DANIEL KIMMAGE  11/10/2022

Page 121

```
 1      close counterpart at another agency?
 2              A.   Yes, with the clarification that it
 3      may be sporadic, it may be close, it could
 4      depend on events, it could depend on what's
 5      happening.  It can be difficult to predict how
 6      close it is.
 7              The primary engagements for the
 8      Global Engagement Center were really with the
 9      Department of Defense and the intelligence
10      community.
11              Q.   Without mentioning their names or
12      by title, do you know who at the -- or role --
13      do you know who at the GEC was involved in this
14      interagency coordinating cell with -- with the
15      FBI?
16              A.   No, I don't recall.
17              Q.   Do you know what team they would
18      have been on?
19              A.   I believe it would have been the
20      I2C2 team.
21              Q.   So you believe someone -- this
22      interagency coordinating cell means someone at
23      IC -- I2C2 is designated to be in -- in close
24      contact with someone in the FBI?
25              A.   Yes, there would be someone with a
```

**DANIEL KIMMAGE  11/10/2022**

**Page 122**

1    portfolio that includes FBI for coordination.

2         Q.   And then who on the FBI side would

3    they have -- did they coordinate with, to your

4    knowledge?

5              MR. KIRSCHNER:  Objection,

6    speculative.

7    BY MR. SAUER:

8         Q.   And again, not names, I just want

9    to know their title and role.

10        A.   I don't know their title.

11        Q.   Okay.  Do you know what their role

12   would have been or what office or section they

13   would have been involved in?

14             MR. KIRSCHNER:  Objection,

15   speculative.

16        A.   I believe it would be the foreign

17   influence task force at the FBI.

18        Q.   So you believe -- does that -- is

19   that ongoing to this day, is there still an

20   interagency coordinating cell between GEC and --

21   can I call it the FITF?

22        A.   Sure.

23        Q.   The FBI?  Is that ongoing to this

24   day?

25        A.   I believe there is an interagency

**DANIEL KIMMAGE  11/10/2022**

```
 1    cell at the GEC.  I don't know which other
 2    agencies it's in contact with now or the
 3    frequency of those contacts.
 4         Q.   There is an interagency cell at the
 5    GEC, but you don't know whether or not that
 6    interagency cell is in contact with the FBI now?
 7         A.   Yes, that's correct.
 8         Q.   But I take it, they were in contact
 9    with the FBI during October of 2020, when you
10    gave the talk at the Brookings Institute?
11              MR. KIRSCHNER:  Objection, assumes
12    evidence not in the record, mischaracterizes
13    testimony.
14         A.   I don't know whether they were in
15    contact in October 2020.  But when I was giving
16    these remarks the I2C2 would have had someone
17    with FBI in their profile.  And if the
18    circumstances required they would be in touch
19    with a counterpart at the FBI.
20         Q.   Do you know whether there were any
21    such communications during that timeframe?
22         A.   I don't.
23         Q.   And you go on to say:  So we are in
24    constant communication, in the next sentence of
25    Exhibit 6; do you see that?
```

DANIEL KIMMAGE  11/10/2022

Page 124

```
 1              A.   Yes.
 2                   MR. KIRSCHNER:  Objection.
 3   BY MR. SAUER:
 4              Q.   What's that a reference to, the
 5      constant communication?
 6                   MR. KIRSCHNER:  Objection, lack of
 7      foundation, assumes evidence not in the record.
 8   BY MR. SAUER:
 9              Q.   On your understanding?
10              A.   It's a reference to the GEC's
11      exercise of it's interagency coordination
12      mandate, which requires communications with the
13      relevant agencies.
14              Q.   And that's done through the I2C2's
15      coordination cell to communicate with the FBI?
16              A.   Yes.  The I2C2 is specifically
17      focused on interagency communication, but it
18      could involve anyone with relevant subject
19      matter expertise.
20              Q.   Do you know anyone -- let me ask
21      you this:  Do you recall any issues that the GEC
22      raised with the FBI's FITF at any time, without
23      saying what the issues are, do you know whether
24      there were issues that the GEC raised with the
25      FITF?
```

**DANIEL KIMMAGE  11/10/2022**

Page 125

```
 1              A.   I don't recall any specific issues,
 2    no.
 3              Q.   Is it possible that they did and
 4    you just don't remember or do you believe that
 5    they never did raise an issue with the FITF?
 6              MR. KIRSCHNER:  Objection,
 7    speculative.
 8              A.   It's possible that they raised an
 9    issue with the FBI, yes.
10              Q.   And they being someone within the
11    I2C2?
12              A.   Yes.
13              Q.   Okay.  But you just don't know what
14    sort of communication?
15              A.   No, I don't.
16              MR. KIRSCHNER:  Objection,
17    mischaracterizes testimony.
18    BY MR. SAUER:
19              Q.   More generally -- sorry, you can
20    answer that question.
21              A.   I -- I don't recall.
22              Q.   Okay.  Do you recall any
23    interaction, any substantive interaction,
24    between FITF and the GEC?
25              A.   I don't recall any substantive
```

Case 3:22-cv-01213-TAD-KDM  Document 146-3  Filed 12/06/22  Page 126 of 363 PageID #: 8666

DANIEL KIMMAGE  11/10/2022

Page 126

1    interaction.  There were just a lot of different

2    meanings.  I don't recall anything specific and

3    substantive.

4          Q.   Did you ever interact with FITF?

5          A.   I believe I may have been in the

6    context of an interagency meeting with -- with

7    representatives of I think they call it FITF or

8    FITF, but I don't recall any specific meetings.

9          Q.   Was that a -- when you say an

10   interagency meeting, was there a -- an

11   essentially GEC/FITF meeting?

12         A.   I don't recall a GEC/FITF meeting.

13   I mean a broader interagency meeting, where one

14   of the representatives would have been FBI, for

15   example.

16         Q.   Do you know who's in charge of

17   FITF?

18         A.   I don't know who's in charge of

19   FITF, no.

20         Q.   Other than what we've just now

21   talked about, are you aware of any interactions

22   between GEC and FITF?

23         A.   I'm not aware of any specific

24   interactions.  As I said, in the interagency,

25   it's entirely possible that we would have been

**LEXITAS LEGAL**
**www.lexitaslegal.com**        **Phone: 1.800.280.3376**        **Fax: 314.644.1334**

**DANIEL KIMMAGE  11/10/2022**

Page 127

1    in meetings together, yes.

2          Q.    Do you remember anything about

3    those meetings?

4                MR. KIRSCHNER:  Objection,

5    mischaracterizes testimony and assumes evidence

6    not in the record.

7          A.    I don't recall any specific items

8    involving FITF, no.

9                MR. SAUER:  Let me give you another

10   exhibit.  I've got this one.  I think this is

11   going to be 7, right?

12               (Exhibit No. 7 was marked for

13   identification.)

14               MR. KIRSCHNER:  Counsel, do you

15   know how long you're going to spend on this

16   exhibit?  I'm just trying to think in terms of a

17   possible lunch break.

18               MR. SAUER:  Oh, well, if we go for

19   about five minutes?

20               MR. KIRSCHNER:  Okay.

21               MR. SAUER:  We can revisit it.  I'm

22   not sure, but once we're done with this exhibit

23   why don't we raise that?

24               MR. KIRSCHNER:  Okay.  I just

25   didn't know if you were going to spend an hour

DANIEL KIMMAGE 11/10/2022

Page 128

1    on one exhibit.  I just --

2                MR. SAUER:  My exhibits are like my

3    children.  I love them all equally.

4    BY MR. SAUER:

5          Q.    Mr. Kimmage, I've handed -- you've

6    been handed Exhibit 7, which is excerpts from

7    the second amended complaint in this case.

8                Have you ever reviewed the second

9    amended complaint?

10         A.    Yes, I have looked at this.

11         Q.    So you've seen this before, this

12    document before, or you've seen the big

13    document, this is obviously only 14 pages of the

14    162 page?

15         A.    Yes.

16         Q.    Fair to say you've seen it before?

17         A.    Yes.

18         Q.    Can you flip to page 117?

19         A.    Mm-hmm.

20         Q.    And look at paragraph 396.

21         A.    Mm-hmm.

22         Q.    And there's a -- there's an

23    allegation in paragraph 396 that says:  Pursuant

24    to third-party subpoena, Twitter has identified

25    personnel associated with the State Department's

**DANIEL KIMMAGE  11/10/2022**

```
 1        Global Engagement Center, including Alexis

 2        Frisbee and Daniel Kimmage, as likely involved

 3        in communications with Twitter about censorship

 4        and/or content modulation on issues such as

 5        election integrity, vaccines/COVID

 6        misinformation, and related subjects; do you see

 7        that?

 8              A.   I see that.

 9              Q.   Do you know what -- if -- to the

10        extent Twitter said that about you, do you know

11        what they were referring to?  Do you remember

12        any meetings with Twitter?

13              MR. KIRSCHNER:   Objection, lack of

14        foundation.

15     BY MR. SAUER:

16              Q.   Let's start with the first

17        question.

18              Do you remember meetings with

19        Twitter?

20              A.   I recall at least one meeting with

21        Twitter.

22              Q.   Do you remember any other meetings

23        besides the one?

24              A.   Yes, I recall at least two meetings

25        with Twitter.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   Okay.  Do you recall any besides
 2     those two?
 3              A.   No, I do not.
 4              Q.   When did those meetings occur?
 5              A.   One was in 2021, and one would have
 6     been before the pandemic.
 7              Q.   Would that have been in 2019 or
 8     late 2020?
 9              A.   Potentially 2019 or even 2018.  I
10     don't recall the date.
11              Q.   Okay.  The 2021 meeting, let's
12     start with that, what -- what -- do you know
13     what time of year that happened?
14              A.   It would have been in the spring, I
15     believe.
16              Q.   Do you remember more specifically
17     what date it was?
18              A.   No, I don't.
19              Q.   Would that be reflected on your
20     official calendar?
21              A.   I believe it would be, yes.
22              Q.   Do you know who attended that
23     meeting?
24              A.   It would be the acting coordinator,
25     me, in that capacity, then one or more of the
```

```
 1    deputy coordinators, team chiefs from the Global
 2    Engagement Center, and working-level staff with
 3    relevant subject matter expertise.
 4           Q.   So a significant number of
 5    individuals on the GEC side were at that
 6    meeting?
 7                MR. KIRSCHNER:  Objection,
 8    mischaracterizes testimony, assumes evidence not
 9    in the record.
10           A.   How would you define significant?
11           Q.   Well, how many people on the GEC
12    side would you estimate?
13           A.   Between five and ten.
14           Q.   Okay.  And that included you and
15    you were then acting coordinator?
16           A.   Yes, in 2021, from February to
17    June, yes.
18           Q.   And then the deputy coordinator was
19    there, too?
20           A.   I believe so.
21           Q.   Who was that?
22           A.   At the time, it would have been
23    Leah Bray.
24           Q.   And then the team chief, who's
25    that?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.    Patricia Watts, the Technology
 2     Engagement Team.
 3              Q.    So that was a TET team?
 4              A.    The TET, right.
 5              Q.    And was there anyone else from the
 6     TET there?
 7              A.    I believe Alexis Frisbee.
 8              Q.    Okay.  How about -- you mentioned
 9     subject matter experts?
10              A.    Right.
11              Q.    Who -- do you remember -- I don't
12     necessarily want their -- well, let me ask this:
13     What unit did they come from?
14              A.    I don't recall for the 2021
15     meeting.
16              Q.    Do you know was Russia maybe?
17              A.    I simply don't remember who all the
18     GEC personnel were.
19              Q.    Okay.  And then who was present at
20     that meeting on the Twitter side?
21              A.    I -- I don't remember the
22     individual.
23              Q.    There's only one person?
24              A.    No, there were others, but I don't
25     remember their names.
```

DANIEL KIMMAGE  11/10/2022

Page 133

```
 1              Q.   Okay.  Do you remember what their
 2     roles were within Twitter?
 3              A.   I believe it was the -- the sort of
 4     assurance or compliance.  I don't recall the
 5     exact name of the component within Twitter.
 6              Q.   When you say assurance or
 7     compliance, what is that, a member of the trust
 8     and safety team?
 9              A.   It may have been, yes.
10              Q.   Does that sound right to you, at
11     least?
12              MR. KIRSCHNER:  Objection,
13     speculative.
14              A.   Yes.
15              Q.   If you know?  Is that a yes?
16              A.   Yes.
17              Q.   To the best of your recollection,
18     someone from the trust and safety team was
19     there?
20              A.   Yes.
21              Q.   Do you know if it was a man or a
22     woman?
23              A.   No.
24              Q.   And you -- you -- do you believe
25     there were other members of Twitter there or
```

DANIEL KIMMAGE  11/10/2022

Page 134

```
 1        Twitter officials?
 2             A.   Yes.
 3             Q.   How many, would you say?
 4             A.   Fewer than on our side.
 5             Q.   Were they -- so maybe less than
 6        five?
 7             A.   Yes.
 8             Q.   And there would be a -- on your
 9        official calendar, if there were an -- there's
10        an invite for this meeting; correct?
11             A.   Yes.
12             Q.   And that would reflect all the
13        participants; fair to say?
14                  MR. KIRSCHNER:  Objection,
15        speculative.
16             A.   I -- I --
17                  MR. KIRSCHNER:  Lack of foundation.
18             A.   I don't know how the invite is
19        structured --
20             Q.   Okay.
21             A.   -- and what it reflects.
22             Q.   Let me ask you this:  Were there
23        other individuals from Twitter, there?  Do you
24        remember any of their names?
25             A.   No.
```

DANIEL KIMMAGE  11/10/2022

Page 135

```
 1              Q.   Do you remember any of their roles
 2      within Twitter?
 3              A.   I believe their roles were in
 4      the -- the trust and safety area.
 5              Q.   So there would be multiple Twitter
 6      officials from the trust and safety group there?
 7              A.   Yes, I believe so.
 8              Q.   How about any other area of
 9      Twitter, you know, did anyone else attend that
10      wasn't a trust and safety person?
11              A.   Not that I recall.
12              Q.   Who asked for this meeting, was
13      it -- did GEC ask for it or did Twitter ask for
14      it?
15              A.   I -- I don't recall where the exact
16      impetus came from, which side initiated, which
17      side asked for the meeting.
18              Q.   Okay.  Was this a recurring meeting
19      or was it kind of a standalone meeting that had
20      been set up to address a specific topic?
21              A.   As I said, we had -- we hoped to
22      set up recurring quarterly meetings.  I don't
23      recall whether this one was -- was a
24      continuation, as in whether the same people were
25      there from our side.  I was only recently in the
```

DANIEL KIMMAGE 11/10/2022

Page 136

1    role of acting coordinator, because before that
2    there was an appointed coordinator.
3            Q.    Who was that?
4            A.    That was Lea Gabrielle, the
5    appointed coordinator before the --
6            Q.    Okay.  So what was discussed in
7    this meeting?
8            A.    So as I said, in this meeting the
9    GEC would provide an overview of what it was
10   seeing in terms of foreign propaganda and
11   disinformation.  And Twitter would, to the
12   extent that they felt comfortable sharing
13   information, would discuss similar topics.
14           Q.    And you said would?
15           A.    Right.
16           Q.    Did you -- you said you would
17   provide it, and they would share, in fact,
18   did -- did you guys do that?
19           A.    I recall that we gave an overview.
20   I don't recall the specifics of what Twitter
21   presented.
22           Q.    What did -- what did you get an
23   overview of?
24           MR. KIRSCHNER:  Objection, calls
25   for a narrative response.

**DANIEL KIMMAGE  11/10/2022**

**Page 137**

```
 1                 A.   I believe it was an overview of the
 2      major actions by malign foreign actors, like
 3      Russia, China, and terrorist organizations.
 4                 Q.   Do you remember what was discussed
 5      about that?
 6                 A.   I -- I -- I don't.
 7                 Q.   Who was the principal speaker in
 8      this meeting, on your side, or was there?
 9                 A.   The -- the GEC side had multiple
10      speakers.  I believe I kicked things off with
11      sort of very general remarks, and then there
12      were -- there were other -- other speakers at
13      the GEC.
14                 Q.   Did Alexis Frisbee talk?
15                 A.   I don't -- I don't recall whether
16      she had a speaking role.
17                 Q.   Who -- who else talked, to your
18      recollection?
19                 A.   I -- I don't recall the specifics
20      of the meeting.
21                 Q.   Okay.  You don't remember how many
22      people talked?
23                 A.   No, I don't.
24                 Q.   Do you remember any content about
25      the conversation?
```

DANIEL KIMMAGE  11/10/2022

Page 138

```
 1                 A.   No, I don't remember the specifics.
 2                 Q.   I think if you look back to
 3      paragraph 396, there's a specific reference to
 4      certain topics.
 5                 A.   Mm-hmm.
 6                 Q.   Election integrity, is that
 7      something that was discussed at this meeting?
 8                 MR. KIRSCHNER:  Objection, vague.
 9   BY MR. SAUER:
10                 Q.   If you remember.
11                 A.   I don't -- I don't recall.
12                 Q.   Do you remember anything said at
13      the meeting that would have related to elections
14      in any way?
15                 A.   I don't recall.
16                 Q.   How about vaccine/COVID
17      misinformation, do you remember anything that
18      would have related to that in a spring 2021
19      meeting with Twitter?
20                 A.   I -- I -- I just don't recall the
21      specifics of the meeting.
22                 Q.   How about your own statements of
23      the meeting, do you remember anything that you
24      said at this meeting?  I know you said earlier
25      you kicked things off, it sounds like you
```

**DANIEL KIMMAGE  11/10/2022**

Page 139

```
 1      introduced some speakers; did you say anything
 2      else at the meeting?
 3            A.   I don't recall the specifics.  I
 4      would have introduced our team, and talked a bit
 5      about sort of general trends and propaganda and
 6      disinformation, but I don't -- I simply don't
 7      recall the specifics.
 8            Q.   So you don't remember anything
 9      specific about what you personally said in that
10      2021 meeting?
11            A.   No, I don't.  I would have been
12      doing multiple meetings every day.  I just don't
13      recall the specifics.
14            Q.   And you say multiple meetings every
15      day, is that with social media platforms in this
16      timeframe?
17            A.   No, no, it would have just been
18      multiple meetings in my capacity as the acting
19      coordinator.
20            Q.   Did you have a similar meeting to
21      this one, with Facebook or YouTube or any
22      others?
23            A.   I believe we had meetings with
24      either Facebook or Google or both.  I don't
25      remember the specifics, but there were -- I
```

**DANIEL KIMMAGE 11/10/2022**

Page 140

```
 1    believe there were meetings with Facebook and
 2    Google.
 3            Q.    Would they be in that same
 4    timeframe?
 5            A.    They would be in the same period
 6    when I was the acting coordinator, yes.
 7            Q.    So in the spring 2021 timeframe?
 8            A.    Yes.
 9            Q.    And I think you testified earlier
10    that you were acting coordinator from February
11    to --
12            A.    June.
13            Q.    -- June?  Okay.
14            And you believe you had at least
15    one meeting with Facebook and Google that was
16    similar to this meeting with Twitter that we
17    have been talking about?
18            MR. KIRSCHNER:  Objection,
19    mischaracterizes testimony.
20            A.    I believe we -- we -- we met with
21    them, yes.
22            MR. SAUER:  Apparently I didn't
23    mischaracterize it.
24            MR. KIRSCHNER:  Those were
25    different statements.  He said something
```

DANIEL KIMMAGE  11/10/2022

```
 1     different than what you said.
 2   BY MR. SAUER:
 3          Q.   Did you have a similar meeting with
 4     Facebook and Google, during this timeframe, that
 5     was similar to the meeting you had with Twitter?
 6          A.   I believe so, I don't recall the
 7     specifics of which -- which company we met with.
 8          Q.   So you're not sure whether you met
 9     with Facebook?
10          A.   I believe we did.  I don't -- I
11     don't recall, exactly.  I believe we met with
12     Facebook.
13          Q.   Do you remember who at Facebook you
14     met with or what their roles were?
15          A.   I don't remember the individual.  I
16     believe it was a similar area.  I don't remember
17     what it was called at Facebook.  But it was a
18     similar -- similar to the component at Twitter,
19     the assurance or safety part of Facebook.
20          Q.   Right.  So at Twitter we described
21     it as the trust and safety team --
22          A.   Right.
23          Q.   -- correct?
24          A.   Yes.
25          Q.   And then at Facebook you believe
```

DANIEL KIMMAGE  11/10/2022

Page 142

```
 1      you met with the analogous component of Facebook

 2      in your meeting in 2021; fair to say?

 3              A.   Yes, I believe it was the analogous

 4      component.

 5              Q.   But you don't remember exactly how

 6      they described it, but it had similar

 7      responsibility to the Twitter trust and safety

 8      team; correct?

 9              A.   I don't recall how they described

10      it, and I don't know what its internal

11      responsibilities are at Facebook.

12              Q.   Okay.  Okay.  But you believe it

13      was the similar or analogous component to the

14      Twitter trust and safety team; fair to say?

15              A.   I believe so, it may have been

16      public policy, that was another component.

17              Q.   How about Payton Iheme, is that a

18      name you recognize from Facebook?

19              A.   No.

20              Q.   And then you also had -- believe

21      you had a meeting with Google or, slash, YouTube

22      in that same timeframe?

23              A.   I believe so, yes.

24              Q.   And would that have been with the

25      same components, the kind of trust and safety
```

**DANIEL KIMMAGE  11/10/2022**

1     type component at YouTube/Google?

2           A.   I believe it would have been

3     analogous component, yes.

4           Q.   Okay.  Do you know how many

5     representatives came from Facebook to your

6     meeting?

7                MR. KIRSCHNER:  Objection, assumes

8     evidence not in the record.

9           A.   No.  A handful.

10          Q.   Okay.  And then on the GEC side,

11    did you have a -- a series of -- or sorry -- did

12    you bring similar people on the GEC side to that

13    Facebook meeting?

14               MR. KIRSCHNER:  Again, objection,

15    assumes evidence not in the record.

16          A.   Yes, I believe the lineup would

17    have been similar.

18          Q.   Have you taken any steps, since you

19    read this document for the first time, to

20    refresh your recollection about these meetings?

21          A.   No.

22          Q.   Have you reviewed any documents in

23    preparation for your deposition.

24          A.   No.

25          Q.   So you read this, but you didn't go

**DANIEL KIMMAGE  11/10/2022**

1    check and see, oh, did I have a meeting with

2    Twitter?  You didn't take any steps to refresh

3    your recollection to try and see what was

4    discussed at that meeting?

5            A.   No, I did not.

6            Q.   And you haven't reviewed a single

7    document in preparation for your testimony

8    today?

9            A.   No.  I looked at this when it came

10   out.

11           Q.   How about vaccine COVID

12   misinformation, we talked about that statement

13   in paragraph 396, about election integrity, how

14   about vaccine COVID misinformation, is that

15   something that may have come up in those

16   meetings -- that meeting with Twitter, to start

17   with?

18           A.   Yes.  It's -- it's possible, I -- I

19   don't recall the specifics.

20           Q.   And what kind of vaccine/COVID

21   misinformation might have come up?

22           A.   The Global Engagement Center would

23   be looking at disinformation narratives or

24   campaigns by foreign actors, like Russia, China,

25   on -- on -- on COVID.

**DANIEL KIMMAGE  11/10/2022**

Page 145

```
 1              Q.   And do you remember that coming up
 2      in these meetings?
 3              A.   I don't recall whether it
 4      specifically came up at this meeting.  I simply
 5      don't recall.
 6              Q.   Do you recall whether there were
 7      any e-mails that relate to these meetings,
 8      setting them up or having a follow-up or
 9      anything like that?
10              MR. KIRSCHNER:  Objection,
11      speculative.
12              A.   I recall a scheduling invite,
13      that's what I recall.
14              Q.   For all three of them?
15              MR. KIRSCHNER:  Objection, assumes
16      evidence not in the record.
17              A.   I -- I recall scheduling, I believe
18      the Twitter and maybe the Facebook meeting,
19      because I had to click on a link for the Zoom
20      part of the meeting.
21              Q.   Oh, right.  But as far as
22      Google/YouTube you're not sure if you had a
23      calendar invite?
24              A.   I -- I -- I just don't recall
25      everything on the calendar.
```

**DANIEL KIMMAGE  11/10/2022**

1          Q.   You inferred, also, to a meeting

2     with Twitter in 2019.  Can you tell me about

3     that meeting?

4          A.   I believe it was in an initial

5     meeting, after they had set up, like, a policy

6     office in -- in -- in D.C., and I don't remember

7     the individual's name, but it was sort of a -- a

8     meet and greet meeting.

9          Q.   Okay.  You personally attended

10     that?

11          A.   Yes.

12          Q.   Were you then acting coordinator or

13     principal deputy coordinator?

14          A.   I don't recall whether I was the

15     acting coordinator or the principal deputy.  I

16     would have been one of those two positions,

17     depending on the date.

18          Q.   Do you know who attended that

19     meeting, other than you?

20          A.   No, I don't.

21          Q.   Do you know who attended that

22     meeting for Twitter?

23          A.   I -- I don't recall the person's

24     name.

25          Q.   Did you have similar meetings in

DANIEL KIMMAGE  11/10/2022

Page 147

1    that timeframe with any other social media

2    platforms?

3              A.   I don't recall specific meetings.

4    I recall the meeting with -- with Twitter, but I

5    don't -- I don't recall other specific meetings.

6              Q.   Why does that one stand out in your

7    mind?

8              A.   I just remember that Twitter had a

9    new person in Washington, and they were, I

10   think, sort of making the rounds and introducing

11   themselves.

12             Q.   Okay.  Turning back to the 2021

13   meeting, I think I asked you earlier if you knew

14   whether the GEC had initiated that or whether

15   Twitter had initiated that, I mean, I've asked

16   you a bunch of questions about that, does that

17   jog your recollection at all?

18             A.   I -- I don't know who specifically

19   initiated the -- the request for a meeting.

20             Q.   Do you know whether there was a

21   specific threat that led to the meeting, that

22   one side or the other wanted to raise a specific

23   issue, and that's what led to the meeting?

24             A.   No, I don't -- I don't believe it

25   was -- was based on a specific threat.

**DANIEL KIMMAGE  11/10/2022**

1          Q.   And -- and you believe there were

2     multiple speakers on the GEC side discussing

3     different kinds of threats?

4               MR. KIRSCHNER:  Objection, assumes

5     evidence not in the record, mischaracterizes

6     testimony.

7          A.   There were multiple speakers not

8     necessarily addressing threats.  These meetings

9     were not threat-focused, they were more general

10    than that.

11         Q.   What were they focused on?

12         A.   Propaganda narratives disseminated

13    by foreign actors, like Russia and China.

14         Q.   Okay.  And do you remember what

15    narratives were discussed?

16              MR. KIRSCHNER:  Objection, assumes

17    evidence not in the record, mischaracterizes

18    testimony.

19         A.   I -- I don't recall the specific

20    Russian or Chinese campaigns we would have been

21    discussing in the spring of 2021.

22         Q.   Do you believe you were discussing

23    Russian and Chinese disinformation campaigns at

24    that meeting in 2021 with Twitter?

25              MR. KIRSCHNER:  Objection,

**DANIEL KIMMAGE  11/10/2022**

Page 149

```
1    speculative.
2            A.   Yes, I -- I believe we would have,
3    we would have discussed those, yes.
4            Q.   Would you also have discussed
5    techniques, like, for example, the techniques
6    that are discussed in the report that we showed
7    you earlier on Russian disinformation
8    techniques?
9            A.   Yes.
10           Q.   How many -- you said there would be
11   multiple speakers, so to speak, from GEC at the
12   Twitter meeting, how many were there on the GEC
13   side?
14           MR. KIRSCHNER:  Objection,
15   speculative.
16           A.   I believe I answered this, between
17   five and ten.
18           Q.   Oh, yes, I think you did.  You said
19   there were five attendees?
20           A.   On the GEC side.
21           Q.   Right.  Right.  Did everybody talk?
22   Like, did everybody give a little presentation?
23   Was there three of them?  That's my question.
24           A.   I don't know whether everybody
25   talked.  I know that two or three definitely
```

**DANIEL KIMMAGE  11/10/2022**

1     would have talked.

2                 MR. KIRSCHNER:  Counsel, we've been

3     going for about fifteen minutes when you said

4     five minutes.  So I do want to wrap up this line

5     of questioning and then take a break, but I --

6     how much longer do you have?

7                 MR. SAUER:  Why don't we take a

8     break now, and then we can decide over lunch

9     whether we've wrapped up the line of

10    questioning.

11                For the record, I did not say five

12    minutes.  I said I didn't know how long it would

13    go.

14                So I'm fine taking a break.  We're

15    at a lunch time.

16                MR. KIRSCHNER:  Just let's call it

17    1:30 to get actually started.

18                MR. SAUER:  I would rather start at

19    1:15.  I don't want to -- I do want to

20    accommodate the --

21                THE VIDEOGRAPHER:  Want to go off

22    the record?

23                MR. SAUER:  Go ahead.  Are we off

24    the record?

25                THE VIDEOGRAPHER:  The time is

**DANIEL KIMMAGE  11/10/2022**

```
 1    12:23 p.m.  We're off the record.

 2              (Recess.)

 3              THE VIDEOGRAPHER:  The time is 1:33

 4    p.m.  We're back on the record.  Please proceed.

 5              MR. KIRSCHNER:  I'd like to just

 6    ask a couple quick clarifying questions for

 7    Mr. Kimmage.

 8              MR. SAUER:  Okay.

 9              EXAMINATION

10  BY MR. KIRSCHNER:

11         Q.   So Mr. Kimmage, do you remember

12    when counsel asked you if you looked at any

13    documents to refresh your recollection in

14    preparation for this deposition?

15         A.   Yes.

16         Q.   I just wanted to ask:  Do you, upon

17    further memory, remember looking at any

18    documents in preparation of this deposition?

19         A.   Yes.

20         Q.   And do you know -- do you remember

21    what those documents were?

22         A.   I believe they were court

23    documents.

24              MR. KIRSCHNER:  Okay.

25  ///
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                     EXAMINATION
 2   BY MR. SAUER:
 3          Q.    What documents did you review?
 4          A.    The amended complaint, I believe.
 5          Q.    Anything else?
 6          A.    Court -- some other court document,
 7   I don't remember precisely which.
 8          Q.    What did you read in them?
 9          A.    Versions of the same charges that
10   are here.
11                MR. SAUER:  Can we have K?
12   BY MR. SAUER:
13          Q.    Did you read a motion for a
14   preliminary injunction?
15          A.    I don't recall, exactly.
16          Q.    Did you read a joint statement on
17   depositions?
18          A.    I don't recall.
19          Q.    Did you read anything other than
20   court documents that are publicly filed in
21   preparation for your testimony today?
22          A.    No, I didn't read anything else in
23   preparation for the testimony.
24                MR. SAUER:  I think you're being
25   handed what's going to be marked Exhibit 8.
```

**DANIEL KIMMAGE  11/10/2022**

Page 153

```
 1                    (Exhibit No. 8 was marked for
 2      identification.)
 3                    MR. KIRSCHNER:  Oh, I have it.
 4      BY MR. SAUER:
 5             Q.   Do you recognize this document?
 6             A.   Yes.
 7             Q.   So is this from the website of the
 8      Technology Engagement Team within GEC?
 9             A.   It -- it -- yes, it looks like it.
10             Q.   Or it's a description of the
11      Technology Engagement Team online?
12             A.   Mm-hmm.
13             Q.   Here on the third page there is a
14      paragraph there on Silicon Valley engagement;
15      correct?
16             A.   Mm-hmm.  Yes.
17             Q.   And it states that in December 2019
18      GEC/TET established a Silicon Valley location;
19      correct?
20             A.   Yes.
21             Q.   Are you familiar with that
22      location?
23             A.   Yes, I believe it was an
24      individual.
25             Q.   Is that a location related to just
```

**DANIEL KIMMAGE  11/10/2022**

Page 154

```
 1    one person?
 2            A.    Yes.
 3            Q.    Who's that person?
 4            A.    I believe it was Sam, I can't
 5    remember the last name.
 6            Q.    Stewart?
 7            A.    Stewart, yes.
 8            Q.    So earlier when you testified that
 9    you thought he worked in D.C. is it possible
10    that that was incorrect?
11            A.    He did work in D.C., and then for
12    some portion of that he was also in California,
13    I believe.
14            Q.    How long was there a Silicon Valley
15    location?
16            A.    I don't -- I don't recall how long
17    he was actually physically located in Silicon
18    Valley.
19            Q.    Is it -- is someone still there
20    today?
21            A.    I don't believe so, no.
22            Q.    And this is on your website now;
23    fair to say?
24            A.    I haven't reviewed it.  I'm not
25    aware.
```

**DANIEL KIMMAGE  11/10/2022**

Page 155

```
1              Q.   Do you know how long that Silicon
2    Valley location, consisting of one person, was
3    in operation?
4              A.   No, I don't recall.
5              Q.   And the purpose of the Silicon
6    Valley location, according to your website, is
7    to facilitate public/private coordination and
8    broker constructive engagements between the US
9    government and the tech sector, as well as
10   academia and research; correct?
11             A.   Yes, that's correct.
12             Q.   And the tech sector there, is that
13   a reference, in whole or in part, to social
14   media platforms?
15             MR. KIRSCHNER:   Objection,
16   speculative.
17   BY MR. SAUER:
18             Q.   If you know.
19             A.   It would include potentially social
20   media companies, among other -- other -- other
21   tech-related things out there.
22             Q.   Does your Silicon Valley engagement
23   person talk to social media platforms?
24             MR. KIRSCHNER:   Objection,
25   speculative, assumes evidence not in the record.
```

DANIEL KIMMAGE  11/10/2022

Page 156

```
 1   BY MR. SAUER:

 2           Q.    If you know.

 3           A.    Yes.

 4           Q.    What -- what -- what kinds of

 5   conversations did they have or what kind of

 6   engagement did they conduct?

 7           A.    Primarily information sharing.

 8           Q.    What kind of information?

 9           A.    Information sharing related to the

10   Global Engagement Center's mission to counter

11   foreign propaganda and disinformation.

12           Q.    And that next sentence there says:

13   The goal is to increase collaboration that

14   results in identifying, exposing, and defending

15   against foreign adversarial propaganda and

16   disinformation; correct?

17           A.    Yes, that's what it says.

18           Q.    What's involved in defending a --

19   collaborating with social media platforms to

20   defend against disinformation?

21           A.    Primarily exchanging information to

22   deepen their understanding of the actions of

23   foreign propaganda and disinformation actors.

24           Q.    I'm sorry, say that again.  I

25   apologize.
```

DANIEL KIMMAGE  11/10/2022

Page 157

```
 1              A.   Sure.  Primarily deepening their
 2      understanding of the actions, the tools,
 3      techniques of foreign propaganda and
 4      disinformation actors.
 5              Q.   So mostly it's GEC educating the
 6      tech companies on those tools and methods?
 7              A.   Not necessarily, I can't
 8      characterize what the balance is --
 9              Q.   Okay.
10              A.   -- in the engagements.
11              Q.   But the purpose, from your
12      perspective, is to educate them on tools and
13      methods of dissemination of foreign propaganda
14      and disinformation?
15                   MR. KIRSCHNER:  Objection,
16      mischaracterizes testimony.
17      BY MR. SAUER:
18              Q.   Is that fair to say?
19              A.   Not necessarily.  That would be the
20      primary focus, from the GEC side, but they may
21      also educate us based on what they are seeing.
22      It's -- I can't characterize the exact breakdown
23      of the information sharing.
24              Q.   It's a two-way street, then?
25              A.   Potentially, yes.
```

**DANIEL KIMMAGE  11/10/2022**

Page 158

```
 1              Q.   Why do you want them educated, them
 2        being social media platforms?  Why do you want
 3        them to be educated on tools and methods for the
 4        propagation of foreign disinformation?
 5              A.   We want them to understand how
 6        foreign propaganda and disinformation actors are
 7        trying to exploit the platforms to disseminate
 8        propaganda and disinformation.
 9              Q.   Why do you want them to understand
10        that?
11              A.   We want them to understand it
12        because they are the ones who are the owners of
13        the platforms.
14              Q.   Okay.  So why do you want the
15        owners of the platforms to understand that?
16              A.   Because it's part of the Global
17        Engagement Center's mission to increase overall
18        awareness of propaganda and disinformation by
19        malign actors.
20              Q.   If they are aware of those foreign
21        malign tools and methods, are they more likely,
22        on your view, to take their own defensive
23        actions against them?
24              MR. KIRSCHNER:  Objection,
25        speculative.
```

**DANIEL KIMMAGE  11/10/2022**

Page 159

```
 1              A.   I -- I can't speculate about the
 2    actions that the social media companies may or
 3    may not take.  We would not ask them to do
 4    anything.  Our -- the extent of our engagement
 5    would be to share insights, but not to ask them
 6    to do something.
 7              Q.   Has the GEC ever asked a social
 8    media platform to do something with respect to
 9    content, other than the 2018 threat you
10    described this morning?
11              MR. KIRSCHNER:  Objection,
12    hypothetical, hypothetical, assumes facts not in
13    evidence.
14              A.   Not that I'm aware of.
15              MR. SAUER:  Can I have L?
16              You're going to be handed a
17    document we're -- I think we're going to call
18    Exhibit 9.
19              (Exhibit No. 9 was marked for
20    identification.)
21    BY MR. SAUER:
22              Q.   Do you see this document?
23              A.   I do.
24              Q.   And this is a collection of e-mails
25    we received from the government -- I'm sorry --
```

**DANIEL KIMMAGE  11/10/2022**

1      we received from the social media platform

2      LinkedIn, that include Samaruddin K. Stewart; do

3      you see that?

4              A.   I do.

5              Q.   Okay.  Do you know -- do you know

6      whether Mr. Stewart was reaching out to social

7      media platforms to schedule meetings?

8              A.   I believe he was.

9              Q.   And was he scheduling meetings with

10     just LinkedIn or other meetings?  I mean, sorry,

11     other social media platforms?

12             A.   I believe it would be others, as

13     well.

14             Q.   Do you know which others he did

15     this with?

16             A.   No, I don't recall the -- the list.

17             Q.   Do you know if he met with Twitter?

18             A.   I -- I don't know, no.

19             Q.   Do you know if he met with

20     Facebook?

21             A.   I don't know his meeting schedule,

22     no.

23             Q.   Okay.  You don't know, same

24     question as to other social media platforms,

25     your answer is you don't know any of them?

**DANIEL KIMMAGE  11/10/2022**

Page 161

```
 1                A.    Not that I don't know them.  I
 2     simply I don't know what his meeting schedule
 3     was, I wouldn't have kept track of his schedule.
 4                Q.    Were you generally aware that he
 5     was setting up meetings with multiple social
 6     media platforms?
 7                A.    Yes.
 8                Q.    Did he do that at your direction?
 9                A.    He did that as part of his job to
10     facilitate engagement.
11                Q.    And was he on the TET?
12                A.    I believe so, yes.
13                Q.    And I believe -- turn back that
14     last exhibit -- was he basically the Silicon
15     Valley location that was talked about on your
16     website?
17                A.    Yes, I believe so.
18                Q.    On the second page of this
19     document, the one bearing Bates page 10342 --
20     high level, did you participate in any of the
21     meetings that Mr. Stewart set up with social
22     media platforms?
23                A.    I believe, yeah, I participated in
24     meetings.  I don't know if he was the one who
25     set them up.  I don't know the full, like, all
```

DANIEL KIMMAGE  11/10/2022

Page 162

```
1    the mechanics.
2            Q.    Okay.  Do you know who participated
3    in his meetings, other than himself?
4            A.    No.
5            Q.    Okay.  Looking at this, this second
6    page, the one at the top, February 5th, 2020, he
7    initially reached out to Paul Rockwell at
8    LinkedIn; correct?  Do you see that in the
9    middle of the page?
10           A.    Yes, I see that.
11           Q.    Do you know who Paul Rockwell is?
12           A.    No.
13           Q.    Would it surprise you if he's the
14   vice president and head of trust and safety for
15   LinkedIn?
16           A.    No.  I don't know his position.
17           Q.    Okay.  Was -- I know you testified
18   earlier that your Twitter meeting in 2021 dealt
19   with their trust and safety team; correct?
20           A.    Right.
21           Q.    And then your analogous meetings
22   you had with Facebook and possibly Google, in
23   the same timeframe, were also are the trust and
24   safety teams or their equivalents at those other
25   entities; correct?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   Yes.
 2              Q.   Was Mr. Stewart told to reach out
 3      to the trust and safety team at LinkedIn?
 4              A.   I don't believe we instructed him
 5      or I didn't instruct him on which individuals or
 6      teams to contact.
 7              Q.   Okay.  And he, in this e-mail in
 8      February of 2020, reaches out to Paul Rockwell
 9      and says he's a senior advisor for the GEC
10      working out of Silicon Valley; correct?
11              A.   Yes, I see that.
12              Q.   So that corroborates your
13      understanding that he's in the Silicon Valley
14      location, so to speak; correct?
15              A.   Yes.
16              Q.   And he says that he's in -- his
17      agency's got interest in countering
18      disinformation in foreign state and non-state
19      propaganda; right?
20              A.   That's what the e-mail says.
21              Q.   Yeah, what's non-state propaganda?
22              A.   That would be a terrorist
23      organization, for example.
24              Q.   Got you.  Okay.
25                   And he links in the GEC's website;
```

DANIEL KIMMAGE  11/10/2022

Page 164

```
 1    correct?
 2           A.   Yes.
 3           Q.   He talks about, let's explore
 4    shared interest and alignment of mutual goals
 5    regarding the challenge; do you know what he's
 6    talking about there?
 7           MR. KIRSCHNER:  I apologize, where
 8    are you reading from?
 9           MR. SAUER:  Next paragraph down in
10    his e-mail, so it's the very last paragraph on
11    this page.
12  BY MR. SAUER:
13           Q.   Your time permitting, I'd like to
14    schedule a meeting to discuss -- or a phone call
15    to discuss, to explore shared interests and
16    alignment of mutual goals regarding the
17    challenge; right?
18           A.   Mm-hmm.
19           Q.   What's he -- what are these shared
20    interests and alignment of mutual goals?
21           MR. KIRSCHNER:  Objection,
22    speculative.
23  BY MR. SAUER:
24           Q.   If you know.
25           A.   Shared interests regarding
```

**DANIEL KIMMAGE  11/10/2022**

Page 165

1    countering disinformation in foreign state and

2    non-state propaganda.

3          **Q.   And what are your mutual goals with**

4    **the social media companies on that front?**

5          MR. KIRSCHNER:  Again, objection,

6    speculative.

7          A.   As I stated, sharing our

8    understanding of the tools, techniques, and

9    campaigns of these foreign propaganda and

10   disinformation actors.

11         **Q.   Is it a goal of the GEC that those**

12   **foreign disinformation not spread in the United**

13   **States on social media; is that a goal of the**

14   **GEC?**

15         A.   The GEC's goals are not related to

16   this space within the United States.  The GEC is

17   looking at foreign propaganda and

18   disinformation.

19         **Q.   The GEC is not interested in the**

20   **propagation of disinformation in the United**

21   **States; correct?**

22         A.   The GEC is focused on the

23   campaigns, the actions, the tools and techniques

24   of foreign propaganda and disinformation actors,

25   like Russia and China.

**DANIEL KIMMAGE  11/10/2022**

Page 166

```
1              Q.   If you go to the top of this page,
2     there's some other LinkedIn people on this
3     e-mail, Patrick Corrigan; do you see that?
4              A.   Yes.
5              Q.   Do you know who he is?
6              A.   No.
7              Q.   Would it surprise you if he's the
8     vice president for legal and digital safety?
9              A.   Okay.
10             Q.   Yeah, and then Nicole Isaac, is she
11    a trust strategist at LinkedIn?
12             A.   I don't know her -- her job title.
13             Q.   But it seems like the people at
14    LinkedIn are all members of the trust and safety
15    team, would that be consistent with -- if I may
16    finish the question -- would that be consistent
17    with other meetings that you talked about, where
18    you were meeting with people on their trust and
19    safety teams from these entities?
20             MR. KIRSCHNER:  Objection,
21    speculative, and then compound.
22             A.   Yes.
23             Q.   If you flip to the next page, page
24    343, there's a reference to him setting up a
25    face-to-face meeting in February or March?
```

DANIEL KIMMAGE  11/10/2022

```
 1              A.    Okay.

 2              Q.    Do you know if that meeting

 3      occurred?

 4              A.    I don't.

 5              Q.    Was it -- was it his common

 6      practice to have oral face-to-face meetings

 7      instead of, you know, kind of written exchanges

 8      with -- with the social media platforms?

 9                    MR. KIRSCHNER:  Objection, calls

10      for speculation.

11    BY MR. SAUER:

12              Q.    If you know.

13              A.    I don't know how, exactly, he

14      conducted his engagement.

15              Q.    Turning a couple pages back to page

16      345, Bates page 345, a woman called Diana Patel

17      agrees to the meeting with him on the LinkedIn

18      side; right?

19                    MR. KIRSCHNER:  Objection, lack of

20      foundation.

21    BY MR. SAUER:

22              Q.    If you look there at the top level

23      e-mail on the chain, the top of the page:  Hi

24      Sam --

25              A.    Okay.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   -- thanks for reaching out; do you
 2      see that?
 3              A.   Yes, I do.
 4              Q.   And he was responded to by Diana
 5      Patel; correct?
 6              A.   Yes.
 7              Q.   What her title, according to the
 8      e-mail?
 9              A.   Head of threat prevention.
10              Q.   And under that?
11              A.   Trust and safety.
12              Q.   So she was the head of threat
13      prevention for the trust and safety team at
14      LinkedIn?
15              MR. KIRSCHNER:   Objection,
16      speculative.
17              A.   Yes, according to the e-mail.
18              Q.   Okay.  Can you flip ahead to the
19      page marked 351?
20              A.   Mm-hmm.
21              Q.   And this is a follow-up e-mail in
22      March that Mr. Stewart sent to the LinkedIn
23      trust and safety team after he had the oral
24      meeting; correct?
25                   He says:  Hello, Diana, it was nice
```

**DANIEL KIMMAGE  11/10/2022**

```
 1       meeting you and your colleagues recently, at the
 2       beginning of the e-mail; correct?
 3                  MR. KIRSCHNER:  Objection,
 4       speculative, lack of foundation.
 5            A.   Yes.
 6            Q.   And he discussed about being happy
 7       to continue the engagement with them; is that
 8       right?
 9                  MR. KIRSCHNER:  Again, objection,
10       speculative, lack of foundation.
11            A.   Where does it say that?
12            Q.   Second sentence of the second
13       paragraph, as mentioned, the GEC has begun
14       sharing information, when appropriate, with
15       companies in the technology industry, and I
16       would be happy to continue the engagement with
17       you; correct?
18            A.   Yes.
19            Q.   Lower down he gives some links and
20       he links to something called the disinfo-cloud.
21       What's the disinfo-cloud?
22            A.   It was an information sharing
23       platform for -- on tools to counter propaganda
24       and disinformation.
25            Q.   What sort of tools were discussed
```

1    on that, are these computer programs or, you

2    know, what kind of tools are we talking about,

3    hammers and chisels?

4         A.   No, I believe they were sort of

5    computer analytic tools.

6         Q.   What kind of tools?

7         A.   I -- I wasn't an active user of the

8    platform, but as I understand it, they were sort

9    of analytical tools.

10        Q.   Just help me, as someone who's not

11   super tech savvy, what is an analytical tool?

12        A.   Sure.

13        Q.   I just don't understand what it

14   means.

15        A.   An analytical tool would help -- a

16   tool that could identify coordinated inauthentic

17   activity on a social media platform by a foreign

18   disinformation actor.

19        Q.   So did you say it could coordinate

20   inauthentic activity?

21        A.   No.  No.

22        Q.   Okay.

23        A.   I said:  A tool that could identify

24   coordinated inauthentic activity by a foreign

25   propaganda and disinformation actor, like China

DANIEL KIMMAGE  11/10/2022

Page 171

1    or Russia.

2          Q.    Yeah, what's coordinated

3    inauthentic activity, is that, like, bots?

4          A.    Yeah, it's -- it's -- it's -- it's

5    fake activity that is being coordinated for a

6    purpose.

7          Q.    And I think some of your materials

8    talk about how you -- they would create fake

9    accounts of people who don't exist and give

10   them, you know, real looking pictures; is that

11   another example of coordinated fake activity?

12         A.    It could be, you'd need to look at

13   the specifics more.

14         Q.    Okay.  What -- what do the tools do

15   to -- to identify coordinated specific activity?

16         A.    I'm not a software expert.  I don't

17   know how they work internally.

18         Q.    Who was posting on that website or

19   is it a website or what is it, exactly?

20         A.    It's a website.  It's a -- it's a

21   platform that, as I understand, you can log into

22   and see examples of tools.

23         Q.    Okay.  And who -- who can log into

24   it, is it open to the public or is it only for

25   social media platforms or how does it work?

**DANIEL KIMMAGE 11/10/2022**

Page 172

```
1              A.   I believe it was for US government
2     tool developers and I believe some researchers,
3     and it would be not anyone, but you would have
4     to, I think, send in a request and then be
5     approved for -- for -- for access.
6              Q.   It was -- was it a -- a GEC
7     initiative?
8              A.   I believe so, yes.  Yes.
9              Q.   And was it funded by GEC?
10             A.   I believe so, yes.
11             Q.   Do you know who participated in it,
12    who had access to the platform?
13             A.   I don't have the full list of all
14    the participants.
15             Q.   What kinds of participants?  I
16    think you mentioned earlier there would be tech
17    platforms could do that?
18             MR. KIRSCHNER:  Objection,
19    mischaracterizing testimony.
20             A.   It was, I believe, tool developers,
21    government agencies, and I believe researchers.
22    I don't have the full -- full list.
23             Q.   And it got discontinued; correct or
24    is it still up and running?
25             A.   I -- I don't recall.  I believe it
```

DANIEL KIMMAGE  11/10/2022

1    was up and running when I left for -- for

2    training.

3              Q.    Left for?

4              A.    For training in National Defense

5    University.

6              Q.    Okay.  So you were being trained at

7    National Defense?  I thought you were teaching,

8    but you were --

9              A.    No, no, no, I was in a master's

10   program there.

11             Q.    Oh, congratulations.

12             Okay.  Whose team ran the

13   disinfo-cloud or runs it, I guess, if we don't

14   know if it's still up and running.

15             A.    The Technology Engagement Team.

16             Q.    That's the TET?

17             A.    Yes.

18             Q.    Can you flip ahead to the last page

19   of the document, 406?

20             A.    Mm-hmm.

21             Q.    And there is a calendar invite here

22   between Mr. Stewart and a series of recipients

23   on the LinkedIn side; do you see that?

24             A.    Yes.

25             Q.    And the subject of the meeting is:

**DANIEL KIMMAGE  11/10/2022**

Page 174

```
 1      LinkedIn and GEC countering disinformation and
 2      propaganda; correct?
 3              A.   Yes.
 4              Q.   And it looks like the participants
 5      in the LinkedIn side are Patrick Corrigan;
 6      correct?
 7              A.   Yes.
 8              Q.   And is he the VP of legal and
 9      digital strategy for LinkedIn?
10              MR. KIRSCHNER:  Objection, lack of
11      foundation, speculative.
12   BY MR. SAUER:
13              Q.   If you know.
14              A.   I don't know his position.
15              Q.   And then Paul Rockwell, the vice
16      president of trust and safety, is on there?
17              MR. KIRSCHNER:  Objection, same,
18      speculative, lack of foundation.
19   BY MR. SAUER:
20              Q.   On the line below, if you know?
21              A.   Yes, I see the name.
22              Q.   Ousman Jobe; do you know who that
23      is?
24              A.   No, I do not.
25              Q.   Nicole Tarasoff, directly below?
```

**DANIEL KIMMAGE  11/10/2022**

```
1              A.   What's the question?
2              Q.   Oh, do you see her name there?
3              A.   Yes.
4              Q.   Do you know if she's the director
5    of content policy at LinkedIn?
6              A.   I don't know her position.
7              Q.   And then there's a bunch of people
8    with state e-mails on this; do you see them
9    there?
10             A.   Yes.
11             Q.   Without reading their names into
12   the record, do you know who they are?
13             A.   I recognize one, two, three of the
14   names.
15             Q.   What are their roles in -- in --
16   within state or within GEC?
17             A.   As of the date of this e-mail, I
18   was already in National Defense University, so I
19   don't know exactly what their roles were at that
20   time.
21             Q.   What are -- what roles did you
22   understand them to have at some time?
23             A.   I believe one was on the China
24   team.
25             Q.   Which one is that, in terms of
```

**DANIEL KIMMAGE 11/10/2022**

Page 176

```
 1      order?  I see one --
 2              A.    I believe it's the first name.
 3              Q.    Okay.  I got you.
 4              A.    And one, I believe, was on the
 5      Russia team.
 6              Q.    Uh-h8h, and which one is that in
 7      the order?
 8              A.    It is the penultimate name.
 9              Q.    Okay.  And do you recognize the
10      other ones?
11              A.    I recognize the second name.
12              Q.    What's the role of that person?
13              A.    I don't recall the precise role.
14              Q.    Okay.  Do you know what this
15      meeting is about on July 29th, 2021?
16              A.    No.
17              Q.    Do you have any -- any reason to
18      think there would be a counter -- countering
19      disinformation meeting on July 29th of 2021?
20                    MR. KIRSCHNER:  Objection.
21      BY MR. SAUER:
22              Q.    And any specific topic that might
23      have come up in that timeframe, anything like
24      that?
25                    MR. KIRSCHNER:  Objection,
```

**DANIEL KIMMAGE  11/10/2022**

Page 177

1    speculative.

2              A.   I was no longer involved in the

3    day-to-day operations of the Global Engagement

4    Center in -- on July 29th, 2021.

5                   MR. SAUER:  Can I have M?

6                   And so we're handing you what's

7    been marked as Exhibit 10.

8                   (Exhibit No. 10 was marked for

9    identification.)

10   BY MR. SAUER:

11             Q.   **Do you recognize these e-mails, at**

12   **all, e-mails between people at the State**

13   **Department and CISA regarding a program for**

14   **African CSIRTs?**

15             A.   And what do you mean by recognize?

16             Q.   **Well, have you seen them before?**

17             A.   I don't -- I don't believe so.  I

18   don't think I was on these e-mails.

19             Q.   **What's a CSIRT?**

20             A.   I -- a CSIRT?

21             Q.   **Do you know what that stands for?**

22                  **If you look at the very first page,**

23   **in the very first paragraph:  We're looking**

24   **forward to having you speak at the workshop on**

25   **disinformation and misinformation --**

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.    I'm --

 2              Q.    -- for African CSIRTs next Tuesday.

 3              A.    No.  There are a lot of acronyms in

 4     government.  I don't actually recognize this one

 5     off the top of my head.

 6              Q.    Computer security incident response

 7     team, is that a -- is that what it stands for,

 8     do you think?

 9                    MR. KIRSCHNER:  Objection,

10     speculative.

11     BY MR. SAUER:

12              Q.    If you know.

13              A.    It sounds plausible.

14              Q.    And then the other people, on the

15     state side, participating here, are they members

16     of the GEC, do you know?  If you look at that

17     name at the very top, who's sending this e-mail,

18     kind of organizing the conference, is that a GEC

19     person?

20                    MR. KIRSCHNER:  Objection, assuming

21     evidence not in the record.

22              A.    I -- I don't recognize the person

23     who it's from.

24              Q.    How about down there in the -- down

25     there in the cc line, second line, far right, I
```

**DANIEL KIMMAGE  11/10/2022**

Page 179

```
1        see Samaruddin K. Stewart?
2              A.    Yes.
3              Q.    Yeah, at that time he was still a
4        GEC person; fair to say?
5              A.    Yes.  Yes.
6              Q.    Is he gone now?
7              A.    I believe so, yes.
8              Q.    Okay.  And then directly below him,
9        there's another state person; is that a person
10       associated with GEC?
11             A.    I -- I don't know.
12             Q.    Were you familiar with this or do
13       you recall this particular program?
14             A.    I -- I don't recall this particular
15       program.
16             Q.    And I guess that we've been talking
17       about in May of 2021, were you at GEC then or
18       were you at National Defense University?
19             A.    I was still at GEC in May.
20             Q.    Okay.  Third page of this --
21             A.    Mm-hmm.
22             Q.    -- if you go to the bottom of the
23       page, it's the one marked 12/1/96; do you see
24       that?
25             A.    Yes.
```

DANIEL KIMMAGE  11/10/2022

 1              Q.   There's a personnel state there who

 2     I think was the original sender on the first

 3     page; is that a name -- I take it that's a name

 4     you do not recognize?

 5              A.   No, I don't.

 6              Q.   So you do not know if she's

 7     associated with GEC?

 8              MR. KIRSCHNER:  Objection, asked

 9     and answered.

10              A.   No.

11              Q.   And --

12              MR. KIRSCHNER:  Clarify the record,

13     he's saying -- just -- because he said no on

14     that question is he does not know, not that

15     the -- the person is not -- I just thought for

16     all our purposes it was a little bit of --

17     BY MR. SAUER:

18              Q.   Do you know whether that person is

19     associated with the GEC?

20              A.   I do not know whether that person

21     is associated with the GEC.

22              Q.   Just looking at what she wrote

23     here, on May 10th:  Hello all, one more set of

24     answers from participants, these in response to

25     the question:  What topics do you hope the

```
 1      workshop will cover; correct?

 2           A.   Okay.

 3           Q.   And if you go down to the bottom

 4      bullet point on this page, if you go to the top

 5      one it's about how to combat mis- and

 6      disinformation; correct?

 7           A.   Yes, that's WHAT it says.

 8           Q.   And how to mitigate it once viral;

 9      correct?

10           A.   Yes.

11           Q.   Bottom -- bottom bullet point,

12      there, says:  Slow response to incidences

13      escalated to service providers; right?

14           A.   That's what it says.

15           Q.   So that's an expression of concern

16      that the service providers aren't responding

17      when people are raising concerns about content

18      on their platforms?

19                MR. KIRSCHNER:  Objection,

20      speculative.

21      BY MR. SAUER:

22           Q.   Is that what it seems to say?

23           A.   I don't see a reference to content.

24           Q.   So what incidences might be

25      escalated to service providers that don't relate
```

1      to content on their platforms?

2                  MR. KIRSCHNER:  Objection,

3      hypothetical and speculative.

4      BY MR. SAUER:

5                  Q.   You may answer.

6                  A.   Slow connectivity, malfunctions on

7      the platform, any number of things.  I don't see

8      any reference to specify what type of incidents,

9      here.

10                 Q.   Okay.  Can you turn to the next

11     page?

12                      There's a reference there at the

13     top bullet point to fact checking techniques and

14     how to identify disinformation and

15     misinformation; correct?

16                 A.   Yes.

17                 Q.   Does GEC work with any

18     fact-checking organizations?

19                 A.   Yes, I believe it does.

20                 Q.   What -- what does it do?  What sort

21     of work does it do with fact-checking

22     organizations?

23                 A.   I believe the GEC has supported

24     fact-checking organizations outside of the

25     United States.

**DANIEL KIMMAGE  11/10/2022**

Page 183

```
 1              Q.   Has the GEC ever supported
 2    fact-checking organizations inside the United
 3    States?
 4              A.   I don't believe so.
 5              Q.   Has the GEC ever worked with
 6    fact-checking organizations that are used as
 7    fact-checkers by social media platforms, like
 8    Twitter, Facebook, Google and so forth?
 9                   MR. KIRSCHNER:  Objection, vague.
10              A.   What do you mean by used by?
11              Q.   Well, do the social media platforms
12    consult with the fact checkers on their own?
13                   MR. KIRSCHNER:  Objection,
14    speculative.
15              A.   I don't know what the social media
16    companies do with fact-checkers.
17              Q.   What fact-checkers do you work
18    with?
19              A.   I believe the Pointer Institute is
20    the only one I recall.  I don't recall the --
21    the specific organizations.
22              Q.   Where is that?  Where is that
23    located?
24              A.   I don't recall.
25              Q.   Is that a foreign or domestic
```

**DANIEL KIMMAGE  11/10/2022**

Page 184

```
1    fact-checking organization?
2            A.   I don't -- I don't recall.  I don't
3    recall anything beyond the name.
4            Q.   Okay.  How do you remember that?
5    In what connection do you remember that name?
6            A.   I remember it coming up in either a
7    meeting or a document.  I don't remember the
8    specific context.
9            Q.   Do you remember how GEC works with
10   them?
11           A.   No, I don't remember the specifics.
12           Q.   Do you have any understanding of
13   how GEC works with fact-checking organizations,
14   in general?
15           A.   I believe it would be identifying
16   an organization that works in a location where a
17   foreign propaganda disinformation actor, like
18   Russia or China, would be active and supporting
19   them in some fashion.
20           Q.   What kind of fashion?
21           A.   Support could range from a grant or
22   a financial support to information sharing or
23   training in tools and techniques.
24           Q.   Okay.  So information sharing,
25   would that be identifying narratives and things
```

1    like that, that they should be aware of?

2         A.   I -- I don't know what the

3    specific, you know, information sharing would

4    be.

5         Q.   So you don't know what kind of

6    information would be shared between GEC and

7    international fact-checking organizations or any

8    fact-checking organization; fair to say?

9         A.   No.  I wasn't involved in the

10   direct back and forth, so I can't speak to

11   the -- to the specifics.

12        Q.   Who was involved on GEC's side, by

13   title?

14        A.   I don't know.

15        Q.   Do you know what team would have

16   engaged -- engages with fact-checking

17   organizations?

18        A.   It would have been one of the three

19   nation-state focus teams, so probably the

20   Russian, China, or Iran team.

21        Q.   Next bullet point down, second one

22   on the page:  Proven techniques to take down

23   these articles.  Does that, in the effectiveness

24   of fake news checkers, right, so the topics

25   being raised by this State Department person for

DANIEL KIMMAGE  11/10/2022

Page 186

```
 1        discussion from, I take it, the CSIRT

 2        participants about how to take down these

 3        articles relating to misinformation and

 4        disinformation; correct?

 5                   MR. KIRSCHNER:  Objection,

 6      mischaracterizes.  Well, lack of foundation and

 7      assumes evidence not in the record and

 8      mischaracterizes document.

 9    BY MR. SAUER:

10        Q.   Is that what it says?

11        A.   Yes, that's what it says.

12        Q.   Okay.  And does GEC -- you talk a

13      lot about tools and techniques, does GEC have

14      information about how to take down -- techniques

15      to take down these articles?

16        A.   No, not generally, the GEC doesn't

17      flag and take things down.

18        Q.   Do you know what this state

19      official is referring to when she talks about

20      proven techniques to take down these articles?

21        A.   No.

22                   MR. KIRSCHNER:  Objection,

23      speculative.

24        A.   No, I don't -- I don't see the

25      context.
```

DANIEL KIMMAGE  11/10/2022

Page 187

```
 1              Q.   Okay.  Lower on down there,
 2     international takedown requests, three bullet
 3     points down; correct?
 4              A.   Yes, I see that.
 5              Q.   Do you know what that refers to?
 6              A.   I don't see the additional -- any
 7     additional context here.
 8              Q.   So you don't know what -- are
 9     you -- are you aware of there being
10     international -- international takedown requests
11     presented to social media platforms?
12              A.   I'm aware that international
13     governments would sometimes reach out with
14     requests.  I know that it's an issue.  It's not
15     one that generally involve the GEC.
16              Q.   What are -- what are international
17     governments?
18              A.   Government of any other country.
19              Q.   Okay.  So a government of a foreign
20     country?
21              A.   A foreign government might reach
22     out to a social media company.
23              Q.   And ask them to take something
24     down?
25              A.   Yes.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   But you're saying GEC doesn't do
 2      that?
 3              A.   No.  No.  That's what I believe
 4      this refers to, international takedown requests.
 5      So a request from a foreign government to a
 6      social media company to -- to remove something.
 7              MR. SAUER:  Can you give me N?
 8              I think this is going to be Exhibit
 9      11 that you're being handed.
10              (Exhibit No. 11 was marked for
11      identification.)
12      BY MR. SAUER:
13              Q.   Do you have Exhibit 11 in front of
14      you?
15              A.   I do.
16              Q.   And this is an e-mail chain or
17      actually it's against multiple e-mail chains,
18      involving CISA and the GEC, from 2020; correct?
19              A.   Yes.
20              Q.   Okay.  The bottom of the first
21      page, you see there's an e-mail from a state
22      official called Alex Dempsey; do you see that?
23              A.   I do.
24              Q.   Who's Alex Dempsey?
25              A.   I believe he's on the I2C2 team, so
```

DANIEL KIMMAGE  11/10/2022

Page 189

```
 1      the interagency coordination cell.

 2              Q.   So he's a GEC official?  Sorry --

 3              A.   Yes, yes, I believe he's a member

 4      of the GEC.

 5              Q.   And if you flip to the second page,

 6      it looks like he has flagged a, quote, disinfo

 7      campaign on YouTube targeting a DS officer;

 8      what's a DS officer, do you know?

 9              A.   I believe it would be diplomatic

10      security.

11              Q.   What's a diplomatic security

12      officer?

13              A.   A member of the Diplomatic Security

14      Office of the State Department.

15              Q.   So would that be somebody working

16      in an embassy abroad or here in Washington,

17      D.C.?

18              A.   It could be either.

19              Q.   But it's a state employee of some

20      kind?

21              A.   Yes.

22              Q.   And is involved -- says:  Claiming

23      she brought COVID-19 to something in an athletic

24      competition; right?

25              A.   Right.
```

DANIEL KIMMAGE  11/10/2022

Page 190

```
 1              Q.   Yeah, and without mentioning this
 2     person's name, he identifies, who, what, when,
 3     where, and why; right?
 4              MR. KIRSCHNER:  Objection, vague,
 5     assuming evidence not in the record.
 6  BY MR. SAUER:
 7              Q.   Well, I'm just reading, who, what,
 8     when, where and why, from Mr. Dempsey's e-mail;
 9     do you see that?
10              A.   Yes, I do.
11              MR. KIRSCHNER:  I don't see the
12     why.
13              A.   I see, who, what, when, where and
14     why, yes.
15              Q.   Okay.  And then the where is
16     online, and he links a YouTube video?
17              A.   Yes.
18              Q.   And what is a targeted
19     disinformation campaign against a state
20     official; correct?
21              A.   Yes.
22              Q.   And then, down there in the why, it
23     talks about there's a false narrative being
24     pushed online about this person, and there's a
25     YouTube channel run by Americans falsely
```

**DANIEL KIMMAGE  11/10/2022**

1    claiming that she is, quote, patient zero, and

2    that as a US army reservist she brought COVID-19

3    to Wuhan during an athletic competition;

4    correct?

5         A.   Yes.

6         Q.   Is there a theory out there that

7    COVID-19 originated or spread at an

8    international athletic competition in Wuhan

9    during the fall of 2019?

10        A.   Apparently, according to the -- to

11   the -- to the information here.

12        Q.   Okay.  And so Mr. Dempsey, of the

13   GEC, forwarded this to CISA; right?  Do you know

14   who Robert Schaul is?

15        A.   No.

16        Q.   He's called Rob.

17        A.   No.

18        Q.   Do you know who Brian Scully is?

19        A.   I believe Brian Scully was either

20   at or was the head of the disinformation office

21   at CISA.

22        Q.   That's what we've described earlier

23   as the mis-dis- and mal information team?

24        A.   Right.  The -- it was initially, I

25   think, a task force, and it was subsequently

**DANIEL KIMMAGE  11/10/2022**

Page 192

```
 1    renamed as the mis-dis- and mal information
 2    team.
 3              Q.   And Brian Scully here, about a
 4    third of the way down the first page, has a
 5    CISA.DHS.gov e-mail address; correct?
 6              A.   Yes, correct.
 7              Q.   So Alex Dempsey's e-mail is taken
 8    by Brian Scully, at CISA, and forwarded to two
 9    Facebook officials; correct?
10              A.   Yes.
11              Q.   They have FB.com e-mails there?
12              A.   Yes.
13              Q.   And Scully says to these two
14    officials:  Please see the below reporting from
15    our State Department GEC colleagues, Global
16    Engagement Center colleagues, that's your unit;
17    right?
18              A.   Yes, that's the Global Engagement
19    Center.
20              Q.   Okay.  About a disinformation on
21    YouTube targeting a diplomatic security officer;
22    correct?
23              A.   Yes.
24              Q.   And then one of the Facebook
25    officials responds, and says:  Thank you so much
```

**DANIEL KIMMAGE  11/10/2022**

```
 1     for this.  Have flagged for our internal teams;

 2     correct?

 3              A.   Yes.

 4              Q.   And so this was a -- a report from

 5     the GEC to CISA about a disinformation campaign

 6     run by Americans; correct?

 7                   MR. KIRSCHNER:  Objection, lack of

 8     foundation, speculative.

 9   BY MR. SAUER:

10              Q.   According to the -- according to

11     the bold paragraph Y on the second page?

12                   MR. KIRSCHNER:  Again, objection,

13     lack of foundation.

14              A.   It says here that the channel is

15     run by Americans.  I don't know about the

16     campaign.

17              Q.   So it's the content that he's

18     complaining about is on a channel, a YouTube

19     channel, run by Americans; correct?

20              A.   That's what the e-mail says, yes.

21              Q.   And this gets sent to CISA, who

22     forwards it onto Facebook, who says:  We have

23     flagged this for our internal teams; correct?

24                   MR. KIRSCHNER:  Objection,

25     speculative, lack of foundation.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    BY MR. SAUER:
 2              Q.    Is that what the e-mail says?
 3              A.    The e-mail went from the Global
 4    Engagement Center to CISA to Facebook.
 5              Q.    Okay.  And CISA described itself on
 6    its website as, quote, routing disinformation
 7    concerns to social media platforms?
 8              MR. KIRSCHNER:  Objection,
 9    speculative.
10              A.    I don't know how they describe
11    themselves on their website.
12              Q.    Were you aware of this incident
13    when it happened?
14              A.    I don't -- I believe I was aware of
15    the YouTube video.  I don't know that I was
16    aware or on the e-mails here.  I -- I do recall
17    the disinformation involving a diplomatic
18    security officer.  I do recall that.
19              Q.    And this incident in 2020 is
20    different than the 2018 incident you described
21    this morning, where you discussed there was a
22    threat to the life of someone abroad; right?
23              A.    They are separate incidents.
24              Q.    Yeah, this is two years later, it's
25    a completely different incident.
```

DANIEL KIMMAGE  11/10/2022

Page 195

```
1              A.   Completely different.

2              Q.   Were you aware -- what was your

3    knowledge of this incident when it happened?

4    Did they ask you for authority to flag this for

5    CISA or did you hear about it afterwards?  What

6    was your knowledge at the time?

7              A.   I believe I was aware that there

8    was a disinformation campaign involving a

9    diplomatic security officer.  I don't see myself

10   on these e-mails, and I don't recall whether I

11   was in the internal discussion that led to this

12   chain.

13             Q.   Did you authorize anyone to raise

14   this with CISA so that they could flag it for a

15   social media platforms?

16             A.   I don't -- I don't recall that.

17             Q.   Do you know one way or the other

18   whether you did that?

19             A.   I -- I -- I don't recall.

20             Q.   If you flip ahead through this

21   e-mail chain --

22             A.   Mm-hmm.

23             Q.   -- see the next page, 7671.

24             A.   Okay.  Mm-hmm.

25             Q.   Scully, at CISA, takes the same
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      e-mail chain and forwards it onto Twitter, as
 2      well; correct?
 3                  MR. KIRSCHNER:  Objection, lack of
 4      foundation.
 5            A.    I -- I see that here.
 6            Q.    Yeah, and -- and Twitter just
 7      responds:  Thank you, Brian; correct?
 8            A.    Yes.
 9            Q.    Then flip ahead to page 7675.
10            A.    Okay.
11            Q.    This is the Alex Dempsey e-mail
12      raising this, who what.  When, where, and why,
13      is forwarded by Scully onto Google, as well;
14      right?
15                  MR. KIRSCHNER:  Again, objection,
16      lack of foundation.
17      BY MR. SAUER:
18            Q.    The top of the page, without
19      mentioning the name, it's Brian Scully is
20      forwarding this Alex Dempsey e-mail to a third
21      social media platform, someone with a Google.com
22      e-mail address; correct?
23            A.    Yes.
24            Q.    And that cover page, it says:
25      Please see below, reporting from colleagues at
```

DANIEL KIMMAGE  11/10/2022

Page 197

```
1        the State Department, Global Engagement Center,
2        about disinformation on YouTube regarding a
3        diplomatic security officer; correct?
4             A.   Yes.
5             Q.   And then it goes on to say:  It
6        does appear the FBI has been notified --
7        notified, so you may also have heard from them;
8        correct?
9             A.   Yes.
10            Q.   Was this incident -- did the GEC
11       notify the FBI of this incident?
12                 MR. KIRSCHNER:  Object.  Go on.
13            A.   I don't know.
14            Q.   Do you remember that, at all?
15            A.   I -- I don't recall.
16            Q.   You don't remember any discussions
17       with the FBI?  I know you say you remember this
18       incident, at some level.  Do you remember any
19       interaction with the FBI relating to it?
20            A.   I remember the incident.  I don't
21       recall which interagency entities were
22       contacted.
23            Q.   Okay.  Some were, though, obviously
24       CISA?
25                 MR. KIRSCHNER:  Objection,
```

```
 1     mischaracterizing testimony.
 2   BY MR. SAUER:
 3          Q.   Yes or no?
 4          A.   I'm seeing these e-mails, but I
 5     wasn't on these e-mails.
 6          Q.   And you don't remember them?
 7          A.   I wasn't on these e-mails.
 8          Q.   Do you -- did you authorize the
 9     sending of e-mails like this, with respect to
10     this incident?
11          A.   I don't --
12          MR. KIRSCHNER:  Object.  I was
13     going to say, objection, asked and answered.
14   BY MR. SAUER:
15          Q.   If you know.
16          A.   I don't recall.
17          Q.   Looking down here at the bottom of
18     this page, it's another copy of the same Alex
19     Dempsey e-mail to Rob Schaul.  I can't remember
20     if you said, do you know who Rob Schaul is?
21          A.   No, I do not.
22          Q.   And he says:  Rob, our leadership
23     has asked that we share the below information
24     with our IA counterparts; right?
25          A.   Yes.
```

**DANIEL KIMMAGE  11/10/2022**

Page 199

```
 1              Q.   What's -- who's our leadership, do
 2    you know?
 3              A.   Under the why, I see listed:
 4    Special envoy, Lea Gabrielle, who would have
 5    been the highest ranking official in the office
 6    at that time.  So if she authorized it my
 7    authorization wouldn't be necessary.
 8              Q.   Okay.  Do you know if Lea
 9    Gabrielle -- I think you testified about her
10    earlier -- you would have been reporting
11    directly to her, at this time; right?
12              A.   Yes.
13              Q.   So we're talking about March 25th,
14    2020, she was the acting coordinator?
15              A.   She was the appointed coordinator.
16    She was not acting, she was the coordinator.
17              Q.   And you were principal deputy
18    coordinator at the time?
19              A.   Yes.
20              Q.   And as you say, it looks like Lea
21    Gabrielle -- in other words, you interpreted --
22    let me ask you this, and I don't know what you
23    interpret -- what do you remember?  Do you
24    remember Lea Gabrielle authorizing people to
25    flag this for CISA and the FBI?
```

DANIEL KIMMAGE  11/10/2022

```
1              A.    I do not know.
2              Q.    And you don't know who,
3       specifically, our leadership is, do you?
4              A.    I don't know what "our leadership"
5       refers to here.  Down under the why it refers to
6       special envoy, Lea Gabrielle.
7              Q.    Here in the first sentence, could
8       that be you or you don't remember?
9              A.    It could be, it doesn't specify
10      what "our leadership" means.
11             Q.    And you don't remember whether you
12      made any authorization about this?
13             A.    I don't.
14             Q.    And that later made sense, it talks
15      about share them with our IA counterparts; do
16      you know what IA stands for?
17             A.    Interagency.
18             Q.    Okay.  Are you aware of any other
19      situations where anyone at the GEC flagged
20      content on a YouTube channel run by Americans to
21      CISA or a social media platform or the FBI as a
22      disinformation campaign to be combatted?
23             A.    No, I'm not.
24             Q.    This is the only incident that you
25      can recall at this time?
```

**DANIEL KIMMAGE  11/10/2022**

**Page 201**

```
 1                 MR. KIRSCHNER:  Objection,
 2     mischaracterizing testimony.
 3            A.   I'm seeing this in these e-mails,
 4     but I wasn't on these e-mails.  I recall the --
 5     the video and the campaign.  I don't recall
 6     the -- the interagency communications here.
 7            Q.   That whole campaign about the virus
 8     being spread at an international athletic
 9     competition in Wuhan, was that one of the
10     China-related false narratives you talked about
11     earlier?
12            A.   I believe it was a minor, like, a
13     sub-narrative, because it involved, like, an
14     athletic competition.  But it wasn't one of the
15     major narratives.
16            Q.   How about as -- was it a Russian
17     narrative?
18            A.   I don't recall it as a Russian
19     narrative.
20            Q.   You don't recall it as a major
21     Chinese narrative or a Russian narrative?
22                 MR. KIRSCHNER:  Objection,
23     mischaracterizes testimony.
24            A.   I don't recall it as this.  I
25     recall it as a minor narrative.
```

**DANIEL KIMMAGE  11/10/2022**

1          Q.    Have you ever heard of the Election

2     Integrity Partnership?

3          A.    Yes.

4          Q.    What is that?

5          A.    I -- I don't recall the exact

6     specifics of -- of what it was.

7          Q.    What have you heard about it?

8          A.    I read the section in the

9     complaint.

10         Q.    Independent of the complaint, do

11    you have any knowledge of the Election Integrity

12    Partnership?

13         A.    Independent of the complaint, I

14    recall that it was an entity that someone at the

15    GEC was in contact with, that's -- that's --

16    that's the extent.

17         Q.    Who was -- who at the GEC was in

18    contact with it?

19         A.    I believe -- I believe it was -- I

20    believe it was a member of the Russia team.

21    I -- I think it may have been George Beebe on

22    the Russia -- George Beebe on the Russia team.

23         Q.    How do you spell Beebe?

24         A.    B-e-e-b-e.

25         Q.    B-e-e-b-e, first name George?

```
 1              A.    George.

 2              Q.    G-e-o-r-g-e?

 3              A.    Right.

 4              Q.    What makes you think it was him?

 5              A.    I seem to remember he was the

 6      individual who -- who -- who was engaged with

 7      the -- what did you call it, the Election

 8      Integrity Partnership, right?

 9              Q.    Yes.

10              A.    Okay.

11              Q.    I'll call it the EIP from now on.

12              A.    Okay.

13              Q.    You remember that he was engaged in

14      that, how did you know that?  How did you know

15      he was engaged in that?

16              A.    I think it was sort of reported at

17      a meeting.  I don't recall the exact context.

18              Q.    Do you know who authorized him to

19      be involved in it?

20              A.    No, I don't know who -- who -- who

21      authorized it.

22              Q.    Do you know what the nature of his

23      involvement was, like, what did he do with

24      respect to the EIP?

25              A.    No.  I know he had some
```

**DANIEL KIMMAGE  11/10/2022**

```
1    communication with him.  I don't know the
2    specifics of his involvement.
3             Q.   Okay.  Do you know what the EIP
4    was?
5             A.   Only broadly, that it was a
6    partnership to counter, I think, our -- our --
7    our involvement would have been foreign
8    propaganda and disinformation focused on the
9    election or elections.  I don't recall.
10            Q.   Do you know what Mr. Beebe or
11   whoever it was -- I take it you think it was
12   Mr. Beebe, but you're not sure?
13            A.   I think it was him, but I'm not
14   sure.
15            Q.   Okay.  Whoever it was involved,
16   your understanding is they would be involved in
17   flagging foreign disinformation relating to the
18   election?
19            MR. KIRSCHNER:  Objection, assuming
20   evidence not in the record, mischaracterizes
21   testimony.
22            A.   I -- I -- I don't recall the exact
23   nature of their involvement.
24            Q.   Okay.  So you -- earlier, when you
25   said:  Our involvement would have been --
```

**DANIEL KIMMAGE  11/10/2022**

1           A.    Right.

2           Q.    -- flagging foreign disinformation

3     or raising foreign disinformation concerns,

4     what's your basis for that?

5           A.    I said:  Our involvement would have

6     been related to foreign propaganda.

7           Q.    Okay.

8           A.    And the basis for that is the GEC's

9     mandate.

10          Q.    In other words, that's what the GEC

11    does, generally, but you don't have any specific

12    knowledge with respect to what Mr. Beebe did?

13          A.    No, I don't recall anything

14    specific about what he did.

15          Q.    Do you know who authorized the GEC

16    to be involved in the EIP, at all?

17                MR. KIRSCHNER:  Objection, assumes

18    evidence not in the record.

19          A.    I don't.

20          Q.    Did someone authorize it or did

21    Mr. Beebe just kind of do it on his own?

22          A.    I don't recall who -- who

23    authorized it.

24          Q.    Yeah, okay.

25                MR. SAUER:  Can I have P?

**DANIEL KIMMAGE  11/10/2022**

```
 1                    This is going to be, I think,
 2     Exhibit 12.  Is that right, 12?
 3                    (Exhibit 12 was marked for
 4     identification.)
 5                    MR. KIRSCHNER:  Mr. Sauer, just --
 6     the water's now starting to drip towards the
 7     table.  Do you want to take a two-minute break
 8     to wipe off the --
 9                    MR. SAUER:  That didn't work very
10     well.
11                    MR. KIRSCHNER:  We can get a
12     napkin.  I won't put this one in my manilla
13     folder.
14                    MR. SAUER:  You should have rubber
15     bands.
16                    MR. KIRSCHNER:  We're going to ask
17     the witness to read the entire document, and
18     that will be the seven hours.
19                    I'm joking, but I do want to allow
20     the witness, when you have something -- when you
21     have something that you're asking, specifically,
22     to have -- allow the witness to have sufficient
23     time to understand the context.
24                    MR. SAUER:  That's okay, only a few
25     pages that are --
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                      MR. KIRSCHNER:  Okay.
 2    BY MR. SAUER:
 3            Q.    Have you seen this report before?
 4            A.    I believe I've seen the cover of
 5    it.
 6            Q.    Okay.  In what connection did you
 7    see the cover of it?
 8            A.    It may have been a news thing.  I
 9    don't recall the exact context.
10            Q.    Was it in context of a GEC meeting
11    or was it just, you know, seeing it somewhere
12    else?
13            A.    It could have been both.
14            Q.    Okay.  You just don't remember?
15            A.    I don't.  I think I did see media
16    coverage, and it may also have come up at a GEC
17    meeting.
18            Q.    And is this the report that the EIP
19    did about its activities in 2020, with respect
20    to disinformation on social media?
21            A.    Yes, that's what it appears to be.
22            Q.    It's quite a lengthy report, about
23    292 pages; fair to say?
24            A.    Yes.
25            Q.    Before today, have you read any of
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    this?
 2            A.   I had glanced at the -- I think the
 3    executive summary.
 4            Q.   When did you do that?
 5            A.   I don't recall.  I think it may
 6    have been when it came out, but I don't recall
 7    exactly.
 8            Q.   And when it came out, I think, is
 9    that identified on the second page or this only
10    says 2021, third page, I think it says it came
11    out in June 15th, 2021?
12            A.   June 15th, 2021.
13            Q.   Do you think you looked at it at
14    that time?
15            A.   Or maybe after that, that was
16    almost exactly when I was leaving the Global
17    Engagement Center.
18            Q.   Did you look at it more recently,
19    like, for example, before your testimony today?
20            A.   I think I looked at the -- the --
21    the -- like the front, the cover.
22            Q.   The cover?
23            A.   Yeah.
24            Q.   You may have --
25            A.   I did not read the whole report.  I
```

**DANIEL KIMMAGE  11/10/2022**

1    did not read the whole report.

2          Q.   Well, let me -- let me kind of walk

3    you through some questions, and obviously if you

4    haven't read it before, you know, if you don't

5    know the answer, if you don't know, let me know.

6               But just -- can you go to page V,

7    the first page of the executive summary, little

8    Roman five.

9          A.   Okay.

10         Q.   There's a -- in the bottom

11   paragraph there, there's a statement that the

12   EIP -- this is the EIP talking about its own

13   activities, quote, bridge the gap between

14   government and civil society, end quote, help to

15   strengthen platform standards for combatting an

16   election-related misinformation.

17              Do you know -- do you have any

18   knowledge of helping strengthen platform

19   standards for combatting disinformation?

20              MR. KIRSCHNER:  Objection, vague.

21   BY MR. SAUER:

22         Q.   Do you know what they're talking

23   about there?

24         A.   No.  I'm not going to -- I -- I --

25   I can't interpret beyond the words here.  I

**DANIEL KIMMAGE  11/10/2022**

Page 210

```
1     don't know.
2             Q.    Okay.  Higher up in the page, it
3     says:  Dozens of federal agencies support this
4     effort, including CISA.  Do you know if CISA's
5     involved in the EIP?
6                 MR. KIRSCHNER:  Objection,
7     speculative.
8   BY MR. SAUER:
9             Q.    If you know.
10            A.    I don't know any of the specifics
11    of CISA's involvement with the EIP.
12            Q.    Next page, page little Roman six,
13    at the very top, it talks about how the EIP was
14    formed to enable realtime information exchange
15    between election officials, government agencies,
16    and others, including social media platforms;
17    correct?
18            A.    That's what it says, yes.
19            Q.    Do you know of any other
20    arrangements for realtime information exchange
21    between government agencies and social media
22    platforms?
23            A.    What -- what -- could you -- could
24    you be more specific?
25            Q.    Well, can you think of anything
```

**DANIEL KIMMAGE  11/10/2022**

Page 211

```
 1     that you would describe as a realtime

 2     information exchange between government

 3     officials and social media platforms, any

 4     arrangement?

 5          A.   Well, what do you mean by realtime?

 6          Q.   Well, stuff that's -- anything that

 7     raises concerns as they're occurring on social

 8     media?

 9          A.   I'm not aware of any standing

10     arrangement like that at the GEC.  I can't speak

11     to other parts of government.

12          Q.   At the bottom of this page, there's

13     bullet points, you see there's four bullet

14     points there, and the last one is:

15     Delegitimization of election results; do you see

16     that?

17          A.   Yes.

18          Q.   It talks about content aiming to

19     delegitimize election results on the basis of

20     false or misleading claims; right?

21          A.   Yes.

22          Q.   Are you aware of Mr. Beebe raising

23     concerns about delegitimization of election

24     results?

25          A.   No, I don't -- no, I'm not aware.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   Or anyone else at GEC raising those
 2      kinds of concerns to the EIP?
 3                   MR. KIRSCHNER:  Objection, lack of
 4      foundation.
 5              A.   No, I'm not aware of any of the
 6      specifics of interactions between GEC members
 7      and the EIP.
 8              Q.   Next paragraph down, last line of
 9      the page, it says:  Of the tickets we, the EIP,
10      processed 72 percent were related to
11      delegitimization of the election; correct?
12              A.   That's what it says.
13              Q.   So it sounds like it was processing
14      complaints that had to do with attacking the
15      legitimacy of the 2020 election?
16                   MR. KIRSCHNER:  Objection, lack of
17      foundation.
18              A.   That's what it says here, yes.
19                   MR. KIRSCHNER:  John, we've been --
20      Mr. Sauer, we've been going over an hour, so we
21      should take a break sometime soon.
22                   MR. SAUER:  That's fine with me.
23                   THE WITNESS:  Yeah, let's take a --
24                   MR. SAUER:  That's fine.  If the
25      witness wants a break, we can do it.
```

**DANIEL KIMMAGE  11/10/2022**

Page 213

```
 1                    Can we keep it at five minutes or
 2     so?
 3                    MR. KIRSCHNER:  Yeah.
 4                    MR. SAUER:  Let's keep moving
 5     forward.
 6                    THE VIDEOGRAPHER:  The time is 2:31
 7     p.m.  We are off the record.
 8                    (Recess.)
 9                    THE VIDEOGRAPHER:  The time is 2:40
10     p.m.  We're back on the record.  Please proceed.
11  BY MR. SAUER:
12           Q.   Still in Exhibit 12, can you flip
13      ahead to page XI little Roman 11.
14           A.   Okay.
15           Q.   Do you see there's a note there
16      that lists about 15 social media platforms?
17           A.   Yes.
18           Q.   Eyeballing that list, are you aware
19      of anyone from the GEC interacting with anyone
20      from any of those social media platforms in
21      connection with the EIP?
22                    MR. KIRSCHNER:  Objection, lack of
23      foundation, speculative.
24           A.   I'm not aware of any specific GEC
25      interactions related both to the EIP and the
```

DANIEL KIMMAGE  11/10/2022

1    platforms listed here.

2          Q.    Okay.  So you anticipate my next

3    question is:  You don't know of anyone at GEC

4    reaching out to EIP in connection with any of

5    these platforms; fair to say?

6          A.    I -- I don't have any information

7    about anyone at the GEC reaching out to these

8    platforms in connection with the EIP.

9          Q.    Do you have any specific

10   information about GEC's involvement in the EIP?

11         A.    Not that I recall.  I recall a

12   general engagement with the EIP.  I don't recall

13   the specifics of it.

14         Q.    Do you recall anything other than

15   the fact that there was a general engagement

16   with the EIP?

17         A.    No.  I recall the GEC was engaging

18   with the partnership, but I don't -- I don't

19   recall any specifics.

20         Q.    And do you know -- I know you

21   mentioned Mr. Beebe?

22         A.    Right.

23         Q.    Do you know if there was more than

24   one person or whether it was just one person?

25         A.    I remember his name in connection

**DANIEL KIMMAGE   11/10/2022**

**Page 215**

```
 1    with it, and we also had an individual who --
 2    who liaised on election-related issues, but I
 3    don't recall whether she engaged with the EIP.
 4         Q.    Who -- what was her name?
 5         A.    Her name was Adele Ruppe.
 6         Q.    And is she still there at the GEC?
 7         A.    No.
 8         Q.    Why did she -- why did she engage
 9    on election issues?  You said she engaged on
10    election issues, tell us what that involves?
11         A.    She would attend interagency
12    meetings on safeguarding the security of the
13    elections.
14         Q.    Okay.  And what agencies did she
15    meet with?
16         A.    I -- I don't recall, it would be
17    probably the full range of national security
18    agencies.
19         Q.    And you say she attended
20    interagency meetings on safeguarding the
21    security of elections.  Were those American
22    elections, specifically?
23         A.    Yes, I believe so.
24         Q.    So we're not talking about
25    elections in foreign countries.  She was on
```

DANIEL KIMMAGE  11/10/2022

Page 216

```
1      meetings that discussed safeguarding the
2      security of American elections; is that right?
3           A.   Yes, I believe so.
4           Q.   And -- and you think she may have
5      had some connection or involvement with the EIP?
6                MR. KIRSCHNER:  Objection,
7      mischaracterizes testimony.
8           A.   I -- I simply don't know.
9           Q.   You don't know?  How did -- and
10     maybe I'm just forgetting.  How did -- why did
11     you bring up her name just now, because you
12     thought she might have had that interaction?
13          A.   Because she was the other -- she
14     was the GEC person who held the portfolio on
15     election security-related issues.
16          Q.   Okay.  What else was involved in
17     that portfolio, the election security portfolio
18     for GEC, other than going to interagency
19     meetings with other federal agencies?
20          A.   I believe it was almost entirely
21     focused on interagency meetings.
22          Q.   Do you know if she raised concerns
23     about election security in those meetings or did
24     she merely listen?
25                MR. KIRSCHNER:  Objection,
```

DANIEL KIMMAGE  11/10/2022

Page 217

```
 1    speculative.
 2   BY MR. SAUER:
 3          Q.   If you know.
 4          A.   I don't know the exact nature of
 5   her interactions in those meetings.
 6          Q.   What other activities, if any, does
 7   the GEC conduct with respect to election
 8   security?
 9          MR. KIRSCHNER:  Objection, vague,
10   ambiguous.
11          A.   The GEC, as I recall, was primarily
12   in listening mode, on occasion it might discuss,
13   you know, general Russian or Chinese or other,
14   you know, foreign disinformation actors.  And as
15   I've noted, the narratives are the tools and
16   techniques that they use.
17          Q.   And would those be narratives,
18   tools and techniques that relate to kind of
19   destabilizing or disrupting American domestic
20   elections?
21          MR. KIRSCHNER:  Objection.
22   BY MR. SAUER:
23          Q.   If you know.
24          A.   I don't recall any specific
25   narratives.
```

DANIEL KIMMAGE  11/10/2022

1           Q.   Okay.  And you don't know whether
2      that individual with the election security
3      portfolio for GEC had any direct involvement
4      with the EIP?
5           A.   I don't, no.
6           Q.   But you think that she may have
7      because of the nature -- just because of the
8      nature of her portfolio, this was
9      election-related, she was the election person,
10      therefore, she may have been involved in this?
11           A.   Yes, that's possible.
12           Q.   Next page, XII little Roman 12.
13           A.   Mm-hmm.
14           Q.   List of contributors at the very
15      bottom, it says that the EIP would like to thank
16      Matthew Masterson; do you know who he is?
17           A.   No, I don't.
18           Q.   Have you ever heard that name
19      before, to your recollection?
20           A.   I don't know.  Is he listed in the
21      complaint?  I don't -- I don't -- I don't really
22      know.
23           Q.   Okay.  I was just curious if you
24      know.
25           A.   No.  No idea.

```
 1              Q.   Okay.  Next page, XIII, little
 2      Roman 13.  There's acknowledgments which are
 3      basically thanking the people who funded the
 4      EIP.
 5              A.   Mm-hmm.
 6              Q.   Do you know who funded the EIP?
 7              A.   No, I don't.
 8              Q.   Okay.  And there's four -- four
 9      entities involved in it; were you aware of that,
10      that are listed here?
11                   MR. KIRSCHNER:  Can you point us to
12      where you're referring to?
13      BY MR. SAUER:
14              Q.   Digital Research Forensic Lab of
15      the Atlantic Council, in bold, Graphika, in
16      bold, Stanford Internet Observatory, in bold,
17      and university of Washington Center For an
18      Informed Public, in bold; do you see those four
19      entities?
20                   MR. KIRSCHNER:  All right.
21              A.   Yes.
22              Q.   Were you aware that they were
23      involved in the EIP?
24              A.   I'm only seeing this here, I
25      don't -- I don't recall who was involved in the
```

DANIEL KIMMAGE 11/10/2022

Page 220

```
 1    EIP.
 2            Q.   Okay.  Well, then, down at the
 3    bottom of the page, last sentence, third line
 4    from the bottom, researchers who contributed to
 5    the EIP also received partial support from the
 6    US National Science Foundation; correct?
 7            A.   I -- I see that in here.
 8            Q.   So that's government funding, at
 9    least in part, for the EIP; correct?
10            MR. KIRSCHNER:  Objection, lack of
11    foundation.
12  BY MR. SAUER:
13            Q.   Is that what it says?
14            MR. KIRSCHNER:  Speculation.
15            A.   I see what it -- that's what it
16    says here, yes.
17            Q.   Were you aware of -- are you aware
18    of government funding for the EIP from any other
19    source?
20            A.   No.
21            Q.   Are you aware of government funding
22    for the EIP from any State Department source?
23            A.   No.
24            Q.   Are you aware of government funding
25    or support for the EIP from anyone at CISA?
```

```
 1            A.   No.
 2            Q.   Generally speaking, you -- you
 3      don't know who funded it, essentially; is that
 4      fair to say?
 5            A.   Yes, I don't know.
 6            Q.   Were there ever any discussions at
 7      State about funding it or supporting it, that
 8      you recall?
 9            A.   I don't recall any discussions
10      about funding or supporting it.
11            Q.   If you flip ahead a few pages, to
12      Arabic page 2, do you see at the beginning of
13      the second full paragraph, where it says:  The
14      initial idea?
15            A.   Mm-hmm.
16            Q.   The initial idea for the
17      partnership, that's the EIP, came from four
18      students that the Stanford Internet Observatory
19      funded to complete volunteer internships at CISA
20      at the Department of Homeland Security; correct?
21            MR. KIRSCHNER:  Objection, lack of
22      foundation.
23 BY MR. SAUER:
24            Q.   Is that what it says?
25            A.   I see that, yes, that's what it
```

```
 1    says.
 2            Q.    Okay.  And then, were you aware of
 3    CISA interns originating the idea for this EIP?
 4            A.    No, I was not.
 5            Q.    Were you -- did anyone at the State
 6    Department contribute to the origination of --
 7    of EIP?
 8                  MR. KIRSCHNER:  Objection, lack of
 9    foundation.
10            A.    I'm not aware of any State
11    Department involvement.
12            Q.    So it appears that it was partly
13    funded by the government, and that it was -- the
14    idea was originated by government workers at the
15    time; correct?
16                  MR. KIRSCHNER:  Objection, lack of
17    foundation.
18    BY MR. SAUER:
19            Q.    Is that what it says?
20            A.    I --
21                  MR. KIRSCHNER:  Objection,
22    mischaracterizing testimony.
23            A.    I -- I see what it says here.
24            Q.    Yeah.  Go down further in that
25    paragraph, and specifically that's what it says;
```

**DANIEL KIMMAGE  11/10/2022**

**Page 223**

```
 1    right?  It says that it was originated by people

 2    who were working for CISA at the time; correct?

 3               MR. KIRSCHNER:  Objection, asked

 4    and answered, mischaracterizing the evidence.

 5  BY MR. SAUER:

 6          Q.   Is that what it says?

 7          A.   It says that:  Stanford funded the

 8    students to complete internships, not that CISA

 9    funded them.  It says the Stanford Internet

10    Observatory funded to complete.

11          Q.   Right, the internships were funded.

12          A.   By Stanford.

13          Q.   Right.  And they were volunteer

14    internships at CISA.  So CISA interns who were

15    funded by Stanford --

16          A.   Right.

17          Q.   -- originated the idea for the EIP?

18    I'm just asking if that's what it says.

19          A.   Yes, that is what it says here,

20    yes.

21          Q.   Okay.  Lower down on in the same

22    paragraph:  This is especially true; do you see

23    that sentence?  Actually, immediately before

24    that, it says:  No government agency in the

25    United States has the explicit mandate to
```

**DANIEL KIMMAGE  11/10/2022**

Page 224

```
 1        monitor and correct mis and disinformation;
 2        correct?
 3               A.   Yes.
 4               Q.   And it goes on to say:  This is
 5        especially true for election disinformation that
 6        originates from within the United States, which
 7        would likely be excluded from law enforcement
 8        action under the First Amendment and not
 9        appropriate for study by intelligence agencies
10        restricted from operating inside the United
11        States; correct?
12               A.   That's what it says, yes.
13               Q.   Okay.  And are you aware of any
14        discussions at GEC of, you know, setting up a
15        collaboration with nongovernmental third parties
16        to engage in activities that the GEC would be
17        prohibited from engaging in under the First
18        Amendment?
19               MR. KIRSCHNER:  Objection, to the
20        extent this is asking for attorney-client
21        information, I would instruct the witness not to
22        answer, to the extent you can answer without --
23        BY MR. SAUER:
24               Q.   Yeah, I'm not asking for anything
25        the lawyers told you in the context of
```

**DANIEL KIMMAGE  11/10/2022**

1    **representing you.  I'm just asking for**

2    **conversations within the GEC about working with**

3    **outside third parties to conduct activities that**

4    **the GEC could not do because of First Amendment**

5    **restrictions.**

6                MR. KIRSCHNER:  Again, objection,

7    I'm instructing the witness not to answer to

8    include any attorney-client communication within

9    the Department of State about what can and

10   cannot be done.

11               MR. SAUER:  I'm not asking for

12   that.

13               Go ahead.

14               MR. KIRSCHNER:  Well, no, I'm

15   instructing him not to answer about -- about

16   attorney-client communication, to the extent he

17   can answer that is outside of any legal

18   advice --

19               THE WITNESS:  Right.

20               MR. KIRSCHNER:  -- received in the

21   context of this question, he can answer.

22        A.   Outside of legal advice, I'm not

23   aware of any conversations at the GEC that would

24   involve any infringement on First Amendment

25   rights.

1             Q.    Flip ahead to page 6, Arabic 6.

2             Do you see there's a kind of list

3     of the goals of the Election Integrity

4     Partnership?

5             A.    Yes.

6             Q.    Are you aware of the GEC having any

7     input in the formulation of their goals?

8             MR. KIRSCHNER:   Objection,

9     speculative, asked and answered.

10    BY MR. SAUER:

11            Q.    Are you aware?

12            A.    No, I'm not aware of any GEC input

13    into these goals.

14            Q.    Bottom left corner of this page, of

15    this diagram, you see it says:   Flag policy

16    violations for platforms; correct?

17            A.    Yes.

18            Q.    Okay.   Are you aware of anyone at

19    the GEC working with EIP to flag policy

20    violations for platforms?

21            MR. KIRSCHNER:   Objection,

22    speculative, asked and answered.

23            A.    No, I'm not aware.

24            Q.    Flip ahead to page 8, it talks

25    about how the EIP tracked its analysis topics

DANIEL KIMMAGE  11/10/2022

Page 227

```
 1      and engaged it with outside stakeholder
 2      organizations using an internal ticketed work
 3      flow management system; correct?
 4              A.    Where is this?
 5              Q.    I'm sorry, very bottom, full
 6      paragraph?
 7              A.    Okay.
 8              Q.    Second sentence -- or sorry --
 9      first sentence there.
10              A.    Okay.
11              Q.    Third sentence, there, goes on to
12      say:  Tickets were submitted by trusted external
13      stakeholders, as detailed in section 1 -- sorry,
14      1.4 and internal EIP analyst; do you see that?
15              A.    I do see that.
16              Q.    Do you know who the trusted
17      external stakeholders were who were submitting
18      tickets to the EIP?
19              MR. KIRSCHNER:  Objection,
20      speculative, asked and answered.
21      BY MR. SAUER:
22              Q.    Do you know?
23              A.    No, I do not.
24              Q.    Now, there's a reference there to
25      section 1.4 on page 11, right?  There it
```

**DANIEL KIMMAGE 11/10/2022**

```
 1        identifies external stakeholders; correct?
 2             A.   Yes.
 3             Q.   And there it starts saying:  The
 4        EIP served as a connector for many stakeholders
 5        and so forth; right?
 6             A.   Mm-hmm.
 7             Q.   The next sentence, which is on page
 8        12, first full sentence on page 12, said:
 9        External stakeholders included government, civil
10        society, social media companies and news media
11        companies; correct?
12             A.   Yes.
13             Q.   Okay.  And so the external
14        stakeholders include some governmental entities
15        correct?
16             A.   Yes.
17             Q.   According to the report?
18                  Is the GEC one of them?
19                  MR. KIRSCHNER:  Objection, lack of
20        foundation, speculative.
21             A.   I -- I see the GEC listed here,
22        yes.
23             Q.   Down there under four, you're
24        getting ahead of me, down there under four,
25        major stakeholder groups; right?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.   Yes.
 2              Q.   And those external stakeholders are
 3       the ones listed in the reports as government
 4       partners, quote, could create tickets or send
 5       notes to EIP analysts, and they used these
 6       procedures to flag incidents or emerging
 7       narrative to be assessed for EIP analysis?
 8              MR. KIRSCHNER:  Objection,
 9       mischaracterizes evidence, lack of foundation.
10   BY MR. SAUER:
11              Q.   Do you see where it says that in
12       the first sentence, in the first full paragraph
13       of this page, exactly as I read it?
14              A.   I do see that.
15              Q.   Was the GEC one of those government
16       partners who could create tickets or send notes
17       to EIP analysts and use those procedures to flag
18       incidents or emerging narratives?
19              MR. KIRSCHNER:  Objection,
20       speculative.
21   BY MR. SAUER:
22              Q.   Do you know?
23              A.   I don't know, beyond what's written
24       here.
25              Q.   Okay.  And down there in the middle
```

DANIEL KIMMAGE  11/10/2022

Page 230

```
 1        of the diagram, in the middle, where it
 2        identifies four major stakeholder groups, the
 3        first one is government; right?
 4             A.    Yes.
 5             Q.    And there's three partners listed,
 6        the elections infrastructure, ISAC; do you know
 7        what that is?
 8             A.    No, I don't.
 9             Q.    And CISA; correct?
10             A.    Yes.
11             Q.    And then GEC; correct?
12             A.    Yes.
13             Q.    So GEC is at least identified in
14        this report as a major stakeholder group;
15        correct?
16             A.    It's listed as a member of a major
17        stakeholder group, yes.
18             Q.    Right, right, right, it's one of
19        three members of a major stakeholder group.  And
20        the report says that external stakeholders,
21        trusted stakeholders, include government;
22        correct, up there at the top?
23             A.    Yes.
24             Q.    And that those stakeholders,
25        including government partners, could submit
```

```
 1      tickets to the EIC; right?

 2            A.    Yes.

 3                  MR. KIRSCHNER:  Objection, lack of

 4      foundation.

 5   BY MR. SAUER:

 6            Q.    Did anyone authorize -- do you

 7      remember anyone authorizing anyone at GEC to

 8      submit tickets to the EIP?

 9                  MR. KIRSCHNER:  Objection, lack of

10      foundation, mischaracterizes evidence.

11            A.    No, I don't recall that.

12            Q.    Did you authorize that?

13            A.    I don't recall authorizing it.

14            Q.    Who was that?  Who was in charge

15      of -- like, who was in charge of GEC during the

16      period from, you know, the three months prior to

17      the 2020 election?

18            A.    It would have been coordinator Lea

19      Gabrielle.

20            Q.    Okay.  Do you know if she ever

21      issued any orders about the GEC of any kind.

22            A.    If she issued any orders about the

23      GEC of any kind?

24            Q.    Yeah, do you know if she did?  Do

25      you know if she gave any directive to anyone --
```

**DANIEL KIMMAGE  11/10/2022**

```
 1      sorry -- do you know if she gave any directive
 2      to anyone at GEC about EIP of any kind?
 3              A.   No, I don't.
 4              Q.   Can you turn to the next page.
 5                   Do you see how there's a section
 6      there called EI-ISAC?
 7              A.   Yes.
 8              Q.   Do you know what EI-ISAC is?
 9              A.   No.
10              Q.   There, it says:  The election
11      infrastructure information sharing and analysis
12      center -- analysis center, which is run by The
13      Center For Internet Security; do you know what
14      that is?
15              A.   No, I do not.
16              Q.   Are you aware of any relationship
17      between The Center For Internet Security and
18      CISA?
19              A.   No.
20              Q.   Can you turn to page 17, talks
21      about using platforms, in the middle of the
22      page, under there it says:  The EIP established
23      relationships with social media platforms to
24      facilitate flagging of incidents for evaluation
25      when content or behavior appeared to violate
```

DANIEL KIMMAGE  11/10/2022

Page 233

```
 1     platform policies; correct?

 2          A.   Yes.

 3          Q.   So the EIP wanted to facilitate

 4     flagging of incidents for evaluation when there

 5     appeared to be a content modulation policy; is

 6     that what it's saying?

 7               MR. KIRSCHNER:  Objection, lack of

 8     foundation.

 9          A.   No.  It's saying flagging of

10     incidents for evaluation when content or

11     behavior appeared to violate platform policies;

12     it doesn't say anything about modulation.

13          Q.   Okay.  Are you aware of anyone at

14     the GEC flagging incidents for evaluation of any

15     kind for -- for social media platforms?

16               MR. KIRSCHNER:  Objection to form.

17  BY MR. SAUER:

18          Q.   Let me rephrase that.

19               Are you aware of anyone at the GEC,

20     quote, flagging of incidents for evaluation for

21     social media platforms in any way?

22          A.   Not that I recall.

23          Q.   Can you flip ahead to page 27?

24          A.   Mm-hmm.

25          Q.   If you see under key findings, it
```

```
 1      says:  We processed 639 in-scope tickets?

 2             A.   Yes.

 3             Q.   And then it says, 72 percent of

 4      these tickets were related to delegitimizing the

 5      election results; correct?

 6             A.   Yes.

 7             Q.   Then down at the bottom, it says:

 8      35 percent of the URLs we shared with Facebook,

 9      Instagram, Twitter, TikTok and YouTube were

10      either labeled removed or soft blocked; correct?

11             A.   I see that, yes.

12             Q.   So their data indicates that they

13      processed hundreds of tickets, 72 percent of

14      them related to delegitimizing of election

15      results; correct?

16             A.   Yes.

17             Q.   And then some sort of action was

18      taken by the social media platforms, either

19      labeling, removing, or soft blocking 35 percent

20      of them?

21             MR. KIRSCHNER:  Objection, lack of

22      foundation, speculative.

23             A.   Yes, I see that sentence.

24             Q.   Did GEC have any involvement in

25      seeking the soft blocking, removal or -- or --
```

DANIEL KIMMAGE 11/10/2022

```
 1      or other action against any content on the
 2      internet?
 3                  MR. KIRSCHNER:  Objection,
 4      speculative, asked and answered.
 5            A.   I'm not -- I don't know of any GEC
 6      actions of that type.
 7            Q.   Can you go to page 30?  And I've
 8      got a kind of internal communication, electronic
 9      communication chain here, between the government
10      partner, a platform partner, and EIP member; do
11      you see that?
12            A.   I do.
13            Q.   And the government -- the platform
14      partner and government partner are redacted over
15      the person who was actually participating in the
16      conversation; do you know who those were?
17                  MR. KIRSCHNER:  Objection,
18      speculative.
19            A.   No, I don't.
20            Q.   Could you go to page 33?  Do you
21      see in the second paragraph there, at the
22      bottom, there's a reference to the
23      gatewaypundit.com?
24            A.   Where is this?
25            Q.   Second paragraph, last sentence.
```

```
 1              A.   Yes, I see that.
 2              Q.   And it says:  The top
 3    misinformation-spreading websites were the far
 4    right forum theDonald.win, blah, blah, blah,
 5    blah, blah, and the gatewaypundit.com, a far
 6    right news website?
 7              A.   I see that.
 8              Q.   Have you ever heard of the
 9    gatewaypundit.com?
10              A.   I may have.  I don't -- I don't
11    recall any details.
12              Q.   Have you ever heard it discussed in
13    any meetings with any government officials?
14              A.   No, I don't recall.
15              Q.   And would it surprise you to learn
16    that it's cited 49 times in this report?
17              MR. KIRSCHNER:  Objection, lack of
18    foundation, speculative.
19              A.   I -- I have no -- it doesn't
20    surprise me or not surprise me.
21              Q.   Do you know -- do you remember any
22    discussion of any kind relating to the
23    gatewaypundit and social media content relating
24    to the elections?
25              A.   No, I don't.
```

DANIEL KIMMAGE  11/10/2022

```
 1              Q.   You don't?

 2              Could you go to page 35.  Do you

 3    see there, right above the bold heading, tickets

 4    by fact-checking URLs, there's a paragraph?

 5         A.   Yes.

 6              Q.   And the report states that last, we

 7    coded tickets based on whether they additionally

 8    related to COVID-19 narratives, or had an

 9    element of foreign interference; correct?

10         A.   Yes.

11              Q.   And it says -- remember, there were

12    639 tickets referred to earlier; do you recall

13    that?

14         A.   Yes.

15              Q.   And it says:  Interestingly, just

16    one percent of the tickets related to COVID-19,

17    and less than one percent related to foreign

18    interference; correct?

19         A.   Yes.

20              Q.   So if less than one percent related

21    to foreign interference, it seems that over 99

22    percent of what the EIP was doing with its

23    tickets related to stuff that's kind of outside

24    what you've described as the mission of GEC; is

25    that fair to say?
```

DANIEL KIMMAGE  11/10/2022

Page 238

```
 1                    MR. KIRSCHNER:  Objection, lack of
 2      foundation, speculative, asked and answered.
 3   BY MR. SAUER:
 4          Q.   Is that -- is that fair to say?
 5          A.   No, because a foreign-originated
 6      narrative can relate to anything.  This is just
 7      talking about the narratives are related to
 8      foreign interference.  A COVID-related narrative
 9      could originate with a foreign malign influence
10      factor.  This doesn't tell you anything about
11      that, so no, I would -- I would disagree.
12          Q.   So you think that GEC could flag
13      things for the EIP that wouldn't be related to a
14      foreign interference?
15                    MR. KIRSCHNER:  Objection,
16      mischaracterizes testimony.
17          A.   No.  What I said is that a foreign
18      disinformation narrative does not necessarily
19      have to be related to foreign interference.  The
20      Russian propaganda and disinformation is not
21      about Russian interference.  It could be about
22      COVID, it can be about anything.
23                    The foreign actor behind it, and
24      the subject of foreign interference, those two
25      things are not equivalent.
```

**DANIEL KIMMAGE  11/10/2022**

Page 239

```
 1                You cannot conclude that 99 percent
 2      of the narratives had no relation to a foreign
 3      actor just because they weren't related to
 4      foreign interference.  They could be about
 5      anything and still originate with the foreign
 6      actor.
 7           Q.   I got you.  So -- so that's a
 8      distinction between the originator of the
 9      narrative and the content of the narrative, fair
10      to say, that you're drawing?
11           A.   Yes.
12           Q.   Okay.  So foreign interference
13      tickets would relate to foreign -- I take it
14      foreign interference in elections or -- go
15      ahead.
16           A.   The subject of the narrative in the
17      foreign or non-foreign origination, the nexus to
18      a foreign actor, are not necessarily related.
19                You can't draw a conclusion about a
20      nexus to a foreign actor and, therefore, the GEC
21      mandate, based on the focus of the narrative.
22           Q.   So, in other words, you could have
23      a COVID narrative that's false, has nothing to
24      do with foreign interference, but it might be of
25      concern to the GEC because it originated with
```

```
 1      China or Russia, for example?

 2              A.   Correct.

 3              Q.   And there could be other

 4      narratives, as well.

 5                   Why don't you flip ahead to --

 6      let's flip ahead to page 38.

 7              A.   Okay.

 8              Q.   Do you see the graph there at the

 9      top of the part of the page, a bar graph?

10              A.   Yes.

11              Q.   And it says:  Percent of tickets by

12      organization flagged; right?

13              A.   Yes.

14              Q.   And GEC's kind of there in the

15      middle, right, indicating that something between

16      zero and ten percent of tickets were flagged by

17      the GEC?

18              A.   Well, it's in the middle of the

19      graph, but it seems to be quite far down, if you

20      add up the percentages.

21              Q.   Right.  What's below Facebook and

22      Twitter, for example, and well below the EE at

23      ISAC; correct?

24              A.   Yes.

25              Q.   But it looks like that bar is
```

```
1    somewhere between zero and ten; right?
2            A.   It looks like it's between zero and
3    five.
4            Q.   Yeah, I agree with that, too.
5            Do you have any idea what was being
6    flagged by GEC for the EIP?
7            A.   No, I don't.
8            Q.   Okay.  Turn to the next page, just
9    a number there, do you see in the -- towards the
10   bottom of the page, in the second to last
11   paragraph, there's reference to a web scraping
12   tool and how they ran it on all 4,832 URLs in
13   the tickets; right?
14           A.   Yes, I see that.
15           Q.   So the 639 tickets involved a lot
16   more than 639 URLs; correct?
17           MR. KIRSCHNER:  Objection,
18   speculative.
19           A.   The relationship between the
20   tickets and URLs is not clear to me here.
21           Q.   Page 42, can you turn ahead to
22   that, bottom of the page, concerns by reporting
23   collaborators, correct, very last sentence?
24   Other groups that it reported tickets include
25   the State Department's Global Engagement Center;
```

1    correct?

2         A.   Yes, I see that.

3         Q.   And again, you have no idea what

4    those were; is that fair to say?

5         A.   I don't know what they were.

6         Q.   Do you know how this reporting was

7    done, do you know if there was, like, an online

8    kind of platform to do it, that you logged into

9    or --

10        A.   I -- I don't know anything about

11   the -- the mechanics.

12        Q.   Okay.  Later, in page 51, you need

13   to read it, there's a reference to general

14   concerns relating to mail-in ballots, it says:

15   That constituted the most prominent type of

16   misinformation assessed in the months leading up

17   to election day.

18             Have you ever heard discussions of

19   that in the GEC in any connection?

20        A.   No.

21        Q.   So you -- you -- you're not aware

22   of any discussions or conversations within the

23   GEC about, you know, disinformation relating to

24   the security of voting by mail?

25        A.   No, I'm not.

**DANIEL KIMMAGE  11/10/2022**

```
1              Q.    Including such disinformation that
2     might have originated as a foreign narrative or
3     anything like that?
4              A.    No, I'm not aware of any
5     discussions within the GEC about disinformation
6     narratives related to mail-in ballots.
7              Q.    Are you aware of any narratives
8     relating to mail-in ballots that are
9     disinformation?
10             MR. KIRSCHNER:  Objection, vague.
11    BY MR. SAUER:
12             Q.    You can answer.
13             A.    I believe there were Russian
14    narratives on the overall integrity of the
15    elections.  I don't recall all the specifics.
16             Q.    Do you know what the -- generally,
17    what those narratives said?
18             A.    I -- I don't recall the specifics.
19             Q.    Were those narratives discussed
20    within the Russia team that you mentioned
21    Mr. Beebe is a member of?
22             A.    I -- I don't know what the internal
23    discussions of the Russia team were.
24             Q.    Do you remember anything about what
25    they said about those narratives?
```

**DANIEL KIMMAGE  11/10/2022**

**Page 244**

```
 1                    MR. KIRSCHNER:  Objection, asked
 2      and answered.
 3            A.   No, I do not.
 4            Q.   If you flip way ahead, to page 183,
 5      the very middle paragraph of that page, it
 6      discusses there incident-related tweet data;
 7      correct?
 8                    MR. KIRCHNER:  Objection.
 9            A.   Which paragraph is this?
10            Q.   Are you on page 183?
11            A.   Yes.
12            Q.   It's the last paragraph before the
13      heading:  Facebook and Instagram data
14      collection?
15            A.   Yes, I see that.
16            Q.   And there it talks about -- earlier
17      I talked about how there were, you know,
18      thousands of URLs, talks about number of tweets
19      affected, that last number is 21,897,364 tweets;
20      correct?
21            A.   Yes, I see the number.
22            Q.   And is that the -- is that a scope
23      of how many tweets were affected by the -- or
24      considered by the EIP's tickets?
25                    MR. KIRSCHNER:  Objection, lack of
```

1    foundation, speculative.

2         A.    It says that their incident-related

3    tweet data included -- the relationships are not

4    entirely clear to me -- included 5,888,771

5    tweets and retweets from ticket status -- from

6    ticket status IDs directly, 1,094,115 tweets and

7    retweets, collected first from ticket URLs, and

8    14,914,478 from key word searches, for a total

9    of 21,897,364 tweets.  It's not entirely clear

10   to me what that means.

11        **Q.    Can you flip ahead to page 211.**

12   **There's a chapter six called policy.**

13        A.    Mm-hmm.

14        **Q.    And there in the first paragraph,**

15   **in the third line, it says:  During the 2020**

16   **election all the major platforms made**

17   **significant changes to election integrity**

18   **policies; correct?**

19        A.    Yes, I see the sentence.

20        **Q.    And without, you know, going to all**

21   **the tabs, also in the report they talk about how**

22   **the EIP actually kind of pushed for those**

23   **changes; is that right?**

24             MR. KIRSCHNER:  Objection, lack of

25   foundation.

DANIEL KIMMAGE  11/10/2022

Page 246

```
1              A.   I haven't read the full report.
2              Q.   Are you aware of public statements
3       to that effect, that the EIP advocated for more
4       restrictive election-integrity policies at the
5       major social media platforms?
6              A.   No, I didn't track the EIP's public
7       statements.
8              Q.   Do you have any knowledge of the
9       GEC being involved in advocating for more
10      restrictive content modulation policies with
11      respect to elections at social media platforms?
12             A.   No.
13             Q.   Do you have any knowledge of anyone
14      at the GEC being involved in any kind of, you
15      know, advocacy or argument relating to content
16      modulation policies of any kind?
17                  MR. KIRSCHNER:  Objection, vague,
18      ambiguous.
19             A.   Do you mean advocating to change
20      their policies?
21             Q.   Correct.
22             A.   No.
23             Q.   How about any discussion of content
24      modulation policies at the GEC in any
25      connection?
```

DANIEL KIMMAGE  11/10/2022

```
 1                    MR. KIRSCHNER:  Objection, vague,
 2      ambiguous.
 3             A.   Can I ask you to clarify?  I
 4      haven't heard the term:  Content modulation,
 5      before.  I've heard content moderation.
 6             Q.   Why don't we use content
 7      moderation, then.
 8             A.   Okay.
 9             Q.   You understand -- to you, what does
10      content moderation policy mean?
11             A.   I'm not going to define -- I don't
12      know how the social media companies define that,
13      specifically.
14             Q.   How do you understand it as a -- go
15      ahead.
16             A.   Their terms of service.
17             Q.   And are they, in particular, their
18      terms of service as it permits them to either
19      de-emphasize, block, remove, or de-platform
20      content that they deem to be inappropriate, is
21      that content moderation?
22             A.   I -- I -- I don't know the
23      specifics for each company, but it's, I believe,
24      how they -- how they determine what is
25      appropriate and inappropriate content on their
```

DANIEL KIMMAGE  11/10/2022

Page 248

```
1    platform.
2           Q.   And then -- and then take action
3    against inappropriate content; correct?
4           A.   Potentially.
5           Q.   Okay.  And can I, for the purpose
6    of my next line of questions with you, can we
7    use it that way, as referring to the policies of
8    the social media platforms by which they
9    determine what's appropriate and inappropriate
10   content, and potentially take some kind of
11   action against inappropriate content?
12          A.   With the caveat that I don't know
13   specifically how the companies, themselves,
14   define it.
15          Q.   Sure.  And my only question is:
16   Are you aware of that general issue, which we
17   were calling content moderation policies, being
18   discussed at the GEC in any connection?
19          A.   No.  The GEC didn't engage on the
20   specifics of their content moderation policies.
21          Q.   Were there ever any discussions
22   within the GEC about content moderation policies
23   and how they might apply to, say, Russian, you
24   know, originated narratives?
25               MR. KIRSCHNER:  Objection.  To the
```

DANIEL KIMMAGE  11/10/2022

Page 249

```
 1   extent this is asking for deliberative

 2   information within the GEC, I instruct the

 3   witness not to answer on privileged grounds.  To

 4   the extent you can answer without getting into

 5   internal deliberations, you may answer.

 6  BY MR. SAUER:

 7        Q.   For starters, can you identify

 8   whether you're aware of any such conversations

 9   without identifying the content of such

10   conversations.

11        A.   I'm not aware of conversations

12   specifically focused on content moderation

13   policies at specific social media companies.

14        Q.   Other than specifically focused,

15   are you aware of conversations or discussions

16   that address that issue in any way?

17        A.   I think the only context would be

18   the platforms periodically released public

19   statements on campaigns they identified and

20   things that they took down.  And we looked at

21   those public statements like -- like -- like

22   everybody else.

23            But that wasn't focussed on the

24   moderation policies.  It was focused on how they

25   were looking at foreign propaganda and
```

**DANIEL KIMMAGE  11/10/2022**

**Page 250**

```
 1    disinformation actors.
 2            Q.    Do you remember a specific public
 3    statement of that kind, like, did Facebook ever
 4    say, hey, we've decided to take down, you know,
 5    allegations that the US government manufactured
 6    AIDS in a lab in the 1970s?
 7            A.    No, because each platform releases
 8    them regularly.  I don't remember a specific
 9    one, no.
10            Q.    So it happens frequently?
11            A.    (Nodding.)
12            Q.    And that's something -- sorry, it
13    happens frequently?
14            A.    Yes, it -- I don't remember the
15    frequency at each social media company, but
16    they -- they release them periodically.
17            Q.    Why do you track that information?
18            MR. KIRSCHNER:  Objection,
19    assuming -- mischaracterizing testimony and
20    vague.  You said:  "That information."
21  BY MR. SAUER:
22            Q.    Why do you track the information
23    that is released by the social media companies?
24            A.    It's publicly-released information
25    that's also covered in the media, and we look at
```

DANIEL KIMMAGE  11/10/2022

Page 251

```
 1    it to stay informed about the tools, techniques,
 2    and campaigns of foreign propaganda and
 3    disinformation actors.
 4         Q.   Do you know whether the EIP is
 5    still functioning?
 6         A.   I don't.
 7         Q.   Do you know if they had activities
 8    that relate to the 2022 election that just
 9    finished on Tuesday?
10         A.   I don't.
11         Q.   And do you know whether they plan
12    to have, you know, activity with respect to
13    future elections, like 2024?
14         A.   No.
15         Q.   Do you know if GEC is still
16    involved in the EIP in any capacity?
17              MR. KIRSCHNER:  Objection, assumes
18    evidence not on record, lack of foundation,
19    vague.
20    BY MR. SAUER:
21         Q.   Do you know?
22         A.   No.
23         Q.   You do not know?
24         A.   I do not.
25         Q.   For example, Mr. Beebe, is he still
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    at GEC?

 2            A.    I believe he is.

 3            Q.    And then the other lady you

 4    mentioned, I can't remember her name.

 5            A.    Adele Ruppe is no longer at the

 6    GEC.

 7            Q.    She's no longer at the GEC?  And

 8    you don't know if either they or anyone else is

 9    still interacting with EIP in any way?

10            A.    I don't, no.

11            MR. KIRSCHNER:  If you're done with

12    that exhibit, then can we take a five-minute

13    break?

14            MR. SAUER:  Yeah, sure.  Yeah.

15    Yeah.  I'll go through the remaining exhibits

16    during the break and see what we can do to move

17    forward.

18            MR. KIRSCHNER:  All right.  Do you

19    have a sense -- sorry, let's go off the record

20    first.

21            THE VIDEOGRAPHER:  All right.  The

22    time is 3:21 p.m.  We are off the record.

23            (Recess.)

24            THE VIDEOGRAPHER:  The time is 3:31

25    p.m.  We're back on the record.  Please proceed.
```

**DANIEL KIMMAGE  11/10/2022**

**Page 253**

 1                    MR. SAUER:  You're being handed

 2    Exhibit 13, it's just a one-pager.

 3                    (Exhibit No. 13 was marked for

 4    identification.)

 5    BY MR. SAUER:

 6            **Q.   And this is a website called**

 7    **Facebook Content Requests, that says that this**

 8    **portal is for on-boarded partner requests**

 9    **pertaining to content issues at Facebook and**

10    **Instagram; have you ever seen a website like**

11    **this?**

12            A.   I don't believe so.

13            **Q.   Are you familiar with anyone at GEC**

14    **having authority to use a website that provides**

15    **a kind of privileged or sort of line of**

16    **communication with social media platform?**

17                    MR. KIRSCHNER:  Objection, lack of

18    foundation, speculative.

19    BY MR. SAUER:

20            **Q.   Are you aware of any?**

21            A.   I -- I'm not aware of any specific

22    individual at GEC, no.

23            **Q.   Have you ever heard of the phrase:**

24    **Partner support portal?**

25            A.   No, not before you just used it.

DANIEL KIMMAGE 11/10/2022

```
 1              Q.   Okay.  Are you aware of certain

 2      social media platforms having lines of

 3      electronic communication or websites that their

 4      partners can log into to report issues relating

 5      to content on their platforms?

 6              A.   Yes, I'm aware that there are

 7      portals where users can -- or anyone can report

 8      issues, I believe.

 9              Q.   Are you aware of anyone at the GEC

10      using any such portal?

11              A.   I'm not aware of any -- I'm not

12      aware of any specific instance of someone using

13      a portal like that.

14              Q.   Are you aware of any discussions

15      with the FBI about a Russian hack and leak

16      operation that was anticipated to occur in late

17      2020?

18              MR. KIRSCHNER:  Objection.  To the

19      extent this is calling for law enforcement

20      activity, and Mr. Kimmage is aware of any such

21      law enforcement activity, I would instruct the

22      witness not to answer.

23                   To the extent you can answer

24      without engaging in discussion of law

25      enforcement or other deliberative information,
```

**DANIEL KIMMAGE 11/10/2022**

1    you may answer.

2          A.    I'm not aware of any specific

3    discussion.  Could you be more specific?

4          **Q.    Sure.  Did you hear, at any time,**

5    **that the FBI had raised any kind of concerns**

6    **relating to a Russian hack and leak operation or**

7    **hack and release operation is, I think, how you**

8    **described it earlier, in 2020?**

9                MR. KIRSCHNER:  Again, same

10   objection.  To the extent this is calling for

11   internal deliberations or a law enforcement

12   information that is privileged, I instruct the

13   witness not to answer.  To the extent that you

14   can answer without revealing potential

15   privileged information, you may proceed.

16         A.    I don't recall, and I can't speak

17   for FBI's concerns and activities in the period.

18         **Q.    Do you recall -- do you recall**

19   **there being any concern, in any quarter, about a**

20   **hack and release operation that the Russians**

21   **might employ in the 2020 election cycle?**

22               MR. KIRSCHNER:  Again, I instruct

23   the witness -- object.  I instruct the witness,

24   to the extent that this is calling for law

25   enforcement information or even classified

```
 1    information, I instruct the witness not to
 2    answer.
 3              To the extent the witness can
 4    answer without divulging such information, the
 5    witness may proceed.
 6         A.   Given that reporting would have
 7    potentially occurred through classified
 8    channels, I don't feel that I can answer that
 9    in -- in open discussion.
10         Q.   Let me -- let me tease that out a
11    little bit.
12              So are you withholding any
13    information, in response to my question, because
14    of the instruction -- the conditional
15    instruction you received from your counsel.
16         A.   No.  I'm not aware of any specific,
17    but because communication on topics like this
18    would have occurred generally through classified
19    channels I don't feel that I can answer that
20    here.
21         Q.   So your answer to my question is,
22    no, you're not withholding any information on
23    the grounds of privilege in responding to my
24    question?
25         A.   No.
```

DANIEL KIMMAGE  11/10/2022

Page 257

```
 1              Q.   That is not your answer?  Sorry,
 2      let's --
 3              A.   Could you clarify that?
 4              Q.   I just want to know, we've had -- I
 5      asked you a question.
 6              A.   Right.
 7              Q.   And your lawyer said:  To the
 8      extent that your answer raises classified
 9      information or law enforcement information I
10      instruct you not to answer.
11                   And you said -- I'm not clear
12      whether you know of something that relates to a
13      hack and leak operation, but you're not going to
14      tell me because you received a privilege
15      instruction?
16              A.   Right.
17              Q.   Or you don't know anything.
18                   Those are two totally different
19      answers?
20              A.   Right.
21              Q.   And I'm not asking for the content
22      of any such communication.
23              A.   Right.
24              Q.   Right?  Because we get to that in a
25      minute.  I just want to know if there is such
```

DANIEL KIMMAGE  11/10/2022

```
 1    communication.
 2         A.    I'm not aware of anything specific.
 3         Q.    Okay.  So you're not withholding
 4    any information from me on grounds of privilege
 5    in response to that question?
 6         A.    I'm not withholding anything
 7    specific.
 8         Q.    So you're not aware of any concern
 9    raised in any quarter about a Russian hack and
10    release operation with respect to the 2020
11    election?
12         A.    Could you be more specific?  Is
13    there a specific operation?
14         Q.    Well, if you've read our complaint
15    you may know there's allegations relating -- or
16    read some of our pleadings, at least -- you may
17    know there's allegations that there were
18    communications to certain social media platforms
19    from the federal government that said:  We
20    anticipate a Russian hack and release operation
21    in October of 2020.
22              So remember, there was the 2016
23    hack and release operation, we talked about
24    before; right?
25         A.    Right.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              Q.   And are you aware of any -- let me
 2    put it this way:  Are you aware of any
 3    communication between any federal official, in
 4    any social media platform, that related to any
 5    concern about a Russian hack and release
 6    operation that might or might be planned for the
 7    2020 election cycle?
 8              A.   Are you asking about GEC?
 9              Q.   No.  I'm asking about any federal
10    official, when I said any federal official.
11              A.   I can't speak for any federal
12    official.
13              Q.   I'm asking you:  Do you know of
14    any, are you aware?
15              A.   I'm note aware of any.
16              Q.   How about GEC, are you aware of any
17    GEC communication with any social media platform
18    about any concern or anticipated Russian hack
19    and release operation with respect to the 2020
20    election?
21              A.   I don't recall any GEC
22    communications about Russian hack and release
23    operations.
24              Q.   How about State Department, any
25    communication from State Department?
```

DANIEL KIMMAGE  11/10/2022

Page 260

```
 1              A.   I can't speak for the entire
 2     department.
 3              Q.   Okay.
 4              A.   I'm not aware.
 5              Q.   Are you aware?
 6              A.   Nom I'm not aware.
 7              Q.   Are you aware -- how about CISA or
 8     DHS, are you aware of any communication or
 9     anything like that from that quarter?
10              A.   I can't speak to their
11     communications.
12              Q.   Are you aware?
13              A.   I'm not aware of any.
14              Q.   And how about the FBI, are you
15     aware of any communications from FBI or FTIF to
16     any social media platform that relates to that?
17              A.   I'm not aware, no.
18                   MR. SAUER:  Can you give me S?
19                   You're being handed Exhibit 14.
20                   (Exhibit No. 14 was marked for
21     identification.)
22     BY MR. SAUER:
23              Q.   Do you recognize this document?
24              A.   Yes.
25              Q.   And what is it?
```

DANIEL KIMMAGE  11/10/2022

```
 1              A.   It's a transcript of a talk I gave
 2     in 2021.
 3              Q.   And was this at the Washington
 4     Institute For Near East Policy?
 5              A.   Yes.
 6              Q.   The bottom of the first page, you
 7     talk about:  Technology is woven into virtually
 8     aspects of this problem and you're trying to --
 9     trying to stay ahead of the curve; right?
10              A.   Yes.
11              Q.   And spilling onto the next page,
12     you talk about counter-disinformation
13     technologies and their implementation?
14              A.   Yes.
15              Q.   At what -- what are those?  What
16     are the counter-disinformation technologies that
17     you're talking about there and their
18     implementation?
19              A.   So as I detailed earlier, they
20     could be software that would help to identify
21     coordinated inauthentic activity by a foreign
22     propaganda and disinformation.
23              Q.   Any -- anything else, other than
24     tracking propaganda and disinformation?
25              A.   There's a wide array of
```

**DANIEL KIMMAGE  11/10/2022**

Page 262

```
 1    technologies.  I -- I can't list them all.  I
 2    can -- there -- there are many different
 3    technologies that can be applied to the problem.
 4              Q.   Can you give me a better picture of
 5    what they're like?  I know we had some type of
 6    discussion of this earlier, and I didn't come
 7    away with any --
 8              A.   Sure.
 9              Q.   -- real grasp of what these
10    technologies are?
11              A.   Right.
12              Q.   And I'm not a techie person.
13              A.   Sure.
14              Q.   But can you clarify that, at all?
15              A.   So with the caveat that I'm also
16    not a technology expert, it would be, you know,
17    a tool that could analyze data to cast light on
18    how Russia or China is trying to manipulate
19    online discourse, it could be a tool that raises
20    awareness, for example, a game that people play,
21    to understand how disinformation is introduced
22    by a foreign actor, something that raises their
23    awareness, it could be a tool like that, for
24    example.
25                   It could be an interactive website
```

**DANIEL KIMMAGE 11/10/2022**

```
1     that shows Chinese investments in the tech
2     sector, for example, to show how Chinese
3     influence is expanding in the tech sector.  And
4     that is a -- computed as a technology-driven
5     tool that helps to counter propaganda and
6     disinformation, because, of course, China's
7     propaganda is that they're not doing this, in
8     fact, they are doing this.
9                 And when you're casting light on it
10    with, for example, a data rich website that
11    would show that, you're countering their
12    propaganda.
13         Q.    Lower down on that page, second
14    paragraph from the bottom --
15         A.    Mm-hmm.
16         Q.    -- you talk -- you talk about their
17    work, your work in the context of the COVID
18    crisis; correct?
19         A.    Yes.
20         Q.    And you -- you talk about how they
21    would -- COVID involved a new wave of propaganda
22    and disinformation; right?
23         A.    Where does it say that?
24         Q.    I'm paraphrasing, it rapidly became
25    clear that this would be an issue of global
```

**DANIEL KIMMAGE  11/10/2022**

 1    consequence, not simply in the scope of the

 2    crisis but also in our area of propaganda and

 3    disinformation; correct?

 4         A.   Yes.

 5         Q.   Okay.  And you talked about Russia

 6    pushing conspiracy theories.  Do you know what

 7    those were?  What were you talking about there?

 8         A.   Yeah, as I detailed earlier, they

 9    were propaganda narratives and disinformation

10    narratives about the origins of the virus, about

11    the efficacy of US and Western-developed

12    vaccines, about the efficacy of Russian

13    vaccines.  These were propaganda narratives that

14    Russia sought to use in the context of the

15    pandemic.

16         Q.   And you go on to say:  We saw the

17    Peoples Republic of China suggesting various

18    false and nefarious narratives about the origin

19    of the virus.  Do you remember what -- is that

20    right?

21         A.   Yes.

22         Q.   Do you remember what those

23    narratives were or are?

24         A.   Some of them alleged a US role.  I

25    don't recall the specifics, but along the lines

DANIEL KIMMAGE  11/10/2022

```
 1    of the notorious KGB operation alleging a US
 2    government role in the creation of the AIDS
 3    virus, there were Chinese propaganda narratives
 4    that suggested some sort of US role, and there
 5    were Russian narratives that suggested the same
 6    things.
 7             Q.   What was that -- what role did
 8    China say or --
 9             A.   Right.
10             Q.   -- Chinese actors say that the US
11    had in the origin of the virus?
12             MR. KIRSCHNER:  Objection, calls
13    for a narrative response.
14             A.   With the caveat that I don't recall
15    all the specifics, it would be that US medical
16    research led to the creation of a virus.
17             There are many different
18    narratives, it would be alleging some nefarious
19    US government role.
20             Q.   That the government -- so you said
21    US medical research funded by the government, is
22    that a narrative that the Chinese propagated?
23             MR. KIRSCHNER:  Objection,
24    mischaracterizes testimony.
25             A.   It -- it's a narrative that I know
```

DANIEL KIMMAGE 11/10/2022

```
 1      Russian propagandists have used.  I don't recall
 2      whether Chinese propagandists used that specific
 3      narrative discussion.  I know Russian
 4      propagandists did.
 5              Q.   What Chinese-specific narratives do
 6      you remember about the origins of the virus?
 7      You've got a robust reference to them here, and
 8      I just wonder if I can get my head around what
 9      you're talking about.
10              A.   The primary Chinese narratives, as
11      I recall, were really about how well China
12      responded to the pandemic compared to Western
13      countries.  But I also recall that they disputed
14      and suggested alternative theories for the
15      emergence of the virus.  And some of them
16      alleged a nefarious US government role.
17              Q.   Do you remember what that role was
18      that they alleged?
19              A.   No, I don't remember the specifics.
20              Q.   What did they say about -- what did
21      these narratives say about the first thing you
22      said, which had to do with how the Chinese
23      response was more successful?
24              A.   It would be touting how well -- how
25      quickly China responded, how effectively they
```

**DANIEL KIMMAGE  11/10/2022**

Page 267

```
1    responded, and contrasting that with, for
2    example, Western countries, like Italy, that
3    struggled, initially, in dealing with the virus.
4         Q.   Was that -- was that disinformation
5    is, in fact, false that China did a better job
6    of responding to the virus?
7         A.   This would be more propaganda,
8    where they are selectively highlighting things
9    that are not necessarily false, but in the
10   context or misleading.  So this is the
11   distinction between propaganda and
12   disinformation.
13        Q.   Can you flip to the next page.
14        A.   Mm-hmm.
15        Q.   At the top there, very top of the
16   page, at the bottom of that first paragraph, you
17   say:  Finally, we provided rapid response grants
18   to local organizations on the front lines,
19   fighting the adversarial narratives of the COVID
20   info-demic, as some have called it.
21             What's -- what's involved there?
22        A.   I believe we had a program with
23   several embassies abroad, where we provided
24   rapid response grants to foreign organizations
25   fighting, generally, Russian and propaganda --
```

**DANIEL KIMMAGE  11/10/2022**

1    Chinese propaganda and disinformation in their

2    local environments.

3         **Q.   So those grants went to foreign --**

4    **foreign entities abroad?**

5         A.   Yes.

6         **Q.   And what -- what sorts of entities**

7    **would get them, would they be, like, local news**

8    **stations or who was fighting the COVID**

9    **info-demic abroad?**

10        A.   Generally, they would be civil

11   society organizations or potentially research

12   organizations.

13        **Q.   What's a civil society**

14   **organization?**

15        A.   A non-governmental organization

16   that is focused on a particular issue.

17        **Q.   Halfway down this page, at the**

18   **bottom and that middle paragraph, you say:  I**

19   **would note in the counterterrorism context an**

20   **increasing focus on racially and ethnically**

21   **motivated violent extremism REMVE, what are you**

22   **talking about there, what are you referring to?**

23        A.   I'm referring to extremist

24   organizations that are promoting white supremacy

25   or similar racial and racially and ethnically

DANIEL KIMMAGE 11/10/2022

Page 269

```
1    motivated narratives to justify violent
2    extremism.
3           Q.   And are those -- is that something
4    that the GEC kind of tracks or monitors or pays
5    attention to?
6               MR. KIRCHNER:  Objection,
7    mischaracterizes the testimony.
8    BY MR. SAUER:
9           Q.   That's a question, is it
10   something --
11          A.   The counterterrorism team at the
12   Global Engagement Center looks at violent
13   extremist organizations abroad and how they seek
14   to recruit people.
15               And as there has been an upswing in
16   the activity of groups focused on racially and
17   ethnically motivated violent extremism the
18   Global Engagement Center's counterterrorism team
19   has begun to look at those groups.
20          Q.   Are you saying those -- those --
21   are those strictly groups abroad or does that
22   include domestic violent extremist groups?
23          A.   Those are groups abroad.
24          Q.   Okay.  Do you -- does Global
25   Engagement Center have any role with respect to
```

DANIEL KIMMAGE 11/10/2022

Page 270

```
 1        tracking or paying attention to domestic
 2        racially or ethnically motivated violent
 3        extremist groups?
 4             A.   No, it does not.
 5             Q.   What agency does that?
 6                  MR. KIRSCHNER:  Objection.
 7   BY MR. SAUER:
 8             Q.   If you know.
 9                  MR. KIRSCHNER:  Lack of foundation,
10        speculative.
11             A.   The -- the federal law enforcement
12        and federal and local law enforcement agencies.
13             Q.   Turning to the next page, in that
14        second to last paragraph in the second line,
15        there's another reference to the -- the
16        disinfo-cloud, and you describe it as sharing
17        findings and information on disinformation
18        related challenges; correct?
19             A.   Yes.
20             Q.   And it describes a platform, and I
21        guess you're saying this in early 2021; right?
22             A.   Mm-hmm.
23             Q.   It describes a platform as having
24        1200 members, and has assessed 70 tools; right?
25                  Do you know who those members were?
```

```
1       It's a lot of members, is this just anyone who

2       wants to access that web page, who seeks and

3       receives authority to do so?

4            A.   So as I explained earlier, the

5       members of the disinfo-cloud would include some

6       representatives of government agencies, some

7       developers in the tech sector, and I believe

8       some researchers, as well.

9            Q.   And you go on, later in that

10      paragraph, to say:  We have established a

11      liaison in Silicon Valley with the purpose of

12      sharing lessons learned and developing two-way

13      communications about foreign disinformation and

14      propaganda with our partners in the technology

15      industry; correct?

16           A.   Yes.

17           Q.   Is that a reference to the -- the

18      Silicon Valley location we talked about earlier?

19           A.   Yes, it is.

20           Q.   So that's a reference, essentially,

21      to Mr. Stewart --

22           A.   Yes, it is.

23           Q.   -- right?

24                Is there anything else that falls

25      in that bucket of a two-way liaison with Silicon
```

**DANIEL KIMMAGE  11/10/2022**

Page 272

```
 1    Valley?
 2            A.   Could you clarify?
 3            Q.   Well, your -- your statement there,
 4    about -- about establishing a liaison in Silicon
 5    Valley and developing two-way communications
 6    with technology companies, is that referring to
 7    anything other than Mr. Stewart being located
 8    out there, as we talked about earlier?
 9            A.   The two-way communications would
10    involve more than just Mr. Stewart, but the
11    liaison position was, of course, developed for
12    that purpose.
13            Q.   And that -- so that liaison you're
14    referring to is, in fact, Mr. Stewart and these
15    remarks?
16            A.   Yes.
17            Q.   And I can't remember, I think you
18    said he's gone now, he's not at GEC anymore or
19    do you not remember?
20            A.   Yes, I believe he's left the GEC.
21            Q.   Did someone replaced him out in
22    Silicon Valley, is someone liaising there now?
23            A.   There -- I don't think -- there is
24    no one from the GEC who is based in Silicon
25    Valley now.
```

DANIEL KIMMAGE  11/10/2022

1          Q.   Was Mr. Stewart the last one or did
2     someone else -- did anyone else ever hold that
3     role of the Silicon Valley liaison based out in
4     California?
5          A.   I don't think anyone held the role
6     based in California.
7          Q.   Other than Mr. Stewart, you mean?
8          Mr. Stewart was based in
9     California, wasn't he?  He said that in e-mails.
10         A.   Yes.  I believe he was the only GEC
11    employee to be based in California.
12         Q.   When you're talking about these
13    liaison with tech companies, is part of the
14    purpose there to, you know, partner with tech
15    companies to stop the spread of disinformation
16    online?
17              MR. KIRSCHNER:  Objection.
18         A.   No.  No.  The purpose is, as stated
19    here, to share lessons and develop two-way
20    communications.  The actions that they take are
21    for the tech companies.  The GEC is sharing
22    lessons learned, information about the
23    techniques, the campaigns, the narrative of
24    foreign propaganda and disinformation actors.
25         Q.   Is it a purpose of GEC, more

**DANIEL KIMMAGE  11/10/2022**

Page 274

1      generally, to, you know, partner with private

2      tech firms to stop the spread of disinformation

3      on social media?

4              A.   It's the purpose of the GEC to

5      engage with the tech industry and other partners

6      to counter propaganda and disinformation.  It's

7      not dictating a specific action that they would

8      take.

9              Q.   But is it a purpose that you said

10     to counter?

11             A.   Yes.

12             Q.   Yet earlier described counter can

13     involve a number of things, one thing, counter

14     can be a reputation, for example; right?

15             A.   Yes.

16             Q.   And your disinformation bulletins

17     refer to difficulties and talk about Lithuania

18     and so forth.

19                  Another way of countering

20     disinformation might be, as you say, in some of

21     those bulletins, to attack credibility of the

22     person spreading it, right, that would another

23     way to counter?

24                  And the third way to counter would

25     be to stop it from spreading in the first place,

DANIEL KIMMAGE  11/10/2022

1   right?  Those are three different things?

2        A.    That's correct.  Those are three

3   different things.  You can also raise awareness.

4   You can conduct what's called an inoculation

5   campaign by making people aware of the types of

6   campaigns.  The -- these are all tools in the

7   toolbox.

8        Q.    Okay.  And as one of those tools

9   that could be in the toolbox to stop the spread?

10             MR. KIRSCHNER:  Objection, vague.

11             MR. SAUER:  Just asking.

12             MR. KIRSCHNER:  Well, I don't know

13   what you're asking.

14             MR. SAUER:  Okay.

15        A.    Can you clarify what you mean by

16   stop the spread?

17        Q.    What does that mean to you, to stop

18   the spread of disinformation on social media?

19        A.    It could cover a huge range of

20   things.  It could -- if there's an effective

21   refutation out there, that people read and find

22   compelling, they may stop sharing the propaganda

23   and disinformation that could stop the spread.

24   I -- could you clarify what you mean by it?

25             MR. SAUER:  Why don't you give me

DANIEL KIMMAGE  11/10/2022

Page 276

```
1     T?
2                    Why don't we look at Exhibit 15.
3                    (Exhibit No. 15 was marked for
4     identification.)
5   BY MR. SAUER:
6              Q.    Have you seen this document before?
7              A.    Yes, I believe so.
8              Q.    Were you involved in drafting it?
9              A.    I was not involved in drafting it.
10             Q.    Did you have any input into its
11    formulation?
12             A.    I believe I reviewed it, but I
13    didn't -- I didn't draft it or formulate it.
14             Q.    When you reviewed it, did you
15    provide any input or edits or suggestions?
16             A.    I don't recall whether I provided
17    input or suggestions.
18             Q.    And this is titled:  Functional
19    Bureau Strategy for the Global Engagement
20    Center; right?
21             A.    Yes.
22             Q.    And it's dated May 17 of 2022, this
23    year?
24             A.    Yes.
25             Q.    Who did draft this?
```

DANIEL KIMMAGE  11/10/2022

1          A.   I don't know.

2          Q.   Is it a -- and it's on the GEC's

3    website; right?

4          A.   Actually, let correct what I just

5    said.  If this was released in May 17, 2022, I

6    may not actually have reviewed this version.

7    This is a document that I believe is

8    periodically updated.  And just because I was

9    not at the Global Engagement Center in -- in

10   2022 I don't think that I would have reviewed

11   this.  I would have reviewed a previous version,

12   so I didn't notice the date until just now.

13         Q.   So this date would have been when

14   you were at the National Defense University?

15         A.   Yes.  Yes.

16         Q.   Okay.  Well, can you turn to -- how

17   about to the -- it's labeled page 2 of 17, it's

18   really the fourth page of the document.

19         A.   Okay.

20         Q.   And then there's a paragraph two

21   there that starts in the middle of the page,

22   called:  Counter-disinformation technology?

23         A.   Yes.

24         Q.   And it talks about how technology

25   plays an important role in the problems and

**DANIEL KIMMAGE  11/10/2022**

Page 278

```
 1      solutions of propaganda and disinformation.
 2                 And the GEC works with government
 3      and private sector stakeholders to identify the
 4      needs and available tools to counter foreign
 5      propaganda and disinformation; correct?
 6           A.   Yes, that's what it says.
 7           Q.   Is that all a fair and accurate
 8      description of GEC's mission or goals?
 9           A.   Yes, I believe so.
10           Q.   And the next sentence says:
11      Wherever possible, the GEC promotes integration
12      of appropriate technology or technologies to
13      support the mission; do you know what that's
14      talking about?
15           A.   With the caveat that I was not --
16      with the caveat that I don't believe I was
17      involved in the drafting or approval of this
18      document, I -- I believe it's a reference to
19      using technology to carry out the GEC's mission
20      of countering propaganda and disinformation by
21      foreign state and non-state actors.
22           Q.   And the next sentence says:  The
23      GEC also partners with private technology
24      companies to stop the spread of disinformation
25      on social media; correct?
```

**DANIEL KIMMAGE  11/10/2022**

```
 1              A.    That's what it says, yes.
 2              Q.    What's it referring to?
 3              MR. KIRSCHNER:   Objection,
 4    speculative.
 5    BY MR. SAUER:
 6              Q.    How does the GEC partner with
 7    social media companies or private technology
 8    companies to stop the spread of disinformation
 9    on social media?
10              A.    I believe that would be through
11    meetings to discuss -- to share information
12    about the tools and techniques and campaigns and
13    narratives of foreign propaganda and
14    disinformation actors, to deepen the
15    understanding of those campaigns and actors for
16    the technology companies.
17              Q.    How does deepening their
18    understanding help stop the spread of
19    disinformation?
20              A.    It can help them to identify, for
21    example, coordinated inauthentic activity or to
22    understand what these actors are trying to
23    achieve, to understand the types of narratives
24    they are promoting, to understand the -- the --
25    the actors, the proxies, the tools, for example,
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    as listed in the Pillars of Disinformation
 2    report, the elements in the Russian propaganda
 3    ecosystem.  All of those things are important
 4    elements of understanding the problem.
 5          Q.   And so it promotes -- it's -- I
 6    think you said it helps them identify certain
 7    aspects of the problem and understand aspects of
 8    the problem.
 9               How, if the search or the
10    technology companies identify and understand
11    those aspects of the problem, does that stop the
12    spread of anything?
13               MR. KIRSCHNER:  Objection,
14    speculative.
15          A.   Solving a problem has to start with
16    understanding the problem, the elements of the
17    problem.  The Global Engagement Center has an
18    important function, it's laid out in its
19    congressional legislation to identify and -- and
20    track what foreign propaganda and disinformation
21    actors are doing, and releasing, for example, a
22    public report on what Russian propaganda is
23    promoting that doesn't, in and of itself, stop
24    it, but it equips people, it equips, you know,
25    potentially technology companies to better
```

**DANIEL KIMMAGE  11/10/2022**

**Page 281**

```
 1    understand it so that they can take whatever
 2    actions they would take to -- to -- to stop the
 3    spread.
 4            Q.   What actions could technology
 5    companies possibly take to stop the spread once
 6    they've been educated with this understanding
 7    you described?
 8                 MR. KIRSCHNER:  Objection,
 9    speculative.
10            A.   I -- I can't speculate about all
11    the things a technology company can do.
12            Q.   Well, what do you -- your document
13    or GEC's document says:  We partner with them to
14    stop the spread.  You've recounted, in detail,
15    how you educate them and advance their
16    understanding and identification.  I don't get
17    the next step, how does it stop the spread?
18                 MR. KIRSCHNER:  Objection, asked
19    and answered.
20            A.   You know, with the caveat that I
21    don't believe I was involved in drafting --
22            Q.   Sure.
23            A.   -- this document, including the
24    specific wording of stop the spread, but, for
25    example, you can label state-owned media as
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    being state-owned media.  I know that some

 2    social media companies have labeled Russia today

 3    as this is a Russian state-owned entity.

 4               And by labeling it, and, for

 5    example, this is something that's listed in the

 6    Pillars of Disinformation report that the GEC

 7    released, you can then label that, and as people

 8    see that, hopefully they'll be less likely to

 9    forward it or share it, and that will help to

10    stop the spread.

11         Q.   So applying labels, the -- in other

12    words, GEC doesn't apply labels to anything on

13    social media; correct?

14         A.   No.

15         Q.   But it gives information to the

16    tech companies, and then they apply labels to

17    things or they can, if they want to, apply

18    labels to things to help stop the spread; is

19    that a fair characterization?

20         A.   In the case that I mentioned, the

21    GEC is not giving the information specifically

22    to tech companies.  The Pillars of

23    Disinformation report was a public report that

24    anyone can access, anyone all over the world,

25    including a tech company, can access.
```

**DANIEL KIMMAGE  11/10/2022**

Page 283

```
1            Q.   Yeah, but that's your example.  I'm
2    really talking about what they're saying here in
3    the document, where it talks about partnering
4    with private technology companies, that Russian
5    disinformation report, that was made available
6    to the whole world.  That's not a specific
7    partnership with a private technology company;
8    correct?
9            I'm wondering how partnering a
10   private technology companies, and having these
11   meetings, like you're meeting with Twitter in
12   2021, and the other meetings that Mr. Stewart
13   set up and so forth, how do those -- and you
14   described that those meetings are involved in a
15   kind of information sharing and educational
16   function, how do they stop the spread?
17           A.   Just to repeat, they help to deepen
18   the understanding so that a technology company,
19   just like a user, can take action.  And they
20   take whatever action they deem is necessary.
21   The Global Engagement Center does not tee up
22   actions for social media companies to take.
23           Q.   Did Mr. Dempsey ever tee up an
24   action for a social media company to take?
25           A.   I -- I -- I don't know about
```

**DANIEL KIMMAGE  11/10/2022**

Page 284

```
1     Mr. Dempsey.
2          Q.   Alex Dempsey?
3          A.   Alex Dempsey.
4          Q.   Do you remember him from the 2020
5     e-mail chain we talked about earlier?
6          A.   I -- I don't believe that chain
7     teed up an action.  I don't believe it
8     recommended an action.
9          Q.   So you don't view that Alex Dempsey
10    chain as teeing up an action; is that fair to
11    say?
12               MR. KIRSCHNER:  Objection,
13    mischaracterizing the evidence.
14               MR. SAUER:  I'm asking what he --
15    how he views the evidence.
16    BY MR. SAUER:
17          Q.   You do not view that Alex Dempsey
18    is teeing up an action for social media
19    companies?
20               MR. KIRSCHNER:  Objection, lack of
21    foundation, mischaracterizing the evidence.
22               MR. SAUER:  I'm asking how he views
23    the evidence.
24          A.   Well, did it request a specific
25    action?
```

```
 1              Q.   I'm asking you whether you viewed
 2      it as teeing up an action.
 3              A.   I don't recall that it requested a
 4      specific action.
 5              Q.   So do you view it as not teeing up
 6      something for -- for a specific action?
 7                   MR. KIRSCHNER:  Objection, asked
 8      and answered.  That's just --
 9              A.   I don't recall it requesting a
10      specific action.
11              Q.   Is it your view that if there's a
12      meeting between the GEC and social media
13      platforms, where no specific action is
14      requested, then you haven't teed up anything for
15      action?
16              A.   Yes.  I don't -- I don't believe
17      that the GEC requested specific actions of
18      social media companies.
19              Q.   Could the GEC give social media
20      companies, for example, a briefing about how
21      content on their platforms is, you know,
22      violative of their platform policies, without
23      requesting removal?
24                   MR. KIRSCHNER:  Objection, vague.
25              A.   The GEC would not brief a social
```

DANIEL KIMMAGE  11/10/2022

```
 1    media company on their policies.
 2            Q.    Would it brief them on information
 3    that -- that would relate to violations of their
 4    policies?
 5            A.    Could you be -- could you clarify
 6    that.
 7            Q.    Let me ask the question
 8    differently.
 9            Did anyone associated with the GEC
10    ever flag information -- or I'm sorry -- flag
11    content on a social media platform with the
12    intent of alerting them to information that
13    violates their policies?
14            MR. KIRSCHNER:  Objection,
15    speculative and vague, ambiguous.
16            A.    The only specific example that I
17    recall is the one that I gave you earlier, about
18    a threat to US personnel at a facility abroad.
19            Q.    That's the 2018 example you talked
20    about?
21            A.    Yeah, I believe it occurred in
22    2018.
23            Q.    Do any of the -- there was a
24    reference in your previous statements to the 70
25    tools on the disinfo-cloud.  Did any of those
```

**DANIEL KIMMAGE  11/10/2022**

Page 287

```
1        tools relate to -- to content modulation in any
2        way or, I'm sorry, content moderation?
3                A.   Right.
4                Q.   Using the definition that you and I
5        agreed to a little while ago, do any of those
6        tools have any relationship with content
7        moderation?
8                A.   I'm not familiar with the specifics
9        of all the tools.
10               Q.   You don't know what -- are you
11       aware of any tools that do relate to content
12       moderation?
13               A.   None that I can recall.
14               Q.   Are you aware of any tools that
15       would, if used by a social media platform, make
16       it easier for them to identify content to
17       moderate?
18               MR. KIRSCHNER:  Objection, vague,
19       ambiguous, speculative.
20               A.   I don't know enough about the
21       specifics of how they conduct content moderation
22       to say what tools would or would not be useful.
23               Q.   Some of the tools, at least, are
24       designed to assess content that's out there on
25       social media and try to identify foreign malign
```

DANIEL KIMMAGE  11/10/2022

Page 288

1      narratives within it; right?

2                  MR. KIRSCHNER:  Objection, lack of

3         foundation.

4    BY MR. SAUER:

5            Q.   I thought that's what you said

6         earlier, can you tell me?

7            A.   I don't recall.  I was giving an

8         example of what might be a tool.  I don't recall

9         the specific tools on the platform.

10           Q.   So you don't recall the specifics

11        of any tool on that platform; is that right?

12           A.   No.  I was not an active user of

13        the platform, no.

14                  MR. SAUER:  Can I have W?

15                  I think it's going to be Exhibit 16

16        or 17?  16.

17                  (Exhibit No. 16 was marked for

18        identification.)

19                  MR. KIRSCHNER:  Sorry, you said?

20                  MR. SAUER:  Yeah, is this -- I

21        think we're on 16.

22                  MR. KIRSCHNER:  Yeah, 16.

23    BY MR. SAUER:

24           Q.   Do you see this exhibit?

25           A.   I do.

**DANIEL KIMMAGE  11/10/2022**

Page 289

```
 1              Q.   It's October 17, 2022 remarks to
 2      the press by Secretary Blinken, the Secretary of
 3      State?
 4              A.   Yes.
 5              Q.   Were you aware that he made these
 6      comments or is this --
 7              A.   Not these specific comments, no.
 8              Q.   Can you turn to the second page?
 9              A.   Okay.
10              Q.   Second full paragraph, after a
11      paragraph discussing collaborations with
12      Stanford, and partnerships with Silicon Valley
13      and so forth, the Secretary says:  We also have
14      to be the ones who are at the table who are
15      helping to shape the rules, the norms, and the
16      standards by which technology is used.
17                   Do you know what the Secretary's
18      referring to there?
19                   MR. KIRSCHNER:  Objection,
20      speculative.
21      BY MR. SAUER:
22              Q.   Do you know?
23              A.   I -- I don't know specifically.  I
24      believe he's referring to international
25      organizations.
```

**DANIEL KIMMAGE  11/10/2022**

Page 290

```
 1              Q.   Okay.  So why don't you -- what do
 2     international organizations do to help shape the
 3     rules, the norms, and standards by which
 4     technology is used?
 5              A.   I'm not specifically familiar with,
 6     the GEC was not a policy and is not a policy
 7     shop.  So I'm not specifically familiar with the
 8     international organizations that shape the rules
 9     and norms.
10              Q.   Are you aware of any efforts by the
11     GEC to help shape the rules, the norms, and
12     standards by which technology is used?
13              A.   As I said, the GEC is not a -- a
14     policy shop.  I don't -- it does not have the
15     lead on -- on policy issues like this.
16              Q.   Are you aware of any role of the
17     GEC, at all, on that?
18              A.   To the extent that the GEC has a
19     role, I think it would be informing the
20     discussion through insight into the actions of
21     malign propaganda and disinformation actors.
22     It's not a policy office.
23              Q.   How about elsewhere in the State
24     Department, what -- what -- what State
25     Department office would be involved in helping
```

**DANIEL KIMMAGE  11/10/2022**

Page 291

```
 1      to shape the rules, the norms, and the standards

 2      by which technology is used?

 3                  MR. KIRSCHNER:  Objection,

 4      speculative.

 5            A.   I -- I believe there's a new

 6      office, I don't recall the name.  There's a

 7      change in this area.  I -- I -- you would have

 8      to ask my colleagues at the department, but I

 9      believe there is a new office for --

10      specifically for technology policy.

11            Q.   Was there a predecessor to that

12      office that you're familiar with?

13            A.   I believe that previously there

14      were two offices, and I don't -- I don't -- I

15      don't recall the specifics.  We were not a

16      policy shop or a direct participant in policy

17      debates.

18            Q.   That technology policy office, is

19      it involved in interfacing with social media

20      platforms?

21                  MR. KIRSCHNER:  Objection,

22      speculative.

23            A.   I -- I -- I don't know what their

24      interactions are.

25            Q.   Can you flip ahead three more
```

**DANIEL KIMMAGE  11/10/2022**

1      pages?

2              Sorry.

3              On the fifth page of the document,

4      do you see there, there's a question from

5      someone called Janelle, where she asks:

6      Stanford is one of the leading institutions to

7      combat misinformation research and pointing out

8      propaganda narratives and how they spread.

9              Are you familiar with Stanford

10     having that role?

11             MR. KIRSCHNER:  Objection,

12     speculative.

13         A.   I'm familiar with the Stanford -- I

14     think it's called the Stanford Internet

15     Observatory.

16         Q.   Is that the SIO?

17         A.   Yes.

18         Q.   What do you know about them?  How

19     are you familiar with them?

20         A.   I'm familiar with them as a -- a

21     well-known research organization, like the -- I

22     think there's the Oxford Internet Institute.

23     There are a number of these research entities.

24         Q.   Does GEC work with the SIO or the

25     Stanford Internet Observatory in any way?

**DANIEL KIMMAGE  11/10/2022**

1          A.   I don't recall whether we have a

2     specific interaction with -- specific

3     partnership with the Stanford Internet

4     Observatory.

5          **Q.   So you don't know if there's**

6     **anything -- in what connection are you familiar**

7     **with them?**

8          A.   My general familiarity with the

9     researchers and research in the field.

10         **Q.   How do you get familiar with the**

11    **researchers in the field?  Do you read the**

12    **reports or do people in GEC talk about stuff**

13    **that they're saying?  Does GEC rely on their**

14    **reports in the research that it does or explain**

15    **that?**

16              MR. KIRSCHNER:  Objection,

17    ambiguous, vague.

18              MR. SAUER:  And compound.

19              MR. KIRSCHNER:  And compound.

20    Thank you.

21              THE WITNESS:  I -- I --

22    BY MR. SAUER:

23         **Q.   Go ahead.**

24         A.   I follow the news on -- and

25    research on issues related to the GEC's mandate.

DANIEL KIMMAGE  11/10/2022

```
 1    And I note some of the research institutes that

 2    are -- that are -- that are producing it.

 3           Q.   But do you know of any direct

 4    involvement between any GEC people and the

 5    Stanford Internet Observatory?

 6           A.   I don't recall whether there was a

 7    direct partnership.  I simply don't recall.

 8           Q.   How about the Atlantic Research

 9    Council, have you ever heard of them?

10           A.   The Atlantic Council.

11           Q.   Yeah, Atlantic Council?

12           A.   All right.

13           Q.   Who are they, exactly?

14           A.   It's a Washington, D.C.-based think

15    tank.

16           Q.   Is it government funded or

17    privately funded or do you know?

18           A.   It's a mix, I believe.

19           Q.   Okay.  And do you have any -- does

20    GEC have relationship with them?

21           A.   So I'm recused from -- starting in,

22    I think, early 2019 my wife is an employee at

23    the Atlantic Council, so I recused myself from

24    any Atlantic Council-related discussions in

25    2019.  She's at the Eurasia Center at the
```

DANIEL KIMMAGE  11/10/2022

1    Atlantic Council.

2          Q.    Okay.  How about Graphika, with a

3    K, are you familiar with that?

4          A.    Yes, I am familiar with that.

5          Q.    What are they, exactly?

6          A.    I believe that they're a private

7    sector entity that does research in this area.

8          Q.    Are they based in D.C., or where

9    are they based?

10         A.    I don't recall where they're based.

11         Q.    Does it -- are you aware of GEC

12   having a relationship with Graphika?

13         A.    I don't recall whether GEC has a

14   direct relationship with Graphika.

15         Q.    Okay.  How are you familiar with

16   them?

17         A.    I'm familiar with their general

18   research.  I believe they released public

19   reports and I would see those the way I would

20   see reports that the Stanford Internet

21   Observatory would release.

22         Q.    Any other -- any other direct

23   relationship between GEC and -- and them?

24         A.    Not that I recall.

25         Q.    Turning back to the document here

DANIEL KIMMAGE  11/10/2022

Page 296

```
1        on the fifth page, the reporter asked the
2        Secretary:  How do you envision the cooperation
3        between the State Department and institutions
4        like Stanford, and combatting the spread of
5        propaganda, and how does this fit within the
6        recently released national security strategy;
7        correct?
8              A.   Yes.
9              Q.   And the Secretary talks about
10       Stanford doing remarkable work on that, and we
11       want to be sure we're benefitting it, because
12       it's a day-to-day battle of combatting
13       misinformation and disinformation; right?
14             A.   Right.
15             Q.   And then he refers specifically to
16       your unit; right?  He says:  We have something
17       called the Global Engagement Center that's
18       working on this every single day; correct?
19             A.   Yes.
20             Q.   And that work is inspired by work
21       that's being done in academia, academia,
22       including here at Stanford, as well as, where
23       appropriate, collaborations; right?
24             A.   Yes.
25             Q.   So is he talking about your work,
```

**DANIEL KIMMAGE  11/10/2022**

Page 297

```
 1     the GEC's work, being inspired by work being
 2     done at Stanford?
 3                   MR. KIRSCHNER:  Objection,
 4     speculative.
 5           A.   I -- I believe he's talking about
 6     academic research that helps to inform the work
 7     of the Global Engagement Center.
 8           Q.   And are there collab- -- when he
 9     talks about appropriate collaborations, are you
10     aware of any collaborations between the GEC and
11     academia?
12                   MR. KIRSCHNER:  Objection,
13     speculative.
14     BY MR. SAUER:
15           Q.   Including, but not limited to,
16     Stanford?
17           A.   The GEC engages regularly with
18     researchers on foreign propaganda and
19     disinformation, some of whom are in academic
20     institutions.
21           Q.   Including the SIO, Stanford
22     Internet Observatory?
23           A.   I believe so, I'm not aware of the
24     specifics of the interactions with all the
25     institutions, but yes, like the SIO.
```

**DANIEL KIMMAGE  11/10/2022**

1          Q.   But you believe there are --

2     Mr. Kimmage, you don't know specifically whether

3     there's direct interaction with the SIO, but

4     generally it's overdue for the GEC to have

5     direction interactions with research

6     institutions like the SIO?

7               MR. KIRSCHNER:  Objection, vague,

8     assumes evidence not in record.

9     BY MR. SAUER:

10         Q.   Correct?

11         A.   The GEC stays abreast of current

12     research in -- in the field, and meets

13     periodically with the researchers, yes.

14         Q.   Okay.  And then the Secretary goes

15     on to say:  One of the things we have to do is

16     to make sure that we're using technology,

17     itself, to deal with some of the downsides of

18     technology when it's misused, including when it

19     comes to misinformation and disinformation?

20         A.   Mm-hmm.

21         Q.   Do you know what he's talking

22     about, how is the State Department using -- or

23     the GEC, which he's referred to two sentences

24     earlier -- using technology, itself, to deal

25     with the downsides of technology when it comes

**DANIEL KIMMAGE  11/10/2022**

1    to misinformation and disinformation?

2              MR. KIRSCHNER:  Objection,

3    speculative.

4         A.   So I don't know, specifically, what

5    the Secretary is referring to, here, but the

6    Technology Engagement Team at the Global

7    Engagement Center engages with people who are

8    developing tools that would help to identify and

9    counter propaganda disinformation.  I believe

10   those are the types of engagements that he's

11   referring to.

12              MR. KIRSCHNER:  Counsel, do you

13   know how much longer?

14              MR. SAUER:  Why don't we take a

15   five-minute break.

16              MR. KIRSCHNER:  Okay.

17              MR. SAUER:  And I will use that

18   time to see whether and to what extent I have

19   more to go over.

20              THE VIDEOGRAPHER:  The time is 4:19

21   p.m.  We're off the record.

22              (Recess.)

23              THE VIDEOGRAPHER:  The time is 4:32

24   p.m.  We're back on the record.  Please proceed.

25              MR. SAUER:  We have -- plaintiffs

**DANIEL KIMMAGE  11/10/2022**

```
 1     have no further questions for this witness at

 2     the time.

 3                 MR. KIRSCHNER:  The defendants have

 4     no questions, either.  And we believe that this

 5     is closed.  And this is Mr. Kimmage's --

 6     completion of Mr. Kimmage's deposition for this

 7     case.

 8                 MR. SAUER:  His first deposition

 9     for this case.

10                 MR. KIRSCHNER:  No, this is the

11     close of his deposition, and that we would

12     object to any other further reopening of his

13     deposition.

14                 MR. SAUER:  If that issue ever

15     comes up, I'm sure we'll take it up at that

16     time.  So is that the end?

17                 THE VIDEOGRAPHER:  With that --

18                 MR. KIRSCHNER:  Before -- before

19     the close of it, we would like to read and

20     review the transcript for him to -- and sign

21     before --

22                 MR. SAUER:  Sure.  And we're going

23     to be asking for expedited, if that's available.

24     I know I'd asked for Monday, I don't know if

25     that's feasible.
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                    THE REPORTER:  It's fine.

 2                    MR. SAUER:  Thanks.

 3                    THE VIDEOGRAPHER:  Okay.  And with

 4    that, that concludes the deposition of Daniel

 5    Kimmage.  The time is 4:33 p.m.  We're off the

 6    record.

 7                    (Signature having not been waived,

 8    the deposition of DANIEL KIMMAGE was concluded

 9    at 4:33 p.m.)

10               ACKNOWLEDGMENT OF DEPONENT

11          I, DANIEL KIMMAGE, do hereby acknowledge

12    that I have read and examined the foregoing

13    testimony, and the same is a true, correct and

14    complete transcription of the testimony given by

15    me and any corrections appear on the attached

16    Errata sheet signed by me.

17

18    _____    _____

19       (DATE)                   (SIGNATURE)

20

21

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1            CERTIFICATE OF SHORTHAND REPORTER

 2            I, Cassandra E. Ellis, Registered

 3    Professional Reporter, the officer before whom the

 4    foregoing proceedings were taken, do hereby

 5    certify that the foregoing transcript is a true

 6    and correct record of the proceedings; that said

 7    proceedings were taken by me stenographically and

 8    thereafter reduced to typewriting under my

 9    supervision; and that I am neither counsel for,

10    related to, nor employed by any of the parties to

11    this case and have no interest, financial or

12    otherwise, in its outcome.

13            IN WITNESS WHEREOF, I have hereunto set

14    my hand this 14th day of November 2022.

15

16

17    _____

18    CASSANDRA E. ELLIS, CSR-HI, CSR-VA, CCR-WA, RPR,

19    CRR

20    REALTIME SYSTEMS ADMINISTRATOR

21    NOTARY PUBLIC

22

23

24

25
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                            LEXITAS LEGAL

 2

 3   November 14, 2022

 4

 5   ADAM KIRSCHNER, ESQUIRE
     DEPARTMENT OF JUSTICE
 6   1100 L STREET, NORTHWEST
     WASHINGTON, D.C.  20530
 7

 8   IN RE: STATE OF MISSOURI, et al. v. JOSEPH R.
            BIDEN, JR. , et al.
 9

10   Dear ADAM KIRSCHNER:

11   Please find enclosed your copies of the deposition of

12   DANIEL KIMMAGE taken on November 10, 2022 in the

13   above-referenced case. Also enclosed is the original

14   signature page and errata sheets.

15   Please have the witness read your copy of the

16   transcript, indicate any changes and/or corrections

17   desired on the errata sheets, and sign the signature

18   page before a notary public.

19   Please return the errata sheets and notarized

20   signature page within 30 days to our office at 1608

21   Locust Street, Kansas City, MO 64108 for filing.

22   Sincerely,

23

24   Lexitas Legal

25   Enclosures
```

**DANIEL KIMMAGE  11/10/2022**

```
 1                          ERRATA SHEET

 2    Witness Name: DANIEL KIMMAGE

 3    Case Name: STATE OF MISSOURI, et al. v. JOSEPH R.
                 BIDEN, JR. , et al.
 4    Date Taken: NOVEMBER 10, 2022

 5    Page #_____    Line #_____

 6    Should read: _____

 7    Reason for change: _____

 8

 9    Page #_____    Line #_____

10    Should read: _____

11    Reason for change: _____

12

13    Page #_____    Line #_____

14    Should read: _____

15    Reason for change: _____

16

17    Page #_____    Line #_____

18    Should read: _____

19    Reason for change: _____

20

21    Page #_____    Line #_____

22    Should read: _____

23    Reason for change: _____

24

25    Witness Signature: _____
```

**DANIEL KIMMAGE  11/10/2022**

```
 1    STATE OF _____)

 2

 3    COUNTY OF _____)

 4

 5    I, DANIEL KIMMAGE, do hereby certify:

 6          That I have read the foregoing deposition;

 7          That I have made such changes in form

 8    and/or substance to the within deposition as might

 9    be necessary to render the same true and correct;

10          That having made such changes thereon, I

11    hereby subscribe my name to the deposition.

12          I declare under penalty of perjury that the

13    foregoing is true and correct.

14          Executed this _____ day of _____,

15    20___, at _____.

16

17

18

19                              _____

20                              DANIEL KIMMAGE

21

22                              _____

23                              NOTARY PUBLIC

24    My Commission Expires:

25
```

**DANIEL KIMMAGE 11/10/2022**

**A**

a.k.a 3:5
a.m 13:18
  20:13 86:7
  86:10
AARON 1:12
abide 21:25
  22:1
able 48:15
  95:5
above-re...
  303:13
abreast
  298:11
abroad 96:10
  98:23
  189:16
  194:22
  267:23
  268:4,9
  269:13,21
  269:23
  286:18
academia
  155:10
  296:21,21
  297:11
academic
  297:6,19
access 172:5
  172:12
  271:2
  282:24,25
accommodate
  150:20
accounts
  39:19
  51:18
  171:9
accurate
  278:7
accuse 34:25
achieve
  279:23
achieved
  71:6
Ackerman
  93:8
acknowledge

301:11
ACKNOWLE...
  301:10
acknowle...
  219:2
Acquisition
  11:14
acronym
  113:1
acronyms
  178:3
act 25:24
  44:25
  98:17
acting 11:25
  12:13
  22:10
  25:11
  31:23 41:5
  41:25
  42:13,13
  42:15 60:4
  69:21,22
  70:6 88:1
  130:24
  131:15
  136:1
  139:18
  140:6,10
  146:12,15
  199:14,16
action 40:4
  40:6 55:1
  224:8
  234:17
  235:1
  248:2,11
  274:7
  283:19,20
  283:24
  284:7,8,10
  284:18,25
  285:2,4,6
  285:10,13
  285:15
actions 36:9
  37:7 61:14
  73:4 75:5
  137:2

156:22
157:2
158:23
159:2
165:23
235:6
273:20
281:2,4
283:22
285:17
290:20
active 104:8
  170:7
  184:18
  288:12
actively
  27:13
activities
  26:10,16
  27:2 37:17
  41:15 68:6
  73:15
  207:19
  209:13
  217:6
  224:16
  225:3
  251:7
  255:17
activity
  39:19
  170:17,20
  170:24
  171:3,5,11
  171:15
  251:12
  254:20,21
  261:21
  269:16
  279:21
actor 35:20
  61:14,21
  89:15,22
  90:18
  170:18,25
  184:17
  238:23
  239:3,6,18
  239:20

262:22
actors 27:3
  27:9,15
  28:8 30:12
  31:2 32:16
  33:10
  34:24 36:9
  37:7 54:25
  62:6,21
  63:7,13
  69:7 73:5
  73:9,15
  74:23 75:5
  78:3 89:24
  96:7 97:2
  107:7
  108:2
  137:2
  144:24
  148:13
  156:23
  157:4
  158:6,19
  165:10,24
  217:14
  250:1
  251:3
  265:10
  273:24
  278:21
  279:14,15
  279:22,25
  280:21
  290:21
actual 110:9
ADAM 15:13
  303:5,10
Adam.kir...
  15:21
add 240:20
additional
  187:6,7
addition...
  45:11
  237:7
address
  135:20
  192:5
  196:22

249:16
addressed
  111:10
addressing
  148:8
Adele 215:5
  252:5
ADEYEMO
  12:24
Administ...
  11:3,11
Administ...
  7:7 14:8
  302:20
adopt 104:4
advance
  281:15
adversarial
  27:3
  156:15
  267:19
adversaries
  30:12
  32:14
  94:25
advice
  225:18,22
advised
  36:15
advising
  36:6
advisor 2:15
  3:9 4:18
  5:4 12:6,7
  41:3,16
  163:9
Advisory
  9:19
advocacy
  246:15
advocated
  246:3
advocating
  246:9,19
aegis 58:18
  60:1
AFCEA 17:21
Affairs 3:1
  8:6 11:7

**DANIEL KIMMAGE 11/10/2022**

16:15
African
 177:14
 178:2
agencies
 57:19 58:5
 58:16 59:7
 59:12
 68:14 69:6
 73:24
 117:14
 120:18
 123:2
 124:13
 172:21
 210:3,15
 210:21
 215:14,18
 216:19
 224:9
 270:12
 271:6
agency 4:11
 4:14 50:22
 58:19 59:1
 61:4 65:17
 66:10
 78:14
 121:1
 223:24
 270:5
agency's
 163:17
agenda 68:2
 68:8 89:3
 89:21 90:3
Agent 7:22
aggressive
 104:7
ago 42:19,19
 105:15
 287:5
agree 241:4
agreed 287:5
agreement
 14:2 49:9
agrees
 167:17
ahead 63:24

150:23
168:18
173:18
195:20
196:9
213:13
221:11
225:13
226:1,24
228:24
233:23
239:15
240:5,6
241:21
244:4
245:11
247:15
261:9
291:25
293:23
AIDS 35:1
 74:20
 250:6
 265:2
aim 71:5
 80:14
aiming
 211:18
AISHA 6:22
al 20:5,6
 303:8,8
 304:3,3
Al-Queda
 27:7
ALEJANDRO
 3:13
alerting
 286:12
Alex 188:22
 188:24
 192:7
 196:11,20
 198:18
 284:2,3,9
 284:17
Alexis 12:16
 86:13,14
 129:1
 132:7

137:14
alignment
 164:4,16
 164:20
allegation
 128:23
allegations
 100:8
 250:5
 258:15,17
alleged
 100:16
 264:24
 266:16,18
alleging
 265:1,18
Allergy 2:13
 2:18
ALLIANCE
 16:2,5
ALLISON 10:3
allow 21:24
 206:19,22
altered
 108:13
alternative
 266:14
AMANDA 15:15
Amanda.k...
 15:23
ambiguous
 35:10 37:1
 76:3
 217:10
 246:18
 247:2
 286:15
 287:19
 293:17
amended
 18:12
 128:7,9
 152:4
Amendment
 224:8,18
 225:4,24
American
 57:20 58:3
 74:5 75:8

75:15,20
90:13,19
90:22,25
91:1,3
100:4
102:21
215:21
216:2
217:19
Americans
 75:7,9,25
 190:25
 193:6,15
 193:19
 200:20
amount 49:4
 63:14
analogous
 142:1,3,13
 143:3
 162:21
analysis
 89:7 98:19
 226:25
 229:7
 232:11,12
analyst
 227:14
analysts
 229:5,17
analytic
 170:5
analytical
 170:9,11
 170:15
analytic...
 27:9
analyze
 262:17
analyzes
 27:2
and/or 12:7
 129:4
 303:16
 305:8
ANDREW 5:1
announce
 44:8
answer 17:15

23:16,21
26:20
29:23
33:14
35:12 37:3
37:24 42:6
68:25 69:1
78:16 94:3
110:20
125:20
160:25
182:5
209:5
224:22,22
225:7,15
225:17,21
243:12
249:3,4,5
254:22,23
255:1,13
255:14
256:2,4,8
256:19,21
257:1,8,10
answered
 114:7
 116:8
 117:18
 149:16
 180:9
 198:13
 223:4
 226:9,22
 227:20
 235:4
 238:2
 244:2
 281:19
 285:8
answers
 180:24
 257:19
Anthony 2:10
 19:15
anticipate
 214:2
 258:20
anticipated
 254:16

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 259:18 | 20:13 | 281:18 | **assume** 56:17 | 295:1 |
| **anymore** | **Arabic** | 285:7 | 76:23 | **attached** |
| 272:18 | 221:12 | 296:1 | **assumes** | 17:8 18:2 |
| **apologize** | 226:1 | 300:24 | 33:11 | 19:2 |
| 156:25 | **area** 135:4,8 | **asking** 23:16 | 52:17 | 301:15 |
| 164:7 | 141:16 | 23:16 | 63:21 | **attack** |
| **Apparently** | 264:2 | 24:21 | 73:10 79:7 | 274:21 |
| 140:22 | 291:7 | 35:15,16 | 82:2 93:9 | **attacking** |
| 191:10 | 295:7 | 62:13 77:1 | 96:2 97:18 | 212:14 |
| **appear** 197:6 | **areas** 107:15 | 78:15,16 | 98:5 101:9 | **attempt** |
| 301:15 | **argument** | 90:15 | 108:20 | 98:15 |
| **appearances** | 246:15 | 206:21 | 118:6,12 | **attend** 135:9 |
| 20:18 | **arising** | 223:18 | 123:11 | 215:11 |
| **appeared** | 110:3 | 224:20,24 | 124:7 | **attended** |
| 232:25 | **army** 191:2 | 225:1,11 | 127:5 | 80:3 |
| 233:5,11 | **arrangement** | 249:1 | 131:8 | 130:22 |
| **appears** | 211:4,10 | 257:21 | 143:7,15 | 146:9,18 |
| 43:21 46:2 | **arrangem...** | 259:8,9,13 | 145:15 | 146:21 |
| 207:21 | 210:20 | 275:11,13 | 148:4,16 | 215:19 |
| 222:12 | **array** 100:10 | 284:14,22 | 155:25 | **attendees** |
| **applied** | 261:25 | 285:1 | 159:12 | 149:19 |
| 262:3 | **article** 48:6 | 300:23 | 186:7 | **attending** |
| **apply** 36:22 | 48:10 50:9 | **asks** 292:5 | 205:17 | 79:25 |
| 248:23 | 52:21,23 | **aspect** 46:2 | 251:17 | **attention** |
| 282:12,16 | 57:1,8 | **aspects** | 298:8 | 44:3 75:21 |
| 282:17 | 60:19 74:4 | 98:14 | **assuming** | 269:5 |
| **applying** | 74:7 79:6 | 261:8 | 43:22 46:5 | 270:1 |
| 282:11 | **articles** | 280:7,7,11 | 63:9 70:18 | **Attorney** 1:6 |
| **appointed** | 185:23 | **aspire** 88:7 | 88:15 | 1:9 15:4 |
| 31:25 | 186:3,15 | **assess** | 114:10 | **attorney...** |
| 41:12 60:4 | 186:20 | 287:24 | 115:20 | 224:20 |
| 64:19 | **as-needed** | **assessed** | 116:23 | 225:8,16 |
| 67:15 70:7 | 60:21 | 229:7 | 117:9,20 | **attributing** |
| 94:9 136:2 | **asked** 23:22 | 242:16 | 178:20 | 79:5 |
| 136:5 | 69:16 95:8 | 270:24 | 190:5 | **audience** |
| 199:15 | 116:7 | **ASSISTANCE** | 204:19 | 57:21 74:6 |
| **appropriate** | 135:12,17 | 13:3 | 250:19 | **audiences** |
| 169:14 | 147:13,15 | **Assistant** | **assurance** | 52:16 58:3 |
| 224:9 | 151:12 | 5:7 7:3 | 133:4,6 | **author** 56:19 |
| 247:25 | 159:7 | 9:9 | 141:19 | **authority** |
| 248:9 | 180:8 | **Associate** | **athletic** | 195:4 |
| 278:12 | 198:13,23 | 11:6 | 189:23 | 253:14 |
| 296:23 | 223:3 | **associated** | 191:3,8 | 271:3 |
| 297:9 | 226:9,22 | 34:16 53:6 | 201:8,14 | **authoriz...** |
| **approval** | 227:20 | 128:25 | **Atlantic** | 25:24 |
| 278:17 | 235:4 | 179:10 | 219:15 | 44:25 45:6 |
| **approved** | 238:2 | 180:7,19 | 294:8,10 | 199:7 |
| 172:5 | 244:1 | 180:21 | 294:11,23 | 200:12 |
| **approxim...** | 257:5 | 286:9 | 294:24 | **authorize** |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 195:13 | 233:13,19 | 167:15 | **Beebe** 202:21 | 91:17,23 |
| 198:8 | 242:21 | 185:10 | 202:22,23 | 92:10 |
| 205:20 | 243:4,7 | 213:10 | 204:10,12 | 99:12,15 |
| 231:6,12 | 246:2 | 252:25 | 205:12,21 | 99:20 |
| **authorized** | 248:16 | 295:25 | 211:22 | 100:6,15 |
| 199:6 | 249:8,11 | 299:24 | 214:21 | 101:20 |
| 203:18,21 | 249:15 | **bad** 23:10 | 243:21 | 102:16 |
| 205:15,23 | 253:20,21 | **balance** | 251:25 | 103:4,19 |
| **authorizing** | 254:1,6,9 | 157:8 | **began** 47:15 | 105:16 |
| 199:24 | 254:11,12 | **ballots** | 104:3,10 | 106:21 |
| 231:7,13 | 254:14,20 | 242:14 | **beginning** | 107:16,17 |
| **automated** | 255:2 | 243:6,8 | 20:3 24:1 | 107:24,25 |
| 51:18 | 256:16 | **bands** 206:15 | 42:18 | 112:2 |
| **available** | 258:2,8 | **bar** 240:9,25 | 43:20 | 116:12 |
| 278:4 | 259:1,2,14 | **base** 111:22 | 44:16 | 119:8,14 |
| 283:5 | 259:15,16 | **based** 10:24 | 45:11 46:1 | 119:20,22 |
| 300:23 | 260:4,5,6 | 92:9,10,13 | 47:6 169:2 | 119:24 |
| **aware** 38:12 | 260:7,8,12 | 147:25 | 221:12 | 120:9 |
| 40:9,15 | 260:13,15 | 157:21 | **begins** 50:15 | 121:19,21 |
| 46:13,18 | 260:17 | 237:7 | 94:24 | 122:16,18 |
| 55:15,21 | 275:5 | 239:21 | **begun** 50:16 | 122:25 |
| 56:6 63:6 | 287:11,14 | 272:24 | 169:13 | 125:4 |
| 83:8,12 | 289:5 | 273:3,6,8 | 269:19 | 126:5 |
| 87:1,8,10 | 290:10,16 | 273:11 | **BEHALF** 15:2 | 130:15,21 |
| 126:21,23 | 295:11 | 295:8,9,10 | 15:12 16:2 | 131:20 |
| 154:25 | 297:10,23 | **basic** 111:22 | 16:13 | 132:7 |
| 158:20 | **awareness** | **basically** | **behavior** | 133:3,24 |
| 159:14 | 158:18 | 94:22 | 232:25 | 135:3,7 |
| 161:4 | 262:20,23 | 114:20 | 233:11 | 137:1,10 |
| 185:1 | 275:3 | 161:14 | **believe** 39:1 | 139:23 |
| 187:9,12 | ———————— | 219:3 | 39:17 | 140:1,14 |
| 194:12,14 | **B** | **basics** 21:13 | 40:22 | 140:20 |
| 194:16 | **b** 17:7 18:1 | **basis** 58:14 | 43:18 | 141:6,10 |
| 195:2,7 | 19:1 32:9 | 60:21 | 47:10 | 141:11,16 |
| 200:18 | 47:21 | 80:16 | 53:24 | 141:25 |
| 211:9,22 | **B-e-e-b-e** | 111:16,25 | 64:13 65:7 | 142:3,12 |
| 211:25 | 202:24,25 | 117:6 | 65:13 66:3 | 142:15,20 |
| 212:5 | **back** 24:10 | 205:4,8 | 66:23 | 142:23 |
| 213:18,24 | 24:16 | 211:19 | 67:23 | 143:2,16 |
| 219:9,22 | 34:23 40:7 | **Bates** 18:17 | 71:22 | 145:17 |
| 220:17,17 | 60:19 | 18:20,21 | 72:20 | 146:4 |
| 220:21,24 | 86:10 | 18:24 | 79:23 | 147:24 |
| 222:2,10 | 91:21 | 161:19 | 80:14,19 | 148:1,22 |
| 224:13 | 104:24 | 167:16 | 81:2,19 | 149:2,16 |
| 225:23 | 115:24 | **battle** | 82:12 85:8 | 151:22 |
| 226:6,11 | 138:2 | 296:12 | 85:10 87:3 | 152:4 |
| 226:12,18 | 147:12 | **bearing** | 87:17 88:1 | 153:23 |
| 226:23 | 151:4 | 161:19 | 88:19 | 154:4,13 |
| 232:16 | 161:13 | **BECERRA** 2:3 | 89:17,21 | 154:21 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 161:12,13 | 299:9 | 237:3 | **breaks** 24:3 | 175:7 |
| 161:17,23 | 300:4 | **botnets** | 24:4 | **Bureau** 3:5,5 |
| 163:4 | **beneath** | 103:7 | **Brian** 10:9 | 3:11 7:13 |
| 170:4 | 107:8 | **bots** 35:22 | 191:18,19 | 7:25 10:16 |
| 172:1,2,8 | **benefitting** | 36:17 | 192:3,8 | 10:20 11:1 |
| 172:10,20 | 296:11 | 51:17 | 196:7,19 | 19:12 |
| 172:21,25 | **BENJAMIN** | 54:21,25 | **bridge** | 276:19 |
| 175:23 | 5:21 | 55:6,9,11 | 209:13 | **BYRD** 8:16 |
| 176:2,4 | **best** 24:22 | 96:25 | **brief** 63:18 | |
| 177:17 | 133:17 | 97:24 | 63:19 64:6 | C |
| 179:7 | **better** 31:19 | 103:9,12 | 285:25 | **C** 15:1 16:1 |
| 182:19,23 | 262:4 | 103:14,25 | 286:2 | 16:1,17 |
| 183:4,19 | 267:5 | 104:7 | **briefed** 63:5 | 17:1 18:1 |
| 184:15 | 280:25 | 171:3 | 84:19 | 19:1 20:1 |
| 188:3,25 | **beyond** 40:19 | **bottom** 94:23 | **briefer** | 56:9 |
| 189:3,9 | 184:3 | 179:22 | 62:24 | **C-I-S-A** |
| 191:19 | 209:25 | 181:3,11 | **briefing** | 76:21 |
| 194:14 | 229:23 | 181:11 | 21:24 22:3 | **calendar** |
| 195:7 | **BHATTACH...** | 188:20 | 62:21 63:2 | 81:20,23 |
| 201:12 | 1:11 | 198:17 | 285:20 | 82:11 |
| 202:19,19 | **Biden** 1:17 | 209:10 | **bring** 143:12 | 130:20 |
| 202:20 | 20:6 303:8 | 211:12 | 216:11 | 134:9 |
| 207:4 | 304:3 | 218:15 | **broader** | 145:23,25 |
| 215:23 | **big** 81:7 | 220:3,4 | 126:13 | 173:21 |
| 216:3,20 | 83:2 | 226:14 | **broadly** | **calendars** |
| 243:13 | 128:12 | 227:5 | 204:5 | 81:17 |
| 247:23 | **bit** 48:21 | 234:7 | **broker** 155:8 | **California** |
| 252:2 | 103:5 | 235:22 | **Brookings** | 14:5 |
| 253:12 | 139:4 | 241:10,22 | 18:10 | 154:12 |
| 254:8 | 180:16 | 261:6 | 113:24 | 273:4,6,9 |
| 267:22 | 256:11 | 263:14 | 123:10 | 273:11 |
| 271:7 | **blah** 236:4,4 | 267:16 | **brought** | **call** 42:22 |
| 272:20 | 236:4,5,5 | 268:18 | 189:23 | 56:10 |
| 273:10 | **blaming** | **Box** 15:6 | 191:2 | 64:25 81:7 |
| 276:7,12 | 96:18 | **BRAD** 11:19 | **bucket** | 83:20 |
| 277:7 | **Blinken** | **Branch** 2:25 | 271:25 | 122:21 |
| 278:9,16 | 19:15 | 8:5 | **Budget** 7:10 | 126:7 |
| 278:18 | 289:2 | **Bray** 11:24 | **building** | 150:16 |
| 279:10 | **block** 247:19 | 131:23 | 15:5 31:16 | 159:17 |
| 281:21 | **blocked** | **break** 85:16 | 31:19 | 164:14 |
| 284:6,7 | 234:10 | 85:22 | **bullet** 181:4 | 203:7,11 |
| 285:16 | **blocking** | 127:17 | 181:11 | **called** 29:5 |
| 286:21 | 234:19,25 | 150:5,8,14 | 182:13 | 86:17 |
| 289:24 | **board** 4:23 | 206:7 | 185:21 | 106:15 |
| 291:5,9,13 | 89:18 | 212:21,25 | 187:2 | 116:11 |
| 294:18 | **body** 57:13 | 252:13,16 | 211:13,13 | 141:17 |
| 295:6,18 | **bold** 193:11 | 299:15 | **bulletins** | 167:16 |
| 297:5,23 | 219:15,16 | **breakdown** | 274:16,21 | 169:20 |
| 298:1 | 219:16,18 | 157:22 | **bunch** 147:16 | 188:22 |

DANIEL KIMMAGE 11/10/2022

191:16
232:6
245:12
253:6
267:20
275:4
277:22
292:5,14
296:17
**calling**
29:19
62:10
110:14
248:17
254:19
255:10,24
**calls** 26:17
68:23
74:25 92:8
92:16
110:20
115:2,22
136:24
167:9
265:12
**campaign**
33:18,20
34:23
100:20,23
108:10
189:7
190:19
193:5,16
195:8
200:22
201:5,7
275:5
**campaigns**
32:15,17
33:5 34:9
34:11
99:18
100:3
101:2
144:24
148:20,23
165:9,23
249:19
251:2

273:23
275:6
279:12,15
**capacity**
1:18,22,25
2:4,11,23
3:8,14,19
3:24 4:7
4:16,20
5:2,6,12
5:17,22
6:4,11,16
6:20,23
7:2,6,16
7:21 8:3,9
8:13,17,21
9:1,8,13
9:17,23
10:1,4,7
10:10,13
10:18,22
11:5,13,20
11:25 12:5
12:12,17
12:25 13:6
13:10
42:15
130:25
139:18
251:16
**careful**
23:11
**carefully**
23:15
**CAROL** 2:22
**carry** 26:10
26:25
278:19
**case** 20:7
24:21
54:16
128:7
282:20
300:7,9
302:11
303:13
304:3
**cases** 102:17
**Cassandra**

13:23 14:2
20:16
302:2,18
**cast** 262:17
**casting**
263:9
**caveat** 36:2
248:12
262:15
265:14
278:15,16
281:20
**cc** 178:25
**CCR-WA**
302:18
**CDC** 8:7,11
**CE** 38:4
**cell** 120:6
120:10,14
120:15,23
121:14,22
122:20
123:1,4,6
124:15
189:1
**censorship**
129:3
**Census** 3:4,6
3:11 10:16
10:19 11:1
**center** 12:3
12:9,14,20
19:13 22:8
22:14
23:25
24:10 25:2
25:8,21,22
26:10,25
27:8,21
28:2 43:20
44:13,24
45:1 46:11
46:20,21
46:24 47:3
48:4 57:17
58:2 60:8
65:15
78:21
86:16 89:5

89:7 94:10
98:10
120:5
121:8
129:1
131:2
144:22
177:4
192:16,19
194:4
197:1
208:17
219:17
232:12,12
232:13,17
241:25
269:12,25
276:20
277:9
280:17
283:21
294:25
296:17
297:7
299:7
**center's**
49:23
57:18
73:23
156:10
158:17
269:18
**Centers** 2:20
3:2
**certain**
21:20
37:19 55:6
138:4
254:1
258:18
280:6
**certainly**
30:18
34:18
**CERTIFICATE**
302:1
**certified**
14:3,4,5,7
16:24

20:15
**certify**
302:5
305:5
**chain** 41:8
167:23
188:16
195:12,21
196:1
235:9
284:5,6,10
**chains**
188:17
**challenge**
164:5,17
**challenges**
270:18
**CHAN** 7:20
**change**
246:19
291:7
304:7,11
304:15,19
304:23
**changes**
245:17,23
303:16
305:7,10
**channel**
190:25
193:14,18
193:19
200:20
**channels**
256:8,19
**chapter**
245:12
**characte...**
35:25
74:10,13
282:19
**characte...**
61:9 79:16
79:17
157:8,22
**charge** 119:6
119:13,16
119:18
120:1

**DANIEL KIMMAGE  11/10/2022**

126:16,18
231:14,15
**charges**
152:19
**check** 144:1
**checkers**
183:12
185:24
**checking**
182:13
**CHEEMA** 6:3
**chemical**
112:23,23
**chief** 2:15
2:23  7:17
8:14  10:14
32:2
131:24
**chiefs** 64:24
80:8  88:2
131:1
**children**
128:3
**China** 27:4
28:9  30:13
32:16
60:18  65:1
83:21
89:18  90:1
96:8,15
97:4  103:5
103:24
104:3,8,12
104:19
105:2,6,10
137:3
144:24
148:13
165:25
170:25
175:23
184:18
185:20
240:1
262:18
264:17
265:8
266:11,25
267:5

**China's**
102:7
263:6
**China-fo...**
62:5
**China-re...**
201:10
**China-sp...**
89:12
**Chinese** 33:5
55:9  102:3
102:11,13
102:25
103:9,12
103:14
148:20,23
201:21
217:13
263:1,2
265:3,10
265:22
266:2,10
266:22
268:1
**Chinese-...**
266:5
**chisels**
170:3
**CHOI** 8:20
**CHRISTY** 8:20
**CHUZI** 15:15
**circumst...**
123:18
**CISA** 9:19,24
10:2,5,11
65:15  66:6
66:8,13,22
67:11  68:8
68:14,21
69:9,17,19
70:13
71:13,17
71:19
76:17,18
76:21
77:14
78:19
177:13
188:18

191:13,21
192:8
193:5,21
194:4,5
195:5,14
195:25
197:24
199:25
200:21
210:4
220:25
221:19
222:3
223:2,8,14
223:14
230:9
232:18
260:7
**CISA's** 76:19
76:22
210:4,11
**CISA.DHS...**
192:5
**CISA's** 10:7
**cited** 112:8
113:3
236:16
**City** 15:7
303:21
**civil** 16:2,5
209:14
228:9
268:10,13
**claiming**
189:22
191:1
**claims**
211:20
**clarific...**
23:21
28:22
59:20
121:2
**clarify**
26:22
36:19  43:9
52:1  55:20
56:14
59:20

68:15  71:4
90:9
120:12
180:12
247:3
257:3
262:14
272:2
275:15,24
286:5
**clarifying**
151:6
**clarity** 66:8
**CLARKE** 5:16
**classified**
110:14,21
255:25
256:7,18
257:8
**clear** 110:18
114:16
241:20
245:4,9
257:11
263:25
**click** 145:19
**Climate** 4:17
**close** 115:4
115:13,25
117:7
118:3
120:25
121:1,3,6
121:23
300:11,19
**closed** 300:5
**closely**
94:18
**coded** 237:7
**collab-**
297:8
**collabor...**
156:19
**collabor...**
156:13
224:15
**collabor...**
289:11
296:23

297:9,10
**collabor...**
241:23
**colleague**
39:3
**colleagues**
115:5,13
115:25
117:8
120:4
169:1
192:15,16
196:25
291:8
**collected**
245:7
**collection**
159:24
244:14
**Columbia**
14:9
**combat** 30:16
98:4  181:5
292:7
**combating**
17:19
**combatted**
200:22
**combatting**
209:15,19
296:4,12
**come** 23:6
24:9  62:16
62:18  78:2
99:13
132:13
144:15,21
176:23
207:16
262:6
**comes** 25:23
298:19,25
300:15
**comfortable**
136:12
**coming** 90:12
145:1
184:6
**command** 41:9

DANIEL KIMMAGE 11/10/2022

comments
  49:1 114:4
  289:6,7
COMMERCE
  3:12
Commission
  13:4
  305:24
Commissi...
  11:6,9
committee
  107:18
common 167:5
communicate
  39:6,12
  124:15
communic...
  27:17
communic...
  68:13,16
  87:1 116:5
  116:21
communic...
  31:19
  68:20 69:5
  69:9,16,17
  69:19 87:8
  115:5,13
  115:17,25
  116:2
  117:7,15
  117:16
  118:3,16
  123:24
  124:5,17
  125:14
  204:1
  225:8,16
  235:8,9
  253:16
  254:3
  256:17
  257:22
  258:1
  259:3,17
  259:25
  260:8
communic...
  3:10 5:14

5:24 6:6
6:13 8:10
8:23 10:15
11:17
13:11 87:6
117:3,5
123:21
124:12
129:3
201:6
258:18
259:22
260:11,15
271:13
272:5,9
273:20
community
  59:2 63:1
  120:21
  121:10
companies
  29:9,11,13
  29:15 30:4
  30:23
  31:10,13
  32:21,22
  36:5,22
  37:6,19
  38:3,10,16
  45:17 47:8
  47:17
  50:23
  53:10,17
  54:18 55:6
  76:15
  78:25
  79:14,18
  83:1,3,5,6
  83:9,17,23
  84:19,23
  90:23
  91:11 92:3
  92:4 99:9
  99:14,16
  103:2
  155:20
  157:6
  159:2
  165:4

169:15
183:16
228:10,11
247:12
248:13
249:13
250:23
272:6
273:13,15
273:21
278:24
279:7,8,16
280:10,25
281:5
282:2,16
282:22
283:4,10
283:22
284:19
285:18,20
company 89:9
  141:7
  187:22
  188:6
  247:23
  250:15
  281:11
  282:25
  283:7,18
  283:24
  286:1
compared
  266:12
compelling
  275:22
competition
  189:24
  191:3,8
  201:9,14
complaining
  193:18
complaint
  18:12
  128:7,9
  152:4
  202:9,10
  202:13
  218:21
  258:14

complaints
  212:14
complete
  221:19
  223:8,10
  301:14
completely
  194:25
  195:1
completion
  300:6
Complex 59:7
compliance
  133:4,7
component
  59:1
  114:24
  133:5
  141:18
  142:1,4,13
  142:16
  143:1,3
components
  29:8
  120:20
  142:25
compound
  37:22
  38:19
  166:21
  293:18,19
computed
  263:4
computer
  170:1,5
  178:6
conceptual
  31:1
concern
  30:22 31:6
  36:7,13
  39:9,14
  40:13
  48:18
  55:25
  74:15,23
  75:4,6
  78:10
  109:24

110:3,5,8
181:15
239:25
255:19
258:8
259:5,18
concerned
  39:7 77:3
concerning
  21:17
concerns
  33:9 38:15
  39:25
  55:18
  109:22
  181:17
  194:7
  205:3
  211:7,23
  212:2
  216:22
  241:22
  242:14
  255:5,17
conclude
  239:1
concluded
  301:8
concludes
  301:4
conclusion
  113:5
  239:19
concrete
  34:21
conditional
  256:14
conduct
  98:19
  156:6
  217:7
  225:3
  275:4
  287:21
conducted
  34:19
  90:17
  167:14
conducting

DANIEL KIMMAGE 11/10/2022

32:18
conference
178:18
Confiden...
18:19,21
18:23
congratu...
173:11
congress...
25:23 26:5
36:12
63:12 69:4
107:19
280:19
connection
46:9,12,14
46:18
184:5
207:6
213:21
214:4,8,25
216:5
242:19
246:25
248:18
293:6
connecti...
182:6
connector
228:4
consequence
264:1
considered
244:24
consistent
166:15,16
consisting
155:2
consists
115:1
conspiracy
264:6
constant
123:24
124:5
constituted
242:15
construc...
155:8

consult
183:12
contact 92:3
120:11,17
120:20,25
121:24
123:2,6,8
123:15
163:6
202:15,18
contacted
197:22
contacts
123:3
content 19:7
30:21 31:3
31:5 33:8
33:17,19
34:17
36:16,22
36:24
37:19
38:17
39:24
40:12
51:24 52:3
55:12,18
55:25
61:17,23
61:24 85:6
103:6
118:15
129:4
137:24
159:9
175:5
181:17,23
182:1
193:17
200:20
211:18
232:25
233:5,10
235:1
236:23
239:9
246:10,15
246:23
247:4,5,6

247:10,20
247:21,25
248:3,10
248:11,17
248:20,22
249:9,12
253:7,9
254:5
257:21
285:21
286:11
287:1,2,6
287:11,16
287:21,24
context
38:13,14
54:15
62:19,25
87:9
108:13,15
115:7
126:6
184:8
186:25
187:7
203:17
206:23
207:9,10
224:25
225:21
249:17
263:17
264:14
267:10
268:19
continua...
135:24
continue
79:24
169:7,16
continuo...
25:7
contrasting
102:9
267:1
contribute
222:6
contributed
220:4

contribu...
218:14
Control 2:21
3:3
controlled
97:23
convene 59:6
convergence
104:11,12
104:17,18
104:20
conversa...
34:4 47:16
50:2 53:14
54:8 113:8
137:25
235:16
conversa...
31:5 38:8
53:3,8
54:23 55:3
55:5,8
156:5
225:2,23
242:22
249:8,10
249:11,15
convey 55:25
cooperation
296:2
coordinate
57:18 58:4
61:5 73:24
98:20
122:3
170:19
coordinated
170:16,24
171:2,5,11
171:15
261:21
279:21
coordinates
27:16
coordina...
57:13
68:16
121:14,22
122:20

coordina...
28:15,18
58:20 59:9
61:15
68:13,20
114:20
115:23
120:6,10
120:13,15
120:23
122:1
124:11,15
155:7
189:1
coordinator
6:18 12:1
12:13 22:8
22:10,11
25:12,12
25:16,17
31:24,24
31:25 32:6
41:1,5,12
41:25
42:13,14
42:16,16
60:4,5
64:19 66:4
67:15
69:21,22
70:6,7,7
88:1,11
94:9,16
118:17
119:16
130:24
131:15,18
136:1,2,5
139:19
140:6,10
146:12,13
146:15
199:14,15
199:16,18
231:18
coordina...
32:2 80:8
131:1
copies 43:3

**DANIEL KIMMAGE** 11/10/2022

**copy** 43:1
198:18
303:15
**corner**
226:14
**correct**
25:14 28:3
44:9 50:24
51:1,10,19
51:22,25
52:16,22
52:24 53:1
53:2 57:21
58:21
66:10
70:14,22
72:10 74:1
74:6 76:5
76:21 79:1
79:2,6
82:8,13
95:22
114:8,24
115:14
123:7
134:10
141:23
142:8
153:15,19
155:10,11
156:16
162:8,19
162:25
163:10,14
164:1
165:21
168:5,24
169:2,17
172:23
174:2,6
181:1,6,9
182:15
186:4
187:3
188:18
190:20
191:4
192:5,6,9
192:22

193:2,6,19
193:23
196:2,7,22
197:3,8
210:17
212:11
220:6,9
221:20
222:15
223:2
224:1,2,11
226:16
227:3
228:1,11
228:15
230:9,11
230:15,22
233:1
234:5,10
234:15
237:9,18
240:2,23
241:16,23
242:1
244:7,20
245:18
246:21
248:3
263:18
264:3
270:18
271:15
275:2
277:4
278:5,25
282:13
283:8
296:7,18
298:10
301:13
302:6
305:9,13
**corrections**
301:15
303:16
**Corrigan**
166:3
174:5
**corrobor...**

163:12
**Council**
58:14 59:4
219:15
294:9,10
294:11,23
295:1
**Council-...**
294:24
**counsel** 6:21
20:18 95:4
127:14
150:2
151:12
256:15
299:12
302:9
**Counselor**
3:25
**counter**
17:13
25:25 26:6
27:14
95:25 96:9
98:15,22
116:3
156:10
169:23
176:18
204:6
263:5
274:6,10
274:12,13
274:23,24
278:4
299:9
**counter-...**
261:12,16
277:22
**countering**
19:10 44:8
71:25
95:21
105:1
163:17
165:1
174:1
176:18
263:11

274:19
278:20
**counterpart**
121:1
123:19
**counterp...**
198:24
200:15
**countert...**
28:10
60:18
61:25
83:21
268:19
269:11,18
**countries**
27:4
102:10
215:25
266:13
267:2
**country** 39:4
187:18,20
**COUNTY** 305:3
**couple** 93:17
151:6
167:15
**course** 22:3
263:6
272:11
**court** 1:1
14:4 15:5
20:9,15,20
21:23 23:5
151:22
152:6,6,20
**Court's** 22:3
**COURTNEY**
5:11
**cover** 181:1
196:24
207:4,7
208:21,22
275:19
**coverage**
85:10
207:16
**covered**
250:25

**COVID** 81:11
92:13
100:2
101:23
102:4
144:11,14
144:25
238:22
239:23
263:17,21
267:19
268:8
**COVID-10** 5:3
**Covid-19**
5:13,19
6:1,9,12
6:17 95:22
96:1 99:10
99:19
100:25
105:2
189:23
191:2,7
237:8,16
**COVID-re...**
96:13
238:8
**CRAWFORD**
2:22
**create** 171:8
229:4,16
**created**
44:16 45:1
45:4
**creating**
100:24
**creation**
43:19
265:2,16
**credibility**
274:21
**crisis**
263:18
264:2
**CRR** 302:19
**CSIRT** 177:19
177:20
186:1
**CSIRTs**

DANIEL KIMMAGE  11/10/2022

177:14
178:2
CSR-HI
302:18
CSR-VA
302:18
curious
218:23
current 21:9
22:5 28:14
35:16 45:2
71:22
298:11
currently
41:2,20
curve 261:9
CY1 7:23
cyber 65:16
66:9 77:4
77:24
107:1,1,3
107:6,12
112:20
Cybersec...
4:9,12
9:18
cycle 255:21
259:7

D
D 15:3 16:1
18:1 19:1
20:1
D.C 15:19
16:7,18
81:9,13
92:11
146:6
154:9,11
189:17
295:8
303:6
D.C.-based
294:14
DANA 6:19
Daniel 12:11
13:16 14:1
17:2,9
18:3 19:3

20:4 21:1
21:7 129:2
301:4,8,11
303:12
304:2
305:5,20
data 107:10
234:12
244:6,13
245:3
262:17
263:10
date 20:11
130:10,17
146:17
175:17
277:12,13
301:19
304:4
dated 48:3
57:4 93:8
276:22
dates 91:14
119:10
day 79:22
122:19,24
139:12,15
242:17
296:18
302:14
305:14
day-to-day
177:3
296:12
days 57:5
303:20
de-empha...
247:19
de-platform
247:19
deal 298:17
298:24
dealing
267:3
deals 65:20
dealt 162:18
Dear 303:10
debates
291:17

December
153:17
decide 150:8
decided
250:4
decisions
37:5 38:3
38:5,7,10
declare
305:12
deem 247:20
283:20
deepen 36:8
37:6
156:22
279:14
283:17
deepening
157:1
279:17
defend
156:20
DEFENDANT
15:12
defendants
13:13 20:7
21:16
300:3
defending
156:14,18
defense 24:5
24:11
25:24
44:25
49:10
112:19
120:22
121:9
173:4,7
175:18
179:18
277:14
defensive
158:22
defer 110:15
define 69:12
69:14
131:10
247:11,12

248:14
definitely
149:25
definition
287:4
DEHMLOW 7:15
delegiti...
211:15,23
212:11
delegiti...
211:19
delegiti...
234:4,14
delibera...
249:5
255:11
delibera...
68:24
249:1
254:25
democracy
18:8
demonstr...
35:2
demonstr...
39:5
Dempsey 8:2
188:22,24
191:12
196:11,20
198:19
283:23
284:1,2,3
284:9,17
Dempsey's
190:8
192:7
denigrate
97:10
department
2:6,8 3:12
3:16 4:4
4:24 7:12
9:20 11:23
12:10,15
12:21,22
15:17
16:13 18:4
18:13

22:15
27:18 39:7
39:11 44:6
44:7,12
49:10,22
53:6,13
54:5,9
55:16 56:4
57:19 58:5
73:25
112:9
120:21
121:9
177:13
185:25
189:14
192:15
197:1
220:22
221:20
222:6,11
225:9
259:24,25
260:2
290:24,25
291:8
296:3
298:22
303:5
Departme...
17:15
128:25
241:25
Departme...
12:2
depend 62:24
121:4,4
dependent
60:12
depending
146:17
depends
108:14
DEPONENT
301:10
deposed
22:19
deposition
13:16 14:1

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 19:3 20:4 | 99:14,17 | 272:11 | differently | director |
| 20:17 | 105:14 | developers | 286:8 | 2:12 4:8 |
| 21:17,19 | 109:17 | 172:2,20 | difficult | 4:21 5:8 |
| 21:21 | 141:20 | 271:7 | 121:5 | 5:13,18,23 |
| 143:23 | 142:6,9 | developing | difficul... | 6:5,12 |
| 151:14,18 | 159:10 | 96:22 | 274:17 | 8:11,22 |
| 300:6,8,11 | 191:22 | 271:12 | digital 2:24 | 9:2,4,14 |
| 300:13 | 194:5,20 | 272:5 | 5:9,18 7:8 | 10:23 |
| 301:4,8 | 237:24 | 299:8 | 8:5,18 9:2 | 11:21 13:7 |
| 303:11 | 255:8 | DHS 3:22 4:3 | 9:5,14 | 13:11 60:7 |
| 305:6,8,11 | 274:12 | 10:11 | 166:8 | 66:13,16 |
| depositions | 281:7 | 58:21 59:9 | 174:9 | 66:17,18 |
| 21:18 | 283:14 | 59:25 | 219:14 | 67:11 |
| 152:17 | describes | 60:23 61:3 | Diplomacy | 70:13 72:5 |
| deputies | 43:18 | 62:5,22 | 16:15 | 72:5,12 |
| 32:1 64:23 | 270:20,23 | 63:19 64:7 | 49:23 | 175:4 |
| 88:2 | describing | 64:8,11,15 | diplomatic | director... |
| deputy 5:7 | 49:23 | 64:18 65:4 | 189:9,11 | 66:22 |
| 5:23 6:5 | description | 65:5,7,19 | 189:13 | Directorate |
| 8:10,22 | 33:24 | 65:24 66:4 | 192:21 | 10:15 |
| 9:4,9,14 | 57:23 | 66:10 | 194:17 | disagree |
| 10:23 13:1 | 153:10 | 115:5,13 | 195:9 | 238:11 |
| 22:7,10 | 278:8 | 116:1,5,22 | 197:3 | disconti... |
| 25:12 32:1 | designated | 117:8,16 | direct 25:24 | 172:23 |
| 40:25 | 121:23 | 118:4 | 39:23 41:4 | discourse |
| 41:11 | designed | 120:22 | 44:2 59:8 | 262:19 |
| 42:13,16 | 287:24 | 260:8 | 117:4 | discredit |
| 60:5 64:20 | desired | diagram | 185:10 | 105:3,7,11 |
| 69:23 70:8 | 303:17 | 226:15 | 218:3 | discuss |
| 80:7 94:15 | destabil... | 230:1 | 291:16 | 29:25 30:6 |
| 118:16 | 217:19 | Diana 167:16 | 294:3,7 | 47:9 52:14 |
| 131:1,18 | detail 35:14 | 168:4,25 | 295:14,22 | 76:8 |
| 146:13,15 | 42:2 45:24 | dictating | 298:3 | 136:13 |
| 199:17 | 281:14 | 274:7 | direction | 164:14,15 |
| describe | detailed | differed | 161:8 | 217:12 |
| 25:20 | 227:13 | 105:17 | 298:5 | 279:11 |
| 26:15 | 261:19 | difference | directive | discussed |
| 54:15 | 264:8 | 25:15 | 36:5 | 21:21 |
| 61:12 68:9 | details | different | 231:25 | 30:22 31:6 |
| 69:18 | 53:18 | 71:3 126:1 | 232:1 | 32:11 |
| 194:10 | 236:11 | 140:25 | directly | 51:17 |
| 211:1 | determin... | 141:1 | 29:8 32:7 | 52:10,13 |
| 270:16 | 39:20 | 148:3 | 38:16 | 53:19 54:5 |
| described | determine | 194:20,25 | 39:13 41:8 | 61:18 62:7 |
| 54:13 56:7 | 247:24 | 195:1 | 94:13 | 63:8 64:13 |
| 60:20 | 248:9 | 257:18 | 174:25 | 68:1 72:23 |
| 66:12 | develop | 262:2 | 179:8 | 84:1,3,9 |
| 71:20 88:7 | 273:19 | 265:17 | 199:11 | 84:16 89:1 |
| 98:18 | developed | 275:1,3 | 245:6 | 89:24 90:5 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 101:6,14 | discussions | 96:7,14 | 204:8,17 | 104:21 |
| 101:17,21 | 33:16,18 | 97:6,8,9 | 205:2,3 | 105:10 |
| 102:1 | 34:8,18,20 | 97:20 98:2 | 207:20 | dissemin... |
| 103:1,12 | 36:1 54:17 | 98:11,16 | 209:19 | 21:19 |
| 103:17,23 | 61:8,10 | 98:22 | 217:14 | 96:23 |
| 103:25 | 73:7,16 | 99:10,18 | 224:1,5 | 157:13 |
| 105:20 | 90:21 | 100:2,13 | 238:18,20 | distinction |
| 113:12,14 | 101:16 | 100:23 | 242:23 | 239:8 |
| 118:2,10 | 105:24 | 101:2,13 | 243:1,5,9 | 267:11 |
| 136:6 | 109:12,15 | 102:13 | 250:1 | District 1:1 |
| 137:4 | 197:16 | 103:17 | 251:3 | 1:2 14:8 |
| 138:7 | 221:6,9 | 105:1 | 261:22,24 | 20:9,9 |
| 144:4 | 224:14 | 106:15 | 262:21 | division 1:3 |
| 148:15 | 242:18,22 | 107:1,2,4 | 263:6,22 | 2:25 7:24 |
| 149:3,4,6 | 243:5,23 | 107:6,12 | 264:3,9 | 8:6 10:14 |
| 169:6,25 | 248:21 | 108:10,11 | 267:4,12 | 20:10 |
| 194:21 | 249:15 | 113:6 | 268:1 | divisions |
| 216:1 | 254:14 | 116:13 | 270:17 | 27:20 28:5 |
| 236:12 | 294:24 | 136:11 | 271:13 | 29:7 |
| 243:19 | Disease 2:20 | 139:6 | 273:15,24 | divulging |
| 248:18 | 3:2 | 144:23 | 274:2,6,16 | 256:4 |
| discusses | Diseases | 148:23 | 274:20 | DNC 107:20 |
| 244:6 | 2:14,19 | 149:7 | 275:18,23 | 111:11,18 |
| discussing | disinfo | 156:11,16 | 278:1,5,20 | DNC's 108:2 |
| 34:11 48:3 | 189:6 | 156:20,23 | 278:24 | 109:10 |
| 114:20 | disinfo-... | 157:4,14 | 279:8,14 | docket 21:22 |
| 148:2,21 | 169:20,21 | 158:4,6,8 | 279:19 | document |
| 148:22 | 173:13 | 158:18 | 280:1,20 | 42:22 43:8 |
| 289:11 | 270:16 | 163:18 | 282:6,23 | 43:24 |
| discussion | 271:5 | 165:1,10 | 283:5 | 47:22 |
| 30:15,20 | 286:25 | 165:12,18 | 290:21 | 48:13,16 |
| 30:25 | disinfor... | 165:20,24 | 296:13 | 48:22 |
| 40:11 | 4:22 17:23 | 169:24 | 297:19 | 50:12 93:2 |
| 51:23 53:4 | 18:6 19:11 | 170:18,25 | 298:19 | 93:18 94:3 |
| 54:4,12 | 26:1,2,7 | 174:1 | 299:1,9 | 95:6 |
| 84:11 | 27:5,11,14 | 176:19 | Disinformed | 104:24 |
| 90:19,24 | 30:14,16 | 177:25 | 18:8 | 106:7 |
| 91:2 99:18 | 33:5 54:22 | 181:6 | disputed | 114:14,18 |
| 113:24 | 55:7 63:13 | 182:14 | 266:13 | 128:12,13 |
| 186:1 | 65:20 69:7 | 184:17 | disrupting | 143:19 |
| 195:11 | 71:17,18 | 186:4 | 217:19 | 144:7 |
| 236:22 | 73:5 76:7 | 190:19 | disrupts | 152:6 |
| 246:23 | 77:23 78:2 | 191:20 | 112:20 | 153:5 |
| 254:24 | 78:9,10,11 | 192:20 | disseminate | 159:17,22 |
| 255:3 | 84:9,16,18 | 193:5 | 107:4 | 161:19 |
| 256:9 | 84:24 | 194:6,17 | 158:7 | 173:19 |
| 262:6 | 89:20 | 195:8 | dissemin... | 184:7 |
| 266:3 | 90:16,25 | 197:2 | 148:12 | 186:8 |
| 290:20 | 95:21,25 | 200:22 | dissemin... | 206:17 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 260:23 | drafting | 92:16,21 | 288:6 | 210:4 |
| 276:6 | 276:8,9 | 92:23 | 298:24 | efforts |
| 277:7,18 | 278:17 | 107:20 | early 270:21 | 17:12 |
| 278:18 | 281:21 | 108:3 | 294:22 | 25:25 |
| 281:12,13 | draw 239:19 | 109:10 | easier | 97:21 |
| 281:23 | drawing | 115:1,19 | 287:16 | 105:3,8,12 |
| 283:3 | 239:10 | 115:22 | East 261:4 | 290:10 |
| 292:3 | drip 206:6 | 145:7 | Easterly 4:6 | EI-ISAC |
| 295:25 | Drug 11:2,10 | 159:24 | 66:17 | 232:6,8 |
| documented | DS 189:7,8 | 175:8 | eastern 39:4 | EIC 231:1 |
| 94:2 98:1 | due 22:3 | 177:11,12 | ecosystem | EIP 203:11 |
| 104:6 | duly 21:2 | 177:18 | 18:6 97:1 | 203:24 |
| 107:17 | | 192:11 | 97:3 98:11 | 204:3 |
| documents | E | 194:16 | 106:16 | 205:16 |
| 45:8 93:17 | e 13:23 14:2 | 195:10 | 280:3 | 207:18 |
| 143:22 | 15:1,1 | 198:4,5,7 | edits 276:15 | 209:12,12 |
| 151:13,18 | 16:1,1,1 | 198:9 | educate | 210:5,11 |
| 151:21,23 | 16:24 17:1 | 201:3,4 | 157:12,21 | 210:13 |
| 152:3,20 | 17:7 18:1 | 273:9 | 281:15 | 212:2,7,9 |
| doing 27:10 | 18:1 19:1 | EAC 13:8,12 | educated | 213:21,25 |
| 31:2 40:16 | 19:1 20:1 | earlier | 158:1,3 | 214:4,8,10 |
| 41:17 | 20:1 32:9 | 54:13 60:2 | 281:6 | 214:12,16 |
| 60:11 68:5 | 302:2,18 | 72:3 80:12 | educating | 215:3 |
| 104:19 | e-mail 18:19 | 84:13 | 157:5 | 216:5 |
| 139:12 | 18:21,23 | 99:22 | Education | 218:4,15 |
| 237:22 | 92:22 | 102:4 | 11:18 | 219:4,6,23 |
| 263:7,8 | 163:7,20 | 116:16 | educational | 220:1,5,9 |
| 280:21 | 164:10 | 138:24 | 283:15 | 220:18,22 |
| 296:10 | 166:3 | 140:9 | EE 240:22 | 220:25 |
| dollars | 167:23 | 147:13 | effect 37:4 | 221:17 |
| 49:10 | 168:8,17 | 149:7 | 246:3 | 222:3,7 |
| domestic | 168:21 | 154:8 | effective | 223:17 |
| 40:2 74:17 | 169:2 | 162:18 | 102:8 | 226:19,25 |
| 74:23 | 175:17 | 172:16 | 275:20 | 227:14,18 |
| 76:12 78:3 | 178:17 | 191:22 | effectively | 228:4 |
| 78:11 | 188:16,17 | 199:10 | 266:25 | 229:5,7,17 |
| 183:25 | 188:21 | 201:11 | effectiv... | 231:8 |
| 217:19 | 190:8 | 204:24 | 97:10,12 | 232:2,22 |
| 269:22 | 192:5,7 | 237:12 | 185:23 | 233:3 |
| 270:1 | 193:20 | 244:16 | effects | 235:10 |
| Dorell 57:1 | 194:2,3 | 255:8 | 96:10 | 237:22 |
| DORI 6:10 | 195:21 | 261:19 | efficacy | 238:13 |
| downsides | 196:1,11 | 262:6 | 96:21 97:7 | 241:6 |
| 298:17,25 | 196:20,22 | 264:8 | 100:3,4 | 245:22 |
| Dozens 210:3 | 198:19 | 271:4,18 | 101:13 | 246:3 |
| DR 1:10,12 | 284:5 | 272:8 | 105:20 | 251:4,16 |
| 1:13 2:10 | E-mail(s) | 274:12 | 264:11,12 | 252:9 |
| draft 276:13 | 18:17 | 284:5 | effort 98:8 | EIP's 244:24 |
| 276:25 | e-mails 92:8 | 286:17 | 98:18 | 246:6 |

**DANIEL KIMMAGE** *11/10/2022*

**either** 25:11
60:4 65:21
66:1 72:4
107:17
116:10
139:24
184:6
189:18
191:19
234:10,18
247:18
252:8
300:4
**election**
10:8 13:3
19:5,6
90:12,12
90:13,16
90:19
112:11
116:19
129:5
138:6
144:13
202:1,11
203:7
204:9,18
210:15
211:15,19
211:23
212:11,15
215:9,10
216:15,17
216:23
217:7
218:2,9
224:5
226:3
231:17
232:10
234:5,14
242:17
245:16,17
251:8
255:21
258:11
259:7,20
**election...**
246:4

**election...**
84:8,12,16
84:18,22
84:24 90:4
90:10
209:16
215:2
218:9
**elections**
90:17,20
90:22 91:1
91:3
138:13
204:9
215:13,21
215:22,25
216:2
217:20
230:6
236:24
239:14
243:15
246:11
251:13
**electoral**
91:1
**electronic**
81:17
235:8
254:3
**element**
237:9
**elements**
280:2,4,16
**Ellis** 13:23
14:2 16:24
20:14,16
302:2,18
**ELVIS** 7:20
**embassies**
267:23
**embassy**
189:16
**emerged** 35:3
**emergence**
266:15
**emerging**
229:6,18
**employ**

255:21
**employed**
302:10
**employee**
189:19
273:11
294:22
**employees**
57:18
73:24
**employment**
91:15
**enable**
210:14
**enabled**
107:1,2,6
107:12
**enclosed**
303:11,13
**Enclosures**
303:25
**encourage**
55:1
**encouraged**
47:17
**encourages**
69:5
**encouraging**
50:23
**enforce**
36:16
**enforcement**
110:17,21
224:7
254:19,21
254:25
255:11,25
257:9
270:11,12
**engage** 29:11
29:12,14
37:16
215:8
224:16
248:19
274:5
**engaged** 40:9
69:6 89:8
185:16

203:6,13
203:15
215:3,9
227:1
**engagement**
5:15,25
6:7,14
8:14,19
9:3,10
12:3,8,14
12:19,20
18:14
19:13 22:8
22:14
23:25
24:10 25:2
25:8,20,22
26:10,24
27:8,21
28:2,19
29:4,10
30:3 31:13
43:20
44:13,23
45:1 46:11
46:20,21
46:24 47:3
48:4 49:5
50:6 52:2
52:4 56:4
58:2,13
60:8 83:19
86:15,15
88:24 89:5
89:7 91:8
91:11
94:10 98:9
120:5
121:8
129:1
131:2
132:2
144:22
153:8,11
153:14
155:22
156:6,10
158:17
159:4

161:10
167:14
169:7,16
173:15
177:3
192:16,18
194:4
197:1
208:17
214:12,15
241:25
269:12,18
269:25
276:19
277:9
280:17
283:21
296:17
297:7
299:6,7
**engagements**
31:17 56:6
70:1,3,5,9
70:10,16
121:7
155:8
157:10
299:10
**engages**
185:16
297:17
299:7
**engaging**
53:17
214:17
224:17
254:24
**entire** 41:7
47:11
114:3
115:8
206:17
260:1
**entirely**
60:12
101:16
126:25
216:20
245:4,9

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| entirety | 15:15,16 | 73:11  79:8 | 141:11 | 285:20 |
| 48:13 | 16:3,4,14 | 82:2,2 | 142:5 | 286:16,19 |
| entities | 303:5 | 88:16 | 152:15 | 288:8 |
| 162:25 | essentially | 93:10  96:3 | 167:13 | examples |
| 166:19 | 126:11 | 97:17,18 | 171:19 | 107:5 |
| 197:21 | 221:3 | 98:6  101:9 | 175:19 | 108:16,25 |
| 219:9,19 | 271:20 | 108:20,20 | 208:7,16 | 171:22 |
| 228:14 | establish | 111:20 | 229:13 | exception |
| 268:4,6 | 44:12 | 114:11 | 294:13 | 61:24 |
| 292:23 | 68:12  92:3 | 115:21 | 295:5 | exceptional |
| entity | established | 116:24 | EXAMINATION | 54:16 |
| 202:14 | 44:23 | 117:10,21 | 17:2  21:3 | excerpt 18:7 |
| 282:3 | 108:23 | 118:6,12 | 151:9 | 114:3 |
| 295:7 | 153:18 | 123:12 | 152:1 | excerpts |
| entry 21:22 | 232:22 | 124:7 | examined | 128:6 |
| environment | 271:10 | 127:5 | 301:12 | exchange |
| 38:9  89:6 | establis... | 131:8 | example | 30:8 |
| 107:11 | 272:4 | 143:8,15 | 30:19 | 210:14,20 |
| environm... | establis... | 145:16 | 33:22 | 211:2 |
| 268:2 | 44:8  46:11 | 148:5,17 | 34:21,21 | exchanged |
| envision | 46:19 | 155:25 | 54:6  61:25 | 30:10 |
| 296:2 | estimate | 159:13 | 62:3  63:1 | exchanges |
| envoy 199:4 | 131:12 | 178:21 | 74:18  75:9 | 167:7 |
| 200:6 | et 20:5,6 | 186:7 | 81:16  82:6 | exchanging |
| equally | 303:8,8 | 190:5 | 96:18,21 | 156:21 |
| 128:3 | 304:3,3 | 204:20 | 97:1  99:7 | exciting |
| equipped | ethnically | 205:18 | 99:25 | 114:24 |
| 36:16 | 268:20,25 | 223:4 | 103:7,8 | excluded |
| equips | 269:17 | 229:9 | 104:5 | 224:7 |
| 280:24,24 | 270:2 | 231:10 | 107:9,11 | exclusively |
| equivalent | Eurasia | 251:18 | 107:14,16 | 78:9 |
| 238:25 | 294:25 | 284:13,15 | 107:21 | Executed |
| equivalents | evaluation | 284:21,23 | 117:16 | 305:14 |
| 162:24 | 232:24 | 298:8 | 126:15 | executive |
| ERIC 1:6 | 233:4,10 | ex 1:5,8 | 149:5 | 7:10  13:7 |
| 8:12 | 233:14,20 | exact 37:15 | 163:23 | 25:16 |
| ERICA 11:4 | event 72:1 | 113:1 | 171:11 | 43:19 |
| errata | events 121:4 | 119:10 | 208:19 | 44:17,22 |
| 301:16 | everybody | 133:5 | 240:1,22 | 45:4  46:20 |
| 303:14,17 | 149:21,22 | 135:15 | 251:25 | 208:3 |
| 303:19 | 149:24 | 157:22 | 262:20,24 | 209:7 |
| 304:1 | 249:22 | 202:5 | 263:2,10 | executives |
| escalated | evidence | 203:17 | 267:2 | 51:8 |
| 181:13,25 | 33:12  35:3 | 204:22 | 274:14 | exercise |
| especially | 43:23  46:6 | 207:9 | 279:21,25 | 124:11 |
| 223:22 | 52:18 | 217:4 | 280:21 | exhibit 17:9 |
| 224:5 | 58:24 | exactly | 281:25 | 17:10,14 |
| ESQUIRE 15:3 | 63:10,22 | 47:14  92:1 | 282:5 | 17:17,21 |
| 15:13,14 | 70:19 | 92:12 | 283:1 | 18:3,4,7 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 18:12,13 | 119:5 | 230:20 | 232:24 | 207:23 |
| 18:16,19 | 124:19 | **extra** 43:1,2 | 233:3 | 214:5 |
| 18:23 19:3 | 131:3 | **extremism** | **facilities** | 221:4 |
| 19:4,7,9 | **experts** 63:3 | 17:13 44:9 | 100:9 | 237:25 |
| 19:12,14 | 132:9 | 268:21 | **facility** | 238:4 |
| 42:22,23 | **Expires** | 269:2,17 | 286:18 | 239:9 |
| 47:23,24 | 305:24 | **extremist** | **fact** 35:2 | 242:4 |
| 56:10,11 | **explain** | 268:23 | 136:17 | 278:7 |
| 56:17,18 | 46:12 | 269:13,22 | 182:13 | 282:19 |
| 57:6 73:21 | 293:14 | 270:3 | 183:12 | 284:10 |
| 93:2,3 | **explained** | **Eyeballing** | 214:15 | **fairly** 24:6 |
| 106:8,9,12 | 271:4 | 213:18 | 263:8 | 33:1,5 |
| 113:19,20 | **explicit** | **eyes** 48:16 | 267:5 | 120:25 |
| 115:9 | 223:25 | | 272:14 | **Faith** 10:24 |
| 120:3 | **exploit** | ___ **F** ___ | **fact-che...** | **fake** 17:19 |
| 123:25 | 158:7 | **face-to-...** | 183:7,16 | 171:5,8,11 |
| 127:10,12 | **explore** | 166:25 | 183:17 | 185:24 |
| 127:16,22 | 164:3,15 | 167:6 | **fact-che...** | **fall** 191:9 |
| 128:1,6 | **expose** 98:8 | **Facebook** | 182:18,21 | **falls** 271:24 |
| 152:25 | **exposing** | 19:7 51:10 | 182:24 | **false** 96:17 |
| 153:1 | 19:10 | 52:14 | 183:2,6 | 100:8 |
| 159:18,19 | 156:14 | 75:22,25 | 184:1,13 | 190:23 |
| 161:14 | **expression** | 80:20 | 185:7,8,16 | 201:10 |
| 177:7,8 | 181:15 | 82:13 | 237:4 | 211:20 |
| 188:8,10 | **extend** 75:6 | 139:21,24 | **factor** | 239:23 |
| 188:13 | **extends** | 140:1,15 | 238:10 | 264:18 |
| 206:2,3 | 78:10 | 141:4,9,12 | **facts** 43:23 | 267:5,9 |
| 213:12 | **extent** 68:23 | 141:13,17 | 159:12 | **falsely** |
| 252:12 | 69:1 | 141:19,25 | **fair** 24:1,23 | 190:25 |
| 253:2,3 | 110:14,20 | 142:1,11 | 25:13 | **familiar** |
| 260:19,20 | 129:10 | 142:18 | 34:14 | 153:21 |
| 276:2,3 | 136:12 | 143:5,13 | 35:25 37:9 | 179:12 |
| 288:15,17 | 159:4 | 145:18 | 44:13 46:8 | 253:13 |
| 288:24 | 202:16 | 160:20 | 49:4,24 | 287:8 |
| **exhibits** | 224:20,22 | 162:22 | 57:23 | 290:5,7 |
| 128:2 | 225:16 | 183:8 | 73:13 | 291:12 |
| 252:15 | 249:1,4 | 192:9,24 | 74:10 | 292:9,13 |
| **exist** 171:9 | 254:19,23 | 193:22 | 81:25 | 292:19,20 |
| **expanding** | 255:10,13 | 194:4 | 101:14 | 293:6,10 |
| 263:3 | 255:24 | 234:8 | 106:20 | 295:3,4,15 |
| **expedited** | 256:3 | 240:21 | 108:7 | 295:17 |
| 300:23 | 257:8 | 244:13 | 114:21 | **familiarity** |
| **expert** | 290:18 | 250:3 | 128:16 | 293:8 |
| 171:16 | 299:18 | 253:7,9 | 134:13 | **familiarize** |
| 262:16 | **external** 6:7 | **facilitate** | 142:2,14 | 48:22 |
| **expertise** | 11:7 | 31:19 | 154:23 | 93:18 95:5 |
| 32:4 65:2 | 227:12,17 | 91:10 | 157:18 | **far** 106:25 |
| 80:10 88:5 | 228:1,9,13 | 155:7 | 179:4 | 145:21 |
| 117:25 | 229:2 | 161:10 | 185:8 | 178:25 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 236:3,5 | 162:6 | **Fiona** 114:7 | 299:15 | **focus** 28:8 |
| 240:19 | 163:8 | **firms** 274:2 | **five-year** | 30:25 |
| **fashion** | 166:25 | **first** 94:4 | 69:20 | 34:18 |
| 184:19,20 | **federal** 7:13 | 95:15 | 109:7 | 60:13 |
| **FAUCI** 2:10 | 7:25 210:3 | 129:16 | **flag** 33:7 | 61:19,20 |
| **favorably** | 216:19 | 143:19 | 55:17 | 61:23 |
| 102:9 | 258:19 | 176:2 | 186:17 | 64:14 68:9 |
| **FB.com** | 259:3,9,10 | 177:22,23 | 195:4,14 | 74:13,14 |
| 192:11 | 259:11 | 180:2 | 199:25 | 76:6,14,16 |
| **FBI** 57:19 | 270:11,12 | 188:20 | 226:15,19 | 76:18,20 |
| 58:5,20 | **feel** 256:8 | 192:4 | 229:6,17 | 77:7 78:14 |
| 59:9,25 | 256:19 | 200:7 | 238:12 | 78:19 98:8 |
| 60:23 61:1 | **felt** 136:12 | 202:25 | 286:10,10 | 98:14 |
| 61:2 62:4 | **Fewer** 134:4 | 209:7 | **flagged** | 157:20 |
| 62:21 | **field** 293:9 | 224:8,17 | 189:6 | 185:19 |
| 63:18 64:2 | 293:11 | 225:4,24 | 193:1,23 | 239:21 |
| 64:3,5 | 298:12 | 227:9 | 200:19 | 268:20 |
| 73:25 | **fifteen** | 228:8 | 240:12,16 | **focused** |
| 120:4,11 | 150:3 | 229:12,12 | 241:6 | 47:12 |
| 121:15,24 | **fifth** 292:3 | 230:3 | **flagging** | 60:14,15 |
| 122:1,2,17 | 296:1 | 245:7,14 | 33:21 | 60:16,17 |
| 122:23 | **fight** 50:24 | 252:20 | 34:13,16 | 61:13 68:5 |
| 123:6,9,17 | **fighting** | 261:6 | 34:16 | 77:5 84:17 |
| 123:19 | 267:19,25 | 266:21 | 204:17 | 85:1 89:15 |
| 124:15 | 268:8 | 267:16 | 205:2 | 89:16 |
| 125:9 | **figure** 81:24 | 274:25 | 232:24 | 102:6 |
| 126:14 | **filed** 152:20 | 300:8 | 233:4,9,14 | 103:4 |
| 197:6,11 | **filing** | **fit** 296:5 | 233:20 | 109:2,4,21 |
| 197:17,19 | 303:21 | **FITF** 122:21 | **FLAHERTY** 5:5 | 112:24 |
| 199:25 | **Finally** | 124:22,25 | **flip** 94:21 | 124:17 |
| 200:21 | 267:17 | 125:5,24 | 112:4 | 148:11 |
| 254:15 | **financial** | 126:4,7,8 | 128:18 | 165:22 |
| 255:5 | 184:22 | 126:17,19 | 166:23 | 204:8 |
| 260:14,15 | 302:11 | 126:22 | 168:18 | 216:21 |
| **FBI's** 124:22 | **find** 275:21 | 127:8 | 173:18 | 249:12,14 |
| 255:17 | 303:11 | **five** 23:25 | 189:5 | 249:24 |
| **FBI's** 7:18 | **findings** | 86:2 | 195:20 | 268:16 |
| **FDA** 11:18,22 | 233:25 | 106:24 | 196:9 | 269:16 |
| **feasible** | 270:17 | 127:19 | 213:12 | **focuses** |
| 300:25 | **fine** 43:5,6 | 131:13 | 221:11 | 77:18 78:8 |
| **features** | 85:15 | 134:6 | 226:1,24 | **focusing** |
| 104:3 | 150:14 | 149:17,19 | 233:23 | 84:4 |
| **February** | 212:22,24 | 150:4,11 | 240:5,6 | **focussed** |
| 48:3 49:1 | 301:1 | 209:8 | 244:4 | 249:23 |
| 51:9 57:5 | **finish** 22:25 | 213:1 | 245:11 | **folder** |
| 67:18,18 | 29:1 65:25 | 241:3 | 267:13 | 206:13 |
| 94:10,11 | 166:16 | **five-minute** | 291:25 | **follow** |
| 131:16 | **finished** | 85:21 | **flow** 227:3 | 293:24 |
| 140:10 | 251:9 | 252:12 | **fly** 81:7 | **follow-up** |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 145:8 | 158:4,6,20 | forms 59:8 | 220:6,11 | front 28:13 |
| 168:21 | 163:18 | formulate | 221:22 | 29:11 |
| followed | 165:1,9,12 | 276:13 | 222:9,17 | 31:12 39:2 |
| 110:24 | 165:17,24 | formulation | 228:20 | 165:4 |
| 111:7 | 170:17,24 | 226:7 | 229:9 | 188:13 |
| following | 183:25 | 276:11 | 231:4,10 | 208:21 |
| 29:2 | 184:17 | forth 76:1 | 233:8 | 267:18 |
| follows 21:2 | 187:19,21 | 183:8 | 234:22 | FTIF 260:15 |
| Food 11:2,10 | 188:5 | 185:10 | 236:18 | full 68:2 |
| footnote | 204:7,17 | 228:5 | 238:2 | 94:23 |
| 112:2,5 | 205:2,3,6 | 274:18 | 245:1,25 | 115:7 |
| 113:3 | 215:25 | 283:13 | 251:18 | 161:25 |
| force 7:19 | 217:14 | 289:13 | 253:18 | 172:13,22 |
| 44:9 | 237:9,17 | forum 236:4 | 270:9 | 172:22 |
| 116:11 | 237:21 | forums 59:11 | 284:21 | 215:17 |
| 122:17 | 238:8,9,14 | 61:2 64:4 | 288:3 | 221:13 |
| 191:25 | 238:17,19 | forward | four 24:16 | 227:5 |
| foregoing | 238:23,24 | 23:17 | 211:13 | 228:8 |
| 301:12 | 239:2,4,5 | 48:10 | 219:8,8,18 | 229:12 |
| 302:4,5 | 239:12,13 | 177:24 | 221:17 | 246:1 |
| 305:6,13 | 239:14,17 | 213:5 | 228:23,24 | 289:10 |
| foreign 7:18 | 239:18,20 | 252:17 | 230:2 | fully 49:11 |
| 26:1,6 | 239:24 | 282:9 | four-year | function |
| 27:15 | 243:2 | forwarded | 71:2 | 280:18 |
| 32:16 | 249:25 | 191:13 | fourth | 283:16 |
| 35:20 40:1 | 251:2 | 192:8 | 277:18 | Functional |
| 40:3 54:24 | 261:21 | 196:13 | Francisco | 19:12 |
| 61:14 | 262:22 | forwarding | 7:24 81:8 | 276:18 |
| 63:13,19 | 267:24 | 196:20 | freestan... | functioning |
| 63:20 64:9 | 268:3,4 | forwards | 50:14 | 251:5 |
| 69:7 73:5 | 271:13 | 193:22 | frequency | fund 49:11 |
| 73:9 74:15 | 273:24 | 196:1 | 37:15 | funded 17:16 |
| 75:5,9,24 | 278:4,21 | foundation | 123:3 | 100:18 |
| 76:6,11 | 279:13 | 114:12,16 | 250:15 | 172:9 |
| 78:9 79:1 | 280:20 | 115:7,10 | frequent | 219:3,6 |
| 79:15,19 | 287:25 | 117:10 | 58:14 | 221:3,19 |
| 84:8 96:7 | 297:18 | 118:7 | 69:11 | 222:13 |
| 99:1,6 | foreign-... | 124:7 | 72:21 | 223:7,9,10 |
| 107:6 | 238:5 | 129:14 | frequently | 223:11,15 |
| 108:2 | Forensic | 134:17 | 32:5 37:14 | 265:21 |
| 116:3 | 219:14 | 167:20 | 71:15 | 294:16,17 |
| 122:16 | forgetting | 169:4,10 | 250:10,13 | funding |
| 136:10 | 216:10 | 174:11,18 | Frisbee | 49:19 |
| 137:2 | form 108:7,9 | 186:6 | 86:13,14 | 220:8,18 |
| 144:24 | 108:11 | 193:8,13 | 129:2 | 220:21,24 |
| 148:13 | 233:16 | 193:25 | 132:7 | 221:7,10 |
| 156:11,15 | 305:7 | 196:4,16 | 137:14 | further |
| 156:23 | formed | 212:4,17 | FRISBIE | 151:17 |
| 157:3,13 | 210:14 | 213:23 | 12:16 | 222:24 |

DANIEL KIMMAGE  11/10/2022

**Fuse** 19:4
**future** 18:9
  251:13

---
**G**

**G** 20:1 92:24
**G-e-o-r-g-e**
  203:2
**Gabrielle**
  93:13,24
  94:6 136:4
  199:4,9,21
  199:24
  200:6
  231:19
**Gabrielle's**
  95:16
**GALATAS** 8:8
**GALEMORE**
  10:21
**game** 262:20
**gap** 209:13
**gatewayp...**
  236:23
**gatewayp...**
  235:23
  236:5,9
**geared** 38:9
**GEC** 18:5
  27:24
  30:22 33:8
  37:16 38:2
  38:4,6,14
  40:10,16
  40:21
  44:16
  45:22
  46:16
  49:11 53:9
  55:16,23
  58:20 59:9
  59:18
  60:23 61:2
  61:4 62:4
  62:21,23
  63:4,18
  64:1,5,7
  64:21,22
  66:4 67:14

68:4,4,14
68:21 69:9
71:13,16
72:16
73:19
74:24
75:11,19
76:8 78:24
79:13,21
80:5 81:12
83:8 84:21
91:13
95:21,24
96:6,9
98:3,17
105:1
106:14
108:17,22
109:1,8
110:22
113:15
116:5,21
117:13,18
118:1
119:5,15
121:13
122:20
123:1,5
124:21,24
125:24
126:22
131:5,11
132:18
135:13
136:9
137:9,13
143:10,12
147:14
148:2
149:11,12
149:20
153:8
157:5,20
159:7
163:9
165:11,14
165:16,19
165:22
169:13

172:6,9
174:1
175:16
178:16,18
179:4,10
179:17,19
180:7,19
180:21
182:17,23
183:1,5
184:9,13
185:6
186:12,13
186:16
187:15
188:1,18
189:2,4
191:13
192:15
193:5
197:10
200:19
202:15,17
205:10,15
207:10,16
211:10
212:1,6
213:19,24
214:3,7,17
215:6
216:14,18
217:7,11
218:3
224:14,16
225:2,4,23
226:6,12
226:19
228:18,21
229:15
230:11,13
231:7,15
231:21,23
232:2
233:14,19
234:24
235:5
237:24
238:12
239:20,25

240:17
241:6
242:19,23
243:5
246:9,14
246:24
248:18,19
248:22
249:2
251:15
252:1,6,7
253:13,22
254:9
259:8,16
259:17,21
269:4
272:18,20
272:24
273:10,21
273:25
274:4
278:2,11
278:23
279:6
282:6,12
282:21
285:12,17
285:19,25
286:9
290:6,11
290:13,17
290:18
292:24
293:12,13
294:4,20
295:11,13
295:23
297:10,17
298:4,11
298:23
**GEC's** 36:11
  46:2 63:11
  69:4 73:6
  74:13,14
  75:4,5
  76:6,13,16
  110:1
  116:2
  124:10

163:25
165:15
185:12
205:8
214:10
240:14
277:2
278:8,19
281:13
293:25
297:1
**GEC/FITF**
  126:11,12
**GEC/TET**
  153:18
**GECs** 34:22
**general** 1:7
  1:10 2:1
  8:15 30:7
  33:5 34:8
  38:7 77:2
  77:17
  110:3
  137:11
  139:5
  148:9
  184:14
  214:12,15
  217:13
  242:13
  248:16
  293:8
  295:17
**GENERAL'S**
  15:4
**generally**
  25:20
  34:16,17
  60:15
  61:20,23
  62:15
  67:25
  72:24,25
  77:16
  81:12
  83:12
  117:4
  125:19
  161:4

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 186:16 | **global** 12:2 | 143:25 | 106:8 | 50:21 |
| 187:15 | 12:8,14,20 | 150:13,21 | 113:18 | 74:19 |
| 205:11 | 19:13 22:8 | 150:23 | 115:25 | 96:19,22 |
| 221:2 | 22:14 | 166:1 | 127:11,15 | 98:21 |
| 243:16 | 23:24 | 179:22 | 127:25 | 100:8,16 |
| 256:18 | 24:10 25:2 | 181:3,4 | 150:3 | 100:18,19 |
| 267:25 | 25:7,20,22 | 197:12 | 152:25 | 100:24 |
| 268:10 | 26:9,24 | 209:6 | 159:16,17 | 102:20 |
| 274:1 | 27:8,21 | 222:24 | 188:8 | 111:3 |
| 298:4 | 28:2 43:19 | 225:13 | 198:13 | 112:18 |
| **generated** | 44:12,23 | 235:7,20 | 206:1,16 | 114:20 |
| 84:8 | 45:1 46:11 | 237:2 | 209:24 | 155:9 |
| **GEOFFREY** | 46:19,21 | 239:14 | 212:20 | 159:25 |
| 9:25 | 46:23 47:3 | 247:14 | 216:18 | 172:1,21 |
| **George** | 48:3 58:2 | 252:15,19 | 245:20 | 178:4 |
| 202:21,22 | 60:8 86:15 | 264:16 | 247:11 | 187:18,19 |
| 202:25 | 89:5,7 | 271:9 | 257:13 | 187:21 |
| 203:1 | 94:10 98:9 | 293:23 | 288:15 | 188:5 |
| **getting** 42:1 | 120:4 | 299:19 | 300:22 | 209:14 |
| 50:1 75:14 | 121:8 | **goal** 82:6,8 | **Goldstein** | 210:15,21 |
| 109:11 | 129:1 | 156:13 | 49:21 50:3 | 211:2,11 |
| 228:24 | 131:1 | 165:11,13 | 50:5,16,20 | 220:8,18 |
| 249:4 | 144:22 | **goals** 164:4 | 51:7 53:17 | 220:21,24 |
| **GINA** 4:15 | 156:10 | 164:16,20 | 54:3,3 | 222:13,14 |
| **give** 23:3,7 | 158:16 | 165:3,15 | **Goldstein's** | 223:24 |
| 27:1 42:21 | 177:3 | 226:3,7,13 | 50:25 52:2 | 228:9 |
| 47:22 | 192:15,18 | 278:8 | **good** 20:2 | 229:3,15 |
| 48:20 | 194:3 | **goat** 92:25 | 41:16 | 230:3,21 |
| 93:17 95:4 | 197:1 | **goes** 44:11 | **Google** 51:8 | 230:25 |
| 107:13 | 208:16 | 45:9 51:6 | 52:13 | 235:9,13 |
| 127:9 | 241:25 | 51:16 | 80:20,21 | 235:14 |
| 149:22 | 263:25 | 52:12 74:5 | 82:16 | 236:13 |
| 171:9 | 269:12,18 | 78:23 | 139:24 | 250:5 |
| 188:7 | 269:24 | 197:5 | 140:2,15 | 258:19 |
| 260:18 | 276:19 | 224:4 | 141:4 | 265:2,19 |
| 262:4 | 277:9 | 227:11 | 142:21 | 265:20,21 |
| 275:25 | 280:17 | 298:14 | 162:22 | 266:16 |
| 285:19 | 283:21 | **going** 21:12 | 183:8 | 271:6 |
| **given** 256:6 | 296:17 | 28:25 | 196:13 | 278:2 |
| 301:14 | 297:7 | 44:16 | **Google.com** | 294:16 |
| **gives** 169:19 | 299:6 | 48:10,12 | 196:21 | **governme...** |
| 282:15 | **go** 22:21 | 48:13 | **Google/Y...** | 25:25 |
| **giving** 48:25 | 23:17 36:1 | 55:16 | 145:22 | **governme...** |
| 49:1 | 63:24 69:2 | 58:24 | **Gotcha** 113:2 | 228:14 |
| 123:15 | 85:19,25 | 76:24 | **Governance** | **governments** |
| 282:21 | 94:22 | 78:13 | 4:22 | 99:1,6 |
| 288:7 | 115:12 | 85:14 90:8 | **government** | 187:13,17 |
| **glanced** | 123:23 | 93:1,2 | 17:12 | **grant** 184:21 |
| 208:2 | 127:18 | 97:16 | 27:17 | **granted** |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 21:23 | 111:11,14 | 195:3 | 282:9,18 | 221:20 |
| **grants** | 111:18 | **happening** | 283:17 | **hope** 180:25 |
| 267:17,24 | 112:1,15 | 121:5 | 290:2,11 | **hoped** 135:21 |
| 268:3 | 112:15 | **happens** | 299:8 | **hopefully** |
| **graph** 240:8 | 113:5,9,13 | 250:10,13 | **helped** 87:3 | 282:8 |
| 240:9,19 | 254:15 | **happy** 169:6 | 88:19 92:2 | **hour** 85:14 |
| **graphic** | 255:6,7,20 | 169:16 | **helping** | 86:1 93:16 |
| 106:25 | 257:13 | **harm** 27:5 | 209:18 | 127:25 |
| **graphics** | 258:9,20 | 36:10 | 289:15 | 212:20 |
| 106:24 | 258:23 | **Hawaii** 14:3 | 290:25 | **hours** 206:18 |
| **Graphika** | 259:5,18 | **head** 41:13 | **helps** 44:2 | **House** 1:23 |
| 219:15 | 259:22 | 72:13 | 263:5 | 4:17 5:3 |
| 295:2,12 | **hacked** 108:2 | 86:22,24 | 280:6 | 5:10,13,18 |
| 295:14 | **hacking** | 117:12 | 297:6 | 6:1,8,12 |
| **grasp** 262:9 | 107:9,20 | 162:14 | **HENRY** 10:12 | 6:17,24 |
| **greet** 146:8 | 109:13,15 | 168:9,12 | **hereunto** | 9:6 17:10 |
| **ground** 22:22 | 109:16,23 | 178:5 | 302:13 | 43:13 |
| **grounds** | 109:24 | 191:20 | **hey** 33:23 | 45:14 |
| 249:3 | 110:6,23 | 266:8 | 35:16,20 | 46:23,25 |
| 256:23 | 111:10 | **heading** | 250:4 | 47:2 50:22 |
| 258:4 | **HALE** 9:25 | 237:3 | **HHS** 8:19,24 | **HRSA** 8:23 |
| **group** 61:6 | **Halfway** | 244:13 | 9:3,11,15 | **HSIANG** 7:5 |
| 72:6,13 | 268:17 | **heads** 119:10 | **Hi** 167:23 | **huge** 275:19 |
| 135:6 | **Hamilton** | **health** 2:6,8 | **high** 110:4 | **Human** 2:7,9 |
| 230:14,17 | 119:8,20 | 11:16 | 112:15 | **HUMPHREY** |
| 230:19 | 119:24 | 95:18 | 161:20 | 5:16 |
| **groups** | **hammers** | **hear** 195:5 | **high-level** | **hundred** |
| 228:25 | 170:3 | 255:4 | 33:24 | 40:23 |
| 230:2 | **hand** 93:1 | **heard** 197:7 | **higher** 30:25 | **hundreds** |
| 241:24 | 106:7 | 202:1,7 | 210:2 | 234:13 |
| 269:16,19 | 302:14 | 218:18 | **higher-l...** | **hypothet...** |
| 269:21,22 | **handed** 128:5 | 236:8,12 | 33:17 | 62:10 75:1 |
| 269:23 | 128:6 | 242:18 | **highest** | 75:18 |
| 270:3 | 152:25 | 247:4,5 | 39:10 65:9 | 159:12,12 |
| **guess** 173:13 | 159:16 | 253:23 | 199:5 | 182:3 |
| 179:16 | 188:9 | 294:9 | **highligh...** | |
| 270:21 | 253:1 | **height** 99:22 | 267:8 | **I** |
| **guys** 81:7 | 260:19 | 105:22 | **Hill** 114:7 | **I2** 119:13 |
| 85:17 | **handful** | **held** 14:1 | **HINES** 1:11 | **I2C2** 28:16 |
| 136:18 | 143:9 | 20:8 42:17 | **HOFT** 1:12 | 28:17 |
| | **handing** | 216:14 | **hold** 29:24 | 60:10 |
| **H** | 177:6 | 273:5 | 31:17,18 | 117:23 |
| **H** 1:24 17:7 | **happen** 34:7 | **Hello** 168:25 | 86:2 273:2 | 118:24,25 |
| 18:1 19:1 | **happened** | 180:23 | **holds** 30:3 | 119:3,6,13 |
| 106:6 | 24:20 33:3 | **help** 50:23 | **Homeland** | 119:18 |
| **hack** 107:22 | 80:16 | 170:10,15 | 3:16 4:4 | 121:20,23 |
| 108:17,25 | 107:14,24 | 209:14 | 4:24 9:21 | 123:16 |
| 109:8,9 | 130:13 | 261:20 | 44:7 57:20 | 124:16 |
| 110:4,9 | 194:13 | 279:18,20 | 58:6 73:25 | 125:11 |

**DANIEL KIMMAGE  11/10/2022**

I2C2's
  124:14
IA 198:24
  200:15,16
IC 121:23
idea 218:25
  221:14,16
  222:3,14
  223:17
  241:5
  242:3
ideas 57:14
identifi...
  42:24
  47:25
  56:12 93:4
  106:10
  113:21
  127:13
  153:2
  159:20
  177:9
  188:11
  206:4
  253:4
  260:21
  276:4
  281:16
  288:18
identified
  63:20 95:2
  128:24
  208:9
  230:13
  249:19
identifies
  190:2
  228:1
  230:2
identify
  63:12
  170:16,23
  171:15
  182:14
  249:7
  261:20
  278:3
  279:20
  280:6,10

280:19
287:16,25
299:8
identifying
  56:15
  109:6
  111:17,25
  156:14
  184:15,25
  249:9
IDs 245:6
Iheme 142:17
immediately
  50:19
  223:23
impetus
  135:16
implement
  26:11
implemen...
  261:13,18
implicating
  96:19
important
  277:25
  280:3,18
in-scope
  234:1
inaccurate
  74:12
inapprop...
  247:20,25
  248:3,9,11
inauthentic
  170:16,20
  170:24
  171:3
  261:21
  279:21
incidences
  181:12,24
incident
  49:13
  54:12
  109:16
  111:11
  178:6
  194:12,19
  194:20,25

195:3
197:10,11
197:18,20
198:10
200:24
incident...
  244:6
  245:2
incidents
  109:16
  110:6
  111:15
  113:3,4
  182:8
  194:23
  229:6,18
  232:24
  233:4,10
  233:14,20
include 24:5
  70:11
  74:15 78:1
  81:20 85:6
  155:19
  160:2
  225:8
  228:14
  230:21
  241:24
  269:22
  271:5
included
  92:15,21
  131:14
  228:9
  245:3,4
includes
  122:1
including
  55:16
  102:10
  129:1
  210:4,16
  230:25
  243:1
  281:23
  282:25
  296:22
  297:15,21

298:18
incorrect
  154:10
increase
  156:13
  158:17
increasing
  268:20
Increasi...
  17:22
incubator
  57:14
indention
  36:14
Independent
  202:10,13
indicate
  303:16
indicated
  57:1
indicates
  234:12
indicating
  240:15
indirectly
  38:16
  55:17
individual
  120:19
  132:22
  141:15
  153:24
  203:6
  215:1
  218:2
  253:22
individu...
  146:7
individuals
  64:24
  131:5
  134:23
  163:5
INDRANEEL
  15:16
Indranee...
  15:24
industry
  169:15

271:15
274:5
Infectious
  2:14,18
inferred
  146:1
influence
  7:18 37:17
  38:2
  122:17
  238:9
  263:3
info-demic
  267:20
  268:9
inform 36:21
  38:5,7
  55:2 64:9
  297:6
information
  17:18 18:9
  21:20 30:8
  30:10
  32:23 33:6
  35:19 38:5
  51:19 68:3
  68:9,11,24
  69:2 71:20
  72:10,17
  73:1,2
  77:7 78:8
  89:8
  108:12
  110:15,17
  116:16
  119:15
  136:13
  156:7,8,9
  156:21
  157:23
  169:14,22
  184:22,24
  185:3,6
  186:14
  191:11,23
  192:1
  198:23
  210:14,20
  211:2

DANIEL KIMMAGE 11/10/2022

| | | | | |
|---|---|---|---|---|
| 214:6,10 | initiative | 296:3 | interaction | 41:24 |
| 224:21 | 172:7 | 297:20,25 | 39:23 40:9 | 163:17 |
| 232:11 | injunction | 298:6 | 40:19,20 | 164:4 |
| 249:2 | 152:14 | instruct | 42:3 99:8 | 302:11 |
| 250:17,20 | inoculation | 68:25 | 125:23,23 | interested |
| 250:22,24 | 275:4 | 110:19 | 126:1 | 165:19 |
| 254:25 | input 226:7 | 163:5 | 197:19 | Interest... |
| 255:12,15 | 226:12 | 224:21 | 216:12 | 237:15 |
| 255:25 | 276:10,15 | 249:2 | 293:2 | interests |
| 256:1,4,13 | 276:17 | 254:21 | 298:3 | 164:15,20 |
| 256:22 | inside 183:2 | 255:12,22 | interact... | 164:25 |
| 257:9,9 | 224:10 | 255:23 | 36:4 39:15 | interface |
| 258:4 | insight | 256:1 | 40:10 | 29:8 |
| 270:17 | 290:20 | 257:10 | 46:16 47:8 | interfacing |
| 273:22 | insights | instructed | 71:12 | 291:19 |
| 279:11 | 159:5 | 163:4 | 72:15,20 | interfer... |
| 282:15,21 | insinuate | instructing | 72:24 | 112:10 |
| 283:15 | 102:10 | 225:7,15 | 76:10 99:6 | 237:9,18 |
| 286:2,10 | insinuated | instruction | 126:21,24 | 237:21 |
| 286:12 | 102:19 | 256:14,15 | 212:6 | 238:8,14 |
| informed | insinuating | 257:15 | 213:25 | 238:19,21 |
| 39:3 | 102:16 | integration | 217:5 | 238:24 |
| 219:18 | inspired | 278:11 | 291:24 | 239:4,12 |
| 251:1 | 296:20 | integrity | 297:24 | 239:14,24 |
| informing | 297:1 | 19:6 129:5 | 298:5 | Interim 13:7 |
| 55:5 | Instagram | 138:6 | interactive | intermed... |
| 290:19 | 234:9 | 144:13 | 262:25 | 55:17 |
| infrastr... | 244:13 | 202:2,11 | interagency | internal |
| 4:10,13 | 253:10 | 203:8 | 27:19 | 27:20 28:5 |
| 65:16 66:9 | instance | 226:3 | 28:15,17 | 37:5 61:1 |
| 77:24 | 31:9 33:2 | 243:14 | 59:11 | 109:12 |
| 230:6 | 38:21 | 245:17 | 61:15 64:3 | 111:3 |
| 232:11 | 55:21 | intellig... | 117:12 | 142:10 |
| infreque... | 254:12 | 59:1 63:1 | 120:5,10 | 193:1,23 |
| 64:1 | instances | 107:18 | 120:13,15 | 195:11 |
| infringe... | 34:3 38:12 | 112:19 | 120:18,22 | 227:2,14 |
| 225:24 | Institute | 120:21 | 121:14,22 | 235:8 |
| initial | 2:13,17 | 121:9 | 122:20,25 | 243:22 |
| 47:11 | 123:10 | 224:9 | 123:4,6 | 249:5 |
| 146:4 | 183:19 | intent | 124:11,17 | 255:11 |
| 221:14,16 | 261:4 | 286:12 | 126:6,10 | internally |
| initially | 292:22 | intention | 126:13,24 | 27:17 |
| 162:7 | institutes | 37:17 | 189:1 | 171:17 |
| 191:24 | 294:1 | interact | 197:21 | internat... |
| 267:3 | Institution | 126:4 | 200:17 | 185:7 |
| initiated | 18:10 | interacting | 201:6 | 187:2,10 |
| 135:16 | 113:25 | 46:3 | 215:11,20 | 187:10,12 |
| 147:14,15 | institut... | 213:19 | 216:18,21 | 187:16 |
| 147:19 | 292:6 | 252:9 | interest | 188:4 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 191:8 | 263:1 | 290:25 | 109:22 | **Jobe** 174:22 |
| 201:8 | **invite** | 291:19 | 124:21,23 | **jog** 147:17 |
| 289:24 | 134:10,18 | **involvement** | 124:24 | **John** 15:3 |
| 290:2,8 | 145:12,23 | 203:23 | 125:1 | 16:3 |
| **internet** | 173:21 | 204:2,7,23 | 129:4 | 212:19 |
| 219:16 | **invites** | 204:25 | 215:2,9,10 | **John.sau...** |
| 221:18 | 81:17 | 205:5 | 216:15 | 15:9 |
| 223:9 | **involve** 70:6 | 210:11 | 253:9 | **John.vec...** |
| 232:13,17 | 96:24,25 | 214:10 | 254:4,8 | 16:9 |
| 235:2 | 124:18 | 216:5 | 290:15 | **joint** 50:5 |
| 292:14,22 | 187:15 | 218:3 | 293:25 | 152:16 |
| 292:25 | 225:24 | 222:11 | **Italy** 267:2 | **joking** |
| 293:3 | 272:10 | 234:24 | **items** 127:7 | 206:19 |
| 294:5 | 274:13 | 294:4 | **iteration** | **Joseph** 1:17 |
| 295:20 | **involved** | **involves** | 45:2,23 | 16:24 20:6 |
| 297:22 | 38:14 | 62:4 | 46:21 | 20:14 |
| **interns** | 40:18 | 215:10 | _____ | 303:8 |
| 222:3 | 41:18,23 | **involving** | **J** | 304:3 |
| 223:14 | 42:3 45:22 | 54:16 66:3 | **J** 16:3 19:15 | **JOSHUA** 9:7 |
| **internships** | 46:3 47:4 | 101:2 | **JANELL** 9:12 | **JR** 1:17 |
| 221:19 | 50:1 65:10 | 127:8 | **Janelle** | 303:8 |
| 223:8,11 | 80:7 117:2 | 188:18 | 292:5 | 304:3 |
| 223:14 | 117:18 | 194:17 | **JANKOWICZ** | **July** 24:12 |
| **interpret** | 118:22 | 195:8 | 4:19 | 24:12 |
| 199:23 | 121:13 | **Iran** 28:9 | **January** | 176:15,19 |
| 209:25 | 122:13 | 32:17 | 22:16,16 | 177:4 |
| **interpreted** | 129:2 | 83:21 | 24:2 25:3 | **June** 42:20 |
| 199:21 | 156:18 | 185:20 | 25:5 43:14 | 131:17 |
| **interrupt** | 177:2 | **Isaac** 166:10 | 51:8 | 140:12,13 |
| 23:11 | 185:9,12 | **ISAC** 230:6 | **JAY** 8:2 | 208:11,12 |
| 38:24 | 189:22 | 240:23 | **JAYANTA** 1:10 | **junior** 20:6 |
| **interrup...** | 201:13 | **Isis** 27:7 | **JEAN-PIERRE** | 65:22 |
| 25:6 | 203:19 | **Isis-spe...** | 1:21 | **Justice** 7:13 |
| **interview** | 204:15,16 | 89:13 | **Jefferson** | 15:17 44:7 |
| 48:25 49:6 | 205:16 | **issue** 21:24 | 11:4 15:7 | 112:9 |
| 50:7 | 210:5 | 88:25 | **JEFFREY** 1:8 | 303:5 |
| 113:24 | 216:16 | 125:5,9 | **JEN** 4:6 | **justify** |
| **introduced** | 218:10 | 147:23 | **JENIN** 16:4 | 269:1 |
| 139:1,4 | 219:9,23 | 187:14 | **Jeninyou...** | _____ |
| 262:21 | 219:25 | 248:16 | 16:10 | **K** |
| **introducing** | 241:15 | 249:16 | **JENNIFER** 3:7 | **K** 12:4 91:5 |
| 84:22 | 246:9,14 | 263:25 | **JILL** 1:11 | 93:8 |
| 147:10 | 251:16 | 268:16 | **JIM** 1:12 | 152:11 |
| **invented** | 263:21 | 300:14 | **job** 13:21 | 160:2 |
| 74:20 | 267:21 | **issued** | 49:23 | 179:1 |
| **investig...** | 276:8,9 | 231:21,22 | 120:19 | 295:3 |
| 7:14 8:1 | 278:17 | **issues** 35:7 | 161:9 | **Kansas** |
| 112:10 | 281:21 | 41:24 42:3 | 166:12 | 303:21 |
| **investments** | 283:14 | 76:10 90:5 | 267:5 | **KARINE** 1:21 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| **KATE** 8:8 | 144:20 | 42:25  43:4 | 138:8 | 217:9,21 |
| **keep** 85:16 | 156:5,8 | 43:22 | 140:18,24 | 219:11,20 |
| 213:1,4 | 167:7 | 44:18  46:5 | 143:7,14 | 220:10,14 |
| **kept** 161:3 | 170:2,6 | 48:8,15,20 | 145:10,15 | 221:21 |
| **key** 233:25 | 178:18 | 52:17 | 148:4,16 | 222:8,16 |
| 245:8 | 184:20 | 56:13,23 | 148:25 | 222:21 |
| **KGB** 265:1 | 185:5 | 58:23 | 149:14 | 223:3 |
| **KHERIATY** | 189:20 | 60:24  62:9 | 150:2,16 | 224:19 |
| 1:13 | 205:21 | 63:9,21 | 151:5,10 | 225:6,14 |
| **kicked** | 209:2 | 68:22 | 151:24 | 225:20 |
| 137:10 | 217:18 | 70:18 | 153:3 | 226:8,21 |
| 138:25 | 226:2 | 72:18 | 155:15,24 | 227:19 |
| **KIM** 10:6 | 231:21,23 | 73:10 | 157:15 | 228:19 |
| **KIMBERLY** | 232:2 | 74:25 | 158:24 | 229:8,19 |
| 11:19 | 233:15 | 75:12,17 | 159:11 | 231:3,9 |
| **Kimmage** | 235:8 | 76:2  77:9 | 164:7,21 | 233:7,16 |
| 12:11 | 236:22 | 77:19 78:4 | 165:5 | 234:21 |
| 13:16  14:1 | 237:23 | 79:7 82:1 | 166:20 | 235:3,17 |
| 17:2,4,9 | 240:14 | 85:12,18 | 167:9,19 | 236:17 |
| 18:3 19:3 | 242:8 | 85:21,25 | 168:15 | 238:1,15 |
| 20:4 21:1 | 245:22 | 86:4 88:15 | 169:3,9 | 241:17 |
| 21:7,8 | 246:14,16 | 90:7 92:6 | 172:18 | 243:10 |
| 22:5 50:16 | 248:10 | 92:18 93:9 | 174:10,17 | 244:1,25 |
| 86:13 | 250:3 | 93:15,25 | 176:20,25 | 245:24 |
| 128:5 | 253:15 | 95:1 96:2 | 178:9,20 | 246:17 |
| 129:2 | 255:5 | 97:16 98:5 | 180:8,12 | 247:1 |
| 151:7,11 | 269:4 | 101:8 | 181:19 | 248:25 |
| 254:20 | 283:15 | 106:3 | 182:2 | 250:18 |
| 298:2 | **kinds** 32:5 | 108:19 | 183:9,13 | 251:17 |
| 301:5,8,11 | 35:7 59:25 | 110:13 | 186:5,22 | 252:11,18 |
| 303:12 | 61:10 | 111:19 | 190:4,11 | 253:17 |
| 304:2 | 97:14 99:9 | 114:10,15 | 193:7,12 | 254:18 |
| 305:5,20 | 148:3 | 115:6,20 | 193:24 | 255:9,22 |
| **Kimmage's** | 156:4 | 116:7,23 | 194:8 | 265:12,23 |
| 300:5,6 | 172:15 | 117:9,20 | 196:3,15 | 270:6,9 |
| **kind** 30:9 | 212:2 | 118:5,11 | 197:12,25 | 273:17 |
| 32:11 34:4 | **KIRCHNER** | 118:20 | 198:12 | 275:10,12 |
| 35:4 36:23 | 244:8 | 119:1 | 201:1,22 | 279:3 |
| 54:11 55:6 | 269:6 | 122:5,14 | 204:19 | 280:13 |
| 60:22 | **KIRSCHNER** | 123:11 | 205:17 | 281:8,18 |
| 69:18 73:2 | 15:13 | 124:2,6 | 206:5,11 | 284:12,20 |
| 75:24 | 21:10 | 125:6,16 | 206:16 | 285:7,24 |
| 83:25 | 26:13,17 | 127:4,14 | 207:1 | 286:14 |
| 98:24 99:2 | 28:25 | 127:20,24 | 209:20 | 287:18 |
| 106:23 | 29:16,19 | 129:13 | 210:6 | 288:2,19 |
| 114:18 | 33:11 35:9 | 131:7 | 212:3,16 | 288:22 |
| 115:23,24 | 36:25 | 133:12 | 212:19 | 289:19 |
| 135:19 | 37:21 | 134:14,17 | 213:3,22 | 291:3,21 |
| 142:25 | 38:18 | 136:24 | 216:6,25 | 292:11 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 293:16,19 | 121:12,13 | 179:11 | 242:10,23 | 202:11 |
| 297:3,12 | 121:17 | 180:6,14 | 243:16,22 | 205:12 |
| 298:7 | 122:9,10 | 180:18,20 | 244:17 | 209:18 |
| 299:2,12 | 122:11 | 183:15 | 245:20 | 246:8,13 |
| 299:16 | 123:1,5,14 | 185:2,3,5 | 246:15 | **known** 72:9,9 |
| 300:3,10 | 123:20 | 185:14,15 | 247:12,22 | 91:6 |
| 300:18 | 124:20,23 | 186:18 | 248:12,24 | 116:12 |
| 303:5,10 | 125:13 | 187:5,8,14 | 250:4 | **Krebs** 66:16 |
| **knew** 147:13 | 126:16,18 | 189:8 | 251:4,7,11 | 66:18 |
| **know** 30:21 | 127:15,25 | 191:13,18 | 251:12,15 | **KRISTEN** 13:9 |
| 31:8 33:24 | 129:9,10 | 193:15 | 251:21,23 | **KRISTIN** |
| 35:23 | 130:12,22 | 194:10,15 | 252:8 | 10:21 |
| 37:14 | 132:16 | 195:17 | 257:4,12 | **KULLDORFF** |
| 38:15 40:6 | 133:15,21 | 197:13,17 | 257:17,25 | 1:14 |
| 41:10,18 | 134:18 | 198:15,20 | 258:15,17 | **KYLA** 15:14 |
| 42:9 44:21 | 135:9 | 199:2,8,22 | 259:13 | **Kyla.sno...** |
| 47:2,3 | 138:24 | 200:1,2,4 | 262:5,16 | 15:22 |
| 48:19 51:4 | 142:10 | 200:16 | 264:6 | |
| 55:11,14 | 143:4 | 203:14,14 | 265:25 | **L** |
| 59:24 61:9 | 146:18,21 | 203:18,20 | 266:3 | **L** 15:18 |
| 62:12,23 | 147:18,20 | 203:22,25 | 270:8,25 | 159:15 |
| 66:20,24 | 149:24,25 | 204:1,3,10 | 273:14 | 303:6 |
| 69:10 | 150:12 | 205:15 | 274:1 | **lab** 74:20 |
| 70:24 71:6 | 151:20 | 207:11 | 275:12 | 219:14 |
| 72:23 73:8 | 155:1,18 | 209:4,5,5 | 277:1 | 250:6 |
| 73:18 | 156:2 | 209:5,17 | 278:13 | **label** 106:8 |
| 74:22 75:3 | 160:5,5,14 | 209:22 | 280:24 | 281:25 |
| 75:15 | 160:17,18 | 210:1,4,9 | 281:20 | 282:7 |
| 76:22 77:1 | 160:19,21 | 210:10,19 | 282:1 | **labeled** |
| 77:7,12,22 | 160:23,25 | 214:3,20 | 283:25 | 47:23 93:2 |
| 78:6,7,16 | 161:1,2,24 | 214:20,23 | 285:21 | 113:18 |
| 78:17 | 161:25 | 216:8,9,22 | 287:10,20 | 234:10 |
| 79:19,25 | 162:2,11 | 217:3,4,13 | 289:17,22 | 277:17 |
| 80:3,15 | 162:16,17 | 217:14,23 | 289:23 | 282:2 |
| 81:9,16 | 164:5,24 | 218:1,16 | 291:23 | **labeling** |
| 83:22,25 | 166:5,12 | 218:20,22 | 292:18 | 234:19 |
| 84:2 87:18 | 167:2,7,12 | 218:24 | 293:5 | 282:4 |
| 88:10,11 | 167:13 | 219:6 | 294:3,17 | **labels** |
| 88:13,18 | 170:2 | 221:3,5 | 298:2,21 | 282:11,12 |
| 89:3,11 | 171:10,17 | 224:14 | 299:4,13 | 282:16,18 |
| 91:18,20 | 172:11 | 227:16,22 | 300:24,24 | **laboratory** |
| 91:25 94:6 | 173:14 | 229:22,23 | **knowledge** | 35:1 |
| 102:25 | 174:13,14 | 230:6 | 24:22 40:5 | **lack** 114:11 |
| 103:11,12 | 174:20,22 | 231:16,20 | 41:14 | 114:16 |
| 105:13,25 | 175:4,6,12 | 231:24,25 | 62:17 | 115:6 |
| 109:4 | 175:19 | 232:1,8,13 | 69:20 | 117:10 |
| 111:24,24 | 176:14 | 235:5,16 | 76:18 | 118:7 |
| 112:21 | 177:21 | 236:21 | 122:4 | 124:6 |
| 118:2,18 | 178:12,16 | 242:5,6,7 | 195:3,6 | 129:13 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 134:17 | lawyers | legitimacy | liaison | 174:1,5,9 |
| 167:19 | 224:25 | 212:15 | 271:11,25 | 175:5 |
| 169:4,10 | Lea 93:13,23 | lengthy | 272:4,11 | Linkedin... |
| 174:10,18 | 94:6 136:4 | 207:22 | 272:13 | 18:17 |
| 186:6 | 199:4,8,20 | lessons | 273:3,13 | Linkedin... |
| 193:7,13 | 199:24 | 271:12 | LIBERTIES | 18:18 |
| 193:25 | 200:6 | 273:19,22 | 16:2,5 | Linkedin... |
| 196:3,16 | 231:18 | let's 42:22 | lie 35:4 | 18:18 |
| 212:3,16 | lead 8:4 | 47:21 | life 194:22 | links 163:25 |
| 213:22 | 10:8 25:25 | 56:10 | light 262:17 | 169:19,20 |
| 220:10 | 62:24 63:1 | 85:16,19 | 263:9 | 190:16 |
| 221:21 | 95:17 | 86:2 97:5 | limited | list 117:15 |
| 222:8,16 | 290:15 | 106:7 | 89:21 | 160:16 |
| 228:19 | leadership | 113:17 | 297:15 | 172:13,22 |
| 229:9 | 29:12 | 129:16 | line 36:11 | 213:18 |
| 231:3,9 | 198:22 | 130:11 | 39:20 | 218:14 |
| 233:7 | 199:1 | 150:16 | 115:8 | 226:2 |
| 234:21 | 200:3,4,10 | 164:3 | 150:4,9 | 262:1 |
| 236:17 | leading | 212:23 | 174:20 | listed 30:13 |
| 238:1 | 45:17 | 213:4 | 178:25,25 | 76:23 |
| 244:25 | 242:16 | 240:6 | 212:8 | 107:8 |
| 245:24 | 292:6 | 252:19 | 220:3 | 199:3 |
| 251:18 | Leah 11:24 | 257:2 | 245:15 | 214:1 |
| 253:17 | 131:23 | level 31:1 | 248:6 | 218:20 |
| 270:9 | leak 254:15 | 31:16,20 | 253:15 | 219:10 |
| 284:20 | 255:6 | 32:7 35:5 | 270:14 | 228:21 |
| 288:2 | 257:13 | 35:14 | 304:5,9,13 | 229:3 |
| lacking | learn 236:15 | 37:10,13 | 304:17,21 | 230:5,16 |
| 115:9 | learned | 58:9,12,17 | lines 33:6 | 280:1 |
| lady 252:3 | 271:12 | 59:21,21 | 33:18 85:9 | 282:5 |
| laid 280:18 | 273:22 | 59:23,23 | 98:18,19 | listen 23:15 |
| LAMBERT 8:25 | leaving | 60:3,7 | 100:19 | 216:24 |
| LANDRY 1:9 | 208:16 | 64:12,17 | 102:18,18 | listening |
| large 101:2 | led 147:21 | 65:9 66:22 | 254:2 | 32:20 |
| larger 61:6 | 147:23 | 71:8,10,13 | 264:25 | 217:12 |
| late 115:24 | 195:11 | 71:14 | 267:18 | lists 213:16 |
| 130:8 | 265:16 | 119:16 | lineup | Lithuania |
| 254:16 | left 91:18 | 161:20 | 143:16 | 274:17 |
| LAURA 7:1,15 | 173:1,3 | 167:22 | link 145:19 | little 48:21 |
| LAUREN 9:22 | 226:14 | 197:18 | LinkedIn | 83:4 99:21 |
| law 110:16 | 272:20 | levels 39:10 | 81:3,5 | 103:5 |
| 110:21 | legal 16:24 | 58:11 | 160:2,10 | 114:3 |
| 224:7 | 20:15 | Lexitas | 162:8,15 | 149:22 |
| 254:19,21 | 166:8 | 20:17 | 163:3 | 180:16 |
| 254:24 | 174:8 | 303:1,24 | 166:2,11 | 209:7 |
| 255:11,24 | 225:17,22 | liaised | 166:14 | 210:12 |
| 257:9 | 303:1,24 | 215:2 | 167:17 | 213:13 |
| 270:11,12 | legislation | liaising | 168:14,22 | 218:12 |
| lawyer 257:7 | 280:19 | 272:22 | 173:23 | 219:1 |

DANIEL KIMMAGE  11/10/2022

256:11
287:5
**local** 267:18
268:2,7
270:12
**located**
154:17
183:23
272:7
**location**
153:18,22
153:25
154:15
155:2,6
161:15
163:14
184:16
271:18
**Locust**
303:21
**log** 171:21
171:23
254:4
**logged** 242:8
**long** 19:4
22:13
48:14
127:15
150:12
154:14,16
155:1
**longer** 150:6
177:2
252:5,7
299:13
**look** 35:20
43:24
56:25
81:22
93:12  94:4
104:24
112:3
114:6
128:20
138:2
167:22
171:12
177:22
178:16

208:18
250:25
269:19
276:2
**looked** 94:1
128:10
144:9
151:12
208:13,20
249:20
**looking** 33:4
38:6  94:1
144:23
151:17
162:5
165:17
171:10
177:23
180:22
198:17
249:25
**lookout**
35:25  36:3
**looks** 27:9
153:9
174:4
189:6
199:20
240:25
241:2
269:12
**LORENA** 10:17
**lot** 47:13
119:23,23
126:1
178:3
186:13
241:15
271:1
**Louisiana**
1:2,8
20:10
**love** 128:3
**Lower** 169:19
187:1
223:21
263:13
**lunch** 127:17
150:8,15

| **M** |

**M** 1:9  7:20
177:5
**mail** 242:24
**mail-in**
242:14
243:6,8
**major** 28:8
68:5  73:4
98:18
137:2
201:15,20
228:25
230:2,14
230:16,19
245:16
246:5
**making** 54:20
147:10
275:5
**mal** 71:20
72:10,17
77:6  78:8
116:15
191:23
192:1
**mal-info...**
116:14
**malfunct...**
182:6
**malign** 27:9
30:12
33:10
34:24
35:20  36:9
36:14  37:7
62:6  63:13
63:18,19
64:9  73:4
73:9  75:9
75:24
76:10
137:2
158:19,21
238:9
287:25
290:21
**man** 133:21
**management**

7:9  41:4
227:3
**Manager** 6:25
11:15
**managers**
50:21
**mandate**
25:23  26:6
36:12
63:12  69:4
69:15  73:6
78:19
108:24
110:1
116:3
124:12
205:9
223:25
239:21
293:25
**manilla**
206:12
**manipulate**
262:18
**MANNING** 6:15
**manufact...**
250:5
**manufact...**
35:1
**March** 166:25
168:22
199:13
**MARK** 13:5
**marked** 42:23
47:24
56:11  93:3
106:9
113:20
127:12
152:25
153:1
159:19
168:19
177:7,8
179:23
188:10
206:3
253:3
260:20

276:3
288:17
**MARTIN** 1:13
**master's**
173:9
**Masterson**
9:16
218:16
**material**
110:21
**materials**
34:22
171:7
**matter** 20:4
63:3  65:2
80:10  88:4
110:12
117:25
119:4,12
124:19
131:3
132:9
**Matthew** 9:16
218:16
**MAYORKAS**
3:13
**McCARTHY**
4:15
**mean** 26:22
38:24  65:8
68:15  90:9
90:12
104:18
112:1
120:14,14
126:13
147:15
160:10
177:15
183:10
211:5
246:19
247:10
273:7
275:15,17
275:24
**meaning**
78:24
**meanings**

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 126:2 | 87:11 89:9 | 253:16 | 126:6,10 | 30:2,6,17 |
| **means** 43:9 | 90:23 | 254:2 | 126:11,12 | 30:23 |
| 121:22 | 91:11 92:3 | 258:18 | 126:13 | 31:10,17 |
| 170:14 | 92:17 93:7 | 259:4,17 | 129:20 | 32:6,12 |
| 200:10 | 96:25 | 260:16 | 130:11,23 | 35:7 37:8 |
| 245:10 | 97:23 99:9 | 274:3 | 131:6 | 38:13 42:9 |
| **mechanics** | 99:14,16 | 275:18 | 132:15,20 | 45:20 |
| 162:1 | 101:7,22 | 278:25 | 134:10 | 47:14 |
| 242:11 | 103:2 | 279:7,9 | 135:12,17 | 51:13,15 |
| **Meddling** | 105:21 | 281:25 | 135:18,19 | 52:6 53:23 |
| 17:16 | 111:8,9 | 282:1,2,13 | 136:7,8 | 54:17 58:8 |
| **media** 2:24 | 113:10,15 | 283:22,24 | 137:8,20 | 59:3,10,19 |
| 8:4,5 | 139:15 | 284:18 | 138:7,13 | 59:25 60:1 |
| 11:21 20:3 | 147:1 | 285:12,18 | 138:19,21 | 60:6,20 |
| 29:9,11,13 | 155:14,20 | 285:19 | 138:23,24 | 61:11,19 |
| 29:15 30:4 | 155:23 | 286:1,11 | 139:2,10 | 62:8 63:8 |
| 30:21,23 | 156:19 | 287:15,25 | 139:20 | 64:2,4,11 |
| 31:10,13 | 158:2 | 291:19 | 140:15,16 | 64:15,16 |
| 32:8 35:8 | 159:2,8 | **medical** 2:15 | 141:3,5 | 64:18 |
| 35:22 36:5 | 160:1,7,11 | 265:15,21 | 142:2,21 | 65:12 |
| 36:21 37:5 | 160:24 | **meet** 51:9 | 143:6,13 | 66:16,21 |
| 37:18 38:3 | 161:6,22 | 64:5,7 | 144:1,4,16 | 67:4,8,11 |
| 38:10,15 | 165:4,13 | 71:5 81:8 | 145:4,18 | 67:14 |
| 39:6,13 | 167:8 | 82:7 146:8 | 145:20 | 69:11 |
| 40:5,12 | 170:17 | 215:15 | 146:1,3,5 | 79:23 80:1 |
| 42:4,10 | 171:25 | **meeting** | 146:8,19 | 80:3,4,6 |
| 46:4,17 | 183:7,11 | 18:16 | 146:22 | 80:13,15 |
| 47:8,17 | 183:15 | 31:22 32:7 | 147:4,13 | 80:19 81:6 |
| 49:5,17,19 | 187:11,22 | 45:15 | 147:19,21 | 81:11,18 |
| 51:24 53:7 | 188:6 | 46:10,23 | 147:23 | 83:2,13 |
| 53:9,14 | 194:7 | 60:13,22 | 148:24 | 84:5,7,12 |
| 54:6,18 | 195:15 | 61:1,8 | 149:12 | 84:13 87:4 |
| 55:5,12,18 | 196:21 | 62:4,5,14 | 160:21 | 87:7,19,22 |
| 55:22 56:1 | 200:21 | 62:19,25 | 161:2 | 87:23 88:7 |
| 56:1 61:18 | 207:15,20 | 63:5 64:9 | 162:18 | 88:12 |
| 61:22 62:7 | 210:16,21 | 65:10,14 | 164:14 | 89:14,25 |
| 63:8 74:16 | 211:3,8 | 66:3 67:21 | 166:18,25 | 90:5,22 |
| 74:21,22 | 213:16,20 | 68:1,19 | 167:2,17 | 91:4 92:2 |
| 75:15,20 | 228:10,10 | 70:25 71:2 | 168:24 | 92:8,16 |
| 76:9,14 | 232:23 | 72:4 80:23 | 169:1 | 99:13,16 |
| 78:25 | 233:15,21 | 81:1,4 | 173:25 | 101:6,14 |
| 79:14,18 | 234:18 | 82:11,22 | 176:15,19 | 101:22 |
| 80:5,17 | 236:23 | 83:8,11,17 | 184:7 | 105:20 |
| 81:24 | 246:5,11 | 84:15,17 | 203:17 | 106:2 |
| 82:19 83:2 | 247:12 | 87:9,11,16 | 207:10,17 | 115:2,22 |
| 83:4,6,9 | 248:8 | 87:23 | 283:11 | 117:11,13 |
| 83:17,22 | 249:13 | 88:20 89:1 | 285:12 | 117:19 |
| 84:9,15 | 250:15,23 | 89:12,13 | **meetings** | 118:3,10 |
| 85:10 87:2 | 250:25 | 89:13 | 29:24 30:1 | 118:19 |

```
126:8                178:15               73:22                157:16              74:14
127:1,3              212:6                162:9                186:6,8             76:22
129:12,18            230:19               229:25               201:23             77:14
129:22,24            270:24,25            230:1                204:20             156:10
130:4                271:1,5              232:21               216:7              158:17
135:22               memory               240:15,18            229:9              237:24
139:12,14            151:17               244:5                231:10             278:8,13
139:18,23            mention              268:18               238:16             278:19
140:1                56:17                277:21               265:24             Missouri 1:5
143:20               61:21                million 49:9         269:7               15:4,7
144:16               mentioned            MINA 7:5             mischara...          20:5 303:8
145:2,7              40:8 83:1            mind 43:4            70:20                304:3
146:25               89:25 97:4           56:14               111:20             misused
147:3,5              103:21               147:7               172:19             298:18
148:8                111:14               minimal 33:1        198:1              mitigate
160:7,9,10           132:8                minor 201:12        201:2              181:8
161:5,21             169:13               201:25              222:22             mix 294:18
161:24               172:16               minute 114:4        223:4              Mm-hmm 23:2
162:3,21             214:21               257:25              250:19              35:17
166:17               243:20               minutes 86:1        284:13,21          43:15 44:5
167:6                252:4                86:3 93:18          misinfor...         49:12
215:12,20            282:20               127:19              19:4 72:6          50:10 57:3
216:1,19             mentioning           150:3,4,12          77:23 78:2         72:7 78:22
216:21,23            121:11               213:1               97:6 116:4         82:24 84:6
217:5                190:1                mis 224:1           116:13             112:6
236:13               196:19               mis- 90:24          129:6              114:5
279:11               merely               181:5               138:17             128:19,21
283:11,12            216:24               mis-dis-            144:12,14          138:5
283:14               met 51:7             71:20               144:21             153:12,16
meets 58:7           64:1 71:16           72:10,16            177:25             164:18
79:17                80:18 81:2           77:6 78:8           182:15             168:20
298:12               81:24 82:8           116:15              186:3              173:20
MEHA 16:14           82:12,15             191:23              209:16             179:21
member 8:18          82:19                192:1               242:16             195:22,24
12:18 32:3           83:23                mischara...         292:7              218:13
86:14,23             140:20               140:23              296:13             219:5
86:25 91:7           141:7,8,11           mischara...         298:19             221:15
133:7                141:14               58:24 82:2          299:1              228:6
189:3,13             142:1                97:17               misinfor...         233:24
202:20               160:17,19           101:9               236:3              245:13
230:16               methods              108:20              misleading         263:15
235:10               157:6,13            117:21               51:18              267:14
243:21               158:3,21            118:6,12             211:20             270:22
members              meting 60:13         123:12              267:10             298:20
83:19                61:4                 125:17              misrepre...         MO 303:21
117:1                MICHAEL              127:5               108:14             mode 32:20
120:16               11:12                131:8               mission            217:12
133:25               middle 39:4          140:19              26:11,25          moderate
166:14               57:11                148:5,17            46:3 74:13         287:17
```

DANIEL KIMMAGE  11/10/2022

moderation
  247:5,7,10
  247:21
  248:17,20
  248:22
  249:12,24
  287:2,7,12
  287:21
modes 96:23
modulation
  36:23 85:7
  129:4
  233:5,12
  246:10,16
  246:24
  247:4
  287:1
MOLA_DEF...
  18:22
MOLA_DEF...
  18:20
MOLA_DEF...
  18:24
MOLINA-I...
  10:17
moment
  105:15
Monday
  300:24
monitor
  20:12
  224:1
monitors
  269:4
Monroe 1:3
  20:10
month 116:19
monthly 42:9
months 24:14
  24:17 32:9
  37:9,11
  42:19
  58:10
  59:15 70:1
  70:3,17,23
  70:24 71:1
  71:3,6
  231:16
  242:16

morning 20:2
  159:10
  194:21
motion 21:23
  22:2
  152:13
motivated
  39:24
  268:21
  269:1,17
  270:2
move 252:16
moved 21:16
movement
  119:24
moving 213:4
MUHAMMED
  9:12
multiple
  101:1
  135:5
  137:9
  139:12,14
  139:18
  148:2,7
  149:11
  161:5
  188:17
MURRAY 11:12
MURTHY 1:24
MUTHIG 13:9
mutual 164:4
  164:16,20
  165:3
  _____
       N
  _____
N 15:1 16:1
  16:1,1
  17:1,1
  18:1,1
  19:1,1
  20:1 188:7
name 20:14
  21:5 28:14
  57:10
  71:22,24
  133:5
  142:18
  146:7,24

154:5
174:21
175:2
176:2,8,11
178:17
180:3,3
184:3,5
190:2
196:19
202:25
214:25
215:4,5
216:11
218:18
252:4
291:6
304:2,3
305:11
names 59:17
  121:11
  122:8
  132:25
  134:24
  175:11,14
napkin
  206:12
narrative
  26:18
  29:20
  33:19,23
  35:21,24
  55:7 63:19
  63:20
  74:19
  75:10
  101:5
  136:25
  190:23
  201:17,19
  201:21,21
  201:25
  229:7
  238:6,8,18
  239:9,9,16
  239:21,23
  243:2
  265:13,22
  265:25
  266:3

273:23
narratives
  32:19 36:7
  36:15,18
  36:21 47:9
  55:10 62:2
  62:6,18,22
  63:7,15
  64:6,10,13
  64:14 73:8
  74:15
  75:24
  76:11
  96:17
  97:14 99:5
  100:7,10
  100:15
  101:3,4,18
  101:19,21
  102:1,3,11
  102:24
  103:1,3,6
  103:10,20
  103:23
  104:1,11
  104:21,22
  105:6,9,11
  105:14,19
  144:23
  148:12,15
  184:25
  201:10,15
  217:15,17
  217:25
  229:18
  237:8
  238:7
  239:2
  240:4
  243:6,7,14
  243:17,19
  243:25
  248:24
  264:9,10
  264:13,18
  264:23
  265:3,5,18
  266:5,10
  266:21

267:19
269:1
279:13,23
288:1
292:8
Nation 17:14
  17:17
nation-s...
  185:19
national
  2:12,17
  4:1,17
  24:5,11
  25:24 27:6
  36:10
  44:25
  45:15 47:2
  58:13,19
  58:25 59:4
  59:7 173:4
  173:7
  175:18
  179:18
  215:17
  220:6
  277:14
  296:6
nature 26:15
  31:14
  35:18,23
  40:11
  45:20 56:7
  73:16
  96:13,16
  97:7,9
  100:12
  115:16
  203:22
  204:23
  217:4
  218:7,8
NDAA 45:5
NDU 25:7
Near 261:4
NEC 60:1
necessarily
  23:6
  132:12
  148:8

| | | | | |
|---|---|---|---|---|
| 157:7,19 | 250:11 | 265:1 | 72:18 | 168:15 |
| 238:18 | **Nom** 260:6 | **November** | 73:10 | 169:3,9 |
| 239:18 | **non-Chinese** | 13:17 | 74:25 | 172:18 |
| 267:9 | 102:17 | 20:11 | 75:12,17 | 174:10,17 |
| **necessary** | **non-foreign** | 21:15 | 76:2 77:9 | 176:20,25 |
| 199:7 | 239:17 | 302:14 | 77:19 78:4 | 178:9,20 |
| 283:20 | **non-gove...** | 303:3,12 | 79:7 82:1 | 180:8 |
| 305:9 | 268:15 | 304:4 | 88:15 90:7 | 181:19 |
| **Ned** 17:11 | **non-state** | **nowadays** | 90:8 92:6 | 182:2 |
| **need** 48:19 | 27:3 | 80:1 | 92:18 93:9 | 183:9,13 |
| 171:12 | 163:18,21 | **NSC** 17:11 | 95:1 96:2 | 186:5,22 |
| 242:12 | 165:2 | 71:15 | 97:17 98:5 | 190:4 |
| **needs** 93:20 | 278:21 | **number** 20:7 | 101:8 | 193:7,12 |
| 278:4 | **nongover...** | 32:14 | 106:3 | 193:24 |
| **nefarious** | 98:25 | 45:17 | 108:19 | 194:8 |
| 264:18 | 224:15 | 101:3 | 110:13 | 196:3,15 |
| 265:18 | **normally** | 120:16 | 111:19 | 197:25 |
| 266:16 | 83:10 | 131:4 | 114:10 | 198:13 |
| **Neighbor...** | 88:11 | 182:7 | 115:6,8,20 | 201:1,22 |
| 10:25 | **norms** 289:15 | 241:9 | 116:7,23 | 204:19 |
| **neither** | 290:3,9,11 | 244:18,19 | 117:9,20 | 205:17 |
| 302:9 | 291:1 | 244:21 | 118:5,11 | 209:20 |
| **Netherlands** | **Northwest** | 274:13 | 118:20 | 210:6 |
| 112:18,18 | 15:18 16:6 | 292:23 | 119:1 | 212:3,16 |
| **never** 56:14 | 16:17 | ――――――――― | 122:5,14 | 213:22 |
| 125:5 | 303:6 | **O** | 123:11 | 216:6,25 |
| **new** 16:2,5 | **notable** | **O** 16:1 17:1 | 124:2,6 | 217:9,21 |
| 147:9 | 104:2 | 18:1 19:1 | 125:6,16 | 220:10 |
| 263:21 | **notarized** | 20:1 | 127:4 | 221:21 |
| 291:5,9 | 303:19 | **object** | 129:13 | 222:8,16 |
| **news** 74:4,7 | **notary** 14:8 | 197:12 | 131:7 | 222:21 |
| 185:24 | 302:21 | 198:12 | 133:12 | 223:3 |
| 207:8 | 303:18 | 255:23 | 134:14 | 224:19 |
| 228:10 | 305:23 | 300:12 | 136:24 | 225:6 |
| 236:6 | **note** 213:15 | **objection** | 138:8 | 226:8,21 |
| 268:7 | 259:15 | 26:13,17 | 140:18 | 227:19 |
| 293:24 | 268:19 | 29:16,19 | 143:7,14 | 228:19 |
| **news'** 17:19 | 294:1 | 33:11 35:9 | 145:10,15 | 229:8,19 |
| **nexus** 239:17 | **noted** 20:18 | 36:25 | 148:4,16 | 231:3,9 |
| 239:20 | 217:15 | 37:21 | 148:25 | 233:7,16 |
| **nice** 168:25 | **notes** 229:5 | 38:18 | 149:14 | 234:21 |
| **Nicole** | 229:16 | 43:22 | 155:15,24 | 235:3,17 |
| 166:10 | **notice** | 44:18 46:5 | 157:15 | 236:17 |
| 174:25 | 277:12 | 48:8 52:17 | 158:24 | 238:1,15 |
| **nightmare** | **notified** | 58:23 | 159:11 | 241:17 |
| 95:16 | 197:6,7 | 60:24 62:9 | 164:21 | 243:10 |
| **NINA** 4:19 | **notify** | 63:9,21 | 165:5 | 244:1,8,25 |
| **nod** 23:5 | 197:11 | 68:22 | 166:20 | 245:24 |
| **Nodding** | **notorious** | 70:18 | 167:9,19 | 246:17 |

DANIEL KIMMAGE 11/10/2022

| | | | | |
|---|---|---|---|---|
| 247:1 | 70:17,22 | 303:20 | 259:10,12 | 97:13 |
| 248:25 | 80:13 | office's | officials | 101:20 |
| 250:18 | 81:10 | 41:15 | 45:14 | 103:13,16 |
| 251:17 | 130:4 | officer 8:14 | 46:22 | 107:13,23 |
| 253:17 | 254:16 | 189:7,8,12 | 58:15 | 109:14,19 |
| 254:18 | occurred | 192:21 | 97:22 | 110:9 |
| 255:10 | 34:4 53:23 | 194:18 | 134:1 | 111:2 |
| 265:12,23 | 67:22 | 195:9 | 135:6 | 112:25 |
| 269:6 | 69:19 | 197:3 | 192:9,14 | 114:2 |
| 270:6 | 83:13 | 302:3 | 192:25 | 115:23 |
| 273:17 | 110:7 | offices | 210:15 | 117:17 |
| 275:10 | 167:3 | 27:18 | 211:3 | 122:11 |
| 279:3 | 256:7,18 | 81:12 | 236:13 | 125:13,22 |
| 280:13 | 286:21 | 291:14 | oh 75:14 | 127:20,24 |
| 281:8,18 | occurring | official | 127:18 | 130:1,11 |
| 284:12,20 | 99:17 | 1:18,22,25 | 144:1 | 131:14 |
| 285:7,24 | 211:7 | 2:4,11,23 | 145:21 | 132:8,19 |
| 286:14 | occurs 112:5 | 3:8,14,19 | 149:18 | 133:1 |
| 287:18 | October | 3:24 4:7 | 153:3 | 134:20 |
| 288:2 | 18:11 | 4:16,20 | 173:11 | 135:18 |
| 289:19 | 113:25 | 5:2,6,12 | 175:2 | 136:6 |
| 291:3,21 | 116:18 | 5:17,22 | OIG 106:20 | 137:21 |
| 292:11 | 118:4 | 6:4,11,16 | okay 23:24 | 140:13 |
| 293:16 | 123:9,15 | 6:20,23 | 24:25 26:5 | 142:12,12 |
| 297:3,12 | 258:21 | 7:2,6,16 | 31:8 40:24 | 143:4,10 |
| 298:7 | 289:1 | 7:21 8:3,9 | 50:8,13 | 146:9 |
| 299:2 | offender | 8:13,17,21 | 51:6,16 | 147:12 |
| Observatory | 23:10 | 9:1,8,13 | 52:12 | 148:14 |
| 219:16 | office 3:20 | 9:17,23,24 | 53:21 | 151:8,24 |
| 221:18 | 4:2 7:9,11 | 10:1,2,4,5 | 56:23 | 157:9 |
| 223:10 | 8:22 9:5 | 10:6,10,11 | 57:16 58:4 | 158:14 |
| 292:15,25 | 10:24 11:8 | 10:13,18 | 61:7 63:16 | 160:5,23 |
| 293:4 | 11:16 15:4 | 10:19,22 | 65:23 | 162:2,5,17 |
| 294:5 | 25:4 28:13 | 11:5,13,20 | 66:15,20 | 163:7,24 |
| 295:21 | 29:12 | 11:24 12:5 | 67:20 | 166:9 |
| 297:22 | 31:12 41:7 | 12:12,17 | 70:10 73:2 | 167:1,25 |
| obviously | 41:13,17 | 12:25 13:6 | 73:18 75:8 | 168:18 |
| 54:13 | 45:24 | 13:10 | 75:21 | 170:22 |
| 110:4 | 47:12 | 65:10,17 | 79:12,21 | 171:14,23 |
| 128:13 | 71:17,19 | 96:25 | 81:15,22 | 173:6,12 |
| 197:23 | 116:10,14 | 97:21 | 82:5 83:12 | 176:3,9,14 |
| 209:3 | 122:12 | 130:20 | 83:16 | 179:8,20 |
| occasion | 146:6 | 134:9 | 85:17,23 | 181:2 |
| 40:17 | 189:14 | 186:19 | 86:4 87:5 | 182:10 |
| 217:12 | 191:20 | 188:22 | 89:23 | 184:4,24 |
| occur 32:6 | 199:5 | 189:2 | 91:25 92:9 | 186:12 |
| 37:8,12 | 290:22,25 | 190:20 | 92:24 93:5 | 187:1,19 |
| 58:8 59:14 | 291:6,9,12 | 199:5 | 95:14 | 188:20 |
| 61:10 | 291:18 | 259:3,10 | 96:12 | 190:15 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 191:12 | 298:14 | 258:10,13 | 268:24 | 54:14 |
| 192:20 | 299:16 | 258:20,23 | 269:13 | 59:25 |
| 194:5 | 301:3 | 259:6,19 | 289:25 | 61:22 |
| 195:24 | **on-boarded** | 265:1 | 290:2,8 | 71:14 |
| 196:10 | 253:8 | **operations** | **organizing** | 96:10 |
| 197:23 | **once** 36:15 | 108:17 | 178:18 | 182:24 |
| 199:8 | 127:22 | 109:1,5,7 | **origin** | 225:3,17 |
| 200:18 | 181:8 | 109:9 | 102:17 | 225:22 |
| 203:10,12 | 281:5 | 110:10,23 | 264:18 | 227:1 |
| 204:3,15 | **one-pager** | 177:3 | 265:11 | 237:23 |
| 204:24 | 253:2 | 259:23 | **original** | **overall** |
| 205:7,24 | **ones** 30:13 | **opportunity** | 180:2 | 158:17 |
| 206:24 | 34:18 | 43:24 48:9 | 303:13 | 243:14 |
| 207:1,6,14 | 158:12 | 94:4 95:4 | **originate** | **overdue** |
| 209:9 | 176:10 | **opposed** | 238:9 | 298:4 |
| 210:2 | 229:3 | 103:25 | 239:5 | **overlaps** |
| 213:14 | 289:14 | **oral** 23:4,7 | **originated** | 92:13 |
| 214:2 | **ongoing** | 167:6 | 96:14 | **oversee** |
| 215:14 | 39:14 | 168:23 | 191:7 | 41:18 |
| 216:16 | 68:20 69:5 | **order** 21:16 | 222:14 | **oversight** |
| 218:1,23 | 69:8,12,15 | 21:25 22:2 | 223:1,17 | 41:21 |
| 219:1,8 | 69:17 | 43:19 | 239:25 | **overview** |
| 220:2 | 72:15,22 | 44:17,22 | 243:2 | 41:16 |
| 222:2 | 109:25 | 45:4 46:20 | 248:24 | 136:9,19 |
| 223:21 | 122:19,23 | 176:1,7 | **originates** | 136:23 |
| 224:13 | **online** 34:22 | **orders** | 224:6 | 137:1 |
| 226:18 | 47:19 | 231:21,22 | **originating** | **owners** |
| 227:7,10 | 97:24 | **Oren** 57:1 | 33:10 | 158:12,15 |
| 228:13 | 104:7 | **organiza...** | 222:3 | **owns** 80:22 |
| 229:25 | 107:11 | 112:22 | **origination** | **Oxford** |
| 231:20 | 114:19 | 163:23 | 222:6 | 292:22 |
| 233:13 | 153:11 | 184:1,16 | 239:17 | |
| 239:12 | 190:16,24 | 185:8 | **originator** | **P** |
| 240:7 | 242:7 | 240:12 | 239:8 | **P** 15:1,1 |
| 241:8 | 262:19 | 268:14,15 | **origins** | 16:1,1 |
| 242:12 | 273:16 | 292:21 | 96:17 | 20:1 |
| 247:8 | **OPCW** 112:20 | **organiza...** | 100:7,12 | 205:25 |
| 248:5 | 112:21 | 27:7,13 | 102:7,14 | **p.m** 151:1,4 |
| 254:1 | **open** 171:24 | 32:17 | 102:21 | 213:7,10 |
| 258:3 | 256:9 | 98:25 99:1 | 264:10 | 252:22,25 |
| 260:3 | **operating** | 137:3 | 266:6 | 299:21,24 |
| 264:5 | 224:10 | 182:18,22 | **Ousman** | 301:5,9 |
| 269:24 | **operation** | 182:24 | 174:22 | **P.O** 15:6 |
| 275:8,14 | 107:22 | 183:2,6,21 | **outcome** | **page** 17:2,9 |
| 277:16,19 | 112:20 | 184:13 | 302:12 | 18:3 19:3 |
| 289:9 | 155:3 | 185:7,17 | **outlets** | 50:9,12 |
| 290:1 | 254:16 | 227:2 | 97:23 | 57:9,12 |
| 294:19 | 255:6,7,20 | 267:18,24 | **outside** | 73:23 |
| 295:2,15 | 257:13 | 268:11,12 | 47:13 | 93:12 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 94:21 | 240:6,9 | 144:13 | 158:16 | 253:8,24 |
| 106:22 | 241:8,10 | 153:14 | 161:9 | 273:14 |
| 112:4,7 | 241:21,22 | 164:9,10 | 220:9 | 274:1 |
| 128:14,18 | 242:12 | 169:13 | 240:9 | 279:6 |
| 153:13 | 244:4,5,10 | 177:23 | 273:13 | 281:13 |
| 161:18,19 | 245:11 | 193:11 | **partial** | **partnering** |
| 162:6,9 | 261:6,11 | 209:11 | 220:5 | 283:3,9 |
| 164:11 | 263:13 | 212:8 | **participant** | **partners** |
| 166:1,23 | 267:13,16 | 221:13 | 291:16 | 27:19 96:9 |
| 166:23 | 268:17 | 222:25 | **particip...** | 98:21,24 |
| 167:15,16 | 270:13 | 223:22 | 134:13 | 99:3 229:4 |
| 167:23 | 271:2 | 227:6 | 172:14,15 | 229:16 |
| 168:19 | 277:17,18 | 229:12 | 174:4 | 230:5,25 |
| 173:18 | 277:21 | 235:21,25 | 180:24 | 254:4 |
| 177:22 | 289:8 | 237:4 | 186:2 | 271:14 |
| 179:20,23 | 292:3 | 241:11 | **participate** | 274:5 |
| 180:3 | 296:1 | 244:5,9,12 | 65:3 87:23 | 278:23 |
| 181:4 | 303:14,18 | 245:14 | 161:20 | **partnership** |
| 182:11 | 303:20 | 263:14 | **particip...** | 19:6 202:2 |
| 185:22 | 304:5,9,13 | 267:16 | 70:4 73:18 | 202:12 |
| 188:21 | 304:17,21 | 268:18 | 83:16 | 203:8 |
| 189:5 | **pages** 13:22 | 270:14 | 87:19,21 | 204:6 |
| 192:4 | 50:11 | 271:10 | 161:23 | 214:18 |
| 193:11 | 128:13 | 277:20 | 162:2 | 221:17 |
| 195:23 | 167:15 | 289:10,11 | 172:11 | 226:4 |
| 196:9,18 | 206:25 | **paragraphs** | **particip...** | 283:7 |
| 196:24 | 207:23 | 49:20 | 42:8 59:18 | 293:3 |
| 198:18 | 221:11 | **paraphrases** | 59:24 | 294:7 |
| 208:9,10 | 292:1 | 52:19 | 83:14 | **partners...** |
| 209:6,7 | **pandemic** | **paraphra...** | 113:23 | 6:24 10:25 |
| 210:2,12 | 96:8,18 | 263:24 | 178:15 | 27:12 |
| 210:12 | 99:22 | **parentheses** | 235:15 | 289:12 |
| 211:12 | 102:8,12 | 57:2 | **particular** | **parts** 211:11 |
| 212:9 | 104:3,10 | **parenthe...** | 88:9 | **party** 55:24 |
| 213:13 | 104:16 | 56:19 | 106:19 | 55:25 |
| 218:12 | 105:22 | **Parler** 80:25 | 179:13,14 | **passes** 90:17 |
| 219:1 | 130:6 | 81:1 | 247:17 | **Patel** 167:16 |
| 220:3 | 264:15 | **part** 18:10 | 268:16 | 168:5 |
| 221:12 | 266:12 | 33:20 | **particul...** | **patient** |
| 226:1,14 | **panel** 113:24 | 36:20 | 36:14 | 191:1 |
| 226:24 | **paragraph** | 46:24 61:5 | **parties** | **Patricia** |
| 227:25 | 44:4 45:10 | 61:19 | 224:15 | 132:1 |
| 228:7,8 | 48:7 49:8 | 63:11 64:8 | 225:3 | **Patrick** |
| 229:13 | 50:14 74:2 | 68:8 73:6 | 302:10 | 166:3 |
| 232:4,20 | 78:20,20 | 73:17 98:1 | **partly** | 174:5 |
| 232:22 | 94:23,24 | 104:25 | 222:12 | **Paul** 162:7 |
| 233:23 | 95:11,15 | 141:19 | **partner** | 162:11 |
| 235:7,20 | 128:20,23 | 145:20 | 235:10,10 | 163:8 |
| 237:2 | 138:3 | 155:13 | 235:14,14 | 174:15 |

**DANIEL KIMMAGE  11/10/2022**

pay 75:21
paying 270:1
pays 269:4
Payton
  142:17
PECK 9:7
penalty
  305:12
penultimate
  176:8
people 39:25
  65:7 66:2
  80:9 81:9
  118:24
  131:11
  135:24
  137:22
  143:12
  166:2,13
  166:18
  171:9
  175:7
  177:12
  178:14
  181:17
  199:24
  219:3
  223:1
  262:20
  269:14
  275:5,21
  280:24
  282:7
  293:12
  294:4
  299:7
people's
  81:16
Peoples
  264:17
percent
  212:10
  234:3,8,13
  234:19
  237:16,17
  237:20,22
  239:1
  240:11,16
percentages

240:20
period 25:1
  25:10
  47:11
  66:19 67:8
  67:14,19
  69:20,20
  71:3 92:13
  94:19
  109:7,25
  140:5
  231:16
  255:17
periodic
  59:10
  69:11
periodic...
  58:7 59:6
  79:18
  249:18
  250:16
  277:8
  298:13
periods 25:1
perjury
  305:12
permits
  247:18
permitting
  164:13
person 65:12
  66:12,15
  117:13
  132:23
  135:10
  147:9
  154:1,3
  155:2,23
  176:12
  178:19,22
  179:4,9,9
  180:15,18
  180:20
  185:25
  190:24
  214:24,24
  216:14
  218:9
  235:15

262:12
  274:22
person's
  146:23
  190:2
personal
  21:20
personally
  40:8 53:22
  139:9
  146:9
personnel
  39:8,17
  40:16,18
  40:21
  59:17 80:5
  128:25
  132:18
  180:1
  286:18
perspective
  157:12
pertaining
  253:9
pertains
  77:24
  101:23
phone 92:8
  92:16
  115:2,22
  164:14
phrase
  253:23
physically
  154:17
pick 75:9
picture
  262:4
pictures
  171:10
pieces 31:3
  31:5 61:24
piggybacks
  104:23
pillars 18:5
  98:10
  106:15
  280:1
  282:6,22

place 274:25
PLAINTIFF
  15:2
plaintiffs
  1:15 20:5
  21:25 22:1
  299:25
plan 251:11
planned
  259:6
Planning
  25:4 45:25
plans 3:22
  51:9 52:14
  73:14
platform
  33:25 39:6
  39:13
  51:24 53:7
  53:14
  55:22 56:1
  56:2 81:14
  84:15
  87:11
  113:10,15
  159:8
  160:1
  169:23
  170:8,17
  171:21
  172:12
  182:7
  196:21
  200:21
  209:15,18
  233:1,11
  235:10,13
  242:8
  248:1
  250:7
  253:16
  259:4,17
  260:16
  270:20,23
  285:22
  286:11
  287:15
  288:9,11
  288:13

platforms
  32:8 33:9
  35:8,22
  37:20
  38:17 40:5
  40:12 42:4
  42:10 46:4
  46:17 54:6
  55:12,19
  61:18 76:9
  80:5,17
  81:24
  82:19
  84:10 87:2
  92:17
  101:7,22
  105:21
  139:15
  147:2
  155:14,23
  156:19
  158:2,7,13
  158:15
  160:7,11
  160:24
  161:6,22
  167:8
  171:25
  172:17
  181:18
  182:1
  183:7,11
  187:11
  194:7
  195:15
  210:16,22
  211:3
  213:16,20
  214:1,5,8
  226:16,20
  232:21,23
  233:15,21
  234:18
  245:16
  246:5,11
  248:8
  249:18
  254:2,5
  258:18

**DANIEL KIMMAGE  11/10/2022**

285:13,21
291:20
**plausible**
178:13
**play** 114:2
262:20
**plays** 277:25
**pleadings**
258:16
**please** 20:20
21:5 86:10
95:4 151:4
192:14
196:25
213:10
252:25
299:24
303:11,15
303:19
**point** 67:7
74:23
181:4,11
182:13
185:21
219:11
**Pointer**
183:19
**pointing**
292:7
**points** 187:3
211:13,14
**policies**
36:23
55:13
233:1,11
245:18
246:4,10
246:16,20
246:24
248:7,17
248:20,22
249:13,24
285:22
286:1,4,13
**policy** 3:21
25:4 45:25
142:16
146:5
175:5

226:15,19
233:5
245:12
247:10
261:4
290:6,6,14
290:15,22
291:10,16
291:16,18
**portal** 253:8
253:24
254:10,13
**portals**
254:7
**portfolio**
122:1
216:14,17
216:17
218:3,8
**portion**
154:12
**portions**
41:19,20
41:23
**position**
25:17
162:16
174:14
175:6
272:11
**positions**
146:16
**possibility**
101:17
**possible**
101:24
125:3,8
126:25
127:17
144:18
154:9
218:11
278:11
**possibly**
82:15,17
82:25
162:22
281:5
**post** 36:17

**posted** 30:21
37:20
38:17
47:19
**posting**
171:18
**posts** 33:22
40:1 47:18
52:15 53:5
53:11,15
54:7,10,12
54:19
**potential**
109:23
255:14
**potentially**
32:3,19
60:5 61:2
61:21
64:23
69:25 89:6
89:18 90:2
92:11
111:5
117:24
130:9
155:19
157:25
248:4,10
256:7
268:11
280:25
**practice**
63:17 64:1
167:6
**praise**
106:19
**precise**
77:13
176:13
**precisely**
152:7
**precursor**
45:4
**predecessor**
291:11
**predict**
121:5
**preliminary**

152:14
**preparation**
143:23
144:7
151:14,18
152:21,23
**present**
16:23 18:9
31:21
51:12,14
52:3,6
53:22 54:1
59:13 64:3
64:19
132:19
**presenta...**
149:22
**presented**
136:21
187:11
**president**
1:19 2:16
5:8 6:21
7:4,11
162:14
166:8
174:16
**President's**
45:15
**presiden...**
112:11
**press** 1:23
19:14
43:13 45:9
289:2
**pressing**
99:21
**Presumably**
110:11
**prevention**
2:21 3:3
168:9,13
**previous**
277:11
286:24
**previously**
71:24
104:4
291:13

**Price** 17:11
**primarily**
30:11
31:15 77:4
116:9
156:7,21
157:1
217:11
**primary** 68:3
68:9 98:7
98:7,14
121:7
157:20
266:10
**principal**
22:7,10
25:12
40:25
41:11
42:16 60:5
64:20 65:6
65:8,9,24
69:23 70:8
71:10
94:15
118:16
137:7
146:13,15
199:17
**prior** 24:4
45:23
231:16
**priorities**
111:1
**private**
274:1
278:3,23
279:7
283:4,7,10
295:6
**privately**
294:17
**privilege**
68:23
256:23
257:14
258:4
**privileged**
69:2 249:3

**DANIEL KIMMAGE 11/10/2022**

253:15
255:12,15
probably
31:25
32:14 60:7
81:23
110:11
185:19
215:17
problem
261:8
262:3
280:4,7,8
280:11,15
280:16,17
problems
95:18
277:25
procedures
229:6,17
proceed
20:21
86:11 95:3
151:4
213:10
252:25
255:15
256:5
299:24
proceeding
93:19 95:6
proceedings
302:4,6,7
process
71:15
processed
212:10
234:1,13
processes
91:1
processing
212:13
producing
294:2
Professi...
14:6 302:3
profile
110:4
112:15

123:17
program
11:15
173:10
177:13
179:13,15
267:22
programs
18:14,15
170:1
prohibited
224:17
prominent
242:15
promote
97:11
98:12
promotes
278:11
280:5
promoting
32:19
268:24
279:24
280:23
promulgated
97:14
propa- 97:13
propaganda
18:6 19:11
26:1,6
27:5,10,14
30:14
32:16 55:9
63:12 69:7
73:5 75:5
76:7 79:1
79:15,20
84:18
89:19
95:17 96:6
97:2,2,20
98:2,22
99:4
100:10
102:19
106:16
116:3
136:10

139:5
148:12
156:11,15
156:23
157:3,13
158:6,8,18
163:19,21
165:2,9,17
165:24
169:23
170:25
174:2
184:17
204:8
205:6
238:20
249:25
251:2
261:22,24
263:5,7,12
263:21
264:2,9,13
265:3
267:7,11
267:25
268:1
271:14
273:24
274:6
275:22
278:1,5,20
279:13
280:2,20
280:22
290:21
292:8
296:5
297:18
299:9
propagan...
266:1,2,4
propagated
78:11
265:22
propagation
158:4
165:20
propose
37:18

68:19
protect
21:18
protective
21:16
PROTENTIS
9:22
protesters
39:5
proven
185:22
186:20
provide 38:4
136:9,17
276:15
provided
267:17,23
276:16
providers
181:13,16
181:25
provides
119:15
253:14
provision
44:24
proxies
97:24
104:7
279:25
public 3:1
8:6 9:10
14:8 16:15
16:15
49:22
95:18 98:9
110:12
111:2,6
119:12
142:16
171:24
219:18
246:2,6
249:18,21
250:2
280:22
282:23
295:18
302:21

303:18
305:23
public/p...
155:7
publicly
84:21
108:3,6,8
152:20
publicly...
250:24
purpose 36:6
36:8,20
37:4,6
68:3 155:5
157:11
171:6
248:5
271:11
272:12
273:14,18
273:25
274:4,9
purposes
180:16
pursuant
14:2
128:23
pushed 73:9
74:16,21
190:24
245:22
pushing
35:21 62:6
74:19
264:6
put 21:11,14
48:16
206:12
259:2

———————
**Q**
———————
quarter
255:19
258:9
260:9
quarterly
32:10,10
80:15,16
82:7,11

**DANIEL KIMMAGE** *11/10/2022*

88:8
135:22
**question**
22:24,25
23:15,16
23:20,21
26:21
29:22
33:15
36:19
48:18
68:18  69:1
95:12
114:7
125:20
129:17
149:23
160:24
166:16
175:1
180:14,25
214:3
225:21
248:15
256:13,21
256:24
257:5
258:5
269:9
286:7
292:4
**questioning**
115:9
150:5,10
**questions**
22:22  23:4
23:8  93:19
94:3  95:3
95:7
147:16
151:6
209:3
248:6
300:1,4
**quick** 56:25
151:6
**quickly**
266:25
**quite** 207:22

240:19
**quote** 50:20
50:23  51:1
57:9  189:6
191:1
194:6
209:13,14
229:4
233:20
**quoted** 48:6
57:12
**quotes** 52:19
52:25
―――――――
**R**
**R** 1:17  15:1
16:1  20:1
20:6  303:8
304:3
**racial**
268:25
**racially**
268:20,25
269:16
270:2
**raise** 55:18
76:15,15
125:5
127:23
147:22
195:13
275:3
**raised** 106:1
124:22,24
125:8
185:25
216:22
255:5
258:9
**raises** 211:7
257:8
262:19,22
**raising** 35:6
36:20
38:15
181:17
196:12
205:3
211:22

212:1
**ran** 173:12
241:12
**range** 67:21
184:21
215:17
275:19
**ranking**
199:5
**rapid** 267:17
267:24
**rapidly**
263:24
**rare** 30:24
31:4
**re-tweeted**
74:22
**reach** 163:2
187:13,21
**reached**
162:7
**reaches**
163:8
**reaching**
160:6
168:1
214:4,7
**read** 48:9,12
143:19,25
152:8,13
152:16,19
152:22
202:8
206:17
207:25
208:25
209:1,4
229:13
242:13
246:1
258:14,16
275:21
293:11
300:19
301:12
303:15
304:6,10
304:14,18
304:22

305:6
**reading**
93:16
164:8
175:11
190:7
**ready** 94:3
95:3
**real** 85:16
171:10
262:9
**really** 31:18
41:18
47:11  55:2
62:24
104:4
121:8
218:21
266:11
277:18
283:2
**realm** 101:17
**realtime**
14:7,7
39:10,16
210:14,20
211:1,5
302:20
**reason**
118:15
176:17
304:7,11
304:15,19
304:23
**recall** 33:16
38:20
39:12
47:14
48:25  49:3
49:18  50:4
51:14  52:8
52:9  53:8
53:12,16
53:21,25
54:8,17,23
55:2,4,8
60:25
63:25  64:2
64:5,12,18

65:6,14
66:19  67:1
67:2,25
68:2,7
71:15
72:14,21
77:13
78:18
80:24  81:1
81:4  82:22
83:1  84:11
84:17,21
84:25  85:4
85:8  86:21
87:12,14
87:20
89:14,20
90:2,4,21
91:2,14
92:12,14
92:20,22
99:20
100:14
101:11,15
101:18
102:15,23
103:3
105:6,9,10
105:23
109:3,8,12
111:12,21
111:23
113:1,3,12
113:23
116:10,25
120:2
121:16
124:21
125:1,21
125:22,25
126:2,8,12
127:7
129:20,24
130:1,10
132:14
133:4
135:11,15
135:23
136:19,20

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 137:15,19 | 243:15,18 | 133:17 | 213:7,10 | 31:14 33:3 |
| 138:11,15 | 255:16,18 | 137:18 | 251:18 | 60:1 66:6 |
| 138:20 | 255:18 | 143:20 | 252:19,22 | 69:14 72:4 |
| 139:3,7,13 | 259:21 | 144:3 | 252:25 | 102:4 |
| 141:6,11 | 264:25 | 147:17 | 298:8 | 110:5 |
| 142:9 | 265:14 | 151:13 | 299:21,24 | 237:12 |
| 144:19 | 266:1,11 | 218:19 | 301:6 | 298:23 |
| 145:3,5,6 | 266:13 | **recommended** | 302:6 | **referring** |
| 145:12,13 | 276:16 | 284:8 | **records** 39:2 | 56:22 |
| 145:17,24 | 285:3,9 | **record** 20:19 | **recounted** | 95:12 |
| 146:14,23 | 286:17 | 21:6,11,14 | 281:14 | 115:17 |
| 147:3,4,5 | 287:13 | 33:12 46:6 | **recruit** | 129:11 |
| 148:19 | 288:7,8,10 | 52:18 | 269:14 | 186:19 |
| 152:15,18 | 291:6,15 | 56:14 | **recurring** | 219:12 |
| 154:16 | 293:1 | 63:10,22 | 60:22 | 248:7 |
| 155:4 | 294:6,7 | 66:8 70:19 | 82:10 | 268:22,23 |
| 160:16 | 295:10,13 | 73:11 79:8 | 135:18,22 | 272:6,14 |
| 172:25 | 295:24 | 82:3 85:20 | **recused** | 279:2 |
| 176:13 | **received** | 86:5,7,10 | 294:21,23 | 289:18,24 |
| 179:13,14 | 159:25 | 88:16 | **redacted** | 299:5,11 |
| 183:20,20 | 160:1 | 93:10 96:3 | 235:14 | **refers** 51:7 |
| 183:24 | 220:5 | 97:18 98:6 | **reduced** | 95:16 |
| 184:2,3 | 225:20 | 101:10 | 302:8 | 187:5 |
| 194:16,18 | 256:15 | 108:21 | **refer** 27:23 | 188:4 |
| 195:10,16 | 257:14 | 110:12 | 57:9 59:3 | 200:5,5 |
| 195:19 | **receives** | 114:11,16 | 112:14 | 296:15 |
| 197:15,21 | 271:3 | 115:21 | 274:17 | **reflect** |
| 198:16 | **Recess** 86:8 | 116:24 | **reference** | 134:12 |
| 200:25 | 151:2 | 117:10,21 | 49:21 72:8 | **reflected** |
| 201:4,5,18 | 213:8 | 118:7,13 | 93:13,23 | 130:19 |
| 201:20,24 | 252:23 | 119:12 | 124:4,10 | **reflects** |
| 201:25 | 299:22 | 123:12 | 138:3 | 134:21 |
| 202:5,14 | **recipients** | 124:7 | 155:13 | **refresh** |
| 203:17 | 173:22 | 127:6 | 166:24 | 143:20 |
| 204:9,22 | **recognize** | 131:9 | 181:23 | 144:2 |
| 205:13,22 | 43:8 | 143:8,15 | 182:8,12 | 151:13 |
| 207:9 | 106:12 | 145:16 | 227:24 | **refutation** |
| 208:5,6 | 142:18 | 148:5,17 | 235:22 | 275:21 |
| 214:11,11 | 153:5 | 150:11,22 | 241:11 | **regarding** |
| 214:12,14 | 175:13 | 150:24 | 242:13 | 164:5,16 |
| 214:17,19 | 176:9,11 | 151:1,4 | 266:7 | 164:25 |
| 215:3,16 | 177:11,15 | 155:25 | 270:15 | 177:13 |
| 217:11,24 | 178:4,22 | 175:12 | 271:17,20 | 197:2 |
| 219:25 | 180:4 | 178:21 | 278:18 | **Registered** |
| 221:8,9 | 260:23 | 180:12 | 286:24 | 14:6 302:2 |
| 231:11,13 | **recollec...** | 186:7 | **referenced** | **regular** |
| 233:22 | 32:25 | 190:5 | 100:21 | 58:13 |
| 236:11,14 | 52:10 | 204:20 | **referred** | **regularly** |
| 237:12 | 103:18,24 | 205:18 | 28:20 | 250:8 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 297:17 | 204:17 | 295:18 | 132:11,17 | 54:7,10,11 |
| **rel** 1:5,8 | 236:22,23 | 296:6 | 132:21,25 | 54:19 |
| **relate** 102:4 | 242:14,23 | **releases** | 133:1 | 234:25 |
| 109:15 | 243:8 | 250:7 | 134:24 | 285:23 |
| 145:7 | 246:15 | **releasing** | 135:1 | **remove** 188:6 |
| 181:25 | 254:4 | 107:10 | 137:4,21 | 247:19 |
| 217:18 | 255:6 | 110:6 | 137:24 | **removed** |
| 238:6 | 258:15 | 280:21 | 138:1,10 | 39:23 |
| 239:13 | **relation** | **relevant** | 138:12,17 | 234:10 |
| 251:8 | 103:1 | 32:3 65:1 | 138:23 | **removing** |
| 286:3 | 239:2 | 80:8,9 | 139:8,25 | 234:19 |
| 287:1,11 | **relation...** | 83:19 88:4 | 141:13,15 | **REMUS** 6:19 |
| **related** | 31:15,18 | 89:6 | 141:16 | **REMVE** 268:21 |
| 21:18,20 | 68:13,16 | 117:12,24 | 142:5 | **renamed** |
| 62:1 90:19 | 232:16 | 119:4 | 145:1 | 192:1 |
| 91:3 96:8 | 241:19 | 124:13,18 | 146:6 | **render** 305:9 |
| 96:20 | 287:6 | 131:3 | 147:8 | **reopening** |
| 99:10,19 | 294:20 | **rely** 293:13 | 148:14 | 300:12 |
| 102:11 | 295:12,14 | **remaining** | 151:11,17 | **repeat** |
| 116:2 | 295:23 | 120:25 | 151:20 | 283:17 |
| 129:6 | **relation...** | 252:15 | 152:7 | **rephrase** |
| 138:13,18 | 232:23 | **remarkable** | 154:5 | 68:17 |
| 153:25 | 245:3 | 296:10 | 184:4,5,6 | 233:18 |
| 156:9 | **relative** | **remarks** | 184:7,9,11 | **replaced** |
| 165:15 | 100:4 | 19:14 | 197:14,16 | 272:21 |
| 205:6 | **release** | 123:16 | 197:17,18 | **replicated** |
| 212:10 | 43:13 45:9 | 137:11 | 197:20 | 74:16 |
| 213:25 | 107:21,22 | 272:15 | 198:6,19 | 76:11 |
| 234:4,14 | 108:17 | 289:1 | 199:23,24 | **report** 18:5 |
| 237:8,16 | 109:1,8 | **remember** | 200:8,11 | 40:7,25 |
| 237:17,20 | 110:10 | 34:3 49:13 | 203:5,13 | 41:11 48:2 |
| 237:23 | 111:14 | 49:16 50:1 | 207:14 | 93:7 98:9 |
| 238:7,13 | 112:1 | 51:2 52:5 | 214:25 | 98:20 |
| 238:19 | 113:5,9,13 | 53:3,18,19 | 231:7 | 106:14,18 |
| 239:3,18 | 250:16 | 67:20,24 | 236:21 | 106:20 |
| 243:6 | 255:7,20 | 82:7,10,18 | 237:11 | 107:18,19 |
| 259:4 | 258:10,20 | 88:22,25 | 243:24 | 111:15,22 |
| 270:18 | 258:23 | 90:11 | 250:2,8,14 | 111:25 |
| 293:25 | 259:5,19 | 101:12,25 | 252:4 | 112:3,9 |
| 302:10 | 259:22 | 111:9 | 258:22 | 117:14 |
| **relates** | 295:21 | 113:8 | 264:19,22 | 118:15 |
| 90:16,25 | **released** | 117:6 | 266:6,17 | 149:6 |
| 257:12 | 98:10 | 118:9 | 266:19 | 193:4 |
| 260:16 | 108:3,6,8 | 119:10,25 | 272:17,19 | 207:3,18 |
| **relating** | 110:11 | 125:4 | 284:4 | 207:22 |
| 85:6 | 249:18 | 127:2 | **removal** | 208:25 |
| 111:10 | 250:23 | 129:11,18 | 47:18 | 209:1 |
| 186:3 | 277:5 | 129:22 | 52:15 53:5 | 228:17 |
| 197:19 | 282:7 | 130:16 | 53:10,15 | 230:14,20 |

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 236:16 | 71:16 | 297:6 | 136:25 | 24:7 43:14 |
| 237:6 | 83:18 | 298:5,12 | 178:6 | 43:16,21 |
| 245:21 | 126:7,14 | **researchers** | 180:24 | 57:14 66:7 |
| 246:1 | 143:5 | 97:25 | 181:12 | 72:2 73:22 |
| 254:4,7 | 271:6 | 104:15 | 256:13 | 90:14 |
| 280:2,22 | **represen...** | 172:2,21 | 258:5 | 94:13 |
| 282:6,23 | 20:17 | 220:4 | 265:13 | 95:18 |
| 282:23 | 225:1 | 271:8 | 266:23 | 106:25 |
| 283:5 | **reproduce** | 293:9,11 | 267:17,24 | 108:4 |
| **report's** | 76:25 | 297:18 | **responsi...** | 109:3 |
| 113:5 | **Republic** | 298:13 | 142:11 | 115:2,5 |
| **reported** | 264:17 | **reservist** | **responsi...** | 116:17,20 |
| 13:23 41:8 | **reputation** | 191:2 | 142:7 | 127:11 |
| 94:13 | 274:14 | **resonance** | **responsible** | 132:4,10 |
| 203:16 | **request** | 99:5 | 41:6 | 133:10 |
| 241:24 | 18:16 | **resources** | 120:17 | 136:15 |
| **reporter** | 147:19 | 28:12 | **restricted** | 141:20,22 |
| 14:3,4,5,6 | 172:4 | **respect** | 224:10 | 145:21 |
| 14:7 20:16 | 188:5 | 103:22,23 | **restrict...** | 149:21,21 |
| 20:20 23:5 | 284:24 | 159:8 | 225:5 | 162:20 |
| 28:22 | **requested** | 198:9 | **restrictive** | 163:19 |
| 79:13 | 285:3,14 | 203:24 | 246:4,10 | 164:17 |
| 296:1 | 285:17 | 205:12 | **results** | 167:18 |
| 301:1 | **requesting** | 207:19 | 156:14 | 169:8 |
| 302:1,3 | 285:9,23 | 217:7 | 211:15,19 | 178:25 |
| **reporters** | **requests** | 246:11 | 211:24 | 181:13 |
| 50:2 | 19:8 187:2 | 251:12 | 234:5,15 | 185:24 |
| **reporting** | 187:10,14 | 258:10 | **return** | 189:24,25 |
| 110:24 | 188:4 | 259:19 | 303:19 | 190:3 |
| 111:3,4,6 | 253:7,8 | 269:25 | **retweets** | 191:13,24 |
| 192:14 | **required** | **respond** 22:2 | 245:5,7 | 192:17 |
| 196:25 | 123:18 | 23:1 24:22 | **revealing** | 194:22 |
| 199:10 | **requires** | 37:24 | 69:2 | 196:14 |
| 241:22 | 69:15 | **responded** | 255:14 | 198:24 |
| 242:6 | 124:12 | 168:4 | **review** 39:18 | 199:11 |
| 256:6 | **research** | 266:12,25 | 152:3 | 203:3,8 |
| **reports** | 99:1,4,5 | 267:1 | 300:20 | 205:1 |
| 52:21,23 | 100:9,18 | **responding** | **reviewed** | 206:2 |
| 104:6 | 111:22 | 181:16 | 128:8 | 211:20 |
| 111:8,9 | 155:10 | 256:23 | 143:22 | 214:22 |
| 114:18 | 219:14 | 267:6 | 144:6 | 216:2 |
| 229:3 | 265:16,21 | **responds** | 154:24 | 219:20 |
| 293:12,14 | 268:11 | 192:25 | 276:12,14 | 223:1,11 |
| 295:19,20 | 292:7,21 | 196:7 | 277:6,10 | 223:13,16 |
| **represen...** | 292:23 | **response** | 277:11 | 225:19 |
| 39:14 | 293:9,14 | 5:19 6:2,9 | **revisit** | 227:25 |
| **represen...** | 293:25 | 23:4,7 | 127:21 | 228:5,25 |
| 33:8 45:16 | 294:1,8 | 29:1 61:16 | **rich** 263:10 | 230:3,18 |
| 59:12 | 295:7,18 | 102:8 | **right** 22:11 | 230:18,18 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 231:1 | 100:16,17 | 200:20 | 89:12 | **S** |
| 236:4,6 | 100:19,24 | 232:12 | **Russian** | **S** 1:6  15:1 |
| 237:3 | 102:21,21 | **running** | 17:15  35:4 | 16:1  17:1 |
| 240:12,15 | 121:12 | 172:24 | 62:18,22 | 17:7  18:1 |
| 240:21 | 122:9,11 | 173:1,14 | 89:19 | 19:1  20:1 |
| 241:1,13 | 136:1 | **runs** 173:13 | 96:22  97:2 | 260:18 |
| 245:23 | 137:16 | **Ruppe** 215:5 | 97:20,22 | **SA-5** 16:16 |
| 252:18,21 | 176:12,13 | 252:5 | 97:22  98:1 | **safeguar...** |
| 257:6,16 | 264:24 | **Russia** 17:20 | 98:10,15 | 215:12,20 |
| 257:20,23 | 265:2,4,7 | 17:21  27:4 | 99:4,10,18 | 216:1 |
| 257:24 | 265:19 | 28:9  30:13 | 100:4,6,22 | **safety** 39:7 |
| 258:24,25 | 266:16,17 | 32:16 | 101:1,13 | 39:17,25 |
| 261:9 | 269:25 | 34:24 | 101:17,21 | 133:8,18 |
| 262:11 | 273:3,5 | 35:21 | 102:1,19 | 135:4,6,10 |
| 263:22 | 277:25 | 60:14,14 | 103:17 | 141:19,21 |
| 264:20 | 290:16,19 | 60:17  62:3 | 105:14 | 142:7,14 |
| 265:9 | 292:10 | 62:6  65:1 | 107:20 | 142:25 |
| 270:21,24 | **roles** 133:2 | 74:18 | 108:1 | 162:14,19 |
| 271:23 | 135:1,3 | 83:20 | 109:12,15 | 162:24 |
| 274:14,22 | 141:14 | 89:25  96:7 | 109:23,24 | 163:3 |
| 275:1 | 175:15,19 | 96:15  97:1 | 111:10,11 | 166:8,14 |
| 276:20 | 175:21 | 97:4,4,5,5 | 112:10,20 | 166:19 |
| 277:3 | **Roman** 209:8 | 98:11 | 148:20,23 | 168:11,13 |
| 287:3 | 210:12 | 100:13 | 149:7 | 168:23 |
| 288:1,11 | 213:13 | 103:16,22 | 185:20 | 174:16 |
| 294:12 | 218:12 | 104:5,5,12 | 201:16,18 | **SALCIDO** 6:10 |
| 296:13,14 | 219:2 | 104:18 | 201:21 | **Sam** 91:6,7 |
| 296:16,23 | **room** 85:11 | 113:6 | 217:13 | 154:4 |
| **rights** | **ROSENBERGER** | 132:16 | 238:20,21 | 167:24 |
| 225:25 | 7:1 | 137:3 | 243:13 | **SAMANTHA** |
| **Rob** 5:5 | **rounds** | 144:24 | 248:23 | 3:23 |
| 191:16 | 147:10 | 148:13 | 254:15 | **Samaruddin** |
| 198:19,20 | **routine** | 165:25 | 255:6 | 12:4  91:5 |
| 198:22 | 63:17,25 | 171:1 | 258:9,20 | 160:2 |
| **ROBBINS** 13:5 | **routing** | 176:5 | 259:5,18 | 179:1 |
| **Robert** 3:18 | 194:6 | 184:18 | 259:22 | **San** 7:23 |
| 93:8 | **ROWE** 5:11 | 202:20,22 | 264:12 | 81:8 |
| 191:14 | **RPR** 13:23 | 202:22 | 265:5 | **Sauer** 15:3 |
| **robust** 266:7 | 302:18 | 240:1 | 266:1,3 | 17:3,5 |
| **Rockwell** | **rubber** | 243:20,23 | 267:25 | 21:4,10 |
| 162:7,11 | 206:14 | 262:18 | 280:2,22 | 22:1,4 |
| 163:8 | **rule** 22:22 | 264:5,14 | 282:3 | 26:14,19 |
| 174:15 | 31:7 | 282:2 | 283:4 | 28:23  29:3 |
| **role** 25:11 | **rules** 289:15 | **Russia's** | **Russian-...** | 29:17,21 |
| 40:25  41:4 | 290:3,8,11 | 18:5 | 97:12 | 33:13 |
| 41:15,21 | 291:1 | 106:15 | **Russians** | 35:11  37:2 |
| 42:17 | **run** 190:25 | **Russia-o...** | 109:9 | 37:23 |
| 64:20  91:9 | 193:6,15 | 100:2 | 111:16 | 42:21,25 |
| 91:10 | 193:19 | **Russia-s...** | 255:20 | 43:2,5,7 |

**DANIEL KIMMAGE 11/10/2022**

| | | | | |
|---|---|---|---|---|
| 43:25 44:1 | 174:12,19 | 279:5 | 193:14,20 | 145:12,17 |
| 44:20 46:7 | 176:21 | 284:14,16 | 193:22 | 160:9 |
| 47:21 48:1 | 177:5,10 | 284:22 | 194:2 | SCHMITT 1:6 |
| 48:12,17 | 178:11 | 288:4,14 | 196:24 | SCHWARTZ |
| 48:23 | 180:17 | 288:20,23 | 198:22 | 10:12 |
| 52:20 56:9 | 181:21 | 289:21 | 208:10,10 | Science |
| 56:13,21 | 182:4 | 293:18,22 | 210:3,18 | 220:6 |
| 56:24 | 186:9 | 297:14 | 212:9,12 | scientific |
| 62:11 | 188:7,12 | 298:9 | 212:18 | 35:3 |
| 63:23 | 190:6 | 299:14,17 | 218:15 | scope 244:22 |
| 70:21 | 193:9 | 299:25 | 220:13,16 | 264:1 |
| 73:12 75:2 | 194:1 | 300:8,14 | 221:13,24 | scraping |
| 75:13 76:4 | 196:17 | 300:22 | 222:1,19 | 241:11 |
| 77:11,21 | 198:2,14 | 301:2 | 222:23,25 | Scully 10:9 |
| 79:9 85:12 | 205:25 | savvy 170:11 | 223:1,6,7 | 191:18,19 |
| 85:15,19 | 206:5,9,14 | saw 264:16 | 223:9,18 | 192:3,8,13 |
| 86:2,5,12 | 206:24 | saying 33:23 | 223:19,24 | 195:25 |
| 88:17 | 207:2 | 39:16 51:2 | 224:12 | 196:13,19 |
| 92:24 93:6 | 209:21 | 52:22,24 | 226:15 | search 280:9 |
| 93:20,22 | 210:8 | 57:13 | 229:11 | searches |
| 94:5 95:8 | 212:20,22 | 75:25 | 230:20 | 245:8 |
| 95:10 96:4 | 212:24 | 114:19 | 232:10,22 | second 18:12 |
| 106:6,11 | 213:4,11 | 117:7 | 234:1,3,7 | 44:3,4 |
| 113:17,22 | 217:2,22 | 124:23 | 236:2 | 48:7 49:7 |
| 114:13,17 | 219:13 | 180:13 | 237:11,15 | 57:12 |
| 115:11 | 220:12 | 188:1 | 240:11 | 73:22 |
| 122:7 | 221:23 | 228:3 | 242:14 | 85:24 |
| 124:3,8 | 222:18 | 233:6,9 | 245:2,15 | 93:12 |
| 125:18 | 223:5 | 269:20 | 253:7 | 94:21 |
| 127:9,18 | 224:23 | 270:21 | 278:6,10 | 95:14 |
| 127:21 | 225:11 | 283:2 | 278:22 | 128:7,8 |
| 128:2,4 | 226:10 | 293:13 | 279:1 | 161:18 |
| 129:15 | 227:21 | says 50:17 | 281:13 | 162:5 |
| 138:9 | 229:10,21 | 57:16,17 | 289:13 | 169:12,12 |
| 140:22 | 231:5 | 57:22 74:3 | 296:16 | 176:11 |
| 141:2 | 233:17 | 74:8 79:3 | scenario | 178:25 |
| 150:7,18 | 238:3 | 95:21 | 95:17 | 185:21 |
| 150:23 | 243:11 | 105:1 | scenarios | 189:5 |
| 151:8 | 249:6 | 120:4 | 62:21 | 193:11 |
| 152:2,11 | 250:21 | 128:23 | Schaul | 208:9 |
| 152:12,24 | 251:20 | 156:12,17 | 191:14 | 221:13 |
| 153:4 | 252:14 | 163:9,16 | 198:19,20 | 227:8 |
| 155:17 | 253:1,5,19 | 163:20 | schedule | 235:21,25 |
| 156:1 | 260:18,22 | 168:25 | 22:3 160:7 | 241:10 |
| 157:17 | 269:8 | 181:7,12 | 160:21 | 263:13 |
| 159:15,21 | 270:7 | 181:14 | 161:2,3 | 270:14,14 |
| 164:9,12 | 275:11,14 | 186:10,11 | 164:14 | 289:8,10 |
| 164:23 | 275:25 | 189:22 | scheduling | Secretary |
| 167:11,21 | 276:5 | 192:13,25 | 92:22 | 1:23 2:5 |

DANIEL KIMMAGE 11/10/2022

| | | | | |
|---|---|---|---|---|
| 3:15,20 | 221:20 | 213:15 | 276:6 | 156:12 |
| 4:2 9:9 | 232:13,17 | 219:18 | **selectively** | 169:12 |
| 13:1 19:15 | 242:24 | 220:7,15 | 267:8 | 200:7 |
| 54:3 289:2 | 296:6 | 221:12,25 | **senate** | 220:3 |
| 289:2,13 | **security...** | 222:23 | 107:18 | 223:23 |
| 296:2,9 | 216:15 | 223:22 | **senate-c...** | 227:8,9,11 |
| 298:14 | **see** 32:15 | 226:2,15 | 25:17 | 228:7,8 |
| 299:5 | 33:8 43:12 | 227:14,15 | **send** 172:4 | 229:12 |
| **Secretary's** | 45:10 46:9 | 228:21 | 229:4,16 | 234:23 |
| 289:17 | 49:5,7 | 229:11,14 | **sender** 180:2 | 235:25 |
| **section** 7:17 | 50:16 | 232:5 | **sending** | 241:23 |
| 122:12 | 56:14 | 233:25 | 178:17 | 245:19 |
| 202:8 | 57:10,12 | 234:11,23 | 198:9 | 278:10,22 |
| 227:13,25 | 79:11 | 235:11,21 | **senior** 3:9 | **sentences** |
| 232:5 | 93:14,23 | 236:1,7 | 3:25 5:3 | 298:23 |
| **sector** 155:9 | 95:11,14 | 237:3 | 9:18 10:7 | **separate** |
| 155:12 | 104:11,17 | 240:8 | 12:6,7 | 45:7,7 |
| 263:2,3 | 105:4 | 241:9,14 | 25:11 | 50:6 |
| 271:7 | 106:22 | 242:2 | 29:12 | 194:23 |
| 278:3 | 112:11 | 244:15,21 | 31:16 | **September** |
| 295:7 | 120:6 | 245:19 | 37:10 41:3 | 57:4 93:8 |
| **security** | 123:25 | 252:16 | 41:16 | **series** |
| 3:17 4:1,5 | 129:6,8 | 282:8 | 45:13 | 143:11 |
| 4:10,13,25 | 144:1,3 | 288:24 | 46:22 58:9 | 173:22 |
| 9:21 10:8 | 159:22 | 292:4 | 59:21,23 | **served** 228:4 |
| 27:6 36:10 | 160:3 | 295:19,20 | 59:23 60:3 | **service** 7:8 |
| 39:4,24 | 162:8,10 | 299:18 | 64:12,17 | 39:21 |
| 44:7 45:15 | 163:11 | **seeing** 36:4 | 97:22 | 112:19 |
| 47:2 57:20 | 166:3 | 38:8 89:5 | 163:9 | 181:13,16 |
| 58:6,14,19 | 168:2 | 104:15 | **senior-l...** | 181:25 |
| 58:25 59:4 | 171:22 | 136:10 | 60:6 69:25 | 247:16,18 |
| 59:7 65:16 | 173:23 | 157:21 | 69:25 70:2 | **Services** 2:7 |
| 66:9,10 | 174:21 | 198:4 | 70:5,8,10 | 2:9 20:17 |
| 73:25 77:4 | 175:2,8 | 201:3 | 80:6 | **serving** 41:2 |
| 77:25 | 176:1 | 207:11 | **sense** 200:14 | **set** 68:12 |
| 112:19 | 179:1,23 | 219:24 | 252:19 | 87:3,6,10 |
| 178:6 | 181:23 | **seek** 38:2,4 | **sensitive** | 87:19,22 |
| 189:10,11 | 182:7 | 269:13 | 107:15 | 87:24 88:6 |
| 189:13 | 186:24 | **seeking** | **sent** 168:22 | 88:8,13,20 |
| 192:21 | 187:4,6 | 36:10 | 193:21 | 89:2 92:2 |
| 194:18 | 188:21,22 | 234:25 | **sentence** | 120:5,9 |
| 195:9 | 190:9,11 | **seeks** 271:2 | 44:3 45:10 | 135:20,22 |
| 197:3 | 190:13 | **seen** 43:10 | 47:1 78:23 | 146:5 |
| 215:12,17 | 192:14 | 104:5 | 79:2,5 | 161:21,25 |
| 215:21 | 195:9,23 | 128:11,12 | 95:15,16 | 180:23 |
| 216:2,17 | 196:5,25 | 128:16 | 95:20 | 283:13 |
| 216:23 | 199:3 | 177:16 | 104:25,25 | 302:13 |
| 217:8 | 207:7,15 | 207:3,4 | 120:3 | **sets** 88:11 |
| 218:2 | 211:13,15 | 253:10 | 123:24 | **setting** |

DANIEL KIMMAGE  11/10/2022

47:12 87:9
87:16
145:8
161:5
166:24
224:14
**seven** 206:18
**SHAH** 6:22
16:14
**Shahma@s...**
16:20
**shape** 289:15
290:2,8,11
291:1
**share** 32:21
32:23
83:11
89:10
136:17
159:5
198:23
200:15
273:19
279:11
282:9
**shared** 73:3
164:4,15
164:19,25
185:6
234:8
**sharing** 68:4
68:10,11
73:1 89:8
136:12
156:7,9
157:23
165:7
169:14,22
184:22,24
185:3
232:11
270:16
271:12
273:21
275:22
283:15
**sheet** 301:16
304:1
**sheets**

303:14,17
303:19
**shop** 290:7
290:14
291:16
**SHOPKORN** 3:7
**short** 85:15
85:16
**Shorthand**
14:3,5
302:1
**show** 263:2
263:11
**showed** 149:6
**shows** 263:1
**shutting**
51:17
**side** 31:22
31:23
34:10 36:7
64:17,21
64:22 65:4
65:5,7
73:19
122:2
131:5,12
132:20
134:4
135:16,17
135:25
137:8,9
143:10,12
147:22
148:2
149:13,20
157:20
167:18
173:23
174:5
178:15
185:12
**sideways**
106:23
**sign** 300:20
303:17
**signature**
301:7,19
303:14,17
303:20

304:25
**signed**
301:16
**significant**
63:14
131:4,10
245:17
**Silicon**
45:16
46:10,23
153:14,18
154:14,17
155:1,5,22
161:14
163:10,13
271:11,18
271:25
272:4,22
272:24
273:3
289:12
**SILVERS** 3:18
**similar**
105:13
136:13
139:20
140:16
141:3,5,16
141:18,18
142:6,13
143:12,17
146:25
268:25
**simply** 39:15
39:18
132:17
139:6
145:4
161:2
216:8
264:1
294:7
**Sincerely**
303:22
**single** 83:11
89:22
144:6
296:18
**singled**

106:19
**SIO** 292:16
292:24
297:21,25
298:3,6
**sit** 35:19
**situation**
39:4,16
108:1
**situations**
200:19
**six** 210:12
245:12
**slash** 82:16
142:21
**SLAVITT** 5:1
**Slow** 181:12
182:6
**small** 41:20
77:14
**smaller**
41:19,23
**SNELL** 10:3
**SNOW** 15:14
**so-called**
4:21
**social** 8:4
11:21 29:9
29:11,12
29:15 30:3
30:21,23
31:10,13
32:8 35:7
35:22 36:5
36:21 37:5
37:18 38:3
38:10,15
39:6,13
40:5,12
42:3,10
46:3,17
47:8,17
51:24 53:7
53:9,14
54:6,18
55:5,12,18
55:22 56:1
56:1 61:18
61:22 62:7

63:7 74:16
74:21
75:15,20
76:9,14
78:24
79:14,18
80:4,17
81:24
82:18 83:2
83:4,6,9
83:17,22
84:9,15
87:2,11
89:9 90:23
91:11 92:3
92:17 99:9
99:14,16
101:7,22
103:2
105:21
113:10,15
139:15
147:1
155:13,19
155:23
156:19
158:2
159:2,7
160:1,6,11
160:24
161:5,21
165:4,13
167:8
170:17
171:25
183:7,11
183:15
187:11,22
188:6
194:7
195:15
196:21
200:21
207:20
210:16,21
211:3,7
213:16,20
228:10
232:23

**DANIEL KIMMAGE  11/10/2022**

233:15,21
234:18
236:23
246:5,11
247:12
248:8
249:13
250:15,23
253:16
254:2
258:18
259:4,17
260:16
274:3
275:18
278:25
279:7,9
282:2,13
283:22,24
284:18
285:12,18
285:19,25
286:11
287:15,25
291:19
**society**
209:14
228:10
268:11,13
**soft** 234:10
234:19,25
**software**
171:16
261:20
**solutions**
278:1
**Solving**
280:15
**somebody**
119:9
189:15
**soon** 212:21
**Sophisti...**
17:22
**sorry** 38:24
55:23 57:5
65:25 90:8
117:17
118:24

125:19
143:11
156:24
159:25
160:10
189:2
227:5,8,13
232:1
250:12
252:19
257:1
286:10
287:2
288:19
292:2
**sort** 28:11
32:23 34:7
35:5 59:17
63:17
78:10
91:23
100:17
125:14
133:3
137:11
139:5
146:7
147:10
169:25
170:4,8
182:20
203:16
234:17
253:15
265:4
**sorts** 61:7,9
73:8 268:6
**sought**
264:14
**sound** 133:10
138:25
**sounds**
178:13
212:13
**source**
220:19,22
**space** 165:16
**speak** 52:3
56:3 63:4

73:16
76:14
149:11
163:14
177:24
185:10
211:10
255:16
259:11
260:1,10
**speaker**
137:7
**speakers**
74:17
78:12
137:10,12
139:1
148:2,7
149:11
**speaking**
49:18
137:16
221:2
**special** 7:3
7:22 18:5
106:14
199:4
200:6
**Specialist**
16:24
**specific**
31:2,5,9
33:17,19
33:22 34:3
34:17 38:7
38:20
39:15,24
40:6,12
45:5 52:9
54:14,17
61:3,14,22
61:23
62:13 63:5
64:2,4
78:18 84:3
88:25
89:15,20
90:3 91:14
92:20,23

100:14
101:15,18
102:1,23
105:9,23
109:5,7,22
111:12
116:25
118:15
125:1
126:2,8,23
127:7
135:20
138:3
139:9
147:3,5,21
147:22,25
148:19
171:15
176:22
183:21
184:8
185:3
205:11,14
210:24
213:24
214:9
217:24
249:13
250:2,8
253:21
254:12
255:2,3
256:16
258:2,7,12
258:13
266:2
274:7
281:24
283:6
284:24
285:4,6,10
285:13,17
286:16
288:9
289:7
293:2,2
**specific...**
49:4,19
54:10

72:25
80:13
102:15
118:8
124:16
130:16
145:4
147:18
200:3
206:21
215:22
222:25
247:13
248:13
249:12,14
282:21
289:23
290:5,7
291:10
296:15
298:2
299:4
**specificity**
35:6
**specifics**
84:25 85:4
105:17
109:11,20
136:20
137:19
138:1,21
139:3,7,13
139:25
141:7
144:19
171:13
184:11
185:11
202:6
204:2
210:10
212:6
214:13,19
243:15,18
247:23
248:20
264:25
265:15
266:19

**DANIEL KIMMAGE  11/10/2022**

287:8,21
288:10
291:15
297:24
**specify**
182:8
200:9
**speculate**
76:19
78:13,15
159:1
281:10
**speculation**
167:10
220:14
**speculative**
44:19
62:10
72:19
75:18
77:10,20
78:5 92:7
92:19
93:10
106:4
118:21
119:2
122:6,15
125:7
133:13
134:15
145:11
149:1,15
155:16,25
158:25
164:22
165:6
166:21
168:16
169:4,10
174:11,18
177:1
178:10
181:20
182:3
183:14
186:23
193:8,25
194:9

210:7
213:23
217:1
226:9,22
227:20
228:20
229:20
234:22
235:4,18
236:18
238:2
241:18
245:1
253:18
270:10
279:4
280:14
281:9
286:15
287:19
289:20
291:4,22
292:12
297:4,13
299:3
**speech** 75:7
76:12
**speed** 47:18
52:14
**speeding**
53:5,10,15
54:7,10,18
**spell** 202:23
**spend** 127:15
127:25
**spew** 51:18
**sphere** 75:16
75:20
**spilling**
75:24
261:11
**spoke** 84:20
**Spokespe...**
17:11
**sporadic**
121:3
**spread** 55:9
78:25
79:15,19

95:22,25
96:1 103:9
105:2
165:12
191:7
201:8
273:15
274:2
275:9,16
275:18,23
278:24
279:8,18
280:12
281:3,5,14
281:17,24
282:10,18
283:16
292:8
296:4
**spreading**
54:22 55:6
274:22,25
**spring**
130:14
138:18
140:7
148:21
**Squad** 7:23
**staff** 63:18
71:8,13,14
72:16 88:4
116:25
117:23
119:23
131:2
**staffers**
118:22,23
**stake** 39:18
**stakeholder**
227:1
228:25
230:2,14
**stakehol...**
227:13,17
228:1,4,9
228:14
229:2
230:20,21

230:24
278:3
**Stamped**
18:17,20
18:22,24
**stand** 147:6
**standalone**
135:19
**standard**
97:19
**standards**
36:17
209:15,19
289:16
290:3,12
291:1
**standing**
60:22,25
61:1 211:9
**stands**
177:21
178:7
200:16
**Stanford**
219:16
221:18
223:7,9,12
223:15
289:12
292:6,9,13
292:14,25
293:3
294:5
295:20
296:4,10
296:22
297:2,16
297:21
**start** 21:12
59:22
82:21 97:5
129:16
130:12
144:16
150:18
280:15
**started**
21:12
150:17

**starters**
249:7
**starting**
84:4 206:6
294:21
**starts** 228:3
277:21
**state** 1:5,7
11:23 12:1
12:9,15,21
16:13
17:14 18:4
18:13
19:15 20:5
21:5 22:14
27:3,18
33:10
39:11
44:12
49:22 53:6
53:12 54:5
54:9 55:16
56:4
128:25
163:18
165:1
175:8,16
177:12
178:15
179:9
180:1
185:25
186:18
188:21
189:14,19
190:19
192:15
197:1
220:22
221:7
222:5,10
225:9
241:25
259:24,25
278:21
289:3
290:23,24
296:3
298:22

**DANIEL KIMMAGE** 11/10/2022

| | | | | |
|---|---|---|---|---|
| 303:8 | 26:25 45:6 | 279:8,18 | **SUBHAN** 6:3 | 264:17 |
| 304:3 | 69:15 | 280:11,23 | **subject** 63:3 | **suggestions** |
| 305:1 | **stay** 93:16 | 281:2,5,14 | 65:1 80:10 | 276:15,17 |
| **state-fu...** | 110:18 | 281:17,24 | 88:4 | **suite** 16:6 |
| 97:23 | 120:20 | 282:10,18 | 117:24 | 16:16 |
| **state-owned** | 251:1 | 283:16 | 119:4 | 97:25 |
| 281:25 | 261:9 | **stops** 75:6 | 124:18 | **summarize** |
| 282:1,3 | **stays** 298:11 | **Strategic** | 131:3 | 29:18 |
| **stated** 165:7 | **stenogra...** | 5:14,24 | 132:9 | **summary** 27:1 |
| 273:18 | 20:19 | 6:6,13 | 173:25 | 53:1,2 |
| **statement** | **stenogra...** | 41:24 | 238:24 | 208:3 |
| 17:11 | 302:7 | **strategist** | 239:16 | 209:7 |
| 115:18 | **step** 98:7 | 166:11 | **subjects** | **super** 170:11 |
| 120:8 | 281:17 | **strategy** | 129:6 | **supervision** |
| 144:12 | **Stephen** | 3:21 5:9 | **submit** | 302:9 |
| 152:16 | 49:21 | 9:5 11:14 | 230:25 | **Supervisory** |
| 209:11 | **steps** 54:21 | 19:13 | 231:8 | 7:22 |
| 250:3 | 54:24 55:3 | 174:9 | **submitted** | **Supply** 6:17 |
| 272:3 | 84:20 85:1 | 276:19 | 227:12 | **support** |
| **statements** | 85:2,5,6 | 296:6 | **submitting** | 28:12 |
| 97:21 | 95:24 98:3 | **straying** | 227:17 | 184:21,22 |
| 138:22 | 143:18 | 107:15 | **subpoena** | 210:3 |
| 140:25 | 144:2 | **street** 15:18 | 128:24 | 220:5,25 |
| 246:2,7 | **Stevie** 119:8 | 16:6,17 | **subscribe** | 253:24 |
| 249:19,21 | 119:20,24 | 157:24 | 305:11 | 278:13 |
| 286:24 | **Stewart** 12:4 | 303:6,21 | **subsequent** | **supported** |
| **states** 1:1 | 91:5,6,7 | **strengthen** | 107:21 | 113:4 |
| 1:20 2:2 | 154:6,7 | 209:15,18 | **subseque...** | 182:23 |
| 3:4 18:13 | 160:2,6 | **strictly** | 44:24 | 183:1 |
| 20:8 27:6 | 161:21 | 269:21 | 191:25 | **supporting** |
| 34:25 | 163:2 | **strongly** | **substance** | 184:18 |
| 36:11 | 168:22 | 69:5 | 99:6 305:8 | 221:7,10 |
| 90:18 | 173:22 | **structural** | **substantive** | **supports** |
| 96:11,18 | 179:1 | 28:12 | 32:4 | 27:13 |
| 102:10 | 271:21 | **structured** | 125:23,25 | **suppose** 62:5 |
| 153:17 | 272:7,10 | 63:14 | 126:3 | 74:18 |
| 165:13,16 | 272:14 | 134:19 | **succeed** | **supremacy** |
| 165:21 | 273:1,7,8 | **struggled** | 110:12 | 268:24 |
| 182:25 | 283:12 | 267:3 | **succeeded** | **Supreme** 15:5 |
| 183:3 | **stick** 73:21 | **students** | 110:10 | **SUR** 15:16 |
| 223:25 | **stint** 24:5 | 221:18 | **successful** | **sure** 22:23 |
| 224:6,11 | 24:13 | 223:8 | 266:23 | 23:22 |
| 237:6 | **stop** 54:21 | **study** 224:9 | **sufficient** | 28:14 |
| **stations** | 273:15 | **stuff** 24:20 | 206:22 | 43:25 |
| 268:8 | 274:2,25 | 211:6 | **suggested** | 49:14 |
| **status** 245:5 | 275:9,16 | 237:23 | 100:23 | 54:20 |
| 245:6 | 275:17,22 | 293:12 | 265:4,5 | 56:20 71:5 |
| **statute** 26:3 | 275:23 | **sub-narr...** | 266:14 | 81:11 |
| **statutory** | 278:24 | 201:13 | **suggesting** | 87:25 |

**DANIEL KIMMAGE  11/10/2022**

| | | | | |
|---|---|---|---|---|
| 93:20 | 95:24  98:3 | 274:17 | 210:13 | 86:15,20 |
| 105:25 | 123:8 | 293:12 | 211:18 | 86:22,23 |
| 110:16,17 | 144:2 | **talked** 73:23 | 226:24 | 86:25,25 |
| 122:22 | 150:5,7 | 80:11 | 232:20 | 88:2,24 |
| 127:22 | 158:22 | 116:16 | 244:16,18 | 91:8,9 |
| 141:8 | 159:3 | 126:21 | 277:24 | 116:16 |
| 145:22 | 180:3 | 137:17,22 | 283:3 | 117:12,13 |
| 157:1 | 185:22 | 139:4 | 296:9 | 119:3,6,13 |
| 170:12 | 186:1,2,14 | 144:12 | 297:9 | 119:17,19 |
| 204:12,14 | 186:15,17 | 149:25 | **tank** 294:15 | 120:1,16 |
| 248:15 | 186:20 | 150:1 | **Tarasoff** | 121:17,20 |
| 252:14 | 187:23 | 161:15 | 174:25 | 131:1,24 |
| 255:4 | 204:11 | 166:17 | **target** 52:15 | 132:2,3 |
| 262:8,13 | 206:7 | 201:10 | 57:20  58:3 | 133:8,18 |
| 281:22 | 212:21,23 | 244:17 | 74:5 | 139:4 |
| 296:11 | 239:13 | 258:23 | **targeted** | 141:21 |
| 298:16 | 248:2,10 | 264:5 | 190:18 | 142:8,14 |
| 300:15,22 | 250:4 | 271:18 | **targeting** | 153:8,11 |
| **Surgeon** 2:1 | 252:12 | 272:8 | 112:20 | 162:19 |
| 8:15 | 273:20 | 284:5 | 189:7 | 163:3 |
| **surprise** | 274:8 | 286:19 | 192:21 | 166:15 |
| 162:13 | 281:1,2,5 | **talking** 28:2 | **task** 7:19 | 168:13,23 |
| 166:7 | 283:19,20 | 28:23 | 44:9 | 173:12,15 |
| 236:15,20 | 283:22,24 | 49:16  54:6 | 116:11 | 175:24 |
| 236:20 | 299:14 | 71:9  72:1 | 122:17 | 176:5 |
| **swear** 20:21 | 300:15 | 140:17 | 191:25 | 178:7 |
| **sworn** 21:2 | **takedown** | 164:6 | **tasked** | 185:15,20 |
| **system** 107:9 | 187:2,10 | 170:2 | 120:24 | 188:25 |
| 107:10 | 188:4 | 179:16 | **teaching** | 191:23 |
| 227:3 | **taken** 20:4 | 199:13 | 173:7 | 192:2 |
| **Systems** 14:7 | 40:4 | 209:12,22 | **team** 5:20 | 202:20,22 |
| 302:20 | 143:18 | 215:24 | 6:2,9  8:4 | 243:20,23 |
| | 192:7 | 238:7 | 8:19  12:19 | 269:11,18 |
| **T** | 234:18 | 261:17 | 18:14  28:9 | 299:6 |
| **T** 16:1  17:1 | 302:4,7 | 264:7 | 28:9,9,10 | **teams** 27:21 |
| 17:1,7 | 303:12 | 266:9 | 28:12,15 | 28:6,7 |
| 18:1,1 | 304:4 | 268:22 | 28:18,19 | 29:8  80:8 |
| 19:1,1 | **takes** 195:25 | 273:12 | 29:5,10 | 83:21  88:3 |
| 276:1 | **talk** 54:24 | 278:14 | 30:3  32:2 | 117:25 |
| **table** 206:7 | 123:10 | 283:2 | 32:3  45:15 | 119:11 |
| 289:14 | 137:14 | 296:25 | 47:2  60:7 | 162:24 |
| **tabs** 245:21 | 149:21 | 297:5 | 60:9,14 | 163:6 |
| **tactics** | 155:23 | 298:21 | 64:24,25 | 166:19 |
| 104:7 | 171:8 | **talks** 44:6 | 65:1,19 | 185:19 |
| **take** 25:15 | 186:12 | 47:1  49:8 | 71:19,21 | 193:1,23 |
| 34:20,23 | 245:21 | 164:3 | 72:10,17 | **tease** 256:10 |
| 51:7  56:25 | 261:1,7,12 | 186:19 | 77:7,15,17 | **tech** 155:9 |
| 63:17  79:4 | 263:16,16 | 190:23 | 78:8,14 | 155:12 |
| 94:12 | 263:20 | 200:14 | 83:19,20 | 157:6 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 170:11 | 50:22 | 21:23 | 265:24 | 265:6 |
| 172:16 | 83:18 | **ten** 131:13 | 269:7 | 267:8 |
| 263:1,3 | 86:15 | 149:17 | 301:13,14 | 274:13 |
| 271:7 | 88:23 91:8 | 240:16 | **TET** 28:21 | 275:1,3,20 |
| 273:13,14 | 92:4 132:1 | 241:1 | 29:5,14 | 280:3 |
| 273:21 | 153:8,11 | **tenure** | 31:10 | 281:11 |
| 274:2,5 | 169:15 | 119:19 | 37:13 | 282:17,18 |
| 282:16,22 | 173:15 | **TERICKA** 8:25 | 60:10 | 298:15 |
| 282:25 | 261:7 | **term** 247:4 | 86:17 92:1 | **think** 22:16 |
| **tech-rel...** | 262:16 | **terms** 39:20 | 118:24 | 28:23 |
| 155:21 | 271:14 | 85:13 | 132:3,4,6 | 30:24 31:4 |
| **techie** | 272:6 | 127:16 | 161:11 | 33:2 47:23 |
| 262:12 | 277:22,24 | 136:10 | 173:16 | 56:8 57:24 |
| **Technical** | 278:12,19 | 175:25 | **thank** 192:25 | 71:5,9 |
| 12:6 | 278:23 | 247:16,18 | 196:7 | 74:9 80:11 |
| **technique** | 279:7,16 | **terrorist** | 218:15 | 80:22 |
| 111:15,17 | 280:10,25 | 19:10 27:7 | 293:20 | 85:13 |
| 113:6,9,13 | 281:4,11 | 32:17 | **thanking** | 88:21 |
| **techniques** | 283:4,7,10 | 137:3 | 219:3 | 89:25 |
| 30:11 | 283:18 | 163:22 | **thanks** 168:1 | 106:18 |
| 32:13 | 289:16 | **testified** | 301:2 | 112:8 |
| 103:5,24 | 290:4,12 | 21:2 140:9 | **theDonal...** | 113:19 |
| 104:4,13 | 291:2,10 | 154:8 | 236:4 | 118:23 |
| 104:21 | 291:18 | 162:17 | **theories** | 119:14 |
| 109:4 | 298:16,18 | 199:9 | 264:6 | 126:7 |
| 112:1 | 298:24,25 | **testimony** | 266:14 | 127:10,16 |
| 149:5,5,8 | 299:6 | 70:20 | **theory** 191:6 | 138:2 |
| 157:3 | **technolo...** | 101:9 | **thereon** | 140:9 |
| 165:8,23 | 263:4 | 111:20 | 305:10 | 147:10,13 |
| 182:13 | **tee** 283:21 | 117:22 | **thing** 22:24 | 149:18 |
| 184:23 | 283:23 | 118:6,12 | 23:3 34:7 | 152:24 |
| 185:22 | **teed** 284:7 | 123:13 | 207:8 | 159:17 |
| 186:13,14 | 285:14 | 125:17 | 266:21 | 171:7 |
| 186:20 | **teeing** | 127:5 | 274:13 | 172:4,16 |
| 217:16,18 | 284:10,18 | 131:8 | **things** 24:19 | 176:18 |
| 251:1 | 285:2,5 | 140:19 | 47:9 54:25 | 177:18 |
| 273:23 | **tell** 38:22 | 144:7 | 85:11 | 178:8 |
| 279:12 | 38:25 42:2 | 148:6,18 | 95:18 98:8 | 180:2 |
| **technolo...** | 48:17 | 152:21,23 | 104:14 | 188:8 |
| 30:15 | 79:13 85:2 | 157:16 | 110:23 | 191:25 |
| 261:13,16 | 97:3 103:8 | 172:19 | 112:8 | 199:9 |
| 262:1,3,10 | 146:2 | 198:1 | 137:10 | 202:21 |
| 278:12 | 215:10 | 201:2,23 | 138:25 | 203:4,16 |
| **technology** | 238:10 | 204:21 | 155:21 | 204:6,11 |
| 12:18 | 257:14 | 208:19 | 182:7 | 204:13 |
| 18:14 | 288:6 | 216:7 | 184:25 | 206:1 |
| 28:18 29:4 | **telling** | 222:22 | 186:17 | 207:15 |
| 29:10 30:3 | 53:13 | 238:16 | 238:13,25 | 208:2,5,8 |
| 45:17 | **temporarily** | 250:19 | 249:20 | 208:10,13 |

**DANIEL KIMMAGE** *11/10/2022*

| | | | | |
|---|---|---|---|---|
| 208:20 | 90:18 | **TikTok** 234:9 | 116:22 | 172:2,20 |
| 210:25 | 117:25 | **time** 20:12 | 118:4 | 241:12 |
| 216:4 | 147:21,25 | 23:14,19 | 123:21 | 262:17,19 |
| 218:6 | 159:9 | 25:10 | 139:16 | 262:23 |
| 238:12 | 168:9,12 | 39:12 | 140:4,7 | 263:5 |
| 249:17 | 194:22 | 45:25  47:7 | 141:4 | 288:8,11 |
| 255:7 | 286:18 | 47:11 | 142:22 | **toolbox** |
| 272:17,23 | **threat-a...** | 48:14,19 | 147:1 | 97:20  98:2 |
| 273:5 | 60:15,16 | 48:21 | 162:23 | 275:7,9 |
| 277:10 | 60:17 | 57:24 | 176:23 | **tools** 30:11 |
| 280:6 | 61:13,19 | 62:16,16 | **times** 22:9 | 30:18 |
| 288:15,21 | **threat-f...** | 74:11 | 236:16 | 32:13,18 |
| 290:19 | 148:9 | 84:14  86:6 | **timing** 85:13 | 97:24,25 |
| 292:14,22 | **threats** 84:1 | 86:9  93:20 | **TIMOTHY** 6:15 | 98:4  107:3 |
| 294:14,22 | 84:3,12 | 94:19  95:9 | **title** 21:9 | 110:23,25 |
| **third** 50:12 | 148:3,8 | 116:11 | 22:6,7 | 157:2,6,12 |
| 55:24,25 | **three** 78:21 | 119:7,21 | 59:24 | 158:3,21 |
| 94:22 | 94:24 | 124:22 | 65:12 | 165:8,23 |
| 95:20 | 145:14 | 130:13 | 86:20,21 | 169:23,25 |
| 153:13 | 149:23,25 | 131:22 | 121:12 | 170:2,5,6 |
| 179:20 | 175:13 | 143:19 | 122:9,10 | 170:9 |
| 192:4 | 185:18 | 150:15,25 | 166:12 | 171:14,22 |
| 196:20 | 187:2 | 151:3 | 168:7 | 184:23 |
| 208:10 | 230:5,19 | 164:13 | 185:13 | 186:13 |
| 220:3 | 231:16 | 175:20,22 | **titled** | 217:15,18 |
| 224:15 | 275:1,2 | 179:3 | 276:18 | 251:1 |
| 225:3 | 291:25 | 195:6 | **today** 21:22 | 270:24 |
| 227:11 | **three-year** | 199:6,11 | 24:19 | 275:6,8 |
| 245:15 | 67:8 | 199:18 | 45:13  48:2 | 278:4 |
| 274:24 | **thrust** 30:8 | 200:25 | 48:25  50:6 | 279:12,25 |
| **third-party** | **Thursday** | 206:23 | 56:15,16 | 286:25 |
| 128:24 | 13:17 | 208:14 | 56:18  57:2 | 287:1,6,9 |
| **thought** | **ticket** 245:5 | 213:6,9 | 144:8 | 287:11,14 |
| 154:9 | 245:6,7 | 222:15 | 152:21 | 287:22,23 |
| 173:7 | **ticketed** | 223:2 | 154:20 | 288:9 |
| 180:15 | 227:2 | 252:22,24 | 207:25 | 299:8 |
| 216:12 | **tickets** | 255:4 | 208:19 | **top** 43:12 |
| 288:5 | 212:9 | 299:18,20 | 282:2 | 50:20 |
| **thousands** | 227:12,18 | 299:23 | **Today's** | 162:6 |
| 51:17 | 229:4,16 | 300:2,16 | 20:11 | 166:1 |
| 244:18 | 231:1,8 | 301:5 | **Todd.sco...** | 167:22,23 |
| **threat** 28:8 | 234:1,4,13 | **timeframe** | 15:10 | 178:5,17 |
| 54:16 | 237:3,7,12 | 53:4  67:3 | **told** 57:24 | 181:4 |
| 61:14,21 | 237:16,23 | 82:6  83:14 | 103:11 | 182:13 |
| 61:22  62:1 | 239:13 | 87:15 | 163:2 | 196:18 |
| 63:7  64:25 | 240:11,16 | 91:20,22 | 224:25 | 210:13 |
| 83:20  88:3 | 241:13,15 | 101:6 | **tool** 170:11 | 230:22 |
| 89:15,22 | 241:20,24 | 109:20,21 | 170:15,16 | 236:2 |
| 89:23 | 244:24 | 115:24 | 170:23 | 240:9 |

DANIEL KIMMAGE  11/10/2022

| | | | | |
|---|---|---|---|---|
| 267:15,15 | 300:20 | 262:18 | 147:4,8,15 | 262:5 |
| **topic** 32:15 | 302:5 | 279:22 | 148:24 | **types** 275:5 |
| 99:21 | 303:16 | **Tuesday** | 149:12 | 279:23 |
| 135:20 | **transcri...** | 178:2 | 160:17 | 299:10 |
| 176:22 | 301:14 | 251:9 | 162:18 | **typewriting** |
| **topics** 32:11 | **transcripts** | **turn** 50:8,11 | 183:8 | 302:8 |
| 136:13 | 23:6 | 57:8 60:19 | 196:1,6 | **typically** |
| 138:4 | **transfer** | 106:22 | 234:9 | 60:9 |
| 180:25 | 49:9,19 | 161:13 | 240:22 | |
| 185:24 | **Treasury** | 182:10 | 283:11 | **U** |
| 226:25 | 12:23 13:2 | 232:4,20 | **two** 25:16 | **U** 16:1 18:1 |
| 256:17 | **trending** | 241:8,21 | 31:25 | 19:1 |
| **total** 245:8 | 33:25 | 277:16 | 40:23 43:2 | **U.S** 3:11 7:7 |
| **totally** | **trends** 139:5 | 289:8 | 49:20 | 7:12 10:16 |
| 257:18 | **tried** 105:3 | **turning** | 50:11 | 11:2,9,23 |
| **touch** 123:18 | 105:11 | 106:23 | 64:23 | 12:22 13:3 |
| **touting** | **trolls** 104:8 | 147:12 | 68:14 | 16:13 |
| 102:7 | **true** 120:8 | 167:15 | 69:22,24 | 17:12,19 |
| 266:24 | 223:22 | 270:13 | 71:1,2 | 18:4 |
| **track** 75:11 | 224:5 | 295:25 | 102:11 | **Uh-h8h** 176:6 |
| 75:19 | 301:13 | **tweet** 244:6 | 112:8 | **ultimately** |
| 108:22 | 302:5 | 245:3 | 113:2 | 40:24 |
| 110:23 | 305:9,13 | **tweets** | 129:24 | 41:12 |
| 161:3 | **trust** 133:7 | 244:18,19 | 130:2 | **underneath** |
| 246:6 | 133:18 | 244:23 | 146:16 | 112:17 |
| 250:17,22 | 135:4,6,10 | 245:5,6,9 | 149:25 | **undersec...** |
| 280:20 | 141:21 | **Twitter** 51:9 | 175:13 | 49:22 50:5 |
| **tracked** | 142:7,14 | 52:13 | 192:8,13 | 50:25 52:2 |
| 39:10 96:6 | 142:25 | 75:22 76:1 | 194:24 | 53:16 54:3 |
| 108:18 | 162:14,19 | 80:20 | 238:24 | 65:15,21 |
| 226:25 | 162:23 | 82:13,23 | 257:18 | 66:2,4,5 |
| **tracking** | 163:3 | 128:24 | 277:20 | 66:13 |
| 99:7 | 166:11,14 | 129:3,10 | 291:14 | **understand** |
| 261:24 | 166:18 | 129:12,19 | 298:23 | 23:20 |
| 270:1 | 168:11,13 | 129:21,25 | **two-minute** | 26:20 28:1 |
| **tracks** 269:4 | 168:23 | 132:20 | 206:7 | 29:22 |
| **traction** | 174:16 | 133:2,5,25 | **two-way** | 33:14 |
| 75:14 | **trusted** | 134:1,23 | 157:24 | 35:12 37:3 |
| **trained** | 227:12,16 | 135:2,5,9 | 271:12,25 | 38:1 56:20 |
| 173:6 | 230:21 | 135:13 | 272:5,9 | 158:5,9,11 |
| **training** | **try** 34:25 | 136:11,20 | 273:19 | 158:15 |
| 173:2,4 | 76:24 | 138:19 | **two-year** | 170:8,13 |
| 184:23 | 144:3 | 140:16 | 67:14,19 | 171:21 |
| **transcri...** | 287:25 | 141:5,18 | 67:21 | 175:22 |
| 23:5 | **trying** 68:12 | 141:20 | **type** 22:22 | 206:23 |
| **transcript** | 105:7 | 142:7,14 | 55:1 143:1 | 247:9,14 |
| 17:8 18:2 | 127:16 | 144:2,16 | 182:8 | 262:21 |
| 19:2,9 | 158:7 | 145:18 | 235:6 | 279:22,23 |
| 261:1 | 261:8,9 | 146:2,22 | 242:15 | 279:24 |

**DANIEL KIMMAGE  11/10/2022**

280:7,10
281:1
understa...
30:5 34:6
36:9 37:7
44:15
45:19
55:24 77:2
77:17
79:10
124:9
156:22
157:2
163:13
165:8
184:12
204:16
279:15,18
280:4,16
281:6,16
283:18
unfair 58:1
unit 132:13
192:16
296:16
United 1:1
1:19 2:2
3:4 18:13
20:8 27:6
34:25
36:11
96:10,18
102:10
165:12,16
165:20
182:25
183:2
223:25
224:6,10
university
24:6,11,14
173:5
175:18
179:18
219:17
277:14
update 68:4
89:4
updated

277:8
Updates
17:12
upswing
269:15
URL 56:16
URLs 234:8
237:4
241:12,16
241:20
244:18
245:7
USA 48:2,25
50:6 56:15
56:16,18
57:2
use 27:4
34:15
54:25 55:9
55:11
103:12,14
104:5
217:16
229:17
247:6
248:7
253:14
264:14
299:17
useful
287:22
user 170:7
283:19
288:12
users 36:17
254:7
utilize
97:19

_____
V
_____
v 1:16 209:6
303:8
304:3
vaccine
101:13
105:3,7,11
105:20
144:11,14
vaccine/...

138:16
144:20
vaccines
96:21 97:7
97:11,12
99:11
100:5
264:12,13
vaccines...
129:5
vague 26:13
29:16 35:9
60:24 90:8
117:22
138:8
183:9
190:4
209:20
217:9
243:10
246:17
247:1
250:20
251:19
275:10
285:24
286:15
287:18
293:17
298:7
Valley 45:16
46:10,23
153:14,18
154:14,18
155:2,6,22
161:15
163:10,13
271:11,18
272:1,5,22
272:25
273:3
289:12
various
18:16 22:9
76:9 96:24
264:17
VECCHIONE
16:3
version

277:6,11
Versions
152:9
versus 20:6
vice 162:14
166:8
174:15
video 16:24
18:7 21:19
114:3,19
190:16
194:15
201:5
videogra...
20:2,15
85:24 86:6
86:9
150:21,25
151:3
213:6,9
252:21,24
299:20,23
300:17
301:3
videos 52:15
Videotaped
13:16
view 158:22
284:9,17
285:5,11
viewed 285:1
views 284:15
284:22
VINOGRAD
3:23
violate
55:12
232:25
233:11
violates
286:13
violations
55:13
226:16,20
286:3
violative
285:22
violent
17:13 44:9

268:21
269:1,12
269:17,22
270:2
viral 181:8
virtual
81:14
virtually
261:7
virus 35:1
74:20
100:7,12
100:25
102:7,14
102:17,22
201:7
264:10,19
265:3,11
265:16
266:6,15
267:3,6
visible
114:24
VIVEK 1:24
volunteer
221:19
223:13
voting
242:24
VP 174:8

_____
W
_____
W 6:15
288:14
wait 22:25
waived 301:7
WAKANA 5:21
WALDO 8:12
walk 209:2
WALLY 12:24
want 56:19
59:17
93:16
109:19
110:16,17
122:8
132:12
150:4,19
150:19,21

**DANIEL KIMMAGE  11/10/2022**

158:1,2,5
158:9,11
158:14
206:7,19
257:4,25
282:17
296:11
wanted 21:11
21:14
32:21,23
89:9
147:22
151:16
233:3
wants 212:25
271:2
war 85:10
Warfare
18:10
warriors
17:18
Washington
14:4 15:19
16:7,18
81:13
92:11
147:9
189:16
219:17
261:3
294:14
303:6
wasn't 52:2
61:3 73:17
135:10
170:7
185:9
198:5,7
201:4,14
249:23
273:9
water's
206:6
Watts 132:1
wave 263:21
way 104:9
120:12
138:14
192:4

195:17
233:21
244:4
248:7
249:16
252:9
259:2
274:19,23
274:24
287:2
292:25
295:19
we'll 82:21
85:25
300:15
we're 28:1
36:4 48:13
57:13 86:7
93:1 106:8
113:19
115:12
117:7,16
127:22
150:14
151:1,4
159:17,17
177:6,23
199:13
206:16
213:10
215:24
252:25
288:21
296:11
298:16
299:21,24
300:22
301:5
we've 43:2
71:9 85:13
86:17
87:25
126:20
150:2,9
179:16
191:22
212:19,20
250:4
257:4

Weaponizes
17:22
weapons
112:23,24
web 241:11
271:2
website
76:24
153:7
154:22
155:6
161:16
163:25
171:18,19
171:20
194:6,11
236:6
253:6,10
253:14
262:25
263:10
277:3
websites
236:3
254:3
weeks 58:16
58:18
59:15
well-known
292:21
went 89:4
194:3
268:3
weren't
47:13,13
239:3
Western 1:2
20:9
266:12
267:2
western-...
97:11
264:11
WHEREOF
302:13
white 1:22
4:16 5:2
5:10,12,17
6:1,8,11

6:16,23
9:6 17:10
43:13
45:14
46:23,24
47:2 50:22
268:24
wide 100:10
261:25
wife 294:22
Wikileaks
108:4
willing
23:17
wipe 206:8
withholding
256:12,22
258:3,6
witness
20:21
43:23
48:21
68:25
85:23 93:5
93:17 94:2
95:2,5
110:15,19
206:17,20
206:22
212:23,25
224:21
225:7,19
249:3
254:22
255:13,23
255:23
256:1,3,5
293:21
300:1
302:13
303:15
304:2,25
woman 133:22
167:16
wonder 266:8
wondering
283:9
word 26:2
34:15

69:13
90:11
245:8
wording
281:24
words 45:3
199:21
205:10
209:25
239:22
282:12
work 50:15
91:12
98:21 99:2
154:11
171:17,25
182:17,21
183:17
206:9
227:2
263:17,17
292:24
296:10,20
296:20,25
297:1,1,6
worked 91:21
94:18 96:9
154:9
183:5
workers
222:14
working
31:20
50:21
58:12,17
59:21 60:7
163:10
189:15
223:2
225:2
226:19
296:18
working-...
80:9 88:4
131:2
works 78:24
79:13,16
184:9,13
184:16

DANIEL KIMMAGE  11/10/2022

278:2
**workshop**
  177:24
  181:1
**world** 282:24
  283:6
**wouldn't**
  34:15
  79:16
  83:10,11
  118:14,14
  161:3
  199:7
  238:13
**woven** 261:7
**wrap** 150:4
**wrapped**
  150:9
**written**
  167:7
  229:23
**wrote** 180:22
**Wuhan** 191:3
  191:8
  201:9
**WYMAN** 10:6

**X**

**x** 1:4  13:14
  17:7  18:1
  19:1
**XAVIER** 2:3
**XI** 213:13
**XII** 218:12
**XIII** 219:1

**Y**

**Y** 2:22
  193:11
**yeah** 24:24
  27:2  30:7
  35:15  43:5
  56:21
  57:11  65:7
  67:13  71:1
  71:11  82:9
  82:9,21
  85:18  86:4
  112:4

161:23
163:21
166:10
171:2,4
179:3
190:1
194:24
196:6
205:24
208:23
212:23
213:3
222:24
224:24
231:24
241:4
252:14,14
252:15
264:8
283:1
286:21
288:20,22
294:11
**year** 24:12
  42:19
  130:13
  276:23
**years** 23:25
  69:23
  194:24
**yesterday**
  21:15,22
**YOLANDA** 8:16
**YOUNES** 16:4
**Youtube** 18:7
  76:1  80:21
  80:22
  82:15
  114:19
  139:21
  142:21
  189:7
  190:16,25
  192:21
  193:18
  194:15
  197:2
  200:20
  234:9

**YouTube-** ...
  80:22
**YouTube/** ...
  143:1

**Z**

**ZACHARY**
  10:12
**zero** 191:1
  240:16
  241:1,2
**Zoom** 81:7,14
  81:17
  145:19

**0**

**01/08/2016**
  17:10
**02/09/2018**
  17:14
**02/13/2018**
  17:17
**02/17/2021**
  19:9
**03/25/2020**
  18:23
**05/03/2021**
  18:19
**05/10/2021**
  18:21
**05/17/2022**
  19:12
**08/2020** 18:4
**09/04/2020**
  17:21

**1**

**1** 13:22
  17:10
  42:22,23
  227:13
**1,094,115**
  245:6
**1.4** 227:14
  227:25
**1:15** 150:19
**1:30** 150:17
**1:33** 151:3
**10** 13:17

18:19
24:14
177:7,8
303:12
304:4
**10-month**
  24:13,25
  25:6
**10/17/2022**
  19:14
**10:04** 13:18
  20:13
**10342** 161:19
**106** 18:4
**10th** 20:11
  180:23
**11** 18:23
  188:9,10
  188:13
  213:13
  227:25
**11/08/2022**
  19:7
**11:10** 86:7
**11:21** 86:10
**1100** 15:18
  303:6
**111** 21:23
**113** 18:7
**117** 128:18
**12** 19:4
  206:2,2,3
  213:12
  218:12
  228:8,8
**12/1/96**
  179:23
**12:23** 151:1
**1200** 270:24
**1225** 16:6
**127** 18:12
**13** 19:7
  219:2
  253:2,3
**135884** 13:21
**13th** 57:5
**14** 19:9
  42:19
  128:13

260:19,20
303:3
**14,914,478**
245:8
**14448** 14:6
**14th** 302:14
**15** 19:12
  213:16
  276:2,3
**151** 17:4
**152** 17:5
**153** 18:13
**159** 18:16
**15th** 208:11
  208:12
**16** 19:14
  112:2,5
  288:15,16
  288:17,21
  288:22
**1608** 303:20
**162** 128:14
**17** 232:20
  276:22
  277:5,17
  288:16
  289:1
**177** 18:19
**183** 244:4,10
**188** 18:23
**1950s** 35:4
**1970** 74:20
**1970s** 35:2
  250:6
**1980s** 34:24
  100:20
**19th** 16:6
**1st** 25:5

**2**

**2** 17:14
  18:11
  47:23,24
  56:17  57:6
  57:9
  221:12
  277:17
**2:31** 213:6
**2:40** 213:9

DANIEL KIMMAGE  11/10/2022

```
20 305:15              123:9,15          20:12              303:20            6 18:7
20036 16:7             130:8             21:15              304 13:22          113:19,20
2016 43:14             162:6             24:12              33 235:20          120:3
 43:20                 163:8             251:8              343 166:24         123:25
 44:17,23              188:18            276:22             345 167:16         226:1,1
 107:24                194:19            277:5,10            167:16            632-9254
 108:23                199:14            289:1              3484 14:4          16:19
 109:9,16              207:19            302:14             35 234:8,19        639 234:1
 111:11,18             212:15            303:3,12            237:2             237:12
 112:11,14             231:17            304:4              351 168:19         241:15,16
 258:22                245:15            2024 251:13        38 240:6           64108 303:21
2017 22:17             254:17            20520 16:18        396 128:20         65102 15:7
 24:1,2                255:8,21          20530 15:19         128:23           66 57:18
 25:3,5,23             258:10,21          303:6             138:3             73:23
 42:18 45:5            259:7,19          206 19:4           144:13
 45:23 47:7            284:4             21 17:3                                       7
2017/2018             2021 19:5         21,897,364                 4          7 18:12
 91:21                 42:20 67:6        244:19            4 17:21             127:11,12
2018 39:1              67:12,18          245:9              18:10 93:2         128:6
 48:3 49:1             80:4,13          211 245:11          93:3              70 270:24
 54:13 57:5            81:13,23         21st 22:17         4,832 241:12        286:24
 130:9                 82:6,20,21        24:2 25:3         4:19 299:20        72 212:10
 159:9                 83:14            2200 16:17         4:32 299:23         234:3,13
 194:20                84:12            253 19:7           4:33 301:5,9       751-8870
 286:19,22             87:17 88:8       25th 199:13        40 49:9            15:8
2019 67:5,12           89:14,24         260 19:9          406 173:19         7671 195:23
 67:18                 90:22 91:3       27 233:23         42 17:10           7675 196:9
 84:14                 91:24            276 19:12          241:21
 91:24                 94:11            28 43:14          45 86:1                      8
 94:11                 99:17,20         288 19:14         450 16:6           8 18:13
 130:7,9               130:5,11         29 114:4          47 17:14            106:22
 146:2                 131:16           292 207:23        475 14:3            152:25
 153:17                132:14           29th 176:15       49 236:16           153:1
 191:9                 138:18            176:19           4th 93:8            226:24
 294:22,25             139:10            177:4                               823848 14:6
2019/2020              140:7            2nd 113:25                5           899 15:6
 91:22                 142:2             116:18           5 18:4 106:8
202 15:20              147:12                              106:9,12                    9
 16:8,19               148:21,24                3          5,888,771         9 18:16
2020 18:11             162:18           3 17:17            245:4             112:7
 19:5 67:12            176:15,19         56:10,11         51 242:12           159:18,19
 67:23                 177:4             56:18            514-3259           918-6902
 84:14 93:8            179:17            73:21            15:20              16:8
 99:23,25              208:10,11        3:21 252:22       56 17:17           93 17:21
 101:6,22              208:12           3:22-cv-...       573 15:8           99 237:21
 113:25                261:2             1:16 2:21        5H03 16:16          239:1
 115:24                270:21            20:8             5th 162:6          9th 21:15
 116:18,19             283:12           3:31 252:24                          48:3
 118:4                2022 13:17        30 235:7                 6
```