**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
December 6, 2022

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On December 2, 2022, Defendants filed a Motion for Clarification of Memorandum Order Granting in Part and Denying in Part Defendant's Motion for Protective Order [Doc. No. 140]. Plaintiffs may file a response on or before December 20, 2022. Defendants may file a reply no later than seven days after the response is filed.

TAD

