IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER**

Having considered Defendants' Consent Motion to Extend Protective Order of November 11, 2022, to Require Redaction of Personally Identifiable Information from Written Discovery Materials, **IT IS ORDERED** that the Motion is **GRANTED**.

The personally identifiable information of individuals (including addresses, email addresses, and telephone numbers, but not including names) shall be redacted from any written discovery materials before those materials are filed on the public docket or otherwise disseminated to third parties.

MONROE, LOUISIANA, this ____ day of _____ 202_.


_____
Terry A. Doughty
United States District Judge