**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Consent Motion to Extend Protective Order of November 11, 2022, to Require Redaction of Personally Identifiable Information from Written Discovery Materials [Doc. No. 151] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. The personally identifiable information of individuals (including addresses, email addresses, and telephone numbers, but not including names) shall be redacted from any written discovery materials before those materials are filed on the public docket or otherwise disseminated to third parties.

MONROE, LOUISIANA, this 19th day of December, 2022.

_____
Terry A. Doughty
United States District Judge