| | |
|---|---|
| **From:** | Daniel Kimmage |
| **To:** | Daniel Kimmage |
| **Subject:** | Fwd: BREAKING EXCLUSIVE: Daniel Kimmage Deposition By MO and LA AGs Reveals State Department Was Funding Online Fact-Checkers to Censor Speech |
| **Date:** | Thursday, December 8, 2022 10:58:58 PM |

---------- Forwarded message ---------
From: █████████████████████
Date: Thu, Dec 8, 2022 at 10:37 PM
Subject: BREAKING EXCLUSIVE: Daniel Kimmage Deposition By MO and LA AGs Reveals State Department Was Funding Online Fact-Checkers to Censor Speech
To: ████████████████████████████████████

https://www.thegatewaypundit.com/2022/12/breaking-exclusive-deposition-daniel-kimmage-uncovers-state-department-funding-fact-checkers-possibly-us/ YOU F████ING SON OF A BITCH.