**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | No. 3:22-cv-01213-TAD-KDM |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs respectfully request the

Court's leave for an extension of time until January 5, 2023 to file their response to Defendants'

Motion to Dismiss, Doc. 128. Counsel for Defendants have consented to this request.

In support, Plaintiffs state as follows: On November 22, 2022, Defendants filed a motion

to dismiss this action. Doc. 128. Defendants' memorandum in support of their motion is seventy-

six pages long and raises numerous jurisdictional and nonjurisdictional arguments in support of

dismissal. *See* Doc. 128-1. Previously, Plaintiffs agreed to a December 29, 2022 deadline to

respond. Doc. 105. In light of the intervening holidays and the press of business in several other

matters, and in order to provide the Court with a thorough response to Defendants' arguments,

Plaintiffs respectfully request an extension of four business days until January 5, 2023 to file their

response. Counsel for Defendants have consented to this request.

1

Dated: December 27, 2022

**ERIC S. SCHMITT**
**Attorney General of Missouri**

_/s/ D. John Sauer_
D. John Sauer, Mo. Bar No. 58721*
  _Solicitor General_
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
_Counsel for State of Missouri_


* admitted _pro hac vice_

_/s/ Jenin Younes_
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
_Counsel for Plaintiffs Dr. Jayanta Bhattacharya,_
_Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines_

_/s/ John C. Burns_
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
_Counsel for Plaintiff Jim Hoft_

Respectfully submitted,

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

_/s/ Elizabeth B. Murrill_
Elizabeth B. Murrill (La #20685)
  _Solicitor General_
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
_Counsel for State of Louisiana_

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 27, 2022, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*