IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiffs' unopposed Motion for Extension of Time, and for good cause, IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss, Doc. 128, is extended from December 29, 2022 to January 5, 2023.

MONROE, LOUISIANA, this ___ day of December 2022.

_____
Terry A. Doughty
United States District Judge