UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO.  3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss [Doc. No. 156] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs may file their response to Defendants' Motion to Dismiss [Doc. No. 128] on or before January 5, 2023.

MONROE, LOUISIANA, this 28th day of December, 2022.

_____
Terry A. Doughty
United States District Judge