# United States District Court
# Eastern District of Missouri



*I, Gregory J. Linhares, Clerk of the United States District Court, do certify that*

**Charles F. Capps**

*was duly admitted and qualified to practice as an Attorney in the District Court on the 11th day of October, 2022*

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in St. Louis, Missouri on October 17, 2022.

_____, Clerk

