# BRACEWELL

November 21, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *In re: Search Warrants dated November 3 and 5, 2021*,
 Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the October 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:  Counsel for all parties

---

**Barbara S. Jones**
Partner

T:+1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)  
500 Pearl Street  
New York, NY 10007

November 10, 2022  
Invoice: 21945965

Our Matter: 0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas  
For Services Through October 31, 2022

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| **Total Fees** | | | | **$ 0.00** |

### Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 10/31/22 | Document Production | Complete Discovery Source - Document Production - Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, Monthly User License, Project Managemen Inv# INV-CDS-26854 Date: 10/31/2022 | 5,548.19 |
| **Total Expenses** | | | **$ 5,548.19** |
| **Total Fees, Expenses and Charges on This Invoice** | | | **$ 5,548.19** |

Government's 50% share: $2.774.10  
Petitioners' 50% share: $2,774.10