IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Before the Court is Plaintiffs' Consent Motion for Leave to File an Overlength Response in Opposition to Defendants' Motion to Dismiss, Doc. 128. Plaintiffs' Motion is unopposed. Having considered the Motion, the Court hereby GRANTS Plaintiffs' Motion.

*It is so ordered.*


Dated: _____    Signed: _____
                                                              Hon. Terry A. Doughty, U.S. District Judge