UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| STATE OF MISSOURI, et al | Case No. 3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| JOSEPH R. BIDEN, JR., et al | Magistrate Judge Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that Charles F. Capps be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Missouri in the above described action.

SO ORDERED on this 5th day of January, 2023.

_____
U.S. Magistrate Judge