**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**January 6, 2023**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

In accordance with the January 5, 2023, Memorandum Order [Doc. No. 160] issued by the United States Court of Appeals for the Fifth Circuit, this Court shall consider less intrusive alternatives to the taking of Defendant Jennifer Psaki's ("Psaki") deposition. The parties shall file simultaneous alternatives to Psaki's deposition with the Court by Wednesday, January 11, 2023, at 5:00 p.m. C.S.T. The court will also consider an extension of the expedited preliminary injunction-related discovery only for purposes of this matter.

TAD
*TAD*