UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion for Leave to Exceed the Page Limit for their Response to Defendants' Motion to Dismiss [Doc. No. 161] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed pleadings [Doc. No. 161-1] into the record of this matter in excess of page limits.

MONROE, LOUISIANA, this 6th day of January, 2023.

_____
Terry A. Doughty
Chief United States District Judge