IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

**CONSENT MOTION FOR EXTENSION OF TIME AS TO
DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION
TO DISMISS THE SECOND AMENDED COMPLAINT**

    The Court on November 9, 2022 (ECF 108) granted the consented-to motion to set a briefing schedule on Defendants' Motion to Dismiss the Second Amended Complaint, under which Defendants filed their Motion to Dismiss on November 22, 2022 (ECF 128). The Court on December 28, 2022 (ECF 158) granted Plaintiffs' consented-to motion for extension of time as to their response to the Motion to Dismiss, under which Plaintiffs filed their opposition on January 5, 2023 (ECF 195). The currently ordered deadline for Defendants' reply in support of their Motion to Dismiss is January 18, 2023.

    Defendants respectfully request that the Court extend, by 21 days, the deadline for the filing of Defendants' reply in support of the Motion to Dismiss, so that it would be due on or before February 8, 2023. Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request.

    The requested extension of the deadline for the reply in support of the Motion to Dismiss is warranted to allow Defendants to appropriately address the contentions in Plaintiffs' 83-page response, and the underlying allegations in Plaintiffs' 162-page Second Amended Complaint,

1

while Defendants remain concurrently engaged in preliminary injunction-related expedited discovery proceedings under this Court's previous order.

Therefore, good cause supports this motion for an extension, and it is not being made for purposes of delay. *See* Fed. R. Civ. P. 6(b)(1).

Dated: January 9, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JAMES J. GILLIGAN
*Special Litigation Counsel*

*/s/ Amanda K. Chuzi*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
*Senior Trial Counsel*
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
AMANDA CHUZI (D.C. Bar No. 1738545)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-4686
Amanda.k.chuzi@usdoj.gov

*Attorneys for Defendants*