UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

## **PROPOSED ORDER**

Considering Defendants' Consent Motion for Extension of Time as to Defendants' Reply in Support of their Motion to Dismiss the Second Amended Complaint,

**IT IS ORDERED** that the Motion for Extension is **GRANTED**.

Defendants shall file their reply in support of their Motion to Dismiss on or before February 8, 2023.

MONROE, LOUISIANA, this ____ day of January 2023.

_____
Terry A. Doughty
United States District Judge