**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion/Request for List of Inventory of All Censorship Requests [Doc. No. 166] filed by nonparty Kimberly Hogan ("Hogan"),

**IT IS ORDERED** that the Motion is **DENIED**. Hogan is not a party to this suit, and she is not entitled to the requested information. She filed a Motion to Intervene [Doc. No. 39] on July 28, 2022. That Motion was denied [Doc. No. 43] on August 1, 2022.

MONROE, LOUISIANA, this 9th day of January 2023.

_____
Terry A. Doughty
United States District Judge