## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Consent Motion for Extension of Time as to Defendants' Reply in Support of Their Motion to Dismiss the Second Amended Complaint [Doc. No. 167],

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall file their reply in support of their Motion to Dismiss [Doc. No. 128] on or before February 8, 2023.

MONROE, LOUISIANA, this 9th day of January 2023.

_____
Terry A. Doughty
United States District Judge