

United State District Court

Western District of Louisiana

Monroe Division

| | | |
|---|---|---|
| Missouri Et Al | ) | Case 3:22-CV-01213 |
| Vs. | ) | Judge Terry A. Doughty |
| Joseph R. Biden Jr Et Al | ) | Mag. Judge Kayla D. McClusky |

<u>Request for List of, Inventory of All Censorship Requests</u>

<u>Sent to</u> : Doughty_motions@lawd.uscourts.gov

Movant Judson Witham herewith requests from the Court Clerk and Judges and all Defendants a full list of all Requests by FBI, NSA, DOJ Sites and Posts, Groups and Pages, Videos to be Censored.

1. The Activities being perpetrated by Department of Homeland Security, National Security Agency, CIA, FBI, US Department of Education, the White House and Defended by The DOJ / Justice Department must be revealed to the Millions of Americans so treated and effected etc etc. The Plaintiff Parties and Parties Counsel in this cause have NOT addressed the Full Litany of the Mind Control, Censorship, Targeting and Cyber Stalking activities of the Defendants in this Case.

2. Judson Witham, Kim Hogan and Millions of Other Americans are specifically made known by this litigation as being Targeted and Effected by these Defendants Conduct. Judson Witham for many years lived in Missouri and Texas, Utah, and many other American States. Judson Witham being Heavily Censored and Punished, for disseminating Journalistic Content and Videos Censored and Targeted by these Defendants. IT IS NOT JUST The Biden Administration.

3. Movant Witham has NOT got the privilege of access to all the Invasive SpyWares available to the Defendants such as the following, Prism, Echelon, Carnivore, Pegasus, Tempest or Palantir. Movant Witham is NOT a Hacker and as such needs the Clerk of Court to Share the litany of invasive technologies being Aimed at and Utilized Against the American People.



4. The Targets of these Defendants for Censoring and Deplatforming, Shadow Banning and other attacks on Their Expressive and Journalistic Work need to be produced by these Defendants. Witham , Hogan and Missions of other Americans HAVE THE RIGHT TO KNOW Who exactly has been attacked, punished, censored, falsely arrested and otherwise SILENCED by the NSA, FBI, Homeland Security and DOJ Censorship, COINTELPRO Operations of the United States Government.

https://www.google.com/search?q=Joe+Biden+Ministry+of+Truth

**Stazi Technologies Currently Known**

https://duckduckgo.com/?q=NSA++Homeland+Security+FBI++Computer+Cell+Phone+Spyware&va=b&t=hc&ia=web

Joe Biden's 'Ministry of Truth' | The Hillhttps://thehill.com › opinion › white-house › 3472878-j...

May 1, 2022 — The Biden administration says it simply wants to battle misinformation. The best way to start might be to purchase a large mirror.

Biden Gives Republicans Win on 'Ministry of Truth' - Newsweekhttps://www.newsweek.com › ... › Dhs › Resignation

May 18, 2022 — Nina Jankowicz, who was tapped to head the disinformation board, resigned on Wednesday morning.

Biden's 'Ministry Of Truth' Is 'Un-American' Abuse of Powerhttps://www.newsweek.com › ... › Lauren Boebert › Bills

May 11, 2022 — The GOP leader called the new bureau "'a scheme conjured up by Washington Democrats to grant themselves the authority to control free speech ...

Biden's 'Ministry of Truth' on Pause - Cathy McMorris Rodgershttps://mcmorris.house.gov › posts › bidens-ministry-of...

May 20, 2022 — Spokane, Wash. – Eastern Washington Congresswoman Cathy McMorris Rodgers (WA-05) today released the following statement after President Biden ...

Biden's Ministry of Truth paints America's new face - Arab Newshttps://www.arabnews.com › node

May 15, 2022 — For the past few years, Democrats have continued to accuse Republican politicians, including former President Donald Trump, and their supporters ...

Biden Establishes a Ministry of Truth - WSJhttps://www.wsj.com › Opinion › Commentary

May 1, 2022 — The Disinformation Governance Board already looks like a partisan instrument. By Roger Koppl and Abigail Devereaux. May 1, 2022 4: ...

Disinformation Governance Board 'paused' after just 3 weekshttps://www.washingtonpost.com › 2022/05/18 › disinf...

May 18, 2022 — Nina Jankowicz was the subject of online attacks from the moment she was named head of the newly created Disinformation Governance Board.

Joe Biden's Ministry Of Truth The Ben Shapiro Showhttps://podcasts.apple.com › podcast › joe-bidens-minist...

The White House Correspondents Dinner features America's political elites mocking you; the Biden administration proposes their Ministry of Truth; ...

'Deeply sinister': Biden establishes 'Ministry of Truth' - YouTubehttps://www.youtube.com › watch

May 2, 2022 — US President Joe Biden has established a 'Ministry of Truth' to combat disinformation, which Sky News host Rita Panahi says is "deeply ...

Gov. DeSantis wants Joe Biden's 'Ministry of Truth' killed off ...https://floridapolitics.com › archives › 523193-gov-des...

May 9, 2022 — ' Gov. Ron DeSantis wants President Joe Biden's Disinformation Governance Board to be hunted nearly — or entirely — into extinction. Florida's ..

https://www.bing.com/search?q=echelon%20prism%20carnivore%20pegasus%20tempest%20Spy%20Software&

Respectfully

*Judson Witham*

Judson Witham

NotJuris@gmail.com

## Certificate of Service

On this Day 12/31/22 By PDF and Email, as well as the US Postal System, Notice of this Demand for files and Records and Freedom Of Information Demand has been made upon the United States of America and All Defendants in this Case.

"Doughty_motions@lawd.uscourts.gov" Doughty_motions@lawd.uscourts.gov

kuntal.cholera@usdoj.gov

kyla.snow@usdoj.gov

judy.pino@ncla.legal

murrille@ag.louisiana.gov

john.sauer@ago.mo.gov