J. Witham
15215 Aiken
Wake Forest NC
27587

GREENSBORO NC  270
PIEDMONT TRIAD AREA
3 JAN 2023  PM 5  L



RECEIVED

JAN 10 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

Clerk
US Dist Court
300 Fannin St Suite 1167
Shreveport, LA
71101-3083

X-RAYED

71101-308399

