# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motion/Request for List of Inventory of All Censorship Requests [Doc. No. 170] filed by nonparty Judson Witham ("Witham"),

**IT IS ORDERED** that the Motion is **DENIED**. Witham is not a party to this suit, and he is not entitled to the requested information. He filed a Motion to Intervene [Doc. No. 38] on July 25, 2022. That Motion was denied [Doc. No. 42] on July 29, 2022.

MONROE, LOUISIANA, this 11th day of January 2023.

_____
Terry A. Doughty
United States District Judge