```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF LOUISIANA
 2                     MONROE DIVISION

 3

 4   THE STATE OF MISSOURI, et al.,

 5        Plaintiffs,

 6   vs.                              Case No.
                                      3:22-cv-01213-TAD-KDM
 7   JOSEPH R. BIDEN, JR., et al.,

 8        Defendants.

 9

10

11

12

13

14      VIDEORECORDED VIDEOCONFERENCED DEPOSITION
                     OF ERIC WALDO
15                DECEMBER 22, 2022

16

17

18

19

20

21

22

23

24

25
```

Page 297

1  that they're introducing a new policy that
2  prohibits content that includes harmful
3  misinformation about the safety, efficacy, and
4  ingredients for the vaccines, right?
5       A.   Yes, that's what the e-mail says.
6       Q.   Is this an unsolicited e-mail or are
7  they responding to some kind of communication or
8  request from you guys, do you know?
9       A.   I'm not positive, but it would appear
10  to be an unsolicited e-mail.
11      Q.   I know that you had said earlier that
12  you reached out to Facebook, Twitter, and YouTube
13  in the aftermath of the health advisory that --
14  to -- to see what steps they were taking.  Is that
15  response to that request for information?
16      A.   Could be.  I'm not certain, to be
17  honest with you.  But based on both my departure --
18  and I think I had had an out-of-office at this
19  moment, which may have led them to add Nancy.
20  Nancy was also just coming on, and I don't think
21  her HHS e-mail had been set up yet, but I'm not --
22  I'm not positive.
23      Q.   Let's look at Exhibit 32.  Can you
24  see this one on screen share?
25      A.   Yes, I see this note.

Page 298

1       Q.   Do you remember, Rob Flaherty copies
2  you on this, the initial e-mail, to Brian Rice of
3  Facebook.  Do you remember being copied on this?  I
4  think you -- I think you may have said you were out
5  for 30 days.  Looks like you're probably just back
6  from paternity leave, your first stint of paternity
7  leave.  Do you remember this?
8       A.   Yeah, I was probably just back.  As
9  I'm looking at it -- hold on.  I do recall that
10  for -- for vaccines for -- for kids, Kristina
11  Schake and others were leading the outreach.
12      Q.   Kristina Schake, is she in the Office
13  of Surgeon General or Office for HHS?
14      A.   No, she was elsewhere in HHS.
15      Q.   Okay.  And Rob here, I think,
16  initiates this and asks for a meeting with
17  Facebook, right?
18      A.   Yes, I think to discuss outreach for
19  kids' vaccines.
20      Q.   Yeah, 5 to 11 vaccine is the
21  authorization for children ages 5 to 11, right?
22      A.   That's correct, and -- vaccines for
23  -- for young people ages 5 to 11.
24      Q.   And he says:  We'd like to talk about
25  what we're seeing as the biggest headwinds we're

Page 299

1  going to face and discuss what you-all are planning
2  as we move into the next phase, right?
3       A.   Yes, that's what Rob has written to
4  -- to Brian.
5       Q.   And Rob says:  We remain concerned
6  about mis- and disinformation on feed and in
7  groups, and the wide reach of hesitancy inducing
8  content across your platform, right?
9       A.   Yes, that's what Rob has written to
10  Brian.
11      Q.   And he says:  With that said, we hope
12  as ever that this will be a productive and
13  forward-looking conversation, right?
14      A.   Correct, that is what Brian has -- or
15  what Rob has written to Brian.
16      Q.   So Rob's asking for a meeting where
17  one of the concerns he wants to talk about is mis-
18  and disinformation on feed and in groups on
19  Facebook's platforms, right?
20      A.   I'm not sure.  He definitely says
21  there that he's concerned about it.  But in
22  general, it seems like the subject is they want to
23  talk about headwinds.  They're concerned about
24  misinformation and they want to have a productive
25  conversation about how to help on -- I think

Page 300

1  probably share what the admin's plans are for the 5
2  to 11 rollout.
3       Q.   And their concerns include mis- and
4  disinformation on feed and in groups, correct?
5       A.   That is what Brian has -- says in his
6  e-mail.
7       Q.   Rob, right?  Not Brian?
8       A.   Sorry, sorry.  That's what Rob has
9  written to Brian.
10      Q.   Yeah, and then he's -- another
11  concern is the wide reach of hesitancy-inducing
12  content across your platform, right?
13      A.   Yes.
14      Q.   Do you know, did this meeting
15  occur --
16      A.   I'm not certain.
17      Q.   -- because Rob says -- Thanks, Rob,
18  we welcome the opportunity and adding Felicia on
19  our end to help coordinate, right?
20      A.   Yeah, I'm guessing.
21      Q.   Did this meeting occur?
22      A.   I'm not certain.  Probably.  If they
23  added schedulers, usually those meetings happen.
24      Q.   Were you included in the meeting?  I
25  mean, you're on the list of recipients.  Were you

Page 301

1  included in that meeting, do you recall?
2       A.   I don't recall.
3       Q.   How about at -- your colleague at
4  HHS, Kristina Schake?
5       A.   Kristina was likely on that call.
6       Q.   But you don't -- you don't know if
7  you were.  Was anyone else in the Office of Surgeon
8  General on that call?
9       A.   So Kristina Schake ran -- ran the
10 public engagement campaign for vaccines at HHS, so
11 that was -- we sort of took our marching orders on
12 some of those, like, public-facing pieces from
13 Kristina, so she would have led, and then possibly
14 looped in Alex Phillips, our communications
15 director, based on what they wanted us to do to
16 help -- help roll out the -- the vaccine.
17      Q.   Okay.  Do you have any understanding
18 of what was discussed in this meeting?
19      A.   I don't recall.  I don't recall if I
20 was on the -- the call or -- or what would have
21 been discussed.
22      Q.   So you may have been on the call, but
23 you're not sure?
24      A.   It's possible.  I may have been on
25 it.  I -- around this time, we ended up doing, for

Page 302

1  the rollout, an event with Dr. Biden, so I remember
2  that was sort of how we were engaging with the
3  White House on the kids' vaccine rollout.
4       Q.   Let's look at Exhibit 33.  Not long
5  after that Wall Street Journal article, there was
6  another Washington Post article criticizing
7  Facebook for misinformation, right?  Do you
8  remember that?
9       A.   I think -- is that the Frances
10 Haugen, the leaker op ed, or no.
11      Q.   I believe it had to do with Frances
12 Haugen.
13      A.   Okay.
14      Q.   Does that ring a bell?
15      A.   Yes.
16      Q.   October 28th of 2021?
17      A.   Yes, I do recall when the article
18 came out about the leaker, yes.
19      Q.   And Dr. Murthy retweeted the article
20 on October 28th saying he was deeply disappointed
21 to read this story, right?
22      A.   Yes, he -- that his -- his tweet
23 says:  I was deeply disappointed to read this.
24      Q.   And he refers back to the -- the
25 advisory on health misinformation and states:  I

Page 303

1  stated clearly that tech platforms have a
2  responsibility to improve our health information
3  echo system.
4            Right?
5       A.   Yes, that is what Dr. Murthy tweets.
6       Q.   And then he's got a several-tweet
7  thread on this, at the bottom, which he says:  We
8  must demand Facebook and the rest of the social
9  media ecosystem take responsibility for stopping
10 health misinformation on their platforms.  The time
11 for excuses and half-measures is long past.  We
12 need transparency and accountability now.  The
13 health of our country is at stake.
14           Correct?
15      Q.   That's correct.
16      A.   That's what Dr. Murthy has tweeted.
17      Q.   Were you involved in crafting these
18 tweets for Dr. Murthy?
19      A.   I was involved in reviewing them.  I
20 think there was a deliberation between the
21 communications team and Dr. Murthy about what the
22 content would be of this Twitter thread.
23      Q.   And were you involved in formulating
24 the content?
25      A.   I -- I looked at different drafts and

Page 304

1  helped on different drafts, but ultimately, this
2  was a -- what Dr. Murthy ended up writing --
3  drafting himself.
4       Q.   Okay.  So he was the author of the
5  these, principally?
6       A.   I think, again, as you know, writing
7  is a complicated process.  I think there was a
8  draft from -- a draft from the -- probably -- I
9  don't recall, but my guess based on how the office
10 tended to work was there would have been a draft
11 from the communications team of a tweet thread,
12 then there was probably a version control where
13 then I maybe made some edits and I had a version,
14 and then Dr. Murthy ultimately came in and -- and
15 -- and made the final and substantial edits to what
16 he wanted there to be from -- from his Twitter
17 account.
18      Q.   Do you have an understanding --
19      A.   I'm sorry.
20      Q.   Go ahead.
21      A.   And I would say, in addition, likely,
22 and I don't recall, someone from the policy team
23 would have reviewed the content to ensure the
24 integrity of our -- you know, of our scientific
25 accuracy.

**From:** Brian Rice
**Sent:** 10/20/2021 8:55:39 AM
**To:** Flaherty, Rob R. EOP/WHO
**CC:** Clarke.Humphrey ; Tom, Christian L. EOP/WHO ; Waldo, Eric (HHS/OASH) ; Rowe, Courtney (who.eop.gov) ; Schake, Kristina (HHS/IOS) ; Qureshi, Hoor A. EOP/WHO ; Felicia Agyeiwaa
**Subject:** Re: Kids Vaccines

Thanks Rob—we'd welcome the opportunity. Adding Felicia on our end to help coordinate.

Get Outlook for iOS

---

**From:** Flaherty, Rob R. EOP/WHO
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** Brian Rice
**Cc:** Humphrey, Clarke E. EOP/WHO ; Tom, Christian L. EOP/WHO ; Waldo, Eric (HHS/OASH) ; Rowe, Courtney M. EOP/WHO ; Schake, Kristina (HHS/IOS) ; Qureshi, Hoor A. EOP/WHO
**Subject:** Kids Vaccines

Brian – Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis-and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope -- as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: