UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**      **CASE NO. 3:22-CV-01213**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## MEMORANDUM ORDER

This Memorandum Order relates to expedited preliminary-injunction related discovery as to Jennifer R. Psaki ("Psaki"). Pursuant to an Order from the United States Court of Appeals for the Fifth Circuit ("Fifth Circuit") [Doc. No. 160], the Fifth Circuit stayed the scheduled deposition of Psaki pending the pursuit of less intrusive alternatives to a deposition of Psaki.

Pursuant to the Fifth Circuit's Order, this Court ordered the parties to simultaneously file alternatives to Psaki's deposition by January 11, 2023 [Doc. No. 163]. Both parties complied and filed supplemental responses addressing those issues [Doc. Nos. 173, 174]. The Court has reviewed the alternatives. Accordingly,

**IT IS ORDERED** that Defendants amend their previous responses to the interrogatories Plaintiffs previously served upon the White House Office of the Press Secretary by providing supplemental answers after consultation with former White House Press Secretary Jennifer R. Psaki.

**IT IS FURTHER ORDERED** that answers be provided to Plaintiffs by January 27, 2023.

**IT IS FURTHER ORDERED** that the schedule for expedited preliminary-injunction related discovery is extended from January 13, 2023, until January 27, 2023.

**IT IS FURTHER ORDERED** that upon the expiration of the expedited preliminary-injunction related discovery schedule on January 27, 2023, Plaintiffs shall have thirty days to file a supplemental brief in support of Plaintiffs request for a preliminary injunction.

**IT IS FURTHER ORDERED** that within thirty days of Plaintiffs filing their supplemental brief in support of their request for preliminary-injunction, Federal Defendants shall file their response.

**IT IS FURTHER ORDERED** that within fifteen days of filing Federal Defednants'response, plaintiffs shall file their reply.

**IT IS FURTHER ORDERED** that the Court will contact the parties and schedule oral arguments in Monroe, Louisiana at a time after this matter is fully briefed.

**IT IS FURTHER ORDERED** that all other requests made by Plaintiffs and Federal Defendants in their briefing relating to alternatives to Psaki's deposition are **DENIED**.

MONROE, LOUISIANA, this 12th day of January 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**