UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

<u>STATE OF MISSOURI, et al</u>     Case No.   3:22-cv-01213
Plaintiff

VS.                                       Judge   Terry A. Doughty
<u>JOSEPH R. BIDEN, JR., et al</u>    Magistrate Judge   Kayla D. McClusky
Defendant

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>State of Missouri</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the <u>   </u> or the bar of <u>the Supreme Court of Missouri</u>, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Elizabeth Baker Murrill</u> of the firm of <u>Louisiana Attorney General's Office</u> is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

Applying attorney may use typed "s/ signature."

PLEASE TYPE OR PRINT LEGIBLY:

Name: Joshua M. Divine, Solicitor General  
Firm: Missouri Attorney General's Office  
Address: 207 W High Street  
Jefferson City, MO 65101  
Telephone: (573) 751-8870  
Fax: (573) 751-0774  
E-mail: Josh.Divine@ago.mo.gov  
Additional e-mail(s):  
tammy.glenn@ago.mo.gov

_____  
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

LOCAL COUNSEL INFORMATION:

Name: Elizabeth Baker Murrill  
Firm: Louisiana Attorney General's Office  
Address: 1885 N. Third Street  
Baton Rouge, LA 70802  
Telephone: (225) 326-6766  
Fax:  
E-mail: Murrille@ag.louisiana.gov

Certificate of Service

I hereby certify that on <u>January 13, 2023</u>, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                       Signature

| | |
|---|---|
| Name: | Elizabeth Baker Murrill |
| Firm: | Louisiana Attorney General's Office |
| Address: | 1885 N. Third Street |
| | Baton Rouge, LA 70802 |
| Telephone: | (225) 326-6766 |
| Fax: | |
| E-mail: | Murrille@ag.louisiana.gov |