UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI, et al                        Case No.    3:22-cv-01213
_____
                Plaintiff

                VS.                                      Judge    Terry A. Doughty
JOSEPH R. BIDEN, JR., et al            Magistrate Judge    Kayla D. McClusky
_____
                Defendant

**ORDER**

IT IS ORDERED that Joshua M. Divine be and is here by admitted to the bar of this Court

pro hac vice on behalf of the State of Missouri in the above described action.

SO ORDERED on this _____ day of January, 2023.


_____
                        U.S. Magistrate Judge