UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| STATE OF MISSOURI, et al | Case No. 3:22-cv-01213 |
|---|---|
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| JOSEPH R. BIDEN, JR., et al | Magistrate Judge Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that Joshua M. Divine be and is here by admitted to the bar of this Court pro hac vice on behalf of the State of Missouri in the above described action.

SO ORDERED on this 18th day of January, 2023.

_____
U.S. Magistrate Judge