IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCLOSURES FROM DEFENDANT CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY**

Before the Court is Plaintiffs' Motion to Compel Defendant Cybersecurity and Infrastructure Security Agency ("CISA") to supplement its document production by producing any and all documents responsive to Plaintiffs' discovery requests from CISA custodians Chad Josiah, Rob Schaul, Alex Zaheer, John Stafford, and Pierce Lowary. Having considered the parties' arguments, the Court hereby GRANTS Plaintiffs' Motion. CISA shall produce any and all documents responsive to Plaintiffs' discovery requests from CISA custodians Chad Josiah, Rob Schaul, Alex Zaheer, John Stafford, and Pierce Lowary within seven days of the date of this order.

*It is so ordered.*

Dated: _____  Signed: _____
                                           Hon. Terry A. Doughty, U.S. District Judge