IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS TO MOTION TO COMPEL SUPPLEMENTAL DISCLOSURES FROM DEFENDANT CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY**

Plaintiffs hereby provide notice that attached hereto are Plaintiffs' Exhibits 1 through 7 to Plaintiffs' Motion to Compel Supplemental Disclosures from Defendant Cybersecurity and Infrastructure Security Agency, Doc. 178.

Dated: January 19, 2023

**ANDREW BAILEY**
**Attorney General of Missouri**

<u>/s/ D. John Sauer</u>
D. John Sauer, Mo. Bar No. 58721*
  *Deputy Attorney General*
Joshua M. Divine, Mo. Bar No. 69875*
  *Solicitor General*
Charles F. Capps, Mo. Bar No. 72734*
  *Deputy Solicitor General*
Todd A. Scott, Mo. Bar No. 56614*
  *Senior Counsel*
Kenneth C. Capps, Mo. Bar No. 70908*
  *Assistant Attorney General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for State of Missouri*

\* admitted *pro hac vice*

<u>/s/ Jenin Younes</u>
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

<u>/s/ John C. Burns</u>
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

Respectfully submitted,

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

<u>/s/ Elizabeth B. Murrill</u>
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*