# EXHIBIT 2

| **From**: | Stafford, John [⬛⬛⬛⬛⬛⬛⬛cisa.dhs.gov] |
|---|---|
| **Sent**: | 10/31/2020 2:06:11 PM |
| **To**: | mailto:gov@twitter.com [gov@twitter.com]; Stacia Cardille twitter.com; Todd O'Boyle ⬛⬛⬛⬛⬛⬛@twitter.com] |
| **CC**: | CFITF All ⬛⬛⬛⬛@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000099: Tweet suggesting to light a drop box on fire |
| **Attachments**: | NiklasBlanchard_103120.PNG |

Good afternoon,

Please see below reporting from Washington state.

Best,
John


**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) 
(c) ⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛ *cisa.dhs.gov*



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From**: Misinformation Reports
**Sent**: Saturday, October 31, 2020 6:02:55 PM (UTC+00:00) Monrovia, Reykjavik

**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000099: Tweet suggesting to light a drop box on fire

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: Tweet suggesting to light a drop box on fire in Washington state

**From:** Zabel, Kylee <span style="background:black">▮▮▮▮▮</span>@sos.wa.gov>
**Sent:** Saturday, October 31, 2020 1:46 PM
**To:** Misinformation Reports <span style="background:black">▮▮▮▮▮</span>@cisecurity.org>
**Cc:** Lori Augino <span style="background:black">▮▮▮▮▮</span>@sos.wa.gov>; Boyal, Kiran <span style="background:black">▮▮▮▮▮</span>@sos.wa.gov>; Jacob, Nick <span style="background:black">▮▮▮▮▮</span>@sos.wa.gov>
**Subject:** Person on Twitter suggesting to light a drop box on fire


Hello!

This person (https://twitter.com/cheapseatsecon) quote tweeted one of our posts on Twitter, suggesting a drop box should be lit on fire: https://twitter.com/cheapseatsecon/status/1322570839338946563.   They identify themselves in their Twitter bio as living in Kansas City, MO. A screenshot is also attached.

Per Washington state law, damaging a drop box would be a felony. This tweet has also been reported to the FBI.

My name is Kylee Zabel, and I'm the Communications Director for the Washington Office of the Secretary of State. I can be reached via this email or the two numbers listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently. I am also copying Washington State Elections Director Lori Augino, our Web and Social Media Coordinator Kiran Boyal, and our Executive Receptionist Nick Jacob.

### Kylee Zabel
Communications Director
Office of the Secretary of State
**O:** <span style="background:black">▮▮▮▮▮</span> | **M:** <span style="background:black">▮▮▮▮▮</span>



**SUBSCRIBE TO GET THE LATEST NEWS RELEASES**




.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| **From**: | Stafford, John [███████████cisa.dhs.gov] |
|---|---|
| **Sent**: | 10/31/2020 2:47:23 PM |
| **To**: | ████████@fb.com; Eva Guidarini @fb.com; Sandra Luff @fb.com |
| **CC**: | CFITF All ████████@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000100: misinformation regarding counting of provisional ballots |

Good afternoon,

Please see below reporting from Washington state.

Best,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ████████
(c) ████████
████████ *cisa.dhs.gov*



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From**: Misinformation Reports
**Sent**: Saturday, October 31, 2020 6:05:57 PM (UTC+00:00) Monrovia, Reykjavik
**To**: Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject**: Case #CIS-MIS000100: misinformation regarding counting of provisional ballots

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report on Instagram and Twitter regarding counting of provisional ballots.

---

**From:** Amy Cohen ███████@nased.org>
**Sent:** Saturday, October 31, 2020 1:58 PM
**To:** Misinformation Reports ██████████████h@cisecurity.org>
**Subject:** Insta report


https://www.instagram.com/p/CGqd_2tgmSp/?igshid=1p2nbs4lvjbs7

This is false. Provisional ballots are counted regardless of whether the race is close or not. This is true is every state.

This insta post is also popping up on Twitter: https://twitter.com/headcountorg/status/1321161524933742592?s=21

Amy Cohen
Executive Director
National Association of State Election Directors (NASED)

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008743

| | |
|---|---|
| **From**: | Stafford, John [█████████cisa.dhs.gov] |
| **Sent**: | 10/31/2020 2:12:14 PM |
| **To**: | gov@twitter.com; @twitter.com; Todd O'Boyle [█████████@twitter.com] |
| **CC**: | CFITF All [CFITFAll@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000100: misinformation regarding counting of provisional ballots |

Good afternoon,

Please see below additional reporting from WA on mail in ballots.

Best,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) █████████
(c) █████████
█████████ *cisa.dhs.gov*



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From**: Misinformation Reports
**Sent**: Saturday, October 31, 2020 6:05:57 PM (UTC+00:00) Monrovia, Reykjavik
**To**: Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject**: Case #CIS-MIS000100: misinformation regarding counting of provisional ballots

MOLA_DEFSPROD_00008744

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report on Instagram and Twitter regarding counting of provisional ballots.

**From:** Amy Cohen ████████@nased.org>
**Sent:** Saturday, October 31, 2020 1:58 PM
**To:** Misinformation Reports ███████████h@cisecurity.org>
**Subject:** Insta report


https://www.instagram.com/p/CGqd_2tgmSp/?igshid=1p2nbs4lvjbs7

This is false. Provisional ballots are counted regardless of whether the race is close or not. This is true is every state.

This insta post is also popping up on Twitter: https://twitter.com/headcountorg/status/1321161524933742592?s=21

Amy Cohen
Executive Director
National Association of State Election Directors (NASED)

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

| | |
|---|---|
| **From**: | Stacia Cardille ▮▮▮▮@twitter.com] |
| **Sent**: | 10/30/2020 10:36:55 AM |
| **To**: | Stafford, John [▮▮▮▮ cisa.dhs.gov] |
| **CC**: | Todd O'Boyle▮▮▮▮@twitter.com]; Neema Guliani ▮▮▮▮@twitter.com> <Neema Guliani ▮▮▮▮@twitter.com]; CISA Central [▮▮▮▮@cisa.dhs.gov]; misinformation@cisecurity.org; CFITF All ▮▮▮▮@hq.dhs.gov]; Scully, Brian ▮▮▮▮.@cisa.dhs.gov] |
| **Subject**: | Re: FW: Case #CIS-MIS000093: counting ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi John, we have applied a label pursuant to our civic integrity policy.

Thank you,
Stacia

On Fri, Oct 30, 2020 at 9:32 AM Stafford, John <▮▮▮▮ cisa.dhs.gov> wrote:

Good morning,

Please see below reporting from NASED.

Best,
John

**John Stafford**

Analyst, Countering Foreign Influence Task Force

National Risk Management Center (NRMC)

Cybersecurity and Infrastructure Security Agency

U.S. Department of Homeland Security

(o) ▮▮▮▮

(c) ▮▮▮▮

 @cisa.dhs.gov



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF ▮▮▮@hq.dhs.gov>
**Sent:** Friday, October 30, 2020 9:26 AM
**To:** CFITF All <▮▮▮▮▮hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000093: counting ballots

**From:** Misinformation Reports
**Sent:** Friday, October 30, 2020 1:25:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** tips@2020partnership.atlassian.net; Misinformation Reports; Scully, Brian; CFITF; CISA Central
**Subject:** Case #CIS-MIS000093: counting ballots

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweet that all ballots are not counted

Begin forwarded message:

**From:** Amy Cohen ▮@nased.org>
**Date:** October 30, 2020 at 9:08:03 AM EDT
**To:** Misinformation Reports <▮▮▮▮@cisecurity.org>
**Subject:** Twitter report

MOLA_DEFSPROD_00008766

This is not true and has **never** been true: https://twitter.com/GrrArrgh/status/1322070885663010817?s=20


Every eligible ballot is counted every election.


Amy Cohen

Executive Director

National Association of State Election Directors

Phone: ▮▮▮▮▮▮▮▮▮

Mobile: ▮▮▮▮▮▮▮▮

*Follow us on Twitter [@NASEDorg](#) and on [Facebook](#)!*

The contents of this message, together with any attachments, are confidential and intended only for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by email and delete this message, along with any attachments, from your computer.


.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | Stafford, John [████████cisa.dhs.gov] |
| **Sent**: | 10/28/2020 11:49:42 AM |
| **To**: | Stacia Cardille@twitter.com |
| **CC**: | CFITF All ████████@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000080: Rejected ballots |
| **Attachments**: | ChavihTweet.png |

Good morning,

Please see the second of two tweets from Washington reported as separate cases.

Best Regards,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ████████
(c) ████████
████████ *cisa.dhs.gov*



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** CFITF ████@hq.dhs.gov>
**Sent:** Wednesday, October 28, 2020 11:48 AM
**To:** CFITF All ████████@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000080: Rejected ballots

MOLA_DEFSPROD_00008787

CONFIDENTIAL

**From:** Misinformation Reports
**Sent:** Wednesday, October 28, 2020 3:46:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000080: Rejected ballots

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The submitter reported two tweets. I am submitting the tweets as separate cases. Below is the second tweet:

Misinformation report from Washington state regarding rejected ballots

**From:** Jacob, Nick <░░░░░░░@sos.wa.gov>
**Sent:** Wednesday, October 28, 2020 11:27 AM
**To:** Misinformation Reports <░░░░░░░@cisecurity.org>
**Cc:** Lori Augino <░░░░░░░@sos.wa.gov>; Zabel, Kylee <░░░░░░░@sos.wa.gov>; Boyal, Kiran <░░░░░░░@sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election here in Washington state.

The first tweet is using falsified/photoshopped poll numbers to boost a particular candidate's write-in campaign. We don't have any results as of yet; ballots are not tabulated until after 8 p.m. election night.
https://twitter.com/Way2ManyElles/status/1321155452000890880

The second tweet is misinformation because no ballots have been rejected yet. Only county canvassing boards can reject ballots, and no ballots have been forwarded to the boards at this time.
https://twitter.com/Chavih/status/1321203049163939841

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: ░░░░░░░



.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From**: Stafford, John [███████████cisa.dhs.gov]
**Sent**: 10/28/2020 11:46:21 AM
**To**: Stacia Cardille twitter.com
**CC**: CFITF All ██████ @hq.dhs.gov]
**Subject**: FW: Case #CIS-MIS000079: False poll numbers to boost write-in candidate's campaign
**Attachments**: Way2ManyEllesTweet.png


Good morning,

Please see below reporting from Washington state.

Best,
John


**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ███████████
(c) ███████████
███████████ *cisa.dhs.gov*



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

---

**From:** CFITF <███@hq.dhs.gov>
**Sent:** Wednesday, October 28, 2020 11:43 AM
**To:** CFITF All <███████hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000079:  False poll numbers to boost write-in candidate's campaign

**From:** Misinformation Reports
**Sent:** Wednesday, October 28, 2020 3:42:21 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000079: False poll numbers to boost write-in candidate's campaign

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The submitter reported two tweets. I am submitting the tweets as separate cases. Below is the first tweet:

Misinformation report from Washington state: false poll numbers tweeted to boost a write-in candidate's campaign.

**From:** Jacob, Nick <         @sos.wa.gov>
**Sent:** Wednesday, October 28, 2020 11:27 AM
**To:** Misinformation Reports            @cisecurity.org>
**Cc:** Lori Augino <          @sos.wa.gov>; Zabel, Kylee <          @sos.wa.gov>; Boyal, Kiran
<          @sos.wa.gov>
**Subject:** Possible misinformation on Twitter


Hello,

I wanted to flag two tweets with possible misinformation about the election here in Washington state.

The first tweet is using falsified/photoshopped poll numbers to boost a particular candidate's write-in campaign. We don't have any results as of yet; ballots are not tabulated until after 8 p.m. election night.
https://twitter.com/Way2ManyElles/status/1321155452000890880

The second tweet is misinformation because no ballots have been rejected yet. Only county canvassing boards can reject ballots, and no ballots have been forwarded to the boards at this time.
https://twitter.com/Chavih/status/1321203049163939841

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick


**Nick Jacob**
Office of the Secretary of State
Cell:




.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008801

| | |
|---|---|
| **From**: | Stafford, John [███████cisa.dhs.gov] |
| **Sent**: | 10/17/2020 5:53:18 PM |
| **To**: | Stacia Cardille@twitter.com |
| **CC**: | CFITF All [███████@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000046: Misinformation regarding mail-in and in-person ballot returns in Texas |

Good afternoon,

Please see reporting from Twitter below.

Best,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ███████
(c) ███████
███████ *cisa.dhs.gov*



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.
CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

---

**From:** CFITF ███████@hq.dhs.gov>
**Sent:** Saturday, October 17, 2020 5:47 PM
**To:** CFITF All <███████hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000046: Misinformation regarding mail-in and in-person ballot returns in Texas

---

**From:** Misinformation Reports
**Sent:** Saturday, October 17, 2020 9:46:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports; Scully, Brian
**Subject:** Case #CIS-MIS000046: Misinformation regarding mail-in and in-person ballot returns in Texas

MOLA_DEFSPROD_00009575

~~CONFIDENTIAL~~

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report regarding mail-in and in-person ballot returns in Texas

Begin forwarded message:

**From:** Amy Cohen ███████@nased.org>
**Date:** October 17, 2020 at 5:35:31 PM EDT
**To:** Misinformation Reports <███████@cisecurity.org>
**Subject: Twitter report**

https://twitter.com/realjakebailey/status/1317482706364661762?s=21

Texas doesn't have party registration, so this is literally not possible.

Amy Cohen
Executive Director
National Association of State Election Directors (NASED)

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | Stafford, John [███████████cisa.dhs.gov] |
| **Sent**: | 10/16/2020 6:55:40 PM |
| **To**: | Stacia Cardille@twitter.com |
| **CC**: | CFITF All [███████@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000044: False voting allegation regarding Senator Chris Murphy CT |

Good evening,

Please see below reporting from CT.

Best,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ███████████
(c) ███████████
███████  *cisa.dhs.gov*



**From:** CFITF ███@hq.dhs.gov>
**Sent:** Friday, October 16, 2020 6:23 PM
**To:** CFITF All <███████hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000044: False voting allegation regarding Senator Chris Murphy CT

**From:** Misinformation Reports
**Sent:** Friday, October 16, 2020 10:23:14 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000044: False voting allegation regarding Senator Chris Murphy CT

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: false voting allegation regarding Senator Chris Murphy CT

**From:** Atanasoff, Gina <███████@ct.gov>
**Sent:** Friday, October 16, 2020 6:04 PM
**To:** Misinformation Reports <███████h@cisecurity.org>

CONFIDENTIAL

**Cc:** Rosenberg, Gabe <████████████@ct.gov>
**Subject:** False voting allegation


Hello, this is not true - https://twitter.com/cribnta/status/1317221330022957057?s=21

MOLA_DEFSPROD_00009578



6:03

**Tweet**

**Denise Merrill** ✓ @SOTSMerrill · 5h
In the case of voter intimidation while dropping off your absentee ballot, call the State Elections Enforcement Commission (SEEC) at this number: (860) 256-2940.

> **LMcNell2** @LMcNell2 · 6h
>
> Replying to @AGWilliamTong and @SOTSMerrill
>
> Is there a number to call if you think you've experienced intimidation dropping off your ballot? Do we just report it to town clerk?

💬 1          ⟲ 18          ♡ 13          ⬆          �ⅲ

**NTACrib**
@CribNta

Replying to @SOTSMerrill

Hope you are monitoring @ChrisMurphyCT , he voted illegally in last election.

5:50 PM · 10/16/20 · Twitter for Android

💬          ⟲          ♡          ⬆

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

MOLA_DEFSPROD_00009580

| | |
|---|---|
| **From**: | Stafford, John [████████@cisa.dhs.gov] |
| **Sent**: | 10/13/2020 5:24:19 PM |
| **To**: | ██Kevin Kane██@twitter.com |
| **CC**: | ██Stacia Cardille██@twitter.com; CFITF All ████████@hq.dhs.gov] |
| **Subject**: | FW: Case #CIS-MIS000037: Misinformation tweet that Russians are stealing mailboxes |

Good afternoon,

Please see below reporting from a Connecticut state election official.

Best Regards,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ████████
(c) ████████
████████ *cisa.dhs.gov*



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** CFITF <████@hq.dhs.gov>
**Sent:** Tuesday, October 13, 2020 5:14 PM
**To:** CFITF All ████████hq.dhs.gov
**Subject:** FW: Case #CIS-MIS000037:  Misinformation tweet that Russians are stealing mailboxes

**From:** Misinformation Reports
**Sent:** Tuesday, October 13, 2020 9:13:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; Misinformation Reports; tips@2020partnership.atlassian.net; Scully, Brian
**Subject:** Case #CIS-MIS000037: Misinformation tweet that Russians are stealing mailboxes

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet that Russians are stealing mailboxes.

Begin forwarded message:

**From:** "Atanasoff, Gina" ████████████@ct.gov>
**Date:** October 13, 2020 at 5:07:03 PM EDT
**To:** Misinformation Reports <████████████@cisecurity.org>
**Subject: Flagging for you**

Hello,

Just passing this along from last week. Thanks!

Best,
Gina

---

**From:** Atanasoff, Gina <████████████@ct.gov>
**Sent:** Friday, October 9, 2020 9:14 PM
**To:** Rosenberg, Gabe <████████████@ct.gov>
**Subject:** Send to misinformation email?

Should I be sending stuff like this to the misinformation@cisecurity.org address when reporting instances of disinformation? Just want to check with you if a tweet like this is worth sending.

Link: https://twitter.com/ctcynic/status/1314731190440652800?s=21

Get Outlook for iOS

.....



**CT Cynic**
**@CTcynic**

Replying to @SOTSMerrill

Russians are stealing mailboxes!!!
VOTE AT THE POLLS!!!

8:55 PM · 10/9/20 · Twitter for iPhone



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** Stafford, John [██████████ cisa.dhs.gov]
**Sent:** 10/14/2020 4:58:57 PM
**To:** Saleela Salahuddin @fb.com; Eva Guidarini @fb.com; Sandra Luff @fb.com
**CC:** CFITF All [████████ @hq.dhs.gov]
**Subject:** FW: Case#CIS-MIS000039: Viral misinformation about marks on ballot.

Good afternoon,

Please see below reporting from a Colorado state election official.

Best Regards,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) 
(c) ████████
██████ @cisa.dhs.gov



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** CFITF <███ @hq.dhs.gov>
**Sent:** Wednesday, October 14, 2020 4:48 PM
**To:** CFITF All <████████ hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000039: Viral misinformation about marks on ballot.

**From:** Misinformation Reports
**Sent:** Wednesday, October 14, 2020 8:47:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; Misinformation Reports; Scully, Brian
**Subject:** Case #CIS-MIS000039: Viral misinformation about marks on ballot.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Facebook post about marks on ballot

Begin forwarded message:

**From:** Craig Buesing <　　　　　@sos.state.co.us>
**Date:** October 14, 2020 at 4:34:48 PM EDT
**To:** EI-ISAC Advisory <　　　　　@cisecurity.org>, MS-ISAC Advisory <　　　　　@msisac.org>, nccic@hq.dhs.gov, 24/7 Watch Floor <　　　　　@state.co.us>, Misinformation Reports <　　　　　@cisecurity.org>
**Cc:** "Grenis, Timothy" <　　　　　@hq.dhs.gov>, "Maes, Jory" <　　　　　hq.dhs.gov>, "Sonheim, David" <　　　　　@hq.dhs.gov> FBI #13 @fbi.gov>, Trevor Timmons <　　　　　s@sos.state.co.us>, Jerry Eastman <　　　　　@state.co.us>, Nathan Blumenthal <　　　　　@sos.state.co.us>
**Subject: Election Misinformation - Facebook post**

At the bottom of this email is a Facebook post provided to us by the Colorado Fusion Center. The statement in the post is false. A ballot would not be invalidated simply because something was written on it.

Our office did some research on the post and found the following:

1.      This is all over Facebook. The original version of this appears to have originated in Myrtle Beach Florida circa 7 October and its now making its way across the internet over the last several days.
2.      Several fact-checking websites have looked into this and found it to be false – further suggesting it has gained some traction on social media – but also that it is actively being countered.
1.              https://leadstories.com/hoax-alert/2020/10/fact-check-poll-managers-in-myrtle-beach-have-no-reason-to-write-on-ballot-and-it-will-not-be-disqualified-if-a-poll-manager-writes-on-it.html (Published 9 October 2020)
2.              https://www.snopes.com/fact-check/poll-workers-ballots-invalidated/ (Published 13 October 2020)

There are some use cases in Colorado where a poll worker may need to mark ballots for proper processing, but it is rare. Therefore, we do not consider this a significant threat. We still wanted to make sure you were aware.

Facebook Post:

Can someone verify this?

from someone I know and trust.

advice for voting day...from a friend 
Just finished Poll Manager training! I passed all the
classes. I want you all to know something...if you are
checking in at the polls and they happen to write
anything on your ballot before they give it to you to put
in the voting machine...a letter, a checkmark, a star, an R
or a D any writing of any kind...please request a new
ballot. Your ballot could be disqualified if it is written on.
Please be on the lookout for this type of behavior.

PASS IT ON!!!!!!!

Colorado
**Secretary of State**

**Craig Buesing**
Chief Information Security Officer | Department of State

████████sos.state.co.us
1700 Broadway, Suite 200
Denver, CO 80290

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00013663

| | |
|---|---|
| **From:** | CFITF [████@hq.dhs.gov] |
| **Sent:** | 11/6/2020 3:45:24 PM |
| **To:** | Stacia Cardille [████@twitter.com]; Josiah, Chad [████@cisa.dhs.gov]; Scully, Brian ████.@cisa.dhs.gov] |
| **CC:** | Neema Guliani @twitter.com Todd O'Boyle @twitter.com |
| **Subject:** | Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA |

Thank you for the update, Stacia.

---

**From:** Stacia Cardille [████@twitter.com>
**Sent:** Friday, November 6, 2020 12:43:27 PM
**To:** Josiah, Chad <████@cisa.dhs.gov>; Scully, Brian ████.@cisa.dhs.gov>
**Cc:** Neema Guliani @twitter.com Neema Guliani @twitter.com>; Todd O'Boyle @twitter.com Todd O'Boyle @twitter.com>; CFITF ████@hq.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

HI Chad, all four Tweets have been labeled.

Thank you!
Stacia

On Fri, Nov 6, 2020 at 2:26 PM Stacia Cardille <████@twitter.com> wrote:
 Thanks, Chad. We will review.

 On Fri, Nov 6, 2020 at 2:15 PM Josiah, Chad <████@cisa.dhs.gov> wrote:
  Twitter team,


  Please see below reporting from official.


  Regards,


  Chad Josiah


  *The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*


  *CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF <█████@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 2:10 PM
**To:** CFITF All <█████@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

**From:** Misinformation Reports
**Sent:** Friday, November 6, 2020 7:10:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweets alleging tabulation fraud in Delaware County, PA

**From:** Sam Derheimer <█████@hartic.com>
**Sent:** Friday, November 6, 2020 1:59 PM
**To:** Misinformation Reports <█████@cisecurity.org>
**Cc:** Amy Cohen <█████@nased.org>
**Subject:** Misinformation from Delaware County, PA

Good morning,

I think you guys are likely already aware of this, but there is misinformation spreading widely about the counting/tabulation process in Delaware County, PA. The county is a Hart customer, and they contacted us about this, so I am sharing it. I've already seen some posts containing the video removed by Twitter, so it appears that these posts are already being flagged.

A video is widely circulating of election workers in Delaware County duplicating ballots that could not be read by scanners. This is a routine election procedure. However, the video was doctored to cut out the observers who were present at the site. It artificially looks like the election worker is filling out blank ballots unsupervised. Most of the posts claim the workers are filling out blank ballots in an apparent attempt to "steal" the election.

1. From the London Daily News.
2. From Drudge Report-knockoff site called Populist Press.

This Tweet previously also shared the video, with the claim that the election was being "stolen," but it has already been removed by Twitter.

Here are some other Tweets with the video that are still live:

1. Andrew Wilkow
2. Anna Paulina Luna
3. Josh Kandlstick

Sharing out of an abundance of caution, in case you weren't already aware. Please let me know if you need further information.

**Samuel Derheimer**

Director of Government Affairs

**Hart InterCivic**

 (o) | ▮▮▮▮▮▮▮▮ (help desk)

▮▮▮▮▮▮ (efax) | http://www.hartintercivic.com

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.
.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| **From**: | Ginny Badanes (CELA) [████@microsoft.com] |
|---|---|
| **Sent**: | 10/9/2020 9:19:18 AM |
| **To**: | Josiah, Chad [████████@cisa.dhs.gov] |
| **CC**: | Scully, Brian [████████@cisa.dhs.gov]; CFITF [███@hq.dhs.gov] |
| **Subject**: | RE: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

The team is looking into this but they had a question on whether we could receive a copy of the original electronic message (specifically the email headers), or a URL of where that link goes to? There's only so much we can do without that additional information.

Thanks,
Ginny

**From:** Josiah, Chad <████████@cisa.dhs.gov>
**Sent:** Thursday, October 8, 2020 3:50 PM
**To:** Ginny Badanes (CELA) ████@microsoft.com>
**Cc:** Scully, Brian <████████@cisa.dhs.gov>; CFITF <███@hq.dhs.gov>
**Subject:** [EXTERNAL] FW: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

Good afternoon,

We received the below report from Michigan. Possible phishing email with possible malicious link.

Regards,
Chad

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <████████@cisecurity.org>
**Sent:** Thursday, October 8, 2020 3:31 PM
**To:** Misinformation Reports <████████@cisecurity.org>; CISA Central <████████@cisa.dhs.gov>; CFITF

<██████@hq.dhs.gov>; tips@2020partnership.atlassian.net; Josiah, Chad <████████@cisa.dhs.gov>; Schaul, Robert <███████@cisa.dhs.gov>
**Subject:** Case #CIS-MIS000035:  Fraudulent E-Mail sent to Voter in Michigan

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: fraudulent e-mail sent to voter in Michigan.

---

**From:** Brown, Ashiya (MDOS) <███████@michigan.gov>
**Sent:** Thursday, October 8, 2020 3:07 PM
**To:** MS-ISAC SOC <█████@msisac.org>; Misinformation Reports <██████████@cisecurity.org>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter In Michigan


Hello,

The East Lansing, MI Deputy clerk was brought the attached document by a voter. He noted the misspellings on the document and didn't click on the link, but was concerned it could be a phishing attempt.

*I have attached the clerks original communication which has more detail. (we are working to get the original email document from the citizen.)*


Thank you,

Ashiya Brown, MBA
Michigan Bureau of Elections
█████@Michigan.gov
Office: ███████████
Cell: ██████████


---

**From:** Kathryn Gardner <██████@cityofeastlansing.com>
**Sent:** Wednesday, October 7, 2020 2:53 PM
**To:** SOS, Elections <██████@michigan.gov>
**Cc:** Jennifer Shuster <██████@cityofeastlansing.com>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**


Good afternoon:

Please know that a voter brought the attached printout to our office this afternoon. He noted the misspellings and did not click on the link, but was understandably concerned. We assured him that everything was fine in the Qualified Voter File, and said we would report this accordingly. This is the first such e-mail that we've been made aware of. We are sending this to the Ingham County Clerk's Office, as well. If you have any questions, please let us know. Thank you!

-Kathryn

Kathryn Gardner
Deputy City Clerk
City of East Lansing
410 Abbot Road
East Lansing, MI 48823
Phone: ███████
██████@cityofeastlansing.com


.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

| | |
|---|---|
| **From**: | Ginny Badanes (CELA) [████@microsoft.com] |
| **Sent**: | 10/8/2020 4:06:58 PM |
| **To**: | Josiah, Chad [████████@cisa.dhs.gov] |
| **CC**: | Scully, Brian [████████@cisa.dhs.gov]; CFITF [███@hq.dhs.gov] |
| **Subject**: | RE: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you.

Ginny

**From:** Josiah, Chad <████████@cisa.dhs.gov>
**Sent:** Thursday, October 8, 2020 3:50 PM
**To:** Ginny Badanes (CELA) <████@microsoft.com>
**Cc:** Scully, Brian <████████@cisa.dhs.gov>; CFITF <███@hq.dhs.gov>
**Subject:** [EXTERNAL] FW: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

Good afternoon,

We received the below report from Michigan. Possible phishing email with possible malicious link.

Regards,
Chad

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <████████@cisecurity.org>
**Sent:** Thursday, October 8, 2020 3:31 PM
**To:** Misinformation Reports <████████@cisecurity.org>; CISA Central <████@cisa.dhs.gov>; CFITF <███@hq.dhs.gov>; tips@2020partnership.atlassian.net; Josiah, Chad <████████@cisa.dhs.gov>; Schaul, Robert <████@cisa.dhs.gov>
**Subject:** Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

CONFIDENTIAL

Misinformation report: fraudulent e-mail sent to voter in Michigan.

**From:** Brown, Ashiya (MDOS) <████████@michigan.gov>
**Sent:** Thursday, October 8, 2020 3:07 PM
**To:** MS-ISAC SOC <████@msisac.org>; Misinformation Reports <████████@cisecurity.org>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter In Michigan

Hello,

The East Lansing, MI Deputy clerk was brought the attached document by a voter. He noted the misspellings on the document and didn't click on the link, but was concerned it could be a phishing attempt.

*I have attached the clerks original communication which has more detail. (we are working to get the original email document from the citizen.)*

Thank you,

Ashiya Brown, MBA
Michigan Bureau of Elections
████████@Michigan.gov
Office: ████████
Cell: ████████

**From:** Kathryn Gardner <████████@cityofeastlansing.com>
**Sent:** Wednesday, October 7, 2020 2:53 PM
**To:** SOS, Elections <████████@michigan.gov>
**Cc:** Jennifer Shuster <████████@cityofeastlansing.com>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

Good afternoon:

Please know that a voter brought the attached printout to our office this afternoon. He noted the misspellings and did not click on the link, but was understandably concerned. We assured him that everything was fine in the Qualified Voter File, and said we would report this accordingly. This is the first such e-mail that we've been made aware of. We are sending this to the Ingham County Clerk's Office, as well. If you have any questions, please let us know. Thank you!

-Kathryn

Kathryn Gardner
Deputy City Clerk
City of East Lansing
410 Abbot Road
East Lansing, MI 48823
Phone: ████████

████@cityofeastlansing.com

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

MOLA_DEFSPROD_00009594

**From**: Josiah, Chad [███████@cisa.dhs.gov]
**Sent**: 10/8/2020 4:01:20 PM
**To**: Richard Salgado @google.com
**CC**: Scully, Brian [███████.@cisa.dhs.gov]; CFITF [███@hq.dhs.gov]
**Subject**: FW: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan
**Attachments**: 10072020140924-0001.pdf

Good afternoon,

For awareness, we received the below report from Michigan. Possible phishing email with possible malicious link. Scan of an email so the link is not selectable.

Regards,
Chad

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

---

**From:** CFITF <███@hq.dhs.gov>
**Sent:** Thursday, October 8, 2020 3:32 PM
**To:** CFITF All <███████@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

---

**From:** Misinformation Reports
**Sent:** Thursday, October 8, 2020 7:30:39 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Misinformation Reports; CISA Central; CFITF; tips@2020partnership.atlassian.net; Josiah, Chad; Schaul, Robert
**Subject:** Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: fraudulent e-mail sent to voter in Michigan.

---

**From:** Brown, Ashiya (MDOS) <███████@michigan.gov>
**Sent:** Thursday, October 8, 2020 3:07 PM

CONFIDENTIAL

**To:** MS-ISAC SOC <████@msisac.org>; Misinformation Reports <████████@cisecurity.org>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter In Michigan

Hello,

The East Lansing, MI Deputy clerk was brought the attached document by a voter. He noted the misspellings on the document and didn't click on the link, but was concerned it could be a phishing attempt.

*I have attached the clerks original communication which has more detail. (we are working to get the original email document from the citizen.)*

Thank you,

Ashiya Brown, MBA
Michigan Bureau of Elections
████████@Michigan.gov
Office: ████████
Cell: ████████

**From:** Kathryn Gardner <████████@cityofeastlansing.com>
**Sent:** Wednesday, October 7, 2020 2:53 PM
**To:** SOS, Elections <████████@michigan.gov>
**Cc:** Jennifer Shuster <████████@cityofeastlansing.com>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Good afternoon:

Please know that a voter brought the attached printout to our office this afternoon. He noted the misspellings and did not click on the link, but was understandably concerned. We assured him that everything was fine in the Qualified Voter File, and said we would report this accordingly. This is the first such e-mail that we've been made aware of. We are sending this to the Ingham County Clerk's Office, as well. If you have any questions, please let us know. Thank you!

-Kathryn

Kathryn Gardner
Deputy City Clerk
City of East Lansing
410 Abbot Road
East Lansing, MI 48823
Phone: ████████
████████@cityofeastlansing.com

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.

Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009597

**From**: Josiah, Chad [███████@cisa.dhs.gov]
**Sent**: 10/8/2020 3:50:14 PM
**To**: ███████ @microsoft.com
**CC**: Scully, Brian [███████,@cisa.dhs.gov]; CFITF [███@hq.dhs.gov]
**Subject**: FW: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan
**Attachments**: 10072020140924-0001.pdf

Good afternoon,

We received the below report from Michigan. Possible phishing email with possible malicious link.

Regards,
Chad

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From**: Misinformation Reports <███████@cisecurity.org>
**Sent**: Thursday, October 8, 2020 3:31 PM
**To**: Misinformation Reports <███████h@cisecurity.org>; CISA Central <███████@cisa.dhs.gov>; CFITF <███@hq.dhs.gov>; tips@2020partnership.atlassian.net; Josiah, Chad <███████@cisa.dhs.gov>; Schaul, Robert <███████@cisa.dhs.gov>
**Subject**: Case #CIS-MIS000035: Fraudulent E-Mail sent to Voter in Michigan

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: fraudulent e-mail sent to voter in Michigan.

**From**: Brown, Ashiya (MDOS) <███████@michigan.gov>
**Sent**: Thursday, October 8, 2020 3:07 PM
**To**: MS-ISAC SOC <███@msisac.org>; Misinformation Reports <███████@cisecurity.org>
**Subject**: Notice of Fraudulent E-Mail Sent to Voter In Michigan

Hello,

The East Lansing, MI Deputy clerk was brought the attached document by a voter. He noted the misspellings on the document and didn't click on the link, but was concerned it could be a phishing attempt.

*I have attached the clerks original communication which has more detail. (we are working to get the original email document from the citizen.)*

Thank you,

Ashiya Brown, MBA
Michigan Bureau of Elections
████████@Michigan.gov
Office: ██████████
Cell: ████████████

**From:** Kathryn Gardner <████████@cityofeastlansing.com>
**Sent:** Wednesday, October 7, 2020 2:53 PM
**To:** SOS, Elections <████████@michigan.gov>
**Cc:** Jennifer Shuster <████████@cityofeastlansing.com>
**Subject:** Notice of Fraudulent E-Mail Sent to Voter

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Good afternoon:

Please know that a voter brought the attached printout to our office this afternoon. He noted the misspellings and did not click on the link, but was understandably concerned. We assured him that everything was fine in the Qualified Voter File, and said we would report this accordingly. This is the first such e-mail that we've been made aware of. We are sending this to the Ingham County Clerk's Office, as well. If you have any questions, please let us know. Thank you!

-Kathryn

Kathryn Gardner
Deputy City Clerk
City of East Lansing
410 Abbot Road
East Lansing, MI 48823
Phone: ██████████
████████@cityofeastlansing.com

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009600

| | |
|---|---|
| **From**: | Schaul, Robert [⬛⬛⬛⬛@cisa.dhs.gov] |
| **Sent**: | 2/1/2021 3:39:23 PM |
| **To**: | Saleela Salahuddin ⬛⬛⬛@fb.com]; Sandra Luff ⬛⬛⬛@fb.com] |
| **CC**: | CFITF All ⬛⬛⬛@hq.dhs.gov]; Hale, Geoffrey ⬛⬛⬛@cisa.dhs.gov] |
| **Subject**: | RE: Disinformation Alert |

We have asked Dominion for more information. Will pass along when we get it. Apologies for the slow drip!

-Rob

---

**From:** Saleela Salahuddin ⬛⬛⬛@fb.com>
**Sent:** Monday, February 1, 2021 3:37 PM
**To:** Schaul, Robert <⬛⬛⬛@cisa.dhs.gov>; Sandra Luff <⬛⬛⬛@fb.com>
**Cc:** CFITF All <⬛⬛⬛@hq.dhs.gov>
**Subject:** Re: Disinformation Alert

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Quick follow up here -- do you have any hard links or specific examples you could share to help our teams out?

---

**From:** Saleela Salahuddin ⬛⬛⬛@fb.com>
**Sent:** Monday, February 1, 2021 3:00:33 PM
**To:** Schaul, Robert <⬛⬛⬛@cisa.dhs.gov>; Sandra Luff <⬛⬛⬛@fb.com>
**Cc:** CFITF All <⬛⬛⬛@hq.dhs.gov>
**Subject:** Re: Disinformation Alert

Thanks! Will make sure this gets to the right folks here. We may come back asking for more detail on the exact allegations around dis/misinformation since the below is a bit vague.

---

**From:** Schaul, Robert ⬛⬛⬛@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 2:50:37 PM
**To:** Sandra Luff <⬛⬛⬛@fb.com>; Saleela Salahuddin ⬛⬛⬛@fb.com>
**Cc:** CFITF All <⬛⬛⬛@hq.dhs.gov>
**Subject:** FW: Disinformation Alert

Good afternoon!
Passing along at the request of an elections stakeholder. We understand this to be related to existing narratives regarding domestic elections.
Best,

*Robert M. Schaul, esq.*
**Countering Foreign Influence Task Force**
**DHS | CISA | National Risk Management Center**
⬛⬛⬛ (HSDN) | ⬛⬛⬛ (JWICS)
⬛⬛⬛ (Cell) | ⬛⬛⬛ (Office)

MOLA_DEFSPROD_00008577



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From:** Hale, Geoffrey <██████@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:54 PM
**To:** CFITF All <██████@hq.dhs.gov>
**Subject:** Fwd: Disinformation Alert

Please pass to platforms

Get Outlook for iOS

---

**From:** Hale, Geoffrey <██████@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:53:38 PM
**To:** Kay Stimson <██████@dominionvoting.com>
**Subject:** Re: Disinformation Alert

Thank you, which platforms have you seen this?
We'll pass along to all but we can have dedicated outreach with more specifics.

Get Outlook for iOS

---

**From:** Kay Stimson ██████@dominionvoting.com>
**Sent:** Monday, February 1, 2021 12:31:36 PM
**To:** Hale, Geoffrey <██████@cisa.dhs.gov>
**Subject:** Disinformation Alert

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi, Geoff.  I need to report a new thread of disinfo about Dominion appearing on social media.  A new targeted thread falsely claims that DVS systems were used in Myanmar's elections.  I would like to request help with quick takedown of this fake news.

Thanks,
Kay

**KAY STIMSON** | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS

▬▬▬▬▬▬▬▬ | [DOMINIONVOTING.COM](DOMINIONVOTING.COM)

MOLA_DEFSPROD_00008579

**From:**   Schaul, Robert [_____]@cisa.dhs.gov]
**Sent:**   2/1/2021 2:50:37 PM
**To:**   Sandra Luff @fb.com; Saeela Salahuddin @fb.com
**CC:**   CFITF All [_____]@hq.dhs.gov]
**Subject:**   FW: Disinformation Alert

Good afternoon!

Passing along at the request of an elections stakeholder. We understand this to be related to existing narratives regarding domestic elections.

Best,

*Robert M. Schaul, esq.*

**Countering Foreign Influence Task Force**

**DHS | CISA | National Risk Management Center**

[_____], (HSDN) | [_____] (JWICS)

[_____] (Cell) | [_____] (Office)



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From:** Hale, Geoffrey <[_____]@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:54 PM
**To:** CFITF All <[_____]@hq.dhs.gov>
**Subject:** Fwd: Disinformation Alert

Please pass to platforms

Get Outlook for iOS

---

**From:** Hale, Geoffrey [_____]@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:53:38 PM
**To:** Kay Stimson <[_____]@dominionvoting.com>
**Subject:** Re: Disinformation Alert

Thank you, which platforms have you seen this?
We'll pass along to all but we can have dedicated outreach with more specifics.

Get Outlook for iOS

---

**From:** Kay Stimson ▮▮▮▮▮▮@dominionvoting.com>
**Sent:** Monday, February 1, 2021 12:31:36 PM
**To:** Hale, Geoffrey <▮▮▮▮▮▮@cisa.dhs.gov>
**Subject:** Disinformation Alert

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi, Geoff. I need to report a new thread of disinfo about Dominion appearing on social media. A new targeted thread falsely claims that DVS systems were used in Myanmar's elections. I would like to request help with quick takedown of this fake news.

Thanks,
Kay

**KAY STIMSON** | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
▮▮▮▮▮▮ | DOMINIONVOTING.COM

MOLA_DEFSPROD_00008581

| **From**: | Schaul, Robert [██████████@cisa.dhs.gov] |
|---|---|
| **Sent**: | 2/1/2021 2:36:53 PM |
| **To**: | Stacia Cardille@twitter.com |
| **CC**: | CFITF All [████████@hq.dhs.gov] |
| **Subject**: | FW: Disinformation Alert |

Hi Stacia – Passing along at the request of an elections stakeholder. We understand this to be related to existing narratives regarding domestic elections.

Best,

*Robert M. Schaul, esq.*
**Countering Foreign Influence Task Force**
**DHS | CISA | National Risk Management Center**
████████████ (HSDN) | ████████████ (JWICS)
████████ (Cell) | ████████ (Office)



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Hale, Geoffrey <████████@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:54 PM
**To:** CFITF All <████████@hq.dhs.gov>
**Subject:** Fwd: Disinformation Alert

Please pass to platforms

Get Outlook for iOS

**From:** Hale, Geoffrey ████████@cisa.dhs.gov>
**Sent:** Monday, February 1, 2021 1:53:38 PM
**To:** Kay Stimson <████████@dominionvoting.com>
**Subject:** Re: Disinformation Alert

Thank you, which platforms have you seen this?

We'll pass along to all but we can have dedicated outreach with more specifics.

Get Outlook for iOS

---

**From:** Kay Stimson ████████@dominionvoting.com>
**Sent:** Monday, February 1, 2021 12:31:36 PM
**To:** Hale, Geoffrey <████████@cisa.dhs.gov>
**Subject:** Disinformation Alert

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi, Geoff. I need to report a new thread of disinfo about Dominion appearing on social media. A new targeted thread falsely claims that DVS systems were used in Myanmar's elections. I would like to request help with quick takedown of this fake news.

Thanks,
Kay

**KAY STIMSON** | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
████████ | DOMINIONVOTING.COM