AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| STATE OF MISSOURI, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-01213-TAD-KDM |
| JOSEPH R. BIDEN, JR et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS.

Date: 01/24/2023

/s/JOSHUA E. GARNDER
*Attorney's signature*

JOSHUA E, GARDNER (FL Bar No. 302820)
*Printed name and bar number*

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
P.O. Box 883, Washington, D.C. 20044
*Address*

Joshua.E.Gardner@usdoj.gov
*E-mail address*

(202) 305-7583
*Telephone number*

(202) 616-8470
*FAX number*