# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:22-cv-01213-TAD-KDM<br>)<br>) |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

### [PROPOSED] ORDER GRANTING DEFENDANT CYBERSECURTY AND INFRASTRUCTURE SECURITY AGENCY'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCLOSURES

Before the Court is Defendant Cybersecurity and Infrastructure Security Agency's Motion for Leave to File Sur-Reply to Plaintiffs' Motion to Compel Supplemental Disclosures.

Good cause having been shown, **IT IS ORDERED** that the Motion is **GRANTED**.

MONROE, LOUISIANA, this _____ day of January 2023.

_____
Terry A. Doughty
United States District Judge

1