UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing Motion for Leave to File a Sur-Reply to Plaintiffs' Motion to Compel Supplemental Disclosures [Doc. No. 185] filed by Defendant Cybersecurity and Infrastructure Security Agency,

**IT IS ORDERED** that the Motion is **DENIED**.

MONROE, LOUISIANA, this 25th day of January, 2023.

Terry A. Doughty
United States District Judge