AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Western District of Louisiana

| | |
|---|---|
| State of Missouri, State of Louisiana, et al.,<br>*Plaintiff*<br>v.<br>Joseph R. Biden, Jr., et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)   Case No.   3:22-cv-01213-TAD-KDM |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Louisiana                                                                                            .

Date:      01/27/2023

/s/ Tracy Short
*Attorney's signature*

Tracy Short (LA Bar No. 23940)
*Printed name and bar number*

Louisiana Attorney General's Office
P.O. Box 94005
Baton Rouge, LA 70804-9005

*Address*

Shortt@ag.louisiana.gov
*E-mail address*

(225) 326-6765
*Telephone number*

*FAX number*