IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-01213 |

## MOTION TO WITHDRAW AS COUNSEL

D. John Sauer, Deputy Attorney General, hereby moves to withdraw as counsel of record for Plaintiffs. Good cause exists as the undersigned has taken a different position and will be leaving his employment with the Office of the Missouri Attorney General. Plaintiffs continue to have representation and will not be prejudiced.

Respectfully submitted,

**ANDREW BAILEY**
**MISSOURI ATTORNEY GENERAL**

*/s/ D. John Sauer*
D. John Sauer, MO 58721
 Deputy Attorney General
Supreme Court Building
207 W. High Street

P.O. Box 899  
Jefferson City, MO 65102  
(573) 751-8870 (Telephone)  
(573) 751-0774 (Facsimile)  
john.sauer@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2023, I electronically filed the foregoing with the U.S. Court of Appeals for the Eighth Circuit using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ D. John Sauer*