IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, *et al.*<br><br>*Plaintiffs*,<br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213 |

PROPOSED ORDER

Before the Court is the Motion to Withdraw as Counsel for Plaintiffs filed by Dr. John Sauer.  Having considered the Motion, the Court hereby GRANTS the Motion

*It is so ordered.*


Dated: _____          Signed: _____