IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ex rel.
ERIC S. SCHMITT, Attorney
General, *et al.*

   *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., in his
official capacity as President of
the United States, *et al.*,

   *Defendants*.

Case No. 3:22-cv-01213

ORDER

Before the Court is the Motion to Withdraw as Counsel for Plaintiffs filed by D. John Sauer. Having considered the Motion, the Court hereby GRANTS the Motion

*It is so ordered.*

Dated: January 30, 2023     Signed: _____