# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 3:22-cv-01213<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the State of Louisiana, who respectfully moves this court to enroll Tracy Short (Bar No. 23940) of the Louisiana Department of Justice as additional counsel of record in the above captioned matter. Mr. Short is licensed to practice law in the state of Louisiana and is admitted to practice before this honorable court.

WHEREFORE, undersigned counsel prays that this Motion to Enroll Additional Counsel of Record be GRANTED, and that an order issue enrolling Tracy Short as additional counsel of record for the State of Louisiana.

　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　JEFF LANDRY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　BY:　*s/ Elizabeth Murrill*
　　　　　　　　　　ELIZABETH B. MURRILL (Bar No. 20685)
　　　　　　　　　　　Solicitor General
　　　　　　　　　　TRACY SHORT (Bar No. 23940)
　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　LOUISIANA DEPARTMENT OF JUSTICE
　　　　　　　　　　1885 North Third Street
　　　　　　　　　　Baton Rouge, LA 70802

Tel: (225) 326-6766
murrille@ag.louisiana.gov
shortt@ag.louisiana.gov