# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 3:22-cv-01213<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Tracy Short (Bar No. 23940) be enrolled as additional counsel for Plaintiff the State of Louisiana in this proceeding.

This ___ day of _____, 2023.

_____
United States District Judge
Western District of Louisiana