*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **State of Louisiana, et al.,** <br> Plaintiffs, | Case No.   **3:22-cv-01213-TAD** |
| VS. <br> **Joseph R. Biden, Jr., et al.,** <br> Defendants. | Judge   Terry A. Doughty <br> Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that <u>D. John Sauer</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Louisiana</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge