*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **State of Louisiana, et al.,** <br> Plaintiffs, <br><br> VS. <br> **Joseph R. Biden, Jr., et al.,** <br> Defendants. | Case No.  **3:22-cv-01213-TAD** <br><br> Judge   Terry A. Doughty <br> Magistrate Judge   Kayla D. McClusky |

### ORDER

IT IS ORDERED that <u>D. John Sauer</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Louisiana</u> in the above described action.

SO ORDERED on this, the 2nd day of February, 2023.

_____
U.S. Magistrate Judge