UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## PROPOSED ORDER

Considering the foregoing Consent Motion for Leave to File Reply in Excess of Page Limits [Doc. No. ____] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants are granted leave to file a reply of up to sixty-five (65) pages in support of their Motion to Dismiss the Second Amended Complaint.

MONROE, LOUISIANA, this ____ day of February 2023.


_____
Terry A. Doughty
United States District Judge