**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion for Leave to File Reply in Excess of Page Limits [Doc. No. 197] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants are granted leave to file a reply of up to sixty-five (65) pages in support of their Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim [Doc. No. 128].

MONROE, LOUISIANA, this 8th day of February, 2023.

_____
Terry A. Doughty
United States District Judge