RECEIVED

FEB 09 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

In the United States District Court
Louisiana Western District Court
(U.S. District Courts)
800 Lafayette, Suite 2100 Lafayette, LA 70501, USA

| | | |
|---|---|---|
| Missouri | ) | |
| Louisiana Et Al | ) | Cause  3:22-CV-01213 |
| VS | ) | Statement Of Facts |
| Joe Biden Et Al | ) | |

## STATEMENT OF FACTS

**CENSORSHIP is Not just happening on Social Media Platforms, CENSORSHIP IS HAPPENING UPON COURT RECORDS/DOCKETS AS WELL!**

On May 15th, 2017 I Filed a Petition into Texas Williamson County 395th District Court where Venue got changed to the Dallas 162nd District Court, where from there and every Court after: The Dallas 5th Appellate Court, The SCOTEX, and Now U.S. Federal District Court Texas Western Austin Division, my **INDISPUTABLE PROOF** Evidence and Exhibits were continuously **COURT STRIPPED** and **CENSORED**. This is what led me to File an Intervention into this MASSIVE Censorship Case in Louisiana. Any and Every Filing's Supporting PDF Docs of Indisputable PROOF Evidence and Exhibits were continuously STRIPPED from the Record to ensure they would Not be seen, and so that I had no way of winning my case. Here attached is the Link for my 3rd Amended Notice of Appeal, Complaint, And Removal For The **FRAUD** and **CENSORSHIP** Upon And By Each Of The Courts Listed Above:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:cbb5949c-9305-4328-b8b0-7a06a8d7688a

1

The CENSORSHIP And Violations Of The People's Rights Will NOT Be Tolerated!

Petitioner:
**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
10015 Lake Creek Pkwy #621
Austin, Texas 78729
kdhogan@ymail.com
(303)2466-1587

January 31st, 2023

2