Kimberly D. Hogan
10015 Lake Creek Pkwy #621
Austin, Texas 78729

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
4 FEB 2023 PM 2 L



RECEIVED

FEB 09 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Clerk U.S. District Court
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana
71101-3083

X-RAYED

71101-306399