IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR.,
in his official capacity as President of the United States, *et al.*,

    Defendants.

No. 3:22-cv-01213-TAD-KDM

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL PRELIMINARY-INJUNCTION BRIEF

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiffs respectfully request the Court's leave for an extension of time of one week, to March 6, 2023, in which to file their supplemental brief on the motion for preliminary injunction in this case. Counsel for Defendants have consented to this request.

In support, Plaintiffs state as follows: After the close of expedited preliminary-injunction-related discovery on January 27, 2023, the Court authorized Plaintiffs "to file a supplemental brief in support of Plaintiffs' request for a preliminary injunction" within "thirty days of the expiration of preliminary-injunction related discovery on January 27, 2023." Doc. 187, at 5. Under this order, Plaintiffs' supplemental brief is currently due on Monday, February 27, 2023. *Id.* Plaintiffs are working diligently on this briefing, which involves the analysis of significant amounts of factual discovery and the depositions of six officials in multiple federal agencies, as well as supplemental discovery of about 2,000 pages received from CISA on February 8, 2023, in response

to this Court's order granting Plaintiffs' motion to compel. Doc. 187, at 5. The briefing will address significant and complex legal issues as well as extensive factual analysis. To allow sufficient time for Plaintiffs to provide a thorough and comprehensive supplemental brief, Plaintiffs respectfully request an extension of one week, to March 6, 2023, in which to submit this brief. Counsel for Defendants have consented to this request.

Dated: February 22, 2023

**ANDREW BAILEY**
**Attorney General of Missouri**

*/s/ Charles F. Capps*
Joshua M. Divine
  Solicitor General
Charles F. Capps
  Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Charles.Capps@ago.mo.gov
*Counsel for State of Missouri*

\*  admitted *pro hac vice*

*/s/ Jenin Younes*
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

Respectfully submitted,

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ D. John Sauer*
Elizabeth B. Murrill (La #20685)
  Solicitor General
D. John Sauer (Mo #58721)
  Special Assistant Attorney General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (314) 562-0031
John.Sauer@james-otis.com
*Counsel for State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*