**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Upon consideration of Plaintiffs' unopposed Motion for Extension of Time to File Supplemental Preliminary-Injunction Brief, and for good cause, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file their supplemental brief in support of their motion for preliminary injunction is extended from February 27, 2023 to March 6, 2023.

MONROE, LOUISIANA, this ___ day of December 2022.

_____
Terry A. Doughty
United States District Judge