UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Consent Motion for Extension of Time to File Supplemental Preliminary-Injunction Brief [Doc. No. 201] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs shall file their Supplemental Brief in support of their Motion for Preliminary Injunction [Doc. No. 10] on or before March 6, 2023.

MONROE, LOUISIANA, this 23rd day of February, 2023.

_____
Terry A. Doughty
United States District Judge