IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD |

**PLAINTIFFS' NOTICE OF FILING DEPOSITION
TRANSCRIPT AND EXHIBITS OF ELVIS CHAN**

Plaintiffs State of Louisiana, State of Missouri, Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron Kheraity, Jim Hoft, and Jill Hines hereby give notice of filing the redacted certified deposition transcript and exhibits of the deposition of Elvis Chan. Attached to this Notice, redacted where necessary to comply with the Court's protective order, are Exhibits 1-23 from the deposition of Elvis Chan (labeled "Chan Ex. 1" to "Chan Ex. 23"), and the certified transcript of the deposition of Elvis Chan, also redacted where necessary to comply with the Court's protective order.

1

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully submitted, |
| **ANDREW BAILEY**<br>**Attorney General of Missouri** | **JEFFREY M. LANDRY**<br>**Attorney General of Louisiana** |
| */s/ Charles F. Capps*<br>Joshua M. Divine, Mo. Bar No. 69875*<br>  *Solicitor General*<br>Charles F. Capps, Mo. Bar No. 72734*<br>  *Deputy Solicitor General*<br>Todd A. Scott, Mo. Bar No. 56614*<br>  *Senior Counsel*<br>Kenneth C. Capps, Mo. Bar No. 70908*<br>  *Assistant Attorney General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>charles.capps@ago.mo.gov<br>*Counsel for State of Missouri* | */s/ Tracy Short*<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Tracy Short (La #23940)<br>  *Assistant Attorney General*<br>D. John Sauer (Mo #58721)*<br>  *Special Assistant Attorney General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |
| */s/ Jenin Younes*<br>Jenin Younes *<br>John J. Vecchione *<br>New Civil Liberties Alliance<br>1225 19th Street N.W., Suite 450<br>Washington, DC 20036<br>Direct: (202) 918-6905<br>E-mail: jenin.younes@ncla.legal<br>*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*<br>*Dr. Martin Kulldorff, Dr. Aaron Kheriaty,*<br>*and Jill Hines* | */s/ John C. Burns*<br>John C. Burns<br>Burns Law Firm<br>P.O. Box 191250<br>St. Louis, Missouri 63119<br>P: 314-329-5040<br>E-mail: john@burns-law-firm.com<br>*Counsel for Plaintiff Jim Hoft* |

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Tracy Short*