**ELVIS CHAN  11/29/2022**

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF LOUISIANA

 3                MONROE DIVISION

 4                 ---o0o---

 5

 6

    STATE OF MISSOURI, et al.,        )
 7                                     )
                     Plaintiff,        )
 8                                     )
          vs.                          )   Case No.
 9                                     )   3:22-cv-01213
    JOSEPH R. BIDEN, JUNIOR, et        )   -TAD-KDM
10  al.,                               )
                                       )
11                   Defendants.       )
                                       )
12

13

14

15                 ---o0o---

16        TUESDAY, NOVEMBER 29, 2022

17   ZOOM VIDEOTAPED DEPOSITION OF ELVIS CHAN

18                 ---o0o---

19

20

21

22

23

24   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

25
```

```
 1                A P P E A R A N C E S
 2                     ---o0o---
 3   FOR THE PLAINTIFF:
 4           MISSOURI ATTORNEY GENERAL'S OFFICE
             Superior Court Building
 5           221 West High Street
             Jefferson City, Missouri  65101
 6           BY: D. JOHN SAUER, ESQ. (Remote)
                 TODD SCOTT, ESQ.
 7               KEN CAPPS, ESQ. (Remote)
             (573) 751-8870
 8           john.sauer@ago.mo.gov
 9
     FOR THE DEFENDANT:
10
             DEPARTMENT OF JUSTICE
11           1100 L Street Northwest
             Washington, D.C.  29530
12           BY: INDRANEEL SUR, ESQ.
                 AMANDA CHUZI, ESQ.
13           (202) 532-5748
             indraneel.sur@usdoj.gov
14           amanda.k.chuzi@usdoj.gov
15
     FOR THE PLAINTIFF NEW CIVIL LIBERTIES ALLIANCE:
16
             NEW CIVIL LIBERTIES ALLIANCE
17           1225 19th Street, Northwest, Suite 450
             Washington, D.C.  20036
18           BY: JENIN YOUNES, ESQ. (Remote)
             (202) 918-6902
19           jeninyounes@ncla.legal
20
     FOR THE PLAINTIFF JIM HOFT:
21
             BURNS LAW FIRM
22           P.O. Box 191250
             St. Louis, Missouri  63119
23           BY: JOHN BURNS, ESQ. (Remote)
             (314) 329-5040
24           john@burns-law-firm.com
25
```

```
 1                   A P P E A R A N C E S

 2                        ---oOo---

 3
     FOR THE PLAINTIFF STATE OF LOUISIANA:
 4
             LOUISIANA DEPARTMENT OF JUSTICE
 5           1885 North Third Street
             Baton Rouge, Louisiana  70802
 6           BY: TRACY SHORT, ESQ. (Remote)
             (225) 326-6705
 7           shortt@ag.louisiana.gov

 8
     FOR THE PLAINTIFF:
 9
             MAHON & BERGER
10           70 Glen Street, Suite 249
             Glen Cove, New York  11542
11           BY: LAWRENCE BERGER, ESQ. (Remote)
             (516) 671-2688
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXAMINATION
 2                        ---o0o---
 3
 4    ELVIS CHAN                              PAGE
 5
      BY MR. SAUER                               8
 6    BY MR. SUR                               308
 7
 8
                      INDEX OF EXHIBITS
 9                        ---o0o---
10    NUMBER    DESCRIPTION                    PAGE
11    1         Naval Postgraduate School Thesis:   11
                Fighting Bears and Trolls: An
12              Analysis of Social Media Companies
                And U.S. Government Efforts to
13              Combat Russian Influence Campaigns
                During the 2020 U.S. Election By
14              Elvis M. Chan Dated September 2021
                (149 pages)
15
      2         Email Correspondence, First Email   287
16              From Elvis Chan to Elvis Chan Dated
                September 10, 2020 (121 pages)
17
      6         Defendants' Amended Combined       169
18              Objections and Responses to
                Plaintiffs' First Set of Expedited
19              Preliminary-Injunction Related
                Interrogatories (95 pages)
20
      8         Declaration of Yoel Roth (4 pages)  216
21
      9         Tech CEOs Senate Testimony         241
22              Transcript Dated October 28
                (91 pages)
23
      13        Audio Transcription of Recording   258
24              Of Elvis Chan Interview Dated
                October 28, 2020 (3 pages)
25
```

```
 1                    INDEX OF EXHIBITS

 2                       ---o0o---

 3

 4    NUMBER   DESCRIPTION                     PAGE

 5

 6    15       Audio Transcription of Recording   271

 7             Of an Elvis Chan Interview Dated
              June 29, 2022 (3 pages)
 8
      23       Email Correspondence, First Email   196
 9             From Elvis Chan to Patricia Rich
              Dated October 4, 2016 (29 pages)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ELVIS CHAN  11/29/2022**

```
 1        REMOTE VIA ZOOM, CALIFORNIA, NOVEMBER 29, 2022

 2                        ---o0o---

 3             BE IT REMEMBERED that on Tuesday, the 29th

 4   day of November 2022, commencing at the hour of

 5   9:07 a.m. thereof, remotely via Zoom, California,

 6   before me, Balinda Dunlap, a Certified Shorthand

 7   Reporter in and for the County of San Francisco,

 8   State of California, remotely appeared:

 9             THE VIDEOGRAPHER:  Okay.  Good morning,

10   everyone.  We are on the record.  Today's date is

11   November 28 -- I'm sorry, 29th, 2022.  The time is

12   9:07 a.m.

13             This is the video-recorded deposition of

14   Elvis Chan in the matter of State of Missouri

15   versus Joseph R. Biden, filed in U.S. District

16   Court for the Western District of Louisiana, Monroe

17   Division.

18             This deposition is being held at the U.S.

19   Attorney's Office, Northern District of California,

20   in San Francisco.

21             The reporter's name is Balinda Dunlap.  My

22   name is Ruslan Gurzhiy.  I am the legal

23   videographer.  We are here with Lexitas Legal.

24             Will the attorneys present please

25   introduce themselves and the parties they
```

**ELVIS CHAN  11/29/2022**

1   represent.

2          MR. SAUER:  John Sauer on behalf of the

3   Missouri Attorney General's Office and State of

4   Missouri.  I am joined by my colleagues Ken Capps

5   and Todd Scott, as well as John Burns and Jenin

6   Younes on behalf of private plaintiffs.

7          MR. SUR:  I am Indraneel; my last name is

8   Sur, S-u-r.  I'm at the Phoenix Department of

9   Justice, Civil Division, Federal Programs Branch,

10  representing the defendants in this matter.

11             (Discussion off the record.)

12          THE VIDEOGRAPHER:  Okay.  Any feedback

13  now?  Okay.  Somebody hold this.  Please continue.

14          MR. SUR:  I am Indraneel; my last name is

15  Sur, S-u-r.  I am at the United States Department

16  of Justice, Civil Division, Federal Programs

17  Branch; and we are representing the defendants

18  today, and some of my colleagues are as well.

19          MR. BERGER:  Okay.  I am just announcing

20  myself.  I don't know if I am out of order, though.

21  Berger, Lawrence Berger.  I represent Elvis Chan.

22             (Discussion off the record.)

23  //

24  //

25  //

**ELVIS CHAN  11/29/2022**

```
 1                        ELVIS CHAN
 2              called as a witness by the Plaintiff,
 3    having been sworn to tell the truth, the whole
 4    truth, and nothing but the truth, was examined and
 5    testified as follows:
 6                   EXAMINATION BY MR. SAUER
 7         Q.   Would you please state your name for the
 8    record.
 9         A.   My name is Elvis Chan, E-l-v-i-s, C-h-a-n.
10         Q.   And what's your occupation, sir?
11         A.   My title is the Assistant Special Agent in
12    Charge of the Cyber Branch for San Francisco
13    Division of the Federal Bureau of Investigation.
14         Q.   How long have you worked for the San
15    Francisco Division of the FBI?
16         A.   I have worked for the FBI for over 17
17    years.
18         Q.   Have you been in San Francisco the whole
19    time?
20         A.   Minus three years at headquarters.
21         Q.   Was that in Washington, D.C.?
22         A.   Yes.  From 2011 to 2014.
23         Q.   Have you ever given a deposition before?
24         A.   No, I have not.
25         Q.   Is this your first deposition?
```

```
 1      A.    Yes.  This is my first civil deposition.
 2      Q.    How about criminal depositions?
 3      A.    I have not given criminal depositions
 4   before.
 5      Q.    Can I just go over a few kind of common
 6   ground rules with you?
 7            First of all, as I'm asking the questions
 8   today, can you listen carefully to the question
 9   that I'm asking and answer the question that I ask?
10   Can you do that?
11      A.    Yes.
12      Q.    And if you don't understand the question,
13   could you please ask me for clarification instead
14   of guessing at what my meaning might be in
15   responding to a question that you're not sure is
16   what I'm asking?  Can you do that?
17      A.    Yes.
18      Q.    And can you and I be careful not to
19   interrupt each other, just because that makes the
20   record unclear and life difficult for the court
21   reporter?
22      A.    Yes.
23      Q.    Also, could you be careful to respond with
24   actual oral responses, not with head-shakes and
25   "huh-uhs" and "uh-huhs" and things like that, just
```

**ELVIS CHAN  11/29/2022**

Page 10

```
 1    so that the record's clear?  For example, "yes" and
 2    "no," not "uh-huh" and not nodding or shaking the
 3    heads; can you do that?
 4        A.   Yes.
 5        Q.   And in addition, let's both -- I think we
 6    both are fast talkers, especially me.  Can we both
 7    make an effort to talk slowly enough today so that
 8    the court reporter has a chance to take down what
 9    we're saying?
10        A.   Yes.
11        Q.   Can you describe your educational
12    background?
13        A.   I graduated from the University of
14    Washington with a bachelor of science degree in
15    chemical engineering and chemistry, and then I
16    graduated from the Naval Postgraduate School with a
17    master of arts in homeland security studies.
18        Q.   When did you graduate from the Naval
19    Postgraduate School?
20        A.   Last year, 2021, in September.
21        Q.   Oh, and you got a -- did you say you got
22    an MA there?
23        A.   Yes.
24        Q.   Did you do a thesis in connection with
25    that -- that degree?
```

**ELVIS CHAN  11/29/2022**

Page 11

```
 1        A.   Yes, I did.
 2        Q.   What was the title of the thesis?
 3        A.   "Fighting Bears and Trolls:"  Russian
 4   disinformation against the 2020 elections and the
 5   social media companies and U.S. government
 6   countermeasures.
 7        Q.   I am showing you a document previously
 8   marked as Exhibit 1.  Is this, in fact, a copy of
 9   that thesis?
10             (Reporter marked Exhibit No. 1 for
11              identification.)
12             THE WITNESS:  Yes, that is a copy of that
13   thesis.
14        Q.   BY MR. SAUER:  Okay.  You are listed as
15   the sole author there on the first page?
16        A.   That is correct.
17        Q.   Okay.  And again, as you've noted earlier,
18   this is, I think, dated just over a year ago,
19   September of 2021, correct?
20        A.   That is correct.
21        Q.   Can I just -- can you kind of generally
22   characterize what this thesis is about?  You know,
23   what's the topic?  What are you investigating,
24   researching or defending?
25             MR. SUR:  Objection; compound.
```

```
 1        Q.   BY MR. SAUER:  You may answer.

 2        A.   Okay.  So my thesis, the synopsis of it is

 3   I examined Russian malign-influence activities,

 4   specifically on social media platforms, ahead of

 5   and during the 2020 elections.  And then I examined

 6   the actions taken by three social media companies;

 7   specifically Google; Meta, which was previously

 8   Facebook; and Twitter; and then I also examined the

 9   U.S. government's countermeasures against Russian

10   actions.

11        Q.   When you say "Google," do they operate

12   YouTube?

13        A.   Yes, they do.

14        Q.   So your reference to Google would

15   encompass YouTube; investigating, you know, these

16   kinds of issues on YouTube as well?

17        A.   That is correct.  And if I may add, when I

18   reference Meta or Facebook, I mean all of the

19   Meta-associated products, which include Facebook,

20   Instagram and WhatsApp.

21        Q.   Would that include Nextdoor too?

22        A.   It would not include Nextdoor.

23        Q.   Is that is not a Meta app?

24        A.   It is not a Meta-owned company.

25        Q.   Okay.  You referred to, I think, Russian
```

ELVIS CHAN  11/29/2022

Page 13

1    malign-influence activities.  Can you describe what

2    -- what does that mean?

3        A.   So there are -- in my thesis, there are --

4    there's a description of two types of Russian

5    malign-influence activities.  I am specifically

6    talking about online activities.

7            The first type of activity is what is

8    known generally as a hack-and-dump activity.  I

9    think the best example I would have of that is the

10   hack of the Democratic National Committee and the

11   DCCC, the Democratic Congressional Campaign

12   Committee, in 2016; hacking of their servers; and

13   then the leaking or dumping of their information on

14   the Internet over the course of the 2016 election

15   season.  That is one type of Russian malign

16   influence, but I do not focus on that in the

17   thesis.  I do reference it.

18           The second type of Russian malign

19   influence that I discuss in the thesis itself is on

20   the social media platforms and on fake news

21   websites that the Russians have created.

22       Q.   And is there a connection between those?

23   Like, the fake news sites, do those get, you know,

24   boosted up to social media platforms by the

25   Russians?

**ELVIS CHAN  11/29/2022**

**Page 14**

```
 1      A.    Yes.  From my thesis, I was able to
 2   determine that the social media platforms were used
 3   to direct viewers from the social media platforms
 4   to the fake news sites being controlled by Russian
 5   state-sponsored actors.
 6      Q.    And those viewers, I take it, would
 7   include American citizens who were being
 8   principally targeted by these activities?
 9           MR. SUR:  Objection; vague.
10      Q.    BY MR. SAUER:  Were they --
11      A.    I am not sure, but it would be -- I'm not
12   sure of who the viewers would be, but whoever would
13   look at the fake Russian accounts and click on the
14   link or be directed to the website.  But I do not
15   know who the specific users are.
16      Q.    Does your thesis have evidence that people
17   actually did that?  In other words, that people
18   actually clicked through and accessed the Russian
19   fake news sites?
20           MR. SUR:  Objection; compound.
21           THE WITNESS:  So my thesis -- my thesis
22   was based on the report of both the social media
23   companies as well as third parties, such as
24   Graphika.  So I relied on their analysis of the
25   direct data.
```

ELVIS CHAN  11/29/2022

Page 15

```
 1      Q.   BY MR. SAUER:  Did their analysis indicate
 2   that there had been, in fact, that kind of
 3   engagement of viewers of the social media accounts
 4   to go through to the fake news sites?
 5      A.   From both the social media company
 6   standpoint, the answer is yes; but in general, I
 7   was told that it was a, quote/quote, low
 8   engagement, from what they could tell.
 9           And then from the third-party reports,
10   they did not characterize it as much.  They said
11   that they believed that viewers could be directed,
12   but they did not say who the amount were or the
13   percentage of any of those viewers.
14      Q.   And did your research indicate a higher
15   level of engagement with the kind of fake social
16   media accounts operated by the Russians than the
17   fake news websites?
18      A.   Yes.  In general, yes.
19      Q.   Let me ask this:  You referred a minute
20   ago to U.S. government countermeasures, I believe.
21   Can you describe, just generally, what sort of U.S.
22   government countermeasures do you discuss in the
23   thesis?
24      A.   So there were three U.S. government
25   countermeasures that I discussed in the thesis.
```

**ELVIS CHAN 11/29/2022**

1  Number one was an initiative that the FBI took

2  called the Protected Voices Initiative.  That was

3  actually focused on hack-and-dump operations.  And

4  the Protected Voices Initiative was cybersecurity

5  briefings and awareness training provided for all

6  the national-level political committees, such as

7  the RNC, the DNC, the RSCC, the DCCC.  Briefings

8  were provided by our Washington field office.

9          And then briefings were also provided to

10  the vast majority of the presidential candidates

11  for the 2020 election season.  I think there were

12  approximately two dozen of those presidential

13  candidates that were provided -- them and their

14  senior staff were provided cybersecurity briefings.

15  That was one of the measures that was taken.

16          A second measure that was taken was the

17  information sharing with the private sector

18  companies, where we shared both strategic-level

19  information as well as tactical information.

20          And then the third -- the third measure I

21  think I mentioned in the thesis was that -- the

22  CISA Act, the formation of the Cybersecurity and

23  Information Security Agency in 2018 and their

24  ability to provide state, county and local election

25  officials with both grants, federal grants to

**ELVIS CHAN  11/29/2022**

Page 17

```
1   improve their infrastructure as well as with
2   cybersecurity training.
3       Q.   Okay.  That was -- you said a lot there,
4   and I just want to ask you a few follow-up
5   questions to kind of unpack it.
6            I think you said the second U.S.
7   government countermeasure was information sharing;
8   is that right?
9       A.   That's correct.
10      Q.   What is a --
11      A.   I might have the order incorrect.  I
12  haven't looked in my thesis since over a year, but
13  yeah.
14      Q.   Well, let me ask you this:  Information
15  sharing, you know, is that information sharing
16  between federal agencies and social media
17  platforms?
18      A.   That is information sharing between the
19  FBI and the -- in the thesis I focus on the three
20  social media companies.
21      Q.   So -- so specifically your thesis focuses
22  on information sharing between the FBI and
23  basically Facebook, Google and Twitter, right?
24      A.   That is correct.
25      Q.   Yeah.  Is there other information sharing
```

**ELVIS CHAN  11/29/2022**

```
 1   that happened by other federal agencies on issues
 2   that relate to this?
 3            MR. SUR:  Objection; lacks foundation,
 4   vague.
 5       Q.   BY MR. SAUER:  If you know.
 6       A.   I am generally aware that other federal
 7   agencies want to do private sector engagement, but
 8   I am not familiar with the frequency of the
 9   information sharing or the type of information
10   sharing.
11       Q.   Do you know which other federal agencies
12   do that?
13            MR. SUR:  Objection; vague, lacks
14   foundation.
15            THE WITNESS:  I have been -- I am aware
16   specifically that CISA, the Cybersecurity and
17   Infrastructure Security Agency, does information
18   sharing in terms of elections with the social media
19   companies.
20       Q.   BY MR. SAUER:  To the extent you know,
21   what kind of information sharing do they do?
22       A.   All of the information that I have
23   personally witnessed comes through what CISA has
24   called the "industry working group."  That includes
25   the three social media companies I mentioned.  And
```

**ELVIS CHAN 11/29/2022**

Page 19

```
 1   the type of information that they have shared is
 2   generally about when the primaries for each state
 3   happen and then to highlight anything that they
 4   believe is a -- unique or different from
 5   standard -- or from what is considered normal.
 6           For example, like an Iowa caucus is not a
 7   normal type of primary.  Most states do not run
 8   caucuses, so they will highlight something like an
 9   Iowa caucus.  They will also highlight the election
10   methods that are used in different states, whether
11   it be a paper ballot or an electronic device, like
12   a touch-screen device.
13       Q.   That industry working group, do you
14   personally participate in that?
15       A.   I have participated in several of them.
16       Q.   How often do they occur?
17       A.   For the year 2020, I think for the first
18   half of the year they occurred quarterly.  So I
19   think, you know, every three months.
20           And then for the last half of the year, I
21   want to say around the June, July time frame, it
22   moved to monthly.
23       Q.   How about in 2022?
24       A.   In 2022 I believe they were about the
25   same.  It happened quarterly.  And then I believe
```

**ELVIS CHAN 11/29/2022**

**Page 20**

1    ahead of the midterm elections they moved to

2    monthly; except due to my conflicting schedule, I

3    believe I was only able to attend about three of

4    the meetings this year.

5        Q.    When you say "attend," are these all done,

6    you know, by Zoom?  Or are there -- is there a big

7    kind of in-person meeting?

8        A.    And I have attended via videoconference,

9    and it's not Zoom.  It's typically whatever the

10   private sector companies want to use.  So I have

11   seen Cisco Webex or BlueJeans.  Those are the two I

12   remember.

13       Q.    Do a lot of companies participate in these

14   meetings?

15       A.    Yes.  Several companies participate in

16   these meetings.

17       Q.    Okay.  But which ones, do you recall?

18       A.    I do -- I do recall.  I don't know if

19   that's law enforcement sensitive or not.  I don't

20   know if the companies want to be disclosed.

21       Q.    Please tell us on the record what

22   companies participated.

23       A.    Meta --

24              MR. BERGER:  Yeah, Elvis, is this -- is it

25   classified or protected?  How do you -- what's your

```
 1    understanding of the classification of this

 2    information?

 3              THE WITNESS:  My understanding is that

 4    this is -- that this is sensitive information and

 5    that the --

 6              MR. BERGER:  All right.  I'll direct

 7    you -- I'll direct you not to disclose it.  We'll

 8    have to take it to the judge.

 9              MR. SAUER:  Okay.  Is this a -- okay.  You

10    realize the government has already disclosed that

11    information in interrogatories for this case.

12              (Discussion off the record.)

13              MR. SAUER:  You realize this information

14    has already been disclosed by the government in

15    their interrogatory responses in this case.

16              And in addition to that, there is no

17    privilege of law enforcement sensitive.  There is a

18    law enforcement investigative files privilege that

19    is clearly inapplicable here.

20              And also, are both counsel going to

21    instruct the witness not to answer questions here?

22              MR. BERGER:  Well, if it's already been

23    disclosed in interrogatories, why don't you ask him

24    based on -- you know, give him the names that have

25    already disclosed.
```

1          MR. SAUER:  I'd like to cross-verify the

2    information I got from the government from someone

3    who personally participated in the meetings, and

4    I'm entitled to do that.

5          MR. SUR:  Counsel, if I may, I -- do you

6    think it would be helpful to have a break at this

7    point to sort this out?

8          MR. SAUER:  Yeah.  We can go off the

9    record.

10          MR. SUR:  Okay.

11          MR. SAUER:  Okay.

12          THE VIDEOGRAPHER:  Off the record -- off

13    the record at 9:27 a.m.

14               (Whereupon a recess was taken.)

15          THE VIDEOGRAPHER:  We are back on the

16    record at 9:37 a.m.

17          MR. SAUER:  So, Counsel, where are we?

18    Are you standing on that objection?

19          MR. BERGER:  I withdraw the objection.  Go

20    ahead.

21          MR. SAUER:  Yeah.  Thank you.  As a

22    process point, I am requesting that one attorney

23    make the objections and represent him in this

24    deposition, not two.  Now, I have no problem if

25    Mr. Berger wants to flag something for Mr. Sur.

1   But I understand that Mr. Sur is defending the

2   deposition, not Mr. Berger.  So if you've got an

3   issue, I don't mind if you guys want to talk about

4   it, but I don't want to have multiple -- multiple

5   attorneys objecting and instructions being started.

6   Can we proceed on that basis from now on?

7        MR. SUR:  We intend to do so.  There my be

8   some exceptional circumstances that warrant a

9   different approach, but that's how we expect to

10  proceed.

11       MR. SAUER:  I am fine to hear that.  You

12  know, if things come up that raise an issue, you

13  know, we can -- we can raise them.  But, yeah,

14  anyway, all right.  I mean, to be clear, you know,

15  any law enforcement privilege is held by the

16  government, not by Mr. Chan's personal capacity,

17  and Mr. Sur is the one who is there to represent

18  the government today.

19  **Q.   So -- but anyway, okay.  Mr. Chan, or**

20  **Agent Chan, who do you recall on the social media**

21  **platform side participating in these -- in these**

22  **working group meetings that you have been**

23  **testifying about from 2020 and 2022?**

24       A.   The companies that I remember attending

25  the meetings are Facebook; Microsoft; Google;

1    Twitter; Yahoo!, which may have been known as

2    Verizon Media at the time; Wikimedia Foundation and

3    Reddit.

4        **Q.    Do you remember any others at this time?**

5        A.    I think I listed seven.  I -- those were,

6    like, the regular participants that I can remember.

7        **Q.    How about on the U.S. government side,**

8    **what agencies were represented at these meetings?**

9        A.    At these meetings, CISA is the host and

10   facilitator for the meeting.  They also invite

11   another component of Department of Homeland

12   Security called Intelligence and Analysis, I&A, so

13   DHS I&A I know attends.  The Office of the Director

14   of National Intelligence, ODNI, attends.  And then

15   from the FBI there is typically a representative

16   from the FBI's Foreign Influence Task Force, which

17   you will hear me abbreviate as FITF regularly.  And

18   then I attend from FBI San Francisco when I am

19   available.

20       **Q.    And why are you included in particular?**

21       A.    The reason that I attend these meetings is

22   because the way the FBI works is FBI field offices

23   are responsible for maintaining the day-to-day

24   relationships with the companies that are

25   headquartered in their area of responsibility,

1    which I may occasionally abbreviate to AOR.  And

2    all of the companies that have been listed, with

3    the exception of Microsoft, are all headquartered

4    in FBI San Francisco's territory.

5        Q.   Now, where is Microsoft headquartered?

6        A.   They are headquartered in Redmond,

7    Washington.

8        Q.   And then on the CISA side in particular,

9    what individuals participate in these meetings?

10       A.   Typically there are senior-level -- what I

11   believe are senior-level officials.  The two that I

12   specifically remember are Matt Masterson and Brian

13   Scully.

14       Q.   Is that Matt Masterson, did you say?

15       A.   Yeah.  Yeah, Matthew Masterson and Brian

16   Scully are the two regular attendees.  And they are

17   usually -- one or both of them -- one -- either one

18   of them is usually emceeing the meeting.

19       Q.   So Brian Scully, do you know him

20   personally?

21       A.   I know him just through work.

22       Q.   Okay.  In what connection at work?

23       A.   And I only know -- I only know

24   Mr. Masterson through work as well.

25       Q.   When you say you know him through work,

 1    did you work together on anything other than these

 2    meetings?

 3         A.   So we have met -- I want to say I have met

 4    in person with each of those individuals, twice in

 5    person; but they are primarily through either the

 6    preparatory calls for these meetings that they are

 7    hosting or the meetings themselves.

 8         Q.   So you work with CISA in preparatory calls

 9    for these industry working group meetings?

10         A.   Yes.

11         Q.   And in that connection, you've met Brian

12    Scully and Matt Masterson, correct?

13         A.   Yes.

14         Q.   And Brian Scully is involved in kind of

15    leading or emceeing these meetings; is that right?

16              MR. SUR:  Objection; vague.

17         Q.   BY MR. SAUER:  Or is he the -- is he the

18    leader of the meeting when it convenes?

19         A.   For the 2020 election cycle, Mr. Masterson

20    was the primarily -- he was primarily the

21    facilitator.  Ahead of the 2022 midterm elections,

22    Mr. Scully has been the primary facilitator.

23         Q.   Was that because Mr. Masterson left CISA

24    in the -- in the intervening time?

25         A.   Yes.

**ELVIS CHAN  11/29/2022**

**Page 27**

```
 1        Q.    Do you know where he works now?

 2        A.    Yes.  I believe he works at Microsoft now.

 3        Q.    Do you -- do you interact with him now as

 4   a representative of a -- of a tech company?

 5              MR. SUR:  Objection; vague.

 6              THE WITNESS:  I have only interacted with

 7   him on two occasions.  One was when he showed up at

 8   one of the more recent industry meetings ahead of

 9   the 2022 midterm elections.  That is when I

10   discovered that he went to Microsoft.  And then I

11   asked him to send me his new contact information

12   during the call, and then he sent me an email and

13   provided me with his new contact information.

14        Q.    BY MR. SAUER:  You work with CISA on these

15   industry working group meetings to help prepare

16   them, what's the nature of your involvement in

17   preparing for these meetings?  Do you kind of set

18   the agenda or -- you know, what's your involvement?

19              MR. SUR:  Objection; vague and compound

20   and implicates the deliberative process privilege.

21              MR. SAUER:  Let me rephrase the question.

22        Q.    Are you involved in preparing for these

23   meetings?

24        A.    No.  I participate in the preparation

25   meetings, but I do not provide any agenda items.
```

**ELVIS CHAN 11/29/2022**

Page 28

```
 1        Q.    Do you remember anyone else at CISA

 2    besides Mr. Scully and Mr. Masterson who

 3    participates in these meetings?

 4        A.    I don't recollect any other people's names

 5    at this time.

 6        Q.    Were there others who participated in --

 7    but you just don't remember who they were?

 8        A.    Yes, that is correct.

 9        Q.    Okay.  Let me -- do you still have Exhibit

10    1 on the screen in front of you, your thesis?

11        A.    Yes.

12        Q.    Okay.  Let me ask -- let's turn back to

13    that for a little while.  And if we could, I am

14    going to scroll ahead to your abstract on Page v.

15    Can you see that clearly, Roman numeral v.

16            MR. SUR:  Roman numeral v.  Okay.

17            THE WITNESS:  Yes, I see it now.

18        Q.    BY MR. SAUER:  And can you see it also on

19    the screen share as well as on the iPad?  I want to

20    make sure you can see the document in both places

21    as we go forward today.

22        A.    I can see the bottom half of one

23    paragraph, and then -- wait, now -- now I see --

24    yeah, I see the bottom paragraph of the --

25        Q.    Actually, can I -- can I direct your
```

```
 1    attention this sentence here in your abstract that
 2    I am highlighting?  I guess, actually, for context,
 3    if you see above -- actually, just focus on that
 4    sentence.  "This" -- you say, "This thesis finds
 5    that the Russians shifted their tactics from 2016
 6    to 2020," right?
 7        A.   Correct.
 8        Q.   And then you say, "Still, the U.S.
 9    government and social media companies effectively
10    impeded their influence campaigns primarily through
11    information sharing and account takedowns,
12    respectively," correct?
13        A.   Correct.
14        Q.   What do you mean by "information sharing"
15    here?
16        A.   So "information sharing" is meant --
17    there -- as I mentioned previously, there are two
18    types of information that the U.S. government,
19    specifically the FBI, shares with the social media
20    companies.  The first type of information, the
21    strategic information, which discusses the tools,
22    tactics or processes, shortened to be TPPs, used by
23    the Russians.
24             The second type of information shared by
25    the U.S. government is tactical information.  And
```

**ELVIS CHAN  11/29/2022**

**Page 30**

1   when I mean tactical information, I specifically

2   mean indicators or selectors.  And both of those

3   are a term of art within the cybersecurity

4   industry.  And indicators or selectors include IP

5   addresses, email accounts, social media accounts,

6   well, website domain names, and, like, file hash

7   values.

8        Q.   Sorry.  Say the last thing.  What kind of

9   hash values?

10       A.   File, like electronic file hash values.

11       Q.   Okay.  And so, yeah, I take it the

12   strategic information is kind of high-level advice

13   to the social media platforms about, you know, the

14   kinds of -- kinds of campaigns the Russians might

15   be conducting; is that fair to say?

16            MR. SUR:  Objection; lacks foundation.

17            THE WITNESS:  I would not -- I would not

18   characterize the information we share as advice.

19       Q.   BY MR. SAUER:  Okay.  Then in that case it

20   is sort of -- is it high-level general information

21   about what FBI understands the Russians are

22   engaging in when it comes to social media influence

23   campaigns?

24            MR. SUR:  Objection; lacks foundation.

25            THE WITNESS:  Yes.

**ELVIS CHAN  11/29/2022**

**Page 31**

```
 1        Q.   BY MR. SAUER:  And then -- go ahead.
 2   Sorry.  Go ahead.
 3        A.   I can provide an example if that would be
 4   illustrative.
 5        Q.   That would be super helpful.  Please do.
 6        A.   I had the 2020 elections, through our
 7   investigation of the Internet Research Agency, we
 8   discovered that they were trying to set up a base,
 9   as it were, or set up offices in western Africa.
10   We shared this type of strategic information with
11   the social media companies.  They were able to use
12   whatever detection methods they have to discover
13   that there were Russian troll farms being set up
14   specifically in Ghana and Nigeria.
15        Q.   Okay.  And so you mentioned earlier that
16   tactical -- that would be strategic information?
17        A.   That would be strategic.  To summarize, an
18   example would be we believe the Russian troll
19   farms, specifically the Internet Research Agency,
20   is trying to make inroads in western Africa.
21        Q.   Got you.  And then tactical information
22   would be much more specific.  Here are specific --
23   I think you said IP addresses, websites, social
24   media accounts, that are actually -- the FBI has
25   concluded are being operated by the Russians.  Is
```

**ELVIS CHAN  11/29/2022**

Page 32

```
 1   that what tactical information is?

 2       A.   That is correct.

 3       Q.   So there is -- and so is there information

 4   sharing from the FBI to social media platforms

 5   providing that kind of specific tactical-level

 6   information?

 7       A.   Yes, there is.

 8       Q.   And I think your -- that then the timeline

 9   in your thesis goes on specifically with

10   "information sharing and account takedowns."  Does

11   "account takedowns" refer to the social media

12   platforms kind of taking down those social media

13   accounts where the FBI identifies them as being

14   operated by Russian actors?

15            MR. SUR:  Objection; lacks foundation.

16            THE WITNESS:  So the FBI shares

17   information with the social media companies, no

18   strings attached, so that the social media

19   companies can protect their platforms as they deem

20   appropriate.  And from what I have observed and

21   what they have told me when we have provided them

22   with high confidence of Russian selectors, that

23   they have been able to discover fake Russian

24   accounts and take them down.

25       Q.   BY MR. SAUER:  So you don't control what
```

1    they do, correct?

2        A.    I do not control what they do.

3        Q.    But you provide them with information that

4    they don't have about the source of certain -- you

5    called them selectors or social media accounts,

6    correct?

7        A.    Correct.

8        Q.    And when you provide them with that

9    information, they take it and they pull down those

10   accounts, at least sometimes, fair to say?

11            MR. SUR:  Objection; lacks foundation.

12            THE WITNESS:  If I can clarify, what they

13   do is they take the information that we share, they

14   validate it through their own means.  And then if

15   they determine that these are accounts being

16   operated by Russian state-sponsored actors, then

17   they have taken them down.

18       Q.    BY MR. SAUER:  Oh, okay.  And then -- and

19   that's, I -- I take it, part of the point of your

20   sharing the information with them, right?  So that

21   they can assess and evaluate and then ultimately,

22   if they agree with your conclusion, take them down,

23   correct?

24       A.    Correct.

25       Q.    In other words, the purpose of the

1    information sharing on the FBI's side is to have

2    the inauthentic Russian accounts taken down so that

3    they are not influencing political discourse in the

4    United States, correct?

5             MR. SUR:  Objection; lacks foundation,

6    calls for speculation.

7             THE WITNESS:  I would characterize it as

8    the FBI provides information to these companies so

9    that they can protect their platforms as they deem

10   appropriate, and they can take whatever actions

11   they deem appropriate without any suggestion or

12   interference from the FBI.

13       Q.   BY MR. SAUER:  But my question's a little

14   different, which is what -- my question is:  Part

15   of the purpose from the FBI's perspective is to

16   give them the tools to assess and potentially take

17   down accounts that the FBI has deemed to be

18   inauthentic, correct?

19            MR. SUR:  Objection; lacks foundation,

20   calls for speculation.

21       Q.   BY MR. SAUER:  You may answer.

22       A.   So I would say -- inauthentic -- so my

23   focus is on Russian state-sponsored, -controlled

24   accounts.  And so whether the companies take them

25   down or not, it's their own choice.

1      Q.   Right, but is it your purpose in giving
2   them the information that the FBI believes or has
3   concluded that they are Russian-operated accounts,
4   is it your purpose to equip them to take them down
5   if they end up agreeing with your assessment?
6           MR. SUR:  Objection; lacks foundation,
7   calls for speculation.
8           THE WITNESS:  My purpose is to share the
9   information with them so that they can protect
10  their platforms as they deem appropriate.
11     Q.   BY MR. SAUER:  And one way to protect
12  their platforms is to take down these accounts,
13  correct?
14     A.   That is correct.
15     Q.   And, in fact, that's what you say here in
16  this sentence, right?  You say that, "the U.S.
17  government and social media companies effectively
18  impeded their influence campaigns...through
19  information sharing and account takedowns," right?
20     A.   I said that.  You can see -- I put
21  "respectively" because it was the U.S. government,
22  specifically the FBI, sharing information; and it
23  was the social media companies doing the account
24  takedowns.
25     Q.   Right.  And the joint result of that was

 1    effectively impeding Russian influence campaigns,
 2    correct?
 3        A.   Correct.
 4        Q.   And -- and that's FITF's goal, right?  To
 5    effectively impede Russian influence campaigns,
 6    right?
 7             MR. SUR:  Objection; lacks foundation,
 8    calls for speculation.
 9             THE WITNESS:  Yeah, FITF -- my
10    understanding of FITF's goal is to counter malign
11    foreign-influence campaigns.
12        Q.   BY MR. SAUER:  Does that include
13    effectively impeding their influence campaigns, as
14    you say in your thesis?
15        A.   Yes.
16        Q.   Does that include doing so through account
17    takedowns by information sharing with social media
18    platforms?
19             MR. SUR:  Objection; lacks foundation,
20    mischaracterizes the testimony.
21             THE WITNESS:  Yeah, I believe you're
22    mischaracterizing.  So like I said before, the FBI
23    shares information with no strings attached and no
24    expectations to -- for the companies.  And the
25    companies, they can protect their own platforms.

1          MR. SAUER:  I am going to jump ahead to

2     page little Roman xvii.

3          You can see there, Indraneel, it's going

4     to be on Page 19 of the PDF.  See that?

5          MR. SUR:  Yep.  Yeah, we're on it.

6     **Q.   BY MR. SAUER:  Okay.  I believe this is a**

7     **kind of summary section of your thesis.  You talk**

8     **about in this paragraph here that begins with, "The**

9     **U.S. government's response," that I have**

10    **highlighted; do you see that?**

11         A.   Yes.

12    **Q.   And you say, "The U.S. government's**

13    **response to the Russian influence campaign appeared**

14    **more robust before the 2020 elections than in the**

15    **2016 or 2018 elections," correct?**

16         A.   Correct.

17    **Q.   And then in the next sentence, you say,**

18    **"The most important actions taken by the U.S.**

19    **government may have been the information sharing**

20    **with the social media companies to expose Russia's**

21    **different operations and shut down its accounts,"**

22    **correct?**

23         A.   Correct.

24    **Q.   So the information sharing was done, "To**

25    **expose Russia's different operations and shut down**

1    its accounts," right?

2         A.    Correct.

3         Q.    And then "its" refers to Russia, right?

4    So (as read) "to expose Russia's different

5    operations and shut down Russia's accounts,"

6    correct?

7         A.    Correct.

8         Q.    I am going to jump ahead a few pages to

9    Page xxii.

10         MR. SAUER:  And, Indraneel, if you're

11    following on your iPad, that's going to be Page 24

12    of the PDF.

13         Q.    There's a reference here in the

14    acknowledgments where you refer to, "My colleagues

15    back at headquarters who were in the trenches with

16    me as we worked to protect the 2020 elections."

17    See that?

18         A.    Yes.

19         Q.    Okay.  What are you talking about there

20    where it says (as read), "in the trenches with you

21    as you worked to protect the 2020 elections"?

22         A.    I'm referring to my colleagues

23    specifically at the Foreign Influence Task Force

24    who participated in the meetings with me, who

25    provided briefings to the companies and who

1   coordinated the information sharing.

2       Q.   And so you said you had meetings with the

3   companies.  What meetings did you have?

4       A.   We had -- let me be more clear.  I hosted

5   meetings, bilateral meetings between each of the

6   companies I mentioned and the Foreign Influence

7   Task Force.

8            And we would also bring in field offices

9   that had investigations related to malign foreign

10  influence by state-sponsored actors.  We would also

11  bring in field offices that had cyber

12  investigations.  And when I mean cyber

13  investigations, I mean state-sponsored actors that

14  the FBI was investigating that we believe were

15  capable of hack-and-dump campaigns that we observed

16  in the 2016 election.

17      Q.   Okay.  Let me unpack that a bit.

18           First of all, you said there were meetings

19  with social media companies, between you and social

20  media companies during the 2020 election cycle,

21  correct?  Is that what we're talking about?

22      A.   Yes, that is correct.

23      Q.   Now, did those meetings also continue in

24  the 2022 election cycle?

25      A.   Yes.  They occur at roughly a quarterly

ELVIS CHAN  11/29/2022

Page 40

```
 1   cadence.
 2       Q.   And then do they -- does the cadence
 3   increase as elections get close?
 4       A.   Yes, they do.  And --
 5       Q.   Now, does that become monthly as the
 6   election nears and then weekly very close to the
 7   elections?
 8       A.   Ahead of the 2020 elections, that is
 9   correct.  Ahead of the 2022 elections, we moved it
10   from quarterly to monthly, and then we just had one
11   meeting a week ahead of the midterm elections.
12       Q.   I'm sorry.  You said you had one weekly
13   meeting ahead of the midterm elections?
14       A.   Right.  We had one meeting a week before
15   the midterm elections.
16       Q.   Oh, and how long was the -- how long was
17   that period of weekly meetings?  Was that, like,
18   the month before or the three months before?
19       A.   No.  Just the week before the election
20   itself.
21       Q.   Oh, okay.  There was one weekly meeting,
22   right, the week before the election?
23       A.   Yeah.  There was -- yeah.  So there was a
24   monthly meeting in October; and then we had another
25   meeting out of -- you know, out of cadence the week
```

**ELVIS CHAN  11/29/2022**

**Page 41**

1  before the election, so the end of October.

2      Q.   And then are these meetings going back to

3  quarterly now that the election has passed?

4      A.   That is correct.

5      Q.   And so you're -- you'll have quarterly

6  meetings with the social media companies going

7  forward until the 2024 election cycle gets closer?

8      A.   That is what I anticipate.

9      Q.   And then as that election gets closer,

10  then you'll move to monthly and eventually weekly a

11  couple years from now, or in the fall of 2024; is

12  that fair to say?

13          MR. SUR:  Objection; calls for

14  speculation.

15          THE WITNESS:  That is what I anticipate.

16      Q.   BY MR. SAUER:  Let me ask you this:  What

17  social media companies are involved in these

18  meetings?

19          MR. SUR:  Objection; vague.

20          THE WITNESS:  Currently or in 2020?

21      Q.   BY MR. SAUER:  Well, let's start with

22  2020.  I'd like to know both.  Let's start with

23  2020, please.

24      A.   So for the 2020 elections, we regularly

25  met with Facebook, Google, Twitter, Yahoo!, Reddit

 1    and LinkedIn.

 2        Q.    Okay.  And then who did you -- which

 3    social media companies did you meet with in 2022?

 4        A.    The same companies; and we -- less -- not

 5    on a quarterly basis, but on a periodic basis,

 6    maybe twice this year, we also met with Apple and

 7    Wikimedia Foundation.

 8        Q.    Does Apple operate social media platforms?

 9        A.    They do not.

10        Q.    Then why did they get added to this -- the

11    list?

12        A.    They were added because they are a cloud

13    infrastructure company; and we believe that

14    tactical information, specifically indicators that

15    we shared with them related to

16    foreign-state-sponsored actors, might pop up on

17    any -- any screening they do on iCloud.

18        Q.    How about in the 2018 election cycle, did

19    these meetings happen back then?

20        A.    Yes, they did.  On a quarterly cadence.

21        Q.    And did they ever get to monthly or weekly

22    back then?

23        A.    I don't recollect.  They may have, but I

24    don't recollect at this time.

25        Q.    You -- what -- let me ask this:  What

Page 43

```
 1    kinds of people are you meeting with from these
 2    social media platforms?  Is this members of the
 3    trust and safety teams of these platforms?
 4          MR. SUR:  Objection; vague.
 5          THE WITNESS:  There are typically two
 6    types of people that we meet at these companies --
 7    and when I mean types, I mean roles.  So as you
 8    mentioned, one role of person that we typically
 9    meet is a trust and safety or site integrity or
10    cybersecurity.  Like, so a security function person
11    or team of people.
12          And then we meet with their attorneys too.
13    So typically there is a security counsel or trust
14    and safety counsel.
15      Q.   BY MR. SAUER:  And those trust and safety
16    and site integrity teams, they are responsible for
17    defending those platforms from kind of hacking
18    attempts and things like that, right?
19          MR. SUR:  Objection; vague, assumes facts
20    not in evidence.
21          THE WITNESS:  That is my understanding.
22      Q.   BY MR. SAUER:  And then they are also, I
23    take it, in charge of enforcing the -- you know,
24    the terms of service or the content modulation
25    policies at those platforms; is that right?
```

**ELVIS CHAN  11/29/2022**

Page 44

```
 1      A.   That is my understanding.
 2      Q.   Let me ask you this:  With respect to
 3  Facebook, who do you meet with on the trust and
 4  safety team?
 5      A.   In what context?  Specifically for the
 6  FITF meetings?
 7      Q.   Well, let's start with those, and then
 8  I'll ask you about other contexts.  Yeah, these
 9  sort of quarterly, monthly, then weekly cadence
10  meetings we have been talking about, who attends
11  from the kind of trust and safety or site integrity
12  group from Facebook?
13      A.   From, yeah, the trust and safety side of
14  that house, the people that I typically meet with
15  are Emily Vacher, Ryan Kelly, Mike Devilotski, Mike
16  Torrey.  The -- those are the senior-level
17  officials.  They are either manager- or
18  director-level officials.  And typically the --
19  they have investigators or analysts under them, but
20  that's kind of rotating and on an ad hoc basis --
21  on an as-needed basis.  I don't recollect the names
22  of most of the analysts.
23      Q.   Do you interact with Facebook employees in
24  other contexts?
25           MR. SUR:  Objection; vague.
```

```
 1              THE WITNESS:  Yeah.  The majority of my
 2   interaction with Facebook is not in the
 3   disinformation or malign-foreign-influence realm.
 4   It is actually for things related to my -- to the
 5   Cyber Branch, which are specifically cyber
 6   investigations.
 7        Q.   BY MR. SAUER:  How about Twitter?  Who do
 8   you meet with at Twitter when it relates to
 9   disinformation and malign-foreign-influence
10   operations?
11        A.   The same as with Facebook.  I meet with
12   trust and safety/site integrity people, and then I
13   meet with their security counsel.
14        Q.   And then what -- what human beings at
15   Twitter from the trust and safety/site integrity
16   group do you meet with?
17        A.   The head of site integrity until the day
18   after the midterm elections that I met with was
19   Yoel Roth, and his senior manager is Will Newland.
20   But they have both told me they are no longer with
21   the company.
22        Q.   Do you have any new contacts at Twitter
23   now?
24        A.   I was provided their counterpart in the
25   Dublin, Ireland, office; and I believe his name was
```

ELVIS CHAN  11/29/2022

Page 46

 1   Aaron Roderick.  I have only exchanged like two

 2   emails with him.

 3       Q.   So but up until quite recently, your

 4   principal trust and safety contacts at Twitter were

 5   Yoel Roth and Will Newland?

 6       A.   That is correct.

 7       Q.   But they are both senior- or

 8   management-level officials in site integrity or

 9   trust and safety?

10       A.   That is my understanding.

11       Q.   Anyone else at Twitter that -- who would

12   participate in meetings that relate to malign

13   foreign influence or disinformation?

14       A.   Yes.  On the attorney side, they regularly

15   had several security counsels attend.  And the

16   senior official at the time of the 2020 elections

17   was Angela Sherrer, but she is also no longer with

18   the company.

19       Q.   Okay.  And then how about Google, who do

20   you -- or who do you meet with at Google about

21   disinformation and malign-foreign-influence

22   activities?

23       A.   On the site integrity/trust and safety

24   side, the senior director of that group is Shane

25   Huntley.

**ELVIS CHAN  11/29/2022**

**Page 47**

1      Q.    Anyone else besides -- is that a

2   Mr. Huntley?

3      A.    Yeah.  Mr. Shane Huntley.

4      Q.    And then is there anyone else at Google

5   who you meet with?

6      A.    Yes.  Up until recently, I would say

7   earlier this year, the senior attorney that we met

8   with was Richard Salgado, but he has since retired.

9      Q.    Anyone else besides those two individuals?

10     A.    Those are the two senior officials.  The

11  other officials that I would meet with regularly on

12  the attorney side include Harold Chun and Mike

13  Maffei.

14     Q.    Sure.

15     A.    But I believe both of them are senior

16  security counsels.

17     Q.    How about Yahoo!, who do you meet with on

18  the site integrity or trust and safety side from

19  Yahoo! as it relates to malign foreign influence

20  and disinformation?

21     A.    The head of the group that we met with --

22  they are colloquially known as "The Paranoids" --

23  is named Chris Kieft.

24     Q.    Why are they called "The Paranoids"?

25     A.    I believe it was -- I'm not sure, but I

 1  believe it was a previous chief information

 2  security officer who said that it was the job of

 3  his team to be paranoid in order to protect their

 4  platform.

 5      **Q.   Are they paranoid in your view?**

 6          MR. SUR:  Objection; calls for

 7  speculation.

 8          THE WITNESS:  They are very good people to

 9  work with.

10      **Q.   BY MR. SAUER:  I'm sorry.  Tell me their**

11  **names again?**

12      A.   Chris Kieft is the director of that group,

13  and then the senior manager is Suruchi Chen.

14      **Q.   Is there anyone else on the trust and**

15  **safety/site integrity side from Yahoo! that you**

16  **meet with?**

17      A.   There are different investigators that

18  they will have briefing different things, but I

19  don't recollect any of their names at this time.

20      **Q.   Okay.  And then how about Reddit, who do**

21  **you meet with from Reddit on the site**

22  **integrity/trust and safety side as it relates to**

23  **disinformation or malign foreign influence?**

24      A.   His name is Tyler Otto.  He is the head of

25  data sciences at Reddit.

**ELVIS CHAN  11/29/2022**

Page 49

```
 1        Q.    Anyone else at Reddit who you meet with
 2   about those topics?
 3        A.    Yes.  The -- his senior manager is named
 4   Aylea Baldwin.
 5        Q.    Is that A-l-i-a?
 6        A.    A-y-l-e-a.
 7        Q.    All these officials you have talked about
 8   from these various social media platforms --
 9   Facebook, Google, Twitter, Yahoo!, Reddit -- these
10   are all people that would have authority over
11   enforcing terms of service at their respective
12   platforms, correct?
13             MR. SUR:  Objection; mischaracterizes the
14   testimony and calls for speculation.
15             THE WITNESS:  That is my understanding.  I
16   don't know if they have the authority, but they
17   will at least inform the decision-makers, whoever
18   they may be.
19        Q.    BY MR. SAUER:  But they'd be directly
20   involved in the enforcement of terms of service for
21   these various platforms; is that fair to say?
22        A.    That is my understanding.
23        Q.    And that includes, of course, content
24   modulation of content on the platforms, right?
25             MR. SUR:  Objection; vague, calls for
```

 1    speculation.

 2              THE WITNESS:  That is my understanding.

 3    **Q.   BY MR. SAUER:  Turning back to your**

 4    **thesis, you talk about (as read) "being in the**

 5    **trenches with you as you worked to protect the 2020**

 6    **elections."  Were there any other steps you took in**

 7    **the trenches other than those -- these, I guess,**

 8    **information sharing meetings you have described**

 9    **with those, I think, seven platforms?**

10              MR. SUR:  Objection; vague.

11              THE WITNESS:  Yes.  One of the things that

12    I did more frequently was San -- FBI San

13    Francisco's territory includes 16 counties.  So I

14    provided them, the county registrar or county

15    clerk's offices, their information security

16    personnel, with monthly cybersecurity updates and

17    guidance.

18    **Q.   BY MR. SAUER:  And so that would involve**

19    **advising county clerks and registrars how to fend**

20    **off hacking attempts?**

21    A.   Yes.  I would -- I would share indicators

22    with them -- I would share the same type of

23    information that I shared with social media

24    companies, to a more limited extent.  I would share

25    strategic information about what we saw

 1   foreign-state-sponsored actors doing.

 2          And then where appropriate, we would share

 3   indicators with companies, but these were not --

 4   these would primarily be IP addresses and domain

 5   names so that they could see if they were popping

 6   up anywhere on their networks.

 7      **Q.   I am going to jump ahead in your thesis to**

 8   **Page 17 of the main text.**

 9          MR. SAUER:  And Indraneel, if you're --

10   are you following along on your iPad?

11          MR. SUR:  I am trying, yes.

12          MR. SAUER:  I think this is going to be

13   Page 41 of -- Page 41 of the -- of the PDF.

14      **Q.   Agent Chan, can you see the screen share**

15   **in front of you well?  I have made it a little**

16   **smaller to make it easier for me to read.**

17      A.   Yeah.  I can see the -- there's part of

18   one paragraph and the beginning of a second

19   paragraph.

20      **Q.   Can you see there that there's -- you**

21   **refer to "DiResta" there at the top of the page?**

22   **Do you see what I've highlighted?**

23      A.   Correct.

24      **Q.   Who is DiResta?**

25      A.   Renée DiResta is a researcher at the

```
 1   Stanford Internet Observatory.
 2        Q.   And -- and so do you know her personally?
 3        A.   I have engaged with her on phone calls.
 4        Q.   What were the nature of those phone calls?
 5        A.   The nature of these phone calls were
 6   actually related to threats being directed at her
 7   as well as about Russian disinformation.
 8        Q.   Okay.  And you -- threats being directed
 9   at her, you mean someone had personally made
10   threats at her, and you were, as an FBI agent,
11   relating them back with her; is that fair to say?
12        A.   That is -- that is correct.  And the
13   threats would be --
14        Q.   And were the threats -- I don't want to --
15        A.   The threats were --
16        Q.   Go ahead.  Sorry.  I didn't mean to
17   interrupt you.
18        A.   The threats were of an online nature that
19   were -- that she was concerned may be
20   state-sponsored in nature.
21        Q.   Oh, okay.  Okay.  And that -- what -- and
22   then what was the second thing that you said that
23   you were engaged with her on?
24        A.   A lot of conversations about Russian
25   disinformation.
```

ELVIS CHAN  11/29/2022

Page 53

1      Q.   Yeah.  What did you say to each other

2   about Russian disinformation?

3      A.   I was mostly listening, but -- and I would

4   ask her for her thoughts about what she was seeing

5   from the Internet Observatory.

6      Q.   Did you have these conversations in

7   connection with writing your thesis, or was it in

8   connection with your work as an FBI agent in the

9   field?

10      A.   It was connected to my work as an FBI

11   agent in the field.

12      Q.   When did you talk to Renée DiResta?

13      A.   I want to say maybe in 2019.

14      Q.   Would that be the only time?

15      A.   Yeah.  I can only recollect two phone

16   calls that I had with -- with her.

17      Q.   And those would have been in 2019?

18      A.   Yes.

19      Q.   Do you know why you called her?

20      A.   She called me on the first call to --

21      Q.   Why did she call you?

22      A.   To -- she had been given my contact

23   information by the head of the Stanford Internet

24   Observatory, and she was concerned about Russian

25   actors either providing her -- or -- giving her

```
 1   online threats or potentially slotting her.
 2        Q.   Okay.  Who is the head of the Stanford
 3   Internet Observatory?
 4        A.   Alex Stamos.
 5        Q.   Do you know Mr. Stamos?
 6        A.   I do.
 7        Q.   How do you know him?
 8        A.   I know him from his time as the chief
 9   security officer for Facebook.
10        Q.   And was he one of the Facebook officials
11   that you interacted with in your professional
12   capacity as an FBI agent when he was there?
13        A.   Yeah, when he was there, but he was not --
14   he left before the 2020 election cycle.
15        Q.   Was he involved in any of the meetings
16   you've talked about where malign-foreign-influence
17   activities were discussed?
18        A.   He was involved in a few, but he left it
19   to the people that I mentioned who reported to him.
20        Q.   So when did he leave Facebook?
21        A.   I can't remember, but it was ahead of the
22   2020 election cycle.
23        Q.   So -- do you think he would have left
24   before 2020 began or during 2020?
25        A.   I think he left well before 2020.  I think
```

```
 1   he left after the midterms, but I can't remember.
 2       Q.   You mean the 2018 midterms?
 3       A.   I'm sorry.  Yeah.  The 2018 midterm
 4   elections.
 5       Q.   Okay.  Have you had any discussions with
 6   Mr. Stamos since he left Facebook?
 7       A.   Yes.  But not about Russian
 8   disinformation.
 9       Q.   Generally what have they been about?
10       A.   Cybersecurity and trust and safety.
11       Q.   What is trust and safety?
12       A.   Trust and safety is protecting platforms
13   from hacking and -- yeah, I -- primarily hacking.
14       Q.   Have you had any discussions with him
15   about protecting platforms from, you know,
16   malign-foreign-influence activities?
17       A.   No.
18       Q.   No?
19       A.   Not since -- not since the -- you know,
20   before the 2018 midterm elections.  Not in his
21   current capacity at the Stanford Internet
22   Observatory.
23       Q.   Lower down on the page you see I have
24   highlighted a reference to Professor Kate Starbird.
25   Do you see that?
```

**ELVIS CHAN  11/29/2022**

Page 56

```
 1      A.   Yes.
 2      Q.   Do you know Kate Starbird?
 3      A.   I do not know her personally.
 4      Q.   Have you ever talked to her to your
 5  recollection?
 6      A.   I have never talked to her.
 7      Q.   Okay.  So you're -- you only -- you only
 8  reference her research in your thesis, but you have
 9  never talked to her?
10      A.   That is correct.
11      Q.   Are you familiar with the Stanford
12  Internet Observatory and the University of
13  Washington teaming up on something called the
14  "Election Integrity Partnership"?
15      A.   I am generally aware of that.
16      Q.   Okay.  What do you know about the Election
17  Integrity Partnership?  What is it, if you know?
18           MR. SUR:  Objection; vague.
19           THE WITNESS:  My knowledge is just
20  general.  So I knew they partnered on election
21  integrity and I knew that there was research
22  involved, but that's the extent of my knowledge.
23      Q.   BY MR. SAUER:  How do you know that?
24      A.   I think I read it somewhere in a news
25  article.
```

**ELVIS CHAN  11/29/2022**

**Page 57**

```
 1        Q.   Have you ever talked to anyone involved in
 2   the Election Integrity Partnership?
 3        A.   Not that I'm aware of.
 4        Q.   Did you have any involvement in it?
 5        A.   No.  I would have known.  So no, not that
 6   I'm aware of.
 7        Q.   How about any other federal agencies, are
 8   you aware of them being involved or working with
 9   the Election Integrity Partnership?
10        A.   I am not aware of any other federal
11   agencies.
12        Q.   And then would that include the FBI?  Do
13   you know if the FBI has had or if it is involved in
14   any way with the Election Integrity Partnership?
15        A.   I do not have any knowledge of that.
16   However, I know that my colleagues at FBI
17   headquarters regularly meet with researchers much
18   more frequently than I do.
19        Q.   So is it possible that your colleagues at
20   FBI headquarters meet with Alex Stamos?
21             MR. SUR:  Objection; calls for
22   speculation.
23        Q.   BY MR. SAUER:  If you know.
24        A.   Not to my knowledge, because since Alex
25   Stamos is at Stanford and Stanford is located in
```

```
 1    FBI San Francisco's territory, it is common
 2    courtesy to ask the field office to broker the
 3    meeting or to at least make them aware that they
 4    are coming into the territory.  So I am not aware
 5    of any of them meeting with Alex Stamos.
 6         Q.   What researchers out there in California
 7    are you aware that they have met with other than
 8    Mr. Stamos?
 9         A.   I am aware that they have at least had
10    discussions with a researcher at University of
11    California at Berkeley, Professor Hany Farid.
12         Q.   How do you spell that?
13         A.   H-a-n-i [verbatim]; and I believe his last
14    name is F-a-r-e-e-d, but it could be F-a-r-i-d.  I
15    am not sure.
16         Q.   Any other researchers you are aware of
17    them meeting with?
18         A.   That's the only one in my territory that I
19    am aware of them meeting with.
20         Q.   How about Kate Starbird, do you know if
21    they've ever met with her at FBI headquarters?
22         A.   I am not aware.
23         Q.   I want to jump ahead in your thesis to
24    Page 25.
25              MR. SAUER:  And, Indraneel, it is Page 49
```

1   in the PDF.

2       Q.    Earlier, Agent Chan, you testified that

3   there is kind of two kinds of Russian influence

4   operations that you discussed in the thesis.  I

5   think you referred to hack-and-dump operations,

6   right?

7       A.    That's correct.

8       Q.    And that's a -- a reference to hackers

9   reaching into a computer network, stealing data and

10  then kind of publicizing it, right?

11      A.    Yeah, that's correct.

12      Q.    And then here you also refer to "attempted

13  hacks on the" -- "the actual voting systems," but

14  you say that that's not the focus of your thesis,

15  right?

16      A.    Yeah, that is correct.

17      Q.    Then here, I think in this next paragraph,

18  where you refer to "Online social media influence

19  campaigns," that's what's your thesis actually

20  focuses on in this document, right?

21      A.    That is correct.

22      Q.    Okay.  At a high level, can you describe

23  what sorts of online social media influence

24  campaigns have been conducted by the Russians?

25      A.    So broadly speaking, they have -- they --

**ELVIS CHAN  11/29/2022**

**Page 60**

```
 1    and when I mean "they," I mean the Internet
 2    Research Agency and other Russian state-sponsored
 3    actors -- have news -- have created fake social
 4    media accounts, and they have either generated
 5    disinformation themselves or they have amplified
 6    existing content from current users of the social
 7    media platforms.
 8        Q.   So they generate their own disinformation.
 9    What does that entail?
10        A.   So they make their own content.
11        Q.   Okay.  So can you -- can you give us a
12    specific example of what that might look like?
13        A.   Like -- like they -- they will make their
14    own Facebook postings.  They will -- they will copy
15    other people's Facebook postings.  And they will --
16    I mean, when I say "content," they try to find what
17    are the hot-button or current issues in the news
18    around the time frame they're looking at, and then
19    they will try to either generate content --
20        Q.   Okay.
21        A.   -- themselves related to that or they will
22    amplify existing content.
23        Q.   Okay.  So they might -- we'll say -- or
24    suppose there's a hot-button issue, and they will
25    create some inflammatory Facebook post and push
```

 1    that out into social media, that's one thing they

 2    do?

 3        A.   Yes.

 4        Q.   And I take it the goal there is they are

 5    trying to get ordinary, real people on social

 6    media, including Americans, to kind of interact

 7    with or engage with that content, right?

 8             MR. SUR:  Objection; vague, calls for

 9    speculation.

10             THE WITNESS:  That is my understanding, is

11    that in general the Russian government and the

12    Internet Research Agency want to sow discord in the

13    American online environment.

14        Q.   BY MR. SAUER:  So the goal there is to

15    have -- they post messages that they anticipate

16    will be divisive and try and get Americans to

17    engage with them, right?

18        A.   Yeah.  That is my understanding.

19        Q.   And "engagement," I take it, can mean

20    multiple things on a social media platform.  That

21    might mean reading the post.  That would be a form

22    of engagement, right?

23        A.   Yes, sir.  Yeah.  The -- so the

24    companies -- I use the companies' definition.  And

25    when they say "engagement," they do -- they mean

1    different things as well.  Like you said, viewing

2    is one of the types of engagement.  And they will

3    let us know, "Hey, Elvis.  You shared this IP

4    address with us.  We found these accounts, and they

5    had low-level engagement."

6            And when I ask, "What is low-level

7    engagement?" they will typically characterize it

8    as, "Oh, there was, you know, a dozen views."

9        **Q.    Right.  Whereas high-level engagement**

10   **might be a million views, right?**

11       A.    Yes.

12       **Q.    Okay.  Or 100,000 views might be a**

13   **high-level engagement, fair to say?**

14       A.    Yeah.  Yeah, that's fair.

15       **Q.    And then, you know, liking or disliking a**

16   **post is another kind of engagement; is that fair to**

17   **say?**

18       A.    For the Facebook and Instagram platforms

19   specifically.

20       **Q.    Yeah.  Or -- and then doesn't Twitter have**

21   **a kind of function that you can kind of express**

22   **approval or disapproval in that way?**

23       A.    Yeah.  I believe so.

24       **Q.    Is that -- do you know what that's called?**

25       A.    I can't remember the name for it.

**ELVIS CHAN  11/29/2022**

Page 63

```
 1        Q.   And it's the equivalent of liking
 2   something on Facebook.  You could, you know, like a
 3   tweet, essentially; is that fair to say?
 4             MR. SUR:  Objection; vague.
 5             THE WITNESS:  I would assess them as being
 6   similar.
 7        Q.   BY MR. SAUER:  Yeah.  And then there's --
 8   again, and obviously reposting it is another form
 9   of engagement, right?
10        A.   That is correct.
11        Q.   And also there's reposting it with
12   commentary as well, right?
13        A.   That is correct.
14        Q.   And I take it these are all forms of
15   engagement that these social media influence
16   campaigns that you are referring to in your thesis
17   are kind of designed -- at least they are trying to
18   get people to do that, at least regular, you know,
19   kind of not real users, not bots; the Russians are
20   trying to get people to engage on their divisive
21   content, right?
22             MR. SUR:  Objection; calls for
23   speculation.
24             THE WITNESS:  Yeah.  So it is my opinion
25   that, you know, based on what I know, that that is
```

```
 1    what the Russians -- Russians are attempting to do.
 2        Q.   BY MR. SAUER:  I take it from your thesis
 3    that they have met with mixed success in these
 4    efforts, right?  In some of their efforts they were
 5    highly effective in getting high levels of those
 6    kinds of engagements, whereas others it would --
 7    kind of fizzled; is that fair to say?
 8        A.   Yes.  I would say it was hit and miss.
 9        Q.   And I think you -- in your thesis you talk
10    about how in 2016 they had high, high levels of
11    success, right, because there were essentially no
12    countermeasures taken by social media platforms?
13        A.   That is correct.
14        Q.   And I think you cite examples of
15    situations where there are Russian-originated
16    content with hundreds of thousands or -- I think
17    you talk about millions of Americans interacting
18    with it, you know, liking it, disliking it,
19    reposting it and all that; is that fair to say?
20            MR. SUR:  Objection; compound.
21            THE WITNESS:  That is for the 2016
22    election cycle.
23        Q.   BY MR. SAUER:  And then I take it maybe
24    there was -- there was some engagement in the 2018
25    and 2020 election cycles, but probably not quite as
```

1  much as in 2016, right?

2       A.    That is correct.

3       Q.    How would you kind of characterize the

4  levels of engagement?  You know, the various forms

5  of engagement I have talked about -- reading it,

6  liking it or disliking it, reposting it or

7  reposting it with commentary -- how do those levels

8  of engagement in general with the kind of Russian

9  malign content, what levels were those at in 2016

10 and 2018?

11            MR. SUR:  Objection; compound.

12            THE WITNESS:  Well, on Page 35 I give one

13 example where you can see how IRA controlled

14 accounts and the numbers of users they reached.

15 And so -- on Page 35, you see that table, right?

16            So those are the types of numbers.  And

17 then after that, you know, when we compare to 2020,

18 it's less.

19       Q.    BY MR. SAUER:  Okay.  It is not --

20       A.    But those are the numbers that were, you

21 know, provided.  I think these -- I think that I

22 footnoted that it's from -- it's from the special

23 counsel's report.

24       Q.    I got you.  That's from Robert Mueller's

25 report?

1      A.   That is correct.

2      **Q.   That indicates that there were really a**

3   **very high level of number of users reached from**

4   **Facebook, 126 million users reached by 2016 Russian**

5   **messages, fair to say?**

6      A.   Yes.

7      **Q.   And I take it that, you know, some subset**

8   **of those people are reading it, or at least**

9   **clicking on it to read it; is that fair to say?**

10     A.   Yeah.  So the "Number of Users Reached,"

11   my interpretation is that is views.

12     **Q.   Got you.**

13     A.   Unique views, yeah.

14     **Q.   Some of them, but we just don't know how**

15   **many, but some of them would have liked it or**

16   **disliked it, fair to say?**

17     A.   Yeah, I have no idea how many would have

18   liked it or disliked it.

19     **Q.   And then some of them -- some may have**

20   **reposted it, right?**

21     A.   They may have, but I don't know.

22     **Q.   And then that Twitter figure shows -- what**

23   **is it -- about 1.4 million Twitter users were**

24   **reached by these activities in 2016?**

25     A.   Yes, that is correct.

**ELVIS CHAN  11/29/2022**

Page 67

```
1        Q.   Let's -- I am going to flip back to Page

2   29.  You've got this kind of graphic picture of --

3   of Hillary Clinton with a black kind of "X" painted

4   on her face.  Do you see that?

5        A.   Yes.

6        Q.   And I take it this is an example of

7   something that was -- it is actually

8   Russian-originated content kind of masquerading as

9   something posted by an American, right?

10       A.   Yeah.  That is an example.

11       Q.   And this is the sort of thing that

12  might -- is this the sort of thing that would have

13  resulted in engagements by users?

14            MR. SUR:  Objection; vague, calls for

15  speculation.

16            THE WITNESS:  Well, from this one, there

17  appeared to be 763 reactions.

18       Q.   BY MR. SAUER:  Do you know what

19  "reactions" mean?  Is that liking or disliking, or

20  is that something else?

21       A.   I am not -- I am not familiar.

22       Q.   Okay. So that might mean -- might mean

23  liking or disliking, but it might also mean

24  reposting?

25       A.   Yeah.  I don't know.
```

```
 1        Q.    So at least 763 people for this example
 2   did something more than just reading it, right, or
 3   viewing it?
 4             MR. SUR:  Objection; calls for
 5   speculation.
 6             THE WITNESS:  Yeah.  I don't know what a
 7   reaction means.  It could just mean viewing it, but
 8   it could mean taking some further action.
 9        Q.    BY MR. SAUER:  And the next step, 76
10   people commented on this, right?
11        A.    Yes.
12        Q.    And then those comments are people who
13   presumably said something, whether they agree or
14   disagree or just want to say something about this
15   kind of political ad, fair to say?
16             MR. SUR:  Objection; calls for
17   speculation.
18             THE WITNESS:  Yeah.  I don't know what the
19   nature of the comments are, but your
20   characterization is probable.
21        Q.    BY MR. SAUER:  The accounts -- I suppose
22   you have talked about account takedowns earlier.
23   If this account that posted this ad is taken down,
24   do all those comments get taken down with it?
25             MR. SUR:  Objection; calls for
```

```
 1   speculation.

 2           THE WITNESS:  I don't know.

 3       Q.   BY MR. SAUER:  Oh, so you think that the

 4   comments may stay up with the account gone?

 5       A.   I -- to be honest with you, I do not use

 6   any social media.

 7       Q.   I see.  So you don't know if -- you don't

 8   know if the comments kind of remain floating out on

 9   Twitter when the underlying picture of Hillary

10   Clinton with black paint on her face is taken down?

11       A.   I do not know.

12       Q.   Turning to the next page of your thesis,

13   Page 30, here in this Subsection a you talk about

14   "The IRA's Social Media Activities," right?

15       A.   Correct.

16       Q.   Okay.  And the "IRA" is the "Internet

17   Research Agency," right?

18       A.   In this context, correct.

19       Q.   Right.  Not in the Ireland separatist

20   context.

21           Just generally speaking, can you describe

22   what the IRA is in this context?

23           MR. SUR:  Objection; vague.

24           THE WITNESS:  So in this paragraph I

25   describe the three lines of activities that I
```

1    observed the IRA doing in terms of malign-influence

2    campaigns.

3        Q.   BY MR. SAUER:  Okay.  And the first one

4    you say is they "made and maintained fake user

5    accounts and pages on social media platforms that

6    covered a range of political issues," right?

7        A.   That is correct.

8        Q.   And that's a bit like what we have already

9    been talking about, where they're -- I take it they

10   are creating fake accounts and pages and trying to

11   gather American viewers to review and engage with

12   their content, right?

13           MR. SUR:  Objection; vague, calls for

14   speculation.

15           THE WITNESS:  That is my assessment, yeah.

16       Q.   BY MR. SAUER:  And it says, "For these

17   accounts and pages, the IRA employees generated

18   organic content to ingratiate themselves with

19   online communities and amplify or steer the themes

20   discussed in those communities," correct?

21       A.   Yes, that is what I wrote.

22       Q.   And they were trying to influence online

23   conversations involving real American citizens,

24   right?

25       A.   That was my assessment and is my

1   assessment.

2      Q.   All right.  So that, I take it, would

3   involve the kind of active engagement that we

4   talked about a minute ago:  not just reading what

5   they say, but maybe reposting it, commenting on it,

6   you know, and having a higher level of engagement

7   than just viewing it, right?

8          MR. SUR:  Objection; compound and calls

9   for speculation.

10         THE WITNESS:  That would be my

11  understanding.

12     Q.   BY MR. SAUER:  You go on to say,

13  "Second" -- and this ties back to something I think

14  you foreshadowed a minute ago -- "IRA employees

15  used social media bots, i.e., computer programs

16  which control social media accounts, to amplify

17  existing content," right?

18     A.   That is correct.

19     Q.   What is it to "amplify existing content"?

20     A.   It is to do the things that you had

21  mentioned.  Depending on what the social media

22  platform were, they include things like liking it

23  or reposting it.

24     Q.   So social media bots, those are kind of

25  fake accounts, right, that don't have real human

ELVIS CHAN  11/29/2022

Page 72

1   beings behind them; is that what that means?

2       A.   Yes.   They are controlled by computer

3   programs.

4       Q.   And so -- and -- and sometimes they will

5   have, like, a fake picture so it looks like a real

6   human being; but actually it is just a computer

7   program, right?

8       A.   That is correct.

9       Q.   And so the social media -- I take it the

10  IRA-generated social media bots to go out there,

11  find the divisive messages that the IRA wanted to

12  sort of amplify, and have them engage with those

13  posts, correct?

14          MR. SUR:   Objection; compound, calls for

15  speculation.

16          THE WITNESS:   I wouldn't say they

17  generated the bots.   In general, people rent bots.

18      Q.   BY MR. SAUER:   That's interesting.   How do

19  you rent a bot?

20      A.   In the cybersecurity industry, there is a

21  role called a bot herder, so someone who develops

22  malicious software and finds unprotected devices

23  and infects them with malicious software, also

24  known as malware; and then they will advertise on

25  the dark web that, you know, you can rent a botnet

```
 1   for -- you know, a botnet of a certain size for a
 2   certain amount of money.
 3          And that is what I am assessing the
 4   Internet Research Agency did.
 5     Q.   Got you.  Okay.  So do you know for sure
 6   whether they generated their own or bought them on
 7   the dark web or rented them?
 8     A.   So I'm not -- I'm not sure how they
 9   acquired them.  I was just -- I didn't feel
10   comfortable saying they generated their own.
11   Somehow they were able to get control of a botnet
12   and then use them to amplify.
13     Q.   And then "amplify," I take it that means
14   things like liking and reposting and taking steps
15   like that that make it -- is that fair to say?
16   It's liking, reposting, stuff like that; is that
17   right?
18          MR. SUR:  Objection; vague, calls for
19   speculation.
20          THE WITNESS:  Yeah.  That would be my
21   assessment.
22     Q.   BY MR. SAUER:  Okay.  And so I take it the
23   Russian bots go out there and they find the
24   divisive messages that the Russians want to push,
25   and then they amplify them by having fake user
```

**ELVIS CHAN  11/29/2022**

Page 74

```
 1   accounts like them or retweet them or repost them
 2   on Facebook, fair to say?
 3       A.   I don't think the bots do that themselves.
 4   The bots don't have any intelligence.  I would -- I
 5   believe that a human being, an actual Internet
 6   Research employee would find divisive content or --
 7   yeah, divisive content or users who had lots of
 8   followers and then deploy the bots to amplify those
 9   users' messages or content.
10       Q.   And part of this, I take it, is the bots,
11   the fake accounts, having their own followers,
12   trying to collect their own real followers, right?
13       A.   In my experience, the bots typically don't
14   care how many followers they have.  Their primary
15   job is to amplify other content.
16       Q.   I got you.  So in other words, suppose --
17   and when you say "other content," this is content
18   that wasn't originated by Russians or the IRA but
19   is generated by American citizens with views that
20   the IRA likes or wants to push, right?
21            MR. SUR:  Objection; vague, calls for
22   speculation, assumes facts not in evidence.
23            THE WITNESS:  By "other content," I mean
24   content not generated by the bots.
25       Q.   BY MR. SAUER:  And that's because the --
```

```
 1      A.   Because bots -- yeah.  Bots will generate
 2  their own content, but they're -- it is usually
 3  nonsense talk or just, like, random images.  The --
 4  that's what I meant by "other."
 5      Q.   Right.  And then -- I think that -- and
 6  that's what you referred to in the previous
 7  sentence as "organic content," right?
 8      A.   Yeah.  "Organic content," I mean that it
 9  is actually generated by Internet Research Agency
10  employees.
11      Q.   Oh, okay.  So "existing content" in this
12  sentence that I have highlighted is different than
13  "organic content."  "Existing content" is stuff
14  that is already out there on the social media
15  platforms; is it fair to say?
16      A.   That is correct.
17      Q.   That would be stuff that can be posted by
18  other users or come from any other source, but it
19  is just stuff --
20      A.   Yeah.
21      Q.   -- that they like and they want to push
22  those messages, right?
23           MR. SUR:  Objection; vague, compound.
24           THE WITNESS:  Yes.  I mean not generated
25  by the Internet Research Agency.  That is what I
```

 1   mean by "other content."

 2       Q.   BY MR. SAUER:  If a bot that's operated by

 3   the Internet Research Agency were to repost, like,

 4   a -- an American citizen's tweets or Facebook page

 5   and then that bot account were taken down or shut

 6   off, would that reposting or amplification of that

 7   message then go away?

 8            MR. SUR:  Objection; compound and

 9   hypothetical.

10       Q.   BY MR. SAUER:  If you know.

11       A.   I don't know.

12       Q.   Now, then suppose there's John Smith, who

13   is an American citizen who posts an aggressive,

14   pro-Second Amendment message.  And the Russian bot

15   identifies that as something to amplify and

16   retweets it, and then the Russian bot account is

17   shut down.  There's an account takedown.  Does that

18   retweeting of John Smith's pro-Second Amendment

19   message go away from Twitter if there's no account

20   there anymore to retweet it?

21            MR. SUR:  Objection; hypothetical, calls

22   for speculation, assumes facts not in evidence.

23       Q.   BY MR. SAUER:  If you know.

24       A.   Yeah.  I don't know.  I don't know what

25   happens to the retweet.

```
 1          MR. SUR:  Counsel, if I may, are we at a
 2   near or natural breaking point?  We have been in
 3   this session for now approaching one hour and a
 4   little bit past that.  Why don't we take a break
 5   if --
 6          MR. SAUER:  Yeah.  That's -- now is as
 7   good a time as any.
 8          MR. SUR:  Thank you.
 9          THE VIDEOGRAPHER:  Off the record -- off
10   the record at 10:45 a.m.
11             (Whereupon a recess was taken.)
12          THE VIDEOGRAPHER:  Back on record at 10:58
13   a.m.
14     Q.    BY MR. SAUER:  Agent Chan, sticking to
15   Page 30 of your thesis, I want to direct your
16   attention to this next sentence, where you say (as
17   read), "Third, IRA employees covertly purchased
18   online advertisements from social media companies
19   to enhance their organic content and drive online
20   traffic to the sites controlled by them," right?
21     A.    Yeah.  That is what I wrote.
22     Q.    Yeah.  And you agree with it, right?
23     A.    Yes.  You will see the footnote that it
24   was by Professor Howard, but I agree with it.
25     Q.    Okay.  And then so the idea is the -- that
```

1    they would purchase ads that would drive traffic by

2    real people to their -- their sites, basically

3    their accounts and their websites as well, right?

4         A.   Yes.  This is in the 2016 election

5    contest.

6         Q.   Okay.  So why do you say -- did something

7    different happen in 2018 and 2020?

8         A.   Yes.  From my meetings with the companies,

9    they shared with me that they had changed their

10   policies to do more intensive validation of people

11   trying to purchase political advertisements.

12        Q.   And so it was harder for them to buy ads

13   basically in the later election cycles?

14        A.   That is my understanding.

15        Q.   But either way, the purpose here is for

16   them to be driving or achieving engagement by real

17   users, right?

18             MR. SUR:  Objection; vague, calls for

19   speculation.

20             THE WITNESS:  Yes.  I believe the purpose

21   was for the Internet Research Agency, who are

22   comprised of Russian citizens, to drive engagement.

23        Q.   BY MR. SAUER:  Got you.  And if you skip

24   ahead a couple more pages, to Page 32, do you see

25   these ads that you've identified in your thesis in

**ELVIS CHAN  11/29/2022**

```
 1    Figure 3 and Figure 4?

 2        A.   Yes, I see those ads.

 3        Q.   Okay.  And these are, I take it -- you

 4    talk about how they have, like, left-wing content

 5    that's actually designed to -- to depress voter

 6    turnout among minority communities, right?

 7        A.   This was what the research that I reviewed

 8    said.

 9        Q.   Yeah.  And you look at Figure 3 -- well,

10    let me ask you this.  You talk about the research

11    you reviewed.  You also are personally involved in

12    this, quote, in the trenches, right?

13             MR. SUR:  Objection; vague, misstates the

14    record.

15             THE WITNESS:  Can you clarify that

16    question?

17        Q.   BY MR. SAUER:  Let me ask this:  Is the

18    research -- you said this is what your research

19    indicated.  Is the research in your thesis

20    consistent with your experience as an FBI agent who

21    deals with disinformation and

22    malign-foreign-influence campaigns?

23        A.   So the research, to include this reporting

24    from the House Permanent Select Committee on

25    Intelligence as well as what was conveyed to me by
```

1    the social media companies, was this content.  I

2    would otherwise not know because -- I mentioned to

3    you I do not go on any social media platforms

4    myself.

5        **Q.   So but your understanding, for example, is**

6    **Figure 3 is Russian-originated content.  Your**

7    **understanding of that is based on information**

8    **obtained from the social media platforms or from**

9    **other federal government officials, correct?**

10       A.   Yeah.  This information is specifically

11   from the HPSCI report that I cited in the footnote.

12       **Q.   Got you.  And just looking at this, for**

13   **example, in Figure 3 on the right, there's a Black**

14   **Matters ad, correct?**

15       A.   Yeah.  "Figure 3.  Facebook Political Ads

16   Targeting Black voters."

17       **Q.   And that one indicates that 223,799 people**

18   **had liked it, right, on Facebook?**

19       A.   Yes.  That is what the image on the right

20   says.

21       **Q.   And so that would be a high level of**

22   **engagement based on what you said earlier, right?**

23       A.   I would not consider 223 views as being

24   high.

25       **Q.   Oh, is it 223,799?**

**ELVIS CHAN  11/29/2022**

Page 81

```
 1      A.   No.  This one, the -- I see "223," and
 2   then I see a slash, "99 people like this."
 3      Q.   Oh, is that what that means?  I thought
 4   that was a "7."  So you say -- what is -- do you
 5   know -- how do you read that?  What does that mean?
 6      A.   Yeah.  I read that as 223 viewed it and 99
 7   of those 223 like it.  That is how I interpret
 8   this.
 9      Q.   So that would be a low level of
10   engagement, correct?
11      A.   That is how I would personally
12   characterize it.
13      Q.   And then below there, in Figure 4 there's
14   a Secured Borders ad on the left with a "No
15   Invaders Allowed" sign in front of the border.  Do
16   you see that one?
17      A.   Yes.
18      Q.   In that one, it looks like 134,943 people
19   liked that, correct?
20      A.   Yes.
21      Q.   And if that ad were taken down because it
22   was identified to be part of a
23   malign-foreign-influence campaign, all those likes
24   would disappear from Facebook as well, correct?
25           MR. SUR:  Objection; calls for
```

1   speculation, assumes facts not in evidence.

2          THE WITNESS:  Yeah.  I do not know what

3   happens to the likes if the ad disappears, but I

4   know that the ad disappears.

5      **Q.   BY MR. SAUER:  Right.  You think that**

6   **likes may stay out there, floating in -- floating**

7   **in the social media platform, not addressing**

8   **anything that's still there?**

9      A.   I don't know.

10     **Q.   Let me ask this:  A like is a way of**

11  **expressing --**

12     A.   I don't know what happens.

13     **Q.   A like is a way of expressing approval of**

14  **something, right?  It's basically saying "I agree**

15  **with this" or "I like it," right?**

16     A.   Yes.  But I don't -- what I'm saying to

17  you, Mr. Sauer, is I don't know what happens to

18  those likes.

19     **Q.   The -- but you know that the ad**

20  **disappears?**

21     A.   Well, for example, if you're -- if you're

22  a -- if you're a user --

23          (Discussion off the record.)

24          MR. SUR:  Sorry.  We are having difficulty

25  hearing you, Mr. Sauer.  It may be a connection

**ELVIS CHAN  11/29/2022**

Page 83

```
 1   problem.
 2                (Discussion off the record.)
 3             MR. SAUER:  Can you hear me now?
 4             MR. SUR:  Yeah, that's better.
 5     Q.   BY MR. SAUER:  Okay.  Go ahead, Mr. Chan.
 6             MR. SUR:  Okay.
 7             THE WITNESS:  So I don't know what
 8   happens.  So, for example, if you were a user and
 9   you like this ad, I don't know, does it stay on
10   your account?  Or I don't know if it disappears
11   from your account.  I don't know what happens on
12   the ad itself.  So I don't know.  I don't know
13   the -- I don't know the mechanics of how online
14   advertisements for these platforms work.
15     Q.   BY MR. SAUER:  If you look at the ad to
16   the right of that, the pro-Second Amendment ad that
17   says "Defend the 2nd"?
18     A.   Yeah.
19     Q.   And do you see at the bottom it says,
20   "96,678 people like this"?
21     A.   Yes.
22     Q.   Would that be a high level of engagement?
23     A.   I would characterize that as high.
24     Q.   And it's your testimony that you don't
25   know what happens if that ad is pulled down to all
```

**ELVIS CHAN  11/29/2022**

Page 84

```
 1    those likes?
 2        A.    And then --
 3        Q.    Do you think it is going to continue to be
 4    in people's individual feeds?
 5        A.    Yeah, I do not know what happens to the
 6    likes.
 7        Q.    Jumping ahead a couple pages, I think this
 8    is the page that you referred to earlier.  You
 9    talked about how there was a very high level of
10    engagement by the IRA in -- in 2016, right?
11        A.    Yes.  Where it says, "The sheer magnitude
12    of the IRA's social media campaign," that sentence?
13        Q.    Correct, yeah.
14        A.    Yeah, yes, that is what I wrote.
15              MR. SUR:  To clarify for the record, this
16    is on Page 34 of the thesis?
17              MR. SAUER:  Yeah.  That would be Page 58
18    of the PDF.  Indraneel, do you see where we are?
19              MR. SUR:  Yes, yeah.
20        Q.    BY MR. SAUER:  It's the bottom paragraph
21    there.  "The sheer magnitude of the IRA's social
22    media campaign targeting the United States was
23    unparalleled in the digital age," right, Mr. Chan?
24        A.    That was my characterization of it.
25        Q.    And it -- the research indicated that the
```

```
 1    IRA had uploaded a thousand videos on YouTube.  Do
 2    you know what the level of engagement for those
 3    videos was?
 4        A.   I don't.  And you can see from the
 5    citation that I am citing research done by Renée
 6    DiResta and her team.
 7        Q.   Got you.  And that research indicates that
 8    the IRA had, quote, reached a significant number of
 9    American users:  59 percent on Facebook, 19 percent
10    on Instagram and two percent on Twitter, right?
11        A.   That is what Renée DiResta and her team
12    found.
13        Q.   So 59 percent.  And this isn't just sort
14    of bots, she found that specifically as to American
15    users, in other words, real social media platform
16    human beings, real people using social media
17    platforms in America, right?
18        A.   That is what I recollect.  And this is in
19    the context of the 2016 elections.
20        Q.   Correct.  And that -- that's 59 percent of
21    Americans on Facebook were reached in some way, had
22    some level of engagement with -- with
23    IRA-originated content; fair to say?
24        A.   That is her calculation.
25        Q.   And you cite it as a reputable source in
```

**ELVIS CHAN  11/29/2022**

1    your thesis, right?

2         A.    Yes, I do.

3         Q.    And do you know how much of that is --

4    obviously we talked earlier how there's different

5    kinds of engagement, like reading, liking,

6    reposting, reposting with commentary, commenting.

7    Do you know how much of that is -- that reaching of

8    American users breaks down into those various

9    categories?

10        A.    I do not.  I was not able to find that

11   level of detail.

12        Q.    Okay.  Next page.  You've referred to

13   Table 1 before on Page 35 that points out that 126

14   million --

15        A.    Yeah.

16        Q.    -- American Facebook users were reached in

17   some way by content, right?

18        A.    Yes, yeah.  I was able to extract that

19   from the report.

20        Q.    Right below that you refer again to "the

21   second line of effort," where they (as read)

22   "amplified real user accounts whose identities,

23   behavior, and content aligned with their strategic

24   goals," right?

25        A.    So yes.  You can see I cited the Mueller

**ELVIS CHAN  11/29/2022**

**Page 87**

```
 1   report.  That's special counsel's report.
 2        Q.    And then you go on to cite a Clemson
 3   University study indicating that over 100,000 real
 4   people had their postings amplified by
 5   IRA-controlled social media bots, right?
 6        A.    Yes, that is correct.
 7        Q.    And you don't know what happens to those
 8   amplifications when the bots are detected and shut
 9   down?
10        A.    I do not.
11        Q.    I think in the thesis you talk generally
12   about how there was virtually no reaction by the
13   social media platforms in the 2016 election cycle
14   to this Russian activity; is that right?
15        A.    That is correct.
16        Q.    But that changed, I take it, in the 2018
17   and 2020 election cycles, at least to some degree?
18        A.    That is correct, yes.
19        Q.    How did it change?
20        A.    Well, what I was told -- what I was told
21   by the companies was that they used both technology
22   as well as human beings to moderate or protect
23   their platforms.
24        Q.    Okay.  And then can you break down that
25   for me?  On the technological side, what did they
```

ELVIS CHAN  11/29/2022

Page 88

1    tell you they did?

2       A.   So they tell me that they used a different

3    detection method.  The shorthand for that is

4    algorithms.  But they will not get into any of the

5    details about the algorithms.  And we have probed

6    them to ask for details, but it has never been

7    shared with us.

8       Q.   What -- you say you probed them to ask

9    about the details.  What did you ask?

10      A.   I can't remember exactly, but we would

11   ask, for example, "What are the parameters that you

12   use to develop the algorithm?  Or what are the

13   factors that you use?"  And they would not share

14   any of that information with us.

15      Q.   Why did you want to know that?  Did you

16   want to know -- did you want to ascertain if the

17   algorithms were effective?  Or why would you ask

18   them a question like that?

19      A.   The reason that I would ask that question

20   is so that we could make sure that we were sharing

21   the most effective and actionable type of

22   information with them.

23      Q.   Explain that to me.  What -- if you know

24   how their algorithm operates, how does that help

25   you share actionable information?

**ELVIS CHAN  11/29/2022**

Page 89

```
 1      A.    So, for example, if a platform doesn't
 2    need a telephone number for an account, then
 3    providing them with Russian telephone numbers would
 4    not be useful.  Or if providing them with an email
 5    account is not something that the platform saves,
 6    then that would not be useful.  So those are two
 7    examples.
 8      Q.    Uh-huh.  But they just tell you, "We use
 9    algorithms to detect kind of Russian-originated
10    content," but they tell you nothing about how the
11    algorithms operate?
12      A.    That is correct.
13      Q.    When did these conversations occur?
14    Did -- where you're asking them about their
15    algorithms and they are declining to provide
16    information.  Did they occur in those weekly,
17    monthly and quarterly meetings we talked about
18    earlier?
19      A.    I would characterize it as occurring early
20    in those quarterly meetings in the 2017 time frame;
21    and after we asked the different companies and
22    found that none of them were willing to share in
23    those earlier meetings, we stopped asking.
24      Q.    And then you mentioned human -- I think
25    you mentioned human beings involved in their -- in
```

ELVIS CHAN  11/29/2022

Page 90

 1   their activities.  Tell us, what did they tell you

 2   about that?

 3       A.   In general, what the companies tell us is

 4   the technology or the algorithms will flag specific

 5   content, and certain content that looks like spam

 6   is, I believe, taken down.

 7            However, if something is flagged that

 8   requires a higher level of decision-making, that is

 9   when it is sent to a content moderator.

10       Q.   So a human being, a content moderator

11   would be looking at, like, an account that was

12   flagged by an algorithm as potentially involving

13   malign, inauthentic activity and take a closer look

14   at it?

15       A.   That is correct.

16       Q.   Did you discuss with them what standards

17   their content modulators use to -- to figure that

18   out, you know, how do they make their judgment

19   calls?

20            MR. SUR:  Objection; compound.

21            THE WITNESS:  So in response to your

22   question, we would just broadly ask them what their

23   terms of service or community standards were.

24       Q.   BY MR. SAUER:  So how do you know that

25   they have human beings involved in enforcing the --

**ELVIS CHAN  11/29/2022**

1  reviewing and enforcing the terms of service with

2  respect to particular content?

3     A.   Through the discussions that we had at the

4  meetings.

5     Q.   And what you have been saying, is this

6  true of all the -- all the platforms?

7     A.   I do not know.  I am specifically thinking

8  of two platforms that use human being content

9  moderators.

10    Q.   Which two are those?

11    A.   I am specifically thinking of Facebook and

12 YouTube.

13    Q.   How about Twitter?

14    A.   I don't know if they use human -- I have

15 never -- I don't recollect discussing that with

16 them.

17    Q.   How about the others?  You mentioned, I

18 think, Yahoo! and Reddit, Instagram.  Do they use

19 human content moderators?

20    A.   I don't recollect discussing that with

21 them.

22    Q.   You mentioned their terms of service.  You

23 know, did you ever discuss with them what their

24 terms of service are or should be?  Did you ever

25 make recommendations that they change terms of

**ELVIS CHAN  11/29/2022**

Page 92

```
 1   service to make them more effective in addressing
 2   malign-foreign-influence activities?
 3           MR. SUR:  Objection; compound and vague.
 4           THE WITNESS:  I will answer the last part
 5   of your compound question, which is no, we never
 6   told the companies to modify their terms of service
 7   or community standards.
 8      Q.   BY MR. SAUER:  Do you know how they
 9   developed their terms of service or community
10   standards?
11      A.   Only from what they discussed with me in
12   those meetings.
13      Q.   What did they say to you in those
14   meetings?
15      A.   So --
16           MR. SUR:  Objection; vague.
17           THE WITNESS:  So in those meetings, we
18   would not discuss them.  We would ask them, "What
19   are your terms of service related to detecting
20   Russian troll accounts?"
21           And then they would share with us that
22   the -- the two terms that come up regularly are
23   "coordinated," which I interpret to mean across
24   many accounts, and "inauthentic," which means the
25   user is pretending to be someone they are not.
```

```
 1           And so those were the two primary
 2    terms-of-service violations that I remember being
 3    discussed.
 4        Q.   BY MR. SAUER:   What does "coordinated"
 5    mean?
 6        A.   Like, as I mentioned before, it was
 7    activities across multiple accounts, the -- similar
 8    activities across multiple accounts.
 9        Q.   How does that violate terms of service?
10        A.   So in the cybersecurity context, you will
11    have a botnet that will push ads, for example,
12    Canadian pharmacy ads, to hundreds and thousands of
13    users.   That is coordinated behavior.   That is
14    illegal.   Because if you wanted to push ads on a
15    platform, typically you have to purchase online
16    advertising.
17        Q.   Okay.   Got you.   And then what was the
18    second category you mentioned of provisions of
19    terms of service that these activities would
20    violate?
21        A.   Inauthentic.
22        Q.   Yeah.   And what is -- what is inauthentic?
23        A.   Inauthentic is a user pretending to be
24    someone they are not.
25        Q.   And I take it that you got that in these
```

1    Russian malign-foreign-influence activities, right?

2        A.   Yes.

3        Q.   We have been talking about Russia

4    principally because that's your thesis, but do

5    other countries try and do these kinds of

6    disinformation malign operations on social media

7    platforms as well?

8              MR. SUR:  Objection; vague.

9              THE WITNESS:  Yes.

10       Q.   BY MR. SAUER:  What countries are involved

11   in them?

12       A.   The two countries that we focus on are

13   China and Iran, outside of Russia.

14       Q.   Are there any others?

15       A.   Not to --

16             MR. SUR:  Objection; Counsel, we're at the

17   law enforcement privilege.

18             MR. SAUER:  I am going to withdraw the

19   question.  I don't concede the privilege applies,

20   but I will withdraw the question if you guys --

21   yeah.

22       Q.   Just generally speaking, you mentioned,

23   say, Iran and China and, frankly, they are also

24   referred to in your publicly-available thesis.  Are

25   the sorts of activities that they engage in similar

**ELVIS CHAN  11/29/2022**

Page 95

```
 1    to what Russia does, you know, in the -- the way of
 2    generating fake accounts, generating inauthentic
 3    content and trying to get Americans to interact
 4    with it?
 5              MR. SUR:  Objection; vague and compound.
 6              THE WITNESS:  In my experience, the
 7    Chinese state-sponsored activity and the Iranian
 8    state-sponsored activity share similarities to the
 9    Russian state-sponsored activities.
10        Q.   BY MR. SAUER:  We were talking -- moving
11    back to what we were talking about a minute ago,
12    you talked about how there are two general
13    categories of content-modulation policies --
14    coordinated activity and inauthentic activity --
15    that get cited most frequently to remove this
16    content; is that right?
17        A.   In my personal experience, yes.
18        Q.   And your personal experience is based on
19    these meetings and conversations with
20    representatives of the social media platforms,
21    correct?
22        A.   That is correct.  You broke up on me, but
23    I believe that is correct.
24        Q.   I'm -- I'm sorry.  Again, you can't hear.
25    I am hearing you fine.  Can you hear me okay?
```

1       A.   Now I can.

2       Q.   Okay.  Let me ask you this:  Do they --

3    when you have these information exchanges, you

4    provide the social media platforms with tactical

5    information, which includes -- you know, identifies

6    specific accounts and user -- or not users, but

7    specific accounts and URLs that you have concluded

8    are Russian-originated, right?

9       A.   Can you repeat the question?  You have

10   been breaking up on me.

11            MR. SAUER:  Should we go off the record?

12            THE VIDEOGRAPHER:  Off the record at 11:22

13   a.m.

14            (Whereupon a recess was taken.)

15            THE VIDEOGRAPHER:  We are back on record

16   at 11:27 a.m.

17       Q.   BY MR. SAUER:  Agent Chan, circling back

18   to where we were a moment ago, I wanted to ask you,

19   when you have these information sharing sessions

20   with various social media platforms, you testified

21   earlier that you give them tactical information,

22   right?

23       A.   Yes.

24       Q.   Yeah.  And tactical information includes

25   identifying specific social media accounts and URLs

 1    and things of that nature, right?

 2         A.    Yes.

 3         Q.    Yeah.  How often has that happened?  I

 4    know in your thesis you refer to four

 5    publicly-available instances where there was that

 6    kind of information sharing.  How often does it

 7    happen that the FBI will give a list of specific

 8    tactical information for the social media platforms

 9    to consider?

10         MR. SUR:  I am going to object on the

11    basis of the law enforcement privilege.  And you

12    can answer without -- insofar as you can without

13    disclosing any particular investigation.

14         Q.    BY MR. SAUER:  Yeah, I don't want to know

15    any particular URL, but just generally how often

16    does that happen?

17         A.    I would say in general it happens between,

18    I don't know, one to five times per month.

19         Q.    Okay.  And then how many --

20         A.    From different investigations.

21         Q.    Oh, got you.  Okay.  And then how -- and

22    does this actually occur at these meetings we've

23    talked about, or are there separate communications

24    where you pick up the phone and call the site

25    integrity people and tell them, "Here are some bad

**ELVIS CHAN  11/29/2022**

Page 98

```
 1    URLs"?

 2        A.   So --

 3             MR. SUR:  Objection; mischaracterizes the

 4    record, compound.

 5        Q.   BY MR. SAUER:  If you know.

 6        A.   From my understanding of your question, we

 7    will typically share information either right

 8    before or after one of our quarterly meetings.

 9    That is pretty standard.  Otherwise we will just

10    share information from different investigations as

11    deemed appropriate by the field offices running the

12    investigations and FBI headquarters.

13        Q.   So -- so it would be both, I take it,

14    there would be -- in every quarterly meeting you

15    might identify -- or you do identify tactical

16    information about foreign-originated URLs and user

17    accounts, correct?

18        A.   I don't know if it happens at every single

19    quarterly meeting, but I would say most of them.

20        Q.   And then -- and then apart from the

21    quarterly meetings, I think you said one to five

22    times a month there would be a communication of

23    that nature through another channel, right?

24        A.   Correct.  What I would typically do is

25    send an email to the recipients at the companies
```

1    and inform them that I would be using a secure file

2    transfer application within the FBI that is called

3    Teleporter.  And then the reason I would send them

4    a heads-up email is because the Teleporter email

5    with a link looks like spam, so I don't want them

6    to think it's spam.

7        Q.   Okay.  And that Teleporter email, if they

8    open it, contains tactical information for them to

9    consider, right?

10       A.   The Teleporter email contains a link for

11   them to securely download the files from the FBI.

12       Q.   And the files contain tactical information

13   that identifies malign foreign-originated URLs and

14   social media accounts and things like that, right?

15       A.   Yeah, different types of indicators.

16       Q.   When you say "different types of

17   indicators," indicators, I think you said earlier,

18   refer to those specific URLs and social media

19   accounts, right?

20       A.   Yeah.  Those are two of them, but they

21   also apply to IP addresses, email accounts.  You

22   had just mentioned two of the types of indicators,

23   but I wanted to reiterate that there are a broad

24   range of indicators that we share.

25       Q.   Does that Teleporter communication explain

1    and -- provide an explanation of the FBI's basis

2    for thinking that those are bad accounts or bad

3    indicators?

4        A.   In general it will typically provide a

5    very short summary, maybe a sentence or two, that

6    will say, "We assess that these accounts are being

7    controlled by the Internet Research Agency," and

8    then provide a list of accounts, or "We assess this

9    IP address is being used exclusively by the

10   Internet Research Agency from this time period to

11   that time period."  That is a typical type of

12   information sharing.

13       Q.   Typically how many accounts or URLs or

14   other indicators would be identified in a

15   communication like this?

16       A.   It varies from one account or one selector

17   to many, like a whole spreadsheet full of them.

18       Q.   Can you estimate -- for example, in 2022,

19   can you estimate how many specific indicators have

20   been flagged for social media companies?

21       A.   I can't really estimate that number.  I

22   can estimate that during 2020 I shared information

23   with the companies between one to five or one to

24   six times per month.

25       Q.   And you -- and they -- and there could be

**ELVIS CHAN  11/29/2022**

1    anywhere from one to a very large number, a whole

2    spreadsheet full of indicators that you'd be

3    flagging, fair to say?

4        A.   That is fair.  And when I say "large,"

5    maybe hundreds, but not thousands.  I don't ever

6    recollect anything in the thousands, but maybe

7    hundreds.

8        Q.   And then -- and that happened one to five

9    times a month in 2020, correct?

10       A.   Yes.

11       Q.   How about in 2022, did it also happen that

12   frequently?

13       A.   In my recollection, maybe one to four

14   times a month.

15       Q.   And then there would be a similar range of

16   the number of indicators flagged in each incident?

17       A.   I would say for the 2022 cycle, that we

18   would not have in the hundreds.  At the most it

19   would be in the -- in the tens, in the dozens.

20       Q.   And do you send these out to all the

21   social media platforms?  I think you mentioned

22   seven or eight that you regularly meet with.  And

23   do they all get these Teleporter communications

24   flagging bad indicators for them?

25       A.   I would --

ELVIS CHAN  11/29/2022

```
 1              MR. SUR:  Objection; mischaracterizes the
 2    record, vague.
 3              THE WITNESS:  I would say in general that
 4    the companies I mentioned to you before would
 5    receive these.
 6              However, there would be some occasions
 7    that it would be company-specific information that
 8    we would not share across all the companies that I
 9    previously mentioned.
10        Q.   BY MR. SAUER:  So sometimes it would
11    relate to all of them; sometimes it might be just a
12    Facebook issue or a Twitter issue or something like
13    that, fair to say?
14        A.   I would say most of the time we would
15    share with that list of companies, and a few of the
16    times we would share with just one company or two
17    companies.
18        Q.   Okay.  Do you ask them to kind of report
19    back to you on whether they take any action on
20    those?
21              MR. SUR:  Objection; vague.
22              THE WITNESS:  The typical language we
23    would use is, "We would appreciate any information
24    you're able to share back with us about this
25    information and if you were to take any actions
```

**ELVIS CHAN  11/29/2022**

Page 103

 1  based on this information."

 2      Q.   BY MR. SAUER:  And do they typically

 3  comply with that request?

 4          MR. SUR:  Objection; vague.

 5          THE WITNESS:  I would say sometimes.

 6  Some -- I would say at every quarterly meeting we

 7  try to follow up to ask if information we shared

 8  has been relevant if we have not received a

 9  response yet.

10          However, the companies either say they

11  don't have anything additional to share or they do

12  not find anything based on the information we

13  shared.

14      Q.   BY MR. SAUER:  So sometimes they'll report

15  back and say, "Hey, thanks for providing this

16  information.  We've taken down some of the

17  accounts," or something like that?  That happens

18  sometimes, you say?

19      A.   That is correct.  And when it happens,

20  we -- I will document it, and the reason for that

21  is because that helps us fine-tune the information

22  that we're sharing.

23      Q.   Uh-huh.  And then I take it sometimes they

24  just -- they don't tell you what they did with it,

25  right?

**ELVIS CHAN  11/29/2022**

1      A.    That is correct.

2      **Q.    But then every -- I take it at every**

3   **quarterly or monthly meeting, you usually follow up**

4   **and ask them, "Hey, did you take any actions on**

5   **these reports we made," right?**

6      A.    We try to at quarterly meetings.

7      **Q.    Right.  And I take it they don't always**

8   **answer that question, fair to say?**

9      A.    They will always respond, but they will

10   say, "Sorry.  We don't have anything to share."

11      **Q.    Okay.  And do you know why they are**

12   **reluctant to tell you whether they took things down**

13   **or not?**

14          MR. SUR:  Objection; vague, calls for

15   speculation, mischaracterizes the record.

16          THE WITNESS:  I don't know why -- I focus

17   on when they do let us know about actions that

18   they've taken.

19      **Q.    BY MR. SAUER:  When you say you focus on**

20   **that, what do you do with that information?**

21      A.    I document it, and then I relay it back to

22   the field office, where it gets logged where that

23   information came from.

24      **Q.    Do essentially all these communications**

25   **kind of pass through you because you are the**

1    relevant field officer in San Francisco, where

2    these companies are located?

3         A.   I would say I'm one of the primary people

4    with pass-through information.  However, we have

5    agents on the different cyber squads and our

6    private sector-engagement squad who also relay

7    information to the companies.

8         Q.   Who are those agents who relay this kind

9    of information about a sort of problematic content

10   on their platforms to social media?

11               (Discussion off the record.)

12               (Reporter read back as requested.)

13               THE WITNESS:  So the question is:  Who are

14   these agents who do that?  I would say for that

15   sort of information it is not specifically about,

16   quote, problematic content.  It is specifically

17   about cyber investigations, which are different

18   from malign-influence investigations.

19        Q.   BY MR. SAUER:  Let me rephrase the

20   question.  Focusing on disinformation and

21   malign-foreign-influence operations, are there any

22   other FBI officials besides yourself who are

23   involved in communicating those kinds of concerns

24   to social media platforms outside the context of

25   the quarterly meetings you've talked about?

**ELVIS CHAN  11/29/2022**

```
 1      A.   Yes.  I have squad supervisors who are
 2   GS-14-level employees who share information to the
 3   companies as well.
 4           MR. SUR:  I'm sorry to interrupt.  The
 5   videographer is suggesting that we go off the
 6   record for technical reasons.
 7           THE VIDEOGRAPHER:  We're off the record at
 8   11:40 a.m.
 9               (Whereupon a recess was taken.)
10           THE VIDEOGRAPHER:  Back on the record at
11   11:43 a.m.
12      Q.   BY MR. SAUER:  Mr. Chan, I think you were
13   saying you have two GS-14 officials who also
14   communicate with social media platforms about
15   disinformation, correct?
16      A.   That is correct.
17      Q.   Are those people who report to you in the
18   San Francisco office?
19      A.   They report to me directly.
20      Q.   Other than those individuals, are there
21   any other FBI officials who, to your knowledge,
22   communicate with social media platforms about
23   disinformation?
24      A.   Yes.  The agents on those two supervisors'
25   squads.
```

```
 1        Q.    And -- I'm sorry.  What are the two
 2   supervisors' squads?  Are they located in San
 3   Francisco?
 4        A.    Yes, they are.  They are located in the
 5   San Francisco field office.
 6        Q.    Are those agents that also report to you
 7   as the ASAC?
 8        A.    That is correct.  They report to the
 9   supervisors, who report directly to me.
10        Q.    And those supervisors are the GS-14s that
11   you just talked about, right?
12        A.    That is correct.
13        Q.    How about outside the San Francisco field
14   office, are you aware of -- well, just a second.
15   How many agents are we talking about there in total
16   who engage in these communications with social
17   media platforms about disinformation from the San
18   Francisco field office?
19        A.    I would say the two supervisors that I
20   already mentioned and four agents on one squad and
21   another agent on another squad.
22        Q.    What kinds of communications do they have?
23   Do they just send the Teleporter links, or do they
24   get on the phone and talk to social media
25   platforms?  What's the nature of their
```

**ELVIS CHAN  11/29/2022**

 1  communication?

 2      A.   So both of the things that you said.  So

 3  they will give them a heads-up if they need to

 4  relay information through Teleporter; and both of

 5  those squads have active investigations where they

 6  share unclassified, strategic-level information

 7  with the companies.

 8      Q.   So they would share both strategic and

 9  tactical information?

10      A.   That is correct.

11      Q.   And then would they be involved in

12  following up to find out if their -- the tactical

13  information was acted on?

14      A.   Yes, they would.

15      Q.   So and that might apply to you, the two

16  GS-14s and the six field agents on the two squads

17  you referred to?

18      A.   Yes, that is correct.

19      Q.   Okay.  Then how about outside the San

20  Francisco field office?  Are you aware of any other

21  agents who -- are you aware of any other FBI

22  officials who communicate with social media

23  platforms about disinformation?

24      A.   So I am only aware of the FBI officials or

25  employees who we invite to provide briefings at the

 1    quarterly meetings.

 2         Q.    Okay.  So that includes people who -- at

 3    FITF in Washington, D.C.?

 4         A.    That's correct.

 5         Q.    Is Laura Dehmlow -- she's the head of

 6    FITF, right?

 7         A.    Currently she's the section chief and head

 8    of the FITF.

 9         Q.    And does she come to all of those

10    meetings?

11         A.    I would say in the 2020 election cycle she

12    had not been promoted yet and she was the unit

13    chief for the China unit, and I would say she

14    attended most of those quarterly meetings.

15             Since she has been promoted to be the head

16    of the FITF, she has not attended as frequently.  I

17    believe she's only attended one set of meetings

18    this year.

19         Q.    What level of people do attend?  You know,

20    what sorts of people attend those meetings?

21         A.    So Laura Dehmlow would be the

22    highest-ranking FBI official to attend.  She is the

23    SES level.  I would be the second-highest-level

24    attendee, as a GS-15.  And then everyone else would

25    be below my grade, ranging from GS-14s to perhaps

**ELVIS CHAN  11/29/2022**

1  GS-10 agents.

2      **Q.    How long do these meetings last typically?**

3      A.    We like to keep a tight agenda, and so it

4  will typically last one hour.

5      **Q.    And about how many people would attend on**

6  **the FBI side -- or do attend on the FBI side?**

7      A.    I would say from the Foreign Influence

8  Task Force, between three to ten.  However,

9  typically only one to two people from each of the

10  three units speaks.  And then we would usually have

11  one field office comprised of two

12  representatives -- between one to three field

13  offices attend.  So one to two representatives from

14  each of those field offices.

15      **Q.    So I can't do that math in my head, but it**

16  **is north of ten frequently?**

17      A.    Yeah.  If you do the math, it could be as

18  high as a dozen.

19      **Q.    And then how many people typically attend**

20  **on the social media platform side?**

21      A.    I would say a similar amount.  For the --

22  I'm sorry.  I would say for the three larger

23  companies -- specifically Google/YouTube, Facebook

24  and Twitter -- it would be equal numbers or higher

25  numbers than the FBI.

1      Q.   When you provide tactical information to
2  the social media platforms -- in other words, lists
3  of social media accounts, URLs and other things of
4  that nature -- how do you verify that those
5  actually are inauthentic accounts and not actual
6  real accounts by real people?
7           MR. SUR:  Objection; implicates the law
8  enforcement privilege.
9           I will ask that the witness answer only in
10  generalities without disclosing the details of any
11  particular investigation.
12           THE WITNESS:  Understood.
13           So there are -- the FBI, as the lead law
14  enforcement agency and domestic security agency for
15  the federal government has two types of
16  authorities.  One, which you're very familiar with,
17  Title 18 criminal authorities and all that
18  entails -- subpoenas, search warrants, 2703(d)
19  orders -- is one way that we acquire information
20  for investigations.
21           On the national security side, we have
22  Title 50 authorities and then the authorities from
23  the Foreign Intelligence Surveillance Act, from
24  the -- from the PATRIOT Act, from Executive Order
25  12333 that allows us to gather national security

ELVIS CHAN  11/29/2022

1  intelligence.

2       And so broadly we are able to use both

3  types of techniques to gather the intelligence that

4  we need to -- and then there is a -- in the case of

5  the national security side, there is a

6  declassification process that has to take place

7  before we are allowed to share information with the

8  social media companies.

9       **Q.   BY MR. SAUER:  Let me ask you this:  You**

10  **had cited an example earlier where, for example, a**

11  **Teleporter message was sent with a spreadsheet with**

12  **hundreds of accounts back in 2020.  Do you remember**

13  **talking about that?**

14       A.   Yes.

15       **Q.   How sure are you that every single one of**

16  **those accounts is actually an inauthentic kind of**

17  **Russian-originated account as opposed to, you know,**

18  **actually a real account of somebody who's got a**

19  **Facebook or Twitter or YouTube account?**

20            MR. SUR:  Objection; compound.

21            THE WITNESS:  Within the U.S. intelligence

22  committee, as you're familiar, there are different

23  levels of confidence in terms of the information

24  that, you know, we are reviewing in a product.  And

25  we only share information that we have high

 1   confidence that is attributed to a foreign-state

 2   actor.

 3       Q.   BY MR. SAUER:  Is "high confidence" always

 4   correct or usually correct, in your experience?

 5       A.   In my experience, it has always been

 6   correct.

 7       Q.   So anything for the --

 8       A.   For the selectors that we are providing.

 9   I do not remember an instance where we have

10   provided selectors where any of the social media

11   companies have said, "Elvis, this is actually

12   U.S.-person information."

13       Q.   So you are not aware of ever getting

14   feedback from them where they said you guys

15   accidentally identified real users?

16       A.   That is correct.

17       Q.   Do they always tell you -- let me ask you

18   this:  How many of the ones that you flag do they

19   take down?

20       A.   I couldn't even estimate that number.

21       Q.   How about as a percentage?

22       A.   I couldn't even estimate.  And let me --

23   let me tell you part of the reason is because we

24   may share, for example, one account with them, but

25   then they may find ten connected accounts and take

**ELVIS CHAN  11/29/2022**

Page 114

```
 1   all of them down.  And they don't always tell us
 2   when -- you know, how many accounts were taken
 3   down.  Sometimes they will tell us.  Sometimes they
 4   will tell us, "Thank you, Elvis.  We were able to
 5   detect this information and took all of the
 6   accounts down."  And when we ask for the specifics,
 7   they don't necessarily tell us all the time.
 8       Q.   Right.  Okay.  But it sounds like
 9   sometimes your reports lead to more takedowns than
10   the accounts you have -- you flagged, fair to say?
11       A.   That is correct.
12       Q.   How confident are you that they are not,
13   you know, kind of making mistakes in taking down
14   real user accounts?
15            MR. SUR:  Objection; calls for
16   speculation, lacks foundation.
17            THE WITNESS:  So this is just my personal
18   opinion, obviously not based on being able to see
19   any of their data.  In my experience, they take
20   account takedowns very seriously because this
21   affects their bottom line.
22            So no social media company wants to take
23   down a large number of accounts, because one of the
24   things they base their ad sales on is how many
25   users are on their platform.  So in my opinion,
```

**ELVIS CHAN 11/29/2022**

Page 115

```
 1   they take it very seriously.  And I would say that
 2   to the best of their ability, they are very careful
 3   before doing account takedowns.
 4        Q.   BY MR. SAUER:  I think that ties back into
 5   something you said earlier, which was in 2016 they
 6   really didn't do any account takedowns, fair to
 7   say?
 8        A.   That is correct.
 9        Q.   And it -- and I take it they may have had
10   a -- I -- we may be speculating here, if you know.
11   Do you know if that was because they have a
12   financial incentive to leave those accounts up
13   because it increases their ad revenues?
14        MR. SUR:  Objection; calls for
15   speculation.
16        THE WITNESS:  I wouldn't even begin to
17   speculate.  I don't know why.
18        Q.   BY MR. SAUER:  Let me ask you this:  Why
19   did things change, in your view?  I take it in 2018
20   and 2020 there were many more account takedowns,
21   right?
22        A.   So there are two parts to your question.
23   Why do I think they did it?  I can provide you with
24   my personal opinion.
25        Q.   Okay.
```

1      A.   My -- I believe pressure from Congress,

2    specifically HPSCI and SSCI, may have had a part of

3    it.

4           And then also because I believe that they

5    felt that this may have damaged their brands, but

6    that is my personal opinion.

7      **Q.   Okay.  Well, let me ask you this:  When**

8    **you say "pressure from Congress" and you mentioned**

9    **HPSCI and SSCI, what are HPSCI and SSCI?  Are**

10   **those -- are those committees?**

11     A.   I'm sorry.  HPSCI is the -- the House

12   Permanent Select Committee on Intelligence.  And

13   SSCI is the Senate Select Committee on

14   Intelligence.

15     **Q.   Starting with the House Permanent Select**

16   **Committee on Intelligence, what kind of pressure**

17   **did they put on the social media platforms to, you**

18   **know, engage more aggressively in account**

19   **takedowns?**

20     A.   They compelled -- I don't know if they

21   compelled.  They requested the CEOs for the

22   companies that I mentioned, the -- to testify in

23   front of their committee.

24     **Q.   And so they kind of brought in Mark**

25   **Zuckerberg and Jack Dorsey and Sundar Pichai and**

ELVIS CHAN  11/29/2022

Page 117

1    had them testify in front of Congress?

2        A.   That is correct.

3        Q.   And that happened -- that happened once or

4    it happened multiple times?

5        A.   To my knowledge, that happened more than

6    once.

7        Q.   And you believe that that -- that that

8    kind of scrutiny and public pressure from Congress,

9    in your view, motivated them to be more aggressive

10   in the account takedowns?

11           MR. SUR:  Objection; lacks foundation,

12   calls for speculation.

13           THE WITNESS:  That is just my personal

14   opinion.

15       Q.   BY MR. SAUER:  Yeah.  What is the basis

16   for your opinion?  Has anyone at a social media

17   platform ever made a comment to you that would

18   reflect that -- that view?

19       A.   I would say yes.  And the types of

20   comments that I have received are that staffers

21   from both of those committees have visited with

22   those companies.  And while they would not reveal

23   the types of discussions that they had with these

24   House and Senate staffers, they would indicate that

25   they had to prepare very thoroughly for these types

1    of meetings and that it was -- they indicated that

2    it felt like a lot of pressure.

3        Q.   "They" is representatives of social media

4    platforms?

5        A.   Yeah.  The social media companies that

6    were visited.

7        Q.   What -- what social media companies were

8    visited by these HPSCI and SSCI staffers?

9        A.   To my knowledge, it was the three

10   companies that I've mentioned, which include

11   Facebook, Google and Twitter.

12       Q.   And Facebook, Google and -- Facebook,

13   Google and Twitter employees all told you that they

14   experienced these visits from congressional

15   staffers as exercising a lot of pressure on them?

16       A.   That was how I interpreted their comments.

17       Q.   And then you infer from that that their

18   changes in takedown policies resulted from that

19   kind of pressure from Congress?

20       A.   That is my personal opinion.

21            If I can add, I think some of -- some of

22   what was discussed -- I'm interpreting what -- some

23   of what was discussed.  But what the -- the

24   staffers would come and talk to us either before or

25   after they met with those three companies.  And so

**ELVIS CHAN  11/29/2022**

Page 119

```
 1   what was discussed with us was legislation that
 2   they were thinking about doing, and them asking for
 3   our opinion.
 4        Q.   Uh-huh.  When you say "legislation that
 5   they were thinking about doing," what do you mean?
 6        A.   Legislation that either HPSCI or SSCI was
 7   thinking about doing.
 8        Q.   So HPSCI and SSCI, these committees on
 9   intelligence, their staffers would be communicating
10   to the social media platforms Facebook, Twitter and
11   Google or YouTube that they intended to try and
12   pass legislation?
13        A.   So I inferred that because that is what
14   they discussed with me personally.
15        Q.   That is what they, the social media
16   platforms, discussed with you, correct?
17        A.   No, no.  That is what HPSCI and SSCI
18   discussed with me when they were coming to these
19   meetings.
20        Q.   Oh, did you -- were you in on these
21   meetings?  Like, were you included in the meetings
22   with the congressional staffers?
23        A.   So I and FBI San Francisco personnel would
24   meet with the congressional staffers, typically
25   before they met or after they met with the social
```

ELVIS CHAN  11/29/2022

1  media companies.  And the reason for that is

2  because they wanted an FBI opinion about what they

3  had heard from the social media companies.

4      **Q.   I got you.  What did they -- first of all,**

5  **when did these meetings occur?  Was this in 2017,**

6  **2018, 2019, 2020?  What time frame?**

7      A.   I can't recollect, but I do -- they felt

8  like an annual occurrence after -- after 2017.

9      **Q.   And the congressional staffers would tell**

10  **you in advance, "We're going to meet with the**

11  **social media companies and -- and tell them about**

12  **legislation we want to advance," correct?**

13      A.   No.

14      **Q.   I'm sorry.**

15      A.   What they would say -- what they would say

16  is they would tell us, "We plan to meet with these

17  three companies, and what have you been doing with

18  these three companies?"

19          And then we would share, like, the cases

20  or -- that we would be working on, but we would be

21  in a classified setting.  So we would be able to

22  speak more freely about the types of investigations

23  that were the most prominent or the most active on

24  our side, that they were either -- their -- their

25  platforms were impacted at some point.  That is --

ELVIS CHAN  11/29/2022

Page 121

```
 1    would be the nature of our discussion with the
 2    staffers.
 3           But I would not meet with the staffers and
 4    the social media companies.  The staffers had
 5    separate meetings with each of the companies.
 6        Q.   Okay.  And then after those meetings, the
 7    staffers would come to you and ask your opinion
 8    about potential legislation?
 9        A.   That is correct.
10        Q.   What sort of legislation?
11           MR. SUR:  I am going to object.  The
12    deliberative process privilege extends not just to
13    the executive branch, but all sorts of executive
14    communications within the government.
15           So if you can answer at a level of
16    generality that avoids disclosing the
17    particularities of any deliberations.  If you -- if
18    you cannot, then I instruct you not to answer.
19           THE WITNESS:  I cannot discuss it in
20    general terms.
21        Q.   BY MR. SAUER:  Okay.  Well, let me ask you
22    this just generally.  Did the legislation relate to
23    Section 230 of the Communications Decency Act?
24           MR. SUR:  I am going to stand by the same
25    objection on the grounds of deliberative process
```

**ELVIS CHAN 11/29/2022**

1  privilege.

2         MR. SAUER:  The deliberative process

3  privilege does not apply, quote, when there is any

4  reason to believe that government misconduct has

5  occurred.  The judge by ordering this deposition

6  has already concluded there's potential First

7  Amendment violations in this case that need to be

8  explored, so the privilege does not apply.

9         MR. SUR:  We are at the -- at the pleading

10 stage on the First Amendment violations, and the

11 judge has not ruled on any particular privilege

12 question.  So I will continue to assert and ask

13 that the witness not answer the question on the

14 grounds of the deliberative process privilege.

15     **Q.   BY MR. SAUER:  Let me ask you this:  The**

16 **social media platforms talk to you -- people on the**

17 **social media platforms talk to you as well, right?**

18     A.   Yes.  I talk with the social media

19 platform personnel regularly.

20     **Q.   And I think you'd said earlier that they**

21 **had kind of just made statements to you that**

22 **indicated that they felt that these meetings, these**

23 **annual meetings with congressional staffers put a**

24 **lot of pressure on them, right?**

25     A.   That was my interpretation of their

1   comments.  I don't recollect any of them using the

2   specific word "pressure," but that was how I

3   interpreted our conversations.

4       **Q.   What congressional staffers were involved**

5   **in these meetings?**

6       A.   They would be senior-level staffers.  I'm

7   sorry.  I can't remember any of their names.  But

8   typically it would be -- the delegation would

9   include a senior-level staffer, I think a

10  director-level; and then one of their attorneys,

11  like the committee counsel or a senior counsel for

12  the committee; and then there would be one to two

13  other, like, line-level staffers.

14      **Q.   So there would be maybe three to five**

15  **staffers total who would come to the meetings?**

16      A.   That is correct.

17      **Q.   Do you know who at the three social media**

18  **platforms you referred to attended the meetings?**

19      A.   So I was told by the staffers that they

20  met with Facebook, Google and Twitter.

21      **Q.   But then you actually talked to some**

22  **people from Facebook, Google and Twitter who were**

23  **at those meetings, right?**

24      A.   Yes.

25      **Q.   Who were they for Facebook, for starters?**

**ELVIS CHAN  11/29/2022**

Page 124

```
1      A.   For Facebook, I would typically talk to

2   Steven Siegel.  He's a -- a director on their

3   attorney side.

4      Q.   Anyone else at Facebook that was involved

5   in the meetings with congressional staffers?

6      A.   He would be the one that I would talk to

7   about that.

8      Q.   And he -- for some --

9      A.   That's what I recollect.

10     Q.   And specifically he was involved in those

11  meetings, right?

12     A.   He led me to believe that he was involved

13  in those meetings.  Probably not just him.

14     Q.   How about -- how about Twitter, what -- do

15  you know who at Twitter was involved in those

16  meetings?

17     A.   I would have discussions with Yoel Roth or

18  Angela Sherrer.

19     Q.   How do you spell "Angela Sherrer"?

20     A.   Angela, common spelling; Sherrer,

21  S-h-e-r-r-e-r.

22     Q.   Anyone else?

23     A.   She is no longer -- she's no longer -- or

24  neither of them are at Twitter anymore.

25     Q.   Okay.  There's some turnover there?
```

**ELVIS CHAN  11/29/2022**

Page 125

```
 1      A.   Yes.

 2      Q.   Anyone else at Twitter?

 3      A.   Those would be the two senior officials

 4   that I am aware of.

 5      Q.   How about Google?

 6      A.   I would say in my experience it would be

 7   Richard Salgado.

 8      Q.   Anyone else besides Richard Salgado?

 9      A.   I believe on some occasions Shane Huntley

10   would attend.

11      Q.   Anyone else at Google?

12      A.   I can't recollect at this time, but those

13   would be the two most senior officials attending

14   those types of meetings.

15      Q.   Let me ask you this:  Connecting these two

16   things, did you observe that after those meetings

17   where the congressional staffers came out and met

18   with Facebook, Twitter and YouTube; that Facebook,

19   Twitter and YouTube changed their practices and

20   became more active in account takedowns?

21      A.   No.  I would not connect those two events.

22   What I would say is after 2016 -- at the end of

23   2016 and the beginning of 2017, after those initial

24   congressional hearings, and even prior to those

25   congressional hearings, in my experience, the
```

1  companies did not seem to be aware of the

2  activities going on on other platforms.  But after

3  they became aware, they became much more active in

4  trying to combat it.

5      Q.    I am going to pull up your thesis again,

6  and hopefully it won't cause audio problems.  Can

7  you see that?

8      A.    Can you let us know what page you're on?

9      Q.    Yeah.  This is on Page 42.  See down

10  there, that's Page 42?  And then that would be Page

11  66 of the PDF.

12      A.    Okay.  I can see one whole paragraph and

13  parts of two paragraphs.

14      Q.    Can you see here at the top of the page

15  where you refer to the "Internet Research Agency's

16  influence campaign in 2016"?

17      A.    Yes.

18      Q.    And then you say that the "companies

19  allowed the IRA free rein to achieve the relevant

20  elements of the Kartapolov Framework" in 2016,

21  right?

22      A.    Yeah.  That is how I characterize that.

23      Q.    And that's a reference to, you know, "free

24  rein," that is engaging in no takedown activity at

25  all, but letting the Russian inauthentic content be

1   freely disseminated on their platforms, right?

2       A.   That is correct.

3       Q.   And then you go on to say, "However, later

4   on, intense pressure from U.S. lawmakers and the

5   media would eventually force the social media

6   companies to examine what had taken place on their

7   platforms and strive to ensure it did not happen in

8   the future," right?

9       A.   Yeah.  I wrote that.  And you can see that

10  the footnote says I am referencing the HPSCI

11  "Report on Russian Active Measures."

12      Q.   So you're actually referencing HPSCI, the

13  congressional committee that sent these staffers

14  out to have these meetings that we just talked

15  about, right?

16      A.   That's correct.

17      Q.   Do you still agree with that statement

18  that (as read) "intense pressure from U.S.

19  lawmakers and the media forced the social media

20  companies to examine what had taken place and

21  strive to ensure it did not happen in the future"?

22      A.   Yes.  I wrote that statement, and I agree

23  with it.

24      Q.   That's a consistent approach with the

25  Footnote 185 that cites the congressional reports

1    as well as what you said earlier about, you know,

2    calling the tech CEOs in to testify in front of

3    Congress and these meetings out here in San

4    Francisco, right?

5         A.   Yes.  That is my personal opinion.

6         Q.   Okay.  I want to jump ahead to Page 46 of

7    your thesis.  Can you still hear me?

8         A.   Yes.

9         Q.   Okay.  Do you see here on Page 46, Page 70

10   of the PDF?

11        A.   "Facebook stated it took a series of

12   measures"?

13        Q.   All right.

14             (Discussion off the record.)

15             THE WITNESS:  I read the first sentence of

16   the second paragraph.

17        Q.   BY MR. SAUER:  Right.  If I could direct

18   your -- can you hear me now?

19        A.   Yes.

20        Q.   Directing your attention higher up, at the

21   very top of the page, you say, "Facebook and

22   Twitter appeared to be the most detailed in sharing

23   their changes and the most public about account

24   takedowns," right?

25        A.   That is correct.

**ELVIS CHAN  11/29/2022**

Page 129

```
 1       Q.   And "their changes," what are those?  Is
 2  that a reference to substantive actions and policy
 3  changes to address malign foreign influence?
 4       A.   Yes.
 5       Q.   And your footnotes there I think refers to
 6  changes that they actually made to their
 7  content-modulation policies, right, their terms of
 8  service?
 9       A.   That is correct.  Whenever --
10            (Discussion off the record.)
11            THE WITNESS:  Okay.  Can you -- can you
12  scroll back to the sentence you were on, Mr. Sauer?
13            Oh, I wanted to clarify that the
14  substantive actions refers to, like, the
15  technology-detection methods, right?  That is one
16  of the substantive actions.
17            And then, as you mentioned, yeah, the
18  policy changes specifically to their terms of
19  service or community standards.
20            (Discussion off the record.)
21            THE WITNESS:  -- and community -- or
22  community standards.
23       Q.   BY MR. SAUER:  Got you.  So the policy
24  changes are changes -- the substantive changes are
25  their using algorithms to detect inauthentic
```

**ELVIS CHAN  11/29/2022**

Page 130

1   content, right?

2       A.   Correct.  That is -- that is what I'm

3   referring to.

4       Q.   **And then these -- the policy changes are**

5   **actually changing their terms of service to make**

6   **things -- to clarify that certain things actually**

7   **violate their policies and can be taken down,**

8   **right?**

9       A.   Correct.

10      Q.   **So those are kind of more robust or more**

11  **aggressive content-modulation policies that they**

12  **have adopted in this time frame, right?**

13      A.   Yes.

14      Q.   **And you go on to say in the next page,**

15  **"Facebook and Twitter appeared to be the most**

16  **detailed in sharing their changes and the most**

17  **public about account takedowns," right?**

18      A.   That is correct.

19      Q.   **And the changes they shared were they**

20  **shared that they had both -- well, include the**

21  **policy changes, the changes to their terms of**

22  **service, right?**

23      A.   Yes.  They were very public in blog posts

24  about the terms-of-service changes --

25                  (Discussion off the record.)

```
 1              THE WITNESS:  -- is their term for it --
 2                (Discussion off the record.)
 3              THE WITNESS:  And providing reports of
 4    account takedowns of foreign malign influence.
 5      Q.   BY MR. SAUER:  So in addition to notifying
 6    the FBI that they had taken stuff down, they would
 7    provide a public report saying, "Hey, we took down
 8    all the -- a certain number of accounts in the last
 9    quarter"; is that what they would do?
10      A.   Yes, yes.
11      Q.   Okay.  And you go on to say, "A possible
12    reason could be that Facebook and Twitter faced
13    more Congressional scrutiny than Google as their
14    senior executives testified before Congress on
15    three separate occasions before the midterm
16    elections" --
17      A.   Uh-huh.
18      Q.   -- is that right?
19      A.   Yes.  I do cite a news article.  I --
20    however, I do share the opinion of that article.
21      Q.   And that's consistent with what we just
22    talked about a moment ago, which is that one way
23    that these social media platforms experience
24    pressure was Mark Zuckerberg and Jack Dorsey had to
25    go testify in front of Congress multiple times.
```

ELVIS CHAN  11/29/2022

 1    **And you infer from that that may have led to their**
 2    **changing their terms of service to be more robust**
 3    **and to prevent certain kinds of content from being**
 4    **posted; fair to say?**
 5            MR. SUR:  Objection; mischaracterizes the
 6    record.
 7            THE WITNESS:  My personal opinion is that,
 8    yeah, the -- my personal opinion is that political
 9    pressure from Congress was a contributing factor.
10    **Q.   BY MR. SAUER:  On the next page, Page 47,**
11    **you talk about there were a significant number of**
12    **takedowns, right?  "In 2018, Twitter announced the**
13    **takedown of 3,613 IRA-associated accounts."**
14    A.   Yeah.  I see that at the bottom of the
15    first paragraph on that page.
16    **Q.   Do you have any way of knowing if all of**
17    **those were actually IRA-associated or some of them**
18    **might have been authentic accounts?**
19    A.   Well, I only know what Twitter has told
20    us.
21    **Q.   Jumping ahead in your thesis to -- a**
22    **couple pages, to Page 49, you talk about how**
23    **something "provided politicians with the occasion**
24    **to exert pressure on the companies to make**
25    **constructive changes to their platforms," right?**

ELVIS CHAN  11/29/2022

1      A.    Yeah, that was my assessment.

2      Q.    Yeah.  And in other words, this is, again,

3   another way of saying something we have been

4   talking about, that politicians, including members

5   of Congress, pressured the social media companies

6   to make changes to their platforms to address

7   malign foreign influence, correct?

8      A.    That is correct.

9      Q.    And you described it as "constructive

10   changes."  So by and large you approve of the

11   policy changes and substantive actions that were

12   taken after 2016, correct?

13          MR. SUR:  Objection; lacks foundation.

14          THE WITNESS:  The reason I said it was

15   constructive was that it appeared the social media

16   companies were able to detect and counter

17   foreign-malign-influence operations on their

18   platforms, which I believe was constructive.

19      Q.    BY MR. SAUER:  And do you think it's

20   constructive that they are better equipped to

21   engage in account takedowns?

22      A.    That is correct.  As compared to 2016 and

23   prior.

24      Q.    And you think it is a positive development

25   between 2016 and 2018 that zero accounts were taken

**ELVIS CHAN  11/29/2022**

Page 134

1    down during the 2016 cycle but 3,613 Twitter

2    accounts were taken down in the 2018 cycle,

3    correct?

4         A.    Yeah.  The higher number is better than

5    zero, in my estimation.

6         Q.    Because by and large you believe that

7    malign-foreign-influence accounts should be taken

8    down from Twitter, Facebook, YouTube and so forth?

9         A.    Yes, that is my belief.

10        Q.    In the next paragraph of the thesis, you

11   talk about the Global Engagement Center.  What

12   exactly is that?

13        A.    So as I mentioned, it -- legislation

14   established the Global Engagement Center within the

15   State Department.  And based on my understanding

16   and review of reporting about the GEC, they were

17   primarily focused originally on countering foreign

18   terrorist organizations' propaganda.

19        Q.    Do you -- and then did their mission

20   change to address malign foreign influence?

21        A.    I -- yeah.  I would say it has now -- in

22   my experience, it is now including malign foreign

23   influence as well.

24        Q.    When you say your experience, do you

25   interact with the Global Engagement Center in your

**ELVIS CHAN  11/29/2022**

```
 1    professional role?
 2        A.   Yeah, I -- the -- yes.  Ahead of the 2020
 3    elections, I engaged with a regional representative
 4    who was based here in San Francisco.
 5        Q.   Who was that?
 6        A.   His name was Sam Stewart.
 7        Q.   Uh-huh.  Was that Samaradun Kay Stewart?
 8        A.   Yeah.  Yeah, that's his full name.
 9        Q.   What were your interactions with him?
10        A.   I would have periodic phone calls with
11    him.  He would meet with the social media companies
12    separately from me.  And from what he told me, it
13    seemed like he primarily met with policy
14    individuals.  I -- I rarely, if ever, meet with
15    policy individuals.
16             As I mentioned to you before, I typically
17    meet with the trust and safety individuals and then
18    their associated attorneys.
19        Q.   Did he discuss with you the nature of the
20    meetings he had with the policy individuals at
21    social media platforms?
22        A.   I would say only broadly.  He discussed
23    different initiatives that they have.
24        Q.   Would the social media platforms --
25        A.   And these initiatives include different
```

1    types of software made by vendors that they would

2    pilot to see if they could detect malign foreign

3    influence on social media platforms.  And then he

4    would also share information from State Department

5    employees who were at embassies, you know, boots on

6    the ground type of information from the embassies

7    we have around the world.

8            That is the type of information that he

9    would share with me and let me know that that was

10   the type of information that he was sharing with

11   the companies.

12      Q.   **That first piece of it is kind of**

13   **interesting because it sounds like that connects to**

14   **what you said earlier about the substantive actions**

15   **taken by the social media platforms.  They adopted**

16   **computer programs or algorithms to try and detect**

17   **inauthentic foreign activity, correct?**

18      A.   Yes.  In my estimation, they use that type

19   of technology to detect and either knock down or

20   flag malign-foreign-influence activity.

21      Q.   **It sounds like Mr. Stewart was, based on**

22   **your description, kind of offering them access to**

23   **the sorts of tools they might be able to use to**

24   **detect it, correct?**

25           MR. SUR:  Objection; calls for

1   speculation, mischaracterizes the record.

2         THE WITNESS:  So I don't know what outside

3   vendors any of the companies, any of the social

4   media companies use.

5         I do know that the -- Sam Stewart from the

6   Global Engagement Center, he -- he would provide

7   webinars to me from these different types of

8   vendors, and then the vendors would just come in

9   and share results that they have.

10      Q.   BY MR. SAUER:  When you say "results," are

11   these vendors who prepare computer programs to

12   detect, you know, inauthentic activity on social

13   media platforms?

14      A.   That is my understanding.

15      Q.   And you -- I take it you participated in

16   some of his presentations, or you --

17      A.   I would say I went to two of those

18   webinars just to see what they were like.

19         However, based on my viewing of those two

20   webinars, I did not think it was useful from a law

21   enforcement standpoint.

22      Q.   And would it be more useful -- in other

23   words, a more useful audience would have been the

24   social media platforms who might use such programs?

25         MR. SUR:  Objection; vague.

ELVIS CHAN  11/29/2022

```
 1           THE WITNESS:  I believe that is why Sam
 2    Stewart would share that type of information.  But
 3    the reason I did not find it useful was because, as
 4    a law enforcement agency and a domestic security
 5    service, I am focused on the malign foreign actors
 6    themselves and their activities.  And what these
 7    companies and applications did was just look at
 8    the -- look at the content and activities from a
 9    surface level.
10           So I would be concerned that that sort of
11    application might accidentally pick up U.S. people
12    information, and so that is not something that I
13    think would be useful or relevant to the FBI.
```

**14    Q.   BY MR. SAUER:  And so your concern -- your**
**15    concern was that the GEC's kind of computer**
**16    programs that they were making available to social**
**17    media companies might be overinclusive and**
**18    misidentify authentic accounts as inauthentic**
**19    activity?**

```
20           MR. SUR:  Objection; lacks foundation,
21    calls for speculation, and mischaracterizes the
22    record.
23           THE WITNESS:  So if I may -- if I may
24    respond to your question.  So the State Department
25    is primarily a foreign-focus agency.  And so in
```

1   their estimation -- I believe that in their

2   estimation their tools would be deployed overseas,

3   where I believe they do not have the same type of

4   legal training that I do specifically about First

5   Amendment protections.  And so, you know, they are

6   overseas in embassies and their analysts are

7   overseas in embassies, and so they don't have the

8   same sorts of concerns that I would working at the

9   FBI is what I -- is my personal opinion.

10      **Q.   BY MR. SAUER:  Okay.  And those concerns**

11   **specifically is that it would raise a First**

12   **Amendment concern if somebody's -- a real user's**

13   **account got accidentally taken down because the**

14   **State Department provided a computer program that**

15   **was overinclusive?**

16          MR. SUR:  Objection; mischaracterizes the

17   record and calls for a legal conclusion.

18      **Q.   BY MR. SAUER:  But if -- yeah, if that**

19   **concern --**

20      A.   So I don't think the State Department was

21   providing these programs to the companies.  I think

22   the State Department was just providing a venue

23   where different vendors could show off their

24   products.  I don't think they endorsed or did not

25   endorse these products, but they provided -- and it

```
 1   wasn't just for the social media companies.

 2           They would invite all sorts of audiences,

 3   to include researchers, employees from State

 4   Department counterparts, so typically Ministry of

 5   Foreign Affairs.  They would provide -- these were

 6   open to the general public, but I believe the

 7   audience that they were going for were State

 8   Department-equivalent personnel, social media

 9   companies and researchers.

10           MR. SAUER:  Do you want to go off the

11   record?

12           THE WITNESS:  That's just based on what --

13           THE VIDEOGRAPHER:  Off the record at

14   12:27.

15              (Whereupon the noon recess was

16               taken.)

17                    ---o0o---

18

19

20

21

22

23

24

25
```

1    REMOTE VIA ZOOM, CALIFORNIA, NOVEMBER 29, 2022

2                    AFTERNOON SESSION

3                        ---o0o---

4        THE VIDEOGRAPHER:  We are back on the

5    record at 1:20 p.m.

6        Q.   BY MR. SAUER:  Agent Chan, I just want to

7    direct your attention back to your thesis, Exhibit

8    1, for a few more questions.  Let me know if you

9    have difficulty hearing me.

10            Here I am on Page 61 of your thesis, which

11    is Page 85 of the pdf.  In here you discuss the

12    case of PeaceData, which was a website, right?

13        A.   Yes, that is correct.

14        Q.   What exactly was PeaceData?  Was that a

15    Russian-originated website?

16        A.   Yes.  For the 2020 election cycle, that

17    was a website created by the Internet Research

18    Agency.

19        Q.   And it was intended to sow kind of

20    disinformation and discord among kind of

21    left-leaning voters in the United States, right?

22        A.   Yes.

23        Q.   And then here in this sentence that I am

24    highlighting you say "Third, Reuters broke a story

25    about the IRA posing as PeaceData staff to hire

1   unwitting freelance journalists, including

2   Americans, to write articles for the site," right?

3       A.    That is correct, and I cite the articles.

4       Q.    Right.  And then you go on to say that

5   "The Carnegie Endowment" "determined that at least

6   20 freelance journalists," which includes

7   Americans, "had been duped into writing articles

8   for the PeaceData outlet," right?

9       A.    That is correct.

10      Q.    Those articles were posted on that

11  website, right?

12      A.    That is correct.

13      Q.    Then that website, I take it, got taken

14  down as a result of the revelation that it was a

15  Russian mis- -- or Russian-originated site, right?

16      A.    I do not believe it was taken down.  I

17  believe it was just discredited.  It may -- I

18  haven't checked it, but it was up for a while.

19      Q.    And this is one of those sites that you

20  described as achieving fairly low engagement

21  earlier in the deposition; is that right?

22      A.    Right.  That is correct.

23      Q.    Was the FBI involved in the investigation

24  of the PeaceData?

25          MR. SUR:  Objection; vague.

**ELVIS CHAN  11/29/2022**

Page 143

```
 1           THE WITNESS:  So the FBI shared
 2    information with the companies that it believed the
 3    Internet Research Agency was standing up.  Two
 4    websites.  One was PeaceData, and the other was
 5    called NAEBC, which is an abbreviation for Newsroom
 6    for American- and European-Based Citizens.  So they
 7    were supposed to be complementary news websites.
 8    But we did tip the social media companies to both
 9    of those sites.
10        Q.   BY MR. SAUER:  Did the social media
11    companies, to your knowledge, act on that
12    information and take actions to restrict social
13    media postings about those -- bombing those sites?
14        A.   What they conveyed to me is that they
15    identified accounts that were foreign-associated,
16    so Internet Research Agency-associated, that were
17    directing users on those platforms to the PeaceData
18    website as well as the NAEBC website.
19        Q.   So they identified.  Did they take actions
20    against those accounts?
21        A.   I believe they did.
22        Q.   Okay.  So this is a situation where the --
23    in the 2020 election cycle the tactics have evolved
24    and the Russians have now created a website, hired
25    Americans to write for the website and post
```

```
 1    articles on it, and then are using fake accounts to
 2    direct ordinary users to the content on that
 3    website; is that right?
 4            MR. SUR:  Objection; assumes facts not in
 5    evidence.
 6            THE WITNESS:  Yeah, so you have summarized
 7    one of the shifts that I noticed in my thesis.
 8       Q.    BY MR. SAUER:  Got you.  And the FBI was
 9    the organization that flagged this for social media
10    companies as -- the PeaceData site as a
11    Russian-originating site, correct?
12       A.    Yes, that is my recollection.
13       Q.    Okay.  So in that you talked about the
14    NAEBC site, right?  That's N-A-E-B-C, right?
15       A.    Correct.
16       Q.    And that was a more right-wing site that
17    the Russians originated?
18       A.    Correct.
19       Q.    And just turning two pages ahead in your
20    thesis to Page 63, you have a sentence here about
21    the NAEBC site that begins "Lastly, Graphika
22    determined that the IRA used various social media
23    accounts to engage with real users and convince
24    them to post on the NAEBC site, which met with some
25    success," correct?
```

1      A.   Yes, I wrote that, and I was citing the
2   Graphika team report.
3      Q.   So it's your understanding that the NAEBC
4   site also included content drafted and written by
5   real users that had posted on that site?
6      A.   Yes, based on the Graphika report.
7      Q.   So it is a bit like the PeaceData site
8   where they had hired freelance journalists,
9   including Americans, to post on the site.  Here
10  they induced social media users to post their own
11  thoughts on that site, right?
12     A.   That is correct, but we do not know the
13  nationality of the users because it wasn't
14  mentioned in the source that I used.
15     Q.   You don't know today whether those were
16  Americans or foreigners who were posting on that
17  NAEBC site, right?
18     A.   I do not.
19     Q.   But the NAEBC site was designed by the
20  Russians for Americans to read, right, or Americans
21  and Europeans; is that right?
22     A.   That is my assessment.
23     Q.   In fact, NAEBC stands for Newsroom for
24  American- and European-Based Citizens, right?
25     A.   That is correct.

ELVIS CHAN  11/29/2022

1     Q.   Higher on this page you describe these

2  people who posted on the site as unwitting

3  co-optees.  Do you see that?

4     A.   I do see that.

5     Q.   So you have a situation where there's a

6  kind of, you know, intermingling or blending of the

7  inauthentic Russian content with essentially

8  authentic user-generated content, right?

9          MR. SUR:  Objection; vague and ambiguous.

10         THE WITNESS:  Yes, I characterize those

11  individuals as unwitting co-optees.

12     Q.   BY MR. SAUER:  And the FBI flagged the

13  NAEBC site for social media platforms as a kind of

14  Russian-originated source as well, right?

15     A.   That is correct.

16     Q.   Did you also flag social media accounts

17  that were engaged in directing people -- or

18  directing people to those sites, both PeaceData and

19  NAEBC, to the social media platforms?

20         MR. SUR:  Objection; vague and ambiguous.

21         THE WITNESS:  No, not to my recollection.

22  From my recollection, we provided those two

23  websites to include the URLs and then the companies

24  were able to discover Russian-controlled accounts

25  that were used to try to redirect users to those

1  websites.

2      Q.   BY MR. SAUER:  And the social media

3  companies told you that they had found them.  Did

4  they say they had taken action against those

5  accounts?

6      A.   Yes, they said that they had taken down

7  those accounts.

8      Q.   Jumping ahead to Page 70 of your thesis,

9  which is Page 94 of the PDF, Table 5 here you have

10  a summary of Facebook takedowns from 2020, right?

11      A.   Yes.

12      Q.   And you have a grand total of 825 accounts

13  taken down from Facebook and Instagram pages -- or

14  platforms, right?

15      A.   That is correct.

16      Q.   So I think part of your thesis points out

17  that Facebook was much, much more active in the

18  2020 election cycle in removing

19  malign-foreign-influence accounts than it had been

20  in 2016, right?

21      A.   That is my assessment.

22      Q.   And in your thesis, you only cite the four

23  publicly cited in media reports instances where the

24  FBI had flagged stuff to Facebook and other social

25  media platforms, right?

**ELVIS CHAN  11/29/2022**

Page 148

```
 1      A.   That is correct.  Because that was -- I
 2  was writing the thesis for me personally, and I was
 3  not representing -- you know, if you look at the
 4  caveat in the first place, I was representing my
 5  personal views and not necessarily the views of the
 6  FBI regarding the thesis.
 7      Q.   But in your capacity as an FBI agent,
 8  you're aware of a lot more than four instances
 9  where the FBI had flagged accounts, right?
10      A.   You are correct.
11      Q.   In fact, I think you said it was one to
12  five instances per month in 2018 election cycle --
13  sorry, one to five instances per month during the
14  2020 cycle and one to four instances per month in
15  the 2022 cycle, correct?
16      A.   That is correct.  And the reason for that
17  is because that information is not publicly
18  available.  So I could not use it in my thesis.
19      Q.   Understood.  And of those 825 accounts
20  from Facebook, do you have any idea, ballpark, how
21  many of those were the results of takedowns --
22  sorry.  How many of those takedowns were the result
23  of information provided by the FBI?
24      A.   Unfortunately I do not.  I would love to
25  have that statistic, but I do not have that.
```

1      Q.   You kind of asked them for that and they
2  haven't told you, right?
3      A.   That is correct.
4      Q.   Okay.  But it's some subset of those
5  because you have been told on multiple occasions
6  that they have acted on information that you
7  provided, right?
8      A.   That is my assumption.
9      Q.   Next page you talk about in 2019, Twitter
10 announced two takedowns of 422 accounts which made
11 929,000 tweets, right?
12     A.   That's correct.
13     Q.   Can you look at the figure on that page?
14 Looks like the topics relate to the 2018 midterms,
15 MAGA, ReleaseTheMemo and other subjects; is that
16 right?
17     A.   That is correct.
18     Q.   ReleaseTheMemo is some -- some sort --
19 some trend that's designed to appear -- to appeal
20 to conservative voters, right?
21     A.   Honestly, I can't remember.
22     Q.   In any event, do you know how many of
23 these 422 accounts and 929,000 tweets that were
24 removed were the result of FBI information?
25     A.   I do not.

1    Q.   It is some subset of those, but they

2   haven't given you the precise numbers; is that fair

3   to say?

4       A.   That is -- that would be my assumption.

5    Q.   And then the next page, again, there's a

6   reference to Twitter announcing four sets of

7   takedowns with 1,233 accounts as well.  Same

8   question:  I take it that some of those are due to

9   the FBI, but you don't know how many?

10          MR. SUR:  Objection; calls for

11   speculation.

12          THE WITNESS:  I would assume that some

13   subset of that amount was due to information we

14   provided, but I do not know the exact number.

15    Q.   BY MR. SAUER:  And at some level you know

16   that some are because Twitter's told you on at

17   least some occasions, "Yes, we acted on your

18   information and took down problematic accounts,"

19   right?

20       A.   That is correct.

21    Q.   Let's jump ahead to Page 76 of your

22   thesis.  You have a discussion of some meetings

23   here at the bottom of the page.  You see where I

24   am?  On September -- you talk about how the U.S.

25   government was more engaged ahead of the 2020

1   elections, right?

2       A.   I said the government appeared to be more

3   engaged with social media companies.

4       **Q.   In fact, based on your actual experience,**

5   **were you more engaged?**

6       A.   I would personally characterize it as

7   being more engaged.  However, I cannot discuss that

8   in a thesis.

9       **Q.   Got you.  This next sentence you say**

10  **"September 4th, 2019, Facebook hosted an election**

11  **security meeting with FBI, DHS and ODNI," right?**

12      A.   That's correct.

13      **Q.   Were you at that meeting?**

14      A.   I was at that meeting.

15      **Q.   Who else was at that meeting from the FBI?**

16      A.   I specifically remember two attorneys

17  being at that meeting, but they are both GS-14

18  attorneys.

19      **Q.   Don't tell me their names.  Anyone else**

20  **from the FBI?**

21      A.   No.  I believe I -- yeah, I was the only

22  non-FBI -- I'm trying to remember if any FITF

23  employees came.  Actually, yes, I believe one

24  employee from FITF came, but I am not completely

25  sure.

**ELVIS CHAN  11/29/2022**

Page 152

```
1          Q.    Do you know who it was?

2          A.    Yeah, he's another GS-15.  It would be the

3    unit chief for the Russian unit.

4          Q.    How about from DHS, were those CISA

5    individuals?

6          A.    I definitely remember Matt Masterson being

7    there, but I do not remember if Brian Scully was

8    there.  Oh, I also remember the director of CISA,

9    Mr. Krebs, was there as well.

10         Q.    So Krebs, Masterson and possibly Scully

11   were at that meeting?

12         A.    Krebs and Masterson for sure, and I can't

13   remember if Scully was there.

14         Q.    Okay.  What was discussed at this meeting?

15         A.    It was just an overall meeting to discuss

16   election security, and I think in my opinion,

17   Facebook held the meeting because they wanted all

18   of the relevant federal government components in

19   the same room to share what the federal government

20   agencies intended to do to ensure the safety of the

21   2020 elections.

22         Q.    Okay.  And you go on to the next page to

23   say, "The other companies attending the meeting

24   included Google, Microsoft, and Twitter," right?

25         A.    Yeah.  And you can see from the footnote
```

```
 1   those were the only companies who were mentioned in

 2   the article.

 3        Q.   Were there other companies there, since

 4   you attended the meeting?

 5        A.   Yes, there were other companies there.

 6        Q.   Which ones?

 7        A.   I specifically remember Yahoo! was there.

 8        Q.   Any others?

 9        A.   Not from my recollection.

10        Q.   Were the individuals from the social media

11   platforms at these -- at this meeting, were these

12   people from the site integrity or trust and safety

13   teams?

14        A.   Yes.

15        Q.   So those are the people on the social

16   media side who have responsibility for enforcing

17   content-modulation decisions and enforcing terms of

18   service?

19        A.   That is --

20             MR. SUR:  Objection; calls for

21   speculation, lacks foundation.

22             THE WITNESS:  That is my understanding.

23        Q.   BY MR. SAUER:  Did you -- what was -- was

24   content modulation discussed at all?  Was

25   disinformation discussed at this meeting?
```

```
 1              MR. SUR:  Objection; vague and ambiguous.
 2              THE WITNESS:  From my recollection, the
 3    social media companies were focused on discussing
 4    disinformation, and the FBI was really focused on
 5    the actors who were involved, specifically the
 6    Internet Research Agency.
 7         Q.   BY MR. SAUER:  So this was an information
 8    where disinformation was discussed and removing
 9    disinformation from platforms?
10         A.   So the social media companies discussed
11    that.  We, the FBI, did not discuss that.
12         Q.   What did CISA discuss at this meeting,
13    Mr. Krebs and Mr. Masterson or Mr. Scully, if he
14    was there?
15         A.   From my recollection, CISA just discussed
16    what their role was and is in securing election
17    infrastructure and supporting election officials.
18         Q.   Did they talk about disinformation?
19         A.   I do not remember them talking about
20    disinformation.
21         Q.   How about ODNI, did they talk about
22    removing disinformation?
23         A.   No, they did not.  ODNI, from my
24    recollection, provided an unclassified overview of
25    three specific nation states that they were
```

1  concerned might try to conduct malign-influence

2  campaigns against the U.S. elections in 2020.

3  These include Russia, China and Iran.

4      **Q.   You go on to say, "In August 2020, the New**

5  **York Times broke a story revealing that the private**

6  **sector companies working with the U.S. government**

7  **had expanded to include the Wikimedia Foundation,**

8  **Verizon Media, Reddit, Pinterest, and LinkedIn,"**

9  **correct?**

10     A.   That is correct.

11     **Q.   So let me ask you this:  Were there other**

12  **meetings, other than this one on September 4th,**

13  **2019, with these other companies?**

14     A.   I don't remember another -- oh, outside of

15  the CISA-hosted industry group meetings, I don't

16  remember another meeting that had all of the

17  companies together.

18     **Q.   Okay.  So the CISA-hosted meetings, that's**

19  **the -- I think we talked about at the very**

20  **beginning of the deposition, the industry -- what**

21  **does CISA call, the industry-what meeting?**

22     A.   I can't remember, but yes, those were the

23  meetings I was -- those were the meetings I was

24  referring to.

25     **Q.   So you believe this -- you believe this**

1    New York Times story that refers to Wikimedia,

2    Reddit and Pinterest and so forth is a reference to

3    the CISA-hosted industry meeting that you just

4    testified about earlier, correct?

5         A.   That is only my assumption.

6         Q.   Okay.  Those meetings you attended some

7    but not all of them, I think you said?

8         A.   Yes, that is correct.

9         Q.   Was disinformation discussed at those

10   meetings, the CISA-led industry meetings that

11   included all these social media platforms?

12        A.   Yes, from -- the disinformation content

13   was shared by the social media companies.  They

14   would provide a strategic overview of the type of

15   disinformation they were seeing on their respective

16   platforms.

17        Q.   And then what did the government say in

18   those meetings?

19             MR. SUR:  Objection; vague and ambiguous.

20             THE WITNESS:  As I mentioned before, CISA

21   primarily discussed actual election logistics to

22   include the dates of State primaries, the methods

23   for which ballots were cast.

24             The FBI, we just provided strategic,

25   unclassified overviews of the activities that we

1   saw the Internet Research Agency doing.

2           ODNI, to my recollection, did not provide

3   any substantive overviews at most of the meetings

4   except for to provide general assessments about

5   nation-state-level threats.

6       **Q.   BY MR. SAUER:  I am going to jump ahead to**

7   **Page 94 of your thesis, and that's on Page 118 of**

8   **the PDF.**

9       A.   So where --

10      **Q.   Up here at the top.**

11      A.   Part B, "Recommendations."

12      **Q.   Right above it.**

13      A.   Okay.

14      **Q.   At the top you say, "Many factors are at**

15  **play when trying to measure the effects of Russia's**

16  **influence operations," right?**

17      A.   Yes.

18      **Q.   You say, "First-order effects include real**

19  **users interacting with inauthentic content," right?**

20      A.   Yes.

21      **Q.   Interacting with inauthentic content, that**

22  **includes reading it, liking it, commenting on it,**

23  **potentially reposting it and reposting it with a**

24  **commentary, correct?**

25      A.   Yes.

1     Q.   Those are all first-order effects of

2  Russia's influence operations, right?

3     A.   That is how I define "first-order

4  effects."

5     Q.   Got you.  "Russian-bot amplification of

6  diverse organic content is what you list in that

7  list, right?

8     A.   Yeah, I also define that as a "first-order

9  effect."

10     Q.   And that refers to the Russian bots

11  basically being used to amplify, that is like or

12  repost or retweet, content that other users have

13  already posted, right?

14     A.   That is correct.

15     Q.   And then a third first-order effect you

16  identify is "IRA-controlled accounts communicating

17  directly with real users," right?

18     A.   That's correct.

19     Q.   They would be directing messages to those

20  users, and those users would be responding to these

21  inauthentic accounts, right?

22     A.   Correct.

23     Q.   Jumping ahead to Page 99, you make a

24  recommendation here for "the U.S. government to

25  establish a National Counter Information Operations

1    Center as an interagency fusion center and focal

2    point for countering disinformation campaigns,"

3    right?

4        A.    That is a personal recommendation that I

5    made.  If you look at the footnote, this was one of

6    the recommendations of the U.S. Cyberspace

7    Solarium.

8        Q.    Okay.  So you kind of agree with what they

9    had recommended, right?

10       A.    That is my personal stance, not

11   necessarily the stance of the FBI.

12       Q.    You go on to say, "In April 2021" -- you

13   talk about how that commission, the one whose

14   recommendation you agree with, envisioned a center

15   that would allow the relevant U.S. government

16   elements to work alongside social media companies

17   to combat disinformation, right?

18       A.    That is correct.  But I'm also citing a

19   report.

20       Q.    And combatting disinformation here would

21   include the sort of stuff we're talking about

22   already today, which is flagging inauthentic

23   accounts and having them removed, right?

24            MR. SUR:  Objection; vague and ambiguous,

25   mischaracterizes the record.

```
 1              THE WITNESS:  Yeah.  So my intent was --
 2    and what the commission also envisioned was closer
 3    to realtime sharing of information.  So right now,
 4    you know, we are limited by the declassification
 5    process, the approval process for us to be able to
 6    get information in a form that can be shared with
 7    the social media companies.
 8              However, if some of the social media
 9    company employees were to carry security
10    clearances, they could be discussed at least on an
11    informal basis at a high level, a higher
12    classification.
13         Q.   BY MR. SAUER:  And I take it that
14    communication could happen much more quickly under
15    this recommendation, right?
16         A.   Yes.
17         Q.   And that could, therefore, result in
18    quicker action being taken by the social media
19    platforms against inauthentic activity on their
20    platforms?
21              MR. SUR:  Objection; calls for
22    speculation.
23              THE WITNESS:  Yes, that would be my
24    opinion.
25         Q.   BY MR. SAUER:  And the next sentence you
```

**ELVIS CHAN  11/29/2022**

```
 1    say, "In April of 2021, the" ODNI announced "it was
 2    establishing 'the Foreign Malign Influence
 3    Center'."  Do you know anything about that Foreign
 4    Malign Influence Center other than the public
 5    report that you cite?
 6        A.   Unfortunately I do not.
 7        Q.   So you don't know if they have something
 8    like you're recommending already in place where
 9    people with security clearances on the government
10    side and the social media side can convey
11    information to each other more quickly?
12        A.   So I am not aware of any such sent -- of
13    any such center being housed at ODNI at this point.
14        Q.   Jump ahead -- or I'll jump ahead to Page
15    104.  Here toward the end you commented that
16    "although the focus of this thesis was Russian
17    disinformation campaigns, domestic disinformation
18    operations also featured prominently ahead of the
19    2020 elections," correct?
20        A.   Can you tell me what you highlighted
21    again?
22        Q.   Oh, sorry.  Here I am.  "Although the
23    focus of this thesis was Russian disinformation
24    campaigns, domestic disinformation operations also
25    featured prominently ahead of the 2020 elections."
```

**ELVIS CHAN  11/29/2022**

 1     A.   Yes, I wrote that, and I was citing a

 2    report from the Atlantic Council.

 3     **Q.   Did you have any involvement in looking**

 4    **for domestic disinformation campaigns in the 2020**

 5    **election cycle?**

 6          MR. SUR:  Objection; vague,

 7    mischaracterizes the record.

 8          THE WITNESS:  In the context of the FITF

 9    meetings, no.

10     **Q.   BY MR. SAUER:  All right.  How about in**

11    **any other context?**

12     A.   During FBI San Francisco's 2020 election

13    command post, which I believe was held from the

14    Friday before the election through election night,

15    that Tuesday at midnight, information would be

16    provided by other field offices and FBI

17    headquarters about disinformation, specifically

18    about the time, place or manner of elections in

19    various states.

20          These were passed to FBI San Francisco's

21    command post, which I mentioned to you before I was

22    the daytime shift commander, and we would relay

23    this information to the social media platforms

24    where these accounts were detected.

25          So I do not believe we were able to

**ELVIS CHAN  11/29/2022**

 1   determine whether the accounts that were posting

 2   time, place or manner of election disinformation,

 3   whether they were American or foreign.

 4       **Q.   But you received reports, I take it, from**

 5   **all over the country about disinformation about**

 6   **time, place and manner of voting, right?**

 7       A.   That is -- we received them from multiple

 8   field offices, and I can't remember.  But I

 9   remember many field offices, probably around ten to

10   12 field offices, relayed this type of information

11   to us.

12           And because DOJ had informed us that this

13   type of information was criminal in nature, that it

14   did not matter where the -- who was the source of

15   the information, but that it was criminal in nature

16   and that it should be flagged to the social media

17   companies.  And then the respective field offices

18   were expected to follow up with a legal process to

19   get additional information on the origin and nature

20   of these communications.

21       **Q.   So the Department of Justice advised you**

22   **that it's criminal and there's no First Amendment**

23   **right to post false information about time, place**

24   **and manner of voting?**

25           MR. SUR:  Objection on the grounds of

1  attorney-client privilege --

2          MR. SAUER:  He just testified --

3          MR. SUR:  -- and work product issues.

4          MR. SAUER:  That's waived.  He just told

5  him what -- he just described what DOJ said, and

6  I'm asking for specificity.

7          MR. SUR:  I am putting the objection on

8  the record.

9      **Q.   BY MR. SAUER:  You may answer.**

10     A.   That was my understanding.

11     **Q.   And did you, in fact, relay -- let me ask**

12  **you this.  You say manner of voting.  Were some of**

13  **these reports related to voting by mail, which was**

14  **a hot topic back then?**

15     A.   From my recollection, some of them did

16  include voting by mail.  Specifically what I can

17  remember is erroneous information about when

18  mail-in ballots could be postmarked because it is

19  different in different jurisdictions.

20          So I would be relying on the local field

21  office to know what were the election laws in their

22  territory and to only flag information for us.

23          Actually, let me provide additional

24  context.  DOJ public integrity attorneys were at

25  the FBI's election command post and headquarters.

1  So I believe that all of those were reviewed before

2  they got sent to FBI San Francisco.

3     **Q.**  **So those reports would come to FBI San**

4  **Francisco when you were the day commander at this**

5  **command post, and then FBI San Francisco would**

6  **relay them to the various social media platforms**

7  **where the problematic posts had been made, right?**

8     A.   That is correct.

9     **Q.**  **And then the point there was to alert the**

10  **social media platforms and see if they could be**

11  **taken down, right?**

12     A.   It was to alert the social media companies

13  to see if they violated their terms of service.

14     **Q.**  **And if they did, then they would be taken**

15  **down?**

16     A.   If they did, they would follow their own

17  policies, which may include taking down accounts.

18     **Q.**  **How about taking down posts as opposed to**

19  **the entire account?**

20     A.   I think it depends on how they interpreted

21  it and what the content was and what the account

22  was.

23     **Q.**  **Do you know what the -- do you know**

24  **whether some of those posts that you relayed to**

25  **them were acted on by their content modulators?**

ELVIS CHAN 11/29/2022

```
 1            MR. SUR:  Objection; vague and ambiguous.
 2            THE WITNESS:  So from my recollection, we
 3    would receive some responses from the social media
 4    companies.  I remember in some cases they would
 5    relay that they had taken down the posts.  In other
 6    cases, they would say that this did not violate
 7    their terms of service.
 8       Q.   BY MR. SAUER:  What sort of posts were
 9    flagged by you that they concluded did not violate
10    their terms of service?
11       A.   I can't remember off the top of my head.
12       Q.   I mean, I take it they would all have a
13    policy against just posting about the wrong time
14    that the poles opened, right?  Or the wrong date to
15    mail your ballot?
16       A.   That would be my assumption, but I do
17    remember, but I can't remember the specifics as to
18    why.  But I do remember them saying that certain
19    information we shared with them did not result in
20    any actions on their part, but I can't remember the
21    details of those.  They were not frequent, but I do
22    remember that they occurred.
23       Q.   In most cases when you flagged something,
24    it was taken down?
25       A.   In most cases -- let me rephrase that.
```

**ELVIS CHAN  11/29/2022**

1          In some cases when we shared information

2    they would provide a response to us that they had

3    taken them down.

4        **Q.   Got you.  Same as the -- go ahead.**

5        A.   I would not say it was 100 percent success

6    rate.  If I had to characterize it, I would say it

7    was like a 50 percent success rate.  But that's

8    just from my recollection.

9        **Q.   And the success rate would be the number**

10   **of times it got taken down based on the number of**

11   **instances you reported?**

12       A.   The success rate would be that some action

13   had been taken because it was a terms-of-service

14   violation.

15       **Q.   Got you.  Did this command post, this kind**

16   **of activity of relaying these reports of**

17   **election-related disinformation, did that occur**

18   **through these election command posts in 2022 as**

19   **well as 2020?**

20       A.   Yes.  So to restate, the election command

21   post from 2020, from my recollection, occurred the

22   Friday before the election through Tuesday at

23   midnight.  Then for the midterm elections, we only

24   stood at the command post, I believe, from 8:00

25   a.m. to 10:00 p.m. of election day.

**ELVIS CHAN  11/29/2022**

1       **Q.    So why was it operating longer in 2020?**

2       A.    Based on our experience in the 2018

3   midterms, where there was a very low volume of

4   information that needed to be coordinated, we

5   assessed that we could do with an actual command

6   post on Tuesday with people on call on Monday and

7   on Wednesday who, if needed to, could report and

8   activate a command post.  This is specifically for

9   FBI San Francisco.

10      **Q.    And this command post was chosen to be --**

11  **I mean, it addresses nationwide election-related**

12  **information, right?**

13      A.    So every field office, every FBI field

14  office was mandated by headquarters to stand at a

15  command post at least on election day.

16          And FBI San Francisco was responsible for

17  relaying any time, place or manner disinformation

18  or malign-foreign-influence information to the

19  social media companies as well as accepting any

20  referrals from the social media companies.

21      **Q.    So FBI San Francisco had the special job**

22  **of referring concerns to social media companies?**

23          MR. SUR:  Objection; vague and ambiguous.

24          THE WITNESS:  Yes, and the reason for that

25  is because the majority of the social media

1   companies are headquartered in FBI San Francisco's

2   territory.

3       Q.   BY MR. SAUER:  I am going to move to a

4   different exhibit, I'm sure you'll be happy to

5   hear.

6       A.   Well, I spent a lot of time on my thesis.

7       Q.   Both researching it and testifying about

8   it today.

9            Let me -- I am showing you an exhibit --

10           MR. SUR:  Hang on a second.

11               (Reporter marked Exhibit No. 6 for

12               identification.)

13      Q.   BY MR. SAUER:  I am showing you -- can you

14   see this exhibit --

15      A.   Yes.

16      Q.   -- defendants' amended objections and

17   responses on interrogatories?

18           MR. SUR:  Counsel, to clarify, this is

19   Exhibit 6; is that right?

20           MR. SAUER:  Yeah.  We had to go out of

21   order, so I am jumping to Exhibit 6 because they

22   were pre-marked.  I just emailed you this one, but

23   it ought to look familiar.

24      Q.   I just want to jump down to Page 37 of

25   these interrogatory responses.  Down here at the

**ELVIS CHAN  11/29/2022**

Page 170

```
 1   bottom of the page under "DHS," do you see this

 2   here, it begins with a bullet point?

 3       A.   I see a sentence starting with "A

 4   recurring meeting usually entitled USG-industry

 5   meeting."

 6       Q.   Yes, yeah, that paragraphs states "A

 7   recurring meeting usually entitled USG-industry

 8   meeting, which has generally had a monthly cadence,

 9   and is between government agencies and private

10   industry."  Do you see that description?

11       A.   Yes.

12       Q.   The CISA-organized meeting that we have

13   talked about multiple times already, is that

14   usually entitled USG-industry meeting?

15       A.   Based on my recollection, yes.

16       Q.   So this interrogatory response appears to

17   be referring to meetings that we have already

18   talked about today?

19       A.   That is correct, the CISA-facilitated

20   meeting.

21       Q.   It says, "Government participants have

22   included CISA's Election Security and Resilience

23   team, DHS's Office of Intelligence and Analysis,

24   the FBI's foreign influence task force."

25            MR. SUR:  Objection; misstates
```

1    information.

2        Q.   BY MR. SAUER:  I am asking you if this is

3    what it says?

4        A.   This is what it says, and I remember

5    sharing with you from my memory those were the

6    participants.  I forgot to mention DOJ National

7    Security Division, but I do remember that they

8    sometimes have participants.

9        Q.   I take it you participated in some of

10   these meetings but not all of them?

11       A.   That is correct.

12       Q.   When did these meetings happen, what

13   years?  Here it just says these monthly cadence

14   meetings occurred.  When did they actually happen?

15            MR. SUR:  Objection; lacks foundation.

16            THE WITNESS:  I can't remember exactly,

17   but I believe they started happening before the

18   2020 election, but I can't remember how far before

19   the 2020 election.

20       Q.   BY MR. SAUER:  So they were -- they -- I

21   guess CISA organized these meetings, I think you

22   said earlier?

23       A.   That is correct, and I was just an

24   attendee.

25       Q.   CISA organized the meetings gearing up

ELVIS CHAN  11/29/2022

Page 172

1    toward the 2020 election; is that right?

2        A.   For these USG-industry meetings, yes.

3        Q.   Were hack-and-dump operations discussed at

4    these meetings, or hack-and-leak operations?

5        A.   Yes, they were.

6        Q.   Tell me what was discussed about them at

7    these meetings?

8        A.   The context of hack and dump is what was

9    the FBI and CISA doing to prevent hack-and-dump

10   operations.  So from the FBI side, I think we

11   already -- I already relayed to you that we had the

12   protective voices initiative.  I can't remember the

13   specifics, but CISA also discussed its

14   cybersecurity awareness efforts as well as grants

15   efforts with the state-, county- and local-level

16   election officials.

17       Q.   Did anyone at these meetings tell the

18   industry participants to expect a Russian

19   hack-and-dump operation or hack-and-leak operation

20   shortly before the 2020 election cycle?

21            MR. SUR:  Objection; lacks foundation.

22            THE WITNESS:  From my recollection, I

23   remember that the FBI warned -- that I or someone

24   from the FBI warned the social media companies

25   about the potential for a 2016-style DNC

ELVIS CHAN 11/29/2022

1    hack-and-dump operation.

2        Q.    BY MR. SAUER:  What exactly did you say to

3    the social media companies about that?

4        A.    Essentially what I just told you.

5        Q.    You said that there might be a Russian

6    hack-and-dump operation?

7        A.    So what I said was although we have not

8    seen any computer intrusions into national-level

9    political committees or election officials or

10   presidential candidates at this time, we ask you to

11   remain vigilant about the potential for

12   hack-and-dump operations, or something to that

13   effect.

14       Q.    Did you specifically refer to the 2016

15   hack-and-dump operation that targeted the DCCC and

16   the DNC?

17       A.    I believe I did.

18       Q.    Did you provide any basis to the social

19   media platforms for thinking that such an operation

20   might be coming?

21       A.    The basis was -- my basis was it had

22   happened once, and it could happen again.

23       Q.    Did you have any other specific

24   information other than it had happened four years

25   earlier?

ELVIS CHAN  11/29/2022

```
 1            MR. SUR:  Objection in so far as the
 2   answer calls for the law enforcement privileged
 3   information.
 4            You can answer, if you can, without
 5   divulging the law enforcement privilege as to any
 6   particular investigation.
 7            THE WITNESS:  Through our investigations,
 8   we did not see any similar competing intrusions to
 9   what had happened in 2016.
10            So although from our standpoint we had not
11   seen anything, we specifically, in an abundance of
12   caution, warned the companies in case they saw
13   something that we did not.
14       Q.   BY MR. SAUER:  So did you ask the
15   companies if they had seen any attempts at
16   intrusions or unauthorized access?
17       A.   This is something that we -- that I
18   regularly ask the companies in the course of our
19   meetings.
20       Q.   Did you ask them in these meetings?
21       A.   Not at every meeting, but I believe I
22   asked them at some meetings.
23       Q.   And did you repeatedly warn them at these
24   meetings that you anticipated there might be
25   hack-and-dump operations, Russian-initiated
```

**ELVIS CHAN  11/29/2022**

**Page 175**

1   hack-and-dump operations?

2          MR. SUR:  Objection; vague, assumes facts

3   not on the record.

4          THE WITNESS:  So repeatedly I would say --

5   can you -- can you ask your question like -- what

6   do you mean by "repeatedly"?  Like 100 times, five

7   times?

8     Q.   BY MR. SAUER:  Well, did you do it more

9   than once?

10    A.   I did it more -- yes.  I warned the

11   companies about a potential for hack-and-dump

12   operations from the Russians and the Iranians on

13   more than one occasion, although I cannot recollect

14   how many times.

15    Q.   Did anybody else at the FBI talk about

16   hack-and-dump Russian operations?

17    A.   From my recollection, other senior

18   officials, to include Section Chief Dehmlow, likely

19   mentioned the possibility of hack-and-dump

20   operations.

21    Q.   Do you remember Section Chief Dehmlow

22   mentioning it?

23    A.   I said that I believe she mentioned it on

24   at least one occasion.

25    Q.   What did she say?

```
 1     A.   Essentially what I said.  We all said
 2   essentially the same thing.
 3     Q.   We --
 4     A.   Which was --
 5     Q.   Go ahead.  Which was?
 6     A.   Which was -- which was because the Russian
 7   government had hacked a political organization in
 8   2016, that if they were able to do so again for the
 9   2020 cycle, they would likely do it.
10     Q.   So you had -- you told the social media
11   companies that a hack-and-dump operation was
12   likely?
13          MR. SUR:  Objection; misstates the record.
14          THE WITNESS:  Let me recharacterize it.  I
15   said potentially as opposed to likely.
16     Q.   BY MR. SAUER:  Okay.  Did Ms. Dehmlow say
17   likely?
18     A.   Not to my recollection.  I think she said
19   potentially as well.
20     Q.   You said we all --
21     A.   We all, meaning myself and Ms. Dehmlow.
22     Q.   Were there any other FBI agents at the
23   meeting -- at these meetings?
24     A.   There were.
25     Q.   Who?
```

**ELVIS CHAN  11/29/2022**

```
 1      A.   They were GS-14 or under grade employees.

 2      Q.   From the San Francisco office or

 3   elsewhere?

 4      A.   Both.

 5      Q.   Both, okay.

 6      A.   During -- I'm sorry, let me be more

 7   precise.  During the quarterly meetings, there were

 8   multiple FBI agents, as I previously mentioned,

 9   from both the FBI San Francisco field office as

10   well as other field offices at these meetings.

11      Q.   Okay.  I think we are talking about two

12   different sets of meetings because we started

13   talking about the USG-industry meetings, right,

14   organized by CISA, correct?

15      A.   Oh, okay.  You are correct.

16      Q.   But then there were also the monthly --

17   there's quarterly and then monthly and then weekly

18   meetings between FBI and social media platforms,

19   right?

20      A.   That's correct.

21      Q.   And which of those sets of meetings were

22   the potentiality for Russian hack-and-dump

23   operations discussed?

24      A.   At the FBI-led meetings with FITF and the

25   social media companies.
```

1        Q.    Okay.  How about at these USG-industry

2   meetings that were organized by CISA, were

3   hack-and-dump operations discussed then?

4        A.    I would say less frequently, but what was

5   discussed was the potential for Russian

6   hack-and-dump-style operations.

7        Q.    Okay.  And who -- was that raised by FBI

8   or was that raised by others or both?

9        A.    I can't recollect, but I would say I know

10  at least the FBI mentioned this, specifically in

11  the context of the 2016 DNC hack.

12        Q.    So the FBI, would it be you and

13  Ms. Dehmlow, right?

14        A.    Among others.

15        Q.    So others would have raised that as well

16  at these USG-industry meetings?

17        A.    Others from the FBI attended those

18  meetings.

19        Q.    Did those others raise the issue of

20  Russian hack-and-dump operations?

21        A.    I can't recollect.

22        Q.    Do you know whether they did or didn't?

23        A.    I know that I did.

24             MR. SAUER:  Later, Mr. Sur, I am going to

25  ask for the identities of those participants.  I

1   can ask him now on the record under oath, or you

2   can agree to give them to me in a private -- in a

3   private communication.  Can we agree to do that?

4           MR. SUR:  Just -- just to be clear, are

5   you looking for below the SES level?

6           MR. SAUER:  Yes.  I want the identities of

7   every FBI official who was at the USG-industry

8   meetings referred to in this interrogatory response

9   in 2020.

10          MR. SUR:  Okay.  I will discuss it with

11  the clients obviously.

12          MR. SAUER:  All right.  Then I am asking

13  him now on the record.

14      **Q.   Who was there?  Name the FBI officials who**

15  **were there regardless of their levels?**

16          MR. SUR:  Well, I'm sorry, when you say

17  regardless of the level, can you -- can we provide

18  you part of the name on the record and part of the

19  name off the record?

20          MR. SAUER:  If you're willing to give me

21  the information, which you did not just agree to, I

22  don't have to ask him on the record.  We need the

23  information.  You don't want it on the record.

24  Will you agree to give it to me?  You said, "I have

25  to discuss it with my clients."  I can't reconvene

 1   this deposition.  I need the information.  You can

 2   agree to give it to me.  I am going to ask him now

 3   because it is not subject to a protective order.

 4          MR. SUR:  Okay.  If anything, Counsel, a

 5   break would be appropriate.

 6          MR. SAUER:  Okay.

 7          MR. SUR:  So I can -- I'm sorry?

 8          MR. SAUER:  We can go off the record.

 9          MR. SUR:  Okay.

10          THE VIDEOGRAPHER:  Off the record at 2:11

11   p.m.

12             (Whereupon a recess was taken.)

13          THE VIDEOGRAPHER:  Back on the record at

14   2:34 p.m.

15      **Q.   BY MR. SAUER:  Back on the record,**

16   **Mr. Chan, after some discussions off the record.**

17          **You testified earlier that at these 2020**

18   **meetings between the FBI and social media platforms**

19   **where the risk of a Russian hack-and-leak operation**

20   **was discussed, they were attended by you and**

21   **Ms. Dehmlow, right?**

22      A.   That is correct, on some occasions.  I

23   don't think either of us has attended all of the

24   meetings with the CISA-hosted USG-industry

25   meetings.

**ELVIS CHAN  11/29/2022**

1      Q.    And then there were also the quarterly,

2    monthly, weekly cadence meetings involving just

3    FITF and the social media platforms, right?

4      A.    That is correct, and other FBI field

5    offices to include FBI San Francisco.

6      Q.    And the risk of hack-and-leak operations

7    were raised at both sets of meetings, both at

8    CISA-organized USG-industry meetings and the

9    FITF-organized direct meetings between the FBI and

10   social media platforms, right?

11     A.    Yes.

12     Q.    Okay.  As to the first set of meetings,

13   the CISA-organized USG-industry meetings, other FBI

14   officials besides you and Ms. Dehmlow attended when

15   Russian hack-and-leak operations were discussed,

16   right?

17     A.    That is correct.

18     Q.    Who?

19     A.    So from my recollection, and I don't know

20   who attended which meetings, but I remember being

21   in meetings with the following people:  Brady

22   Olson, William Cone, Judy Chock and Luke Giannini.

23     Q.    Can you say the last name again?

24     A.    Giannini.

25     Q.    Spell it, please.

**ELVIS CHAN  11/29/2022**

```
 1      A.   I am not sure, but I believe it is
 2  G-i-a-n-n-i-n-i.
 3      Q.   And then the second name was William
 4  Cohen, is that C-o-h-e-n?
 5      A.   Cone, C-o-n-e.
 6      Q.   Like the -- like the shake?
 7      A.   Like an ice cream.
 8      Q.   Any other FBI officials at that set of
 9  meetings where Russian hack-and-leak operations
10  were discussed with social media platforms in 2020?
11      A.   Those are the only people I can remember.
12      Q.   Okay.  Then talk about the other set of
13  meetings, the FITF FBI meetings with social media
14  platforms in -- with the quarterly, then monthly,
15  then weekly cadence, what FBI officials attended
16  those meetings where Russian hack-and-leak
17  operations were discussed?
18      A.   So it's the exact same set of names that I
19  recollect.
20      Q.   Did anyone --
21      A.   I cannot remember what days -- or, you
22  know, which meetings that they attended because
23  William Cone and Wayne Brady both work in the same
24  unit, and I can't remember if they both attended or
25  if one attended or another.  So I can't remember
```

**ELVIS CHAN  11/29/2022**

```
 1   when.  I do remember that at some point these

 2   individuals have attended the FBI bilateral

 3   meetings with the social media companies.

 4       Q.   And you said the names are Brady Olson; is

 5   that correct?

 6       A.   Yes.

 7       Q.   Okay.

 8       A.   Olson.

 9       Q.   Is that O-l-s-o-n?

10       A.   Maybe, or it might be s-e-n.  I can't

11   remember.  It's one of those spellings.

12       Q.   William Cone; is that right?

13       A.   Yes.

14       Q.   Judy Chock; is that right?

15       A.   C-o -- I'm sorry, C-h-o-c-k.

16       Q.   And then someone Giannini, right?  What

17   was that person's first name?

18       A.   Luke.

19       Q.   Luke?

20       A.   Luke.

21       Q.   Is that L-u-k-e?

22       A.   I think his full name might be Lucas,

23   L-u-c-a-s, but I refer to him as Luke.

24       Q.   Are all those people from FITF in

25   Washington, D.C.?
```

**ELVIS CHAN  11/29/2022**

Page 184

```
 1      A.   Yes.
 2      Q.   Okay.  What are their -- what are their
 3  titles, do you know?
 4      A.   I do know.  So I believe -- oh, the first
 5  four are unit chiefs, and then Luke is an assistant
 6  section chief.
 7      Q.   What are they unit chiefs of?  Are they
 8  chiefs of like the Russian unit or --
 9      A.   Yeah, correct.
10      Q.   Which one is the section chief, did you
11  say?
12      A.   Assistant section chief.
13      Q.   So that's --
14      A.   Excuse me?
15      Q.   Is that the number two person under
16  Ms. Dehmlow?
17      A.   Yes.
18      Q.   Okay.
19           (Discussion off the record.)
20           THE WITNESS:  Yes, Mr. Luke Giannini is
21  the assistant section chief at the Foreign
22  Influence Task Force.
23      Q.   BY MR. SAUER:  So at FITF, these meetings
24  include, in addition to you, the number one person
25  at FITF, Laura Dehmlow; the number two person at
```

1    **FITF, Mr. Giannini; and then at least three section**

2    **chiefs at FITF, correct?**

3        A.   No, that's not correct.  Ms. Dehmlow is a

4    section chief.

5        **Q.   Okay.**

6        A.   Mr. Giannini is an assistant section

7    chief, and then the other individuals are unit

8    chiefs.

9        **Q.   Got you.  Did -- did anyone other than you**

10   **or Ms. Dehmlow discuss the possibility or prospect**

11   **of Russian hack-and-leak operations at these**

12   **meetings from the FBI?**

13       A.   I can't recollect if others have said it,

14   but I know that that is something that I would say

15   regularly.

16       **Q.   You said that regularly in these meetings?**

17       A.   Yes.  Not every meeting, but some

18   meetings.

19       **Q.   And does that apply both to the**

20   **USG-industry meetings that had many participants?**

21       A.   I would say for the bilateral FITF

22   meetings, I would have said that because those

23   would have been one of the types of

24   malign-influence campaigns that I would have been

25   focused on.

**ELVIS CHAN 11/29/2022**

1           For the DHS USG meetings, I was more of an

2     attendee and not as active as a speaking

3     participant.

4        **Q.   Did anyone else at those meetings, the**

5     **USG-industry meetings organized by CISA, address**

6     **the risk or prospect of Russian hack-and-leak**

7     **operations?**

8        A.   I believe they did, but I can't remember

9     who would have said it.

10       **Q.   Would it have been anyone at the FBI?**

11       A.   It may have been.

12       **Q.   Which one of these people is the head of**

13    **the Russia unit?**

14       A.   Mr. Olson and then after him, Mr. Cone.

15       **Q.   Did Mr. Olson or Mr. Cone ever address the**

16    **risk of a Russian hack-and-leak operation?**

17       A.   I don't recollect.

18       **Q.   How about Ms. Dehmlow?**

19       A.   I don't specifically recollect, but I

20    believe that is something she would have mentioned.

21       **Q.   Do you think she raised it at some point**

22    **in these meetings?**

23       A.   Yes.

24       **Q.   What did she say about it to your**

25    **recollection?**

**ELVIS CHAN  11/29/2022**

Page 187

```
 1      A.   It would have been that the FBI is
 2   concerned about the potential for hack-and-leak or
 3   hack-and-dump operations from foreign
 4   state-sponsored actors, something to that effect.
 5      Q.   Did you discuss within FITF that risk
 6   before you raised it with the social media
 7   platforms?
 8           MR. SUR:  Objection; an internal
 9   deliberation of that sort would be subject to the
10   deliberative process privilege, attorney-client
11   privilege and other privileges.
12      Q.   BY MR. SAUER:  Did anyone at any time
13   discuss that prospect with you or did you raise it
14   on your own?
15           MR. SUR:  Same objection.
16           You can answer insofar as it doesn't
17   involve internal discussions within FITF or
18   discussions with counsel.
19           THE WITNESS:  I would say in general the
20   FBI had internal meetings or discussions or at the
21   very least emails, coordination before the
22   CISA-hosted meetings.
23      Q.   BY MR. SAUER:  So there would be internal
24   discussion within the FBI before the CISA-hosted
25   meetings?
```

ELVIS CHAN  11/29/2022

1    A.   Yes, about what agenda items would be

2  discussed during the meeting.

3    **Q.   In the course of those discussions, did**

4  **anyone suggest to you that you should raise the**

5  **risk of a Russian hack-and-leak operation?**

6         MR. SUR:  Objection; as I said before, it

7  calls for internal deliberations which would be

8  covered by the deliberative process privilege, by

9  the attorney-client privilege and other privileges,

10  including law enforcement.

11         THE WITNESS:  Yeah, I will reiterate in

12  general, we would have internal discussions about

13  what would be discussed in the CISA-hosted meeting.

14    **Q.   BY MR. SAUER:  More specifically, did**

15  **anyone suggest that -- let me ask you this:  You**

16  **raised it at these meetings, right?**

17    A.   I know that I have raised it at the

18  meetings.

19    **Q.   Did you do that on your own accord or did**

20  **anyone else suggest to you that it should be**

21  **raised?**

22         MR. SUR:  Objection; as before, it's

23  covered by multiple privileges, and I am going to

24  instruct the witness not to answer on grounds of

25  deliberative process privilege, attorney-client

**ELVIS CHAN  11/29/2022**

Page 189

1   privilege, law enforcement privilege, among others.

2       Q.   BY MR. SAUER:  Are you declining to answer

3   the question, sir?

4       A.   I am reiterating that I recollect

5   mentioning the potential for hack-and-dump

6   operations during the CISA-hosted USG-industry

7   meetings.

8       Q.   Did you do that solely on your own accord?

9           MR. SUR:  Same objection as before.

10          MR. SAUER:  That doesn't ask for any

11  communications.  Did he do it solely on his own

12  accord?  Are you instructing him not to answer that

13  question?

14          THE WITNESS:  I cannot recollect.

15      Q.   BY MR. SAUER:  Okay.  I think we are going

16  to make a record on this.

17          I am asking you, did anyone within the FBI

18  discuss or suggest with you that you should raise

19  the prospect of Russian hack-and-leak operations

20  with social media platforms in 2020?

21      A.   I do not recollect.  In the context of the

22  USG-industry CISA-held meetings, I do not

23  recollect.

24      Q.   How about in the context of the bilateral

25  FITF social media platform meetings, in that

1  **context did anyone suggest it to you?**

2      A.    So in that context, depending on what was

3  being briefed, without getting into the specific

4  investigations, certain -- as I mentioned

5  previously, certain nation state actors the FBI

6  deemed as potentially being capable of conducting

7  hack-and-leak operations.

8          So at the beginning of the meetings, I

9  would preface and say something to the effect of

10  "We are going to provide you a briefing on this

11  group because they have the potential to conduct

12  hack-and-leak operations like the Russians did in

13  2016."

14      **Q.    Did anyone suggest to you that you should**

15  **raise that concern to the social media platforms at**

16  **any time?**

17      A.    In the context of the FITF meetings with

18  the companies, I flagged that concern because I was

19  generally responsible in coordination with FITF for

20  coming up with the agenda for those meetings with

21  the social media companies.

22      **Q.    So are you saying -- what's your answer to**

23  **my question did anyone -- anyone suggest to you in**

24  **the context of the FITF social media company**

25  **meetings that you should raise the concern about a**

1    Russian hack-and-leak operation?

2        A.    I do not recollect.  However, I would have

3    flagged that comment on my own for the reasons I

4    just stated to you.

5        Q.    So it is something that you would have

6    done on your own, but someone might have also

7    suggested to you to do it; is that fair to say?

8        A.    They may have, but I don't recollect at

9    this time.

10       Q.    Returning to the -- returning to the

11   USG-industry CISA-organized meetings, do you recall

12   anyone discussing with you at any time the prospect

13   of Russian hack-and-leak operations in connection

14   with those meetings?

15       A.    Who do you mean?

16       Q.    Anybody.  Did anybody on earth talk to you

17   about raising Russian hack-and-leak operations at

18   those meetings?

19       A.    Do you mean from the social media

20   companies or from the government side?  Because in

21   either case, I don't recollect.

22       Q.    Okay.  How about anyone outside the

23   government, did anyone outside the government

24   discuss the prospect of Russian hack-and-leak

25   operations with you?

1      A.   I do remember during the CISA-hosted

2    USG-industry meetings that the social media

3    companies would ask the FBI if they were aware of

4    any hack-and-leak operations, and I remember that

5    we would say ahead of the 2020 elections that we

6    were not aware of any hack-and-leak operations, but

7    that there was always the potential for there to be

8    hack-and-leak operations.

9      Q.   **Did the FBI tell the social media**

10   **companies that there would be a specific risk of a**

11   **hack-and-leak operation shortly before the election**

12   **in 2020?**

13     A.   I believe that we did mention that as a

14   possibility shortly before the election, perhaps in

15   the August or October time frame.

16     Q.   **So you mentioned that there -- you**

17   **mentioned that there was a risk that a**

18   **hack-and-leak operation could happen in October?**

19     A.   So to be specific, what we mentioned was

20   that there was the general risk of hack-and-leak

21   operations, especially before the election.

22          However, we were not aware of any

23   hack-and-leak operations that were forthcoming or

24   impending.

25     Q.   **Were you involved in the investigation of**

ELVIS CHAN  11/29/2022

Page 193

1    the 2016 DNC hack-and-leak operation?

2           MR. SUR:  Objection; vague.

3           THE WITNESS:  What do you mean by

4    "involved"?

5      Q.   BY MR. SAUER:  Well, did you have any --

6    were you in any way involved in that investigation?

7      A.   Yes.

8      Q.   What was your involvement?

9      A.   I was the supervisor for a squad that had

10   an investigation associated with the hack of the

11   DNC and DCCC.

12     Q.   And what was your role in that

13   investigation?  What did your squad do?

14     A.   I was the supervisor for the squad that

15   ran one of the investigations associated with the

16   2016 DNC hack.

17     Q.   What did your squad do in that

18   investigation?

19          MR. SUR:  I am going to object on the law

20   enforcement privilege grounds.  If you can answer

21   the question without discussing any particular

22   investigation or files or contents, you can answer.

23          MR. SAUER:  Before you say that, I am

24   going to read some case law into the record.  The

25   investigative -- the law enforcement privilege

1   states, quote, investigative files with ongoing

2   privilege investigation.  That's from Coughlin

3   against Lee, 946 F.2d 1152, 1159, Fifth Circuit

4   1991.  The privilege, quote, is bounded by

5   relevance and time constraints and it lapses either

6   at the close of an investigation or at a reasonable

7   time thereafter based on the particularized

8   assessment of documents.

9           We are talking about an investigation that

10  happened six years ago.  Is it your position that

11  you can assert law enforcement privilege with

12  respect to that?  Is my first question.

13          Second one -- I'm not finished yet.

14  Second one is the documents relating to emails

15  relating to his involvement in this investigation

16  are publicly filed in the docket of the case United

17  States against Sussmann.  So there's been a waiver

18  of that by those being publicly filed, in any

19  event.  So now I am going to repeat the question.

20      **Q.   What did your squad do when it came to the**

21  **investigation of the DNC hack-and-leak operation?**

22      A.   Can I confer with my counsel before I

23  answer this question?

24      **Q.   I want an answer to the question.**

25          MR. SUR:  Yeah, so let me just clarify.

ELVIS CHAN 11/29/2022

```
 1   The objection based on law enforcement privilege, I
 2   understand your position about the public
 3   disclosure.  But since you're not limiting your
 4   question to what was in the public record, there
 5   are cases that describe the application of the law
 6   enforcement privilege to techniques that have
 7   future application, including future
 8   investigations.
 9           So I don't think that the mere fact that
10   your question is about a past investigation will
11   overcome the law enforcement privilege concern.
12           MR. SAUER:  Well, why doesn't he answer
13   the question in general terms, and then we'll get
14   into specifics about law enforcement techniques?  I
15   am not really concerned about those.  Can he say it
16   in general terms?
17           THE WITNESS:  Based on the case law you
18   cited, the information I have would be protected
19   under the first.  Because this is an existing and
20   pending -- and active investigation.
21       Q.   BY MR. SAUER:  So you're saying that the
22   2016 DNC server leak investigation is an active
23   criminal investigation?
24       A.   What I am saying is that the investigation
25   of the individuals associated with the DNC hack of
```

ELVIS CHAN  11/29/2022

1  2016 is an existing and active investigation.

2      **Q.    I thought they were being indicted on**

3  **other charges later.  Are you saying that there's**

4  **still an active and pending criminal investigation**

5  **of the 2016 DNC hack?**

6      A.    I am not saying there is a pending

7  investigation of the 2016 hack itself.  However,

8  there is active investigations on the individuals

9  involved with the 2016 hack.  That case has not

10  been adjudicated.  The individuals have been

11  indicted.  They have not been arrested.  They have

12  not been going through the judicial process.  This

13  is an active investigation.

14                  (Reporter marked Exhibit No. 23 for

15                  identification.)

16      **Q.    BY MR. SAUER:  I am showing you a**

17  **collective exhibit that we have pre-marked as**

18  **Exhibit 23.  Do you see this document?**

19      A.    Yes.

20      **Q.    These are some of your emails that are**

21  **publicly filed in the case the United States versus**

22  **Sussmann.  Do you recognize them?**

23          MR. SUR:  I'm sorry, may I ask, Counsel,

24  have you sent this to us?

25          MR. SAUER:  Let me email it to you right

 1    now.  Obviously it wasn't -- we are getting a bit

 2    out of order here.

 3        Q.    Looking at this email, does this refresh

 4    your recollection about what your involvement was

 5    during that investigation?

 6            MR. SUR:  Counsel, may I ask that I

 7    receive the email first so I can pull it up on the

 8    iPad so Mr. Chan can see the exhibit that you are

 9    talking about?

10            MR. SAUER:  Can you see it on the screen

11    share?  The emails were sent to you.

12            MR. SUR:  Okay.  We have this PDF.  May I

13    ask which page you're on?

14            MR. SAUER:  Start on the top page.

15        Q.    Do you see that, the one on the screen

16    share?

17        A.    8:32 a.m. October 4th, yes, I see this

18    email.

19        Q.    And you are being copied on emails lower

20    down from Michael Sussmann at Perkins Coie; is that

21    fair to say?

22        A.    Yes, I have been cc'd.  The email is to

23    another DOJ official.

24        Q.    And then you forward that along to other

25    FBI officials, Patricia Rich and Delynn Hammell.

**ELVIS CHAN  11/29/2022**

```
 1   Do you see that?
 2        A.   Yes, I see that.
 3        Q.   Do you know why Mr. Sussmann was copying
 4   you on an email about sharing information on a
 5   rolling basis?
 6        A.   Because I was involved with -- I oversaw
 7   the squad that was responsible for one of the
 8   investigations of the 2016 hack of the DNC, and
 9   Mr. Sussmann was their legal representative.
10        Q.   Which squad did you oversee?
11        A.   I oversaw the Russian cyber squad at FBI
12   San Francisco.
13        Q.   And the Russian cyber squad was
14   involved -- was it involved in trying to analyze
15   the DNC server to see how it had been hacked?
16        A.   Yes, that is correct.
17        Q.   And you oversaw that effort?
18        A.   Yes.  I managed the squad responsible for
19   one of the investigations of the DNC hack.
20        Q.   What did that squad -- did that squad
21   investigate the server?
22        A.   We did a triage investigation of the
23   server and then sent it back to headquarters to do
24   a more complete investigation of the server.
25        Q.   What's a triage investigation?
```

**ELVIS CHAN  11/29/2022**

```
 1      A.    Triage in cyber -- cybersecurity context
 2  is to try to extract indicators.  As I mentioned
 3  before, indicators can be email accounts, IP
 4  addresses, other types of electronic indicia that
 5  we could serve legal process in order to move our
 6  investigation forward.
 7      Q.    Did you find any indicia of that when you
 8  investigated the server?
 9      A.    I believe we did, but I can't recollect
10  the specific selectors that we discovered.
11      Q.    Subsequent to -- subsequent to the 2016
12  investigation, did you have further communications
13  with anyone involved in that investigation about
14  the possibility of a recurrence in 2020?
15      A.    Can you repeat that question?
16      Q.    Subsequent to the 2016 investigation of
17  the hack of the DNC server, did you have any
18  communications with anyone involved in that
19  investigation about the possibility that a
20  hack-and-leak operation could occur before the 2020
21  election?
22           MR. SUR:  Objection; vague.  I also object
23  on the grounds of law enforcement privilege.
24           You can answer to the extent it doesn't
25  implicate any particular investigation.
```

**ELVIS CHAN  11/29/2022**

```
 1              THE WITNESS:  Yeah, so I do not remember
 2    discussing the potential for a 2020 election with
 3    any of the FBI personnel because they had moved on
 4    to different roles.
 5         Q.   BY MR. SAUER:  How about people outside
 6    the FBI?
 7         A.   Well, Sean Newell, who is the email
 8    recipient on this, is a deputy chief at DOJ
 9    National Security Division.  He would have been one
10    of the senior officials I would have consulted
11    with.
12         Q.   Consulted with about what?
13         A.   About potential Russian interference in
14    the 2020 elections.
15         Q.   Did you consult with Sean Newell about the
16    potential for a Russian hack-and-leak operation?
17              MR. SUR:  I am going to renew the
18    objection based on the law enforcement privilege
19    and ask that you not answer insofar as that would
20    disclose the contents of any individual
21    investigation.
22              THE WITNESS:  My recollection was that
23    being the deputy chief at DOJ NSD, Sean Newell
24    would have overview of multiple FBI investigations
25    and would have a broader perspective than my
```

 1  perspective from the field office.

 2          So I would regularly just ask him in

 3  general how things were going and if they were

 4  seeing anything that would be impactful to us at

 5  FBI San Francisco.

 6      Q.   BY MR. SAUER:  So you -- did these

 7  conversations with Sean Newell occur in the lead-up

 8  to the 2020 election?

 9      A.   I don't remember having many conversations

10  with Mr. Newell during the lead-up to the 2020

11  elections.

12      Q.   When did the conversations with Mr. Newell

13  occur?

14      A.   They would have -- I can't recollect

15  specifically.  I regularly have conversations with

16  Mr. Newell outside of the context of Russian

17  disinformation campaigns targeted at the 2020

18  elections.  Because Mr. Newell, as a deputy chief,

19  oversaw all of DOJ's national security cyber

20  investigations.

21      Q.   Did Mr. Newell ever tell you that he

22  expected there might be a Russian hack-and-leak

23  operation before the 2020 election?

24          MR. SUR:  Objection on the grounds of law

25  enforcement privilege, also attorney-client

```
 1   privilege, given the functions of Mr. Newell in
 2   this context.  I will ask that the witness answer
 3   only without referring to attorney-client
 4   communications.  For everything in this context you
 5   can't, so...
 6            THE WITNESS:  What I can broadly say is
 7   that we discussed national security cyber
 8   investigations in general, sometimes about Russian
 9   matters, sometimes about other nation state
10   threats.
11      Q.   BY MR. SAUER:  Let me ask the question
12   more specifically.  Prior to the 2020 election
13   cycle, did anyone suggest to you that there would
14   be -- or that there might be a Russian
15   hack-and-leak operation prior to the 2020 election?
16            MR. SUR:  So I am going to object on the
17   grounds of law enforcement privilege and
18   attorney-client and all other privileges.
19            You can answer insofar as it doesn't
20   disclose the contents of any particular
21   investigation.
22      Q.   BY MR. SAUER:  Okay.  I want an answer,
23   and I want to know whether you're withholding
24   information in response to your client's
25   instruction.  He keeps instructing you
```

1    conditionally, and then you keep providing vague

2    responses.

3              I want to know are you, in fact,

4    withholding information from me in response to my

5    question as a result of that instruction.  Did

6    anyone discuss that with you?

7        A.    I am not --

8        Q.    That is not going to get into the content

9    of any -- content of any communications.  I just

10   want to know did anyone discuss with you the

11   prospect of a Russian hack-and-leak operation

12   before the 2020 election?

13       A.    So no, I do not recollect.  The reason for

14   that is I don't recollect any specific person

15   discussing that with me.

16             However, based on both my experience as

17   well as my knowledge of active investigations, I

18   would have believed -- as my own assessment, I

19   believe that there was the potential for

20   hack-and-leak operations ahead of the 2020

21   elections.

22             I believe that there was the potential for

23   hack-and-leak operations ahead of the 2022

24   election, and I believe that there is the potential

25   for Russian hack-and-leak operations ahead of the

**ELVIS CHAN  11/29/2022**

1    2024 elections.

2        Q.    In particular, you relayed that belief to

3    the social media platforms on multiple occasions in

4    two sets of meetings in 2020, correct?

5        A.    That is correct.

6        Q.    And that includes the USG-industry

7    meetings organized by CISA, correct?

8        A.    Yes, I believe so.

9        Q.    And it includes the FITF organized

10   meetings with the individual social media

11   platforms, correct?

12       A.    Yes.

13       Q.    Did any -- did the social media platforms

14   respond to that, your communications that indicate

15   that they were taking any steps with respect to any

16   Russian hack-and-leak operations?

17            MR. SUR:  Objection; vague.

18            THE WITNESS:  So in general, I believe

19   that the companies were actively looking for

20   hack-and-leak operations, and I don't know the

21   types of technology that they use, but I believe

22   they use -- they tried to use detection methods

23   that would find whatever hacked materials were put

24   or uploaded onto their platforms.

25       Q.    BY MR. SAUER:  Did they ever tell you that

**ELVIS CHAN  11/29/2022**

1    they were taking any action with respect to any

2    content posted on social media because of a concern

3    about a hack-and-leak operation?

4        A.   So from my recollection, I remember -- I

5    can't remember which social media companies, but

6    some social media companies adjusted or updated

7    their terms of service or their community standards

8    to say that they would not post any hacked

9    materials.  I believe the reason would be due to

10   privacy issues of the victim.  But I can't

11   recollect which company said that.

12       Q.   When did those updates occur, do you

13   recall, before the 2020 election?

14       A.   Before the 2020 elections, but I can't

15   remember when.  I believe -- I believe the impetus

16   was in case there was a 2016-style hack-and-leak

17   operation.

18       Q.   So is that -- was that a concern that you

19   raised to them specifically that there might be a

20   recurrence of a 2016 style hack-and-leak operation?

21       A.   So I have raised that concern, but I

22   believe independently they had similar concerns.

23       Q.   And in the same time frame that you were

24   raising that concern, some of them updated their

25   terms of service to prohibit the posting of hacked

**ELVIS CHAN  11/29/2022**

1    materials?

2        A.   I believe so.

3        Q.   **Did you ever discuss updating their terms**

4    **of service with them or suggested it to them?**

5        A.   I never suggested it to them.  The only

6    context we would bring up terms of service is that

7    we wanted to know if they had changed their terms

8    of service or modified it, and we wanted to know

9    what they had changed.

10       Q.   **Did they advise you that they had changed**

11   **it to reflect the ability to pull down content that**

12   **results from hack operations?**

13       A.   Yes.

14       Q.   **And that occurred at some time after you**

15   **had raised these concerns with them?**

16       A.   Some time after 2016, but before 2020.  So

17   unfortunately I can't remember when they would have

18   updated it, but I do remember learning about their

19   terms of service updates.

20       Q.   **During 2020 do you recall anyone at the**

21   **FBI discussing with you the prospect of a**

22   **hack-and-leak operation?**

23       A.   I believe that we internally discussed the

24   potential for hack-and-leak operations, and so I

25   regularly was in communication with the cyber

**ELVIS CHAN  11/29/2022**

Page 207

```
 1   division of the FBI as well as with the Foreign

 2   Influence Task Force to see if they had heard of

 3   anything that I had not heard of.

 4        So I would say that the people that I

 5   communicate with, everyone was vigilant, but no

 6   one -- I believe that in general people at the FBI

 7   were concerned about the potential for

 8   hack-and-leak operations, but that we had not seen

 9   any investigations that led in that direction or

10   that would lead us in that direction.

11   Q.   Who are the people at the cybersecurity

12   division that you referred to?

13   A.   So cyber division -- I can't even remember

14   the individuals now.  And the reason for that is

15   they tend to rotate -- they rotate out every 18

16   months.

17   Q.   How about FITF, who are the individuals at

18   FITF that discussed the concern with you?

19   A.   So it was the three individuals that I

20   mentioned to you -- I'm sorry, the four individuals

21   that I have mentioned to you.  Specifically,

22   Ms. Dehmlow, Mr. Olson, Mr. Cone and then

23   Mr. Giannini.

24   Q.   And did all of those people express to you

25   a concern about the possibility of a Russian
```

ELVIS CHAN  11/29/2022

```
 1   hack-and-leak operation?

 2           MR. SUR:  Objection; mischaracterizes his

 3   testimony.

 4           THE WITNESS:  From my recollection, we all

 5   shared the same concern for the potential for there

 6   to be a hack-and-leak operation.

 7       Q.   BY MR. SAUER:  Did you have any basis for

 8   that other than the fact that one had occurred in

 9   2016?

10       A.   My basis for that was the hack-and-dump

11   operation in 2016 as well as our knowledge of the

12   skills of the Russian hackers who were involved.

13       Q.   Any other basis besides that?

14       A.   No.  Those were the two primary reasons

15   driving our concern.

16       Q.   In 2020 did you ever discuss the

17   possible -- or did anyone discuss with you the

18   possibility of a Russian hack-and-leak operation

19   before the 2020 election from outside the FBI other

20   than legal counsel?

21       A.   I believe that the companies would

22   regularly ask if the FBI was aware of any

23   hack-and-leak operations ahead of the 2020

24   elections.  We were not aware of any hack-and-leak

25   operations.
```

**ELVIS CHAN  11/29/2022**

Page 209

1           However, as I mentioned, we would provide

2    briefings about nation state groups that

3    potentially had the capability of conducting

4    hack-and-leak operations.

5       **Q.   Okay.  Other than the social media**

6    **platforms, anybody else discuss that with you?**

7       A.   Not to my recollection.  Up.  Not to my

8    recollection.

9       **Q.   You said "up"?**

10      A.   "Up" because we had already mentioned the

11   FBI employees.  We mentioned the social media

12   companies.  The reason I said "up" is because

13   technically Microsoft is not a social media

14   company.

15      **Q.   Did Microsoft discuss it with you?**

16      A.   During the -- they discussed their concern

17   during the CISA-hosted USG-industry meetings.

18      **Q.   What did they say?**

19      A.   I think -- I can't recall exactly, but

20   they shared the same sentiment about being

21   concerned for a potential Russian hack-and-leak

22   operation.

23      **Q.   Who said that?**

24      A.   The individual from Microsoft, his first

25   name is Jan, J-a-n, but I can't remember his last

1  -- I can't remember how to -- his last name, or

2  even how to spell it.

3      Q.    Antonaros, something like that?

4      A.    Maybe.  I definitely remember his first

5  name was Jan, and he had a last name that I am not

6  familiar with.

7      Q.    Does it begin with an A-n-t?

8      A.    That doesn't sound familiar.  It feels

9  like it was a Scandinavian name, like Stevrud or

10  something.  I don't remember why, but for some

11  reason I thought it sounded Scandinavian.

12      Q.    Did any other social media platform

13  discuss these things in the USG-industry meetings?

14          MR. SUR:  Objection; vague.

15      Q.    BY MR. SAUER:  Did any other social media

16  platforms discuss the prospect of having these

17  operations, or hack-and-dump operations in the

18  USG-industry meetings?

19      A.    I would say not to my recollection because

20  the primary individuals who spoke from the social

21  media companies were the three companies that I

22  previously referred to you, which is Facebook,

23  Google and Twitter and then Microsoft.  Those were,

24  from my recollection, the four companies that spoke

25  the most frequently.  If individuals or

**ELVIS CHAN 11/29/2022**

```
 1   representatives from the other companies spoke, I
 2   don't recall what they said.
 3       Q.   Did Facebook, Twitter or YouTube/Google
 4   representatives address this issue at all of the
 5   prospect of hack-and-leak operations?
 6       A.   So during the CISA USG-industry meetings,
 7   I believe that those companies regularly flagged
 8   this as a concern at each meeting, or at least at
 9   most meetings they would ask if the U.S. government
10   had any information about potential hack-and-leak
11   operations.
12       Q.   How about other government agencies
13   outside the FBI at these meetings, the USG-industry
14   meetings, did any of them discuss the risk or
15   prospect of Russian hack-and-leak or hack-and-dump
16   operations?
17       A.   So from my recollection, CISA would
18   discuss it from the standpoint of cybersecurity.
19   Namely if an organization or individual has good
20   cybersecurity, that will minimize the risk of being
21   hacked.  So that was their standpoint.  So they
22   were focused on cybersecurity and infrastructure
23   protection.
24       Q.   Who is "they"?  What individuals were
25   saying this?
```

1      A.   So as I mentioned to you before, the only

2   individuals I remember who regularly spoke at these

3   meetings were Mr. Masterson and Mr. Scully.

4      **Q.   And those individuals discussed how to**

5   **defend against hacking operations?**

6      A.   Yes.

7      **Q.   Did they specifically say that they**

8   **anticipated or there was a risk that there might be**

9   **Russian hack-and-leak operations before the 2020**

10  **election?**

11     A.   I don't specifically recall, but that

12  sounds like something that they would have the

13  general -- they would have the same concern or

14  similar concern that I have.

15     **Q.   They might -- you believe they expressed**

16  **that concern in these meetings?**

17     A.   I do not recall any specific situations

18  where they did, but that, I believe, is something

19  that they may have discussed.

20     **Q.   And that would include both Mr. Masterson**

21  **and Mr. Scully, to your recollection?**

22     A.   Yes.

23     **Q.   Were you aware in 2020 that the FBI had**

24  **Hunter Biden's laptop in its possession?**

25          MR. SUR:  Objection; lacks foundation,

**ELVIS CHAN  11/29/2022**

```
 1   calls for speculation.
 2       Q.   BY MR. SAUER:  Did you know it at the
 3   time?
 4       A.   I was only aware when news media outlets
 5   posted it, or published it.
 6       Q.   Was Hunter Biden referred to in these
 7   meetings in any way?
 8       A.   Hunter Biden was not -- in my
 9   recollection, Hunter Biden was not referred to in
10   any of the CISA USG-industry meetings.
11       Q.   How about the FITF social media company
12   meetings?
13       A.   From my recollection, one meeting with
14   Facebook after the regular agenda had been
15   completed, one of the Facebook analysts asked if
16   the FBI had any information they could share about
17   the Hunter Biden investigation.
18            To that I recall Ms. Dehmlow saying that
19   the FBI had no comment.
20       Q.   Would that have been before or after the
21   big -- the big news story broke on October 14th of
22   2020?
23            MR. SUR:  Objection; lacks foundation.
24            THE WITNESS:  I am not certain, but I
25   believe that it would have had to have been after
```

**ELVIS CHAN  11/29/2022**

**Page 214**

```
 1   the news story broke because I don't know if it was
 2   publicly known then.
 3       Q.   BY MR. SAUER:  Do you know that in 20- --
 4   so you remember sometime in 2020 a Facebook analyst
 5   asked the FBI to comment on the status of the
 6   Hunter Biden investigation?
 7       A.   That's correct.
 8       Q.   And you believe that this occurred after
 9   there had been, you know, a New York Post article
10   about the contents of the laptop that you referred
11   to -- I think you referred to earlier you finding
12   out about it that way, right?
13       A.   Yeah, I only found out through news media.
14   I have no internal knowledge of that investigation,
15   and yeah, I believe that it was brought up after
16   the news story had broke.
17       Q.   And so the -- what did the Facebook
18   analyst ask Ms. Dehmlow?  Did they ask, you know,
19   "Hey, we have the story.  Can you confirm it," or
20   what did they ask?
21       A.   Yeah, they just -- I can't remember the
22   exact question, but I believe the investigator
23   asked if the FBI could provide any information
24   about the Hunter Biden investigation.
25       Q.   Did they refer to the laptop in particular
```

1    that had been the subject of the news stories?

2        A.   I can't recall.

3        Q.   And what did Ms. Dehmlow respond?

4        A.   She said no comment.  She said something

5    to the effect that the FBI has no comment on this.

6        Q.   Did she indicate why the FBI declined to

7    comment?

8        A.   Yes.  It was because -- at the time I do

9    not believe that we had confirmed that it was an

10   active -- we had -- at the time we had not

11   confirmed that the FBI was actually investigating

12   Hunter Biden.  So she did not have the authority to

13   say anything or to comment about it.

14       Q.   Did she know at the time that the FBI had

15   the laptop and that the contents had not been

16   hacked?

17            MR. SUR:  Objection; calls for speculation

18   and gets into law enforcement privilege.

19       Q.   BY MR. SAUER:  To your knowledge?

20       A.   I have no idea.  I never asked her, and

21   she never told me.

22       Q.   Did Hunter Biden come up with any other

23   social media platforms during 2020?

24       A.   Not to my knowledge.

25       Q.   Do you recall any mention of Hunter Biden

1    at any meetings with any social media platforms?

2        A.   No.  It stood out because that Facebook

3    meeting was the only one where an individual from

4    one of the companies even asked about it.

5        Q.   You're confident that Hunter Biden did not

6    come up at any other meetings between federal

7    government officials and social media platforms in

8    2020?

9        A.   I was confident that I was not a party to

10   any meeting with social media companies where

11   Hunter Biden was discussed outside of the one

12   incident that I told you about.

13       Q.   That was the one where it was a FITF

14   Facebook meeting where the analyst asked

15   Ms. Dehmlow and she refused to comment, correct?

16       A.   That is correct.  That is correct.

17            MR. SAUER:  I am going to show you a new

18   exhibit, Exhibit 8.

19            Counsel, I just emailed it to you, too.  I

20   will put it up on screen share, and it will be

21   familiar to you.

22                (Reporter marked Exhibit No. 8 for

23                 identification.)

24       Q.   BY MR. SAUER:  Do you see this document

25   here?

 1    A.    It says the "Declaration of Yoel Roth."

 2    **Q.    Do you know Yoel Roth?**

 3    A.    Yes.  I mentioned to you -- mentioned him

 4  to you previously.  He was the head of site

 5  integrity at Twitter.

 6    **Q.    And it says that's a trust and safety**

 7  **department, correct?**

 8    A.    Well, it says it is a site integrity team

 9  which assesses content posted to Twitter to

10  determine whether it violates the company's

11  policies.  So in general, that would be construed

12  as a trust and safety role.

13    **Q.    So in other words, he is -- has**

14  **responsibility for content modulation at Twitter,**

15  **or he at least did at the time of this declaration?**

16    A.    Yes, I believe so.

17    **Q.    In fact, your committee worked with him in**

18  **that role, which he had until very, very recently,**

19  **right?  Just a couple weeks ago, right?**

20    A.    Until the day after the election.

21    **Q.    I am going to direct your attention to**

22  **Paragraph 10 in this declaration.  You see where it**

23  **says in Paragraph 10, "Since 2018, I have had**

24  **regular meetings with the" ODNI, "the Department of**

25  **Homeland Security, the FBI and industry peers**

1  regarding election security"?  Do you see that?

2      A.   Yeah, Paragraph 11?

3      Q.   **Paragraph 10.**

4      A.   I'm sorry, Paragraph 10.  Yes, I see that.

5      Q.   **Do you know what regular meetings he's**

6  **referring to in that paragraph?  Is that the**

7  **CISA-organized USG-industry meetings or is there**

8  **other meetings as well?**

9      A.   I am not sure, but from my interpretation

10  of this document, it would be in the context of the

11  CISA-hosted USG-industry meeting.  Because I never

12  hosted a meeting with those U.S. government

13  components.

14      Q.   **So let me ask you this:  Are you aware of**

15  **any meetings involving Twitter with ODNI, DHS and**

16  **the FBI and other social media platforms?**

17      A.   Only in the context of the CISA-hosted

18  USG-industry meetings.

19      Q.   **So the only meetings that you're aware of**

20  **that this Paragraph 10 could be referring to are**

21  **those USG-industry meetings that we have been**

22  **talking about organized by CISA?**

23      A.   That is my belief.

24      Q.   **Paragraph 11, "During these weekly**

25  **meetings, the federal law enforcement agencies**

1   communicated that they expected 'hack-and-leak

2   operations' by state actors might occur in the

3   period shortly before the 2020 presidential

4   election, likely in October."  Do you see that?

5        A.   Yes.

6        Q.   Is that consistent with your recollection

7   that the communications at the 2020 USG-industry

8   meetings organized by CISA, that state actors, I

9   take it he means foreign governments, might

10  perpetrate hack-and-leak operations in a period

11  shortly before the 2020 presidential election?

12       A.   Yeah, so the weekly meetings would have

13  occurred like very shortly before.  Like we did

14  not switch to a weekly cadence until maybe six

15  weeks from the election, around then, maybe six or

16  eight weeks.  It was a very short weekly meeting.

17            I do believe -- as I mentioned previously,

18  I don't remember who.  I do remember myself

19  mentioning a concern for that, but it was mentioned

20  that there was the potential for hack-and-leak

21  operations.

22       Q.   And so that first sentence you agree with

23  basically that people did say that to Twitter in

24  these meetings, that foreign state actors might do

25  a hack-and-leak operation in the period shortly

ELVIS CHAN  11/29/2022

Page 220

1  before the 2020 presidential election; is that fair

2  to say?

3      A.   Yes.   During the CISA USG-industry

4  meetings.

5      Q.   You're saying those obtained a weekly

6  cadence in the six to eight weeks before that

7  actual election in 2020?

8      A.   Yes.

9      Q.   Okay.  In those meetings, I take it likely

10  in October, was that relayed to Twitter and the

11  other industry participants?

12      A.   I can't remember specifically, but it

13  would have made sense for the meetings to

14  definitely have occurred on a weekly basis in

15  October ahead of the elections in November.

16      Q.   And did the federal officials in those

17  meetings convey that they expected that

18  hack-and-leak operations might occur shortly before

19  the election, likely in October?

20      A.   So I wouldn't have used the word

21  "expected."  I would have used the word "concern"

22  about potential hack-and-leak operations.  The

23  reason I say that is because we were not aware of

24  any hack-and-leak operations that were pending.

25      Q.   Okay.  He goes on to say in the next --

ELVIS CHAN  11/29/2022

 1   let me ask you this:  Did you express that concern

 2   would be, quote, likely in October?

 3       A.   I would say possible in October.

 4       Q.   He refers to the federal law enforcement

 5   agencies, plural, in that sentence.  Do you see

 6   that?

 7       A.   Yes.

 8       Q.   And other federal law enforcement agencies

 9   other than the FBI also convey an expectation or

10   concern that Russian hack-and-leak operations would

11   occur shortly before the 2020 election?

12       A.   Not to my -- not to my knowledge.

13       Q.   So the only agency you recall conveying

14   that information is the FBI?

15       A.   The only federal law enforcement agency I

16   remember conveying our concern was the FBI.

17       Q.   How about any other agency?

18       A.   As I mentioned, I believe CISA would have

19   had the same concern as the FBI.

20       Q.   And that was relayed through Mr. Masterson

21   and Mr. Scully, I think you said, correct?

22       A.   Correct.

23       Q.   Any other agencies or federal officials

24   raise those concerns other than you, Ms. Dehmlow,

25   Mr. Masterson and Mr. Scully?

 1      A.   I believe that the senior election

 2   official from ODNI would also have flagged that as

 3   a concern.  Because that was a concern across the

 4   entire U.S. government.

 5      Q.   **Who is that?**

 6      A.   At the time the senior election official

 7   was Shelby Pierson.

 8      Q.   **What did Mr. -- is that Mr. or Ms.?**

 9      A.   Ms., Ms. Pierson.

10      Q.   **What did Ms. Pierson say about that**

11   **concern for the social media platforms in these**

12   **meetings?**

13      A.   I don't recall what she exactly said, but

14   the sentiment would have been similar to what I

15   already conveyed, which is that I was concerned

16   about the potential for hack-and-leak operations.

17   However, we were not aware of any pending

18   hack-and-leak operations.  I believe she would have

19   shared the same sentiment.

20      Q.   **Do you remember anything specific about**

21   **what she said?**

22      A.   I don't.

23      Q.   **Mr. Roth in the affidavit goes on to say,**

24   **"I was told in these meetings that the intelligence**

25   **community expected that individuals associated with**

 1  **political campaigns would be subject to hacking**

 2  **attacks and that material obtained through those**

 3  **hacking attacks would likely be disseminated over**

 4  **social media platforms, including Twitter."  Do you**

 5  **see that?**

 6       A.   Yes.

 7       **Q.   Do you remember that occurring, that --**

 8  **people in the intelligence community relaying that**

 9  **they expected attacks on individuals associated**

10  **with political campaigns and that the material**

11  **obtained would be disseminated over Twitter?**

12       A.   So my recollection is different from

13  Mr. Roth's.  Not that the intelligence community

14  expected that individuals associated with political

15  campaigns would be subject to hacking attacks, but

16  that there was the potential for individuals

17  associated with political campaigns.

18            The reason I say that is because I and the

19  individuals I work with at FITF, we were not aware

20  of any successful hacks into any political

21  organizations or campaigns at the same time of

22  these meetings.

23       **Q.   How about in the intelligence community?**

24  **You know, I take it that may refer to ODNI --**

25       A.   Yeah.

**ELVIS CHAN 11/29/2022**

**Page 224**

1    Q.    -- is Mr. Roth accurately describing what

2    they said in these meetings?

3           MR. SUR:  Objection; calls for

4    speculation.

5           THE WITNESS:  Yeah, I don't know what

6    Mr. Roth meant or meant, but what I'm letting you

7    know is that from my recollection -- I don't

8    believe we would have worded it so strongly to say

9    that we expected there to be hacks.  I would have

10   worded it to say that there was the potential for

11   hacks, and I believe that is how anyone from our

12   side would have framed the comment.

13          And the reason I believe that is because I

14   and the FBI, for that matter the U.S. intelligence

15   community, was not aware of any successful hacks

16   against political organizations or political

17   campaigns.

18   Q.    BY MR. SAUER:  You don't think that

19   intelligence officials described it in the way that

20   Mr. Roth does here in this sentence in the

21   affidavit?

22   A.    Yeah, I would not have -- I do not believe

23   that the intelligence community would have expected

24   it.  I said that they would have been concerned

25   about the potential for it.

**ELVIS CHAN  11/29/2022**

1    Q.   How about the second half of the sentence

2  here where he says that he was told in these

3  meetings that material obtained through those

4  foreign hacking attacks would likely be

5  disseminated over social media platforms, including

6  Twitter, do you recall that being discussed in the

7  meetings?

8    A.   Yeah, so if you're going to break it up

9  into two parts like that, if there were a

10  successful hack, that is what the intelligence

11  community and I both think would happen.

12    Q.   Did you relay that to them, that if there

13  were a successful hack, they would likely relay the

14  hacked materials over social media platforms

15  including Twitter?

16    A.   I don't remember if I relayed that, but I

17  do agree with Mr. Roth's statement, that if there

18  was a hack, that that would be a method to

19  disseminate the information.

20    Q.   And that particular concern was relayed to

21  social media platforms in these meetings?

22    A.   Yes, you are correct.

23    Q.   He goes on to say, "These expectations of

24  these hack-and-leak operations were discussed

25  throughout 2020."  Do you see that?

ELVIS CHAN  11/29/2022

```
 1      A.   Yes.
 2      Q.   What -- was that, in fact, true that all
 3   throughout 2020 there were discussions of these
 4   concerns about hack-and-leak operations?
 5      A.   So I would not have used the word
 6   "expectation."  As I characterized it to you
 7   before, we regularly discuss the potential for
 8   nation state actors to conduct hack-and-leak
 9   operations.  And we provided briefings on the
10   specific nation state actors that we believe who
11   were potentially capable of conducting these types
12   of operations.
13      Q.   That would include Russia, I presume?
14      A.   Yes.
15      Q.   And you -- so in the briefings you
16   provided to them, you brief them on your
17   understanding that Russia was capable of conducting
18   those hack-and-leak operations?
19      A.   Yes.
20      Q.   Do you brief them on your concerns that
21   those might occur in the 2020 election cycle in
22   connection with those briefings as well, correct?
23      A.   Yeah, from my recollection, "might" is a
24   more appropriate word than "expected."
25      Q.   So you feel like you said "might," and
```

1   Mr. Roth feels like he was told they were

2   "expected"; is that fair to say?

3       A.   Well, he wrote that -- well, in this

4   deposition he provided, he said "expected," but I

5   don't remember the language being so strong from --

6   from me or from any FBI officials.

7       Q.   I want to direct your sentence to the next

8   page -- sentence.  He says, "I also learned in

9   these meetings that there were rumors" of a

10  hack-and-leak -- "that a hack-and-leak operation

11  would involve Hunter Biden," right, you see that?

12      A.   Yes.

13      Q.   Do you remember -- what's he referring to

14  there, to your recollection?

15      A.   So from my recollection, the social media

16  companies, who include Twitter, would regularly ask

17  us, "Hey, what kind of content do you think the

18  nation state actors, the Russians would post," and

19  then they would provide examples.  Like, "Would it

20  be X" or "Would it be Y" or "Would it be Z."  And

21  then we -- I and then the other FBI officials would

22  say, "We believe that the Russians will take

23  advantage of any hot-button issue."

24           And we -- I do not remember us

25  specifically saying "Hunter Biden" in any meeting

ELVIS CHAN  11/29/2022

Page 228

 1   with Twitter.

 2       Q.   Mr. Roth says in his sworn declaration he

 3   learned in these meetings, and I take it we are

 4   still talking about these weekly meetings, USG

 5   industry CISA-organized meetings, he learned in

 6   these meetings that there were rumors that a

 7   hack-and-leak operation would involve Hunter Biden,

 8   right?  That's what he said in his sworn

 9   declaration, right?

10       A.   Yes, I see that's what he said.

11       Q.   And do you have any reason to doubt the

12   veracity of what he said?

13       A.   I would interpret what he said

14   differently.

15       Q.   How would you interpret what he said when

16   he says he learned that there were rumors that a

17   hack-and-leak operation would involve Hunter Biden?

18   What do you think he's referring to?

19            MR. SUR:  Objection; calls for

20   speculation.

21            THE WITNESS:  Yeah, in my estimation, we

22   never discussed Hunter Biden specifically with

23   Twitter.  And so the way I read that is that there

24   are hack-and-leak operations, and then at the

25   time -- at the time I believe he flagged one of the

1   potential current events that were happening ahead

2   of the elections.

3       Q.   BY MR. SAUER:  You believe that he, Yoel

4   **Roth, flagged Hunter Biden in one of these**

5   **meetings?**

6       A.   No.  I believe -- I don't believe he

7   flagged it during one of the meetings.  I just

8   think that -- so I don't know.  I cannot read his

9   mind, but my assessment is because I don't remember

10  discussing Hunter Biden at any of the meetings with

11  Twitter, that we didn't discuss it.

12           So this would have been something that he

13  would have just thought of as a hot-button issue on

14  his own that happened in October.

15      Q.   **So you think that where he says he learned**

16  **in the meetings that there were rumors that a**

17  **hack-and-leak operation would involve Hunter Biden,**

18  **you don't recall any basis for that actually being**

19  **discussed in the meetings?**

20      A.   That is correct.

21      Q.   **Paragraph 12 goes on to say that "On**

22  **October 14, 2020, I learned from media coverage**

23  **that the New York Post had posted the articles to**

24  **its website that morning containing emails and**

25  **other personal materials found on a hard drive that**

**ELVIS CHAN  11/29/2022**

1   allegedly belonged to Hunter Biden."  Do you see

2   that?

3       A.   Yes, Paragraph 12.

4       Q.   There's that reference to those articles

5   that you referred to earlier, correct?

6       A.   Correct.

7       Q.   It's your testimony that those news

8   articles are the first time that you became aware

9   that -- you became aware of Hunter Biden's laptop

10  in any connection?

11      A.   Yes.  I don't remember if it was a New

12  York Post article or if it was another media

13  outlet, but it was on multiple media outlets, and I

14  can't remember which article I read.

15      Q.   And before that day, October 14th, 2020,

16  were you aware -- were you aware of Hunter Biden --

17  had anyone ever mentioned Hunter Biden's laptop to

18  you?

19      A.   No.

20      Q.   The next paragraph Mr. Roth says, "The

21  site integrity team preliminarily determined that

22  the information in the articles," the New York Post

23  articles, "could have been obtained through

24  hacking, based on, among other things, the type of

25  material, the sourcing described in the articles,

**ELVIS CHAN 11/29/2022**

1  and the information security community's initial

2  reactions."  Do you see that?

3      A.   Yes.

4      Q.   Do you know what he's referring to in that

5  last bit where he talks about the information

6  security community's initial reactions?

7           MR. SUR:  Objection; calls for

8  speculation.

9           THE WITNESS:  I do not know.

10     Q.   BY MR. SAUER:  Do you know -- what is the

11 information security community?

12     A.   So I don't know specifically that

13 reference that he's using, but there is -- you

14 know, I -- my assessment is that he's talking

15 broadly about the American information security

16 industry, but I don't know.

17     Q.   Does that include the FBI?

18          MR. SUR:  Objection; calls for

19 speculation.

20          THE WITNESS:  So I don't know.  However, I

21 do not believe that involves the FBI.  To me when I

22 read that, this is the first time I am reading that

23 paragraph, it sounds like he is talking about the

24 private sector information security community.

25     Q.   BY MR. SAUER:  He goes on to talk about

**ELVIS CHAN  11/29/2022**

1    how Twitter ended up essentially blocking the

2    articles from being shared on its platform and

3    suspending the New York Post's Twitter accounts.

4          Generally without getting into the

5    details, are you generally familiar with the fact

6    that Twitter took steps to reduce the distribution

7    of the Hunter Biden laptop story on its platforms?

8       A.   Yeah, yeah, the extent of the information

9    that I learned was exactly what you just described.

10   I have no other knowledge of that.

11      Q.   Okay.  So right here at Paragraph 17 he

12   says, "The Site Integrity Team blocked Twitter

13   users from sharing links over Twitter to the

14   applicable New York Post articles and prevented

15   users who had previously sent tweets sharing those

16   articles from sending new tweets until they deleted

17   the tweets violating Twitter's policies," correct?

18      A.   So that is what he wrote, but I am not

19   aware of the specific details of the actions that

20   they took until you just read that paragraph to me

21   today.

22      Q.   Do you know if anyone at Twitter reached

23   out to anyone at the FBI to check or verify

24   anything about the Hunter Biden story?

25      A.   I am not aware of any communications

ELVIS CHAN  11/29/2022

```
 1   between Yoel Roth and the FBI about this topic.
 2        Q.   Are you aware of any communications
 3   between anyone at Twitter and anyone in the federal
 4   government about the decision to suppress content
 5   relating to the Hunter Biden laptop story once the
 6   story had broken?
 7             MR. SUR:  Objection; lacks foundation.
 8             THE WITNESS:  I am not aware of Mr. Roth's
 9   discussions with any other federal agency.  As I
10   mentioned, I am not aware of any discussions with
11   any FBI employees about this topic as well.  But I
12   only know who I know.  So I don't -- he may have
13   had these conversations, but I was not aware of it.
14        Q.   BY MR. SAUER:  You mentioned Mr. Roth.
15   How about anyone else at Twitter, did anyone else
16   at Twitter reach out, to your knowledge, to anyone
17   else in the federal government?
18        A.   So I can only answer for the FBI.  To my
19   knowledge, I am not aware of any Twitter employee
20   reaching out to any FBI employee regarding this
21   topic.
22        Q.   How about Facebook, other than that
23   meeting you referred to where an analyst asked the
24   FBI to comment on the Hunter Biden investigation,
25   are you aware of any communications between anyone
```

ELVIS CHAN  11/29/2022

```
 1    at Facebook and anyone at the FBI related to the
 2    Hunter Biden laptop story?
 3         A.   No.
 4         Q.   How about any other social media platform?
 5         A.   No.
 6         Q.   How about Apple or Microsoft?
 7         A.   No.
 8              MR. SUR:  Counselor, if you have concluded
 9    with this exhibit, may I ask or may I suggest that
10    a break would be appropriate?  We have been in this
11    session now I think for an hour and eight minutes.
12              MR. SAUER:  I'm okay with that.  Want to
13    go off the record?
14              THE VIDEOGRAPHER:  Off the record at 3:43
15    p.m.
16              (Whereupon a recess was taken.)
17              THE VIDEOGRAPHER:  Back on the record at
18    3:57 p.m.
19         Q.   BY MR. SAUER:  Do you know Peter Strzok,
20    S-t-r-z-o-k?
21         A.   Yes, I do.
22         Q.   How do you know him?
23         A.   I know that he was a deputy assistant
24    director at counterintelligence division, and the
25    capacity that I worked with him in was related to
```

1   the Yahoo! hack, which also occurred in 2016, and

2   our office did the investigation for that hack.

3        **Q.   What was the Yahoo! hack?**

4        A.   At the time the Yahoo! hack was the

5   largest data breach in American history where 500

6   million Yahoo! users' credentials were stolen by

7   Russian intelligence service officers.

8        **Q.   You worked on that investigation with**

9   **Peter Strzok?**

10       A.   So I oversaw the squad that ran the

11  investigation.  So I oversaw the investigation.

12  Mr. Strzok consulted with me because he was

13  concerned -- he had counterintelligence concerns

14  about the investigation.

15       **Q.   What were those concerns generally**

16  **speaking?  I am not going to ask specifics.**

17       A.   Broadly speaking, U.S. government

18  employees, U.S. current government employees as

19  well as other government officials had used Yahoo!

20  and still use Yahoo!, and he was concerned that

21  Russian intelligence officers would be able to

22  figure out the personal Yahoo! -- Yahoo! and AOL

23  accounts for current and former U.S. government

24  officials.

25       **Q.   Did you have multiple interactions with**

ELVIS CHAN 11/29/2022

Page 236

1    him during the course of that investigation?

2        A.   I would say regular -- like maybe once a

3    month maybe.

4        Q.   Over the course of how long?

5        A.   Over the course of about six months.

6        Q.   Would these be phone calls or did you have

7    any in-person meetings with him?

8        A.   These would be via classified Skype or

9    Link, if you're familiar with that Microsoft

10   product.

11       Q.   So they'd be videoconferences that were in

12   a secured link?

13       A.   They would be voice conference -- there

14   was video capability, but the FBI culture is not to

15   use videoconference.

16       Q.   Have you talked to him since then?

17       A.   I have not.  Yeah, I only spoke to him in

18   the context of the Yahoo! investigation.  So -- and

19   he was interested, you know, in the extent of the

20   damage, you know, like our intrusion investigation

21   to determine if we could tell if Russians were

22   aware which accounts belong to which U.S.

23   government officials.

24       Q.   These interactions with him occurred in

25   the year 2016; is that right?

**ELVIS CHAN  11/29/2022**

Page 237

```
 1      A.   Yeah, I would say spanning between 2015 to
 2   2016.
 3      Q.   So this would have been the same time
 4   frame that he's involved in the Crossfire Hurricane
 5   investigation?
 6      A.   I do not know when that investigation took
 7   place exactly, but I would say that I had
 8   engagement with him in the late 2015 to early 2016
 9   time frame.
10      Q.   Do you know anyone associated with the
11   Crossfire Hurricane investigation?
12      A.   No, not to my knowledge.
13      Q.   How about Lisa Page?
14      A.   So Lisa Page is an attorney, an FBI
15   attorney for the Office of General Counsel.  She
16   was on many of the calls.  I don't know if she was
17   on all of the calls, but she was on at least some
18   of the, like, once-a-month calls that I had with
19   Mr. Strzok.
20      Q.   She was on -- so you would talk to
21   Mr. Strzok and Ms. Page at the same time as the
22   Yahoo! investigation?
23      A.   Yes.  My understanding was that she was --
24   I don't know this for a fact, but my understanding
25   was that she was a senior attorney in the
```

1   counterintelligence division and that she would be

2   privy to the types -- she would need to know about

3   the types of communications I had with Mr. Strzok

4   about the extent of the damage.

5       Q.    Did you have any communications with

6   Ms. Page after 2016?

7       A.    Yes, but not while she was working at the

8   FBI.

9       Q.    What communications were those?

10      A.    She currently works for a private sector

11  company, and I have regular communications focused

12  on cybersecurity matters with her current company.

13      Q.    What company is that?

14      A.    The company is Twilio.

15      Q.    And you know her now and communicate with

16  her in her work at Twilio?

17      A.    Yes.

18      Q.    And do those communications relate to

19  hacking?

20      A.    Cybersecurity in general and potential

21  hacks against the Twilio platform.

22      Q.    Have you communicated with her recently?

23            MR. SUR:  Objection; vague.

24            THE WITNESS:  I would say the last time I

25  communicated with her was maybe -- I can't recall

**ELVIS CHAN 11/29/2022**

Page 239

```
 1  exactly, but maybe two months ago.
 2      Q.   BY MR. SAUER:  How often do you talk to
 3  her?
 4      A.   Maybe on a quarterly basis.
 5      Q.   Have you ever discussed with Mr. Strzok or
 6  Ms. Page the prospect of a Russian hack-and-leak
 7  operation?
 8      A.   No.  The only investigation that I ever
 9  discussed with either of them was the Yahoo! hack
10  investigation.
11      Q.   Do you know anyone else associated with
12  the Crossfire Hurricane investigation?
13      A.   No.  But I do want to add during those
14  meetings that I had with Mr. Strzok, Mr. Jim Baker,
15  who was our general counsel at the time, would
16  attend some of those meetings as well.
17      Q.   Mr. Baker would attend those meetings that
18  you had with Mr. Strzok about the Yahoo! hack?
19      A.   Yes.  At least some of them.
20      Q.   Who else would attend those meetings?
21      A.   Just the three of them.  It would be the
22  three of them getting a status update from -- they
23  would be getting a case update from me.
24      Q.   A case update about the Yahoo!
25  investigation?
```

**ELVIS CHAN  11/29/2022**

```
 1      A.   Correct.
 2      Q.   Did you ever discuss any hacking issues
 3   with Mr. Baker?
 4      A.   Not outside the context of the Yahoo!
 5   hack.
 6      Q.   Do you believe that Russian
 7   malign-foreign-influence activities affected the
 8   outcome of the 2016 presidential election?
 9           MR. SUR:  Objection; calls for
10   speculation.
11           THE WITNESS:  Quite honestly, I don't know
12   if they had an impact.
13      Q.   BY MR. SAUER:  In your thesis you talk
14   about how -- I think on multiple occasions you talk
15   about how that election was decided by about 78,000
16   votes in three key swing states; is that right?
17      A.   That is correct.  So I wanted to highlight
18   that there was the potential, but unfortunately if
19   you read my thesis, I could not conclus -- I could
20   not conclusively say whether it had an impact, but
21   it potentially could have an impact.
22      Q.   So your thesis was -- the conclusion was
23   that potentially Russian malign-foreign-influence
24   operations may have affected the 2016 presidential
25   election?
```

**ELVIS CHAN  11/29/2022**

```
 1     A.   Yes, but that we would never know
 2  conclusively.
 3     Q.   I think you also cited statistics
 4  suggesting that something like 59 percent of all
 5  Facebook users had been reached by Russian malign
 6  social media content during that election cycle?
 7     A.   Yeah, I cited that from one of the
 8  reports, that is correct.
 9          MR. SAUER:  I am going to show you a new
10  exhibit.  Just give me a second to email it to your
11  counsel.
12              (Reporter marked Exhibit No. 9 for
13               identification.)
14     Q.   BY MR. SAUER:  Can you see this exhibit
15  that I have labeled Exhibit 9 that I posted on the
16  screen share?
17     A.   I see it on there, but I don't see it on
18  counsel's iPad yet.
19     Q.   Just as a preliminary matter, you see that
20  it is dated October 28, 2020, and it states, "Tech
21  CEOs Senate Testimony Transcript October 28"?
22     A.   Yes, I see that.
23     Q.   And you refer in your thesis to the fact
24  that tech CEOs were called in to testify before
25  Congress shortly before the 2020 election, correct?
```

```
 1      A.   Yes, correct.
 2      Q.   I think you refer to this as one of the
 3  instances where pressure was put on them to take
 4  more aggressive action to -- to keep malign foreign
 5  influence off their platforms, right?
 6      A.   Yes, that was my assessment.
 7           MR. SAUER:  I am going to jump ahead to
 8  Page 56 of this document.  So Indraneel, I don't
 9  know if you're following in the PDF.
10           MR. SUR:  It hasn't arrived yet,
11  unfortunately.
12      Q.   BY MR. SAUER:  If you look here at Page
13  56, there's a question posed to Mark Zuckerberg who
14  is the CEO of Meta or Facebook, correct?
15      A.   Can you highlight the question that you
16  want me to look at?
17      Q.   I actually -- probably just look at what
18  he said.  I don't think the question is that
19  relevant.
20           MR. SUR:  If I may interrupt, the email
21  just arrived, so we'll have it on the screen in a
22  few seconds here.
23           MR. SAUER:  Great.
24      Q.   Can you see there --
25           MR. SUR:  May I ask which page?
```

1          MR. SAUER:  Page 56 of the PDF.

2      Q.    Do you see there in the middle of the page

3  it indicates that Mark Zuckerberg is the one

4  speaking?

5      A.    I see that at 2:34:35.

6      Q.    That's the place.  Thanks.  In that answer

7  he says along the lines of what you mentioned

8  earlier, "one of the threats the FBI has alerted

9  our companies and the public to, was the

10  possibility of a hack and leak operation in the

11  days or weeks leading up to this election,"

12  correct?

13     A.    Yeah, I am reading that.

14     Q.    Okay.  And then Mr. Zuckerberg went on to

15  say, "So you had both the public testimony from the

16  FBI and in private meetings alerts that were given

17  to at least our company, I assume the others as

18  well, that suggested that we be on high alert and

19  sensitivity that if a trove of documents appeared

20  that we should view that with suspicion, that it

21  might be part of a foreign manipulation attempt."

22  Do you see that?

23     A.    I do see that.

24     Q.    This testimony is occurring two weeks

25  after the Hunter Biden stories in the New York

**ELVIS CHAN  11/29/2022**

 1   **Post, correct, October 28, 2020?**

 2       A.   Yes, that's what it was dated.

 3       **Q.   Okay.  Let's go through his account there.**

 4   **Mr. Zuckerberg said "one of the threats that the**

 5   **FBI has alerted our companies and the public to,**

 6   **was the possibility of a hack-and-leak operations**

 7   **in the days" and/"or weeks leading up to this**

 8   **election," correct?**

 9       A.   Correct.

10       **Q.   Yeah, and he says the FBI has alerted the**

11   **public to that.  Do you recall the FBI doing so?**

12       A.   I believe that we much more frequently

13   than in the 2016 context -- context, "we," meaning

14   the FBI and CISA, would put out advisories about

15   concerns that we had about the elections.  These

16   would be public advisories.

17       **Q.   Would these include public advisories**

18   **saying there might be a hack-and-leak operation**

19   **shortly before the 2020 election?**

20       A.   I can't recollect.  I know there are

21   public advisories, and if you show them to me I

22   would be able to read them and refresh my memory,

23   but I don't recollect at this time.

24       **Q.   Do you know whether such public advisories**

25   **were made, as Mr. Zuckerberg says, relating to**

**ELVIS CHAN  11/29/2022**

Page 245

```
 1  quote, the possibility of a hack-and-leak operation
 2  in the days or weeks leading up to this election?
 3      A.   I can't remember any specific advisories
 4  at this time.
 5      Q.   Were you involved in preparing public
 6  advisories?
 7      A.   No.
 8      Q.   Did you ever suggest that the FBI should
 9  issue a public advisory about a hack-and-leak
10  operation?
11      A.   No, not specifically.  What I did tell our
12  cyber intelligence section was that we, the FBI,
13  should try to be as transparent as possible ahead
14  of the 2020 elections.
15      Q.   In the next sentence Mr. Zuckerberg says,
16  "So you had both the public testimony from the FBI
17  and in private meetings alerts that were given to
18  at least our company, I assume the others as well,
19  that suggested we be on high alert and
20  sensitivity."  Do you see that?
21      A.   Yes, I see that statement.
22      Q.   So do you know what he's referring to
23  about the public testimony from the FBI?
24          MR. SUR:  Objection; calls for
25  speculation.
```

**ELVIS CHAN  11/29/2022**

```
 1            THE WITNESS:  I don't know about the
 2   public testimony.  I could assume it is from
 3   direct -- the director, Christopher Wray, or
 4   another senior official, but I am not aware of what
 5   testimony he's talking about.
 6       Q.   BY MR. SAUER:  How about "in private
 7   meetings alerts that were given to at least our
 8   company, I assume others as well," do you know what
 9   private meetings alerts he's referring to?
10            MR. SUR:  Objection; calls for
11   speculation.
12            THE WITNESS:  I don't know what private
13   meetings he meant, but as I've discussed with you,
14   I've hosted several meetings with Facebook ahead of
15   the 2020 elections.  So these may be these private
16   meetings.
17       Q.   BY MR. SAUER:  You hosted several private
18   meetings with Facebook where the concern about a
19   hack-and-leak operation was raised?
20       A.   Yes.
21       Q.   Are you aware of any other private
22   meetings between the FBI and Facebook?
23       A.   I am not aware of any besides the ones
24   I've hosted.
25       Q.   Is it possible that others occurred that
```

**ELVIS CHAN  11/29/2022**

1    didn't involve you?

2         A.    That is possible, but I am not aware of

3    them.

4         Q.    And he describes those private meetings

5    alerts as "suggested that we be on high alert and

6    sensitivity that if a trove of documents appeared

7    that we should view that with suspicion, that it

8    might be part of a foreign manipulation attempt."

9    Do you see that?

10        A.    Yes.

11        Q.    Was that discussed in your alerts, that if

12   a trove of documents appear, that that should be

13   something viewed with suspicion?

14        A.    I don't remember that exact framing of our

15   discussions with them.

16        Q.    Do you remember saying -- I know you

17   talked about, "Hey, there could be another

18   hack-and-leak operation."  Do you remember saying

19   something like "If you get a whole bunch of

20   documents that suddenly appear, that's something

21   that should be viewed with suspicion"?

22        A.    No, I don't remember any of us saying

23   that.  I think -- I don't remember this for a fact,

24   but I think what we would have said is we would

25   have asked "If you receive a whole -- if you see a

1    trove of potentially hacked materials, what are you

2    going to do about it?"  Which would be our way of

3    asking them how their terms of service would handle

4    a situation like that.

5        Q.   Do you recall asking them how they would

6    handle it if potentially hacked materials appeared,

7    correct?

8        A.   Yes.

9        Q.   And what did they say?

10       A.   So I believe that they would describe what

11   their policies were for validating the information

12   and handling the information in general.  I can't

13   remember what specific company said exactly what,

14   but in general, I remember the social media

15   companies having terms-of-service policies to

16   handle this sort of situation.

17       Q.   Which social media companies did you ask

18   that of, Twitter, Facebook and YouTube?

19       A.   Yes, I believe we would have asked them

20   that, but I can't recollect when that would have

21   happened, but I believe we would have asked them

22   that at some point.

23       Q.   So you would have cautioned them that

24   there might be a hack-and-leak operation and ask

25   them how their terms of service would address it,

**ELVIS CHAN  11/29/2022**

 1    **fair to say?**

 2        A.    That is fair to say.

 3        **Q.    Okay.  You specifically asked them how**

 4    **their terms of service would address it?  You**

 5    **wanted to know whether and to what extent the**

 6    **material would be taken down or blocked if it**

 7    **appeared, correct?**

 8        A.    Yeah, we wanted to know what actions they

 9    would take to include the two actions that you

10    described.

11        **Q.    Why did you want to know that?  Why did**

12    **you want to know whether or not the various social**

13    **media platforms would take down hacked materials if**

14    **they appeared?**

15        A.    So this is just my personal opinion about

16    why we wanted to know was because I think

17    internally we wanted to know what actions that we

18    would need to take, whether we would need to take a

19    legal remedy such as like a seizure warrant or

20    something.  I can't ever recollect discussing this

21    because it never came up.

22            In my assessment, why I would be concerned

23    was -- if there's hacked materials and they stay

24    up, then -- and if the companies do not believe

25    they violate their terms of service, what actions

ELVIS CHAN  11/29/2022

1   could the FBI take.

2            So I mean, these are all hypotheticals.

3       **Q.   And the idea would be the FBI could pursue**

4   **a seizure warrant to have -- basically take -- take**

5   **the materials down through legal process if the**

6   **social media platforms wouldn't do it themselves?**

7       A.   So that was one hypothetical solution.

8       **Q.   And that was one that occurred to you?**

9       A.   Yeah, that was one that occurred to me.  I

10  don't remember discussing it with anyone else.

11      **Q.   The -- who -- who of the FBI asked them,**

12  **the social media platforms, "How are your hacking**

13  **materials policies addressing this?"**

14      A.   I would say we take turns asking.  When I

15  say "we," I mean either myself or the members of

16  the Foreign Influence Task Force I already

17  mentioned to you.  Wherever it seemed like an

18  organic follow-up question, we would ask "How would

19  your terms of service apply to this situation or

20  that situation?"  Just so that we would understand

21  what types of actions that they would take.

22      **Q.   I take it their answers would inform**

23  **potential further actions by the FBI, such as**

24  **potentially pursuing a seizure warrant to remove**

25  **hacked materials?**

1    A.   I think we were -- we were dealing in

2   hypotheticals, so there was no concrete plan.  In

3   my mind, that would be one way to take down

4   information.

5        And the reason I say that is because in a

6   different situation where the FBI became aware of

7   Iranian fake news sites, we did pursue a seizure

8   warrant and got an IIFA/FARA-based search or

9   seizure warrant to take down over 70 Iranian fake

10  news websites.

11   **Q.   Did they take down hacked materials?**

12   A.   I don't know the specifics.  I oversaw the

13  squad that executed the seizure warrant.

14   **Q.   Do you recall, did Ms. Dehmlow ever**

15  **discuss what actions might be taken if there was a**

16  **hack-and-leak operation before the 2020 election to**

17  **take down materials?**

18   A.   No.

19   **Q.   Do you recall discussing that with the**

20  **FBI -- or anyone at the FBI, that is if we knew**

21  **there was a hack-and-leak operation, how do we get**

22  **the materials down?**

23        MR. SUR:  Objection; calls for

24  deliberative process privilege of internal

25  discussions within the FBI.

ELVIS CHAN  11/29/2022

```
 1           THE WITNESS:  Yeah, we did have internal

 2    discussions.  As I mentioned, the only -- one of

 3    the solutions was potentially to see if we have

 4    enough probable cause to execute a seizure warrant.

 5           Another solution was to ask the company to

 6    consensually take down the information even if it

 7    did not violate their terms of service.  So those

 8    were the two hypothetical solutions that I

 9    remember.

10       Q.   BY MR. SAUER:  Right.  That second

11    hypothetical solution about asking them to take it

12    down even if it didn't violate their terms of

13    service, did you pursue that with respect to the

14    Hunter Biden laptop story?

15       A.   No.

16       Q.   Did you contact any social media platforms

17    and say, "Hey, can you take this stuff down because

18    it looks hacked"?

19       A.   No.

20       Q.   When the social media platforms answer,

21    did Facebook and Twitter indicate that they would

22    remove hacked materials under their terms of

23    service when you asked them?

24       A.   From my recollection, I think both of

25    those companies said that they would remove hacked
```

1    materials if they were able to validate that it was

2    hacked.  I don't remember -- I don't remember the

3    qualifiers that they used to determine whether they

4    were hacked materials or not.

5        Q.    When did they tell you that, roughly?

6        A.    I can't remember, but it was ahead of the

7    2020 elections.

8        Q.    That would have been before that Hunter

9    Biden laptop story broke?

10       A.    I don't remember.  It would have been --

11   it might have happened in October.  It could have

12   happened before.  I think it may have happened

13   before then, but I can't remember.

14       Q.    They made that representation to you, both

15   Twitter and Facebook, in these FITF Facebook

16   preelection meetings -- sorry.  Let me rephrase

17   that.

18             Did they make that representation to you

19   in the FITF-organized meetings with Facebook and

20   then Twitter?

21       A.    I can't remember the specifics, but

22   generally speaking, the companies provided us with

23   overview of what their terms of service was and how

24   hacked materials could be categorized within these

25   terms of service and then just the types of actions

1  that they would potentially take.

2      Q.   I think you said a minute ago that the

3  kinds of actions they would potentially take

4  included taking the materials down?

5      A.   Yeah, that was -- that was a potential

6  action.  I think it had to reach a -- you know, it

7  had -- they had an internal validation process and

8  it had to clear internal hurdles before they would

9  take that certain type of content down.  But I

10  can't remember the specifics of what the internal

11  hurdles were.

12      Q.   That information was conveyed to a group

13  of FBI officials that had included you and

14  Ms. Dehmlow as well as Mr. Olson, Mr. Cone,

15  Ms. Chock and Mr. Giannini?

16      A.   Yeah, I don't know if all of these people

17  were present during any of those meetings where

18  they were discussed, but in general, I would say

19  that at least some subset of them would have been

20  present.

21      Q.   Okay.  And then did you guys relay that

22  information to anyone, "Here's what Facebook and

23  Twitter will do if they find and receive hacked

24  materials on their platforms"?

25      A.   So I did not relay it to anyone else,

1    outside of my internal discussions with them.  I do

2    not know if they relayed it to anyone else.

3        Q.    Do you know -- you don't know if it was

4    relayed to anyone else by anyone?

5        A.    I do not.  I am only privy to what I

6    discussed with them.

7        Q.    Do you remember anything else -- turning

8    back to the screen share, and you see

9    Mr. Zuckerberg's testimony, he talks about the

10   information received "suggested that we be on high

11   alert and sensitivity."  Is that a fair

12   characterization of the communications from the FBI

13   to Facebook that you were involved in?

14       A.    So I would not have framed it like

15   Mr. Zuckerberg did.  As I mentioned, his language

16   seems stronger than how I would have framed it, or

17   how I believe FBI officials would have framed it.

18          We would have said something to the effect

19   of "We are concerned about potential hack-and-leak

20   operations ahead of the 2020 elections and that one

21   of the methods that we would use is to disseminate

22   the hacked materials on the social media

23   platforms."

24          So I don't know if I -- we would have said

25   that we should view that with suspicion.  Instead

1    of "foreign manipulation attempt," I would have

2    said "foreign malign influence."

3         Q.   Did you, in fact, tell them that if a

4    trove of document appears, it should be viewed with

5    suspicion?

6         A.   No.  That's what I'm saying, is I don't

7    think we would have said that language.

8         Q.   Did you tell him that if a trove of

9    documents appeared, it may be part of a foreign

10   manipulation attempt?

11        A.   I would -- we would not have used that

12   language.  As I said before, what we would have

13   told them and what I recollect saying is that we --

14   that I was concerned about a potential

15   hack-and-leak operation, especially right before

16   the election, and that one of the channels for

17   disseminating that hacked information would be via

18   the social media platforms.

19        Q.   Do you know Timothy Thibault or Thibault,

20   T-h-i-b-a-u-l-t?

21             (Discussion off the record.)

22             THE WITNESS:  I am not familiar with that

23   name.

24        Q.   BY MR. SAUER:  Do you know Brian Auten,

25   A-u-t-e-n?

1      A.   Yes.  I believe he was a supervisory

2   intelligence analyst in the -- in the special

3   counsel's office.  That's how I know him.

4      **Q.   So he's an FBI official?**

5      A.   Yeah, he is supervisory intelligence

6   analyst, I believe is his title.

7      **Q.   What's a supervisory intelligence analyst?**

8      A.   A frontline supervisor position for

9   analysts within the FBI.

10     **Q.   Do you know -- how do you know him?**

11     A.   I only know him in passing because I

12  have -- I had engaged with the special counsel's

13  office -- specifically Robert Mueller's special

14  counsel's office.  I know there are multiple

15  special counsel's office, but specifically Robert

16  Mueller's.  I believe that he was part of the

17  special counsel's office team.

18     **Q.   What was your engagement with Robert**

19  **Mueller's special counsel's office?**

20     A.   So as I previously mentioned, we -- my

21  squad ran one of the investigations associated with

22  the hack of the DNC in 2016.  The special counsel's

23  office consolidated all investigations that had to

24  do with any Russian interference in the 2016

25  elections.  So we, specifically my squad and I, had

**ELVIS CHAN  11/29/2022**

Page 258

```
 1    to hand off that portion of the investigation to

 2    the special counsel's office.

 3         Q.    So they took over your investigation of

 4    the DNC hack?

 5         A.    Yes, they took over that portion of the

 6    investigation.

 7         Q.    What other portions were there?

 8         A.    The other portion is the continuing active

 9    investigation against the individuals for our

10    computer intrusions besides the 2016 DNC hack.

11         Q.    So it involves the same malign actors but

12    not the same hacking attempt?

13         A.    Correct, yeah, that is a correct

14    assessment.

15              MR. SAUER:  I am going to email you and

16    your counsel a set of new exhibits.

17              Indraneel, can you tell me when you get

18    these?

19              MR. SUR:  I will.

20              MR. SAUER:  Has that email come yet?

21              MR. SUR:  Still waiting.

22              MR. SAUER:  While you're waiting, I am

23    going to go ahead and share, just to keep things

24    moving, Exhibit 13 with you.

25              (Reporter marked Exhibit No. 13 for
```

 1                      identification.)

 2      Q.   BY MR. SAUER:  Do you see that now, sir,

 3  Exhibit 13?

 4      A.   Yeah, I see the title is "Audio

 5  Transcription of Recording in re: State of

 6  Missouri, et al., versus Joseph R. Biden, Junior."

 7      Q.   It goes on "File:  FBI on Election-There's

 8  Going to be a Lot of Noise," right?

 9           MR. SUR:  I'm sorry, we still don't have

10  the email.  So is this Exhibit 13?

11           MR. SAUER:  Yeah.  We may have the court

12  reporter make a transcription of his publicly

13  record -- public interviews, the audio of his

14  public interviews.

15      Q.   So Mr. -- Agent Chan, on October 28, 2020,

16  did you give an interview to someone called Tom

17  Field relating to the upcoming election?

18      A.   I believe I did.  I give a lot of

19  interviews, but yeah, I am looking at the

20  transcript of this one.  Tom Field is associated

21  with a media outlet called ISMG.

22      Q.   Interestingly the date of this is October

23  28, 2020, the same date as the tech CEOs

24  congressional testimony we just talked about,

25  right?

1      A.    Okay.  Yeah, I didn't remember when the

2   tech CEOs testified, but you have refreshed my

3   memory.

4      **Q.    This would be less than a week before the**

5   **October 2020 election, right?**

6      A.    Yes.

7      **Q.    And you told him there's going to be a lot**

8   **of noise.  Do you know what you were talking about**

9   **there?**

10     A.    Can you tell me what page you're on?

11     **Q.    That title "FBI on Election-There's Going**

12  **to be a Lot of Noise," did you say that to him?**

13     A.    What line is that?  What page?

14     **Q.    I am highlighting it.  It is the all caps**

15  **title on Lines 10 and 11 on Page 1, "FBI on**

16  **Election-There's Going to be a Lot of Noise."**

17     A.    So I don't recall making that title.

18     **Q.    Do you remember making that statement,**

19  **that there's going to be a lot of noise?**

20     A.    Is it in the transcript anywhere?

21     **Q.    I am just asking do you remember that?**

22     A.    I don't remember it.  That's why I'm

23  asking if it is in the transcript anywhere.

24     **Q.    Fair enough.  If you don't remember, you**

25  **don't remember.**

ELVIS CHAN  11/29/2022

 1      A.    Yeah.

 2      Q.    Go down to Page 9 of the transcript,

 3  there's a paragraph here starting on Line 3 at Page

 4  9 where you say, "So I am going to ask -- I'm

 5  probably going to say the same thing that I said

 6  the last time, but if you see something, say

 7  something; right?  So if you are seeing any types

 8  of cyber attacks against your companies, let your

 9  local FBI office know; right?"

10      A.    Yes, I see that.

11      Q.    Is that -- do you recall saying that to

12  Tom Field?

13      A.    I don't specifically remember, but it

14  appears to be a transcript of an interview I had

15  with him.  That seems like something I would say.

16      Q.    And then you go to say, "If you're seeing

17  something related to the election on your social

18  media platform, all of them have portals where you

19  can report that sort of information," correct?

20      A.    Yes.

21      Q.    So there you are encouraging the listeners

22  of the podcast if they see something inaccurate on

23  their social media platform, to go and report it

24  directly to the social media platform, correct?

25      A.    That is correct.

ELVIS CHAN  11/29/2022

1    Q.   Then you go on to say, "They are being

2  very aggressive in trying to take down any

3  disinformation or misinformation," right?

4    A.   Yes.

5    Q.   And I take it the context here you're

6  talking about disinformation and misinformation

7  related to the election, right?

8    A.   Yes.

9    Q.   So you're encouraging the listeners of

10  this podcast to report to social media companies

11  any election-related speech that they see that they

12  think is disinformation or misinformation so that

13  the social media platforms can take it down, right?

14    A.   So that the social media platforms can

15  review it and determine if it violates their terms

16  of service.

17    Q.   And it was your view at that time that the

18  social media platforms were being, quote, very

19  aggressive in trying to take down any

20  disinformation or misinformation relating to

21  elections, right?

22    A.   Yes.

23    Q.   And you go on to say "if they see anything

24  on election day or before election day, you can

25  always report it to FBI.gov or justice.gov, and you

**ELVIS CHAN  11/29/2022**

1    know, there's a little button you can click to

2    submit a complaint," correct?

3        A.   Yes.

4        Q.   So you're encouraging the listeners to

5    report any disinformation or misinformation to

6    FBI.gov or justice.gov, correct?

7        A.   That is correct.

8        Q.   FBI.gov is the FBI's website, right?

9        A.   Yes.

10       Q.   Justice.gov, is that the Department of

11   Justice's website?

12       A.   That is correct.

13       Q.   Federal Department of Justice, right?

14       A.   Yes, the U.S. Department of Justice.

15       Q.   What happens to disinformation complaints

16   that get submitted to FBI.gov relating to election

17   misinformation or disinformation?

18       A.   I believe that all these tips are reviewed

19   by an intake analyst, either an FBI employee or an

20   FBI contractor.  And then I believe they have

21   certain levels of predication where they would keep

22   sending it higher -- higher up the chain.

23       Q.   What do you mean by certain levels of

24   predication where they would keep sending you

25   higher up the chain?

**ELVIS CHAN  11/29/2022**

Page 264

```
 1      A.   So I would say if something is a vague

 2   threat about -- for example, a common type of

 3   threat is "I hate Politician X."  And then someone

 4   sends in a complaint like "I believe this user

 5   wants to kill Politician X," but you know, what

 6   that person said was a vague statement with no

 7   threat in it.

 8           So that is a -- that is like one type of

 9   example.  So in that situation, that type of

10   complaint would be filed away.

11           In another situation, for example, a

12   threat-to-life situation, "I want to kill

13   Politician X, and I know where he lives."

14           So then that would be they would -- the

15   analyst would try to figure out what field office

16   does Politician X reside in and then forward that

17   information to the appropriate field office to

18   conduct an initial assessment.

19           So that would be an example of how we

20   would handle two types of complaints.

21      Q.   Those are complaints about threats.  In

22   this context you're referring to disinformation and

23   misinformation, correct?

24      A.   Yes.

25      Q.   So if somebody reports not a threat to a
```

1   **public official but a disinformation -- someone**

2   **reports disinformation or misinformation on social**

3   **media to FBI.gov, how would that be processed?**

4       A.   So that would also be reviewed by the

5   analyst, and then it would be the same situation.

6           So if I can give you a hypothetical

7   example, "Political Party A vote on Tuesday.

8   Political party B vote on Wednesday."  So if

9   someone submitted something like that, that would

10  probably be flagged.  Like an analyst would say,

11  "Oh, this is involving the time, place or manner of

12  an actual election.  I need to send this up to

13  someone who is more authoritative that can review

14  this information."

15          So they may actually kick this out to the

16  field office depending on if they can figure out

17  where the account holder is from.

18      **Q.   What if -- okay.  So if that -- sorry, say**

19  **it again.  They send it out to the field office?**

20      A.   In this hypothetical situation, let's say

21  a social media account user somehow identifies

22  themselves as being from the state of Missouri, you

23  know, like it is a handle.  And then they say or

24  they portray themselves as being from St. Louis,

25  Missouri and they say, "If you are affiliated with

1   Party A, you vote on Tuesday.  If you're affiliated

2   with Party B, you vote on Wednesday."

3            So that information would be reviewed by

4   the analyst that does the intake, and that would

5   likely revolve -- result in a lead being sent to

6   the St. Louis field office to work with the U.S.

7   Attorney's Office to see if, you know, they should

8   serve a subpoena to get the additional information

9   or if it, you know, if it rises to the level of an

10  election requirement.

11      **Q.   Does the FBI also report -- does anyone on**

12  **that chain in the FBI report it to the social media**

13  **platform to be assessed under their**

14  **content-modulation policies?**

15      A.   So that would only -- that -- that type of

16  process that I'm aware of only happened during the

17  election command post that I mentioned to you

18  previously.

19      **Q.   So if somebody went to FBI.gov and said,**

20  **"Hey, you know, someone's saying in Missouri**

21  **Republicans vote on Tuesday, Democrats vote on**

22  **Wednesday," that would be referred to the Missouri**

23  **field office for an investigation?**

24      A.   Yeah, that would be referred to the St.

25  Louis field office for investigation.  And then

**ELVIS CHAN 11/29/2022**

 1    like, the investigators in the St. Louis office

 2    along with the U.S. Attorney's Office would

 3    determine if that is something that should be sent

 4    to FBI headquarters.  And then that would be sent

 5    to FBI headquarters and there would be an FBI OGC

 6    attorney as well as a DOJ public integrity attorney

 7    along with, you know, another FBI official.  They

 8    would all look at it and say, "Yes, we believe that

 9    this should be sent to FBI San Francisco."

10         So by the time it's reached us, there's

11    already been what I will characterize as an FBI

12    headquarter stamp of approval.

13    **Q.   And the FBI San Francisco then would relay**

14    **those to social media platforms as you've discussed**

15    **earlier --**

16    A.   Yes.

17    **Q.   -- in your testimony, correct?**

18    A.   Yes, correct.

19    **Q.   And there the idea is that the social**

20    **media platforms will assess those in connection**

21    **with their terms of service, assess them for**

22    **compliance with their terms of service, correct?**

23    A.   That is correct.

24    **Q.   What if somebody posts something like**

25    **"Voting by mail is unreliable, and your ballot**

 1  probably won't get there so don't vote that way"?

 2          MR. SUR:  Objection; incomplete

 3  hypothetical.

 4      Q.  BY MR. SAUER:  What would happen to a

 5  report like that to FBI.gov?

 6      A.  So I think that would also be reviewed by

 7  the attorneys.  When I mean "the attorneys," I mean

 8  specifically the FBI headquarters attorney as well

 9  as a DOJ public integrity attorney, and they will

10  determine whether it will get sent to San Francisco

11  or not.

12      Q.  And would something like that, in your

13  experience, get sent to San Francisco?

14      A.  In my experience, something vague like

15  that would not get sent to San Francisco.

16      Q.  How about something specific like "Voting

17  by mail is rife with fraud and it involves tons of

18  people cheating and therefore, it should be

19  abolished," how about that?

20          MR. SUR:  Objection; hypothetical.

21          THE WITNESS:  Honestly, I have never saw

22  that type of complaint being submitted to us

23  through the command post.  As I mentioned to you

24  previously, it was, from my recollection, time,

25  place or manner disinformation or misinformation.

**ELVIS CHAN  11/29/2022**

1       **Q.    BY MR. SAUER:  What do you remember**

2   **specifically about those being referred to you?**

3   **What kind of things do you remember specifically --**

4       A.   The example I gave you where if you are

5   registered with Party A, you vote on Tuesday; if

6   you're registered with Party B, you vote on

7   Wednesday.  So that was a frequent one.

8            Another one was, depending on what state,

9   some states where it has to arrive at the polling

10  location on election day, whereas other states

11  allow it -- the ballot -- the mail-in ballot to be

12  postmarked by election day.  So I remember I would

13  look, and I was like, "Oh, like, huh, I don't

14  understand this one."  And then maybe I would

15  follow up with the field office and they say,

16  "Elvis, in our state it has to arrive at the

17  polling location by a certain date."

18            So that would be the type of different

19  information that we would provide to the social

20  media companies.

21      **Q.   And I take it you testified earlier that**

22  **posting the wrong information about that, the date**

23  **that your ballot has to arrive, is criminal on --**

24  **in the government's view; is that right?**

25      A.   It is a potential violation of federal

**ELVIS CHAN  11/29/2022**

```
 1   election laws.
 2       Q.    What federal election statute does it
 3   violate?
 4            MR. SUR:  Objection; calls for legal
 5   conclusion.
 6            THE WITNESS:  I am not an attorney, but
 7   you hear me saying the words "time, place or manner
 8   disinformation."  So just based on my law
 9   enforcement training where the attorneys tell me
10   that anything that is related to false information
11   about the time, place or manner of an election or
12   about the voting process, that that is a potential
13   election crime.
14       Q.    BY MR. SAUER:  You refer to the social
15   media platforms being very aggressive in trying to
16   take down any disinformation or misinformation.
17   What were you talking about?
18       A.    I was saying in contrast to 2016 when they
19   took no actions.
20       Q.    What did they do to be very aggressive?
21       A.    So as I mentioned to you previously, they
22   developed technologies to be able to detect
23   foreign-malign-influence operations, and they also
24   add just their policies to be able to handle
25   foreign-malign-influence operations.
```

ELVIS CHAN  11/29/2022

```
 1              MR. SAUER:  I am going to show you Exhibit
 2    15.  Indraneel, I sent you an email.
 3              MR. SUR:  Okay.  15.
 4              (Reporter marked Exhibit No. 15 for
 5              identification.)
 6       Q.   BY MR. SAUER:  Agent Chan, can you see
 7    this on the screen share?
 8       A.   Yes, the title "Preparing for Retaliatory
 9    Attacks from Russia."
10       Q.   On June 29, 2022?
11       A.   Yes.
12       Q.   Again, this is a court reporter-created
13    transcript of your podcast or interview with Anna
14    Delaney on that date.  Do you see that?
15       A.   Yeah, on June 29th, 2022.
16       Q.   Who is Anna Delaney?
17       A.   She is now the -- now that I am looking at
18    the transcript, she is a reporter with ISMG.
19       Q.   Do you remember giving this interview last
20    June?
21       A.   I believe this was in the context of the
22    RSA conference, but I can't remember specifically.
23              As I mentioned, I did a lot of public
24    speaking, and I get interviewed frequently by media
25    outlets.
```

ELVIS CHAN  11/29/2022

Page 272

```
 1        Q.   Going down to Page 8 of this transcript,
 2   starting on Page 7 you see that Ms. Delaney asks
 3   about the midterm elections 2022 and she asked you
 4   what the FBI is doing to prepare, right?  "What's
 5   the FBI doing to prepare," you see that at the
 6   bottom of the page?
 7        A.   Okay.  I see that question.
 8        Q.   And you respond to that, "The good news
 9   is, post 2020, we've never stopped," right?
10        A.   Yes, I said that.
11        Q.   You say that you were -- "As soon as
12   November 3rd happened in 2020, we just pretty much
13   rolled into preparing for 2022," correct?
14        A.   Yes.
15        Q.   And you say -- a little lower down you
16   say, "From FBI San Francisco's standpoint, we are
17   also really engaged with the technology companies
18   out here and represented here at the RSA
19   conference."  There you go.
20        A.   Yeah, so yeah, it was at the RSA
21   conference.
22        Q.   "So making sure that, you know, any
23   vulnerabilities we think advanced persistent
24   threats would be using" and so forth, right?
25        A.   Yes.
```

**ELVIS CHAN  11/29/2022**

1    **Q.   I think what you're talking about there is**

2    **potential hacking attempts and working with the**

3    **social media companies to defend against hacking**

4    **attempts; is that right?**

5        A.   I wouldn't say because I mention

6    technology companies, against all types of

7    companies, even non-social media companies.

8        **Q.   Got you.  You say, "We're also working**

9    **with the social media companies to make sure that**

10   **any foreign disinformation that's coming out that,**

11   **you know, like, if we can identify them, we can**

12   **share that information with them so they can knock**

13   **down accounts, knock down disinformation content,"**

14   **correct?**

15       A.   Yes, I said that.

16       **Q.   And do you agree with that statement, that**

17   **you were working with social media companies in the**

18   **2022 election cycle to make sure that foreign**

19   **disinformation would be identified and you could**

20   **share that information with them so they can knock**

21   **down accounts and knock down disinformation**

22   **content?**

23       A.   Yeah, so looking at that sentence and from

24   my recollection, the FBI part of it is the

25   information sharing portion, and then the social

**ELVIS CHAN  11/29/2022**

Page 274

```
 1   media company portion is to decide if it violates
 2   their terms of service.  And if it does violate
 3   their terms of service, one of the actions they
 4   could take is to knock down accounts or to knock
 5   down content.
 6       Q.   And the purpose of the information sharing
 7   is the get them to assess it; and potentially if it
 8   violates the terms of service, to knock down
 9   content, correct, right?
10            MR. SUR:  Objection; mischaracterizes the
11   document, calls for speculation.
12            THE WITNESS:  Our -- my purpose was to
13   share information with them so that they could
14   protect their platforms as they deemed appropriate.
15   I did highlight two of the actions that they could
16   potentially take, which include knocking down
17   accounts or knocking down misinformation content.
18       Q.   BY MR. SAUER:  And you're aware that they
19   do both of those things in response to your reports
20   of disinformation on their platforms?
21       A.   I am aware of that because of the feedback
22   they have provided me on several occasions.
23       Q.   Do you know Jen Easterly?
24       A.   I do know Jen Easterly.
25       Q.   How do you know Jen Easterly?
```

**ELVIS CHAN  11/29/2022**

**Page 275**

```
 1      A.   I actually met her at this conference for
 2  the first time.
 3      Q.   Had you been aware of her before that?
 4      A.   I was aware when she was nominated and
 5  confirmed for her role as the director of CISA.
 6      Q.   Were you aware that she's a Star Trek fan?
 7      A.   I am aware that she's a Star Trek fan.
 8      Q.   How do you know that?
 9      A.   From reading news articles about her,
10  specifically at the Black Hat and DEF CON
11  conference which had happened previously.
12      Q.   What is the Black Hat and DEF CON
13  conference?
14      A.   That -- those are two conferences which
15  are back to back in Las Vegas sometime in the
16  summer, and they are -- next to the RSA
17  conference -- the leading cybersecurity conferences
18  in the American industry.
19      Q.   Did you have any -- have you had any
20  communications with Jen Easterly about
21  disinformation on social media?
22      A.   No, I have not had -- the one time I met
23  her in person was at the RSA conference.  And
24  primarily what I recollect us talking about was
25  that I wanted her to have additional CISA
```

1    personnel, specifically to embed with FBI San
2    Francisco cyber task force.
3        Q.    Did she agree to that?
4        A.    She said that she would work on it.
5        Q.    Did it happen?
6        A.    I was told by the CISA official, the
7    regional CISA officials that I work with that there
8    are funded bullets to hire people, but they are --
9    I believe they are still going through the hiring
10   process.
11       Q.    Who are the regional CISA officials that
12   you work with?
13       A.    There are two regional CISA officials that
14   I work with.  One individual is based in
15   Sacramento.  His name is Mario Garcia.  And then
16   the second individual is based in the Los Angeles
17   area.  His name is Joseph Oregon.
18       Q.    How do you -- what do you do to work with
19   them?
20       A.    So primarily when I work with them, it is
21   on cybersecurity matters.  So we coordinate
22   regularly with CISA on any cyber attacks against
23   critical infrastructure companies.
24             For example, a ransomware attack or a data
25   breach against an energy company or -- yeah,

**ELVIS CHAN 11/29/2022**

**Page 277**

1  specifically an example I can give you is the

2  ransomware attack against the Colonial Pipeline

3  Company.

4      **Q.   Do you work with CISA on any**

5  **disinformation issues?**

6      A.   I do not work with those two individuals

7  on disinformation issues.

8      **Q.   Do you work with anyone else at CISA on**

9  **any disinformation issues?**

10     A.   Only as we have discussed in the CISA-led

11  USG-industry working group meetings.

12     **Q.   I am going to open up Exhibit 6 again and**

13  **share it with you.  These are the amended**

14  **interrogatory responses.  Can you see them on the**

15  **screen share now?**

16     A.   Which exhibit is that?

17          MR. SUR:  This is 6.  This is on the first

18  page.

19          THE WITNESS:  Okay.

20     **Q.   BY MR. SAUER:  I am going to scroll back**

21  **down to Page 38.**

22     A.   Okay.

23     **Q.   We talked a bit about this USG-industry**

24  **meeting that's identified here, correct?**

25     A.   You're on the first bullet on that page,

1    is that what you're referring to?

2        Q.    The first bullet on Page 37.

3        A.    Okay.  "A recurring meeting usually

4    entitled USG-industry meeting," yes.

5        Q.    Okay.  We talked about -- I think we

6    talked about the participants in this meeting in

7    detail, and the CISA participants you mentioned are

8    Matt Masterson and Brian Scully?

9        A.    That's correct.

10       Q.    How about DHS's Office of Intelligence and

11   Analysis, who participated from there?

12       A.    I can't remember.  I believe whoever was

13   the head of that organization -- someone from I&A

14   showed up, but I don't remember the names.

15       Q.    What does I&A do?  What is it?

16       A.    So from my knowledge of I&A, they are the

17   intelligence community agency, or at least one of

18   them, within the Department of Homeland Security.

19   What I -- the products that I have seen from them

20   are all-source products, which means I have seen

21   them take, you know, intelligence reports from

22   different government agencies and provide more

23   strategic overview types of products.  That is what

24   I have personally seen from I&A.

25       Q.    Let's scroll down to this next bullet

1   **point where it talks about a CISA cybersecurity**

2   **advisory meeting.  Do you know anything about those**

3   **meetings between CISA and social media platforms?**

4       A.   I have never heard of the CISA

5   cybersecurity advisory committee meetings.  I have

6   never heard of that organization within CISA.

7       Q.   How about "ASD-HKS Tech Policy Paper

8   Series," do you know anything about those meetings?

9       A.   No, I don't even know what the acronym

10  stands for.

11      Q.   How about "DHS/Microsoft Disinformation

12  Follow Up"?

13      A.   I have no idea what that is in reference

14  to.

15      Q.   Let's scroll down to the CISA response.

16  See there's an additional response under the

17  heading here "CISA"; do you see that?

18      A.   Yes.

19      Q.   And that's CISA, C-I-S-A, in all caps?

20      A.   Yes.

21      Q.   It looks like it is identical to the

22  bullet point above that we discussed.

23           There's a reference here in the second

24  bullet point to "A recurring meeting to prepare for

25  and set the agenda for the USG-industry meeting,

ELVIS CHAN 11/29/2022

1    and participants have generally included CISA and

2    Facebook."  Do you see that?

3        A.   I see that.

4        Q.   That is a meeting to prepare for the

5    meeting that we talked about in detail; is that

6    right?

7        A.   I see that.

8        Q.   Were you aware that there were such

9    meetings?

10       A.   I was not aware that there was a separate

11   preparatory meeting between CISA and Facebook ahead

12   of the broader USG-industry meeting.  I was only

13   aware of the USG side, you know, where they would

14   convene us to ask us, specifically the FBI and the

15   other federal components, what agenda topics we

16   wanted to talk about.

17       Q.   So you participated in your own

18   preparatory meeting with CISA that did not involve

19   social media platforms, correct?

20       A.   That is correct.

21       Q.   During the course of those preparatory

22   meetings, CISA would ask the FBI, you, Elvis Chan,

23   what topics it might be useful to discuss at the

24   USG-industry meeting?

25       A.   Yes.  They would ask the FBI, and I was a

ELVIS CHAN  11/29/2022

 1    part of the contingent.

 2         Q.    Who was on that contingent?

 3         A.    It would typically be Laura -- the

 4    individuals that I mentioned from FITF, Laura

 5    Dehmlow, Luke Giannini, Bill Cone, Brady Olson,

 6    Judy Chock.  It would not necessarily be all of

 7    them, but it would be a subset of them or at least

 8    one of them.  Sometimes the FBI would not have any

 9    agenda items for the CISA-hosted meetings.

10         Q.    Anyone else from FBI participate in those

11    meetings?

12         A.    I can't recollect anyone else.

13         Q.    How about who from CISA would participate

14    in those meetings?

15         A.    As I mentioned to you, the two people I

16    remember are Mr. Masterson and Mr. Scully.

17         Q.    The same two who had run the USG-industry

18    meeting, the big meeting, right?

19         A.    They were the two ranking officials that I

20    was aware of from CISA.

21         Q.    Would those preparatory meetings be just

22    Mr. Scully and Mr. Masterson and FBI, or would

23    other agencies be involved with them?

24         A.    From my recollection, the ODNI, I&A, they

25    would be involved in them as well.  So we may have

**ELVIS CHAN  11/29/2022**

```
 1    the preparatory call or we may just have a
 2    coordination email.  I remember both of those
 3    methods happening.
 4         Q.   In either the email or the preparatory
 5    call, did anyone ever discuss raising hack-and-leak
 6    operations or the risk of hack-and-leak operations
 7    in a USG-industry meeting?
 8              MR. SUR:  Objection; falls within the
 9    deliberative process privilege for interagency
10    discussions and recommendations.
11              THE WITNESS:  Yeah, I don't recollect that
12    being a specific topic of discussion.
13              In my recollection, or in my opinion, this
14    would be just a general topic of continued
15    interest.
16         Q.   BY MR. SAUER:  What else was discussed in
17    those preparatory meetings, to your recollection?
18              MR. SUR:  Objection; deliberative process
19    privilege covers interagency advice and
20    recommendations before a decision is made.  So I am
21    going to -- you can respond if you can without
22    describing the specifics of any proposals or
23    recommendations.
24              THE WITNESS:  All I can remember are the
25    actual agenda items.  So as I mentioned to you
```

**ELVIS CHAN  11/29/2022**

Page 283

1   previously, CISA would talk about state, county,

2   local election processes and infrastructure and

3   cybersecurity.

4          ODNI, when they spoke, substantively would

5   discuss an unclassified description or overview of

6   potential nation-state threats.

7          And then the FBI would discuss any

8   unclassified information or concerns that we had

9   related to malign-foreign-influence disinformation

10   campaigns.

11     **Q.  BY MR. SAUER:  Would that include the kind**

12   **of strategic and tactical information you testified**

13   **about earlier?**

14     A.   No.  It would be a very condensed or, I'm

15   sorry, more general version of strategic

16   information that we would share with the specific

17   companies, and we would never share tactical

18   information at the CISA-hosted meetings.

19     **Q.  That would only be on the kind of one**

20   **or -- sort of one-on-one meeting, not really**

21   **one-on-one, but FBI meeting with a specific social**

22   **media platform, correct?**

23     A.   Yes, that is -- that is correct.  And the

24   reason for that is because we would be providing

25   law enforcement sensitive information in some

ELVIS CHAN  11/29/2022

 1   instances to the companies.

 2       Q.    Next bullet point refers to a CISA

 3   Cybersecurity Advisory Committee meetings on

 4   certain dates in 2021 and 2022.  Do you know what

 5   those meetings are about?

 6       A.    I do not.

 7       Q.    Below that, "CISA CSAC, protecting

 8   critical infrastructure from misinformation and

 9   disinformation subcommittee meetings"?

10       A.    I have no idea what those are.

11       Q.    How about this next bullet point,

12   "Meetings convened by the Election Infrastructure

13   Subsector Government Coordinating Council

14   (EIS-GCC)," do you know what the EIS-GCC is?

15       A.    I do not know what that organization is.

16       Q.    How about the Election Infrastructure

17   Subsector Government Coordinating Council Joint MDM

18   Working Group?

19       A.    I do not know what that is.

20       Q.    Do you know what the Joint MDM Working

21   Group is?

22       A.    I do not know what that is.

23       Q.    Slipping back, it had to be recurring

24   USG-industry meetings, I can't remember if you said

25   this earlier, these continued throughout 2022,

ELVIS CHAN  11/29/2022

1      correct?

2          A.    Yeah, they are continuing.

3          **Q.    And they are planned to continue through**

4      **2024, right?**

5          A.    I don't know that for a fact, but I would

6      assume so.

7          **Q.    And disinformation concerns are discussed**

8      **at these meetings on a regular basis?**

9          A.    I would say from the companies -- so as I

10     mentioned to you previously, the federal agencies

11     discuss the topics that they discuss, and then the

12     social media companies, they -- they provide an

13     overview of the content, which is what I would

14     categorize the disinformation as.

15               For example, CISA would talk about the

16     state election process and different states have

17     different dates for primaries, and, you know, the

18     ODNI would provide threat actor -- nation-state

19     threat actor updates, and then the FBI would

20     provide a broad overview of what we were seeing

21     from, like, Russian and state-sponsored actors.

22         **Q.    And then the social media platforms, would**

23     **they report on what sorts of disinformation they**

24     **were seeing on posts on their platforms?**

25         A.    Yes, that is correct.  And from my

1  recollection, this primarily came from the three

2  social media companies, Google, Facebook and

3  Twitter.

4     **Q.  So in these USG-industry meetings, Google,**

5  **Facebook and Twitter would report on what sorts of**

6  **election-related disinformation they are seeing on**

7  **their platforms?**

8     A.  I would say they would discuss what broad

9  types of disinformation they received, whether it

10  was election related or not.  And the example I

11  want to flag for you is from my thesis where, for

12  example, you saw like the postings about like Black

13  Lives Matters or about 2nd Amendment rights, they

14  would -- they would highlight the current topics

15  that they saw the Russians were either amplifying

16  information about or sowing disinformation about.

17     **Q.  And would you take anything -- let me ask**

18  **you this:  If they provided that information, would**

19  **there be a back-and-forth with the FBI or another**

20  **federal agency about how that jibes with the**

21  **information the FBI was seeing in its**

22  **investigations?**

23     A.  We would not discuss that during the

24  CISA-hosted USG-industry meetings.

25     **Q.  Would you take what the social media**

**ELVIS CHAN 11/29/2022**

Page 287

```
 1   platforms had reported, that information, and take
 2   further action based on that generally?
 3       A.   In general -- in general what the social
 4   media companies provided at the CISA-industry USG
 5   working group meetings was just broad, strategic
 6   trends that they were seeing.  So there was no
 7   actionable information from there.
 8            The actionable information shared with the
 9   FBI was one-on-one from the companies with FBI San
10   Francisco either during the FITF meetings or
11   outside of the FITF meetings just during the
12   regular course of work.
13            MR. SAUER:  Why don't we go off the
14   record.
15            THE VIDEOGRAPHER:  Off the record at 5:04
16   p.m.
17            (Whereupon a recess was taken.)
18            THE VIDEOGRAPHER:  We are back on the
19   record at 5:15 p.m.
20               (Reporter marked Exhibit No. 2 for
21                identification.)
22       Q.   BY MR. SAUER:  Mr. Chan, I am going to
23   show you Exhibit 2, which I emailed to your counsel
24   earlier today.  This is the read-through version on
25   the screen of the LinkedIn emails.
```

ELVIS CHAN  11/29/2022

1          Mr. Chan, have you actually reviewed this
2   collection of emails?
3       A.   I have not.
4       Q.   Okay.  Are you aware that you're on 121
5   pages of emails with the social media platform
6   LinkedIn setting up meetings in 2020 and 2022, as
7   you talked about today?
8       A.   So I don't know the exact number, but I
9   believe that sounds about right.
10      Q.   And that would be -- what you did with
11  LinkedIn, you also would have done with about six
12  or seven other social media platforms as well,
13  scheduling monthly -- sorry, quarterly then monthly
14  then weekly meetings that led up to the elections,
15  right?
16      A.   That's correct, they would be similar
17  types of correspondence.
18      Q.   On the first page here you talk about
19  "Increased cadence touch point before election"
20  when you're sending an invite to them.  Why did you
21  increase cadence before the election?
22      A.   This was actually at the company's
23  request.  We said, "Do you think a quarterly
24  cadence is enough or should we go to a more
25  frequent cadence?"  I would say -- I can't remember

```
 1   which companies, but I would characterize most of
 2   the companies as wanting at least a weekly cadence
 3   just to have a touch point on the calendar in case
 4   they or we wanted to talk about something.
 5        Q.   Typically did you actually meet with them
 6   on a weekly basis in the two months or so before
 7   the election?
 8        A.   I think generally we had a meeting, but
 9   like I don't remember, like, the substance.  You
10   know, if during this message thread I may have, you
11   know, put an agenda item or two, then we would have
12   had substance.  But I can't remember just from
13   looking at these emails.  I would have documented
14   any substantive meetings that we had with LinkedIn
15   or any of the other companies.
16        Q.   When you say "documented," did you write
17   up a report of it?
18        A.   Yes.  So the system of record for the FBI
19   is called Sentinel.  It is a file management
20   system, and I would have and I did document every
21   substantive interaction that I had with social
22   media companies, or actually any organization, for
23   that matter.
24        Q.   Would you have written Sentinel reports
25   for all of the FITF social media platform meetings?
```

**ELVIS CHAN  11/29/2022**

Page 290

1      A.   Based on my recollection, I wrote almost

2   all of them, but maybe not all of them.  And the

3   reason I say that is malign foreign influence is

4   just one of the issues that I have to deal with in

5   my role.  The majority of my role is dealing with

6   cyber investigations.  So maybe on a couple of

7   occasions I may have asked someone else to write

8   the meeting summary on my behalf.

9      **Q.   But there would be a Sentinel report for**

10  **every meeting that you had with a social media**

11  **platform that discussed this information and/or**

12  **malign foreign influence?**

13     A.   Yes.  There would be -- in FBI parlance,

14  they are called electronic communications, ECs.

15     **Q.   So ECs exist that record your**

16  **contemporaneous recollection of all of these**

17  **meetings we have been talking about?**

18     A.   That is correct.

19     **Q.   And do those ECs exist with respect to the**

20  **USG-industry meetings?**

21     A.   I would say that I documented all the

22  meetings that I attended at those CISA USG-industry

23  meetings.

24     **Q.   So you -- would you have documented what**

25  **discussions that were related to foreign hacking**

**ELVIS CHAN  11/29/2022**

1    attempts?

2        A.   I think in general, my practice for that

3    was I would take the agenda from the email provided

4    by CISA, and then I would cut and paste that or I

5    would just retype that into my meeting summary.

6        **Q.   So your meeting summary would just be the**

7    **agenda that you were given?**

8        A.   Yes.  I would say in the vast majority, if

9    not all, of the communications.  And the reason for

10    that is because they were just very broad overviews

11    or, you know, trends that were being discussed.

12        **Q.   Whereas you'd have more specific detail in**

13    **your ECs with respect to the FITF social media**

14    **platform bilateral sync meetings?**

15        A.   That is correct.  I believe the reason for

16    that is because the companies felt more comfortable

17    or more forthcoming in a bilateral setting as

18    opposed to in a group setting because these

19    companies are all competitors at the end of the

20    day.  That is just my personal opinion.

21        **Q.   On the third page of this document, where**

22    **are those -- by the way, where are those ECs**

23    **stored, or they are all housed by the FBI?**

24        A.   Yeah.  As I mentioned, they are in an

25    application called Sentinel.  They would be

1    stored -- so as I mentioned, Sentinel is a case

2    file management system.  So they would be

3    documented to the appropriate case file.

4        **Q.   And then -- and those reports still exist,**

5    **correct?**

6        A.   Yes.

7        **Q.   The third page of this document there's a**

8    **response to you from someone at LinkedIn whose**

9    **identity is redacted, but they are identified as**

10   **"Director of Threat Prevention LinkedIn Trust &**

11   **Safety."**

12            **(Discussion off the record.)**

13       **Q.   BY MR. SAUER:  Third page of this**

14   **document, now do you see it on the screen share?**

15   **You are communicating with --**

16       A.   Is it the one -- is it the one dated

17   September 29, 2020, 11:17 a.m.?

18       **Q.   Yes.  No, 11:39 a.m., third page of the**

19   **document.  Just if you look at the -- can you see**

20   **it on the screen share?  I am highlighting it.**

21       A.   Yeah, it looks like the email was sent

22   Tuesday, September 29, 2020, 11:17 a.m.

23       **Q.   Yeah, yeah, you're right.  I'm sorry.  I**

24   **was looking at the top.**

25            **My only question is:  Is this consistent**

1  with what you testified earlier, that in these

2  bilateral meetings between FITF and the social

3  media platforms, the people that you would be

4  meeting with would be trust and safety and site

5  integrity people, correct?

6      A.   Yes.  Yeah, it would be typically director

7  level and then their direct reports and, you know,

8  people from the organizations.

9      Q.   I am going to jump ahead to this page

10  which is labeled LinkedIn 86.  It is the seventh

11  page of the PDF.  Here in your email you see dated

12  Tuesday, November 17, 2020, which is right after

13  the 2020 election, you tell LinkedIn folks that you

14  want to have a, quote, Post Election Hot Wash.

15  What on earth does that mean, "hot wash"?

16          MR. SUR:  I am sorry to interrupt.  Can I

17  ask for you to repeat what page you are on?  This

18  is a large document.

19          MR. SAUER:  Seventh page of the PDF.

20          MR. SUR:  Seventh page of the PDF.

21          MR. SAUER:  It's got Bates No. 86 at the

22  bottom.

23          MR. SUR:  Okay.  Okay.  Mr. Chan, if you

24  want to read the document.

25          THE WITNESS:  Is this a document dated

**ELVIS CHAN  11/29/2022**

Page 294

```
 1   Tuesday, November 17th, 2020, 12:16:09 p.m.?
 2        Q.   BY MR. SAUER:  Yeah.  And you say --
 3        A.   If you could bear with me while I read my
 4   email.
 5        Q.   Sure.
 6        A.   Oh, yeah, so you said the second agenda
 7   item was "Post Election Hot Wash"?
 8        Q.   Yeah.  What does that mean?
 9        A.   So sorry.  That is a law enforcement term.
10   A hot wash -- so after the FBI -- when we conduct a
11   search operation or execute an arrest operation,
12   after we're done with the operation, then we have a
13   meeting as closely thereafter the operation as we
14   can to discuss what we thought went well, what we
15   thought needs improvement, what we think needs to
16   change for next time.
17             So a hot wash is similar to an
18   after-action meeting.
19        Q.   Did you discuss with all the social media
20   platforms what went well, what didn't go well and
21   what we need to do differently next time?
22        A.   Yes.  From my recollection, we had hot
23   wash meetings with all of the social media
24   companies that I previously listed.
25        Q.   And what did -- what did you all think
```

ELVIS CHAN  11/29/2022

1    **went well and think didn't go well?**

2        A.    So based on my recollection, this is

3    specifically during the election command post that

4    this hot wash occurred.  So after the election

5    command post.  So my recollection was the hot wash

6    was specifically about the election command post.

7             And for that context, what the companies

8    said worked well was that -- I don't know if I

9    mentioned this yet, but we used two separate

10   communication channels to communicate with the

11   social media companies at the election command

12   post.  One was called Signal -- I don't know if

13   you're familiar with that communication

14   application.  It's an encrypted chat app.

15            And then the second method is via the

16   Teleporter application, which I referenced before

17   is the FBI's secure file transfer application.

18            So as I mentioned before, the companies

19   liked knowing that they were getting information in

20   realtime from the FBI and that they were getting

21   the same information as all of the other companies

22   on the Signal chat app.  That was one of the things

23   I was highlighting as good.

24            Another thing that was highlighted as good

25   by the companies who received information from us

**ELVIS CHAN  11/29/2022**

Page 296

```
 1   is we would send information about malign foreign
 2   influence to specific companies as we became aware
 3   of it, and then they would review it and determine
 4   if they needed to take action.
 5           So the companies who did receive
 6   one-to-one Teleporter information from us also
 7   liked that.
 8           So those were the two things that I
 9   remember that people liked in general.
10   Q.   What did they not like?
11   A.   So I think that -- so I don't remember the
12   social media companies telling us there wasn't
13   anything that they did not like.  What I do
14   remember was I can't remember who, perhaps it was
15   me, just so you're aware, for the Signal channel,
16   it was one-way communication.  It was the FBI,
17   specifically the FBI San Francisco command post,
18   disseminating information to the companies.
19           If the companies needed to relay
20   information back to the FBI, they would contact the
21   FBI San Francisco election command post either by
22   telephone or by email and request a Teleporter
23   link, and then they would share information back to
24   us in that fashion.
25   Q.   You think that was a cumbersome process?
```

**ELVIS CHAN  11/29/2022**

**Page 297**

```
 1      A.   It was not realtime.  I mean, at the end
 2  of the day, I don't remember any specific instance
 3  where the delay caused any harm to anything, but I
 4  think what my preference would have been was for --
 5  if they needed to, to set up direct Signal channels
 6  only with the FBI so that they could get realtime
 7  information as well.
 8           But the social media companies -- or
 9  actually all of the companies who were on the
10  receiving end, they -- I was told that they all had
11  an internal discussion and their preference was to
12  only use Signal for FBI broadcasts.
13      Q.   You mentioned Signal and Teleporter as two
14  channels of communication between the FBI and the
15  social media companies.  Are there any others?
16      A.   No.  So, I mean -- let me rephrase that.
17  The only other commun- -- the only other situations
18  where we relayed information to the companies was
19  during those quarterly or monthly or weekly FITF
20  meetings with the social media companies.  So that,
21  I guess, would be a third method of relaying
22  information.
23      Q.   Is Signal a self-deleting app?  Is it an
24  app where your messages disappear after they are
25  read?
```

**ELVIS CHAN  11/29/2022**

Page 298

 1      A.   So yes, in general, Signal is a

 2   self-deleting app.  But based on guidance from FBI

 3   headquarters, we had to turn that functionality off

 4   because we needed to save all of that information.

 5   So we did.  We took screen shots of all of the

 6   information on the Signal channel.  We burned it to

 7   DVDs, and then we have saved it as evidence.

 8      **Q.   So all the -- all the communications on**

 9   **Signal between FBI and social media platforms from**

10   **2022 and 2020 are saved on -- on DVDs or CDs?**

11      A.   No.  Only the information -- only the

12   Signal information from the 2020 FBI San Francisco

13   command post was saved.  And the reason for that

14   was both the social media companies as well as the

15   FBI assessed that there would not require the need

16   for the Signal channel because we did not

17   anticipate a large amount of information being

18   disseminated from the FBI for the 2022 midterm

19   elections.

20      **Q.   Did you not use Signal at all in 2022?**

21      A.   No.  It was primarily through Teleporter.

22      **Q.   You did use Teleporter for the 2022**

23   **elections to report misinformation concerns to**

24   **social media platforms?**

25      A.   That is correct.

ELVIS CHAN  11/29/2022

Page 299

1      Q.    And then you used both version -- or both
2   channels in 2020?
3      A.    That's correct.
4      Q.    And the Teleporter communication still
5   exists as well; is that right?
6      A.    Yes, they currently exist.
7      Q.    On this same page you talk about "what we
8   need to do differently for next time."  What did
9   you -- what did you all decide you need to do
10  differently next time?
11          MR. SUR:  Objection; calls for
12  speculation.
13          THE WITNESS:  Honestly, I wrote that down,
14  but I don't remember any things that the companies
15  wanted to do differently.
16      Q.    BY MR. SAUER:  I take it one thing you did
17  do differently was you stopped using Signal, right?
18      A.    Well, that was for the 2022 elections only
19  because both the companies and the FBI assessed
20  that there would not be the same volume of
21  information that happened in the 2020 cycle.  I
22  believe that differentiation is, you know, between
23  a general elections versus a midterm election.
24          MR. SAUER:  I am going to jump ahead to
25  the page marked LinkedIn 146.  And Indraneel, it is

 1    the tenth page of the PDF.

 2            MR. SUR:  Tenth page of the PDF.

 3        Q.   BY MR. SAUER:  If you go up there on the

 4    ninth page, Agent Chan, you see that Tuesday, July

 5    14th, 2020, 11:02 a.m. there's an email from you to

 6    the LinkedIn team?

 7            MR. SUR:  I apologize.  I am not seeing

 8    the date.  Is the date at the bottom of the

 9    previous page?

10            MR. SAUER:  The date's at the bottom of

11    Page 9 if you look at the file share.

12            THE WITNESS:  Did you say July 14, 2020,

13    11:02 a.m.?

14        Q.   BY MR. SAUER:  I said that.

15        A.   Okay.

16        Q.   If you scroll down, you are talking about

17    having the next round of FITF bilateral meetings

18    with LinkedIn scheduled.  Do you see that?

19        A.   Correct.

20        Q.   And then at the bottom you say, "Planning

21    for U.S. elections:  FBI posture, your posture, and

22    the information sharing" channel and "channels and

23    methods," correct?

24        A.   Yes.

25        Q.   What did you mean by "FBI posture and your

 1   posture"?

 2       A.   The FBI posture was what the FBI San

 3   Francisco command post would look like, when it

 4   would be active, who it would be staffed by.  And

 5   then the FITF personnel would describe what the FBI

 6   headquarters command post would look like.  That's

 7   what was meant by "FBI posture."

 8       Q.   This is planning --

 9       A.   And then your --

10       Q.   Go ahead.

11       A.   And then "Your posture," that's when we

12   asked the companies how they expected to have

13   personnel.

14            Just so you're aware, I think in general,

15   like FBI -- so FBI headquarters, they just ran 24

16   hours a day for their command post, I believe from

17   Friday to Tuesday.  FBI San Francisco ran from, I

18   believe, 8:00 o'clock in the morning to perhaps

19   10:00 o'clock at night every day except the

20   election, when we ran until midnight.

21            So asking about your posture would be

22   asking the companies when they intended to have

23   personnel on what days monitoring their platform

24   for any threats that they saw.

25       Q.   And what did you say about information

ELVIS CHAN  11/29/2022

1    sharing channels and methods?

2        A.   So I think that is when we wanted to

3    confirm if Signal and Teleporter would be the

4    accepted communication channels.

5        Q.   Anything else?

6        A.   Not that I'm aware of.

7        Q.   Were the tech companies okay with using

8    Signal and Teleporter?

9        A.   So the tech companies were the ones who

10   suggested Signal as the real -- the, quote/unquote,

11   realtime communication platform.

12       Q.   And the FBI continued to use Teleporter as

13   well?

14       A.   Yes.  Because that is our secure file

15   transfer system, and I believe that the companies

16   were comfortable using that system.

17       Q.   Jump ahead to LinkedIn 163.

18            (Discussion off the record.)

19            MR. SUR:  May I ask what the SES heading

20   is?

21            MR. SAUER:  This is the twenty-first page

22   of the PDF.

23       Q.   Agent Chan, you see there on the file

24   share this is an email from you to the LinkedIn

25   team dated October 19th, 2020?

```
 1              MR. SUR:  Yes, let's just give him a
 2     moment to see it on the screen.
 3              THE WITNESS:  Yes, I see that email.
 4        Q.   BY MR. SAUER:  In this email you say
 5     "LinkedIn folks," says, "Subject:  Additional
 6     information," correct?
 7        A.   Yes.
 8        Q.   There's a gentleman here who you've copied
 9     from -- right there with the initials AF from the
10     FBI.  Do you see that?
11        A.   Yes, I do.
12        Q.   Who is he?
13        A.   He is a member of the Foreign Influence
14     Task Force, specifically the global unit.
15        Q.   What does "CID" stand for next to his
16     name?
17        A.   Criminal Investigative Division.  That's a
18     headquarters component.
19        Q.   You refer to someone by a nickname here
20     and in the body of the email.  Is that the same
21     individual with the initials AF?
22        A.   That is correct.
23        Q.   You say, "LinkedIn folks, please see
24     additional information from FITF-Global Unit.  I
25     have cc'd" that guy "in case you have any
```

**ELVIS CHAN  11/29/2022**

Page 304

```
1    questions.  Thanks."
2           Do you have any idea what the initial
3    information was you are sending here?
4       A.   I have -- I have no idea.  I can't
5    remember.  I sent so much -- you know, it happens
6    so regularly, I couldn't even speculate.
7       Q.   It says -- it looks like you cut and
8    pasted some texts saying, "Named U.S. political
9    party:  Republicans.  Named U.S. presidential
10   candidate:  Biden.  The U.S. President:  Trump."
11   Do you have any idea what that's referring to?
12      A.   I don't.  I can provide you with my
13   speculation.
14      Q.   Go ahead.
15      A.   I believe that link -- I believe that we
16   may not have named with specificity the U.S.
17   political party, the U.S. presidential candidate or
18   the U.S. president, and that LinkedIn may have
19   asked for clarifying information.
20      Q.   About what, clarifying --
21      A.   About the information that was shared.
22      Q.   Here there's a reference here to
23   "Information Sharing 5," right?
24      A.   Yes.
25      Q.   What's that mean?
```

ELVIS CHAN  11/29/2022

1    A.   So to me that would mean I had probably

2    shared -- I don't know this for a fact, but from my

3    own speculation, I would believe that at some point

4    in October I shared five separate documents with --

5    at least five separate documents with LinkedIn, and

6    that one of the documents was named "Information

7    Sharing 5," and that within that document we have

8    information about a U.S. political party, a U.S.

9    presidential candidate and a U.S. president.

10    **Q.   What kind of information about the U.S.**

11    **political party, presidential candidate, president**

12    **would you have shared with LinkedIn?**

13    A.   I have -- I have no idea.  I can't

14    recollect, unfortunately, without looking at the

15    actual document.

16    **Q.   Would it be disinformation related?**

17    A.   My guess would be it would be

18    disinformation related.  And because it's coming

19    from the global unit, it would be disinformation

20    information not related to Russia or China.

21    Because global unit handles Iran and other

22    countries.

23    **Q.   This would be a potentially**

24    **malign-foreign-influence-type activity from**

25    **countries other than Russia or China?**

**ELVIS CHAN  11/29/2022**

**Page 306**

```
 1       A.   Without seeing the actual document or
 2   remembering at this time, that would be my best
 3   assessment.
 4       Q.   Let me jump ahead to a page marked
 5   LinkedIn 168.  This is the twenty-sixth page of the
 6   PDF.  Are you with me?
 7            MR. SUR:  Yes.  Mr. Chan needs a moment to
 8   review the document.
 9            THE WITNESS:  Is this a document sent on
10   11/19/2020 9:07:16 a.m.?
11       Q.   BY MR. SAUER:  Correct.  In this email you
12   say, "LinkedIn folks, heads up I'll be sending you
13   a Teleporter link with new indicators, which are
14   not election related."  Do you know what that
15   means?
16       A.   I can't remember, but I would surmise that
17   it meant it was not related to the election that
18   just occurred earlier in the month.
19       Q.   And then indicators I think you testified
20   earlier refers to URLs or specific accounts or
21   things of that nature, right?
22       A.   Yes.  It would be different indicia of
23   that nature.
24       Q.   So do you flag disinformation/
25   misinformation from malign foreign actors to social
```

1   **media platforms that doesn't relate to elections?**

2        A.   I don't know why I -- I can't remember why

3   I flagged that as not being election related.  I

4   think the only -- I don't recall exactly, but I

5   would surmise that I would have flagged it as

6   election -- like, if it was election related, I

7   believe that all of the companies, including

8   LinkedIn, would have acted on it quickly.

9            You know, everyone was very tired from

10  working very long hours and very long shifts during

11  the election command posts.

12           So that would be the only reason -- or

13  that would be a reason why I believe I would have

14  flagged it as not election related so that they

15  wouldn't have to, you know -- like, if they were

16  taking the day off or taking time off because it

17  was near Thanksgiving time frame.

18       **Q.   What -- what malign-foreign-influence**

19  **activities do you flag for social media companies**

20  **that aren't related to elections?  What sort of**

21  **content do you flag?**

22       A.   So in general, it would be -- in general,

23  it would be from our cyber investigations, or from

24  state-sponsored actors that were -- that we would

25  not believe were associated with hack-and-dump

1    campaigns.  That would be one type of nonelection

2    related.

3         Q.    Are there others?

4         A.    Off the top of my head, that's the one

5    that's sticking out to me.  That would be a likely

6    type of information.  It would be related to a

7    cyber investigation that was not necessarily

8    related to any disinformation, specifically any

9    malign foreign influence.

10        MR. SAUER:  I don't have any further

11   questions.

12             (Discussion off the record.)

13             EXAMINATION BY MR. SUR

14        Q.    Mr. Chan, you testified earlier today

15   about the 2020 Hunter Biden laptop story in the

16   questioning with Mr. Sauer.  Do you remember the

17   question that came from a Facebook analyst at one

18   of the meetings in 2020?

19        A.    Yes.

20        Q.    Okay.  And what was that question, to your

21   recollection?

22        A.    To my recollection, the question was,

23   "What can you share about the Hunter Biden case?"

24        Q.    And at that meeting you were there with

25   other FBI officials; is that right?

1      A.   Yes, with Foreign Influence Task Force

2   officials.

3      **Q.   Okay.  And who were they again?**

4      A.   I specifically remember Laura Dehmlow was

5   present because she was the official who said that

6   the FBI had no comment.

7      **Q.   Okay.  Did she --**

8          **(Discussion off the record.)**

9      **Q.   BY MR. SUR:  So picking up there, did**

10   **Ms. Dehmlow say anything else?**

11      A.   Not in response to the Hunter Biden

12   question.

13          MR. SUR:  That's all I have.

14          MR. SAUER:  Nothing further.

15          (Discussion off the record.)

16          THE VIDEOGRAPHER:  Okay.  This concludes

17   today's deposition of Elvis Chan.  We are off the

18   record at 5:47 p.m.

19              (Whereupon the proceedings were

20               concluded at 5:47 p.m.)

21                  ---o0o---

22

23

24

25

**ELVIS CHAN  11/29/2022**

**Page 310**

```
 1                 DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA     )
 3                           ) ss.
 4   COUNTY OF SAN FRANCISCO)
 5
 6           I, Balinda Dunlap, hereby certify:
 7           I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 10710 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12           I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17           I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22           I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                           / / /
```

**ELVIS CHAN 11/29/2022**

Page 311

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3           Before completion of the deposition, review of

4    the transcript [  ] was [  ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated:

10

11                         _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      LEXITAS LEGAL

 2   December 5, 2022

 3   DEPARTMENT OF JUSTICE
     1100 L Street Northwest
 4   Washington, D.C.  29530
     INDRANEEL SUR, ESQ.
 5
     IN RE: STATE OF MISSOURI, et al. v. JOSEPH R.
 6          BIDEN, JUNIOR, et al.

 7   Dear Mr. Sur,

 8   Please find enclosed your copies of the deposition of
     ELVIS CHAN taken on November 29, 2022 in the
 9   above-referenced case. Also enclosed is the original

10   signature page and errata sheets.

11

12   Please have the witness read your copy of the

13   transcript, indicate any changes and/or corrections

14   desired on the errata sheets, and sign the signature

15   page before a notary public.

16

17   Please return the errata sheets and notarized

18   signature page within 30 days to our office at 711 N

19   11th Street, St. Louis, MO 63101 for filing.

20

21   Sincerely,

22

23

24   LEXITAS LEGAL

25
```

**ELVIS CHAN  11/29/2022**

```
 1                    ERRATA SHEET
    Witness Name: ELVIS CHAN
 2  Case Name: STATE OF MISSOURI, et al. v. JOSEPH R.
             BIDEN, JUNIOR, et al.
 3  Date Taken: NOVEMBER 29, 2022

 4

 5  Page #_____    Line #_____

 6  Should read:  _____

 7  Reason for change:  _____

 8

 9  Page #_____    Line #_____

10  Should read:  _____

11  Reason for change:  _____

12

13  Page #_____    Line #_____

14  Should read:  _____

15  Reason for change:  _____

16

17  Page #_____    Line #_____

18  Should read:  _____

19  Reason for change:  _____

20

21  Page #_____    Line #_____

22  Should read:  _____

23  Reason for change:  _____

24

25  Witness Signature:  _____
```

```
 1    STATE OF _____)

 2    COUNTY OF _____)

 3

 4    I, ELVIS CHAN, do hereby certify:

 5            That I have read the foregoing deposition;

 6            That I have made such changes in form

 7    and/or substance to the within deposition as might

 8    be necessary to render the same true and correct;

 9            That having made such changes thereon, I

10    hereby subscribe my name to the deposition.

11            I declare under penalty of perjury that the

12    foregoing is true and correct.

13            Executed this _____ day of _____,

14    20___, at _____.

15

16

17

18                        _____

19                        ELVIS CHAN

20

21                        _____

22                        NOTARY PUBLIC

23    My Commission Expires:

24    135954

25
```

**ELVIS CHAN  11/29/2022**

**A**

A-l-i-a 49:5
A-n-t 210:7
A-u-t-e-n 256:25
A-y-l-e-a 49:6
a.m 6:5,12
  22:13,16
  77:10,13
  96:13,16
  106:8,11
  167:25
  197:17
  292:17,18
  292:22
  300:5,13
  306:10
Aaron 46:1
abbreviate 24:17 25:1
abbrevia... 143:5
ability
  16:24
  115:2
  206:11
able 14:1
  20:3 31:11
  32:23
  73:11
  86:10,18
  102:24
  112:2
  114:4,18
  120:21
  133:16
  136:23
  146:24
  160:5
  162:25
  176:8
  235:21
  244:22
  253:1
  270:22,24
abolished
  268:19
above-re...

312:9
abstract
  28:14 29:1
abundance
  174:11
accepted
  302:4
accepting
  168:19
access
  136:22
  174:16
accessed
  14:18
accident...
  113:15
  138:11
  139:13
accord
  188:19
  189:8,12
account
  29:11
  32:10,11
  35:19,23
  36:16
  68:22,23
  69:4 76:5
  76:16,17
  76:19
  83:10,11
  89:2,5
  90:11
  100:16
  112:17,18
  112:19
  113:24
  114:20
  115:3,6,20
  116:18
  117:10
  125:20
  128:23
  130:17
  131:4
  133:21
  139:13
  165:19,21
  244:3

265:17,21
accounts
  14:13 15:3
  15:16 30:5
  30:5 31:24
  32:13,24
  33:5,10,15
  34:2,17,24
  35:3,12
  37:21 38:1
  38:5 60:4
  62:4 65:14
  68:21 70:5
  70:10,17
  71:16,25
  74:1,11
  78:3 86:22
  92:20,24
  93:7,8
  95:2 96:6
  96:7,25
  98:17
  99:14,19
  99:21
  100:2,6,8
  100:13
  103:17
  111:3,5,6
  112:12,16
  113:25
  114:2,6,10
  114:14,23
  115:12
  131:8
  132:13,18
  133:25
  134:2,7
  138:18
  143:15,20
  144:1,23
  146:16,24
  147:5,7,12
  147:19
  148:9,19
  149:10,23
  150:7,18
  158:16,21
  159:23
  162:24

163:1
  165:17
  199:3
  232:3
  235:23
  236:22
  273:13,21
  274:4,17
  306:20
accurately
  224:1
achieve
  126:19
achieving
  78:16
  142:20
acknowle...
  38:14
acquire
  111:19
acquired
  73:9
acronym
  279:9
act 16:22
  111:23,24
  121:23
  143:11
acted 108:13
  149:6
  150:17
  165:25
  307:8
action 68:8
  102:19
  147:4
  160:18
  167:12
  205:1
  242:4
  254:6
  287:2
  296:4
  310:20
actionable
  88:21,25
  287:7,8
actions 12:6
  12:10

34:10
  37:18
  102:25
  104:4,17
  129:2,14
  129:16
  133:11
  136:14
  143:12,19
  166:20
  232:19
  249:8,9,17
  249:25
  250:21,23
  251:15
  253:25
  254:3
  270:19
  274:3,15
activate
  168:8
active 71:3
  108:5
  120:23
  125:20
  126:3
  127:11
  147:17
  186:2
  195:20,22
  196:1,4,8
  196:13
  203:17
  215:10
  258:8
  301:4
actively
  204:19
activities
  12:3 13:1
  13:5,6
  14:8 46:22
  54:17
  55:16
  66:24
  69:14,25
  90:1 92:2
  93:7,8,19
  94:1,25

| | | | | |
|---|---|---|---|---|
| 95:9 126:2 | 80:14 | 130:12 | 310:13 | 213:14 |
| 138:6,8 | 81:14,21 | 136:15 | **Africa** 31:9 | 279:25 |
| 156:25 | 82:3,4,19 | **ads** 78:1,12 | 31:20 | 280:15 |
| 240:7 | 83:9,12,15 | 78:25 79:2 | **after-ac...** | 281:9 |
| 307:19 | 83:16,25 | 80:15 | 294:18 | 282:25 |
| **activity** | 114:24 | 93:11,12 | **AFTERNOON** | 289:11 |
| 13:7,8 | 115:13 | 93:14 | 141:2 | 291:3,7 |
| 87:14 | **add** 12:17 | **advance** | **age** 84:23 | 294:6 |
| 90:13 95:7 | 118:21 | 120:10,12 | **agencies** | **agent** 8:11 |
| 95:8,14,14 | 239:13 | **advanced** | 17:16 18:1 | 23:20 |
| 126:24 | 270:24 | 272:23 | 18:7,11 | 51:14 |
| 136:17,20 | **added** 42:10 | **advantage** | 24:8 57:7 | 52:10 53:8 |
| 137:12 | 42:12 | 227:23 | 57:11 | 53:11 |
| 138:19 | **addition** | **advertise** | 152:20 | 54:12 59:2 |
| 160:19 | 10:5 21:16 | 72:24 | 170:9 | 77:14 |
| 167:16 | 131:5 | **advertis...** | 211:12 | 79:20 |
| 305:24 | 184:24 | 77:18 | 218:25 | 96:17 |
| **actor** 113:2 | **additional** | 78:11 | 221:5,8,23 | 107:21 |
| 285:18,19 | 103:11 | 83:14 | 278:22 | 141:6 |
| **actors** 14:5 | 163:19 | **advertising** | 281:23 | 148:7 |
| 32:14 | 164:23 | 93:16 | 285:10 | 259:15 |
| 33:16 | 266:8 | **advice** 30:12 | **agency** 16:23 | 271:6 |
| 39:10,13 | 275:25 | 30:18 | 18:17 31:7 | 300:4 |
| 42:16 51:1 | 279:16 | 282:19 | 31:19 60:2 | 302:23 |
| 53:25 60:3 | 303:5,24 | **advise** | 61:12 | **agents** 105:5 |
| 138:5 | **address** 62:4 | 206:10 | 69:17 73:4 | 105:8,14 |
| 154:5 | 100:9 | **advised** | 75:9,25 | 106:24 |
| 187:4 | 129:3 | 163:21 | 76:3 78:21 | 107:6,15 |
| 190:5 | 133:6 | **advising** | 100:7,10 | 107:20 |
| 219:2,8,24 | 134:20 | 50:19 | 111:14,14 | 108:16,21 |
| 226:8,10 | 186:5,15 | **advisories** | 138:4,25 | 110:1 |
| 227:18 | 211:4 | 244:14,16 | 141:18 | 176:22 |
| 258:11 | 248:25 | 244:17,21 | 143:3 | 177:8 |
| 285:21 | 249:4 | 244:24 | 154:6 | **aggressive** |
| 306:25 | **addresses** | 245:3,6 | 157:1 | 76:13 |
| 307:24 | 30:5 31:23 | **advisory** | 221:13,15 | 117:9 |
| **actual** 9:24 | 51:4 99:21 | 245:9 | 221:17 | 130:11 |
| 59:13 74:5 | 168:11 | 279:2,5 | 233:9 | 242:4 |
| 111:5 | 199:4 | 284:3 | 278:17 | 262:2,19 |
| 151:4 | **addressing** | **AF** 303:9,21 | 286:20 | 270:15,20 |
| 156:21 | 82:7 92:1 | **Affairs** | **Agency's** | **aggressi...** |
| 168:5 | 250:13 | 140:5 | 126:15 | 116:18 |
| 220:7 | **adjudicated** | **affidavit** | **Agency-a...** | **ago** 11:18 |
| 265:12 | 196:10 | 222:23 | 143:16 | 15:20 71:4 |
| 282:25 | **adjusted** | 224:21 | **agenda** 27:18 | 71:14 |
| 305:15 | 205:6 | **affiliated** | 27:25 | 95:11 |
| 306:1 | **administer** | 265:25 | 110:3 | 96:18 |
| **ad** 44:20 | 310:12 | 266:1 | 188:1 | 131:22 |
| 68:15,23 | **adopted** | **affirmat...** | 190:20 | 194:10 |

ELVIS CHAN  11/29/2022

217:19
239:1
254:2
**agree** 33:22
68:13
77:22,24
82:14
127:17,22
159:8,14
179:2,3,21
179:24
180:2
219:22
225:17
273:16
276:3
**agreeing**
35:5
**ahead** 12:4
20:1 22:20
26:21 27:8
28:14 31:1
31:2 37:1
38:8 40:8
40:9,11,13
51:7 52:16
54:21
58:23
78:24 83:5
84:7 128:6
132:21
135:2
144:19
147:8
150:21,25
157:6
158:23
161:14,14
161:18,25
167:4
176:5
192:5
203:20,23
203:25
208:23
220:15
229:1
242:7
245:13

246:14
253:6
255:20
258:23
280:11
293:9
299:24
301:10
302:17
304:14
306:4
**al** 1:6,10
259:6
312:5,6
313:2,2
**alert** 165:9
165:12
243:18
245:19
247:5
255:11
**alerted**
243:8
244:5,10
**alerts**
243:16
245:17
246:7,9
247:5,11
**Alex** 54:4
57:20,24
58:5
**algorithm**
88:12,24
90:12
**algorithms**
88:4,5,17
89:9,11,15
90:4
129:25
136:16
**aligned**
86:23
**all-source**
278:20
**allegedly**
230:1
**ALLIANCE**
2:15,16

**allow** 159:15
269:11
**allowed**
81:15
112:7
126:19
311:6
**allows**
111:25
**alongside**
159:16
**AMANDA** 2:12
**amanda.k...**
2:14
**ambiguous**
146:9,20
154:1
156:19
159:24
166:1
168:23
**amended** 4:17
169:16
277:13
**Amendment**
76:14,18
83:16
122:7,10
139:5,12
163:22
286:13
**America**
85:17
**American**
14:7 61:13
67:9 70:11
70:23
74:19 76:4
76:13 85:9
85:14 86:8
86:16
163:3
231:15
235:5
275:18
**American-**
143:6
145:24
**Americans**

61:6,16
64:17
85:21 95:3
142:2,7
143:25
145:9,16
145:20,20
**amount** 15:12
73:2
110:21
150:13
298:17
**amplific...**
76:6 158:5
**amplific...**
87:8
**amplified**
60:5 86:22
87:4
**amplify**
60:22
70:19
71:16,19
72:12
73:12,13
73:25 74:8
74:15
76:15
158:11
**amplifying**
286:15
**analysis**
4:12 14:24
15:1 24:12
170:23
278:11
**analyst**
214:4,18
216:14
233:23
257:2,6,7
263:19
264:15
265:5,10
266:4
308:17
**analysts**
44:19,22
139:6

213:15
257:9
**analyze**
198:14
**and/"or**
244:7
**and/or**
290:11
312:13
314:7
**Angela** 46:17
124:18,19
124:20
**Angeles**
276:16
**Anna** 271:13
271:16
**announced**
132:12
149:10
161:1
**announcing**
7:19 150:6
**annual** 120:8
122:23
**answer** 9:9
12:1 15:6
21:21
34:21 92:4
97:12
104:8
111:9
121:15,18
122:13
164:9
174:2,4
187:16
188:24
189:2,12
190:22
193:20,22
194:23,24
195:12
199:24
200:19
202:2,19
202:22
233:18
243:6

252:20
answers
  250:22
anticipate
  41:8,15
  61:15
  298:17
anticipated
  174:24
  212:8
Antonaros
  210:3
anybody
  175:15
  191:16,16
  209:6
anymore
  76:20
  124:24
anyway 23:14
  23:19
AOL 235:22
AOR 25:1
apart 98:20
apologize
  300:7
app 12:23
  295:14,22
  297:23,24
  298:2
appeal
  149:19
appear
  149:19
  247:12,20
appeared 6:8
  37:13
  67:17
  128:22
  130:15
  133:15
  151:2
  243:19
  247:6
  248:6
  249:7,14
  256:9
appears
  170:16

256:4
261:14
appended
  311:7
Apple 42:6,8
  234:6
applicable
  232:14
application
  99:2
  138:11
  195:5,7
  291:25
  295:14,16
  295:17
applicat...
  138:7
applies
  94:19
apply 99:21
  108:15
  122:3,8
  185:19
  250:19
appreciate
  102:23
approach
  23:9
  127:24
approaching
  77:3
appropriate
  32:20
  34:10,11
  35:10  51:2
  98:11
  180:5
  226:24
  234:10
  264:17
  274:14
  292:3
approval
  62:22
  82:13
  160:5
  267:12
approve
  133:10

approxim...
  16:12
April 159:12
  161:1
area 24:25
  276:17
arrest
  294:11
arrested
  196:11
arrive 269:9
  269:16,23
arrived
  242:10,21
art 30:3
article
  56:25
  131:19,20
  153:2
  214:9
  230:12,14
articles
  142:2,3,7
  142:10
  144:1
  229:23
  230:4,8,22
  230:23,25
  232:2,14
  232:16
  275:9
arts 10:17
as-needed
  44:21
ASAC 107:7
ascertain
  88:16
ASD-HKS
  279:7
asked 27:11
  89:21
  149:1
  174:22
  213:15
  214:5,23
  215:20
  216:4,14
  233:23
  247:25

248:19,21
249:3
250:11
252:23
272:3
290:7
301:12
304:19
asking 9:7,9
  9:16  89:14
  89:23
  119:2
  164:6
  171:2
  179:12
  189:17
  248:3,5
  250:14
  252:11
  260:21,23
  301:21,22
asks 272:2
assert
  122:12
  194:11
assess 33:21
  34:16  63:5
  100:6,8
  267:20,21
  274:7
assessed
  168:5
  266:13
  298:15
  299:19
assesses
  217:9
assessing
  73:3
assessment
  35:5  70:15
  70:25  71:1
  73:21
  133:1
  145:22
  147:21
  194:8
  203:18
  229:9

231:14
242:6
249:22
258:14
264:18
306:3
assessments
  157:4
assistant
  8:11  184:5
  184:12,21
  185:6
  234:23
associated
  135:18
  193:10,15
  195:25
  222:25
  223:9,14
  223:17
  237:10
  239:11
  257:21
  259:20
  307:25
assume
  150:12
  243:17
  245:18
  246:2,8
  285:6
assumes
  43:19
  74:22
  76:22  82:1
  144:4
  175:2
assumption
  149:8
  150:4
  156:5
  166:16
Atlantic
  162:2
attached
  32:18
  36:23
attack
  276:24

**ELVIS CHAN  11/29/2022**

277:2
**attacks**
  223:2,3,9
  223:15
  225:4
  261:8
  271:9
  276:22
**attempt**
  243:21
  247:8
  256:1,10
  258:12
**attempted**
  59:12
**attempting**
  64:1
**attempts**
  43:18
  50:20
  174:15
  273:2,4
  291:1
**attend** 20:3
  20:5  24:18
  24:21
  46:15
  109:19,20
  109:22
  110:5,6,13
  110:19
  125:10
  239:16,17
  239:20
**attended**
  20:8
  109:14,16
  109:17
  123:18
  153:4
  156:6
  178:17
  180:20,23
  181:14,20
  182:15,22
  182:24,25
  183:2
  290:22
**attendee**

109:24
171:24
186:2
**attendees**
  25:16
**attending**
  23:24
  125:13
  152:23
**attends**
  24:13,14
  44:10
**attention**
  29:1  77:16
  128:20
  141:7
  217:21
**attorney** 2:4
  7:3  22:22
  46:14  47:7
  47:12
  124:3
  237:14,15
  237:25
  267:6,6
  268:8,9
  270:6
  310:17,19
**Attorney's**
  6:19  266:7
  267:2
**attorney...**
  164:1
  187:10
  188:9,25
  201:25
  202:3,18
**attorneys**
  6:24  23:5
  43:12
  123:10
  135:18
  151:16,18
  164:24
  268:7,7
  270:9
**attributed**
  113:1
**audience**

137:23
140:7
**audiences**
  140:2
**audio** 4:23
  5:6  126:6
  259:4,13
**August** 155:4
  192:15
**Auten** 256:24
**authentic**
  132:18
  138:18
  146:8
**author** 11:15
**authorit...**
  265:13
**authorities**
  111:16,17
  111:22,22
**authority**
  49:10,16
  215:12
**authorized**
  310:12
**available**
  24:19
  138:16
  148:18
**avoids**
  121:16
**aware** 18:6
  18:15
  56:15  57:3
  57:6,8,10
  58:3,4,7,9
  58:16,19
  58:22
  107:14
  108:20,21
  108:24
  113:13
  125:4
  126:1,3
  148:8
  161:12
  192:3,6,22
  208:22,24
  212:23

213:4
218:14,19
220:23
222:17
223:19
224:15
230:8,9,16
230:16
232:19,25
233:2,8,10
233:13,19
233:25
236:22
246:4,21
246:23
247:2
251:6
266:16
274:18,21
275:3,4,6
275:7
280:8,10
280:13
281:20
288:4
296:2,15
301:14
302:6
**awareness**
  16:5
  172:14
**Aylea** 49:4
────────────
        **B**
**B** 157:11
  265:8
  266:2
  269:6
**bachelor**
  10:14
**back** 22:15
  28:12
  38:15  41:2
  42:19,22
  50:3  52:11
  67:1  71:13
  77:12
  95:11
  96:15,17

102:19,24
103:15
104:21
105:12
106:10
112:12
115:4
129:12
141:4,7
164:14
180:13,15
198:23
234:17
255:8
275:15,15
277:20
284:23
287:18
296:20,23
**back-and...**
  286:19
**background**
  10:12
**bad** 97:25
  100:2,2
  101:24
**Baker** 239:14
  239:17
  240:3
**Baldwin** 49:4
**Balinda** 1:24
  6:6,21
  310:6
**ballot** 19:11
  166:15
  267:25
  269:11,11
  269:23
**ballots**
  156:23
  164:18
**ballpark**
  148:20
**base** 31:8
  114:24
**based** 14:22
  21:24
  63:25  80:7
  80:22

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 95:18 | **Baton** 3:5 | 139:1,3 | 255:17 | 216:5,11 |
| 103:1,12 | **bear** 294:3 | 140:6 | 257:1,6,16 | 227:11,25 |
| 114:18 | **Bears** 4:11 | 142:16,17 | 259:18 | 228:7,17 |
| 134:15 | 11:3 | 143:21 | 263:18,20 | 228:22 |
| 135:4 | **began** 54:24 | 151:21,23 | 264:4 | 229:4,10 |
| 136:21 | **beginning** | 155:25,25 | 267:8 | 229:17 |
| 137:19 | 51:18 | 162:13,25 | 271:21 | 230:1,16 |
| 140:12 | 125:23 | 165:1 | 276:9 | 232:7,24 |
| 145:6 | 155:20 | 167:24 | 278:12 | 233:5,24 |
| 151:4 | 190:8 | 171:17 | 288:9 | 234:2 |
| 167:10 | **begins** 37:8 | 173:17 | 291:15 | 243:25 |
| 168:2 | 144:21 | 174:21 | 299:22 | 252:14 |
| 170:15 | 170:2 | 175:23 | 301:16,18 | 253:9 |
| 194:7 | **behalf** 7:2,6 | 182:1 | 302:15 | 259:6 |
| 195:1,17 | 290:8 | 184:4 | 304:15,15 | 304:10 |
| 200:18 | **behavior** | 186:8,20 | 305:3 | 308:15,23 |
| 203:16 | 86:23 | 192:13 | 307:7,13 | 309:11 |
| 230:24 | 93:13 | 199:9 | 307:25 | 312:6 |
| 270:8 | **beings** 45:14 | 203:19,22 | **believed** | 313:2 |
| 276:14,16 | 72:1 85:16 | 203:24 | 15:11 | **Biden's** |
| 287:2 | 87:22 | 204:8,18 | 143:2 | 212:24 |
| 290:1 | 89:25 | 204:21 | 203:18 | 230:9,17 |
| 295:2 | 90:25 | 205:9,15 | **believes** | **big** 20:6 |
| 298:2 | **belief** 134:9 | 205:15,22 | 35:2 | 213:21,21 |
| **basically** | 204:2 | 206:2,23 | **belong** | 281:18 |
| 17:23 78:2 | 218:23 | 207:6 | 236:22 | **bilateral** |
| 78:13 | **believe** | 208:21 | **belonged** | 39:5 183:2 |
| 82:14 | 15:20 19:4 | 211:7 | 230:1 | 185:21 |
| 158:11 | 19:24,25 | 212:15,18 | **Berger** 3:9 | 189:24 |
| 219:23 | 20:3 25:11 | 213:25 | 3:11 7:19 | 291:14,17 |
| 250:4 | 27:2 31:18 | 214:8,15 | 7:21,21 | 293:2 |
| **basis** 23:6 | 36:21 37:6 | 214:22 | 20:24 21:6 | 300:17 |
| 42:5,5 | 39:14 | 215:9 | 21:22 | **Bill** 281:5 |
| 44:20,21 | 42:13 | 217:16 | 22:19,25 | **bit** 39:17 |
| 97:11 | 45:25 | 219:17 | 23:2 | 70:8 77:4 |
| 100:1 | 47:15,25 | 221:18 | **Berkeley** | 145:7 |
| 117:15 | 48:1 58:13 | 222:1,18 | 58:11 | 197:1 |
| 160:11 | 62:23 74:5 | 224:8,11 | **best** 13:9 | 231:5 |
| 173:18,21 | 78:20 90:6 | 224:13,22 | 115:2 | 277:23 |
| 173:21 | 95:23 | 226:10 | 306:2 | **black** 67:3 |
| 198:5 | 109:17 | 227:22 | **better** 83:4 | 69:10 |
| 208:7,10 | 116:1,4 | 228:25 | 133:20 | 80:13,16 |
| 208:13 | 117:7 | 229:3,6,6 | 134:4 | 275:10,12 |
| 220:14 | 122:4 | 231:21 | **Biden** 1:9 | 286:12 |
| 229:18 | 124:12 | 240:6 | 6:15 213:6 | **blending** |
| 239:4 | 125:9 | 244:12 | 213:8,9,17 | 146:6 |
| 285:8 | 133:18 | 248:10,19 | 214:6,24 | **blocked** |
| 289:6 | 134:6 | 248:21 | 215:12,22 | 232:12 |
| **Bates** 293:21 | 138:1 | 249:24 | 215:25 | 249:6 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| blocking | 182:23 | broader | 182:5 | 41:13 48:6 |
| 232:1 | 183:4 | 200:25 | cadence 40:1 | 49:14,25 |
| blog 130:23 | 281:5 | 280:12 | 40:2,25 | 52:3,4,5 |
| BlueJeans | branch 7:9 | broadly | 42:20 44:9 | 53:16 |
| 20:11 | 7:17 8:12 | 59:25 | 170:8 | 57:21 61:8 |
| Board 310:10 | 45:5 | 90:22 | 171:13 | 63:22 |
| body 303:20 | 121:13 | 112:2 | 181:2 | 67:14 68:4 |
| bombing | brands 116:5 | 135:22 | 182:15 | 68:16,25 |
| 143:13 | breach 235:5 | 202:6 | 219:14 | 70:13 71:8 |
| boosted | 276:25 | 231:15 | 220:6 | 72:14 |
| 13:24 | break 22:6 | 235:17 | 288:19,21 | 73:18 |
| boots 136:5 | 77:4 87:24 | broke 95:22 | 288:24,25 | 74:21 |
| border 81:15 | 180:5 | 141:24 | 289:2 | 76:21 |
| Borders | 225:8 | 155:5 | calculation | 78:18 |
| 81:14 | 234:10 | 213:21 | 85:24 | 81:25 |
| bot 72:19,21 | breaking | 214:1,16 | calendar | 90:19 |
| 76:2,5,14 | 77:2 96:10 | 253:9 | 289:3 | 104:14 |
| 76:16 | breaks 86:8 | broken 233:6 | California | 114:15 |
| botnet 72:25 | Brian 25:12 | broker 58:2 | 6:1,5,8,19 | 115:14 |
| 73:1,11 | 25:15,19 | brought | 58:6,11 | 117:12 |
| 93:11 | 26:11,14 | 116:24 | 141:1 | 135:10 |
| bots 63:19 | 152:7 | 214:15 | 310:2,8,10 | 136:25 |
| 71:15,24 | 256:24 | Building 2:4 | 310:13 | 138:21 |
| 72:10,17 | 278:8 | bullet 170:2 | call 27:12 | 139:17 |
| 72:17 | brief 226:16 | 277:25 | 53:20,21 | 150:10 |
| 73:23 74:3 | 226:20 | 278:2,25 | 97:24 | 153:20 |
| 74:4,8,10 | briefed | 279:22,24 | 155:21 | 160:21 |
| 74:13,24 | 190:3 | 284:2,11 | 168:6 | 174:2 |
| 75:1,1 | briefing | bullets | 282:1,5 | 188:7 |
| 85:14 87:5 | 48:18 | 276:8 | called 8:2 | 213:1 |
| 87:8 | 190:10 | bunch 247:19 | 16:2 18:24 | 215:17 |
| 158:10 | briefings | Bureau 8:13 | 24:12 33:5 | 224:3 |
| bottom 28:22 | 16:5,7,9 | burned 298:6 | 47:24 | 228:19 |
| 28:24 | 16:14 | Burns 2:21 | 53:19,20 | 231:7,18 |
| 83:19 | 38:25 | 2:23 7:5 | 56:13 | 236:6 |
| 84:20 | 108:25 | button 263:1 | 62:24 | 237:16,17 |
| 114:21 | 209:2 | buy 78:12 | 72:21 99:2 | 237:18 |
| 132:14 | 226:9,15 | | 143:5 | 240:9 |
| 150:23 | 226:22 | **C** | 241:24 | 245:24 |
| 170:1 | bring 39:8 | C 2:1 3:1 | 259:16,21 | 246:10 |
| 272:6 | 39:11 | C-h-a-n 8:9 | 289:19 | 251:23 |
| 293:22 | 206:6 | C-h-o-c-k | 290:14 | 270:4 |
| 300:8,10 | broad 99:23 | 183:15 | 291:25 | 274:11 |
| 300:20 | 285:20 | C-I-S-A | 295:12 | 299:11 |
| bought 73:6 | 286:8 | 279:19 | calling | campaign |
| bounded | 287:5 | C-o 183:15 | 128:2 | 13:11 |
| 194:4 | 291:10 | C-o-h-e-n | calls 26:6,8 | 37:13 |
| Box 2:22 | broadcasts | 182:4 | 34:6,20 | 81:23 |
| Brady 181:21 | 297:12 | C-o-n-e | 35:7 36:8 | 84:12,22 |

**ELVIS CHAN  11/29/2022**

126:16
**campaigns**
4:13 29:10
30:14,23
35:18 36:1
36:5,11,13
39:15
59:19,24
63:16 70:2
79:22
155:2
159:2
161:17,24
162:4
185:24
201:17
223:1,10
223:15,17
223:21
224:17
283:10
308:1
**Canadian**
93:12
**candidate**
304:10,17
305:9,11
**candidates**
16:10,13
173:10
**capability**
209:3
236:14
**capable**
39:15
190:6
226:11,17
**capacity**
23:16
54:12
55:21
148:7
234:25
**Capps** 2:7
7:4
**caps** 260:14
279:19
**care** 74:14
**careful** 9:18

9:23 115:2
**carefully**
9:8
**Carnegie**
142:5
**carry** 160:9
**case** 1:8
21:11,15
30:19
112:4
122:7
141:12
174:12
191:21
193:24
194:16
195:17
196:9,21
205:16
239:23,24
289:3
292:1,3
303:25
308:23
312:9
313:2
**cases** 120:19
166:4,6,23
166:25
167:1
195:5
**cast** 156:23
**categories**
86:9 95:13
**categorize**
285:14
**categorized**
253:24
**category**
93:18
**caucus** 19:6
19:9
**caucuses**
19:8
**cause** 126:6
252:4
**caused** 297:3
**caution**
174:12

**cautioned**
248:23
**caveat** 148:4
**cc'd** 197:22
303:25
**CDs** 298:10
**center**
134:11,14
134:25
137:6
159:1,1,14
161:4,13
**Center'**
161:3
**CEO** 242:14
**CEOs** 4:21
116:21
128:2
241:21,24
259:23
260:2
**certain** 33:4
73:1,2
90:5 130:6
131:8
132:3
166:18
190:4,5
213:24
254:9
263:21,23
269:17
284:4
**Certificate**
310:1,9
**Certified**
6:6 310:7
310:9
**certify**
310:6
314:4
**chain** 263:22
263:25
266:12
**Chan** 1:17
4:4,14,16
4:16,24
5:7,9 6:14
7:21 8:1,9

23:19,20
51:14 59:2
77:14 83:5
84:23
96:17
106:12
141:6
180:16
197:8
259:15
271:6
280:22
287:22
288:1
293:23
300:4
302:23
306:7
308:14
309:17
312:8
313:1
314:4,19
**Chan's** 23:16
**chance** 10:8
**change** 87:19
91:25
115:19
134:20
294:16
313:7,11
313:15,19
313:23
**changed** 78:9
87:16
125:19
206:7,9,10
**changes**
118:18
128:23
129:1,3,6
129:18,24
129:24,24
130:4,16
130:19,21
130:21,24
132:25
133:6,10
133:11

311:5
312:13
314:6,9
**changing**
130:5
132:2
**channel**
98:23
296:15
298:6,16
300:22
**channels**
256:16
295:10
297:5,14
299:2
300:22
302:1,4
**characte...**
68:20
84:24
255:12
**characte...**
11:22
15:10
30:18 34:7
62:7 65:3
81:12
83:23
89:19
126:22
146:10
151:6
167:6
267:11
289:1
**characte...**
226:6
**charge** 8:12
43:23
**charges**
196:3
**chat** 295:14
295:22
**cheating**
268:18
**check** 232:23
**checked**
142:18

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| chemical | 152:4,8 | 281:9 | civil 2:15 | close 40:3,6 |
| 10:15 | 154:12,15 | 283:18 | 2:16 7:9 | 194:6 |
| chemistry | 155:21 | 286:24 | 7:16 9:1 | closely |
| 10:15 | 156:20 | CISA-ind... | 310:13 | 294:13 |
| Chen 48:13 | 171:21,25 | 287:4 | clarific... | closer 41:7 |
| chief 48:1 | 172:9,13 | CISA-led | 9:13 | 41:9 90:13 |
| 54:8 109:7 | 177:14 | 156:10 | clarify | 160:2 |
| 109:13 | 178:2 | 277:10 | 33:12 | cloud 42:12 |
| 152:3 | 186:5 | CISA-org... | 79:15 | co-optees |
| 175:18,21 | 204:7 | 170:12 | 84:15 | 146:3,11 |
| 184:6,10 | 211:6,17 | 181:8,13 | 129:13 | Code 310:13 |
| 184:12,21 | 213:10 | 191:11 | 130:6 | Cohen 182:4 |
| 185:4,7 | 218:22 | 218:7 | 169:18 | Coie 197:20 |
| 200:8,23 | 219:8 | 228:5 | 194:25 | colleagues |
| 201:18 | 220:3 | Cisco 20:11 | clarifying | 7:4,18 |
| chiefs 184:5 | 221:18 | citation | 304:19,20 | 38:14,22 |
| 184:7,8 | 244:14 | 85:5 | classifi... | 57:16,19 |
| 185:2,8 | 275:5,25 | cite 64:14 | 21:1 | collect |
| China 94:13 | 276:6,7,11 | 85:25 87:2 | 160:12 | 74:12 |
| 94:23 | 276:13,22 | 131:19 | classified | collection |
| 109:13 | 277:4,8 | 142:3 | 20:25 | 288:2 |
| 155:3 | 278:7 | 147:22 | 120:21 | collective |
| 305:20,25 | 279:1,3,4 | 161:5 | 236:8 | 196:17 |
| Chinese 95:7 | 279:6,15 | cited 80:11 | clear 10:1 | colloqui... |
| Chock 181:22 | 279:17,19 | 86:25 | 23:14 39:4 | 47:22 |
| 183:14 | 280:1,11 | 95:15 | 179:4 | Colonial |
| 254:15 | 280:18,22 | 112:10 | 254:8 | 277:2 |
| 281:6 | 281:13,20 | 147:23 | clearances | combat 4:13 |
| choice 34:25 | 283:1 | 195:18 | 160:10 | 126:4 |
| chosen | 284:2,7 | 241:3,7 | 161:9 | 159:17 |
| 168:10 | 285:15 | cites 127:25 | clearly | combatting |
| Chris 47:23 | 290:22 | citing 85:5 | 21:19 | 159:20 |
| 48:12 | 291:4 | 145:1 | 28:15 | Combined |
| Christopher | CISA's | 159:18 | Clemson 87:2 | 4:17 |
| 246:3 | 170:22 | 162:1 | clerk's | come 23:12 |
| Chun 47:12 | CISA-fac... | citizen | 50:15 | 75:18 |
| CHUZI 2:12 | 170:19 | 76:13 | clerks 50:19 | 92:22 |
| CID 303:15 | CISA-held | citizen's | click 14:13 | 109:9 |
| circling | 189:22 | 76:4 | 263:1 | 118:24 |
| 96:17 | CISA-hosted | citizens | clicked | 121:7 |
| Circuit | 155:15,18 | 14:7 70:23 | 14:18 | 123:15 |
| 194:3 | 156:3 | 74:19 | clicking | 137:8 |
| circumst... | 180:24 | 78:22 | 66:9 | 165:3 |
| 23:8 | 187:22,24 | 143:6 | client's | 215:22 |
| CISA 16:22 | 188:13 | 145:24 | 202:24 | 216:6 |
| 18:16,23 | 189:6 | City 2:5 | clients | 258:20 |
| 24:9 25:8 | 192:1 | Civ 310:11 | 179:11,25 | comes 18:23 |
| 26:8,23 | 209:17 | 310:15,20 | Clinton 67:3 | 30:22 |
| 27:14 28:1 | 218:11,17 | 311:1,7 | 69:10 | comfortable |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 73:10 | 71:5 86:6 | 292:15 | 225:11 | 121:4,5 |
| 291:16 | 157:22 | communic... | 231:11,24 | 126:1,18 |
| 302:16 | comments | 98:22 | 278:17 | 127:6,20 |
| coming 58:4 | 68:12,19 | 99:25 | community's | 132:24 |
| 119:18 | 68:24 69:4 | 100:15 | 231:1,6 | 133:5,16 |
| 173:20 | 69:8 | 108:1 | companies | 135:11 |
| 190:20 | 117:20 | 160:14 | 4:12 11:5 | 136:11 |
| 273:10 | 118:16 | 179:3 | 12:6 14:23 | 137:3,4 |
| 305:18 | 123:1 | 206:25 | 16:18 | 138:7,17 |
| command | commission | 295:10,13 | 17:20 | 139:21 |
| 162:13,21 | 159:13 | 296:16 | 18:19,25 | 140:1,9 |
| 164:25 | 160:2 | 297:14 | 20:10,13 | 143:2,8,11 |
| 165:5 | 314:23 | 299:4 | 20:15,20 | 144:10 |
| 167:15,18 | committee | 302:4,11 | 20:22 | 146:23 |
| 167:20,24 | 13:10,12 | communic... | 23:24 | 147:3 |
| 168:5,8,10 | 79:24 | 97:23 | 24:24 25:2 | 151:3 |
| 168:15 | 112:22 | 101:23 | 29:9,20 | 152:23 |
| 266:17 | 116:12,13 | 104:24 | 31:11 | 153:1,3,5 |
| 268:23 | 116:16,23 | 107:16,22 | 32:17,19 | 154:3,10 |
| 295:3,5,6 | 123:11,12 | 121:14,23 | 34:8,24 | 155:6,13 |
| 295:11 | 127:13 | 163:20 | 35:17,23 | 155:17 |
| 296:17,21 | 217:17 | 189:11 | 36:24,25 | 156:13 |
| 298:13 | 279:5 | 199:12,18 | 37:20 | 159:16 |
| 301:3,6,16 | 284:3 | 202:4 | 38:25 39:3 | 160:7 |
| 307:11 | committees | 203:9 | 39:6,19,20 | 163:17 |
| commander | 16:6 | 204:14 | 41:6,17 | 165:12 |
| 162:22 | 116:10 | 219:7 | 42:3,4 | 166:4 |
| 165:4 | 117:21 | 232:25 | 43:6 50:24 | 168:19,20 |
| commencing | 119:8 | 233:2,25 | 51:3 61:24 | 168:22 |
| 6:4 | 173:9 | 238:3,5,9 | 77:18 78:8 | 169:1 |
| comment | common 9:5 | 238:11,18 | 80:1 87:21 | 172:24 |
| 117:17 | 58:1 | 255:12 | 89:21 90:3 | 173:3 |
| 191:3 | 124:20 | 275:20 | 92:6 98:25 | 174:12,15 |
| 213:19 | 264:2 | 290:14 | 100:20,23 | 174:18 |
| 214:5 | commun- | 291:9 | 102:4,8,15 | 175:11 |
| 215:4,5,7 | 297:17 | 298:8 | 102:17 | 176:11 |
| 215:13 | communicate | communities | 103:10 | 177:25 |
| 216:15 | 106:14,22 | 70:19,20 | 105:2,7 | 183:3 |
| 224:12 | 108:22 | 79:6 | 106:3 | 190:18,21 |
| 233:24 | 207:5 | community | 108:7 | 191:20 |
| 309:6 | 238:15 | 90:23 92:7 | 110:23 | 192:3,10 |
| commentary | 295:10 | 92:9 | 112:8 | 204:19 |
| 63:12 65:7 | communic... | 129:19,21 | 113:11 | 205:5,6 |
| 86:6 | 219:1 | 129:22 | 116:22 | 208:21 |
| 157:24 | 238:22,25 | 205:7 | 117:22 | 209:12 |
| commented | communic... | 222:25 | 118:5,7,10 | 210:21,21 |
| 68:10 | 105:23 | 223:8,13 | 118:25 | 210:24 |
| 161:15 | 119:9 | 223:23 | 120:1,3,11 | 211:1,7 |
| commenting | 158:16 | 224:15,23 | 120:17,18 | 216:4,10 |

**ELVIS CHAN  11/29/2022**

227:16
243:9
244:5
248:15,17
249:24
252:25
253:22
261:8
262:10
269:20
272:17
273:3,6,7
273:7,9,17
276:23
283:17
284:1
285:9,12
286:2
287:4,9
289:1,2,15
289:22
291:16,19
294:24
295:7,11
295:18,21
295:25
296:2,5,12
296:18,19
297:8,9,15
297:18,20
298:14
299:14,19
301:12,22
302:7,9,15
307:7,19
**companies'**
61:24
**company**
12:24  15:5
27:4  42:13
45:21
46:18
102:16
114:22
160:9
190:24
205:11
209:14
213:11

238:11,12
238:13,14
243:17
245:18
246:8
248:13
252:5
274:1
276:25
277:3
**company's**
217:10
288:22
**company-...**
102:7
**compare**
65:17
**compared**
133:22
**compelled**
116:20,21
**competing**
174:8
**competitors**
291:19
**complaint**
263:2
264:4,10
268:22
**complaints**
263:15
264:20,21
**compleme...**
143:7
**complete**
198:24
**completed**
213:15
**completely**
151:24
**completion**
311:3
**compliance**
267:22
**comply** 103:3
**component**
24:11
303:18
**components**

152:18
218:13
280:15
**compound**
11:25
14:20
27:19
64:20
65:11  71:8
72:14
75:23  76:8
90:20  92:3
92:5  95:5
98:4
112:20
**comprised**
78:22
110:11
**computer**
59:9  71:15
72:2,6
136:16
137:11
138:15
139:14
173:8
258:10
**CON** 275:10
275:12
**concede**
94:19
**concern**
138:14,15
139:12,19
190:15,18
190:25
195:11
205:2,18
205:21,24
207:18,25
208:5,15
209:16
211:8
212:13,14
212:16
219:19
220:21
221:1,10
221:16,19

222:3,3,11
225:20
246:18
**concerned**
52:19
53:24
138:10
155:1
187:2
195:15
207:7
209:21
222:15
224:24
235:13,20
249:22
255:19
256:14
**concerns**
105:23
139:8,10
168:22
205:22
206:15
221:24
226:4,20
235:13,15
244:15
283:8
285:7
298:23
**concluded**
31:25  35:3
96:7 122:6
166:9
234:8
309:20
**concludes**
309:16
**conclus**
240:19
**conclusion**
33:22
139:17
240:22
270:5
**conclusi...**
240:20
241:2

**concrete**
251:2
**condensed**
283:14
**conditio...**
203:1
**conduct**
155:1
190:11
226:8
264:18
294:10
**conducted**
59:24
**conducting**
30:15
190:6
209:3
226:11,17
**Cone** 181:22
182:5,23
183:12
186:14,15
207:22
254:14
281:5
**confer**
194:22
**conference**
236:13
271:22
272:19,21
275:1,11
275:13,17
275:23
**conferences**
275:14,17
**confidence**
32:22
112:23
113:1,3
**confident**
114:12
216:5,9
**confirm**
214:19
302:3
**confirmed**
215:9,11

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 275:5 | 80:23 97:9 | 71:17,19 | 200:20 | 270:18 |
| conflicting | 99:9 | 74:6,7,9 | 202:20 | contribu... |
| 20:2 | considered | 74:15,17 | 214:10 | 132:9 |
| Congress | 19:5 | 74:17,23 | 215:15 | control |
| 116:1,8 | consistent | 74:24 75:2 | contest 78:5 | 32:25 33:2 |
| 117:1,8 | 79:20 | 75:7,8,11 | context 29:2 | 71:16 |
| 118:19 | 127:24 | 75:13,13 | 44:5 69:18 | 73:11 |
| 128:3 | 131:21 | 76:1 77:19 | 69:20,22 | controlled |
| 131:14,25 | 219:6 | 79:4 80:1 | 85:19 | 14:4 34:23 |
| 132:9 | 292:25 | 80:6 85:23 | 93:10 | 65:13 72:2 |
| 133:5 | consolid... | 86:17,23 | 105:24 | 77:20 |
| 241:25 | 257:23 | 89:10 90:5 | 162:8,11 | 100:7 |
| congress... | constraints | 90:5,9,10 | 164:24 | convene |
| 13:11 | 194:5 | 90:17 91:2 | 172:8 | 280:14 |
| 118:14 | construc... | 91:8,19 | 178:11 | convened |
| 119:22,24 | 132:25 | 95:3,16 | 189:21,24 | 284:12 |
| 120:9 | 133:9,15 | 105:9,16 | 190:1,2,17 | convenes |
| 122:23 | 133:18,20 | 126:25 | 190:24 | 26:18 |
| 123:4 | construed | 130:1 | 199:1 | conversa... |
| 124:5 | 217:11 | 132:3 | 201:16 | 52:24 53:6 |
| 125:17,24 | consult | 138:8 | 202:2,4 | 70:23 |
| 125:25 | 200:15 | 144:2 | 206:6 | 89:13 |
| 127:13,25 | consulted | 145:4 | 218:10,17 | 95:19 |
| 131:13 | 200:10,12 | 146:7,8 | 236:18 | 123:3 |
| 259:24 | 235:12 | 153:24 | 240:4 | 201:7,9,12 |
| connect | contact | 156:12 | 244:13,13 | 201:15 |
| 125:21 | 27:11,13 | 157:19,21 | 262:5 | 233:13 |
| connected | 53:22 | 158:6,12 | 264:22 | convey |
| 53:10 | 252:16 | 165:21,25 | 271:21 | 161:10 |
| 113:25 | 296:20 | 203:8,9 | 295:7 | 220:17 |
| Connecting | contacts | 205:2 | contexts | 221:9 |
| 125:15 | 45:22 46:4 | 206:11 | 44:8,24 | conveyed |
| connection | contain | 217:9,14 | contingent | 79:25 |
| 10:24 | 99:12 | 227:17 | 281:1,2 | 143:14 |
| 13:22 | containing | 233:4 | continue | 222:15 |
| 25:22 | 229:24 | 241:6 | 7:13 39:23 | 254:12 |
| 26:11 53:7 | contains | 254:9 | 84:3 | conveying |
| 53:8 82:25 | 99:8,10 | 273:13,22 | 122:12 | 221:13,16 |
| 191:13 | contempo... | 274:5,9,17 | 285:3 | convince |
| 226:22 | 290:16 | 285:13 | continued | 144:23 |
| 230:10 | content | 307:21 | 282:14 | coordinate |
| 267:20 | 43:24 | content-... | 284:25 | 276:21 |
| connects | 49:23,24 | 95:13 | 302:12 | coordinated |
| 136:13 | 60:6,10,16 | 129:7 | continuing | 39:1 92:23 |
| consensu... | 60:19,22 | 130:11 | 258:8 | 93:4,13 |
| 252:6 | 61:7 63:21 | 153:17 | 285:2 | 95:14 |
| conserva... | 64:16 65:9 | 266:14 | contractor | 168:4 |
| 149:20 | 67:8 70:12 | contents | 263:20 | Coordina... |
| consider | 70:18 | 193:22 | contrast | 284:13,17 |

**ELVIS CHAN 11/29/2022**

| | | | | |
|---|---|---|---|---|
| coordina... | 85:20 87:6 | 158:22 | 288:16 | 258:2 |
| 187:21 | 87:15,18 | 159:18 | 290:18 | Counselor |
| 190:19 | 89:12 | 161:19 | 291:15 | 234:8 |
| 282:2 | 90:15 | 165:8 | 292:5 | counsels |
| copied | 95:21,22 | 170:19 | 293:5 | 46:15 |
| 197:19 | 95:23 | 171:11,23 | 298:25 | 47:16 |
| 303:8 | 98:17,24 | 177:14,15 | 299:3 | counter |
| copies 312:8 | 101:9 | 177:20 | 300:19,23 | 36:10 |
| copy 11:8,12 | 103:19 | 180:22 | 303:6,22 | 133:16 |
| 60:14 | 104:1 | 181:4,17 | 306:11 | 158:25 |
| 312:12 | 106:15,16 | 183:5 | 314:8,12 | countering |
| copying | 107:8,12 | 184:9 | corrections | 134:17 |
| 198:3 | 108:10,18 | 185:2,3 | 312:13 | 159:2 |
| correct | 109:4 | 198:16 | correspo... | counteri... |
| 11:16,19 | 113:4,4,6 | 204:4,5,7 | 4:15 5:8 | 234:24 |
| 11:20 | 113:16 | 204:11 | 288:17 | 235:13 |
| 12:17 17:9 | 114:11 | 214:7 | Coughlin | 238:1 |
| 17:24 | 115:8 | 216:15,16 | 194:2 | counterm... |
| 26:12 28:8 | 117:2 | 216:16 | Council | 17:7 |
| 29:7,12,13 | 119:16 | 217:7 | 162:2 | counterm... |
| 32:2 33:1 | 120:12 | 221:21,22 | 284:13,17 | 11:6 12:9 |
| 33:6,7,23 | 121:9 | 225:22 | counsel | 15:20,22 |
| 33:24 34:4 | 123:16 | 226:22 | 21:20 22:5 | 15:25 |
| 34:18 | 127:2,16 | 229:20 | 22:17 | 64:12 |
| 35:13,14 | 128:25 | 230:5,6 | 43:13,14 | counterpart |
| 36:2,3 | 129:9 | 232:17 | 45:13 77:1 | 45:24 |
| 37:15,16 | 130:2,9,18 | 240:1,17 | 94:16 | counterp... |
| 37:22,23 | 133:7,8,12 | 241:8,25 | 123:11,11 | 140:4 |
| 38:2,6,7 | 133:22 | 242:1,14 | 169:18 | counties |
| 39:21,22 | 134:3 | 243:12 | 180:4 | 50:13 |
| 40:9 41:4 | 136:17,24 | 244:1,8,9 | 187:18 | countries |
| 46:6 49:12 | 141:13 | 248:7 | 194:22 | 94:5,10,12 |
| 51:23 | 142:3,9,12 | 249:7 | 196:23 | 305:22,25 |
| 52:12 | 142:22 | 258:13,13 | 197:6 | country |
| 56:10 59:7 | 144:11,15 | 261:19,24 | 208:20 | 163:5 |
| 59:11,16 | 144:18,25 | 261:25 | 216:19 | county 6:7 |
| 59:21 | 145:12,25 | 263:2,6,7 | 237:15 | 16:24 |
| 63:10,13 | 146:15 | 263:12 | 239:15 | 50:14,14 |
| 64:13 65:2 | 147:15 | 264:23 | 241:11 | 50:19 |
| 66:1,25 | 148:1,10 | 267:17,18 | 258:16 | 283:1 |
| 69:15,18 | 148:15,16 | 267:22,23 | 287:23 | 310:4 |
| 70:7,20 | 149:3,12 | 272:13 | 310:18,19 | 314:2 |
| 71:18 72:8 | 149:17 | 273:14 | counsel's | county- |
| 72:13 | 150:20 | 274:9 | 65:23 87:1 | 172:15 |
| 75:16 80:9 | 151:12 | 277:24 | 241:18 | couple 41:11 |
| 80:14 | 155:9,10 | 278:9 | 257:3,12 | 78:24 84:7 |
| 81:10,19 | 156:4,8 | 280:19,20 | 257:14,15 | 132:22 |
| 81:24 | 157:24 | 283:22,23 | 257:17,19 | 217:19 |
| 84:13 | 158:14,18 | 285:1,25 | 257:22 | 290:6 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| course 13:14 | 237:4,11 | 199:1 | dark 72:25 | 301:23 |
| 49:23 | 239:12 | 207:11 | 73:7 | 312:18 |
| 174:18 | CRR 1:24 | 211:18,20 | data 14:25 | daytime |
| 188:3 | CSAC 284:7 | 211:22 | 48:25 59:9 | 162:22 |
| 236:1,4,5 | CSR 1:24 | 238:12,20 | 114:19 | DCCC 13:11 |
| 280:21 | 310:9 | 275:17 | 235:5 | 16:7 |
| 287:12 | culture | 276:21 | 276:24 | 173:15 |
| court 1:1 | 236:14 | 279:1,5 | date 6:10 | 193:11 |
| 2:4 6:16 | cumbersome | 283:3 | 166:14 | deal 290:4 |
| 9:20 10:8 | 296:25 | 284:3 | 259:22,23 | dealing |
| 259:11 | current | Cyberspace | 269:17,22 | 251:1 |
| 271:12 | 55:21 60:6 | 159:6 | 271:14 | 290:5 |
| 310:9 | 60:17 | cycle 26:19 | 300:8,8 | deals 79:21 |
| courtesy | 229:1 | 39:20,24 | 313:3 | Dear 312:7 |
| 58:2 | 235:18,23 | 41:7 42:18 | date's | December |
| Cove 3:10 | 238:12 | 54:14,22 | 300:10 | 312:2 |
| coverage | 286:14 | 64:22 | dated 4:14 | Decency |
| 229:22 | currently | 87:13 | 4:16,22,24 | 121:23 |
| covered 70:6 | 41:20 | 101:17 | 5:7,9 | decide 274:1 |
| 188:8,23 | 109:7 | 109:11 | 11:18 | 299:9 |
| covers | 238:10 | 134:1,2 | 241:20 | decided |
| 282:19 | 299:6 | 141:16 | 244:2 | 240:15 |
| covertly | cut 291:4 | 143:23 | 292:16 | decision |
| 77:17 | 304:7 | 147:18 | 293:11,25 | 233:4 |
| cream 182:7 | cyber 8:12 | 148:12,14 | 302:25 | 282:20 |
| create 60:25 | 39:11,12 | 148:15 | 311:9 | decision... |
| created | 45:5,5 | 162:5 | dates 156:22 | 49:17 |
| 13:21 60:3 | 105:5,17 | 172:20 | 284:4 | decision... |
| 141:17 | 198:11,13 | 176:9 | 285:17 | 90:8 |
| 143:24 | 199:1 | 202:13 | day 6:4 | decisions |
| creating | 201:19 | 226:21 | 45:17 | 153:17 |
| 70:10 | 202:7 | 241:6 | 165:4 | declaration |
| credentials | 206:25 | 273:18 | 167:25 | 4:20 217:1 |
| 235:6 | 207:13 | 299:21 | 168:15 | 217:15,22 |
| crime 270:13 | 245:12 | cycles 64:25 | 217:20 | 228:2,9 |
| criminal 9:2 | 261:8 | 78:13 | 230:15 | declare |
| 9:3 111:17 | 276:2,22 | 87:17 | 262:24,24 | 314:11 |
| 163:13,15 | 290:6 | | 269:10,12 | declassi... |
| 163:22 | 307:23 | ___D___ | 291:20 | 112:6 |
| 195:23 | 308:7 | D 2:6 | 297:2 | 160:4 |
| 196:4 | cybersec... | D.C 2:11,17 | 301:16,19 | declined |
| 269:23 | 16:4,14,22 | 8:21 109:3 | 307:16 | 215:6 |
| 303:17 | 17:2 18:16 | 183:25 | 314:13 | declining |
| critical | 30:3 43:10 | 312:4 | day-to-day | 89:15 |
| 276:23 | 50:16 | damage | 24:23 | 189:2 |
| 284:8 | 55:10 | 236:20 | days 182:21 | deem 32:19 |
| cross-ve... | 72:20 | 238:4 | 243:11 | 34:9,11 |
| 22:1 | 93:10 | damaged | 244:7 | 35:10 |
| Crossfire | 172:14 | 116:5 | 245:2 | deemed 34:17 |

98:11
190:6
274:14
DEF 275:10
275:12
defend 83:17
212:5
273:3
DEFENDANT
2:9
defendants
1:11 7:10
7:17
defendants'
4:17
169:16
defending
11:24 23:1
43:17
define 158:3
158:8
definitely
152:6
210:4
220:14
definition
61:24
degree 10:14
10:25
87:17
Dehmlow
109:5,21
175:18,21
176:16,21
178:13
180:21
181:14
184:16,25
185:3,10
186:18
207:22
213:18
214:18
215:3
216:15
221:24
251:14
254:14
281:5

309:4,10
Delaney
271:14,16
272:2
delay 297:3
delegation
123:8
deleted
232:16
delibera...
187:9
delibera...
121:17
188:7
delibera...
27:20
121:12,25
122:2,14
187:10
188:8,25
251:24
282:9,18
Delynn
197:25
Democratic
13:10,11
Democrats
266:21
department
2:10 3:4
7:8,15
24:11
134:15
136:4
138:24
139:14,20
139:22
140:4
163:21
217:7,24
263:10,13
263:14
278:18
312:3
Departme...
140:8
depending
71:21
190:2

265:16
269:8
depends
165:20
deploy 74:8
deployed
139:2
deponent
311:5
deposition
1:17 6:13
6:18 8:23
8:25 9:1
22:24 23:2
122:5
142:21
155:20
180:1
227:4
309:17
310:1,22
310:24
311:3
312:8
314:5,7,10
depositions
9:2,3
depress 79:5
deputy 200:8
200:23
201:18
234:23
describe
10:11 13:1
15:21
59:22
69:21,25
146:1
195:5
248:10
301:5
described
50:8 133:9
142:20
164:5
224:19
230:25
232:9
249:10

describes
247:4
describing
224:1
282:22
description
4:10 5:4
13:4
136:22
170:10
283:5
designed
63:17 79:5
145:19
149:19
desired
312:14
detail 86:11
278:7
280:5
291:12
detailed
128:22
130:16
details 88:5
88:6,9
111:10
166:21
232:5,19
detect 89:9
114:5
129:25
133:16
136:2,16
136:19,24
137:12
270:22
detected
87:8
162:24
detecting
92:19
detection
31:12 88:3
204:22
determine
14:2 33:15
163:1
217:10

236:21
253:3
262:15
267:3
268:10
296:3
determined
142:5
144:22
230:21
develop
88:12
developed
92:9
270:22
development
133:24
develops
72:21
device 19:11
19:12
devices
72:22
Devilotski
44:15
DHS 24:13
151:11
152:4
170:1
186:1
218:15
DHS's 170:23
278:10
DHS/Micr...
279:11
different
19:4,10
23:9 34:14
37:21,25
38:4 48:17
48:18 62:1
75:12 78:7
86:4 88:2
89:21
97:20
98:10
99:15,16
105:5,17
112:22

**ELVIS CHAN 11/29/2022**

| | | | | |
|---|---|---|---|---|
| 135:23,25 | direction | disclosure | discussed | 193:21 |
| 137:7 | 207:9,10 | 195:3 | 15:25 | 200:2 |
| 139:23 | directly | discord | 54:17 59:4 | 203:15 |
| 164:19,19 | 49:19 | 61:12 | 70:20 | 206:21 |
| 169:4 | 106:19 | 141:20 | 92:11 93:3 | 229:10 |
| 177:12 | 107:9 | discourse | 118:22,23 | 249:20 |
| 200:4 | 158:17 | 34:3 | 119:1,14 | 250:10 |
| 223:12 | 261:24 | discover | 119:16,18 | 251:19 |
| 251:6 | director | 31:12 | 135:22 | discussion |
| 269:18 | 24:13 | 32:23 | 152:14 | 7:11,22 |
| 278:22 | 46:24 | 146:24 | 153:24,25 | 21:12 |
| 285:16,17 | 48:12 | discovered | 154:8,10 | 82:23 83:2 |
| 306:22 | 124:2 | 27:10 31:8 | 154:15 | 105:11 |
| differen... | 152:8 | 199:10 | 156:9,21 | 121:1 |
| 299:22 | 234:24 | discredited | 160:10 | 128:14 |
| differently | 246:3 | 142:17 | 172:3,6,13 | 129:10,20 |
| 228:14 | 275:5 | discuss | 177:23 | 130:25 |
| 294:21 | 292:10 | 13:19 | 178:3,5 | 131:2 |
| 299:8,10 | 293:6 | 15:22 | 180:20 | 150:22 |
| 299:15,17 | director... | 90:16 | 181:15 | 184:19 |
| difficult | 44:18 | 91:23 | 182:10,17 | 187:24 |
| 9:20 | 123:10 | 92:18 | 188:2,13 | 256:21 |
| difficulty | DiResta | 121:19 | 202:7 | 282:12 |
| 82:24 | 51:21,24 | 135:19 | 206:23 | 292:12 |
| 141:9 | 51:25 | 141:11 | 207:18 | 297:11 |
| digital | 53:12 85:6 | 151:7 | 209:16 | 302:18 |
| 84:23 | 85:11 | 152:15 | 212:4,19 | 308:12 |
| direct14:3 | disagree | 154:11,12 | 216:11 | 309:8,15 |
| 14:25 21:6 | 68:14 | 179:10,25 | 225:6,24 | discussions |
| 21:7 28:25 | disappear | 185:10 | 228:22 | 55:5,14 |
| 77:15 | 81:24 | 187:5,13 | 229:19 | 58:10 91:3 |
| 128:17 | 297:24 | 189:18 | 239:5,9 | 117:23 |
| 141:7 | disappears | 191:24 | 246:13 | 124:17 |
| 144:2 | 82:3,4,20 | 203:6,10 | 247:11 | 180:16 |
| 181:9 | 83:10 | 206:3 | 254:18 | 187:17,18 |
| 217:21 | disapproval | 208:16,17 | 255:6 | 187:20 |
| 227:7 | 62:22 | 209:6,15 | 267:14 | 188:3,12 |
| 246:3 | disclose | 210:13,16 | 277:10 | 226:3 |
| 293:7 | 21:7 | 211:14,18 | 279:22 | 233:9,10 |
| 297:5 | 200:20 | 226:7 | 282:16 | 247:15 |
| directed | 202:20 | 229:11 | 285:7 | 251:25 |
| 14:14 | disclosed | 240:2 | 290:11 | 252:2 |
| 15:11 52:6 | 20:20 | 251:15 | 291:11 | 255:1 |
| 52:8 | 21:10,14 | 280:23 | discusses | 282:10 |
| directing | 21:23,25 | 282:5 | 29:21 | 290:25 |
| 128:20 | disclosing | 283:5,7 | discussing | disinfor... |
| 143:17 | 97:13 | 285:11,11 | 91:15,20 | 11:4 45:3 |
| 146:17,18 | 111:10 | 286:8,23 | 154:3 | 45:9 46:13 |
| 158:19 | 121:16 | 294:14,19 | 191:12 | 46:21 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 47:20 | 306:24 | 194:21 | DOJ 163:12 | **E** |
| 48:23 52:7 | **disliked** | 195:22,25 | 164:5,24 | **E** 2:1,1 3:1 |
| 52:25 53:2 | 66:16,18 | 196:5 | 171:6 | 3:1 |
| 55:8 60:5 | **disliking** | 198:8,15 | 197:23 | **E-l-v-i-s** |
| 60:8 79:21 | 62:15 | 198:19 | 200:8,23 | 8:9 |
| 94:6 | 64:18 65:6 | 199:17 | 267:6 | **earlier** |
| 105:20 | 67:19,23 | 257:22 | 268:9 | 11:17 |
| 106:15,23 | **disseminate** | 258:4,10 | **DOJ's** 201:19 | 31:15 47:7 |
| 107:17 | 225:19 | **docket** | **domain** 30:6 | 59:2 68:22 |
| 108:23 | 255:21 | 194:16 | 51:4 | 80:22 84:8 |
| 141:20 | **dissemin...** | **document** | **domestic** | 86:4 89:18 |
| 153:25 | 127:1 | 11:7 28:20 | 111:14 | 89:23 |
| 154:4,8,9 | 223:3,11 | 59:20 | 138:4 | 96:21 |
| 154:18,20 | 225:5 | 103:20 | 161:17,24 | 99:17 |
| 154:22 | 298:18 | 104:21 | 162:4 | 112:10 |
| 156:9,12 | **dissemin...** | 196:18 | **Dorsey** | 115:5 |
| 156:15 | 256:17 | 216:24 | 116:25 | 122:20 |
| 159:2,17 | 296:18 | 218:10 | 131:24 | 128:1 |
| 159:20 | **distribu...** | 242:8 | **doubt** 228:11 | 136:14 |
| 161:17,17 | 232:6 | 256:4 | **download** | 142:21 |
| 161:23,24 | **District** 1:1 | 274:11 | 99:11 | 156:4 |
| 162:4,17 | 1:2 6:15 | 289:20 | **dozen** 16:12 | 171:22 |
| 163:2,5 | 6:16,19 | 291:21 | 62:8 | 173:25 |
| 167:17 | **diverse** | 292:7,14 | 110:18 | 180:17 |
| 168:17 | 158:6 | 292:19 | **dozens** | 214:11 |
| 201:17 | **division** 1:3 | 293:18,24 | 101:19 | 230:5 |
| 262:3,6,12 | 6:17 7:9 | 293:25 | **drafted** | 243:8 |
| 262:20 | 7:16 8:13 | 305:7,15 | 145:4 | 267:15 |
| 263:5,15 | 8:15 171:7 | 306:1,8,9 | **drive** 77:19 | 269:21 |
| 263:17 | 200:9 | **documented** | 78:1,22 | 283:13 |
| 264:22 | 207:1,12 | 289:13,16 | 229:25 | 284:25 |
| 265:1,2 | 207:13 | 290:21,24 | **driving** | 287:24 |
| 268:25 | 234:24 | 292:3 | 78:16 | 293:1 |
| 270:8,16 | 238:1 | **documents** | 208:15 | 306:18,20 |
| 273:10,13 | 303:17 | 194:8,14 | **Dublin** 45:25 | 308:14 |
| 273:19,21 | **divisive** | 243:19 | **due** 20:2 | **early** 89:19 |
| 274:20 | 61:16 | 247:6,12 | 150:8,13 | 237:8 |
| 275:21 | 63:20 | 247:20 | 205:9 | **earth** 191:16 |
| 277:5,7,9 | 72:11 | 256:9 | **duly** 310:7 | 293:15 |
| 279:11 | 73:24 74:6 | 305:4,5,6 | 310:15 | **easier** 51:16 |
| 283:9 | 74:7 | **doing** 35:23 | **dump** 172:8 | **Easterly** |
| 284:9 | **divulging** | 36:16 51:1 | **dumping** | 274:23,24 |
| 285:7,14 | 174:5 | 70:1 115:3 | 13:13 | 274:25 |
| 285:23 | **DNC** 16:7 | 119:2,5,7 | **Dunlap** 1:24 | 275:20 |
| 286:6,9,16 | 172:25 | 120:17 | 6:6,21 | **ECs** 290:14 |
| 305:16,18 | 173:16 | 157:1 | 310:6 | 290:15,19 |
| 305:19 | 178:11 | 172:9 | **duped** 142:7 | 291:13,22 |
| 308:8 | 193:1,11 | 244:11 | **DVDs** 298:7 | **educational** |
| **disinfor...** | 193:16 | 272:4,5 | 298:10 | 10:11 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| **effect** 158:9 | **election** | 219:4,11 | 260:11,16 | 199:4 |
| 158:15 | 4:13 13:14 | 219:15 | **elections** | 290:14 |
| 173:13 | 16:11,24 | 220:1,7,19 | 11:4 12:5 | **elements** |
| 187:4 | 19:9 26:19 | 221:11 | 18:18 20:1 | 126:20 |
| 190:9 | 39:16,20 | 222:1,6 | 26:21 27:9 | 159:16 |
| 215:5 | 39:24 40:6 | 226:21 | 31:6 37:14 | **Elvis** 1:17 |
| 255:18 | 40:19,22 | 240:8,15 | 37:15 | 4:4,14,16 |
| 310:11 | 41:1,3,7,9 | 240:25 | 38:16,21 | 4:16,24 |
| **effective** | 42:18 | 241:6,25 | 40:3,7,8,9 | 5:7,9 6:14 |
| 64:5 88:17 | 54:14,22 | 243:11 | 40:11,13 | 7:21 8:1,9 |
| 88:21 92:1 | 56:14,16 | 244:8,19 | 40:15 | 20:24 62:3 |
| **effectively** | 56:20 57:2 | 245:2 | 41:24 | 113:11 |
| 29:9 35:17 | 57:9,14 | 251:16 | 45:18 | 114:4 |
| 36:1,5,13 | 64:22,25 | 256:16 | 46:16 50:6 | 269:16 |
| **effects** | 78:4,13 | 259:17 | 55:4,20 | 280:22 |
| 157:15,18 | 87:13,17 | 260:5 | 85:19 | 309:17 |
| 158:1,4 | 109:11 | 261:17 | 131:16 | 312:8 |
| **effort** 10:7 | 141:16 | 262:7,24 | 135:3 | 313:1 |
| 86:21 | 143:23 | 262:24 | 151:1 | 314:4,19 |
| 198:17 | 147:18 | 263:16 | 152:21 | **email** 4:15 |
| **efforts** 4:12 | 148:12 | 265:12 | 155:2 | 4:15 5:8,8 |
| 64:4,4 | 151:10 | 266:10,17 | 161:19,25 | 27:12 30:5 |
| 172:14,15 | 152:16 | 269:10,12 | 162:18 | 89:4 98:25 |
| **eight** 101:22 | 154:16,17 | 270:1,2,11 | 167:23 | 99:4,4,7 |
| 219:16 | 156:21 | 270:13 | 192:5 | 99:10,21 |
| 220:6 | 162:5,12 | 273:18 | 200:14 | 196:25 |
| 234:11 | 162:14,14 | 283:2 | 201:11,18 | 197:3,7,18 |
| **EIS-GCC** | 163:2 | 284:12,16 | 203:21 | 197:22 |
| 284:14,14 | 164:21,25 | 285:16 | 204:1 | 198:4 |
| **either** 25:17 | 167:18,20 | 286:10 | 205:14 | 199:3 |
| 26:5 44:17 | 167:22,25 | 288:19,21 | 208:24 | 200:7 |
| 53:25 60:4 | 168:15 | 289:7 | 220:15 | 241:10 |
| 60:19 | 170:22 | 293:13,14 | 229:2 | 242:20 |
| 78:15 98:7 | 171:18,19 | 294:7 | 244:15 | 258:15,20 |
| 103:10 | 172:1,16 | 295:3,4,6 | 245:14 | 259:10 |
| 118:24 | 172:20 | 295:11 | 246:15 | 271:2 |
| 119:6 | 173:9 | 296:21 | 253:7 | 282:2,4 |
| 120:24 | 192:11,14 | 299:23 | 255:20 | 291:3 |
| 136:19 | 192:21 | 301:20 | 257:25 | 292:21 |
| 180:23 | 199:21 | 306:14,17 | 262:21 | 293:11 |
| 191:21 | 200:2 | 307:3,6,6 | 272:3 | 294:4 |
| 194:5 | 201:8,23 | 307:11,14 | 288:14 | 296:22 |
| 239:9 | 202:12,15 | **election...** | 298:19,23 | 300:5 |
| 250:15 | 203:12,24 | 167:17 | 299:18,23 | 302:24 |
| 263:19 | 205:13 | 168:11 | 300:21 | 303:3,4,20 |
| 282:4 | 208:19 | 262:11 | 307:1,20 | 306:11 |
| 286:15 | 212:10 | 286:6 | **electronic** | **emailed** |
| 287:10 | 217:20 | **Election...** | 19:11 | 169:22 |
| 296:21 | 218:1 | 259:7 | 30:10 | 216:19 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 287:23 | encrypted | 107:16 | entire | estimation |
| **emails** 46:2 | 295:14 | 116:18 | 165:19 | 134:5 |
| 187:21 | **ended** 232:1 | 133:21 | 222:4 | 136:18 |
| 194:14 | **endorse** | 144:23 | **entitled** | 139:1,2 |
| 196:20 | 139:25 | **engaged** 52:3 | 22:4 170:4 | 228:21 |
| 197:11,19 | **endorsed** | 52:23 | 170:7,14 | **et** 1:6,9 |
| 229:24 | 139:24 | 135:3 | 278:4 | 259:6 |
| 287:25 | **Endowment** | 146:17 | **environment** | 312:5,6 |
| 288:2,5 | 142:5 | 150:25 | 61:13 | 313:2,2 |
| 289:13 | **energy** | 151:3,5,7 | **envisioned** | **European...** |
| **embassies** | 276:25 | 257:12 | 159:14 | 143:6 |
| 136:5,6 | **enforcement** | 272:17 | 160:2 | 145:24 |
| 139:6,7 | 20:19 | **engagement** | **equal** 110:24 | **Europeans** |
| **embed** 276:1 | 21:17,18 | 15:3,8,15 | **equip** 35:4 | 145:21 |
| **emceeing** | 23:15 | 18:7 61:19 | **equipped** | **evaluate** |
| 25:18 | 49:20 | 61:22,25 | 133:20 | 33:21 |
| 26:15 | 94:17 | 62:2,5,7,9 | **equivalent** | **event** 149:22 |
| **Emily** 44:15 | 97:11 | 62:13,16 | 63:1 | 194:19 |
| **employee** | 111:8,14 | 63:9,15 | **errata** | **events** |
| 74:6 | 137:21 | 64:24 65:4 | 312:10,14 | 125:21 |
| 151:24 | 138:4 | 65:5,8 | 312:17 | 229:1 |
| 233:19,20 | 174:2,5 | 71:3,6 | 313:1 | **eventually** |
| 263:19 | 188:10 | 78:16,22 | **erroneous** | 41:10 |
| 310:17,19 | 189:1 | 80:22 | 164:17 | 127:5 |
| **employees** | 193:20,25 | 81:10 | **especially** | **evidence** |
| 44:23 | 194:11 | 83:22 | 10:6 | 14:16 |
| 70:17 | 195:1,6,11 | 84:10 85:2 | 192:21 | 43:20 |
| 71:14 | 195:14 | 85:22 86:5 | 256:15 | 74:22 |
| 75:10 | 199:23 | 134:11,14 | **ESQ** 2:6,6,7 | 76:22 82:1 |
| 77:17 | 200:18 | 134:25 | 2:12,12,18 | 144:5 |
| 106:2 | 201:25 | 137:6 | 2:23 3:6 | 298:7 |
| 108:25 | 202:17 | 142:20 | 3:11 312:4 | **evolved** |
| 118:13 | 215:18 | 237:8 | **essentially** | 143:23 |
| 136:5 | 218:25 | 257:18 | 63:3 64:11 | **exact** 150:14 |
| 140:3 | 221:4,8,15 | **engagements** | 104:24 | 182:18 |
| 151:23 | 270:9 | 64:6 67:13 | 146:7 | 214:22 |
| 160:9 | 283:25 | **engaging** | 173:4 | 247:14 |
| 177:1 | 294:9 | 30:22 | 176:1,2 | 288:8 |
| 209:11 | **enforcing** | 126:24 | 232:1 | **exactly** |
| 233:11 | 43:23 | **engineering** | **establish** | 88:10 |
| 235:18,18 | 49:11 | 10:15 | 158:25 | 134:12 |
| **enclosed** | 90:25 91:1 | **enhance** | **established** | 141:14 |
| 312:8,9 | 153:16,17 | 77:19 | 134:14 | 171:16 |
| **encompass** | **engage** 61:7 | **ensure** 127:7 | **establis...** | 173:2 |
| 12:15 | 61:17 | 127:21 | 161:2 | 209:19 |
| **encouraging** | 63:20 | 152:20 | **estimate** | 222:13 |
| 261:21 | 70:11 | **entail** 60:9 | 100:18,19 | 232:9 |
| 262:9 | 72:12 | **entails** | 100:21,22 | 237:7 |
| 263:4 | 94:25 | 111:18 | 113:20,22 | 239:1 |

248:13
307:4
EXAMINATION
4:1 8:6
308:13
examine
127:6,20
examined 8:4
12:3,5,8
310:14
example 10:1
13:9 19:6
31:3,18
60:12
65:13 67:6
67:10 68:1
80:5,13
82:21 83:8
88:11 89:1
93:11
100:18
112:10,10
113:24
264:2,9,11
264:19
265:7
269:4
276:24
277:1
285:15
286:10,12
examples
64:14 89:7
227:19
exception
25:3
exceptional
23:8
exchanged
46:1
exchanges
96:3
exclusively
100:9
Excuse
184:14
execute
252:4
294:11

executed
251:13
314:13
executive
111:24
121:13,13
executives
131:14
exercising
118:15
exert 132:24
exhibit 11:8
11:10 28:9
141:7
169:4,9,11
169:14,19
169:21
196:14,17
196:18
197:8
216:18,18
216:22
234:9
241:10,12
241:14,15
258:24,25
259:3,10
271:1,4
277:12,16
287:20,23
exhibits 4:8
5:1 258:16
exist 290:15
290:19
292:4
299:6
existing
60:6,22
71:17,19
75:11,13
195:19
196:1
exists 299:5
expanded
155:7
expect 23:9
172:18
expectation
221:9

226:6
expectat...
36:24
225:23
expected
163:18
201:22
219:1
220:17,21
222:25
223:9,14
224:9,23
226:24
227:2,4
301:12
Expedited
4:18
experience
74:13
79:20 95:6
95:17,18
113:4,5
114:19
125:6,25
131:23
134:22,24
151:4
168:2
203:16
268:13,14
experienced
118:14
Expires
314:23
explain
88:23
99:25
explanation
100:1
explored
122:8
expose 37:20
37:25 38:4
express
62:21
207:24
221:1
expressed
212:15

expressing
82:11,13
extends
121:12
extent 18:20
50:24
56:22
199:24
232:8
236:19
238:4
249:5
extract
86:18
199:2

—————
F
—————
F-a-r-e-e-d
58:14
F-a-r-i-d
58:14
F.2d 194:3
face 67:4
69:10
Facebook
12:8,18,19
17:23
23:25
41:25 44:3
44:12,23
45:2,11
49:9 54:9
54:10,20
55:6 60:14
60:15,25
62:18 63:2
66:4 74:2
76:4 80:15
80:18
81:24 85:9
85:21
86:16
91:11
102:12
110:23
112:19
118:11,12
118:12
119:10

123:20,22
123:25
124:1,4
125:18,18
128:11,21
130:15
131:12
134:8
147:10,13
147:17,24
148:20
151:10
152:17
210:22
211:3
213:14,15
214:4,17
216:2,14
233:22
234:1
241:5
242:14
246:14,18
246:22
248:18
252:21
253:15,15
253:19
254:22
255:13
280:2,11
286:2,5
308:17
faced 131:12
facilitator
24:10
26:21,22
fact 11:8
15:2 35:15
145:23
148:11
151:4
164:11
195:9
203:3
208:8
217:17
226:2
232:5

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 237:24 | 70:4,10 | 57:16,20 | 183:2 | 257:4,9 |
| 241:23 | 71:25 72:5 | 58:1,21 | 185:12 | 259:7 |
| 247:23 | 73:25 | 79:20 97:7 | 186:10 | 260:11,15 |
| 256:3 | 74:11 95:2 | 98:12 99:2 | 187:1,20 | 261:9 |
| 285:5 | 144:1 | 99:11 | 187:24 | 263:19,20 |
| 305:2 | 251:7,9 | 105:22 | 189:17 | 266:11,12 |
| **factor** 132:9 | **fall** 41:11 | 106:21 | 190:5 | 267:4,5,5 |
| **factors** | **falls** 282:8 | 108:21,24 | 192:3,9 | 267:7,9,11 |
| 88:13 | **false** 163:23 | 109:22 | 197:25 | 267:13 |
| 157:14 | 270:10 | 110:6,6,25 | 198:11 | 268:8 |
| **facts** 43:19 | **familiar** | 111:13 | 200:3,6,24 | 272:4,5,16 |
| 74:22 | 18:8 56:11 | 119:23 | 201:5 | 273:24 |
| 76:22 82:1 | 67:21 | 120:2 | 206:21 | 276:1 |
| 144:4 | 111:16 | 131:6 | 207:1,6 | 280:14,22 |
| 175:2 | 112:22 | 138:13 | 208:19,22 | 280:25 |
| **fair** 30:15 | 169:23 | 139:9 | 209:11 | 281:8,10 |
| 33:10 | 210:6,8 | 142:23 | 211:13 | 281:22 |
| 41:12 | 216:21 | 143:1 | 212:23 | 283:7,21 |
| 49:21 | 232:5 | 144:8 | 213:16,19 | 285:19 |
| 52:11 | 236:9 | 146:12 | 214:5,23 | 286:19,21 |
| 62:13,14 | 256:22 | 147:24 | 215:5,6,11 | 287:9,9 |
| 62:16 63:3 | 295:13 | 148:6,7,9 | 215:14 | 289:18 |
| 64:7,19 | **fan** 275:6,7 | 148:23 | 217:25 | 290:13 |
| 66:5,9,16 | **far** 171:18 | 149:24 | 218:16 | 291:23 |
| 68:15 | 174:1 | 150:9 | 221:9,14 | 294:10 |
| 73:15 74:2 | **Farid** 58:11 | 151:11,15 | 221:16,19 | 295:20 |
| 75:15 | **farms** 31:13 | 151:20 | 224:14 | 296:16,17 |
| 85:23 | 31:19 | 154:4,11 | 227:6,21 | 296:20,21 |
| 101:3,4 | **fashion** | 156:24 | 231:17,21 | 297:6,12 |
| 102:13 | 296:24 | 159:11 | 232:23 | 297:14 |
| 104:8 | **fast** 10:6 | 162:12,16 | 233:1,11 | 298:2,9,12 |
| 114:10 | **FBI** 8:15,16 | 162:20 | 233:18,20 | 298:15,18 |
| 115:6 | 16:1 17:19 | 165:2,3,5 | 233:24 | 299:19 |
| 132:4 | 17:22 | 168:9,13 | 234:1 | 300:21,25 |
| 150:2 | 24:15,18 | 168:16,21 | 236:14 | 301:2,2,5 |
| 191:7 | 24:22,22 | 169:1 | 237:14 | 301:7,15 |
| 197:21 | 25:4 29:19 | 172:9,10 | 238:8 | 301:15,17 |
| 220:1 | 30:21 | 172:23,24 | 243:8,16 | 302:12 |
| 227:2 | 31:24 32:4 | 175:15 | 244:5,10 | 303:10 |
| 249:1,2 | 32:13,16 | 176:22 | 244:11,14 | 308:25 |
| 255:11 | 34:8,12,17 | 177:8,9,18 | 245:8,12 | 309:6 |
| 260:24 | 35:2,22 | 178:7,10 | 245:16,23 | **FBI's** 24:16 |
| **fairly** | 36:22 | 178:12,17 | 246:22 | 34:1,15 |
| 142:20 | 39:14 | 179:7,14 | 250:1,3,11 | 100:1 |
| **fake** 13:20 | 50:12 | 180:18 | 250:23 | 164:25 |
| 13:23 14:4 | 52:10 53:8 | 181:4,5,9 | 251:6,20 | 170:24 |
| 14:13,19 | 53:10 | 181:13 | 251:20,25 | 263:8 |
| 15:4,15,17 | 54:12 | 182:8,13 | 254:13 | 295:17 |
| 32:23 60:3 | 57:12,13 | 182:15 | 255:12,17 | **FBI-led** |

| | | | | |
|---|---|---|---|---|
| 177:24 | 24:22 39:8 | 264:10 | 163:22 | 300:17 |
| **FBI.gov** | 39:11 53:9 | **files** 21:18 | 181:12 | 301:5 |
| 262:25 | 53:11 58:2 | 99:11,12 | 183:17 | **FITF's** 36:4 |
| 263:6,8,16 | 98:11 | 193:22 | 184:4 | 36:10 |
| 265:3 | 104:22 | 194:1 | 194:12 | **FITF-Global** |
| 266:19 | 105:1 | **filing** | 195:19 | 303:24 |
| 268:5 | 107:5,13 | 312:19 | 197:7 | **FITF-org...** |
| **featured** | 107:18 | **financial** | 209:24 | 181:9 |
| 161:18,25 | 108:16,20 | 115:12 | 210:4 | 253:19 |
| **Fed** 310:11 | 110:11,12 | **financially** | 219:22 | **five** 97:18 |
| 310:15,20 | 110:14 | 310:20 | 230:8 | 98:21 |
| 311:1,7 | 162:16 | **find** 60:16 | 231:22 | 100:23 |
| **federal** 7:9 | 163:8,9,10 | 72:11 | 275:2 | 101:8 |
| 7:16 8:13 | 163:17 | 73:23 74:6 | 277:17,25 | 123:14 |
| 16:25 | 164:20 | 86:10 | 278:2 | 148:12,13 |
| 17:16 18:1 | 168:13,13 | 103:12 | 288:18 | 175:6 |
| 18:6,11 | 177:9,10 | 108:12 | 310:15 | 305:4,5 |
| 57:7,10 | 181:4 | 113:25 | **first-order** | **fizzled** 64:7 |
| 80:9 | 201:1 | 138:3 | 157:18 | **flag** 22:25 |
| 111:15 | 259:17,20 | 199:7 | 158:1,3,8 | 90:4 |
| 152:18,19 | 261:12 | 204:23 | 158:15 | 113:18 |
| 216:6 | 264:15,17 | 254:23 | **FITF** 24:17 | 136:20 |
| 218:25 | 265:16,19 | 312:8 | 36:9 44:6 | 146:16 |
| 220:16 | 266:6,23 | **finding** | 109:3,6,8 | 164:22 |
| 221:4,8,15 | 266:25 | 214:11 | 109:16 | 286:11 |
| 221:23 | 269:15 | **finds** 29:4 | 151:22,24 | 306:24 |
| 233:3,9,17 | **Fifth** 194:3 | 72:22 | 162:8 | 307:19,21 |
| 263:13 | **Fighting** | **fine** 23:11 | 177:24 | **flagged** 90:7 |
| 269:25 | 4:11 11:3 | 95:25 | 181:3 | 90:12 |
| 270:2 | **figure** 66:22 | **fine-tune** | 182:13 | 100:20 |
| 280:15 | 79:1,1,9 | 103:21 | 183:24 | 101:16 |
| 285:10 | 80:6,13,15 | **finished** | 184:23,25 | 114:10 |
| 286:20 | 81:13 | 194:13 | 185:1,2,21 | 144:9 |
| **feedback** | 90:17 | **FIRM** 2:21 | 187:5,17 | 146:12 |
| 7:12 | 149:13 | **first** 4:15 | 189:25 | 147:24 |
| 113:14 | 235:22 | 4:18 5:8 | 190:17,19 | 148:9 |
| 274:21 | 264:15 | 8:25 9:1,7 | 190:24 | 163:16 |
| **feeds** 84:4 | 265:16 | 11:15 13:7 | 204:9 | 166:9,23 |
| **feel** 73:9 | **file** 30:6,10 | 19:17 | 207:17,18 | 190:18 |
| 226:25 | 30:10 99:1 | 29:20 | 213:11 | 191:3 |
| **feels** 210:8 | 259:7 | 39:18 | 216:13 | 211:7 |
| 227:1 | 289:19 | 53:20 70:3 | 223:19 | 222:2 |
| **felt** 116:5 | 292:2,3 | 120:4 | 253:15 | 228:25 |
| 118:2 | 295:17 | 122:6,10 | 281:4 | 229:4,7 |
| 120:7 | 300:11 | 128:15 | 287:10,11 | 265:10 |
| 122:22 | 302:14,23 | 132:15 | 289:25 | 307:3,5,14 |
| 291:16 | **filed** 6:15 | 136:12 | 291:13 | **flagging** |
| **fend** 50:19 | 194:16,18 | 139:4,11 | 293:2 | 101:3,24 |
| **field** 16:8 | 196:21 | 148:4 | 297:19 | 159:22 |

| | | | | |
|---|---|---|---|---|
| **floating** | 152:25 | 247:8 | 197:24 | 224:12 |
| 69:8 82:6 | 159:5 | 250:16 | 199:6 | 255:14,16 |
| 82:6 | **footnoted** | 256:1,2,9 | 264:16 | 255:17 |
| **focal** 159:1 | 65:22 | 273:10,18 | **found** 62:4 | **Framework** |
| **focus** 13:16 | **footnotes** | 290:3,12 | 85:12,14 | 126:20 |
| 17:19 29:3 | 129:5 | 290:25 | 89:22 | **framing** |
| 34:23 | **force** 24:16 | 296:1 | 147:3 | 247:14 |
| 59:14 | 38:23 39:7 | 303:13 | 214:13 | **Francisco** |
| 94:12 | 110:8 | 306:25 | 229:25 | 6:7,20 |
| 104:16,19 | 127:5 | 308:9 | **foundation** | 8:12,15,18 |
| 161:16,23 | 170:24 | 309:1 | 18:3,14 | 24:18 |
| **focused** 16:3 | 184:22 | **foreign-...** | 24:2 30:16 | 105:1 |
| 134:17 | 207:2 | 143:15 | 30:24 | 106:18 |
| 138:5 | 250:16 | **foreign-...** | 32:15 | 107:3,5,13 |
| 154:3,4 | 276:2 | 138:25 | 33:11 34:5 | 107:18 |
| 185:25 | 303:14 | **foreign-...** | 34:19 35:6 | 108:20 |
| 211:22 | 309:1 | 36:11 | 36:7,19 | 119:23 |
| 238:11 | 310:11 | **foreign-...** | 42:7 | 128:4 |
| **focuses** | **forced** | 133:17 | 114:16 | 135:4 |
| 17:21 | 127:19 | 270:23,25 | 117:11 | 165:2,4,5 |
| 59:20 | **foregoing** | **foreign-...** | 133:13 | 168:9,16 |
| **Focusing** | 310:23,24 | 98:16 | 138:20 | 168:21 |
| 105:20 | 314:5,12 | 99:13 | 153:21 | 177:2,9 |
| **folks** 293:13 | **foreign** | **foreign-...** | 155:7 | 181:5 |
| 303:5,23 | 24:16 | 113:1 | 171:15 | 198:12 |
| 306:12 | 38:23 39:6 | **foreign-...** | 172:21 | 201:5 |
| **follow** 103:7 | 39:9 46:13 | 42:16 51:1 | 212:25 | 267:9,13 |
| 104:3 | 47:19 | **foreigners** | 213:23 | 268:10,13 |
| 163:18 | 48:23 | 145:16 | 233:7 | 268:15 |
| 165:16 | 110:7 | **foreshad...** | **four** 97:4 | 276:2 |
| 269:15 | 111:23 | 71:14 | 101:13 | 287:10 |
| 279:12 | 129:3 | **forgot** 171:6 | 107:20 | 296:17,21 |
| **follow-up** | 131:4 | **form** 61:21 | 147:22 | 298:12 |
| 17:4 | 133:7 | 63:8 160:6 | 148:8,14 | 301:3,17 |
| 250:18 | 134:17,20 | 314:6 | 150:6 | 310:4 |
| **followers** | 134:22 | **formation** | 173:24 | **Francisco's** |
| 74:8,11,12 | 136:2,17 | 16:22 | 184:5 | 25:4 50:13 |
| 74:14 | 138:5 | **former** | 207:20 | 58:1 |
| **following** | 140:5 | 235:23 | 210:24 | 162:12,20 |
| 38:11 | 161:2,3 | **forms** 63:14 | **frame** 19:21 | 169:1 |
| 51:10 | 163:3 | 65:4 | 60:18 | 272:16 |
| 108:12 | 170:24 | **forth** 134:8 | 89:20 | **frankly** |
| 181:21 | 184:21 | 156:2 | 120:6 | 94:23 |
| 242:9 | 187:3 | 272:24 | 130:12 | **fraud** 268:17 |
| **follows** 8:5 | 207:1 | **forthcoming** | 192:15 | **free** 126:19 |
| **footnote** | 219:9,24 | 192:23 | 205:23 | 126:23 |
| 77:23 | 225:4 | 291:17 | 237:4,9 | **freelance** |
| 80:11 | 242:4 | **forward** | 307:17 | 142:1,6 |
| 127:10,25 | 243:21 | 28:21 41:7 | **framed** | 145:8 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **freely** | 287:2 | 283:15 | 232:4 | 71:12 |
| 120:22 | 308:10 | 287:3,3 | 239:22,23 | 72:10 |
| 127:1 | 309:14 | 291:2 | 295:19,20 | 73:23 76:7 |
| **frequency** | **fusion** 159:1 | 296:9 | **Ghana** 31:14 | 76:19 80:3 |
| 18:8 | **future** 127:8 | 298:1 | **Giannini** | 83:5 87:2 |
| **frequent** | 127:21 | 299:23 | 181:22,24 | 96:11 |
| 166:21 | 195:7,7 | 301:14 | 183:16 | 106:5 |
| 269:7 | | 307:22,22 | 184:20 | 127:3 |
| 288:25 | ——— G ——— | **General's** | 185:1,6 | 130:14 |
| **frequently** | G-i-a-n-... | 2:4 7:3 | 207:23 | 131:11,25 |
| 50:12 | 182:2 | **generali...** | 254:15 | 140:10 |
| 57:18 | **Garcia** | 111:10 | 281:5 | 142:4 |
| 95:15 | 276:15 | **generality** | **give** 21:24 | 152:22 |
| 101:12 | **gather** 70:11 | 121:16 | 34:16 | 155:4 |
| 109:16 | 111:25 | **generally** | 60:11 | 159:12 |
| 110:16 | 112:3 | 11:21 13:8 | 65:12 | 167:4 |
| 178:4 | **gearing** | 15:21 18:6 | 96:21 97:7 | 169:20 |
| 210:25 | 171:25 | 19:2 55:9 | 108:3 | 176:5 |
| 244:12 | **GEC** 134:16 | 56:15 | 179:2,20 | 180:8 |
| 271:24 | **GEC's** 138:15 | 69:21 | 179:24 | 234:13 |
| **Friday** | **general** 15:6 | 87:11 | 180:2 | 244:3 |
| 162:14 | 15:18 | 94:22 | 241:10 | 258:23 |
| 167:22 | 30:20 | 97:15 | 259:16,18 | 261:2,16 |
| 301:17 | 56:20 | 121:22 | 265:6 | 261:23 |
| **front** 28:10 | 61:11 65:8 | 170:8 | 277:1 | 262:1,23 |
| 51:15 | 72:17 90:3 | 190:19 | 303:1 | 272:19 |
| 81:15 | 95:12 | 232:4,5 | **given** 8:23 | 287:13 |
| 116:23 | 97:17 | 235:15 | 9:3 53:22 | 288:24 |
| 117:1 | 100:4 | 253:22 | 150:2 | 294:20 |
| 128:2 | 102:3 | 280:1 | 202:1 | 295:1 |
| 131:25 | 121:20 | 287:2 | 243:16 | 300:3 |
| **frontline** | 140:6 | 289:8 | 245:17 | 301:10 |
| 257:8 | 157:4 | **generate** | 246:7 | 304:14 |
| **full** 100:17 | 187:19 | 60:8,19 | 291:7 | **goal** 36:4,10 |
| 101:2 | 188:12 | 75:1 | 311:1 | 61:4,14 |
| 135:8 | 192:20 | **generated** | **giving** 35:1 | **goals** 86:24 |
| 183:22 | 195:13,16 | 60:4 70:17 | 53:25 | **goes** 32:9 |
| 310:10 | 201:3 | 72:17 73:6 | 271:19 | 220:25 |
| **function** | 202:8 | 73:10 | **Glen** 3:10,10 | 222:23 |
| 43:10 | 204:18 | 74:19,24 | **global** | 225:23 |
| 62:21 | 207:6 | 75:9,24 | 134:11,14 | 229:21 |
| **function...** | 212:13 | **generating** | 134:25 | 231:25 |
| 298:3 | 217:11 | 95:2,2 | 137:6 | 259:7 |
| **functions** | 237:15 | **gentleman** | 303:14 | **going** 21:20 |
| 202:1 | 238:20 | 303:8 | 305:19,21 | 28:14 37:1 |
| **funded** 276:8 | 239:15 | **getting** 64:5 | **go** 9:5 15:4 | 37:3 38:8 |
| **further** 68:8 | 248:12,14 | 113:13 | 22:8,19 | 38:11 41:2 |
| 199:12 | 254:18 | 190:3 | 28:21 31:1 | 41:6 51:7 |
| 250:23 | 282:14 | 197:1 | 31:2 52:16 | 51:12 67:1 |

84:3 94:18
97:10
120:10
121:11,24
126:2,5
140:7
157:6
169:3
178:24
180:2
188:23
189:15
190:10
193:19,24
194:19
196:12
200:17
201:3
202:16
203:8
216:17
217:21
225:8
235:16
241:9
242:7
248:2
258:15,23
259:8
260:7,11
260:16,19
261:4,5
271:1
272:1
276:9
277:12,20
282:21
287:22
293:9
299:24
good 6:9
48:8 77:7
211:19
272:8
295:23,24
Google 12:7
12:11,14
17:23
23:25

41:25
46:19,20
47:4 49:9
118:11,12
118:13
119:11
123:20,22
125:5,11
131:13
152:24
210:23
286:2,4
Google/Y...
110:23
government
4:12 11:5
15:20,22
15:24 17:7
21:10,14
22:2 23:16
23:18 24:7
29:9,18,25
35:17,21
37:19
61:11 80:9
111:15
121:14
122:4
150:25
151:2
152:18,19
155:6
156:17
158:24
159:15
161:9
170:9,21
176:7
191:20,23
191:23
211:9,12
216:7
218:12
222:4
233:4,17
235:17,18
235:19,23
236:23
278:22

284:13,17
governme...
12:9 37:9
37:12
269:24
governments
219:9
grade 109:25
177:1
graduate
10:18
graduated
10:13,16
grand 147:12
grants 16:25
16:25
172:14
graphic 67:2
Graphika
14:24
144:21
145:2,6
Great 242:23
ground 9:6
136:6
grounds
121:25
122:14
163:25
188:24
193:20
199:23
201:24
202:17
group 18:24
19:13
23:22 26:9
27:15
44:12
45:16
46:24
47:21
48:12
155:15
190:11
254:12
277:11
284:18,21
287:5

291:18
groups 209:2
GS-10 110:1
GS-14 106:13
151:17
177:1
GS-14-level
106:2
GS-14s
107:10
108:16
109:25
GS-15 109:24
152:2
guess 29:2
50:7
171:21
297:21
305:17
guessing
9:14
guidance
50:17
298:2
Gurzhiy 6:22
guy 303:25
guys 23:3
94:20
113:14
254:21

———————
H
———————
H-a-n-i
58:13
hack 13:10
172:8
178:11
193:10,16
195:25
196:5,7,9
198:8,19
199:17
206:12
225:10,13
225:18
235:1,2,3
235:4
239:9,18
240:5

243:10
257:22
258:4,10
hack-and...
13:8 16:3
39:15 59:5
172:3,9,19
173:1,6,12
173:15
174:25
175:1,11
175:16,19
176:11
177:22
178:3,20
187:3
189:5
208:10
210:17
211:15
307:25
hack-and...
178:6
hack-and...
172:4,19
180:19
181:6,15
182:9,16
185:11
186:6,16
187:2
188:5
189:19
190:7,12
191:1,13
191:17,24
192:4,6,8
192:11,18
192:20,23
193:1
194:21
199:20
200:16
201:22
202:15
203:11,20
203:23,25
204:16,20
205:3,16

ELVIS CHAN 11/29/2022

| | | | | |
|---|---|---|---|---|
| 205:20 | 208:12 | 268:4 | 186:12 | 23:15 |
| 206:22,24 | **hacking** | 276:5 | 217:4 | 152:17 |
| 207:8 | 13:12 | **happened** | 278:13 | 162:13 |
| 208:1,6,18 | 43:17 | 18:1 19:25 | 308:4 | **help** 27:15 |
| 208:23,24 | 50:20 | 97:3 101:8 | **head-shakes** | 88:24 |
| 209:4,21 | 55:13,13 | 117:3,3,4 | 9:24 | **helpful** 22:6 |
| 211:5,10 | 212:5 | 117:5 | **heading** | 31:5 |
| 211:15 | 223:1,3,15 | 173:22,24 | 279:17 | **helps** 103:21 |
| 212:9 | 225:4 | 174:9 | 302:19 | **herder** 72:21 |
| 219:1,10 | 230:24 | 194:10 | **headquarter** | **hereto** 311:7 |
| 219:20,25 | 238:19 | 229:14 | 267:12 | **Hey** 62:3 |
| 220:18,22 | 240:2 | 248:21 | **headquar...** | 103:15 |
| 220:24 | 250:12 | 253:11,12 | 24:25 25:3 | 104:4 |
| 221:10 | 258:12 | 253:12 | 25:5,6 | 131:7 |
| 222:16,18 | 273:2,3 | 266:16 | 169:1 | 214:19 |
| 225:24 | 290:25 | 272:12 | **headquar...** | 227:17 |
| 226:4,8,18 | **hacks** 59:13 | 275:11 | 8:20 38:15 | 247:17 |
| 227:10,10 | 223:20 | 299:21 | 57:17,20 | 252:17 |
| 228:7,17 | 224:9,11 | **happening** | 58:21 | 266:20 |
| 228:24 | 224:15 | 171:17 | 98:12 | **high** 2:5 |
| 229:17 | 238:21 | 229:1 | 162:17 | 32:22 |
| 239:6 | **half** 19:18 | 282:3 | 164:25 | 59:22 64:5 |
| 244:6,18 | 19:20 | **happens** | 168:14 | 64:10,10 |
| 245:1,9 | 28:22 | 76:25 82:3 | 198:23 | 66:3 80:21 |
| 246:19 | 225:1 | 82:12,17 | 267:4,5 | 80:24 |
| 247:18 | **Hammell** | 83:8,11,25 | 268:8 | 83:22,23 |
| 248:24 | 197:25 | 84:5 87:7 | 298:3 | 84:9 |
| 251:16,21 | **hand** 258:1 | 97:17 | 301:6,15 | 110:18 |
| 255:19 | **handle** 248:3 | 98:18 | 303:18 | 112:25 |
| 256:15 | 248:6,16 | 103:17,19 | **heads** 10:3 | 113:3 |
| 282:5,6 | 264:20 | 263:15 | 306:12 | 160:11 |
| **hacked** 176:7 | 265:23 | 304:5 | **heads-up** | 243:18 |
| 198:15 | 270:24 | **happy** 169:4 | 99:4 108:3 | 245:19 |
| 204:23 | **handles** | **hard** 229:25 | **hear** 23:11 | 247:5 |
| 205:8,25 | 305:21 | **harder** 78:12 | 24:17 83:3 | 255:10 |
| 211:21 | **handling** | **harm** 297:3 | 95:24,25 | **high-level** |
| 215:16 | 248:12 | **Harold** 47:12 | 128:7,18 | 30:12,20 |
| 225:14 | **Hang** 169:10 | **hash** 30:6,9 | 169:5 | 62:9,13 |
| 248:1,6 | **Hany** 58:11 | 30:10 | 270:7 | **higher** 15:14 |
| 249:13,23 | **happen** 19:3 | **Hat** 275:10 | **heard** 120:3 | 71:6 90:8 |
| 250:25 | 42:19 78:7 | 275:12 | 207:2,3 | 110:24 |
| 251:11 | 97:7,16 | **hate** 264:3 | 279:4,6 | 128:20 |
| 252:18,22 | 101:11 | **head** 45:17 | **hearing** | 134:4 |
| 252:25 | 127:7,21 | 47:21 | 82:25 | 146:1 |
| 253:2,4,24 | 160:14 | 48:24 | 95:25 | 160:11 |
| 254:23 | 171:12,14 | 53:23 54:2 | 141:9 | 263:22,22 |
| 255:22 | 173:22 | 109:5,7,15 | **hearings** | 263:25 |
| 256:17 | 192:18 | 110:15 | 125:24,25 | **highest-...** |
| **hackers** 59:8 | 225:11 | 166:11 | **held** 6:18 | 109:22 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| highlight | host 24:9 | Hunter | idea 66:17 | illegal |
| 19:3,8,9 | hosted 39:4 | 212:24 | 77:25 | 93:14 |
| 240:17 | 151:10 | 213:6,8,9 | 148:20 | illustra... |
| 242:15 | 218:12 | 213:17 | 215:20 | 31:4 |
| 274:15 | 246:14,17 | 214:6,24 | 250:3 | image 80:19 |
| 286:14 | 246:24 | 215:12,22 | 267:19 | images 75:3 |
| highlighted | hosting 26:7 | 215:25 | 279:13 | impact |
| 37:10 | hot 164:14 | 216:5,11 | 284:10 | 240:12,20 |
| 51:22 | 293:14,15 | 227:11,25 | 304:2,4,11 | 240:21 |
| 55:24 | 294:7,10 | 228:7,17 | 305:13 | impacted |
| 75:12 | 294:17,22 | 228:22 | identical | 120:25 |
| 161:20 | 295:4,5 | 229:4,10 | 279:21 | impactful |
| 295:24 | hot-button | 229:17 | identifi... | 201:4 |
| highligh... | 60:17,24 | 230:1,9,16 | 11:11 | impede 36:5 |
| 29:2 | 227:23 | 230:17 | 169:12 | impeded |
| 141:24 | 229:13 | 232:7,24 | 196:15 | 29:10 |
| 260:14 | hour 6:4 | 233:5,24 | 216:23 | 35:18 |
| 292:20 | 77:3 110:4 | 234:2 | 241:13 | impeding |
| 295:23 | 234:11 | 243:25 | 259:1 | 36:1,13 |
| highly 64:5 | hours 301:16 | 252:14 | 271:5 | impending |
| Hillary 67:3 | 307:10 | 253:8 | 287:21 | 192:24 |
| 69:9 | house 44:14 | 308:15,23 | identified | impetus |
| hire 141:25 | 79:24 | 309:11 | 78:25 | 205:15 |
| 276:8 | 116:11,15 | Huntley | 81:22 | implicate |
| hired 143:24 | 117:24 | 46:25 47:2 | 100:14 | 199:25 |
| 145:8 | housed | 47:3 125:9 | 113:15 | implicates |
| hiring 276:9 | 161:13 | hurdles | 143:15,19 | 27:20 |
| history | 291:23 | 254:8,11 | 273:19 | 111:7 |
| 235:5 | Howard 77:24 | Hurricane | 277:24 | important |
| hit 64:8 | HPSCI 80:11 | 237:4,11 | 292:9 | 37:18 |
| hoc 44:20 | 116:2,9,9 | 239:12 | identifies | improve 17:1 |
| HOFT 2:20 | 116:11 | hypothet... | 32:13 | improvement |
| hold 7:13 | 118:8 | 76:9,21 | 76:15 96:5 | 294:15 |
| holder | 119:6,8,17 | 250:7 | 99:13 | in-person |
| 265:17 | 127:10,12 | 252:8,11 | 265:21 | 20:7 236:7 |
| 310:8 | huh 269:13 | 265:6,20 | identify | inaccurate |
| homeland | huh-uhs 9:25 | 268:3,20 | 98:15,15 | 261:22 |
| 10:17 | human 45:14 | hypothet... | 158:16 | inapplic... |
| 24:11 | 71:25 72:6 | 250:2 | 273:11 | 21:19 |
| 217:25 | 74:5 85:16 | 251:2 | identifying | inauthentic |
| 278:18 | 87:22 | ____ | 96:25 | 34:2,18,22 |
| honest 69:5 | 89:24,25 | I | identities | 90:13 |
| honestly | 90:10,25 | I&A 24:12,13 | 86:22 | 92:24 |
| 149:21 | 91:8,14,19 | 278:13,15 | 178:25 | 93:21,22 |
| 240:11 | hundreds | 278:16,24 | 179:6 | 93:23 95:2 |
| 268:21 | 64:16 | 281:24 | identity | 95:14 |
| 299:13 | 93:12 | i.e 71:15 | 292:9 | 111:5 |
| hopefully | 101:5,7,18 | ice 182:7 | IIFA/FAR... | 112:16 |
| 126:6 | 112:12 | iCloud 42:17 | 251:8 | 126:25 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 129:25 | 145:4 | 84:25 | 207:19,20 | **influence** |
| 136:17 | 152:24 | 118:1 | 210:20,25 | 4:13 13:16 |
| 137:12 | 156:11 | 122:22 | 211:24 | 13:19 |
| 138:18 | 170:22 | **indicates** | 212:2,4 | 24:16 |
| 146:7 | 254:4,13 | 66:2 80:17 | 222:25 | 29:10 |
| 157:19,21 | 280:1 | 85:7 243:3 | 223:9,14 | 30:22 |
| 158:21 | **includes** | **indicating** | 223:16,19 | 35:18 36:1 |
| 159:22 | 18:24 | 87:3 | 258:9 | 36:5,13 |
| 160:19 | 49:23 | **indicators** | 277:6 | 37:13 |
| **incentive** | 50:13 96:5 | 30:2,4 | 281:4 | 38:23 39:6 |
| 115:12 | 96:24 | 42:14 | **Indraneel** | 39:10 |
| **incident** | 109:2 | 50:21 51:3 | 2:12 7:7 | 46:13 |
| 101:16 | 142:6 | 99:15,17 | 7:14 37:3 | 47:19 |
| 216:12 | 157:22 | 99:17,22 | 38:10 51:9 | 48:23 59:3 |
| **include** | 204:6,9 | 99:24 | 58:25 | 59:18,23 |
| 12:19,21 | **including** | 100:3,14 | 84:18 | 63:15 |
| 12:22 14:7 | 61:6 133:4 | 100:19 | 242:8 | 70:22 |
| 30:4 36:12 | 134:22 | 101:2,16 | 258:17 | 110:7 |
| 36:16 | 142:1 | 101:24 | 271:2 | 126:16 |
| 47:12 | 145:9 | 199:2,3 | 299:25 | 129:3 |
| 57:12 | 188:10 | 306:13,19 | 312:4 | 131:4 |
| 71:22 | 195:7 | **indicia** | **indranee...** | 133:7 |
| 79:23 | 223:4 | 199:4,7 | 2:13 | 134:20,23 |
| 118:10 | 225:5,15 | 306:22 | **induced** | 136:3 |
| 123:9 | 307:7 | **indicted** | 145:10 | 157:16 |
| 130:20 | **incomplete** | 196:2,11 | **industry** | 158:2 |
| 135:25 | 268:2 | **individual** | 18:24 | 161:2,4 |
| 140:3 | **incorrect** | 84:4 | 19:13 26:9 | 170:24 |
| 146:23 | 17:11 | 200:20 | 27:8,15 | 184:22 |
| 155:3,7 | **increase** | 204:10 | 30:4 72:20 | 207:2 |
| 156:22 | 40:3 | 209:24 | 155:15,20 | 242:5 |
| 157:18 | 288:21 | 211:19 | 156:3,10 | 250:16 |
| 159:21 | **Increased** | 216:3 | 170:10 | 256:2 |
| 164:16 | 288:19 | 276:14,16 | 172:18 | 290:3,12 |
| 165:17 | **increases** | 303:21 | 217:25 | 296:2 |
| 175:18 | 115:13 | **individuals** | 220:11 | 303:13 |
| 181:5 | **independ...** | 25:9 26:4 | 228:5 | 308:9 |
| 184:24 | 205:22 | 47:9 | 231:16 | 309:1 |
| 212:20 | **INDEX** 4:1,8 | 106:20 | 275:18 | **influencing** |
| 226:13 | 5:1 | 135:14,15 | **industry...** | 34:3 |
| 227:16 | **indicate** | 135:17,20 | 155:21 | **inform** 49:17 |
| 231:17 | 15:1,14 | 146:11 | **infects** | 99:1 |
| 244:17 | 117:24 | 152:5 | 72:23 | 250:22 |
| 249:9 | 204:14 | 153:10 | **infer** 118:17 | **informal** |
| 274:16 | 215:6 | 183:2 | 132:1 | 160:11 |
| 283:11 | 252:21 | 185:7 | **inferred** | **information** |
| **included** | 312:13 | 195:25 | 119:13 | 13:13 |
| 24:20 | **indicated** | 196:8,10 | **inflamma...** | 16:17,19 |
| 119:21 | 79:19 | 207:14,17 | 60:25 | 16:19,23 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 17:7,14,15 | 111:1,19 | 261:19 | 264:18 | 43:9,16 |
| 17:18,22 | 112:7,23 | 264:17 | 304:2 | 44:11 |
| 17:25 18:9 | 112:25 | 265:14 | **initials** | 45:12,15 |
| 18:9,17,21 | 113:12 | 266:3,8 | 303:9,21 | 45:17 46:8 |
| 18:22 19:1 | 114:5 | 269:19,22 | **initiative** | 47:18 |
| 21:2,4,11 | 136:4,6,8 | 270:10 | 16:1,2,4 | 48:15 |
| 21:13 22:2 | 136:10 | 273:12,20 | 172:12 | 56:14,17 |
| 27:11,13 | 138:2,12 | 273:25 | **initiatives** | 56:21 57:2 |
| 29:11,14 | 143:2,12 | 274:6,13 | 135:23,25 | 57:9,14 |
| 29:16,18 | 148:17,23 | 283:8,12 | **inroads** | 97:25 |
| 29:20,21 | 149:6,24 | 283:16,18 | 31:20 | 153:12 |
| 29:24,25 | 150:13,18 | 283:25 | **insofar** | 164:24 |
| 30:1,12,18 | 154:7 | 286:16,18 | 97:12 | 217:5,8 |
| 30:20 | 158:25 | 286:21 | 187:16 | 230:21 |
| 31:10,16 | 160:3,6 | 287:1,7,8 | 200:19 | 232:12 |
| 31:21 32:1 | 161:11 | 290:11 | 202:19 | 267:6 |
| 32:3,6,10 | 162:15,23 | 295:19,21 | **Instagram** | 268:9 |
| 32:17 33:3 | 163:10,13 | 295:25 | 12:20 | 293:5 |
| 33:9,13,20 | 163:15,19 | 296:1,6,18 | 62:18 | **integrit...** |
| 34:1,8 | 163:23 | 296:20,23 | 85:10 | 46:23 |
| 35:2,9,19 | 164:17,22 | 297:7,18 | 91:18 | 48:22 |
| 35:22 | 166:19 | 297:22 | 147:13 | **intellig...** |
| 36:17,23 | 167:1 | 298:4,6,11 | **instance** | 24:12,14 |
| 37:19,24 | 168:4,12 | 298:12,17 | 113:9 | 74:4 79:25 |
| 39:1 42:14 | 168:18 | 299:21 | 297:2 | 111:23 |
| 48:1 50:8 | 171:1 | 300:22 | **instances** | 112:1,3,21 |
| 50:15,23 | 173:24 | 301:25 | 97:5 | 116:12,14 |
| 50:25 | 174:3 | 303:6,24 | 147:23 | 116:16 |
| 53:23 80:7 | 179:21,23 | 304:3,19 | 148:8,12 | 119:9 |
| 80:10 | 180:1 | 304:21,23 | 148:13,14 | 170:23 |
| 88:14,22 | 195:18 | 305:6,8,10 | 167:11 | 222:24 |
| 88:25 | 198:4 | 305:20 | 242:3 | 223:8,13 |
| 89:16 96:3 | 202:24 | 308:6 | 284:1 | 223:23 |
| 96:5,19,21 | 203:4 | **informed** | **instruct** | 224:14,19 |
| 96:24 97:6 | 211:10 | 163:12 | 21:21 | 224:23 |
| 97:8 98:7 | 213:16 | **infrastr...** | 121:18 | 225:10 |
| 98:10,16 | 214:23 | 17:1 18:17 | 188:24 | 235:7,21 |
| 99:8,12 | 221:14 | 42:13 | **instructing** | 245:12 |
| 100:12,22 | 225:19 | 154:17 | 189:12 | 257:2,5,7 |
| 102:7,23 | 230:22 | 211:22 | 202:25 | 278:10,17 |
| 102:25 | 231:1,5,11 | 276:23 | **instruction** | 278:21 |
| 103:1,7,12 | 231:15,24 | 283:2 | 202:25 | **intend**23:7 |
| 103:16,21 | 232:8 | 284:8,12 | 203:5 | **intended** |
| 104:20,23 | 248:11,12 | 284:16 | **instruct...** | 119:11 |
| 105:4,7,9 | 251:4 | **ingratiate** | 23:5 | 141:19 |
| 105:15 | 252:6 | 70:18 | **intake** | 152:20 |
| 106:2 | 254:12,22 | **initial** | 263:19 | 301:22 |
| 108:4,6,9 | 255:10 | 125:23 | 266:4 | **intense** |
| 108:13 | 256:17 | 231:1,6 | **integrity** | 127:4,18 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| **intensive** | 206:23 | **interview** | 199:6,12 | **investig...** |
| 78:10 | 249:17 | 4:24 5:7 | 199:13,16 | 214:22 |
| **intent** 160:1 | **Internet** | 259:16 | 199:19,25 | **investig...** |
| **interact** | 13:14 31:7 | 261:14 | 200:21 | 44:19 |
| 27:3 44:23 | 31:19 52:1 | 271:13,19 | 202:21 | 48:17 |
| 61:6 95:3 | 53:5,23 | **interviewed** | 213:17 | 267:1 |
| 134:25 | 54:3 55:21 | 271:24 | 214:6,14 | **invite** 24:10 |
| **interacted** | 56:12 60:1 | **interviews** | 214:24 | 108:25 |
| 27:6 54:11 | 61:12 | 259:13,14 | 233:24 | 140:2 |
| **interacting** | 69:16 73:4 | 259:19 | 235:2,8,11 | 288:20 |
| 64:17 | 74:5 75:9 | **introduce** | 235:11,14 | **involve** |
| 157:19,21 | 75:25 76:3 | 6:25 | 236:1,18 | 50:18 71:3 |
| **interaction** | 78:21 | **intrusion** | 236:20 | 187:17 |
| 45:2 | 100:7,10 | 236:20 | 237:5,6,11 | 227:11 |
| 289:21 | 126:15 | **intrusions** | 237:22 | 228:7,17 |
| **interact...** | 141:17 | 173:8 | 239:8,10 | 229:17 |
| 135:9 | 143:3,16 | 174:8,16 | 239:12,25 | 247:1 |
| 235:25 | 154:6 | 258:10 | 258:1,3,6 | 280:18 |
| 236:24 | 157:1 | **Invaders** | 258:9 | **involved** |
| **interagency** | **interpret** | 81:15 | 266:23,25 | 26:14 |
| 159:1 | 81:7 92:23 | **investigate** | 308:7 | 27:22 |
| 282:9,19 | 228:13,15 | 198:21 | **investig...** | 41:17 |
| **interest** | **interpre...** | **investig...** | 39:9,12,13 | 49:20 |
| 282:15 | 66:11 | 199:8 | 45:6 97:20 | 54:15,18 |
| **interested** | 122:25 | **investig...** | 98:10,12 | 56:22 57:1 |
| 236:19 | 218:9 | 11:23 | 105:17,18 | 57:8,13 |
| 310:20 | **interpreted** | 12:15 | 108:5 | 79:11 |
| **interesting** | 118:16 | 39:14 | 111:20 | 89:25 |
| 72:18 | 123:3 | 215:11 | 120:22 | 90:25 |
| 136:13 | 165:20 | **investig...** | 174:7 | 94:10 |
| **Interest...** | **interpre...** | 8:13 31:7 | 190:4 | 105:23 |
| 259:22 | 118:22 | 97:13 | 193:15 | 108:11 |
| **interfer...** | **interrog...** | 111:11 | 195:8 | 123:4 |
| 34:12 | 4:19 21:11 | 142:23 | 196:8 | 124:4,10 |
| 200:13 | 21:23 | 174:6 | 198:8,19 | 124:12,15 |
| 257:24 | 169:17 | 192:25 | 200:24 | 142:23 |
| **intermin...** | **interrog...** | 193:6,10 | 201:20 | 154:5 |
| 146:6 | 21:15 | 193:13,18 | 202:8 | 192:25 |
| **internal** | 169:25 | 193:22 | 203:17 | 193:4,6 |
| 187:8,17 | 170:16 | 194:2,6,9 | 207:9 | 196:9 |
| 187:20,23 | 179:8 | 194:15,21 | 257:21,23 | 198:6,14 |
| 188:7,12 | 277:14 | 195:10,20 | 286:22 | 198:14 |
| 214:14 | **interrupt** | 195:22,23 | 290:6 | 199:13,18 |
| 251:24 | 9:19 52:17 | 195:24 | 307:23 | 208:12 |
| 252:1 | 106:4 | 196:1,4,7 | **investig...** | 237:4 |
| 254:7,8,10 | 242:20 | 196:13 | 21:18 | 245:5 |
| 255:1 | 293:16 | 197:5 | 193:25 | 255:13 |
| 297:11 | **intervening** | 198:22,24 | 194:1 | 281:23,25 |
| **internally** | 26:24 | 198:25 | 303:17 | **involvement** |

**ELVIS CHAN  11/29/2022**

27:16,18
57:4 162:3
193:8
194:15
197:4
**involves**
231:21
258:11
268:17
**involving**
70:19
90:12
181:2
218:15
265:11
**Iowa** 19:6,9
**IP** 30:4
31:23 51:4
62:3 99:21
100:9
199:3
**iPad** 28:19
38:11
51:10
197:8
241:18
**IRA** 65:13
69:16,22
70:1,17
71:14
72:11
74:18,20
77:17
84:10 85:1
85:8
126:19
141:25
144:22
**IRA's** 69:14
84:12,21
**IRA-asso...**
132:13,17
**IRA-cont...**
87:5
158:16
**IRA-gene...**
72:10
**IRA-orig...**
85:23

**Iran** 94:13
94:23
155:3
305:21
**Iranian** 95:7
251:7,9
**Iranians**
175:12
**Ireland**
45:25
69:19
**ISMG** 259:21
271:18
**issue** 23:3
23:12
60:24
102:12,12
178:19
211:4
227:23
229:13
245:9
**issued** 310:9
**issues** 12:16
18:1 60:17
70:6 164:3
205:10
240:2
277:5,7,9
290:4
**item** 289:11
294:7
**items** 27:25
188:1
281:9
282:25

——— J ———
**J-a-n** 209:25
**Jack** 116:25
131:24
**Jan** 209:25
210:5
**Jefferson**
2:5
**Jen** 274:23
274:24,25
275:20
**Jenin** 2:18

7:5
**jeninyou...**
2:19
**jibes** 286:20
**Jim** 2:20
239:14
**job** 48:2
74:15
168:21
**John** 2:6,23
7:2,5
76:12,18
**john.sau...**
2:8
**john@bur...**
2:24
**joined** 7:4
**joint** 35:25
284:17,20
**Joseph** 1:9
6:15 259:6
276:17
312:5
313:2
**journalists**
142:1,6
145:8
**judge** 21:8
122:5,11
**judgment**
90:18
**judicial**
196:12
**Judy** 181:22
183:14
281:6
**July** 19:21
300:4,12
**jump** 37:1
38:8 51:7
58:23
128:6
150:21
157:6
161:14,14
169:24
242:7
293:9
299:24

302:17
306:4
**jumping** 84:7
132:21
147:8
158:23
169:21
**June** 5:7
19:21
271:10,15
271:20
**Junior** 1:9
259:6
312:6
313:2
**jurisdic...**
164:19
**Justice** 2:10
3:4 7:9,16
163:21
263:13,14
312:3
**Justice's**
263:11
**justice.gov**
262:25
263:6,10

——— K ———
**Kartapolov**
126:20
**Kate** 55:24
56:2 58:20
**Kay** 135:7
**keep** 110:3
203:1
242:4
258:23
263:21,24
**keeps** 202:25
**Kelly** 44:15
**Ken** 2:7 7:4
**key** 240:16
**kick** 265:15
**Kieft** 47:23
48:12
**kill** 264:5
264:12
**kind** 9:5

11:21 15:2
15:15 17:5
18:21 20:7
26:14
27:17 30:8
30:12 32:5
32:12 37:7
43:17
44:11,20
59:3,10
61:6 62:16
62:21,21
63:17,19
64:7 65:3
65:8 67:2
67:3,8
68:15 69:8
71:3,24
89:9 97:6
102:18
104:25
105:8
112:16
114:13
116:16,24
117:8
118:19
122:21
130:10
136:12,22
138:15
141:19,20
146:6,13
149:1
159:8
167:15
227:17
269:3
283:11,19
305:10
**kinds** 12:16
30:14,14
43:1 59:3
64:6 86:5
94:5
105:23
107:22
132:3
254:3

```
 56:21              73:5 76:10       178:23           257:14           known 13:8
 251:20             76:11,23         181:19           260:8             24:1 47:22
knock 136:19        76:24,24         182:22           261:9             57:5 72:24
 273:12,13          80:2 81:5        184:3,4          263:1             214:2
 273:20,21          82:2,4,9         185:14           264:5,13         Krebs 152:9
 274:4,4,8          82:12,17         188:17           265:23            152:10,12
knocking            82:19 83:7       198:3            266:7,9,20        154:13
 274:16,17          83:9,10,11       202:23           267:7
know 7:20           83:12,12         203:3,10         272:22                  L
 11:22              83:13,25         204:20           273:11          L 2:11 312:3
 12:15              84:5 85:2        206:7,8          274:23,24       L-u-c-a-s
 13:23              86:3,7           213:2            274:25           183:23
 14:15              87:7 88:15       214:1,3,9        275:8           L-u-k-e
 17:15 18:5         88:16,23         214:18           278:21          183:21
 18:11,20           90:18,24         215:14           279:2,8,9      labeled
 19:19 20:6         91:7,14,23       217:2            280:13          241:15
 20:18,20           92:8 95:1        218:5            284:4,14        293:10
 21:24              96:5 97:4        223:24           284:15,19      lacks 18:3
 23:12,13           97:14,18         224:5,7          284:20,22       18:13
 23:14              98:5,18          229:8            285:5,17        30:16,24
 24:13              104:11,16        231:4,9,10       288:8           32:15
 25:19,21           104:17           231:12,14        289:10,11       33:11 34:5
 25:23,23           109:19           231:16,20        291:11          34:19 35:6
 25:25 27:1         112:17,24        232:22           293:7           36:7,19
 27:18              114:2,13         233:12,12        295:8,12        114:16
 30:13              115:10,11        234:19,22        299:22          117:11
 40:25              115:17           234:23           304:5           133:13
 41:22              116:18,20        236:19,20        305:2           138:20
 43:23              123:17           237:6,10         306:14          153:21
 49:16 52:2         124:15           237:16,24        307:2,9,15      171:15
 53:19 54:5         126:8,23         238:2,15        knowing          172:21
 54:7,8             128:1            239:11           132:16          212:25
 55:15,19           132:19           240:11           295:19          213:23
 56:2,3,16          136:5,9          241:1           knowledge        233:7
 56:17,23           137:2,5,12       242:9            56:19,22       language
 57:13,16           139:5            244:20,24        57:15,24        102:22
 57:23              141:8            245:22           106:21          227:5
 58:20 62:3         145:12,15        246:1,8,12       117:5           255:15
 62:8,15,24         146:6            247:16           118:9           256:7,12
 63:2,18,25         148:3            249:5,8,11       143:11         lapses 194:5
 63:25              149:22           249:12,16        203:17         laptop
 64:18 65:4         150:9,14         249:17           208:11          212:24
 65:17,21           150:15           251:12           214:14          214:10,25
 66:7,14,21         152:1            254:6,16         215:19,24       215:15
 67:18,25           160:4            255:2,3,3        221:12          230:9,17
 68:6,18            161:3,7          255:24           232:10          232:7
 69:2,7,8           164:21           256:19,24        233:16,19       233:5
 69:11 71:6         165:23,23        257:3,10         237:12          234:2
 72:25 73:1         178:9,22         257:10,11        278:16          252:14
```

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 253:9 | **lawmakers** | 163:18 | **Lexitas** 6:23 | 289:14 |
| 308:15 | 127:4,19 | 198:9 | 312:1,24 | 292:8,10 |
| **large** 101:1 | **Lawrence** | 199:5 | **LIBERTIES** | 293:10,13 |
| 101:4 | 3:11 7:21 | 208:20 | 2:15,16 | 299:25 |
| 114:23 | **laws** 164:21 | 249:19 | **life** 9:20 | 300:6,18 |
| 133:10 | 270:1 | 250:5 | **liked** 66:15 | 302:17,24 |
| 134:6 | **lead** 111:13 | 270:4 | 66:18 | 303:5,23 |
| 293:18 | 114:9 | 312:1,24 | 80:18 | 304:18 |
| 298:17 | 207:10 | **legislation** | 81:19 | 305:5,12 |
| **larger** | 266:5 | 119:1,4,6 | 295:19 | 306:5,12 |
| 110:22 | **lead-up** | 119:12 | 296:7,9 | 307:8 |
| **largest** | 201:7,10 | 120:12 | **likes** 74:20 | **links** 107:23 |
| 235:5 | **leader** 26:18 | 121:8,10 | 81:23 82:3 | 232:13 |
| **Las** 275:15 | **leading** | 121:22 | 82:6,18 | **Lisa** 237:13 |
| **Lastly** | 26:15 | 134:13 | 84:1,6 | 237:14 |
| 144:21 | 243:11 | **let's** 10:5 | **liking** 62:15 | **list** 42:11 |
| **late** 237:8 | 244:7 | 28:12 | 63:1 64:25 | 97:7 100:8 |
| **Laura** 109:5 | 245:2 | 41:21,22 | 65:6 67:19 | 102:15 |
| 109:21 | 275:17 | 44:7 67:1 | 67:23 | 158:6,7 |
| 184:25 | **leak** 195:22 | 150:21 | 71:22 | **listed** 11:14 |
| 281:3,4 | 243:10 | 244:3 | 73:14,16 | 24:5 25:2 |
| 309:4 | **leaking** | 265:20 | 86:5 | 294:24 |
| **law** 2:21 | 13:13 | 278:25 | 157:22 | **listen** 9:8 |
| 20:19 | **learned** | 279:15 | **limited** | **listeners** |
| 21:17,18 | 227:8 | 303:1 | 50:24 | 261:21 |
| 23:15 | 228:3,5,16 | **letting** | 160:4 | 262:9 |
| 94:17 | 229:15,22 | 126:25 | **limiting** | 263:4 |
| 97:11 | 232:9 | 224:6 | 195:3 | **listening** |
| 111:7,13 | **learning** | **level** 15:15 | **line** 86:21 | 53:3 |
| 137:20 | 206:18 | 59:22 66:3 | 114:21 | **lists** 111:2 |
| 138:4 | **leave** 54:20 | 71:6 80:21 | 260:13 | **little** 28:13 |
| 174:2,5 | 115:12 | 81:9 83:22 | 261:3 | 34:13 37:2 |
| 188:10 | **led** 124:12 | 84:9 85:2 | 313:5,9,13 | 51:15 77:4 |
| 189:1 | 132:1 | 85:22 | 313:17,21 | 263:1 |
| 193:19,24 | 207:9 | 86:11 90:8 | **line-level** | 272:15 |
| 193:25 | 288:14 | 109:19,23 | 123:13 | **lives** 264:13 |
| 194:11 | **Lee** 194:3 | 121:15 | **lines** 69:25 | 286:13 |
| 195:1,5,11 | **left** 26:23 | 138:9 | 243:7 | **local** 16:24 |
| 195:14,17 | 54:14,18 | 150:15 | 260:15 | 164:20 |
| 199:23 | 54:23,25 | 160:11 | **link** 14:14 | 261:9 |
| 200:18 | 55:1,6 | 179:5,17 | 99:5,10 | 283:2 |
| 201:24 | 81:14 | 266:9 | 236:9,12 | **local-level** |
| 202:17 | **left-lea...** | 293:7 | 296:23 | 172:15 |
| 215:18 | 141:21 | **levels** 64:5 | 304:15 | **located** |
| 218:25 | **left-wing** | 64:10 65:4 | 306:13 | 57:25 |
| 221:4,8,15 | 79:4 | 65:7,9 | **LinkedIn** | 105:2 |
| 270:8 | **legal** 6:22 | 112:23 | 42:1 155:8 | 107:2,4 |
| 283:25 | 6:23 139:4 | 179:15 | 287:25 | **location** |
| 294:9 | 139:17 | 263:21,23 | 288:6,11 | 269:10,17 |

**ELVIS CHAN  11/29/2022**

logged
  104:22
logistics
  156:21
long 8:14
  40:16,16
  110:2
  236:4
  307:10,10
longer 45:20
  46:17
  124:23,23
  168:1
look 14:13
  60:12  79:9
  83:15
  90:13
  138:7,8
  148:3
  149:13
  159:5
  169:23
  242:12,16
  242:17
  267:8
  269:13
  292:19
  300:11
  301:3,6
looked 17:12
looking
  60:18
  80:12
  90:11
  162:3
  179:5
  197:3
  204:19
  259:19
  271:17
  273:23
  289:13
  292:24
  305:14
looks 72:5
  81:18  90:5
  99:5
  149:14
  252:18

  279:21
  292:21
  304:7
Los 276:16
lot 17:3
  20:13
  52:24
  118:2,15
  122:24
  148:8
  169:6
  259:8,18
  260:7,12
  260:16,19
  271:23
lots 74:7
Louis 2:22
  265:24
  266:6,25
  267:1
  312:19
Louisiana
  1:2  3:3,4
  3:5  6:16
love 148:24
low 15:7
  81:9
  142:20
  168:3
low-level
  62:5,6
lower 55:23
  197:19
  272:15
Lucas 183:22
Luke 181:22
  183:18,19
  183:20,23
  184:5,20
  281:5
_____
      M
_____
M 4:14
MA 10:22
Maffei 47:13
MAGA 149:15
magnitude
  84:11,21
MAHON 3:9

mail 164:13
  164:16
  166:15
  267:25
  268:17
mail-in
  164:18
  269:11
main 51:8
maintained
  70:4
maintaining
  24:23
majority
  16:10  45:1
  168:25
  290:5
  291:8
making
  114:13
  138:16
  260:17,18
  272:22
malicious
  72:22,23
malign 13:15
  13:18
  36:10  39:9
  46:12
  47:19
  48:23  65:9
  90:13  94:6
  99:13
  129:3
  131:4
  133:7
  134:20,22
  136:2
  138:5
  161:2,4
  241:5
  242:4
  256:2
  258:11
  290:3,12
  296:1
  306:25
  308:9
malign-f...

  45:3,9
  46:21
  54:16
  55:16
  79:22
  81:23  92:2
  94:1
  105:21
  134:7
  136:20
  147:19
  168:18
  240:7,23
  283:9
  307:18
malign-f...
  305:24
malign-i...
  12:3  13:1
  13:5  70:1
  105:18
  155:1
  185:24
malware
  72:24
managed
  198:18
management
  289:19
  292:2
manageme...
  46:8
manager
  45:19
  48:13  49:3
manager-
  44:17
mandated
  168:14
manipula...
  243:21
  247:8
  256:1,10
manner
  162:18
  163:2,6,24
  164:12
  168:17
  265:11

  268:25
  270:7,11
Mario 276:15
Mark 116:24
  131:24
  242:13
  243:3
marked 11:8
  11:10
  169:11
  196:14
  216:22
  241:12
  258:25
  271:4
  287:20
  299:25
  306:4
masquera...
  67:8
master 10:17
Masterson
  25:12,14
  25:15,24
  26:12,19
  26:23  28:2
  152:6,10
  152:12
  154:13
  212:3,20
  221:20,25
  278:8
  281:16,22
material
  223:2,10
  225:3
  230:25
  249:6
materials
  204:23
  205:9
  206:1
  225:14
  229:25
  248:1,6
  249:13,23
  250:5,13
  250:25
  251:11,17

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 251:22 | 193:3 | 33:5 35:17 | 127:5,5,19 | 204:13 |
| 252:22 | 250:2,15 | 35:23 | 127:19 | 205:2,5,6 |
| 253:1,4,24 | 263:23 | 36:17 | 131:23 | 209:5,11 |
| 254:4,24 | 268:7,7 | 37:20 | 133:5,15 | 209:13 |
| 255:22 | 293:15 | 39:19,20 | 135:11,21 | 210:12,15 |
| **math** 110:15 | 294:8 | 41:6,17 | 135:24 | 210:21 |
| 110:17 | 297:1,16 | 42:3,8 | 136:3,15 | 213:4,11 |
| **Matt** 25:12 | 300:25 | 43:2 49:8 | 137:4,13 | 214:13 |
| 25:14 | 304:25 | 50:23 | 137:24 | 215:23 |
| 26:12 | 305:1 | 59:18,23 | 138:17 | 216:1,7,10 |
| 152:6 | **meaning** 9:14 | 60:4,7 | 140:1,8 | 218:16 |
| 278:8 | 176:21 | 61:1,6,20 | 143:8,10 | 222:11 |
| **matter** 6:14 | 244:13 | 63:15 | 143:13 | 223:4 |
| 7:10 | **means** 33:14 | 64:12 69:6 | 144:9,22 | 225:5,14 |
| 163:14 | 68:7 72:1 | 69:14 70:5 | 145:10 | 225:21 |
| 224:14 | 73:13 81:3 | 71:15,16 | 146:13,16 | 227:15 |
| 241:19 | 92:24 | 71:21,24 | 146:19 | 229:22 |
| 289:23 | 219:9 | 72:9,10 | 147:2,23 | 230:12,13 |
| **matters** | 278:20 | 75:14 | 147:25 | 234:4 |
| 80:14 | 306:15 | 77:18 80:1 | 151:3 | 241:6 |
| 202:9 | **meant** 29:16 | 80:3,8 | 153:10,16 | 248:14,17 |
| 238:12 | 75:4 224:6 | 82:7 84:12 | 154:3,10 | 249:13 |
| 276:21 | 224:6 | 84:22 | 155:8 | 250:6,12 |
| 286:13 | 246:13 | 85:15,16 | 156:11,13 | 252:16,20 |
| **Matthew** | 301:7 | 87:5,13 | 159:16 | 255:22 |
| 25:15 | 306:17 | 94:6 95:20 | 160:7,8,18 | 256:18 |
| **MDM** 284:17 | **measure** | 96:4,20,25 | 161:10 | 259:21 |
| 284:20 | 16:16,20 | 97:8 99:14 | 162:23 | 261:18,23 |
| **mean** 12:18 | 157:15 | 99:18 | 163:16 | 261:24 |
| 13:2 23:14 | **measures** | 100:20 | 165:6,10 | 262:10,13 |
| 29:14 30:1 | 16:15 | 101:21 | 165:12 | 262:14,18 |
| 30:2 39:12 | 127:11 | 105:10,24 | 166:3 | 265:3,21 |
| 39:13 43:7 | 128:12 | 106:14,22 | 168:19,20 | 266:12 |
| 43:7 52:9 | **mechanics** | 107:17,24 | 168:22,25 | 267:14,20 |
| 52:16 55:2 | 83:13 | 108:22 | 172:24 | 269:20 |
| 60:1,1,16 | **media** 4:12 | 110:20 | 173:3,19 | 270:15 |
| 61:19,21 | 11:5 12:4 | 111:2,3 | 176:10 | 271:24 |
| 61:25 | 12:6 13:20 | 112:8 | 177:18,25 | 273:3,7,9 |
| 67:19,22 | 13:24 14:2 | 113:10 | 180:18 | 273:17 |
| 67:22,23 | 14:3,22 | 114:22 | 181:3,10 | 274:1 |
| 68:7,8 | 15:3,5,16 | 116:17 | 182:10,13 | 275:21 |
| 74:23 75:8 | 17:16,20 | 117:16 | 183:3 | 279:3 |
| 75:24 76:1 | 18:18,25 | 118:3,5,7 | 187:6 | 280:19 |
| 81:5 92:23 | 23:20 24:2 | 119:10,15 | 189:20,25 | 283:22 |
| 93:5 119:5 | 29:9,19 | 120:1,3,11 | 190:15,21 | 285:12,22 |
| 166:12 | 30:5,13,22 | 121:4 | 190:24 | 286:2,25 |
| 168:11 | 31:11,24 | 122:16,17 | 191:19 | 287:4 |
| 175:6 | 32:4,11,12 | 122:18 | 192:2,9 | 288:5,12 |
| 191:15,19 | 32:17,18 | 123:17 | 204:3,10 | 289:22,25 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 290:10 | 155:16,21 | 44:10 | 177:18,21 | 222:12,24 |
| 291:13 | 156:3 | 46:12 50:8 | 177:24 | 223:22 |
| 293:3 | 170:4,5,7 | 54:15 78:8 | 178:2,16 | 224:2 |
| 294:19,23 | 170:8,12 | 89:17,20 | 178:18 | 225:3,7,21 |
| 295:11 | 170:14,20 | 89:23 91:4 | 179:8 | 227:9 |
| 296:12 | 174:21 | 92:12,14 | 180:18,24 | 228:3,4,5 |
| 297:8,15 | 176:23 | 92:17 | 180:25 | 228:6 |
| 297:20 | 185:17 | 95:19 | 181:2,7,8 | 229:5,7,10 |
| 298:9,14 | 188:2,13 | 97:22 98:8 | 181:9,12 | 229:16,19 |
| 298:24 | 211:8 | 98:21 | 181:13,20 | 236:7 |
| 307:1,19 | 213:13 | 104:6 | 181:21 | 239:14,16 |
| **meet** 42:3 | 216:3,10 | 105:25 | 182:9,13 | 239:17,20 |
| 43:6,9,12 | 216:14 | 109:1,10 | 182:13,16 | 243:16 |
| 44:3,14 | 218:11,12 | 109:14,17 | 182:22 | 245:17 |
| 45:8,11,13 | 219:16 | 109:20 | 183:3 | 246:7,9,13 |
| 45:16 | 227:25 | 110:2 | 184:23 | 246:14,16 |
| 46:20 47:5 | 233:23 | 118:1 | 185:12,16 | 246:18,22 |
| 47:11,17 | 277:24 | 119:19,21 | 185:18,20 | 247:4 |
| 48:16,21 | 278:3,4,6 | 119:21 | 185:22 | 253:16,19 |
| 49:1 57:17 | 279:2,24 | 120:5 | 186:1,4,5 | 254:17 |
| 57:20 | 279:25 | 121:5,6 | 186:22 | 277:11 |
| 101:22 | 280:4,5,11 | 122:22,23 | 187:20,22 | 279:3,5,8 |
| 119:24 | 280:12,18 | 123:5,15 | 187:25 | 280:9,22 |
| 120:10,16 | 280:24 | 123:18,23 | 188:16,18 | 281:9,11 |
| 121:3 | 281:18,18 | 124:5,11 | 189:7,22 | 281:14,21 |
| 135:11,14 | 282:7 | 124:13,16 | 189:25 | 282:17 |
| 135:17 | 283:20,21 | 125:14,16 | 190:8,17 | 283:18 |
| 289:5 | 289:8 | 127:14 | 190:20,25 | 284:3,5,9 |
| **meeting** 20:7 | 290:8,10 | 128:3 | 191:11,14 | 284:12,24 |
| 24:10 | 291:5,6 | 135:20 | 191:18 | 285:8 |
| 25:18 | 293:4 | 150:22 | 192:2 | 286:4,24 |
| 26:18 | 294:13,18 | 155:12,15 | 204:4,7,10 | 287:5,10 |
| 40:11,13 | 308:24 | 155:18,23 | 209:17 | 287:11 |
| 40:14,21 | **meetings** | 155:23 | 210:13,18 | 288:6,14 |
| 40:24,25 | 20:4,14,16 | 156:6,10 | 211:6,9,13 | 289:14,25 |
| 43:1 58:3 | 22:3 23:22 | 156:10,18 | 211:14 | 290:17,20 |
| 58:5,17,19 | 23:25 24:8 | 157:3 | 212:3,16 | 290:22,23 |
| 98:14,19 | 24:9,21 | 162:9 | 213:7,10 | 291:14 |
| 103:6 | 25:9 26:2 | 170:17 | 213:12 | 293:2 |
| 104:3 | 26:6,7,9 | 171:10,12 | 216:1,6 | 294:23 |
| 151:11,13 | 26:15 27:8 | 171:14,21 | 217:24 | 297:20 |
| 151:14,15 | 27:15,17 | 171:25 | 218:5,7,8 | 300:17 |
| 151:17 | 27:23,25 | 172:2,4,7 | 218:15,18 | 308:18 |
| 152:11,14 | 28:3 38:24 | 172:17 | 218:19,21 | **member** |
| 152:15,17 | 39:2,3,5,5 | 174:19,20 | 218:25 | 303:13 |
| 152:23 | 39:18,23 | 174:22,24 | 219:8,12 | **members** 43:2 |
| 153:4,11 | 40:17 41:2 | 176:23 | 219:24 | 133:4 |
| 153:25 | 41:6,18 | 177:7,10 | 220:4,9,13 | 250:15 |
| 154:12 | 42:19 44:6 | 177:12,13 | 220:17 | **memory** 171:5 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 244:22 | 250:17 | Meta-ass... | 168:3 | 262:20 |
| 260:3 | 252:2 | 12:19 | Mike 44:15 | 263:5,17 |
| mention | 255:15 | Meta-owned | 44:15 | 264:23 |
| 171:6 | 257:20 | 12:24 | 47:12 | 265:2 |
| 192:13 | 266:17 | method 88:3 | million | 268:25 |
| 215:25 | 268:23 | 225:18 | 62:10 66:4 | 270:16 |
| 273:5 | 270:21 | 295:15 | 66:23 | 274:17 |
| mentioned | 271:23 | 297:21 | 86:14 | 284:8 |
| 16:21 | 278:7 | methods | 235:6 | 298:23 |
| 18:25 | 281:4,15 | 19:10 | millions | 306:25 |
| 29:17 | 282:25 | 31:12 | 64:17 | mission |
| 31:15 39:6 | 285:10 | 129:15 | mind 23:3 | 134:19 |
| 43:8 54:19 | 291:24 | 156:22 | 229:9 | Missouri 1:6 |
| 71:21 80:2 | 292:1 | 204:22 | 251:3 | 2:4,5,22 |
| 89:24,25 | 295:9,18 | 255:21 | minimize | 6:14 7:3,4 |
| 91:17,22 | 297:13 | 282:3 | 211:20 | 259:6 |
| 93:6,18 | mentioning | 300:23 | Ministry | 265:22,25 |
| 94:22 | 175:22 | 302:1 | 140:4 | 266:20,22 |
| 99:22 | 189:5 | Michael | minority | 312:5 |
| 101:21 | 219:19 | 197:20 | 79:6 | 313:2 |
| 102:4,9 | mere 195:9 | Microsoft | Minus 8:20 | misstates |
| 107:20 | message 76:7 | 23:25 25:3 | minute 15:19 | 79:13 |
| 116:8,22 | 76:14,19 | 25:5 27:2 | 71:4,14 | 170:25 |
| 118:10 | 112:11 | 27:10 | 95:11 | 176:13 |
| 129:17 | 289:10 | 152:24 | 254:2 | mistakes |
| 134:13 | messages | 209:13,15 | minutes | 114:13 |
| 135:16 | 61:15 66:5 | 209:24 | 234:11 | mixed 64:3 |
| 145:14 | 72:11 | 210:23 | mis- 142:15 | MO 312:19 |
| 153:1 | 73:24 74:9 | 234:6 | mischara... | moderate |
| 156:20 | 75:22 | 236:9 | 36:20 | 87:22 |
| 162:21 | 158:19 | middle 243:2 | 49:13 98:3 | moderator |
| 175:19,23 | 297:24 | midnight | 102:1 | 90:9,10 |
| 177:8 | met 26:3,3 | 162:15 | 104:15 | moderators |
| 178:10 | 26:11 | 167:23 | 132:5 | 91:9,19 |
| 186:20 | 41:25 42:6 | 301:20 | 137:1 | modified |
| 190:4 | 45:18 47:7 | midterm 20:1 | 138:21 | 206:8 |
| 192:16,17 | 47:21 58:7 | 26:21 27:9 | 139:16 | modify 92:6 |
| 192:19 | 58:21 64:3 | 40:11,13 | 159:25 | modulation |
| 199:2 | 118:25 | 40:15 | 162:7 | 43:24 |
| 207:20,21 | 119:25,25 | 45:18 55:3 | 208:2 | 49:24 |
| 209:1,10 | 123:20 | 55:20 | 274:10 | 153:24 |
| 209:11 | 125:17 | 131:15 | mischara... | 217:14 |
| 212:1 | 135:13 | 167:23 | 36:22 | modulators |
| 217:3,3 | 144:24 | 272:3 | misconduct | 90:17 |
| 219:17,19 | 275:1,22 | 298:18 | 122:4 | 165:25 |
| 221:18 | Meta 12:7,18 | 299:23 | misidentify | moment 96:18 |
| 230:17 | 12:23 | midterms | 138:18 | 131:22 |
| 233:10,14 | 20:23 | 55:1,2 | misinfor... | 303:2 |
| 243:7 | 242:14 | 149:14 | 262:3,6,12 | 306:7 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| Monday 168:6 | Mueller | 210:9 | 52:4,5,18 | never 56:6,9 |
| money 73:2 | 86:25 | 256:23 | 52:20 | 88:6 91:15 |
| monitoring | Mueller's | 276:15,17 | 68:19 97:1 | 92:5 206:5 |
| 301:23 | 65:24 | 303:16 | 98:23 | 215:20,21 |
| Monroe 1:3 | 257:13,16 | 313:1,2 | 107:25 | 218:11 |
| 6:16 | 257:19 | 314:10 | 111:4 | 228:22 |
| month 40:18 | multiple | named 47:23 | 121:1 | 241:1 |
| 97:18 | 23:4,4 | 49:3 304:8 | 135:19 | 249:21 |
| 98:22 | 61:20 93:7 | 304:9,16 | 163:13,15 | 268:21 |
| 100:24 | 93:8 117:4 | 305:6 | 163:19 | 272:9 |
| 101:9,14 | 131:25 | names 21:24 | 306:21,23 | 279:4,6 |
| 148:12,13 | 149:5 | 28:4 30:6 | Naval 4:11 | 283:17 |
| 148:14 | 163:7 | 44:21 | 10:16,18 | new 2:15,16 |
| 236:3 | 170:13 | 48:11,19 | near 77:2 | 3:10 27:11 |
| 306:18 | 177:8 | 51:5 123:7 | 307:17 | 27:13 |
| monthly | 188:23 | 151:19 | nears 40:6 | 45:22 |
| 19:22 20:2 | 200:24 | 182:18 | necessarily | 155:4 |
| 40:5,10,24 | 204:3 | 183:4 | 114:7 | 156:1 |
| 41:10 | 230:13 | 278:14 | 148:5 | 214:9 |
| 42:21 44:9 | 235:25 | nation | 159:11 | 216:17 |
| 50:16 | 240:14 | 154:25 | 281:6 | 229:23 |
| 89:17 | 257:14 | 190:5 | 308:7 | 230:11,22 |
| 104:3 | | 202:9 | necessary | 232:3,14 |
| 170:8 | **N** | 209:2 | 314:8 | 232:16 |
| 171:13 | N 2:1 3:1 | 226:8,10 | need 89:2 | 241:9 |
| 177:16,17 | 312:18 | 227:18 | 108:3 | 243:25 |
| 181:2 | N-A-E-B-C | nation-s... | 112:4 | 258:16 |
| 182:14 | 144:14 | 283:6 | 122:7 | 306:13 |
| 288:13,13 | NAEBC 143:5 | 285:18 | 179:22 | Newell 200:7 |
| 297:19 | 143:18 | nation-s... | 180:1 | 200:15,23 |
| months 19:19 | 144:14,21 | 157:5 | 238:2 | 201:7,10 |
| 40:18 | 144:24 | national | 249:18,18 | 201:12,16 |
| 207:16 | 145:3,17 | 13:10 | 265:12 | 201:18,21 |
| 236:5 | 145:19,23 | 24:14 | 294:21 | 202:1 |
| 239:1 | 146:13,19 | 111:21,25 | 298:15 | Newland |
| 289:6 | name 6:21,22 | 112:5 | 299:8,9 | 45:19 46:5 |
| morning 6:9 | 7:7,14 8:7 | 158:25 | needed 168:4 | news 13:20 |
| 229:24 | 8:9 45:25 | 171:6 | 168:7 | 13:23 14:4 |
| 301:18 | 48:24 | 200:9 | 296:4,19 | 14:19 15:4 |
| motivated | 58:14 | 201:19 | 297:5 | 15:17 |
| 117:9 | 62:25 | 202:7 | 298:4 | 56:24 60:3 |
| move 41:10 | 135:6,8 | national... | needs 294:15 | 60:17 |
| 169:3 | 179:14,18 | 16:6 173:8 | 294:15 | 131:19 |
| 199:5 | 179:19 | nationality | 306:7 | 143:7 |
| moved 19:22 | 181:23 | 145:13 | neither | 213:4,21 |
| 20:1 40:9 | 182:3 | nationwide | 124:24 | 214:1,13 |
| 200:3 | 183:17,22 | 168:11 | network 59:9 | 214:16 |
| moving 95:10 | 209:25 | natural 77:2 | networks | 215:1 |
| 258:24 | 210:1,5,5 | nature 27:16 | 51:6 | 230:7 |

251:7,10
272:8
275:9
**Newsroom**
143:5
145:23
**Nextdoor**
12:21,22
**nickname**
303:19
**Nigeria**
31:14
**night** 162:14
301:19
**ninth** 300:4
**nodding** 10:2
**noise** 259:8
260:8,12
260:16,19
**nominated**
275:4
**non-FBI**
151:22
**non-social**
273:7
**nonelection**
308:1
**nonsense**
75:3
**noon** 140:15
**normal** 19:5
19:7
**north** 3:5
110:16
**Northern**
6:19
**Northwest**
2:11,17
312:3
**notarized**
312:17
**notary**
312:15
314:22
**noted** 11:17
**noticed**
144:7
**notifying**
131:5

**November**
1:16  6:1,4
6:11  141:1
220:15
272:12
293:12
294:1
312:8
313:3
**NSD** 200:23
**number** 4:10
5:4  16:1
66:3,10
85:8  89:2
100:21
101:1,16
113:20
114:23
131:8
132:11
134:4
150:14
167:9,10
184:15,24
184:25
288:8
310:9
**numbers**
65:14,16
65:20  89:3
110:24,25
150:2
**numeral**
28:15,16
_____
**O**
**o'clock**
301:18,19
**O-l-s-o-n**
183:9
**o0o---** 1:4
1:15,18
2:2  3:2
4:2,9  5:2
6:2  140:17
141:3
309:21
**oath** 179:1
**oaths** 310:12

**object** 97:10
121:11
193:19
199:22
202:16
**objecting**
23:5
**objection**
11:25  14:9
14:20  18:3
18:13
22:18,19
26:16  27:5
27:19
30:16,24
32:15
33:11  34:5
34:19  35:6
36:7,19
41:13,19
43:4,19
44:25  48:6
49:13,25
50:10
56:18
57:21  61:8
63:4,22
64:20
65:11
67:14  68:4
68:16,25
69:23
70:13  71:8
72:14
73:18
74:21
75:23  76:8
76:21
78:18
79:13
81:25
90:20  92:3
92:16  94:8
94:16  95:5
98:3  102:1
102:21
103:4
104:14
111:7

112:20
114:15
115:14
117:11
121:25
132:5
133:13
136:25
137:25
138:20
139:16
142:25
144:4
146:9,20
150:10
153:20
154:1
156:19
159:24
160:21
162:6
163:25
164:7
166:1
168:23
170:25
171:15
172:21
174:1
175:2
176:13
187:8,15
188:6,22
189:9
193:2
195:1
199:22
200:18
201:24
204:17
208:2
210:14
212:25
213:23
215:17
224:3
228:19
231:7,18
233:7

238:23
240:9
245:24
246:10
251:23
268:2,20
270:4
274:10
282:8,18
299:11
**objections**
4:18  22:23
169:16
**Observatory**
52:1  53:5
53:24  54:3
55:22
56:12
**observe**
125:16
**observed**
32:20
39:15  70:1
**obtained**
80:8  220:5
223:2,11
225:3
230:23
**obviously**
63:8  86:4
114:18
179:11
197:1
**occasion**
132:23
175:13,24
**occasion...**
25:1
**occasions**
27:7  102:6
125:9
131:15
149:5
150:17
180:22
204:3
240:14
274:22
290:7

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| occupation | 230:15 | 267:1,2 | 179:14 | 33:18 37:6 |
| 8:10 | 241:20,21 | 269:15 | 181:14 | 38:19 |
| occur 19:16 | 244:1 | 278:10 | 182:8,15 | 39:17 |
| 39:25 | 253:11 | 312:18 | 197:25 | 40:21 42:2 |
| 89:13,16 | 259:15,22 | officer 48:2 | 200:10 | 46:19 |
| 97:22 | 260:5 | 54:9 105:1 | 216:7 | 48:20 52:8 |
| 120:5 | 302:25 | 310:22 | 220:16 | 52:21,21 |
| 167:17 | 305:4 | OFFICER'S | 221:23 | 54:2 55:5 |
| 199:20 | ODNI 24:14 | 310:1 | 224:19 | 56:7,16 |
| 201:7,13 | 151:11 | officers | 227:6,21 | 59:22 |
| 205:12 | 154:21,23 | 235:7,21 | 235:19,24 | 60:11,20 |
| 219:2 | 157:2 | offices | 236:23 | 60:23 |
| 220:18 | 161:1,13 | 24:22 31:9 | 254:13 | 62:12 |
| 221:11 | 217:24 | 39:8,11 | 255:17 | 65:19 |
| 226:21 | 218:15 | 50:15 | 276:7,11 | 67:22 |
| occurred | 222:2 | 98:11 | 276:13 | 69:16 70:3 |
| 19:18 | 223:24 | 110:13,14 | 281:19 | 73:5,22 |
| 122:5 | 281:24 | 162:16 | 308:25 | 75:11 |
| 166:22 | 283:4 | 163:8,9,10 | 309:2 | 77:25 78:6 |
| 167:21 | 285:18 | 163:17 | OGC 267:5 | 79:3 83:5 |
| 171:14 | offering | 177:10 | oh 10:21 | 83:6 86:12 |
| 206:14 | 136:22 | 181:5 | 33:18 | 87:24 |
| 208:8 | office 2:4 | official | 40:16,21 | 93:17 |
| 214:8 | 6:19 7:3 | 46:16 | 52:21 62:8 | 95:25 96:2 |
| 219:13 | 16:8 24:13 | 109:22 | 69:3 75:11 | 97:19,21 |
| 220:14 | 45:25 58:2 | 179:7 | 80:25 81:3 | 99:7 |
| 235:1 | 104:22 | 197:23 | 97:21 | 102:18 |
| 236:24 | 106:18 | 222:2,6 | 119:20 | 104:11 |
| 246:25 | 107:5,14 | 246:4 | 129:13 | 108:19 |
| 250:8,9 | 107:18 | 257:4 | 152:8 | 109:2 |
| 295:4 | 108:20 | 265:1 | 155:14 | 114:8 |
| 306:18 | 110:11 | 267:7 | 161:22 | 115:25 |
| occurrence | 164:21 | 276:6 | 177:15 | 116:7 |
| 120:8 | 168:13,14 | 309:5 | 184:4 | 121:6,21 |
| occurring | 170:23 | officials | 265:11 | 124:25 |
| 89:19 | 177:2,9 | 16:25 | 269:13 | 126:12 |
| 223:7 | 201:1 | 25:11 | 294:6 | 128:6,9 |
| 243:24 | 235:2 | 44:17,18 | okay 6:9 | 129:11 |
| October 4:22 | 237:15 | 46:8 47:10 | 7:12,13,19 | 131:11 |
| 4:24 5:9 | 257:3,13 | 47:11 49:7 | 11:14,17 | 139:10 |
| 40:24 41:1 | 257:14,15 | 54:10 80:9 | 12:2,25 | 143:22 |
| 192:15,18 | 257:17,19 | 105:22 | 17:3 20:17 | 144:13 |
| 197:17 | 257:23 | 106:13,21 | 21:9,9 | 149:4 |
| 213:21 | 258:2 | 108:22,24 | 22:10,11 | 152:14,22 |
| 219:4 | 261:9 | 125:3,13 | 23:19 | 155:18 |
| 220:10,15 | 264:15,17 | 154:17 | 25:22 28:9 | 156:6 |
| 220:19 | 265:16,19 | 172:16 | 28:12,16 | 157:13 |
| 221:2,3 | 266:6,7,23 | 173:9 | 30:11,19 | 159:8 |
| 229:14,22 | 266:25 | 175:18 | 31:15 | 176:16 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 177:5,11 | 287:9 | 199:20 | 190:7,12 | 282:13 |
| 177:15 | **one-to-one** | 200:16 | 191:13,17 | 291:20 |
| 178:1,7 | 296:6 | 201:23 | 191:25 | **opposed** |
| 179:10 | **one-way** | 202:15 | 192:4,6,8 | 112:17 |
| 180:4,6,9 | 296:16 | 203:11 | 192:21,23 | 165:18 |
| 181:12 | **ones** 20:17 | 205:3,17 | 203:20,23 | 176:15 |
| 182:12 | 113:18 | 205:20 | 203:25 | 291:18 |
| 183:7 | 153:6 | 206:22 | 204:16,20 | **oral** 9:24 |
| 184:2,18 | 246:23 | 208:1,6,11 | 206:12,24 | **order** 7:20 |
| 185:5 | 302:9 | 208:18 | 207:8 | 17:11 48:3 |
| 189:15 | **ongoing** | 209:22 | 208:23,25 | 111:24 |
| 191:22 | 194:1 | 219:25 | 209:4 | 169:21 |
| 197:12 | **online** 13:6 | 227:10 | 210:17,17 | 180:3 |
| 202:22 | 52:18 54:1 | 228:7,17 | 211:5,11 | 197:2 |
| 209:5 | 59:18,23 | 229:17 | 211:16 | 199:5 |
| 220:9,25 | 61:13 | 239:7 | 212:5,9 | **ordering** |
| 232:11 | 70:19,22 | 243:10 | 219:10,21 | 122:5 |
| 234:12 | 77:18,19 | 244:18 | 220:18,22 | **orders** |
| 243:14 | 83:13 | 245:1,10 | 220:24 | 111:19 |
| 244:3 | 93:15 | 246:19 | 221:10 | **ordinary** |
| 249:3 | **open** 99:8 | 247:18 | 222:16,18 | 61:5 144:2 |
| 254:21 | 140:6 | 248:24 | 225:24 | **Oregon** |
| 260:1 | 277:12 | 251:16,21 | 226:4,9,12 | 276:17 |
| 265:18 | **opened** | 256:15 | 226:18 | **organic** |
| 271:3 | 166:14 | 294:11,11 | 228:24 | 70:18 75:7 |
| 272:7 | **operate** | 294:12,13 | 240:24 | 75:8,13 |
| 277:19,22 | 12:11 42:8 | **operations** | 244:6 | 77:19 |
| 278:3,5 | 89:11 | 16:3 37:21 | 255:20 | 158:6 |
| 288:4 | **operated** | 37:25 38:5 | 270:23,25 | 250:18 |
| 293:23,23 | 15:16 | 45:10 59:4 | 282:6,6 | **organiza...** |
| 300:15 | 31:25 | 59:5 94:6 | **operations'** | 144:9 |
| 302:7 | 32:14 | 105:21 | 219:2 | 176:7 |
| 308:20 | 33:16 76:2 | 133:17 | **opinion** | 211:19 |
| 309:3,7,16 | **operates** | 157:16 | 63:24 | 278:13 |
| **Olson** 181:22 | 88:24 | 158:2,25 | 114:18,25 | 279:6 |
| 183:4,8 | **operating** | 161:18,24 | 115:24 | 284:15 |
| 186:14,15 | 168:1 | 172:3,4,10 | 116:6 | 289:22 |
| 207:22 | **operation** | 173:12 | 117:14,16 | **organiza...** |
| 254:14 | 172:19,19 | 174:25 | 118:20 | 223:21 |
| 281:5 | 173:1,6,15 | 175:1,12 | 119:3 | 224:16 |
| **once** 117:3,6 | 173:19 | 175:16,20 | 120:2 | 293:8 |
| 173:22 | 176:11 | 177:23 | 121:7 | **organiza...** |
| 175:9 | 180:19 | 178:3,6,20 | 128:5 | 134:18 |
| 233:5 | 186:16 | 181:6,15 | 131:20 | **organized** |
| 236:2 | 188:5 | 182:9,17 | 132:7,8 | 171:21,25 |
| **once-a-m...** | 191:1 | 185:11 | 139:9 | 177:14 |
| 237:18 | 192:11,18 | 186:7 | 152:16 | 178:2 |
| **one-on-one** | 193:1 | 187:3 | 160:24 | 186:5 |
| 283:20,21 | 194:21 | 189:6,19 | 249:15 | 204:7,9 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 218:22 | 235:10,11 | 126:10,14 | 313:5,9,13 | 51:17 |
| 219:8 | 251:12 | 128:6,9,9 | 313:17,21 | 74:10 |
| **origin** | **overseas** | 128:21 | **pages** 4:14 | 81:22 92:4 |
| 163:19 | 139:2,6,7 | 130:14 | 4:16,19,20 | 113:23 |
| **original** | **oversee** | 132:10,10 | 4:22,24 | 116:2 |
| 312:9 | 198:10 | 132:15,22 | 5:7,9 38:8 | 147:16 |
| **originally** | **overview** | 141:10,11 | 70:5,10,17 | 157:11 |
| 134:17 | 154:24 | 144:20 | 78:24 84:7 | 166:20 |
| **originated** | 156:14 | 146:1 | 132:22 | 179:18,18 |
| 74:18 | 200:24 | 147:8,9 | 144:19 | 243:21 |
| 144:17 | 253:23 | 149:9,13 | 147:13 | 247:8 |
| **Otto** 48:24 | 278:23 | 150:5,21 | 288:5 | 256:9 |
| **ought** 169:23 | 283:5 | 150:23 | **paint** 69:10 | 257:16 |
| **outcome** | 285:13,20 | 152:22 | **painted** 67:3 | 273:24 |
| 240:8 | **overviews** | 157:7,7 | **paper** 19:11 | 281:1 |
| **outlet** 142:8 | 156:25 | 158:23 | 279:7 | **participant** |
| 230:13 | 157:3 | 161:14 | **paragraph** | 186:3 |
| 259:21 | 291:10 | 169:24 | 28:23,24 | **particip...** |
| **outlets** | | 170:1 | 37:8 51:18 | 24:6 |
| 213:4 | ───────── | 197:13,14 | 51:19 | 170:21 |
| 230:13 | **P** | 227:8 | 59:17 | 171:6,8 |
| 271:25 | **P** 2:1,1 3:1 | 237:13,14 | 69:24 | 172:18 |
| **outside** | 3:1 310:11 | 237:21 | 84:20 | 178:25 |
| 94:13 | 310:16,20 | 238:6 | 126:12 | 185:20 |
| 105:24 | 311:1,7 | 239:6 | 128:16 | 220:11 |
| 107:13 | **p.m** 141:5 | 242:8,12 | 132:15 | 278:6,7 |
| 108:19 | 167:25 | 242:25 | 134:10 | 280:1 |
| 137:2 | 180:11,14 | 243:1,2 | 217:22,23 | **participate** |
| 155:14 | 234:15,18 | 260:10,13 | 218:2,3,4 | 19:14 |
| 191:22,23 | 287:16,19 | 260:15 | 218:6,20 | 20:13,15 |
| 200:5 | 294:1 | 261:2,3 | 218:24 | 25:9 27:24 |
| 201:16 | 309:18,20 | 272:1,2,6 | 229:21 | 46:12 |
| 208:19 | **P.O** 2:22 | 277:18,21 | 230:3,20 | 281:10,13 |
| 211:13 | **page** 4:4,10 | 277:25 | 231:23 | **particip...** |
| 216:11 | 5:4 11:15 | 278:2 | 232:11,20 | 19:15 |
| 240:4 | 28:14 37:2 | 288:18 | 261:3 | 20:22 22:3 |
| 255:1 | 37:4 38:9 | 291:21 | **paragraphs** | 28:6 38:24 |
| 287:11 | 38:11 51:8 | 292:7,13 | 126:13 | 137:15 |
| **overall** | 51:13,13 | 292:18 | 170:6 | 171:9 |
| 152:15 | 51:21 | 293:9,11 | **parameters** | 278:11 |
| **overcome** | 55:23 | 293:17,19 | 88:11 | 280:17 |
| 195:11 | 58:24,25 | 293:20 | **paranoid** | **particip...** |
| **overincl...** | 65:12,15 | 299:7,25 | 48:3,5 | 28:3 |
| 138:17 | 67:1 69:12 | 300:1,2,4 | **Paranoids** | **particip...** |
| 139:15 | 69:13 76:4 | 300:9,11 | 47:22,24 | 23:21 |
| **oversaw** | 77:15 | 302:21 | **parlance** | **particular** |
| 198:6,11 | 78:24 84:8 | 306:4,5 | 290:13 | 24:20 25:8 |
| 198:17 | 84:16,17 | 312:10,15 | **part** 33:19 | 91:2 97:13 |
| 201:19 | 86:12,13 | 312:18 | 34:14 | 97:15 |
| | 126:8,9,10 | | | |

| | | | | |
|---|---|---|---|---|
| 111:11 | 128:10 | 110:5,9,19 | 79:24 | 200:3 |
| 122:11 | 141:11 | 111:6 | 116:12,15 | 276:1 |
| 174:6 | 147:9 | 122:16 | **perpetrate** | 301:5,13 |
| 193:21 | 157:8 | 123:22 | 219:10 | 301:23 |
| 199:25 | 197:12 | 138:11 | **persistent** | **perspective** |
| 202:20 | 242:9 | 146:2,17 | 272:23 | 34:15 |
| 204:2 | 243:1 | 146:18 | **person** 26:4 | 200:25 |
| 214:25 | 293:11,19 | 153:12,15 | 26:5 43:8 | 201:1 |
| 225:20 | 293:20 | 161:9 | 43:10 | **Peter** 234:19 |
| **particul...** | 300:1,2 | 168:6 | 184:15,24 | 235:9 |
| 121:17 | 302:22 | 181:21 | 184:25 | **pharmacy** |
| **particul...** | 306:6 | 182:11 | 203:14 | 93:12 |
| 194:7 | **PeaceData** | 183:24 | 264:6 | **Phoenix** 7:8 |
| **parties** 6:25 | 141:12,14 | 186:12 | 275:23 | **phone** 52:3,4 |
| 14:23 | 141:25 | 200:5 | **person's** | 52:5 53:15 |
| 310:18 | 142:8,24 | 207:4,6,11 | 183:17 | 97:24 |
| **partnered** | 143:4,17 | 207:24 | **personal** | 107:24 |
| 56:20 | 144:10 | 219:23 | 23:16 | 135:10 |
| **Partnership** | 145:7 | 223:8 | 95:17,18 | 236:6 |
| 56:14,17 | 146:18 | 254:16 | 114:17 | **Pichai** |
| 57:2,9,14 | **peers** 217:25 | 268:18 | 115:24 | 116:25 |
| **parts** 115:22 | **penalty** | 276:8 | 116:6 | **pick** 97:24 |
| 126:13 | 314:11 | 281:15 | 117:13 | 138:11 |
| 225:9 | **pending** | 293:3,5,8 | 118:20 | **picking** |
| **party** 216:9 | 195:20 | 296:9 | 128:5 | 309:9 |
| 265:7,8 | 196:4,6 | **people's** | 132:7,8 | **picture** 67:2 |
| 266:1,2 | 220:24 | 28:4 60:15 | 139:9 | 69:9 72:5 |
| 269:5,6 | 222:17 | 84:4 | 148:5 | **piece** 136:12 |
| 304:9,17 | **people** 14:16 | **percent** 85:9 | 159:4,10 | **Pierson** |
| 305:8,11 | 14:17 43:1 | 85:9,10,13 | 229:25 | 222:7,9,10 |
| **pass** 104:25 | 43:6,11 | 85:20 | 235:22 | **pilot** 136:2 |
| 119:12 | 44:14 | 167:5,7 | 249:15 | **Pinterest** |
| **pass-thr...** | 45:12 48:8 | 241:4 | 291:20 | 155:8 |
| 105:4 | 49:10 | **percentage** | **personally** | 156:2 |
| **passed** 41:3 | 54:19 61:5 | 15:13 | 18:23 | **Pipeline** |
| 162:20 | 63:18,20 | 113:21 | 19:14 22:3 | 277:2 |
| **passing** | 66:8 68:1 | **period** 40:17 | 25:20 52:2 | **place** 112:6 |
| 257:11 | 68:10,12 | 100:10,11 | 52:9 56:3 | 127:6,20 |
| **paste** 291:4 | 72:17 78:2 | 219:3,10 | 79:11 | 148:4 |
| **pasted** 304:8 | 78:10 | 219:25 | 81:11 | 161:8 |
| **Patricia** 5:9 | 80:17 81:2 | 311:6 | 119:14 | 162:18 |
| 197:25 | 81:18 | **periodic** | 148:2 | 163:2,6,23 |
| **PATRIOT** | 83:20 | 42:5 | 151:6 | 168:17 |
| 111:24 | 85:16 87:4 | 135:10 | 278:24 | 237:7 |
| **pdf** 37:4 | 97:25 | **perjury** | **personnel** | 243:6 |
| 38:12 | 105:3 | 314:11 | 50:16 | 265:11 |
| 51:13 59:1 | 106:17 | **Perkins** | 119:23 | 268:25 |
| 84:18 | 109:2,19 | 197:20 | 122:19 | 270:7,11 |
| 126:11 | 109:20 | **Permanent** | 140:8 | **places** 28:20 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **Plaintiff** | 42:8 43:2 | 187:7 | **podcast** | 78:11 |
| 1:7 2:3,15 | 43:3,17,25 | 189:20 | 261:22 | 80:15 |
| 2:20 3:3,8 | 49:8,12,21 | 190:15 | 262:10 | 132:8 |
| 8:2 | 49:24 50:9 | 204:3,11 | 271:13 | 173:9 |
| **plaintiffs** | 55:12,15 | 204:13,24 | **point** 22:7 | 176:7 |
| 7:6 | 60:7 62:18 | 209:6 | 22:22 | 223:1,10 |
| **Plaintiffs'** | 64:12 70:5 | 210:16 | 33:19 77:2 | 223:14,17 |
| 4:18 | 75:15 80:3 | 215:23 | 120:25 | 223:20 |
| **plan** 120:16 | 80:8 83:14 | 216:1,7 | 159:2 | 224:16,16 |
| 251:2 | 85:17 | 218:16 | 161:13 | 265:7,8 |
| **planned** | 87:13,23 | 222:11 | 165:9 | 304:8,17 |
| 285:3 | 91:6,8 | 223:4 | 170:2 | 305:8,11 |
| **planning** | 94:7 95:20 | 225:5,14 | 183:1 | **Politician** |
| 300:20 | 96:4,20 | 225:21 | 186:21 | 264:3,5,13 |
| 301:8 | 97:8 | 232:7 | 248:22 | 264:16 |
| **platform** | 101:21 | 242:5 | 279:1,22 | **politicians** |
| 23:21 48:4 | 105:10,24 | 249:13 | 279:24 | 132:23 |
| 61:20 | 106:14,22 | 250:6,12 | 284:2,11 | 133:4 |
| 71:22 82:7 | 107:17,25 | 252:16,20 | 288:19 | **polling** |
| 85:15 89:1 | 108:23 | 254:24 | 289:3 | 269:9,17 |
| 89:5 93:15 | 111:2 | 255:23 | 305:3 | **pop** 42:16 |
| 110:20 | 116:17 | 256:18 | **points** 86:13 | **popping** 51:5 |
| 114:25 | 118:4 | 262:13,14 | 147:16 | **portals** |
| 117:17 | 119:10,16 | 262:18 | **poles** 166:14 | 261:18 |
| 122:19 | 120:25 | 267:14,20 | **policies** | **portion** |
| 189:25 | 122:16,17 | 270:15 | 43:25 | 258:1,5,8 |
| 210:12 | 123:18 | 274:14,20 | 78:10 | 273:25 |
| 232:2 | 126:2 | 279:3 | 95:13 | 274:1 |
| 234:4 | 127:1,7 | 280:19 | 118:18 | **portions** |
| 238:21 | 131:23 | 285:22,24 | 129:7 | 258:7 |
| 261:18,23 | 132:25 | 286:7 | 130:7,11 | **portray** |
| 261:24 | 133:6,18 | 287:1 | 165:17 | 265:24 |
| 266:13 | 135:21,24 | 288:12 | 217:11 | **posed** 242:13 |
| 283:22 | 136:3,15 | 293:3 | 232:17 | **posing** |
| 288:5 | 137:13,24 | 294:20 | 248:11,15 | 141:25 |
| 289:25 | 143:17 | 298:9,24 | 250:13 | **position** |
| 290:11 | 146:13,19 | 307:1 | 266:14 | 194:10 |
| 291:14 | 147:14,25 | **play** 157:15 | 270:24 | 195:2 |
| 301:23 | 153:11 | **pleading** | **policy** 129:2 | 257:8 |
| 302:11 | 154:9 | 122:9 | 129:18,23 | **positive** |
| **platforms** | 156:11,16 | **please** 6:24 | 130:4,21 | 133:24 |
| 12:4 13:20 | 160:19,20 | 7:13 8:7 | 133:11 | **possession** |
| 13:24 14:2 | 162:23 | 9:13 20:21 | 135:13,15 | 212:24 |
| 14:3 17:17 | 165:6,10 | 31:5 41:23 | 135:20 | **possibility** |
| 30:13 32:4 | 173:19 | 181:25 | 166:13 | 175:19 |
| 32:12,19 | 177:18 | 303:23 | 279:7 | 185:10 |
| 34:9 35:10 | 180:18 | 312:8,12 | **political** | 192:14 |
| 35:12 | 181:3,10 | 312:17 | 16:6 34:3 | 199:14,19 |
| 36:18,25 | 182:10,14 | **plural** 221:5 | 68:15 70:6 | 207:25 |

**ELVIS CHAN  11/29/2022**

208:18
243:10
244:6
245:1
**possible**
57:19
131:11
208:17
221:3
245:13
246:25
247:2
**possibly**
152:10
**post** 60:25
61:15,21
62:16
143:25
144:24
145:9,10
162:13,21
163:23
164:25
165:5
167:15,21
167:24
168:6,8,10
168:15
205:8
214:9
227:18
229:23
230:12,22
232:14
244:1
266:17
268:23
272:9
293:14
294:7
295:3,5,6
295:12
296:17,21
298:13
301:3,6,16
**Post's** 232:3
**posted** 67:9
68:23
75:17

132:4
142:10
145:5
146:2
158:13
205:2
213:5
217:9
229:23
241:15
**Postgrad...**
4:11  10:16
10:19
**posting**
145:16
163:1
166:13
205:25
269:22
**postings**
60:14,15
87:4
143:13
286:12
**postmarked**
164:18
269:12
**posts** 72:13
76:13
130:23
165:7,18
165:24
166:5,8
167:18
267:24
285:24
307:11
**posture**
300:21,21
300:25
301:1,2,7
301:11,21
**potential**
121:8
122:6
172:25
173:11
175:11
178:5

187:2
189:5
190:11
192:7
200:2,13
200:16
203:19,22
203:24
206:24
207:7
208:5
209:21
211:10
219:20
220:22
222:16
223:16
224:10,25
226:7
229:1
238:20
240:18
250:23
254:5
255:19
256:14
269:25
270:12
273:2
283:6
**potentia...**
177:22
**potentially**
34:16  54:1
90:12
157:23
176:15,19
190:6
209:3
226:11
240:21,23
248:1,6
250:24
252:3
254:1,3
274:7,16
305:23
**practice**
291:2

**practices**
125:19
**pre-marked**
169:22
196:17
**precise**
150:2
177:7
**predication**
263:21,24
**preelection**
253:16
**preface**
190:9
**preference**
297:4,11
**prelimin...**
230:21
**preliminary**
241:19
**Prelimin...**
4:19
**preparation**
27:24
**preparatory**
26:6,8
280:11,18
280:21
281:21
282:1,4,17
**prepare**
27:15
117:25
137:11
272:4,5
279:24
280:4
**preparing**
27:17,22
245:5
271:8
272:13
**present** 6:24
254:17,20
309:5
**presenta...**
137:16
**president**
304:10,18

305:9,11
**presiden...**
16:10,12
173:10
219:3,11
220:1
240:8,24
304:9,17
305:9,11
**pressure**
116:1,8,16
117:8
118:2,15
118:19
122:24
123:2
127:4,18
131:24
132:9,24
242:3
**pressured**
133:5
**presumably**
68:13
**presume**
226:13
**pretending**
92:25
93:23
**pretty** 98:9
272:12
**prevent**
132:3
172:9
**prevented**
232:14
**Prevention**
292:10
**previous**
48:1  75:6
300:9
**previously**
11:7  12:7
29:17
102:9
177:8
190:5
210:22
217:4

| | | | | |
|---|---|---|---|---|
| 219:17 | 231:24 | 124:13 | **product** | 32:19 34:9 |
| 232:15 | 238:10 | 163:9 | 112:24 | 35:9,11 |
| 257:20 | 243:16 | 242:17 | 164:3 | 36:25 |
| 266:18 | 245:17 | 261:5 | 236:10 | 38:16,21 |
| 268:24 | 246:6,9,12 | 265:10 | **products** | 48:3 50:5 |
| 270:21 | 246:15,17 | 268:1 | 12:19 | 87:22 |
| 275:11 | 246:21 | 305:1 | 139:24,25 | 274:14 |
| 283:1 | 247:4 | **probed** 88:5 | 278:19,20 | **protected** |
| 285:10 | **privilege** | 88:8 | 278:23 | 16:2,4 |
| 294:24 | 21:17,18 | **problem** | **professi...** | 20:25 |
| **primaries** | 23:15 | 22:24 83:1 | 54:11 | 195:18 |
| 19:2 | 27:20 | **problematic** | 135:1 | **protecting** |
| 156:22 | 94:17,19 | 105:9,16 | **Professor** | 55:12,15 |
| 285:17 | 97:11 | 150:18 | 55:24 | 284:7 |
| **primarily** | 111:8 | 165:7 | 58:11 | **protection** |
| 26:5,20,20 | 121:12 | **problems** | 77:24 | 211:23 |
| 29:10 51:4 | 122:1,3,8 | 126:6 | **program** 72:7 | **protections** |
| 55:13 | 122:11,14 | **Procedure** | 139:14 | 139:5 |
| 134:17 | 164:1 | 310:14 | **programs** 7:9 | **protective** |
| 135:13 | 174:5 | **proceed** 23:6 | 7:16 71:15 | 172:12 |
| 138:25 | 187:10,11 | 23:10 | 72:3 | 180:3 |
| 156:21 | 188:8,9,25 | **proceedings** | 136:16 | **provide** |
| 275:24 | 189:1,1 | 309:19 | 137:11,24 | 16:24 |
| 276:20 | 193:20,25 | **process** | 138:16 | 27:25 31:3 |
| 286:1 | 194:2,4,11 | 22:22 | 139:21 | 33:3,8 |
| 298:21 | 195:1,6,11 | 27:20 | **prohibit** | 89:15 96:4 |
| **primary** 19:7 | 199:23 | 112:6 | 205:25 | 100:1,4,8 |
| 26:22 | 200:18 | 121:12,25 | **prominent** | 108:25 |
| 74:14 93:1 | 201:25 | 122:2,14 | 120:23 | 111:1 |
| 105:3 | 202:1,17 | 160:5,5 | **prominently** | 115:23 |
| 208:14 | 215:18 | 163:18 | 161:18,25 | 131:7 |
| 210:20 | 251:24 | 187:10 | **promoted** | 137:6 |
| **principal** | 282:9,19 | 188:8,25 | 109:12,15 | 140:5 |
| 46:4 | **privileged** | 196:12 | **propaganda** | 156:14 |
| **principally** | 174:2 | 199:5 | 134:18 | 157:2,4 |
| 14:8 94:4 | **privileges** | 250:5 | **proposals** | 164:23 |
| **prior** 125:24 | 187:11 | 251:24 | 282:22 | 167:2 |
| 133:23 | 188:9,23 | 254:7 | **prospect** | 173:18 |
| 202:12,15 | 202:18 | 266:16 | 185:10 | 179:17 |
| 310:14 | **privy** 238:2 | 270:12 | 186:6 | 190:10 |
| **privacy** | 255:5 | 276:10 | 187:13 | 209:1 |
| 205:10 | **pro-Second** | 282:9,18 | 189:19 | 214:23 |
| **private** 7:6 | 76:14,18 | 285:16 | 191:12,24 | 227:19 |
| 16:17 18:7 | 83:16 | 296:25 | 203:11 | 269:19 |
| 20:10 | **probable** | **processed** | 206:21 | 278:22 |
| 105:6 | 68:20 | 265:3 | 210:16 | 285:12,18 |
| 155:5 | 252:4 | **processes** | 211:5,15 | 285:20 |
| 170:9 | **probably** | 29:22 | 239:6 | 304:12 |
| 179:2,3 | 64:25 | 283:2 | **protect** | **provided** |

**ELVIS CHAN  11/29/2022**

16:5,8,9
16:13,14
27:13
32:21
38:25
45:24
50:14
65:21
113:10
132:23
139:14,25
146:22
148:23
149:7
150:14
154:24
156:24
162:16
226:9,16
227:4
253:22
274:22
286:18
287:4
291:3
311:6
**provides**
34:8
**providing**
32:5 53:25
89:3,4
103:15
113:8
131:3
139:21,22
203:1
283:24
**provisions**
93:18
**public** 117:8
128:23
130:17,23
131:7
140:6
161:4
164:24
195:2,4
243:9,15
244:5,11

244:16,17
244:21,24
245:5,9,16
245:23
246:2
259:13,14
265:1
267:6
268:9
271:23
312:15
314:22
**publicizing**
59:10
**publicly**
147:23
148:17
194:16,18
196:21
214:2
259:12
**publicly...**
94:24 97:5
**published**
213:5
**pull** 33:9
126:5
197:7
206:11
**pulled** 83:25
**purchase**
78:1,11
93:15
**purchased**
77:17
**purpose**
33:25
34:15 35:1
35:4,8
78:15,20
274:6,12
**pursuant**
310:13
**pursue** 250:3
251:7
252:13
**pursuing**
250:24
**push** 60:25

73:24
74:20
75:21
93:11,14
**put** 35:20
116:17
122:23
204:23
216:20
242:3
244:14
289:11
**putting**
164:7

_____

**Q**

**qualified**
310:7
**qualifiers**
253:3
**quarter**
131:9
**quarterly**
19:18,25
39:25
40:10 41:3
41:5 42:5
42:20 44:9
89:17,20
98:8,14,19
98:21
103:6
104:3,6
105:25
109:1,14
177:7,17
181:1
182:14
239:4
288:13,23
297:19
**question** 9:8
9:9,12,15
27:21
34:14
79:16
88:18,19
90:22 92:5
94:19,20

96:9 98:6
104:8
105:13,20
115:22
122:12,13
138:24
150:8
175:5
189:3,13
190:23
193:21
194:12,19
194:23,24
195:4,10
195:13
199:15
202:11
203:5
214:22
242:13,15
242:18
250:18
272:7
292:25
308:17,20
308:22
309:12
**question's**
34:13
**questioning**
308:16
**questions**
9:7 17:5
21:21
141:8
304:1
308:11
**quicker**
160:18
**quickly**
160:14
161:11
307:8
**quite** 46:3
64:25
240:11
**quote** 79:12
85:8
105:16

122:3
194:1,4
221:2
245:1
262:18
293:14
**quote/quote**
15:7
**quote/un...**
302:10

_____

**R**

**R** 1:9 2:1
3:1 6:15
259:6
310:11,15
310:20
311:1,7
312:5
313:2
**raise** 23:12
23:13
139:11
178:19
187:13
188:4
189:18
190:15,25
221:24
**raised** 178:7
178:8,15
181:7
186:21
187:6
188:16,17
188:21
205:19,21
206:15
246:19
**raising**
191:17
205:24
282:5
**ran** 193:15
235:10
257:21
301:15,17
301:20
**random** 75:3

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 99:24 | 294:3 | 302:11 | 225:6 | 101:6 |
| 101:15 | 297:25 | **reason** 24:21 | 229:18 | 120:7 |
| **ranging** | 312:12 | 88:19 99:3 | 238:25 | 123:1 |
| 109:13 | 313:6,10 | 103:20 | 244:11 | 124:9 |
| **ranking** | 313:14,18 | 113:23 | 248:5 | 125:12 |
| 281:19 | 313:22 | 120:1 | 251:14,19 | 175:13 |
| **ransomware** | 314:5 | 122:4 | 260:17 | 178:9,21 |
| 276:24 | **read-thr...** | 131:12 | 261:11 | 182:19 |
| 277:2 | 287:24 | 133:14 | 307:4 | 185:13 |
| **rarely** | **reading** | 138:3 | **receive** | 186:17,19 |
| 135:14 | 61:21 65:5 | 148:16 | 102:5 | 189:4,14 |
| **rate** 167:6,7 | 66:8 68:2 | 168:24 | 166:3 | 189:21,23 |
| 167:9,12 | 71:4 86:5 | 203:13 | 197:7 | 191:2,8,21 |
| **reach** 233:16 | 157:22 | 205:9 | 247:25 | 199:9 |
| 254:6 | 231:22 | 207:14 | 254:23 | 201:14 |
| **reached** | 243:13 | 209:12 | 296:5 | 203:13,14 |
| 65:14 66:3 | 275:9 | 210:11 | **received** | 205:11 |
| 66:4,10,24 | **real** 61:5 | 220:23 | 103:8 | 244:20,23 |
| 85:8,21 | 63:19 | 223:18 | 117:20 | 248:20 |
| 86:16 | 70:23 | 224:13 | 163:4,7 | 249:20 |
| 232:22 | 71:25 72:5 | 228:11 | 255:10 | 256:13 |
| 241:5 | 74:12 78:2 | 251:5 | 286:9 | 275:24 |
| 267:10 | 78:16 | 283:24 | 295:25 | 281:12 |
| **reaching** | 85:15,16 | 290:3 | **receiving** | 282:11 |
| 59:9 86:7 | 86:22 87:3 | 291:9,15 | 297:10 | 305:14 |
| 233:20 | 111:6,6 | 298:13 | **recess** 22:14 | **recollec...** |
| **reaction** | 112:18 | 307:12,13 | 77:11 | 56:5 |
| 68:7 87:12 | 113:15 | 313:7,11 | 96:14 | 101:13 |
| **reactions** | 114:14 | 313:15,19 | 106:9 | 144:12 |
| 67:17,19 | 139:12 | 313:23 | 140:15 | 146:21,22 |
| 231:2,6 | 144:23 | **reasonable** | 180:12 | 153:9 |
| **read** 38:4,20 | 145:5 | 194:6 | 234:16 | 154:2,15 |
| 50:4 51:16 | 157:18 | **reasons** | 287:17 | 154:24 |
| 56:24 66:9 | 158:17 | 106:6 | **recharac...** | 157:2 |
| 77:17 81:5 | 302:10 | 191:3 | 176:14 | 164:15 |
| 81:6 86:21 | **realize** | 208:14 | **recipient** | 166:2 |
| 105:12 | 21:10,13 | **recall** 20:17 | 200:8 | 167:8,21 |
| 127:18 | **really** 66:2 | 20:18 | **recipients** | 170:15 |
| 128:15 | 100:21 | 23:20 | 98:25 | 172:22 |
| 145:20 | 115:6 | 191:11 | **recognize** | 175:17 |
| 193:24 | 154:4 | 205:13 | 196:22 | 176:18 |
| 228:23 | 195:15 | 206:20 | **recollect** | 181:19 |
| 229:8 | 272:17 | 209:19 | 28:4 42:23 | 186:25 |
| 230:14 | 283:20 | 211:2 | 42:24 | 197:4 |
| 231:22 | **realm** 45:3 | 212:11,17 | 44:21 | 200:22 |
| 232:20 | **realtime** | 213:18 | 48:19 | 205:4 |
| 240:19 | 160:3 | 215:2,25 | 53:15 | 208:4 |
| 244:22 | 295:20 | 221:13 | 85:18 | 209:7,8 |
| 293:24 | 297:1,6 | 222:13 | 91:15,20 | 210:19,24 |

**ELVIS CHAN  11/29/2022**

211:17
212:21
213:9,13
219:6
223:12
224:7
226:23
227:14,15
252:24
268:24
273:24
281:24
282:13,17
286:1
290:1,16
294:22
295:2,5
308:21,22
**recommen...**
158:24
159:4,14
160:15
**recommen...**
91:25
157:11
159:6
282:10,20
282:23
**recommended**
159:9
**recommen...**
161:8
**reconvene**
179:25
**record** 6:10
7:11,22
8:8  9:20
20:21
21:12  22:9
22:12,13
22:16  77:9
77:10,12
79:14
82:23  83:2
84:15
96:11,12
96:15  98:4
102:2
104:15

105:11
106:6,7,10
128:14
129:10,20
130:25
131:2
132:6
137:1
138:22
139:17
140:11,13
141:5
159:25
162:7
164:8
175:3
176:13
179:1,13
179:18,19
179:22,23
180:8,10
180:13,15
180:16
184:19
189:16
193:24
195:4
234:13,14
234:17
256:21
259:13
287:14,15
287:19
289:18
290:15
292:12
302:18
308:12
309:8,15
309:18
310:24
**record's**
10:1
**recorded**
310:23
**Recording**
4:23  5:6
259:5
**recurrence**

199:14
205:20
**recurring**
170:4,7
278:3
279:24
284:23
**redacted**
292:9
**Reddit** 24:3
41:25
48:20,21
48:25  49:1
49:9  91:18
155:8
156:2
**redirect**
146:25
**Redmond** 25:6
**reduce** 232:6
**refer** 32:11
38:14
51:21
59:12,18
86:20  97:4
99:18
126:15
173:14
183:23
214:25
223:24
241:23
242:2
270:14
303:19
**reference**
12:14,18
13:17
38:13
55:24  56:8
59:8
126:23
129:2
150:6
156:2
230:4
231:13
279:13,23
304:22

**referenced**
295:16
**referencing**
127:10,12
**referrals**
168:20
**referred**
12:25
15:19  59:5
75:6  84:8
86:12
94:24
108:17
123:18
179:8
207:12
210:22
213:6,9
214:10,11
230:5
233:23
266:22,24
269:2
**referring**
38:22
63:16
130:3
155:24
168:22
170:17
202:3
218:6,20
227:13
228:18
231:4
245:22
246:9
264:22
278:1
304:11
**refers** 38:3
129:5,14
156:1
158:10
221:4
284:2
306:20
**reflect**
117:18

206:11
**refresh**
197:3
244:22
**refreshed**
260:2
**refused**
216:15
**regarding**
148:6
218:1
233:20
**regardless**
179:15,17
**regional**
135:3
276:7,11
276:13
**registered**
269:5,6
**registrar**
50:14
**registrars**
50:19
**regular** 24:6
25:16
63:18
213:14
217:24
218:5
236:2
238:11
285:8
287:12
**regularly**
24:17
41:24
46:14
47:11
57:17
92:22
101:22
122:19
174:18
185:15,16
201:2,15
206:25
208:22
211:7

212:2
226:7
227:16
276:22
304:6
**rein** 126:19
126:24
**reiterate**
99:23
188:11
**reiterating**
189:4
**relate** 18:2
46:12
102:11
121:22
149:14
238:18
307:1
**related** 4:19
39:9  42:15
45:4  52:6
60:21
92:19
164:13
234:1,25
261:17
262:7
270:10
283:9
286:10
290:25
305:16,18
305:20
306:14,17
307:3,6,14
307:20
308:2,6,8
**relates** 45:8
47:19
48:22
**relating**
52:11
194:14,15
233:5
244:25
259:17
262:20
263:16

**relation...**
24:24
**relative**
310:17,18
**relay** 104:21
105:6,8
108:4
162:22
164:11
165:6
166:5
225:12,13
254:21,25
267:13
296:19
**relayed**
163:10
165:24
172:11
204:2
220:10
221:20
225:16,20
255:2,4
297:18
**relaying**
167:16
168:17
223:8
297:21
**ReleaseT...**
149:15,18
**relevance**
194:5
**relevant**
103:8
105:1
126:19
138:13
152:18
159:15
242:19
**relied** 14:24
**reluctant**
104:12
**relying**
164:20
**remain** 69:8
173:11

**remedy**
249:19
**remember**
20:12
23:24  24:4
24:6  25:12
28:1,7
54:21  55:1
62:25
88:10  93:2
112:12
113:9
123:7
149:21
151:16,22
152:6,7,8
152:13
153:7
154:19
155:14,16
155:22
163:8,9
164:17
166:4,11
166:17,17
166:18,20
166:22
171:4,7,16
171:18
172:12,23
175:21
181:20
182:11,21
182:24,25
183:1,11
186:8
192:1,4
200:1
201:9
205:4,5,15
206:17,18
207:13
209:25
210:1,4,10
212:2
214:4,21
219:18,18
220:12
221:16

222:20
223:7
225:16
227:5,13
227:24
229:9
230:11,14
245:3
247:14,16
247:18,22
247:23
248:13,14
250:10
252:9
253:2,2,6
253:10,13
253:21
254:10
255:7
260:1,18
260:21,22
260:24,25
261:13
269:1,3,12
271:19,22
278:12,14
281:16
282:2,24
284:24
288:25
289:9,12
296:9,11
296:14,14
297:2
299:14
304:5
306:16
307:2
308:16
309:4
**REMEMBERED**
6:3
**remembering**
306:2
**Remote** 2:6,7
2:18,23
3:6,11  6:1
141:1
**remotely** 6:5

6:8
**remove** 95:15
250:24
252:22,25
**removed**
149:24
159:23
**removing**
147:18
154:8,22
**render** 314:8
**Renée** 51:25
53:12  85:5
85:11
**renew** 200:17
**rent** 72:17
72:19,25
**rented** 73:7
**repeat** 96:9
194:19
199:15
293:17
**repeatedly**
174:23
175:4,6
**rephrase**
27:21
105:19
166:25
253:16
297:16
**report** 14:22
65:23,25
80:11
86:19  87:1
87:1
102:18
103:14
106:17,19
107:6,8,9
127:11
131:7
145:2,6
159:19
161:5
162:2
168:7
261:19,23
262:10,25

ELVIS CHAN  11/29/2022

263:5
266:11,12
268:5
285:23
286:5
289:17
290:9
298:23
reported
54:19
167:11
287:1
reporter
1:24 6:7
9:21 10:8
11:10
105:12
169:11
196:14
216:22
241:12
258:25
259:12
271:4,18
287:20
310:8
311:6
reporter's
6:21
reporter...
271:12
Reporters'
310:10
reporting
79:23
134:16
reports 15:9
104:5
114:9
127:25
131:3
147:23
163:4
164:13
165:3
167:16
241:8
264:25
265:2

274:19
278:21
289:24
292:4
293:7
repost 74:1
76:3
158:12
reposted
66:20
reposting
63:8,11
64:19 65:6
65:7 67:24
71:5,23
73:14,16
76:6 86:6
86:6
157:23,23
represent
7:1,21
22:23
23:17
represen...
253:14,18
represen...
24:15 27:4
135:3
198:9
represen...
95:20
110:12,13
118:3
211:1,4
represented
24:8
272:18
represen...
7:10,17
148:3,4
Republicans
266:21
304:9
reputable
85:25
request
103:3
288:23
296:22

requested
105:12
116:21
311:4,5
requesting
22:22
require
298:15
requirement
266:10
requires
90:8
research
15:14 31:7
31:19 56:8
56:21 60:2
61:12
69:17 73:4
74:6 75:9
75:25 76:3
78:21 79:7
79:10,18
79:18,19
79:23
84:25 85:5
85:7 100:7
100:10
126:15
141:17
143:3,16
154:6
157:1
researcher
51:25
58:10
researchers
57:17 58:6
58:16
140:3,9
researching
11:24
169:7
reside
264:16
Resilience
170:22
respect 44:2
91:2
194:12

204:15
205:1
252:13
290:19
291:13
respective
49:11
156:15
163:17
respecti...
29:12
35:21
respond 9:23
104:9
138:24
204:14
215:3
272:8
282:21
responding
9:15
158:20
response
37:9,13
90:21
103:9
167:2
170:16
179:8
202:24
203:4
274:19
279:15,16
292:8
309:11
responses
4:18 9:24
21:15
166:3
169:17,25
203:2
277:14
responsi...
24:25
153:16
217:14
responsible
24:23
43:16

168:16
190:19
198:7,18
restate
167:20
restrict
143:12
result 35:25
142:14
148:22
149:24
160:17
166:19
203:5
266:5
resulted
67:13
118:18
results
137:9,10
148:21
206:12
Retaliatory
271:8
retired 47:8
return
312:17
returning
191:10,10
retweet 74:1
76:20,25
158:12
retweeting
76:18
retweets
76:16
retype 291:5
Reuters
141:24
reveal
117:22
revealing
155:5
revelation
142:14
revenues
115:13
review 70:11
134:16

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 262:15 | 73:17 | 148:9 | 274:9 | rolling |
| 265:13 | 74:12,20 | 149:2,7,11 | 280:6 | 198:5 |
| 296:3 | 75:5,7,22 | 149:16,20 | 281:18 | Roman 28:15 |
| 306:8 | 77:20,22 | 150:19 | 285:4 | 28:16 37:2 |
| 311:3 | 78:3,17 | 151:1,11 | 288:9,15 | room 152:19 |
| reviewed | 79:6,12 | 152:24 | 292:23 | rotate |
| 79:7,11 | 80:13,18 | 157:12,16 | 293:12 | 207:15,15 |
| 165:1 | 80:19,22 | 157:19 | 299:5,17 | rotating |
| 263:18 | 82:5,14,15 | 158:2,7,13 | 303:9 | 44:20 |
| 265:4 | 83:16 | 158:17,21 | 304:23 | Roth 4:20 |
| 266:3 | 84:10,23 | 159:3,9,17 | 306:21 | 45:19 46:5 |
| 268:6 | 85:10,17 | 159:23 | 308:25 | 124:17 |
| 288:1 | 86:1,17,20 | 160:3,15 | right-wing | 217:1,2 |
| reviewing | 86:24 87:5 | 162:10 | 144:16 | 222:23 |
| 91:1 | 87:14 94:1 | 163:6,23 | rights | 224:1,6,20 |
| 112:24 | 95:16 96:8 | 165:7,11 | 286:13 | 227:1 |
| revolve | 96:22 97:1 | 166:14 | rises 266:9 | 228:2 |
| 266:5 | 98:7,23 | 168:12 | risk 180:19 | 229:4 |
| Rich 5:9 | 99:9,14,19 | 169:19 | 181:6 | 230:20 |
| 197:25 | 103:25 | 172:1 | 186:6,16 | 233:1,14 |
| Richard 47:8 | 104:5,7 | 177:13,19 | 187:5 | Roth's |
| 125:7,8 | 107:11 | 178:13 | 188:5 | 223:13 |
| rife 268:17 | 109:6 | 179:12 | 192:10,17 | 225:17 |
| right 17:8 | 114:8 | 180:21 | 192:20 | 233:8 |
| 17:23 21:6 | 115:21 | 181:3,10 | 211:14,20 | Rouge 3:5 |
| 23:14 | 122:17,24 | 181:16 | 212:8 | roughly |
| 26:15 29:6 | 123:23 | 183:12,14 | 282:6 | 39:25 |
| 33:20 35:1 | 124:11 | 183:16 | RMR 1:24 | 253:5 |
| 35:16,19 | 126:21 | 188:16 | RNC 16:7 | round 300:17 |
| 35:25 36:4 | 127:1,8,15 | 196:25 | Robert 65:24 | RPR 1:24 |
| 36:6 38:1 | 128:4,13 | 214:12 | 257:13,15 | RSA 271:22 |
| 38:3 40:14 | 128:17,24 | 217:19,19 | 257:18 | 272:18,20 |
| 40:22 | 129:7,15 | 227:11 | robust 37:14 | 275:16,23 |
| 43:18,25 | 130:1,8,12 | 228:8,9 | 130:10 | RSCC 16:7 |
| 49:24 59:6 | 130:17,22 | 232:11 | 132:2 | ruled 122:11 |
| 59:10,15 | 131:18 | 236:25 | Roderick | rules 9:6 |
| 59:20 61:7 | 132:12,25 | 240:16 | 46:1 | rumors 227:9 |
| 61:17,22 | 141:12,21 | 242:5 | role 43:8 | 228:6,16 |
| 62:9,10 | 142:2,4,8 | 252:10 | 72:21 | 229:16 |
| 63:9,12,21 | 142:11,15 | 256:15 | 135:1 | run 19:7 |
| 64:4,11 | 142:21,22 | 259:8,25 | 154:16 | 281:17 |
| 65:1,15 | 144:3,14 | 260:5 | 193:12 | running |
| 66:20 67:9 | 144:14 | 261:7,9 | 217:12,18 | 98:11 |
| 68:2,10 | 145:11,17 | 262:3,7,13 | 275:5 | Ruslan 6:22 |
| 69:14,17 | 145:20,21 | 262:21 | 290:5,5 | Russia 38:3 |
| 69:19 70:6 | 145:24 | 263:8,13 | roles 43:7 | 94:3,13 |
| 70:12,24 | 146:8,14 | 269:24 | 200:4 | 95:1 155:3 |
| 71:2,7,17 | 147:10,14 | 272:4,9,24 | rolled | 186:13 |
| 71:25 72:7 | 147:20,25 | 273:4 | 272:13 | 226:13,17 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 271:9 | 189:19 | 143:24 | 58:1 105:1 | 45:7 48:10 |
| 305:20,25 | 191:1,13 | 144:17 | 106:18 | 49:19 50:3 |
| **Russia's** | 191:17,24 | 145:20 | 107:2,5,13 | 50:18 51:9 |
| 37:20,25 | 198:11,13 | 175:12 | 107:17 | 51:12 |
| 38:4,5 | 200:13,16 | 190:12 | 108:19 | 56:23 |
| 157:15 | 201:16,22 | 227:18,22 | 119:23 | 57:23 |
| 158:2 | 202:8,14 | 236:21 | 128:3 | 58:25 |
| **Russian** 4:13 | 203:11,25 | 286:15 | 135:4 | 61:14 63:7 |
| 11:3 12:3 | 204:16 | **Ryan** 44:15 | 162:12,20 | 64:2,23 |
| 12:9,25 | 207:25 | _____ | 165:2,3,5 | 65:19 |
| 13:4,15,18 | 208:12,18 | **S** | 168:9,16 | 67:18 68:9 |
| 14:4,13,18 | 209:21 | **S** 2:1 3:1 | 168:21 | 68:21 69:3 |
| 31:13,18 | 211:15 | **s-e-n** 183:10 | 169:1 | 70:3,16 |
| 32:14,22 | 212:9 | **S-h-e-r-...** | 177:2,9 | 71:12 |
| 32:23 | 221:10 | 124:21 | 181:5 | 72:18 |
| 33:16 34:2 | 235:7,21 | **S-t-r-z-o-k** | 198:12 | 73:22 |
| 34:23 36:1 | 239:6 | 234:20 | 201:5 | 74:25 76:2 |
| 36:5 37:13 | 240:6,23 | **S-u-r** 7:8,15 | 267:9,13 | 76:10,23 |
| 52:7,24 | 241:5 | **Sacramento** | 268:10,13 | 77:6,14 |
| 53:2,24 | 257:24 | 276:15 | 268:15 | 78:23 |
| 55:7 59:3 | 285:21 | **safety** 43:3 | 272:16 | 79:17 82:5 |
| 60:2 61:11 | **Russian-bot** | 43:9,14,15 | 276:1 | 82:17,25 |
| 65:8 66:4 | 158:5 | 44:4,11,13 | 287:9 | 83:3,5,15 |
| 73:23 | **Russian-...** | 46:4,9,23 | 296:17,21 | 84:17,20 |
| 76:14,16 | 146:24 | 47:18 | 298:12 | 90:24 92:8 |
| 78:22 | **Russian-...** | 48:22 | 301:2,17 | 93:4 94:10 |
| 87:14 89:3 | 174:25 | 55:10,11 | 310:4 | 94:18 |
| 92:20 94:1 | **Russian-...** | 55:12 | **Sauer** 2:6 | 95:10 |
| 95:9 | 35:3 | 135:17 | 4:5 7:2,2 | 96:11,17 |
| 126:25 | **Russian-...** | 152:20 | 8:6 11:14 | 97:14 98:5 |
| 127:11 | 64:15 67:8 | 153:12 | 12:1 14:10 | 102:10 |
| 142:15 | 80:6 89:9 | 217:6,12 | 15:1 18:5 | 103:2,14 |
| 146:7 | 96:8 | 292:11 | 18:20 21:9 | 104:19 |
| 152:3 | 112:17 | 293:4 | 21:13 22:1 | 105:19 |
| 158:10 | 141:15 | **safety/site** | 22:8,11,17 | 106:12 |
| 161:16,23 | 142:15 | 45:12,15 | 22:21 | 112:9 |
| 172:18 | 146:14 | 48:15 | 23:11 | 113:3 |
| 173:5 | **Russian-...** | **sales** 114:24 | 26:17 | 115:4,18 |
| 175:16 | 144:11 | **Salgado** 47:8 | 27:14,21 | 117:15 |
| 176:6 | **Russians** | 125:7,8 | 28:18 | 121:21 |
| 177:22 | 13:21,25 | **Sam** 135:6 | 30:19 31:1 | 122:2,15 |
| 178:5,20 | 15:16 29:5 | 137:5 | 32:25 | 128:17 |
| 180:19 | 29:23 | 138:1 | 33:18 | 129:12,23 |
| 181:15 | 30:14,21 | **Samaradun** | 34:13,21 | 131:5 |
| 182:9,16 | 31:25 | 135:7 | 35:11 | 132:10 |
| 184:8 | 59:24 | **San** 6:7,20 | 36:12 37:1 | 133:19 |
| 185:11 | 63:19 64:1 | 8:12,14,18 | 37:6 38:10 | 137:10 |
| 186:6,16 | 64:1 73:24 | 24:18 25:4 | 41:16,21 | 138:14 |
| 188:5 | 74:18 | 50:12,12 | 43:15,22 | 139:10,18 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 140:10 | 239:2 | 166:18 | **sciences** | **second** 13:18 |
| 141:6 | 240:13 | 190:22 | 48:25 | 16:16  17:6 |
| 143:10 | 241:9,14 | 195:21,24 | **Scott** 2:6 | 29:24 |
| 144:8 | 242:7,12 | 196:3,6 | 7:5 | 51:18 |
| 146:12 | 242:23 | 211:25 | **screen** 28:10 | 52:22 |
| 147:2 | 243:1 | 213:18 | 28:19 | 71:13 |
| 150:15 | 246:6,17 | 220:5 | 51:14 | 86:21 |
| 153:23 | 252:10 | 227:25 | 197:10,15 | 93:18 |
| 154:7 | 256:24 | 244:18 | 216:20 | 107:14 |
| 157:6 | 258:15,20 | 247:16,18 | 241:16 | 128:16 |
| 160:13,25 | 258:22 | 247:22 | 242:21 | 169:10 |
| 162:10 | 259:2,11 | 256:6,13 | 255:8 | 182:3 |
| 164:2,4,9 | 268:4 | 261:11 | 271:7 | 194:13,14 |
| 166:8 | 269:1 | 266:20 | 277:15 | 225:1 |
| 169:3,13 | 270:14 | 270:7,18 | 287:25 | 241:10 |
| 169:20 | 271:1,6 | 304:8 | 292:14,20 | 252:10 |
| 171:2,20 | 274:18 | **says** 38:20 | 298:5 | 276:16 |
| 173:2 | 277:20 | 70:16 | 303:2 | 279:23 |
| 174:14 | 282:16 | 80:20 | **screening** | 294:6 |
| 175:8 | 283:11 | 83:17,19 | 42:17 | 295:15 |
| 176:16 | 287:13,22 | 84:11 | **scroll** 28:14 | **second-h...** |
| 178:24 | 292:13 | 127:10 | 129:12 | 109:23 |
| 179:6,12 | 293:19,21 | 170:21 | 277:20 | **seconds** |
| 179:20 | 294:2 | 171:3,4,13 | 278:25 | 242:22 |
| 180:6,8,15 | 299:16,24 | 217:1,6,8 | 279:15 | **section** 37:7 |
| 184:23 | 300:3,10 | 217:23 | 300:16 | 109:7 |
| 187:12,23 | 300:14 | 225:2 | **scrutiny** | 121:23 |
| 188:14 | 302:21 | 227:8 | 117:8 | 175:18,21 |
| 189:2,10 | 303:4 | 228:2,16 | 131:13 | 184:6,10 |
| 189:15 | 306:11 | 229:15 | **Scully** 25:13 | 184:12,21 |
| 193:5,23 | 308:10,16 | 230:20 | 25:16,19 | 185:1,4,6 |
| 195:12,21 | 309:14 | 232:12 | 26:12,14 | 245:12 |
| 196:16,25 | **save** 298:4 | 243:7 | 26:22  28:2 | 310:14 |
| 197:10,14 | **saved** 298:7 | 244:10,25 | 152:7,10 | **sector** 16:17 |
| 200:5 | 298:10,13 | 245:15 | 152:13 | 18:7  20:10 |
| 201:6 | **saves** 89:5 | 303:5 | 154:13 | 155:6 |
| 202:11,22 | **saw** 50:25 | 304:7 | 212:3,21 | 231:24 |
| 204:25 | 157:1 | **Scandina...** | 221:21,25 | 238:10 |
| 208:7 | 174:12 | 210:9,11 | 278:8 | **sector-e...** |
| 210:15 | 268:21 | **schedule** | 281:16,22 | 105:6 |
| 213:2 | 286:12,15 | 20:2 | **Sean** 200:7 | **secure** 99:1 |
| 214:3 | 301:24 | **scheduled** | 200:15,23 | 295:17 |
| 215:19 | **saying** 10:9 | 300:18 | 201:7 | 302:14 |
| 216:17,24 | 73:10 | **scheduling** | **search** | **secured** |
| 224:18 | 82:14,16 | 288:13 | 111:18 | 81:14 |
| 229:3 | 91:5 | **School** 4:11 | 251:8 | 236:12 |
| 231:10,25 | 106:13 | 10:16,19 | 294:11 | **securely** |
| 233:14 | 131:7 | **science** | **season** 13:15 | 99:11 |
| 234:12,19 | 133:3 | 10:14 | 16:11 | **securing** |

ELVIS CHAN  11/29/2022

|  |  |  |  |  |
|---|---|---|---|---|
| 154:16 | 126:14 | 292:14,19 | **sending** | 271:2 |
| **security** | 127:9 | 293:11 | 232:16 | 292:21 |
| 10:17 | 128:9 | 300:4,18 | 263:22,24 | 304:5 |
| 16:23 | 132:14 | 302:23 | 288:20 | 306:9 |
| 18:17 | 136:2 | 303:2,3,10 | 304:3 | **sentence** |
| 24:12 | 137:18 | 303:23 | 306:12 | 29:1,4 |
| 43:10,13 | 146:3,4 | **seeing** 53:4 | **sends** 264:4 | 35:16 |
| 45:13 | 150:23 | 156:15 | **senior** 16:14 | 37:17 75:7 |
| 46:15 | 152:25 | 201:4 | 45:19 | 75:12 |
| 47:16 48:2 | 165:10,13 | 261:7,16 | 46:16,24 | 77:16 |
| 50:15 54:9 | 169:14 | 285:20,24 | 47:7,10,15 | 84:12 |
| 111:14,21 | 170:1,3,10 | 286:6,21 | 48:13 49:3 | 100:5 |
| 111:25 | 174:8 | 287:6 | 123:11 | 128:15 |
| 112:5 | 196:18 | 300:7 | 125:3,13 | 129:12 |
| 138:4 | 197:8,10 | 306:1 | 131:14 | 141:23 |
| 151:11 | 197:15,17 | **seen** 20:11 | 175:17 | 144:20 |
| 152:16 | 198:1,2,15 | 173:8 | 200:10 | 151:9 |
| 160:9 | 207:2 | 174:11,15 | 222:1,6 | 160:25 |
| 161:9 | 216:24 | 207:8 | 237:25 | 170:3 |
| 170:22 | 217:22 | 278:19,20 | 246:4 | 219:22 |
| 171:7 | 218:1,4 | 278:24 | **senior-** 46:7 | 221:5 |
| 200:9 | 219:4 | **seizure** | **senior-l...** | 224:20 |
| 201:19 | 221:5 | 249:19 | 25:10,11 | 225:1 |
| 202:7 | 223:5 | 250:4,24 | 44:16 | 227:7,8 |
| 217:25 | 225:25 | 251:7,9,13 | 123:6,9 | 245:15 |
| 218:1 | 227:11 | 252:4 | **sense** 220:13 | 273:23 |
| 231:1,6,11 | 228:10 | **Select** 79:24 | **sensitive** | **sentiment** |
| 231:15,24 | 230:1 | 116:12,13 | 20:19 21:4 | 209:20 |
| 278:18 | 231:2 | 116:15 | 21:17 | 222:14,19 |
| **see** 28:15,17 | 241:14,17 | **selector** | 283:25 | **Sentinel** |
| 28:18,20 | 241:17,19 | 100:16 | **sensitivity** | 289:19,24 |
| 28:22,23 | 241:22 | **selectors** | 243:19 | 290:9 |
| 28:24 29:3 | 242:24 | 30:2,4 | 245:20 | 291:25 |
| 35:20 37:3 | 243:2,5,22 | 32:22 33:5 | 247:6 | 292:1 |
| 37:4,10 | 243:23 | 113:8,10 | 255:11 | **separate** |
| 38:17 51:5 | 245:20,21 | 199:10 | **sent** 27:12 | 97:12 |
| 51:14,17 | 247:9,25 | **self-del...** | 90:9 | 121:5 |
| 51:20,22 | 252:3 | 297:23 | 112:11 | 131:15 |
| 55:23,25 | 255:8 | 298:2 | 127:13 | 280:10 |
| 65:13,15 | 259:2,4 | **Senate** 4:21 | 161:12 | 295:9 |
| 67:4 69:7 | 261:6,10 | 116:13 | 165:2 | 305:4,5 |
| 77:23 | 261:22 | 117:24 | 196:24 | **separately** |
| 78:24 79:2 | 262:11,23 | 241:21 | 197:11 | 135:12 |
| 81:1,2,16 | 266:7 | **send** 27:11 | 198:23 | **separatist** |
| 83:19 | 271:6,14 | 98:25 99:3 | 232:15 | 69:19 |
| 84:18 85:4 | 272:2,5,7 | 101:20 | 266:5 | **September** |
| 86:25 | 277:14 | 107:23 | 267:3,4,9 | 4:14,16 |
| 114:18 | 279:16,17 | 265:12,19 | 268:10,13 | 10:20 |
| 126:7,9,12 | 280:2,3,7 | 296:1 | 268:15 | 11:19 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 151:10 | **session** 77:3 | 106:2 | 36:23 | 100:5 |
| 155:12 | 141:2 | 108:6,8 | **sharing** | 219:16 |
| 292:17,22 | 234:11 | 112:7,25 | 16:17 17:7 | **shortened** |
| **series** | **sessions** | 113:24 | 17:15,15 | 29:22 |
| 128:11 | 96:19 | 120:19 | 17:18,22 | **shorthand** |
| 279:8 | **set** 4:18 | 131:20 | 17:25 18:9 | 6:6 88:3 |
| **seriously** | 27:17 31:8 | 136:4,9 | 18:10,18 | 310:7 |
| 114:20 | 31:9,13 | 137:9 | 18:21 | **shortly** |
| 115:1 | 109:17 | 138:2 | 29:11,14 | 172:20 |
| **serve** 199:5 | 181:12 | 152:19 | 29:16 32:4 | 192:11,14 |
| 266:8 | 182:8,12 | 197:11,16 | 32:10 | 219:3,11 |
| **server** | 182:18 | 213:16 | 33:20 34:1 | 219:13,25 |
| 195:22 | 258:16 | 216:20 | 35:19,22 | 220:18 |
| 198:15,21 | 279:25 | 241:16 | 36:17 | 221:11 |
| 198:23,24 | 297:5 | 255:8 | 37:19,24 | 241:25 |
| 199:8,17 | **sets** 150:6 | 258:23 | 39:1 50:8 | 244:19 |
| **servers** | 177:12,21 | 271:7 | 88:20 | **shortt@a...** |
| 13:12 | 181:7 | 273:12,20 | 96:19 97:6 | 3:7 |
| **service** | 204:4 | 274:13 | 100:12 | **shots** 298:5 |
| 43:24 | **setting** | 277:13,15 | 103:22 | **show** 139:23 |
| 49:11,20 | 120:21 | 283:16,17 | 128:22 | 216:17 |
| 90:23 91:1 | 288:6 | 292:14,20 | 130:16 | 241:9 |
| 91:22,24 | 291:17,18 | 296:23 | 136:10 | 244:21 |
| 92:1,6,9 | **seven** 24:5 | 300:11 | 160:3 | 271:1 |
| 92:19 93:9 | 50:9 | 302:24 | 171:5 | 287:23 |
| 93:19 | 101:22 | 308:23 | 198:4 | **showed** 27:7 |
| 129:8,19 | 288:12 | **shared** 16:18 | 232:13,15 | 278:14 |
| 130:5,22 | **seventh** | 19:1 29:24 | 273:25 | **showing** 11:7 |
| 132:2 | 293:10,19 | 31:10 | 274:6 | 169:9,13 |
| 138:5 | 293:20 | 42:15 | 300:22 | 196:16 |
| 153:18 | **shake** 182:6 | 50:23 62:3 | 302:1 | **shows** 66:22 |
| 165:13 | **shaking** 10:2 | 78:9 88:7 | 304:23 | **shut** 37:21 |
| 166:7,10 | **Shane** 46:24 | 100:22 | 305:7 | 37:25 38:5 |
| 205:7,25 | 47:3 125:9 | 103:7,13 | **sheer** 84:11 | 76:5,17 |
| 206:4,6,8 | **share** 28:19 | 130:19,20 | 84:21 | 87:8 |
| 206:19 | 30:18 | 143:1 | **SHEET** 313:1 | **side** 23:21 |
| 235:7 | 33:13 35:8 | 156:13 | **sheets** | 24:7 25:8 |
| 248:3,25 | 50:21,22 | 160:6 | 312:10,14 | 34:1 44:13 |
| 249:4,25 | 50:24 51:2 | 166:19 | 312:17 | 46:14,24 |
| 250:19 | 51:14 | 167:1 | **Shelby** 222:7 | 47:12,18 |
| 252:7,13 | 88:13,25 | 208:5 | **Sherrer** | 48:15,22 |
| 252:23 | 89:22 | 209:20 | 46:17 | 87:25 |
| 253:23,25 | 92:21 95:8 | 222:19 | 124:18,19 | 110:6,6,20 |
| 262:16 | 98:7,10 | 232:2 | 124:20 | 111:21 |
| 267:21,22 | 99:24 | 287:8 | **shift** 162:22 | 112:5 |
| 274:2,3,8 | 102:8,15 | 304:21 | **shifted** 29:5 | 120:24 |
| **SES** 109:23 | 102:16,24 | **shares** 29:19 | **shifts** 144:7 | 124:3 |
| 179:5 | 103:11 | 32:16 | 307:10 | 153:16 |
| 302:19 | 104:10 | | **short** 3:6 | 161:10,10 |

172:10
191:20
224:12
280:13
**Siegel** 124:2
**sign** 81:15
312:14
**Signal**
295:12,22
296:15
297:5,12
297:13,23
298:1,6,9
298:12,16
298:20
299:17
302:3,8,10
**signature**
312:10,14
312:18
313:25
**significant**
85:8
132:11
**similar** 63:6
93:7 94:25
101:15
110:21
174:8
205:22
212:14
222:14
288:16
294:17
**similari...**
95:8
**Sincerely**
312:21
**single** 98:18
112:15
**sir** 8:10
61:23
189:3
259:2
**site** 43:9,16
44:11
45:17 46:8
46:23
47:18

48:21
97:24
142:2,15
144:10,11
144:14,16
144:21,24
145:4,5,7
145:9,11
145:17,19
146:2,13
153:12
217:4,8
230:21
232:12
293:4
**sites** 13:23
14:4,19
15:4 77:20
78:2
142:19
143:9,13
146:18
251:7
**situation**
143:22
146:5
248:4,16
250:19,20
251:6
264:9,11
264:12
265:5,20
**situations**
64:15
212:17
297:17
**six** 100:24
108:16
194:10
219:14,15
220:6
236:5
288:11
**size** 73:1
**skills**
208:12
**skip** 78:23
**Skype** 236:8
**slash** 81:2

**Slipping**
284:23
**slotting**
54:1
**slowly** 10:7
**smaller**
51:16
**Smith** 76:12
**Smith's**
76:18
**social** 4:12
11:5 12:4
12:6 13:20
13:24 14:2
14:3,22
15:3,5,15
17:16,20
18:18,25
23:20 29:9
29:19 30:5
30:13,22
31:11,23
32:4,11,12
32:17,18
33:5 35:17
35:23
36:17
37:20
39:19,19
41:6,17
42:3,8
43:2 49:8
50:23
59:18,23
60:3,6
61:1,5,20
63:15
64:12 69:6
69:14 70:5
71:15,16
71:21,24
72:9,10
75:14
77:18 80:1
80:3,8
82:7 84:12
84:21
85:15,16
87:5,13

94:6 95:20
96:4,20,25
97:8 99:14
99:18
100:20
101:21
105:10,24
106:14,22
107:16,24
108:22
110:20
111:2,3
112:8
113:10
114:22
116:17
117:16
118:3,5,7
119:10,15
119:25
120:3,11
121:4
122:16,17
122:18
123:17
127:5,19
131:23
133:5,15
135:11,21
135:24
136:3,15
137:3,12
137:24
138:16
140:1,8
143:8,10
143:12
144:9,22
145:10
146:13,16
146:19
147:2,24
151:3
153:10,15
154:3,10
156:11,13
159:16
160:7,8,18
161:10

162:23
163:16
165:6,10
165:12
166:3
168:19,20
168:22,25
172:24
173:3,18
176:10
177:18,25
180:18
181:3,10
182:10,13
183:3
187:6
189:20,25
190:15,21
190:24
191:19
192:2,9
204:3,10
204:13
205:2,5,6
209:5,11
209:13
210:12,15
210:20
213:11
215:23
216:1,7,10
218:16
222:11
223:4
225:5,14
225:21
227:15
234:4
241:6
248:14,17
249:12
250:6,12
252:16,20
255:22
256:18
261:17,23
261:24
262:10,13
262:14,18

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 265:2,21 | **someone's** | 283:20 | 168:21 | 110:23 |
| 266:12 | 266:20 | 307:20 | 257:2,12 | 116:2 |
| 267:14,19 | **soon** 272:11 | **sorts** 59:23 | 257:13,15 | 124:10 |
| 269:19 | **sorry** 6:11 | 94:25 | 257:17,19 | 129:18 |
| 270:14 | 30:8 31:2 | 109:20 | 257:22 | 139:4,11 |
| 273:3,9,17 | 40:12 | 121:13 | 258:2 | 151:16 |
| 273:25 | 48:10 | 136:23 | **specific** | 153:7 |
| 275:21 | 52:16 55:3 | 139:8 | 14:15 | 154:5 |
| 279:3 | 82:24 | 140:2 | 31:22,22 | 162:17 |
| 280:19 | 95:24 | 285:23 | 32:5 60:12 | 164:16 |
| 283:21 | 104:10 | 286:5 | 90:4 96:6 | 168:8 |
| 285:12,22 | 106:4 | **sound** 210:8 | 96:7,25 | 173:14 |
| 286:2,25 | 107:1 | **sounded** | 97:7 99:18 | 174:11 |
| 287:3 | 110:22 | 210:11 | 100:19 | 178:10 |
| 288:5,12 | 116:11 | **sounds** 114:8 | 123:2 | 186:19 |
| 289:21,25 | 120:14 | 136:13,21 | 154:25 | 188:14 |
| 290:10 | 123:7 | 212:12 | 173:23 | 201:15 |
| 291:13 | 148:13,22 | 231:23 | 190:3 | 202:12 |
| 293:2 | 161:22 | 288:9 | 192:10,19 | 205:19 |
| 294:19,23 | 177:6 | **source** 33:4 | 199:10 | 207:21 |
| 295:11 | 179:16 | 75:18 | 203:14 | 212:7,11 |
| 296:12 | 180:7 | 85:25 | 212:17 | 220:12 |
| 297:8,15 | 183:15 | 145:14 | 222:20 | 227:25 |
| 297:20 | 196:23 | 146:14 | 226:10 | 228:22 |
| 298:9,14 | 207:20 | 163:14 | 232:19 | 231:12 |
| 298:24 | 218:4 | **sourcing** | 245:3 | 245:11 |
| 306:25 | 253:16 | 230:25 | 248:13 | 249:3 |
| 307:19 | 259:9 | **sow** 61:12 | 268:16 | 257:13,15 |
| **software** | 265:18 | 141:19 | 282:12 | 257:25 |
| 72:22,23 | 283:15 | **sowing** | 283:16,21 | 261:13 |
| 136:1 | 288:13 | 286:16 | 291:12 | 268:8 |
| **Solarium** | 292:23 | **spam** 90:5 | 296:2 | 269:2,3 |
| 159:7 | 293:16 | 99:5,6 | 297:2 | 271:22 |
| **sole** 11:15 | 294:9 | **spanning** | 306:20 | 275:10 |
| **solely** 189:8 | **sort** 15:21 | 237:1 | **specific...** | 276:1 |
| 189:11 | 22:7 30:20 | **speak** 120:22 | 12:4,7 | 277:1 |
| **solution** | 44:9 67:11 | **speaking** | 13:5 17:21 | 280:14 |
| 250:7 | 67:12 | 59:25 | 18:16 | 295:3,6 |
| 252:5,11 | 72:12 | 69:21 | 25:12 | 296:17 |
| **solutions** | 85:13 | 94:22 | 29:19 30:1 | 303:14 |
| 252:3,8 | 105:9,15 | 186:2 | 31:14,19 | 308:8 |
| **somebody** | 121:10 | 235:16,17 | 32:9 35:22 | 309:4 |
| 7:13 | 138:10 | 243:4 | 38:23 | **specificity** |
| 112:18 | 149:18 | 253:22 | 42:14 44:5 | 164:6 |
| 264:25 | 159:21 | 271:24 | 45:5 62:19 | 304:16 |
| 266:19 | 166:8 | **speaks** | 80:10 | **specifics** |
| 267:24 | 187:9 | 110:10 | 85:14 91:7 | 114:6 |
| **somebody's** | 248:16 | **special** 8:11 | 91:11 | 166:17 |
| 139:12 | 261:19 | 65:22 87:1 | 105:15,16 | 172:13 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 195:14 | **spell** 58:12 | 301:4 | 52:1 53:23 | **state-sp...** |
| 235:16 | 124:19 | **staffer** | 54:2 55:21 | 14:5 33:16 |
| 251:12 | 181:25 | 123:9 | 56:11 | 34:23 |
| 253:21 | 210:2 | **staffers** | 57:25,25 | 39:10,13 |
| 254:10 | **spelling** | 117:20,24 | **Star** 275:6,7 | 52:20 60:2 |
| 282:22 | 124:20 | 118:8,15 | **Starbird** | 95:7,8,9 |
| **speculate** | **spellings** | 118:24 | 55:24 56:2 | 187:4 |
| 115:17 | 183:11 | 119:9,22 | 58:20 | 285:21 |
| 304:6 | **spent** 169:6 | 119:24 | **start** 41:21 | 307:24 |
| **speculating** | **spoke** 210:20 | 120:9 | 41:22 44:7 | **stated** |
| 115:10 | 210:24 | 121:2,3,4 | 197:14 | 128:11 |
| **speculation** | 211:1 | 121:7 | **started** 23:5 | 191:4 |
| 34:6,20 | 212:2 | 122:23 | 171:17 | **statement** |
| 35:7 36:8 | 236:17 | 123:4,6,13 | 177:12 | 127:17,22 |
| 41:14 48:7 | 283:4 | 123:15,19 | **starters** | 225:17 |
| 49:14 50:1 | **spreadsheet** | 124:5 | 123:25 | 245:21 |
| 57:22 61:9 | 100:17 | 125:17 | **starting** | 260:18 |
| 63:23 | 101:2 | 127:13 | 116:15 | 264:6 |
| 67:15 68:5 | 112:11 | **stage** 122:10 | 170:3 | 273:16 |
| 68:17 69:1 | **squad** 105:6 | **Stamos** 54:4 | 261:3 | **statements** |
| 70:14 71:9 | 106:1 | 54:5 55:6 | 272:2 | 122:21 |
| 72:15 | 107:20,21 | 57:20,25 | **state** 1:6 | **states** 1:1 |
| 73:19 | 193:9,13 | 58:5,8 | 3:3 6:8,14 | 7:15 19:7 |
| 74:22 | 193:14,17 | **stamp** 267:12 | 7:3 8:7 | 19:10 34:4 |
| 76:22 | 194:20 | **stance** | 16:24 19:2 | 84:22 |
| 78:19 82:1 | 198:7,10 | 159:10,11 | 134:15 | 141:21 |
| 104:15 | 198:11,13 | **stand** 121:24 | 136:4 | 154:25 |
| 114:16 | 198:18,20 | 168:14 | 138:24 | 162:19 |
| 115:15 | 198:20 | 303:15 | 139:14,20 | 170:6 |
| 117:12 | 235:10 | **standard** | 139:22 | 194:1,17 |
| 137:1 | 251:13 | 19:5 98:9 | 140:3,7 | 196:21 |
| 138:21 | 257:21,25 | **standards** | 156:22 | 240:16 |
| 150:11 | **squads** 105:5 | 90:16,23 | 190:5 | 241:20 |
| 153:21 | 106:25 | 92:7,10 | 202:9 | 269:9,10 |
| 160:22 | 107:2 | 129:19,22 | 209:2 | 285:16 |
| 213:1 | 108:5,16 | 205:7 | 219:2,8,24 | **statistic** |
| 215:17 | **ss** 310:3 | **standing** | 226:8,10 | 148:25 |
| 224:4 | **SSCI** 116:2,9 | 22:18 | 227:18 | **statistics** |
| 228:20 | 116:9,13 | 143:3 | 259:5 | 241:3 |
| 231:8,19 | 118:8 | **standpoint** | 265:22 | **status** 214:5 |
| 240:10 | 119:6,8,17 | 15:6 | 269:8,16 | 239:22 |
| 245:25 | **St** 2:22 | 137:21 | 283:1 | **statute** |
| 246:11 | 265:24 | 174:10 | 285:16 | 270:2 |
| 274:11 | 266:6,24 | 211:18,21 | 310:2,8 | **stay** 69:4 |
| 299:12 | 267:1 | 272:16 | 312:5 | 82:6 83:9 |
| 304:13 | 312:19 | **stands** | 313:2 | 249:23 |
| 305:3 | **staff** 16:14 | 145:23 | 314:1 | **stealing** |
| **speech** | 141:25 | 279:10 | **state-** | 59:9 |
| 262:11 | **staffed** | **Stanford** | 172:15 | **steer** 70:19 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| stenogra... | 86:23 | subjects | 188:4,15 | 257:1,5,7 |
| 310:23 | 108:8 | 149:15 | 188:20 | supporting |
| step 68:9 | 156:14,24 | submit 263:2 | 189:18 | 154:17 |
| steps 50:6 | 278:23 | submitted | 190:1,14 | suppose |
| 73:14 | 283:12,15 | 263:16 | 190:23 | 60:24 |
| 204:15 | 287:5 | 265:9 | 202:13 | 68:21 |
| 232:6 | strategi... | 268:22 | 234:9 | 74:16 |
| Steven 124:2 | 16:18 | subpoena | 245:8 | 76:12 |
| Stevrud | 108:6 | 266:8 | suggested | supposed |
| 210:9 | Street 2:5 | subpoenas | 191:7 | 143:7 |
| Stewart | 2:11,17 | 111:18 | 206:4,5 | suppress |
| 135:6,7 | 3:5,10 | subscribe | 243:18 | 23:4 |
| 136:21 | 312:3,19 | 314:10 | 245:19 | Sur 2:12 4:6 |
| 137:5 | strings | Subsection | 247:5 | 7:7,8,14 |
| 138:2 | 32:18 | 69:13 | 255:10 | 7:15 11:25 |
| sticking | 36:23 | Subsector | 302:10 | 14:9,20 |
| 77:14 | strive 127:7 | 284:13,17 | suggesting | 18:3,13 |
| 308:5 | 127:21 | subsequent | 106:5 | 22:5,10,25 |
| stolen 235:6 | strong 227:5 | 199:11,11 | 241:4 | 23:1,7,17 |
| stood 167:24 | stronger | 199:16 | suggestion | 26:16 27:5 |
| 216:2 | 255:16 | subset 66:7 | 34:11 | 27:19 |
| stopped | strongly | 149:4 | Suite 2:17 | 28:16 |
| 89:23 | 224:8 | 150:1,13 | 3:10 | 30:16,24 |
| 272:9 | Strzok | 254:19 | summarize | 32:15 |
| 299:17 | 234:19 | 281:7 | 31:17 | 33:11 34:5 |
| stored | 235:9,12 | substance | summarized | 34:19 35:6 |
| 291:23 | 237:19,21 | 289:9,12 | 144:6 | 36:7,19 |
| 292:1 | 238:3 | 314:7 | summary 37:7 | 37:5 41:13 |
| stories | 239:5,14 | substantive | 100:5 | 41:19 43:4 |
| 215:1 | 239:18 | 129:2,14 | 147:10 | 43:19 |
| 243:25 | studies | 129:16,24 | 290:8 | 44:25 48:6 |
| story 141:24 | 10:17 | 133:11 | 291:5,6 | 49:13,25 |
| 155:5 | study 87:3 | 136:14 | summer | 50:10 |
| 156:1 | stuff 73:16 | 157:3 | 275:16 | 51:11 |
| 213:21 | 75:13,17 | 289:14,21 | Sundar | 56:18 |
| 214:1,16 | 75:19 | substant... | 116:25 | 57:21 61:8 |
| 214:19 | 131:6 | 283:4 | super 31:5 | 63:4,22 |
| 232:7,24 | 147:24 | success 64:3 | Superior 2:4 | 64:20 |
| 233:5,6 | 159:21 | 64:11 | supervisor | 65:11 |
| 234:2 | 252:17 | 144:25 | 193:9,14 | 67:14 68:4 |
| 252:14 | style 205:20 | 167:5,7,9 | 257:8 | 68:16,25 |
| 253:9 | subcommi... | 167:12 | supervisors | 69:23 |
| 308:15 | 284:9 | successful | 106:1 | 70:13 71:8 |
| strategic | subject | 223:20 | 107:9,10 | 72:14 |
| 29:21 | 180:3 | 224:15 | 107:19 | 73:18 |
| 30:12 | 187:9 | 225:10,13 | supervis... | 74:21 |
| 31:10,16 | 215:1 | suddenly | 106:24 | 75:23 76:8 |
| 31:17 | 223:1,15 | 247:20 | 107:2 | 76:21 77:1 |
| 50:25 | 303:5 | suggest | supervisory | 77:8 78:18 |

| | | | | |
|---|---|---|---|---|
| 79:13 | 179:16 | **sure** 9:15 | 302:15,16 | 103:23 |
| 81:25 | 180:4,7,9 | 14:11,12 | **systems** | 104:2,4,7 |
| 82:24 83:4 | 187:8,15 | 28:20 | 59:13 | 112:6 |
| 83:6 84:15 | 188:6,22 | 47:14,25 | | 113:19,25 |
| 84:19 | 189:9 | 58:15 73:5 | **T** | 114:19,22 |
| 90:20 92:3 | 193:2,19 | 73:8 88:20 | **T-h-i-b-...** | 115:1,9,19 |
| 92:16 94:8 | 194:25 | 112:15 | 256:20 | 137:15 |
| 94:16 95:5 | 196:23 | 151:25 | **table** 65:15 | 142:13 |
| 97:10 98:3 | 197:6,12 | 152:12 | 86:13 | 143:12,19 |
| 102:1,21 | 199:22 | 169:4 | 147:9 | 150:8 |
| 103:4 | 200:17 | 182:1 | **tactical** | 160:13 |
| 104:14 | 201:24 | 218:9 | 16:19 | 163:4 |
| 106:4 | 202:16 | 272:22 | 29:25 30:1 | 166:12 |
| 111:7 | 204:17 | 273:9,18 | 31:16,21 | 171:9 |
| 112:20 | 208:2 | 294:5 | 32:1 42:14 | 219:9 |
| 114:15 | 210:14 | **surface** | 96:4,21,24 | 220:9 |
| 115:14 | 212:25 | 138:9 | 97:8 98:15 | 223:24 |
| 117:11 | 213:23 | **surmise** | 99:8,12 | 227:22 |
| 121:11,24 | 215:17 | 306:16 | 108:9,12 | 228:3 |
| 122:9 | 224:3 | 307:5 | 111:1 | 242:3 |
| 132:5 | 228:19 | **Suruchi** | 283:12,17 | 249:9,13 |
| 133:13 | 231:7,18 | 48:13 | **tactical...** | 249:18,18 |
| 136:25 | 233:7 | **Surveill...** | 32:5 | 250:1,4,4 |
| 137:25 | 234:8 | 111:23 | **tactics** 29:5 | 250:14,21 |
| 138:20 | 238:23 | **suspending** | 29:22 | 250:22 |
| 139:16 | 240:9 | 232:3 | 143:23 | 251:3,9,11 |
| 142:25 | 242:10,20 | **suspicion** | **TAD-KDM** 1:9 | 251:17 |
| 144:4 | 242:25 | 243:20 | **take** 10:8 | 252:6,11 |
| 146:9,20 | 245:24 | 247:7,13 | 14:6 21:8 | 252:17 |
| 150:10 | 246:10 | 247:21 | 30:11 | 254:1,3,9 |
| 153:20 | 251:23 | 255:25 | 32:24 33:9 | 262:2,5,13 |
| 154:1 | 258:19,21 | 256:5 | 33:13,19 | 262:19 |
| 156:19 | 259:9 | **Sussmann** | 33:22 | 269:21 |
| 159:24 | 268:2,20 | 194:17 | 34:10,16 | 270:16 |
| 160:21 | 270:4 | 196:22 | 34:24 35:4 | 274:4,16 |
| 162:6 | 271:3 | 197:20 | 35:12 | 278:21 |
| 163:25 | 274:10 | 198:3,9 | 43:23 61:4 | 286:17,25 |
| 164:3,7 | 277:17 | **swing** 240:16 | 61:19 | 287:1 |
| 166:1 | 282:8,18 | **switch** | 63:14 64:2 | 291:3 |
| 168:23 | 293:16,20 | 219:14 | 64:23 66:7 | 296:4 |
| 169:10,18 | 293:23 | **sworn** 8:3 | 67:6 70:9 | 299:16 |
| 170:25 | 299:11 | 228:2,8 | 71:2 72:9 | **takedown** |
| 171:15 | 300:2,7 | 310:15 | 73:13,22 | 76:17 |
| 172:21 | 302:19 | **sync** 291:14 | 74:10 77:4 | 118:18 |
| 174:1 | 303:1 | **synopsis** | 79:3 87:16 | 126:24 |
| 175:2 | 306:7 | 12:2 | 90:13 | 132:13 |
| 176:13 | 308:13 | **system** | 93:25 | **takedowns** |
| 178:24 | 309:9,13 | 289:18,20 | 98:13 | 29:11 |
| 179:4,10 | 312:4,7 | 292:2 | 102:19,25 | 32:10,11 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 35:19,24 | 249:6 | 131:22 | 110:8 | 129:15 |
| 36:17 | 251:15 | 144:13 | 170:24 | **telephone** |
| 68:22 | 287:17 | 155:19 | 184:22 | 89:2,3 |
| 114:9,20 | 312:8 | 170:13,18 | 207:2 | 296:22 |
| 115:3,6,20 | 313:3 | 236:16 | 250:16 | **Teleporter** |
| 116:19 | **talk** 10:7 | 247:17 | 276:2 | 99:3,4,7 |
| 117:10 | 23:3 37:7 | 259:24 | 303:14 | 99:10,25 |
| 125:20 | 50:4 53:12 | 277:23 | 309:1 | 101:23 |
| 128:24 | 64:9,17 | 278:5,6 | **team** 43:11 | 107:23 |
| 130:17 | 69:13 75:3 | 280:5 | 44:4 48:3 | 108:4 |
| 131:4 | 79:4,10 | 288:7 | 85:6,11 | 112:11 |
| 132:12 | 87:11 | **talkers** 10:6 | 145:2 | 295:16 |
| 133:21 | 107:24 | **talking** 13:6 | 170:23 | 296:6,22 |
| 147:10 | 118:24 | 38:19 | 217:8 | 297:13 |
| 148:21,22 | 122:16,17 | 39:21 | 230:21 | 298:21,22 |
| 149:10 | 122:18 | 44:10 70:9 | 232:12 | 299:4 |
| 150:7 | 124:1,6 | 94:3 95:10 | 257:17 | 302:3,8,12 |
| **taken** 12:6 | 132:11,22 | 95:11 | 300:6 | 306:13 |
| 16:15,16 | 134:11 | 107:15 | 302:25 | **tell** 8:3 |
| 22:14 | 149:9 | 112:13 | **teaming** | 15:8 20:21 |
| 33:17 34:2 | 150:24 | 133:4 | 56:13 | 48:10 88:1 |
| 37:18 | 154:18,21 | 154:19 | **teams** 43:3 | 88:2 89:8 |
| 64:12 | 159:13 | 159:21 | 43:16 | 89:10 90:1 |
| 68:23,24 | 175:15 | 177:11,13 | 153:13 | 90:1,3 |
| 69:10 76:5 | 182:12 | 194:9 | **tech** 4:21 | 97:25 |
| 77:11 | 191:16 | 197:9 | 27:4 128:2 | 103:24 |
| 81:21 90:6 | 231:25 | 218:22 | 241:20,24 | 104:12 |
| 96:14 | 237:20 | 228:4 | 259:23 | 113:17,23 |
| 103:16 | 239:2 | 231:14,23 | 260:2 | 114:1,3,4 |
| 104:18 | 240:13,14 | 246:5 | 279:7 | 114:7 |
| 106:9 | 280:16 | 260:8 | 302:7,9 | 120:9,11 |
| 114:2 | 283:1 | 262:6 | **technical** | 120:16 |
| 127:6,20 | 285:15 | 270:17 | 106:6 | 151:19 |
| 130:7 | 288:18 | 273:1 | **technically** | 161:20 |
| 131:6 | 289:4 | 275:24 | 209:13 | 172:6,17 |
| 133:12,25 | 299:7 | 290:17 | **techniques** | 192:9 |
| 134:2,7 | **talked** 49:7 | 300:16 | 112:3 | 201:21 |
| 136:15 | 54:16 56:4 | **talks** 231:5 | 195:6,14 | 204:25 |
| 139:13 | 56:6,9 | 255:9 | **technolo...** | 236:21 |
| 140:16 | 57:1 65:5 | 279:1 | 87:25 | 245:11 |
| 142:13,16 | 68:22 71:4 | **targeted** | **technolo...** | 253:5 |
| 147:4,6,13 | 84:9 86:4 | 14:8 | 270:22 | 256:3,8 |
| 160:18 | 89:17 | 173:15 | **technology** | 258:17 |
| 165:11,14 | 95:12 | 201:17 | 87:21 90:4 | 260:10 |
| 166:5,24 | 97:23 | **targeting** | 136:19 | 270:9 |
| 167:3,10 | 105:25 | 80:16 | 204:21 | 293:13 |
| 167:13 | 107:11 | 84:22 | 272:17 | **telling** |
| 180:12 | 123:21 | **task** 24:16 | 273:6 | 296:12 |
| 234:16 | 127:14 | 38:23 39:7 | **technolo...** | **ten** 110:8,16 |

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 113:25 | 134:18 | **thereof** 6:5 | 256:19,19 | 69:3 71:13 |
| 163:9 | **testified** | **thereon** | **thing** 30:8 | 74:3 75:5 |
| **tend** 207:15 | 8:5 59:2 | 314:9 | 52:22 61:1 | 82:5 84:3 |
| **tens** 101:19 | 96:20 | **thesis** 4:11 | 67:11,12 | 84:7 87:11 |
| **tenth** 300:1 | 131:14 | 10:24 11:2 | 176:2 | 89:24 |
| 300:2 | 156:4 | 11:9,13,22 | 261:5 | 91:18 |
| **term** 30:3 | 164:2 | 12:2 13:3 | 295:24 | 98:21 99:6 |
| 131:1 | 180:17 | 13:17,19 | 299:16 | 99:17 |
| 294:9 | 260:2 | 14:1,16,21 | **things** 9:25 | 101:21 |
| **terms** 18:18 | 269:21 | 14:21 | 23:12 | 106:12 |
| 43:24 | 283:12 | 15:23,25 | 43:18 45:4 | 115:4,23 |
| 49:11,20 | 293:1 | 16:21 | 48:18 | 118:21 |
| 70:1 90:23 | 306:19 | 17:12,19 | 50:11 | 122:20 |
| 91:1,22,24 | 308:14 | 17:21 | 61:20 62:1 | 123:9 |
| 91:25 92:6 | **testify** | 28:10 29:4 | 71:20,22 | 129:5 |
| 92:9,19,22 | 116:22 | 32:9 36:14 | 73:14 97:1 | 133:19,24 |
| 93:9,19 | 117:1 | 37:7 50:4 | 99:14 | 137:20 |
| 112:23 | 128:2 | 51:7 53:7 | 104:12 | 138:13 |
| 121:20 | 131:25 | 56:8 58:23 | 108:2 | 139:20,21 |
| 129:7,18 | 241:24 | 59:4,14,19 | 111:3 | 139:24 |
| 130:5,21 | **testifying** | 63:16 64:2 | 114:24 | 147:16 |
| 132:2 | 23:23 | 64:9 69:12 | 115:19 | 148:11 |
| 153:17 | 169:7 | 77:15 | 125:16 | 152:16 |
| 165:13 | **testimony** | 78:25 | 130:6,6 | 155:19 |
| 166:7,10 | 4:21 36:20 | 79:19 | 201:3 | 156:7 |
| 195:13,16 | 49:14 | 84:16 86:1 | 210:13 | 165:20 |
| 205:7,25 | 83:24 | 87:11 94:4 | 230:24 | 171:21 |
| 206:3,6,7 | 208:3 | 94:24 97:4 | 258:23 | 172:10 |
| 206:19 | 230:7 | 126:5 | 269:3 | 176:18 |
| 248:3,25 | 241:21 | 128:7 | 274:19 | 177:11 |
| 249:4,25 | 243:15,24 | 132:21 | 295:22 | 180:23 |
| 250:19 | 245:16,23 | 134:10 | 296:8 | 183:22 |
| 252:7,12 | 246:2,5 | 141:7,10 | 299:14 | 186:21 |
| 252:22 | 255:9 | 144:7,20 | 306:21 | 189:15 |
| 253:23,25 | 259:24 | 147:8,16 | **think** 10:5 | 195:9 |
| 262:15 | 267:17 | 147:22 | 11:18 | 209:19 |
| 267:21,22 | 310:23 | 148:2,6,18 | 12:25 13:9 | 214:11 |
| 274:2,3,8 | 311:1 | 150:22 | 16:11,21 | 221:21 |
| **terms-of...** | **text** 51:8 | 151:8 | 17:6 19:17 | 224:18 |
| 93:2 | **texts** 304:8 | 157:7 | 19:19 22:6 | 225:11 |
| 130:24 | **Thank** 22:21 | 161:16,23 | 24:5 31:23 | 227:17 |
| 167:13 | 77:8 114:4 | 169:6 | 32:8 50:9 | 228:18 |
| 248:15 | **thanks** | 240:13,19 | 51:12 | 229:8,15 |
| **territory** | 103:15 | 240:22 | 54:23,25 | 234:11 |
| 25:4 50:13 | 243:6 | 241:23 | 54:25 | 240:14 |
| 58:1,4,18 | 304:1 | 286:11 | 56:24 59:5 | 241:3 |
| 164:22 | **Thanksgi...** | **they'd** 49:19 | 59:17 64:9 | 242:2,18 |
| 169:2 | 307:17 | 236:11 | 64:14,16 | 247:23,24 |
| **terrorist** | **themes** 70:19 | **Thibault** | 65:21,21 | 249:16 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| 251:1 | 85:1 | 8:19 19:21 | 275:2,22 | 32:21 |
| 252:24 | **thousands** | 24:2,4 | 294:16,21 | 45:20 |
| 253:12 | 64:16 | 26:24 28:5 | 299:8,10 | 87:20,20 |
| 254:2,6 | 93:12 | 42:24 | 306:2 | 92:6 |
| 256:7 | 101:5,6 | 46:16 | 307:16,17 | 118:13 |
| 262:12 | **thread** | 48:19 | **timeline** | 123:19 |
| 268:6 | 289:10 | 53:14 54:8 | 32:8 | 132:19 |
| 272:23 | **threat** 264:2 | 60:18 77:7 | **times** 97:18 | 135:12 |
| 273:1 | 264:3,7,25 | 89:20 | 98:22 | 147:3 |
| 278:5 | 285:18,19 | 100:10,11 | 100:24 | 149:2,5 |
| 288:23 | 292:10 | 102:14 | 101:9,14 | 150:16 |
| 289:8 | **threat-t...** | 114:7 | 102:16 | 164:4 |
| 291:2 | 264:12 | 120:6 | 117:4 | 173:4 |
| 294:15,25 | **threats** 52:6 | 125:12 | 131:25 | 176:10 |
| 295:1 | 52:8,10,13 | 130:12 | 155:5 | 215:21 |
| 296:11,25 | 52:14,15 | 162:18 | 156:1 | 216:12 |
| 297:4 | 52:18 54:1 | 163:2,6,23 | 167:10 | 222:24 |
| 301:14 | 157:5 | 166:13 | 170:13 | 225:2 |
| 302:2 | 202:10 | 168:17 | 175:6,7,14 | 227:1 |
| 306:19 | 243:8 | 169:6 | **Timothy** | 256:13 |
| 307:4 | 244:4 | 173:10 | 256:19 | 260:7 |
| **thinking** | 264:21 | 187:12 | **tip** 143:8 | 276:6 |
| 91:7,11 | 272:24 | 190:16 | **tips** 263:18 | 297:10 |
| 100:2 | 283:6 | 191:9,12 | **tired** 307:9 | **Tom** 259:16 |
| 119:2,5,7 | 301:24 | 192:15 | **title** 8:11 | 259:20 |
| 173:19 | **three** 8:20 | 194:5,7 | 11:2 | 261:12 |
| **third** 3:5 | 12:6 15:24 | 205:23 | 111:17,22 | **tons** 268:17 |
| 14:23 | 17:19 | 206:14,16 | 257:6 | **tools** 29:21 |
| 16:20,20 | 18:25 | 213:3 | 259:4 | 34:16 |
| 77:17 | 19:19 20:3 | 215:8,10 | 260:11,15 | 136:23 |
| 141:24 | 40:18 | 215:14 | 260:17 | 139:2 |
| 158:15 | 69:25 | 217:15 | 271:8 | **top** 51:21 |
| 291:21 | 110:8,10 | 222:6 | **titles** 184:3 | 126:14 |
| 292:7,13 | 110:12,22 | 223:21 | **today** 7:18 | 128:21 |
| 292:18 | 118:9,25 | 228:25,25 | 9:8 10:7 | 157:10,14 |
| 297:21 | 120:17,18 | 230:8 | 23:18 | 166:11 |
| **third-party** | 123:14,17 | 231:22 | 28:21 | 197:14 |
| 15:9 | 131:15 | 235:4 | 145:15 | 292:24 |
| **thoroughly** | 154:25 | 237:3,9,21 | 159:22 | 308:4 |
| 117:25 | 185:1 | 238:24 | 169:8 | **topic** 11:23 |
| **thought** 81:3 | 207:19 | 239:15 | 170:18 | 164:14 |
| 196:2 | 210:21 | 244:23 | 232:21 | 233:1,11 |
| 210:11 | 239:21,22 | 245:4 | 287:24 | 233:21 |
| 229:13 | 240:16 | 261:6 | 288:7 | 282:12,14 |
| 294:14,15 | 286:1 | 262:17 | 308:14 | **topics** 49:2 |
| **thoughts** | **ties** 71:13 | 265:11 | **today's** 6:10 | 149:14 |
| 53:4 | 115:4 | 267:10 | 309:17 | 280:15,23 |
| 145:11 | **tight** 110:3 | 268:24 | **Todd** 2:6 7:5 | 285:11 |
| **thousand** | **time** 6:11 | 270:7,11 | **told** 15:7 | 286:14 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| Torrey 44:16 | 31:18 | 157:15 | 91:13 | 43:5 46:1 |
| total 107:15 | 92:20 | 198:14 | 102:12 | 47:9,10 |
| 123:15 | Trolls 4:11 | 262:2,19 | 110:24 | 53:15 59:3 |
| 147:12 | 11:3 | 270:15 | 112:19 | 85:10 89:6 |
| touch 288:19 | trove 243:19 | Tuesday 1:16 | 118:11,13 | 91:8,10 |
| 289:3 | 247:6,12 | 6:3 162:15 | 119:10 | 92:22 93:1 |
| touch-sc... | 248:1 | 167:22 | 123:20,22 | 94:12 |
| 19:12 | 256:4,8 | 168:6 | 124:14,15 | 95:12 |
| TPPs 29:22 | true 91:6 | 265:7 | 124:24 | 99:20,22 |
| TRACY 3:6 | 226:2 | 266:1,21 | 125:2,18 | 100:5 |
| traffic | 310:24 | 269:5 | 125:19 | 102:16 |
| 77:20 78:1 | 314:8,12 | 292:22 | 128:22 | 106:13,24 |
| training | Trump 304:10 | 293:12 | 130:15 | 107:1,19 |
| 16:5 17:2 | trust 43:3,9 | 294:1 | 131:12 | 108:15,16 |
| 139:4 | 43:13,15 | 300:4 | 132:12,19 | 110:9,11 |
| 270:9 | 44:3,11,13 | 301:17 | 134:1,8 | 110:13 |
| transcript | 45:12,15 | turn 28:12 | 149:9 | 111:15 |
| 4:22 | 46:4,9 | 298:3 | 150:6 | 115:22 |
| 241:21 | 47:18 | turning 50:3 | 152:24 | 123:12 |
| 259:20 | 48:14 | 69:12 | 210:23 | 125:3,13 |
| 260:20,23 | 55:10,11 | 144:19 | 211:3 | 125:15,21 |
| 261:2,14 | 55:12 | 255:7 | 217:5,9,14 | 126:13 |
| 271:13,18 | 135:17 | turnout 79:6 | 218:15 | 137:17,19 |
| 272:1 | 153:12 | turnover | 219:23 | 143:3 |
| 310:24 | 217:6,12 | 124:25 | 220:10 | 144:19 |
| 311:4 | 292:10 | turns 250:14 | 223:4,11 | 146:22 |
| 312:13 | 293:4 | tweet 63:3 | 225:6,15 | 149:10 |
| transcri... | truth 8:3,4 | tweets 76:4 | 227:16 | 151:16 |
| 4:23 5:16 | 8:4 | 149:11,23 | 228:1,23 | 177:11 |
| 259:5,12 | try 60:16,19 | 232:15,16 | 229:11 | 184:15,25 |
| transfer | 61:16 94:5 | 232:17 | 232:1,3,6 | 204:4 |
| 99:2 | 103:7 | twenty-f... | 232:12,13 | 208:14 |
| 295:17 | 104:6 | 302:21 | 232:22 | 225:9 |
| 302:15 | 119:11 | twenty-s... | 233:3,15 | 239:1 |
| transparent | 136:16 | 306:5 | 233:16,19 | 243:24 |
| 245:13 | 146:25 | twice 26:4 | 248:18 | 249:9 |
| Trek 275:6,7 | 155:1 | 42:6 | 252:21 | 252:8 |
| trenches | 199:2 | Twilio | 253:15,20 | 264:20 |
| 38:15,20 | 245:13 | 238:14,16 | 254:23 | 274:15 |
| 50:5,7 | 264:15 | 238:21 | 286:3,5 | 275:14 |
| 79:12 | trying 31:8 | Twitter 12:8 | Twitter's | 276:13 |
| trend 149:19 | 31:20 | 17:23 24:1 | 150:16 | 277:6 |
| trends 287:6 | 51:11 61:5 | 41:25 45:7 | 232:17 | 281:15,17 |
| 291:11 | 63:17,20 | 45:8,15,22 | two 13:4 | 281:19 |
| triage | 70:10,22 | 46:4,11 | 16:12 | 289:6,11 |
| 198:22,25 | 74:12 | 49:9 62:20 | 20:11 | 295:9 |
| 199:1 | 78:11 95:3 | 66:22,23 | 22:24 | 296:8 |
| tried 204:22 | 126:4 | 69:9 76:19 | 25:11,16 | 297:13 |
| troll 31:13 | 151:22 | 85:10 | 27:7 29:17 | Tyler 48:24 |

ELVIS CHAN  11/29/2022

| | | | | |
|---|---|---|---|---|
| **type** 13:7,15 | 100:11 | 267:2 | 226:17 | **update** |
| 13:18 18:9 | 102:22 | 300:21 | 237:23,24 | 239:22,23 |
| 19:1,7 | **typically** | 304:8,9,10 | **understands** | 239:24 |
| 29:20,24 | 20:9 24:15 | 304:16,17 | 30:21 | **updated** |
| 31:10 | 25:10 43:5 | 304:18 | **Understood** | 205:6,24 |
| 50:22 | 43:8,13 | 305:8,8,9 | 111:12 | 206:18 |
| 88:21 | 44:14,18 | 305:10 | 148:19 | **updates** |
| 100:11 | 62:7 74:13 | **U.S.-person** | **unfortun...** | 50:16 |
| 136:6,8,10 | 93:15 98:7 | 113:12 | 148:24 | 205:12 |
| 136:18 | 98:24 | **uh-huh** 10:2 | 161:6 | 206:19 |
| 138:2 | 100:4,13 | 89:8 | 206:17 | 285:19 |
| 139:3 | 103:2 | 103:23 | 240:18 | **updating** |
| 156:14 | 110:2,4,9 | 119:4 | 242:11 | 206:3 |
| 163:10,13 | 110:19 | 131:17 | 305:14 | **uploaded** |
| 230:24 | 119:24 | 135:7 | **unique** 19:4 | 85:1 |
| 254:9 | 123:8 | **uh-huhs** 9:25 | 66:13 | 204:24 |
| 264:2,8,9 | 124:1 | **ultimately** | **unit** 109:12 | **URL** 97:15 |
| 266:15 | 135:16 | 33:21 | 109:13 | **URLs** 96:7,25 |
| 268:22 | 140:4 | **unauthor...** | 152:3,3 | 98:1,16 |
| 269:18 | 281:3 | 174:16 | 182:24 | 99:13,18 |
| 308:1,6 | 289:5 | **unclassi...** | 184:5,7,8 | 100:13 |
| **types** 13:4 | 293:6 | 108:6 | 185:7 | 111:3 |
| 29:18 43:6 | | 154:24 | 186:13 | 146:23 |
| 43:7 62:2 | **U** | 156:25 | 303:14,24 | 306:20 |
| 65:16 | **U.S** 4:12,13 | 283:5,8 | 305:19,21 | **use** 20:10 |
| 99:15,16 | 6:15,18 | **unclear** 9:20 | **United** 1:1 | 31:11 |
| 99:22 | 11:5 12:9 | **underlying** | 7:15 34:4 | 61:24 69:5 |
| 111:15 | 15:20,21 | 69:9 | 84:22 | 73:12 |
| 112:3 | 15:24 17:6 | **understand** | 141:21 | 88:12,13 |
| 117:19,23 | 24:7 29:8 | 9:12 23:1 | 194:16 | 89:8 90:17 |
| 117:25 | 29:18,25 | 195:2 | 196:21 | 91:8,14,18 |
| 120:22 | 35:16,21 | 250:20 | **units** 110:10 | 102:23 |
| 125:14 | 37:9,12,18 | 269:14 | **University** | 112:2 |
| 136:1 | 112:21 | **understa...** | 10:13 | 136:18,23 |
| 137:7 | 127:4,18 | 21:1,3 | 56:12 | 137:4,24 |
| 185:23 | 138:11 | 36:10 | 58:10 87:3 | 148:18 |
| 199:4 | 150:24 | 43:21 44:1 | **unpack** 17:5 | 204:21,22 |
| 204:21 | 155:2,6 | 46:10 | 39:17 | 204:22 |
| 226:11 | 158:24 | 49:15,22 | **unparall...** | 235:20 |
| 238:2,3 | 159:6,15 | 50:2 61:10 | 84:23 | 236:15 |
| 250:21 | 211:9 | 61:18 | **unprotected** | 255:21 |
| 253:25 | 218:12 | 71:11 | 72:22 | 297:12 |
| 261:7 | 222:4 | 78:14 80:5 | **unreliable** | 298:20,22 |
| 264:20 | 224:14 | 80:7 98:6 | 267:25 | 302:12 |
| 273:6 | 235:17,18 | 134:15 | **unwitting** | **useful** 89:4 |
| 278:23 | 235:23 | 137:14 | 142:1 | 89:6 |
| 286:9 | 236:22 | 145:3 | 146:2,11 | 137:20,22 |
| 288:17 | 263:14 | 153:22 | **upcoming** | 137:23 |
| **typical** | 266:6 | 164:10 | 259:17 | 138:3,13 |

**ELVIS CHAN  11/29/2022**

280:23
**user** 70:4
73:25
82:22  83:8
86:22
92:25
93:23  96:6
98:16
114:14
264:4
265:21
**user's**
139:12
**user-gen...**
146:8
**users** 14:15
60:6  63:19
65:14  66:3
66:4,10,23
67:13  74:7
75:18
78:17  85:9
85:15  86:8
86:16
93:13  96:6
113:15
114:25
143:17
144:2,23
145:5,10
145:13
146:25
157:19
158:12,17
158:20,20
232:13,15
241:5
**users'** 74:9
235:6
**USG** 186:1
228:4
280:13
287:4
**USG-indu...**
170:4,7,14
172:2
177:13
178:1,16
179:7

180:24
181:8,13
185:20
186:5
189:6,22
191:11
192:2
204:6
209:17
210:13,18
211:6,13
213:10
218:7,11
218:18,21
219:7
220:3
277:11,23
278:4
279:25
280:12,24
281:17
282:7
284:24
286:4,24
290:20,22
**usually**
25:17,18
75:2  104:3
110:10
113:4
170:4,7,14
278:3

———————
**V**
**v** 28:14,15
28:16
312:5
313:2
**Vacher** 44:15
**vague** 14:9
18:4,13
26:16  27:5
27:19
41:19  43:4
43:19
44:25
49:25
50:10
56:18  61:8

63:4  67:14
69:23
70:13
73:18
74:21
75:23
78:18
79:13  92:3
92:16  94:8
95:5  102:2
102:21
103:4
104:14
137:25
142:25
146:9,20
154:1
156:19
159:24
162:6
166:1
168:23
175:2
193:2
199:22
203:1
204:17
210:14
238:23
264:1,6
268:14
**validate**
33:14
253:1
**validating**
248:11
**validation**
78:10
254:7
**values** 30:7
30:9,10
**varies**
100:16
**various** 49:8
49:21  65:4
86:8  96:20
144:22
162:19
165:6

249:12
**vast** 16:10
291:8
**Vegas** 275:15
**vendors**
136:1
137:3,8,8
137:11
139:23
**venue** 139:22
**veracity**
228:12
**verbatim**
58:13
**verify** 111:4
232:23
**Verizon** 24:2
155:8
**version**
283:15
287:24
299:1
**versus** 6:15
196:21
259:6
299:23
**victim**
205:10
**video** 236:14
**video-re...**
6:13
**videocon...**
20:8
236:15
**videocon...**
236:11
**videogra...**
6:9,23
7:12  22:12
22:15  77:9
77:12
96:12,15
106:5,7,10
140:13
141:4
180:10,13
234:14,17
287:15,18
309:16

**videos** 85:1
85:3
**VIDEOTAPED**
1:17
**view** 48:5
115:19
117:9,18
243:20
247:7
255:25
262:17
269:24
**viewed** 81:6
247:13,21
256:4
**viewers** 14:3
14:6,12
15:3,11,13
70:11
**viewing** 62:1
68:3,7
71:7
137:19
**views** 62:8
62:10,12
66:11,13
74:19
80:23
148:5,5
**vigilant**
173:11
207:5
**violate** 93:9
93:20
130:7
166:6,9
249:25
252:7,12
270:3
274:2
**violated**
165:13
**violates**
217:10
262:15
274:1,8
**violating**
232:17
**violation**

167:14
269:25
**violations**
93:2 122:7
122:10
**virtually**
87:12
**visited**
117:21
118:6,8
**visits**
118:14
**voice** 236:13
**voices** 16:2
16:4
172:12
**volume** 168:3
299:20
**vote** 265:7,8
266:1,2,21
266:21
268:1
269:5,6
**voter** 79:5
**voters** 80:16
141:21
149:20
**votes** 240:16
**voting** 59:13
163:6,24
164:12,13
164:16
267:25
268:16
270:12
**vs** 1:8
**vulnerab...**
272:23

———————
**W**
**wait** 28:23
**waiting**
258:21,22
**waived** 164:4
**waiver**
194:17
**want** 17:4
18:7 19:21
20:10,20

23:3,4
26:3 28:19
52:14
53:13
58:23
61:12
68:14
73:24
75:21
77:15
88:15,16
88:16
97:14 99:5
120:12
128:6
140:10
141:6
169:24
179:6,23
194:24
202:22,23
203:3,10
227:7
234:12
239:13
242:16
249:11,12
264:12
286:11
293:14,24
**wanted** 72:11
93:14
96:18
99:23
120:2
129:13
152:17
206:7,8
240:17
249:5,8,16
249:17
275:25
280:16
289:4
299:15
302:2
**wanting**
289:2
**wants** 22:25

74:20
114:22
264:5
**warn** 174:23
**warned**
172:23,24
174:12
175:10
**warrant** 23:8
249:19
250:4,24
251:8,9,13
252:4
**warrants**
111:18
**wash** 293:14
293:15
294:7,10
294:17,23
295:4,5
**Washington**
2:11,17
8:21 10:14
16:8 25:7
56:13
109:3
183:25
312:4
**wasn't** 74:18
140:1
145:13
197:1
296:12
**way** 24:22
35:11
57:14
62:22
78:15
82:10,13
85:21
86:17 95:1
111:19
131:22
132:16
133:3
193:6
213:7
214:12
224:19

228:23
248:2
251:3
268:1
291:22
**Wayne** 182:23
**we'll** 21:7
60:23
195:13
242:21
**we're** 10:9
37:5 39:21
94:16
103:22
106:7
120:10
159:21
273:8
294:12
**we've** 97:22
103:16
272:9
**web** 72:25
73:7
**Webex** 20:11
**webinars**
137:7,18
137:20
**website**
14:14 30:6
141:12,15
141:17
142:11,13
143:18,18
143:24,25
144:3
229:24
263:8,11
**websites**
13:21
15:17
31:23 78:3
143:4,7
146:23
147:1
251:10
**Wednesday**
168:7
265:8

266:2,22
269:7
**week** 40:11
40:14,19
40:22,25
260:4
**weekly** 40:6
40:12,17
40:21
41:10
42:21 44:9
89:16
177:17
181:2
182:15
218:24
219:12,14
219:16
220:5,14
228:4
288:14
289:2,6
297:19
**weeks** 217:19
219:15,16
220:6
243:11,24
244:7
245:2
**went** 27:10
137:17
243:14
266:19
294:14,20
295:1
**West** 2:5
**western** 1:2
6:16 31:9
31:20
**WhatsApp**
12:20
**Wikimedia**
24:2 42:7
155:7
156:1
**William**
181:22
182:3,23
183:12

**ELVIS CHAN  11/29/2022**

89:22
179:20
**withdraw**
22:19
94:18,20
**withholding**
202:23
203:4
**witness** 8:2
11:12
14:21
18:15  21:3
21:21  27:6
28:17
30:17,25
32:16
33:12  34:7
35:8  36:9
36:21
41:15,20
43:5,21
45:1  48:8
49:15  50:2
50:11
56:19
61:10  63:5
63:24
64:21
65:12
67:16  68:6
68:18  69:2
69:24
70:15
71:10
72:16
73:20
74:23
75:24
78:20
79:15  82:2
83:7  90:21
92:4,17
94:9  95:6
102:3,22
103:5
104:16
105:13
111:9,12
112:21

114:17
115:16
117:13
121:19
122:13
128:15
129:11,21
131:1,3
132:7
133:14
137:2
138:1,23
140:12
143:1
144:6
146:10,21
150:12
153:22
154:2
156:20
160:1,23
162:8
166:2
168:24
171:16
172:22
174:7
175:4
176:14
184:20
187:19
188:11,24
189:14
193:3
195:17
200:1,22
202:2,6
204:18
208:4
213:24
224:5
228:21
231:9,20
233:8
238:24
240:11
246:1,12
252:1
256:22

268:21
270:6
274:12
277:19
282:11,24
293:25
299:13
300:12
303:3
306:9
310:15
311:1
312:12
313:1,25
**witnessed**
18:23
**word** 123:2
220:20,21
226:5,24
**worded** 224:8
224:10
**words** 14:17
33:25
74:16
85:15
111:2
133:2
137:23
217:13
270:7
**work** 25:21
25:22,24
25:25  26:1
26:8  27:14
48:9  53:8
53:10
83:14
159:16
164:3
182:23
223:19
238:16
266:6
276:4,7,12
276:14,18
276:20
277:4,6,8
287:12
**worked** 8:14

8:16  38:16
38:21  50:5
217:17
234:25
235:8
295:8
**working**
18:24
19:13
23:22  26:9
27:15  57:8
120:20
139:8
155:6
238:7
273:2,8,17
277:11
284:18,20
287:5
307:10
**works** 24:22
27:1,2
238:10
**world** 136:7
**wouldn't**
72:16
115:16
220:20
250:6
273:5
307:15
**Wray** 246:3
**write** 142:2
143:25
289:16
290:7
**writing** 53:7
142:7
148:2
**written**
145:4
289:24
**wrong** 166:13
166:14
269:22
**wrote** 70:21
77:21
84:14
127:9,22

145:1
162:1
227:3
232:18
290:1
299:13

—————
X
—————
**X** 67:3
227:20
264:3,5,13
264:16
**xvii** 37:2
**xxii** 38:9

—————
Y
—————
**Y** 227:20
**Yahoo** 24:1
41:25
47:17,19
48:15  49:9
91:18
153:7
235:1,3,4
235:6,19
235:20,22
235:22
236:18
237:22
239:9,18
239:24
240:4
**yeah** 17:13
17:25
20:24  22:8
22:21
23:13
25:15,15
28:24
30:11  36:9
36:21  37:5
40:23,23
44:8,13
45:1  47:3
51:17  53:1
53:15
54:13  55:3
55:13
59:11,16

**ELVIS CHAN  11/29/2022**

| | | | | |
|---|---|---|---|---|
| 62:14,14 | 219:12 | 45:19 46:5 | 11:10 | **12:27** 140:14 |
| 62:20,23 | 223:25 | 124:17 | 28:10 | **121** 4:16 |
| 63:7,24 | 224:5,22 | 217:1,2 | 86:13 | 288:4 |
| 66:10,13 | 225:8 | 229:3 | 141:8 | **1225** 2:17 |
| 66:17 | 226:23 | 233:1 | 260:15 | **12333** 111:25 |
| 67:10,25 | 228:21 | **York** 3:10 | **1,233** 150:7 | **126** 66:4 |
| 68:6,18 | 232:8,8 | 155:5 | **1.4** 66:23 | 86:13 |
| 70:15 | 236:17 | 156:1 | **1:20** 141:5 | **13** 4:23 |
| 73:20 74:7 | 237:1 | 214:9 | **10** 4:16 | 258:24,25 |
| 75:1,8,20 | 241:7 | 229:23 | 217:22,23 | 259:3,10 |
| 76:24 77:6 | 243:13 | 230:12,22 | 218:3,4,20 | **134,943** |
| 77:21,22 | 244:10 | 232:3,14 | 260:15 | 81:18 |
| 79:9 80:10 | 249:8 | 243:25 | **10:00** 167:25 | **135954** |
| 80:15 81:6 | 250:9 | **Younes** 2:18 | 301:19 | 314:24 |
| 82:2 83:4 | 252:1 | 7:6 | **10:45** 77:10 | **14** 229:22 |
| 83:18 84:5 | 254:5,16 | **YouTube** | **10:58** 77:12 | 300:12 |
| 84:13,14 | 257:5 | 12:12,15 | **100** 167:5 | **146** 299:25 |
| 84:17,19 | 258:13 | 12:16 85:1 | 175:6 | **149** 4:14 |
| 86:15,18 | 259:4,11 | 91:12 | **100,000** | **14th** 213:21 |
| 93:22 | 259:19 | 112:19 | 62:12 87:3 | 230:15 |
| 94:21 | 260:1 | 119:11 | **104** 161:15 | 300:5 |
| 96:24 97:3 | 261:1 | 125:18,19 | **10710** 1:24 | **15** 5:6 271:2 |
| 97:14 | 266:24 | 134:8 | 310:9 | 271:3,4 |
| 99:15,20 | 271:15 | 248:18 | **11** 4:11 | **16** 50:13 |
| 110:17 | 272:20,20 | **YouTube/...** | 218:2,24 | **163** 302:17 |
| 117:15 | 273:23 | 211:3 | 260:15 | **168** 306:5 |
| 118:5 | 276:25 | _____ | **11/19/2020** | **169** 4:17 |
| 126:9,22 | 282:11 | **Z** | 306:10 | **17** 8:16 51:8 |
| 127:9 | 285:2 | **Z** 227:20 | **11:02** 300:5 | 232:11 |
| 129:17 | 291:24 | **zero** 133:25 | 300:13 | 293:12 |
| 132:8,14 | 292:21,23 | 134:5 | **11:17** 292:17 | **17th** 294:1 |
| 133:1,2 | 292:23 | **Zoom** 1:17 | 292:22 | **18** 111:17 |
| 134:4,21 | 293:6 | 6:1,5 20:6 | **11:22** 96:12 | 207:15 |
| 135:2,8,8 | 294:2,6,8 | 20:9 141:1 | **11:27** 96:16 | **185** 127:25 |
| 139:18 | **year** 10:20 | **Zuckerberg** | **11:39** 292:18 | **1885** 3:5 |
| 144:6 | 11:18 | 116:25 | **11:40** 106:8 | **19** 37:4 85:9 |
| 151:21 | 17:12 | 131:24 | **11:43** 106:11 | **191250** 2:22 |
| 152:2,25 | 19:17,18 | 242:13 | **1100** 2:11 | **196** 5:8 |
| 158:8 | 19:20 20:4 | 243:3,14 | 312:3 | **1991** 194:4 |
| 160:1 | 42:6 47:7 | 244:4,25 | **1152** 194:3 | **19th** 2:17 |
| 169:20 | 109:18 | 245:15 | **11542** 3:10 | 302:25 |
| 170:6 | 236:25 | 255:15 | **1159** 194:3 | _____ |
| 184:9 | **years** 8:17 | **Zuckerbe...** | **118** 157:7 | **2** |
| 188:11 | 8:20 41:11 | 255:9 | **11th** 312:19 | **2** 4:15 |
| 194:25 | 171:13 | _____ | **12** 163:10 | 287:20,23 |
| 200:1 | 173:24 | **0** | 229:21 | **2:11** 180:10 |
| 214:13,15 | 194:10 | _____ | 230:3 | **2:34** 180:14 |
| 214:21 | **Yep** 37:5 | **1** | **12:16:09** | **2:34:35** |
| 218:2 | **Yoel** 4:20 | **1** 4:11 11:8 | 294:1 | 243:5 |

ELVIS CHAN  11/29/2022

**20** 142:6
  314:14
**20-** 214:3
**2003** 6 2:17
**2011** 8:22
**2014** 8:22
**2015** 237:1,8
**2016** 5:9
  13:12,14
  29:5 37:15
  39:16
  64:10,21
  65:1,9
  66:4,24
  78:4 84:10
  85:19
  87:13
  115:5
  125:22,23
  126:16,20
  133:12,22
  133:25
  134:1
  147:20
  173:14
  174:9
  176:8
  178:11
  190:13
  193:1,16
  195:22
  196:1,5,7
  196:9
  198:8
  199:11,16
  205:20
  206:16
  208:9,11
  235:1
  236:25
  237:2,8
  238:6
  240:8,24
  244:13
  257:22,24
  258:10
  270:18
**2016-style**
  172:25

  205:16
**2017** 89:20
  120:5,8
  125:23
**2018** 16:23
  37:15
  42:18 55:2
  55:3,20
  64:24
  65:10 78:7
  87:16
  115:19
  120:6
  132:12
  133:25
  134:2
  148:12
  149:14
  168:2
  217:23
**2019** 53:13
  53:17
  120:6
  149:9
  151:10
  155:13
**202** 2:13,18
**2020** 4:13,16
  4:24 11:4
  12:5 16:11
  19:17
  23:23
  26:19 29:6
  31:6 37:14
  38:16,21
  39:20 40:8
  41:20,22
  41:23,24
  46:16 50:5
  54:14,22
  54:24,24
  54:25
  64:25
  65:17 78:7
  87:17
  100:22
  101:9
  109:11
  112:12

  115:20
  120:6
  135:2
  141:16
  143:23
  147:10,18
  148:14
  150:25
  152:21
  155:2,4
  161:19,25
  162:4,12
  167:19,21
  168:1
  171:18,19
  172:1,20
  176:9
  179:9
  180:17
  182:10
  189:20
  192:5,12
  199:14,20
  200:2,14
  201:8,10
  201:17,23
  202:12,15
  203:12,20
  204:4
  205:13,14
  206:16,20
  208:16,19
  208:23
  212:9,23
  213:22
  214:4
  215:23
  216:8
  219:3,7,11
  220:1,7
  221:11
  225:25
  226:3,21
  229:22
  230:15
  241:20,25
  244:1,19
  245:14
  246:15

  251:16
  253:7
  255:20
  259:15,23
  260:5
  272:9,12
  288:6
  292:17,22
  293:12,13
  294:1
  298:10,12
  299:2,21
  300:5,12
  302:25
  308:15,18
**2021** 4:14
  10:20
  11:19
  159:12
  161:1
  284:4
**2022** 1:16
  5:7 6:1,4
  6:11 19:23
  19:24
  23:23
  26:21 27:9
  39:24 40:9
  42:3
  100:18
  101:11,17
  141:1
  148:15
  167:18
  203:23
  271:10,15
  272:3,13
  273:18
  284:4,25
  288:6
  298:10,18
  298:20,22
  299:18
  312:2,8
  313:3
**2024** 41:7,11
  204:1
  285:4
**2093(b)**

  310:14
**216** 4:20
**221** 2:5
**223** 80:23
  81:1,6,7
**223,799**
  80:17,25
**225** 3:6
**23** 5:8
  196:14,18
**230** 121:23
**24** 38:11
  301:15
**241** 4:21
**249** 3:10
**25** 58:24
**258** 4:23
**270** 3(d)
  111:18
**271** 5:6
**28** 4:22,24
  6:11
  241:20,21
  244:1
  259:15,23
  310:21
**28(a)(1))**
  310:11
**28(a)(a)**
  310:16
**287** 4:15
**29** 1:16 5:7
  5:9 6:1
  67:2 141:1
  271:10
  292:17,22
  312:8
  313:3
**2953** 0 2:11
  312:4
**29th** 6:3,11
  271:15
**2nd** 83:17
  286:13

      **3**

**3** 4:24 5:7
  79:1,9
  80:6,13,15

**ELVIS CHAN  11/29/2022**

261:3
**3,613** 132:13
134:1
**3:22-cv-...**
1:9
**3:43** 234:14
**3:57** 234:18
**30** 69:13
77:15
312:18
**30(e))** 311:7
**30(f)(1))**
311:2
**308** 4:6
**314** 2:23
**32** 78:24
**326-6705** 3:6
**329-5040**
2:23
**34** 84:16
**35** 65:12,15
86:13
**37** 169:24
278:2
**38** 277:21
**3rd** 272:12

_____
**4**
**4** 4:20  5:9
79:1  81:13
**41** 51:13,13
**42** 126:9,10
**422** 149:10
149:23
**450** 2:17
**46** 128:6,9
**47** 132:10
**49** 58:25
132:22
**4th** 151:10
155:12
197:17

_____
**5**
**5** 147:9
304:23
305:7
312:2
**5:04** 287:15

**5:15** 287:19
**5:47** 309:18
309:20
**50** 111:22
167:7
**500** 235:5
**516** 3:11
**532-5748**
2:13
**56** 242:8,13
243:1
**573** 2:7
**58** 84:17
**59** 85:9,13
85:20
241:4

_____
**6**
**6** 4:17
169:11,19
169:21
277:12,17
**61** 141:10
**63** 144:20
**63101** 312:19
**63119** 2:22
**65101** 2:5
**66** 126:11
**671-2688**
3:11

_____
**7**
**7** 81:4  272:2
**70** 3:10
128:9
147:8
251:9
**70802** 3:5
**711** 312:18
**751-8870** 2:7
**76** 68:9
150:21
**763** 67:17
68:1
**78,000**
240:15

_____
**8**
**8** 4:5,20

216:18,22
272:1
**8:00** 167:24
301:18
**8:32** 197:17
**825** 147:12
148:19
**85** 141:11
**86** 293:10,21

_____
**9**
**9** 4:21
241:12,15
261:2,4
300:11
**9:07** 6:5,12
**9:07:16**
306:10
**9:27** 22:13
**9:37** 22:16
**91** 4:22
**918-6902**
2:18
**929,000**
149:11,23
**94** 147:9
157:7
**946** 194:3
**95** 4:19
**96,678** 83:20
**99** 81:2,6
158:23