Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov] |
| **Sent:** | 9/10/2020 4:32:22 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████ ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████; ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████ █████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████]; ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████ ██]; ████ (CD) |
| | (FBI)█████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI)█████@fbi.gov]; █████ (MH) (FBI) |
| | [█████@fbi.gov]; █████ (CID) (FBI)█████@fbi.gov]; █████ (OGC) (FBI) █████@fbi.gov]; |
| | █████ (CID) (FBI) █████@fbi.gov] |
| **CC:** | █████ (NY) (FBI) █████@fbi.gov |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | █████ |
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Increased cadence touch point before election. Agenda TBD. Please forward to whomever you deem appropriate.

_____
**From:** █████ @linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>; █████ @linkedin.com> █████
█████ @linkedin.com>; █████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

█████

--

█████████

Advanced Threats

EXHIBIT 2

Trust & Safety

☑ The link

---

**From:** Chan, Elvis M. (SF) (FBI) < _____ fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** _____ @linkedin.com>; _____ @linkedin.com>; _____ linkedin.com>; _____ @linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: _____
Cell: _____
Email: _____ fbi.gov
————————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000026

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████]fbi.gov] |
| **Sent:** | 9/29/2020 11:39:59 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov]; █████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████; █ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91█████; █ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e█████ █ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████]; █████ (CD) (FBI) [█████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [█████@fbi.gov]; █████ (MH) (FBI) █████@fbi.gov]; █████ (OGC) (FBI █████@fbi.gov]; █████ (CID) (FBI) █████@fbi.gov]; █████ (SF) (FBI)█████@fbi.gov]; █████ (SF) (FBI) █████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | █████ PIN █████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Busy |

**Recurrence:**   (none)

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____
**From:** █████ █████@linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

█████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** "Chan, Elvis M. (SF) (FBI)" <█████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** █████@linkedin.com>, █████@linkedin.com>, █████@linkedin.com>, █████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

LINKEDIN0000067

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮
Cell: ▮
Email: ▮ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000068

Appointment

| | |
|---|---|
| **From**: | Chan, Elvis M. (SF) (FBI) [██████fbi.gov] |
| **Sent**: | 9/29/2020 11:39:59 AM |
| **To**: | Chan, Elvis M. (SF) (FBI) [██████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-Abhishek Ba];███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430██████████ (CD) (FBI) ██████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [██████@fbi.gov]; ██████████ (MH) (FBI) ██████@fbi.gov]; ████████ (OGC) (FBI)██████@fbi.gov]; ████████ (CID) (FBI)██████@fbi.gov]; ████████ (SF) (FBI)██████@fbi.gov]; ████████ (SF) (FBI)██████@fbi.gov]; ████████ (CID) (FBI)██████@fbi.gov]; ████████ (CID) (FBI) ██████@fbi.gov] |
| **CC**: | ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-Samantha Le]; ██████████ (TD) (FBI) ██████@FBI.GOV]; ████████ (CYD) (FBI)██████@fbi.gov]; ████████ (SF) (FBI) ██████@fbi.gov] |
| **Subject**: | FITF Meeting with LinkedIn |
| **Location**: | ████████████████ |
| **Start**: | 10/13/2020 2:00:00 PM |
| **End**: | 10/13/2020 3:00:00 PM |
| **Show Time As**: | Busy |

**Recurrence**:    (none)

Please forward this invitation to whomever you deem appropriate.  Agenda TBD.

_____

**From:** ██████ ████████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

██████ ██████
Director of Threat Prevention
LinkedIn Trust & Safety

**From:** "Chan, Elvis M. (SF) (FBI)" <██████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ██████ ████ <██████@linkedin.com>, ████ ████ <██████linkedin.com>, ████████@linkedin.com>, ████████████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:
Cell:
Email:          fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000070

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████ fbi.gov] |
| **Sent:** | 11/17/2020 2:24:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) ████████@fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████]; ████ ███ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ████ (CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ████████ (CID) (FBI) ████@fbi.gov]; ████████ (OGC) (FBI)████@fbi.gov]; ████████ (SF) (FBI)████████@fbi.gov]; ████████ (SF) (FBI)████@fbi.gov]; ████████ (CID) (FBI) ████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

_____

**From:** ████████ ████ ████████ linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████ fbi.gov>; ████ ████ <████████ linkedin.com>; ████ ████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████████ fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████████ linkedin.com>; ████████@linkedin.com>; ████ ████ <████████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000086

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████████
Cell: ██████████
Email: ██████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000087

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:14 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████]; ████ (CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████ (MH) (FBI) ████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; ████ (OGC) (FBI) ████@fbi.gov]; ████ (SF) (FBI) ████@fbi.gov]; ████ (SF) (FBI) ████@fbi.gov] ████ (AJ) (FBI) [████@fbi.gov]; ████ (NY) (FBI) ████@fbi.gov]. ████ (CG) (FBI) ████@fbi.gov]; ████ (CD) (FBI) [████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; ████ (CD) (FBI) ████@fbi.gov] |
| **CC:** | ████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████ |

| | |
|---|---|
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████ |

| | |
|---|---|
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Busy |

**Recurrence:**   (none)

## USA/Canada (Toll Free): ████
## Guest Passcode: ████

_____

**From:** ████ linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████@linkedin.com>; ████@linkedin.com>; ████@linkedin.com>
**Cc:** ████@linkedin.com>; ████@linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

████

_____
**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ████@linkedin.com>; ████@linkedin.com>; ████ linkedin.com>; ████ linkedin.com>

LINKEDIN0000145

**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓ @linkedin.com>; ▓▓▓▓▓▓▓▓▓▓ @linkedin.com>
**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▓▓▓▓▓▓▓
Cell: ▓▓▓▓▓▓
Email: ▓▓▓▓▓ fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000147

| Message | |
|---|---|
| **From:** | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B47AD1E0D3D94720BD39FFE30A31BD01- |
| **Sent:** | 1/9/2020 10:57:39 AM |
| **To:** | o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90 (SF) (FBI) [ fbi.gov]; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9 [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179 [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e- |
| **Subject:** | RE: Next FITF Meeting |

and

I will be on the road during all of those days, but between                , and              one of them should
be able to cover -- please make sure one of them is available on whichever date is chosen. Thanks so
much.

-----Original Message-----
From:                      @linkedin.com>
Sent: Thursday, January 9, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <          bi.gov>;                          @linkedin.com>;
               @linkedin.com>;                          @linkedin.com>;                          @linkedin.com>
Subject: RE: Next FITF Meeting

Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm
still catching up.  We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,

~mg   ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <          bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To:                      @linkedin.com>;                          @linkedin.com>;
               @linkedin.com>;                          @linkedin.com>;                          @linkedin.com>
Subject: RE: Next FITF Meeting

Thanks       !  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February
10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell:
Email:          bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

-----Original Message-----

LINKEDIN0000149

From: ███████████████████████@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <█████fbi.gov>; ██████████████@linkedin.com>;
███████@linkedin.com>; ██████████@linkedin.com>; ████████████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+████████████ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

████████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <███████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the
open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.
Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work: ████████████
    Cell: ████████████
    Email: ████████fbi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property
of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000150

| Message | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 9/10/2020 2:13:59 PM |
| **To:** | ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-A███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e███████ |
| **Subject:** | Next FITF Meetings |
| **Flag:** | Flag for follow up |

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████
Cell: ███████
Email: ███████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000151

Message

| | |
|---|---|
| **From:** | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-AUSTIN ▮ |
| **Sent:** | 9/10/2020 4:27:10 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [▮fbi.gov]; ▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-▮ ▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430▮ ▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-A▮ |
| **Subject:** | Re: Next FITF Meetings |

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

▮

--

▮

Advanced Threats
Trust & Safety

[☑] The link

---

**From:** Chan, Elvis M. (SF) (FBI) <▮fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ▮r@linkedin.com>; ▮@linkedin.com> ▮linkedin.com>; ▮linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

LINKEDIN0000152

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000153

Message

| | |
|---|---|
| **From:** | ████████/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9████████ |
| **Sent:** | 1/9/2020 11:09:13 AM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-█████]; ████████o [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-█████]; Chan, Elvis M. (SF) (FBI) [█████ fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████ |
| **Subject:** | Re: Next FITF Meeting |

I can only make the Feb 11th date, since I'm on DTO the rest of that week.  Thanks!

████████
Threat Prevention
Trust & Safety


On 1/9/20, 10:57 AM, "████████ <████████@linkedin.com> wrote:

    +Josh and ████████

    I will be on the road during all of those days, but between ████ ████, and ████████ one of them should be able to cover -- please make sure one of them is available on whichever date is chosen.  Thanks so much.

    -----Original Message-----
    From: ████████@linkedin.com>
    Sent: Thursday, January 9, 2020 10:45 AM
    To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████ <████l@linkedin.com>; ████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████@linkedin.com>
    Subject: RE: Next FITF Meeting

    Hi Elvis,

    Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm still catching up.  We can make the following work:
        February 11, 1 PM, 3 PM
        February 12, 3 PM
        February 13, 10 AM, 1 PM

    Thanks so much,
    ~mg   ☺

    -----Original Message-----
    From: Chan, Elvis M. (SF) (FBI) <████████bi.gov>
    Sent: Monday, January 6, 2020 2:13 PM
    To: ████████ <████████l@linkedin.com>; ████████ <████████@linkedin.com>; ████████n@linkedin.com>; ████████@linkedin.com>; <████████@linkedin.com>
    Subject: RE: Next FITF Meeting

    Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco

LINKEDIN0000154

```
Work:
Cell:      ███████
Email:     ████bi.gov
```
_____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

    -----Original Message-----
From: ██████ [mailto ██████ l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <████ bi.gov>; ████████ <████ @linkedin.com>; ████
    <████ n@linkedin.com>; ██████ @linkedin.com>;
< ████ @linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@█████████ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████ bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work:  ████
    Cell:  ████████
    Email: ████ bi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000155

| Message | |
|---|---|
| **From**: | Chan, Elvis M. (SF) (FBI) [ ███████ fbi.gov] |
| **Sent**: | 9/23/2020 12:43:04 PM |
| **To**: | ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████ ████ ████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91█████████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-███████] |
| **Subject**: | New FBI PSA |
| **Attachments**: | PSA - Election Results 09-22-2020.pdf |

LinkedIn folks,

In case you haven't seen it, the FBI is publishing a series of PSAs regarding the elections. I've attached it for your reference and would appreciate if you could forward to the folks who do your election security messaging. They can feel free to cite it or link to ic3.gov where we will be putting all of our PSAs. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: ███████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000156

Message
_____

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [ ████ fbi.gov] |
| **Sent:** | 9/29/2020 11:08:33 AM |
| **To:** | ██████████ /o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e- ██████ ; ██ ██ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 ██ ██ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91- ██████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430 ████ |
| **Subject:** | Last FITF Meeting before Elections |

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000159

Message

| From: | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
|---|---|
| **Sent**: | 10/19/2020 6:13:16 PM |
| **To**: | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467███████]; █████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████] |
| **CC**: | ████████████ (CID) (FBI) ████████@fbi.gov] |
| **Subject**: | Additional Information |

LinkedIn folks,

Please see additional information from FITF-Global Unit. I've cc'd ██████ in case you have any questions. Thanks!

Named U.S. Political Party: Republicans
Named U.S. Presidential Candidate: Biden
The U.S. President: Trump

These identifiers correspond with the content in "Information Sharing 5"

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
W: ██████████
C: ██████████

LINKEDIN0000163

Message

| From: | ██████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-██████ |
| Sent: | 10/19/2020 6:20:13 PM |
| To: | Chan, Elvis M. (SF) (FBI) [██████fbi.gov]; ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1██████ |
| CC: | ██████ (CID) (FBI) ██████@fbi.gov] |
| Subject: | Re: Additional Information |

Thanks, Elvis!


--

██████

Advanced Threats
Trust & Safety

☑ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>
**Sent:** Monday, October 19, 2020 6:13 PM
**To:** ██████ <██████linkedin.com>; ██████@linkedin.com>; ██████ ██████@linkedin.com>
**Cc:** ██████ (CID) (FBI) <██████@fbi.gov>
**Subject:** Additional Information

LinkedIn folks,

Please see additional information from FITF-Global Unit. I've cc'd ██████ in case you have any questions. Thanks!

Named U.S. Political Party: Republicans
Named U.S. Presidential Candidate: Biden
The U.S. President: Trump

These identifiers correspond with the content in "Information Sharing 5"


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
W: ██████
C: ██████

LINKEDIN0000164

| Message | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [&#9608;&#9608;&#9608;fbi.gov] |
| **Sent:** | 11/17/2020 12:16:09 PM |
| **To:** | &#9608;&#9608;&#9608; [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467&#9608;&#9608;&#9608;; &#9608;&#9608; |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin&#9608;&#9608; |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1&#9608;&#9608; |
| **Subject:** | Next FITF Meetings |

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: &#9608;&#9608;&#9608;
Cell: &#9608;&#9608;&#9608;
Email: &#9608;&#9608;&#9608; fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000165

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 11/17/2020 2:24:01 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1████████ █] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████] |
| **Subject:** | RE: Next FITF Meetings |

Done! You should have gotten a calendar invite. Thanks.

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████
Cell: █████
Email: █████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████ ████ ████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████@fbi.gov>; ████ ████ <████linkedin.com>; ████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,
████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████@linkedin.com>; ████ ████ <████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT

LINKEDIN0000166

Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▓▓▓▓▓▓▓
Cell: ▓▓▓▓▓▓▓
Email: ▓▓▓▓▓ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000167

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████ fbi.gov] |
| **Sent:** | 11/19/2020 9:07:16 AM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91 ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e ████ |
| **Subject:** | Information Sharing |

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related. Please be on the lookout for a Teleporter email from █████@teleporter01.org to download the file. It is not spam! Hope you are doing well. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: █████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000168

| Message | |
|---|---|
| **From:** | █████ █████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D6915D479CD74FC99079271B15F73467-█████ █████ |
| **Sent:** | 11/19/2020 9:07:54 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov]; █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████ |
| **Subject:** | Re: Information Sharing |

Thank you Elvis!

█████ █████
Director of Threat Prevention
LinkedIn Trust & Safety

**From:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>
**Date:** Thursday, November 19, 2020 at 12:07 PM
**To:** █████ █████ <█████linkedin.com>, █████ █████ @linkedin.com>, █████ █████
█████ linkedin.com>
**Subject:** Information Sharing

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related. Please be on the lookout for a Teleporter email from █████ @teleporter01.org to download the file. It is not spam! Hope you are doing well. Thanks.

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████
Cell: █████
Email: █████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000169

| | |
|---|---|
| **From:** | ▇▇▇▇▇  [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-▇▇▇▇ |
| **Sent:** | 11/19/2020 10:47:07 AM |
| **To:** | ▇▇▇▇  [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467▇▇▇▇▇; Chan, Elvis M. (SF) (FBI) ▇▇▇@fbi.gov]; ▇▇▇▇▇▇  /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e▇▇▇▇ |
| **Subject:** | Re: Information Sharing |

Thanks, Elvis -- received.


--

▇▇▇▇▇
Advanced Threats
Trust & Safety

▇▇ The link

---

**From:** ▇▇▇ ▇▇▇  linkedin.com>
**Sent:** Thursday, November 19, 2020 9:07 AM
**To:** Chan, Elvis M. (SF) (FBI) <▇▇▇fbi.gov>; ▇▇▇▇▇▇@linkedin.com>; ▇▇▇ ▇▇
▇▇▇@linkedin.com>
**Subject:** Re: Information Sharing

Thank you Elvis!

▇▇ ▇▇▇
Director of Threat Prevention
LinkedIn Trust & Safety


**From:** Chan, Elvis M. (SF) (FBI) <▇▇▇fbi.gov>
**Date:** Thursday, November 19, 2020 at 12:07 PM
**To:** ▇▇▇ ▇▇ <▇▇▇linkedin.com>, ▇▇▇▇▇▇@linkedin.com>, ▇▇▇ ▇▇
▇▇▇linkedin.com>
**Subject:** Information Sharing

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related.  Please be on the lookout for a Teleporter email from ▇▇▇@teleporter01.org to download the file.  It is not spam!  Hope you are doing well.  Thanks.

Regards,
 Elvis

LINKEDIN0000170

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮
Email: ▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000171

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 12/4/2020 1:19:07 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ ███ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-███████ |
| **Subject:** | Proposed Agenda for Next Week |

LinkedIn folks,

I wanted to let you know our agenda has solidified. Here is what we have on tap:

- Greeting from new FBI SF SAC, Craig Fair
- Russian influence status update
- Chinese influence status update
- Iran cyber follow up on latest data sent
- Election Hot Wash

- What went well?
- What needs improvement?

- Discussion of meetings going forward

- Do we want to continue these types of meetings?
- What is the cadence if we want to continue? Quarterly? Some other period?
- What are the topics we want to discuss? All kinds of foreign influence? Elections only?

Let me know if this works for your folks and if you'd like to add anything. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000172

Message

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D6915D479CD74FC99079271B15F73467-████ ████ |
| **Sent:** | 12/4/2020 3:13:02 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-/████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-/█████ |
| **Subject:** | Re: Proposed Agenda for Next Week |

Looks great Elvis, we are looking forward to the discussion!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Date:** Friday, December 4, 2020 at 4:19 PM
**To:** ████ ████ <████linkedin.com>, ████████████ @linkedin.com>, ████ ████ ████████linkedin.com>
**Subject:** Proposed Agenda for Next Week

LinkedIn folks,

I wanted to let you know our agenda has solidified. Here is what we have on tap:

- Greeting from new FBI SF SAC, Craig Fair
- Russian influence status update
- Chinese influence status update
- Iran cyber follow up on latest data sent
- Election Hot Wash

- What went well?
- What needs improvement?

- Discussion of meetings going forward

- Do we want to continue these types of meetings?
- What is the cadence if we want to continue? Quarterly? Some other period?
- What are the topics we want to discuss? All kinds of foreign influence? Elections only?

Let me know if this works for your folks and if you'd like to add anything. Thanks!

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent

LINKEDIN0000175

Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮
Email: ▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000176

Message

| | |
|---|---|
| **From**: | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent**: | 2/18/2021 9:56:18 AM |
| **To**: | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████; ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91–████ ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e–████; ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ |
| **Subject**: | Next FITF Meeting |
| **Flag**: | Flag for follow up |

LinkedIn folks,

I know there are meetings with different FBI components going on, but I want to set up the quarterly FITF meeting for the week of March 8th. We will be touching on the usual agenda items (Russia, China, and Global issues). Please let me know what works best for your folks (all times Pacific):

March 8, 1 pm
March 9, 10 am or 12 pm
March 10, 10 am or 1:30 pm
March 11, 10 am or 1 pm
March 12, 12 pm or 1 pm

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work ████
Cell: ████
Email ████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000177

Message

| | |
|---|---|
| **From:** | Elvis Chan [███████ fbi.gov] |
| **Sent:** | 11/10/2021 2:13:35 PM |
| **To:** | ███ ███ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91███ ███ |
| **CC:** | ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-██████ |
| **Subject:** | Next FITF Meeting |
| **Flag:** | Flag for follow up |

LinkedIn folks,

What better way to start out the holiday season than a FITF meeting? I will share the specific agenda as soon as I can nail down presenters, but we will broadly be covering malign foreign influence (Eurasia, Asia, and Global) and any new APTs that have updates for you. Here are the open slots for you to choose a one hour block:

Thursday, 12/2, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/3, 10 am, 11 am, 12 pm, 1 pm PT
Thursday, 12/9, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/10, 9 am, 10 am, 11 am PT
Tuesday, 12/14, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Wednesday, 12/15, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/17, 10 am, 11 am, 12 pm PT

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ██████████
Cell: ██████████
Email: ███████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000183

Case 3:22-cv-01213-TAD-KDM   Document 204-3   Filed 03/03/23   Page 35 of 121 PageID #:
10630
Case 3:22-cv-01213-TAD-KDM   Document 86-8   Filed 10/14/22   Page 35 of 121 PageID #:
3769

| Message | |
|---|---|
| **From:** | Elvis Chan [███████fbi.gov] |
| **Sent:** | 12/31/2021 3:10:26 PM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd9█ ████████ |
| | @fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█ ████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49█ ████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█ |
| | @fbi.gov] |
| **CC:** | ████████@fbi.gov]; ████████@fbi.gov] |
| | ████@fbi.gov]; Sanjay Virmani█████@fbi.gov]; ████████@FBI.GOV]; █ |
| | ████████@fbi.gov] |
| **Subject:** | Re: Query for our SM partners |
| **Attachments:** | FINAL (U--FOUO) IIF - Anniversary of US Capitol Breach May Be Exploited 12302021.pdf |

Hi ████

See attached for the latest product from us. Not earthshaking but we wanted to share this with you. Happy new year!

Regards,
   Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work:   ████████
Cell:   ████████
Email:  ████  fbi.gov

_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

_____

| **From:** | ████████@linkedin.com> |
|---|---|
| **Sent:** Friday, December 31, 2021 11:06:54 AM | |
| **To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; Dehmlow, Laura E. (CD) (FBI) <████████@fbi.gov>; ████ ████ | |
| <████linkedin.com>█ ████████@linkedin.com>; ████████@linkedin.com>; | |
| ████████(CD) (FBI)████████@fbi.gov> | |
| **Cc:** ████████(CyD) (FBI)████████@fbi.gov>; ████████(CD) (FBI)████████@fbi.gov>; | |
| ████(CD) (FBI) <████████@fbi.gov>; Virmani, Sanjay (CTD) (FBI)████████@fbi.gov>; | |
| ████(DO) (FBI) ◄████████@FBI.GOV>; ████████(CD) (FBI) ◄████@fbi.gov> | |

**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Query for our SM partners

Thanks, Elvis -- I'm not aware of any uptick/change in activity with regards to 6 January but we'll let you all know if we see anything.

Thanks,

LINKEDIN0000184

**From:** Elvis Chan <███████fbi.gov>
**Sent:** Thursday, December 30, 2021, 9:42 AM
**To:** Laura Dehmlow; ███ ████ █████████ ████████  ██████  ████
**Cc:**                                          Sanjay Virmani; ████████████████████
████

**Subject:** Re: Query for our SM partners

LinkedIn folks,

See below from FITF and let us know if you see anything. We will also let you know if we see anything. Thanks and have a happy new year!

Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████████
Cell: ████████
Email: █████████fbi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

---

**From:** Dehmlow, Laura E. (CD) (FBI) <████████@fbi.gov>
**Sent:** Thursday, December 30, 2021 9:24:09 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Cc:** ████████(CyD) (FBI) <████████@fbi.gov>; ████████(CD) (FBI)████████@fbi.gov>;
████████(CD) (FBI) <████████@fbi.gov>; ████████(CD) (FBI) █████████@fbi.gov>;
████(CD) (FBI) ████████@fbi.gov>
**Subject:** Query for our SM partners

Hi Elvis,

I'm very sorry to bother you just before a holiday weekend, but we're having some inquiries here regarding any uptick or change in foreign actors (proxy, state media, CIB) activities with regards to the 6 January anniversary. Trying to get a handle on whether we're seeing any specific calls for violence or any changes that would indicate more concern than the steady state activity that's been persistent over the past year with associated narratives. Would you mind looping us up with the various partners to just do a bit of a pulse check?

Thanks,

Laura

Laura Dehmlow
Section Chief

LINKEDIN0000185

Foreign Influence Task Force

LINKEDIN0000186

Message

| | |
|---|---|
| **From:** | Elvis Chan [⬛⬛⬛fbi.gov] |
| **Sent:** | 2/4/2022 12:59:58 PM |
| **To:** | ⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-⬛⬛⬛;⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49-⬛⬛ |
| **Subject:** | RE: Next FITF Meeting |

⬛⬛⬛ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ⬛⬛⬛
Cell: ⬛⬛⬛
Email: ⬛⬛⬛@fbi.gov
―――――――――――――――――――――――――

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ⬛⬛⬛@linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛⬛fbi.gov>;⬛⬛⬛ ⬛⬛⬛linkedin.com>;⬛⬛ ⬛⬛ <⬛⬛⬛linkedin.com>;⬛⬛⬛@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ⬛⬛⬛ is still in Sunnyvale. ⬛⬛ is in NY, ⬛⬛ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ⬛⬛⬛ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

⬛⬛

--

⬛⬛⬛

Advanced Threats

LINKEDIN0000191

Trust & Safety

☑ The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhYY3N3NzRsudcrr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgG6qwG2nly8F fcgiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Yn4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCEREhULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzaIQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAEIFTkSuQmCC

---

**From:** Elvis Chan <███████fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ████████████@linkedin.com>;███████ ██████linkedin.com>;████ ████
<████linkedin.com>; Karen Graham <kagraham@linkedin.com>
**Subject:** RE: Next FITF Meeting

███████ – I just sent you all a calendar invite for the 2nd.  Let me know the possibility of meeting in person.  On our side, the contingent would be approximately 9-11 people.  We are all vaccinated.  Thanks!

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████████
Cell: ███████████████
Email: ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████████████████@linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM

**To:** Chan, Elvis M. (SF) (FBI) <​███████​fbi.gov>; ███████ ███████ ███████linkedin.com>; ███████
<​███████​linkedin.com>; ███████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1st, 2nd, or 8th if any of those are still available.

Thanks!

███████

--

███████

Advanced Threats

Trust & Safety

☐1 The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y3/8XeXt5xX 5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfcgiBQbdQL8AIAOQBrALwGkAZQiLCh0OtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIIMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xxUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
Hla4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Yn4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+cpIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9cq6okqAJnAcpn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzaIQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvckw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqIE6A7HDKj+jle/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAAElFTkSuQmCC

_____

**From:** Elvis Chan <​███████​fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ███████ ███████ ███████linkedin.com>; ███████ <​███████​linkedin.com>; ███████

@linkedin.com>; ██████████ @linkedin.com>

**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again! We want to schedule the next round of quarterly FITF meetings with your company. We also wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area? If so, how many people maximum would you want our contingent to be? I ask because at least one other company has said they will host us in-person. See below for available times and let us know what you want to lock in. Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT


Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: █████████
Cell: █████████
Email: █████████ @fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000194

Message

| | |
|---|---|
| **From:** | Elvis Chan [████████fbi.gov] |
| **Sent:** | 2/4/2022 1:53:18 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████████ ███ ██ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49██████████] |
| **Subject:** | Re: Next FITF Meeting |

No problem. Thanks for checking!

Regards,
　Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████████
Cell: ████████
Email: ████████fbi.gov

─────────────────────────

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

---

**From:** ████████ ████ ████████linkedin.com>
**Sent:** Friday, February 4, 2022 1:46:48 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>;████████████████@linkedin.com>;████ ████
<████████linkedin.com>████████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

We'd love to host in person, Elvis, but our offices are still not open to non-LinkedIn guests. Am hopeful that will change by June.

Thanks,
████████

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:59 PM
**To:** ████████████@linkedin.com>;████ ████ ████████linkedin.com>;████ ████
<████████linkedin.com>;████████████@linkedin.com>
**Subject:** RE: Next FITF Meeting

████████ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
　Elvis

LINKEDIN0000195

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████
Cell: ███████████
Email: ███████ @fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ██████████████ @linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) < ████████ fbi.gov>; ██████ ███████ ██████ linkedin.com>;  ██████ ██████
< ████████ linkedin.com>; ████████████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ████████ is still in Sunnyvale. ██████ is in NY, ████ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ████████ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

████████

--

████████████

Advanced Threats
Trust & Safety

🔲 The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYEIEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhY3N3zNzRsudcrr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfcgiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNImg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCEReHULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAepn4QiAfU6JVE058QNVCtROyIrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DVI8OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ████████t@linkedin.com>; ████ ████ ████linkedin.com>; ████ ████
<████linkedin.com>; ████████@linkedin.com>
**Subject:** RE: Next FITF Meeting

████ – I just sent you all a calendar invite for the 2ⁿᵈ. Let me know the possibility of meeting in person. On our side, the contingent would be approximately 9-11 people. We are all vaccinated. Thanks!

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ████████@linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ ████linkedin.com>; ████ ████
<████linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1ˢᵗ, 2nd, or 8ᵗʰ if any of those are still available.

Thanks!

████

--

████████

Advanced Threats
Trust & Safety

████ The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYEIEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXxF8c9+59/zu/3y8Zx1m8WhY3Y3NzRsudcrr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfegiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCEREhULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte

4gbo5Q+cpIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9cq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan < ██████ fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ████████ ██ ████ linkedin.com>; ██████ < ████████ linkedin.com>; ██████ @linkedin.com>; ████████████ @linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again! We want to schedule the next round of quarterly FITF meetings with your company. We also wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area? If so, how many people maximum would you want our contingent to be? I ask because at least one other company has said they will host us in-person. See below for available times and let us know what you want to lock in. Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████████
Cell: ████████████
Email: ████████ @fbi.gov

————————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000198

Message

| | |
|---|---|
| **From:** | Elvis Chan [████fbi.gov] |
| **Sent:** | 5/5/2022 12:30:32 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ |
| **Subject:** | RE: Next FITF Meeting |
| **Flag:** | Flag for follow up |

████

Here is the list so far:

Laura Dehmlow, Section Chief, FITF
████████ Unit Chief, FITF Russia
████ Unit Chief, FITF China
████████ Unit Chief, FITF Global
████ Supervisory Special Agent, FITF Global
████ Assistant General Counsel, FITF Russia
████ Intelligence Analyst, FITF Russia
████ Special Agent, San Francisco Division
Elvis Chan, Asst. Special Agent in Charge, San Francisco Division

I know we'll be rounding out the delegation with some more analysts and case agents. I think our final count will be 12-13 people. Let me know if you'll be able to accommodate that size. We are all vaccinated and boosted. Thanks.

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████ @fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████ ████ ████ linkedin.com>
**Sent:** Thursday, May 5, 2022 12:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████ fbi.gov>; ████ ████ < ████ linkedin.com>; ████ @linkedin.com>; ████ @linkedin.com>; ████ ████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Got the invite, Elvis--thanks!

LINKEDIN0000208

Can you please also send me names + titles of the folks on your end so we can handle arrival logistics?

Thanks,

████

---

**From:** ████ ████ ████ linkedin.com>
**Sent:** Thursday, May 5, 2022 12:07 PM
**To:** Elvis Chan <████ fbi.gov>; ████ ████ <████ linkedin.com>; ████ @linkedin.com>; ████
████ @linkedin.com>; ████ linkedin.com>
**Subject:** Re: Next FITF Meeting

+Josh

Thanks, Elvis. We would love to host in SF! How about 10 am on Monday June 13?

We are still working out travel and logistics on our end (need to double-confirm our guest policy these days), but wanted to snag that timeslot since that is the only time that works for us for an in-person meeting.

Thanks,

████

---

**From:** Elvis Chan <████ fbi.gov>
**Sent:** Wednesday, May 4, 2022 2:49 PM
**To:** ████ ████ <████ linkedin.com>; ████ @linkedin.com>; ████
████ @linkedin.com>; ████ ████ linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to set up the next round of FITF quarterly meetings! I'm still trying to nail down the APT case briefings, but have all the malign influence briefings confirmed. We will definitely have an update on Callisto Group. We are hoping to have this be an in-person meeting at your San Francisco facility as we are scheduling meetings with the other companies in town during the same time period. Our contingent would be about 12 people. Let us know if you are able and willing to host on the following dates/times:

Monday, June 13, 10 am or 1 pm
Tuesday, June 14, 10 am or 1 pm
Wednesday, June 15, 10 am or 1 pm

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
San Francisco Division, Cyber Branch
Federal Bureau of Investigation
W: ████
C: ████

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.*

LINKEDIN0000209

| Message | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [ █████████ fbi.gov] |
| **Sent:** | 7/14/2020 11:02:21 AM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ ██████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e██████████ |
| **CC:** | ████████ g/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-███████ ██████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ |
| **Subject:** | Next FITF Meetings |

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!

LINKEDIN0000217

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▌▌▌▌▌▌▌
Cell: ▌▌▌▌▌▌
Email: ▌▌▌▌▌▌fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000218

Message

| | |
|---|---|
| **From:** | Elvis Chan [████████fbi.gov] |
| **Sent:** | 6/14/2022 6:43:46 AM |
| **To:** | Karen Graham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-/██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████ |
| **CC:** | ████████@fbi.gov] |
| **Subject:** | Fwd: Mandiant Report |
| **Attachments:** | Mandiant Lynas Information Operation Report 2022-05-31 (1).pdf |

LinkedIn folks,

Thanks again for hosting us for yesterday's meeting. As promised, here is the Mandiant report that ████████ referenced.

Regards,
   Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████fbi.gov
Pronouns: he, him, his
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

_____

| | |
|---|---|
| **From:** | ████████(CD) (FBI)████@fbi.gov> |
| **Sent:** | Tuesday, June 14, 2022 5:48:54 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) <████████fbi.gov> |
| **Cc:** | ████████(CD) (FBI) ████████@fbi.gov> |
| **Subject:** | Mandiant Report |

Hi Elvis,

Attached is the Mandiant report we discussed at the LinkedIn meeting.

Best,

████████

Message

| From: | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
|---|---|
| Sent: | 9/23/2020 12:56:55 PM |
| To: | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ ]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91███n█] |
| Subject: | Re: New FBI PSA |

Thanks, Elvis--received.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Wednesday, September 23, 2020 12:43 PM
**To:** ████ ████ <████linkedin.com>; ████ ████ @linkedin.com>; ████ ████
@linkedin.com>
**Subject:** New FBI PSA

LinkedIn folks,

In case you haven't seen it, the FBI is publishing a series of PSAs regarding the elections. I've attached it for your reference and would appreciate if you could forward to the folks who do your election security messaging. They can feel free to cite it or link to ic3.gov where we will be putting all of our PSAs. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████
Cell: ████
Email: ████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000231

Message

| | |
|---|---|
| **From:** | ██████ ██████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-██████ BA] |
| **Sent:** | 9/29/2020 12:07:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [██████fbi.gov]; ██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████ ██████; ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-██████ ██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430██████ |
| **Subject:** | Re: Last FITF Meeting before Elections |

Thanks, Elvis. Talk to you on 10/13 at 2 pm.

Thanks,

██████

---

**From:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>
**Sent:** Tuesday, September 29, 2020 11:08 AM
**To:** ██████ ██████ ██████linkedin.com>; ██████ ██████linkedin.com>; ██████@linkedin.com>; ██████ ██████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████
Cell: ██████
Email: ██████fbi.gov

---

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000232

Message

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| **Sent:** | 11/17/2020 1:25:15 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███n███ |
| **Subject:** | Re: Next FITF Meetings |

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████ ████ <████@linkedin.com>; ████ ████ ████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████
Cell: ████
Email: ████fbi.gov
————————————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000233

Message

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| **Sent:** | 11/17/2020 6:24:59 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ██] |
| **Subject:** | Re: Next FITF Meetings |

Received and accepted. Thank you, and talk to you soon.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 2:24 PM
**To:** ████ ████linkedin.com>; ████ ████linkedin.com>; ████@linkedin.com>
**Subject:** RE: Next FITF Meetings

Done! You should have gotten a calendar invite. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████
Cell: ████
Email: ████fbi.gov
————————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████ ████ ████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI)████@fbi.gov>; ████ ████ <████linkedin.com>; ████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████ ████@linkedin.com>; ████ ██

LINKEDIN0000234

██████ @linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████████
Cell: ██████████
Email: ██████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000235

Appointment

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ ██ |
| **Sent:** | 5/20/2020 8:58:56 AM |
| **To:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7114ab00281241b99e223b29739c5854████ ] |
| **Subject:** | FW: FITF Meeting with LinkedIn |
| **Location:** | 1████ , Guest Passcode:████ |
| **Start:** | 5/20/2020 12:00:00 PM |
| **End:** | 5/20/2020 1:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Hi ████ , we are meeting with the FBI today. Would be great to have you attend if you are available. Thanks,████

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Tuesday, May 19, 2020 5:00:12 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chan, Elvis M. (SF) (FBI); ████ (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); ████ (MH) (FBI); ████ (OGC) (FBI); ████ (WF) (FBI); ████ (SF) (FBI); ████ (AJ) (FBI); ████ (SF) (FBI); ████ (SF) (FBI); ████ (SF) (FBI); ████ (SF) (FBI); ████ (SF) (FBI); ████ ████ ████
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 12:00 PM-1:30 PM.
**Where:** ████ , Guest Passcode: ████

Hey there –

Yes it is! ████ and ██ are on the invite list. Not sure why you weren't. Hope this helps!

████

Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ████ fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ████ , Guest Passcode: ████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

## USA only dial: ████
## USA/Canada (Toll Free): ████
## Guest Passcode: ████

LINKEDIN0000237

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI); ▇▇▇▇▇▇▇ (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); ▇▇▇▇▇▇▇. (MH) (FBI); ▇▇▇▇▇▇▇ (OGC) (FBI); ▇▇▇▇▇▇▇ (WF) (FBI); ▇▇▇▇▇▇▇ (SF) (FBI); ▇▇▇▇▇▇▇ (AJ) (FBI); ▇▇▇▇ (SF) (FBI); ▇▇▇▇▇▇▇ (SF) (FBI); ▇▇▇▇▇▇▇ (SF) (FBI); ▇▇▇▇▇▇▇ (SF) (FBI); ▇▇▇ (SF) (FBI); ▇▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:** 1▇▇▇▇▇▇ Guest Passcode: ▇▇▇

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: ▇▇▇▇▇▇▇

USA/Canada (Toll Free): ▇▇▇▇▇▇▇

Guest Passcode: ▇▇▇▇

LINKEDIN0000238

| Message | |
|---|---|
| **From:** | ▮▮▮▮▮▮/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-▮▮▮▮▮ |
| **Sent:** | 2/4/2022 1:46:48 PM |
| **To:** | Elvis Chan [▮▮▮▮fbi.gov]; ▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91▮▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467▮▮▮▮▮▮▮▮h [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49▮▮▮▮▮ |
| **Subject:** | Re: Next FITF Meeting |

We'd love to host in person, Elvis, but our offices are still not open to non-LinkedIn guests. Am hopeful that will change by June.

Thanks,

▮▮▮▮

---

**From:** Elvis Chan <▮▮▮▮fbi.gov>
**Sent:** Friday, February 4, 2022 12:59 PM
**To:** ▮▮▮▮▮@linkedin.com>; ▮▮▮▮ ▮▮▮▮ ▮▮▮▮linkedin.com>; ▮▮▮▮
<▮▮▮▮linkedin.com>; ▮▮▮▮▮▮▮▮▮g ▮▮@linkedin.com>
**Subject:** RE: Next FITF Meeting

▮▮▮▮ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮
Email: ▮▮▮▮@fbi.gov

———————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ▮▮▮▮▮▮@linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) <▮▮▮▮fbi.gov>; ▮▮▮▮ ▮▮▮▮ ▮▮▮▮linkedin.com>; ▮▮▮▮ ▮▮▮▮
<▮▮▮▮linkedin.com>; ▮▮▮▮▮▮▮▮@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ▮▮▮▮ is still in Sunnyvale. ▮▮▮▮ is in NY, ▮▮▮ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ▮▮▮▮ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

▮▮▮▮

LINKEDIN0000239

--

▆▆▆▆▆
Advanced Threats
Trust & Safety

☑ The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+l13+e8JzPZBXXF8c9+59/zu/3y8Zx1m8WhY3mn3hZ43kgZ0d3kpqdd
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8Ffcgi8QBQdL8AIAOOQBrALwGkAZQiLchoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9R9L8M E
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <▆▆▆▆▆fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ▆▆▆▆▆t@linkedin.com>; ▆▆▆▆▆ ▆▆▆▆▆linkedin.com>; ▆▆▆▆▆ ▆▆▆
<▆▆▆▆▆linkedin.com>; ▆▆▆▆▆ @linkedin.com>
**Subject:** RE: Next FITF Meeting

▆▆▆▆▆ – I just sent you all a calendar invite for the 2nd. Let me know the possibility of meeting in person. On our side, the contingent would be approximately 9-11 people. We are all vaccinated. Thanks!

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ▆▆▆▆▆
Cell: ▆▆▆▆▆
Email: ▆▆▆▆▆@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000240

**From:** ████████████ @linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████ fbi.gov>;████████ ████ ████████linkedin.com>;████ ████
<████ linkedin.com>;████████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1ˢᵗ , 2nd, or 8ᵗʰ if any of those are still available.

Thanks!

████

--

████████

Advanced Threats
Trust & Safety

⌐┐ The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhY3NzRsudcrr5xXqqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfcgiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCEReHULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNcMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <████████ fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ████ ████ ████████linkedin.com>;████ ████ <████████linkedin.com>;
████ @linkedin.com>;████████ ████████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again! We want to schedule the next round of quarterly FITF meetings with your company. We also
wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area? If so, how many people

maximum would you want our contingent to be? I ask because at least one other company has said they will host us in-person. See below for available times and let us know what you want to lock in. Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT


Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work:
Cell:
Email: ▇▇▇▇@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000242

Message

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| **Sent:** | 7/14/2020 11:31:30 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ |
| **CC:** | Samantha Wright [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████ |
| **Subject:** | Re: Next FITF Meetings |

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) < ████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ████@linkedin.com>; ████@linkedin.com>████linkedin.com>; ████ ████ ████linkedin.com>
**Cc:** ████ @linkedin.com>; ████ < ████@linkedin.com>
**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture

LINKEDIN0000243

- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: █████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000244

Appointment

| | |
|---|---|
| **From**: | ███████ ██████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-██████ BA] |
| **Sent**: | 8/10/2020 1:16:51 PM |
| **To**: | ███████[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7114ab00281241b99e223b29739c5854██████ |
| **Subject**: | FW: FITF Meeting with LinkedIn |
| **Location**: | ███████, PIN ██████ |
| **Start**: | 8/12/2020 1:00:00 PM |
| **End**: | 8/12/2020 2:30:00 PM |
| **Show Time As**: | Tentative |
| **Recurrence**: | (none) |

Big day of meetings. Thanks for taking notes!

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Tuesday, July 14, 2020 1:49:14 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chan, Elvis M. (SF) (FBI); ██████ █████ ████████ ██████████ ███████████ (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); ████████ (MH) (FBI); ████████ (CID) (FBI); ████████ (OGC) (FBI); ████████ (SF) (FBI); ████████ (SF) (FBI); ████████ (AJ) (FBI); ████████ (NY) (FBI); ████████ (CG) (FBI); ████████ (CD) (FBI); ████████ (CID) (FBI); (CD) (FBI); ████████ (PH) (FBI); ████████ (PH) (FBI); ████████ (PH) (FBI)
**Cc:** ████████████████ Miller, Karen D. (OGC) (FBI)
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, August 12, 2020 1:00 PM-2:30 PM.
**Where:** ████████████, PIN ██████

USA/Canada (Toll Free): ████████████
Guest Passcode: ██████

---

From: ████████ ██████ ████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>
Cc:████████@linkedin.com>; ████████ <████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

██████

---
From: Chan, Elvis M. (SF) (FBI) <████████fbi.gov<mailto:████████fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ████████@linkedin.com<████████@linkedin.com>>; ████████ ████████@linkedin.com<████████@linkedin.com>>; ████████ ████████linkedin.com<████████@linkedin.com>>; ████████ ████████linkedin.com<mailto:████████linkedin.com>>
Cc: ████████@linkedin.com████████@linkedin.com>>; ████████ <████████@linkedin.com<mailto:████████@linkedin.com>>

LINKEDIN0000245

Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status
·     IRA Update
·     OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·     General PRC Update
·     APT31 briefing
Global Status
·     Iran Update
·     Venezuela briefing
·     North Korea briefing
Planning for U.S. Elections
·     FBI Posture
·     Your Posture
·     Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: 
Cell: 
Email:    fbi.gov<mailto:    fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000246

Message

| | |
|---|---|
| **From:** | ▢▢▢ (CD) (FBI) ▢▢▢ @fbi.gov] |
| **Sent:** | 9/10/2020 9:31:09 AM |
| **To:** | ▢▢▢ /o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-▢ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-▢ |
| **CC:** | ▢▢▢ (OGC) (FBI) ▢▢▢ @fbi.gov]; Chan, Elvis M. (SF) (FBI) [▢▢▢ fbi.gov] |
| **Subject:** | OFAC |
| **Flag:** | Flag for follow up |

Hello, hope all is well, just wanted to let you know about someone we have discussed in previous briefings.  Treasury just added people to the SDN list, including Derkach.  Let me know if you have any questions.

https://home.treasury.gov/news/press-releases/sm1118

Thanks,

▢▢▢

▢▢▢
*Unit Chief*
*FBI | Foreign Influence Task Force*
▢▢▢

LINKEDIN0000247

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 9/10/2020 4:31:10 PM |
| **To:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████]; ████ (CD) (FBI)████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████ (MH) (FBI) [████@fbi.gov]; ████ (CID) (FBI)████@fbi.gov]; ████ (OGC) (FBI) ████@fbi.gov]; |
| **CC:** | ████ (CID) (FBI) ████@fbi.gov] ████ (NY) (FBI) ████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████, passcode ████ |
| | |
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Tentative |

**Recurrence:**    (none)

Increased cadence touch point before election.  Agenda TBD.  Please forward to whomever you deem appropriate.

_____
**From:** ████ @linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) < ████ fbi.gov>; ████ @linkedin.com>; ████ linkedin.com>; ████ ████ linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████

--

████

Advanced Threats

LINKEDIN0000248

Trust & Safety

☑ The link

**From:** Chan, Elvis M. (SF) (FBI) < ⬛⬛⬛ fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ⬛⬛⬛ @linkedin.com>; ⬛⬛⬛ @linkedin.com>; ⬛⬛⬛ linkedin.com>;
⬛⬛⬛ ⬛⬛⬛ linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21ˢᵗ. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12ᵗʰ for our last set of meetings before the elections. Let me know what you think.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ⬛⬛⬛
Cell: ⬛⬛⬛
Email: ⬛⬛⬛ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000249

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 9/18/2020 11:06:33 AM |
| **To:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████; ████ (CD) (FBI) [████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████ (MH) (FBI) [████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; ████ (OGC) (FBI) ████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; ████ (CYD) (FBI) [████@fbi.gov] |
| **CC:** | ████ (NY) (FBI) [████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; Laura McLester ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-Laura Mcles]; ████ (LA) (FBI) [████@fbi.gov] |

| | |
|---|---|
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████ passcode ████ |

| | |
|---|---|
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Recurrence:** | (none) |

- Russia influence update – NAEBC ████
- China influence update (Dehmlow)
- Iran influence update ████
- APT39 Post Indictment Discussion ████
- Iran briefing on "House Blend" intrusion set ████
- Election logistics (Chan/All)

_____

**From:** ████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████@linkedin.com>; ████@linkedin.com>; ████ ████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████

LINKEDIN0000258

--

█████████

Advanced Threats

Trust & Safety

▭ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <███████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>; ███████ ████ ██████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: ███████fbi.gov
_____

LINKEDIN0000259

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000260

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/29/2020 11:38:23 AM |
| **To:** | ██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████████<br>[/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ███ ████████<br>[/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-Abhishek Ba]; █████<br>[/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████████████(CD)<br>(FBI) [███████@fbi.gov];Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ██████████ (MH) (FBI)<br>██████@fbi.gov]; ██████████(OGC) (FBI)█████@fbi.gov]; ██████(CID) (FBI)█████@fbi.gov];<br>████████SF) (FBI) █████@fbi.gov]; ██████(SF) (FBI) [█████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████████████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____

**From:** █████ █████████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

█████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████████ ██████ ███████████linkedin.com>, █████ █████ <████████linkedin.com>, ████████
████████@linkedin.com>, █████████████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

LINKEDIN0000261

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000262

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 10/9/2020 4:00:16 PM |
| **To:** | ███ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ ████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430██████████ (CD) |
| | (FBI) ██████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ████████ (MH) (FBI) |
| | ████████@fbi.gov]; ████████ (OGC) (FBI) ██████@fbi.gov]; ████████ (CID) (FBI) ████████@fbi.gov]; |
| | ████████ (SF) (FBI)████████@fbi.gov]; ████████ (SF) (FBI) ████████@fbi.gov]; ████████ (SF) |
| | (FBI) ████████@fbi.gov]; ████████ (CID) (FBI) ████████@fbi.gov]; ████████ (CID) (FBI) |
| | [████████@fbi.gov] |
| **CC:** | Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d████████]; ████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4████████; ████████ (TD) |
| | (FBI) ████████@FBI.GOV]; ████████ (CYD) (FBI) ████████@fbi.gov]; ████████ (SF) (FBI) |
| | ████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ PIN ████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |

**Recurrence:**   (none)

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____

**From:** ████ ████████ linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ <████████@linkedin.com>, ████ ████ <████████linkedin.com>, ████████@linkedin.com>, ████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000264

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 10/13/2020 12:31:56 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████(CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████(MH) (FBI) ████@fbi.gov]; ████(OGC) (FBI) ████@fbi.gov]; ████(CID) (FBI) ████@fbi.gov]; ████(SF) (FBI) [████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(CID) (FBI) ████@fbi.gov]; ████(CID) (FBI) ████@fbi.gov] |
| **CC:** | Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4████████; ████(TD) (FBI) ████@FBI.GOV]; ████(CYD) (FBI) ████:@fbi.gov]; ████(SF) (FBI) ████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 8████, PIN ████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate. Agenda below:

Russia Briefing (FITF-Russia and OGA)
China Update (FITF-China)
Iran Briefing (FITF-Global)
Election Command Post Status Update

_____

**From:** ████ ████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

**From:** "Chan, Elvis M. (SF) (FBI)" <████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ ████████linkedin.com>, ████ ████ <████linkedin.com>, ████

< ████@linkedin.com>, ████████████linkedin.com>

**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.   Please let me know which of these works best for you (one hour slot).   Thanks!

Monday, Oct. 12,  10 am or 1 pm PDT
Tuesday, Oct. 13,  10 am,  12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15,  10 am PDT
Friday, Oct. 16,  10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000266

Appointment

| From: | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
|-------|------|
| Sent: | 11/17/2020 2:23:41 PM |
| To: | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████ ██ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████     ████(CD) (FBI) |
| | ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████       (CID) (FBI) |
| | ████@fbi.gov]; ████(OGC) (FBI) ████@fbi.gov]      ████(SF) (FBI) ████@fbi.gov]; |
| | ████(SF) (FBI) ████@fbi.gov]; ████      (CID) (FBI) ████@fbi.gov] |
| Subject: | FITF Meeting with LinkedIn |
| Location: | 8████, 1████ |
| Start: | 12/9/2020 1:00:00 PM |
| End: | 12/9/2020 2:00:00 PM |
| Show Time As: | Tentative |
| Recurrence: | (none) |

_____

**From:** ████  ████  ████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████ ████ <████linkedin.com>;
████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████@linkedin.com>; ████ ████
<████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates –
Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need
to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll
lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000269

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: █████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000270

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 11/17/2020 2:27:39 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████ ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ ████ (CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████ (CID) (FBI) ████@fbi.gov]; ████(OGC) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(CID) (FBI) ████@fbi.gov]; ████(DO) (FBI) ████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████,,█████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

_____

**From:** ████ ████ ████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████ ████ < ████linkedin.com>; ████ ████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████████@linkedin.com>; ████ ████ <abajoria@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████
Cell: ███████
Email: ████████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000272

Appointment

| | |
|---|---|
| **From**: | ████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9-████████ |
| **Sent**: | 5/19/2020 5:00:11 PM |
| **To**: | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████] |

| | |
|---|---|
| **Subject**: | FW: FITF Meeting with LinkedIn |
| **Location**: | ████████ Guest Passcode: ████ |

| | |
|---|---|
| **Start**: | 5/20/2020 12:00:00 PM |
| **End**: | 5/20/2020 1:30:00 PM |
| **Show Time As**: | Tentative |

**Recurrence**:     (none)

Hey there –

Yes it is! ████ and █ are on the invite list. Not sure why you weren't. Hope this helps!

████████

Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ████████ fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ████████ , Guest Passcode: ████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

# USA only dial: ████████
# USA/Canada (Toll Free): ████████
# Guest Passcode: ████

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI); ████████ (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); ████████ (MH) (FBI); ████████ (OGC) (FBI); ████████ (WF) (FBI); ████████ (SF) (FBI); ████████ (AJ) (FBI); ████████ (SF) (FBI); ████████ (SF) (FBI); ████████ (SF) (FBI); ████████ (SF) (FBI); ████████ (SF) (FBI); ████████ ████████ ████████ ████████
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:** ████████ , Guest Passcode: ████

LINKEDIN0000279

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: █████████████

USA/Canada (Toll Free): ████████████████

Guest Passcode: ████████

LINKEDIN0000280

Appointment

| | |
|---|---|
| **From:** | Elvis Chan [⬛⬛⬛fbi.gov] |
| **Sent:** | 9/10/2021 8:18:05 AM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-/⬛⬛⬛; ⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430⬛⬛ Laura Dehmlow ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov] ⬛⬛@fbi.gov] ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛@usdoj.gov; ⬛⬛@usdoj.gov; ⬛⬛2@usdoj.gov |
| **CC:** | ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛@fbi.gov]; ⬛⬛r ⬛⬛@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ⬛⬛, pin ⬛⬛ |
| **Start:** | 9/16/2021 11:30:00 AM |
| **End:** | 9/16/2021 12:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward to anyone you think should attend. Final agenda:

- Russian influence (10 minutes)
- Chinese influence (10 minutes)
- APT31 update (10 minutes)
- Global Influence – Iran and Cuba (10 minutes)
- Houseblend Update/Reflections (10 minutes)
- DOJ Threats to Election Workers Task Force (10 minutes)

---

**From:** ⬛⬛ ⬛⬛ ⬛⬛ linkedin.com>
**Sent:** Thursday, August 12, 2021 10:41 AM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛fbi.gov>; ⬛⬛ ⬛⬛ <⬛⬛linkedin.com>; ⬛⬛ ⬛⬛@linkedin.com>; ⬛⬛ linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

No worries, Elvis. How about Thursday either at 11:30 or 1?

Thanks,

⬛⬛

---

**From:** Elvis Chan <⬛⬛fbi.gov>
**Sent:** Wednesday, August 11, 2021 2:53 PM
**To:** ⬛⬛ ⬛⬛ linkedin.com>; ⬛⬛ ⬛⬛ <⬛⬛ linkedin.com>; ⬛⬛ @linkedin.com>; ⬛⬛ linkedin.com>
**Subject:** RE: Next FITF Meeting

Shoot! Another company just beat you to that time slot. We still have 10 am on Wednesday or Thursday open. Sorry.

Regards,

LINKEDIN0000281

Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: █████████
Cell: █████████
Email: █████████@fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ████████ █████ █████████linkedin.com>
**Sent:** Wednesday, August 11, 2021  2:46 PM
**To:** Chan, Elvis M. (SF) (FBI) ██████@fbi.gov>; █████ █████ <█████linkedin.com>; ████████@linkedin.com>; ████████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis,

How about Tuesday Sept 14th 10 am PT?

Thanks,
██████

**From:** Elvis Chan <██████fbi.gov>
**Sent:** Wednesday, August 11, 2021  10:47 AM
**To:** █████ █████ <█████linkedin.com>; ████████@linkedin.com>; █████ █████ ████████linkedin.com>; █████████ ████████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to schedule the quarterly FITF meeting. I will provide the agenda when it is finalized, but let me know if there is anything you'd like to add. Tell me know your scheduling preference and I'll lock it in. As a reminder, Counterterrorism Division will want to have a separate call with you right before or after the FITF meeting. Thanks.

Monday, Sept. 13, 1 pm PDT
Tuesday, Sept. 14, 10 am, 11:30 am, or 1 pm PDT
Wednesday, Sept. 15, 10 am, 12 pm, or 1 pm PDT
Thursday, Sept. 16, 10 am, 11:30 am, or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: █████████
Cell: █████████
Email: █████████@fbi.gov

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000283

Appointment

| From: | Chan, Elvis M. (SF) (FBI) [⬛⬛⬛fbi.gov] |
|---|---|
| Sent: | 7/14/2020 1:49:00 PM |
| To: | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430⬛⬛⬛⬛(CD) (FBI) [⬛@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [⬛⬛@fbi.gov]; ⬛⬛(MH) (FBI) ⬛@fbi.gov]; ⬛(CID) (FBI) ⬛@fbi.gov]; ⬛(OGC) (FBI) ⬛@fbi.gov]; ⬛(SF) (FBI) ⬛@fbi.gov]; ⬛(SF) (FBI) [⬛@fbi.gov]; ⬛(AJ) (FBI) ⬛@fbi.gov]; ⬛(NY) (FBI) ⬛@fbi.gov]; ⬛(CG) (FBI) ⬛@fbi.gov]; ⬛(CD) (FBI) ⬛@fbi.gov]; ⬛(CID) (FBI) ⬛@fbi.gov]; ⬛(CD) (FBI) ⬛@fbi.gov] |
| CC: | ⬛⬛/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-⬛⬛ |
| Subject: | FITF Meeting with LinkedIn |
| Location: | ⬛⬛⬛⬛, PIN ⬛ |
| Start: | 8/12/2020 1:00:00 PM |
| End: | 8/12/2020 2:30:00 PM |
| Show Time As: | Tentative |
| Recurrence: | (none) |

## USA/Canada (Toll Free): ⬛⬛⬛⬛
## Guest Passcode: ⬛⬛⬛

_____

**From:** ⬛⬛⬛⬛⬛linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛fbi.gov>; ⬛⬛⬛@linkedin.com>; ⬛⬛@linkedin.com>; ⬛⬛⬛ <⬛@linkedin.com>
**Cc:** ⬛⬛⬛⬛@linkedin.com>; ⬛⬛⬛ <⬛⬛@linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

⬛⬛⬛

_____
**From:** Chan, Elvis M. (SF) (FBI) <⬛⬛fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ⬛⬛⬛⬛@linkedin.com>; ⬛⬛⬛@linkedin.com>; ⬛⬛⬛linkedin.com>; ⬛⬛⬛⬛linkedin.com>

LINKEDIN0000284

**Cc:** ⬛⬛⬛⬛⬛⬛⬛ @linkedin.com>; ⬛⬛⬛⬛⬛ < ⬛⬛⬛ @linkedin.com>

**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ⬛⬛⬛⬛⬛
Cell: ⬛⬛⬛⬛
Email: ⬛⬛⬛ fbi.gov

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000286

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 7/24/2020 9:20:26 AM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████████(CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ███████(MH) (FBI) ██████@fbi.gov]; █████████(CID) (FBI) ██████@fbi.gov]; ████████(OGC) (FBI) █████@fbi.gov]; ████████(SF) (FBI) ████████@fbi.gov]; ████████(SF) (FBI)████████@fbi.gov]; ██████(AJ) (FBI█████@fbi.gov]; ████████(NY) (FBI) ███████@fbi.gov]; ████(CG) (FBI) █████@fbi.gov]; █████████(CD) (FBI) █████@fbi.gov]; ████████(CID) (FBI) ████████@fbi.gov; ████(CD) (FBI) ██████@fbi.gov]; █████(PH) (FBI) ███████@fbi.gov]; █████(PH) (FBI) ██████s@fbi.gov]; ████████(PH) (FBI) ████@fbi.gov] |
| **CC:** | █████████=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Miller, Karen D. (OGC) (FBI) █████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████████, PIN █ |

| | |
|---|---|
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |

**Recurrence:** (none)

```
USA/Canada (Toll Free): ████████████
Guest Passcode: ██████


_____
From: ████████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████████@linkedin.com>;
████@linkedin.com>;                 linkedin.com>
Cc: ████████            @linkedin.com>;        <       ██████n@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
████████
_____
From: Chan, Elvis M. (SF) (FBI) <████████bi.gov<mailto       ████fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To:      ████@linkedin.com<mailto:       ████@linkedin       .com>>;
████    @linkedin.com<mailto:       ████@linkedin.com>>;
████      linkedin.com<mailto:       ████@linkedin.com>>;
████     inkedin.com<mailto        ████linkedin.com>>
Cc: ████       ████@linkedin.com<mailto:████     ████@linkedin.com>>;
<        ████n@linkedin.com<mailto        ████n@linkedin.com>>
Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status
```

·           IRA Update
·           OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·           General PRC Update
·           APT31 briefing
Global Status
·           Iran Update
·           Venezuela briefing
·           North Korea briefing
Planning for U.S. Elections
·           FBI Posture
·           Your Posture
·           Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to
provide will be sent in advance.  Thanks!


Regards,
    Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:
Cell:
Email:            bi.gov<mailto      fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000291

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 5/19/2020 5:00:12 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████]; ████(CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████(MH) (FBI) [████@fbi.gov]; ████(OGC) (FBI)████@fbi.gov]; ████(WF) (FBI) ████@fbi.gov]; ████(SF) (FBI)████@fbi.gov]; ████(AJ) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@FBI.GOV]; ████(SF) (FBI)████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(SF) (FBI) ████@fbi.gov]; ████(SF) (FBI)████@fbi.gov]; Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████, Guest Passcode:████ |
| **Start:** | 5/20/2020 12:00:00 PM |
| **End:** | 5/20/2020 1:30:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Hey there –

Yes it is! ████ and ████ are on the invite list. Not sure why you weren't. Hope this helps!

████

Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ████fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ████, Guest Passcode: ████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: ████
USA/Canada (Toll Free): ████
Guest Passcode: ████

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI);         (CD) (FBI); Dehmlow, Laura E. (CD) (FBI);         (MH) (FBI);         (OGC) (FBI);         (WF) (FBI);         (SF) (FBI);         (AJ) (FBI);         (SF) (FBI);         (SF) (FBI);         (SF) (FBI);         (SF) (FBI);         (SF) (FBI);
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:**         , Guest Passcode:

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial:
USA/Canada (Toll Free):
Guest Passcode:

LINKEDIN0000295

Appointment

| | |
|---|---|
| **From:** | Elvis Chan [███████fbi.gov] |
| **Sent:** | 8/12/2021 11:02:40 AM |
| **To:** | Elvis Chan [emchan@fbi.gov]; Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ ██; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467-███████; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███████ ██ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430███████ Laura Dehmlow ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@fbi.gov]; ██████@usdoj.gov; ██████@usdoj.gov; ██████@usdoj.gov |
| **CC:** | ██████@fbi.gov]; ██████@fbi.gov] ██████@fbi.gov]; ██████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 8██████, pin ██ |
| **Start:** | 9/16/2021 11:30:00 AM |
| **End:** | 9/16/2021 12:30:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Please forward to anyone you think should attend. Final agenda:

- Russian influence (10 minutes)
- Chinese influence (10 minutes)
- APT31 update (10 minutes)
- Global Influence – Iran and Cuba (10 minutes)
- Houseblend Update/Reflections (10 minutes)
- DOJ Threats to Election Workers Task Force (10 minutes)

_____

**From:** ██████ ██████ ██████ linkedin.com>
**Sent:** Thursday, August 12, 2021 10:41 AM
**To:** Chan, Elvis M. (SF) (FBI) <██████ fbi.gov>; ██████ ██████ <██████ linkedin.com>; ██████ @linkedin.com>; ██████ linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

No worries, Elvis. How about Thursday either at 11:30 or 1?

Thanks,
██████

_____

**From:** Elvis Chan <██████ fbi.gov>
**Sent:** Wednesday, August 11, 2021 2:53 PM
**To:** ██████ ██████ linkedin.com>; ██████ ██████ <██████ linkedin.com>; ██████ @linkedin.com>; ██████ linkedin.com>
**Subject:** RE: Next FITF Meeting

Shoot! Another company just beat you to that time slot. We still have 10 am on Wednesday or Thursday open. Sorry.

Regards,

LINKEDIN0000296

Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████
Cell: ███████████
Email: ███████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ████████ ██████ ███████linkedin.com>
**Sent:** Wednesday, August 11, 2021 2:46 PM
**To:** Chan, Elvis M. (SF) (FBI) <██████@fbi.gov>; █████ █████ <███████linkedin.com>; ████████
████████@linkedin.com>; ████████████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis,

How about Tuesday Sept 14th 10 am PT?

Thanks,
██████

**From:** Elvis Chan <██████fbi.gov>
**Sent:** Wednesday, August 11, 2021 10:47 AM
**To:** █████ █████ <████████linkedin.com>; ████████@linkedin.com>; ████████ ████
████████linkedin.com>; ████████ <█████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to schedule the quarterly FITF meeting. I will provide the agenda when it is finalized, but let me know if there is
anything you'd like to add. Tell me know your scheduling preference and I'll lock it in. As a reminder, Counterterrorism
Division will want to have a separate call with you right before or after the FITF meeting. Thanks.

Monday, Sept. 13, 1 pm PDT
Tuesday, Sept. 14, 10 am, 11:30 am, or 1 pm PDT
Wednesday, Sept. 15, 10 am, 12 pm, or 1 pm PDT
Thursday, Sept. 16, 10 am, 11:30 am, or 1 pm PDT

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████
Cell: ███████████
Email: ███████@fbi.gov

LINKEDIN0000297

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000298

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:14 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████ █] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ █]; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████████] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████████] (CD) (FBI)█████@fbi.gov];Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ████(MH) (FBI) █████@fbi.gov]; ████(CID) (FBI)████@fbi.gov] ████(OGC) (FBI)████@fbi.gov]; ████(SF) (FBI)████████@fbi.gov]; █(SF) (FBI)████@fbi.gov]; ████(AJ) (FBI)████@fbi.gov], ████(NY) (FBI)████@fbi.gov]; ████(CG) (FBI) ████@fbi.gov]; ████(CD) (FBI)████@fbi.gov]; ████(CID) (FBI) ████@fbi.gov]; ████(CD) (FBI)████@fbi.gov]; ████(PH) (FBI) ████@fbi.gov]; ████(PH) (FBI)████@fbi.gov]; ████(PH) (FBI)████@fbi.gov] |
| **CC:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████ ; █] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Miller, Karen D. (OGC) (FBI) █████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████████, PIN ████ |
| | |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Busy |

**Recurrence:** (none)

```
USA/Canada (Toll Free): ████████████
Guest Passcode: ██████

_____
From: ████████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <██████bi.gov>; ████████████@linkedin.com>;
████@linkedin.com>; ████████linkedin.com>
Cc: ████████@linkedin.com>; <████████n@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
████████

_____
From: Chan, Elvis M. (SF) (FBI) <████bi.gov<mailto:████fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ████@linkedin.com<mailto:████@linkedin.com>>; ████
████@linkedin.com<mailto:████@linkedin.com>>; ████
████linkedin.com<mailto:████@linkedin.com>>; ████
████inkedin.com<mailto████linkedin.com>>
Cc: ████████@linkedin.com<mailto:████@linkedin.com>>; ████
<████n@linkedin.com<mailto████████n@linkedin.com>>
Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status
```

·     IRA Update
·     OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·     General PRC Update
·     APT31 briefing
Global Status
·     Iran Update
·     Venezuela briefing
·     North Korea briefing
Planning for U.S. Elections
·     FBI Posture
·     Your Posture
·     Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to
provide will be sent in advance.  Thanks!


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮
Cell: ▮▮▮▮▮
Email: ▮▮▮▮▮bi.gov<mailto▮▮▮▮▮fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000304

Appointment

| From: | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
|---|---|
| Sent: | 9/10/2020 4:32:22 PM |
| To: | Chan, Elvis M. (SF) (FBI) [███████fbi.gov]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███████]; ███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-███████]; ███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-███████]; ███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-███████]; ███████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467-███████]; ███████ (CD) |
| | (FBI) [███████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [███████@fbi.gov]; ███████ (MH) (FBI) |
| | [███████@fbi.gov]; ███████ (CID) (FBI) [███████@fbi.gov]; ███████ (OGC) (FBI) [███████@fbi.gov]; |
| | ███████ (CID) (FBI) [███████@fbi.gov]; ███████ (CYD) (FBI) [███████@fbi.gov] |
| CC: | ███████ (NY) (FBI) [███████@fbi.gov]; ███████ (CID) (FBI) [███████@fbi.gov]; Laura Mclester |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-Laura Mcles]; ███████ |
| | (LA) (FBI) [███████@fbi.gov] |
| | |
| Subject: | FITF Meeting with LinkedIn |
| Location: | ███████, passcode ███████ |
| | |
| Start: | 9/22/2020 10:00:00 AM |
| End: | 9/22/2020 11:00:00 AM |
| Show Time As: | Busy |
| | |
| Recurrence: | (none) |

- Russia influence update – NAEBC ███████
- China influence update (Dehmlow)
- Iran influence update ███████
- APT39 Post Indictment Discussion ███████
- Iran briefing on "House Blend" intrusion set ███████
- Election logistics (Chan/All)

_____

**From:** ███████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <███████fbi.gov>; ███████@linkedin.com>;
███████ linkedin.com>; ███████ linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

███████

--

███████

Advanced Threats

Trust & Safety

⬜ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>;
████ ████ ████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

LINKEDIN0000306

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000307

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/29/2020 11:39:59 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██, Knigh]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████████ ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████(CD) (FBI) [██@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; ████████(MH) (FBI) ████@fbi.gov]; ████████(OGC) (FBI)████@fbi.gov]; ████████(CID) (FBI)████@fbi.gov]; ████████(SF) (FBI)████@fbi.gov]; ████████(SF) (FBI) [████@fbi.gov]; ████████(SF) (FBI) ██████@fbi.gov]; ████████(CID) (FBI)████@fbi.gov]; ████████(CID) (FBI) ████████@fbi.gov] |
| **CC:** | ████████r [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████████]; ████████(TD) (FBI) ████@FBI.GOV]; ████████(CYD) (FBI) ████@fbi.gov]; ████████SF) (FBI) ████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ PIN████████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Busy |

**Recurrence:**     (none)

Please forward this invitation to whomever you deem appropriate. Agenda below:

Russia Briefing (FITF-Russia and OGA)
China Update (FITF-China)
Iran Briefing (FITF-Global)
Election Command Post Status Update

_____

**From:** ████ ████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

_____

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ ████████linkedin.com>, ████ ████ <████████linkedin.com>, ████

<                @linkedin.com>,                                         linkedin.com>

**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12,  10 am or 1 pm PDT
Tuesday, Oct. 13,  10 am,  12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15,  10 am PDT
Friday, Oct. 16,  10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮
Cell: ▮▮▮
Email: ▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 11/17/2020 2:24:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; ████████████[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ ████ (CD) (FBI) ████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ████(CID) (FBI) ████████@fbi.gov]; ████(OGC) (FBI) ████@fbi.gov]; ████(SF) (FBI)████████@fbi.gov]; ████(SF) (FBI) [████████@fbi.gov]; ████████(CID) (FBI) [████████@fbi.gov]; ████(DO) (FBI) [████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████,, ████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

_____

**From:** ████ ████ ████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████ ████ <████linkedin.com>; ████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████linkedin.com>; ████████@linkedin.com>; ████ ████ <████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000318

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: █████████ fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000319

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [⬛⬛⬛fbi.gov] |
| **Sent:** | 1/3/2020 3:47:58 PM |
| **To:** | ⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179⬛⬛⬛ |
| **Subject:** | Next FITF Meeting |

All,

Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

February 11, 10 AM, 1 PM, 3 PM
February 12, 10 AM, 1 PM, 3 PM
February 13, 10 AM, 1 PM, 3 PM

The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:  ⬛⬛⬛
Cell:  ⬛⬛⬛
Email:  ⬛⬛⬛bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000328

Message

| From: | ▮▮▮▮▮ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9▮▮▮ |
|---|---|
| Sent: | 1/6/2020 1:51:50 PM |
| To: | Chan, Elvis M. (SF) (FBI) [▮▮▮▮fbi.gov]; ▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d▮▮▮; ▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-▮▮ |
| Subject: | Re: Next FITF Meeting |

+@▮▮▮▮ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

▮▮▮▮
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <▮▮▮bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work:
    Cell:  ▮▮▮▮
    Email:  ▮▮▮▮fbi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000329

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 1/6/2020 2:12:49 PM |
| **To:** | ████████/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-█ |
| **Subject:** | RE: Next FITF Meeting |

Thanks ████  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell:    ████████
Email:   ████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ████████ [mailto████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████ <████████@linkedin.com>; <████████n@linkedin.com>; ████████@linkedin.com>; ████████ <████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@█████████    to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update. Hope all is well.

    Regards,
        Elvis
    _____

LINKEDIN0000330

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell:
Email:         fbi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000331

Message

| | |
|---|---|
| **From**: | ███████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C97A38FEDE0F4B71B9CC0BA3F53C6F90████████ |
| **Sent**: | 1/9/2020 10:44:36 AM |
| **To**: | Chan, Elvis M. (SF) (FBI) [███████fbi.gov]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-██████ ██ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-██████ |
| **Subject**: | RE: Next FITF Meeting |

Hi Elvis,

Happy New Year! My apologies for the delay. I added a mini vacation to our company shut down and I'm still catching up. We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,

~mg  ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <███████bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ███████ <███████l@linkedin.com>; <███████ @linkedin.com>;
<███████n@linkedin.com>; ███████@linkedin.com>; <███████@linkedin.com>
Subject: RE: Next FITF Meeting

Thanks Diana! For your awareness, Feb. 12 and 10 am and 1 pm are taken now. I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:  ███████
Cell:  ███████
Email:  ███████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ███████ [mailto ███████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <███████bi.gov>; ███████ <███████@linkedin.com>;
<███████n@linkedin.com>; ███████@linkedin.com>; <███████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@███████ to help with scheduling.

Thanks Elvis! We'll figure out a time and let you know.

Happy New Year!

███████
Threat Prevention
Trust & Safety

LINKEDIN0000332

On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████████bi.gov> wrote:

All,

Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

February 11, 10 AM, 1 PM, 3 PM
February 12, 10 AM, 1 PM, 3 PM
February 13, 10 AM, 1 PM, 3 PM

The tentative agenda will include discussion of election related crimes by DOJ and an IRA update. Hope all is well.

Regards,
       Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ████
Cell: ████████
Email: ████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000333

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 1/9/2020 11:15:42 AM |
| **To:** | ████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-████████████el [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-███████ |
| **Subject:** | RE: Next FITF Meeting |

████,

Let's do the February 11 slot, but can we push to 3:30 pm?  We'll be driving from the City.  If so, please send us a calendar invitation with the building address to lock it in.  Thanks!

Regards,
     Elvis

_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ████████
Cell:  ████████
Email: ████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ████████ [mailto:████████b@linkedin.com]
Sent: Thursday, January 09, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <████bi.gov>; ████████ <████l@linkedin.com>; <████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████ <████████@linkedin.com>
Subject: [SOCIAL NETWORK] RE: Next FITF Meeting

Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm still catching up.  We can make the following work:
     February 11, 1 PM, 3 PM
     February 12, 3 PM
     February 13, 10 AM, 1 PM

Thanks so much,
████  ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <████bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ████████ <████████@linkedin.com>; ████████ <████████@linkedin.com>; <████████n@linkedin.com>; ████████ <████████@linkedin.com>; <████████@linkedin.com>
Subject: RE: Next FITF Meeting

Thanks Diana! For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
     Elvis
_____

Elvis M. Chan

LINKEDIN0000334

Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: █████████
Cell: █████████
Email: █████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: █████████ [mailto █████████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <█████████bi.gov>; █████████ <█████████ @linkedin.com>; <█████████h@linkedin.com>; █████████@linkedin.com>; <█████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@█████████ to help with scheduling.

Thanks Elvis! We'll figure out a time and let you know.

Happy New Year!

█████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <█████████bi.gov> wrote:

    All,

    Happy New Year! We wanted to gauge your availability to meet with FITF next month. Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update. Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work: █████████
    Cell: █████████
    Email: █████████fbi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

Message
| | |
|---|---|
| **From**: | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C97A38FEDE0F4B71B9CC0BA3F53C6F90-MARCIE GALI] |
| **Sent**: | 1/9/2020 1:13:48 PM |
| **To**: | Chan, Elvis M. (SF) (FBI) [▮▮▮▮▮fbi.gov]; ▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-▮▮▮▮▮ |
| **Subject**: | RE: Next FITF Meeting |

Done. ☺ Invite sent for Feb 11 @ 3:30. I've included the folks on this email (plus ▮▮▮ and ▮▮▮▮ so please let me know if anyone else should be added.

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <▮▮▮▮bi.gov>
Sent: Thursday, January 9, 2020 11:16 AM
To: ▮▮▮▮▮ <▮▮▮▮@linkedin.com>; ▮▮▮▮▮ <▮▮▮l@linkedin.com>; <▮▮▮▮@linkedin.com>; <▮▮▮▮n@linkedin.com>; ▮▮▮▮▮ @linkedin.com>
Subject: RE: Next FITF Meeting

Marcie,

Let's do the February 11 slot, but can we push to 3:30 pm? We'll be driving from the City. If so, please send us a calendar invitation with the building address to lock it in. Thanks!

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ▮▮▮▮▮
Cell: ▮▮▮▮▮
Email: ▮▮▮bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ▮▮▮▮▮ [mailto:▮▮▮▮p@linkedin.com]
Sent: Thursday, January 09, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <▮▮▮▮bi.gov>; ▮▮▮▮▮ <▮▮▮l@linkedin.com>; <▮▮▮▮@linkedin.com>; <▮▮▮▮n@linkedin.com>; ▮▮▮▮▮ @linkedin.com>
Subject: [SOCIAL NETWORK] RE: Next FITF Meeting

Hi Elvis,

Happy New Year! My apologies for the delay. I added a mini vacation to our company shut down and I'm still catching up. We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,
~mg  ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <▮▮▮▮bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ▮▮▮▮▮ <▮▮▮l@linkedin.com>; <▮▮▮▮@linkedin.com>; ▮▮▮▮▮ <▮▮▮n@linkedin.com>; ▮▮▮▮▮ @linkedin.com>; <▮▮▮▮@linkedin.com>
Subject: RE: Next FITF Meeting

LINKEDIN0000336

Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
     Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: 
Cell:  ▮
Email:  ▮bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ▮ [mailto ▮l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <▮bi.gov>; ▮, ▮ <▮@linkedin.com>; <▮@linkedin.com>; ▮ <▮@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@▮  to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

▮
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <▮bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work: 
    Cell:  ▮
    Email:  ▮bi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000337

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 2/28/2020 5:01:05 PM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ |
| **Subject:** | FBI San Francisco Election Command Post |

All,

I want to inform you that FBI San Francisco will be standing up its Election Command Post on March 3, 2020 from 8:00 AM to 5:00 PM PT. The contact information for the command post is:

Telephone: ████████
Email: ████@fbi.gov

We will be fully staffed with law enforcement, intelligence, and legal personnel. Please feel free to share any election related issues to the above communication channels during the aforementioned date/time period. You can also cc me if emailing information. Before and after the election, you can contact me directly. Let me know if you have any questions. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000350

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [██████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:56 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████████ ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████████, ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-██████████ (CD) (FBI) █████@fbi.gov];Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; ███████ (MH) (FBI) █████@fbi.gov]; ████████ CID) (FBI) █████@fbi.gov]; ████████ (OGC) (FBI) █████@fbi.gov]; ██████. (SF) (FBI) [████████@fbi.gov]; ████████ (SF) (FBI) █████@fbi.gov]; ██████ (AJ) (FBI) █████@fbi.gov]; ███████ (NY) (FBI) █████@fbi.gov]; ████████ (CG) (FBI) █████@fbi.gov]; ████████ (CD) (FBI) █████@fbi.gov]; ██████ (CID) (FBI) ████████@fbi.gov]; ████████ (CD) (FBI) █████@fbi.gov]; ██████ (PH) (FBI) █████@fbi.gov], ████████ (PH) (FBI) █████@fbi.gov]; ███████ (PH) (FBI) █████@fbi.gov] |
| **CC:** | ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████]; Miller, Karen D. (OGC) (FBI) ██████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | , PIN █████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

```
USA/Canada (Toll Free): ██████████
Guest Passcode: ██████
```

```
From: ██████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <██████bi.gov>; ████████ @linkedin.com>;
██████ @linkedin.com>; ████████ linkedin.com>
Cc: ████████████ @linkedin.com>; <████████ n@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings
```

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
██████

```
From: Chan, Elvis M. (SF) (FBI) <████████bi.gov<mailto:██████fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ████████@linkedin.com<mailto:adever@linkedin.com>>; ████████
████@linkedin.com<mailto:████████@linkedin.com>>; ████████
██████linkedin.com<mailto:████████@linkedin.com>>; ████████
██████inkedin.com<mailto:████████linkedin.com>>
Cc: ████████@linkedin.com<mailto:████████@linkedin.com>>; ████████
<████████n@linkedin.com<mailto:████████n@linkedin.com>>
Subject: Next FITF Meetings
```

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status

```
·        IRA Update
·        OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·        General PRC Update
·        APT31 briefing
Global Status
·        Iran Update
·        Venezuela briefing
·        North Korea briefing
Planning for U.S. Elections
·        FBI Posture
·        Your Posture
·        Information sharing channels and methods
```

Here are the proposed dates/times for a 1.5 hour meeting:

```
August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT
```

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent in advance.  Thanks!


Regards,
    Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:
Cell:
Email:            bi.gov<mailto        fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000402

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:56 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov]; ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e█████████]; █████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91█████ ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179█████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████████(CD) (FBI) █████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [█████████@fbi.gov]; █████████ (MH) (FBI) █████@fbi.gov]; █████████(CID) (FBI) █████@fbi.gov]; █████████ (OGC) (FBI) █████@fbi.gov]; █████████ (SF) (FBI) █████████@fbi.gov]; █████████ (SF) (FBI)█████████@fbi.gov]; █████ (AJ) (FBI)█████████@fbi.gov]; █████████ NY) (FBI) █████@fbi.gov]; █████████(CG) (FBI) █████@fbi.gov]; █████████(CD) (FBI) ████@fbi.gov]; █████████(CID) (FBI) █████@fbi.gov]; █████████(CD) (FBI) █████@fbi.gov] |
| **CC:** | █████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4█████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01█████] |
| | |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | █████████ PIN█████ |
| | |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

# USA/Canada (Toll Free): ████████████
# Guest Passcode ██████████

_____

**From:** ██████████ linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <█████████fbi.gov>; █████████@linkedin.com>; █████████@linkedin.com>; █████████@linkedin.com>
**Cc** █████████@linkedin.com>; █████████ <█████@linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

██████

_____

**From:** Chan, Elvis M. (SF) (FBI) <█████████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** █████████@linkedin.com>; █████████@linkedin.com>; █████████linkedin.com>; █████ ████ ██████linkedin.com>

**Cc:**                  @linkedin.com>;          <       @linkedin.com>

**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:
Cell:
Email:       fbi.gov

LINKEDIN0000404

_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000405