**AUDIO TRANSCRIPTION OF RECORDING**

## Page 1

```
 5              AUDIO RECORDING
 6        IN RE: STATE OF MISSOURI, ET AL.
 7                     VS.
 8        JOSEPH R. BIDEN, JR., ET AL.
10        FILE: FBI ON ELECTION -
11        THERE'S GOING TO BE A LOT OF NOISE
12               OCTOBER 28, 2020
15  (Due to the quality of the recorded media, portions
16  were unable to be transcribed and include inaudible
17  portions. The transcript may also include
18  misinterpreted words and/or unidentified speakers.
19  The transcriber was not present at the time of the
20  recording; therefore, this transcript should not be
21  considered verbatim.)
24  TRANSCRIBED BY: MELISSA LANE
```

## Page 2

1  TOM FIELD: Hi there. I'm Tom Field,
2  senior vice president of Editorial Information
3  Security Media Group talking about what everybody's
4  talking about this week, and that is election cyber
5  security. My privilege to welcome back to the studio
6  Elvis Chan, supervisory special agent with the FBI in
7  San Francisco.
8  Elvis, pleasure to speak with you again.
9  ELVIS CHANN: Thank you very much for
10 having me, Tom. I'm actually glad I was able to
11 squeeze you in.
12 TOM FIELD: And the week before the
13 election of all things. I feel like I asked you this
14 question so many times between 2016 and now, but
15 today, within just over a week of the actual
16 November 3rd, 2020 election, Mr. Chan -- Agent Chan --
17 what is the state of election security as we enter the
18 last days of this president stretch run?
19 ELVIS CHANN: So I feel cautiously
20 optimistic that we, at least the U.S. government, have
21 been doing what we can be doing, right? And so like
22 I -- I always say, there's three things that we worry
23 about in terms of cyber security. Number one are hack
24 and dump attacks. Number two are attacks against the
25 election system itself, and then number three are the

## Page 3

1  foreign influence things -- campaigns that we're
2  seeing right now; right? From China, Russia, and
3  Iran. So those are the three things we're still
4  worried about. I think the difference between now and
5  2016 and even 2018, all of the different components
6  are plugged in so much closer; right? Like, we're
7  sharing information with the private sector,
8  specifically the social media companies. We're
9  sharing information with all the state and county
10 level election officials, and there's just really good
11 information sharing within the U.S. government as
12 well. So, I mean, you would think, oh, like, we
13 should be sharing well, and I would say post 911, that
14 was true on the counterterrorism side, and I can
15 definitely say it's true on the election security side
16 as well.
17 TOM FIELD: Just in the past two weeks,
18 Elvis, I feel like there's been such a flood of news
19 to the point where I've been discussing with my team
20 having an ongoing blog about election security in the
21 news of the hours and never mind the day, so how
22 should we interpret the news we've seen in recent
23 says, as you say, about Russia, about Iran, about the
24 TrickBot takedown so much?
25 ELVIS CHANN: So there is a lot, and so I

## Page 4

1  do think that we are trying to be public, specifically
2  the U.S. government; right? I know Microsoft did the
3  TrickBot takedown. I thought it was, you know, very
4  useful. Like, at the end of the day what you want to
5  do is, slow down the impact of like ransom ware;
6  right? I think that's why TrickBot was taken down.
7  You know, Microsoft made the call. I'm glad they did.
8  It was -- I hate to say it. It's a little easier for
9  them to get a seizure warrant like that than we are,
10 and to be on -- coordinate the moving pieces, so that
11 was good.
12 I hope you've also seen news where the
13 social media companies have actually named us as, you
14 know, sharing information with them, sharing threat
15 information, so they can clean off their platforms of
16 all these inauthentic accounts, you know, so I'm very
17 proud that we've been able to share this type of
18 threat information with them.
19 We're also being very public, I think you
20 saw the indictments that we've had recently; right, on
21 the JRU, the Russian military intelligence; right?
22 And so those are the same actors who hacked into the
23 Democratic national committee four years ago, even
24 though it feels like a decade ago now, so we are doing
25 everything we can. There are the very public things

# AUDIO TRANSCRIPTION OF RECORDING

## Page 5

1  that we can do, then there are the behind scene things
2  that we're continuing to do.
3          TOM FIELD:  As voters, as business people,
4  what do you believe we can expect to see over the
5  course of the next seven days between now and election
6  day?
7          ELVIS CHANN:  I think you're already seeing
8  what you're going to see.  There's going to be a lot
9  of noise.  There's going to be a lot of stuff that
10 isn't true.  There's going to be a lot of worry.  What
11 I ask you, and then all of the voting public to do is
12 get your ballot in as soon as possible.  If you're in
13 the state where you're allowed to drop off your
14 ballot, if you're in a state where you're allowed to
15 mail your ballot in early, you still got a week.  Now
16 is the time to do it.
17         And what I want people to know is that like
18 there are state and county and municipal election
19 officials.  They take this job very seriously so that
20 you can trust when you're handing your ballot off to
21 the post -- you know, postal worker or in the drop box
22 and it will get to the right place.  All of the
23 safeguards are in place to make sure that your vote
24 will count.
25         TOM FIELD:  Elvis, when you and I spoke a

## Page 6

1  couple of months back, you set my expectations then
2  that just because we're having election November 3rd
3  doesn't mean we're going to have results on November
4  3rd or 4th.  So set our expectations.  What should we
5  expect to see postelection?  Not just in results, but
6  in cyber activity as well?
7          ELVIS CHANN:  Yeah.  That's absolutely
8  right.  And I'm glad we're still talking about this.
9  Again, so obviously everyone knows we're in COVID-19
10 or you and I would be sitting, like, about five feet
11 within each other; right, Tom?  However, because
12 COVID-19, we are going to have unprecedent amounts
13 of -- of vote by mail; right?  Absentee ballots, vote
14 by mail ballots.  So it's going to take a long time.
15 I think it'll take a long time before all of the final
16 results are certified by each state.  You know, it can
17 range from 20 to 30 days.  Each state has to certify
18 an election.  So because of that, I do think there's
19 going to be both misinformation and disinformation
20 that's going to be out there; right?  And my focus is
21 on foreign misinformation.  Foreign actors trying to
22 throw doubt in our elections; right?
23         So what I would ask people to do is the --
24 the most accurate news you're going to get is going to
25 be from your county or state level election website,

## Page 7

1  and so that is where things are going to happen;
2  right?  So the newspapers, you know, you only hear
3  them say the AP is calling it for this candidate or
4  you know, Bloomberg News is calling it for that
5  candidate.
6          What I would say is, at the end of the day,
7  it doesn't count until it is certified by the state
8  and then, you know, at that point we'll know.  We'll
9  have electors go to the electoral college in December,
10 so I -- I'm -- fingers crossed that Thanksgiving is --
11 we will definitively know.  That's what I hope.
12         TOM FIELD:  Elvis, fair to say that
13 election security has been your biggest focus over the
14 past two years?
15         ELVIS CHANN:  Yes.  And I would argue it's
16 been my biggest focus the last four years.
17         TOM FIELD:  What would you say we have
18 learned about nation state activity that can inform
19 our countries defense and strategies outside of
20 elections and beyond November 3rd?
21         ELVIS CHANN:  That's a really good
22 question, Tom.  What I can say is, we've already
23 mentioned the three countries; right, that we're most
24 concerned about is China, Russia and Iran.  Each of
25 them is -- you know, has a different agenda with us,

## Page 8

1  but at the end of the day I would say most countries
2  and especially these countries are always concerned
3  about us, right, because we're the oldest democracy.
4  We, you know, have the First Amendment protected free
5  speech.  We have a lot of things going for us.  We
6  still have the largest economy in the world.  And so
7  people are going to be trying to tear us down; right?
8  There are countries that -- they want to be on top.
9  They -- they want to be the big dog on the globe, and
10 so I think going forward we're going to have to
11 understand that, you know, everyone is coming for us,
12 and as long as we're mindful, and as long as we do
13 what we need to do which is continue to vote, continue
14 to, like, scrutinize media, like I've talked about
15 media literacy with you in the past, but that's one
16 thing I really want to focus on is folks should know
17 where the sources of their information is coming from.
18 Don't just trust stuff coming out of your social media
19 feed or out of your social media groups.  You should
20 really go to accurate sources of news information and
21 especially for the elections like your state and your
22 counties are going to be the accurate places to get
23 that time of information.
24         TOM FIELD:  Elvis, I always ask you this
25 question, and it wouldn't be right if I didn't ask you

# AUDIO TRANSCRIPTION OF RECORDING

Page 9

1. now, what can enterprises and individuals do for their
2. part to support your efforts?
3.     ELVIS CHANN:  So I'm going to ask -- I'm
4. probably going to say the same thing that I said the
5. last time, but if you see something, say something;
6. right?  So if you are seeing any types of cyber
7. attacks against your companies, let your local FBI
8. office know; right?  We may be able to help.  We may
9. be able to provide guidance.  If you're also seeing
10. something related to the election on your social media
11. platform, all of them have portals where you can
12. report that sort of information.  They're being very
13. aggressive in trying to take down any disinformation
14. or misinformation, and then, lastly, if they see
15. anything on election day or before election day, you
16. can always report it to FBI.gov or justice.gov, and
17. you know, there's a little button you can click to
18. submit a complaint.  We take all of these very
19. seriously.
20.     TOM FIELD:  Elvis, I've enjoyed our
21. conversations over the past several years, and I do
22. hope that when this election is over, and the results
23. are known, that you have got yourself a major holiday
24. vacation ahead of you.
25.     ELVIS CHANN:  Thank you very much, Tom, and

Page 10

1. I look forward to the next time we can see each other
2. in real life.
3.     TOM FIELD:  It'll be a while.  The election
4. will be decided first.
5.     ELVIS CHANN:  Yes.
6.     TOM FIELD:  Elvis thank you so much.
7.     ELVIS CHAN:  Thank you very much, Tom.
8.     TOM FIELD:  Once again, the topic has been
9. election security.  You just heard from Elvis Chan,
10. supervisory special agent with the FBI in San
11. Francisco.  For Information Security Media Group, I'm
12. Tom Field.  Thank you so much for watching us here
13. today.
14.     (Audio ended.)

Page 11

1. CERTIFICATE OF REPORTER
2. 
3.     I, Melissa J. Lane, Certified Court
4. Reporter of Missouri, Certified Shorthand Reporter of
5. Illinois and Registered Professional Reporter, do
6. hereby certify that I was asked to prepare a
7. transcript of proceedings had in the above-mentioned
8. case, which proceedings were held with no court
9. reporter present utilizing an open microphone system
10. of preserving the record.
11.     I further certify that the foregoing pages
12. constitute a true and accurate reproduction of the
13. proceedings as transcribed by me to the best of my
14. ability and may include inaudible sections or
15. misidentified speakers of said open microphone
16. recording.
17. 
18. *[signature: Melissa J. Lane]*
19. Melissa J. Lane, CCR, CSR, RPR
20. 
21. 
22. 
23. 
24. Date:
25. 

3 (Pages 9 to 11)