EXHIBIT 15

# AUDIO TRANSCRIPTION OF RECORDING

Page 1

AUDIO RECORDING
IN RE: STATE OF MISSOURI, ET AL.
VS.
JOSEPH R. BIDEN, JR., ET AL.

FILE: PREPARING FOR RETALIATORY ATTACKS FROM RUSSIA
JUNE 29, 2022

(Due to the quality of the recorded media, portions were unable to be transcribed and include inaudible portions. The transcript may also include misinterpreted words and/or unidentified speakers. The transcriber was not present at the time of the recording; therefore, this transcript should not be considered verbatim.)

TRANSCRIBED BY: MELISSA LANE

Page 2

ANNA DELANEY: Hello. I'm Anna Delaney with ISMG, and I'm thrilled to be joined by Elvis Chann, cyber branch of the FBI San Francisco. Hi, Elvis.

ELVIS CHANN: Hi, Anna. Thank you for having me.

ANNA DELANEY: It's a great pleasure. So, Elvis, everybody's talking about ransom ware, and you speak -- see many, many portions, so where are the gaps in the ransom ware response plans?

ELVIS CHANN: I definitely think -- well, number one, not having an incident response plan.

ANNA DELANEY: Yeah.

ELVIS CHANN: That's usually an issue, and then number two, I think the biggest gap is not having an established relationship with the FBI. So hopefully like step 13 or 15 on their incident response plan should be contacting law enforcement, and typically, for the companies that I don't have a relationship with, it's a Friday at 5:00 o'clock, before a long weekend, and they're frantic, and they've never dealt with us, and they don't know what we can bring to the table, and it's -- it's very Helter Skelter. I think those are the two biggest things that I see.

Page 3

ANNA DELANEY: So let's break that down, just specifically looking at the preparation.

ELVIS CHANN: Yes.

ANNA DELANEY: So where are the gaps first?

ELVIS CHANN: So I think the gaps are that they haven't even mapped out their networks. They don't know where all of their most valuable data is. That's number one. And then number two is the backups. They typically will have online backups, but the problem is, with all the new variance of ransom ware, they look for the online backups, and they corrupt them. So the company's scratching their head, do I have offline backups, and if I do, have I ever restored from them? So that's like a second very large gap that we see. A third gap is their hair is on fire, and a lot of times they don't know who to call first. Am I going to call the CEO first? Am I going to call the CFO? Who am I going to call? When do I get external counsel involved? When do I get an incident response company involved? So those are the big three things that I see.

ANNA DELANEY: What's blocking -- what's in the way companies in getting that all together?

ELVIS CHANN: So I think -- I'm going to get a little existential right now. People don't

Page 4

think they're ever going to be hacked, you know. Like, people -- you know, maybe I'm a little older now. I know I'm going to die at some point, but companies just don't think they're going to be hacked. So maybe they have some sort of incident response plan that's on a shelf collecting dust somewhere, but they've never done a table top exercise. They've never practiced it. They've never even looked at the incident response plan, because they never think they're going to get hacked. But guess what, ladies and gentlemen? I'm here to tell you, everyone is going to get hacked at some point, and you should be prepared for it.

ANNA DELANEY: And part of that preparation, as you said earlier, is nurturing these relationships between law enforcement. What do you require for organizations? And I want to flip that around. What do you -- or how do you help or reach out to organizations as well?

ELVIS CHANN: So -- so what do we require from organizations? So during an incident response plan, we will have questions; right? The most important things that we want to know when an incident has happened is, like, when did it happen? Do you have any logs that you can share with us, and then do

# AUDIO TRANSCRIPTION OF RECORDING

## Page 5

1. you have any evidence, do you have any attribution of
2. who it could be, and then the last question is, do you
3. know what data or, you know, money was stolen? So
4. those are the things that we ask after an incident
5. response.
6.     What we would like ahead of that is for the
7. companies to already -- you can tell when a company's
8. prepared. You can tell that when they've made the
9. decision to call law enforcement, it's going to be
10. their internal general counsel on the phone call.
11. It's going to be their external attorney on the phone
12. call, and they say, hey, Elvis, we want to talk to
13. you. We've suffered from a security incident, and we
14. would like to report this to you, and everything's
15. lined up, everything's prepared. Like, we have logs,
16. we're ready to share, how do you want us to get those
17. to you? That's like a pie in the sky dream that
18. rarely happens, to be honest with you, and that's
19. fine; right? I want them to call us whenever it's
20. happening, whenever they feel that they can get away
21. from whatever they're doing.
22.     ANNA DELANEY: How do you reach out to
23. organizations? How are you nurturing these relations?
24.     ELVIS CHANN: So we actually -- we have a
25. rubric that we use with all the different things that

## Page 6

1. you would think -- different metrics that -- that we
2. really care about. Like, are they a Fortune 500
3. company, are they some sort of strategic technology,
4. are they one of the critical infrastructure sectors.
5. And so what we do is, like, at the headquarters level,
6. they rack and stack all of the different organizations
7. in each field office's territory, and so for San
8. Francisco, we -- it's called the systematically
9. important partners program, and so we actually have
10. over 278 companies that FBI headquarters is deemed
11. that we need to have a relationship with these
12. companies because they're strategically important to
13. the national security of the United States, and I
14. would say when they first rolled that out at the
15. beginning of the year, we were already in an
16. established relationship with 95 percent of those
17. companies.
18.     ANNA DELANEY: What steps do you want to
19. see organizations take to help you?
20.     ELVIS CHANN: So I -- I would like to just
21. see the basics, to be honest with you. Like, the easy
22. things are, let's do multifactor authentication. In
23. my experience from the companies I work with here in
24. the Silicon Valley, maybe only one out of every five
25. companies does multifactor authentication. That would

## Page 7

1. be number one. Number two is, have a good backup
2. plan. Like, figure out what is your most important
3. data and have backups of it. And specifically, also
4. have offline backups; right? Cold storage and the
5. reason for that, like I said before, ransom ware will
6. look for your online backups and corrupt those as
7. well. Number three is, you should have a telephone
8. tree. I mean, a cell phone tree or what-have-you so
9. that you have in prioritized order the phone calls
10. that you will be making as a chief information
11. security officer, who are the phone calls I need to
12. make, and then number four is, oh, like, hopefully, if
13. your e-mail went down or whatever your communication
14. channel is, have backup communication channels; right?
15. Whether it's an encrypted app or whether you spin up a
16. Gmail account or something, you need to have backup
17. communications, and then last but not least, I'm
18. really hammering home on this, an incident response
19. plan that you have practiced before.
20.     ANNA DELANEY: So midterm elections 2022.
21.     ELVIS CHANN: Yes.
22.     ANNA DELANEY: They're coming up.
23.     ELVIS CHANN: Yes, they are.
24.     ANNA DELANEY: What's the FBI doing to
25. prepare?

## Page 8

1.     ELVIS CHANN: So I think the good news is,
2. post 2020, we've never stopped; right? Like, as soon
3. as November 3rd happened in 2020, we just pretty much
4. rolled into preparing for 2022. So at the FBI we are
5. really engaged with our county registrars; right? So
6. every field office is responsible for ensuring that
7. they are in contact with each of the election
8. officials in each of our countries; right? So that's
9. where we deal -- we also meet regularly with the state
10. level officials at the secretary of state.
11.     I think, you know, here in California, we
12. just had our primary; right? On Tuesday. The good
13. news is, it's all mail, so I mailed mine in a couple
14. of weeks ago, but we also, I think, from FBI San
15. Francisco's standpoint, we are also really engaged
16. with the technology companies that are out here and
17. represented here at the RSA conference, so making sure
18. that, you know, any vulnerabilities we think advanced
19. persistent threats would be using, specifically
20. critical vulnerabilities that they get the message
21. out, specifically to the election infrastructure
22. organizations. We're also working with the social
23. media companies to make sure that any foreign
24. disinformation that's coming out that, you know, like
25. if we can identify them, we can share that information

AUDIO TRANSCRIPTION OF RECORDING

Page 9

1   with them so they can knock down accounts, knock down
2   disinformation content, and then just having
3   conversations with all of those organizations as
4   they're building up to November of this year.
5        ANNA DELANEY:  What threats -- threat
6   activity are you most concerned about?
7        ELVIS CHANN:  So I'm always the most
8   concerned about advance persistent threats; right?  So
9   I think we saw in 2016, 2018, and to a lesser degree
10  2020, the Russians.  I guess the good or bad news is,
11  they're kind of occupied right now with the Ukrainian
12  invasion.  What I've been telling companies that I'm
13  very worried about and also sharing with critical
14  infrastructure companies such as the election
15  infrastructure is, at some point I'm very concerned
16  that the Russians are going to launch cyber
17  retaliatory attacks against the United States; right?
18  Election infrastructure, transportation sector,
19  financial sector, and energy sector are probably the
20  four sectors that I'm the most worried about, and the
21  FBI has been very actively engaged with the leaders in
22  all of those sectors.
23       ANNA DELANEY:  Yeah.  So rumor has it, we
24  haven't seen anything massive yet; okay?  But CISA
25  warned this week or advised, please don't get too

Page 10

1   complacent.  So what should organizations be doing to
2   prepare for, as you say, a potential retaliation here?
3        ELVIS CHANN:  Yeah.  So definitely I
4   completely agree with CISA on this.  There's three
5   types of attacks that I'm thinking are going to
6   happen.  Number one are going to be coordinated ransom
7   ware attacks because we know the preponderance of
8   ransom ware actors are actually in Russia.  That's
9   number one.  Number two are data wiping attacks, so
10  we've seen a lot of that going on in Ukraine right
11  now.  You know, we work very closely with the
12  Ukrainian government, and that is definitely something
13  that they've seen.  Number three is continued spear
14  fishing campaigns, trying to steal credentials, trying
15  to elicit information from people in all of the
16  sectors that I mentioned.  Those are the three types
17  of attacks.  So I would say, come back to, how do we
18  protect against those three types of attacks?  It's
19  the basic cyber security things, having multifactor
20  authentication, having, you know, patch networks,
21  having good firewalls and -- and all of the basic
22  stuff will prevent maybe 80 to 90 percent of those
23  attacks that I just mentioned.
24       ANNA DELANEY:  Elvis, this has been such a
25  pleasure.  Thank you very much for sharing your

Page 11

1   insight.
2        ELVIS CHANN:  Thank you very much for
3   having me, Anna.
4        ANNA DELANEY:  I've been speaking with
5   Elvis Chann with the FBI, and for ISMG, I'm Anna
6   Delaney.
7        (Audio ended.)

Page 12

1   CERTIFICATE OF REPORTER
2
3        I, Melissa J. Lane, Certified Court
4   Reporter of Missouri, Certified Shorthand Reporter of
5   Illinois and Registered Professional Reporter, do
6   hereby certify that I was asked to prepare a
7   transcript of proceedings had in the above-mentioned
8   case, which proceedings were held with no court
9   reporter present utilizing an open microphone system
10  of preserving the record.
11       I further certify that the foregoing pages
12  constitute a true and accurate reproduction of the
13  proceedings as transcribed by me to the best of my
14  ability and may include inaudible sections or
15  misidentified speakers of said open microphone
16  recording.
17
18       _Melissa J. Lane_
19       Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24  Date:
25

3 (Pages 9 to 12)