**Chan, Elvis M. (SF) (FBI)**

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) |
| **Sent:** | Tuesday, October 4, 2016 8:32 AM |
| **To:** | Rich, Patricia R. (SF) (FBI) |
| **Cc:** | Hammell, Delynn B. (SF) (FBI) |
| **Subject:** | Fwd: Follow Up |

FYI from DNC.

Regards,
Elvis
==============
Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
Work: 415-553-7605
Cell: REDACTED-6196
E-mail: elvis.chan@ic.fbi.gov

-------- Original message --------
From: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Date: 10/03/2016 8:12 PM (GMT-08:00)
To: "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>
Cc: "Lai, Sarah (NSD) (JMD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Subject: Re: Follow Up

Sean,

We certainly can share information with you on a rolling basis. We hope to have some information for you later in the week.

Regards,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654 6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Monday, October 3, 2016 at 12:13 PM
**To:** Michael <msussmann@perkinscoie.com>

EXHIBIT 23

SCC_0002578

**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Michael and Julissa,

Good morning. I see that there may be another release of documents this week, maybe as early as tomorrow. Accordingly, I thought I would take that as an opportunity to check in on the first requests below. Would it be possible to do a rolling production? Happy to discuss further, if necessary.

Thanks!

Sean

---

**From:** Newell, Sean (NSD)
**Sent:** Tuesday, September 27, 2016 6:14 PM
**To:** MSussmann@perkinscoie.com
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN) (Jeffrey.Shih@usdoj.gov); Chan, Elvis M. (SF) (FBI) (Elvis.Chan@ic.fbi.gov); Hawkins, E. A. (WF) (FBI) (Adrian.Hawkins@ic.fbi.gov)
**Subject:** Follow Up

Michael,

As discussed yesterday, I am writing to request an initial batch of items from your clients. For all victims, DOJ and FBI request the following:

1. Any released files that are believed to be fake or modified and, if applicable, the original, unmodified file; and
2. 24-36 released files that were not circulated outside each of victim organizations (e.g., the donor list that was mentioned during our meeting) and a preliminary indication as to whether any of these may have been modified.

For DCCC only, we request access to data and/or employees that could speak to the two screenshots at the bottom of this e-mail as having been created from an amalgamation of files or directories on the DCCC network. We believe that DCCC and/or Crowdstrike may have looked into these screenshots between on or about September 2 and 6, 2016.

Finally, as Sarah mentioned during the meeting, some media reporting referred to an ongoing DNC effort to review documents to see if any had been "forged." To close the loop on that, we pulled up the following from a USA Today article regarding the September 13, 2016 information release: "In response to that most recent leak, DNC interim chair Donna Brazile stated that their 'legal team is now in the process of reviewing these private documents, and attempting to confirm their authenticity, as it is common for Russian hackers to forge documents.'"

We'll provide the more comprehensive wish list by the end of the week.

Thank you.

Sean Newell
Deputy Chief – Cyber
Counterintelligence and Export Control Section

National Security Division
U.S. Department of Justice
(202) 532-4585

Screenshot 1
<< OLE Object: Picture (Device Independent Bitmap) >>

Screenshot 2
<< OLE Object: Picture (Device Independent Bitmap) >>

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

SCC_0002580

No. 1:21-cr-00582-CRC (D.D.C.) DX-148_0003

**From:** Hawkins, E. A. (WF) (FBI) <Adrian.Hawkins@ic.fbi.gov>
**Sent:** Wednesday, October 12, 2016 12:05 PM
**To:** Rich, Patricia R. (SF) (FBI) <Patricia.Rich@ic.fbi.gov>
**Subject:** RE: Follow Up

---

Sure! If you end up needing anything, let me know!

--

-------- Original message --------
From: "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>
Date: 10/12/2016 12:01 PM (GMT-05:00)
To: "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
Subject: RE: Follow Up

Hi Adrian,
I am happy to follow up directly with Julissa, if that works for you. Please let me know.
Thanks,
Patricia

**From:** Hawkins, E. A. (WF) (FBI)
**Sent:** Wednesday, October 12, 2016 6:23 AM
**To:** Rich, Patricia R. (SF) (FBI) <Patricia.Rich@ic.fbi.gov>
**Subject:** Fwd: Follow Up

How should I respond? Am interested in hearing ideas on how best to approach.

--

-------- Original message --------
From: "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Date: 10/11/2016 4:18 PM (GMT-05:00)
To: "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
Cc: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Subject: RE: Follow Up

Hi Adrian,

Following up on your conversation with Michael this afternoon, I wanted to confirm the information we received from the DCCC regarding the screenshots. The DCCC confirmed that the first screenshot (beginning with "2015 Events," "2015 Holiday Lists" folders) does reflect part of their server. The second screenshot, however, does not appear on their server like it appears in the released document. For example, they could not find a folder named "Pelosi Vote Email" or a document labeled "1 713 Pelosi DCCC renewal fundraising letter Q1" anywhere on their internal system. They said that it was possible that some of the files or folders in that screenshot did exist on their server, but that the format was certainly wrong and they were unable to find some of the documents from the screenshot at all.

If you have a few minutes, I'd like to follow up by phone to talk about hashing the released and original documents and running a comparison--Michael mentioned that you had some ideas about how to do so. I was wondering if you could talk me through them, and then we can figure out what makes the most sense for the DNC and DCCC. Let me know what's good for you.

Thanks,
Julissa

**Julissa Milligan** | **Perkins Coie LLP**
ASSOCIATE*
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.6368
F. +1.202.654.9965
E. JMilligan@perkinscoie.com

* Application for Bar Admission Pending

**From:** Hawkins, E. A. (WF) (FBI) [mailto:Adrian.Hawkins@ic.fbi.gov]
**Sent:** Tuesday, October 11, 2016 11:48 AM
**To:** Sussmann, Michael A. (WDC); Newell, Sean (NSD) (JMD)
**Cc:** Milligan, Julissa L. (WDC); Chan, Elvis M. (SF) (FBI)
**Subject:** RE: Follow Up

I'm checking with SF on their availability.

--

-------- Original message --------
From: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Date: 10/11/2016 11:17 AM (GMT-05:00)
To: "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
Cc: "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Subject: Re: Follow Up

Sean and Adrian,

Can you two get on a short call today with Julissa and me to discuss the status of your requests? We also can just get on the phone with Adrian. I will be OOO tomorrow, so if today doesn't work, let's shoot for Thursday.

Thanks,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Tuesday, October 4, 2016 at 10:09 AM

**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Sounds good. Thank you!

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Monday, October 03, 2016 11:13 PM
**To:** Newell, Sean (NSD)
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN); Chan, Elvis M. (SF) (FBI); Hawkins, E. A. (WF) (FBI); Milligan, Julissa L. (Perkins Coie)
**Subject:** Re: Follow Up

Sean,

We certainly can share information with you on a rolling basis. We hope to have some information for you later in the week.

Regards,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Monday, October 3, 2016 at 12:13 PM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Michael and Julissa,

Good morning. I see that there may be another release of documents this week, maybe as early as tomorrow. Accordingly, I thought I would take that as an opportunity to check in on the first requests below. Would it be possible to do a rolling production? Happy to discuss further, if necessary.

Thanks!

Sean

---

**From:** Newell, Sean (NSD)
**Sent:** Tuesday, September 27, 2016 6:14 PM
**To:** MSussmann@perkinscoie.com

**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN) (Jeffrey.Shih@usdoj.gov); Chan, Elvis M. (SF) (FBI) (Elvis.Chan@ic.fbi.gov); Hawkins, E. A. (WF) (FBI) (Adrian.Hawkins@ic.fbi.gov)
**Subject:** Follow Up

Michael,

As discussed yesterday, I am writing to request an initial batch of items from your clients. For all victims, DOJ and FBI request the following:

Any released files that are believed to be fake or modified and, if applicable, the original, unmodified file; and
24-36 released files that were not circulated outside each of victim organizations (e.g., the donor list that was mentioned during our meeting) and a preliminary indication as to whether any of these may have been modified.

For DCCC only, we request access to data and/or employees that could speak to the two screenshots at the bottom of this e-mail as having been created from an amalgamation of files or directories on the DCCC network. We believe that DCCC and/or Crowdstrike may have looked into these screenshots between on or about September 2 and 6, 2016.

Finally, as Sarah mentioned during the meeting, some media reporting referred to an ongoing DNC effort to review documents to see if any had been "forged." To close the loop on that, we pulled up the following from a USA Today article regarding the September 13, 2016 information release: "In response to that most recent leak, DNC interim chair Donna Brazile stated that their 'legal team is now in the process of reviewing these private documents, and attempting to confirm their authenticity, as it is common for Russian hackers to forge documents.'"

We'll provide the more comprehensive wish list by the end of the week.

Thank you.

Sean Newell
Deputy Chief – Cyber
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
(202) 532-4585

Screenshot 1
<< OLE Object: Picture (Device Independent Bitmap) >>

Screenshot 2
<< OLE Object: Picture (Device Independent Bitmap) >>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Sussmann, Michael A. (Perkins Coie)**

| | |
|---|---|
| **From:** | Sussmann, Michael A. (Perkins Coie) |
| **Sent:** | Thursday, October 13, 2016 3:43 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) |
| **Cc:** | Rich, Patricia R. (SF) (FBI); Newell, Sean (NSD) (JMD); Hawkins, E. A. (WF) (FBI); Sills, Jonathan P. (OGC) (FBI); Hooper, Joseph M. (CYD) (FBI); Cheeks II, James E. (CYD) (FBI); Milligan, Julissa L. (Perkins Coie) |
| **Subject:** | Re: Follow Up |

In theory, sure, but I'm checking to see if the data is with CrowdStrike now or at the DNC.

I'll start a new email and put you directly in touch with CrowdStrike.

**Michael Sussmann** Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
**Date:** Thursday, October 13, 2016 at 2:55 PM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>, "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, Jonathan Sills <Jonathan.Sills@ic.fbi.gov>, "Hooper, Joseph M. (CYD) (FBI)" <Joseph.Hooper@ic.fbi.gov>, "Cheeks II, James E. (CYD) (FBI)" <James.Cheeks@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Hi Michael,

Do you believe DNC/DCCC would be amenable to letting FBI computer forensics personnel onsite to conduct the imaging?

Regards,
Elvis
==============
Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
Work: 415-553-7605
Cell: REDACTED-6196
E-mail: elvis.chan@ic.fbi.gov

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Thursday, October 13, 2016 10:58 AM
**To:** Chan, Elvis M. (SF) (FBI) <Elvis.Chan@ic.fbi.gov>

**Cc:** Rich, Patricia R. (SF) (FBI) <Patricia.Rich@ic.fbi.gov>; Newell, Sean (NSD) (JMD) <Sean.Newell@usdoj.gov>; Hawkins, E. A. (WF) (FBI) <Adrian.Hawkins@ic.fbi.gov>; Sills, Jonathan P. (OGC) (FBI) <Jonathan.Sills@ic.fbi.gov>; Hooper, Joseph M. (CYD) (FBI) <Joseph.Hooper@ic.fbi.gov>; Cheeks II, James E. (CYD) (FBI) <James.Cheeks@ic.fbi.gov>; Milligan, Julissa L. (Perkins Coie) <JMilligan@perkinscoie.com>
**Subject:** Re: Follow Up

Elvis,

Here's the information from CrowdStrike:

The images requested by the FBI are approx. 3.1 TB of data. Pulling, encrypting, and transferring the data, and shipping the drives will require approx. 10 hours of labor. plus associated expenses.

Our clients are paying $375/hr = $3,750 in fees.
Add approx $140 for the drive to which images will be transferred.
Add shipping rates.
And we're looking at around $4,000.00

(There are no legal fees from my firm incorporated into this estimate — it's just the time, materials and incidental costs for CrowdStrike.)

Please advise.

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
**Date:** Thursday, October 13, 2016 at 1:06 PM
**To:** Michael <msussmann@perkinscoie.com>, "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>, "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, Jonathan Sills <Jonathan.Sills@ic.fbi.gov>, "Hooper, Joseph M. (CYD) (FBI)" <Joseph.Hooper@ic.fbi.gov>, "Cheeks II, James E. (CYD) (FBI)" <James.Cheeks@ic.fbi.gov>
**Cc:** "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Michael,

Can you let us know what the hourly rate/total cost would be? I need to follow up with FBIHQ. Thanks.

Regards,
Elvis
==============
Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division

Federal Bureau of Investigation
Work: 415-553-7605
Cell: REDACTED-6196
E-mail: elvis.chan@ic.fbi.gov

-------- Original message --------
From: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Date: 10/12/2016 5:58 PM (GMT-08:00)
To: "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>, "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
Cc: "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Subject: Re: Follow Up

We already had the call, i.e., Adrian called me on Tuesday.

CrowdStrike has estimated that it will take 10 hours of work to get the responsive information that it has. Would the FBI be able to reimburse the DNC and DCCC for those costs?

Thanks.

**Michael Sussmann** Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>
**Date:** Tuesday, October 11, 2016 at 6:11 PM
**To:** "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, Michael <msussmann@perkinscoie.com>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
**Cc:** "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, Leigh Nichols <LNichols@perkinscoie.com>
**Subject:** RE: Follow Up

Anytime Thursday works for me.
Thank you,
Patricia

**From:** Newell, Sean (NSD) [mailto:Sean.Newell@usdoj.gov]
**Sent:** Tuesday, October 11, 2016 2:19 PM
**To:** Sussmann, Michael A. (Perkins Coie) <MSussmann@perkinscoie.com>; Hawkins, E. A. (WF) (FBI) <Adrian.Hawkins@ic.fbi.gov>
**Cc:** Milligan, Julissa L. (Perkins Coie) <JMilligan@perkinscoie.com>; Chan, Elvis M. (SF) (FBI) <Elvis.Chan@ic.fbi.gov>; Nichols, Leigh (Perkins Coie) <LNichols@perkinscoie.com>; Rich, Patricia R. (SF) (FBI) <Patricia.Rich@ic.fbi.gov>
**Subject:** RE: Follow Up

Looping in Patricia Rich from San Francisco.

The afternoon is better for me. But, given what you say below, I'll just let Leigh coordinate a time with Patricia and Adrian. I'll then join if I am available.

Sean

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Tuesday, October 11, 2016 12:55 PM
**To:** Hawkins, E. A. (WF) (FBI); Newell, Sean (NSD)
**Cc:** Milligan, Julissa L. (Perkins Coie); Chan, Elvis M. (SF) (FBI); Nichols, Leigh (Perkins Coie)
**Subject:** Re: Follow Up

Adrian, I'm free now until 3:00 pm. If that doesn't work, since I'll be OOO tomorrow, please work with my assistant, Leigh, to set up a call. But this is not a big deal – just a status update – and I think I can easily relay it all to you. But your choice.

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
**Date:** Tuesday, October 11, 2016 at 11:48 AM
**To:** Michael <msussmann@perkinscoie.com>, "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>
**Cc:** "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
**Subject:** RE: Follow Up

I'm checking with SF on their availability.

--

-------- Original message --------
From: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Date: 10/11/2016 11:17 AM (GMT-05:00)
To: "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
Cc: "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Subject: Re: Follow Up

Sean and Adrian,

Can you two get on a short call today with Julissa and me to discuss the status of your requests? We also can just get on the phone with Adrian. I will be OOO tomorrow, so if today doesn't work, let's shoot for Thursday.

Thanks,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Tuesday, October 4, 2016 at 10:09 AM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Sounds good. Thank you!

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Monday, October 03, 2016 11:13 PM
**To:** Newell, Sean (NSD)
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN); Chan, Elvis M. (SF) (FBI); Hawkins, E. A. (WF) (FBI); Milligan, Julissa L. (Perkins Coie)
**Subject:** Re: Follow Up

Sean,

We certainly can share information with you on a rolling basis. We hope to have some information for you later in the week.

Regards,

Michael

**Michael Sussmann** Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Monday, October 3, 2016 at 12:13 PM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Michael and Julissa,

Good morning. I see that there may be another release of documents this week, maybe as early as tomorrow. Accordingly, I thought I would take that as an opportunity to check in on the first requests below. Would it be possible to do a rolling production? Happy to discuss further, if necessary.

Thanks!

Sean

---

**From:** Newell, Sean (NSD)
**Sent:** Tuesday, September 27, 2016 6:14 PM
**To:** MSussmann@perkinscoie.com
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN) (Jeffrey.Shih@usdoj.gov); Chan, Elvis M. (SF) (FBI) (Elvis.Chan@ic.fbi.gov); Hawkins, E. A. (WF) (FBI) (Adrian.Hawkins@ic.fbi.gov)
**Subject:** Follow Up

Michael,

As discussed yesterday, I am writing to request an initial batch of items from your clients. For all victims, DOJ and FBI request the following:

1. Any released files that are believed to be fake or modified and, if applicable, the original, unmodified file; and
2. 24-36 released files that were not circulated outside each of victim organizations (e.g., the donor list that was mentioned during our meeting) and a preliminary indication as to whether any of these may have been modified.

For DCCC only, we request access to data and/or employees that could speak to the two screenshots at the bottom of this e-mail as having been created from an amalgamation of files or directories on the DCCC network. We believe that DCCC and/or Crowdstrike may have looked into these screenshots between on or about September 2 and 6, 2016.

Finally, as Sarah mentioned during the meeting, some media reporting referred to an ongoing DNC effort to review documents to see if any had been "forged." To close the loop on that, we pulled up the following from a USA Today article regarding the September 13, 2016 information release: "In response to that most recent leak, DNC interim chair Donna Brazile stated that their 'legal team is now in the process of reviewing these private documents, and attempting to confirm their authenticity, as it is common for Russian hackers to forge documents.'"

We'll provide the more comprehensive wish list by the end of the week.

Thank you.

Sean Newell
Deputy Chief – Cyber
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
(202) 532-4585

Screenshot 1
<< OLE Object: Picture (Device Independent Bitmap) >>

Screenshot 2
<< OLE Object: Picture (Device Independent Bitmap) >>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Sills, Jonathan P. (OGC) (FBI)**

| | |
|---|---|
| **From:** | Sills, Jonathan P. (OGC) (FBI) |
| **Sent:** | Thursday, October 13, 2016 4:28 PM |
| **To:** | Cheeks II, James E. (CYD) (FBI); Hooper, Joseph M. (CYD) (FBI); Nail, Michael A. (WF) (FBI) |
| **Cc:** | Vanderstelt, Eric M. (CYD) (FBI) |
| **Subject:** | RE: DNC / DCCC data |

Good job!

**From:** Cheeks II, James E. (CYD) (FBI)
**Sent:** Thursday, October 13, 2016 4:26 PM
**To:** Hooper, Joseph M. (CYD) (FBI) <Joseph.Hooper@ic.fbi.gov>; Nail, Michael A. (WF) (FBI) <Michael.Nail@ic.fbi.gov>; Sills, Jonathan P. (OGC) (FBI) <Jonathan.Sills@ic.fbi.gov>
**Cc:** Vanderstelt, Eric M. (CYD) (FBI) <Eric.Vanderstelt@ic.fbi.gov>
**Subject:** Fwd: DNC / DCCC data

FYSA

--

-------- Original message --------
From: "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
Date: 10/13/2016 4:24 PM (GMT-05:00)
To: Justin Weissert <justin.weissert@crowdstrike.com>, "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>, Ryan McCombs <ryan.mccombs@crowdstrike.com>
Cc: "Cheeks II, James E. (CYD) (FBI)" <James.Cheeks@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, Shawn Henry <shawn@crowdstrike.com>, "Rich, Patricia R. (SF) (FBI)" <Patricia.Rich@ic.fbi.gov>
Subject: RE: DNC / DCCC data

Hi Justin,

FBI San Francisco greatly appreciates your help. Please send via FedEx (or other carrier with computer tracking) to:

Federal Bureau of Investigation
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102
ATTN: SA Patricia Rich

Telephone: 415-553-7400

Regards,

Elvis
==============
Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
Work: 415-553-7605
Cell: REDACTED-6196
E-mail: elvis.chan@ic.fbi.gov

**From:** Justin Weissert [mailto:justin.weissert@crowdstrike.com]
**Sent:** Thursday, October 13, 2016 1:20 PM
**To:** Sussmann, Michael A. (Perkins Coie) <MSussmann@perkinscoie.com>; Ryan McCombs <ryan.mccombs@crowdstrike.com>
**Cc:** Chan, Elvis M. (SF) (FBI) <Elvis.Chan@ic.fbi.gov>; Cheeks II, James E. (CYD) (FBI) <James.Cheeks@ic.fbi.gov>; Hawkins, E. A. (WF) (FBI) <Adrian.Hawkins@ic.fbi.gov>; Shawn Henry <shawn@crowdstrike.com>
**Subject:** Re: DNC / DCCC data

Hi Michael,

Thank you for the note. As we just discussed under a separate email thread, CrowdStrike wants to assist with this effort and, given the nature of the past activities and our commitment to supporting our friends at the FBI, we're going to move ahead with providing the information at no additional expense to anyone.

Our team is in the process of gathering this data now and we'll just need to know where the FBI would like this data to be sent. Agents Chan, Cheeks, and Hawkins, can you please let us know? Ryan McCombs will coordinate delivery from our end.

Thank you,
Justin

**Justin J. Weissert**

**From:** "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
**Date:** Thursday, October 13, 2016 at 3:45 PM
**To:** Ryan McCombs <ryan.mccombs@crowdstrike.com>, Justin Weissert <justin.weissert@crowdstrike.com>
**Cc:** "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Cheeks II, James E. (CYD) (FBI)" <James.Cheeks@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, Shawn Henry <shawn@crowdstrike.com>
**Subject:** DNC / DCCC data

Ryan and Justin,

Regarding the FBI requests under discussion, I have copied Agents Chan, Cheeks and Hawkins. They are asking whether FBI computer forensics personnel can come "onsite" to conduct the imaging. I'm not clear in this context what "onsite" means, i.e., is the data with you or with the DNC and DCCC? So I am connecting CrowdStrike and the Bureau to discuss directly on this email chain.

Thanks,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be legally privileged. If you are not the intended recipient, do not disclose, copy, distribute, or use this email or any attachments. If you have received this in error please let the sender know and then delete the email and all attachments.

**Graham, Jeff H. (SF) (FBI)**

| | |
|---|---|
| **From:** | Graham, Jeff H. (SF) (FBI) |
| **Sent:** | Monday, October 24, 2016 5:29 PM |
| **To:** | Lai, Sarah (NSD) (JMD); Rich, Patricia R. (SF) (FBI) |
| **Cc:** | Chan, Elvis M. (SF) (FBI); Shih, Jeffrey (USACAN); Ott, Christopher (NSD) (JMD) |
| **Subject:** | RE: (DNC update, internal and modified docs): Follow Up |
| **Attachments:** | Trump_Taxes_2016_10_24_14_18_06_134.pdf |

Here are the docs from the first link.

Sorry for the delay

J

**From:** Lai, Sarah (NSD) [mailto:Sarah.Lai3@usdoj.gov]
**Sent:** Monday, October 24, 2016 7:20 AM
**To:** Rich, Patricia R. (SF) (FBI) <Patricia.Rich@ic.fbi.gov>; Graham, Jeff H. (SF) (FBI) <Jeff.Graham@ic.fbi.gov>
**Cc:** Chan, Elvis M. (SF) (FBI) <Elvis.Chan@ic.fbi.gov>; Shih, Jeffrey (USACAN) <Jeffrey.Shih@usdoj.gov>; Ott, Christopher (NSD) (JMD) <Christopher.Ott2@usdoj.gov>
**Subject:** RE: (DNC update, internal and modified docs): Follow Up

Patricia or Jeff,

Could we trouble you to print out the documents at the links below and email us scanned copies? Really sorry, but we don't have an unattributable computer here. Sean is working on getting one, but it's slow going.

Thanks much,
Sarah

**From:** Newell, Sean (NSD)
**Sent:** Friday, October 21, 2016 6:01 PM
**To:** Hawkins, E. A. (WF) (FBI); Chan, Elvis M. (SF) (FBI); Rich, Patricia R. (SF) (FBI)
**Cc:** Lai, Sarah (NSD)
**Subject:** RE: (DNC update, internal and modified docs): Follow Up

[DOJ/FBI only]

I called Julissa very quickly to see whether, when they send along examples of altered documents, they could also send us the original, unaltered document. She said "absolutely," and is working to get us the original "DNC Research" document referenced below. SF, could you pull a copy of the allegedly altered document from the Wordpress site with your fancy malware-proof computers?

She also said that she expects to be sending along some more over the coming days.

Have a great weekend everyone!

Sean

**From:** Milligan, Julissa L. (Perkins Coie) [mailto:JMilligan@perkinscoie.com]
**Sent:** Friday, October 21, 2016 5:23 PM
**To:** Newell, Sean (NSD); Hawkins, E. A. (WF) (FBI)
**Cc:** Chan, Elvis M. (SF) (FBI); Rich, Patricia R. (SF) (FBI); Sussmann, Michael A. (Perkins Coie)
**Subject:** (DNC update, internal and modified docs): Follow Up

Hi all,

We received a couple of examples of internal and altered documents from the DNC today. They explained the following regarding research products:

> There are a number of documents that originated at the DNC but were sent to other people, so I don't know that we can assume they were stolen from us.
>
> There are, however, a couple of emails that were only sent internally, including the one by Lindsey Miller that was published earlier this week: https://guccifer2.wordpress.com/2016/10/18/trumps-taxes/
>
> The Trump report released in the first posting was created by DNC Research, but a status memo was removed and the font was changed: https://guccifer2.wordpress.com/2016/06/15/dnc/

They are still looking into whether they can identify additional documents. I will continue to follow up, and to update you all with any additional information.

Best,
Julissa

**Julissa Milligan | Perkins Coie LLP**
ASSOCIATE*
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.6368
F. +1.202.654.9965
E. JMilligan@perkinscoie.com

* Admitted only in Washington State

**From:** Newell, Sean (NSD) [mailto:Sean.Newell@usdoj.gov]
**Sent:** Tuesday, October 11, 2016 5:19 PM
**To:** Sussmann, Michael A. (WDC); Hawkins, E. A. (WF) (FBI)
**Cc:** Milligan, Julissa L. (WDC); Chan, Elvis M. (SF) (FBI); Nichols, Leigh (WDC); Rich, Patricia R. (SF) (FBI)
**Subject:** RE: Follow Up

Looping in Patricia Rich from San Francisco.

The afternoon is better for me. But, given what you say below, I'll just let Leigh coordinate a time with Patricia and Adrian. I'll then join if I am available.

Sean

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Tuesday, October 11, 2016 12:55 PM
**To:** Hawkins, E. A. (WF) (FBI); Newell, Sean (NSD)
**Cc:** Milligan, Julissa L. (Perkins Coie); Chan, Elvis M. (SF) (FBI); Nichols, Leigh (Perkins Coie)

**Subject:** Re: Follow Up

Adrian, I'm free now until 3:00 pm. If that doesn't work, since I'll be OOO tomorrow, please work with my assistant, Leigh, to set up a call. But this is not a big deal – just a status update – and I think I can easily relay it all to you. But your choice.

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
**Date:** Tuesday, October 11, 2016 at 11:48 AM
**To:** Michael <msussmann@perkinscoie.com>, "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>
**Cc:** "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>
**Subject:** RE: Follow Up

I'm checking with SF on their availability.

--

-------- Original message --------
From: "Sussmann, Michael A. (Perkins Coie)" <MSussmann@perkinscoie.com>
Date: 10/11/2016 11:17 AM (GMT-05:00)
To: "Newell, Sean (NSD) (JMD)" <Sean.Newell@usdoj.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>
Cc: "Milligan, Julissa L. (Perkins Coie)" <JMilligan@perkinscoie.com>
Subject: Re: Follow Up

Sean and Adrian,

Can you two get on a short call today with Julissa and me to discuss the status of your requests? We also can just get on the phone with Adrian. I will be OOO tomorrow, so if today doesn't work, let's shoot for Thursday.

Thanks,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Tuesday, October 4, 2016 at 10:09 AM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M.

(SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Sounds good. Thank you!

**From:** Sussmann, Michael A. (Perkins Coie) [mailto:MSussmann@perkinscoie.com]
**Sent:** Monday, October 03, 2016 11:13 PM
**To:** Newell, Sean (NSD)
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN); Chan, Elvis M. (SF) (FBI); Hawkins, E. A. (WF) (FBI); Milligan, Julissa L. (Perkins Coie)
**Subject:** Re: Follow Up

Sean,

We certainly can share information with you on a rolling basis. We hope to have some information for you later in the week.

Regards,

Michael

**Michael Sussmann** | Perkins Coie LLP
P: 202.654.6333
www.perkinscoie.com/msussmann

**From:** "Newell, Sean (NSD)" <Sean.Newell@usdoj.gov>
**Date:** Monday, October 3, 2016 at 12:13 PM
**To:** Michael <msussmann@perkinscoie.com>
**Cc:** "Lai, Sarah (NSD)" <Sarah.Lai3@usdoj.gov>, "Shih, Jeffrey (USACAN)" <Jeffrey.Shih@usdoj.gov>, "Chan, Elvis M. (SF) (FBI)" <Elvis.Chan@ic.fbi.gov>, "Hawkins, E. A. (WF) (FBI)" <Adrian.Hawkins@ic.fbi.gov>, "Milligan, Julissa L. (WDC)" <JMilligan@perkinscoie.com>
**Subject:** RE: Follow Up

Michael and Julissa,

Good morning. I see that there may be another release of documents this week, maybe as early as tomorrow. Accordingly, I thought I would take that as an opportunity to check in on the first requests below. Would it be possible to do a rolling production? Happy to discuss further, if necessary.

Thanks!

Sean

---

**From:** Newell, Sean (NSD)
**Sent:** Tuesday, September 27, 2016 6:14 PM
**To:** MSussmann@perkinscoie.com
**Cc:** Lai, Sarah (NSD); Shih, Jeffrey (USACAN) (Jeffrey.Shih@usdoj.gov); Chan, Elvis M. (SF) (FBI) (Elvis.Chan@ic.fbi.gov); Hawkins, E. A. (WF) (FBI) (Adrian.Hawkins@ic.fbi.gov)

**Subject:** Follow Up

Michael,

As discussed yesterday, I am writing to request an initial batch of items from your clients.  For all victims, DOJ and FBI request the following:

1.   Any released files that are believed to be fake or modified and, if applicable, the original, unmodified file; and
2.   24-36 released files that were not circulated outside each of victim organizations (e.g., the donor list that was mentioned during our meeting) and a preliminary indication as to whether any of these may have been modified.

For DCCC only, we request access to data and/or employees that could speak to the two screenshots at the bottom of this e-mail as having been created from an amalgamation of files or directories on the DCCC network.  We believe that DCCC and/or Crowdstrike may have looked into these screenshots between on or about September 2 and 6, 2016.

Finally, as Sarah mentioned during the meeting, some media reporting referred to an ongoing DNC effort to review documents to see if any had been "forged."  To close the loop on that, we pulled up the following from a USA Today article regarding the September 13, 2016 information release: "In response to that most recent leak, DNC interim chair Donna Brazile stated that their 'legal team is now in the process of reviewing these private documents, and attempting to confirm their authenticity, as it is common for Russian hackers to forge documents.'"

We'll provide the more comprehensive wish list by the end of the week.

Thank you.

Sean Newell
Deputy Chief – Cyber
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
(202) 532-4585


Screenshot 1
<< OLE Object: Picture (Device Independent Bitmap) >>

Screenshot 2
<< OLE Object: Picture (Device Independent Bitmap) >>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# GUCCIFER 2.0

WRITTEN BY GUCCIFER2OCTOBER 18, 2016OCTOBER 18, 2016

# Trump's taxes: Clinton campaign prepares a new provocation

I found out something interesting in emails between DNC employees and Hillary Clinton campaign staff. Democrats prepare a new provocation against Trump. After Trump sent his financial report in May it appeared on DNC servers at once. DNC rushed to analyze it and asked the Jones Mandel company to make an effective investigation. I won't be surprised if some mainstream media like the New York Times or CNN publish soon Trump's financial docs. No doubt who could give them.

P.S. To confirm my words I publish some screenshots of the DNC emails and the first pages of the DNC docs.

The letter from DNC employee Kelly Roberts to Clinton campaign member Tyson Brody. They discuss Trump tax transparency.

From: "Roberts, Kelly" <robertske@dnc org>
To: Tyson Brody <tbrody@hillaryclinton.com>, DJT Rapid <djtrapid@hillaryclinton.com>
Subject: RE: Doc Re-Up - Trump Tax Transparency
Created: Monday, May 16, 2016, 5:46:18 PM (Mon, 16 May 2016 14:46:18 +0000)

Message.ht. 3 KB

Trump statement .

Attached doc is what we'd previously sent around. includes his comments calling on Romney to release

From: Tyson Brody [mailto tbrody@hillaryclinton com]
Sent: Monday, May 16, 2016 10 39 AM
To: DJT Rapid
Subject: Doc Re-Up - Trump Tax Transparency

I believe in the last week or so someone compiled a doc on Trump calling on others to release their returns. If true (and tell me I made it up before creating something new!) can it be re-circulated?

Attached document – Trump statements on tax returns. It contains analysis of Trump statements on tax returns.

Trump's taxes: Clinton campaign prepares a new provocation ... https://guccifer2.wordpress.com/2016/10/18/trumps-taxes/

**Trump Statements On Tax Returns**

Donald Trump: **"Signing A Recent Tax Return- Isn't This Ridiculous?"** [@realDonaldTrump Twitter 2/25/16]

[@realDonaldTrump Twitter 2/25/16]

1999: TRUMP SAID HE WAS AN OPEN BOOK AND WOULD PROBABLY HAVE NO PROBLEM RELEASING TAX RETURNS

The letter of DNC which contains request to FEC about Trump financial report.

**From:** "Miller, Lindsey" <MillerL@dnc.org>
**To:** Comm_D <Comm_D@dnc.org>
**Subject:** FW: Personal Financial Disclosure Report (Trump)
**Created:** Wednesday, May 18, 2016, 5:56:07 PM (Wed, 18 May 2016 07:56:07 -0700)

Message.ht.
4 KB

5-18-16 (Report).p...

Trump personal financial disclosure

**From:** OFarrow@fec gov [mailto OFarrow@fec gov] **On Behalf Of** pubrec@fec gov
**Sent:** Wednesday May 18 2016 10 47 AM
**Subject:** Personal Financial Disclosure Report (Trump)

Dear Requestor

Attached is the Public Financial Disclosure Report for Donald Trump

If you have any questions or need further assistance please feel free to call us at 1-800-424-9530 option 2 or locally at 202-694-1120

Sincerely

Olivia Farrow
Public Affairs Specialist
Public Records Office
Federal Election Commission
http //www fec gov
E-Mail pubrec@fec gov

The first page of Trump financial report.

2 of 8 10/24/16, 1:42 PM

SCC_0003039

No. 1:21-cr-00582-CRC (D.D.C.) DX-154_0008

Trump's taxes: Clinton campaign prepares a new provocation ... https://guccifer2.wordpress.com/2016/10/18/trumps-taxes/

OGE Form 278e (March 2014)
U.S. Office of Government Ethics; 5 C.F.R. part 2634 | Form Approved: OMB No. (3209-0001)

| Report Type | |
|---|---|
| Year (Annual Report only) | |
| Date of Appointment/Termination: | |

2016 MAY 16 PM 1:29

UNITED STATES OFFICE OF GOVERNMENT ETHICS
Preventing Conflicts of Interest in the Executive Branch

Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)

| Filer's Information | | | | |
|---|---|---|---|---|
| Last Name | First Name | MI | Position | Agency |
| Trump | Donald | J | President of the United States of America | |

Other Federal Government Positions Held During the Preceding 12 Months
N/A

Name of Congressional Committee Considering Nomination (Nominees only)
N/A

Filer's Certification - I certify that the statements I have made in this report are true, complete and correct to the best of my knowledge

| Signature | Date |
|---|---|
| [signature] | 5/16/2016 |

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below)

| Signature | Date |
|---|---|
| [signature] | 5/18/2016 |

Other Review Conducted By

| Signature | Date |
|---|---|
| [signature] | 5/18/2016 |

U.S. Office of Government Ethics Certification (if required)

RECEIVED FEDERAL ELECTION COMMISSION; 2016 MAY 17 PM 2:19; OFFICE OF GENERAL COUNSEL

The letter from Ian Mandel (Jones Mandel partner) to Tony Carrk (Clinton campaign member) and Lauren Dillon (DNC). They discuss Trump FOIAs.

From: Ian Mandel <ian@jonesmandel.com>
To: Tony Carrk <tcarrk@hillaryclinton.com>, Kevin McKeon <kevin.mckeon@gmail.com>, "Dillon, Lauren" <DillonL@dnc.org>, "Graham, Caroline" <GrahamC@dnc.org>
Subject: Trump FOIAs
Created: Thursday, May 12, 2016, 12:15:03 AM (Wed, 11 May 2016 21:15:03 +0000)

Message.ht 3 KB
image001 1 KB
Additional Trump FOI

Team – attached is a memo laying out my first set of recommendations for additional Trump FOIAs. We will continue working on this and will have some additional ideas as well moving forward. As always, I'm open to any and all feedback on this.

Thanks,

Ian

Ian Mandel | Partner
ian@jonesmandel.com 202-306-5806
www.jonesmandel.com

Attached document – Additional Trump FOIAs Memo. it contains recommendations for additional FOIAs.

3 of 8 10/24/16, 1:42 PM

SCC_0003040

No. 1:21-cr-00582-CRC (D.D.C.) DX-154_0009



To. HFA and DNC
From: Ian Mandel
Date: May 11, 2016
Re: Additional Trump FOIAs

---

We have begun reviewing the FOIAs the DNC has sent to date and the records received. This is the first of several memos we will put together with recommendations for additional FOIAs. This memo focuses on several specific areas that may be ripe for additional public record research:

- State and municipal economic development agencies
- Records related to Trump Mortgage
- Federal Lobbying Records
- State Lobbying Records
- Tax Assessments
- New York State and New York City officials
- USDA records relating to Trump Steaks

Our team is available to write these FOIAs, which can then be sent by the DNC.

The first page of Trump Foundation financial report which I got from DNC server.

Trump's taxes: Clinton campaign prepares a new provocation ... https://guccifer2.wordpress.com/2016/10/18/trumps-taxes/

Form 990-PF — Department of the Treasury, Internal Revenue Service

Return of Private Foundation — or Section 4947(a)(1) Trust Treated as Private Foundation

OMB No. 1545-0052 — 2014

▶ Do not enter social security numbers on this form as it may be made public. ▶ Information about Form 990-PF and its separate instructions is at www.irs.gov/form990pf.

For calendar year 2014 or tax year beginning , and ending

Name of foundation: THE DONALD J. TRUMP FOUNDATION

A Employer identification number: 13-3404773

Number and street (or P.O. box number if mail is not delivered to street address): C/O WEISERMAZARS LLP 60 CROSSWAYS PK DR — Room/suite 301

B Telephone number: 212.715.7231

City or town, state or province, country, and ZIP or foreign postal code: WOODBURY, NY 11797

C If exemption application is pending, check here ▶

G Check all that apply: Initial return; Initial return of a former public charity; Final return; Amended return; Address change; Name change

D 1. Foreign organizations, check here ▶
2. Foreign organizations meeting the 85% test, check here and attach computation ▶

H Check type of organization: [X] Section 501(c)(3) exempt private foundation; Section 4947(a)(1) nonexempt charitable trust; Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶

I Fair market value of all assets at end of year (from Part II, col (c), line 16) ▶$ 1,273,895.

J Accounting method: Cash; [X] Accrual; Other (specify) (Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶

Part I Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a).)

| Line | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc., received | 497,400. | | N/A | |
| 2 Check ▶ if the foundation is not required to attach Sch B | | | | |
| 3 Interest on savings and temporary cash investments | 3,449. | 3,449. | | STATEMENT 1 |
| 4 Dividends and interest from securities | | | | |
| 5a Gross rents | | | | |
| b Net rental income or (loss) | | | | |
| 6a Net gain or (loss) from sale of assets not on line 10 | | | | |
| b Gross sales price for all assets on line 6a | | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 0. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances | | | | |
| b Less: Cost of goods sold | | | | |
| c Gross profit or (loss) | | | | |
| 11 Other income | | | | |
| 12 Total. Add lines 1 through 11 | 500,849. | 3,449. | | |
| 13 Compensation of officers, directors, trustees, etc | 0. | 0. | | 0. |
| 14 Other employee salaries and wages | | | | |
| 15 Pension plans, employee benefits | | | | |
| 16a Legal fees | | | | |
| b Accounting fees STMT 2 | 5,000. | 0. | | 5,000. |
| c Other professional fees | | | | |
| 17 Interest | | | | |
| 18 Taxes | | | | |
| 19 Depreciation and depletion | | | | |
| 20 Occupancy | | | | |
| 21 Travel, conferences, and meetings | | | | |
| 22 Printing and publications | | | | |
| 23 Other expenses STMT 3 | 250. | 0. | | 250. |
| 24 Total operating and administrative expenses. Add lines 13 through 23 | 5,250. | 0. | | 5,250. |
| 25 Contributions, gifts, grants paid | 591,450. | | | 591,450. |
| 26 Total expenses and disbursements. Add lines 24 and 25 | 596,700. | 0. | | 596,700. |
| 27 Subtract line 26 from line 12: | | | | |
| a Excess of revenue over expenses and disbursements | <95,851.> | | | |
| b Net investment income (if negative, enter -0-) | | 3,449. | | |
| c Adjusted net income (if negative, enter -0-) | | | N/A | |

Revenue; Operating and Administrative Expenses

SCANNED NOV 30 2015

RECEIVED NOV 23 2015 IRS-OSC OGDEN, UT

423501 11-24-14 LHA For Paperwork Reduction Act Notice, see instructions. Form 990-PF (2014)

625 22

Keep following…

TAGGED DEMOCRATIC NATIONAL COMMITEE, DEMOCRATIC PARTY, DNC, DONALD TRUMP, GUCCIFER 2.0, HILLARY CLINTON, TAXES.

## 22 thoughts on "Trump's taxes: Clinton campaign prepares

5 of 8 10/24/16, 1:42 PM

SCC_0003042

No. 1:21-cr-00582-CRC (D.D.C.) DX-154_0011