IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

THE STATE OF MISSOURI *et al.*;

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR. *et al.*;

    *Defendants*.

No. 3:22-cv-01213-TAD-KDM

## NOTICE OF VIDEO DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition, pursuant to the Federal Rules of Civil Procedure, of Defendant **Carol Crawford** (CDC, 1600 Clifton Road, Atlanta, GA 30329) at the following location and at the following date and time. The deposition will be taken upon oral examination before a certified court reporter and videographer and shall be recorded stenographically and videotaped.

The taking of said deposition, if not completed on that day, will be continued from day to day until completed. A court reporter will be provided by Plaintiffs. This deposition may be used for any purpose permitted by applicable rules and laws.

| | |
|---|---|
| WITNESS: | Carol Crawford |
| LOCATION: | Office of the General Counsel, Centers for Disease Control and Prevention |
| | 1600 Clifton Road NE, Suite 10000, Building 21, Atlanta, GA 30329 |
| DATE & TIME: | November 15, 2022, beginning at 9:00am ET |
| REPORTER: | Lexitas |


PLAINTIFF'S EXHIBIT 1

| | |
|---|---|
| Dated: November 2, 2022 | Respectfully submitted, |
| **ERIC S. SCHMITT**<br>**Attorney General of Missouri** | **JEFFREY M. LANDRY**<br>**Attorney General of Louisiana** |
| */s/ D. John Sauer*<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614*<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339*<br>  *Deputy Solicitor General*<br>Kenneth C. Capps, Mo. Bar No. 70908*<br>  *Assistant Attorney General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri* | */s/ Elizabeth B. Murrill*<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |

\* admitted *pro hac vice*

*/s/ Jenin Younes*
Jenin Younes *
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2022, I caused a true and correct copy of the foregoing to be served by electronic mail upon counsel for all parties who have entered in the case.

*/s/ D. John Sauer*