**From:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov]
**Sent:** 2/7/2020 12:29:12 PM
**To:** Payton Iheme [____@fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [____@cdc.gov]
**Subject:** RE: FB Coordination

Got it!

**From:** Payton Iheme <____@fb.com>
**Sent:** Friday, February 7, 2020 12:29 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>; Dempsey, Jay H. (CDC/OD/OADC) <____@cdc.gov>
**Subject:** Re: FB Coordination

Did you receive the dial in invite?

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" <____@cdc.gov>
**Date:** Friday, February 7, 2020 at 12:20 PM
**To:** "Dempsey, Jay H. (CDC/OD/OADC)" <____@cdc.gov>, Payton Iheme <____@fb.com>
**Subject:** RE: FB Coordination

I can!

**From:** Dempsey, Jay H. (CDC/OD/OADC) <____@cdc.gov>
**Sent:** Friday, February 7, 2020 12:11 PM
**To:** Payton Iheme <____@fb.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>
**Subject:** RE: FB Coordination

Payton – Not sure if Carol can dial in then, but 12:30 works for me.

Jay

**From:** Payton Iheme <____@fb.com>
**Sent:** Friday, February 7, 2020 12:05 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <____@cdc.gov>
**Subject:** Re: FB Coordination

Can you do 12:30 please?

I know that is soon.

Sent from my iPhone

On Feb 7, 2020, at 11:21 AM, Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov> wrote:

12 -1 EST & 2:30-4:00 EST look good.   I think Jay could do 4-4:30 EST too, I'll be at airport by then probably in security.



PLAINTIFF'S EXHIBIT 2

MOLA_DEF____

**From:** Payton Iheme <░░░@fb.com>
**Sent:** Friday, February 7, 2020 11:14 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <░░░@cdc.gov>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <░░░@cdc.gov>
**Subject:** Re: FB Coordination

Sounds good.

Let's do a call today with the team here since this topic is moving so quickly.

Could you offer three different 20 minute windows you may have today and hopefully one of them matches up with our product team for a call.

Best,

Payton

Sent from my iPhone

On Feb 7, 2020, at 10:43 AM, Crawford, Carol Y. (CDC/OD/OADC) <░░░@cdc.gov> wrote:

Sorry for delay. Many are involved in comms on this issue and wanted to be certain we are aligned.

1.   If you can do something with CDC for US users, we think there is great value in having messages **now** especially on the current risk level and everyday precautions. As well, if we can rotate messages, there could be times we might want to address widespread myths like mask use or new issues. This could and should replace flu shot messaging. What do you need from us? We need a reminder on message length, if graphics are used, and how often we can review and change content.

2& 3. This is great, we'd love to be a part of it. US users will need information directly from CDC and other federal/local organizations rather than international organizations. Let us know what you need.

If we need to use CDC logos we'll need to do a MOU again. But if not, we may not need to be so formal, at least on our end.

After today, I'll be out for next week but Jay will be following up on any CDC action items.

Thanks!


**From:** Payton Iheme <░░░@fb.com>
**Sent:** Thursday, February 6, 2020 3:35 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <░░░@cdc.gov>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <░░░@cdc.gov>
**Subject:** Re: FB Coordination

Here is a bit more insight Carol:

Let me know if you would like to speak to our teams working on these items.
Our teams at Facebook have been working to identify how we can support efforts to provide users with accurate and timely information about coronavirus. We would like to get CDC's feedback on a few key initiatives that we are considering launching in the coming days/weeks. I have outlined the specifics below, and would greatly appreciate your

MOLA_DEFSPROD_00004443

thoughts on the tactics and proposed design/content. We would be happy to jump on a quick call today or tomorrow if that would be easier as well.

Thank you in advance, and look forward to your input.

1. **Quick Promotion for US Facebook Users**: We are considering launching "Quick Promotions" which are proactive messages at the top of the News Feed to users in various countries about how to protect yourself from coronavirus. We would point users to credible websites including the WHO internationally, and the CDC in the US. We'd like your feedback on: 1) whether you think this would be beneficial to launch in the US at this time, and 2) if this should take priority over the Quick Promotion message to get the flu shot, where we are also directing users to CDC pages, particularly given that we're approaching the end of flu season

2. **Facebook Coronavirus Page**: Facebook team would create a Coronavirus Page serving up content that exists on other organizations' FB pages including the CDC. This would be in addition to the Quick Promotion above. When users search for information on coronavirus, they will find this centralized page with curated content from trusted sources. See mock below:

<image003.jpg>

3. **Facebook Coronavirus "Hub"**: Facebook would create a coronavirus "hub" which would contain various modules including pages to follow, fundraisers that are happening on the platform related to coronavirus, and potentially a common set of FAQs. See below for early design mocks:

<image005.jpg>

Best,

Payton

From: "Crawford, Carol Y. (CDC/OD/OADC)" <█@cdc.gov>
Date: Thursday, February 6, 2020 at 3:01 PM
To: Payton Iheme <█@fb.com>
Cc: "Dempsey, Jay H. (CDC/OD/OADC)" <█@cdc.gov>
Subject: FB Coordination

Payton – just looping you in on something that Jay and I had awareness of...are you in loop with this?

-----------------------------------------

From: Shelley Thakral <█@fb.com>
Sent: Thursday, February 6, 2020 3:34 PM
To: Rajaraman, Preetha <█@state.gov>
Cc: Rohit Singh <█@fb.com>; Siddharta Swarup <█@fb.com>
Subject: Urgent partner feedback needed on Corona virus response

Dear Dr Rajaraman,

CONFIDENTIAL

As you may be already aware, Facebook has taken proactive as well as reactive steps to control information and misinformation related to Corona virus which includes links to WHO page as well as removal of misinformation.

At Mark Zuckerberg's request, there is a group that has been organized to help generate and implement new ideas "offense" approach on how FB can assist in the global response to the Coronavirus. This group met on Friday, brainstormed and proposed a list of prioritized ideas to Mark. Mark supported further exploration and go forward on the following ideas. As an immediate next step, our team has been asked to solicit quick, high-level partner feedback on these ideas.

**Pragmatic [Confirmed to Explore]**

1. **Coronavirus Page on Facebook:** A centralized page with curated and localized content from trusted sources. This info is currently fragmented and hard for the public to understand. It would be helpful to have canonical real-time info on (a) updates relevant to your location (b) what to do to stay healthy and (c) how and when to seek medical help. Encourage people to take action by sharing this page.
2. **Influencer Engagement Campaign:** Enlist celebrities, major NGOs, government officials, and other public figures to use the Coronavirus stickers and link to the Coronavirus Facebook Page to build awareness of accurate information.
3. **Coronavirus Support Stickers on Facebook, Instagram, and Messenger Stories (mock here):** Allow people to show their support for people affected by coronavirus. On Instagram, the sticker could link out to the Coronavirus Page on Facebook (link out not available on Facebook and Messenger.)

I would greatly appreciate a feedback response so we can move forward etih this and if there is any other way we can support you please let me know.

Warmly,

Shelley