| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 3/5/2020 9:47:53 AM |
| To: | Payton Iheme [@fb.com] |
| Subject: | RE: Facebook's COVID-19 Response Efforts |

I'm around most of the morning without formal meetings for a bit – .

Kat knows that a appt will be coming from FB but your welcome to connect directly. She's ready to talk though!

**From:** Payton Iheme @fb.com>
**Sent:** Thursday, March 5, 2020 8:59 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Subject:** Re: Facebook's COVID-19 Response Efforts

Hi and would be good to chat very soon.

On the FB live, should I reach out to Kat directly or do you want to connect us?

Best,

Payton

Sent from my iPhone

On Mar 5, 2020, at 8:55 AM, Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov> wrote:

Payton - I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is Kat Turner at @cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** Payton Iheme @fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts

Good evening Carol,

Apologies for the late note. I want to ensure you are aware that Mark just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.



CONFIDENTIAL

If you have additional ideas not captured in the summary, please let me know.

Best,

Payton

<image001.gif>

**Payton Iheme**
U.S. Public Policy
Facebook

MOLA_DEFSPROD_00004061