CONFIDENTIAL

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 3/31/2020 2:31:30 PM |
| To: | Kevin Hatcher [@fb.com] |
| Subject: | RE: CDC brief on ways to reach high-risk and frequent travelers |
| Attachments: | Copy of (CDC) COVID-19 SLU Outlines (002)_DO_KLP.pdf |

Kevin – I realized that others made comments on the PDF after I sent you the previous one. So, this version answered your Q on breathing. I hate to ask but can your team check the other comments here? I apologize.

**From:** Kevin Hatcher @fb.com>
**Sent:** Tuesday, March 31, 2020 10:36 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Cc:** Payton Iheme @fb.com>; Young, Cathy (CDC/DDID/NCEZID/OD) @cdc.gov>
**Subject:** Re: CDC brief on ways to reach high-risk and frequent travelers

Hi Carol,

Thanks again for taking the time to review the content.

There were two comments (attached) for which our content strategist has requested clarification. Can you please confirm the following:

- **Unit 1, Post 3.**
  - Current text: Emergency warning signs include difficulty breathing.
  - Should we add "extreme" before "difficulty breathing"?
- **Unit 2, Post 2.**
  - Current text: Older people are at higher risk for severe illness from COVID-19 which may result in increased stress during a crisis. Stress during an infectious disease outbreak can include:
  - Suggested text with edits, based on feedback: People over 65 are at a higher risk for severe illness from COVID-19. This may also result in increased stress during a crisis. Stress during an infectious disease outbreak can include:

Please advise.

Thanks,
Kevin



CONFIDENTIAL

Get Outlook for iOS

MOLA_DEFSPROD_00003872    MOLA_DEFSPROD_00015015

CONFIDENTIAL



CONFIDENTIAL



MOLA_DEFSPROD_00003872  MOLA_DEFSPROD_00015017