CONFIDENTIAL

**From:** Kevin Hatcher <■■■@fb.com>
**Sent:** Monday, March 30, 2020 2:04:48 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <■■■@cdc.gov>
**Cc:** Payton Iheme <■■■@fb.com>; Young, Cathy (CDC/DDID/NCEZID/OD) <■■■@cdc.gov>
**Subject:** Re: CDC brief on ways to reach high-risk and frequent travelers

Thanks, Carol!

I'll have our content strategists start making these changes today.

Best,
Kevin

---

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" <■■■@cdc.gov>
**Date:** Monday, March 30, 2020 at 1:48 PM
**To:** Kevin Hatcher <■■■@fb.com>
**Cc:** Payton Iheme <■■■@fb.com>, "Young, Cathy (CDC/DDID/NCEZID/OD)" <■■■@cdc.gov>
**Subject:** FW: CDC brief on ways to reach high-risk and frequent travelers

Kevin – here are some edits – sorry they are not combined. We assume that if we make it in one place, you can adjust in all places.
Edits on the Word document trump any inconsistency with comments on PDF.

**From:** Payton Iheme <■■■@fb.com>
**Date:** Friday, March 27, 2020 at 3:01 PM
**To:** "Crawford, Carol Y. (CDC/OD/OADC)" <■■■@cdc.gov>, Kevin Hatcher <■■■@fb.com>
**Cc:** "Silver, Margaret E. (CDC/DDID/NCEZID/DVBD)" <■■■@cdc.gov>, "Seman, Caroline (CDC/DDID/NCEZID/DVBD)" <■■■@cdc.gov>, "Dempsey, Jay H. (CDC/OD/OADC)" <■■■@cdc.gov>
**Subject:** Re: CDC brief on ways to reach high-risk and frequent travelers

Adding in Kevin to help with details.

Best,

Payton

Sent from my iPhone

On Mar 27, 2020, at 5:54 PM, Crawford, Carol Y. (CDC/OD/OADC) <■■■@cdc.gov> wrote:

Payton - I don't see what I'd consider an outline in this deck? Can you send? We may also need to send the content that you've pulled or screen shots if not in the outline.
Are travelers still an option?

Got it on the rest.

CDC team – I'll check on logo issues. And we can all discuss next steps once we see the outline.

**From:** Payton Iheme <■■■@fb.com>
**Sent:** Friday, March 27, 2020 5:38 PM
**To:** Payton Iheme <■■■@fb.com>; Crawford, Carol Y. (CDC/OD/OADC) <■■■@cdc.gov>; Silver, Margaret E. (CDC/DDID/NCEZID/DVBD) <■■■@cdc.gov>; Seman, Caroline (CDC/DDID/NCEZID/DVBD) <■■■@cdc.gov>; Dempsey,

PLAINTIFF'S EXHIBIT 5

Jay H. (CDC/OD/OADC) <█@cdc.gov>
**Subject:** Re: CDC brief on ways to reach high-risk and frequent travelers
**Importance:** High

Hi Carol and team,

As relayed on the call, we're happy to target additional populations such as youth as the content becomes available. Just let us know. For the first wave, we'd like to move forward with launching this next week **(ideally 4/3)** to the groups for which you've already produced content (older adults, hiv+, asthma, and pregnant women). **\*\*If we don't launch next week we will be pulled onto other COVID-19 projects, hence the urgency.**

Below is what we need early by Monday from the CDC to launch:

o        Guidance on how they'd like for us to attribute authorship of content (eg. "sourced from CDC", "source, CDC", "authored by CDC")
o        Feedback on outline (optional since all CDC content from website and we have what we need.)
o        Are we allowed to use the CDC logo to signal that this is CDC content?
o        Can CDC share their mp4 videos with us (listed in the outline) so that we can upload those instead of links to your Youtube videos?

Best,

Payton

**From:** █@fb.com
**When:** 3:30 PM - 4:30 PM March 27, 2020
**Subject:** CDC brief on ways to reach high-risk and frequent travelers
**Location:** tel:█