CONFIDENTIAL



From: Lauren Balog Wright ▉▉@fb.com>
Date: Tuesday, January 26, 2021 at 11:51 AM
To: Payton Iheme ▉▉@fb.com>, "Crawford, Carol Y. (CDC/OD/OADC)" ▉▉@cdc.gov>
Cc: Priya Gangolly ▉▉@fb.com>, Kelly Perron ▉▉@fb.com>
Subject: Re: Crowd Tangle COVID-19 reports for WHO

Thank you, Payton and Carol!

Carol, as Payton mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,
Lauren

---

From: Payton Iheme ▉▉@fb.com>
Date: Tuesday, January 26, 2021 at 11:34 AM
To: "Crawford, Carol Y. (CDC/OD/OADC)" ▉▉@cdc.gov>
Cc: Lauren Balog Wright ▉▉@fb.com>, Priya Gangolly ▉▉@fb.com>, Kelly Perron ▉▉@fb.com>
Subject: Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! : )

Lauren, feel free to send the reports directly to Carol and cc Priya and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

Best,

Payton

---

From: Carol Crawford ▉▉@cdc.gov>
Date: Tuesday, January 26, 2021 at 1:35 PM
To: Payton Iheme ▉▉@fb.com>
Cc: Lauren Balog Wright ▉▉@fb.com>, Priya Gangolly ▉▉@fb.com>, Kelly Perron ▉▉@fb.com>
Subject: RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday.   It looks wonderful and much appreciated.  For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us. (Did you by chance talk to them yesterday? As this just came up with them yesterday?).   Also, the wide group of those looking at misinfo will want this.

THANK you!   I will let you know if there is additional feedback.

---

From: Payton Iheme ▉▉@fb.com>
Sent: Monday, January 25, 2021 5:51 PM
To: Crawford, Carol Y. (CDC/OD/OADC) ▉▉@cdc.gov>
Cc: Lauren Balog Wright ▉▉@fb.com>; Priya Gangolly ▉▉@fb.com>; Kelly Perron ▉▉@fb.com>
Subject: Crowd Tangle COVID-19 reports for WHO

Hi Carol,

MOLA_DEFSPROD_00002595

CONFIDENTIAL

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of Lauren and Kelly on the cc.  They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1.  Who would you like these sent to?

Lauren can do that distro and just put you/Jay, me, and Priya on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

• Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

• However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:
1. **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]
2. **Posts about alleged vaccine-related deaths,** especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]
3. **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,
Payton, Lauren and team

MOLA_DEFSPROD_00002596