

**From:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]
**Sent:** 5/26/2021 7:01:51 AM
**To:** Kelly Perron [@fb.com]
**CC:** Lauren Balog Wright [@fb.com]; Payton Iheme [@fb.com]; Chelsey Lepage [@fb.com]; Tyler Woods [@fb.com]
**Subject:** RE: Crowd Tangle COVID-19 reports

Thanks!

---

**From:** Kelly Perron [@fb.com]
**Sent:** Tuesday, May 25, 2021 8:33 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]
**Cc:** Lauren Balog Wright [@fb.com]; Payton Iheme [@fb.com]; Chelsey Lepage [@fb.com]; Tyler Woods [@fb.com]
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attaching the latest CrowdTangle content insights report for the period of May 5-18 (attached). Here's the quick summary:

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as various public and political figures promoting vaccination and vaccine news. In public Groups, high-interaction posts include similar vaccination encouragement, as well as personal vaccine experiences.. In this report, we also explore highly engaged content within the following themes:

- **Vaccination & Children:** Many of the highest engaged Page posts share news that kids over 12 can be vaccinated, and encourage vaccination, with some exceptions. Group posts include varied stances on support/opposition to the idea. *[Slides 5-6]*
- **Health Care Workers:** Many high interaction Page posts are about celebrating health care workers or include discussions/education session with them on COVID and vaccines. In Groups, we saw the posts from health care workers working in the pandemic, as well as mentions of doctors/nurses in the larger context of people's COVID experiences. *[Slides 7-8]*
- **Masks & Vaccination:** There are highly engaged Page posts about varying views on masks after vaccinations and news of the updated CDC guidance. In Groups, we saw also saw opposing views, from those who want to continue to mask after vaccination to those who don't feel Biden should be able to tell them to mask or not, as well as news sharing around more local (ex. state) guidance. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly

---

**From:** Kelly Perron [@fb.com]
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:** "Crawford, Carol Y. (CDC/OD/OADC)" [@cdc.gov]
**Cc:** Lauren Balog Wright [@fb.com], Payton Iheme [@fb.com], Chelsey Lepage [@fb.com]
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

- **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*
- **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*
- **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly

---

**From:** Kelly Perron ███ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** "Crawford, Carol Y. (CDC/OD/OADC)" ███ @cdc.gov>
**Cc:** Lauren Balog Wright ███ @fb.com>, Payton Iheme ███ @fb.com>, Chelsey Lepage ███ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in Chelsey, apologies!

---

**From:** Kelly Perron ███ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** "Crawford, Carol Y. (CDC/OD/OADC)" ███ @cdc.gov>
**Cc:** Priya Gangolly ███ @fb.com>, Lauren Balog Wright ███ @fb.com>, Payton Iheme ███ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

- **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*
- **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*
- **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly

---

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" <█@cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** Kelly Perron <█@fb.com>
**Cc:** Priya Gangolly <█@fb.com>, Lauren Balog Wright <█@fb.com>, Payton Iheme <█@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!

---

**From:** Kelly Perron <█@fb.com>
**Sent:** Tuesday, February 16, 2021 9:00 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <█@cdc.gov>
**Cc:** Priya Gangolly <█@fb.com>; Lauren Balog Wright <█@fb.com>; Payton Iheme <█@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:
- **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*
- **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*

- **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly

---

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" <███@cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** Kelly Perron <███@fb.com>
**Cc:** Priya Gangolly <███@fb.com>, Lauren Balog Wright <███@fb.com>, Payton Iheme <███@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

---

**From:** Kelly Perron <███@fb.com>
**Sent:** Monday, February 1, 2021 8:39 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <███@cdc.gov>
**Cc:** Priya Gangolly <███@fb.com>; Lauren Balog Wright <███@fb.com>; Payton Iheme <███@fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

- **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*
- **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*
- **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,
Kelly