

From: Crawford, Carol Y. (CDC/OD/OADC)
Sent: 3/31/2021 2:23:11 PM
To: Payton Iheme [@fb.com]
Subject: RE: This week's meeting

Got it, thanks.

From: Payton Iheme <@fb.com>
Sent: Wednesday, March 31, 2021 2:18 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
Subject: Re: This week's meeting

Hi Carol,

We are working on a proposal of how set up sharing partnership on the misinform items…what it would look like…. so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

From: Carol Crawford <@cdc.gov>
Date: Wednesday, March 31, 2021 at 2:07 PM
To: Payton Iheme <@fb.com>
Subject: RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

- It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
- One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
  - Example: No label
  - Example: Label that links to WHO
- Can we add the Census team to CrowdTangle?
- How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

From: Payton Iheme <@fb.com>
Sent: Tuesday, March 30, 2021 7:46 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
Subject: Re: This week's meeting

Hi Carol,

Yes, I think good to have questions from Census so we make sure we have the right person.

I can ask Liz to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** Carol Crawford ▮▮▮@cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** Payton Iheme ▮▮▮@fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from Liz about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc. I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them? (that might have slipped my mind from last week, sorry if so).

Thanks!


**From:** Payton Iheme ▮▮▮@fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▮▮▮@cdc.gov>
**Subject:** Re: This week's meeting

Hi Carol,

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

Payton

**From:** Carol Crawford ▮▮▮@cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** Payton Iheme ▮▮▮@fb.com>
**Subject:** RE: This week's meeting

Hope all is well too. I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census? I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

MOLA_DEFSPROD_00003032

CONFIDENTIAL

So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us? I'd be fine with using our existing time for this regular discussion if that end up working out best. I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

**From:** Payton Iheme <█████@fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <█████@cdc.gov>
**Subject:** This week's meeting

Hi Carol,

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,

Payton

## FACEBOOK

**Payton Iheme**
U.S. Public Policy
Facebook

MOLA_DEFSPROD_00003033