CONFIDENTIAL



PLAINTIFF'S EXHIBIT 9

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| Sent: | 5/6/2021 8:55:03 PM |
| To: | Payton Iheme [@fb.com]; Genelle Adrien [@fb.com] |
| CC: | Sam Huxley [@reingold.com]; Christopher Lewitzke [@reingold.com]; Jennifer Shopkorn (CENSUS/ADCOM FED) [@census.gov]; Sokler, Lynn (CDC/OD/OADC) [@cdc.gov] |
| Subject: | Misinfo on two issues |

Payton/Genelle-

As mentioned, here are two issues we are seeing a great deal of misinfo on that we wanted to flag for you all – vaccine shedding and microchips. These are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Thanks!

**Facebook and Instagram**

| Post text | Link |
|---|---|
| *Screenshot that reads:* For a year, we were told that we need to socially distance and wear masks to avoid asymptomatic spreaders. NOW, the vaccinated ARE the asymptomatic spreaders through viral shedding of their vaccine. | https://www.instagram.com/p/COTIlZMHsUN/ |
| SWIPE: For weeks, it has been rumored that viral shedding from Covid-19 vaccinated to Covid-19 unvaccinated people was the cause of problems with women and their menstrual cycles. Some of these problems include miscarriage. | https://www.instagram.com/p/COTQ9OdH1_t/ |
| *Screenshot that reads:* We now know the COVID jab sheds. The first distribution of this nightmare went to healthcare providers who are now shedding on their patients and then to teachers who are now shedding on our children. | https://www.instagram.com/p/COUA5w9AuoW/ |
| If it is being used for depopulation, then why are they giving it to the key people like NHS workers, carers, the military, etc? If all these people end up dying from the poison, then what? Do the poisons have a sterility agent that won't kill the person, but will make them sterile, thus | https://www.facebook.com/1100924840381516/posts/1126327577841242 |

| | |
|---|---|
| reducing the population in the future? Any thoughts? | |
| Former VP Of Pfizer Drops Terrifying Bombshell On Vaccine Scheme: "Entirely Possible This Will Be Used For Massive-Scale Depopulation" https://www.teaparty.org/former-vp-of-pfizer-drops.../ | https://www.facebook.com/172526489431467/posts/4877608792256523 |
| Only ones really pushing these unapproved jabs are those in with Gates Foundation, that are behind depopulation of the planet. | https://www.facebook.com/225877282549585/posts/273569341113712 |
| No medical degree yet controls the field of medicine? No agricultural degree yet has purchased LARGE quantities of land? Father worked with planned parenthood and was indeed a EUGENICIST? So what is the goal of these ✔'s Mr. Gates? The same as your fathers = Depopulation.... | https://www.instagram.com/tv/COeT0qUnwPU/ |
| Dr. Sherri Tenpenny Explains How the Depopulation COVID Vaccines Will Start Working in 3-6 Months | https://www.instagram.com/p/COVPvcqDARd/ |
| Vaccine Shedding Causing Miscarriages and Blood Clots in Unvaccinated Females | https://www.facebook.com/104622279580575/posts/3987080758001355 |
| Turns out Pfizer did tests and found that the spiked protein can "shed" (their word) and affect unvaccinated people. Are you concerned about being around people who may be unknowingly emitting the filthy vaccine? | https://www.facebook.com/59453552191/posts/10159109994267192 |
| Seeing more and more signs like this in stores because of shedding. Be aware that for up to four months after you get your vaccine you can really get others extremely ill [Note: Fact checked but not removed] | https://www.facebook.com/1141356506338028/posts/1173137176493294 |
| Has anyone else heard of people that have gotten the Vaccine, making people that didnt get vaccine sick(after being in close contact with them)? Symptoms such as- itching, migraines, bad stomach cramps, periods happening randomly or 2 times a | https://www.facebook.com/819249958919372/posts/910044976506536 |

| | |
|---|---|
| month when they are usually pretty consistent, and etc? The Term they are using is "Shedding". | |
| Stay tuned and follow @sharyl_attkisson & Dr. Larry Palevsky, Dr. Tenpenny, so many more on Twitter and keep your eye out for the whistle blower videos on the spike protein shedding and causing damage to reproductive organs. There is NO PROOF that this IS NOT occurring, none... | https://www.instagram.com/p/COMtAVJnHbE/ |
| [Repost of above] | https://www.instagram.com/p/CONztCUAdRI/ |
| In a disturbing twist of the 💉 genocide program, women are reporting strange menstrual cycles, and even miscarriages, after being close to those who have had the 💉. | https://www.instagram.com/p/CN98SoDAAWO/ |
| SPIKE PROTEIN CONFUSION - V SHEDDING, BLOOD AND FERTILITY<br><br>This is a clip from Amandha Vollmer's bitchute account Doctor_Yummy that explains what's going on with the spike proteins and shedding quite well. | https://www.instagram.com/tv/COPDR1aAEgm/ |