CONFIDENTIAL



**From:** Crawford, Carol Y. (CDC/OD/OADC) [____@____]
**Sent:** 5/10/2021 12:38:23 PM
**To:** Genelle Adrien [____@fb.com]
**Subject:** RE: CV19 misinfo reporting channel

Genelle – you told me on the call on Thursday what this meeting was for but I didn't write it down and sadly I'm not sure. I though it was about crowd tangle – what is it for again?

I'm embarrassed to ask! Sorry!

**From:** Genelle Adrien [____@fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov>
**Cc:** Payton Iheme [____@fb.com>; Carrie Adams [____@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
Genelle

**FACEBOOK**
**Genelle Quarles Adrien**
Politics & Government Outreach
e: [____@fb.com | w: ____

**From:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** Genelle Adrien [____@fb.com>
**Cc:** Payton Iheme [____@fb.com>, Carrie Adams [____@fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** Genelle Adrien [____@fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov>
**Cc:** Payton Iheme [____@fb.com>; Carrie Adams [____@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

CONFIDENTIAL

Best,
Genelle

**From:** Genelle Adrien <███@fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <███@cdc.gov>
**Cc:** Payton Iheme <███@fb.com>, Chelsey Lepage <███@fb.com>
**Subject:** CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!
Genelle

- ███@cdc.gov
- ███@cdc.gov
- ███@cdc.gov
- ███@census.gov
- ███@cdc.gov
- ███@cdc.gov
- ███@reingold.com
- ███@reingold.com
- ███@reingold.com

# FACEBOOK

**Genelle Quarles Adrien**
Politics & Government Outreach
e: ███@fb.com | w: ███