CONFIDENTIAL



**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** 5/20/2021 8:59:38 AM
**To:** Payton Iheme [@fb.com]
**Subject:** RE: Agenda item for CDC call this week

Thank you for this additional info. I have these folks joining:

- Census team members
- Cynthia Jorgenson – Director of Comms for NCIRD (where Vaccines lives) & our Joint Information Center Co-Lead
- Rosie Bretthauer-Mueller and Demi Haynes – They are the co-leads for consumer vaccine content development

There may be some facts we have to get back to the group on after the meeting as I'm not going to have a SME join.

Talk to you later! Zoom worked yesterday so fingers crossed same today.

**From:** Payton Iheme [@fb.com]
**Sent:** Wednesday, May 19, 2021 4:19 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Subject:** Re: Agenda item for CDC call this week

Hi Carol,

To help with scoping on your end for Thursday...here are some of the COVID content items that Liz will be flagging for you/CDC team:

1. **It is not safe for women on their period to take the COVID-19 vaccine**

2. **Being around people who were vaccinated with the COVID-19 vaccine causes side effects**

   a. Specifically, we have seen content claiming side effects such as menstrual cycle changes (already debunked by CDC) but also miscarriages, blood clotting, bleeding, bruising, general sickness

3. **COVID-19 vaccines causing magnetism**

   a. Some of the content we are seeing (simultaneously claiming COVID vaccines contain microchips) would already be violating, but we are looking for input on the broader claim

4. **Face masks contain harmful nano worms or harmful particles**

5. **COVID-19 vaccines cause Alzheimer's**

6. **COVID-19 vaccines cause Prion's disease**

7. **COVID-19 vaccines cause a cytokine storm**

   a. We already got WHO's input on this (inconclusive) so would be good to have CDC input

8. **COVID-19 vaccines cause bell's palsy**

   a. We already got WHO's input on this (inconclusive) so would be good to have CDC input

9. **COVID-19 has 99.96% survival rate**

MOLA_DEFSPROD_00002659

a. We are seeing content with rumours around mortality/survival rates, would be good to get CDC/WHO input

10. **People who are receiving COVID-19 vaccines are subject to medical experiments**

11. *Is the claim "COVID-19 is man-made" false, unproven, unsupported by evidence, or true?*

12. **12. COVID-19 vaccines cause erectile dysfunction**

Best,

Payton

---

**From:** Carol Crawford ▮▮▮@cdc.gov>
**Date:** Tuesday, May 18, 2021 at 8:27 AM
**To:** Payton Iheme ▮▮▮@fb.com>
**Subject:** RE: Agenda item for CDC call this week

Thanks for heads up. I'm going to include Cynthia Jorgenson again (and possibly some others).

**From:** Payton Iheme ▮▮▮@fb.com>
**Sent:** Tuesday, May 18, 2021 8:17 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▮▮▮@cdc.gov>
**Subject:** Fwd: Agenda item for CDC call this week

Hi Carol,

Liz Lagone has an agenda item for Thursday. Sending in advance as you may have others you need to invite.

Original request from our health policy team:

Hey Payton, thanks for giving me some of the agenda this week with CDC! I'm excited to get into some policy stuff with them.

Our Content Policies are intended to be global, and to evolve with changes in the external environment and online speech. They determine what content we may remove or reduce and inform. Something we're thinking about right now is whether our policies on COVID-19 and vaccines continue to be in the right place in the U.S. given rising rates of vaccination and recent changes to mask mandates. Specifically, we currently remove false claims about face masks; we would love to discuss with them whether there is still a high risk of harm from mask misinformation. If time permits, we'd love to additionally explore relative harm and other types of misinformation as well, such as false claims about the efficacy of social distancing or the existence of COVID-19, given the changing environment in the U.S.
Thanks so much,
Liz

--
**Liz Lagone** | Health & Well-Being Policy
**FACEBOOK**