

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov] |
| Sent: | 6/2/2021 9:21:36 AM |
| To: | Liz Lagone [@fb.com] |
| CC: | Carrie Adams [@fb.com]; Payton Iheme [@fb.com] |
| Subject: | Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week |

I'm sorry for the delay. Let me check. We were trying to get our SMEs to review.

---

**From:** Liz Lagone [@fb.com>
**Sent:** Tuesday, June 1, 2021 8:49 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC)
**Cc:** Carrie Adams; Payton Iheme
**Subject:** Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Hi Carol, I hope you're well and had a restful long weekend. I wanted to follow up on my below email and see if you needed any further information or context about the COVID-19 vaccine claims below we'd love CDC's help in debunking.

Please let me know, and thank you so much in advance for your help.

Best,

Liz

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov>
**Date:** Tuesday, May 25, 2021 at 5:12 AM
**To:** Liz Lagone [@fb.com>
**Cc:** Carrie Adams [@fb.com>, Payton Iheme [@fb.com>
**Subject:** RE: RE_It was this list, sorry! FW: Agenda item for CDC call this week

I thought the transcript would be online but I don't see it posted yet, sorry.

---

**From:** Liz Lagone [@fb.com>
**Sent:** Monday, May 24, 2021 5:35 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov>
**Cc:** Carrie Adams [@fb.com>; Payton Iheme [@fb.com>
**Subject:** Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Thanks so much, Carol. And yes, I've definitely noted that you wanted to check these answers with others on your team to confirm responses.

Also, I meant to ask in my email earlier, but I recall it was either you or Sam mentioning that you could share a transcript from Dr. Walensky's testimony last week where she touched on the question of whether COVID-19 could be man-made; is that something that you have handy and are able to share?

Many thanks again,

Liz

From: Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov>
Date: Monday, May 24, 2021 at 11:07 AM
To: Liz Lagone ▮@fb.com>
Cc: Carrie Adams ▮@fb.com>, Payton Iheme ▮@fb.com>
Subject: RE: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Thank you Liz, I will check on our end. On some of the below, I'd like to note that we had no scientific experts on the call so these where our thoughts but we will definitely check all of this on our end.

Thanks.

From: Liz Lagone ▮@fb.com>
Sent: Monday, May 24, 2021 1:57 PM
To: Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov>
Cc: Carrie Adams ▮@fb.com>; Payton Iheme ▮@fb.com>
Subject: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Hi Carol,

Thanks so much again for you and team's help in debunking a few COVID-19 and vaccine misinformation claims for us. As follow up to our meeting, please see the list of claims below with notes from our conversation last Thursday morning.

If you could please confirm the conclusions I've noted below based on our discussion, that would be great, and I've also indicated the one your team noted follow up was needed before debunking (#12).

Please let me know if you have any questions.

Many thanks!

Liz

1. **Is the claim "COVID-19 is man-made" false, unproven, unsupported by evidence, or true?**
a.         Inconclusive: It is most likely that this virus started within animals and jumped to humans, however, CDC director in her testimony yesterday said being man made was technically possible because we do not know the origin still. It being man made is theoretically possible, but extremely unlikely.

2. **It is not safe for women on their period to take the COVID-19 vaccine**
a.         Debunked; CDC has a mythbuster on this now on their "facts and misses" page

3. **Being around people who were vaccinated with the COVID-19 vaccine causes side effects** (Specifically, we have seen content claiming side effects such as menstrual cycle changes (already debunked by CDC) but also miscarriages, blood clotting, bleeding, bruising, general sickness)
a.         Debunked; CDC has also specifically debunked claims around vaccine shedding and menstruation side effects from being around people who were vaccinated

4. **COVID-19 vaccines causing magnetism**
a.         Debunked

5. **Face masks contain harmful nano worms or harmful particles**
a.         Debunked

6. **COVID-19 vaccines cause Alzheimer's**
a.     Not able to debunk now; inconclusive

7. **COVID-19 vaccines cause Prion's disease**
a.     Not able to debunk now; inconclusive

8. **COVID-19 vaccines cause a cytokine storm**
a.     Not able to debunk now; inconclusive

9. **COVID-19 vaccines cause bell's palsy**
a.     Not able to debunk now; inconclusive

10. **COVID-19 has 99.96% survival rate**
a.     Not able to debunk now; inconclusive. Scientists would be hesitant to attach a correct number to survival rates. Note, this claim is tied to the VAERS issue and adverse claims about vaccine administration

11. **People who are receiving COVID-19 vaccines are subject to medical experiments**
a.     Debunked; CDC notes this likely stems from the vaccines only having EUA now and equating lack of full authorization as being involuntary part of a medical experiment.

12. **COVID-19 vaccines cause erectile dysfunction**

a.     To be debunked or deemed inconclusive by CDC

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov>
**Date:** Monday, May 24, 2021 at 12:31 PM
**To:** Carrie Adams ▮@fb.com>
**Subject:** It was this list, sorry! FW: Agenda item for CDC call this week

Sent wrong e-mail!!!

**From:** Payton Iheme ▮@fb.com>
**Sent:** Wednesday, May 19, 2021 4:19 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov>
**Subject:** Re: Agenda item for CDC call this week

Hi Carol,

To help with scoping on your end for Thursday...here are some of the COVID content items that Liz will be flagging for you/CDC team:

1. **It is not safe for women on their period to take the COVID-19 vaccine**
2. **Being around people who were vaccinated with the COVID-19 vaccine causes side effects**
a.     Specifically, we have seen content claiming side effects such as menstrual cycle changes (already debunked by CDC) but also miscarriages, blood clotting, bleeding, bruising, general sickness
3. **COVID-19 vaccines causing magnetism**
a.     Some of the content we are seeing (simultaneously claiming COVID vaccines contain microchips) would already be violating, but we are looking for input on the broader claim
4. **Face masks contain harmful nano worms or harmful particles**

5. **COVID-19 vaccines cause Alzheimer's**
6. **COVID-19 vaccines cause Prion's disease**
7. **COVID-19 vaccines cause a cytokine storm**
   a.   We already got WHO's input on this (inconclusive) so would be good to have CDC input
8. **COVID-19 vaccines cause bell's palsy**
   a.   We already got WHO's input on this (inconclusive) so would be good to have CDC input
9. **COVID-19 has 99.96% survival rate**
   a.   We are seeing content with rumours around mortality/survival rates, would be good to get CDC/WHO input
10. **People who are receiving COVID-19 vaccines are subject to medical experiments**
11. *Is the claim "COVID-19 is man-made" false, unproven, unsupported by evidence, or true?*
12. **12. COVID-19 vaccines cause erectile dysfunction**

Best,

Payton

---

**From:** Carol Crawford <████@cdc.gov>
**Date:** Tuesday, May 18, 2021 at 8:27 AM
**To:** Payton Iheme <████@fb.com>
**Subject:** RE: Agenda item for CDC call this week

Thanks for heads up. I'm going to include Cynthia Jorgenson again (and possibly some others).

---

**From:** Payton Iheme <████@fb.com>
**Sent:** Tuesday, May 18, 2021 8:17 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** Fwd: Agenda item for CDC call this week

Hi Carol,

Liz Lagone has an agenda item for Thursday. Sending in advance as you may have others you need to invite.

Original request from our health policy team:

Hey Payton, thanks for giving me some of the agenda this week with CDC! I'm excited to get into some policy stuff with them.

Our Content Policies are intended to be global, and to evolve with changes in the external environment and online speech. They determine what content we may remove or reduce and inform. Something we're thinking about right now is whether our policies on COVID-19 and vaccines continue to be in the right place in the U.S. given rising rates of vaccination and recent changes to mask mandates. Specifically, we currently remove false claims about face masks; we would love to discuss with them whether there is still a high risk of harm from mask misinformation. If time permits, we'd love to additionally explore relative harm and other types of misinformation as well, such as false claims about the efficacy of social distancing or the existence of COVID-19, given the changing environment in the U.S.
Thanks so much,
Liz

--
Liz Lagone | Health & Well-Being Policy