PLAINTIFF'S EXHIBIT 16

From: Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
Sent: Thursday, June 3, 2021 2:57 PM
To: Liz Lagone <​@fb.com>
Cc: Carrie Adams <​@fb.com>; Payton Iheme <​@fb.com>
Subject: Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Yes they are debunked and we will also have content on it soon.

---

From: Liz Lagone <​@fb.com>
Sent: Thursday, June 3, 2021 2:15:50 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
Cc: Carrie Adams <​@fb.com>; Payton Iheme <​@fb.com>
Subject: Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Sorry Carol, I have one further question to clarify with you about the below 3 claims. Based on your additional comments, does that mean we should consider these debunked by the CDC now and web content or TPs are forthcoming or that once the content and TPs are cleared, we should consider them debunked?

Thank you,
Liz

4. **COVID-19 vaccines cause Prion's disease**
   a. Not able to debunk now; inconclusive – web content to debunk is in clearance

6. **COVID-19 vaccines cause bell's palsy**
   a. Not able to debunk now; inconclusive – web content to debunk is in clearance

8. **COVID-19 vaccines cause erectile dysfunction**
   a. To be debunked or deemed inconclusive by cdc--Will have a cleared TP soon.

---

From: Liz Lagone <​@fb.com>
Date: Wednesday, June 2, 2021 at 7:00 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
Cc: Carrie Adams <​@fb.com>, Payton Iheme <​@fb.com>
Subject: Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Thank you so much!! Hugely helpful!

Best,
Liz

---

From: Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
Date: Wednesday, June 2, 2021 at 6:58 PM
To: Liz Lagone <​@fb.com>
Cc: Carrie Adams <​@fb.com>, Payton Iheme <​@fb.com>
Subject: Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Hi Liz- Notes below on some. I hope this helps. I will let you know when we have cleared points.

1. **COVID-19 vaccines causing magnetism**
   a. Debunked. Will have a cleared TP soon.

2. **Face masks contain harmful nano worms or harmful particles**
   a. Debunked.

3. **COVID-19 vaccines cause Alzheimer's**
   a. Not able to debunk now; inconclusive – web content to debunk is in clearance

4. **COVID-19 vaccines cause Prion's disease**
   a. Not able to debunk now; inconclusive – web content to debunk is in clearance

5. **COVID-19 vaccines cause a cytokine storm**
   a. Not able to debunk now; inconclusive

6. **COVID-19 vaccines cause bell's palsy**
   a. Not able to debunk now; inconclusive – web content to debunk is in clearance

7. **People who are receiving COVID-19 vaccines are subject to medical experiments**
   a. Debunked; CDC notes this likely stems from the vaccines only having EUA now and equating lack of full authorization as being involuntary part of a medical experiment.

8. **COVID-19 vaccines cause erectile dysfunction**

   a. To be debunked or deemed inconclusive by cdc
   Will have a cleared TP soon.

---

From: Liz Lagone <██████@fb.com>
Sent: Tuesday, June 1, 2021 8:49 PM
To: Crawford, Carol Y. (CDC/OD/OADC)
Cc: Carrie Adams; Payton Iheme
Subject: Re: RE_It was this list, sorry! FW: Agenda item for CDC call this week

Hi Carol, I hope you're well and had a restful long weekend. I wanted to follow up on my below email and see if you needed any further information or context about the COVID-19 vaccine claims below we'd love CDC's help in debunking.

Please let me know, and thank you so much in advance for your help.

Best,

Liz

---

From: Crawford, Carol Y. (CDC/OD/OADC) <██████@cdc.gov>
Date: Tuesday, May 25, 2021 at 5:12 AM
To: Liz Lagone <██████@fb.com>