CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 17**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 7/26/2021 1:14:50 PM |
| To: | Liz Lagone [ @fb.com] |
| CC: | Carrie Adams [ @fb.com]; Payton Iheme [ @fb.com] |
| Subject: | RE: FB Misinformation Claims_Help Debuning |

Got it, let me get back to you shortly and thnk you much for asking!

From: Liz Lagone @fb.com>
Sent: Monday, July 26, 2021 12:58 PM
To: Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
Cc: Carrie Adams @fb.com>; Payton Iheme @fb.com>
Subject: FB Misinformation Claims_Help Debuning

Hi Carol, I hope you're well!

Our Misinformation Policy team has identified some claims that we were hoping your team could **help us understand if they are false and can lead to harm?** The three claims include:

1. Spike protein in COVID-19 vaccines is dangerous/cytotoxic
2. Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine
3. Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)

In addition, I was wondering if your team was aware of any global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths?

Please let me know if you have any questions about the above, and thank you so much again for the CDC's help!

Best,
Liz

--

Liz Lagone | Health & Well-Being Policy
**FACEBOOK**