| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [redacted] OUP |
| Sent: | 7/20/2021 5:25:48 PM |
| To: | Tyler Woods [redacted]@fb.com] |
| CC: | Lauren Balog Wright [redacted]@fb.com]; Payton Iheme [redacted]@fb.com]; Chelsey Lepage [redacted]@fb.com]; Kelly Perron [redacted]@fb.com] |
| Subject: | RE: Crowd Tangle COVID-19 reports |

Thank you!

**From:** Tyler Woods [redacted]@fb.com>
**Sent:** Tuesday, July 20, 2021 5:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [redacted]@cdc.gov>
**Cc:** Lauren Balog Wright [redacted]@fb.com>; Payton Iheme [redacted]@fb.com>; Chelsey Lepage [redacted]@fb.com>; Kelly Perron [redacted]@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

- **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

- **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

- **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,
Tyler

Tyler Woods
Strategic Partner Development, Policy | CrowdTangle

CONFIDENTIAL

181 Fremont Street | San Francisco, CA

Facebook | CrowdTangle

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** Tyler Woods @fb.com>
**Cc:** Lauren Balog Wright @fb.com>; Payton Iheme @fb.com>; Chelsey Lepage @fb.com>; Kelly Perron @fb.com>
**Subject:** RE: CrowdTangle COVID-19 reports

Thank you!

**From:** Tyler Woods @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Cc:** Lauren Balog Wright @fb.com>; Payton Iheme @fb.com>; Chelsey Lepage @fb.com>; Kelly Perron @fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi Carol,

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

- **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]

- **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].

- **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,
Tyler

MOLA_DEFSPROD_00002488

**Tyler Woods**

**Strategic Partner Development, Policy | CrowdTangle**

181 Fremont Street | San Francisco, CA

Facebook | CrowdTangle

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** Kelly Perron <@fb.com>
**Cc:** Lauren Balog Wright <@fb.com>; Payton Iheme <@fb.com>; Chelsey Lepage <@fb.com>; Tyler Woods <@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate Tyler taking over for us!

**From:** Kelly Perron <@fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Cc:** Lauren Balog Wright <@fb.com>; Payton Iheme <@fb.com>; Chelsey Lepage <@fb.com>; Tyler Woods <@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that Tyler Woods (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

- **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*
- **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*
- **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly