CONFIDENTIAL



PLAINTIFF'S EXHIBIT 19

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 8/18/2021 7:04:07 AM |
| To: | Tyler Woods [@fb.com] |
| CC: | Gordon, Stephanie (CDC/OD/OADC) [@cdc.gov] |
| Subject: | RE: Crowd Tangle COVID-19 reports |

Hi Tyler, I'm going to be out of the office for several weeks in September. When you send these, can you please include Stephanie Gordon, copied here, so she can share with others if I'm out? Thanks so much!

From: Tyler Woods <@fb.com>
Sent: Tuesday, August 17, 2021 5:23 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
Cc: Lauren Balog Wright <@fb.com>; Payton Iheme <@fb.com>; Chelsey Lepage <@fb.com>; Kelly Perron <@fb.com>; Carrie Adams <@fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

Hi Carol,

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

- **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]
- **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]
- **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]
- 

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

Tyler


**Tyler Woods**

**Strategic Partner Development, Policy | CrowdTangle**

181 Fremont Street | San Francisco, CA

Facebook | CrowdTangle

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** Tyler Woods <​@fb.com>
**Cc:** Lauren Balog Wright <​@fb.com>; Payton Iheme <​@fb.com>; Chelsey Lepage <​@fb.com>; Kelly Perron <​@fb.com>; Carrie Adams <​@fb.com>
**Subject:** RE: CrowdTangle COVID-19 reports

Thank you!


**From:** Tyler Woods <​@fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
**Cc:** Lauren Balog Wright <​@fb.com>; Payton Iheme <​@fb.com>; Chelsey Lepage <​@fb.com>; Kelly Perron <​@fb.com>; Carrie Adams <​@fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi Carol,

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

- **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]
- 
- **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

- 
- **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,
Tyler


Tyler Woods

**Strategic Partner Development, Policy | CrowdTangle**

181 Fremont Street | San Francisco, CA

Facebook | CrowdTangle

---

**From:** Tyler Woods <​fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>
**Cc:** Lauren Balog Wright <​@fb.com>; Payton Iheme <​@fb.com>; Chelsey Lepage <​@fb.com>; Kelly Perron <​@fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi Carol,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

- **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]
- **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].