PLAINTIFF'S EXHIBIT 20

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [████@cdc.gov] |
| Sent: | 8/19/2021 4:14:24 PM |
| To: | Carrie Adams [████@fb.com] |
| Subject: | RE: VAERS Policy Consultation |
| Attachments: | VAERS talking points 8.16_AH_PM_CLEAN COPY.docx |

I just realized the SME is out this week so I'm going to have to verify the time Monday.

Also, coincidently, I had this half typed to send up to you on VAERS. If of use, we just published a new video and I've attached some recent talking points that may also inform your efforts. We also plan to get some related myth's posted to our website.

VAERS and Vaccine Safety: How it Works - YouTube


**From:** Carrie Adams <████@fb.com>
**Sent:** Thursday, August 19, 2021 4:05 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** Re: VAERS Policy Consultation

Wonderful!

Carrie E. Adams
facebook, inc. | politics & government
████ | ████@fb.com


On Aug 19, 2021, at 3:55 PM, Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov> wrote:

I'm sure we can do this – and I'm glad your asking. I'll get back to you on the date/time soon.


**From:** Carrie Adams <████@fb.com>
**Sent:** Thursday, August 19, 2021 11:07 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** VAERS Policy Consultation

Hi Carol,

Our Health Policy folks would like to meet with your VAERS experts for a consultation meeting on our policies regarding VAERS and misinformation.

We have a few folks based in Singapore that would need to attend, so hoping an **11am, Friday August 27th** timeframe would work for you / any of your SMEs who you think should join.

Would that work for you?

CA

Carrie E. Adams
facebook, inc. | politics & government
███████ | ███████@fb.com

MOLA_DEFSPROD_00002435