CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 22**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov] |
| Sent: | 11/2/2021 2:54:26 PM |
| To: | Liz Lagone [@fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]; Nordlund, Kristen (CDC/DDID/NCIRD/OD) [@cdc.gov]; Gordon, Stephanie (CDC/OD/OADC) [@cdc.gov] |
| CC: | Carrie Adams [@fb.com] |
| Subject: | RE: New Claims & Policy updates following EAU authorization for 5-11 year olds |

Got it, Liz. I'm going to work on this one with some other vaccine staff and take this one off of Kristen. I hope we can do it by Monday, I will keep you posted.

Thank you so much for the feedback on what you've been able to do. This is very good to know.

**From:** Liz Lagone [@fb.com>
**Sent:** Tuesday, November 2, 2021 1:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov>; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov>; Nordlund, Kristen (CDC/DDID/NCIRD/OD) [@cdc.gov>; Gordon, Stephanie (CDC/OD/OADC) [@cdc.gov>
**Cc:** Carrie Adams [@fb.com>
**Subject:** New Claims & Policy updates following EAU authorization for 5-11 yearlds

Hi Carol, Kristen, and team!

Kristen, thanks so much for confirming the ability for the claims in question last week having the risk of causing vaccine refusals. And thank you all so much for your input over the last week on our many questions about vaccine misinformation relative to the EUA.

I wanted to share that as a result of our work together, when the FDA gave emergency use authorization to the Pfizer vaccine for children last week, we immediately updated our policies globally to remove additional false claims about the COVID-19 vaccine for children (e.g. "the COVID vaccine is not safe for kids"). We also launched a new feature on Instagram, where accounts that repeatedly post content that violates our policies on COVID-19 or vaccine misinformation may now lose the ability to be tagged or mentioned or may see pop-ups asking if they'd like to delete certain posts that may violate our policies.

As part of our regular monitoring of new claims about vaccines prevalent on our platform, **we have identified a number of additional claims we would like to get your team's assessment on** (apologies this is coming so quickly after the last round that were specific to the EAU's timing!). Would it at all be possible to get input by Monday, November 8th?

For each of the following new claims, which we've recently identified on the platform, **can you please tell us if:**
1. The claim is false; and
2. If believed, could this claim contribute to vaccine refusals?

Please let me know if you have any questions or concerns, and otherwise thank you so much in advance for your help!

Best,
Liz


**Claims about COVID-19 vaccines**

1. **COVID-19 vaccines weaken the immune system**
   a. Is this false?

    b.     Could this lead to vaccine refusals?

2. COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.
1. Is this false?
2. Could this lead to vaccine refusals?

3. COVID-19 vaccines cause autoimmune diseases
a. Is this false?
b. Could this lead to vaccine refusals?

1. Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines
1. Is this false?
2. Could this lead to vaccine refusals?

1. COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)
a. Is this false?
b. Could this lead to vaccine refusals?

1. Breast milk from a vaccinated parent is harmful to babies/children
a. Is this false?
b. Could this lead to vaccine refusals?

1. COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)
a. Is this false?
b. Could this lead to vaccine refusals?


## Claims about all vaccines

1. Vaccines are not effective in preventing diseases for which vaccines exist, or in reducing the risk of illness or mortality from vaccine-preventable diseases.
a. Is this false for all approved vaccines?
b. Could this lead to vaccine refusals?

2. Acquiring a vaccine-preventable disease cannot cause death.
a. Is this false?
b. Could this lead to vaccine refusals?

1. Vitamins and minerals (either derived from natural sources or supplements) are as effective as vaccines in preventing diseases for which vaccines exist.
a. Is this false for all approved vaccines?
b. Could this lead to vaccine refusals?


∞ Meta

Liz Lagone (she/her)
Health & Well-Being Policy
Meta