CONFIDENTIAL

PLAINTIFF'S
EXHIBIT
23

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| --- | --- |
| Sent: | 11/8/2021 4:01:34 PM |
| To: | Liz Lagone        @fb.com]; Dempsey, Jay H. (CDC/OD/OADC)        @cdc.gov]; Gordon, Stephanie (CDC/OD/OADC)        @cdc.gov] |
| CC: | Carrie Adams        @fb.com] |
| Subject: | RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds |

Hmm. Sorry I missed that, let me check on #2.

From: Liz Lagone        @fb.com>
Sent: Monday, November 8, 2021 3:03 PM
To: Crawford, Carol Y. (CDC/OD/OADC)        @cdc.gov>; Dempsey, Jay H. (CDC/OD/OADC)        @cdc.gov>; Gordon,
Stephanie (CDC/OD/OADC)        @cdc.gov>
Cc: Carrie Adams        @fb.com>
Subject: Re: New Claims & Policy updates following EAU authorization for 5-11 yearlds

Thanks so much, Carol! Can you confirm if #2 is False as well? I see the links, but not the answer (or is this one that is still pending?)

From: Crawford, Carol Y. (CDC/OD/OADC)        @cdc.gov>
Date: Monday, November 8, 2021 at 11:25 AM
To: Liz Lagone        @fb.com>, Dempsey, Jay H. (CDC/OD/OADC)        @cdc.gov>, Gordon, Stephanie
(CDC/OD/OADC)        @cdc.gov>
Cc: Carrie Adams        @fb.com>
Subject: RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds

We are still working on the "All Vaccines" section but here are some responses for COVID.  Thanks!

It appears that any of these could potentially cause vaccine refusal.

1.      COVID-19 vaccines weaken the immune system
a.      Is this false?
b.      Could this lead to vaccine refusals?

False. COVID-19 vaccination will help protect people from getting COVID-19. Adults and children may have some side effects from the vaccine, which are normal signs that their body is building protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some people have no side effects, and allergic reactions are rare. Learn how mRNA vaccines work.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

2.      COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.
a.      Is this false?
b.      Could this lead to vaccine refusals?

MOLA_DEFSPROD_00001774

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**3.      COVID-19 vaccines cause autoimmune diseases**
a.      Is this false?
b.      Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history.
Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**4.      Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines**
a.      Is this false?
b.      Could this lead to vaccine refusals?

**False.** Adults and children may have some side effects from the vaccine, which are normal signs that their body is building
protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some
people have no side effects, and allergic reactions are rare. Find a list of common side effects and what to expect after
vaccination.

**5.      COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)**
a.      Is this false?
b.      Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history.
Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**6.      Breast milk from a vaccinated parent is harmful to babies/children**
a.      Is this false?
b.      Could this lead to vaccine refusals?

**False.** Recent reports have shown that breastfeeding people who have received mRNA COVID-19 vaccines have antibodies in
their breastmilk, which could help protect their babies. More data are needed to determine what level of protection these
antibodies may provide to the baby. Learn more about COVID-19 vaccines and pregnancy.

**7.      COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)**
**a.**      Is this false?
**b.**      Could this lead to vaccine refusals?

**False.** Children who get infected with the virus that causes COVID-19 can develop serious complications like multisystem
inflammatory syndrome (MIS-C)—a condition where different body parts become inflamed, including the heart, lungs,
kidneys, brain, skin, eyes, or gastrointestinal organs. COVID-19 vaccination among children ages 5 through 11 years is
critical to preventing infection and possible severe disease, as well as reducing the spread of COVID-19.

MOLA_DEFSPROD_00001775