CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 27**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 2/4/2022 3:39:27 PM |
| To: | Liz Lagone [____@fb.com] |
| Subject: | Have 5 minutes to chat? E: Vaccine Misinformation Questions for CDC |

I'm heading out today but do you have a minute to discuss this by chance? Call anytime.

---

From: Liz Lagone <____@fb.com>
Sent: Thursday, February 3, 2022 9:21 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>
Cc: Gordon, Stephanie (CDC/OD/OADC) <____@cdc.gov>; Carrie Adams <____@fb.com>; Dempsey, Jay H. (CDC/OD/OADC) <____@cdc.gov>
Subject: Re: Vaccine Misinformation Questions for CDC

Ok, thank you!!

---

From: Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>
Date: Thursday, February 3, 2022 at 5:21 PM
To: Liz Lagone <____@fb.com>
Cc: Gordon, Stephanie (CDC/OD/OADC) <____@cdc.gov>, Carrie Adams <____@fb.com>, Dempsey, Jay H. (CDC/OD/OADC) <____@cdc.gov>
Subject: RE: Vaccine Misinformation Questions for CDC

Hi Liz – I will talk to the Vaccine program and see what we can do. My guess is that February 9th will not be realistic. Also, I'm out Feb 5-16 so Stephanie or Jay will be sure to follow up and can help if something comes up while I'm out.

Thanks!

---

From: Liz Lagone <____@fb.com>
Sent: Thursday, February 3, 2022 4:36 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <____@cdc.gov>
Cc: Gordon, Stephanie (CDC/OD/OADC) <____@cdc.gov>; Carrie Adams <____@fb.com>
Subject: Vaccine Misinformation Questions for CDC

Hi Carol,

I hope you are your team are well and staying healthy. Thank you so much for the information you provided on the claims we asked about last month. Since we last spoke, I wanted to **share updates we made as a result of our work together**. I also wanted to **ask for your assessment on a few things**, including 1) Three additional claims we've become aware of from our regular monitoring; 2) How FDA EUA authorization for children under 5 might impact our policies; and 3) CDC's insights regarding deaths from vaccines. As always, please do let me know if it would be easier to set up time to talk through any of these live! **Otherwise, do you think it would be possible to get input on the below before February 9th?**

Thank you so much in advance for your help, and please let me know if you have any questions!

Best,