CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 28**

From: Crawford, Carol Y. (CDC/OD/OADC) ██████@cdc.gov
Sent: 3/23/2021 2:14:22 PM
To: Jan Antonaros ██████@google.com]
CC: Stanley Onyimba ██████@google.com]
Subject: RE: COVID Misinfo project

Sounds good to check in first – would Friday around 3:30 EST work? (or 4-5).

**From:** Jan Antonaros ██████@google.com>
**Sent:** Tuesday, March 23, 2021 12:56 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ██████@cdc.gov>
**Cc:** Stanley Onyimba ██████@google.com>
**Subject:** Re: COVID Misinfo project

Hi Carol, Thank you for your patience as we identified the right colleagues from Google to pull into this effort. Would it be possible to schedule a call for later this week to learn more about how the CDC and Census envision working together on this important topic?

Maybe on Friday? Please let us know when is best for you and we can pull in the right people from our team.

Thank you,
Jan

Jan Fowler Antonaros
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
██████@google.com
Android Mobile ██████

On Tue, Mar 23, 2021 at 12:51 PM Crawford, Carol Y. (CDC/OD/OADC) ██████@cdc.gov> wrote:

Just checking back on this.

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Thursday, March 18, 2021 3:14 PM
**To:** Stanley Onyimba ██████@google.com>; Jan Antonaros ██████@google.com>
**Subject:** COVID Misinfo project

Stanley/Jan – As I believe we discussed previously, CDC is now working with Census to leverage some of their infrastructure to help identify and address COVID vaccine mis-info. As I understand it from the Census team…. when they were doing this for the Census project last year, they meet regularly with a Google/YouTube Trust team. Is it possible for us to start up regular meetings on this topic or maybe use our existing meeting time. Let me know if you want to discuss in more depth.

I'm still checking on the treatment issue.

CONFIDENTIAL

Thanks!

MOLA_DEFSPROD_00003131