CONFIDENTIAL



PLAINTIFFS EXHIBIT 29

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 4/5/2021 9:25:20 AM |
| To: | Stanley Onyimba [@google.com] |
| CC: | Jan Antonaros [@google.com] |
| Subject: | RE: Follow up on mis-info conversation |

Sorry for delay, I wasn't able to solve this one over the weekend. We have this which is close to what you want.. Thank you for the document!

https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalization-network



From: Stanley Onyimba [@google.com>
Sent: Friday, April 2, 2021 9:13 PM
To: Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov>
Cc: Jan Antonaros [@google.com>
Subject: Re: Follow up on mis-info conversation

Hi Carol,

Thanks again for your time this week. Attached are some of the claims we discussed for your reference. On a separate but related note, would you happen to know if the CDC has statistics on hospitalization or death for people in the 40-49

age category who do not have underlying health conditions/comorbidities? We've found a range of related statistics from the CDC but none that specifically break out age and no underlying conditions.

Have a great weekend!
Stanley

On Tue, Mar 30, 2021 at 6:05 AM Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov> wrote:

> I've arranged for a few SMEs to join the call, including Cynthia. Census will not be on it but would like to discuss that at the end as you suggest. Thanks for the heads up of this agenda item.
>
> **From:** Stanley Onyimba ▮@google.com>
> **Sent:** Monday, March 29, 2021 1:39 PM
> **To:** Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov>
> **Cc:** Jan Antonaros ▮@google.com>
> **Subject:** Re: Follow up on mis-info conversation
>
> Hi Carol,
>
> We would like to follow up on our discussion with your colleague, Cynthia, on vaccine information a few months ago. Specifically, we plan to share a new list of common vaccine misinformation claims and would love it if Cynthia or other vaccine experts could join. We can also save a few minutes for you, me, and Jan to discuss potential next steps regarding the Census but will not need the broader team for the discussion.
>
> Thanks,
>
> Stanley
>
> On Mon, Mar 29, 2021 at 9:52 AM Crawford, Carol Y. (CDC/OD/OADC) ▮@cdc.gov> wrote:
>
>> Are you all open to using our regular 4pm meetings to go over things with Census or what is preferred? I wasn't clear how interested you all were on this effort or who the players are on your end.
>
> --
> Stanley Onyimba | Global Product Partnerships | ▮@google.com

--
Stanley Onyimba | Global Product Partnerships | ▮@google.com