CONFIDENTIAL



PLAINTIFF'S EXHIBIT 30

**From:** Crawford, Carol Y. (CDC/OD/OADC) [████@cdc.gov]
**Sent:** 4/12/2021 4:21:48 PM
**To:** Stanley Onyimba [████@google.com]
**CC:** Jan Antonaros [████@google.com]
**Subject:** Re: Follow up on mis-info conversation

Can you give me an idea of what topics we'll be covering? But yes, I'll ask them to attend.

---

**From:** Stanley Onyimba [████@google.com>
**Sent:** Monday, April 12, 2021 4:05 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [████@cdc.gov>
**Cc:** Jan Antonaros [████@google.com>
**Subject:** Re: Follow up on mis-info conversation

Hi Carol,

Hope you had a great weekend. For tomorrow's call, would it be possible to include Cynthia or other COVID-19 treatment SMEs to follow up on some additional questions?

Thanks,
Stanley

On Mon, Apr 5, 2021 at 6:25 AM Crawford, Carol Y. (CDC/OD/OADC) [████@cdc.gov> wrote:
Sorry for delay, I wasn't able to solve this one over the weekend. We have this which is close to what you want.. Thank you for the document!

https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalization-network

MOLA_DEFSPROD_00002936