

PLAINTIFF'S EXHIBIT 31

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 12/21/2021 1:52:34 PM |
| To: | Stanley Onyimba [ ]@google.com]; Jan Antonaros [ ]@google.com] |
| Cc: | Smith, Fred (CDC/OD/OADC) [ ]@cdc.gov] |
| Subject: | RE: Omicron page |

Yes, I saw the organic link, I just get served the knowledge panel (?) like in my screen shots on searches for Omicron or Omicron variant which has the page I listed.
So, I at least wanted to mention. Glad you all are tracking.

---

From: Stanley Onyimba [ ]@google.com>
Sent: Tuesday, December 21, 2021 1:49 PM
To: Jan Antonaros [ ]@google.com>
Cc: Crawford, Carol Y. (CDC/OD/OADC) [ ]@cdc.gov>; Smith, Fred (CDC/OD/OADC) [ ]@cdc.gov>
Subject: Re: Omicron page

Hi Carol,

Thanks for flagging the Omicron updates. The Omicron-specific page currently ranks first in organic results (blue links) for variant and Omicron-specific queries based on relevance (screenshot below). As Jan mentioned, we are tracking announcements closely and will continue to update our products to reflect the latest guidance.



Best,
Stanley

On Tue, Dec 21, 2021 at 7:40 AM Jan Antonaros<█████@google.com> wrote:

Thanks for the heads up! Our health team including our Chief Health Officer is tracking the US federal announcements today closely. Stanley and I will take this back to our team.

Happy Holidays to you as well!

On Tue, Dec 21, 2021 at 10:38 AM Crawford, Carol Y. (CDC/OD/OADC) <█████@cdc.gov> wrote:

I see our main Variant page is coming up at top of the Omicron/Variant panel. So, I wanted to be sure you were aware that this Omicron specific page is maturing and I expect further updates. It does appear that its top for most organic searches. I hope you two have a wonderful holiday. Thanks.

Omicron Variant: What You Need to Know | CDC

About 3,200,000,000 results (0.72 seconds)

☼ COVID-19 >

## Coronavirus disease

Overview   Statistics   Symptoms   Var

⚠ Variants

Information about Variants: Viruses constantly change through mutation and sometimes these mutations result in a new variant of the virus. Some variants emerge and disappear while others persist. New variants will continue to emerge. CDC and other public health organizations monitor all variants of the virus that causes COVID-19 in the United States and globally....

United States · cdc.gov

What You Need to Know About Variants | CDC

For informational purposes only. Consult your local medical authority for advice.

📰 Top stories

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC

MOLA_DEFSPROD_00001720

▇▇▇@cdc.gov

--

Jan Fowler Antonaros
Google US Federal Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
▇▇▇@google.com
Android Mobile: ▇▇▇

--

Stanley Onyimba | Global Product Partnerships | ▇▇▇@google.com