PLAINTIFF'S EXHIBIT 32

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 4/9/2021 2:14:25 PM |
| To: | Todd O'Boyle [████@twitter.com] |
| Subject: | RE: Request for problem accounts |

Yes, we'll get that to you early next week. Thanks for checking in.

From: Todd O'Boyle <████@twitter.com>
Sent: Thursday, April 8, 2021 8:28 PM
To: Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
Subject: Request for problem accounts

Hi Carol -
I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,
TO