CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 33**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 4/14/2021 3:16:49 PM |
| To: | Todd O'Boyle <‎@twitter.com> |
| Subject: | Request for problem accounts |
| Attachments: | Twitter CDC Examples 4-13-21.xlsx |

The Census team put this spreadsheet together with four example areas. Is this what you had in mind?

- Vaccines aren't FDA approved
- Fraudulent cures
- VAERS data taken out of context
- Infertility

---

**From:** Todd O'Boyle <‎@twitter.com>
**Sent:** Thursday, April 8, 2021 8:27 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <‎@cdc.gov>
**Subject:** Request for problem accounts

Hi Carol -

I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,
TO

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.