CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 34**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 6/30/2021 7:50:15 AM |
| To: | Todd O'Boyle [ @twitter.com] |
| Subject: | RE: COVID Misinformation |

Hi Todd – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

≡ 🔍 Cor

:les

Contact Us > Partner Support

ick accounts on

ite accounts on

## Report any issue to get priority service

Twitter myths

What type of problem are you having with your Twitter account? (required)

r Rules

⌄

**From:** Todd O'Boyle < @twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) < @cdc.gov>
**Cc:** Christopher Lewitzke < @reingold.com>; Sam Huxley < @reingold.com>; Sokler, Lynn (CDC/OD/OADC) < @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all - Carol you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM Todd O'Boyle < @twitter.com> wrote:
> Thanks for letting me know - I've just sent a note to our team requesting an update.
>
> On Mon, May 24, 2021 at 3:06 PM Crawford, Carol Y. (CDC/OD/OADC) < @cdc.gov> wrote:
>> I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

CONFIDENTIAL

**From:** Todd O'Boyle <░░░@twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** Christopher Lewitzke <░░░@reingold.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) <░░░@cdc.gov>; Sam Huxley <░░░@reingold.com>; Sokler, Lynn (CDC/OD/OADC) <░░░@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi - Carol and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM Christopher Lewitzke <░░░@reingold.com> wrote:

Hi Todd,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

---

**Chris Lewitzke**
*Senior Digital Media Analyst*

**Reingold**
1321 Duke St.
Alexandria, VA 22314
Main: ░░░
Mobile: ░░░

reingold.com

We're on a mission. ***Yours.***

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** Todd O'Boyle <░░░@twitter.com>
**Subject:** RE: COVID Misinformation

MOLA_DEFSPROD_00002497

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ▇

From: Todd O'Boyle ▇@twitter.com>
Sent: Monday, May 10, 2021 8:51 PM
To: Crawford, Carol Y. (CDC/OD/OADC) ▇@cdc.gov>
Cc: Sam Huxley ▇@reingold.com>; Christopher Lewitzke ▇@reingold.com>; Jennifer Shopkorn (CENSUS/ADCOMFED ▇@census.gov>; Sokler, Lynn (CDC/OD/OADC) ▇@cdc.gov>
Subject: Re: COVID Misinformation

Hi Carol -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

TO

On Mon, May 10, 2021 at 5:05 PM Crawford, Carol Y. (CDC/OD/OADC) ▇@cdc.gov> wrote:

Todd – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

From: Todd O'Boyle ▇@twitter.com>
Sent: Monday, May 10, 2021 3:02 PM
To: Crawford, Carol Y. (CDC/OD/OADC) ▇@cdc.gov>
Cc: Sam Huxley ▇@reingold.com>; Christopher Lewitzke ▇@reingold.com>; Jennifer Shopkorn (CENSUS/ADCOMFED ▇@census.gov>; Sokler, Lynn (CDC/OD/OADC) ▇@cdc.gov>
Subject: Re: COVID Misinformation

Hi Carol -
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

Carol, remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

TO

MOLA_DEFSPROD_00002498

On Mon, May 10, 2021 at 1:50 PM Crawford, Carol Y. (CDC/OD/OADC) ███ @cdc.gov> wrote:

Todd –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. I'll be alive! ⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts @crislerwyo ? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vaxɇnated" can "Go outside & live freely" lol.. This is a joke .<br><br>Quick questions for those who were experimented on I MEAN - Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
█████@cdc.gov
████████

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.