CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 35**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 9/2/2021 3:53:27 PM |
| To: | Todd O'Boyle [████]@twitter.com] |
| CC: | Gordon, Stephanie (CDC/OD/OADC) [████]@cdc.gov]; Jamal, Catherine (CDC/OD/OADC) [████]@cdc.gov] |
| Subject: | BOLO: CDC lab alert & misinformation |
| Attachments: | LOCS Twitter Examples.docx; Fact_check_for_SM_platforms.docx |

Hi Todd –

A quick BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Twitter posts and another document with the facts around the issue.

Let us know if you have any questions!

Thanks!

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC
[████]@cdc.gov