| From: | Crawford, Carol Y. (CDC/OD/OADC) [@blacked out] |
|---|---|
| Sent: | 4/15/2021 3:01:49 PM |
| To: | Payton Iheme [@fb.com]; Layton, Kathleen (CDC/OD/OADC) [@cdc.gov]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]; Chelsey Lepage [@fb.com]; Genelle Adrien [@fb.com]; Lauren Balog Wright [@fb.com]; Kang-Xing Jin [@fb.com]; Kelly Perron [@fb.com]; Raena Saddler [@fb.com] |
| CC: | Airton Tatoug Kamdem [@fb.com]; Julia Eisman [@fb.com]; Liz Lagone [@fb.com]; Kate Thornton [@fb.com]; Carrie Adams [@fb.com]; Phoenix Weir, Ursula (CDC/DDNID/NCBDDD/OD) [@cdc.gov] |
| Subject: | RE: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed) |

IF your having issues, try this link: Click here to join the meeting

-----Original Appointment-----
From: Payton Iheme [@fb.com]
Sent: Wednesday, January 27, 2021 6:44 PM
To: Payton Iheme; Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H. (CDC/OD/OADC); Chelsey Lepage; Genelle Adrien; Lauren Balog Wright; Kang-Xing Jin; Kelly Perron; Raena Saddler
Cc: Airton Tatoug Kamdem; Julia Eisman; Liz Lagone; Kate Thornton; Carrie Adams; Phoenix Weir, Ursula (CDC/DDNID/NCBDDD/OD)
Subject: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
When: Thursday, April 15, 2021 3:00 PM-3:40 PM (UTC-05:00) Eastern Time (US & Canada).
Where:

- New attendees Intro
- CDC needs/questions
- FB Product updates/feedback request (COVID-HUB)
- COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

## Microsoft Teams meeting (CDC VC

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
[blacked out] United States, Atlanta
[blacked out] United States (Toll-free)
Phone Conference ID: [blacked out]
Find a local number | Reset PIN
Learn More | Meeting options