CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 37**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 4/29/2021 8:47:08 PM |
| To: | Payton Iheme [@fb.com] |
| CC: | Genelle Adrien [@fb.com]; Chelsey Lepage [@fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]; Carrie Adams [@fb.com] |
| Subject: | RE: CDC "Guides" and this week's meeting |

Yes, thanks. Let me check with Census too tomorrow.

**From:** Payton Iheme [@fb.com]
**Sent:** Thursday, April 29, 2021 6:23 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]
**Cc:** Genelle Adrien [@fb.com]; Chelsey Lepage [@fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]; Carrie Adams [@fb.com]
**Subject:** Re: CDC "Guides" and this week's meeting

Thank you Carol.

Regarding vaccine.gov, we haven't had any specific requests from the White House on this. We've been working at the state-level on our vaccine finder tools and promotions.

I also wanted to follow up on our COVID-19 misinfo reporting. Our team is looking to schedule a training with CDC and Census colleagues who will be reporting content through the tool. It'll cover our Community Standards, COVID-19 misinformation and harm policies and a walkthrough of the reporting tool.

***Could you share back some times that may work to schedule? We'll probably need about 1.5 hours to cover. If needed, we can break the training up if a longer block is hard to schedule.

Please let us know if you have any questions.

Best,

Payton

**From:** Carol Crawford [@cdc.gov]
**Date:** Wednesday, April 28, 2021 at 2:32 PM
**To:** Payton Iheme [@fb.com]
**Cc:** Genelle Adrien [@fb.com], Chelsey Lepage [@fb.com], "Dempsey, Jay H. (CDC/OD/OADC)" [@cdc.gov]
**Subject:** RE: CDC "Guides" and this week's meeting

+Jay to weigh in on that guide. I think he'll have latest info. I think it would be great to get that kind of promotion on it – thanks for offering.

I still hope to get you some health equity info...but agree we can pull down meeting tomorrow.

Are you being asked by WH to do anything on vaccine.gov/vaccinefinder? If so, can you share any plans in a nutshell via e-mail?

MOLA_DEFSPROD_00002694

CONFIDENTIAL

**From:** Payton Iheme <[REDACTED]@fb.com>
**Sent:** Wednesday, April 28, 2021 1:10 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <[REDACTED]@cdc.gov>
**Cc:** Genelle Adrien <[REDACTED]@fb.com>; Chelsey Lepage <[REDACTED]@fb.com>
**Subject:** CDC "Guides" and this week's meeting

Hi Carol,

We wanted to flag a couple of items for you this week.

**Instagram Guides Promotion Opportunity:** Our Instagram team is looking to run a promotion to amplify vaccine-related Instagram Guides. We saw that the CDC has a great one on its feed https://www.instagram.com/cdcgov/guide/covid-19-vaccines/18186825229053919/.

The team is planning to launch an in-feed promotion of the Guides on Monday. It would run for three weeks, and the anticipated reach is 60-80% of people in the US on Instagram.

We wanted to know if the Guide above is up-to-date (or if you'd be willing to update it if needed) and if it is something we can include in the promotion? Happy to discuss further if this is something you may be interested in or if you have any questions.

We can discuss more tomorrow on our weekly if you'd like. Otherwise, unless you have additional topics to cover on your end, we could pull down tomorrow's meeting to give back time. Let us know what you think.

Also, FYI we are hoping for an update on our COVID-19 misinfo reporting, but that is not ready for this week. Just wanted to make sure we updated you on that.

Best,

Payton

MOLA_DEFSPROD_00002695