CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 38**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 4/30/2021 8:53:41 AM |
| To: | Eva Guidarini [i@fb.com]; Genelle Adrien [@fb.com]; Payton Iheme [@fb.com]; Chelsey Lepage [@fb.com] |
| CC: | Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov] |
| Subject: | RE: WY issue |

Thank you!

From: Eva Guidarini <@fb.com>
Sent: Friday, April 30, 2021 8:53 AM
To: Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>; Genelle Adrien <@fb.com>; Payton Iheme <@fb.com>; Chelsey Lepage <@fb.com>
Cc: Dempsey, Jay H. (CDC/OD/OADC) <@cdc.gov>
Subject: Re: WY issue

Hi Everyone,

Just wanted to circle back and close the loop here. I connected with Holly and she was looking to get their immunize Wyoming Facebook page verified. We've gone ahead and verified the account. Let us know if you need anything else!

Best,

**FACEBOOK**
Eva Guidarini
U.S. Politics & Government Outreach
E: [@fb.com](mailto:@fb.com)

From: Eva Guidarini <@fb.com>
Date: Wednesday, April 28, 2021 at 9:57 PM
To: "Crawford, Carol Y. (CDC/OD/OADC)" <@cdc.gov>, Genelle Adrien <@fb.com>, Payton Iheme <@fb.com>, Chelsey Lepage <@fb.com>
Cc: "Dempsey, Jay H. (CDC/OD/OADC)" <@cdc.gov>
Subject: Re: WY issue

Thanks for the contact information, I just reached out.

Have a great night!

Best,

**FACEBOOK**
Eva Guidarini
U.S. Politics & Government Outreach
E: [@fb.com](mailto:@fb.com)

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" <[redacted]@cdc.gov>
**Date:** Wednesday, April 28, 2021 at 7:02 PM
**To:** Genelle Adrien <[redacted]@fb.com>, Payton Iheme <[redacted]@fb.com>, Chelsey Lepage <[redacted]@fb.com>, Eva Guidarini <[redacted]@fb.com>
**Cc:** "Dempsey, Jay H. (CDC/OD/OADC)" <[redacted]@cdc.gov>
**Subject:** RE: WY issue

Wonderful, if Eva wants to connect directly that would be great. There is not a e-mail chain directly that I can loop you into though. This was received via a meeting.

Holly Scheer
Community Partnership Coordinator
[redacted]@wyo.gov

**From:** Genelle Adrien <[redacted]@fb.com>
**Sent:** Wednesday, April 28, 2021 6:37 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov>; Payton Iheme <[redacted]@fb.com>; Chelsey Lepage <[redacted]@fb.com>; Eva Guidarini <[redacted]@fb.com>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Subject:** Re: WY issue

Hi Carol—Thanks for flagging this to us. I am looping in my colleague Eva who leads our State team outreach. She can provide additional guidance here or connect with the Wyoming Dept. of Health team directly if you'd like to loop her in.

Thank you!
Genelle

**From:** Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Date:** Wednesday, April 28, 2021 at 6:25 PM
**To:** Payton Iheme <[redacted]@fb.com>, Chelsey Lepage <[redacted]@fb.com>, Genelle Adrien <[redacted]@fb.com>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Subject:** RE: WY issue

Anything you all can do to help on this?

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Friday, April 23, 2021 1:46 PM
**To:** Payton Iheme <[redacted]@fb.com>; Chelsey Lepage <[redacted]@fb.com>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) <[redacted]@cdc.gov>
**Subject:** WY issue

The Wyoming Dept. of Health mentioned to one of our groups that the algorithms that Facebook and other social media networks are apparently using to screen out postings by sources of vaccine misinformation are also apparently screening out valid public health messaging, including WY Health communications. They were looking for advice about how to work with social media networks to ensure that verifiable information sources are not blocked.

Do you have someone that could perhaps talk to the state about this?