CONFIDENTIAL

PLAINTIFF'S EXHIBIT 39

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) [cdc.gov] |
| Sent: | 5/6/2021 3:06:43 PM |
| To: | Payton Iheme [@fb.com]; Layton, Kathleen (CDC/OD/OADC) [@cdc.gov]; Dempsey, Jay H. (CDC/OD/OADC) [@cdc.gov]; Chelsey Lepage [@fb.com]; Genelle Adrien [@fb.com] |
| CC: | Airton Tatoug Kamdem [@fb.com]; Julia Eisman [@fb.com]; Liz Lagone [@fb.com]; Kate Thornton [@fb.com]; Carrie Adams [@fb.com] |
| Subject: | JOIN WITH NEW INFO: E: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed) |

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
+1 [redacted]   United States, Atlanta
( [redacted]   United States (Toll-free)
Phone Conference ID: [redacted]
Find a local number | Reset PIN
Learn More | Meeting options

-----Original Appointment-----
**From:** Payton Iheme [@fb.com>
**Sent:** Wednesday, January 27, 2021 6:44 PM
**To:** Payton Iheme; Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H. (CDC/OD/OADC); Chelsey Lepage; Genelle Adrien
**Cc:** Airton Tatoug Kamdem; Julia Eisman; Liz Lagone; Kate Thornton; Carrie Adams
**Subject:** Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
**When:** Thursday, May 6, 2021 3:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

-New attendees Intro

-CDC needs/questions

-FB Product updates/feedback request (COVID-HUB)

-COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

## Microsoft Teams meeting (CDC VC

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
[redacted]   United States, Atlanta
( [redacted]   United States (Toll-free)
Phone Conference ID: [redacted]
Find a local number | Reset PIN
Learn More | Meeting options