CONFIDENTIAL



PLAINTIFF'S EXHIBIT 40

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) ▮▮▮▮ |
| Sent: | 5/10/2021 12:42:50 PM |
| To: | Stanley Onyimba ▮▮▮@google.com]; Jan Antonaros ▮▮▮@google.com] |
| Subject: | COVID BOLO meetings on misinformation |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. We have heard through the grapevine that Kevin Cain at YouTube would want to join. Are there other POCs on your end I should include on the invite?

CONFIDENTIAL

**From:** Crawford, Carol Y. (CDC/OD/OADC) ███████@███████
**Sent:** 5/11/2021 3:55:11 PM
**To:** Jan Antonaros [████s@google.com]; Kevin Kane [████@google.com]
**Subject:** RE: COVID 19 BOLO Meeting

Great – I was going to ask about Kevin at 4. ☺

**From:** Jan Antonaros ████@google.com>
**Sent:** Tuesday, May 11, 2021 3:51 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>; Kevin Kane ████@google.com>
**Subject:** Re: COVID 19 BOLO Meeting

Hi Carol, Could you please add +Kevin Kane from our YouTube team to the call below? Thank you!

Jan Fowler Antonaros
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
████@google.com
Android Mobile ████

On Tue, May 11, 2021 at 3:25 PM Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov> wrote:

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
████@cdc.gov
████

Join ZoomGov Meeting
████

Dial by your location

CONFIDENTIAL

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 5/10/2021 12:44:41 PM |
| To: | Payton Iheme [@fb.com]; Genelle Adrier [@fb.com] |
| Subject: | COVID BOLO Misinformation meetings |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings. We are aiming for our first one on Friday at noon. I know you were considering possible process on your end, but we wanted start here just as interim first step. Are there direct POCs on your end I should include on the invite? Happy to chat if better.

THANKS!

MOLA_DEFSPROD_00002682