CONFIDENTIAL



PLAINTIFF'S EXHIBIT 41

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** 6/10/2021 7:12:04 AM
**To:** Todd O'Boyle [█@twitter.com]
**Subject:** RE: CDC COVID-19 BOLO Meeting

Thanks for letting us know.

**From:** Todd O'Boyle █@twitter.com>
**Sent:** Wednesday, June 9, 2021 7:54 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) █@cdc.gov>
**Subject:** Re: CDC COVID-19 BOLO Meeting

I will be on vacation next week, but I will see if another colleague from Twitter can join.

Best,
TO

On Wed, Jun 9, 2021 at 4:23 PM Crawford, Carol Y. (CDC/OD/OADC) █@cdc.gov> wrote:

We would like to invite digital platforms to attend our 3rd short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Join ZoomGov Meeting

Meeting ID: █
Passcode: █
One tap mobile
    █ US (San Jose)
    █ US (New York)

Dial by your location
    █ US (San Jose)
    █ US (New York)
    █ US (San Jose)
    █ US
Meeting ID: █
Passcode: █
Find your local number: █

Join by SIP
█

MOLA_DEFSPROD_00002521

CONFIDENTIAL

Join by H.323

▮▮▮▮▮▮▮ (US West)
▮▮▮▮▮▮▮ (US East)
Meeting ID: ▮▮▮▮▮▮▮
Passcode: ▮▮▮▮▮

MOLA_DEFSPROD_00002522