**From:** Crawford, Carol Y. (CDC/OD/OADC) [█████████████]
**Sent:** 10/28/2021 5:12:56 PM
**To:** Jan Antonaros [█████@google.com]; Stanley Onyimba [█████@google.com]; Megan Ryskamp [█████@google.com]; Smith, Fred (CDC/OD/OADC) [█████@cdc.gov]; Jamal, Catherine (CDC/OD/OADC) [█████@cdc.gov]
**Subject:** RE: Booster Shots

Jan – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov" to Find a vaccine at Vaccines.gov.

---

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** Jan Antonaros <█████@google.com>; Stanley Onyimba <█████@google.com>; Megan Ryskamp <█████@google.com>; Smith, Fred (CDC/OD/OADC) <█████@cdc.gov>; Jamal, Catherine (CDC/OD/OADC) <█████@cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info: ACIP is likely to vote on this on Nov 2. CDC is likely to start posting final information on Nov 3 (possibly late Nov 2), if that helps to know. There will be many updates so the changes might span over a few days. We are also looking ahead and misinformation and hope to have a BOLO type meeting later that week with platforms that are interested.

---

**From:** Jan Antonaros <█████@google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** Stanley Onyimba <█████@google.com>; Megan Ryskamp <█████@google.com>; Smith, Fred (CDC/OD/OADC) <█████@cdc.gov>; Jamal, Catherine (CDC/OD/OADC) <█████@cdc.gov>; Crawford, Carol Y. (CDC/OD/OADC) <█████@cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

Stanley's OOO so I'm also adding +Megan Ryskamp who is helping while he is out. Given that CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to our product experience. Please see below for our new text and a mock up and let us know if you have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson & Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

[image: The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
Jan and Megan

Jan Fowler Antonaros
Google US Federal Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
[redacted]@google.com
Android Mobile: [redacted]

On Thu, Sep 30, 2021 at 5:34 PM Stanley Onyimba <[redacted]@google.com> wrote:

Great, thanks!

On Thu, Sep 30, 2021, 2:31 PM Smith, Fred (CDC/OD/OADC) <[redacted]@cdc.gov> wrote:

Hi Stanley,

I heard back from some folks. No heartburn over the message as proposed.

Cheers

Fred

From: Smith, Fred (CDC/OD/OADC)
Sent: Thursday, September 30, 2021 4:32 PM
To: Stanley Onyimba <[redacted]@google.com>
Cc: Jan Antonaros <[redacted]@google.com>; Jamal, Catherine (CDC/OD/OADC) <[redacted]@cdc.gov>; Crawford, Carol Y. (CDC/OD/OADC) <[redacted]@cdc.gov>
Subject: RE: Booster Shots

CONFIDENTIAL

Hi Stanley

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** Stanley Onyimba <███@google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** Smith, Fred (CDC/OD/OADC) <███@cdc.gov>
**Cc:** Jan Antonaros <███@google.com>; Jamal, Catherine (CDC/OD/OADC) <███@cdc.gov>
**Subject:** Booster Shots

Hi Fred,

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

- You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.

Thanks,

Stanley

--

Stanley Onyimba | Global Product Partnerships | ███@google.com