CONFIDENTIAL

**PLAINTIFF'S EXHIBIT 43**

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 6/29/2022 6:01:54 PM |
| To: | Rachel Gruner [@google.com]; Smith, Fred (CDC/OD/OADC) [@cdc.gov]; Lindsay Steele [@google.com] |
| Subject: | RE: Claims review |

I'll check on this but I think I'll probably end up needing to refer you to another agency. I'll get back to you.

**From:** Rachel Gruner <@google.com>
**Sent:** Wednesday, June 29, 2022 4:38 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>; Smith, Fred (CDC/OD/OADC) <@cdc.gov>; Lindsay Steele <@google.com>
**Subject:** Claims review

Hi Carol and Fred,

The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed.

**CLAIM:** High doses of progesterone is a **safe** method of reversing chemical abortion (mifepristone & misoprostol)
**CLAIM:** High doses of progesterone is an **effective** method of reversing chemical abortion (mifepristone & misoprostol)

Please let me know if you have any questions or concerns.

Thanks, Rachel

--

[x] The linked...

Rachel Gruner, MPH
Health Outreach Lead, Google
@google.com