| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 3/10/2021 9:54:05 AM |
| To: | Payton Iheme [@fb.com]; Chelsey Lepage [@fb.com] |
| Subject: | RE: Themes that have been removed for misinform |

Lets plan on next Thur then.

**From:** Payton Iheme <@fb.com>
**Sent:** Wednesday, March 10, 2021 9:53 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>; Chelsey Lepage <@fb.com>
**Subject:** Re: Themes that have been removed for misinform

No, would be surely rushed for this week. I meant to offer a future week or two weeks from now.

Best,

Payton

**From:** Carol Crawford <@cdc.gov>
**Date:** Wednesday, March 10, 2021 at 9:49 AM
**To:** Payton Iheme <@fb.com>, Chelsey Lepage <@fb.com>
**Subject:** RE: Themes that have been removed for misinform

I think it would be very rushed for this meeting. I checked with them and they could do it next Thur at 3 – we could give it the majority of time?

**From:** Payton Iheme <@fb.com>
**Sent:** Wednesday, March 10, 2021 9:46 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>; Chelsey Lepage <@fb.com>
**Subject:** Re: Themes that have been removed for misinform

Ok, let me take that as an action item to follow up with you on. Do you think you want this in the weekly meeting time slot or need to work around her schedule more?

Best,

Payton

Get Outlook for iOS

**From:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Sent:** Wednesday, March 10, 2021 9:43:56 AM
**To:** Payton Iheme <@fb.com>; Chelsey Lepage <@fb.com>
**Subject:** RE: Themes that have been removed for misinform

PLAINTIFF'S EXHIBIT 44

They want to see what you guys proactively have removed that might not be in those reports (but maybe it all is?). My guess is a short meeting with Lis Wilhelm vaccine confidence team is what is needed if FB is willing to do it. Doesn't seem to me like it should be part of the WH/HHS meeting.

**From:** Payton Iheme <■■■@fb.com>
**Sent:** Wednesday, March 10, 2021 9:36 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <■■■@cdc.gov>; Chelsey Lepage <■■■@fb.com>
**Subject:** Re: Themes that have been removed for misinfo

And of course we are using Crowd Tangle as well to visualize current trends as well. Lauren has been working on that and can give a refresher if needed. I know that she has been sending reports as well.

Best,

Payton

---

**From:** Payton Iheme <■■■@fb.com>
**Date:** Wednesday, March 10, 2021 at 9:32 AM
**To:** Carol Crawford <■■■@cdc.gov>, Chelsey Lepage <■■■@fb.com>
**Subject:** Re: Themes that have been removed for misinfo

Josh Peck would be the HHS rep once a meeting is confirmed based on that that I see him at previous discussions or meetings with the WH.

---

**From:** Carol Crawford <■■■@cdc.gov>
**Date:** Wednesday, March 10, 2021 at 9:30 AM
**To:** Payton Iheme <■■■@fb.com>, Chelsey Lepage <■■■@fb.com>
**Subject:** RE: Themes that have been removed for misinfo

Oh, I assumed it was a report. Who at HHS is in the meeting?

---

**From:** Payton Iheme <■■■@fb.com>
**Sent:** Wednesday, March 10, 2021 9:27 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <■■■@cdc.gov>; Chelsey Lepage <■■■@fb.com>
**Subject:** Re: Themes that have been removed for misinfo

It wasn't a report, but rather a discussion. We are setting up a meeting with WH/HHS to discuss more likely later this week or early next. Perhaps a CDC rep could participate or HHS share out.

Let me know what you are thinking.

Best,

Payton

---

**From:** Carol Crawford <■■■@cdc.gov>
**Date:** Wednesday, March 10, 2021 at 9:24 AM
**To:** Payton Iheme <■■■@fb.com>, Chelsey Lepage <■■■@fb.com>
**Subject:** RE: Themes that have been removed for misinfo

Yes. You mentioned that WH and HHS had asked so you'd get it to us. I think its wanted as part of analysis – so are you thinking there is no report/file to send?

**From:** Payton Iheme <​@fb.com>
**Sent:** Wednesday, March 10, 2021 9:22 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <​@cdc.gov>; Chelsey Lepage <​@fb.com>
**Subject:** Re: Themes that have been removed for misinfo

Are you looking for types of COVID-19 misinfo we remove?

I think it may be worth a separate meeting to have some of our leads discuss the approach/what they are seeing and doing. Would that work?

Best,

Payton

**From:** Carol Crawford <​@cdc.gov>
**Date:** Wednesday, March 10, 2021 at 9:19 AM
**To:** Payton Iheme <​@fb.com>, Chelsey Lepage <​@fb.com>
**Subject:** Themes that have been removed for misinfo

We mentioned this on the call last week and you said you'd be sending something as other had asked – is that available yet by chance?