```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF LOUISIANA

 3                      MONROE DIVISION

 4       - - - - - - - - - - - - - - - X

 5       THE STATE OF MISSOURI, et al., :

 6       Plaintiffs,                    :

 7       V.                             : Case No. 3:22-cv-01213-TAD-KDM

 8       JOSEPH R. BIDEN, JR., et al.,  :

 9       Defendants.                    :

10       - - - - - - - - - - - - - - - X

11                          Bethesda, Maryland

12                          Wednesday, November 23, 2022

13           Videotaped Deposition of DR. ANTHONY FAUCI, a

14       Defendant herein, called for examination by counsel

15       for Plaintiffs in the above-entitled matter, pursuant

16       to notice, the witness being duly sworn by Stephanie

17       Barnes, a Notary Public in and for the State of

18       Maryland, taken at the offices of National Institutes

19       of Health, 31 Center Drive, Building 31, Bethesda,

20       Maryland, at 8:08 a.m., Wednesday, November 23, 2022,

21       and the proceedings being taken down by Stenotype by

22       Stephanie Barnes, and transcribed under her

23       direction.

24

25
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   APPEARANCES:

 2

 3       On behalf of the Plaintiff the State of

 4   Missouri:

 5               D. JOHN SAUER, ESQ.

 6               ERIC S. SCHMITT, ESQ.

 7               JUSTIN D. SMITH, ESQ.

 8               Missouri Attorney General's Office

 9               221 West High Street

10               Jefferson City, Missouri  65101

11               (573) 751-8870

12               John.Sauer@ago.mo.gov

13

14       On behalf of the Plaintiff the State of

15   Louisiana:

16               JEFFREY M. LANDRY, ESQ.

17               TRACY SHORT, ESQ.

18               WILBUR STILES, ESQ.

19               Louisiana Department of Justice

20               1885 North 3rd Street

21               Baton Rouge, Louisiana  70804

22               (225) 326-6766

23

24       On behalf of the Plaintiffs Dr. Jayanta

25   Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    Kheriaty, and Jill Hines:

 2              JENIN YOUNES, ESQ.

 3              JOHN J. VECCHIONE, ESQ.

 4              New Civil Liberties Alliance

 5              1225 19th Street, Northwest

 6              Suite 450

 7              Washington, D.C.  20036

 8              (202) 918-6905

 9              Jenin.younes@ncla.legal

10              John.vecchione@ncla.legal

11

12        On behalf of the Plaintiff:

13              JONATHAN C. BURNS, ESQ.

14              Burns Law Firm

15              Post Office Box 191250

16              St. Louis, Missouri  63119

17              (314) 329-5040

18              John@Burns-law-firm.com

19

20        On behalf of the Defendant the Department of

21    Justice:

22              ADAM KIRSCHNER, ESQ.

23              JOSH GARDNER, ESQ.

24              KYLA SNOW, ESQ.

25              INDRANEEL SUR, ESQ.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1                 U.S. Department of Justice

 2                 1100 L Street, Northwest

 3                 Washington, D.C.  20530

 4                 (202) 598-3846

 5                 Adam.kirschner@usdoj.gov

 6

 7        On behalf of the Defendant the Department of

 8    Health and Human Services:

 9                 ANANT KUMAR, ESQ.

10                 Department of Health and Human Services

11                 26 Federal Plaza

12                 Room 3908

13                 New York, New York  10278

14                 (212) 264-6373

15                 Anant.kumar@hhs.gov

16        On behalf of the Defendant the National

17    Institute of Health:

18                 CHRISTOPHER HAMMOND, ESQ.

19                 Office of the General Counsel

20                 Public Health Division

21                 NIH Branch

22                 31 Center Drive

23                 Building 31

24                 Bethesda, Maryland  20892

25                 Christopher.hammond2@nih.gov
```

```
 1        ALSO PRESENT:

 2              CORY DENNIS, Press Secretary

 3              JILL HINES, Plaintiff

 4              JAMES HOFT, Plaintiff

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DR. ANTHONY FAUCI  11/23/2022

```
 1                   C O N T E N T S

 2    WITNESS                    EXAMINATION BY COUNSEL

 3    DR. ANTHONY FAUCI                   FOR PLAINTIFFS

 4       BY MR. SAUER                              10

 5

 6                   E X H I B I T S

 7    FAUCI EXHIBIT NO.                            PAGE

 8    Exhibit No. 1 - December 30, 2011 Article      12

 9    Exhibit No. 2 - EcoHealth Alliance            17

10                   Project Details

11    Exhibit No. 3 - Gain of Function Research      25

12    Exhibit No. 4 - Nature Medicine Article        31

13    Exhibit No. 5 - E-mails                        37

14    Exhibit No. 6 - E-mails                        43

15    Exhibit No. 7 - E-mails                        83

16    Exhibit No. 8 - E-mails                        96

17    Exhibit No. 9 - E-mails                       111

18    Exhibit No. 10 - References                   114

19    Exhibit No. 11 - E-mails                      119

20    Exhibit No. 12 - E-mails                      122

21    Exhibit No. 13 - E-mails                      130

22    Exhibit No. 14 - E-mails                      138

23    Exhibit No. 15 - E-mails                      141

24    Exhibit No. 16 - Podcast Transcript           142

25    Exhibit No. 17 - Calendar Printout            148
```

| 1 | Exhibit No. 18 - Quote | 152 |
| 2 | Exhibit No. 19 - Wayback Machine Article | 158 |
| 3 | Exhibit No. 20 - NIH Record Article | 163 |
| 4 | Exhibit No. 21 - E-mails | 167 |
| 5 | Exhibit No. 22 - E-mails | 170 |
| 6 | Exhibit No. 23 - CONFIDENTIAL E-mails | 172 |
| 7 | Exhibit No. 24 - Nature Medicine Article | 178 |
| 8 | Exhibit No. 25 - NIH Blog | 182 |
| 9 | Exhibit No. 26 - ABC News Article | 185 |
| 10 | Exhibit No. 27 - E-mails | 187 |
| 11 | Exhibit No. 28 - White House Archives | 196 |
| 12 | Exhibit No. 29 - E-mails | 201 |
| 13 | Exhibit No. 30 - E-mails | 203 |
| 14 | Exhibit No. 31 - The Hill Article | 209 |
| 15 | Exhibit No. 32 - Meta Printout | 210 |
| 16 | Exhibit No. 33 - UnHerd Article | 212 |
| 17 | Exhibit No. 34 - Politico Article | 213 |
| 18 | Exhibit No. 35 - The Lancelet Article | 221 |
| 19 | Exhibit No. 36 - Good Morning America Article | 226 |
| 20 | Exhibit No. 37 - Breitbart Article | 228 |
| 21 | Exhibit No. 38 - Breitbart Article | 232 |
| 22 | Exhibit No. 39 - The Washington Standard Article | 242 |
| 23 | Exhibit No. 40 - Global HCQ/QC Studies | 245 |
| 24 | Exhibit No. 41 - Great Barrington Declaration | 249 |
| 25 | Exhibit No. 42 - E-mails | 253 |

**DR. ANTHONY FAUCI  11/23/2022**

**Page 8**

1    Exhibit No. 43 - E-mails                             263

2    Exhibit No. 44 - E-mails                             266

3    Exhibit No. 45 - Washington Post Article             270

4    Exhibit No. 46 - E-mails                             275

5    Exhibit No. 47 - CNBC Article                        277

6    Exhibit No. 48 - Spiked Article                      280

7    Exhibit No. 49 - YouTube Printout                    283

8    Exhibit No. 50 - Google Printout                     284

9    Exhibit No. 51 - Meta Printout                       286

10   Exhibit No. 52 - E-mails                             294

11   Exhibit No. 53 - CONFIDENTIAL E-mails                298

12   Exhibit No. 54 - CONFIDENTIAL E-mails                304

13   Exhibit No. 55 - CONFIDENTIAL E-mails                307

14   Exhibit No. 56 - CONFIDENTIAL E-mails                323

15   Exhibit No. 57 - CONFIDENTIAL E-mails                327

16   Exhibit No. 58 - CONFIDENTIAL E-mails                330

17   Exhibit No. 59 - Substack Article                    334

18   Exhibit No. 60 - The Hill Article                    340

19   Exhibit No. 61 - New York Times Article              343

20   Exhibit No. 62 - Substack Article                    346

21   Exhibit No. 63 - E-mails                             352

22   * Exhibits attached to transcript.

23

24

25

DR. ANTHONY FAUCI  11/23/2022

```
 1                 P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We are now on the
 3    record.  Today is November 23rd, 2022, and the time
 4    on the video screen is 8:08 a.m. Eastern Standard
 5    Time.  This is the video recorded deposition
 6    of Dr. Anthony Fauci taken in the matter of the State
 7    of Missouri, et al, v. Joseph R. Biden, Jr., et al,
 8    Case Number 3:22-CV-01213.
 9              This is pending before the United States
10    District Court for the Western District of Louisiana
11    Monroe Division.  This deposition is being conducted
12    at the NIAID at 31 Center Drive in Bethesda,
13    Maryland.  The reporter today is Stephanie Barnes,
14    and my name is Daniel Holmstock.  I am the legal
15    videographer.
16              Counsel, would you please introduce
17    yourselves and state whom you represent.
18              MR. SAUER:  John Sauer of the Missouri
19    Attorney General's Office on behalf of all the
20    plaintiffs.
21              MR. KIRSCHNER:  Adam Kirschner from the
22    U.S. Department of Justice on behalf of all the
23    defendants.
24              THE VIDEOGRAPHER:  Will the court reporter
25    please administer the oath.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   Whereupon,

 2                   DR. ANTHONY FAUCI,

 3   was called as a witness by counsel for Plaintiffs,

 4   and having been duly sworn by the Notary Public, was

 5   examined and testified as follows:

 6             EXAMINATION BY COUNSEL FOR PLAINTIFFS

 7   BY MR. SAUER:

 8       Q.    Good morning.  Can you please state your

 9   name for the record?

10       A.    My name is Anthony S. Fauci.

11       Q.    And, Dr. Fauci, what's your current

12   position?

13       A.    I'm the director of the National Institute

14   of Allergy and Infectious Diseases at the National

15   Institutes of Health and the Chief Medical Advisor to

16   President Biden.

17       Q.    When did you become the Chief Medical

18   Advisor to the President?

19       A.    Very shortly after his inauguration.  He

20   asked me to be the advisor between the election and

21   the inauguration, and I officially became his advisor

22   following his inauguration.

23       Q.    And then how long have you been the

24   director of NIAID, if I can call it that?

25       A.    I've been the director of NIAID for 38
```

DR. ANTHONY FAUCI  11/23/2022

Page 11

```
 1   years a couple of weeks ago.
 2        Q.    Congratulations.
 3              Have you ever given a deposition before?
 4        A.    I have.
 5        Q.    How many times?
 6        A.    Once.
 7        Q.    How long ago was that?
 8        A.    You know, I don't know exactly the time,
 9   but it was probably anywhere between 15 and 20-plus
10   years ago.
11        Q.    Can I go over some ground rules with you?
12        A.    Sure.
13        Q.    First of all, when I ask a question, can
14   you and I be careful not to interrupt each other when
15   we're talking for the clarity of the record?
16        A.    Certainly.
17        Q.    And if I ask a question, if you don't
18   understand the question, could you ask me to clarify
19   to make sure you're answering the question that I'm
20   asking as opposed to some other question you think I
21   might be asking?  Can you do that today?
22        A.    Certainly.
23        Q.    Can you give verbal answers, like you're
24   doing now, instead of merely nodding or saying
25   "uh-huh," "huh-uh," can you say "yes" or "no" as the
```

DR. ANTHONY FAUCI 11/23/2022

```
 1    questions go forward?

 2         A.    Yes.

 3         Q.    And maybe both of us can make an effort to

 4    speak slowly.  You're probably going to be better at

 5    that than I will, but to make an effort to speak

 6    slowly so that everything's getting transcribed.

 7               Is that okay?

 8         A.    I will certainly do that.

 9         Q.    I'd like to start off by handing you a

10    document that I've asked the court reporter to mark

11    as Exhibit 1, and I just want to take -- can you take

12    a glance at this and see if you recognize it?

13               (FAUCI Exhibit No. 1 was marked for

14    identification.)

15               MR. KIRSCHNER:  Counsel, this is a

16    standing objection for all of the documents you show.

17    I would ask that you preference your questions, to

18    the extent Dr. Fauci recognizes it, outside of the

19    capacity of preparation for the deposition, otherwise

20    I would object on work product grounds, but if you're

21    asking if you recognize a document outside of

22    anything that was shown in the context of deposition

23    preparation, I will not prevent him from answering.

24               MR. SAUER:  You raise a good point.

25    BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 13

```
 1        Q.    Dr. Fauci, did you review any documents in
 2   preparation for your deposition today?
 3        A.    We did a couple of documents -- a few
 4   documents, yeah.
 5        Q.    What documents were those?
 6              MR. KIRSCHNER:  I object on work product
 7   grounds, and I instruct the witness not to answer.
 8   BY MR. SAUER:
 9        Q.    Can you look at the document in front of
10   you, Exhibit 1?
11        A.    Yeah.  So let me take a -- be careful I
12   read it, recognize it.
13        Q.    Well, let me ask you this:  In 2011, did
14   you coauthor an op-ed with Francis Collins in the
15   Washington Post called "A Flu Virus Risk Worth
16   Taking"?
17        A.    Well, I have it in front of me here, and
18   it has my name on it.  So, yes, it looks like I
19   did coauthor an editorial in the Washington Post on
20   December 30th of 2011.
21        Q.    Do you remember doing it or do you only
22   remember because you see it in front of you?
23        A.    No.  I vaguely remember.  This was 11
24   years ago.  I've written 1300 articles over my last
25   several years.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    You look at the final paragraph on the

 2   first page in the first -- or sort of the first

 3   sentence of the final paragraph of the first page,

 4   your op-ed states:  "Given these uncertainties,

 5   important information and insights can come from

 6   generating a potentially dangerous virus in the

 7   laboratory."  Do you remember writing that?

 8              MR. KIRSCHNER:  Counsel, I would ask for

 9   Dr. Fauci to have an opportunity to familiarize

10   himself with the document --

11              THE WITNESS:  Yeah.

12              MR. KIRSCHNER:  -- prior to answering

13   questions about it.

14              THE WITNESS:  Yeah.  Let me just read it

15   and see.

16   BY MR. SAUER:

17        Q.    Let me ask you a question unrelated to

18   that document just in general.  Do you believe as you

19   sit here today that important information, insights,

20   can come from generating a potentially dangerous

21   virus in a laboratory?

22        A.    Well, yeah, if you take it into the

23   correct context because when you say "Generating a

24   potentially dangerous virus in the laboratory," that

25   is usually in the context of, for example, taking
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   this H5N1 and studying it in different ways that
 2   could potentially make it more dangerous but only
 3   under very strict conditions laid out for the
 4   guardrails of conducting experiments that could
 5   potentially create such a dangerous virus.  And if
 6   you look at the context of this particular paper, the
 7   point that Dr. Collins, Dr. Nabel and I were making
 8   that there is a risk as we were talking about with
 9   pandemic influenza to understand as best as possible.
10   And, in fact, if you go to the next paragraph, we say
11   "Understanding the biology of virus transmission has
12   implications for outbreak prediction, prevention and
13   treatment."
14           And the point we were making in this
15   article is that there is a risk benefit to research
16   like this, and the point we were making it says "A
17   risk worth taking if the benefit is the protection of
18   the American and global public."
19       Q.    You refer to conditions under which such
20   research should be done --
21       A.    Right.
22       Q.    -- when you're generating potentially
23   dangerous viruses.
24       A.    Right.
25       Q.    First of all, is that kind of
```

DR. ANTHONY FAUCI  11/23/2022

 1    **research generally referred to as gain-of-function**

 2    **research?**

 3         A.    Gain of function is a very potentially

 4    misleading terminology, and that was one of the

 5    reasons why several years ago outside groups, not the

 6    NIH, made the determination that they would much more

 7    strictly define the guardrails of experiments that

 8    would require additional oversight and did away with

 9    the terminology "gain of function" because it can

10    often be very confusing and misleading.

11         Q.    **When was that terminology "gain of**

12    **function" done away with?**

13         A.    At the time, I believe -- and I'm not a

14    hundred percent sure -- but there was a period of

15    time between, I think, 2011 and 2014 or '12 and '14,

16    I'm not sure, when there was a pause that was put on

17    research that was related to the manipulation of the

18    influenza virus in order to get more concrete and

19    more definitive guidelines about what the guardrails

20    of this research should be.

21         Q.    **Do those guardrails include things like**

22    **the level of biosafety -- biosafety level at which**

23    **such research should be done?**

24         A.    That, I believe, was part of it.  I'm not

25    sure if it was explicitly said, but it certainly

DR. ANTHONY FAUCI  11/23/2022

```
 1    could be.  There were two elements to it.  There was
 2    the pause, which any research that could potentially
 3    have any collaterally dangerous aspects to it were
 4    put on pause, and then a number of organizations
 5    outside of the NIH, including the Office of Science
 6    and Technology Policy, OSTP, the academies of
 7    science, engineering and medicine, and a number of
 8    working groups on the outside developed more clarity
 9    to the kinds of oversight that would be needed.  That
10    is referred to as P3CO or pandemic potential
11    pathogens care and oversight, and the --
12         Q.    Is that some type -- go ahead.
13         A.    And the reason for that was the lack of
14    clarity in the terminology "gain of function," which
15    is often confusing.  So it was felt by these outside
16    groups to be very clear on the kinds of experiments
17    that needed additional oversight.
18         Q.    Could I give you a second document, which
19    I guess will be Exhibit 2?
20              (FAUCI Exhibit No. 2 was marked for
21    identification.)
22              MR. KIRSCHNER:  Just letting Dr. Fauci
23    know that the court reporter will provide him the
24    document that he's to look at.  This -- these
25    are copies for counsel.
```

DR. ANTHONY FAUCI  11/23/2022

1           Do you want to mark this one also?  Thank

2  you.

3  BY MR. SAUER:

4      Q.    **This Exhibit 2 is a document printed off**

5  **of the NIH website called "Understanding the Risk of**

6  **Bat Coronavirus Emergence."  Are you familiar with**

7  **the project that's referred to in this document**

8  **titled "Understanding the Risk of Bat Coronavirus**

9  **Emergence"?**

10     A.    I'm vaguely familiar with the fact that

11  EcoHealth Alliance has been doing research on trying

12  to understand the bat coronavirus emergence.

13     Q.    **And was this project initiated in 2014 on**

14  **your understanding?**

15     A.    I do not know.  That is not something that

16  I would have followed very carefully.

17     Q.    **Would you have approved this in your**

18  **capacity as head of NIAID?**

19     A.    I do --

20           MR. KIRSCHNER:  Objection.  Assuming

21  evidence not in the record.

22  BY MR. SAUER:

23     Q.    **You may answer.**

24     A.    I do not individually approve grants.

25  They go through multiple levels of peer review, so I

1  would not have, by standard way things work, have

2  seen this, read it, or individually approved it.

3          That's not the way things work in the

4  Institute.

5     Q.    **Do you have any recollection of this at**

6  **the time?**

7     A.    I have no recollection -- I have no

8  recollection of the initiation of this grant.

9     Q.    **If you flip to the second page, under**

10 **"Details," it mentions EcoHealth Alliance.  You**

11 **referred to that a second ago, as the recipient of**

12 **the project.**

13    A.    Right.

14    Q.    **Is that right?**

15    A.    Right.

16    Q.    **And that's your understanding, they did**

17 **receive funding under this project; is that right?**

18          MR. KIRSCHNER:  Objection.  Assuming

19 evidence not in the record.

20 MR. SAUER:

21    Q.    **You may answer.**

22    A.    I'm sorry.  Would you repeat the question.

23 I'm not understanding what the question is.

24    Q.    **Is it your understanding that EcoHealth**

25 **Alliance received funding from NIAID under this**

**DR. ANTHONY FAUCI  11/23/2022**

 1   **project?**

 2       A.    Well, looking at this, I can't make that

 3   connection.  I do know, with all of the activity

 4   that's been going on with EcoHealth Alliance and the

 5   NIAID funding, that indeed, NIAID has funded

 6   EcoHealth Alliance.  I don't know if I can

 7   specifically link it to this particular grant because

 8   this is the first time that I have seen this piece of

 9   paper.

10       **Q.    Got you.  Above that, it lists a man**

11   **called Peter Daszak.  How do you say his name, if you**

12   **know?**

13       A.    I'm not sure.  I think it's Daszak.  I

14   think so.

15       **Q.    Do you know Mr. Daszak?**

16       A.    I have met him once or twice.  I would not

17   exactly characterize him as an acquaintance.

18       **Q.    In what connection have you met -- sorry,**

19   **go ahead.**

20            MR. KIRSCHNER:  Can you please let the

21   witness answer the questions.

22   MR. SAUER:

23       **Q.    Go ahead.**

24       A.    So what's the question again.

25       **Q.    In what connection have you met him?**

1      A.    You know, I don't even remember meeting

2   him, but I do know that someone showed me a picture

3   at a meeting where somebody said, here, take a

4   picture with him.  And so I clearly must have met him

5   because there's a photograph, I believe, of he and I.

6           But that is not unusual, when you go to a

7   scientific meeting, you run into hundreds of people.

8   And I believe that this Dr. Daszak is one of the

9   people that I almost -- well, I did run into him

10  because I believe I've seen a photograph of he and I

11  together at a meeting.

12          But he's not somebody that I would have

13  had a major amount -- I think someone in one of the

14  thousands of e-mails of mine that have been foyered,

15  someone showed me, I think, or pointed out, that

16  there was an e-mail from Peter Daszak to me.

17          And I don't remember the content, but I

18  think it was some casual type of response to

19  something, but it's not someone that I deal with on a

20  regular basis.  That is rather clear.

21      Q.    On that the same page, below Daszak and

22  EcoHealth Alliance, there's a reference to NIAID

23  funding this grant from 1st June of 2014 to 31st May

24  2019.

25          Do you see that?

1      A.    It says "Budget Start, 1st of June.
2  Budget End."  Is that what you're talking about?
3      **Q.    Yeah.  Over there on the right.**
4      A.    Yeah.
5      **Q.    Did you later become aware that not -- at**
6  **any time, that NIAID was funding this project?**
7            MR. KIRSCHNER:  Objection.  Vague.
8  Assuming evidence not in the record.
9            THE WITNESS:  So I'm sorry.  What is the
10  question?
11  MR. SAUER:
12      **Q.    Did you, at any time later, become aware**
13  **that NIAID was funding this project understanding the**
14  **risk of bat Coronavirus emergence?**
15      A.    I became aware of this after all of the
16  attention was put on it, following the early part of
17  January, February, mid-March of 2020, but I certainly
18  was not aware -- well, I wouldn't say certainly
19  because who knows what came across my desk.
20  Thousands of pieces of paper come across my desk.
21            But I do not recall at all being aware of
22  the existence of this grant at the time that it was
23  initially funded of the dates shown on page 2.
24      **Q.    If you go to the first page, in the**
25  **abstract text, see that big paragraph that covers**

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    most of the first page?
 2         A.    Yeah.
 3         Q.    Very bottom, last couple sentences.  Do
 4    you see where it begins number 3, and it says, "Test
 5    predictions of COV interspecies transmission"?
 6         A.    Hold on.  What line up from the bottom are
 7    you talking about?
 8         Q.    Fourth line up from the bottom.
 9         A.    Fourth line up from the bottom.  "Test
10    predictions" --
11         Q.    "Test predictions of CoV" --
12         A.    "Test predictions of -- predictive models
13    of post strains will be tested experimentally using
14    reverse genetics" -- yeah.
15         Q.    What does reverse genetics refer to in
16    that line?  Do you know?
17              MR. KIRSCHNER:  Objection.
18              THE WITNESS:  I'm not really quite sure
19    what they're referring to.  Reverse genetics can mean
20    many things.  Manipulation of a virus, recombination,
21    things like that.  I'm not exactly sure what they
22    were referring to here.
23    MR. SAUER:
24         Q.    Can it refer to what we were talking about
25    a minute ago that you talked about in your
```

```
 1    2011 op-ed about generating a more dangerous virus in

 2    a laboratory.

 3              Can reverse genetics refer to that?

 4              MR. KIRSCHNER:  Objection.  Calls for

 5    speculation.

 6              THE WITNESS:  Yeah.  You know, reverse

 7    genetics is a very, very broad term that could have

 8    multiple applications.  The influenza virus vaccine

 9    that I hope you were vaccinated with this year was

10    likely produced by reverse genetics.

11              So reverse genetics is a very broad

12    categorization.

13    MR. SAUER:

14       Q.    Can it refer to genetic manipulation of a

15    virus in a way that renders it either more

16    transmissible or more virulent?

17              MR. KIRSCHNER:  Objection.  Calls for

18    speculation.

19    MR. SAUER:

20       Q.    Can it refer to that, on your

21    understanding?

22       A.    Like I said, reverse genetics is a very

23    broad terminology, and it mean manipulation of a

24    virus.  We do that when we create an attenuated

25    influenza virus, and I believe it can be done also to
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   amplify the function of the virus.

 2       Q.    I'm going to hand you a document that

 3   we've marked Exhibit 3.

 4           (FAUCI Exhibit No. 3 was marked for

 5   identification.)

 6   MR. SAUER:

 7       Q.    Do you recognize this document?

 8           MR. KIRSCHNER:  Objection.  To the extent

 9   the question is asking for what Dr. Fauci was shown

10   during preparation, I would instruct the witness not

11   to answer on work product grounds.  It's a standing

12   objection for all documents.  Not saying whether we

13   did or did not show him such documents, but to the

14   extent you're asking if he recognizes this document

15   outside of the preparation, you can ask.

16           THE WITNESS:  I don't recognize it as a

17   document that I've seen before, but I'm put before

18   me, I would say, tens of thousands of documents in my

19   capacity.  I am aware of the concept of the

20   gain-of-function pause involving influenza, MERS and

21   SARS viruses.

22   MR. SAUER:

23       Q.    Let me ask you this:  Can you flip to the

24   second page of the document?  At the top, it says:

25   "U.S. government gain-of-function deliberative
```

DR. ANTHONY FAUCI  11/23/2022

Page 26

```
 1   process and research funding pause."
 2           You referred earlier in your testimony, I
 3   believe, to a period starting in 2014 where there was
 4   a pause on gain-of-function research.
 5           Do you recall that?
 6           MR. KIRSCHNER:  Objection.
 7   Mischaracterizes testimony.
 8   MR. SAUER:
 9       Q.   Do you recall?
10       A.   I'm sorry.  I'm getting confused on your
11   questions.
12       Q.   Well, let me ask you.
13           MR. KIRSCHNER:  I would ask counsel to
14   allow Dr. Fauci to familiarize himself with the
15   document prior to asking more questions.
16           THE WITNESS:  So if the footnote says 1, I
17   have to find out what 1 is referring to.  So if you
18   just give me a second.
19   MR. SAUER:
20       Q.   If you see there, it's the bottom line of
21   the second paragraph.
22       A.   Okay.
23           THE COURT REPORTER:  And if I could just
24   ask counsel to slow down a little bit, please.
25           THE WITNESS:  Okay.  What's the question?
```

**DR. ANTHONY FAUCI  11/23/2022**

**Page 27**

```
 1    BY MR. SAUER:
 2         Q.    The question is:  Are you familiar with
 3    the U.S. Government policy adopted in 2014 pausing
 4    gain-of-function research on certain viruses?
 5         A.    Yes, I am familiar with it.
 6         Q.    And was there an exception in that policy?
 7         Yes or no?
 8         A.    To my -- to my -- it says right here an
 9    exception; so obviously there was.
10         Q.    Were you aware of that exception at the
11    time --
12         A.    Because --
13         Q.    -- it was adopted?
14         A.    Either at the time it was adopted or
15    sometime thereafter.  And to my recollection and,
16    again, this was 2014; so we're talking eight years
17    ago, but my recollection is that the pause was for
18    all research such as this until a new U.S. Government
19    research policy could be developed.
20         Q.    And was there an exception to that pause
21    that's set forth in the footnote on your
22    understanding?
23         A.    Yeah.  The deliberations at the time based
24    on the need to continue certain critical research
25    that an exception clause was put in saying that under
```

```
 1   special circumstances -- and I'll read it so that you
 2   get an understanding -- an exception from the pause
 3   may be obtained if the head of a U.S. Government
 4   funding agency determines that the research is
 5   urgently needed to protect the public health or
 6   national security.
 7            So at the time that the pause on all of
 8   this research was implemented, it was felt strongly
 9   by just about everybody in the research community and
10   the public health community that if you paused
11   everything, there might be a situation where you
12   would want to do an experiment that would be urgently
13   necessary to protect the public health and national
14   security and, therefore, that would allow an
15   exception to be considered.
16       Q.    Did you ever invoke that exception when --
17   or you're the head of a U.S. Government funding
18   agency --
19       A.    Yeah.
20       Q.    -- aren't you?
21       A.    Yeah.
22       Q.    Did you ever invoke that exception during
23   the years the pause was in place?
24       A.    As I recall, exceptions were given to a
25   couple of experiments.  To my recollection, that does
```

```
 1   not usually rise up to the office of the director but
 2   is handled at the level of staff and deputy.  So I
 3   don't recall.  It is possible, though I doubt it, but
 4   it is possible that a piece of paper that was an
 5   ultimate signoff on an exception came to my desk, but
 6   I doubt it because I do not recall specifically ever
 7   being someone that put a piece of paper in front of
 8   me and said "we're going to have an exception.  Would
 9   you sign off on it?"  So it is likely, though, again,
10   I'm not certain.  It was eight years ago.  It was
11   likely that it was done at the staff level or at the
12   level of my deputy or someone like that.
13        Q.    It -- is it your understanding that anyone
14   at NIAID authorized any research under this pause
15   during the years that the gain -- the -- the
16   moratorium was in effect?
17        A.    Again --
18              MR. KIRSCHNER:  Objection.  Calls for
19   speculation.
20   BY MR. SAUER:
21        Q.    If you know?
22        A.    My memory is vague about this because it
23   was eight years ago, but I understand in subsequent
24   discussions that there may have been a couple of
25   exceptions to that in the context of research that
```

```
 1   was considered necessary for the protection of the

 2   public health or national security.

 3        Q.    Did any of those projects relate to

 4   research on viruses conducted by EcoHealth Alliance?

 5             MR. KIRSCHNER:  Objection.  Assumes

 6   evidence not in the record.

 7             THE WITNESS:  Yeah.  I'm not certain.  I

 8   don't -- I don't really recall.  I know -- I believe

 9   that after the fact, I was brought -- it was brought

10   to my attention that there were exceptions.  I am not

11   quite sure what the exceptions were for, but there

12   were a couple of exceptions.

13   BY MR. SAUER:

14        Q.    Who in your agency would have authorized

15   those, if not you?

16        A.    Well, it could have been any of a number

17   of people.  It could have been people at the program

18   level.  It could have been my deputy.  It could have

19   been program managers and division directors.

20        Q.    Who's your deputy?

21        A.    Dr. Hugh Auchincloss.

22        Q.    How do you say his last name, Auchincloss?

23        A.    Auchincloss, A-U-C-H-I-N-C-L-O-S-S.

24        Q.    What's his title?

25        A.    Principal deputy director.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.     I'm giving you a document we've marked as
 2   Exhibit 4.
 3               (FAUCI Exhibit No. 4 was marked for
 4   identification.)
 5   BY MR. SAUER:
 6        Q.     And do you see this Nature Medicine
 7   article entitled "A SARS-like cluster of circulating
 8   bat coronaviruses shows potential for human
 9   emergence"?
10        A.     Yes.
11        Q.     Were you familiar with this -- this
12   article when it was published in 2015?
13        A.     I was not familiar with it when it was
14   published in 2015.
15        Q.     When did you first become aware of it?
16        A.     I believe -- again, I read a lot of
17   articles -- I believe it was brought to my attention
18   in the context of questions that were raised by
19   members of Congress about experiments that were
20   funded by the NIAID.
21        Q.     So would that have been in and around 2021
22   time frame, do you know, when you first became aware
23   of it?
24        A.     It certainly was after the beginning of
25   the COVID-19 outbreak.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.     How long after the beginning would you
 2   estimate?
 3        A.     I don't recall.
 4        Q.     Would it have been right at the beginning
 5   of the outbreak or months into it or years into it?
 6        A.     You know, years is where we are right now.
 7   So it wouldn't have been years.  So it likely would
 8   have been several months, though I'm not a hundred
 9   percent certain.
10        Q.     And so who are the last two authors listed
11   on the top there?
12        A.     Well, one is Ralph Baric, who I believe is
13   a scientist at North Carolina, who is a long-term
14   grantee of NIAID.
15        Q.     Do you know Ralph Baric?
16        A.     Not really.  I know who he is.  I doubt if
17   I've ever met him.  I may have met him at one of the
18   meetings where there are thousands of scientists
19   saying hi to each other, but I know who he is.  He is
20   a scientist at University of North Carolina.
21        Q.     And he's funded by NIAID?
22        A.     He is.
23        Q.     But you don't remember ever meeting him in
24   person?
25        A.     Again, I don't recall.  I could have met
```

1    him.  Again, I run into several thousands of

2    scientists that we refer to, but I don't recall

3    certainly having a relationship with him.

4         Q.    How about the person that's listed

5    immediately before him listed here as Zhengli Shi?

6              Do you know who that is?

7         A.    I believe, if I'm correct, that this is a

8    scientist who is at the Wuhan Institute of Virology,

9    I believe.  I'm not a hundred percent certain.  I get

10   sometimes confused with Asian names, but I believe

11   this is the person who is a scientist at the Wuhan

12   Institute.

13        Q.    And are you aware generally that there's

14   someone called Shi Zhengli who's described in the

15   media as the bat woman who does research on bat

16   coronaviruses at the Wuhan lab --

17        A.    Yeah, is that her?  I don't know if that's

18   the same person.  Like I said, when you're dealing

19   with Asian names, sometimes the first name is last

20   and the last name is first.  So I -- I -- I believe

21   this is the person from Wuhan.

22        Q.    Have you ever met that person before?

23        A.    To my knowledge, I haven't.  I don't --

24   I'm fairly certain I have not.  I could possibly,

25   again, have run into her at one of the many

DR. ANTHONY FAUCI  11/23/2022

1  scientific meetings that occur, but I don't

2  specifically recall ever personally running into her.

3      Q.    Can I direct your attention to the

4  beginning of the pandemic or at least the beginning

5  of the outbreak?  Do you remember when you first

6  became aware that there was an outbreak of a new

7  coronavirus in China?

8      A.    It was either December 31st or the first

9  couple of days of the new year of 2020.  So it was

10  either December the 31st of 19 -- 2019 or the first

11  couple of days of 2020.

12      Q.    Do you recall at some point somebody,

13  anybody, raising concerns to you in January of 2020

14  at the beginning of the outbreak or near

15  the beginning of the outbreak that the virus might

16  have been genetically engineered or originated in a

17  laboratory?

18      A.    There was a phone call in late January of

19  2020, I believe, from Jeremy Farrar.  There was one

20  other person on the phone.  I believe it was

21  Christian Anderson, who piped me in on a three-way

22  call, saying that they looked at the virus and there

23  was some concern about the molecular configuration or

24  makeup of the virus that made them think there was a

25  possibility that there could have been a manipulation

**DR. ANTHONY FAUCI  11/23/2022**

**Page 35**

```
 1   of the virus.
 2        Q.    Before that, had anyone raised a concern
 3   like that to you?
 4        A.    To my recollection, no.
 5        Q.    How about Robert Redfield?  Who's he?
 6        A.    Robert Redfield at the time was the
 7   director of the Centers for Disease Control and
 8   Prevention.
 9        Q.    Did he call you in mid January 2020 and
10   raise that kind of concern about whether or not the
11   virus originated from nature or in a laboratory?
12        A.    To my recollection, no.  I know that Bob
13   today talks about that.  I don't recall back in
14   January of 2020 whether Bob was involved or not in
15   any discussion about the manipulation of the virus.
16        Q.    Are you aware if there -- if there's any
17   relationship between Peter Daszak and Shi Zhengli,
18   the two coauthors of that study I showed you in
19   Exhibit 4?  Do they work together or what's your
20   understanding of that?
21             MR. KIRSCHNER:  Objection.  Calls for
22   speculation.  Vague.  Ambiguous.
23             THE WITNESS:  Can you repeat the question?
24   BY MR. SAUER:
25        Q.    Are you -- do you know whether there's a
```

DR. ANTHONY FAUCI  11/23/2022

 1    **working relationship between Shi Zhengli and**

 2    **Peter Daszak?**

 3         A.    Well, I do know now.  I didn't know it at

 4    the time, but I do know now that EcoHealth has a

 5    subaward from their original grant that goes to

 6    Shi Zhengli at the Wuhan Institute of Virology.

 7         Q.    **So they work together on research that's**

 8    **funded directly by NIAID --**

 9         A.    The -- yeah, the funding goes to EcoHealth

10    which awards a subaward.  To my knowledge and

11    recollection, it is a five-year grant of somewhere

12    between 500,000 and $600,000.  I believe it averages

13    about 120 to $130,000 a year for a five-year period.

14         Q.    **Do you know whether Peter Daszak has**

15    **access to, for example, the genomes of viruses that**

16    **Shi Zhengli has generated at the Wuhan Institute of**

17    **Virology?**

18              MR. KIRSCHNER:  Objection.

19    Mischaracterizes the evidence.

20              MR. SAUER:  I'm just asking him if he

21    knows.

22    MR. SAUER:

23         Q.    **Do you know?  I'm just asking if you know.**

24         A.    Again, repeat the question.  I want to

25    make sure I give you an accurate answer.

DR. ANTHONY FAUCI  11/23/2022

Page 37

1        Q.    Do you know whether Peter Daszak had

2    access, or is in possession of data generated by Shi

3    Zhengli pursuant to their research together,

4    including the genomes of Coronaviruses?

5        A.    I don't know absolutely for sure, but I

6    would imagine that if Peter Daszak is collaborating

7    scientifically with Shi Zhengli, that it is likely,

8    given the norms of scientific collaboration, that he

9    would have access to data if they were indeed

10   collaborating, which it looks like, from what I have

11   learned subsequently, that they are collaborators,

12   since he has a subaward to the Wuhan Institute that I

13   believe goes to Dr. Shi.

14       Q.    Would it be ordinary practice for someone

15   in his position to have access to her data when he's

16   funding her, essentially through subawards?

17       A.    That would be not be unusual and probably

18   likely.

19       Q.    Can I give you Exhibit 5?  We're

20   premarking them.

21            (FAUCI Exhibit No. 5 was marked for

22   identification.)

23   MR. SAUER:

24       Q.    If you look at the top there, there's

25   someone sending an e-mail to you and Jen Routh called

DR. ANTHONY FAUCI  11/23/2022

Page 38

```
 1    Greg Folkers.  Who's Greg Folkers?
 2         A.    Greg Folkers is a member of my inner
 3    office.  He's my immediate chief of staff in my
 4    office group.
 5         Q.    And then who's Jennifer Routh?
 6         A.    She's a member of our communications
 7    staff.
 8         Q.    And then directly below her, who's
 9    Courtney Billet?
10         A.    She is the director of the Office of
11    Communication, Legislative Affairs, and Government
12    Outreach.
13         Q.    And if you look at all these people on the
14    CC line, are they all within your kind of -- I think
15    you described it as your inner office?
16         A.    Yes.  They are in the immediate office of
17    the director.
18         Q.    And it looks like the attachment was
19    indicated with talking points for NIAID director,
20    Dr. Fauci?
21         A.    Right.
22         Q.    Would that be a common thing for your
23    chief of staff to do, to prepare talking points for
24    when you're going to a press appearance or something
25    like that?
```

**DR. ANTHONY FAUCI  11/23/2022**

 1        A.    That would be a not unusual thing if I was

 2    going to whatever, a meeting or a congressional

 3    briefing or what-have-you, and a subject was brought

 4    up that I was not particularly familiar with, that my

 5    staff would put together talking points to at least

 6    update or inform me about what the meeting was about

 7    and things that I should know about it.

 8        Q.    If you look in the body of the e-mail,

 9    that kind of second paragraph that begins:  "Also,

10    hyphen, hyphen, hyphen."

11            Do you see that?

12        A.    Wait a second.  Where are we now?

13        Q.    Well, kind of very close to the top,

14    second kind of text cluster that begins, "Also, when

15    talking about CoV, not necessarily in this venue..."

16    Do you see that?

17        A.    No, I'm really sorry.  As a placeholder,

18    looks good, that's the first paragraph.  "Also,"

19    okay, we're talking -- I got it.

20        Q.    And Greg -- Mr. Folkers says to you, "We

21    have on our team," and then in parentheses, Vincent

22    and folks we fund, Peter Daszak, Ralph Baric, Ian

23    Lipkin, et cetera, "probably the world's experts

24    on nonhuman coronaviruses."

25            Do you see that?

```
 1        A.    Yes.
 2        Q.    Do know what he means when he said that
 3   those people are on your team?  Does he mean that you
 4   fund them?
 5        A.    I think he means -- I'm speculating -- I
 6   don't recall this e-mail of January 27th, 2020.  But
 7   my speculation is that what Mr. Folkers was referring
 8   to were people that were in our group or that we know
 9   and are colleagues of ours because -- I mean, Peter
10   Daszak, we've already mentioned, is a grantee.  Ralph
11   Baric is a grantee.  Ian Lipkin is a scientist at the
12   Columbia School of Public Health.
13            I believe Vincent, though I don't know,
14   could possibly be Vincent Munster, who is a scientist
15   who's employed by NIAID, and I believe that's what
16   Mr. Folkers was referring to when he was saying --
17   when talking about COVID, these are people who are
18   well versed in that area.
19        Q.    Who's -- do you know Ian Lipkin?
20        A.    I do.
21        Q.    Is he a grantee of --
22        A.    I believe he is.  I mean, he is a
23   well-established scientist in New York City at the
24   Columbia School -- I believe it's the Mailman School
25   of Public Health.
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.      Two paragraphs down, it says, "NIAID has

2   funded Peter's group," referring to Mr. Daszak, "for

3   coronavirus in China for the past five years through

4   understanding the risk of bat coronavirus emergence";

5   correct?  And then the grant number.

6      A.      Yes, I see that.

7      Q.      And that, I take it, would be the grant

8   that we referred to earlier in Exhibit 2, with the

9   same title, "Understanding the risk of bat

10  coronavirus emergence"?

11          MR. SAUER:  Objection.  Calls for

12  speculation.

13          THE WITNESS:  I'm looking at

14  Exhibit Number 2 and the title is, "Understanding the

15  risk of bat coronavirus emergence," and that is the

16  quote that is here, and the grant number is 1R01 --

17  BY MR. SAUER:

18     Q.      Let me ask you this -- I don't need to the

19  hear the grant number?  Can I just ask you --

20     A.      Well, I'm trying to make sure that I'm

21  referring -- to give you a correct answer -- which is

22  the question you asked me:  Is this referring to

23  this?  And it looks like the grant numbers match and

24  the titles match, so my answer to your question is

25  yes -- they're referring to.

DR. ANTHONY FAUCI  11/23/2022

```
 1              MR. KIRSCHNER:  Counsel, I just would ask
 2   to let the witness fully respond before cutting him
 3   off.
 4   BY MR. SAUER:
 5        Q.   Do you recall that grant being placed on
 6   your radar screen on January 27th of 2020?
 7        A.   Based on this e-mail, it looks like
 8   Mr. Folkers has at least mentioned it, but I wouldn't
 9   characterize that as being, quote, put on my radar
10   screen to the point of garnering my precise attention
11   to it.
12              Let me finish reading the e-mail.  It
13   says, "That's now been renewed with a specific focus
14   to identify cohorts of people exposed to bats in
15   China and work out if they're getting sick from
16   COVID.  Erik Stemmy is the program officer and the
17   collaborators include the Wuhan Institute and Ralph.
18   The results of the work."
19              Yeah, I mean, I think this was likely the
20   situation where, when the idea of an outbreak in
21   China was brought up, or the coronavirus, that my
22   staff thought it would be important for me to
23   understand just the kind of things we were doing.
24   And I think the important sentence in here, which is
25   relevant, is that the grant wanted to
```

DR. ANTHONY FAUCI  11/23/2022

1    identify cohorts of people exposed to bats in China,

2    and the reason for that is wanting to see if there

3    was the possibility of spillover from bat viruses to

4    humans that might or might not be related to

5    SARS-CoV-2.  I believe that was the intent of this

6    briefing talking points, if I'm not mistaken.

7         **Q.    You're being given an exhibit that's**

8    **labeled Exhibit 6.**

9              (FAUCI Exhibit No. 6 was marked for

10   identification.)

11             MR. KIRSCHNER:  Counsel, I would ask that

12   Dr. Fauci be given the opportunity to familiarize

13   himself with this document prior to being asked

14   questions related to it.

15             THE WITNESS:  Okay.  February 1st.

16   BY MR. SAUER:

17        **Q.    I think you testified earlier that you**

18   **recalled the first time the concern about the origin**

19   **of the virus being posted on your radar screen was**

20   **from a call from Christian Anderson and Jeremy**

21   **Farrar; is that right?**

22        A.    Yeah.  I believe that my recollection from

23   a few years ago, that that's the first I became aware

24   of this concept of the possibility of there being a

25   manipulation of the virus.

DR. ANTHONY FAUCI  11/23/2022

1      **Q.**    **Do you remember what was said in that**
2    **call?**
3      A.    To my recollection, on that call, Jeremy
4    and Christian said they had looked at -- or at least
5    Christian did, possibly Jeremy -- and maybe one other
6    scientist -- and said that it is possible that there
7    may have been a manipulation because it was an
8    unusual virus.  And on that call, I and others said,
9    "Well, that being the case, we should bring together
10    a group of highly qualified international
11    evolutionary virologists to discuss the issue, and to
12    see what the way forward would be to try to clarify
13    that."
14        And that was the phone call that we
15    arranged, I believe for the following day, on
16    February 1st, if I'm not mistaken.  I think those are
17    the dates.  I'm fairly sure, but --
18      **Q.**    **You say I and others on the call suggested**
19    **arranging a group of scientists to discuss this.  Who**
20    **are the others?**
21      A.    Again, I believe -- I'm fairly certain,
22    although I'm not 100 percent -- that was a few years
23    ago -- that Jeremy Farrar was one and Christian
24    Anderson was another.  Eddie Holmes could possibly
25    have been in on that.  I know he got involved in this

**DR. ANTHONY FAUCI 11/23/2022**

Page 45

```
 1   later on.
 2        Q.    Who's Eddie Holmes?
 3        A.    Eddie Holmes is a very
 4   well-recognized evolutionary virologist who works in
 5   Australia.
 6        Q.    Does he receive funding from your agency?
 7        A.    I don't know.  I'm not certain whether he
 8   does or not.
 9        Q.    Do you know Eddie Holmes?
10        A.    I don't know him personally, but I know of
11   him.  He's a very highly -- what's the right word for
12   it?  Highly respected evolutionary virologist.
13        Q.    Do you know Christian Anderson?
14        A.    I know Christian.  Not well.  I've spoken
15   to him a few times.  I believe the first time -- and
16   again, when you say "Do you know," remember, we all
17   go to international meetings where there are
18   hundreds, if not thousands, of people that you
19   interact with over the years.
20             To my recollection, I've heard of
21   Christian Anderson for a while.  Christian is a
22   internationally renowned scientist.  I believe maybe
23   the first time that I've actually spoken to Christian
24   was on that phone call, but it is possible that
25   without recalling, I ran into him and spoke to him on
```

DR. ANTHONY FAUCI  11/23/2022

 1    other occasions.

 2         **Q.    Do you know why he brought that concern to**

 3    **you in particular?**

 4              MR. KIRSCHNER:  Objection.  Calls for

 5    speculation.

 6              THE WITNESS:  I would imagine since I am,

 7    with all due modesty, recognized as one of the top

 8    infectious disease people in the country and the

 9    director of the major research institution for

10    infectious diseases in the world that Christian and

11    Jeremy I know -- I've known Jeremy for a long time --

12    that they thought it would be a good idea to give me

13    a call since I'm looked upon, rightly or not, as the

14    top government infectious diseases person, and they

15    felt, I believe -- you'll have to ask them -- but I

16    felt they believed, since I'm generally considered

17    the top government infectious disease person, that it

18    would be appropriate to let me know at the same time

19    as we brought in -- I don't have the list in front of

20    me of the scientists we brought together on the phone

21    call the following day, which was a Saturday -- let

22    me finish because I think it's important -- because

23    the people we brought in, we tried to get a large

24    international group of people together so we could

25    have well representation.  As to my recollection,

```
 1    there were people like Sir Patrick Vallance, who was
 2    the chief scientist in England on the phone, among
 3    other people.
 4    BY MR. SAUER:
 5         Q.    Could I pause for a second?
 6         A.    Sure.
 7         Q.    This is a deposition.  I'm going to ask
 8    you questions, and I'm going to ask you to listen to
 9    the question --
10         A.    Right.
11         Q.    -- and answer the question that I'm
12    asking --
13         A.    Okay.
14         Q.    -- and not go off on, like, a tangent.
15         A.    Fine.
16         Q.    Can you agree to do that, please?
17         A.    I would be happy to do that.
18               MR. KIRSCHNER:  And, counsel, I would also
19    ask you to let the witness provide proper context
20    where he feels is necessary in response to your
21    questions.
22               MR. SAUER:  Yeah.
23    BY MR. SAUER:
24         Q.    Let me direct your attention to the first
25    page of Exhibit 6 in front of you.  At the bottom of
```

```
 1    that page, you see it indicates that on Friday,
 2    January 31st, 2020, at 18:47, you wrote an e-mail to
 3    Jeremy and Christian saying "this came out today.
 4    You may have seen it.  If not, it is of interest to
 5    the current discussion"; correct?
 6              MR. KIRSCHNER:  Objection, Your Honor --
 7    not Your Honor.
 8              THE WITNESS:  Well, you're very honorable
 9    but go ahead.
10              MR. KIRSCHNER:  I just would like the
11    witness to have an opportunity to familiarize himself
12    with the document.
13              MR. SAUER:  I'm just directing his
14    attention to that spot on the page.
15    BY MR. SAUER:
16        Q.    Do you see the spot I referred to?
17              MR. KIRSCHNER:  Well, I would like to make
18    sure that the witness is familiar with the
19    document --
20    BY MR. SAUER:
21        Q.    Right here.
22              MR. KIRSCHNER:  -- prior to answering
23    questions about the document.
24    BY MR. SAUER:
25        Q.    So I just asked if you see that spot on
```

1    the page?

2          A.    Where it says "this just came out today"?

3          **Q.    Yeah.**

4          A.    Yes.

5          **Q.    And is that a reference to the article by**

6    **Jon Cohen in Science Magazine?**

7          A.    You know, I don't recall.

8          **Q.    You don't recall sending that message?**

9          A.    No, no.  I --

10               MR. KIRSCHNER:  Object --

11               THE WITNESS:  No, no.  Let me finish.

12               MR. KIRSCHNER:  Go ahead.

13               THE WITNESS:  You're asking me a question.

14    When you say "this just came out today," and on the

15    next page of Exhibit 6, there's an article by

16    Jon Cohen on mining coronavirus genomes for clues in

17    the outbreak, since they are juxtaposed together, I

18    imagine that that's what I sent, but I don't recall

19    specifically that article.

20    BY MR. SAUER:

21          **Q.    Do you know -- do you know why you would**

22    **have said that article is of interest to the current**

23    **discussion?**

24               MR. KIRSCHNER:  Objection.  Assuming

25    evidence not in the record.  Mischaracterizes the

DR. ANTHONY FAUCI 11/23/2022

 1   testimony.

 2           THE WITNESS:  Looking at the title of the

 3   article, which is "Mining Genomes for Clues in the

 4   Outbreak," you know, I'm not sure exactly why I would

 5   have sent it.  Imagine is that if they're referring

 6   to the genomic makeup of the virus and we were

 7   talking about the genomic makeup of SARS-CoV-2 that

 8   raised some suspicion on the part of Christian and

 9   Jeremy, that's an article in science by Jon Cohen

10   that talks about genomes of virus would be, as it

11   said, might be of interest to the current discussion.

12   I imagine that's what I was referring to.

13   BY MR. SAUER:

14       Q.    If you look -- staying on Page 1, if you

15   look immediately above your e-mail, do you see the

16   kind of response e-mail from Dr. Anderson?

17       A.    Let me read it.

18             Yeah.

19       Q.    Okay.  And you see in the second paragraph

20   that e-mail --

21       A.    Yeah.

22       Q.    -- where he mentions I should mention that

23   after discussions earlier today, says Dr. Anderson,

24   Eddie, Bob, Mike and myself all find the genome

25   inconsistent with expectations from evolutionary

```
 1    theory?

 2         A.    Right.

 3         Q.    Do you know who Eddie is?

 4         A.    Eddie Holmes probably.

 5         Q.    Do you know who Bob is?

 6         A.    Could be Bob Garry.  I'm not sure.

 7         Q.    And do you know Mike is?

 8         A.    I don't, but it could be Mike Laribee.

 9    I'm not sure.

10         Q.    Okay.  And then immediately above that

11    at -- Dr. Anderson said, "the unusual features of the

12    virus make up a really small part of the genome so

13    one has to look really closely at all of the

14    sequences to see that some of the features

15    potentially look engineered --

16         A.    Right.

17         Q.    -- correct?

18         A.    Yes.

19         Q.    Does that -- is that the sort of concern

20    that he had raised in the call you had earlier that

21    day on Friday, January 31st?

22         A.    The answer is, yes, he was referring to

23    some unusual features, but if I might just take an

24    extra five seconds, it says the unusual features of

25    the virus make up a really small part of the genome
```

1  and one has to look really closely, and that was the

2  tone of the discussion.

3            And just quickly referring to the last

4  sentence in the second paragraph when he was talking

5  about inconsistent with expectations from

6  evolutionary theory, the next sentence says, "but we

7  have to look at this much more closely and there are

8  still further analyses to be done, so those opinions

9  could still change."

10       **Q.    Did you think this was an alarming concern**

11  **that he was raising?**

12       A.    I think it was an interesting and

13  important concern, and that was the reason why we all

14  agreed it would be a very good idea to get a larger

15  group of qualified evolutionary virologists to look

16  closely, more than just a quick look, but a look over

17  a period of a couple of days at the virus to see if,

18  in fact, this concern and suspicion was justified or

19  there could be another explanation for it.

20       **Q.    Can you stay in that same document,**

21  **Exhibit 6, and flip ahead to the eighth page of the**

22  **document that's got a Bates Number 2432 at the**

23  **bottom?**

24            MR. KIRSCHNER:  Counsel, I, again, ask you

25  to allow Dr. Fauci sufficient time to -- actually,

DR. ANTHONY FAUCI  11/23/2022

 1    counsel, this seems to be several documents together.

 2    I'm a little confused what's going on with -- with --

 3    with this exhibit.

 4    BY MR. SAUER:

 5        **Q.    Can you turn to the eighth page of the**

 6    **exhibit, please?**

 7            MR. KIRSCHNER:  Well, I would like for

 8    Dr. Fauci to have an opportunity to familiarize

 9    himself with this exhibit prior to answering

10    questions.

11            MR. SAUER:  I just want him to look at the

12    eighth page.

13    BY MR. SAUER:

14        **Q.    Do you see the eighth page?**

15        A.    Is that 2421?

16        **Q.    2432.**

17        A.    Oh, excuse me, 2432.  I'm sorry.  This --

18    the numbers are kind of -- oh, it's going the

19    opposite direction.  Sorry.  The -- I got 2430 and

20    then it's followed by 2431, and then it's 2421.

21            MR. KIRSCHNER:  I have the same.

22            THE WITNESS:  I'm sorry.  I'm confused.

23    BY MR. SAUER:

24        **Q.    Can you go to -- starting at the first**

25    **page, count eight pages.  One, two, three, four,**

DR. ANTHONY FAUCI  11/23/2022

Page 54

```
 1   five, six, seven, look at the eighth page.

 2               MR. KIRSCHNER:  Well, counsel, this seems

 3   to be out of order with the Bates stamping, and so I

 4   would object to this as being misleading.  2432 is

 5   inserted in this document between 2402 and 2426.

 6               MR. SAUER:  Off the record, please.  Can

 7   we go off the record?

 8               THE VIDEOGRAPHER:  Time is 9:04 a.m., and

 9   we are going off the record.

10               (Discussion off the record.)

11               (Recess.)

12               THE VIDEOGRAPHER:  The time is 9:05 a.m.,

13   and we're back on the record.

14   BY MR. SAUER:

15       Q.    Dr. Fauci, do you see the eighth page of

16   this document?

17       A.    Yeah.  If it's the one that says, "Hugh,

18   it's essential that we speak," yeah.

19       Q.    Correct, yeah.  And at the top of this

20   page, you sent this e-mail to Hugh Auchincloss?

21       A.    Correct.

22       Q.    Is that how you say his name?

23       A.    That's correct.

24       Q.    You sent this e-mail to Hugh Auchincloss,

25   your principal deputy --
```

```
 1       A.    Yes.
 2       Q.    Did you send it at 12:29 a.m. on Saturday,
 3  February 1st?
 4       A.    Yes.
 5       Q.    In the "To" e-mail, there's a cc there
 6  that's redacted out.  Do you know who you CC'd on
 7  this e-mail?
 8       A.    No.  I don't recall.
 9       Q.    Would you have CC'd one of your personal
10  e-mail addresses on this?
11       A.    No, I very rarely do that.
12       Q.    Have you ever done that?  Have you
13  ever CC'd your personal e-mail on a
14  work-related matter?
15       A.    You know, I don't recall.  I doubt that.
16  I doubt that.
17       Q.    Do you see there's an attachment listed on
18  this e-mail?  Attachments?  Do you see where it says,
19  Shi, et al., Nature Medicine --
20       A.    Yeah.
21       Q.    -- SARS Gain of Function?
22       A.    Right.
23       Q.    Do you know what that attachment was?
24  It's not included on the e-mail.
25       A.    You know, it says, "SARS Baric, Shi, et
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 56

```
 1    al., Nature Medicine."  It could possibly have
 2    been -- it could possibly -- again, I don't know for
 3    sure, but it's certainly consistent with it being
 4    Exhibit No. 4.
 5         Q.    And that is the 2015 article?
 6         A.    Right.
 7         Q.    Coauthored?
 8         A.    Right.
 9         Q.    In part by Ralph Baric and Shi Zhengli
10    that we talked about earlier?
11         A.    Right.
12         Q.    Do you recall attaching that particular
13    exhibit to this e-mail to Hugh?
14         A.    I can't say that I recall that particular,
15    but it is certainly consistent with that because the
16    attachment title is Baric, Shi, Nature Medicine.
17              So it certainly is consistent with, and
18    maybe likely that that's what I was referring to.
19    All those things look consistent.
20         Q.    In other words, that Exhibit 4 is a Nature
21    Medicine article; correct?
22         A.    Exhibit 4 is a Nature Medicine article.
23         Q.    And two of the coauthors are Baric and Shi
24    that we talked about earlier?
25         A.    Correct.  Yes.
```

DR. ANTHONY FAUCI 11/23/2022

Page 57

```
1        Q.     And then did you describe it as a SARS

2   gain-of-function article?

3               MR. KIRSCHNER:  Objection.

4   Mischaracterizes the evidence.

5   BY MR. SAUER:

6        Q.     Did you describe it as that?

7        A.     It looks like it was described as that.

8        Q.     Do you know if you were the one who wrote

9   that title describing that article?

10       A.     I don't recall.  I'm not sure exactly why

11  those words got in there.  It was maybe something

12  that was mentioned by Baric.  I don't really recall.

13  That was some time ago.

14       Q.     Do you think that that article, it refers

15  to the gain of function or do you not recall?

16       A.     I don't recall.

17       Q.     Do you know why you attached that article

18  to this e-mail to Hugh, your principal deputy?

19       A.     I don't recall, but I believe -- and

20  again, I would say I don't precisely recall, but

21  there was some recollection or someone told you that,

22  you know, we do fund research in China,

23  particularly surveillance research -- I think you

24  referred to it when you gave me one of the exhibits

25  about the surveillance of what might be out in the
```

```
 1    community among bats.  And at my recollection, I
 2    brought to Hugh's attention, saying, "We have to
 3    speak in the morning, because I want to find out what
 4    the scope of what it is that we are funding so I'll
 5    know what we're talking about."
 6              And that's what I was referring to when I
 7    said you will have tasks today to give me some
 8    information because this was the first that I had
 9    heard about specifics of what EcoHealth and what
10    other people were doing, and I wanted my staff to say
11    get me up to date.  So that's what I meant by you
12    have work to do.
13       Q.    And you said that it was essential that we
14    speak this morning, this a.m.; correct?
15       A.    Right.
16       Q.    And so you wanted him -- and you said keep
17    your cell phone on; correct?
18       A.    Right.  Yeah.  And the reason is that I
19    know that we were going to have a phone call with the
20    larger group of evolutionary virologists, and this is
21    the first that I had heard of what we may or may not
22    be funding through EcoHealth and others, and I wanted
23    to get a better scope of just what the terrain of
24    what we were doing in collaboration with different
25    scientists, and that's why I asked him that question.
```

DR. ANTHONY FAUCI  11/23/2022

Page 59

```
1        Q.    Did you call Hugh's cell phone that day?

2        A.    I don't recall if I did.

3        Q.    Do you remember talking to him at all that

4   day?

5        A.    I might have, but I don't recall.

6        Q.    Later in the e-mail, you say, "Read this

7   paper, as well as the e-mail that I will forward to

8   you now."

9        A.    Right.

10        Q.    What are the tasks that must be done

11   today?

12        A.    I wanted to be briefed on the scope of

13   what our collaborations were and the kind of work

14   that we were funding in China.  I wanted to know what

15   the nature of that work was.

16        Q.    Were you concerned at that time that the

17   work that you had funded in China might have led to

18   the creation of the coronavirus?

19        A.    I wasn't concerned that it might have, but

20   I didn't like the fact that I was completely in the

21   dark about the totality of the work that were

22   being done, and I was going into a phone call with a

23   larger group of established scientists and I wanted

24   to have at my fingertips just what we were and were

25   not doing.
```

DR. ANTHONY FAUCI 11/23/2022

1    Q.    In the call earlier that evening, had
2  Christian Anderson or Jeremy Farrar raised this 2015
3  Nature Medicine paper in any way?
4    A.    I don't recall.
5    Q.    How did you think of it?  How did this --
6  why were you, at midnight, a little after midnight,
7  thinking of this particular 2015 article?
8    A.    I don't recall.
9    Q.    Do you remember how this article kind of
10  got on your radar screen at all?
11    A.    I don't recall.
12    Q.    And I think I showed you earlier, the
13  e-mail, I think is Exhibit 5, where it refers to the
14  grant pursuant to that coronavirus from about three
15  days earlier?  Do you remember that?
16    A.    I'm sorry.  You're going pretty quickly --
17    Q.    Sorry.
18          THE COURT REPORTER:  Also, Counsel, I need
19  you to slow down.
20  BY MR. SAUER:
21    Q.    Let's move on actually.  Your testimony is
22  you do not remember how you became aware at this time
23  of the Shi, Baric Nature Medicine paper; correct?
24    A.    Say that again?  At this time, I'm sorry,
25  I'm not getting your question clearly.

1      Q.    Do you recall how you became aware of this

2  attachment that you've called Baric, Shi, et al.,

3  Nature Medicine SARS gain-of-function?

4      A.    I don't recall -- I mean, I became aware

5  of it, but right now, I really don't recall what

6  specific day I became aware of it.

7      Q.    In your e-mail, you tell Hugh, "Read this

8  paper as well as the paper I will forward to you

9  later on."

10          Can you turn to the next page?

11      A.    Yeah.

12      Q.    And here it's an e-mail just a couple

13  minutes later -- it's literally the same minute that

14  you sent to Hugh at 12:29 a.m. on Saturday, February

15  1st, 2020; correct?

16      A.    Right.

17      Q.    And here you're forwarding him that same

18  Jon Cohen article that you had sent to Christian

19  Anderson and Farrar?

20      A.    Did I send it to Christian and Farrar?

21  Yeah.

22      Q.    Remember sending it to him and saying to

23  him:  This is of interest in the current discussion?

24  This same Jon Cohen e-mail or article?

25      A.    I'm sorry.  I'm getting confused with your

```
 1   question.  So what is the question?
 2       Q.    Well, let me ask you this:  Looking at
 3   this second e-mail to Hugh Auchincloss?
 4       A.    Right.
 5       Q.    Why did you forward him this
 6   particular article?
 7             MR. KIRSCHNER:  Objection.  Calls for
 8   speculation.
 9             THE WITNESS:  Yeah, I actually don't
10   recall why I forwarded it to him.
11   BY MR. SAUER:
12       Q.    Did you -- you forwarded him two articles,
13   right?  The Baric, Shi Nature Medicine article at
14   12:29 a.m., and then the Jon Cohen Science article as
15   well?
16       A.    Yeah.
17       Q.    Do you know why you did that?
18       A.    I don't recall why I did that.  I think I
19   wanted him to be aware because the question that I
20   was really getting at with him is that I want to find
21   out what the scope of what we were doing in China
22   because they obviously called me up and said they had
23   a concern about a virus.  I wanted to make sure I
24   knew everything that we were doing there.
25       Q.    Do you remember --
```

```
 1        A.     That was the purpose of my e-mail.

 2        Q.     Do you remember talking to him about that?

 3               MR. KIRSCHNER:  Objection.  Asked and

 4    answered.

 5    BY MR. SAUER:

 6        Q.     If you know?

 7               Do you remember talking to Hugh about that

 8    concern?

 9        A.     I don't remember, but I think somewhere it

10    says -- I think I said I was going to call you

11    somewhere.  I'm not -- I don't recall speaking to

12    him.  I -- I recognize the e-mails because, as I said

13    and I'll repeat, I was going to be on a phone call

14    with a large group of people who are very versed in

15    the field, and I didn't want to go into the phone

16    call not knowing the scope of what our relationship

17    was regarding funding of grants in China.  I was not

18    familiar with these grants.

19        Q.     Did you ever raise those grants in China

20    in the phone call you had later that day with all the

21    scientists?

22        A.     I don't believe I did.  I might have, but

23    I don't believe I did.  The discussion -- I was

24    relatively silent in the discussion with the group of

25    about a dozen people.  They were all evolutionary
```

 1  virologists, and the nature of the discussion was

 2  back and forth about the likelihood or not of there

 3  being a manipulation.

 4          No, I don't recall bringing this up.  In

 5  fact, what I did have -- heard in statements from

 6  people who were on the call that I was, you know,

 7  quite open and let people talk and decide what they

 8  wanted to do, but that's not my field, evolutionary

 9  virology.

10      **Q.    Do you remember saying anything at all on**

11  **that call?**

12      A.    I may have said a few things, but I was

13  relatively silent on that call.

14      **Q.    Do you know what they were?**

15      A.    What "what" were?

16      **Q.    The things that you may have said.**

17      A.    No, I don't recall, but I certainly was

18  not one of the people actively engaged in the

19  discussion.  I was relatively quiet because I wanted

20  to hear what they had to say.

21      **Q.    Can you flip ahead in that document to --**

22  **five more pages from that ninth page that we were**

23  **on -- or six more pages from that ninth page that we**

24  **were on.  There's a document that's Bates Number**

25  **2421.**

DR. ANTHONY FAUCI 11/23/2022

```
 1        A.     2421?

 2        Q.     Yeah.  It's an e-mail from you to --

 3        A.     Yes, got it.

 4        Q.     -- Lawrence Tabak.  Do you have that?

 5        A.     Yes.

 6        Q.     Who -- who -- who's Lawrence Tabak or

 7   Tabak?

 8        A.     Lawrence Tabak is the -- at the time was

 9   the deputy director of the National Institutes of

10   Health.  He is currently the acting director of

11   the National Institutes of Health.

12        Q.     Do you see -- did you forward him the same

13   article at 1:13 in the morning?

14               MR. KIRSCHNER:  Objection.

15   Mischaracterizes the time.

16   BY MR. SAUER:

17        Q.     Or was that done at a different time?

18               MR. KIRSCHNER:  Just for the clarity of

19   the record, counsel, it says 13:19.

20   BY MR. SAUER:

21        Q.     Sorry.  At 1:19 in the morning?

22               MR. KIRSCHNER:  In the morning or

23   afternoon?

24   BY MR. SAUER:

25        Q.     Was it in the morning or the afternoon?
```

1    Do you remember?

2          A.    Thirteen is, I believe, the afternoon.

3          Q.    Let me ask you this:  Later that day,

4    then --

5          A.    Yeah.

6          Q.    -- on Friday, February 1st, did you

7    forward Lawrence Tabak the same --

8          A.    Yeah.

9          Q.    -- Nature Medicine article that you sent

10   to Hugh?

11         A.    Yeah.

12         Q.    Why?

13         A.    I don't recall why, but likely I wanted to

14   make sure everyone was aware of what the discussions

15   were.  Francis Collins, the director at the time of

16   the NIH, was on that phone call in the morning of

17   February 1st.

18         Q.    But that phone call happened in the

19   morning to your recollection?

20         A.    I believe it was in the morning.

21         Q.    Are you sure it wasn't at 2:00 p.m.?

22         A.    I don't recall.

23         Q.    If your official calendar reflects a call

24   with Jeremy Farrar at 2:00 p.m. that day, that

25   Saturday, would you dispute that?

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    You know, I don't recall when it was.  If
 2   my calendar says it was at 2:00 p.m., then likely it
 3   was at 2:00 p.m.  I don't recall.
 4        Q.    Was Mr. Tabak on that call?
 5        A.    I don't believe so.  I know that
 6   Francis Collins was.  I don't believe that Larry was,
 7   but he could have been.
 8        Q.    Were you sending it to him so that he
 9   could give it to Francis Collins?
10        A.    I don't recall.  That is a possibility
11   that I would have done that.
12        Q.    Had you discussed with Francis Collins
13   that day this concern about -- concern -- had you
14   discussed with Francis Collins that day the
15   possibility that NIAID had funded research in China?
16        A.    I don't believe so.  I -- I mean, that we
17   funded research in China?  Well, everybody knows we
18   fund research in China.
19        Q.    More specifically, had you discussed with
20   Francis Collins that day an issue that you may
21   have -- that NIAID may have funded
22   coronavirus-related research in China?
23        A.    You know, I'm not sure exactly the point
24   you're making.
25        Q.    I'm just asking if you discussed that
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    issue with Francis Collins?

 2         A.    I don't recall --

 3         Q.    Okay.

 4         A.    -- to be honest with you.

 5         Q.    That's all I'm -- can you turn to the next

 6    page?  Do you see this e-mail exchange between you

 7    and Hugh Auchincloss?

 8         A.    Yeah.

 9         Q.    Okay.  What's the time of this e-mail?

10    17:51, is that 5:51 in the afternoon where you

11    sent --

12         A.    Yeah.

13         Q.    And then you respond in the e-mail that he

14    sent you at 11:47 a.m. that morning; is that correct?

15              MR. KIRSCHNER:  Counsel, I would ask if

16    you'd give Dr. Fauci a moment to familiarize himself

17    with this document prior to asking questions.

18              THE WITNESS:  Okay.  The paper you sent me

19    says the experiments were provided --

20              ^ (Witness reading to himself.)

21              THE WITNESS:  I'm not sure what that means

22    since --

23              (Witness reading to himself.)

24              THE REPORTER:  And, Dr. Fauci, I need you

25    to speak up.
```

DR. ANTHONY FAUCI  11/23/2022

1           THE WITNESS:  Okay.  I'm reading from an

2    e-mail from Hugh Auchincloss to me at 11:47 a.m. on

3    February 1st, 2020.  And --

4    BY MR. SAUER:

5       Q.    **I'm not asking you to read the e-mail.**

6    **I'm just asking you to --**

7       A.    Okay.  But she asked me to.

8       Q.    **I'm asking you to identify what time that**

9    **e-mail from Hugh was sent to you.**

10          MR. KIRSCHNER:  And, Counsel, I'm asking

11   you to give the witness an opportunity to familiarize

12   himself with this document.

13          THE WITNESS:  And what's what I was

14   reading when you're telling me to read it out loud.

15   So let's get together here.

16          THE REPORTER:  And if you read on the

17   record, I need you to speak up so that I can get it

18   on the record --

19          THE WITNESS:  Okay.  I'll keep my mouth

20   shut and read it silently so it's not on the record.

21          Okay.  What's the question, sir?

22   BY MR. SAUER:

23      Q.    **Hugh e-mailed you saying, "The paper you**

24   **sent me says the experience would perform before the**

25   **gain-of-function pause that have since been reviewed**

DR. ANTHONY FAUCI  11/23/2022

1    **and approved by the NIH."**

2              **Do you know what he was referring to when**

3    **he said that?**

4        A.    I don't know exactly, but I'm assuming and

5    I think correctly, apropos of what I've been telling

6    you for the last several minutes, is that I wanted to

7    get a feel of the scope of what we were doing, and I

8    had mentioned to Hugh, I'm sure, "Hugh, I want to

9    know everything that's going on because I want to

10   make sure that I understand all of what our

11   involvement is in funding research in China."

12            And Hugh's response was he looked at it

13   and he said everything's been reviewed and approved

14   by NIH, and Emily, who is Emily Erbelding, is the

15   director of the Division of Microbiology and

16   Infectious Diseases, and she would have been the one

17   who was closest to the ground in understanding what

18   we were doing in funding China.

19            And it says, "Emily is sure that no

20   coronavirus work had gone through the P3 framework,

21   which means it did not rise to the level of concern

22   to get the extra approval of P3CO.  She will try to

23   determine if we have any distant ties to this

24   work and above -- all of these sentences and

25   statements are compatible with what I mentioned to

1   you a couple of times now is that this being the

2   first time I had heard of this, I wanted to be

3   briefed as to the extent of our involvement

4   with funding in China.

5       **Q.    Did you raise a specific concern with Hugh**

6   **about the possibility that the 2015 research paper**

7   **had been inconsistent with the gain-of-function**

8   **moratorium that was in place -- put in place in 2014?**

9           MR. KIRSCHNER:  Objection.  Vague.

10  Ambiguous.

11          THE WITNESS:  Again, I'm sorry.  Did --

12  did I --

13  BY MR. SAUER:

14      **Q.    Did you raise a specific concern with Hugh**

15  **that the research reflected in the Baric, Shi Nature**

16  **Medicine paper may have been inconsistent with the**

17  **pause on --**

18      A.    Right.

19      **Q.    -- gain-of-function funding research?**

20      A.    That is possible.  As I've said, again,

21  very consistent with what I've been saying, I wanted

22  to make sure I had a good feel for the scope of what

23  we were doing regarding research that we fund in

24  China.  Since that was not something that was on my

25  radar screen, and I will say so that you understand,

DR. ANTHONY FAUCI  11/23/2022

```
 1   this is a $120,000 a year grant in a $6.3 billion

 2   portfolio.  So --

 3        Q.    Above that on the e-mail you respond to

 4   Hugh, "Okay, stay tuned."  Do you see that?

 5        A.    Yes.

 6        Q.    Stay tuned.  Did you have any follow-up

 7   communications with him about this?

 8        A.    I don't recall.

 9        Q.    Do you remember talking to Emily Erbelding

10   about it at all?

11        A.    I don't recall.  I don't -- I might have.

12   I don't -- I believe certainly that Hugh did.  He

13   said he did on the e-mail.  He said, Emily is sure

14   that no coronavirus work has gone through the P3

15   framework.  Whether I specifically spoke to Emily, I

16   don't recall but Hugh certainly did.

17        Q.    And Emily works for NIAID?

18        A.    Emily is the director of the Division of

19   Microbiology and Infectious Diseases at NIAID.

20        Q.    Can you turn the page one page in this

21   document?

22        A.    Yeah.

23        Q.    Do you see in the bottom part of this

24   page, there's an e-mail from Jeremy Farrar dated

25   February 1st, 2020, at 1524?
```

1      A.    Yeah.

2            MR. KIRSCHNER:  Again, Counsel, I would

3      ask you to give Dr. Fauci an opportunity to

4      familiarize himself with this document.

5      MR. SAUER:

6      Q.    **You see immediately below that --**

7      A.    Yes.

8      Q.    **-- where he says, "1st February, 2nd Feb**

9      **for Eddie"?**

10           **Is Eddie Eddie Holmes?**

11     A.    I believe it is.  He is in Australia.

12     Q.    **So he would be a different date than**

13     **everyone else?**

14     A.    Right.

15     Q.    **And then he says, "Information and**

16     **discussion is shared in total confidence and not to**

17     **be shared until agreement on next steps."**

18           **Do you see that?**

19     A.    I do.

20     Q.    **Do you remember any discussions with**

21     **Jeremy Farrar about this call being kept in total**

22     **confidence?**

23     A.    I don't recall a discussion about

24     confidentiality or not, but I would imagine that

25     Jeremy -- and again, this is speculation -- I would

1    imagine that Jeremy wanted to make sure, when you

2    have something that obviously has a degree of

3    sensitivity to it, that he didn't want people just

4    blathering about it without proper discussion first,

5    and I think that's what he meant, but that's

6    speculation on my part.

7         **Q.    Do you remember Jeremy saying anything**

8    **about that, keeping it in confidence at any time?**

9         A.    I don't recall, but it is certainly

10   possible that he said that.  It's understandable that

11   he would say that.

12        **Q.    Did you ever say anything about keeping in**

13   **confidence to your recollection?**

14        A.    I may have.  I don't recall.

15             THE COURT REPORTER:  And Counsel, I would

16   remind you to slow down, please.

17   BY MR. SAUER:

18        **Q.    Can you just turn one page further?  Do**

19   **you see there, the last text on that page, he's got a**

20   **list of participants on a call?**

21        A.    Yes.  I see that.

22        **Q.    Do you know how these participants were**

23   **selected?**

24        A.    It was predominantly -- to my

25   recollection, it was predominantly Christian and

**DR. ANTHONY FAUCI  11/23/2022**

**Page 75**

 1    Jeremy who made the selection of these people.

 2         **Q.    Do you have any role in picking who would**

 3    **participate in the call?**

 4         A.    I don't believe I did.  I felt that

 5    Francis Collins should be on the call since he's the

 6    director of NIH.

 7         **Q.    And did you loop him in later?**

 8         A.    I believe I did.  I believe I sent him an

 9    e-mail or somehow connected him with the pending

10    phone call.

11         **Q.    Who's Patrick Vallance at the bottom of**

12    **the list or valence?**

13         A.    Patrick Vallance is Sir Patrick Vallance,

14    who is the chief scientific -- or medical -- I

15    believe it's either one or the other -- I believe

16    it's the chief scientific officer who reports to the

17    prime minister of the United Kingdom.

18         **Q.    Is there anyone on this list who's**

19    **affiliated with government as opposed to being an**

20    **independent researcher?**

21         A.    You know, I don't know because many

22    scientists internationally have an affiliation with a

23    government.  But looking at these names, I don't see

24    anybody there on this list that is known to me to be

25    affiliated with any government.

**DR. ANTHONY FAUCI  11/23/2022**

Page 76

```
 1        Q.     What is Jeremy Farrar's role?
 2        A.     Jeremy, at the time -- and I believe he
 3   still is -- is the director or CEO or head -- I'm not
 4   sure what the title is -- but he is the chief person
 5   at the Wellcome Trust in the United Kingdom.
 6        Q.     Does the Wellcome Trust award grants for
 7   funding scientific research?
 8        A.     Yes, they do.
 9        Q.     About how much do they award per year, do
10   you know?
11        A.     I do not know.
12        Q.     Is it a significant amount?
13        A.     I guess so.  I don't know for sure.  I
14   would imagine it is -- it's a predominant
15   organization in the UK.
16               MR. KIRSCHNER:  Counsel, we've been going
17   for close to an hour and a half.  How much longer on
18   this line of questioning?
19               MR. SAUER:  Well, why don't we finish this
20   document.  Are you okay?
21               MR. KIRSCHNER:  Well, do you know how much
22   longer with this document?
23               MR. SAUER:  Not long.
24               MR. KIRSCHNER:  Okay.
25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    You testified earlier that on this call --
 2   I take it that this call actually occurred, didn't
 3   it?
 4        A.    The call on Saturday -- I believe it was
 5   February 1st -- did occur.
 6        Q.    And you testified earlier there was
 7   scientific back and forth --
 8        A.    Right.
 9        Q.    -- among some of the participants?
10        A.    Right.
11        Q.    And they were discussing and debating, you
12   know, whether the virus had originated from a
13   laboratory as opposed to in nature; correct?  Do you
14   remember anything that anybody said on the call?
15        A.    No.  The only thing I do remember is that
16   there was what appeared to me to be good faith
17   discussion back and forth between people who knew
18   each other, people who had interacted with each
19   other, so they had mutual respect for each other's
20   opinion.
21             I got that impression in listening and I
22   was in a total listening mode because, as I
23   mentioned, these were evolutionary virologists who
24   were talking about the specifics of what detail made
25   them suspicious that it could have been a
```

DR. ANTHONY FAUCI  11/23/2022

Page 78

1   manipulation and the other side would counter and

2   show that this is compatible with a natural evolution

3   and they were going back and forth.  The tenure of it

4   ended that we need more time and I believe that in

5   one of the e-mails that you asked me about a little

6   bit ago that they said we need some time to more

7   carefully look at this to see if we can come to a

8   sound conclusion based on further examination of the

9   sequences.

10        Q.     **Was there concern expressed in the call**

11   **that people might, you know, express in the media or**

12   **social media conspiracy theories or anything like**

13   **that?**

14             MR. KIRSCHNER:  Objection.  Vague.

15   Ambiguous.

16   BY MR. SAUER:

17        Q.     **If you recall?**

18        A.     You know, I don't -- I don't recall

19   whether that was discussed.  I believe there was some

20   concern after that.  Just the mention of something

21   being manipulated could create a lot of buzz-buzz and

22   discussion, but I don't really recall anything

23   specifically that was said during the call about

24   this.

25        Q.     **Do you remember any discussion of people**

**DR. ANTHONY FAUCI  11/23/2022**

 1    **having concerns that expressions on social media that**

 2    **the virus was originated in a lab might discredit**

 3    **scientific funding projects?**

 4        A.    I don't recall anything from that phone

 5    call that said that.

 6        **Q.    How about in this -- in this time period.**

 7    **Is that something you ever discussed with Jeremy**

 8    **Farrar?**

 9              MR. KIRSCHNER:  Objection.  Vague.

10    Ambiguous.

11              THE WITNESS:  I'm not sure if I discussed

12    it with Jeremy Farrar.  I have a vague recollection

13    that there was concern about -- I don't think it had

14    anything to do with social media, but it was a

15    concern of diverting attention from the real task of

16    pursuing what needs to be pursued with this outbreak,

17    for the better good of the public health, a

18    distraction of some sort.

19    BY MR. SAUER:

20        **Q.    So are -- specifically, would the theory**

21    **that the virus escaped from a lab might be a**

22    **distraction from the response to the virus's spread?**

23        A.    No.  I think the general feeling among the

24    participants on the call is that they wanted to get

25    down to the truth and not wild speculation about

DR. ANTHONY FAUCI  11/23/2022

Page 80

 1    things.  They are scientists, highly regarded

 2    qualified evolutionary virologists, and they make as

 3    their mantra always sticking with evidence and

 4    sticking with data, and I believe there's always a

 5    concern that when you throw speculations in that are

 6    not based on data and evidence, that that's a

 7    diversion from more proper things that should be

 8    done.

 9            I don't think there was any other concern

10    than sticking with the truth and sticking with data,

11    and part of the data would be to carefully look at

12    the virus in a careful measured way and to determine

13    whether or not the initial concern about the

14    molecular makeup upon further examination either

15    validated that concern or made it clear that that

16    concern was somewhat unwarranted, if not completely

17    unwarranted.  That was the nature of the discussion.

18        **Q.    Was the consensus on the call, I think you**

19    **said earlier, that they needed more time**

20    **to investigate this possibility?**

21        A.    Right.

22        **Q.    And was the plan at the end of the call to**

23    **take more time to investigate that possibility?**

24        A.    The plan was to go and spend more time

25    carefully looking at it.  That was the -- the sort of

1   end conclusion that let's take a closer look at this,

2   and on taking a closer look, perhaps we can, you

3   know, come to a more evidence-and-fact-based

4   conclusion.

5       **Q.     Did they -- did they, in fact, do that?**

6   **Did they take more time and come to an**

7   **evidence-and-fact-based conclusion to your knowledge?**

8       A.    Oh, I believe that a few of -- Christian

9   and a few of the others carefully got together and

10  looked at it and examined the pros and the cons and

11  the ups and downs, and came to the conclusion that

12  their initial concern about the molecular basis of

13  the concern was unwarranted and that what they saw

14  was quite compatible and, in fact, suggestive of a

15  natural evolution.

16      **Q.     Did you have any further involvement after**

17  **the -- in this after the phone call?  Like, were you**

18  **talking -- did you talk to people on this call later**

19  **or were you included in e-mails about it after that?**

20      A.    Well, after that, I believe, at some time

21  later, a group of them -- I don't remember all of

22  them, but Christian was certainly one of them -- put

23  out a preprint, I believe, with that statement that

24  was subsequently followed by a manuscript in which

25  they laid out the molecular basis of why they felt

DR. ANTHONY FAUCI  11/23/2022

Page 82

 1   this was more likely to be compatible with a natural

 2   evolution.

 3       **Q.    During that time period, did you have any**

 4   **other involvement in this issue?  Did you have any**

 5   **other communications related to it with any of these**

 6   **people?**

 7              MR. KIRSCHNER:  Objection.  Vague.

 8   Ambiguous.

 9              THE WITNESS:  When you say "involvement,"

10   could you be more specific?

11   BY MR. SAUER:

12       **Q.    Well, did you have any -- let me ask you**

13   **this:  Did you have any communications after the**

14   **Saturday, February 1st, phone call that you just**

15   **described, from that time period until a preprint was**

16   **published of their study, did you have any other**

17   **discussions or communications with any of the people**

18   **on the call about this issue of the virus?**

19       A.    You know, I had not recalled that until, I

20   believe, in questions that were asked in letters that

21   came in from Congress and others that they may

22   have -- and I believe they did -- send

23   Francis Collins and I a preprint of the article that

24   came to the conclusion that the molecular

25   configuration of the virus was clearly compatible

DR. ANTHONY FAUCI  11/23/2022

```
 1   with a natural occurrence.
 2        Q.    Do you recall any communications with
 3   Jeremy Farrar after that phone call?
 4        A.    You know, I don't.  It is certainly
 5   possible, but I don't specifically remember any
 6   communications with Jeremy about that.  But, you
 7   know, Jeremy and I know each other reasonably well.
 8   I would not be surprised if we did, but I don't
 9   specifically recall a communication related to the
10   subject at question.
11             MR. SAUER:  That's my last question on
12   this exhibit.  Do you want to take a pause now?
13             MR. KIRSCHNER:  Yeah.  If -- if -- it's
14   9:37, if that works for Dr. Fauci?
15             THE WITNESS:  Yeah, a short -- short
16   break.  I'm good.
17             THE VIDEOGRAPHER:  The time is 9:38 a.m.,
18   and we're going off the record.
19             (Recess.)
20             THE VIDEOGRAPHER:  The time is 9:50 a.m.,
21   and we're back on the record.
22   BY MR. SAUER:
23        Q.    Dr. Fauci, you're being handed
24   Exhibit 7 --
25             (FAUCI Exhibit No. 7 was marked for
```

DR. ANTHONY FAUCI  11/23/2022

Page 84

```
 1    identification.)

 2    BY MR. SAUER:

 3        Q.     -- which is a collection of e-mails that

 4    were produced pursuant to FOIA.  On the front page

 5    here just at the very top, there's an e-mail from you

 6    to Jeremy and Christian Anderson; correct?

 7        A.     Correct.

 8        Q.     And it says, "Jeremy, Collins," and

 9    there's a huge redaction of everything you said.

10    "Best regards, Tony."  Do you see that?

11        A.     I do.

12        Q.     Do you have any recollection of what

13    you're talking about in this e-mail?

14        A.     No, I don't.  I don't recall.

15        Q.     Okay.  Flip ahead four page -- to the

16    fourth page.  There's an e-mail from Jeremy Farrar to

17    you on January 30th saying, "Tony, perfect timing.

18    Thank you.  Great to catch up"; correct?

19        A.     Yeah, the January 30th at 7:13 a.m.?

20        Q.     Right.

21        A.     Yeah.  "Tony, perfect timing.  Thank you.

22    Great to catch up."

23        Q.     And you responded, "Thanks, Jeremy.  Great

24    chatting with you and Patrick.  Will stay in close

25    touch" --
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    Right.

 2        Q.    -- correct?

 3        A.    Correct.

 4        Q.    Do you recall -- and I guess this would be

 5   two days before that Saturday conference call we

 6   talked about?

 7        A.    Yeah.

 8        Q.    Did you have a phone call with

 9   Patrick Vallance and a Jeremy Farrar on -- on that

10   day?

11        A.    Well, I don't recall it, but it says here

12   in an e-mail from me to Jeremy on January 30th,

13   "Great chatting with you and Patrick."  So I assume I

14   did, but I don't recall that -- that --

15        Q.    Do you know why you said, "We'll stay in

16   close touch"?

17        A.    No, I don't recall.

18        Q.    Do you remember what you-all -- you,

19   Jeremy, and Patrick may have said to each other on

20   that phone call?

21        A.    No, I really don't recall that.  I mean,

22   obviously it happened because I -- I refer to it in

23   the e-mail, but I don't recall that, no.

24        Q.    Can you -- can you flip ahead?  So we're

25   going to go one, two, three, four, five, six, seven,
```

1  eight, nine more pages to a page that has an e-mail

2  from Jeremy to you on February 1st saying "could you

3  join" at the top?

4      A.    Yes.

5      Q.    Correct?

6      A.    I see that.

7      Q.    And is this Jeremy inviting you to the

8  conference call that would happen later that day?

9          MR. KIRSCHNER:  Objection.  Speculative.

10  BY MR. SAUER:

11     Q.    If you recall?

12     A.    Yeah.  It looks that way.  I mean, I know

13  we had a conference call on February the 1st, and

14  Jeremy in this e-mail is saying "can you join," and

15  the names on the list are the names that were on the

16  call.  So I would imagine it's quite reasonable to

17  assume that this is the invitation to join the call.

18     Q.    Lower -- yeah.  Lower down in Jeremy's

19  e-mail close to -- close to the bottom, about four

20  lines up from the bottom, he says, "My preference is

21  to keep this a really tight group."

22          Do you see that?

23     A.    Yes.

24     Q.    Do you know why that was his preference?

25          MR. KIRSCHNER:  Objection.  Speculative.

```
 1                 THE WITNESS:  You know, I don't really
 2    know why.  I think -- I mean, I -- I could speculate
 3    as to why that -- when you have too large a group --
 4    BY MR. SAUER:
 5        Q.    To be clear, I'm not asking you to
 6    speculate.  I'm just asking if you know.  For
 7    example, did he tell you why he wanted it to be a
 8    really tight group --
 9        A.    No, he didn't tell me why, but I can -- I
10    can gather why if you're not interested in hearing
11    it --
12        Q.    What do you gather?  What do you gather?
13                THE REPORTER:  And please slow down, you
14    guys.
15                THE WITNESS:  Okay.  I'll slow down.  I
16    said --
17    BY MR. SAUER:
18        Q.    What do you gather?
19        A.    My knowledge of meetings of this sort is
20    that when you want to get something done and you have
21    a task to do, that if you have a really large group
22    of people -- like, I've been on conference calls
23    where there's 50 people on the call and nothing gets
24    done -- I believe, and I think it's a reasonable
25    assumption, that if you want to have a working group
```

```
 1    to have a serious discussion, you don't want to have
 2    a hundred people on the call.  You want to make it --
 3    and I think that's -- I think that's what Jeremy was
 4    referring to was he said, "I want to make it a tight
 5    group."
 6        Q.    And then four lines lower he says,
 7    "obviously" -- "obviously ask everyone to treat in
 8    total confidence"; correct?
 9        A.    Yes.
10        Q.    Do you know why it was obvious that it
11    should be treated in total confidence?
12              MR. KIRSCHNER:  Objection.  Asked and
13    answered.  Also speculative.
14    BY MR. SAUER:
15        Q.    If you know.  Why is that obvious?
16        A.    Well, my speculation is that what
17    Jeremy meant is that when you're dealing with
18    something in which there is a suspicion of something
19    that would have great consequences but there's no
20    real evidence that it is, that you want to make sure
21    that you don't all of a sudden have a lot of people
22    talking about something based on no evidence.
23              So I think that's what he meant is until
24    we can get together and seriously discuss it, let's
25    not just make it widely disseminated.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    So he didn't like --
 2        A.    I believe that's what he said, but I -- I
 3   don't know.
 4        Q.    Do you know if he wanted Dr. Anderson to
 5   not share his concerns about the origins of the virus
 6   potentially being from a lab with anyone else?
 7             MR. KIRSCHNER:  Objection.  Speculative.
 8   Vague.
 9             THE WITNESS:  No.  I believe based on what
10   the purpose of the call was to rather than be at the
11   level of speculation about something that may or may
12   not have been engineered, that we first get a group
13   of highly qualified international evolutionary
14   virologists to discuss it first before people on the
15   outside who have no knowledge of evolutionary
16   virology start wildly speculating about things.
17   BY MR. SAUER:
18        Q.    Can you flip ahead a few pages so the page
19   you're on -- we're going to go ahead -- one, two,
20   three, four, five and then the sixth page, an e-mail
21   from you -- from Jeremy Farrar to you and Francis
22   Collins.
23             Do you see that?
24        A.    Are you on the page, the top line says,
25   "From Jeremy Farrar, sent Saturday, 1st of February
```

```
 1    at 13:27"?

 2            MR. KIRSCHNER:  I apologize.  I'm not on

 3    the right page then.

 4            THE WITNESS:  You got it.

 5            MR. KIRSCHNER:  Yep.

 6    BY MR. SAUER:

 7        Q.    Farrar has responded "Excellent" to an

 8    e-mail from you where you said "Jeremy, Francis will

 9    be on the call.  He is trying to phone you."

10            MR. KIRSCHNER:  Counsel, I think we're on

11    two different pages.  Dr. Fauci referred to a page

12    with a sub line re:  Conference details.  And you're

13    referring --

14    BY MR. SAUER:

15        Q.    Can you turn more pages?

16        A.    Two more forward?  Two more forward?

17        Q.    Yeah.

18        A.    Teleconference, re teleconference.

19        Q.    Yeah.  And Jeremy responded "Excellent" to

20    your e-mail saying, "Francis, Jeremy will be on the

21    call.  He is trying to phone you"?

22        A.    Right.

23        Q.    Correct?

24        A.    Correct.

25        Q.    Do you recall discussing -- talking to
```

DR. ANTHONY FAUCI  11/23/2022

Page 91

1    Francis Collins about getting involved in the

2    conference call?

3         A.    I don't specifically recall, but

4    certainly, it was my intention of making sure that

5    the director of the NIH was on the call.  And given

6    what I said in the e-mail at 15:48 to Jeremy, I said,

7    "Francis will be on the call.  He's trying to call --

8    he's trying to phone you."

9              I mean, obviously that is totally

10   consistent with my having spoken to Francis and

11   saying, "Francis, you should be on a call.  Why don't

12   you check with Jeremy to get some feel about what the

13   call is going to be about."

14        Q.    Do you know if they talked to each other?

15        A.    I don't know for sure whether they did.

16        Q.    Can you start with that page you're on and

17   flip ahead a few pages?  So one, two, three, four,

18   five, six, seven, eight, nine.  And then you're on

19   the tenth page?

20        A.    And what's the top line?

21        Q.    At the top, it should say From Dr. Fauci,

22   Anthony, sent Saturday, February 1, 2020, at 20:30?

23        A.    Yeah.  And the subject is teleconference.

24        Q.    Okay?

25        A.    All right.

DR. ANTHONY FAUCI  11/23/2022

Page 92

```
 1        Q.    And immediately below your e-mail saying,
 2   "Yes," there's an e-mail from Jeremy Farrar sent to
 3   you, Francis Collins, Patrick Vallance, and Mike
 4   Ferguson; correct?
 5        A.    Yes.
 6        Q.    Who's Mike Ferguson?
 7        A.    You know, I should know.  I don't know.
 8   I've heard that name before, but I don't know who he
 9   is.  He was one of the -- I believe he was one of the
10   people on the call.  Name is familiar, but, you know,
11   I probably should know who he is, but I don't.
12        Q.    Okay.  So Jeremy e-mailed to that smaller
13   group of people, "Can I suggest we shut down the call
14   and then redial just for five to ten minutes";
15   correct?
16        A.    Yes.
17        Q.    And you responded "yes"; correct?
18        A.    Yeah.
19        Q.    Did that happen -- did Jeremy shut down
20   the call?
21        A.    You know, I don't recall.
22        Q.    Do you know why Jeremy was wanting to have
23   the call paused for a minute and floated it only to
24   a small group of participants in the call?
25              MR. KIRSCHNER:  Objection.  Speculative.
```

```
 1                   THE WITNESS:  No, I -- I don't remember --
 2   I don't remember shutting down a call, actually.
 3   BY MR. SAUER:
 4       Q.    Do you remember Jeremy talking to you and
 5   Dr. Collins during the course of the call?
 6       A.    No, I can't recall that.
 7       Q.    Can you flip ahead one, two, three, four,
 8   five pages?
 9       A.    The top is Jeremy Farrar, 2020, 19:09?
10       Q.    Yes.  And you see it's the same list of
11   participants, Francis Collins, you, and Patrick
12   Vallance and Mike Ferguson; correct?
13                   MR. KIRSCHNER:  I apologize.  I'm lost
14   myself on this.  What's the top e-mail?
15                   THE WITNESS:  The top e-mail is Jeremy
16   Farrar, Saturday, 1st of February, 2020, 19:09.
17   BY MR. SAUER:
18       Q.    I'm not on that one.  Mine is 2013.  Can
19   you turn two more pages?
20       A.    Two more forward?
21       Q.    Yeah.
22                   MR. KIRSCHNER:  I'd just ask counsel to
23   identify the time when the --
24                   THE WITNESS:  Okay.  The one that says
25   Jeremy Farrar, teleconference 2013; right?
```

DR. ANTHONY FAUCI  11/23/2022

Page 94

 1  BY MR. SAUER:

 2      Q.    Do you remember if Francis Collins

 3  responded to that e-mail about shutting down the

 4  conference call?

 5      A.    No.  I do not recall.  I just don't recall

 6  anything about shutting down a conference call.

 7      Q.    Okay.  Can you turn three more pages to an

 8  e-mail at 22-06-26?

 9      A.    Yeah.

10      Q.    And this is an e-mail chain between you,

11  Jeremy, and Francis Collins; correct?

12      A.    Yes.

13      Q.    Counsel, I would please ask if you can let

14  Dr. Fauci familiarize himself with the document as

15  you're asking questions?

16          MR. SAUER:  If he knows, he can answer the

17  questions.  If he wants to familiarize, he can ask

18  for it.

19  BY MR. SAUER:

20      Q.    If you go down halfway through the page,

21  there's an e-mail from Francis Collins to you and

22  Jeremy; correct?

23      A.    Let me look at it.

24      Q.    Labeled at 2050?

25      A.    Right.  Yes, I see that.

```
 1        Q.    It says, "Hi, Jeremy.  I can make myself
 2   available at any time, 24/7, for the call with
 3   Tedros"; correct?
 4        A.    Correct.
 5        Q.    Do you know who Tedros is?
 6        A.    Tedros is the director general of the
 7   World Health Organization.
 8        Q.    So there was a plan to have a call with
 9   the director general of the World Health Organization
10   at this time?
11        A.    Correct.
12        Q.    Do you remember that plan?
13        A.    What I do recall from the discussion on
14   the call was that we needed to notify various
15   relevant people as to the fact that this was being
16   looked into.  One of the obvious relevant people
17   would be the director of the World Health
18   Organization.
19        Q.    Do you specifically remember a plan
20   between you, Francis, and Jeremy to contact
21   Dr. Tedros?
22             MR. KIRSCHNER:  Objection.
23   Mischaracterizes evidence and speculative.
24             THE WITNESS:  I know that there was a
25   discussion about contacting Tedros.  That
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   responsibility was not put on me.  I believe it was

 2   predominantly -- I'm not 100 percent certain, but I

 3   think with some degree -- I wouldn't say certainty,

 4   but I tend to believe it was Jeremy's responsibility

 5   to be the one to contact and reach out to Tedros and

 6   explain to him what these deliberations were.

 7   BY MR. SAUER:

 8        Q.    I'm going to give you a another document

 9   marked Exhibit 8.

10             (FAUCI Exhibit No. 8 was marked for

11   identification.)

12             MR. KIRSCHNER:  Counsel, do you have

13   copies for us?

14   BY MR. SAUER:

15        Q.    Do you recall communicating -- before you

16   look at the document, do you recall having any

17   communication with Dr. Tedros about the concerns that

18   were raised in --

19        A.    No.  I don't recall having any

20   communications directly, or even indirectly, with

21   Tedros.

22        Q.    Did you have any input on, you know,

23   having the World Health Organization get involved in

24   this issue of any kind?

25        A.    I don't specifically recall.  But one of
```

**DR. ANTHONY FAUCI  11/23/2022**

 1   the theme and the spirit of the discussion on the

 2   phone call on February 9th, either before or after or

 3   during the phone call, was that it would be important

 4   to alert, or let in at least to the discussions,

 5   important individuals, including the director general

 6   of WHO.

 7       **Q.    Can you look at this Exhibit 8 that's in**

 8   **front of you, and with this one, can we start at the**

 9   **back starting at the last page can you turn one page**

10   **forward to the second-to-last page?**

11            MR. KIRSCHNER:  Again, as I've objected

12   beforehand, I would please let the witness have an

13   opportunity to familiarize himself with this document

14   prior to asking questions.

15            THE WITNESS:  So I'm looking at something

16   that says "von an" -- this is, I guess, a German "to"

17   and "from."

18   BY MR. SAUER:

19       **Q.    I think so.  Are you on the second-to-last**

20   **page of the document?**

21       A.    I think so.  The one that has "von,"

22   Jeremy Farrar.  And "an," Fauci, Vallance, CC:

23   Dorsten, Coopman --

24       **Q.    Those are the participants in the call**

25   **there in the cc line.**

1      A.    Right.

2      Q.    **Down there, second-to-last paragraph,**

3 **there's a one-sentence paragraph there that begins**

4 **there in Jeremy Farrar's e-mail, "I do know there are**

5 **papers being prepared."**

6            **Do you see that?**

7      A.    "I know there are papers being prepared.

8 There will be media interest and there already is

9 chat on Twitter and WeChat."

10     Q.    **And Twitter and WeChat are social media**

11 **platforms; correct?**

12     A.    Yes, I guess so.  I don't know about

13 WeChat, but I know what Twitter is.  I don't know.

14     Q.    **You don't know what WeChat is?**

15     A.    I don't do social media so I'm not

16 familiar with them.

17     Q.    **Is that a Chinese-based social media**

18 **platform?**

19     A.    I don't know.

20     Q.    **Okay.  Do you remember Jeremy raising**

21 **concerns about the chat on Twitter and WeChat or**

22 **other social media platforms about the virus's**

23 **origins?**

24     A.    No.  I'm not -- this is not ringing a bell

25 with me.

1      Q.    Well, let me ask you this:  Did you ever
2  have concerns about what people might be saying on
3  social media about the virus's origin?
4           MR. KIRSCHNER:  Objection.  Ambiguous.
5           THE WITNESS:  You know, I'm so dissociated
6  from social media.  I don't have a Twitter account.
7  I don't do Facebook.  I don't do any of that, so I'm
8  not familiar with that.  I've never gotten involved
9  in any of that.
10  BY MR. SAUER:
11      Q.    Do you know anyone who works for a social
12  media platform?
13      A.    Do I know somebody who works for a social
14  media platform.
15      Q.    Or at this time?
16      A.    Well, I've had communications with
17  Mark Zuckerberg in the past who was -- I've done, I
18  believe, three outward FaceTime discussions
19  encouraging people to get vaccinated.
20      Q.    Do you know anyone else who works for a
21  social media platform other than Mark Zuckerberg?
22      A.    When you say do I know somebody who works?
23      Q.    Like, do you have acquaintances, people
24  that you know, who work at social media platforms?
25      A.    Well, a person who used to work as a

**DR. ANTHONY FAUCI  11/23/2022**

1    software engineer for Twitter was my daughter.

2          Q.    **Oh, your daughter worked for Twitter?**

3          A.    She used to, yes.

4          Q.    **Did you ever -- when she was working at**

5    **Twitter, did you ever discuss with her the content of**

6    **stuff posted on social media platforms?**

7          A.    No.

8          Q.    **Did you ever discuss with her the origins**

9    **of the virus or concerns about the origins of the**

10   **virus?**

11         A.    No, she has no interest in that.

12         Q.    **Was she -- what was her role in Twitter?**

13         A.    I believe she was a software engineer.

14         Q.    **Does she still work at Twitter?**

15         A.    No.

16         Q.    **When did she stop?**

17         A.    Over a year ago.

18         Q.    **Do you know anyone else who works at a**

19   **social media platform --**

20         A.    No.

21         Q.    **-- other than Mark Zuckerberg and your**

22   **daughter?**

23               THE REPORTER:  Please slow down.

24               THE WITNESS:  Do I know anyone else who

25   works at a social media platform?  To my knowledge,

DR. ANTHONY FAUCI  11/23/2022

```
 1    no, I think -- I mean, I have done a number of

 2    podcasts and interviews on Instagram, but I don't

 3    think those people work for a social media platform.

 4            I mean, I've done Instagrams with

 5    Steph Curry -- Steph Curry.  I don't think he works

 6    for a media.  He's a basketball player.  But he uses

 7    his -- his Instagram account to get me to talk with

 8    him about encouraging people to get vaccinated.

 9       Q.    Can you go back to that exhibit in front

10    of you, Exhibit 8?  We're on the second-to-last page.

11    Can you flip forward two pages, and on the top there,

12    there's another e-mail from Jeremy Farrar beginning

13    "My view is completely neutral on this."

14            Do you see that?

15            MR. KIRSCHNER:  Dr. Fauci, I think it's

16    the page before.

17            THE WITNESS:  This one?

18            MR. KIRSCHNER:  No, I think you jumped too

19    much.

20            THE WITNESS:  I jumped too much?

21            MR. KIRSCHNER:  No, it's this page, I

22    think.  Oh, nope.  I was wrong.  Sorry.

23            THE WITNESS:  I'm sorry.  Just hold on for

24    a second.  "My view is completely" -- yeah, I got it.

25    I'm on the right page.
```

DR. ANTHONY FAUCI 11/23/2022

```
 1   BY MR. SAUER:
 2        Q.    And that next line below that, do you see
 3   where Jeremy says, "I do know these questions are
 4   being asked by politicians citing ^ starting the
 5   scientific literature and certainly on social and
 6   mainstream media."
 7               Do you see that?
 8        A.    Yeah.  (Reading to himself.)
 9        Q.    Do you see that?
10        A.    Let me finish reading it.  One second.
11               But who's the e-mail to?  I'm sorry.  Is
12   this --
13        Q.    I'm just curious if you remember
14   Jeremy raising concerns about expressions on social
15   media about the origins of the virus in this time
16   frame?
17        A.    I don't -- I don't recall anything about
18   social media.  I think Jeremy -- and I believe he
19   says it really very well here -- that what he was
20   afraid of that people would be speculating and
21   blaming people, blaming the Chinese, and -- and that
22   only will increase tensions and reduce cooperation
23   which is necessary to really continue to pursue what
24   actually happened in order to prepare for and prevent
25   similar things from happening in the future.
```

**DR. ANTHONY FAUCI 11/23/2022**

```
1            And I think if you look at the e-mail, he

2    says, "A respected body convening a group now to

3    consider the evolutionary origins with an open mind,

4    neutral, and in a transparent way could prevent wild

5    claims being made."  I think it was Jeremy trying to

6    be the honest broker and saying let's do this

7    properly.

8        Q.    And he's prepare -- he was concerned about

9    wild claims being made on traditional and social

10   media.  Is that how you read it?

11       A.    Well, I guess so.  I mean, I -- let me see

12   if he says "social media" here.  Like I said, I'm

13   kind of dissociated from social media.  I don't -- I

14   don't even know how to access a tweet.

15       Q.    Were you ever concerned about what people

16   would be saying on social media about the origins of

17   the virus?

18       A.    I'm concerned about, you know, there being

19   misinformation or disinformation that would

20   interfere with our trying to save the lives of people

21   throughout the world, which happens when people

22   spread false claims.

23       Q.    Including about the origins of the virus

24   specifically?

25       A.    I mean, I think that there's a lot of
```

1  discussions about the origins of the virus, and we've

2  got to keep an open mind about that.

3      **Q.     You mention that you're concerned about**

4  **misinformation and disinformation about the virus**

5  **spreading?**

6      A.    No, I didn't say that.

7      **Q.    Okay.**

8      A.    That's not what I said.

9      **Q.    What'd you say?**

10     A.    I said misinformation and disinformation,

11  and misinformation can be that Bill Gates and I put a

12  chip in the vaccine which prevents people from

13  getting vaccinated and perhaps leads to their losing

14  their lives.  That's what I get concerned about as a

15  physician and a scientist, that misinformation and/or

16  disinformation can lead to loss of life, and I'm a

17  physician and that troubles me.

18     **Q.    And it troubles you that those kinds of**

19  **claims are being made on social media in particular?**

20     A.    I didn't mention social media.

21     **Q.    Does it?**

22     A.    I mean, that's part of the way information

23  is disseminated.

24     **Q.    Can you take the page that's in front of**

25  **you, and we're going to turn forward five more pages.**

DR. ANTHONY FAUCI  11/23/2022

1    So we're really on the second page of the document

2    now.

3         A.    Second page.  Okay.  Moving forward.

4         Q.    On the middle of that page, do you see an

5    e-mail from you on Sunday, 2nd February 2020, at

6    15:30?

7         A.    "Jeremy, sorry I took so long."  Is that

8    it?

9         Q.    That's the one, yeah.

10               You say here in that second sentence --

11        A.    Right.

12        Q.    -- "Like all of us, I do not know how this

13   evolved"?

14        A.    Right.

15        Q.    Do you see that?

16        A.    Where I say, "And so many people and the

17   threat of further distortions on social media," yeah.

18        Q.    Yeah.  Were you concerned about the

19   further distortions on social media --

20        A.    Well --

21        Q.    -- the day after the conference call?

22        A.    I guess I was.  I said it here in the

23   e-mail that I was concerned about the further

24   distortions.

25        Q.    What -- what distortions on social media

```
 1    were you concerned about?  Was that the people
 2    expressing --
 3          A.    Wild -- wild speculations and accusations,
 4    you know, blaming the Chinese and talking about their
 5    deliberately or accidentally -- which certainly is a
 6    possibility.  There was no evidence of that at the
 7    time, and that's what I was concerned about.  And I
 8    think we were all concerned about that because if you
 9    put this e-mail juxtaposed against the statement of
10    Jeremy about wanting to have a situation where we get
11    down to the truth and people in good faith trying to
12    figure out what was going on, certainly there are
13    distortions on social media.  Social media says I put
14    a chip into the vaccine so that I can monitor people.
15    That's a distortion.
16          Q.    In that same -- in that same e-mail, if
17    you look down there, you go on to say -- immediately
18    after the reference to further distortions on social
19    media, and you say, "It's essential that we move
20    quickly."
21                Do you see that?
22          A.    Right.
23          Q.    And then "Hopefully we can get the WHO to
24    convene"; correct?
25          A.    Right.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    Do you know what you were talking about
 2   there?  What were you --
 3        A.    I'm talking about getting down to the
 4   facts because when the facts come out, that counters
 5   distortions wherever that distortion is, speaking
 6   here or on social media or in any way, and what I was
 7   referring to is that we've got to get WHO to convene
 8   an unbiased body of people to try and thoroughly
 9   examine the information so we can get to the truth,
10   and when you get to the truth quickly -- and I said,
11   "It is essential that we move quickly."
12        Q.    Did that happen --
13        A.    And when the truth comes quickly, then you
14   can avert and avoid distortions when you don't have
15   the information out.
16        Q.    Did that happen?  Was there actually a
17   group convened by the WHO?
18        A.    You know, I'm not sure where that went
19   quite frankly.
20        Q.    Did you have any further involvement in
21   that suggestion?
22        A.    I think we all felt we should get the WHO
23   involved since that's the natural organization when
24   you have something that has international
25   implications.
```

DR. ANTHONY FAUCI  11/23/2022

1        Q.    If you look in the e-mail above Jeremy's

2   response to you and Francis Collins, it says, "Tedros

3   and Bernard have apparently gone into conclave."

4             Who is Tedros?

5        A.    Tedros is the director general of the WHO.

6        Q.    And who is Bernard?

7        A.    I don't know his last name.  I do know,

8   but I keep forgetting.  Bernard, it's a German last

9   name.  Bernard is one of the high ranking officials

10  at WHO, I believe, if it's the same Bernard that I'm

11  thinking of.  There is a Bernard, and I'm

12  embarrassed that I forgot his last name, but if this

13  is the Bernard who I think it is, it is a close

14  senior associate of Tedros.

15       Q.    What does it mean when they say they have

16  gone into conclave?  Does that mean they are

17  unavailable?

18            MR. KIRSCHNER:  Objection.  Calls for

19  speculative -- speculation.

20            THE WITNESS:  Yeah.  I have no idea where

21  they'd go.^   I -- I would never use a terminology

22  "I'm going into conclave."  I wouldn't know what that

23  means.

24  BY MR. SAUER:

25       Q.    He goes -- Jeremy goes on to say, "They

**DR. ANTHONY FAUCI  11/23/2022**

 1    need to decide today, in my view."

 2              Do you know what he's -- what he -- what

 3    are they supposed to decide that day?

 4        A.    I do not know what they were supposed to

 5    decide.

 6        Q.    Can you -- and then he goes on to say, "If

 7    they do prevaricate, I would appreciate a call with

 8    you later tonight or tomorrow to think how we might

 9    take forward"; correct?

10        A.    Boy, Jeremy must have been having a bad

11    day.  He's using words like conclave and prevaricate.

12    I don't even know what he's talking about.

13        Q.    Well, let me ask you this:  Was there a

14    discussion of having a follow-up call with you and

15    Jeremy and Francis Collins about what steps you would

16    take if the WHO didn't convene a group to study the

17    virus's origins?

18              MR. KIRSCHNER:  Objection.

19    Mischaracterizes the evidence.  Assumes evidence not

20    in the record.

21    BY MR. SAUER:

22        Q.    Was there any follow-up call between you,

23    Jeremy Farrar, and Francis Collins?

24        A.    I don't think so.  I know that my feeling

25    at the time was that Jeremy was going to take the

DR. ANTHONY FAUCI  11/23/2022

 1   bull and run with it regarding getting the

 2   WHO involved.  And my involvement or input into the

 3   WHO I think diminished if not stopped at that time.

 4           So I really would doubt that there was any

 5   further communication between me and the WHO about

 6   this.  This was fundamentally Jeremy's lane, if you

 7   want to call it that.

 8   BY MR. SAUER:

 9       Q.    Can you turn to the first page of this

10   document?  Another e-mail from Jeremy.  This one

11   copies you, Dr. Tedros, Francis Collins, and Bernard

12   Shortlander?

13       A.    That's him.  Shortlander.  We got it.

14       Q.    Down in -- you see a list of bullet points

15   in this e-mail from Jeremy?

16       A.    Yes.

17       Q.    Are -- okay.  And about halfway down,

18   there's a bullet point that says, "Gathering interest

19   evidence in the science literature and in mainstream

20   and social media to questions of the origins of the

21   virus."

22           Do you see that?

23       A.    Yes.

24       Q.    Are you aware of Jeremy discussing with

25   the WHO the concern that there be social media

DR. ANTHONY FAUCI  11/23/2022

 1    discussion of the origins of the virus?

 2         A.    I have no recollection or information

 3    about Jeremy's discussions with the WHO involving

 4    anything including social media.  And I see this here

 5    in an e-mail, but I -- I really have no additional

 6    further information about Jeremy's gathering interest

 7    evidence in the science literature regarding the

 8    origin, no.

 9         Q.    You're being handed another document

10    marked Exhibit 9.

11              (FAUCI Exhibit No. 9 was marked for

12    identification.)

13    BY MR. SAUER:

14         Q.    Do you see the second page of this

15    document?

16         A.    Yes.

17         Q.    You've got an e-mail there at the top to

18    Francis Collins and Jeremy Farrar where you say,

19    "Agree.  Very thoughtful summary and analysis.  We

20    really need to get WHO moving on getting the

21    convening started."  Correct?

22         A.    Right.

23         Q.    Why did you say that to Jeremy and Francis

24    Collins?

25              MR. KIRSCHNER:  Objection.  Again, I would

DR. ANTHONY FAUCI  11/23/2022

```
 1   ask that Dr. Fauci have an opportunity to familiarize
 2   himself with this document.
 3           THE WITNESS:  Well, I'm looking at this
 4   e-mail and it says, "Agree, very thoughtful summary
 5   and analysis."  And I don't recall what that summary
 6   and analysis was.  I get hundreds, if not thousands,
 7   of documents thrown in front of me.  I don't recall.
 8   So I said, "I agree, very thoughtful summary and
 9   analysis."  But I don't recall today what that
10   summary and analysis was.
11   BY MR. SAUER:
12       Q.    Can you look at the page before the first
13   page of the document?
14       A.    Yes.
15       Q.    Here's an e-mail from Eddie Holmes to
16   Jeremy Farrar; correct?
17       A.    Right.
18       Q.    "And here's our summary so far.  It will
19   be edited further."  Correct?
20       A.    Correct.
21       Q.    Was this a summary of the paper they were
22   drafting as a result of the conference call?
23           MR. KIRSCHNER:  Objection.  Calls for
24   speculation.
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.     If you know?

2      A.     I do not know what the summary was for,

3  whether it was a summary of the discussion at the

4  meeting, or whether it was the summary of what the

5  deliberations were following the meeting.  I really

6  don't know.

7      Q.     **He goes on to say in the next line, "It's**

8  **fundamental science and completely neutral as**

9  **written"; correct?**

10     A.     That's what he says.

11     Q.     **And then he says, "Did not mention other**

12  **anomalies as this will make us look like loons."**

13            **Do you see that?**

14     A.     Yeah.

15     Q.     **Do you know what he's referring to?**

16            MR. KIRSCHNER:  Objection.  Calls for

17  speculation.

18  BY MR. SAUER:

19     Q.     **Do you know?**

20     A.     I do not know what he is referring to.

21     Q.     **Were anomalies in the virus discussed on**

22  **that call that you participated in on February 1st?**

23     A.     You know, I'm not really sure what you

24  mean by the word "anomalies."  It could mean a number

25  of things.  Unusual observations about the virus.

1   I'm not really sure.  I really don't understand very

2   well what Eddie was referring to when he wrote this

3   e-mail to Jeremy, so --

4        **Q.    Were you e-mailed drafts of a paper that**

5   **Eddie prepared as a result of that meeting?**

6        A.    I was -- Francis and I got -- I believe --

7   I'm trying to recall accurately, but it's -- I think

8   this is the case.  I'm not 100 percent sure -- that

9   we were given copies of a draft of a manuscript at

10  some point that was very fundamentally evolutionary

11  virology, which is not my lane.

12            So I remember getting a paper looking at

13  it.  I don't believe I had any substantive comments

14  on it, just by reading it.  Because that's not my

15  lane, evolutionary virology.

16       **Q.    Can you look at this next document which**

17  **we've marked Exhibit 10?**

18            **(FAUCI Exhibit No. 10 was marked for**

19  **identification.)**

20            MR. KIRSCHNER:  I wanted to make a

21  standing objection that these documents that are

22  being marked as exhibits are merging a lot of

23  documents together and we have -- I object to the

24  extent that this is mischaracterizing the record by

25  putting documents together that may or may not be

DR. ANTHONY FAUCI 11/23/2022

Page 115

```
 1   together, and I just want to say there's been several
 2   exhibits along these lines, including Exhibit 10.
 3   BY MR. SAUER:
 4       Q.    Can you look at the second page of Exhibit
 5   10, Dr. Fauci?
 6       A.    Yeah.
 7       Q.    And this is an e-mail chain on Tuesday,
 8   February 4th, between you, Francis Collins, and
 9   Jeremy Farrar; correct?
10       A.    Yes.
11       Q.    At the bottom of the e-mail of this page,
12   the e-mail from you says, "Question mark, question
13   mark, serial passage in ACE2 transgenic mice."
14             Do you see that?
15             MR. KIRSCHNER:  Again, I ask that you give
16   Dr. Fauci an opportunity to familiarize himself with
17   this document.
18             THE WITNESS:  Well, I'm not sure --
19   there's so many different things going on here, I'm
20   not sure what anybody is referring to here.
21   BY MR. SAUER:
22       Q.    Do you know what you're referring to?  Do
23   you remember referring to serial passage in ACE2
24   transgenic mice in connection with that call?
25       A.    No.
```

1       Q.    Do you know what that phrase means?

2       A.    Serial passage means you sequentially

3   passage a virus in mice; right?

4       Q.    In other words, is that another way of

5   having the virus gain function?

6       A.    It's possible.  You could decrease

7   function, you could gain function.  You could do any

8   of a number of things.  And I don't recall or

9   remember why or even to what I was even referring

10  when I said, "Question mark, question mark, serial

11  passage in ACE2 transgenic mice."

12             I don't recall that at all.

13      Q.    Jeremy responded, "Exactly" and then

14  further up, Francis Collins says, "Surely that

15  wouldn't be done in a BSL-2 lab," question mark.

16             Do you see that?

17      A.    Right.

18      Q.    Do you know why Francis Collins raised

19  that issue?

20             MR. KIRSCHNER:  Objection.  Calls for

21  speculation.

22             THE WITNESS:  I don't know why he did it

23  because I don't know the context in which he's

24  talking.  I would imagine if Francis is saying if

25  you're going to do in vivo studies with a virus that

DR. ANTHONY FAUCI  11/23/2022

1    might have some danger to it, that you would want to

2    do it in a higher level of containment, but I

3    don't -- I have to say I don't know what they're

4    talking about on these e-mails, and it doesn't ring a

5    bell with me at all.

6    BY MR. SAUER:

7        **Q.    Do you know whether that the -- whether**

8    **the research that was done by Peter Daszak and Shi**

9    **Zhengli in the Wuhan Institute of Virology was done**

10   **at a BSL-2 safety level?**

11       A.    When you're dealing with pseudo viruses

12   and in vitro things, it is generally done in a BSL-2.

13       **Q.    So is serial passage in ACE2 transgenic**

14   **mice generally done at BSL-2?**

15       A.    Well, it depends.  Each different country,

16   I believe, has their own level of restrictions about

17   where -- at what level of restriction a particular

18   experiment is done, in general.

19             And again, I'm hesitant to go there

20   because that's not my area of expertise.  But in

21   general, when you're dealing with the situation where

22   you need to take extra precautions in an in vivo

23   experiment, that you would do it in a BSL-3.  But

24   again, having said that, I am not sure of what the

25   connection between these different e-mails are

1    referring to.

2         **Q.    Above that, it says, "Wild West" and**

3    **that's from the e-mail from Jeremy in response to**

4    **Francis; correct?**

5         A.    Right.

6         **Q.    Did Jeremy have an understanding that --**

7    **to do the kind of research being referred to --**

8         A.    Right.

9         **Q.    -- at BSL-2 --**

10        A.    Right.  Yeah.

11        **Q.    -- safety conditions would be the Wild**

12   **West?**

13             MR. KIRSCHNER:  Objection.  Calls for

14   speculation.

15             THE WITNESS:  I actually don't know what

16   Jeremy is referring to when he says, "Wild West."

17   BY MR. SAUER:

18        **Q.    Did you have concerns about**

19   **performing gain-of-function research on viruses in**

20   **BSL-2 conditions?**

21             MR. KIRSCHNER:  Objection.  Ambiguous.

22             THE WITNESS:  No.  You're a using the term

23   gain-of-function which as I mentioned earlier in the

24   discussion has such a broad range of interpretation

25   that you would have to specifically tell me what

```
 1   experiment you're referring to.

 2   BY MR. SAUER:

 3       Q.    How about the experiment set forth in,

 4   I think it was Exhibit 2, the 2015 Shi and Baric

 5   paper, would those experiments be the sort to --

 6   would be --

 7       A.    Yeah.

 8       Q.    -- appropriate to perform at BSL-2

 9   functions -- sorry -- BSL-2 conditions?

10       A.    I have not familiarized myself with that

11   paper.  I don't know if I ever even read it

12   carefully.  It would take me probably an hour to read

13   through the paper to make a determination of what

14   particular level of function -- not function, level

15   of restriction it would be.

16            So I don't think I could answer that

17   question right now.

18       Q.    I'm handing you an Exhibit 11.  Do you see

19   that?

20       A.    I don't have anything in front of me yet.

21            MR. KIRSCHNER:  Counsel, could I have a

22   copy?

23            MR. SAUER:  Yeah.

24            (Dr. Fauci Exhibit No. 11 was marked for

25   identification.)
```

DR. ANTHONY FAUCI 11/23/2022

1  BY MR. SAUER:

2      Q.    Can you turn to the second page of this

3  document?  And is this an e-mail on February 7th of

4  2020 from Jeremy to you and Francis Collins with the

5  subject line "revised draft"?

6      A.    Yeah.

7      Q.    And it says, "Attachment:  Summary, Feb 7

8  PDF"; right?

9      A.    Right.

10      Q.    Is this -- did Jeremy send you a draft

11  of -- a paper that Eddie Holmes was working on that

12  arose from the February 1st conference call?

13      A.    You know, I don't recall.  I believe --

14  and, again, this is vague -- that a draft of a

15  summary of something was sent to me.  My recollection

16  is I really didn't have any meaningful comments on it

17  because it is, again, if I -- if it is a draft of

18  what it might have been, it would be involved in a

19  lot of complicated evolutionary virology that is not

20  my lane.

21      Q.    Turn to the next page, the actual

22  attachment.  Do you see where it says "overview" at

23  the very top?

24      A.    Yes.

25          MR. KIRSCHNER:  Counsel, you say this is

```
 1    the actual attachment.  I wanted to point out that is

 2    your characterization of it.  There's nothing

 3    indicating that it is necessarily the --

 4            MR. SAUER:  This is produced by NIH in

 5    response to FOIA requests --

 6            MR. KIRSCHNER:  I -- I understand, but --

 7    but there's -- I'm not saying -- I'm just saying for

 8    the record, it's not clear.

 9    BY MR. SAUER:

10        Q.    Under overview, do you see the third

11    sentence that's bolded beginning "Analysis of the

12    virus"?

13        A.    Yes.

14        Q.    That bolded sentence says, "Analysis of

15    the virus genome sequences clearly demonstrates that

16    the virus is not a laboratory construct or

17    experimentally manipulated virus"; correct?

18        A.    Correct.

19        Q.    Was that a conclusion that you and

20    Jeremy and Francis Collins discussed in this time

21    frame?

22        A.    As I mentioned before, I don't find -- I

23    am not qualified since I am not an evolutionary

24    virologist to make any kind of definitive

25    determination about whether a genome could or could
```

DR. ANTHONY FAUCI 11/23/2022

Page 122

```
 1   not be a laboratory construct or experimentally

 2   manipulative.

 3              I have relied, as anyone would, with

 4   highly qualified, respected evolutionary virologists

 5   to come to that conclusion or not.

 6        Q.    Were you involved in the response to the

 7   various FOIA requests for your e-mails from NIAID and

 8   NIH?

 9        A.    I'm -- I don't understand what you mean

10   was I involved in them.  I don't -- a FOIA request

11   does not come to me, and I look through my e-mails

12   and give the e-mails that they ask for.  We have a

13   system at the NIH where FOIA requests come in and a

14   different component of the institutes tap into the

15   e-mails and provide the e-mails that are requested.

16   I don't decide which e-mails go and don't go.

17        Q.    Do you approve redactions to them?

18        A.    I never redact -- I don't redact things.

19        Q.    So you don't have any involvement in

20   deciding what gets redacted and what doesn't?

21        A.    I have no involvement in what gets

22   redacted.  It gets redacted at multiple levels beyond

23   my -- beyond me.

24        Q.    I'm handing you Exhibit 12.

25              (FAUCI Exhibit No. 12 was marked for
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    identification.)

 2    BY MR. SAUER:

 3         Q.    If you look at the first page of this

 4    document?

 5         A.    Yes.

 6         Q.    And that's an e-mail, again, chain on

 7    February 4th between Jeremy Farrar, you, and

 8    Francis Collins; right?

 9         A.    Yes, I see that.

10         Q.    And the attachment is called

11    "Summary.DOCX"; right?

12         A.    Right.

13         Q.    And he says, "Please treat in confidence.

14    A very rough first draft from Eddie and team.  They

15    will send on an edited, cleaner version later today";

16    correct?

17         A.    Correct.

18         Q.    So you testified earlier that the

19    consensus of the call on September 1st was that they

20    needed to take more time to consider the arguments

21    back and forth; correct?

22         A.    It wasn't September.

23         Q.    I'm sorry.  January.

24         A.    Yes.

25         Q.    Okay.  And then by February 4th, the
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 124

```
 1    following Tuesday after that Saturday call, you had
 2    received a rough first draft of a -- a paper to be
 3    published as a result -- or to be authored --
 4         A.    Right.
 5         Q.    -- as a result of that; correct?
 6         A.    It says, "Please treat confidence.  A very
 7    rough draft."  So it looks like they did send it to
 8    me.  Right.
 9         Q.    And do you remember getting that draft?
10         A.    I don't recall specifically getting it,
11    but as I mentioned, if I did, I wouldn't have much
12    input into it since it's a draft, I'm sure, that
13    involves very complicated evolutionary virology of
14    which I'm not an expert.
15         Q.    And in the -- Jeremy had forwarded to you
16    lower down on that page the same e-mail we looked at
17    a moment ago where Eddie Holmes says, "Did not
18    mention other anomalies as this will make us look
19    like the^ "?
20         A.    Right.
21         Q.    Do you recall reviewing this draft?
22         A.    I might have looked at it, but I certainly
23    didn't make any meaningful comments since this is
24    outside of my lane of expertise.
25         Q.    If you can turn to the next page -- or
```

DR. ANTHONY FAUCI  11/23/2022

Page 125

```
 1    actually stay on that page for a minute.
 2             Jeremy says, "Pushing WHO again today"
 3    there in the top -- near the top of the page.
 4             Do you see where that is?
 5    A.    I'm sorry.  Top of the first page?
 6    Q.    Yeah.
 7    A.    And what are you referring to?
 8    Q.    Second paragraph of Jeremy's e-mail at the
 9    top of the page to you and Francis Collins.  It says,
10    "Pushing WHO again today"; correct?
11    A.    Yes.
12    Q.    Were you involved in any communications
13    with the WHO at that time to try to get them to act
14    on this project?
15             MR. KIRSCHNER:  Objection.  Asked and
16    answered.
17             THE WITNESS:  To my recollection, I didn't
18    have direct involvement with the WHO, not to my
19    recollection.
20    BY MR. SAUER:
21    Q.    Next page, second page of this document is
22    another e-mail from you we've seen before, right,
23    where you say we really need to get --
24    A.    Right.
25    Q.    -- WHO moving?
```

**DR. ANTHONY FAUCI  11/23/2022**

1     A.     Right.

2     **Q.     Does this jog your memory at all?  Do you**

3     **remember being involved in trying to get the WHO to**

4     **act?**

5     A.     The context of this exchange and the theme

6     of the discussion, although I, myself, did not

7     directly get involved in interactions with WHO on

8     this, was that we all felt that given the convening

9     power and the status of WHO, that we wanted to get

10    them involved because we wanted to make sure that

11    this was an open and transparent discussion that

12    involved international global health authority.

13           So it is perfectly consistent and

14    compatible that I would say we really need to get WHO

15    moving on getting the convening involved because we

16    wanted an open convening so that evidence and data

17    could be openly discussed.  That was the theme of

18    everything that was going on at the time.

19    **Q.     Can you turn ahead to the second-to-last**

20    **page of this document?**

21    A.     Yes.

22    **Q.     And this is an e-mail on Tuesday,**

23    **February 4th, from Jeremy to you and Francis Collins**

24    **with an attachment called "Summary.PDF"; right?**

25    A.     Correct.

DR. ANTHONY FAUCI  11/23/2022

1    Q.   And this says -- it just says "tidied up";

2  correct?

3    A.   Yes.

4    Q.   Did he send you a second draft that same

5  day the 4th that was, quote, tidied up?

6    A.   I don't recall.

7    Q.   You don't know if he sent you a second

8  draft?  Does this e-mail jog your recollection?

9    A.   The e-mail does very little to jog my

10  recollection.  Again, I had very little input or even

11  interpretation of the -- the -- the information

12  because it was in an area that is not my area of

13  expertise.  I don't know what he means by tidied up.

14  Usually --

15    Q.   Can you turn to the next -- I'm not asking

16  you about that.  Can you turn to the next page --

17       MR. KIRSCHNER:  Counsel, please don't

18  interrupt -- please don't interrupt the witness.

19  Just he's --

20  BY MR. SAUER:

21    Q.   I'm going to ask you to listen to

22  questions that I'm asking --

23    A.   I'm listening.

24    Q.   -- and answer the question that I'm asking

25  without going on long tangents.  Can you do that,

DR. ANTHONY FAUCI  11/23/2022

```
 1   please?
 2            MR. KIRSCHNER:  I --
 3            THE WITNESS:  I'd be happy to.  I don't
 4   think I'm going on long tangents, but I'm trying to
 5   put things --
 6   BY MR. SAUER:
 7       Q.    Well, can you turn --
 8       A.    -- into appropriate context.
 9       Q.    Can you turn to the next page of the
10   document?
11       A.    Yes.
12       Q.    This is the last page.  This is a
13   February 5th e-mail from Jeremy to you and Francis;
14   correct?
15       A.    It says, "Tony and Francis, the revised
16   draft from Eddie copied here."
17       Q.    And so he sent you a third draft on
18   February 5th?
19       A.    Right.
20       Q.    Two drafts on the 4th and a third draft on
21   the 5th; correct?
22       A.    I'm not keeping up with the different
23   ones.  So I can't say "correct" because you're going
24   really fast.
25       Q.    And you recall from the prior exhibit that
```

DR. ANTHONY FAUCI  11/23/2022

Page 129

```
1    there was another draft that was sent to you on

2    February 7th; correct?

3         A.    It appears that there were a couple of

4    drafts that were sent back and forth.

5         Q.    And those were -- when you say "a couple,"

6    it's about four so far; correct?

7         A.    I can't say.  At least a couple.  I don't

8    know exactly how many.

9         Q.    Were you aware during the same time frame

10   that Peter Daszak was organizing a statement for

11   The Lancet --

12              MR. KIRSCHNER:  Objection.

13   BY MR. SAUER:

14        Q.    -- about the origins of the virus?

15              MR. KIRSCHNER:  Objection.  Speculative,

16   also vague.

17              THE WITNESS:  I don't recall.

18   BY MR. SAUER:

19        Q.    Are you aware that a -- a letter was

20   published in The Lancet in February of 2020 organized

21   by Peter Daszak?

22        A.    You know, I really don't recall this.

23   Again, getting to my statement about context, you're

24   talking about a period of time when thousands of

25   things come across my desk.  So I don't -- I don't
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   recall anything specific about something that

 2   Peter Daszak may or may not have written for Lancet.

 3           If I saw it, perhaps, not guaranteed, it

 4   might jog my memory, but I don't recall that right

 5   now.

 6       Q.    I'm handing you Exhibit 13.

 7             (FAUCI Exhibit No. 13 was marked for

 8   identification.)

 9             MR. KIRSCHNER:  May I ask the witness if

10   he needs a break or if he's okay.

11             THE WITNESS:  I'm okay.

12   BY MR. SAUER:

13       Q.    Can you turn to the third page of this

14   document?

15       A.    Third page.

16       Q.    And the top half of this page there's a

17   e-mail from Jeremy to -- that begins "Francis and

18   Tony"; correct?  Do you see that e-mail?

19       A.    I'm reading it.  Yeah.

20       Q.    In that third bullet point in his e-mail,

21   his e-mail is talking about contact with WHO again;

22   correct?

23       A.    Correct.

24       Q.    There's been a number of e-mails.  We

25   talked about that already; correct?
```

 1      A.     Yeah.

 2      Q.     **Third bullet point in his e-mail, he says,**

 3   **"We can have a call this week with the core group of**

 4   **that to frame the work of the group including if you**

 5   **could join."**

 6      A.     Right.

 7      Q.     **And I take it he's inviting you and**

 8   **Francis Collins to join a call to discuss framing the**

 9   **work of the WHO convened group?**

10      A.     Right.

11      Q.     **Is that right?**

12      A.     Right.

13      Q.     **Did you have that call?**

14      A.     I don't recall.  Like I said before, this

15   was mostly a Jeremy-led thing, and I don't recall

16   having a call with WHO.  It's possible that we did,

17   but I don't recall.

18      Q.     **Two bullet points down, it says, "With**

19   **names to be put forward into the group from us,**

20   **and pressure on this group from your and our teams**

21   **next week."  Correct?**

22      A.     That's what it says.

23      Q.     **First half of that line, it talks about,**

24   **"Names put forward into the group from us."  Did you**

25   **put forward names for this group for the WHO, or do**

DR. ANTHONY FAUCI  11/23/2022

```
 1    you recall doing that?
 2         A.    I think, if you go back -- and when you
 3    say "recall," I recall because the first page of the
 4    cluster of e-mails that you just sent me is an e-mail
 5    from Jeremy to me and Francis saying, "Thank you.
 6    Pardis is great, respected by everyone."
 7              He's referring to Pardis Sabeti.  And as
 8    the e-mail jogs my memory, I believe I made the
 9    suggestion that if you want to have another expert on
10    coronavirus evolution for the working group that
11    I assume is the group in the second bullet of the
12    e-mail from Jeremy to Francis and I, where it says,
13    "They have asked for names to sit on that group.
14    Please do send any names," and I believe that in
15    response -- not I believe.
16              It looks clearly obvious that in response
17    to that e-mail request from Jeremy, I said, "I left
18    out an important name for the group, Pardis Sabeti at
19    the Broad Institute of MIT and Harvard."
20              And Jeremy writes back, "Thank you.
21    Pardis is great.  Respected by everyone."
22         Q.    And you had provided -- top half of the
23    second page of the document, you had provided the
24    list to Jeremy --
25         A.    Right.
```

```
 1        Q.      -- of people to include in the WHO's work?
 2        A.      Correct.
 3        Q.      How did you come up with these names?  Did
 4   you talk to anyone before proposing them to Jeremy?
 5        A.      I don't believe I did.  I just -- I may
 6   have.  I just -- I don't recall.  It's likely because
 7   these are people, some of whom I know well and I
 8   probably asked around my institute for other people
 9   who are fluent in molecular virology.
10        Q.      How about Joseph DeRisi, third name on the
11   list, at the Chan Zuckerberg Biohub.  What's the Chan
12   Zuckerberg Biohub?
13        A.      I haven't referred it as Biohub, but the
14   Chan Zuckerberg has supported research institutions
15   at the University of California at San Francisco.
16   That might be what he's referring to, because --
17        Q.      This is he -- this is you; right?  This is
18   your e-mail?
19        A.      Yeah.  But again -- these are names that
20   were given, I believed, even though the e-mail is
21   from me to Jeremy, several of these names, I almost
22   certainly got by asking members of my institute, such
23   as people in the division of microbiology and
24   infectious diseases for some names of people who
25   might actually be able to be contributory to the
```

DR. ANTHONY FAUCI  11/23/2022

 1   working group.

 2          Let me give you some examples so you can

 3   be clarified.  Harold Varmus I know very well.

 4   Former Nobel Prize winner and former director of the

 5   NIH.

 6      **Q.    I'm really not asking you to go through**

 7   **the whole list.  I just want to focus on --**

 8      A.    Well, I want to put it into a context.

 9      **Q.    I'm going to ask you to listen to the**

10   **question that I'm asking and answer that question.**

11          **This is an extremely long answer that is**

12   **absolutely nonresponsive.  I just asked you about**

13   **Joseph DeRisi.  Did you originate that name?**

14          MR. KIRSCHNER:  I will say before

15   Dr. Fauci responds, if he has to provide proper

16   context, he provides proper context.  You can ask

17   your question, and then Dr. Fauci will provide his

18   response.

19          THE WITNESS:  Yeah, it's very important to

20   me to provide the context because there are certain

21   names on this list that I don't even recognize.

22   BY MR. SAUER:

23      **Q.    How about Joseph DeRisi?**

24      A.    I don't recognize that name.  It was

25   almost certainly given to me by someone in my

DR. ANTHONY FAUCI 11/23/2022

```
 1   institute.  And the reason --
 2        Q.    How about the name -- the name below?
 3        A.    I'm sorry.  I got to finish.
 4        Q.    Go ahead.
 5        A.    This is context, sir.
 6              I don't recognize Joseph DeRisi.  I may
 7   have heard of him.  I know Harold Varmus well.  I
 8   know Dan Gannon well.  I don't know Eugene Koonin
 9   well.
10              So the point that I'm putting into context
11   is that it is highly likely that these names were
12   given to me in part by others.
13              So you're asking about Joseph DeRisi, and
14   Joseph DeRisi's name does not ring a bell.
15        Q.    How about Pardis Sabeti on the page
16   before?
17        A.    Pardis Sabeti does.  She's a well-known
18   virologist.
19        Q.    Did you talk to her before you sent her
20   e-mail to Jeremy for inclusion in the WHO group?
21        A.    Unlikely that I pulled Pardis.  I likely
22   just know her well enough that I would have put her
23   name in.  But perhaps I did call her.  But unlikely
24   that I did.  She's such a well-known figure in
25   molecular virology that it is not unusual for me to
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   say, "Of course include Pardis Sabeti."

 2        Q.    How about Don Gannon?

 3        A.    Don Gannon is well-known person.

 4        Q.    Did you talk to him before you put his

 5   name on this list to Jeremy?

 6        A.    I don't believe I did.  I don't believe I

 7   spoke to anyone on this list.  I just pulled the

 8   names out.  Some of which I knew, like Varmus and

 9   Nabel, and some of which were very likely given to me

10   by my staff.

11        Q.    Turn back to the third page of the

12   document, Jeremy's e-mail to you and Francis.  In the

13   third bullet point we talked about earlier, it talks

14   about having a call to, quote, frame the work of the

15   group.

16             Do you know what he was referring to when

17   he was asking you -- or he wanted to frame the work

18   of the group?

19        A.    I can't say exactly that I know what he

20   means by frame the work of the group, but in

21   experience in dealing with a number of working

22   groups, when you frame the work of the group, you

23   usually start off by saying, "What is the theme and

24   what is the question we're asking?  Let's frame the

25   discussion.  What's the issue at hand?"
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    Do you recall any discussions about
 2   wanting to the frame the work of the WHO group?
 3        A.    I don't recall anything about framing it,
 4   but --
 5        Q.    Two bullet points lower down, you see
 6   there's a bullet point about the WHO, Jeremy says
 7   he -- refers to pressure on this group from your and
 8   our teams next week.
 9              Do you know what pressure he's referring
10   to?
11        A.    I don't.
12              MR. KIRSCHNER:  Objection.
13   Mischaracterizes the record.
14              THE WITNESS:  I don't know what Jeremy is
15   referring to when he says pressure on this group.
16   BY MR. SAUER:
17        Q.    Do you recall any discussion of having
18   anybody pressure the WHO in its work related to this
19   origins of the virus investigation?
20        A.    I don't have any inkling at all of
21   pressuring them.  The one thing that's clear from the
22   e-mails and my recollection is that everyone wanted
23   the WHO to get involved because of their convening
24   power and their credibility.  We all wanted to make
25   this an open discussion, and the WHO was the most
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   appropriate forum for an open discussion.
 2           So I don't think a belief had anything to
 3   do with pressuring the WHO to do anything, merely to
 4   get them to meet.
 5           You're sniffling.  You sure you don't have
 6   a cold.
 7       Q.    Exhibit 14?
 8             (FAUCI Exhibit No. 14 was marked for
 9   identification.)
10           MR. KIRSCHNER:  Counsel, can I have
11   copies?
12   BY MR. SAUER:
13       Q.    Can you -- during this same time frame
14   we've been talking about, was there also a discussion
15   of having the WHO sponsor a trip to China to
16   investigate the virus?
17           MR. KIRSCHNER:  Objection.  Calls for
18   speculation.
19           THE WITNESS:  You know, I don't recall.
20   You're asking, Mr. Sauer, about during this
21   discussion, was there discussion about WHO going to
22   China.
23           Well, I know now, memory-wise,
24   that WHO did send a group to China.
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

Page 139

1      Q.     Did that group include Cliff Lane of your

2  staff?

3      A.     Let me answer the question.  The question:

4  Did I know about it then?  And I'm saying right now,

5  I don't recall, at this particular time, whether they

6  were talking about a group going to China.

7           I do know that they wanted to put together

8  a WHO group and they may have and they likely did ask

9  HHS, who asked NIH, who would be a good person to go

10  to China to see -- you know, to get some information

11  about what exactly evolved in China.

12      Q.     Did you make a recommendation about who

13  would be a good person to go to China around February

14  2020?

15      A.     I believe I recommended Dr. Clifford Lane.

16  I recommended or it was obvious because he's a very

17  well-known, competent person.  So it is highly likely

18  that I recommended him.  Though I don't specifically

19  remember, it would be very compatible with the

20  process that I would recommend him.

21      Q.     Do you remember why you were sent an

22  e-mail that says, "WHO advance team on way to China,

23  Tedros tweet"?

24      A.     No idea.

25      Q.     You believe you may have recommended Cliff

1    Lane for that -- for that trip, but you don't know

2    for sure?

3         A.    It's highly likely I would recommend him

4    if anyone asked me who would go on an international

5    trip.  Dr. Lane has extensive experience in dealing

6    at the international level with a number of

7    countries, including the work he did in Africa with

8    Ebola and in Southeast Asia.  So he's a very

9    experienced person at the international level.

10             It's entirely likely, if not very likely,

11   that I would have recommended him.

12        Q.    Did he actually attend that trip?

13        A.    Yes, he did.

14        Q.    During February of 2020 in the kind of

15   month we've been talking about, did you make any

16   public statements about the origins of the virus?

17        A.    That's a very broad question.  I don't

18   recall if I did.

19        Q.    Okay.  Well, did you have any -- did you

20   have any contact with Peter Daszak or conversations

21   with him about the origins of the virus?

22        A.    I don't recall.  I may have, but I don't

23   recall.

24        Q.    You testified earlier that you don't

25   really know Peter Daszak; is that right?

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        A.    I don't know him very well at all.

 2        Q.    Have you ever done a joint podcast with

 3   him?

 4        A.    You know, that was brought -- it was

 5   interesting.  I think someone recently -- I don't

 6   know when whether it was our discussion or not.  I

 7   don't remember -- brought up that I did do some sort

 8   of an interview with him, but if it had not been

 9   brought to my attention, I would not have remembered

10   it.  I've done several hundred podcasts, maybe --

11   several hundred podcasts.

12              (FAUCI Exhibit No. 15 was marked for

13   identification.)

14   BY MR. SAUER:

15        Q.    I'm handing you Exhibit 15.

16              Does this document jog your memory of

17   doing a podcast with Newt Gingrich and Peter Daszak

18   on February 9th, 2020?

19        A.    Well, there's an advertisement that said

20   that I'm Newt Gingrich's guest.  If you had not put

21   this in front of me, I likely would not have

22   remembered it.  Like I said, I've done at least

23   several hundred podcasts over the last couple of

24   years.

25        Q.    Do you remember this one in particular now
```

DR. ANTHONY FAUCI  11/23/2022

1    **that you see this?  Do you remember doing this**

2    **podcast?**

3         A.    I don't -- I don't remember it

4    specifically, but since the e-mail indicates that the

5    podcast occurred, I don't even say I vaguely remember

6    that podcast.  Like I said, I've done many podcasts.

7         **Q.    At the top you say, "Definitely for the**

8    **director's page."  What are you referring to?  What's**

9    **the director's page?**

10        A.    Whenever we do a media thing or a podcast

11   or a paper that comes out that the people who are

12   interested in the goings on of the National Institute

13   of Allergy and Infectious Diseases, we sometimes put

14   it on the director's page, which is the link when you

15   go to NIH.gov and then NIAID.gov, you get the

16   director's page, and on that are various links for

17   people to access things that we may have done.

18        **Q.    I'm handing you a document that's marked**

19   **Exhibit 16.**

20             **(FAUCI Exhibit No. 16 was marked for**

21   **identification.)**

22   BY MR. SAUER:

23        **Q.    And this is an informal transcription of**

24   **some of your remarks in that podcast.**

25             **Do you see at the top there it says --**

**DR. ANTHONY FAUCI  11/23/2022**

Page 143

```
 1   there's a timestamp, 18:48, Newt.  Do you see that?
 2        A.    Yes.
 3        Q.    And it quotes Newt Gingrich as saying, "I
 4   don't know if you had access to enough information
 5   from the Chinese, but as you know, there is sort of
 6   an urban legend that there is a biological warfare
 7   center in Wuhan and that the coronavirus escaped from
 8   that.  Do you have any sense where it probably came
 9   from"; correct?
10             MR. KIRSCHNER:  Objection.  Lack of
11   foundation.
12   BY MR. SAUER:
13        Q.    Is that what it says?
14        A.    You just read it correctly, yes.
15        Q.    And then the transcript reports you as
16   responding at 19:06:  "Well, I think ultimately we
17   know that these things come from an animal reservoir.
18   I heard these conspiracy theories and like all
19   conspiracy theories, Newt, they're just conspiracy
20   theories."
21             Do you see that?
22        A.    Yes, I do.
23        Q.    Do you recall making that comment on
24   Newt Gingrich's podcast?
25             MR. KIRSCHNER:  Objection.  Lack of
```

 1  foundation.

 2          THE WITNESS:  I don't recall making it,

 3  but if this is a correct transcript, then it's clear

 4  that I made that statement, but I don't recall making

 5  that statement.

 6  BY MR. SAUER:

 7      Q.    Do you recall thinking on February 9th,

 8  2020, that it was, quote -- or that we know these

 9  things come from an animal reservoir?

10      A.    The background of saying that we know

11  things come from an animal reservoir because the

12  history of the evolution of new microbes from an

13  animal reservoir to a human is very clear.  I could

14  give you a number of examples, but one in particular

15  to save time is that SARS-CoV-1, very similar

16  circumstances to SARS-CoV-2, was for a while not

17  knowing what it evolved, but it became clear that it

18  went from a bat to a civet cat to a human.  So very,

19  very similar --

20      Q.    Can I direct your attention to another ^

21  page, if I may?

22      A.    Yeah.

23      Q.    At 34:30 Newt says -- you see halfway

24  down, second bullet point?

25          MR. KIRSCHNER:  Counsel, I would ask for

DR. ANTHONY FAUCI  11/23/2022

Page 145

```
 1   you not to interrupt the witness.
 2            MR. SAUER:  He was giving a completely
 3   nonresponsive answer.  I'm just asking --
 4            THE WITNESS:  No, actually I was -- I was
 5   responding to the issue of what you mean by coming
 6   from an animal reservoir, and what I was saying is
 7   that my statement that things -- and I'll quote the
 8   exact words -- "these things come from an animal
 9   reservoir," and the context of that is, is ample
10   historical experience that these things
11   overwhelmingly come from an animal reservoir.  I was
12   putting it into context.
13   BY MR. SAUER:
14        Q.   Thank you for that.
15             Can I direct your attention now to the
16   second bullet point beginning 34:30?
17             Do you see that?
18        A.   Yes.  Yeah.
19        Q.   Where Newt says, the coronavirus probably
20   came from one of the flea markets, although there was
21   a secondary rumor that there is a biological weapons
22   laboratory in Wuhan --
23            THE REPORTER:  I'm sorry, Counsel.  Can
24   you slow down?
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

1      Q.      There is a secondary rumor that there is a

2   biological weapons laboratory in Wuhan and it may

3   have come from there.  Is it your sense that it's

4   almost certain that it came from an animal to human

5   transition -- transmission.  Do you see that?

6      A.    I do.

7      Q.      And then the transcript quotes Daszak

8   saying, "All the evidence says that is what

9   happened"; is that right?

10              MR. KIRSCHNER:  Objection.  Lack of

11   foundation.  Speculative.

12              THE WITNESS:  That's what it says.  It

13   says, Daszak, quote, "All the evidence say that is

14   what happened."

15   BY MR. SAUER:

16      Q.    Do you recall Daszak saying that?

17              MR. KIRSCHNER:  Again, objection.  Lack of

18   foundation.

19              THE WITNESS:  I don't recall hardly

20   anything about this interview since, as I mentioned,

21   I give hundreds of podcasts.  So I cannot say that I

22   recall Daszak making that statement, though, if this

23   transcript is correct, it appears that he has made

24   the statement.

25   BY MR. SAUER:

DR. ANTHONY FAUCI 11/23/2022

```
 1        Q.    Does this jog your recollection of having
 2   any communications with Daszak about the origins of
 3   the virus in February of 2020?
 4              Do you remember any such communication?
 5        A.    I told you before that I did not remember
 6   any direct conversations with him about the origin,
 7   and I said I very well might have had conversations,
 8   but I don't specifically remember conversations.  If
 9   you are implying, understandably, that being on a
10   podcast with Dr. Daszak in which the origins were
11   discussed, if that constitutes a discussion with him
12   about it, I guess I had a discussion, but at the time
13   you asked the question, I did not recall having a
14   discussion with him about the origins.
15        Q.    How about Dr. Ralph Baric?  We talked
16   about him earlier.  Did you say you knew him or not?
17        A.    I know of him.  I wouldn't say I know him.
18   I'm not sure.  I may have met him at a meeting or
19   not.  I certainly know who he is.  He's a
20   well-established scientist.  I cannot say for certain
21   if I've ever met him.
22        Q.    Okay.  Did you ever -- so you don't recall
23   ever having a one-on-one meeting with him of any
24   kind?
25        A.    I don't recall.  It's possible.  I have
```

DR. ANTHONY FAUCI  11/23/2022

1    meetings with hundreds, if not thousands, of

2    scientists over the years that I've been at this

3    position.

4        Q.    I'm handing you Exhibit 17.

5            MR. KIRSCHNER:  Counsel, I would like to

6    take a break soon.  Are we kind of finishing up a

7    line of questioning or --

8            MR. SAUER:  Yeah, we can do that after the

9    exhibit, if that's what you want.

10            MR. KIRSCHNER:  Okay.  Can I have the

11    exhibit myself?

12            (FAUCI Exhibit No. 17 was marked for

13    identification.)

14            THE WITNESS:  So is this 17?

15            MR. SAUER:  Yeah.

16            THE WITNESS:  Thank you.

17    BY MR. SAUER:

18        Q.    Do you see this exhibit is a page from

19    your official Outlook calendar dated February 11th,

20    2020?

21        A.    Right.

22        Q.    And then if you look at 2:30 p.m. in the

23    afternoon that day, there's a meeting marked that

24    says, "Hold meeting with Dr. Ralph Baric."

25            Do you see that?

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    I do.
 2        Q.    And indicated on it is that the invitation
 3   came from Emily -- sorry -- Emily Erbelding; correct?
 4        A.    Correct.
 5        Q.    Was that -- did that meeting occur?  Did
 6   you and Emily have a meeting with Dr. Ralph Baric on
 7   February 11th, 2020?
 8             MR. KIRSCHNER:  Objection.  Speculative.
 9             THE WITNESS:  You know, I don't recall the
10   meeting, but it's on my calendar.  And as I mentioned
11   a moment ago, I might have had a meeting with him.  I
12   don't recall.
13             Getting into context, it says 7A-18, which
14   is our conference room.  If one goes back and looks,
15   I have literally hundreds of meetings in 7A-18 with
16   scientists who we fund, who we don't fund, who come
17   in and visit the NIH.
18   BY MR. SAUER:
19        Q.    What did you discuss in this meeting, if
20   you remember?
21        A.    I don't recall the discussion that we had
22   at 2:30 on February the 11th, 2020.  I just don't
23   recall it.
24             MR. SAUER:  We can take a break there, if
25   you want?
```

1                THE WITNESS:  Sure.

2                THE VIDEOGRAPHER:  Okay.  Stand by.  The

3      time is 11:09 a.m., and we're going off the record.

4                (Recess.)

5                THE VIDEOGRAPHER:  The time is 11:21 a.m.,

6      and we're back on the record.

7      BY MR. SAUER:

8          **Q.    Dr. Fauci, I want to circle back to**

9      **something you said a little while ago before I**

10     **forget.  You said that misinformation and**

11     **disinformation can lead to loss of life; correct?**

12         A.    Right.

13         **Q.    And I think that was in the context of**

14     **talking about the misinformation and disinformation**

15     **on social media, among other things; is that correct?**

16         A.    However it's disseminated, it can lead to

17     loss of life.

18         **Q.    Is it your view that misinformation and**

19     **disinformation on social media can lead to loss of**

20     **life?**

21                THE WITNESS:  What's the matter?

22                THE COURT REPORTER:  Nothing.

23                THE WITNESS:  You're shaking your head.

24                THE COURT REPORTER:  I need counsel to

25     slow down.

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   BY MR. SAUER:
 2       Q.    Is it your view that misinformation and
 3   disinformation on social media can lead to loss of
 4   life?
 5       A.    I think in any situation where egregious
 6   misinformation such as some of the ones I referred to
 7   before, such as information that would discourage
 8   people from getting vaccinated, that in my mind,
 9   would be a way that life that could otherwise have
10   been saved would be lost, if people were persuaded
11   not to pursue a life-saving intervention.
12       Q.    Do you think that there should be steps
13   taken to curb the spread of misinformation and
14   disinformation?
15       A.    You know, that's not my area.  I'm very
16   well aware of the concept of freedom of speech.  The
17   area of the curtailment of that is something that is
18   not in my area of the expertise.  Those are legal and
19   other things.  And I really don't have any opinion on
20   that.
21       Q.    Have you ever contacted a social media
22   company and asked them to remove misinformation from
23   one of their platforms?
24       A.    No, I have not.
25       Q.    Is that something you ever discussed with
```

1    Mark Zuckerberg?

2        A.    To my knowledge, we have not -- my

3    discussions with Mark Zuckerberg were very clearly

4    directed at getting me on some Facebook podcast to

5    encourage people to get vaccinated.  That was the

6    extent of our conversations.

7        Q.    **Has anyone on your staff, you know, at**

8    **NIAID, ever reached out to a social media platform to**

9    **ask them to take content down or to block content in**

10   **any way?**

11            MR. KIRSCHNER:  Objection.  Speculative.

12            THE WITNESS:  To my knowledge, no.  But

13   again, I don't know everything that goes on, but

14   certainly nothing that I was made aware of that they

15   were doing.

16   BY MR. SAUER:

17       Q.    **Let me give you Exhibit 18.**

18            **(FAUCI Exhibit No. 18 was marked for**

19   **identification.)**

20   BY MR. SAUER:

21       Q.    **Do you see this short e-mail from Ian**

22   **Lipkin dated February 11th, 2020?**

23            MR. KIRSCHNER:  Objection.  Lack of

24   foundation.

25            THE WITNESS:  To whom was the e-mail

DR. ANTHONY FAUCI  11/23/2022

 1   written to?

 2   BY MR. SAUER:

 3       **Q.    Do you know if you were copied on this**

 4   **e-mail?**

 5       A.    Well, let me read it first, and then I'll

 6   see.

 7            Is this an e-mail from Ian to me?

 8       **Q.    That's my question.  Do you know if this**

 9   **is an e-mail from Ian to you?**

10       A.    You know, I can't say for sure.  I mean,

11   again, just in the spirit of the context that I've

12   been trying to establish here, I average a couple of

13   thousand e-mails a day.  So this could have been --

14       **Q.    Do you have any recollection of this one?**

15       A.    I don't have a recollection of it.  It's

16   entirely possible that Ian wrote this to me.  Ian

17   communicates with me -- I wouldn't say a lot, but

18   enough to recognize an e-mail when -- and I will send

19   it, I'll read it, but I don't recognize this

20   particular e-mail.

21       **Q.    Can I direct your attention to the last**

22   **sentence where Ian says, "Given the scale of the bat**

23   **CO research pursued there -- that is to say at the**

24   **institute in Wuhan -- and the site of the emergence**

25   **of the first human cases, we have a nightmare of**

1    circumstantial evidence to assess."

2            Do you see that?

3        A.    I do.

4        Q.    Do you know what he is talking about?

5            MR. KIRSCHNER:  Objection.  Speculative.

6    BY MR. SAUER:

7        Q.    If you know.

8        A.    I am not certain of what he's referring

9    to.  I could surmise what he is referring to is

10   that -- and I think it has to do with circumstantial

11   evidence, is that whenever you have a situation when

12   research is being done and you might have an

13   outbreak, then there will be always people who

14   immediately jump on and say, "Well, this could have

15   had to do with the research."

16       Q.    Did you think it was a nightmare of

17   circumstantial evidence, these factors he's referring

18   to, given that there's a lot of bat coronavirus

19   research pursued at the Institute in Wuhan, and that

20   the first human cases emerged in Wuhan, you view that

21   as a nightmare of circumstantial evidence?

22           MR. KIRSCHNER:  Objection.  Vague.

23   Ambiguous.  Compound.

24           THE WITNESS:  I don't -- at least that's

25   not my style to think in terms of circumstantial

1    evidence.  I think anyone who is involved in the

2    field knows that when there's an outbreak, there's

3    always a concern of how did it happen?  What

4    happened?

5             And when you have an element that there is

6    a research institution involved, there is always

7    speculation that it has something to do with research

8    institution.  I mean, we have been in situations

9    where people questioned what's going on up in

10   Frederick, Maryland, even though there's nothing

11   going on in Frederick, Maryland, to my knowledge,

12   that is of any concern that people always refer to as

13   "Oh, there's that kind of research going on."

14   BY MR. SAUER:

15        **Q.    Would it be a nightmare if it turned out**

16   **that, in fact, that the virus had escaped --**

17   **accidentally escaped from a lab in Wuhan?**

18        A.    You know, again, you're use the word

19   "nightmare," you know, kind of a -- a sort of a vague

20   thing that means different things to different

21   people.

22        **Q.    How would you describe it?**

23        A.    I mean if -- and I have to emphasize "if,"

24   and I believe the evidence weighs much more toward a

25   natural occurrence, even though you always keep an

DR. ANTHONY FAUCI 11/23/2022

1  open mind as to what the origin and etiology is,

2  certainly if that happened, then the purpose of

3  knowing that is try and make sure, looking forward,

4  that those things don't happen again.  The purpose of

5  trying to determine the origin of an outbreak is to

6  see what you can do, looking forward, to prevent it

7  from happening again and it goes both ways.  If it's

8  a factual occurrence, then you want to make sure that

9  you get good animal human surveillance.

10     **Q.    How about it was not a natural occurrence**

11  **on the hypothetical, and it, in fact, escaped from**

12  **the lab and in fact that the research that had**

13  **created the virus was partly funded by NIAID, would**

14  **that be a nightmare scenario?  Can you pick a word**

15  **that would describe the scenario to your knowledge?**

16     A.    Well, I'm going to go to context because

17  you're asking a question that I think needs to be

18  explained.  If you look at the molecular makeup of

19  SARS-CoV-2 and you look at the viruses that were

20  studied under the auspices and funding of the

21  subaward to the Wuhan Institute, those bat viruses

22  evaluated by anyone with even a reasonable

23  acquaintance with evolutionary virology would tell

24  you that given those viruses that they worked on,

25  reported on, and published on was so far removed from

DR. ANTHONY FAUCI  11/23/2022

Page 157

1    SARS-CoV-2, that it would be molecularly impossible,

2    even if people tried to manipulate them to become

3    SARS-CoV-2 they wouldn't become SARS-CoV-2.

4           So the idea of conflating research that's

5    funded by NIH to look at in a surveillance way the

6    bat viruses that were circulating in that area, you

7    can talk to any unbiased molecular virologist and you

8    can say that the evolutionary difference between

9    those viruses and SARS-CoV-2 would make it

10   essentially impossible to have this turn into this.

11          And what happens, is when you talked about

12   laboratory leaks and the things you're referring to

13   here, people inappropriately conflate that with

14   research funded by the NIH.  And it's apples and

15   oranges.

16          Could something have, quote, leaked out of

17   a Chinese lab?  I have always kept an open mind that

18   that is possible.  Could it have happened by the

19   experiments that were done and reported that were

20   funded by the NIH?  Getting back to what I said a

21   moment ago, molecularly, that could not have

22   happened.

23      Q.   **What about experiments that were done but**

24   **weren't reported.  For example, are you aware that a**

25   **whole large number of genomic sequences were pulled**

 1    down in September of 2019 from the Wuhan Institute of

 2    Virology's website?  Are you aware of that?  It's a

 3    yes or no question.

 4              MR. KIRSCHNER:  Objection.  Lack of

 5    foundation.

 6              THE WITNESS:  Tell me what you're

 7    referring to.

 8    BY MR. SAUER:

 9        Q.    Well, are you aware that genomic sequences

10    of viruses were removed from publicly available

11    databases in September of 2019 at the Wuhan Institute

12    of Virology?

13        A.    I am aware of that context.  Those

14    sequences were also, even though they were removed

15    from a bank that has nothing do with my institute,

16    those sequences were published in the literature.

17              So it isn't as if they were unknown.

18        Q.    Let me ask you this.  Actually, let me

19    give you another exhibit.

20              (FAUCI Exhibit No. 19 was marked for

21    identification.)

22    BY MR. SAUER:

23        Q.    I'm handing you Exhibit 20.

24              MR. KIRSCHNER:  Twenty or 19?

25              MR. SAUER:  You're right.  It's 19.

DR. ANTHONY FAUCI 11/23/2022

1    BY MR. SAUER:

2        **Q.    Do you recognize this as the preprint**

3    **version of the proximal origin of SARS-CoV-2 dated**

4    **February 17th of 2020?**

5        A.    Yeah, this looks like the preprint that

6    antedated the full papers that were published in the

7    peer-reviewed literature.  This is a preprint.

8        **Q.    Did you review the preprint when it came**

9    **out?  Did anyone send it to you?  Do you know?**

10            MR. KIRSCHNER:  Objection.  Asked and

11    answered.

12    BY MR. SAUER:

13        **Q.    Do you know?**

14        A.    Again, I -- a lot of things get sent to

15    me.  I -- it likely is that they probably sent a copy

16    of this to Dr. Collins and I, though I don't

17    specifically recall it.

18        **Q.    Do you know if you reviewed it when the**

19    **preprint came out?**

20            MR. KIRSCHNER:  Objection.  Asked and

21    answered.

22            THE WITNESS:  It -- it depends.  I think I

23    answered that question before, did I not?

24    BY MR. SAUER:

25        **Q.    I'm just asking you again.  I don't**

DR. ANTHONY FAUCI  11/23/2022

1   remember what you said.

2        A.    Well, let me try and remember and make

3   sure that it's both true and consistent, that it is

4   likely that this was sent to me.  When you say review

5   a paper, review means different things to different

6   people.

7             Did I look through it?  Yes.  Did

8   I fully understand the molecular virology of it?

9   Unlikely, because I'm not an evolutionary virologist.

10  Did I make any substantive comments on it?  Unlikely,

11  because that would not be my position since I'm not

12  an evolutionary virologist.

13       Q.    Now, you have been copied on four drafts

14  of this paper prior to this on February 4th, 5th, and

15  7th; correct?

16       A.    Correct.

17       Q.    Those drafts were sent to you by

18  Jeremy Farrar as written up by Eddie Holmes?  Do you

19  recall that?

20       A.    I'm not sure it was written up by

21  Eddie Holmes, but it was sent from me, I believe.

22  You showed me an -- you showed me a lot of e-mails

23  and papers before.  I don't have an exact

24  recollection of the name of the person who sent it

25  versus the one who was referred to, but the names of

**DR. ANTHONY FAUCI  11/23/2022**

 1   Eddie Holmes and Jeremy Farrar are certainly

 2   associated with the paper.

 3        **Q.    And, in fact, if you look at the author**

 4   **line, there's five authors associated with it;**

 5   **correct?**

 6        A.    Yes.

 7        **Q.    And all of those people are on that**

 8   **February 1st call at 2:00 p.m. organized by**

 9   **Jeremy Farrar; correct?**

10        A.    I believe so.  I -- yeah, I believe so,

11   but I'm not a hundred percent sure.  Was he and

12   Lipkin on the call?  He might have been.  I know that

13   the others very likely were on the call.

14        **Q.    Is that Ian Lipkin who one week -- or six**

15   **days earlier had sent an e-mail saying that we have a**

16   **nightmare of circumstantial evidence to address?**

17             MR. KIRSCHNER:  Objection.  Lack of

18   foundation.

19   BY MR. SAUER:

20        **Q.    Is that the same human?**

21        A.    Well, Ian Lipkin is Ian Lipkin.  There

22   aren't a lot of Ian Lipkins that I know.

23        **Q.    Can you turn to the second page of the**

24   **document?  Second paragraph, last sentence, it says,**

25   **"Importantly, this analysis provides evidence that**

1    SARS-CoV-2 is not a laboratory ^ construct nor a

2    purposely manipulated virus"; correct?

3        A.    Correct.

4        Q.    Did you have any discussions with any of

5    these authors about that conclusion?

6            MR. KIRSCHNER:  Objection.  Asked and

7    answered.

8            THE WITNESS:  I don't recall whether I had

9    a discussion with the authors about that last

10   statement.  When I looked at the paper for things

11   that you understand are clear sentences like that and

12   not necessarily things like Figure 1, which go into

13   the mutations and contact residues, et cetera.  So I

14   am certain that having looked at it, I was aware of

15   what their conclusion was.  I don't recall discussing

16   specifically that conclusion with them.

17   BY MR. SAUER:

18       Q.    How about with Francis Collins?  Did you

19   discuss it with him?

20       A.    It's possible.  I mean, Francis and I know

21   each other very well.  He's the director of NIH.  I

22   would not be surprised if I had in the discussion a

23   mention of and perhaps discussion of the conclusion

24   of that paper.

25       Q.    How about with Jeremy Farrar?  Did you

DR. ANTHONY FAUCI  11/23/2022

1   have any discussions with him about the conclusion?

2        A.    I don't recall.  I would not be surprised

3   if I did, but I don't specifically recall.  It would

4   be much more likely that I had a conversation of that

5   type with Dr. Collins, possibly with Dr. Farrar, but

6   I don't know for sure.

7        Q.    I'm handing you Exhibit 20.

8              (FAUCI Exhibit No. 20 was marked for

9   identification.)

10  BY MR. SAUER:

11       Q.    Do you see this article from the NIH

12  record entitled "NIAID's Lane Discusses WHO COVID-19

13  Mission to China"?

14       A.    And what's the question, sir?  I'm sorry.

15       Q.    I'm just saying do you see this?

16       A.    Yes, I do see it.

17       Q.    Okay.  And then if you look at the first

18  paragraph, it's talking about Dr. Cliff Lane, which

19  is the patient in that WHO mission we talked about

20  earlier; correct?

21       A.    Correct.

22       Q.    Could you turn to the fifth page of the

23  document, bottom paragraph?  There's a quote from

24  Mr. Lane.  Do you see that?

25              MR. KIRSCHNER:  Objection.  I would ask

DR. ANTHONY FAUCI  11/23/2022

```
 1   that Dr. Fauci have an -- an opportunity to

 2   familiarize himself with this document.

 3                MR. SAUER:  I'm just asking if he sees

 4   that -- that quote on the bottom of Page 5.

 5                THE WITNESS:  Is it the last paragraph?

 6   BY MR. SAUER:

 7        Q.    Yeah, beginning "The Chinese were

 8   managing"?

 9        A.    Yes.

10        Q.    And Mr. Lane, after returning from the

11   trip, said the Chinese were managing this in a very

12   structured, organized way; correct?

13                MR. KIRSCHNER:  Objection.  Lack of

14   foundation.

15   BY MR. SAUER:

16        Q.    Is that what it says?

17        A.    That's what the sentence says on this

18   report on Page 5.  That's what the NIH record --

19   report says, yes.

20        Q.    And the quote goes on to quote Mr. Lane as

21   saying, "When we got there, the outbreak was already

22   coming under control in China.  The measures they put

23   in place appear to be working.  I think that they

24   felt there were lessons learned they wanted to share

25   with the rest of the world"; correct?
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    Correct.

 2        Q.    Did you discuss Mr. Lane's experience on

 3   the trip with him when he got back from the WHO trip?

 4        A.    The answer is I did, and it relates really

 5   a lot to what -- the sentence -- what he said.

 6   Dr. Lane was very impressed about how from a clinical

 7   public health standpoint, the Chinese were handling

 8   the isolation, the contact tracing, the building of

 9   facilities to take care of people, and that's what I

10   believed he meant when he said were managing this in

11   a very structured, organized way.

12        Q.    And he goes on in that last sentence on

13   that page to say, "From what I saw in China, we may

14   have to go to as extreme a degree of social

15   distancing to help bring our outbreak under control";

16   correct?

17        A.    Correct.

18        Q.    So he drew the conclusion that there might

19   have to be extreme, in his word, measures to mandate

20   social distancing to bring the outbreak under

21   control; correct?

22        A.    That's what this is implying, yes.

23        Q.    Did he discuss that with you when he came

24   back from the trip?

25        A.    He might have.  I don't recall the exact
```

**DR. ANTHONY FAUCI  11/23/2022**

1  sentence, but he did discuss with me that the Chinese

2  had a very organized way of trying to contain the

3  spread in Wuhan and elsewhere.  He didn't get

4  a chance to go to Wuhan, but he was in Beijing, and I

5  believe other cities -- at least Beijing -- and he

6  mentioned that they had a very organized,

7  well-regimented way of handling the outbreak.

8       **Q.    And so he had a kind of positive reaction**

9  **to that.   There might be lessons to be learned for**

10 **the United States in its response to the outbreak;**

11 **correct?**

12          MR. KIRSCHNER:  Objection.  Vague.

13 Ambiguous.

14 BY MR. SAUER:

15      **Q.    Correct?**

16      A.    I believe Dr. Lane came to the conclusion

17 that when you have a widespread respiratory disease

18 that a very common and effective way to curtail the

19 rapid spread of the disease is by implementing social

20 distancing measures.

21      **Q.    Did you agree with that conclusion when**

22 **you discussed it with him when he came back?**

23      A.    I wasn't there and I didn't see it, but

24 Dr. Lane is a very astute clinician, and I have every

25 reason to believe that his evaluation of the

**DR. ANTHONY FAUCI 11/23/2022**

 1   situation was accurate and correct.

 2        **Q.    Do you know if he communicated with**

 3   **Chinese officials when he was on that trip?**

 4        A.    I don't know for sure whether

 5   he communicated with Chinese officials on the trip.

 6        **Q.    So you -- would you know the identities of**

 7   **any Chinese officials he may have communicated with?**

 8             MR. KIRSCHNER:  Objection.  Speculative.

 9             THE WITNESS:  I don't recall discussions

10   about -- he may have.  Again, this was a few years

11   ago.  He may have had discussions with them.  I -- I

12   don't know if he did or not.

13   BY MR. SAUER:

14        **Q.    I'm going to give you another exhibit, 21.**

15             **(FAUCI Exhibit No. 21 was marked for**

16   **identification.)**

17   BY MR. SAUER:

18        **Q.    Just real briefly, you see this is an**

19   **e-mail from Cliff Lane dated 22nd February 2020;**

20   **correct?**

21        A.    Correct.

22        **Q.    And in the first line of the e-mail he**

23   **said, "China has demonstrated this infection can be**

24   **controlled, albeit at great cost"; correct?**

25        A.    Right.

DR. ANTHONY FAUCI  11/23/2022

1        Q.     In your discussions with him, did he

2   discuss controlling the infection at great cost?

3        A.     Again, I don't recall the precise nature

4   of the conversation that I had with Dr. Lane, but I

5   believe what he was referring to is that you have

6   to -- that you can control it, and by great cost, I

7   believe he was referring to extreme methods.

8             And the Chinese, indeed, went to extreme

9   methods to do that.

10       Q.     And those extreme methods include very

11   aggressive lockdowns, for example --

12       A.     Yeah, but the lockdowns were the types of

13   lockdowns that were really quite extreme.  They would

14   essentially lock people in their homes, which was

15   extreme to do that.

16       Q.     Did you come to believe that extreme

17   measures would be required to control the spread of

18   the virus?

19             MR. KIRSCHNER:  Objection.  Vague.

20   Ambiguous.

21             THE WITNESS:  When you're talking about

22   the virus here in the United States?

23   BY MR. SAUER:

24       Q.     Correct.

25       A.     It was my opinion that social distancing

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   would be very important when you have a respiratory
 2   virus that is spreading widely through a community
 3   causing an extraordinary amount of suffering and
 4   death.  Getting to context, I refer specifically that
 5   early on in the epidemic when New York got hit very
 6   badly, there were freezer and cooler trucks that were
 7   loaded with dead bodies from the hospital.  That is
 8   an unprecedented extreme issue that we all felt
 9   strongly, those of us involved in the discussions and
10   the public health recommendations, that social
11   distancing was imperative so that our hospitals would
12   not be overrun, and that we would be in a situation
13   where we would have to almost triage the decision of
14   who would live and who would die.
15           When you get to that extreme, social
16   distancing, even by somewhat difficult means, is
17   warranted to save lives.
18       Q.   Did you think that social distancing --
19   I'm talking about this time frame of around February
20   of 2020 -- did you think that social distancing would
21   have to include only high-risk individuals or would
22   it apply to society as a whole?
23           MR. KIRSCHNER:  Objection.  Vague.
24           THE WITNESS:  When you're -- when you're
25   dealing with a respiratory illness that has the
```

DR. ANTHONY FAUCI 11/23/2022

1  potential to kill a lot of people -- we've lost over

2  one million people in this country -- in order to

3  have an effective interruption, which would almost

4  certainly be on a temporary basis, but to interrupt

5  this enormous explosion of infections that we were

6  seeing, you would have to involve essentially the

7  entire community.

8  BY MR. SAUER:

9      Q.    Let me hand you Exhibit 22.

10         (FAUCI Exhibit No. 22 was marked for

11  identification.)

12  BY MR. SAUER:

13     Q.    And this is an e-mail chain involving you,

14  Christian Anderson, Jeremy Farrar, and Francis

15  Collins; right?

16     A.    Yeah.

17     Q.    And then it also includes the other

18  authors of that "Proximal Origins of COVID-19" paper

19  that we looked at earlier in the preprint version?

20     A.    Yeah.

21     Q.    If you look at that, just a little way

22  down the March 6th, 2020 4:23 p.m. e-mail from

23  Anderson.  Do you see that?

24     A.    Right.

25     Q.    He says, "Dear Jeremy, Tony and Francis,

1      Thank you again for your advice and leadership as

2      we've been working through the SARS-CoV-2 origin

3      paper; correct?

4            A.    Correct.

5            Q.    And Jeremy is Jeremy Farrar; correct?

6            A.    Correct.

7            Q.    Tony is you?

8            A.    Yeah.

9            Q.    And Francis is Francis Collins, right?

10           A.    Correct.

11           Q.    And what advice and leadership did you

12     provide, if any, on the preparation of that paper?

13           A.    Very little.

14           Q.    So you don't know what he's talking about

15     when he says thank you?

16           A.    No.  I think that Jeremy is being

17     courteous, as he is wont to be.  I mean "advice"

18     could be -- and "leadership" could be we really got

19     to get information out.  Thank you for the effort

20     you've put into it.  Advice and leadership, to my

21     recollection, had very little to do with substantive

22     input into the paper.

23           Q.    And that second --

24           A.    And we did not have substantive input into

25     the paper.

**DR. ANTHONY FAUCI  11/23/2022**

1    Q.    And below that, it says, "Please let me
2    know if you have any comments, suggestions or
3    questions about the paper or the press release";
4    correct?
5    A.    Correct.
6    Q.    So he invited you to have comments on the
7    paper because we're still waiting for proofs?
8    A.    Right.
9    Q.    So there was still time to make changes to
10   it; correct?
11   A.    Yeah.  And there were no -- to my
12   recollection, any substantive input into the paper.
13   Q.    Do you recall making comments on it at any
14   time --
15           MR. KIRSCHNER:  Objection.  Asked and
16   answered.
17   BY MR. SAUER:
18   Q.    Do you?
19   A.    I don't recall making any substantive
20   comments on the paper.  I may have made a comment
21   that "nice job," which is very courteous, but doesn't
22   mean that I had a substantive input into the paper.
23   I did not.
24           (FAUCI Exhibit No. 23 was marked for
25   identification.)

DR. ANTHONY FAUCI  11/23/2022

```
 1    BY MR. SAUER:
 2         Q.     Exhibit 23.  The first stage -- page of
 3    this document is an e-mail from you to
 4    Mark Zuckerberg; correct?
 5         A.     Yeah.  The reason I'm smiling, you're
 6    jumping around here, but that's okay.  We're good.
 7    Fake left.  All right.  Let's go.
 8         Q.     Is an e-mail to you from Mark Zuckerberg;
 9    correct?
10         A.     Correct.
11         Q.     The top one is dated February 27, 2020.
12         A.     Right.
13         Q.     And he writes to you, "Tony, I was glad to
14    hear your statement about the COVID-19 vaccine," and
15    so forth.
16         A.     Right.
17         Q.     Were you already on a first-name basis
18    with Mark Zuckerberg on February 27?
19         A.     You know, a lot of people call me Tony who
20    have never even met me before.
21         Q.     Had you met him before this e-mail was
22    sent?
23         A.     I don't recall what the first time I met
24    Mark Zuckerberg.  I actually don't think -- maybe
25    not.  Again, context, I meet thousands of people.
```

DR. ANTHONY FAUCI  11/23/2022

Page 174

1   I'm not sure I've ever met him in person.  I've been

2   on Zooms and Facebook things with him, but it could

3   not be at all unusual -- it happens every day -- that

4   people who have never met me refer to me as Tony.

5   I'm a rather informal person.

6        **Q.    Do you have relationships with researchers**

7   **at the Chan Zuckerberg Institute?**

8        A.    If the Chan Zuckerberg Institute that

9   you're referring to is the San Francisco General

10  Hospital.

11       **Q.    The one you described earlier.**

12       A.    Yeah because remember -- yeah, that's the

13  thing, Mr. Sauer.  I'm not really clear on -- I'm not

14  really quite sure what Bio Club is.  I do know that

15  Chan Zuckerberg supports the San Francisco General

16  Hospital.  And I know Chan Zuckerberg in the context

17  of the University of California, San Francisco

18  General Hospital.

19       **Q.    And do you have relationships with**

20  **researchers at that hospital?**

21            MR. KIRSCHNER:  Objection.  Vague and

22  ambiguous.

23  BY MR. SAUER:

24       **Q.    If I could finish the question.**

25       A.    Again, I'm not sure what you mean by

**DR. ANTHONY FAUCI  11/23/2022**

1  relationship.  I know, to varying degrees of

2  familiarity ranging from knowing who they are to

3  being able to recognize them at a meeting and say

4  hello, to knowing them over the years in our

5  interactions in the medical and scientific community,

6  but the answer to your question is:  I can't pull out

7  people.  I mean, I know researchers who are at the

8  San Francisco General Hospital, for sure.  I've

9  dealt -- our institute deals with them regularly.

10      Q.    Do you remember the first time you met

11  Mark Zuckerberg?

12      A.    I don't remember specifically, but I

13  believe it was on a Zoom call.  I don't believe I've

14  ever physically -- I may have.  Could be.  I don't

15  know for sure, but I don't think I've physically

16  interacted with him.  I believe I have seen him on

17  multiple times that we've interacted on Facebook

18  Zoom-type podcasts.

19      Q.    Did any of those Zooms predate the

20  outbreak of COVID-19?

21      A.    I don't think so.  I mean, I don't -- I've

22  heard of Mark Zuckerberg -- obviously, he's a famous

23  person, but I don't recall -- again, I could have run

24  into him prior to the outbreak, but I don't

25  specifically recall running into Mark Zuckerberg

DR. ANTHONY FAUCI 11/23/2022

Page 176

```
 1   before.  It's possible.
 2       Q.    Can you turn to the third page of this
 3   document?  There's another e-mail from
 4   Mark Zuckerberg dated March 15th of 2020.
 5            Do you see that?
 6            MR. KIRSCHNER:  The page before.
 7            THE WITNESS:  The one in the middle of the
 8   page?
 9            MR. KIRSCHNER:  No, I think it's --
10   BY MR. SAUER:
11       Q.    Third page of the document?
12       A.    Third page of the document, yes.
13            MR. KIRSCHNER:  Again, I would ask for
14   Dr. Fauci to have an opportunity to familiarize
15   himself with this e-mail prior to asking any
16   questions.
17   BY MR. SAUER:
18       Q.    I just want to ask a quick question about
19   the paragraph that begins, "I'm also doing a series
20   of live-streamed Q and As."
21            Do you see that?
22       A.    Yeah.  I see it.  Just let me read it.
23   Yeah.
24       Q.    Did you, in fact, do a live stream Q and
25   A with Mark Zuckerberg as he invited you to do in
```

DR. ANTHONY FAUCI  11/23/2022

1  this one -- in this paragraph?

2      A.    I believe I did.  I did a three -- I think

3  three is correct.  Three live stream Facebook-type Q

4  and As where he would ask me important questions --

5  you know, why is it important to be careful with, you

6  know, public health measures.  Tell us the truth.

7  Now, what is the virus?  What do you mean?  How does

8  it spread?  Things like that.

9      Q.    Next paragraph down, "Finally, we have

10  allocated technical resources and millions of dollars

11  of free ad credits for the U.S. Government to use for

12  PSAs to get its message out over the platform"?

13      A.    That's what he says, right.

14      Q.    And the platform refers to Facebook, I

15  guess?

16      A.    I guess so.

17      Q.    Did you accept that offer that Facebook

18  would donate millions of dollars of free ad credit?

19      A.    No, I don't have the authority to accept

20  outside money like that.  It would have to go through

21  a different channel.  And I don't believe -- though

22  I'm not 100 percent certain -- I don't believe that

23  there was any money that was given from the

24  Zuckerberg to the United States government to do

25  PSAs.  It's possible, but it certainly didn't happen

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   to my knowledge.  I don't recall money being given

 2   for PSAs.  I recall the offer to help get information

 3   out, but I don't recall -- again, could have

 4   happened, possible.  But I don't recall.

 5       Q.    Exhibit 24 --

 6           MR. KIRSCHNER:  Counsel, before we go to

 7   Exhibit 24, I've noticed on this exhibit it looks

 8   like a phone number that I want to make sure is

 9   redacted before it becomes a public record.  It looks

10   like a personal cell phone for Mark Zuckerberg.

11           MR. SAUER:  This is a document as we

12   received it from the government.

13           MR. KIRSCHNER:  And it's marked

14   confidential.

15           MR. SAUER:  We have no objection to that.

16   BY MR. SAUER:

17       Q.    And Exhibit 24?

18           (FAUCI Exhibit No. 24 was marked for

19   identification.)

20   BY MR. SAUER:

21       Q.    Is this the actual published version of

22   the "Proximal Origin of SARS-CoV-2"?

23       A.    I don't have anything in front of me.

24       Q.    Oh, sorry.  Is this the published version

25   of the "Proximal Origin of SARS-CoV-2" that was
```

DR. ANTHONY FAUCI  11/23/2022

Page 179

 1    **published online on March 17th of 2020.**

 2              MR. KIRSCHNER:  Objection.

 3    Mischaracterizes the evidence.  Just to make the

 4    record clear, you're saying March 17th.

 5              MR. SAUER:  If you look at the last page

 6    in the far right column, at the very top, it says,

 7    "Published online 17 March, 2020."  Do you see that?

 8              MR. KIRSCHNER:  Okay.  I see that.  Thank

 9    you.

10              THE WITNESS:  This appears to be the

11    Nature Medicine -- it says Nature Medicine, Volume

12    27, April 2020, on the bottom of the paper so I would

13    imagine this is the original, published,

14    peer-reviewed article that appeared in Nature

15    Medicine.

16    BY MR. SAUER:

17        **Q.   So this is the published version of the**

18    **one that Dr. Anderson had sent you the preprint**

19    **version of a few days earlier; correct?**

20        A.   Well, I can't say exactly that it is.  I

21    do know that it would be standard to have a preprint

22    usually in Med Archive.  And it had the same title,

23    the "Proximate Origin of SARS-CoV-2," and the authors

24    appear to be the same, so I would make a reasonable

25    assumption that Exhibit 24 is the peer-reviewed

**DR. ANTHONY FAUCI  11/23/2022**

Page 180

```
 1    version of the preprint that you showed me before.

 2         Q.    And the first page, second paragraph?

 3         A.    Yes.

 4         Q.    Last sentence.  "Our analyses clearly show

 5    that SARS-CoV-2 is not a laboratory construct or a

 6    purposely manipulated virus;" correct?

 7         A.    That's what it says.

 8         Q.    Did you have any input in formulating that

 9    conclusion between the time you got the preprint

10    version from Dr. Anderson on March 8 and then the

11    publication online on March 17?

12         A.    Mm-hmm.^   this is a conclusion of the

13    authors.  I'm not really sure of what you're saying

14    did I have any input.  I don't recall conversation

15    that we had -- and as I mentioned before, my input

16    into the formulation of this was minimal, if at all.

17    I remember reading through it.

18              And I'm not quite sure what you mean that

19    I have substantial input into the conclusion.  That

20    conclusion was based on the analysis by the authors

21    of this paper.

22         Q.    Did you have any communications at all

23    about that -- about -- any communications at all

24    about that conclusion in that time frame from

25    March 8th to March 17th?
```

```
 1        A.     Conversations with whom?

 2        Q.     With anybody.

 3        A.     You know, I don't recall specific

 4   conversations, but we read the preprint and,

 5   therefore, we knew what the conclusion was, and I'm

 6   sure that that conclusion was discussed.  So I would

 7   not be surprised at all following the initial

 8   preprint that I discussed the conclusion of these

 9   authors that this is not a laboratory construct or a

10   purposely manipulated virus.

11             I wouldn't be surprised if I did discuss

12   this with people since it already was out in public

13   knowledge in the preprint.  So the question, did I

14   discuss this between the preprint and now?  I would

15   not be surprised if I did.

16        Q.     Do you know anyone you discussed it with?

17   Do you remember?

18        A.     I can't specifically remember anyone I

19   discussed it with, but, as I said, given the fact

20   that it was out in the preprint literature, it is

21   likely, and I'm not surprised if I did, discuss it.

22   It was being discussed widely.

23        Q.     I'm handing you Exhibit 26.

24             MR. KIRSCHNER:  I think we're on 25.

25             MR. SAUER:  Oh, sorry.  That was it.
```

1   Twenty-five.

2             (FAUCI Exhibit No. 25 was marked for

3   identification.)

4   BY MR. SAUER:

5        **Q.    Is this a copy of a blog that**

6   **Francis Collins, the NIH director, published on**

7   **March 26th, 2020?**

8             MR. KIRSCHNER:  Objection.  Speculative.

9   BY MR. SAUER:

10       **Q.    Is that what appears to be on the cover?**

11       A.    The cover states it was a NIH director's

12  blog posted on March 26th, 2020, by Dr. Francis

13  Collins.  So I have no reason to believe that that's

14  not what actually occurred.  That this blog was put

15  up on his director's page.

16       **Q.    Can you look at the second page of the**

17  **document, the beginning of the blog?**

18       A.    Yes.

19       **Q.    You see where Director Collins says, "Some**

20  **folks are even making outrageous claims that the new**

21  **coronavirus causing the pandemic was engineered in a**

22  **lab"?**

23       A.    I'm sorry.  Where -- we are -- where are

24  we?

25       **Q.    Second page.**

DR. ANTHONY FAUCI 11/23/2022

Page 183

```
 1      A.    This here?

 2      Q.    First full paragraph.

 3            MR. KIRSCHNER:  Again, I would ask for

 4   Dr. Fauci to have an opportunity to familiarize

 5   himself with this document.

 6            THE WITNESS:  Yeah.  Let me read that

 7   paragraph, please.

 8            Yes.  I've read the paragraph.  What's the

 9   question?

10   BY MR. SAUER:

11      Q.    You see where it says, "Some folks are

12   even making outrageous claims that the new

13   coronavirus causing the pandemic was engineered in a

14   lab"?

15      A.    Yes, I see that.

16      Q.    And he goes on to say, "A new study

17   debunks such claims by providing scientific evidence

18   that this novel coronavirus arose naturally";

19   correct?

20      A.    Correct.

21      Q.    In the immediate following paragraph,

22   he describes that as reassuring findings and refers

23   to the Nature Medicine article we just looked at;

24   right?

25      A.    Correct.
```

DR. ANTHONY FAUCI 11/23/2022

1      Q.     Were you aware that Francis Collins was

2  publishing a blog addressing the Nature Medicine

3  article "Proximal Origins of COVID-19"?

4          MR. KIRSCHNER:  Objection.  Lack of

5  foundation.

6  BY MR. SAUER:

7      Q.     Were you aware?

8      A.     Was I aware that he was preparing it?  I

9  don't think so.  I might have been, but I doubt it.

10  Someone likely would have brought this to my

11  attention.  I don't recall reading this.  I don't

12  read every NIH director's blog.  It is conceivable,

13  maybe likely, that I did read it, but I was not -- to

14  my knowledge -- maybe he mentioned something to me

15  that I forgot that he was going to write a blog, but

16  it doesn't ring a bell in my mind that he was

17  planning to write a blog.  But, you know, Francis

18  writes a lot.  I wouldn't be surprised if he

19  mentioned he was going to do a blog, but this does

20  not ring a bell.  It's clear that he did it and if he

21  did it, I likely saw it.

22      Q.     You don't recall discussing it with him

23  beforehand in any way before he published it?

24      A.     You know, again, I might have discussed it

25  with him, but I don't recall specifically discussing

DR. ANTHONY FAUCI  11/23/2022

 1   it with him.

 2       **Q.    I'm handing you Exhibit 26.  Was there --**

 3   **were you aware of media coverage of the article when**

 4   **it came out?**

 5           MR. KIRSCHNER:  Can you please wait until

 6   Dr. Fauci has the exhibit in front of him?  Also I

 7   only have one person -- okay.  What exhibit number is

 8   this?

 9           MR. SAUER:  Twenty-six.

10           MR. KIRSCHNER:  I apologize, Mr. Sauer,

11   but can you -- once Dr. Fauci has the exhibit, can

12   you restate the question?

13           THE WITNESS:  So this is -- I have two

14   things here.

15           MR. KIRSCHNER:  Oh, I have one copy.

16           THE WITNESS:  So this is --

17           (FAUCI Exhibit No. 26 was marked for

18   identification.)

19   BY MR. SAUER:

20       **Q.    Do you see this ABC News article**

21   **designated at the top of the page entitled "Sorry,**

22   **conspiracy theorists.  Study concludes COVID-19 is**

23   **not a laboratory construct."**

24           **Do you see that?**

25       A.    I see it, yes.

1     Q.    And then it -- it's dated March 27th,

2  2020, the day after the NIH director's blog that we

3  just looked at; correct?

4     A.    Correct.

5     Q.    Did you communicate with the media about

6  the Nature Medicine article when it came out at all?

7     A.    You know, I don't recall communicating

8  with the media about that.  I might have, but I don't

9  specifically recall communicating with the media

10  about it.

11     Q.    Do you know if Dr. Collins communicated

12  with the media about it?

13     A.    I don't know if he did.

14     Q.    Do you know if anyone in the NIAID staff,

15  the staff that you oversee, communicated with the

16  media about it?

17     A.    I don't recall if they did or did not.

18  They might have, but I don't recall.

19     Q.    Did Dr. Collins ever contact you about the

20  Nature Medicine article after this -- his March 26th

21  blog?

22          MR. KIRSCHNER:  Objection.  Vague.

23  Ambiguous.  Lack of foundation.

24          THE WITNESS:  You're asking if he

25  contacted me about the Nature Medicine article.  I

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   don't remember a specific contact, but since it's a
 2   published article, I wouldn't be surprised if somehow
 3   or other Dr. Collins commented to me about it or I
 4   commented to him about it.  But I don't specifically
 5   recall any significant discussion.  Again, we might
 6   have.  That would not be surprising to me.
 7   BY MR. SAUER:
 8       Q.    I'm handing -- we're handing you
 9   Exhibit 26.
10           (FAUCI Exhibit No. 27 was marked for
11   identification.)
12           THE WITNESS:  I have Exhibit 26.  You're
13   talking about 27.
14   BY MR. SAUER:
15       Q.    Sorry.  Twenty-seven.  You're right.
16       A.    Francis Collins to me, CC.
17       Q.    Do you recognize this e-mail?
18           MR. KIRSCHNER:  Objection --
19           THE WITNESS:  I have to read it.
20           MR. KIRSCHNER:  -- I would ask for
21   Dr. Fauci to have an opportunity --
22           THE WITNESS:  I have to read it.
23           MR. KIRSCHNER:  -- to familiarize himself
24   with the document.
25           THE WITNESS:  Yes, I've read it.
```

DR. ANTHONY FAUCI 11/23/2022

```
 1    BY MR. SAUER:
 2        Q.    Do you recall getting this e-mail from
 3    Dr. Collins on April 14th, 2020 at 5:02 p.m.?
 4        A.    Again, I'm very sorry, but you're talking
 5    about e-mails several years ago.  I don't recall
 6    specifically this e-mail.  You're putting an e-mail
 7    in front of me that's from Francis to me, and I'm
 8    reading what it says.  I don't recall seeing this,
 9    but I know that Francis clearly was concerned that
10    there'd be misinformation out and he wanted -- and
11    that's why he asked:  "Any more we can do as the
12    national academy to weigh in?"
13        Q.    In particular in the first paragraph there
14    he says to you, "Wondering if there is something NIH
15    can do to help us put down this very destructive
16    conspiracy with what seems to be growing momentum";
17    correct?
18        A.    Right.
19        Q.    Have you ever described the lab leak
20    theory of the origins of COVID as a very destructive
21    conspiracy to you?
22        A.    Specifically, to me -- I mean, it's here
23    in this e-mail, but I just think that my little bit
24    of a hyperbole on his part about, you know, using
25    words like destructive conspiracy, I think Francis
```

DR. ANTHONY FAUCI  11/23/2022

Page 189

```
 1    felt -- and you'll have to ask Francis about that --
 2    but I believe he felt that the data -- and you go to
 3    the third paragraph in that e-mail -- he said, "I
 4    hoped that the Nature Medicine article on the genomic
 5    sequence would settle this."
 6              So what I believe Francis was saying that
 7    the scientific data strongly point to a natural
 8    occurrence, and there's a lot of, you know,
 9    discussion by some that this is clearly a deliberate
10    development of a virus that could harm people, and
11    Francis in the e-mail appears to be disturbed saying,
12    the scientific data shown in Nature Medicine we hoped
13    would settle this, and that's why he's concerned.
14              The words that he used, I don't recall him
15    using those words in public -- in person to person to
16    me, but he clearly used those words in this e-mail.
17        Q.    You said a few things there.  To
18    understand what Dr. Collins meant when he sent this
19    e-mail and the various other e-mails, you said you
20    really have to ask Dr. Collins about that?
21        A.    Yeah.
22        Q.    Is that fair to say?
23              MR. KIRSCHNER:  Objection.
24    Mischaracterizes the evidence and also --
25              THE WITNESS:  No, I mean, you're asking me
```

 1    about something he said, and I think the natural

 2    thing is why don't you ask the guy who said it?

 3    BY MR. SAUER:

 4        Q.    Fair enough.  And then if you look there

 5    to the link, he's got a link there to a Bret Baier

 6    report that's entitled "Sources increasingly

 7    confident coronavirus outbreak started in a

 8    Wuhan lab"; correct?

 9        A.    I'm sorry.  What -- is this the --

10        Q.    First page?

11        A.    I can't read it.

12        Q.    Yeah, directly.

13        A.    I can't see Bret Baier.  I can't read the

14    rest of it.

15        Q.    Well, let me ask you this:  Dr. Collins,

16    at the end of it says, "Anything more we can do?  Ask

17    the National Academy to weigh in?"  Correct?

18        A.    Right.

19        Q.    So he's asking you if there is anything

20    more that you and he and Cliff Lane and the others

21    copied can do to try to put this destructive

22    conspiracy, in his words, to rest; correct?

23        A.    I think if you look at -- I mean, I'm not

24    sure exactly.  I don't recall this e-mail, so I'm not

25    sure what he was implying.  But reading it now, I

DR. ANTHONY FAUCI 11/23/2022

Page 191

 1    concentrate on the next-to-last paragraph, what he

 2    said.

 3              "I had hoped the Nature Medicine article

 4    on the genomic sequence would settle this, but it

 5    probably didn't get much visibility."  And it is

 6    conceivable that what he is saying is that this is a

 7    scientific, peer-reviewed article.  It's not

 8    surmising.  It's not extrapolation.  It's just a

 9    peer-reviewed scientific article that he feels didn't

10    get a proper amount of visibility.

11              And in the next sentence, he says, "How

12    can we get it to get more visibility?  Perhaps ask

13    the National Academy to weigh in and review the

14    evidence to give the evidence more visibility.  I

15    think this is typical Francis, who's is a very solid

16    scientist, wanting to stick with the scientific data

17    as opposed to discussions of hypotheses with no

18    basis.

19         Q.    **Did you take any steps to increase the**

20    **visibility of the article after this?**

21         A.    Not to my knowledge.  I don't think so.  I

22    was busy with a lot of other things.

23         Q.    **I'm sure you were very busy.  Did you**

24    **respond to the e-mail?**

25         A.    I don't recall if I did.  You're probably

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   going to show me an e-mail where I did.
 2        Q.    Can you look at the next page?
 3        A.    Yeah.
 4        Q.    Next day, April 17, 2022, you respond to
 5   that e-mail, saying, quote, "I would not do anything
 6   about this right now.  It is a shiny object that will
 7   go away."  ^  correct?
 8        A.    Right.
 9        Q.    What did you mean when you said, "I would
10   not" -- "I would not do anything about this right
11   now."  Were you saying you don't want to take any
12   steps to increase the visibility of --
13        A.    Right.  No.  I think we should let the
14   Nature Medicine article speak for itself is what I
15   meant.
16        Q.    And you said it is a shiny object --
17        A.    Right.
18        Q.    -- that will go away in time?
19        A.    Right.
20        Q.    What did you mean by that?
21        A.    By shiny object I mean something that
22   people tend to really get excited about.  It's very
23   exciting to say, "Well, this thing was manufactured
24   by the Chinese and they threw it out into the world."
25   That's a shiny object.
```

DR. ANTHONY FAUCI  11/23/2022

Page 193

```
 1              If you say that, it gets discussed all
 2    over the world.  That's a shiny object.  And I was
 3    referring to the fact that I stick, as a scientist,
 4    with the science.  And invariably, the science
 5    prevails.
 6              So what I was referring to is that I don't
 7    think you should do anything about it right now.  Let
 8    the Nature Medicine and the data essentially prevail.
 9              And this issue of -- with no proof at all,
10    people stating this is likely manufactured by the
11    Chinese and released, that's what I meant by a shiny
12    object, it's something with no evidence but a lot of
13    pizzazz to it if you say it.  And that's what I was
14    referring to.
15        Q.    Tying back to your earlier comment, do you
16    think that that theory was a form of misinformation
17    or disinformation that could lead to loss of life?
18              MR. KIRSCHNER:  Objection.  Vague.
19    Ambiguous.
20              THE WITNESS:  No.  I'm not sure.
21    BY MR. SAUER:
22        Q.    Well, Dr. Collins described it as a very
23    destructive conspiracy.
24        A.    Correct.
25        Q.    And I take it that's the destructive
```

DR. ANTHONY FAUCI 11/23/2022

Page 194

```
 1    conspiracy theory that the virus originated from a
 2    lab?
 3         A.    Right, right.
 4         Q.    Did you view that theory as a form of
 5    misinformation or disinformation that could lead to
 6    the loss of life?
 7         A.    It could be misinformation.  Remember,
 8    misinformation are things that are untrue, not
 9    necessarily deliberately, you know, propagated as
10    untrue, whereas disinformation is when you know it's
11    wrong and you still spread it.
12              So this very well might be, at least at
13    the time there was no indication that this was
14    correct information.  So let me categorize it that
15    way.
16              So for someone -- or anyone -- to be going
17    around spreading that this clearly is something that
18    was made by the Chinese and released in society and
19    killed a lot people, that would be misinformation
20    because there's no evidence that that's the case.
21              And the second part of your question was
22    that could lead to a number of other things.  When
23    you pursue misinformation and disinformation, often
24    you take away from the effort of pursuing something
25    that is in the line of correct information.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 195

```
 1        Q.    Did you take any further steps after that
 2   e-mail to increase the visibility or the public
 3   awareness of the Nature Medicine article?
 4             MR. KIRSCHNER:  Objection.  Asked and
 5   answered.
 6             THE WITNESS:  Again, I'm not really sure
 7   what you mean.  When the paper came out, it was a
 8   peer-reviewed scientific analysis that came to a
 9   conclusion that we've already discussed.
10             Did I discuss this with people since this
11   was a topic of considerable concern, likely I did.
12   If you're asking did I do anything to promote the
13   dissemination of that, I don't think I went out of my
14   way, as I mentioned and you agreed, I'm a really busy
15   person.  I have a lot of other things to do.  I don't
16   think I made this something that was a high level of
17   priority for me.
18   BY MR. SAUER:
19        Q.    You don't think you made -- let me ask you
20   this:  You knew what Nature Medicine article he was
21   talking about, right?
22        A.    Yeah.
23        Q.    And in particular, this is the article
24   that has Christian Anderson as a corresponding
25   author?
```

**DR. ANTHONY FAUCI  11/23/2022**

```
1      A.    Right.

2      Q.    Correct?

3      A.    Correct.

4      Q.    This is the article where he, you know,

5  you had been sent at least four drafts of it, based

6  on the e-mails we saw previously; correct?

7      A.    That's the same one of which I had very

8  little input into, yeah.

9      Q.    And this is the article that Christian

10  Anderson had sent you a preprint and had said thank

11  you for your advice and leadership about the article;

12  correct?

13          MR. KIRSCHNER:  Objection.

14  Mischaracterizes the evidence.

15  BY MR. SAUER:

16      Q.    Correct?

17      A.    It's the article that we discussed before.

18      Q.    Proximal Origins of COVID-19?

19      A.    Yes.

20      Q.    Exhibit 28.

21          (FAUCI Exhibit No. 28 was marked for

22  identification.)

23  BY MR. SAUER:

24      Q.    And this is a excerpt from the transcript

25  of the Coronavirus Task Force press briefing in the
```

DR. ANTHONY FAUCI 11/23/2022

Page 197

```
 1    White House dated April 17th, 2020; correct?
 2              MR. KIRSCHNER:  Objection.
 3              THE WITNESS:  That's what it says on the
 4    top of the piece of paper of Exhibit 28, it says
 5    "Remarks by President Trump, Vice President Pence,
 6    and members of the Coronavirus Task Force."
 7    BY MR. SAUER:
 8        Q.    At that time, you were a member of the
 9    Coronavirus Task Force; correct?
10        A.    That is correct.
11        Q.    And you participated in this briefing with
12    the president and the vice president; correct?
13              MR. KIRSCHNER:  Objection.  I would ask
14    Dr. Fauci have an opportunity to familiarize himself
15    with this document.
16              THE WITNESS:  I'm looking at the document
17    now.  And as I scan, I see on page 44 of 48, that it
18    says Dr. Fauci, and it says something that it looks
19    like I said at the press -- this looks like a
20    transcript, which it looks like it is, then clearly I
21    participated in that because my name is here.
22    BY MR. SAUER:
23        Q.    And if you look little bit above that on
24    that second page, there's a question from a member of
25    the media saying, "Mr. President, I wanted to ask
```

**DR. ANTHONY FAUCI  11/23/2022**

1   Dr. Fauci, could you address the suggestions or

2   concerns that the virus was somehow manmade, possibly

3   came out of a laboratory in China?"  Correct?

4        A.    That's what it says.

5        Q.    And the president says to you, "Want to

6   go?"  Correct?

7        A.    That's what the president said.

8        Q.    And then the reporter repeated, addressing

9   you.  "You studied this virus.  What are the

10  prospects of that?"  Right?

11       A.    That's what the question said.

12       Q.    And your response to that was, "There was

13  a study recently that we can make available to you

14  where a group of highly qualified evolutionary

15  virologists looked at the sequences there and the

16  sequences in bats as they evolved.  And the mutations

17  that it took to get to the point where it is now is

18  totally consistent with a jump of a species from an

19  animal to a human"; correct?

20       A.    That's what it says.

21       Q.    Do you remember saying that?

22       A.    I don't recall.  I was at -- as you

23  probably know, multiple, multiple White House press

24  conferences.  I have no reason to doubt that the

25  transcript is not accurate, and it looks like that's

DR. ANTHONY FAUCI  11/23/2022

Page 199

```
 1   what I said.  So I would imagine I said it.
 2        Q.    And this is April 17, which is the same
 3   day that you had e-mailed Dr. Collins this last
 4   exhibit saying this theory is a shiny toy that will
 5   go away in time.  Correct?
 6        A.    Shiny object.
 7        Q.    Sorry.  Shiny object that will go away in
 8   time.
 9             MR. KIRSCHNER:  Objection.  Lack of
10   foundation.
11             THE WITNESS:  You know, I would have to go
12   back and look where -- you're asking me if it was the
13   same date.  And I have to look here.  The date on
14   Exhibit 27 is 17th of April.  And this is the date of
15   the press conference, yes.  So it's the same date.
16   Yeah.
17   BY MR. SAUER:
18        Q.    And I've watched the video of this
19   particular comment?
20        A.    Yeah.
21        Q.    And I noted in watching the video that,
22   when you said that sentence about totally consistent,
23   you pause and use that phrase, "totally consistent"
24   with emphasis.
25        A.    Right.
```

DR. ANTHONY FAUCI  11/23/2022

Page 200

```
 1        Q.     Do you remember doing that?

 2        A.     I don't remember doing that.  Like I said,

 3   it's one of many, many, many press conferences.  So I

 4   don't remember a pause of a statement I made in one

 5   of dozens and dozens and dozens of press conferences.

 6        Q.     And you have given many, to be sure.  But

 7   do you remember saying the mutations that it took to

 8   get to the point where it is now -- pause for

 9   emphasis -- is totally consistent with a jump from

10   species, from animal to human.  You don't remember

11   that?

12             MR. KIRSCHNER:  Objection.  Lack of

13   foundation.

14             THE WITNESS:  I don't remember pauses in

15   the hundreds of conferences that I've been at.

16   BY MR. SAUER:

17        Q.     You went on to say, "So the paper will be

18   available.  I don't have the authors right now, but

19   we can make that available to you"; correct?

20        A.     Right.

21        Q.     This is the same paper that, on the same

22   day, you had been e-mailing with Dr. Collins about in

23   the previous exhibit; correct?

24        A.     I'm a little bit confused with your

25   question.  I'm not sure what you mean.  Is the
```

DR. ANTHONY FAUCI 11/23/2022

1    paper --

2        Q.    What paper are you referring to here in

3    your comments from the White House podium at the task

4    force briefing on April 17th?  Do you know?

5        A.    I don't know.  I assume it was the Nature

6    Medicine paper.  I don't know.  I think it was.

7        Q.    Did you make the paper available to any

8    reporters after this press conference?

9        A.    Not to my knowledge.

10           MR. KIRSCHNER:  Mr. Sauer, how long do you

11   want to go before lunch?

12           MR. SAUER:  Why don't we do one more

13   exhibit.

14           THE WITNESS:  Okay.

15   BY MR. SAUER:

16       Q.    Exhibit 29.

17           (FAUCI Exhibit No. 29 was marked for

18   identification.)

19   BY MR. SAUER:

20       Q.    If you'll look at the bottom of this page,

21   did you receive an e-mail on April 19th, 2020, from a

22   reporter at the Washington -- at The Times asking:

23   "Dr. Fauci on Friday said he would share a scientific

24   paper with the press on the origin of the

25   coronavirus.  Can you please help me get a copy of

DR. ANTHONY FAUCI  11/23/2022

1    that paper?"  Do you recall that?

2        A.    This is Bill -- Bill Gertz's e-mail to

3    Katie.  I don't recall it, but I'm looking up ahead

4    and I -- this is -- I guess this is Katie Miller, if

5    I'm not mistaken, who is the vice president's press

6    person.  I think that's probably who it was.  It

7    doesn't say who it's to or from, and then up above I

8    sent a link.  So that -- that may be the papers we're

9    talking about.

10       Q.    Did you send the link to Bill in there in

11   the first line of the e-mail, directly to Bill?

12       A.    Yeah.  He asked for the scientific paper

13   in the press briefing that you asked for.  That may

14   have been the press person that asked the question,

15   and it looks like Katie Miller, who is the press

16   person for the Vice President Pence,

17   probably contacted me.  I don't see a connecting

18   e-mail here, but she probably contacted me and said,

19   would you send the links to the paper to Bill Gertz,

20   and it looks like I did.  It says here, "Bill, here

21   are the links to the scientific papers and a

22   commentary about the papers."

23             So there are two aspects here.  There is

24   the original paper that came online that I believe

25   was not yet out or maybe just did come out and a

**DR. ANTHONY FAUCI 11/23/2022**

1  commentary on it in the journal Cell, yes.

2  **Q.    And the first paper is, in fact, the**

3  **proximal origin of SARS-CoV-2 --**

4  A.    Right.

5  **Q.    -- the Nature Medicine paper that we've**

6  **talked about?**

7  A.    It looks -- yes, it says here Nature

8  Medicine April 2020.  That is the paper that is the

9  peer-reviewed version of the original preprint that

10  came out earlier.

11  **Q.    And then the other two citations are both**

12  **authored by Eddie Holmes who was --**

13  A.    Right.

14  **Q.    -- involved in drafting that paper;**

15  **correct?**

16  A.    Right.

17       MR. SAUER:  Let's take a break there.

18       THE VIDEOGRAPHER:  The time is 12:27 p.m.,

19  and we're going off the record.

20       (Recess.)

21       THE VIDEOGRAPHER:  The time is 1:19 p.m.,

22  and we're back on the record.

23  BY MR. SAUER:

24  **Q.    Dr. Fauci, I'm handing you Exhibit 30.**

25       **(FAUCI Exhibit No. 30 was marked for**

**DR. ANTHONY FAUCI  11/23/2022**

 1   identification.)

 2   BY MR. SAUER:

 3       Q.    You see this is an e-mail at the top from

 4   you to Peter Daszak dated at -- dated April 19th,

 5   2020?

 6       A.    Yes.

 7       Q.    And you're responding to an e-mail from

 8   him the day before, April 18th, 2020; correct?

 9       A.    Correct.

10       Q.    And his e-mail was the day after that

11   coronavirus task force press conference that we

12   looked at, the previous exhibit; correct?

13       A.    Right.

14       Q.    And he said, "Tony, CC'ing David so that

15   you might pass this on to Tony once he has a spare

16   sec"; correct?

17       A.    Correct.

18       Q.    Is David a reference to David Morens?

19       A.    That's true, yes.

20       Q.    Who is David Morens?

21       A.    David Morens is a person who works at

22   NIAID, is a scientist, been with us for a very long

23   time.

24       Q.    Does he know Peter Daszak?

25       A.    I believe he does.

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.     Do you know Peter Daszak?

 2        A.     You know --

 3               MR. KIRSCHNER:  Objection.  Asked and

 4    answered.

 5               THE WITNESS:  Yeah.  To the extent that

 6    I've answered that multiple times, I'm acquainted in

 7    the sense of I have seen him once or twice.  I don't

 8    have a friendship or a relationship, if you want to

 9    call it that, with him.  I'm just aware of him, and

10    I've seen him a couple of times.  I think I did a

11    podcast once where he was another member of the

12    podcast group.

13    BY MR. SAUER:

14        Q.     These other people he copies, Erik Stemmy,

15    Emily Erbelding, and Aleksei Chmura, are they all

16    people that work on your staff at NIAID?

17        A.     Erik Stemmy does for sure.  Emily does for

18    sure.  I believe Aleksei Chmura does also, but I'm

19    not 100 percent sure.  I believe that person does.

20    I've seen his name circulated around in -- in

21    correspondence in our institute, but for sure

22    Erik Stemmy and Emily Erbelding work at NIAID.

23        Q.     Do you know how he got all your e-mail

24    addresses?

25               MR. KIRSCHNER:  Objection.  Calls for
```

DR. ANTHONY FAUCI  11/23/2022

Page 206

```
 1   speculation.
 2   BY MR. SAUER:
 3        Q.    For example, do you know how he got your
 4   e-mail address?
 5        A.    How Peter Daszak got my e-mail address?
 6        Q.    Yeah.
 7        A.    It's pretty easy to get an e-mail address.
 8   You just go on to the global NIH and you can get it.
 9        Q.    That's publicly available, your e-mail
10   address?
11        A.    Oh, totally.
12        Q.    Even though it's redacted under B6 in this
13   document?
14             MR. KIRSCHNER:  Objection.  Argumentative.
15   BY MR. SAUER:
16        Q.    You may answer.
17        A.    I don't know what you're talking about.
18   You don't redact a website.  If you go on to the NIH
19   global, you can find my e-mail address.
20        Q.    You responded to this the day after you
21   received it saying, "Many thanks for your kind note";
22   correct?
23        A.    Right.  That's a very typical response of
24   mine.  I can show you 45,000 e-mails that say thank
25   you for your kind note.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1          Q.     You say you get about 2,000 e-mails a day?

 2          A.     I get -- yeah, some days -- some days a

 3   thousand, two thousand, some days several hundred.

 4          Q.     Do you respond to all of them like that?

 5          A.     No, no.  The -- the ones that are

 6   irrelevant and -- what's the right word for them --

 7   the ones that I don't really need to see.

 8          Q.     That's how you respond to them?

 9          A.     I don't respond -- no, to this?  No.  I

10   don't respond to every one of my e-mails.  I get a

11   lot of e-mails from a number of different sources

12   that are completely distracting and irrelevant to me,

13   but when an e-mail comes through, we got -- people

14   think I should see from a legitimate scientist,

15   they let it through and then I see it.

16          Q.     And that Peter Daszak is a legitimate

17   scientist in that category.  Fair to say?

18               MR. KIRSCHNER:  Objection.  Vague.

19               THE WITNESS:  Peter Daszak is a -- is a

20   grantee of NIAID.  So it would be perfectly

21   appropriate to let an e-mail from a grantee of NIAID

22   through to me.

23   BY MR. SAUER:

24          Q.     Are you aware that -- generally, that

25   after your comments at the White House April 17th,
```

1   coronavirus task force briefing speech about the lab

2   leak hypothesis was censored on social media?

3           Are you aware of that?

4           MR. KIRSCHNER:  Objection.  Lack of

5   foundation.  Vague.

6           MR. SAUER:  I've asked him if he's aware

7   of it.

8   BY MR. SAUER:

9       Q.    Are you aware of it?

10      A.    I'm not aware of suppression of speech on

11  social media to my knowledge.  If -- if it was

12  brought to my attention, it went (unreportable

13  sound.)  I -- I don't recall being aware of

14  suppression of anything.

15      Q.    Were you -- were you aware that Twitter,

16  for example, removed content that suggested the virus

17  may have escaped from a lab?

18          MR. KIRSCHNER:  Objection.  Lack of

19  foundation.

20  BY MR. SAUER:

21      Q.    If you know?

22      A.    You know, I don't know for sure.  I can

23  say I am not aware of it.  It may be someone somehow

24  sent me one of the thousands of e-mails and said,

25  "Hey, this is happening," but I was not aware to the

DR. ANTHONY FAUCI  11/23/2022

```
 1   point of noting it in my memory that Twitter or any

 2   other social media was suppressing anything.

 3        Q.    Exhibit 31.

 4             (FAUCI Exhibit No. 31 was marked for

 5   identification.)

 6   BY MR. SAUER:

 7        Q.    Here's a report in The Hill, if you see

 8   that at the top, headline is Twitter suspends

 9   accounts of Chinese virologist who

10   claimed coronavirus was made in the lab; correct?

11        A.    That's what it says.

12        Q.    Does this incident ring a bell?  Were you

13   aware of an incident like this which --

14             THE REPORTER:  Counsel, please slow down.

15   BY MR. SAUER:

16        Q.    Were you aware of a -- Twitter suspending

17   the account of a Chinese virologist --

18        A.    Yeah.

19        Q.    -- who claimed it was removed from a lab?

20        A.    You know, Mr. Sauer, I might have -- been

21   brought to my attention then.  I don't recall this.

22   If you show me this now and ask me the question:  Do

23   you recall this?  I'd have to say I don't recall.

24             Is it possible that back then somebody

25   said, "Hey, you know, Twitter suspended a Chinese
```

```
 1   virologist's account," and I would have went, ah,
 2   okay, and move on to the other things I do in life.
 3            This is not something that would be
 4   catching my attention because, you know, the social
 5   media and Twitter, I told you, I don't have a Twitter
 6   account.  I don't tweet.  I don't do Facebook.  I
 7   don't do anything.  So social media stuff, I don't
 8   really pay that much attention to.
 9        Q.    Exhibit 33?
10            MR. KIRSCHNER:  Thirty-two.
11            MR. SAUER:  Thirty-two.
12            (FAUCI Exhibit No. 32 was marked for
13   identification.)
14   BY MR. SAUER:
15        Q.    Is this a document from Meta entitled,
16   "Update on our work to keep people informed and limit
17   misinformation about COVID-19"?
18            MR. KIRSCHNER:  Objection.  Lack of
19   foundation.  Speculative.
20   BY MR. SAUER:
21        Q.    Is that what it says on the front of it?
22        A.    The title say "Meta," and it says, "Update
23   on our work to keep people informed and limit
24   misinformation about COVID-19."
25        Q.    Third page of this document, can you turn
```

DR. ANTHONY FAUCI  11/23/2022

1    to that?

2         A.    Page 3.  Okay.  All right.

3         Q.    It says at the top, the very first line,

4    mostly across, "We are expanding the list of

5    false claims we will remove to include additional

6    debunked claims"?

7         A.    I'm sorry.  What -- where is it?

8         Q.    Top page.

9         A.    "We are expanding," the middle of the

10   sentence.  Okay.  I got it.

11        Q.    "We will remove to include

12   additional debunked claims about the coronavirus and

13   vaccine"; correct?

14             MR. KIRSCHNER:  I object.  I'd like to

15   have Dr. Fauci to have a moment to familiarize

16   himself with this document.

17             THE WITNESS:  So I'm not -- is this --

18   what is Meta?  That is a ^  Facebook.

19   BY MR. SAUER:

20        Q.    Let me cut past all that.  If you look at

21   the top of page 3, there's a reference to removing

22   debunked claims in that first bullet point that

23   COVID-19 is manmade or manufactured.  Generally, were

24   you aware that Meta, which controlled Facebook and

25   Instagram, changed its policy alleging that it would

DR. ANTHONY FAUCI  11/23/2022

1   **remove its content alleging that COVID-19 is**

2   **manufactured or manmade?**

3        A.    I don't recall being aware of this --

4   some -- again, when you say were you aware, you're

5   talking a couple of years ago.  Could someone have

6   passed me in the hall and said, "By the way, were you

7   aware that Meta did this?"  Would have been one of

8   10,000 things that that was said to me that day.  I

9   don't recall being aware of anything that Meta did.

10  In fact, I didn't even know what the Meta was.

11       Q.    **You've heard of Facebook; right?**

12       A.    If I -- yeah, I understand now.  Somebody

13  told me that they are part of Facebook or own

14  Facebook or something like that.

15       Q.    **Exhibit 33.**

16            **(FAUCI Exhibit No. 33 was marked for**

17  **identification.)**

18  BY MR. SAUER:

19       Q.    **Very briefly -- oh, sorry.**

20            **Very briefly, this article is headlined**

21  **"Facebook Censors Award-Winning Journalist for**

22  **Criticizing the WHO."  Is that correct?**

23       A.    That's what this title of Exhibit 33 says.

24       Q.    **And the article referred to a man named**

25  **Ian Birrel, B-i-r-r-e-l.  Have you ever heard of him?**

1        A.    I don't recall of ever hearing of Ian

2     Birrel.  Maybe back then somebody said something

3     about him.  But right now, I wouldn't know.  It says

4     here a multiaward-winning investigative reporter.

5     But if it hadn't said that, I wouldn't know who Ian

6     Birrel is.

7        **Q.    Did you ever have any communications with**

8     **anybody removing speech about the lab leak theory of**

9     **the origins of the COVID from social media platforms?**

10        A.    I don't recall ever having any

11    conversation.  But again, no, I would say it would be

12    unlike me because I don't get involved in that sort

13    of stuff.  Like I said, my association with social

14    media is almost zero.  I don't have an account.  I

15    don't tweet.  I don't pay attention to social media.

16    I wouldn't know how to access a tweet if you paid me.

17        **Q.    Exhibit 34.**

18            **(FAUCI Exhibit No. 34 was marked for**

19    **identification.)**

20    BY MR. SAUER:

21        **Q.    During 2020, was there a controversy about**

22    **the effectiveness of hydroxychloroquine in treatment**

23    **of COVID-19?**

24            MR. KIRSCHNER:  Objection.  Vague.

25    Ambiguous.

DR. ANTHONY FAUCI  11/23/2022

Page 214

```
 1              THE WITNESS:  There were claims that
 2    hydroxychloroquine was effective against coronavirus.
 3    BY MR. SAUER:
 4         Q.    And did you disagree with those claims?
 5         A.    I did.
 6         Q.    What was your basis for disagreeing with
 7    those claims?
 8         A.    Lack of any evidence whatsoever that
 9    hydroxychloroquine was effective against coronavirus,
10    followed by clinical studies that showed that, in
11    fact, was not effective against hydroxychloroquine ^
12    and statements by clinical trials guideline groups
13    stating explicitly that there's no evidence
14    whatsoever that hydroxychloroquine works against
15    coronavirus.
16         Q.    Did you -- you're referring to the studies
17    and so forth.  Did you collect those studies yourself
18    and review them or did someone collect them for you?
19              MR. KIRSCHNER:  Objection.  Assumes
20    evidence not in the record.
21              THE WITNESS:  What studies are you
22    referring to?
23              MR. SAUER:  Well, I think you referred to
24    studies.
25              THE WITNESS:  Well, there were claims
```

DR. ANTHONY FAUCI 11/23/2022

1  based on anecdotal data.  And if you look at the

2  record, it was clear that when people made definitive

3  claims about efficacy based on anecdotal data that's

4  not scientific, that does not indicate that a drug is

5  effective.

6          Subsequently, papers were published

7  showing a lack of effect of hydroxychloroquine.

8  BY MR. SAUER:

9     Q.    And my question is:  Did you do all this

10  research yourself where you are getting all the

11  studies --

12    A.    No.

13    Q.    -- or did someone else do the research for

14  you?

15    A.    I don't do research myself on the efficacy

16  of drugs.  The research is performed by researchers

17  who publish their data in peer-reviewed journals, and

18  that's how you get information that's applicable to

19  the real world.

20    Q.    Did you have discussions with others in

21  NIAID about the efficacy of hydroxychloroquine?

22    A.    The subject of the hydroxychloroquine and

23  the claims based on no data that hydroxychloroquine

24  was effective against coronavirus was a topic of

25  discussions on and off, both in NIAID and in the

1    scientific community in general.

2        Q.    **Who did you discuss it with at NIAID, to**

3    **your recollection?**

4        A.    I'm sure I discussed it with a number of

5    people.  Probably Dr. Cliff Lane, who was the

6    clinical director of my institute.  It's likely that

7    I discussed the efficacy of hydroxychloroquine with

8    him.

9        Q.    **Anyone else within NIAID?**

10       A.    I'm -- I would imagine there were other

11   people.  I don't specifically recall.  But given the

12   fact that Cliff Lane is one of the top infectious

13   disease clinicians in the country and happens to be

14   my clinical director and the director of my division

15   of clinical research, it is highly likely that I had

16   that discussion with him.

17       Q.    **How about outside of NIAID?  Anyone else**

18   **within government that you discussed its efficacy**

19   **with?**

20       A.    I can't say for sure.  As I mentioned, it

21   was a topic of considerable discussion.  So I would

22   not be surprised if somehow you pulled out a piece of

23   paper where I spoke to someone about it.  It was a

24   very important subject because hydroxychloroquine can

25   have some deleterious effects in people, and it was

DR. ANTHONY FAUCI  11/23/2022

Page 217

1   concern within the established medical community that

2   based on claims based on no data, anecdotal data at

3   best that hydroxychloroquine works, that people would

4   be taking it, in which it does not help, but

5   possibly harms them.

6       **Q.    Is that one of the pieces of**

7   **misinformation or disinformation that may cause loss**

8   **of lives that you referred to earlier, in your view?**

9       A.    The claim, based on no data, juxtaposed on

10  clear-cut clinical data showing that

11  hydroxychloroquine does not work.  If one propagates

12  this concept that hydroxychloroquine is highly

13  effective and people take it based on that

14  information, which is incorrect, yes, that would be

15  misinformation or even disinformation that could lead

16  people to take a drug that would not help them, that

17  could possibly hurt them.

18      **Q.    Did you make a series of public statements**

19  **about the efficacy of hydroxychloroquine in the**

20  **summer of 2020?**

21      A.    I don't know when I made it, whether it

22  was the spring or the summer, but I definitely made

23  public statements.  I recall, when people asked at a

24  White House press conference whether

25  hydroxychloroquine worked, and I said those data are

**DR. ANTHONY FAUCI  11/23/2022**

Page 218

1  anecdotal, and there's not definitive proof that it

2  works.  So I have made public statements in places

3  like a White House press conference.

4       **Q.     Just looking at the exhibit in front of**

5  **you.  This is a Politico article entitled, "Fauci:**

6  **Hydroxychloroquine not effective against**

7  **coronavirus."  Correct?**

8       A.     That's what the title says, yes.

9       **Q.     And then the second page of it gives a**

10  **date of May 22nd, 2020.  Correct?**

11       A.     Correct.

12       **Q.     And in the second paragraph there, it**

13  **quotes you as saying, "The scientific data is really**

14  **quite evident now about lack of efficacy;" correct?**

15       A.     Correct.

16       **Q.     And the next page, when you said that,**

17  **you're referring to the hydroxychloroquine; correct?**

18       A.     I guess so.  I guess if the topic of

19  discussion was hydroxychloroquine, it isn't

20  explicitly stated hydroxychloroquine, but in the

21  antecedent paragraph, the author, Zachary Brennan,

22  is referring to hydroxychloroquine.  So I would

23  imagine that I was also referring to

24  hydroxychloroquine.

25       **Q.     And the next page, third page, it says,**

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    "Fauci's comments come days after the Lancet
 2    published" --
 3                (Discussion off the record.)
 4                THE VIDEOGRAPHER:  The time is 1:37 p.m.
 5                (Recess taken.)
 6                THE VIDEOGRAPHER:  The time is 1:38 p.m.
 7    and we're back on the record.
 8    BY MR. SAUER:
 9        Q.    Turning your attention to the third page
10    there, it says, "Fauci's comments come days after you
11    The Lancet published a 96,000-patient observational
12    study that concluded that hydroxychloroquine has no
13    effect on COVID-19 and may have even caused some
14    harm"; correct?
15        A.    That's what it says, yes.
16        Q.    It says that -- was that, in fact, the
17    basis of your statement that the scientific data is
18    really now quite evident about lack of efficacy?
19        A.    That could be.  Again, you're going back a
20    couple of years.  It is quite consistent with that.
21    I can't say definitively that that was the specific
22    study that I was referring to.  There was information
23    coming from a number of studies, some of which were
24    negative studies that showed that it did not work.
25    And others were positive studies to show that it did
```

DR. ANTHONY FAUCI  11/23/2022

1    not work.

2              So this could have been the study that I

3    was referring to.  I'm not 100 percent certain.

4         Q.    In the time frame, was there discussion

5    of -- was there a situation with the FDA first in

6    March of 2020 issuing an EUA as to

7    hydroxychloroquine?  Did that occur, do you recall?

8         A.    I don't recall exactly when, but I -- and

9    again, you're going back and they may have -- I think

10   they did, but I'm not 100 percent sure, that they did

11   issue an EUA for the emergency use of

12   hydroxychloroquine, but I believe that that EUA was

13   subsequently pulled back.

14        Q.    Would that have been in June of 2020?

15        A.    Could possibly have been.  I don't recall

16   exactly.

17        Q.    Were you consulted in that process by the

18   FDA?  Did you have any input on the decision by the

19   FDA to revoke the EUA?

20        A.    I don't recall.  It is possible that I was

21   but I don't recall.

22        Q.    Do you have any recollection of why the

23   EUA was revoked?

24        A.    I don't have any recollection now of why

25   it was revoked then, but I would imagine, as the data

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   accumulated, that clinical trials showed a lack of
 2   efficacy.
 3           The criteria for an emergency use
 4   authorization that a drug that has not been proven to
 5   be effective, that the potential benefit of the drug
 6   might outweigh the risk.
 7           If data comes in to show that there's no
 8   benefit for the drug, then that would be a basis for
 9   pulling back on the EUA.
10       Q.   Next 35.
11           (FAUCI Exhibit No. 35 was marked for
12   identification.)
13   BY MR. SAUER:
14       Q.   Is this The Lancet study that was referred
15   to in the Politico article that we just discussed, to
16   your knowledge?
17           MR. KIRSCHNER:  Objection.  Lack of
18   foundation.
19   BY MR. SAUER:
20       Q.   If you know?
21       A.   I don't know if it's the same article, to
22   be honest with you.
23       Q.   If you look on the front page of this
24   exhibit on the right?
25       A.   Yeah.
```

DR. ANTHONY FAUCI  11/23/2022

Page 222

```
 1         Q.    Do you see where it says at the top -- the
 2    very top, "Published online May 22nd, 2020"?
 3         A.    Okay.
 4         Q.    The word "May" is under the D and
 5    retracted.^   Do you see that?
 6         A.    Yeah.
 7         Q.    And that's five days before that Politico
 8    article dated May 27th?
 9         A.    Right.
10         Q.    And the Politico article referred to a
11    study in The Lancet that surveyed 96,000 patients;
12    correct?
13         A.    That's what the Politico article says.
14         Q.    And if you look at the third paragraph
15    here in the summary, the very beginning of it, it
16    says, "Findings:  96,032 --
17         A.    Yeah.
18         Q.    -- patients --
19         A.    Right.
20         Q.    -- are discussed"?
21               Then this study was later retracted;
22    correct?
23         A.    Well, it says "retracted" across the
24    front.  I don't recall it being retracted, but if it
25    says "retracted" --
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    Were you aware that it was retracted at
 2   the time?  Do you have any recollection of that?
 3             MR. KIRSCHNER:  Objection.  Lack of
 4   foundation.
 5   BY MR. SAUER:
 6        Q.    If you know?
 7        A.    I don't recall it being retracted.  I
 8   might have at the time heard that it was retracted,
 9   but it wasn't the only paper that was on
10   hydroxychloroquine.
11   BY MR. SAUER:
12        Q.    Did you -- was your opinion based
13   on other papers as well?
14        A.    My -- I mean, I'm thinking back, then,
15   my -- my opinion of the effect of hydroxychloroquine
16   was based on accumulating data from a number of
17   studies.  I don't recall specifically what those
18   studies are now.
19        Q.    Some of -- obviously not every doctor
20   agreed with your views on hydroxychloroquine;
21   correct?
22             MR. KIRSCHNER:  Objection.  Argumentative.
23             THE WITNESS:  Not every doctor agreed.  I
24   don't think every doctor in the world agrees on
25   everything, but I'm sure there was some doctors who
```

DR. ANTHONY FAUCI  11/23/2022

Page 224

```
 1    disagreed with it despite the fact that the evidence

 2    was ample, accumulating, and continued to accumulate

 3    that hydroxychloroquine was not effective.

 4    BY MR. SAUER:

 5         Q.    Were you aware that there were doctors who

 6    continued to prescribe it for their patients with

 7    COVID?

 8         A.    I heard that doctors were continuing to

 9    prescribe it.

10         Q.    If a doctor makes that clinical judgment

11    with respect to their patient, are you qualified to

12    second guess that clinical judgment?

13              MR. KIRSCHNER:  Objection.  Argumentative.

14              THE WITNESS:  I don't -- I don't know what

15    you're talking about.  Am I qualified to -- what do

16    you mean by qualified to question?

17    BY MR. SAUER:

18         Q.    Well, do you have qualifications --

19         A.    There's no -- you mean, like, a written

20    statement that says you are qualified to -- I'm not

21    sure what you mean am I qualified to.

22         Q.    What is your qualification to second guess

23    a decision that's made between a doctor and their

24    individual patient about the prescription of

25    hydroxychloroquine for -- to treat COVID?
```

**DR. ANTHONY FAUCI  11/23/2022**

 1      A.    Well, I mean, you're using the word

 2   "second guess."  If a physician is prescribing a

 3   medication that has no benefit and can clearly cause

 4   harm, that would make me pause as to whether or not

 5   that was an appropriate thing.  When you say "second

 6   guess," I'm wondering what you mean.  Second guess,

 7   go out and demonstrate in front of his or her office?

 8   No, that's not it, but I can certainly have an

 9   opinion that if a physician prescribes a medication

10   with no proven efficacy and clearcut potential

11   toxicity, then I would be concerned about that

12   because as a physician, I never want to see a patient

13   harmed by an intervention that has no benefit to

14   begin with.

15      **Q.    Were you aware -- or do you recall that in**

16   **July of 2020, a couple of months after the -- your**

17   **statement that -- from Politico that we talked about,**

18   **there were a group of doctors who had a -- posted a**

19   **video in front of the Supreme Court touting the --**

20   **what they perceived as the benefits of**

21   **hydroxychloroquine?**

22           MR. KIRSCHNER:  Objection.  Lack of

23   foundation.

24           THE WITNESS:  I don't recall.  I do

25   vaguely recall a group of doctors -- I forgot who

```
 1    they called themselves -- got up and were talking
 2    about a bunch of things regarding COVID.  I don't
 3    precisely recall what they were saying.
 4    BY MR. SAUER:
 5         Q.    You don't remember --
 6         A.    I think at the time I knew what they were
 7    saying, but quite frankly, I've forgotten what they
 8    were saying.
 9         Q.    Exhibit 36.
10               (FAUCI Exhibit No. 36 was marked for
11    identification.)
12    BY MR. SAUER:
13         Q.    Do you recall appearing on Good Morning
14    America around July 27th or 28th of 2020?
15         A.    No.  I don't recall.  Do you know how many
16    times I've appeared on television?
17         Q.    I'm just asking if you remember this
18    particular one, sir.
19         A.    Yeah, I don't recall.
20         Q.    Can you turn to the fourth page -- or
21    fifth page of this document?
22               MR. KIRSCHNER:  What -- what -- the top of
23    the page, Mr. Sauer?
24               MR. SAUER:  There's white space and
25    then it says, "Responding to questions about an
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   antimalarial drug."

 2              MR. KIRSCHNER:  I would ask for Dr. Fauci

 3   to have the time to familiarize himself with this

 4   document.

 5              THE WITNESS:  Yes.  What about it?

 6   BY MR. SAUER:

 7        Q.    And -- sorry.  That -- that quote on

 8   Page 5, you said on Good Morning America, "The

 9   overwhelming prevailing clinical trials that have

10   looked at the efficacy of hydroxychloroquine have

11   indicated that it is not effective in coronavirus

12   disease"; correct?

13        A.    Right.  Correct.

14        Q.    And do you recall those comments being

15   made in response to a video of doctors -- they called

16   themselves America's Frontline Doctors --

17        A.    Right.

18        Q.    -- appearing on the -- I think the steps

19   of the Supreme Court --

20        A.    Right.

21        Q.    -- and touting the perceived benefits of

22   that drug?

23        A.    Right.

24        Q.    Do you remember that?

25        A.    Let's make sure we get the connections
```

 1    right.  I do recall a group of doctors that were in

 2    front of the Supreme Court.  I guess there were six

 3    or seven of them.  One, I believe, was an

 4    African-American woman, female physician, if I'm not

 5    mistaken.  Could be.  I think that -- I think that's

 6    the group that we were referring to who are in front

 7    of the Supreme Court making a bit of statements.  I

 8    don't precisely recall what they were talking about,

 9    but I know that in general the people who were

10    watching that were concerned about the -- the truth

11    of what they were saying.  They were making -- I

12    don't recall specifically what they were saying, but

13    there was some concern about the accuracy of what

14    they were saying.

15         Q.    Exhibit 37.

16               (FAUCI Exhibit No. 37 was marked for

17    identification.)

18               MR. KIRSCHNER:  Mr. Sauer, I have one

19    version of this.  Do you have two versions of that?

20               THE WITNESS:  I have one.

21               MR. KIRSCHNER:  That's fine.  What number

22    are we on?

23    BY MR. SAUER:

24         Q.    This is a -- is this a Bret Baier article

25    with the headline "Fauci uncensored:

DR. ANTHONY FAUCI  11/23/2022

1    **Hydroxychloroquine video.  A bunch of people spouting**

2    **something that isn't true"**

3         A.    That's what it says.

4         **Q.    And the next -- if you look at the second**

5    **page, just look at the first paragraph of this --**

6    **this report.  It quotes you appearing on MSNBC's**

7    **Andrea Mitchell Reports saying that a video**

8    **re-tweeted by President Trump that featured doctors**

9    **at a press conference touting hydroxychloroquine as a**

10   **coronavirus treatment was, quote, "people spouting**

11   **something that isn't true"; correct?**

12        A.    That's what it says here.

13        **Q.    Do you recall saying that?**

14             MR. KIRSCHNER:  Objection.  Lack of

15   foundation.

16             THE WITNESS:  You know, I certainly may

17   have said that.  Yes, I think the general impression

18   that if one looked at the video, some -- I recall --

19   I don't know exactly, but it was pretty clear among

20   physicians and those involved that what was being

21   said on the steps in many respects didn't make much

22   medical sense.

23   BY MR. SAUER:

24        **Q.    In your review, what was being said was**

25   **that misinformation or disinformation that could lead**

DR. ANTHONY FAUCI  11/23/2022

1    to loss of lives?

2         A.    Well, it's possible.  I don't recall

3    exactly.  If you want to play the tape for me and we

4    could go over it, and I could then properly answer

5    your question.  I just know that there was a lot of

6    negative response on the overwhelming representation

7    of the medical community that was said on that press

8    conference on the steps, I believe, of the

9    Supreme Court.  It was really quite unorthodox.

10        Q.    I'm sorry.  I didn't really follow what

11   you just said.  You said there was an

12   overwhelming medical response --

13        A.    In general, if you were to take a poll of

14   physicians in established medical centers throughout

15   the country and have them look at the tape of what

16   was being said at that time, I believe -- it's not

17   been proven, but I believe you would find that the

18   overwhelming majority would find that what was said

19   there really didn't make much medical sense.

20        Q.    Did you take such a poll at the time?

21        A.    I did not, but I know my community and

22   everyone who has ever looked at that just raised

23   their eyebrows and said what the heck are they

24   talking about?

25        Q.    You say you know your community.  Who in

**DR. ANTHONY FAUCI  11/23/2022**

1  **your community did you discuss the efficacy of**

2  **hydroxychloroquine with?**

3       A.    We discussed the efficacy of

4  hydroxychloroquine with a number of people in the

5  community.

6       **Q.    Can you name one?**

7       A.    Yeah, I can name a whole group.

8       **Q.    Please do.**

9       A.    We -- we have clinical trials -- I want to

10  get the correct name of it.  It's the NIH Treatment

11  Guidelines Panel.  The Treatment Guidelines Panel is

12  made up of, oh, I would say a total,

13  mostly physicians and health care providers, of about

14  40-plus individuals who are representative of the

15  infectious diseases community throughout the country.

16            Most of them are the chiefs of infectious

17  diseases throughout the medical centers in the

18  country.  Harvard, Cornell, San Francisco.  These are

19  the real leaders in infectious diseases in the

20  country.  They came to a determination based on an

21  examination of all the literature that

22  hydroxychloroquine had no evidence at all of

23  efficacy.

24       **Q.    When was that determination made?**

25       A.    I don't know the exact date, but it is a

DR. ANTHONY FAUCI  11/23/2022

Page 232

1   group that can easily be asked about when that

2   occurred and you could find out on the record, but it

3   was very, very clear that that was the case that they

4   felt that way.

5          They kept an open mind, but they looked at

6   the literature and said that they really felt that

7   there was no evidence at all that

8   hydroxychloroquine -- and it isn't an individual

9   person.  It's a treatment guidelines panels that

10  represents the leadership of infectious diseases in

11  the entire country.

12      Q.    I'm going to give you Exhibit 38.

13            (FAUCI Exhibit No. 38 was marked for

14  identification.)

15  BY MR. SAUER:

16      Q.    Do you see this Breitbart report that

17  says Facebook/Google/YouTube/Twitter censor viral

18  video of doctors, Capitol Hill Coronavirus press

19  conference?

20      A.    Yes.  I see that, another Breitbart

21  statement.

22      Q.    And then can you turn to the third page

23  of -- actually can you see what the date of this

24  report is?

25      A.    The date.  Let me see.

DR. ANTHONY FAUCI 11/23/2022

```
 1        Q.    Actually, if you turn to the third page
 2   there at the top, is the date, July 27, 2020.
 3        A.    Correct.
 4        Q.    So this is within a day of the comments --
 5   your comments to Good Morning America and Andrea
 6   Mitchell that we just talked about.  Correct?
 7             MR. KIRSCHNER:  Objection, lack of
 8   foundation.
 9   BY MR. SAUER:
10        Q.    Is that correct?
11        A.    I'm getting confused about dates here.  So
12   let's go back, and what's the date of the Andrea
13   Mitchell thing?
14        Q.    If you look at the last two exhibits,
15   July 28th was your comment on Good Morning America.
16   Or the 27th.
17        A.    On Tuesday, well the news article here, it
18   says:  Updated July 28th.  So I assume that the
19   statement was either July 28th or it was reported on
20   July 28th and the statement was July 27th.  I can't
21   tell from this exhibit.
22        Q.    So it would be within a day of this
23   article we're looking at now, that's page 127;
24   correct?
25        A.    Correct.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        Q.    Okay.  So staying on the third page, the
 2   report says Facebook entered a ^ video posted by
 3   Breitbart News earlier today, which was the
 4   top-performing Facebook post in the world Monday
 5   afternoon of a press conference in DC held by the
 6   group, America's Frontline Doctors.  You see that?
 7        A.    I see that, yes.
 8        Q.    And that group and press conference has
 9   been saying that -- that group and press conference
10   that you were disagreeing with in your two prior
11   statements; correct?
12             MR. KIRSCHNER:  Objection.  Lack of
13   foundation.  Speculative.
14   BY MR. SAUER:
15        Q.    Your two prior statements to Andrea
16   Mitchell and to Good Morning America; correct?
17             MR. KIRSCHNER:  Again, objection.  Lack of
18   foundation.  Speculative.
19             THE WITNESS:  It is likely it was that.  I
20   can't say absolutely for sure, but if you were
21   talking about the press conference by a group of
22   doctors on the steps of wherever, the Capitol or the
23   Supreme Court, and I was referring to that, it is
24   likely that's what I was referring to but I can't say
25   for sure.  I don't have a precise recollection of
```

DR. ANTHONY FAUCI 11/23/2022

```
 1   that.
 2   BY MR. SAUER:
 3       Q.    Looking down on this page, do you see
 4   under that big paragraph, there's a smaller paragraph
 5   that says, "The video accumulated over 17 million
 6   views during the eight hours it was hosted on
 7   Facebook."
 8       A.    Correct.
 9       Q.    Does the widespread dissemination of this
10   video touting the benefits of hydroxychloroquine,
11   would that trouble you as a doctor who was concerned
12   about --
13             MR. KIRSCHNER:  Objection.
14   BY MR. SAUER:
15       Q.    -- misinformation and disinformation being
16   disseminated?
17             MR. KIRSCHNER:  Objection.  Lack of
18   foundation.
19             THE WITNESS:  You know, I don't really pay
20   much attention to the quantity.  Like I said, for
21   maybe now the ninth or tenth time, I don't get
22   involved in social media stuff.  I don't follow -- I
23   wouldn't even know how to access how many views
24   something has, so --
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI 11/23/2022

1    Q.    If you were aware that a video did have 17

2    million views, would that you bother you as a doctor

3    who is concerned about the dissemination of

4    misinformation and disinformation about COVID

5    treatments?

6              MR. KIRSCHNER:  Objection.

7              THE WITNESS:  I don't know what 17 million

8    views means.  What's the denominator?  Is 17 million

9    a large amount?  Is it a small amount?  I don't go on

10   social media, so I don't know what 17 million views

11   means.

12   BY MR. SAUER:

13   Q.    So that doesn't bother you or you have no

14   opinion one way or the other on that question; fair

15   to say?

16   A.    Well, I don't know how to quantitate the

17   number of views with whatever it is, the point you're

18   trying to make.

19   Q.    But those 17 million people watching that

20   video, were those doctors standing on the steps of

21   the Supreme Court and touted the benefits of

22   hydroxychloroquine, would that bother you?

23   A.    It would likely bother me if a very large

24   number of people were given information that was

25   not only based on no data, but in which data actually

**DR. ANTHONY FAUCI  11/23/2022**

1    showed that those statements were untrue.

2              As a physician who takes care of patients

3    and cares about the health of patients, I think that

4    information that spreads falseness not based on data,

5    as physician would be troublesome to me.  What does

6    troublesome mean?  Would I do anything about it?  Not

7    necessarily at all.  But it's just I don't like false

8    information that hurts patients.

9         Q.    **Could you turn two pages forward in that**

10   **document, please?**

11             MR. KIRSCHNER:  When you say two pages

12   forward, you mean page 5 of 19?

13             MR. SAUER:  Correct.

14             THE WITNESS:  Okay.  What do you want me

15   to look at?

16   BY MR. SAUER:

17        Q.    **Fourth paragraph down, there's a quote on**

18   **the Facebook copy, stating, "We removed the video for**

19   **sharing false information about curious and treatment**

20   **for treatment of COVID-19?"**

21        A.    That's what it says.

22             MR. SAUER:  Objection.  Lack of

23   foundation.

24   BY MR. SAUER:

25        Q.    **Are you aware of anyone communicating with**

DR. ANTHONY FAUCI  11/23/2022

Page 238

 1    Facebook about that decision to remove the video?

 2         A.    I don't recall anybody communicating with

 3    them about that.  Could have been, but I don't recall

 4    anybody -- I don't recall anybody communicating with

 5    the social media people.

 6         Q.    Do you recall anyone at NIAID

 7    communicating with social media people?

 8         A.    To my recollection, I don't recall.  But I

 9    don't know everything that everybody does.  But I

10    don't recall anybody communicating with social media.

11         Q.    Were you aware of anyone associated with

12    the federal government communicating with Facebook

13    about that decision?

14         A.    I don't recall anyone in the federal

15    government that I know.  They might have.  Possible.

16    But I don't recall specifically anyone in the federal

17    government communicating with them.

18               Like I said, I don't pay attention to

19    those types of things.  I have a really important day

20    job that I work at, so --

21         Q.    How about any other topics, setting aside

22    this America's Frontline Doctors, are you aware of

23    anyone the U.S. Government communicating with social

24    media platforms about what can and can't be posted on

25    their platform?

**DR. ANTHONY FAUCI  11/23/2022**

```
 1        A.    You know, I have to say I don't recall any

 2   of that.  I mean, it could be that back then someone

 3   did and brought it to my attention, but I don't

 4   recall any federal official or anybody communicating

 5   directly with social media.  That doesn't ring a bell

 6   for me now.  That doesn't mean it hasn't happened.

 7   It just doesn't ring a bell to me right now.

 8        Q.    Can you turn one page forward in this

 9   exhibit, in that first full paragraph that goes all

10   the way across the page.  "Facebook's decision to

11   censor the Livestream was quickly followed by

12   YouTube, the Google-owned video sharing platform"?

13        A.    Yes, I knew of that.

14        Q.    Or at the time, were you aware of Google

15   or YouTube pulling down this video about

16   hydroxychloroquine?

17              MR. KIRSCHNER:  Objection.  Asked and

18   answered.

19   BY MR. SAUER:

20        Q.    Were you aware?

21        A.    Well, as I've said multiple times, I don't

22   pay attention to what social media organizations like

23   Google and YouTube and Twitter, and all that, what

24   they do because I'm not involved in that.

25              So was I aware -- could someone have
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   cursorily mentioned to me that they did?  Possibly.
 2   And it probably went over my head, because that's not
 3   something that I pay attention to.
 4       Q.    Next paragraph down, following Facebook
 5   and YouTube's removal of the video, Twitter follows
 6   suit, removing Breitbart News's Periscope Livestream
 7   of the press conference; correct?
 8       A.    Where is that?  What paragraph?  I'm
 9   sorry.
10       Q.    Immediately below, there's a two line?
11       A.    Yeah, I'm on the wrong page.
12           MR. KIRSCHNER:  Dr. Fauci is on page 7 of
13   16.  Turn back another page.
14           THE WITNESS:  Okay.  And what's the
15   paragraph, Mr. Sauer, you're talking about?
16           Yes, Twitter followed suit, removing
17   Breitbart's Periscope, whatever that is.  Jack
18   Dorsey's platform also -- yeah.
19   BY MR. SAUER:
20       Q.    Same question.  Were you aware at the time
21   that Twitter followed suit with Facebook and YouTube
22   and pulled this video down?
23           MR. KIRSCHNER:  Objection.  Lack of
24   foundation.
25   BY MR. SAUER:
```

**DR. ANTHONY FAUCI  11/23/2022**

    1        Q.      Were you aware?

    2        A.      I was not aware, to my knowledge, and when

    3    you say aware, it's possible that somebody walking in

    4    the hall said, "Hey, did you hear this happened?"

    5    Very likely, I would have paid no attention.  Because

    6    like I said, I do not get involved in any way with

    7    social media.  I don't have an account, I don't

    8    tweet, I don't Facebook, and I don't pay attention to

    9    that.

    10          So you keep asking questions about am

    11   I aware of what's going on with people putting things

    12   down, I don't pay attention to what gets put up and

    13   put down on social media.

    14       Q.      Are you generally aware of the terms of

    15   service about content moderation on the social media

    16   platform?  Do you know anything about them?

    17       A.      Terms of service?

    18       Q.      Their policies with respect to what people

    19   can and can post to social media.  Do you have any

    20   knowledge of what those policies say?

    21       A.      I'm not even knowing what you're talking

    22   about.  The answer would be, like I said -- I'll

    23   repeat it again.  I don't pay attention to social

    24   media issues.  That's something I don't do.  I don't

    25   follow it.  I don't have an account.  I don't follow

DR. ANTHONY FAUCI  11/23/2022

```
 1    it.  I don't even know what the condition is.
 2         Q.    Never once?
 3         A.    Well, I can't say never ever.  I'm sure
 4    when you're in a place where there's thousands of
 5    people, and you get thousands of e-mails, somebody
 6    somewhere is going to say something and I'm going to
 7    say, "Oh, good."
 8              So if you're going to show me one time
 9    where someone mentions, good.  Show me.
10         Q.    Exhibit 39.
11              (FAUCI Exhibit No. 39 was marked for
12    identification.)
13    BY MR. SAUER:
14         Q.    This is a report from the Washington
15    Standard entitled "America's Frontline Doctors
16    website shut down."  Do you see that?
17         A.    Yeah.
18         Q.    And right there in the front page it
19    indicates that this is dated August 1st, 2020?
20         A.    Right.
21         Q.    So this is just a couple of days after the
22    report about their video being pulled off Twitter,
23    Facebook and YouTube; correct?
24              MR. KIRSCHNER:  Objection.  Lack of
25    foundation.
```

DR. ANTHONY FAUCI  11/23/2022

Page 243

```
 1                  THE WITNESS:  I'm sorry.  I'm getting
 2    confused here.  So it says the Washington Standard
 3    America's Frontline Doctors website shuts down on the
 4    first page.  Now, what's the next issue you're
 5    pointing out to me?
 6    BY MR. SAUER:
 7         Q.    Is the date of it August 1st, 2020?
 8         A.    Yes, it is.
 9         Q.    Were you aware of their website being
10    taken down by their web hosting provider?
11                  MR. KIRSCHNER:  Objection.  Lack of
12    foundation.
13                  THE WITNESS:  I don't recall that.  I
14    might have been aware.  Someone may have pointed it
15    out to me, but that's not something, as I say, that
16    would normally attract my attention or my interest.
17    I could have been aware, but, again, I concentrate on
18    other things besides this.
19    BY MR. SAUER:
20         Q.    Do you still -- you testified about your
21    views about the efficacy of hydroxychloroquine.  Is
22    that still your view today that there's still no
23    evidence of its efficacy?
24         A.    Correct.
25         Q.    Are you aware of any metaanalyses of the
```

**DR. ANTHONY FAUCI  11/23/2022**

1   **studies that have been done on a global scale of the**
2   **efficacy of hydroxychloroquine?**
3       A.    I'm not specifically aware of that, but
4   there really are some real ^ failings of
5   metaanalyses, and when you get statisticians to look
6   at them, they often debunk some of those
7   metaanalyses.
8       **Q.    Do you recall saying in connection with**
9   **the discussion of hydroxychloroquine that a**
10  **randomized double blind placebo based study is the**
11  **gold standard?**
12      A.    That is the gold standard for everything.
13  It isn't always needed, but for the most part, it's
14  the gold standard.
15      **Q.    Do you remember criticizing publicly a --**
16  **a study done by -- a sort of real-time study done by**
17  **practitioners of the Henry Ford Medical Center who**
18  **has about a thousand participants that found an**
19  **observational benefit to hydroxychloroquine?**
20          MR. KIRSCHNER:  Objection.  Lack of
21  foundation.
22  BY MR. SAUER:
23      **Q.    Do you remember that?**
24      A.    I don't recall.  It's possible.  I see a
25  lot of studies, hundreds and hundreds of studies

DR. ANTHONY FAUCI  11/23/2022

Page 245

```
 1   that come across my desk.  Some that are put there,

 2   some that I find myself.  So I can't say for sure

 3   what my opinion or comment was on any given study.

 4        Q.    Exhibit 40.

 5              (FAUCI Exhibit No. 40 was marked for

 6   identification.)

 7   BY MR. SAUER:

 8        Q.    Is this the first page of a meta-analysis

 9   of the studies addressing the efficacy of

10   hydroxychloroquine?  Is that what it appears to be?

11        A.    This is confusing.  Global HCQ/CQ studies.

12   Let me read this paragraph first.

13              I'm not sure what the summary is saying.

14   Negative evaluations typically ignore treatment

15   delay.  Some in vitro evidence suggests that

16   therapeutical level could not be reached, however,

17   that was incorrect.

18        Q.    Let's just focus on that first sentence

19   for a minute, would you, where it says, 449 HCQ

20   COVID-19 studies; correct?

21        A.    Right.

22        Q.    HCQ is a common -- a Shortlander for

23   hydroxychloroquine; correct?

24        A.    Right.

25        Q.    And it indicates there's -- 351 of these
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    449 studies are peer reviewed; correct?

 2              MR. KIRSCHNER:  Objection.  Lack of

 3    foundation.

 4    BY MR. SAUER:

 5         Q.    Is that what it says?

 6         A.    351 peer reviewed, 371 comparing treatment

 7    and control groups.  Late treatment in high dosages

 8    may be harmful while early treatment consistently

 9    shows positive results.

10         Q.    Just focusing on that comparing treatment

11    and control groups, is that a description of a

12    placebo based double blind study?

13         A.    Well, it's not --

14              MR. KIRSCHNER:  Objection --

15    BY MR. SAUER:

16         Q.    To your understanding?

17         A.    To my --

18              MR. KIRSCHNER:  Objection.  Speculative.

19              THE WITNESS:  I'm not sure what they're

20    referring to.  There's a difference between a

21    treatment and a control group versus a randomized

22    placebo control group.  Lack of randomization very

23    infrequently leads to confusing, if not inaccurate,

24    results.  It depends on what the control group was.

25    If it was a historical control, you want to make sure
```

DR. ANTHONY FAUCI  11/23/2022

```
1    that there were no confounding variables in the
2    control group that could have skewed the data, and
3    that's the reason why I said if you look at the
4    preponderance of evaluation of these studies by
5    groups such as the NIH clinical trials guideline
6    group, they come to the conclusion that the studies
7    that claim efficacy are statistically not valid
8    studies.
9    BY MR. SAUER:
10        Q.    Would that apply to all 371 studies here
11   that are reported to --
12        A.    If --
13        Q.    If I may finish my question, please?
14        A.    Oh.  Please, go ahead.
15        Q.    371 comparing treatment and control groups
16   that indicates that early treatment, that is,
17   receiving hydroxychloroquine early within the course
18   of infection with the virus, consistently shows
19   positive results?
20        A.    Yeah.  That's what this says.  I would
21   have go to back, take a look at the study, and
22   consult with our statisticians, who I believe were
23   the ones that looked at the study and allowed
24   the treatment guidelines panel, which, as I said, is
25   comprised of anywhere from 30 to 40 of the top
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   infectious disease physicians in the country, have
 2   still come to the conclusion that there's no evidence
 3   that hydroxychloroquine works and that, in fact, it
 4   can harm.
 5        Q.   But that --
 6        A.   So you can show me this study, and I don't
 7   see the study.  It would probably take, when you talk
 8   about meta-analysis, a long period of time to look at
 9   each thing.  What are they referring to as a control
10   group?  Is it randomized or is it not randomized?
11   All of those factors play a major role in the
12   validity or not of a study.
13        Q.   Are you familiar with the Great Barrington
14   Declaration?
15        A.   Yes, I am.
16        Q.   What is the Great Barrington Declaration?
17        A.   It's a declaration signed by a number of
18   people who proposed letting the virus circulate in
19   the community with the statement that you can protect
20   vulnerable people and if you let the virus circulate
21   freely, that you would get what's called herd
22   immunity, and then ultimately the virus would
23   essentially go to such a low level because of herd
24   immunity.
25        Q.   And if you look at Exhibit 40 in front of
```

DR. ANTHONY FAUCI  11/23/2022

Page 249

```
 1   you, is that a copy of the Great Barrington

 2   Declaration?

 3             MR. KIRSCHNER:  I think -- is this

 4   Exhibit 41 or 40?

 5             MR. SAUER:  Forty-one, I apologize.

 6             (FAUCI Exhibit No. 41 was marked for

 7   identification.)

 8   BY MR. SAUER:

 9       Q.    Looking at Exhibit 41 in front of you, is

10   that a copy of the Great Barrington Declaration?

11       A.    Well, it says on the front page Great

12   Barrington Declaration.  I'm not sure if it is.  I

13   have no reason to believe it isn't.

14       Q.    Did you ever review the Great Barrington

15   Declaration?

16       A.    I have read it some time ago.

17       Q.    Flipping ahead to the third page where it

18   says the Great Barrington Declaration at the top,

19   does that look like the Great Barrington Declaration?

20             MR. KIRSCHNER:  Objection.  Lack of

21   foundation.

22             THE WITNESS:  What page are we on?  Three

23   of 13?

24   BY MR. SAUER:

25       Q.    Correct.
```

DR. ANTHONY FAUCI  11/23/2022

Page 250

```
 1        A.    It says the Great Barrington Declaration.
 2        Q.    And is this familiar to you?  You said
 3   you've read it before?
 4        A.    I read it some time ago when it first came
 5   out.
 6        Q.    At the end of the first paragraph there it
 7   just talks about recommending an approach called
 8   focus protection; correct?
 9        A.    Right.
10        Q.    And is that what you described earlier
11   as --
12        A.    Right.
13        Q.    -- by circulating among certain
14   populations --
15        A.    Right.
16        Q.    -- while trying to provide targeted
17   protection for more vulnerable population?
18        A.    I believe that's what they're referring
19   to.
20        Q.    You -- this was published on October 4th,
21   2020; correct?
22              MR. KIRSCHNER:  Objection.  Lack of
23   foundation.
24              THE WITNESS:  I don't know when it
25   was published, to be honest with you.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   BY MR. SAUER:
 2        Q.    Well, flip ahead to Page 5 of 13 at the
 3   very top.
 4        A.    It says on October 4th, the declaration
 5   was authored and signed.
 6        Q.    Okay.  So that's when at least it purports
 7   to have been executed?
 8        A.    Right.
 9        Q.    Were you -- when did you become aware of
10   it after it was published?
11        A.    I don't recall.
12        Q.    Would it have been soon after that to your
13   knowledge?
14        A.    Possibly.  I don't recall.
15        Q.    Do you know these three scientists who are
16   listed as the leaders of it -- or the authors of it,
17   Dr. Martin Kulldorff, Dr. Sunetra Gupta, and
18   Dr. Jay Bhattacharya?
19             MR. KIRSCHNER:  Objection.  Vague.
20   BY MR. SAUER:
21        Q.    Do you know them?
22        A.    I don't know them.  I know their names now
23   because it's been kicked around a fair amount over
24   the last -- period of time.  I don't -- I don't know
25   them.
```

 1      Q.    You did -- and you didn't -- were you
 2   familiar with them or their reputations at the time
 3   that this was published?
 4      A.    I don't know them so I'm not familiar with
 5   them.
 6      Q.    Okay.  Flipping ahead to Page 8 of 13.
 7   There's a list -- in the list of joiners there,
 8   second from the bottom, it lists Dr. Michael Levitt
 9   at Stanford?
10      A.    Yes.
11      Q.    And he was a Nobel Prize winner?
12      A.    Correct.
13      Q.    Do you know him?
14      A.    I don't know him.  I've heard of him.  I
15   don't know him.
16      Q.    You said earlier, I think, that you don't
17   recall how you first became aware of the Great
18   Barrington Declaration?
19      A.    I can't say the moment I became aware of
20   it.  I don't recall.  I became aware of it.  I don't
21   know precisely when I became aware of it.
22      Q.    Do you remember the context in which you
23   became aware of it?  Was it raised to you by a
24   colleague or surfing the internet or something like
25   that?

**DR. ANTHONY FAUCI  11/23/2022**

Page 253

```
 1        A.    I don't recall how that -- how that
 2   occurred.
 3             MR. KIRSCHNER:  I would like to,
 4   Mr. Sauer, take a break in the next five minutes.  Do
 5   you want to take a break now or do you want to take a
 6   break after the next exhibit.
 7             MR. SAUER:  Let's do it now.
 8             THE VIDEOGRAPHER:  Okay.  Time is 2:17
 9   p.m. and we're going off the record.
10             (Recess taken.)
11             THE VIDEOGRAPHER:  The time is 2:28 p.m.
12   and we're back on the record.
13   BY MR. SAUER:
14        Q.    Exhibit 42.
15             (FAUCI Exhibit No. 42 was marked for
16   identification.)
17   BY MR. SAUER:
18        Q.    Dr. Fauci, do you recognize this e-mail
19   dated October 8th, 2020, at 2:31 p.m.?
20             MR. KIRSCHNER:  Objection.  Lack of
21   foundation.
22             THE WITNESS:  I don't recognize it like I
23   remember it, but it's sitting right in front of me
24   and it's an e-mail from Francis Collins to myself and
25   Cliff Lane, with a copy to Larry Tabak.  So I'll read
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    it and see what it says.  Yes, I've read it.

 2    BY MR. SAUER:

 3         Q.    Do you remember getting this e-mail?

 4         A.    Yeah.  Vaguely, yeah.

 5         Q.    Dr. Collins sent it to you on October 4th,

 6    four days after the Great Barrington Declaration was

 7    offered; correct?

 8              MR. KIRSCHNER:  Objection.  It says

 9    October 8th on it.

10    BY MR. SAUER:

11         Q.    Sorry.  He sent it to you on October 8,

12    after the Great Barrington Declaration was offered on

13    October 4th.  Correct?

14         A.    Correct.

15         Q.    And he sent it to you and Cliff Lane;

16    correct?

17         A.    Correct.

18         Q.    And he says, "Hi, Tony and Cliff.  See

19    https://urldefense.com/v3/__https://gbdeclaration.org__;!!

20    NtP9J7iH11vXGg!OfjQ3HS19TPlz9Q_r-u4RtZWRlnaETdrZpFm3si2l2_

21    NbcloUbvSz3asoQn-18Dm2C-z5uDtNV26mSJ8uMD5iM6vYqN78_3ajww$ "; correct?

22         A.    Correct.

23         Q.    And is that a reference to the Great

24    Barrington Declaration?

25         A.    I believe so.  I believe so.  I would
```

DR. ANTHONY FAUCI  11/23/2022

Page 255

```
 1    imagine.  It's a link and it says gbdeclaration, so I
 2    would imagine.
 3         Q.    Did you read the Great Barrington
 4    Declaration for the first time when you got this
 5    e-mail?  Or do you not know?
 6         A.    I don't recall.
 7         Q.    Did you click on that link when you got
 8    the e-mail?
 9         A.    I don't recall.
10         Q.    He goes on to say, "This proposal from the
11    three fringe epidemiologists who met with the
12    Secretary"; right?
13               Were you aware of those three authors of
14    the Great Barrington Declaration meeting with the
15    Secretary?
16         A.    I don't recall.  This may have been my
17    first awareness of it, or I could have been
18    peripherally aware of it at the time.  I can't say
19    for sure.
20         Q.    So you don't know -- when he refers to
21    the three fringe epidemiologists, is he referring to
22    a prior conversation or communication where you
23    discussed them with him, if you know?
24               MR. KIRSCHNER:  Objection, speculative.
25               THE WITNESS:  I don't know.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 256

```
 1   BY MR. SAUER:
 2        Q.    You don't remember?
 3        A.    No.
 4        Q.    Do you recall Dr. Bhattacharya, Gupta and
 5   Dr. Kulldorff meeting with Secretary Azar?
 6        A.    You know, I don't.  I think after the
 7   fact, I would have known because Francis said they
 8   did.  It is very likely, although I'm not 100 percent
 9   sure that the meeting of the epidemiologists, authors
10   of the declaration with the Secretary, this was very
11   likely the first time it was brought to my attention,
12   although I can't say for sure.  I would imagine --
13   again, getting back to context, this is not something
14   that I would have been paying a lot of attention to.
15   I was knee deep in trying to do things like develop a
16   vaccine that wound up saving the lives of millions of
17   people.  That's what I was doing at the time.
18              So an e-mail like this may not have
19   necessarily risen to the top of my awareness and
20   interest.
21        Q.    So he goes on to say, "You believe that
22   this didn't catch your interest at the time that you
23   received it"?
24              MR. KIRSCHNER:  Objection.
25   Mischaracterizes his testimony.
```

DR. ANTHONY FAUCI 11/23/2022

```
 1              THE WITNESS:  I don't know if it did or
 2   not.  I wouldn't imagine that I would be
 3   overwhelmingly interested.  I may have responded.
 4   I'm sure you're going to pull out my e-mail and show
 5   my response.  But I don't recall -- this is an e-mail
 6   from Francis just bringing it to my attention.  I
 7   don't recall what, if any, was my response to this.
 8        Q.   It seems to be getting a lot of attention
 9   and even a cosignature from a Nobel Prize winner,
10   Mike Levitt at Stanford.
11        A.   Right.
12        Q.   And that was the person we referred to a
13   minute ago.
14        A.   Yes.
15        Q.   Then Dr. Collins goes on to say, "There
16   needs to be a quick and devastating published
17   takedown of his premises."
18             Do you know what he's referring to when he
19   talks about a quick and devastating takedown?
20             MR. KIRSCHNER:  Objection.  Speculative.
21   BY MR. SAUER:
22        Q.   If you know.
23        A.   I do not know what he was referring to.  I
24   would imagine I was thinking that someone would take
25   the counterargument of what the premise was, and I
```

1    believe, you know, knowing now what's in the

2    declaration, the premise that you could actually

3    selectively target susceptible people and protect

4    them and yet let the virus spread through society

5    without doing considerable damage.

6              I would imagine that that is the premise

7    that Dr. Collins felt was an invalid assumption.

8         **Q.    And did you discuss this with him at the**

9    **time?  Did you talk to him about getting a quick and**

10   **devastating published takedown of the Great**

11   **Barrington Declaration?**

12        A.    I don't recall.  You know, quick and

13   devastating takedown, that doesn't sound like some

14   terminologies that I would use.  So I don't believe I

15   had a conversation about that specific.

16        **Q.    And so you don't know specifically what he**

17   **meant?**

18        A.    I don't know specifically what he meant.

19   But knowing Francis, he is a scholar.  He's likely

20   talking about writing a scholarly article to contest

21   some of the premises.  That's what I would imagine

22   Francis is referring to.  That would be his style.

23             That if someone writes an article that he

24   disagrees with, that he would write a counterargument

25   to challenge the premises.  Again, I don't know for

```
 1   sure, but knowing Francis, I believe that's what he
 2   means, to provide a counterargument.
 3       Q.    Do you know for sure, then, what he meant
 4   or we would ask him if -- if you know?
 5            MR. KIRSCHNER:  Objection.  Speculative.
 6            THE WITNESS:  Again, I'm not sure --
 7   again, I'm not 100 percent sure.  You can never be
 8   sure what's in someone's mind, but knowing Francis,
 9   he is a scholar, a fair person.  Highly respected in
10   the community.  When he talks about premises, just
11   the way he would with a scientific article with
12   scientific data, if he had an issue with it, he would
13   write a scholarly article to try and challenge it.
14            And I believe that's what he's referring
15   to.
16   BY MR. SAUER:
17       Q.    Okay.  He goes on in the e-mail to say, "I
18   don't see anything like that online yet.  Is it
19   underway?"  Do you see that?
20       A.    I see that.
21       Q.    Why would he think that you and Cliff Lane
22   would know whether or not there was a swift and
23   devastating takedown of this declaration underway?
24            MR. KIRSCHNER:  Objection.  Speculative.
25            THE WITNESS:  Certainly speculative.  I
```

DR. ANTHONY FAUCI  11/23/2022

Page 260

1   don't know what he meant.  I just think he was

2   speaking bluntly.  I don't think he was specifically

3   pointing to us to have known if there was something

4   online.  He scours the online better than we do.

5   He's got an entire staff that does that.

6           So I think it was a just a casual comment,

7   "Hey, you guys.  Did you see anything online yet?"

8   BY MR. SAUER:

9       Q.    And he says not "Is there something up

10  there?"  He says, "Is it underway?"

11          Did he have any reason to think that you

12  guys might be working on --

13      A.    Absolutely not.

14      Q.    Let me finish the question -- of some kind

15  of refutation of the Great Barrington Declaration?

16      A.    No.  This is not something I would

17  be involved in.  As I told you, I have a very

18  important day job that is running a $6.4 billion

19  institute.  I would not be involved in examining this

20  and doing something that would, quote, counter it.

21      Q.    Do you know why he copied Cliff Lane on

22  this e-mail with you?

23          MR. KIRSCHNER:  Objection.  Speculative.

24          THE WITNESS:  I don't know why he copied

25  Cliff.  But as I mentioned, Cliff is the clinical

DR. ANTHONY FAUCI  11/23/2022

```
 1   director of the Institute, the deputy director for
 2   clinical research, and a highly -- what's the right
 3   word -- respected clinical scientist in the
 4   institute.
 5           So it would not be unusual for Francis to
 6   send me an e-mail and have Cliff Lane, as my deputy
 7   director for clinical research, be copied.
 8           That would not be surprising.
 9   BY MR. SAUER:
10       Q.    Is Cliff Lane the same one who went on the
11   WHO-sponsored trip to China in February of 2020 that
12   we talked about this morning?
13           MR. KIRSCHNER:  Objection.  Asked and
14   answered.
15   BY MR. SAUER:
16       Q.    Is he the same guy?
17       A.    Cliff Lane is the same person, and the
18   same motivation that led to his going to China was
19   probably the same motivation that Francis copied him
20   in the e-mail, that he's highly respected and well
21   thought of and a very knowledgeable physician
22   scientist.
23       Q.    When he came back from China, he was the
24   one who had reported about China -- I think he called
25   them extreme lockdown measures being effective in
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    controlling the spread of the virus.  Do you recall

 2    that?

 3              MR. KIRSCHNER:  Objection.  Asked and

 4    answered.

 5              THE WITNESS:  I answered that question,

 6    but he was the one that said social distancing that

 7    they have done was, in fact, effective.  He believes

 8    in curtailing the spread of the virus.

 9    BY MR. SAUER:

10        Q.    Do you recall any discussions between you,

11    Francis Collin, and Cliff Lane in that time frame

12    of him returning from the WHO-sponsored trip to China

13    that related to the efficacy of extreme lockdown

14    measures or extreme social distancing measures?

15        A.    We're going back to the same question.  I

16    think I answered that.  I think --

17        Q.    I'm just asking if you had any discussions

18    on that topic that I just described, you, Cliff Lane,

19    and Francis Collins back when Cliff Lane returned

20    from the trip to China?

21        A.    Did we have any discussions about the

22    efficacy of -- of severe social distancing on

23    shutting down to spread a virus?

24        Q.    Correct.

25        A.    It's entirely possible that we had that
```

DR. ANTHONY FAUCI 11/23/2022

```
 1    conversation.  I don't specifically recall that
 2    conversation, but it would not be unusual.  Cliff
 3    went to China, and we wanted to find out what was
 4    going on there to see if there could be any lessons
 5    learned from what they were doing compared to what
 6    we're doing.
 7         Q.    Exhibit 43.
 8               (FAUCI Exhibit No. 43 was marked for
 9    identification.)
10    BY MR. SAUER:
11         Q.    Do you recognize this e-mail exchange also
12    dated October 8th, 2020?
13         A.    You know, you say do I recognize it.
14         Q.    Do you remember it?
15         A.    I don't remember it, but now that you've
16    put it in front of me, it's got my name on it next to
17    "from" and Francis next to "to."  So I get back to my
18    statement before.  I receive literally thousands of
19    e-mails, many of which get screened.  So I generally
20    wind up seeing only a few hundred.
21               I don't remember this one specifically,
22    but clearly it was sent by me to Francis.
23         Q.    And to the same list of recipients on his
24    e-mail to you that was in the previous exhibit;
25    correct?
```

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    Right.
 2        Q.    And you said to him, "Francis, I'm pasting
 3   in below a piece from The Wire ^  that debunks this
 4   theory"; correct?
 5        A.    That's what it says.
 6        Q.    If you look at the top, your -- the
 7   subject line is the Great Barrington Declaration;
 8   correct?
 9        A.    Correct.
10        Q.    And Francis responds to you "Excellent";
11   correct?
12        A.    That's what it says.
13        Q.    You've pasted in here an article from
14   Wired magazine by Matt Reynolds; right?
15        A.    Yes.
16        Q.    How did you find that?
17        A.    I don't recall.
18        Q.    Did someone find it for you or did you
19   Google it yourself?
20        A.    I don't recall.
21        Q.    Do you know this author Matt Reynolds?
22        A.    Doesn't ring a bell.  I may have run into
23   him or interacted with him in the past, but doesn't
24   come out -- jump out of the page at me.
25        Q.    Did you have any communications with
```

1    Mr. Reynolds before he published this article?

2        A.    I don't recall.

3        Q.    Do you know of anyone at NIAID

4    communicating with him before publishing this

5    article?

6        A.    I don't recall.

7        Q.    Do you know Gregg Gonsalves?

8        A.    I do.

9        Q.    Who is he?

10       A.    Gregg Gonsalves is the person on the

11   faculty of the Yale School of Public Health, I

12   believe, certainly Yale University of New Haven, who

13   formerly was a member of the AIDS activist group

14   ACT UP, and then a member of the therapy group, TAG,

15   treatment action group, of ACT UP.

16       Q.    How long have you known him?

17       A.    I've known Gregg since the first decade of

18   HIV.  So I would imagine that would likely be

19   sometime in late 1980s, early 1990.

20       Q.    Is he a friend of yours?

21       A.    Well, it depends on what you mean by a

22   friend.  He's someone I know.  He's an associate.  I

23   think he's a solid person.  He cares deeply about

24   public health.

25            Yeah, I -- again, it depends on definition

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    of friend or not.  He's somebody that's more than

 2    just hello.  I mean, I've -- I've interacted with him

 3    a fair amount.

 4         Q.    Exhibit 44.

 5               (FAUCI Exhibit No. 44 was marked for

 6    identification.)

 7    BY MR. SAUER:

 8         Q.    Another e-mail chain between you,

 9    Francis Collins, and Cliff Lane regarding the Great

10    Barrington Declaration; correct?

11               MR. KIRSCHNER:  Objection.  Lack of

12    foundation.

13               THE WITNESS:  This is an e-mail from me to

14    Francis in which I forwarded to him a commentary or a

15    Twitter, I guess, a commentary by Gregg Gonsalves

16    concerning the idea of herd immunity and focused

17    protection.

18    BY MR. SAUER:

19         Q.    And you said above -- sending that, you

20    said, "another refutation of the herd immunity

21    approach"; right?

22         A.    Correct.

23         Q.    And this is also addressing essentially

24    the approach -- the herd immunity approach, are you

25    there referring to the approach espoused by the
```

DR. ANTHONY FAUCI  11/23/2022

1    authors of the Great Barrington Declaration?

2         A.    Could be.  I would imagine it was, but,

3    you know, since herd immunity was a significant

4    component of the declaration, I don't see specific

5    reference to the declaration here, but it is

6    compatible with this being -- referring to the

7    declaration, though I -- I don't see any specific

8    indication of it.

9         Q.    Can you turn to the second page of this

10   document?  In the Gonsalves article, the second

11   paragraph begins "However, after some

12   acknowledgment."  Do you see that?

13        A.    Yes.

14        Q.    And if you go about five lines down,

15   there's a sentence beginning "Fast forward to this

16   week."  Do you see that?

17        A.    Yes.

18        Q.    It says, "Fast forward to this week where

19   one of the Harvard professors in question,

20   Martin Kulldorff, along with Dr. Jay Bhattacharya

21   from Stanford University and Sunetra Gupta from the

22   University of Oxford were in DC meeting with

23   Scott Atlas ^ and Health and Human Services as

24   secretary Alex Azar ^ ?

25        A.    Yes.

DR. ANTHONY FAUCI  11/23/2022

Page 268

```
1        Q.    And then it goes on to say they were
2   promoting their new focus protection strategy;
3   correct?
4        A.    That's what it says.
5        Q.    And focus protection is a phrase used in
6   the Great Barrington Declaration; correct?
7        A.    That's correct.
8        Q.    Did you have any communications with
9   Gregg Gonsalves before he wrote this piece?
10       A.    I don't recall.  I might have.  I don't
11  recall specifically having any communications with
12  Gregg before he wrote this.  I might have, but I
13  don't know.  It doesn't come out at me as something I
14  remember having a communication with him.
15       Q.    Do you -- do you remember consulting --
16  him consulting with you or anyone at NIAID staff in
17  any way about his piece on this?
18       A.    You know, I don't recall.  It's possible,
19  but I don't recall.
20       Q.    Do you know what Francis Collins was going
21  to do with this information?  You're sending him
22  these articles refuting the Great Barrington
23  Declaration.  What was his plan to do with them?
24            MR. KIRSCHNER:  Objection.  Speculation.
25            THE WITNESS:  I don't know what his
```

1    plan -- I think he was getting back to a prior e-mail

2    that you showed me.  He was wondering what the

3    community in general's response was to the Great

4    Barrington Declaration, and I believe, if I can

5    recall from a few moments -- minutes ago when he was

6    talking -- is anybody else refuting this premise?

7    That's one of the things he asked in an e-mail he

8    sent to me.

9              So I would imagine -- I'm trying to piece

10   it together -- that the things that I forwarded to

11   Francis were in response to his question "Is anybody

12   else refuting this premise?"  And this looks like a

13   refutation that I forwarded to him on October 8th and

14   then on that same day what Gregg Gonsalves tweeted.

15   BY MR. SAUER:

16        **Q.    Do you know if Francis Collins has any**

17   **contacts or acquaintances that work for social media**

18   **companies?**

19              MR. KIRSCHNER:  Objection.  Calls for

20   speculation.

21              THE WITNESS:  I don't know of

22   Francis Collins's connection to any -- I don't know

23   of it.  I mean, whether he does or not, I don't -- I

24   don't -- I have no knowledge of that.

25   BY MR. SAUER:

DR. ANTHONY FAUCI  11/23/2022

```
 1        Q.    Does he have social media accounts?
 2        A.    His office does.  I think he tweets.  I
 3   have heard he tweets.  Since I don't have a Twitter
 4   account, I don't see tweets.
 5        Q.    Exhibit 45.
 6              MR. KIRSCHNER:  Yes.
 7              (FAUCI Exhibit No. 45 was marked for
 8   identification.)
 9   BY MR. SAUER:
10        Q.    Before we -- before we get to this
11   exhibit, has Dr. Collins ever discussed with you the
12   content of matters posted on social media that you
13   recall?
14        A.    I'm sorry.  What's the question again?
15        Q.    Has Dr. Collins ever discussed with you
16   the content of speech posted on social media?
17              MR. KIRSCHNER:  Objection.  Ambiguous.
18              THE WITNESS:  You know, I'm -- I'm not
19   sure.
20   BY MR. SAUER:
21        Q.    Has he ever discussed with you any
22   communications that he or his staff has had with
23   social media companies?
24        A.    Not specifically that I can recall.  He
25   may have but, again, it's not something that rings a
```

```
 1    bell with me that I would remember.
 2         Q.    Can you look briefly at the exhibit in
 3    front of you, Exhibit 45?
 4         A.    Right.
 5         Q.    This is a Washington Post article dated
 6    October 14th, 2020?
 7         A.    Right.
 8         Q.    And the headline is "Proposal to hasten
 9    herd immunity to the coronavirus grabs White House
10    attention but appalls the top scientists"; correct?
11         A.    Correct.
12         Q.    If you go to the fourth paragraph on the
13    first page, Dr. Collins quoted in this article --
14              MR. KIRSCHNER:  Again, I would ask for
15    Dr. Fauci to have an opportunity to familiarize
16    himself with this document.
17              THE WITNESS:  Just give me a sec.
18    BY MR. SAUER:
19         Q.    Do you see that -- the fourth paragraph on
20    the first page, where it says that, "A senior
21    administration official told reporters in a
22    background briefing called Monday that the proposed
23    strategy, which has been denounced by other
24    infectious disease experts and called, quote, fringe,
25    and, quote, dangerous by NIH director Francis
```

DR. ANTHONY FAUCI  11/23/2022

Page 272

```
 1   Collins."

 2          Do you see that?

 3    A.    Yes.

 4    Q.    Did you consult with Dr. Collins before he

 5   told the Washington Post that this was a fringe and

 6   dangerous idea?

 7    A.    Yes.

 8          MR. KIRSCHNER:  Objection.  Lack of

 9   foundation.

10          THE WITNESS:  Yeah.  I'm not sure of the

11   connections because it's saying here, "which has been

12   denounced by other infectious disease experts and

13   called fringe and dangerous," whether Francis spoke

14   to Joel directly and said it was fringe and dangerous

15   or whether Joel was reporting on statements that

16   Francis Collins made not directly to him, but he may

17   have heard of statements that Francis made.

18   BY MR. SAUER:

19    Q.    Why don't we flip ahead to page 4 of this

20   document -- 4 of 6 in the bottom left corner?  You --

21    A.    Four of 5.

22    Q.    Page 4 of 5?

23    A.    Got it.

24    Q.    You see that third full paragraph?

25   There's a quotation from Dr. Collins that says, "What
```

1    I'm worried about with this is it's being presented

2    as a major alternative view that's held by large

3    numbers of experts in the scientific community."

4              That is not true, correct?

5              MR. KIRSCHNER:  Objection.  Lack of

6    foundation.

7              THE WITNESS:  That's what this says.

8    BY MR. SAUER:

9        Q.    And he goes on to say in the next

10   paragraph, "This is a fringe component of

11   epidemiology.  This is not mainstream science.  It's

12   dangerous."  Correct?

13             MR. KIRSCHNER:  Objection.  Lack of

14   foundation.

15             THE WITNESS:  Well, I'm reading the quote

16   from Dr. Collins.

17   BY MR. SAUER:

18       Q.    Did he consult with you before he gave

19   that quote or made those statements to the Washington

20   Post?

21             MR. KIRSCHNER:  Objection.  Lack of

22   foundation.

23             THE WITNESS:  I can't say for sure whether

24   he consulted with me or spoke to me about it.  It was

25   clear how Dr. Collins felt about the premise of the

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    declaration.  He felt that it was, in fact, an
 2    ill-founded premise, and that it would be dangerous
 3    because it would lead to the unnecessary infection,
 4    sickness, hospitalization, and death of larger
 5    numbers of people if you pulled back and let the
 6    virus freely circulate, even if you tried to protect
 7    targeted populations.
 8    BY MR. SAUER:
 9        Q.    Did he think it would be dangerous if
10    those communications were conducted on social media
11    platforms?
12            MR. KIRSCHNER:  Objection, speculative.
13    BY MR. SAUER:
14        Q.    To your knowledge?
15        A.    To my knowledge, I don't see a connection
16    here with what he's saying and things being spread on
17    social media, but perhaps, since a lot of things get
18    spread on social media, I'm sure that -- I'm not
19    sure, but that could have been something that he was
20    concerned about.
21        Q.    Did you ever discuss that with him, his
22    concerns about it circulating on social media?
23            MR. KIRSCHNER:  Objection.  Asked and
24    answered.
25            THE WITNESS:  You know, we've been down
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   that question before.  And I said, "I'm not certain
 2   at all."
 3            I've had discussions with Dr. Collins a
 4   few years ago about these issues and I don't know if
 5   we discussed the implications of social media on it.
 6   BY MR. SAUER:
 7       Q.    Did you become aware -- did he -- did he
 8   let's do the next exhibit, 46?
 9            (FAUCI Exhibit No. 46 was marked for
10   identification.)
11   BY MR. SAUER:
12       Q.    On October 13th at 3:36 p.m., did
13   Dr. Collins send you and some others a link to the
14   Washington Post article that we just looked at?
15       A.    The link on the bottom, is that the same
16   article?  I don't know if it is.  Let me see if the
17   link is the same.  "COVID herd immunity 2020," yeah,
18   it looks like it's the link to the article that we
19   were referring to.
20       Q.    So this is on October 13th, which would be
21   the day after -- or no -- strike that.  So he e-mails
22   you and others and says, "My quotes in the article
23   are accurate but will not be appreciated in the White
24   House"; correct?
25       A.    It says here, "My quotes are accurate, but
```

**DR. ANTHONY FAUCI 11/23/2022**

1    will not be appreciated in the White House."

2         **Q.    Did he discuss with you whether the White**

3    **House would approve the quotes he made about**

4    **the Great Barrington Declaration?**

5         A.    I don't recall him discussing whether they

6    would be appreciated or not, but he clearly states in

7    the e-mail to me -- is it to me?  Yes, to me and

8    others -- that his quotes are accurate.  Namely, that

9    he rejects the premise of herd immunity, but that

10   will not be appreciated in the White House.

11        **Q.    And you responded, "They are too busy with**

12   **other things to worry about this"?**

13        A.    Right.

14        **Q.    What you said was entirely correct?**

15        A.    Right.

16        **Q.    So was it your view at the time that the**

17   **Great Barrington Declaration was a fringe and**

18   **dangerous idea?**

19        A.    I'm not sure I would have categorized it

20   like that.  I would say that the premise, I believe,

21   is invalid.  And the invalid premise of

22   essentially letting the virus freely circulate under

23   the assumption which has already been proven to

24   be incorrect with the one million deaths that we've

25   had in the country, that the premise of allowing the

DR. ANTHONY FAUCI  11/23/2022

1  virus to freely circulate is a premise that is

2  invalid because it is not possible to

3  selectively protect all the vulnerable people.

4      **Q.    Do you think --**

5      A.    So I agree that the premise of the Great

6  Barrington Declaration is ill-founded and incorrect

7  and I'm joined by the overwhelming majority of

8  physicians, public health officials, and

9  epidemiologists.

10     **Q.    Do you think it's nonsense?**

11     A.    You know, you're putting words.  It could

12  be nonsense.  In fact, I believe that you're going to

13  show me an e-mail shortly in which I call it

14  nonsense, you know.

15     **Q.    Why don't we go with that?**

16     A.    Okay.

17     **Q.    Exhibit 47.**

18     A.    All right.  Thank you.

19          (FAUCI Exhibit No. 47 was marked for

20  identification.)

21  BY MR. SAUER:

22     **Q.    Is this a -- can you look at that?**

23     A.    I see it.

24     **Q.    Can you see this is an NBC News article**

25  **dated October 15, 2020.**

DR. ANTHONY FAUCI  11/23/2022

1      A.    Correct.

2      Q.    **And the headline says, "Dr. Fauci says**

3   **letting the coronavirus spread to achieve herd**

4   **immunity is, quote, nonsense, and quote, dangerous."**

5          **Correct?**

6      A.    That is correct.

7      Q.    **Turn to the third page of the document in**

8   **the first full paragraph.**

9      A.    Right.

10     Q.    **You describe the view of letting everybody**

11  **get infected and then we'll have herd immunity.  And**

12  **you say, "Quite frankly, that is nonsense and anybody**

13  **who knows anything about epidemiology will tell you**

14  **that that is nonsense and very dangerous."  Correct?**

15     A.    That is correct.

16     Q.    **Were those the statements that you made at**

17  **the time?**

18     A.    That's the quote there.  I have no reason

19  to believe that it's a misquote.

20     Q.    **Do you still believe that?**

21     A.    Do I believe that the Barrington

22  Declaration premise of letting the virus rip

23  through society and infect people, leading to their

24  illness, hospitalization, and death is nonsense and

25  dangerous?  I still do.

DR. ANTHONY FAUCI  11/23/2022

Page 279

1       Q.      Are you an epidemiologist?

2       A.      I'm an infectious disease person with some

3  pretty good experience in epidemiology.

4       Q.      Is Dr. Bhattacharya an epidemiologist?

5       A.      I don't know.  I guess you'll have to look

6  up his credentials.  I don't know precisely his

7  credentials.

8       Q.      How about Dr. Kulldorff?

9       A.      Again, I'm not familiar offhand with their

10  qualifications.

11       Q.      So your statement was made within two days

12  of Dr. Collins' statement?

13       A.      Right.

14       Q.      With the Washington Post; correct?

15       A.      Right.

16       Q.      Did you coordinate with making those

17  statements, discussing with each other that you were

18  going to make these statements criticizing the Great

19  Barrington Declaration, other than the e-mails you've

20  already seen?

21       A.      I don't believe so, but I don't -- no, I'm

22  not -- that's not our style to be coordinating

23  things.  I don't know -- it's possible we discussed

24  it, depending on what your coordination is.

25       Q.      In this same time frame, did you become

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   aware that the Great Barrington Declaration was being

 2   censored in social media?

 3              I'm not aware of anything being censored.

 4   Like I said multiple times -- and I'll repeat it

 5   again -- I don't follow what goes on on social media,

 6   censoring or otherwise.  That's not something that I

 7   pay attention to.

 8              (FAUCI Exhibit No. 48 was marked for

 9   identification.)

10   BY MR. SAUER:

11      Q.    Would you look at exhibit 48.  And is this

12   an article from the website Spiked entitled, "Why has

13   Google censored the Great Barrington Declaration?"

14              MR. KIRSCHNER:  Objection.  Lack of

15   foundation.

16              THE WITNESS:  The first page says:  Why

17   has Google censored the Great Barrington Declaration?

18   BY MR. SAUER:

19      Q.    Without going into details of the article,

20   were you aware that there were reports that Google

21   had deboosted the Great Barrington Declaration in the

22   search results.  So if you search for it on Google,

23   the declaration itself would be buried in the results

24   and you would only get articles that were critical of

25   it, like for example, the Washington Post article
```

DR. ANTHONY FAUCI  11/23/2022

1    **that quoted Francis Collins and the NBC?**

2            MR. KIRSCHNER:  Objection.  Lack of

3    foundation and compound.  Many compounds.

4    BY MR. SAUER:

5        **Q.    Did you know about that?**

6        A.    Could you repeat ^  the specific question.

7    Did I know about what?

8        **Q.    Did you know about the fact that the Great**

9    **Barrington Declaration had been deboosted in people's**

10   **search results in the same time frame?**

11           MR. KIRSCHNER:  Objection.  Lack of

12   foundation.

13   BY MR. SAUER:

14       **Q.    Did you know?**

15       A.    I believe not.  It is possible that

16   someone walking by the hall mentioned that to me.

17   But as I mentioned to you, I don't pay much attention

18   to what goes on in social media, and I certainly

19   would not have had this plop up on my radar screen so

20   I would say, "I can't say 100 percent," but it is

21   highly unlikely that I am aware -- was aware of, or

22   if I was, I paid any attention to this thing of

23   Google censoring the Great Barrington.

24           I don't pay attention to that whole

25   culture of social media censoring or not censoring.

DR. ANTHONY FAUCI  11/23/2022

```
 1    I've said that maybe 50 times today.  That's not what
 2    I do.
 3         Q.    Let me ask you a new question then.
 4         A.    Sure.
 5         Q.    Are you familiar with the social media
 6    platform Reddit?
 7         A.    Reddit?
 8         Q.    R-e-d-d-i-t?
 9         A.    I'm heard the that term, but --
10         Q.    Are you aware that Reddit also censored
11    the Great Barrington Declaration, along with Google?
12              MR. KIRSCHNER:  Objection.  Lack of
13    foundation.
14    BY MR. SAUER:
15         Q.    If you know.
16         A.    Again, I'm not even sure what Reddit is,
17    and so I don't think I could be aware of its
18    censoring.  If I did -- was aware at one time, I
19    certainly didn't register it as something that I
20    would want to remember.
21         Q.    Have you ever heard of YouTube?
22         A.    Have I ever heard of YouTube?  Yes, I
23    have.  There you go.  I've heard of one thing, yeah.
24         Q.    Were you aware that YouTube actually
25    amended its terms of service in October of 2020 to
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   clarify that it would remove content related to the
 2   Great Barrington Declaration?
 3              MR. KIRSCHNER:  Objection.  Lack of
 4   foundation.
 5   BY MR. SAUER:
 6        Q.    Do you know?
 7        A.    I don't know for sure whether someone
 8   pointed that out to me, but, again, with the
 9   repetitive theme that I keep saying if I was aware of
10   it, I would not have paid much attention to it.
11        Q.    Exhibit 49.
12              (FAUCI Exhibit No. 49 was marked for
13   identification.)
14   BY MR. SAUER:
15        Q.    This is a copy of YouTube's online site
16   admissions relations ^ policy.  Have you ever seen
17   it before?
18        A.    Not to my recollection, no.
19        Q.    And on the second page, there's a kind of
20   rolling chronology.  Do you see on the second page in
21   the far left it indicates 2020 in the middle?
22        A.    Yeah.
23        Q.    And then there's various links.  So if you
24   go on to the third page, there's one from October
25   of 2020 called fighting misinformation?
```

DR. ANTHONY FAUCI 11/23/2022

1      A.      Yeah.

2      Q.      And that indicates in kind of one sentence

3   that they have updated their COVID-19 medical

4   misinformation policy in October of 2020; correct?

5      A.      Correct.  It looks that way.

6      Q.      Exhibit 50.

7              (Dr. Fauci Exhibit No. 50 was marked for

8   identification.)

9              THE WITNESS:  I'm sorry.  What -- what was

10  the question?  I didn't see any question.

11  BY MR. SAUER:

12     Q.      Oh, I was -- now I was going to give you

13  what you get when you click on that.  That's

14  Exhibit 50.

15     A.      Okay.

16     Q.      Did I slide over an extra copy to you?

17  Oh, no.  Here it is.  Sorry.

18              I take it you've never seen this sort of

19  document before either, Exhibit 50, the sort of

20  detailed version of the COVID-19 medical

21  misinformation policy that you're privy ^  to?

22     A.      No.  I don't recall ever seeing this

23  before.

24     Q.      Can you go to Page 4 of 5, the fourth

25  bullet point from the bottom on the list of items

DR. ANTHONY FAUCI 11/23/2022

1    that YouTube does not allow on its platform, quote,

2    "Claims that achieving herd immunity through natural

3    infection is safer than vaccinating the population."

4            Do you see that?

5    A.    I see it, yes.

6    Q.    Is that a claim that paraphrases the

7    recommendations in the Great Barrington Declaration?

8            MR. KIRSCHNER:  Objection.  Speculative.

9            THE WITNESS:  You know, I'm not sure.  I

10   know that the Great Barrington Declaration promotes

11   the concept of herd immunity through natural

12   infection.  I am not certain -- I don't recall if

13   they specifically mention that it's safer than

14   vaccinating the population.  It might.

15   BY MR. SAUER:

16   Q.    Did you have any knowledge of any update

17   to YouTube's terms of service in October of 2020 to

18   add that as a disfavored claim?

19           MR. KIRSCHNER:  Objection.  Asked and

20   answered.

21   BY MR. SAUER:

22   Q.    Did you?  Yes or no?

23   A.    Not to my knowledge.  It doesn't ring a

24   bell.

25   Q.    Do you know of anyone who communicated to

**DR. ANTHONY FAUCI  11/23/2022**

 1    YouTube about that topic?

 2        A.    Not to my knowledge.

 3        Q.    Exhibit 51.

 4              (FAUCI Exhibit No. 51 was marked for

 5    identification.)

 6    BY MR. SAUER:

 7        Q.    This is Meta's online misinformation

 8    policy, and I think we talked about earlier how Meta

 9    is the company that --

10        A.    Now I know what Meta is.  We can proceed.

11        Q.    It's Facebook and Instagram.

12        A.    Yes.  Okay.

13        Q.    And the CEO of Meta is someone you're on a

14    first-name basis with, a man called Mark Zuckerberg;

15    is that correct?

16              MR. KIRSCHNER:  Objection.

17    Mischaracterizes the evidence.

18              THE WITNESS:  Yeah, right.  I'm on a

19    first-name basis with a lot of people.

20    BY MR. SAUER:

21        Q.    Apparently.  Did you do some PSAs with

22    Mark Zuckerberg back in March of 2015?

23        A.    I don't know --

24        Q.    I'm sorry.  March of 2020?

25        A.    I'm not sure of the date, but I did some

DR. ANTHONY FAUCI 11/23/2022

```
 1    Facebook PSAs encouraging people to get vaccinated
 2    and answering questions about the virus.
 3        Q.    And in your interrogatory responses, you
 4    identify 13 communications with Mark Zuckerberg
 5    consisting of both e-mails and phone calls.
 6              Do you recall that?
 7        A.    Interrogatories, when you and I were
 8    talking -- what is he talking about?
 9              MR. KIRSCHNER:  Well, Dr. Fauci, I would
10    ask not to talk about -- about our communications.
11              THE WITNESS:  Yeah.  I'm not sure what you
12    mean by "interrogatory."  What is that?
13    BY MR. SAUER:
14        Q.    Did you prepare information in response to
15    written discovery requests in this case identifying
16    13 communications with Mark Zuckerberg during 2020?
17              MR. KIRSCHNER:  Mr. Sauer, if you have a
18    document to show Dr. Fauci, I would ask that you
19    show --
20              THE WITNESS:  Yeah, I'm not sure what
21    you're talking about.  Interrogatory about -- show
22    me something, and I'll tell you.
23    BY MR. SAUER:
24        Q.    Do you dispute that you had 13
25    conversations -- or communications with
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    Mark Zuckerberg in 2020?

 2         A.    I don't know how many I had.  I do know

 3    some time ago that of the many, many, many thousands

 4    of e-mails of mine that were FOIA'd, that someone

 5    mentioned that there were e-mails between Mark and I.

 6    And I don't know how many there were so I can't

 7    answer the question completely accurately.

 8         Q.    Let me ask you this.  Can you turn to

 9    Page 4 of 12?

10         A.    And remind me what's this -- this is the

11    misinformation policy document of --

12         Q.    Meta.

13         A.    Meta, okay.

14         Q.    Page 4 of 12 under Roman II, harmful

15    health misinformation, there's a bullet in bold

16    saying "Misinformation about vaccines"; correct?

17         A.    Right.

18         Q.    And it says, "We remove misinformation

19    primarily about vaccines when public health

20    authorities conclude that the information is

21    false and likely to directly contribute to imminent

22    vaccine refusals"; correct?

23         A.    Correct.

24         Q.    Are you one of the public health

25    authorities whose conclusions Meta relies on when
```

DR. ANTHONY FAUCI  11/23/2022

Page 289

1    they're deciding to remove information?

2              MR. KIRSCHNER:  Objection.  Speculative.

3              THE WITNESS:  I have no idea who the

4    public health authority is.

5    BY MR. SAUER:

6         Q.   Did you ever have a conversation with

7    Mark Zuckerberg where he told you that you're a

8    respected public health authority?

9         A.   Did I ever have a conversation with Mark

10   saying that I was a respected public health

11   authority?

12        Q.   Or something like that.

13        A.   My conversations with Mark are documented

14   on the PSAs that we have.  I'm not sure whether he

15   said now I'm going to introduce the public health

16   authority.  I'm not sure about that.

17        Q.   How about in the phone calls you had with

18   him?

19        A.   The phone calls, I believe, were related

20   to saying, you know, look forward to being on the PSA

21   with you.  You got any questions about the technical

22   aspects of it or stuff like that.  I don't think

23   there was anything more substantiative than that on

24   the e-mails.

25        Q.   Did anyone ever say to you that you're a

1   public health authority that platforms like Meta and

2   Facebook and so forth would rely on in --

3       A.    Not to my knowledge.

4       Q.    If I may finish -- may rely on in

5   modulating content on their platform?

6       A.    No, no.  To my knowledge, I've never had

7   anyone mention me and my authority or my reputation

8   that has anything to do with influencing social media

9   platforms.

10      Q.    After the Great Barrington Declaration was

11  published, did you ever communicate with anyone at

12  Stanford about it?

13      A.    I don't recall.  It's possible.  Like I

14  say, I made thousands of phone calls and thousands of

15  e-mails.  I may have, but I doubt it.

16      Q.    Well, more generally, do you recall

17  communicating with anyone outside of the government

18  and aside from the reporters that quoted you about

19  the Great Barrington Declaration and its approach?

20      A.    Outside of government, I don't know.

21  That's possible, but I don't recall.

22      Q.    How about do you know a man named Dr. Phil

23  Pizzo or Pizzo?  P-I-Z-Z-O --

24      A.    I do.  I do.

25      Q.    Who is he?

**DR. ANTHONY FAUCI  11/23/2022**

1      A.    Phil Pizzo is a pediatric infectious

2  disease expert who used to be at the NIH who then

3  went on to become the dean at the School of Medicine

4  at Stanford who now, I believe, is either dean

5  emeritus or professor emeritus at Stanford.

6      **Q.    And did you know him from his time at the**

7  **NIH?**

8      A.    I did.

9      **Q.    So you've known him for decades, then?**

10      A.    Yes.

11      **Q.    Did you ever contact him to discuss the**

12  **Great Barrington Declaration?**

13      A.    I don't recall.  That's possible.

14      **Q.    Is it possible you had a conversation with**

15  **him about Dr. Jay Bhattacharya also at Stanford?**

16      A.    I don't recall.

17      **Q.    How about Lloyd Minor?  Who's that?**

18  **Someone named Dr. Lloyd Minor?**

19      A.    I've heard the name.  I -- it doesn't ring

20  a bell of any connection.

21      **Q.    How about Mark Tessier-Lavigne?  Do you**

22  **know him?**

23      A.    Mark is the current president of Stanford.

24      **Q.    Did you ever have a conversation with him?**

25           MR. KIRSCHNER:  Objection.  Vague.

DR. ANTHONY FAUCI  11/23/2022

Page 292

```
 1              THE WITNESS:  Yeah.  I don't know what you
 2     mean by a conversation with him.  He used to be at
 3     the Rockefeller Institution.  I had conversations --
 4     scientific conversations with him, and I met him at
 5     meetings.
 6              So I'm not sure what you mean.  Yeah, I've
 7     had conversations with Mark, but I don't recall the
 8     content of the conversation.
 9     BY MR. SAUER:
10        Q.    Have you ever discussed the Great
11     Barrington Declaration with him?  Or --
12        A.    Not my knowledge.
13        Q.    How about the focused protection or herd
14     immunity approaches?
15        A.    I don't recall.  These are possible.  It's
16     not ringing a bell when you're asking that question.
17        Q.    How about any of the following names:
18     Harry Greenberg?  Do you know him?
19        A.    Harry Greenberg is the scientist who used
20     to be at the NIH and is still now at Stanford.
21        Q.    Did you ever talk to him about focused
22     protection or herd immunity?
23        A.    I doubt it.  I can't say 100 percent, but
24     I doubt it.  I don't recall discussing this issue
25     with these people, but it's possible it came up in a
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1    discussion about something else, but I don't recall.
 2         Q.    How about Jack Rowe, R-o-w-e?  Do you know
 3    him?
 4         A.    I know Jack.  I don't know him well.  He
 5    used to be the CEO of a medical center maybe in
 6    New York.  I'm not sure.
 7         Q.    Do you know a scientist with the last name
 8    of Ioannides, I-o-a-n-n-i-d-e-s?
 9         A.    I've heard of him.  I don't know him.
10    I've heard the name Ioannides, but I don't know him.
11         Q.    Are you are familiar with a serial
12    prevalence study of people in Santa Clara County from
13    March of 2020?  It was done by him and some others.
14              MR. KIRSCHNER:  Objection.  Vague.
15              THE WITNESS:  No.  It doesn't ring a bell.
16    BY MR. SAUER:
17         Q.    So you don't remember there being a study
18    of the people in Santa Clara County early in the
19    pandemic to assess how widespread the virus already
20    was at that time?
21         A.    Again, I get hundreds and hundreds of
22    studies that come across my desk.  It is possible
23    that someone brought such a study to my attention,
24    but I don't specifically recall it.
25         Q.    Exhibit 52.
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1                MR. KIRSCHNER:  What time are we at?

 2                THE VIDEOGRAPHER:  5:41.

 3                MR. KIRSCHNER:  What exhibit number is

 4     this?

 5                MR. SAUER:  52.

 6                (FAUCI Exhibit No. 52 was marked for

 7     identification.)

 8     BY MR. SAUER:

 9         Q.    Is this an e-mail from Greg Folkers to you

10     dated November 2nd, 2020?

11         A.    Me to Greg, November the 2nd.  Greg to me,

12     November the 1st.

13         Q.    Gotcha.  So on November 1st, he sent you

14     a list of articles and highlighted the three he found

15     most useful?

16         A.    Right.

17                MR. KIRSCHNER:  Is there a question,

18     Counsel?

19     BY MR. SAUER:

20         Q.    Is that what he did in this e-mail?

21         A.    It appears in this e-mail that he has sent

22     me, it looks like blanks maybe or at least titles of

23     articles -- let me read them -- see what connection

24     there is to the article.

25                (Reading.) "Herd Immunity, the false
```

**DR. ANTHONY FAUCI  11/23/2022**

1  premise of the herd immunity."

2          Yeah, there's a bunch of articles to --

3  from different scientific and lay press.

4      **Q.    And these are all articles that are**

5  **critical of the herd immunity approach of the Great**

6  **Barrington Declaration; correct?**

7      A.    Right.

8      **Q.    Do you know why Greg sent you these?**

9      A.    I don't recall.  Greg would probably send

10  me something that I've asked for.  So somehow, back

11  then, a couple of years ago, I asked for articles

12  concerning herd immunity and I believe he sent them.

13      **Q.    Did you forward these on to Francis**

14  **Collins?**

15          **Sorry.  Were you still talking?**

16      A.    Yeah.  I mean, I don't know.  This would

17  be something Greg would do if I asked him to get some

18  articles for me.  And looks like -- I likely -- and I

19  don't see the e-mail requesting them.  I either

20  e-mailed him or called him up, or walked in his

21  office and said, "Get some articles on the issue of

22  herd immunity."  Yes, so --

23      **Q.    Did you ever communicate with the authors**

24  **of any of these articles about this topic?**

25      A.    I don't recall.  I'm looking at the people

DR. ANTHONY FAUCI  11/23/2022

```
 1   here and I don't recognize the names, except for John
 2   Barry and Gregg Gonsalves and ^^  Michelle -- some
 3   people I know and I -- some people I've never heard
 4   of.  I don't recall if I communicated with any of
 5   them about these articles.
 6        Q.     Which one do you know?  Do you know John
 7   Barry?
 8        A.     I know John Barry.
 9        Q.     And who else do you know?
10        A.     All right.  Let's go through the list.
11   John Barry.
12               I've been interviewed by Apoorva
13   Mandavilli and Sheryl Stolberg, two reporters for the
14   New York Times.
15               I've met Mark Lipschitz.  I don't know him
16   well.  I know Gregg Gonsalves, Carlos del Rio, and
17   Rochelle Walensky well.
18        Q.     Did you communicate with any of those
19   people about the Great Barrington Declaration in any
20   connection?
21        A.     I don't recall.  I mean --
22        Q.     Did you ever take any steps to ensure
23   there would be an online criticism of the Great
24   Barrington Declaration in any --
25               MR. KIRSCHNER:  Objection.  Asked and
```

 1  answered.

 2          THE WITNESS:  I don't ever recall -- I

 3  don't recall ever taking any steps to do anything

 4  online or influence online criticism of them.  I just

 5  knew how I felt personally about the Great Barrington

 6  Declaration and we already discussed that.  I felt

 7  that it was and is misguided and could lead to the

 8  unnecessary infection, hospitalization, and death of

 9  individuals if you follow the premise of the Great

10  Barrington Declaration.

11  BY MR. SAUER:

12      Q.    **Did you share that view with the people in**

13  **the media other than the ones we talked about?**

14      A.    I don't recall necessarily what I said to

15  people in the media, but my opinion of the nature of

16  the premise of the Great Barrington Declaration, I

17  believe, is reasonably well known and shared by a

18  very large number of scientists throughout the

19  country, as actually stated in some of these

20  articles.

21      Q.    **Are there large numbers of scientists who**

22  **disagree with your view, who signed the Great**

23  **Barrington Declaration?**

24          MR. KIRSCHNER:  Objection.  Vague.

25          THE WITNESS:  I haven't quantitated the

DR. ANTHONY FAUCI  11/23/2022

```
 1   number of people.  I haven't done a

 2   quantitative study on the number of people who agree

 3   with it.  But I can tell you that I interact with a

 4   lot of scientists in the country.  And

 5   overwhelmingly, they disagree with it.

 6   BY MR. SAUER:

 7       Q.    Does that include the 15,000 who signed

 8   it?

 9             MR. KIRSCHNER:  Objection.  Argumentative.

10             THE WITNESS:  Yes.

11   BY MR. SAUER:

12       Q.    It does or does not?

13       A.    I haven't even looked at the names of the

14   15,000 who signed it.  A lot of people sign petitions

15   and are not fully aware of what the implications of

16   those petitions are.

17       Q.    Exhibit 53.

18             (FAUCI Exhibit No. 53 was marked for

19   identification.)

20   BY MR. SAUER:

21       Q.    Can you turn to the second page of this

22   e-mail chain on the bottom half?  Do you see there's

23   an e-mail from someone at Twitter to a Carol Crawford

24   dated March 14th of 2020?

25       A.    Right.
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1                 MR. KIRSCHNER:  I would ask for Dr. Fauci
 2    to be able to familiarize himself with this document.
 3                 THE WITNESS:  I'm all confused.  I don't
 4    recognize anything on this piece of paper.
 5    BY MR. SAUER:
 6         Q.    Could you just point to the part where I'm
 7    pointing to where there's an e-mail from someone at
 8    Twitter to a ^^  Carol Cross?
 9         A.    Right.
10         Q.    And this other client is @anthonyfauci_
11    account.  Correct?
12         A.    Right.  Yes.
13         Q.    And the Twitter person says, "Hi CDC team.
14    A few folks have flagged this account to me wondering
15    if it's real or not.  Is it a legitimate account?"
16               Do you see that?
17         A.    Yes.
18         Q.    And there's a reference to an Anthony
19    Fauci Twitter account; correct?
20         A.    Right.
21         Q.    And then if you go up above, you see Carol
22    Crawford on March 14th, the response I'm adding
23    someone at NIH and someone at HHS to verify that.
24         A.    Right.
25         Q.    And then if you go further up on the page,
```

1   the NIH person, Scott Prince.  Do you know him?

2       A.    No.  I mean, it says here, "Deputy

3   director for public information."  You know, I have

4   about six thousand employees work for me.  I don't

5   recognize this name.

6       Q.    But he works in NIH?

7       A.    Yeah.

8       Q.    Is that fair to say?

9       A.    Yeah.  He probably works in Building

10  1 which is the NIH director's office.  Not my -- it

11  doesn't say NIAID, which means he doesn't work for

12  me.

13      Q.    And he e-mailed Twitter back, and said,

14  "Fake/Imposter handle," and then in all caps,

15  "Please remove, exclamation point, exclamation point,

16  exclamation point."  Correct?

17      A.    That's what it says right here.

18      Q.    Were you aware that staff at the NIH were

19  communicating with Twitter about removing accounts

20  from Twitter because they were impersonating you?

21      A.    I don't -- I kind of vaguely recall that

22  there was a fake account of people using my name

23  under false pretenses.  I'm not 100 percent sure what

24  they did about it.  I'm sure that when they found out

25  that it was a false account, that they would want it

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   to be removed.  I didn't say remove it.  I believe I

 2   have a communication staff that I'm sure, if they

 3   found out it was a false and misleading account, that

 4   they would want it to be removed.

 5        Q.    And would your communication staff contact

 6   the social media platforms to have that false and

 7   misleading content removed?

 8             MR. KIRSCHNER:  Objection.  Speculative.

 9             THE WITNESS:  I don't know how they would

10   do it.  Again, I said I don't pay attention to things

11   related to social media accounts.

12   BY MR. SAUER:

13        Q.    Who's in your communication staff?

14        A.    A lot of people.

15        Q.    Can you name -- who's the leader of it?

16        A.    Courtney Billet.

17        Q.    Okay.  Did you ever tell Courtney Billet

18   to communicate with a social media platform about

19   taking down an imposter account or fake account?

20             MR. KIRSCHNER:  Objection.  Asked and

21   answered.

22             THE WITNESS:  I don't recall doing it, but

23   I assume, when Courtney found out that it was an

24   imposter handle, that she would have asked to take it

25   down herself, possibly without even telling me except
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   to say, "There's an imposter account on you.  We'll
 2   take care of it."  Something like that.
 3   BY MR. SAUER:
 4       Q.   Do you remember her having that
 5   conversation with you?
 6       A.   I don't specifically remember it, but I
 7   vaguely remember somebody mentioning something about
 8   an imposter account.  I didn't even know what
 9   an imposter account was.  And I likely would have
10   said, "Well, how can they do that?"
11            And I found out that people do
12   imposter accounts, so I don't get involved in
13   searching for them or doing anything about them.  We
14   have an entire communication staff that worries about
15   that.
16       Q.   To be clear, your entire communication
17   staff worries about things like false and misleading
18   accounts like this on social media?
19            MR. KIRSCHNER:  Objection.
20   Mischaracterizes the evidence -- or the testimony.
21            THE WITNESS:  My staff worries about me,
22   not other people's accounts and what's spread on
23   other people's -- they don't worry about -- they work
24   for me.  They don't scour the social media looking
25   for things that may or may not be true.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   BY MR. SAUER:
 2       Q.    Do they scour social media looking for
 3   imposter accounts or ^ accounts --
 4       A.    I don't think they spend time looking for
 5   them, but when someone like Lauren Duvall says, "Hey,
 6   we have an Anthony -- @Anthony Fauci," and brings it
 7   to the attention of the NIH, then they would
 8   obviously be concerned about an imposter account.
 9       Q.    Turn to the first page.  The HHS official
10   says, "Thanks, Lauren.  Is there anything else you
11   can do to block other variations of his name from
12   impersonations so we don't have this occur again";
13   correct?
14            MR. KIRSCHNER:  Objection.  Speculative.
15            THE WITNESS:  It says, "Thanks, Lauren."
16   They're trying to make sure that other people don't
17   impersonate me.
18   BY MR. SAUER:
19       Q.    Correct.
20       A.    I think impersonating me is a bad thing,
21   isn't it?  I think so.
22       Q.    Perhaps.  If you go further up on
23   March 14th, it says -- the Twitter official responds,
24   "Will freeze this at -- @ handle and some other
25   variations so no one can talk on that"; correct?
```

DR. ANTHONY FAUCI  11/23/2022

Page 304

```
 1        A.    That's what it says.
 2        Q.    So they would freeze a number of different
 3   account handles to make sure that no one uses them to
 4   impersonate you?
 5        A.    I don't know what this -- I don't know
 6   what this statement means.  I don't -- I know it says
 7   will freeze the @ handle and some other variations of
 8   the @ handle.  I don't know what they're referring
 9   to.
10        Q.    Let's do another exhibit.
11        A.    I think what they're trying to say
12   possibly is that someone is impersonating me and
13   that's a bad thing, and they're trying to stop it.
14        Q.    Correct.  Specifically they're trying to
15   stop it by removing accounts from the social media
16   platform Twitter; correct?
17             MR. KIRSCHNER:  Objection.  Speculative.
18             THE WITNESS:  I'm not sure where you're
19   going with this, but I believe if someone is saying
20   they're Fauci and they're not, that that would
21   be disturbing to my communication staff.
22   BY MR. SAUER:
23        Q.    Exhibit 54.
24             (FAUCI Exhibit No. 54 was marked for
25   identification.)
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   BY MR. SAUER:
 2        Q.    Can you look at the third page of this
 3   e-mail chain?  At the very bottom there's an e-mail
 4   from someone called Nicole Burkholtz or Burkes.
 5             Do you see that?
 6        A.    Nicole Berkowitz, yes.
 7        Q.    Do you know who she is?
 8        A.    I don't recognize the name.
 9        Q.    And if you look at this e-mail, if you
10   look up at the top of this e-mail, it looks like she
11   sent an e-mail to the NIH.gov list?
12        A.    It looks that way, yes.
13        Q.    Do you know what that list is?
14             MR. KIRSCHNER:  Objection.  Spec- --
15   BY MR. SAUER:
16        Q.    F --
17             MR. KIRSCHNER:  Sorry.
18   BY MR. SAUER:
19        Q.    FCN@list.NIH.gov?
20        A.    No, I don't know what that is.  I mean, it
21   says "NIH.gov" so it has something to do with the
22   NIH, but I don't really know what FCN@list is.
23        Q.    Third paragraph down in her e-mail there
24   she says, "Reason for the request, I have come across
25   a very misleading YouTube video titled "How to Kill
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    Coronavirus" that because of the unfortunate
 2    placement of the ad banner and the algorithm which
 3    chose my ad makes it look like this is a CDC video on
 4    COVID-19"; correct?
 5              MR. KIRSCHNER:  Objection.  Lack of
 6    foundation, and I would ask for Dr. Fauci to have an
 7    opportunity to familiarize himself with this
 8    document.
 9              THE WITNESS:  Yeah.  Let me read it.  Hold
10    on.
11    BY MR. SAUER:
12         Q.   Do you see that reference?
13         A.   I don't know what this is.  This looks
14    like a CDC thing.  Let me read it carefully so that I
15    can answer your question.
16              Okay.  So what's the question?  I'm sorry.
17         Q.   Were you aware of someone -- or do you see
18    where she refer -- describes the content of the video
19    she's looked at as incredibly dangerous information?
20         A.   Yeah, and I want to make sure I'm not
21    confused.  So she is an NIH -- who is she?
22         Q.   I think if you look at the next page,
23    she's identified as a communications lead for the
24    EPA.  Do you see that?
25         A.   Where's that next page?
```

DR. ANTHONY FAUCI  11/23/2022

1     Q.    The very next page.  The one we're looking

2  at.

3     A.    This one?  EPA.gov.

4     Q.    Yeah.

5     A.    Environmental Protection Agency; right?

6     Q.    Let me ask you this:  Did you have any

7  knowledge of someone from the EPA consulting with an

8  NIH list to try and find a contact at social media to

9  have dangerous information taken out?

10    A.    I don't have any recollection of any of

11  this.

12    Q.    Let's move on to another exhibit.

13    A.    I don't even know what you're talking

14  about.

15          (FAUCI Exhibit No. 55 was marked for

16  identification.)

17  BY MR. SAUER:

18    Q.    Here's an e-mail chain from April of 2020.

19  Can you turn to the second-to-last page where there's

20  an e-mail from someone called Judith Lavelle of NIAID

21  sent to Facebook?

22    A.    Yeah.

23    Q.    And here -- do you know who Judith Lavelle

24  is?

25    A.    She -- it says NIAID, NIH.  So I'm the

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    director of NIAID.  So she obviously works in my
 2    multi-thousand-person institute.  So maybe I've run
 3    into her, and I don't know exactly what she does.
 4         Q.    And the next page it indicates she's a
 5    technical writer editor in her signature block.
 6               Do you see that?
 7         A.    Right.  And she's located at Fishers Lane,
 8    which is not the building that you and I are now
 9    sitting in.  So it is unlikely I would have run into
10    her.
11         Q.    She's copied on this e-mail someone called
12    Jennifer Routh at the last CRC.^  Do you see that?
13         A.    Yes.
14         Q.    Who is Jennifer Routh?
15         A.    Jennifer Routh is a member of my
16    communications staff.
17         Q.    Is Judith Lavelle a member of your
18    communications staff?
19         A.    Let me look.  It says Judith Lavelle,
20    technical writer editor.  So that would probably put
21    her in the communications staff.
22         Q.    Okay.  So she is on the communications
23    team?
24               MR. KIRSCHNER:  Objection.
25               THE WITNESS:  Well, that's what technical
```

DR. ANTHONY FAUCI  11/23/2022

Page 309

```
 1   writers generally fall under, the broad group of
 2   communications all under Courtney Billet.
 3   BY MR. SAUER:
 4       Q.     And she's e-mailed Facebook and said, "We
 5   wanted to flag a few more fake Dr. Fauci accounts on
 6   Facebook and Instagram for you."  Do you see that?
 7       A.     Yes.
 8       Q.     And she says she's also reported them from
 9   at NIAID and her personal Facebook account; correct?
10       A.     Correct.
11       Q.     And there's a list of about eight accounts
12   there in this e-mail?
13       A.     Correct.
14       Q.     And then if you flip to the next page,
15   there's another one called Dr. Fauci the hero where
16   she says, "I think this one may be fine as a fan page
17   but just as a reminder that it could have been more
18   clear"; correct?
19       A.     That's what it says.
20       Q.     So really you -- were you aware that, in
21   fact, your communications staff was flagging many
22   fake accounts from Facebook to have them removed?
23       A.     I was not aware that they were flagging
24   many accounts, but from looking at this, they are
25   trying to get rid of fake accounts because fake
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   accounts are bad things, I believe.
 2        Q.    "They" are -- "they" are your
 3   communications staff, right, when you say "they are
 4   working to remove fake accounts"?
 5             MR. KIRSCHNER:  Objection.
 6   Mischaracterizes testimony.
 7             THE WITNESS:  Yeah.  I'm not sure what
 8   you're saying or what you're getting at, but I'm
 9   reading here that there are people that are using my
10   name falsely and creating fake accounts which people
11   in the communications staff saying that this is
12   troubling because they're doing things like selling
13   masks and doing things like that.
14             So I think that that would be kind of
15   appropriate for my communications staff to be
16   concerned when people are falsely impersonating me.
17   BY MR. SAUER:
18        Q.    Are some of them parody accounts?
19             MR. KIRSCHNER:  Objection.  Speculative.
20             THE WITNESS:  Who?
21   BY MR. SAUER:
22        Q.    Parody.
23             If I may finish the question?
24             Are some of them parody accounts?
25             MR. KIRSCHNER:  Objection.  Speculative.
```

DR. ANTHONY FAUCI 11/23/2022

```
 1              THE WITNESS:  What is a parody account?
 2   BY MR. SAUER:
 3       Q.    Someone pretending to be you in a way
 4   that's ironic or making a point.
 5              MR. KIRSCHNER:  Again, objection.
 6   Speculative.
 7              THE WITNESS:  I don't know what these are.
 8   I just got a bunch of links to them.  I'm not sure
 9   what they are.
10   BY MR. SAUER:
11       Q.    And there's one more.  She sent a second
12   e-mail flagging one more -- apologies for one more in
13   the middle of that page.  Do you see that?
14       A.    Apologies for one more, right.
15       Q.    And then the -- directly above that, the
16   Facebook person responds, "Hi, all, flagged this for
17   the fake accounts team and they have confirmed that
18   all but two accounts were removed for the
19   impersonation of Dr. Fauci"; correct?
20       A.    Right.  Right.  Impersonation are bad
21   things.
22       Q.    And bad things should be removed from
23   social media on your --
24       A.    No.  I mean, I think when someone says
25   they're me and they're not me, I think someone should
```

DR. ANTHONY FAUCI 11/23/2022

 1   take a close look at that.

 2        Q.   **Should someone take a close look at other**

 3   **false statements on social media?**

 4        A.   That's not my lane.  I don't -- I never

 5   get involved in that, nor do I concentrate on that,

 6   so I don't have an opinion on that.  Like I've told

 7   you maybe now, I can repeat it for the hundredth

 8   time, I really don't get involved in social media

 9   issues.

10        Q.   **Do people on your communication staff get**

11   **involved in social media issues regarding false**

12   **information or misinformation?**

13        A.   Not to my knowledge.

14        Q.   **If I may finish my question.**

15             **Other than impersonation accounts?**

16             MR. KIRSCHNER:  Objection.  Speculative.

17             THE WITNESS:  To my knowledge, they don't

18   get involved in trying to influence social media in

19   any way.  But when someone impersonates me, I think

20   it's totally appropriate for them to be concerned

21   about that.

22             MR. KIRSCHNER:  And after this, can we

23   take a break?

24             MR. SAUER:  Why don't we do that now?

25             THE VIDEOGRAPHER:  The time is 3:39 p.m.

```
 1   and we are going off the record.
 2            (Recess.)
 3            THE VIDEOGRAPHER:  The time is 3:55 p.m.
 4   and we're back on the record.
 5   BY MR. SAUER:
 6       Q.    Dr. Fauci, do you know Sylvia Burwell?
 7       A.    I do.
 8       Q.    Who's that?
 9       A.    Sylvia Burwell is the former Secretary of
10   the Department of Health and Human Services and the
11   current president of American University.
12       Q.    Did she e-mail you in February of 2020
13   asking whether she should wear a mask if she was
14   traveling in an airport in the early stages of the
15   pandemic?
16            MR. KIRSCHNER:  Objection.  Speculative.
17            THE WITNESS:  Sylvia has, over the past
18   couple of years, asked me advice about personal
19   safety during the COVID-19 pandemic.
20   BY MR. SAUER:
21       Q.    And in particular, in February of 2020,
22   did she e-mail you and say, "I am traveling to --
23   redacted -- folks are suggesting I take a mask
24   through the airport.  Is this something I should do?"
25            MR. KIRSCHNER:  Objection.  Lack of
```

DR. ANTHONY FAUCI  11/23/2022

 1  foundation.

 2          THE WITNESS:  You know, I don't recall

 3  specifically that.  I -- I do know that Sylvia has

 4  called me over the last couple of years asking me

 5  questions about health.  I don't specifically recall

 6  that.

 7  BY MR. SAUER:

 8      Q.   **Do you recall writing this in response:**

 9  **"Masks are really for infected people to prevent them**

10  **from spreading infection to people who are not**

11  **infected, rather than protecting uninfected people**

12  **from acquiring infection.  The typical mask you buy**

13  **in the drugstore is not really effective in keeping**

14  **out virus, which is small enough to pass through**

15  **material.  It might, however, provide some slight**

16  **benefit in keep out gross droplets if someone coughs**

17  **or sneezes on you.  I do not recommend that you wear**

18  **a mask, particularly since you're going to a low risk**

19  **location."**

20          **Do you recall writing that?**

21          MR. KIRSCHNER:  Objection.  Lack of

22  foundation.

23          THE WITNESS:  I vaguely recall talking to

24  her about certain safety issues regarding masks.

25  BY MR. SAUER:

DR. ANTHONY FAUCI  11/23/2022

1      Q.     Do you specifically recall recommending

2    that she not wear a mask as she's traveling --

3      A.     If that's an accurate -- I mean, you're

4    asking if I recall?

5      Q.     Yeah.

6      A.     I don't recall.  I mean, these things --

7    thousands of things happen.  If you show me an e-mail

8    that has my name and the proper identification and I

9    said that, I would not argue with you.  It would not

10   be out of the question that at that time in the

11   outbreak, I would have said that.

12     Q.     In fact, you made several statements that

13   are similar to that at that time frame; fair to say?

14     A.     Yeah.

15     Q.     Saying that masks are not effective --

16     A.     Yeah.

17     Q.     -- in keeping out the virus, and I don't

18   recommend you wear masks, in February of 2020?

19     A.     Yeah, in the very early months prior to

20   our understanding of the virus and its modality of

21   transmission, I, the surgeon general, and the CDC

22   were not recommending masks for people for three

23   reasons.  I'd be happy to tell you those three

24   reasons.

25     Q.     Please do.

DR. ANTHONY FAUCI  11/23/2022

```
 1        A.    The three reasons are as follows:  There
 2   was this understanding and discussion that the best
 3   masks that we used in hospitals were in short supply,
 4   and if people did a run on masks and bought them all,
 5   that masks would not be available for the people in
 6   the medical community who needed them; point number
 7   one.
 8             Point number two, there was no evidence at
 9   the time or any studies that showed outside of the
10   medical environment, i.e., in a hospital or in an
11   ICU, that masks actually worked in protecting
12   transmission or acquisition.  At the time, there were
13   no studies.  And thirdly, we were not aware at the
14   time that 50 to 60 percent of the transmission occur
15   from someone who is without symptoms, either someone
16   who never will develop symptoms or someone who is in
17   the presymptomatic stage.
18             So based on those three considerations,
19   both myself, the surgeon general, and the CDC were
20   saying you really don't need to wear masks.  Then
21   things changed.  Three things changed:  A, it was
22   clear that there was not a shortage, and that if
23   people wore masks, they would not be taking masks
24   away from the medical community.  Two, it became
25   clear that there was an asymptomatic spread of --
```

DR. ANTHONY FAUCI  11/23/2022

1   of -- of virus where people walking around not

2   knowing they're infected were spreading virus.  And

3   then three, it became clear -- let me see.  It was

4   three?  There was asymptomatic spread -- oh.

5   Evidence began accumulating that masks actually

6   work in preventing acquisition and transmission.

7          So the three reasons that I might have

8   said and did say -- if that is correct -- that you

9   don't need to wear a mask now, particularly in a low

10  risk situation, the basis for those statements

11  dramatically changed over a period of time, which

12  then made me be a very vocal proponent of wearing

13  masks.

14     Q.     **And you became a vocal proponent as soon**

15  **as April 3rd of 2020 -- correct -- when you joined a**

16  **universal recommendation --**

17     A.     Right.

18     Q.     **-- a recommendation for universal masking;**

19  **correct?**

20     A.     I'm not sure of the dates, why --

21     Q.     **How many studies were done between**

22  **February of 2020, when you e-mailed Ms. Burwell and**

23  **told her that "the typical mask you buy in the**

24  **drugstore is not really effective in keeping out**

25  **virus, which is small enough to pass through the**

1    material," between when you said that and April 3rd

2    of 2020, what studies were done of the efficacy of

3    masks --

4         A.    Yeah.

5         Q.    -- in preventing the spread of -- of

6    COVID-19?

7              MR. KIRSCHNER:  Objection.  Speculative.

8              THE WITNESS:  I could find those and --

9    and get them for you, but I don't have them in my

10   fingertips right now.

11   BY MR. SAUER:

12        Q.    Who'd you consult with about the efficacy

13   of masks during that time period?  Who'd you talk to

14   in the government about it?

15        A.    I don't recall who I spoke to.

16        Q.    Did your opinion on masking change based

17   on new information and new scientific evidence that

18   came forward?

19        A.    I believe it did, yes.

20        Q.    Was there disputes about the efficacy of

21   masking at that time?

22              MR. KIRSCHNER:  Objection.  Vague.

23   BY MR. SAUER:

24        Q.    For example, on March 31st, 2020, where

25   you forwarded a -- a study showing that masking is

**DR. ANTHONY FAUCI 11/23/2022**

1    ineffective; a review of masking on March 31st, 2020

2    that said there was no evidence that masks works --

3    that masks worked?

4              MR. KIRSCHNER:  Objection.  Lack of

5    foundation.

6              THE WITNESS:  Yeah, I don't recall that,

7    so I'm not able to answer that accurately, I believe.

8    BY MR. SAUER:

9         Q.    Is it important for that kind of

10   development of your view that you had access to both

11   sides of that debate?

12             MR. KIRSCHNER:  Objection.  Lack of

13   foundation.  Vague.

14             THE WITNESS:  You always have access to

15   both sides of the debate.

16   BY MR. SAUER:

17        Q.    Do you?  In science, do you always have

18   access to both sides of the debate?

19        A.    Most of time.

20        Q.    Is that important for people --

21        A.    Yeah.

22        Q.    --  to have access to both sides of the

23   debate?

24        A.    Yeah, and then you make a decision based

25   on your judgment based on the preponderance of the

**DR. ANTHONY FAUCI 11/23/2022**

```
 1   correct data.
 2       Q.    Right.  And so you would look at the
 3   studies --
 4       A.    Yeah.
 5       Q.    -- that come one way --
 6       A.    Yeah.
 7       Q.    -- or the opinions --
 8       A.    Sure.
 9       Q.    -- one way and look at the studies that go
10   the other way?  Is that --
11       A.    Yeah, but often there are studies that
12   when you subject them to proper physical statistical
13   analysis, that the conclusions don't hold up; that
14   happens often.  So you've got to be careful when
15   you're looking at one study versus another that it
16   goes through the proper statistical analysis and
17   there's proper design.
18       Q.    Part of the reason that you recommended
19   against masking in February was to avoid too many
20   people going out and buying masks to ensure that they
21   were available for --
22       A.    That was one of the reasons, yes.
23       Q.    -- to be available for healthcare
24   providers; correct?
25       A.    That was one of the reasons is that we
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   were told multiple times at the coronavirus task
 2   force meeting, that there was a shortage of masks,
 3   and that if, in fact, there was a run on the purchase
 4   of masks, that that could potentially lead to a
 5   shortage for the healthcare providers that really
 6   needed them.
 7        Q.    So the recommendation you gave as to masks
 8   was motivated in part by not wanting people to go out
 9   and -- and buy a bunch of masks, so that the people
10   who really needed them wouldn't have them?
11        A.    That was one of the considerations that
12   was discussed at the coronavirus task force, that
13   there was a shortage of masks, which led to a lot of
14   activities of trying to increase the supply of masks,
15   either by importing them because many of the masks
16   were made outside of the United States, increasing
17   production of masks, or using alternative masks, such
18   as cloth masks.  So the -- the discussion, the
19   dialogue -- the discussion at the time was that there
20   is a shortage of masks.  We were trying desperately
21   to get masks as well other personal protective
22   equipment into the country, and there was a concern
23   that there was a shortage of them.  That was one of
24   the considerations which went into a lack of
25   promoting, go out and buy masks and wear masks.
```

1        Q.      Were there placebo-based, randomized,

2    double-blind studies of the efficacy of masking that

3    were done between February and April of 2020?

4        A.      I don't recall.  I'd have to go back and

5    take a close look at the literature.  I don't recall.

6        Q.      Have you seen any studies that contradict

7    the efficacy of masking?

8        A.      There were some studies early on -- I

9    don't know the dates of them -- that made the

10   statement that masks were not effective.  When those

11   studies were subject to statistical scrutinization,

12   they were felt to be not definitive.

13          Subsequent to that time, there have been

14   studies to indicate that in situations where mask

15   wearing was compared to not mask wearing, that masks

16   clearly have an effect.

17       Q.      In a situation like this, a debate about

18   the efficacy of mask wearing, is it important for

19   people to have access to both sides of the debate but

20   to propose -- to expose the different viewpoints

21   reflected in the debate?

22          MR. KIRSCHNER:  Objection.  Argumentative.

23   BY MR. SAUER:

24       Q.      Is it important?

25       A.      Is it important for people?  I think it's

DR. ANTHONY FAUCI  11/23/2022

Page 323

```
 1    important for people to have all of the information
 2    that's available.
 3         Q.    And so they can assess what's good
 4    information and what's bad information?
 5         A.    Yeah.  Well, you know, it depends.  If
 6    information is clearly inadequate and statistically
 7    not sound, there can be a danger in people who don't
 8    have the ability or the experience of being able to
 9    understand that it's a flawed study, that that's when
10    the literature is self-correcting.  Science is
11    self-correcting.
12              So if you have something that makes a
13    certain statement based on data that isn't
14    statistically significant, that often there are
15    studies that come out and examine that and do
16    proper statistical analysis to try and get the real
17    truth of what the data are showing.
18              MR. SAUER:  Can you give the witness
19    Exhibit 56?
20              (FAUCI Exhibit No. 56 was marked for
21    identification.)
22    BY MR. SAUER:
23         Q.    It's right there.  We marked it before the
24    break.
25              Here's an e-mail chain from October
```

```
 1    of 2020.  Do you see that at the top?
 2         A.    October 30th, 2020, from Jen Routh?
 3         Q.    Yeah, and she's on your communications
 4    team; is that right?
 5         A.    Correct.
 6         Q.    And she's e-mailing with people -- some
 7    people from -- with Google.com e-mail addresses in
 8    the "to" line?
 9         A.    Yeah.  There's Google, yeah.
10         Q.    And then she's copying Courtney Billet,
11    who is the head of your communications team; correct?
12         A.    Correct.
13         Q.    And the second page of this e-mail, can
14    you turn to that?  There's an e-mail from -- that --
15    this chain begins with an e-mail from a Sandra Sitar
16    from NIAID; correct?
17         A.    Right.
18         Q.    Do you know who she is?
19         A.    It says director of communications,
20    clinical trials program, VRC.  I don't recognize the
21    name, but the signature block indicates she is part
22    of the vaccine research center at NIAID.
23         Q.    And she's e-mailing Jen -- Jennifer Routh
24    saying, "As I mentioned, Jan and the Google team are
25    hoping to connect on vaccine communications,
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1    specifically misinformation."

 2            Do you see that?  It's the second full

 3    paragraph on this page.

 4            MR. KIRSCHNER:  Objection.  Lack of

 5    foundation.  Mischaracterizes the evidence.

 6    BY MR. SAUER:

 7       Q.    Do you see where Sandra writes that Jen

 8    and the Google team are hoping to connect on vaccine

 9    communications, specifically misinformation?

10       A.    I'm reading it, yeah.

11       Q.    Did your communications team communicate

12    with the Google, YouTube team about vaccine

13    misinformation?

14            MR. KIRSCHNER:  Objection.  Speculative.

15            THE WITNESS:  Not to my knowledge.  I

16    don't -- I don't know if they did.  I have no

17    knowledge that they did.

18    BY MR. SAUER:

19       Q.    Page before this, go to the first page;

20    e-mailing from the Google person, says, "Hi, Sandra

21    and Jen, thank you so much for reaching out.  It

22    would be great to find a time early next week for a

23    quick call on vaccine communications."

24            Do you know if your team had that call in

25    October 30th of 2020 or thereabouts with Google about
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    vaccine communications?

 2            MR. KIRSCHNER:  Objection.  Speculative.

 3    BY MR. SAUER:

 4        Q.    Do you know?

 5        A.    Not to my knowledge.

 6        Q.    Did you --

 7        A.    I don't recall that, no.

 8        Q.    Did you authorize them to talk to Google

 9    about vaccine communications including

10    misinformation -- or, actually, specifically

11    misinformation?

12        A.    That would be unlikely that I would

13    authorize or not authorize someone to do that, again.

14        Q.    You don't believe you authorized your

15    communication team to communicate with Google about

16    vaccine misinformation?

17        A.    When you say "authorize," I'm -- it

18    doesn't work -- it doesn't work that way in the

19    institute.  The communication team would -- if they

20    were going to do it, they would do it.

21        Q.    Okay.  So they would just do this on their

22    own to the extent they did it?

23        A.    Yeah.  I don't think that they would need

24    my permission to communicate with people.  That's --

25    that's their job.
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1        Q.    And then Jan -- sorry -- Jen Routh then
 2   looped in Courtney Billet, who's the head of your
 3   communications team; correct?  At the very top of the
 4   e-mail?
 5             MR. KIRSCHNER:  Objection.  Speculative.
 6   BY MR. SAUER:
 7        Q.    Where it says, "Hi, Jen, I'm adding
 8   Courtney Billet, Director of the Office of
 9   Communications and Government Relations at NIAID" --
10        A.    Right.
11        Q.    -- "to talk about vaccine communications."
12   She's -- Courtney Billet is the director of your
13   whole communications team; right?
14        A.    Right.  Yes, she is.
15        Q.    And you never discussed with her having
16   communications with Google about vaccine
17   misinformation?
18             MR. KIRSCHNER:  Objection.  Asked and
19   answered.
20             THE WITNESS:  I don't recall having
21   specific conversations with Courtney about
22   communicating with Google.
23   BY MR. SAUER:
24        Q.    Exhibit 57.
25             (FAUCI Exhibit No. 57 was marked for
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    identification.)

 2              (Discussion off the record.)

 3    BY MR. SAUER:

 4         Q.    Just briefly, if you look at the second

 5    page of this exhibit, do you see an e-mail from

 6    someone called Clarke Humphrey?

 7         A.    Clarke Humphrey, July 2021.  Okay.

 8         Q.    The second page -- do you know who

 9    Clarke Humphrey is?

10         A.    She -- Clarke, I believe, is one of the

11    communications people at the White House.

12         Q.    And she e-mailed to -- at Facebook in July

13    of 2021 saying, "Hi there, any way we can get

14    this pulled down?  It is not actually one of ours,"

15    with a link to an Instagram account called

16    Anthony Fauci official; correct?

17         A.    It says, "Subject:  Deactivating the fake

18    Fauci IG," which I would imagine is Instagram.  I

19    don't know if that's what that is.

20         Q.    Were you aware that the White House was

21    communicating with Facebook to have accounts with

22    your name taken down?

23         A.    The only thing I remember is someone

24    mentioning that there's fake stuff impersonating me

25    going on.  I don't specifically recall who
```

DR. ANTHONY FAUCI  11/23/2022

```
 1   specifically was asked to address that problem of
 2   people impersonating me, but I know that there was
 3   some talk.  Someone mentioned to me in my group that
 4   there's an impersonation of you going on out there.
 5          I don't recall anything specific except
 6   that they're obviously trying to do something about
 7   it.
 8       Q.   And, in fact, they succeeded, it looks
 9   like, where Carrie Adams says, "This account has been
10   removed.  Thank you for flagging," in the second
11   e-mail on the first page.  Do you see that?
12       A.   "This account has been removed.  Thank you
13   for flagging."  So they removed a spurious, fake
14   account, which I think was a good thing --
15       Q.   At the request of the --
16       A.   -- because those accounts are bad.
17       Q.   At the request of the White House?
18          MR. KIRSCHNER:  Objection.  Speculative.
19   BY MR. SAUER:
20       Q.   Or Clarke Humphrey, the digital director
21   for the White House?
22          Is that your understanding of that e-mail?
23          MR. KIRSCHNER:  Objection.  Speculative.
24          THE WITNESS:  I wasn't even know you were
25   asking me questions.  Clarke Humphrey is at the White
```

DR. ANTHONY FAUCI  11/23/2022

```
 1    House, and there was communication that there was a

 2    fake, impersonating Fauci Instagram that was

 3    deactivated.

 4    BY MR. SAUER:

 5         Q.    Can you look at Exhibit 58?

 6               (FAUCI Exhibit No. 58 was marked for

 7    identification.)

 8               THE WITNESS:  Okay.

 9    BY MR. SAUER:

10         Q.    Here is an e-mail chain between people at

11    Google and people at the CDC that include

12    Carol Crawford; correct?

13         A.    Hold on.  Carol Crawford of the CDC;

14    right?  So I'm -- there's a bunch of e-mails here.

15    So what -- what do you want -- you want me to read

16    this and then you'll ask your question or --

17         Q.    No.  I just want to ask you on the first

18    page, do you see there's an e-mail from

19    Catherine Jamal of the CDC; right?

20         A.    Right.

21         Q.    And she's sending it to two people at

22    Facebook and copying Carol Crawford; correct?

23         A.    Copy Carol Crawford, yes.

24         Q.    And it says -- the subject is:

25    Ivermectin questions for the CDC; correct?
```

DR. ANTHONY FAUCI  11/23/2022

Page 331

```
 1        A.    Correct.
 2        Q.    And in that e-mail, this -- Ms. Jamal
 3   notifies -- or gives Facebook the CDC's position on
 4   three claims:  The claim that ivermectin --
 5   ivermectin is effective in treating COVID with the
 6   answer that that is not accurate; correct?  That's
 7   the first item.
 8        A.    That's Item Number 1.  That's what it
 9   says:  Ivermectin is effective in treating COVID.
10   And, I believe -- is this what the CDC said, "Answer
11   is not accurate"?  I would imagine that that's what
12   they typed in.
13        Q.    Yeah, and if you look at each of those --
14        A.    Yeah.
15        Q.    -- what they're citing for their claim
16   that ivermectin -- the claim about ivermectin's
17   effectiveness is not accurate --
18        A.    Right.
19        Q.    -- is they link to something from the NIH;
20   correct?
21             MR. KIRSCHNER:  Objection.  Speculative.
22             THE WITNESS:  I see a guideline that says:
23   Practice guideline, COVID-19 guideline, treatment
24   management.
25   BY MR. SAUER:
```

DR. ANTHONY FAUCI  11/23/2022

Page 332

```
 1      Q.    And do you see something before that or
 2   nearly before that where it says:  Ivermectin
 3   COVID-19 treatment guidelines, and then in
 4   parentheses NIH.gov?
 5      A.    Yeah.
 6      Q.    Were you aware that the CDC citing NIH
 7   provided information to debunk claims about efficacy
 8   of ivermectin to Facebook?
 9            MR. KIRSCHNER:  Objection.  Lack of
10   foundation.
11   BY MR. SAUER:
12      Q.    Were you aware?
13      A.    I was -- I was not aware of this, but this
14   is not surprising.  Just a second somebody is -- just
15   let me --
16            I was not aware, but it's not surprising
17   that organizations, including the CDC, would use the
18   treatment guidelines of the NIH, which is, as I
19   mentioned before in a prior question you asked me,
20   it's a group of, you know, up to 40 people who are
21   infectious disease experts from throughout the
22   country, usually the chiefs of infectious diseases at
23   various medical centers throughout the country.  So
24   it's not at all surprising that when people want to
25   find out what the latest documented information and
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   clinical opinions among the top infectious disease

 2   people, that they would refer to or access the

 3   treatment guidelines.

 4       Q.    Would it be surprising if the social media

 5   platforms also relied on the public statements of

 6   someone like yourself on matters of health policy for

 7   their own decisions?

 8           MR. KIRSCHNER:  Objection.  Speculative.

 9   BY MR. SAUER:

10       Q.    You just said it would not be surprising

11   if they relied on the published NIH guidelines --

12       A.    Right.

13       Q.    -- to debunk --

14       A.    Right.

15       Q.    -- ivermectin claims.  Would it be

16   surprising if they relied on public statements by

17   Dr. Fauci about the efficacy of --

18       A.    I don't think that --

19       Q.    -- ivermectin?

20       A.    I don't think that would have as much

21   weight as the measured, scholarly analysis of

22   hundreds of articles that the treatment guideline

23   panel -- so the weight of the opinion of 30 to 40

24   infectious diseases experts would likely carry

25   considerably more weight than the statement by an
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 334

```
 1    individual physician or scientist.
 2         Q.    Multiple times today you've characterized
 3    your opinions as reflecting and reporting on the
 4    consensus of that 40 scholars --
 5         A.    Right.
 6         Q.    -- and if you make a public statement, is
 7    it surprising if social media platforms take your
 8    public statement and view it as reflecting knowledge
 9    of that kind of consensus of government experts or
10    public health authorities?
11              MR. KIRSCHNER:  Objection.  Speculative.
12    Compound.
13              THE WITNESS:  Yeah, I'm not -- it's a
14    convoluted question.  I'm not sure really what the
15    point you're making.
16    BY MR. SAUER:
17         Q.    Exhibit 59.
18         A.    Yeah.
19         Q.    Have ever heard of -- sorry.
20              (FAUCI Exhibit No. 59 was marked for
21    identification.)
22    BY MR. SAUER:
23         Q.    Have you ever heard of Alex Berenson?
24         A.    I've heard of him.  I'm not sure -- I'm
25    trying to remember what context, but now you've put
```

DR. ANTHONY FAUCI  11/23/2022

Page 335

```
1    this in front of me, and it -- it's the person who
2    says that the White House demanded Twitter ban -- ban
3    me months before the company did so.  I had never
4    heard of who Alex Berenson was before this, but -- I
5    mean, not before this but I had heard that there was
6    an issue that he was complaining that he was being
7    banned.  I don't even know who -- who he is.
8         Q.    What -- what issue did you hear about?
9         A.    I think he was complaining that he was
10   being muzzled or something.  I -- something like
11   that.  Again, I don't pay attention to these social
12   media things of people getting banned or impeded or
13   what have you.  That's not an interest of mine.
14        Q.    Can you look at the second paragraph of
15   this document, Exhibit 59?
16        A.    Yes.
17        Q.    See how it says -- you know, in this
18   subset post by Alex Berenson, he says, "In a White
19   House meeting in April 2021, four months
20   before Twitter suspended my account, the company
21   faced one really tough question about why Alex
22   Berenson hadn't been kicked off the platform."
23             Do you recall -- you were the White House
24   chief medical advisor in April of 2021; correct?
25        A.    Yes.
```

**DR. ANTHONY FAUCI 11/23/2022**

1     Q.    Do you recall any communications or

2   discussion of Alex Berenson, as a vaccine critic,

3   being on Twitter, or being booted off Twitter?

4     A.    I don't recall that, no.

5     Q.    Do you remember -- were you aware of any

6   meeting between -- do you know who Andy Slavitt is or

7   Slavitt?

8     A.    Andy Slavitt for a relatively small period

9   of time was a part of the coronavirus team.  He was

10  at the White House a fair amount, and then he left,

11  and I forgot where he went, but he was with the group

12  at the White House for a few months.

13    Q.    How about Rob Flaherty?  Do you know who

14  that is?

15    A.    No.  I know Andy Slavitt.  I don't know

16  Rob Flaherty.

17    Q.    Do you know who the digital director is at

18  the White House, coronavirus response team?

19    A.    Digital?  I thought that was Clarke, or

20  maybe Clarke reports to the director.

21    Q.    Let me ask you this:  Were you aware of a

22  meeting between Andy Slavitt, Rob Flaherty, and

23  people at Twitter in April of 2021 to discuss vaccine

24  misinformation?

25          MR. KIRSCHNER:  Objection.  Lack of

DR. ANTHONY FAUCI  11/23/2022

```
 1   foundation.

 2   BY MR. SAUER:

 3        Q.    Were you aware of it?

 4        A.    I don't recall.  I mean, you're bringing

 5   it up.  It doesn't ring a bell that I was aware of

 6   it.

 7        Q.    Can you turn to the third page of this

 8   document?  At the very bottom, in the Twitter

 9   employee Slack message thread, it says:  Andy

10   Slavitt -- it says, "They really wanted to know about

11   Alex Berenson"; the very bottom post.  Do you see

12   that?

13        A.    Yes.

14        Q.    And then it says, "Andy Slavitt suggested

15   they had seen data viz that had showed he was the

16   epicenter of the disinfo that radiated outwards to

17   the persuadable public."

18              Do you see that?

19        A.    Yeah.

20        Q.    Were you aware of any discussions of

21   someone on Twitter who was, you know, an epicenter of

22   disinformation radiating outward to the

23   persuadable public about vaccines?

24              MR. KIRSCHNER:  Objection.  Lack of

25   foundation.
```

DR. ANTHONY FAUCI  11/23/2022

```
 1              THE WITNESS:  You know, you're asking me
 2    if I was aware of -- I mean, there was always talk
 3    about misinformation and disinformation.  I'm not
 4    aware of any connection, to my memory.  Maybe someone
 5    casually mentioned it of -- you know, I don't even
 6    know the connection, whether An -- Berenson was --
 7    no.  I mean, this does -- this does not ring a bell
 8    to me, to be honest with you.
 9    BY MR. SAUER:
10        Q.    Well, do you remember any discussions more
11    generally of misinformation and disinformation on
12    social media leading to vaccine hesitancy?
13        A.    You know, there's a lot of different
14    discussions about misinformation.  You're making a
15    connection between misinformation and something about
16    social media.  It's all blob about misinformation.
17        Q.    Well, let's take the whole blob.  What
18    sort of discussions were there about misinformation?
19    You say there's discussions about --
20        A.    Well, I'll give you an example.
21        Q.    Yeah, that'd be great.
22        A.    The misinformation that Bill Gates and I
23    put a chip in the vaccine to monitor people, and,
24    therefore, people should not get vaccinated.  I think
25    that falls under the category of disinformation.
```

**DR. ANTHONY FAUCI  11/23/2022**

Page 339

```
 1        Q.    Or misinformation if people honestly --
 2        A.    No, this is dis --
 3        Q.    Okay.
 4        A.    Because I didn't put a chip, so this dis.
 5        Q.    I think they're both false -- right -- mis
 6   and dis are both incorrect --
 7        A.    Yeah, yeah --
 8        Q.    -- under your definition.
 9        A.    Yeah, but --
10        Q.    You testified to earlier --
11        A.    Yeah, right, but the disinformation --
12              MR. KIRSCHNER:  Please let the witness
13   finish.
14              THE WITNESS:  Yeah, but the disinformation
15   is when you deliberately get -- propagate information
16   that you know to be true.^   there's no evidence
17   because it isn't true that I put a chip in the
18   vaccine.  So I think that qualifies as
19   disinformation.
20   BY MR. SAUER:
21        Q.    Were there discussions of that with your
22   colleagues at the White House about that particular
23   issue of trying to stop the spread of that kind of
24   disinformation?
25        A.    No, no, I -- you know, you just said
```

DR. ANTHONY FAUCI  11/23/2022

Page 340

 1   something important.  I never engaged in any

 2   discussion about stopping the spread.  It just was

 3   been disconcerted that there's so much disinformation

 4   going on out there.  I don't recall, to my knowledge,

 5   that I got involved in any discussions about stopping

 6   or blocking things.

 7       **Q.    So your testimony is that you were never**

 8   **involved in any discussions about stopping the spread**

 9   **of disinformation --**

10       A.    Not -- no.

11       **Q.    If I may finish the question.  So your**

12   **recollection is that you have never been involved in**

13   **any discussions about stopping the spread of**

14   **disinformation, whether on social media or elsewhere?**

15       A.    I don't recall.  Someone may have

16   mentioned that we should be stopping misinformation,

17   but I don't recall specifically that I was involved

18   in interfering with the dissemination, not to my

19   recollection.  Like I said, someone may have made a

20   mention of that, but I didn't put it squarely on my

21   radar screen.

22            (FAUCI Exhibit No. 60 was marked for

23   identification.)

24   BY MR. SAUER:

25       **Q.    If you'd look at Exhibit 60, is this a**

DR. ANTHONY FAUCI  11/23/2022

Page 341

```
 1   report from The Hill dated July 11th of 2021?
 2        A.    Yes.
 3        Q.    And if you turn to -- it reports on some
 4   of your public comments on a Sunday talk show --
 5   correct -- I think on CNN State of the Union?
 6              MR. KIRSCHNER:  I would ask for the
 7   witness to be able to familiarize himself.
 8              THE WITNESS:  I have to -- I have to read
 9   this before I make any comments, so I'm going to read
10   the whole thing.
11   BY MR. SAUER:
12        Q.    You'll see there at the top of the second
13   page of the document --
14        A.    Yes.
15        Q.    Where it says, "Fauci was responding to a
16   clip of conservative author Alex Berenson, who spoke
17   at CPAC on Saturday"; correct?
18        A.    Correct.
19        Q.    Does that jog your memory as to who
20   Alex Berenson is?
21        A.    It does jog my memory to who he is because
22   at that time, they were talking about this CPAC where
23   people were cheering on not taking a lifesaving
24   intervention.  And it says in this Exhibit 60, Fauci
25   was responding to a clip of conservative author
```

**DR. ANTHONY FAUCI 11/23/2022**

1  Alex Berenson who spoke at CPAC.

2          So it looks like on the show, the Sunday

3  show, that they showed me a clip of this person who I

4  very likely had not heard of before saying that,

5  quote -- they quote Berenson, "The government was

6  hoping that they could sort of sucker 90 percent of

7  the population into getting vaccinated, and it isn't

8  happening," he added, to applause.

9      **Q.    And then you made a response to that on**

10  **CNN State of the Union where you described it as**

11  **horrifying; correct?**

12      A.    Yeah.

13      **Q.    It quotes you as saying, "It's**

14  **horrifying."  Is that what you said?**

15      A.    Well, this is the quote that they're

16  saying here.  I don't recall saying it's horrifying,

17  but I have no reason to believe that CNN would

18  misquote me.

19      **Q.    And they went on to -- or The Hill -- it**

20  **goes on to say in the next paragraph that "Fauci said**

21  **it was almost frightening for people to say they**

22  **don't want health officials to save their lives";**

23  **right?**

24      A.    That's what it says that I said.  I have

25  no reason to believe that's not what I said.

DR. ANTHONY FAUCI  11/23/2022

1    **Q.    Were there any discussions before you made**
2    **these comments on CNN State of the Union on -- in**
3    **July of 2021, were there any -- did you have any**
4    **discussions with anyone in the government about**
5    **making statements to criticize Alex Berenson in any**
6    **way?**
7         A.    I don't recall.  Again, the context of
8    this "almost frightening for people to say," if one
9    looks at the data comparing the hospitalizations and
10   deaths of vaccinated people and unvaccinated people,
11   it is overwhelmingly weighted towards unvaccinated
12   people.  So someone cheering to the statement that
13   you shouldn't be vaccinating people, I think is
14   really very much contrary to the principles of good
15   public health.
16        **Q.    Before you made those comments, do you**
17   **recall discussing Alex Berenson with anyone in the**
18   **government?**
19        A.    I don't recall that.  It is possible, but,
20   again, Alex Berenson rings the bell here when you
21   show me this clip.  But, again, I -- I don't recall
22   any necessary discussions with him.  They may have
23   occurred, but I don't recall.
24        **Q.    Exhibit 61.  Five days -- oh, sorry.**
25              **(FAUCI Exhibit No. 61 was marked for**

**DR. ANTHONY FAUCI  11/23/2022**

 1    identification.)

 2    BY MR. SAUER:

 3        Q.    You see this is a New York Times report

 4    dated five days later on July 16th of 2021?

 5        A.    I don't see the date.  Yeah, July 16th,

 6    2021.

 7              MR. KIRSCHNER:  Just to clarify the

 8    record, it also says it was updated July 19th, 2021.

 9              THE WITNESS:  Right.

10    BY MR. SAUER:

11        Q.    And the first line says, "President Biden

12    unleashed his growing frustration with Social Media

13    on Friday saying that platforms like Facebook were

14    killing people by allowing disinformation about the

15    coronavirus vaccine to spread online"; correct?

16        A.    That's what the first sentence says.

17        Q.    Do you recall the president saying that,

18    that social media companies are, quote, "killing

19    people"?

20        A.    I don't recall him saying that, but this

21    is reported by the New York Times saying that that's

22    what he said.  So I have no reason to believe that he

23    did not say that, but I don't specifically recall him

24    saying that specific comment.  I may -- I may have

25    been aware of it when he said it, but I don't recall

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   now that he said it except when you put this
 2   statement in front of me.
 3        Q.    Do you recall any discussions with anyone
 4   in the government of how disinformation or
 5   misinformation on social media platforms are killing
 6   people?
 7        A.    Well, it is very clear that, as I've said
 8   multiple times before, that misinformation and
 9   disinformation, particularly that encourages people
10   to avoid lifesaving interventions, can certainly
11   result in the unnecessary death of people whose lives
12   would have been saved.  So when misinformation and
13   disinformation leads people to avoid a lifesaving
14   intervention, that is equivalent to contributing to
15   the death of that person.
16        Q.    My question was:  Do you recall discussing
17   that with anyone in the government in this time
18   frame?
19             MR. KIRSCHNER:  Objection.  Lack of
20   foundation.  Vague.
21             THE WITNESS:  You know, when you say
22   "anyone in the government," I have often said that
23   misinformation and disinformation is the enemy of
24   public health.  Could I have said it to someone in
25   the government?  It is certainly possible that I did
```

DR. ANTHONY FAUCI  11/23/2022

Page 346

```
 1   because I do feel strongly that misinformation and
 2   disinformation, when it leads to people avoiding
 3   lifesaving interventions, can be deadly.
 4   BY MR. SAUER:
 5       Q.    Misinformation and disinformation are the
 6   enemy of public health you said just now?
 7       A.    Yeah.
 8       Q.    Is that true when they are propagated on
 9   social media platforms, on your view?  Yes or no?
10       A.    If social media is propagating
11   disinformation that leads to the death of people by
12   encouraging them to avoid lifesaving interventions, I
13   believe that's contrary to public health.
14       Q.    Can you look at Exhibit 62?
15           (FAUCI Exhibit No. 62 was marked for
16   identification.)
17           MR. KIRSCHNER:  Can I get a copy, Counsel?
18   There's -- I don't know what this is.
19           MR. SAUER:  Oh.
20   BY MR. SAUER:
21       Q.    Do you know who Scott Gottlieb is?
22       A.    I do.
23       Q.    Do you know him personally?
24       A.    Well, I've met him.  I -- I don't socially
25   interact with him.  I know him because for a time he
```

1   was the commissioner of the FDA, and currently he is

2   frequently on CBS Sunday Morning shows commenting on

3   COVID-19 and other health matters.

4        Q.    In 2021, did you have any communications

5   with him about vaccines or misinformation?

6             MR. KIRSCHNER:  Objection.  Compound.

7   BY MR. SAUER:

8        Q.    Do you recall communicating with him in

9   any way in the summer of 2021?

10       A.    You know, I may have, but I don't recall.

11  I communicate with hundreds, if not many more people.

12  So I don't recall specifically.  But if you showed me

13  a document of some sort that showed I communicated

14  with him, I would not be surprised.

15       Q.    Why don't you look at the Exhibit 62 on

16  the first page in the middle of that page?  Do you

17  see there's a -- you see this is another subset post

18  by Alex Berenson talking about how he was banned from

19  Twitter, generally?

20       A.    I'm sorry.  What paragraph are you

21  referring to?

22       Q.    I'll tell you, will you look at that --

23  that kind of e-mail that's pasted in the middle

24  of the page --

25       A.    Pasted in the middle -- oh, the pasted

**DR. ANTHONY FAUCI  11/23/2022**

Page 348

```
 1    e-mail.
 2         Q.    The one that shows --
 3         A.    Scott Gottlieb to someone that has been
 4    redacted.
 5         Q.    Someone at Twitter?
 6         A.    Yeah.
 7         Q.    And he's forwarded a posting by
 8    Alex Berenson that's critical of you; right?  "Quite
 9    frankly," said Alex Berenson, "the arrogance of
10    Anthony Fauci and what it means for the rest of us";
11    correct?
12         A.    So Berenson said the arrogance of
13    Anthony Fauci and what it means for the rest of us?
14         Q.    And then Gottlieb forwarded that to
15    someone at Twitter; correct?
16              MR. KIRSCHNER:  Objection.  Lack of
17    foundation.
18              THE WITNESS:  Yeah.  So I want to make
19    sure I understand what you're saying.  So this is
20    a -- this is a tweet from Berenson calling me
21    arrogant, and then it's Scott forwarding the tweet to
22    Twitter saying this is what is promoted on Twitter
23    and this is why Tony needs a security detail?
24    BY MR. SAUER:
25         Q.    Correct, yeah.  Tony is a reference to
```

1  you, I presume?

2       A.    There's a lot of Tonys around, but I guess

3  he's talking about me.

4       Q.    I mean, that's the one that's referred in

5  the e-mail.

6       A.    Right.

7       Q.    Did you ever have a discussion with

8  Scott Gottlieb about needing a security detail

9  because of the things that people posted about you on

10 the Internet?

11      A.    I don't recall having that discussion with

12 him, but it is possible in a discussion I had with

13 him that -- it's no secret that I have a security

14 detail.  My life has been threatened multiple times.

15 So I might have discussed that I need a security

16 detail with him, but I -- that doesn't ring a bell as

17 something -- unless there was a reason for me to -- I

18 don't usually talk to people about my security

19 detail.

20      Q.    He refers to you as "Tony" in this

21 e-mail --

22      A.    Everybody refers to me as Tony.  We

23 said -- we got that established before.

24      Q.    Is there somebody at Twitter who was on a

25 first-name basis with you?  I would refer to you as

DR. ANTHONY FAUCI 11/23/2022

Page 350

```
 1    Dr. Fauci --
 2         A.    Yeah.
 3         Q.    -- if I was sending it to someone who
 4    didn't know you.  Is there someone who works for
 5    Twitter who -- who you're on a first-name basis with?
 6         A.    Scott -- Scott refers to me as Tony, but I
 7    don't see anybody on Twitter referring to me as Tony.
 8         Q.    He's referring you to some unidentified
 9    person --
10         A.    But he's using his own --
11         Q.    If I may finish the question?
12         A.    Yeah, yeah.  Sure.  Sorry.
13         Q.    He's referring to you as Tony to some
14    unidentified person at Twitter?
15         A.    Right.
16         Q.    Are you on a first-name basis with anyone
17    who works at Twitter?  Yes or no?
18         A.    Am I on a first-name basis of anyone who
19    works at Twitter?
20         Q.    Correct.  That's my question.
21         A.    Well, right now, no, but when my daughter
22    worked at Twitter, I was on a first-name basis with
23    her.
24         Q.    Did she work at Twitter in August 24th
25    of 2021?
```

**DR. ANTHONY FAUCI 11/23/2022**

```
 1      A.    I don't recall.  She may have already left
 2  then.
 3      Q.    Did anyone else -- have you ever been on a
 4  first-name basis with anyone else who worked at
 5  Twitter?
 6      A.    Not that I know of.  Not that I know of.
 7  I mean, I'm trying to think of people that I know at
 8  Twitter, and the only person that I've really known
 9  that works at Twitter, I believe, is my daughter.
10      Q.    Did you have any communications with -- at
11  this time, Scott Gottlieb was on the board of Pfizer;
12  is that right?
13      A.    He might -- I know he's on -- I believe --
14  I believe he's on the board of Pfizer.  I don't know
15  if he was on the board of Pfizer at this time.
16      Q.    Did you have any communications with him
17  in connection with the development of the vaccines
18  that you talked about earlier?
19      A.    You know, I don't know.  I mean, we talk
20  about the development of vaccines all the time.
21  Vaccines was a big subject of discussion from the
22  time we began developing the vaccines; right?  In a
23  few weeks into January we began developing the
24  vaccine.  So we spoke about vaccine development a
25  lot.  Did -- would I have mentioned vaccine
```

```
 1  development to Scott?  I don't see any reason why I

 2  would not, but I don't specifically recall discussing

 3  vaccine development with Scott.

 4      Q.    How about discussing any speech on the

 5  internet that would lead to vaccine hesitancy?  Did

 6  you discuss that with him?

 7            MR. KIRSCHNER:  Objection.  Vague.

 8            THE WITNESS:  You know, again, I don't --

 9  I don't recall specific conversations with Scott

10  about hardly anything.

11  BY MR. SAUER:

12      Q.    How about Alex Berenson?  Did you ever

13  discuss Alex Berenson with Scott Gottlieb?

14      A.    You know, again, you had mentioned before,

15  I -- Alex Berenson doesn't ring a bell.  It's

16  possible associated with some of the things you

17  showed me before, but I don't recall discussing

18  Alex Berenson with Scott Gottlieb.

19      Q.    Exhibit 63.

20            (FAUCI Exhibit No. 63 was marked for

21  identification.)

22  BY MR. SAUER:

23      Q.    Who is Ezekiel J. Emmanuel?

24      A.    Ezekiel J, better known as Zeke Emmanuel,

25  is a vice provost at the University of Pennsylvania
```

**DR. ANTHONY FAUCI  11/23/2022**

**Page 353**

```
 1   and was at a time and might still be the director of
 2   the division or program of medical ethics.
 3        Q.    At the university?  At that university?
 4        A.    At the University of Pennsylvania.
 5        Q.    In this e-mail chain, he says to you on
 6   the second to last page, "I'm a bit perplexed by your
 7   seeming strong endorsement of remdesivir.  Was it
 8   just a bit forced?  My reading of the data were weak
 9   and in normal times for normal disease.  It is not
10   enough to approve and very likely to really impact
11   COVID-19 disease pattern regardless of supply
12   issues."
13             Do you see that?
14        A.    Yeah.
15        Q.    And what were you talking -- what was he
16   talking about there?
17             MR. KIRSCHNER:  Objection.  Again, I ask
18   for Dr. Fauci to have an opportunity to familiarize
19   himself with this document.
20             THE WITNESS:  So there was a clinical
21   trial that showed a modest effect but nonetheless a
22   clear but modest effect of remdesivir, which is an
23   antiviral drug used for the treatment of COVID-19.
24   And when the announcement came out of the clinical
25   trial, I believe, I said this is a good thing that we
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   have a drug when we had no other drugs.  This is well

 2   before Paxlovid, so we had no good drugs for COVID.

 3   And when the study came out, I was pleased that we

 4   had a drug that at least had a modest effect.  Zeke,

 5   who is a good person, said my reading of the data

 6   were weak and normal times for normal disease, not

 7   enough to approve, yada, ya, and I write back, and

 8   say, "Zeke, I did not strongly endorse it."  I

 9   specifically said that it was not a knockout drug but

10   was only a baby step in the development -- in the

11   direction of developing more and better drugs.  I

12   said it was important because it proved in a

13   well-powered -- which it was -- "randomized" -- which

14   it was -- "placebo-controlled trial that one can

15   suppress the virus enough to see a clinical effect as

16   modest as that effect was."  I do not think --

17   BY MR. SAUER:

18        Q.     If I may right there.

19        A.     -- that I forced anything.

20        Q.     Dr. Fauci, thank you.

21               Why don't we go off the record now?

22               MR. KIRSCHNER:  Okay.

23               THE VIDEOGRAPHER:  Time is 4:46 p.m. and

24   we're going off the record.

25               (Recess.)
```

DR. ANTHONY FAUCI  11/23/2022

```
 1               THE VIDEOGRAPHER:  The time is 4:55 p.m.
 2   and we're back on the record.
 3   BY MR. SAUER:
 4        Q.    Dr. Fauci, we've discussed a lot of
 5   opinions today about COVID and treatments for COVID
 6   and related things.  For example, we talked about
 7   hydroxychloroquine; we talked about masks for a while
 8   and whether they're effective; we talked about the
 9   origins of COVID, whether it came out of a lab; we
10   talked about vaccines and the efficacy of vaccines;
11   we talked about herd immunity.  And you've made some
12   pretty strong statements in media about a lot of
13   these issues -- is that fair to say -- using strong
14   language to disagree with opinions that you disagree
15   with?
16               MR. KIRSCHNER:  Objection.  Vague.
17               THE WITNESS:  No, I'm not sure what you
18   mean by strong language.  Most of the time it was
19   measured language.  I think you pointed out at one
20   point when I was talking about the premise of herd
21   immunity that I believe I said that it was nonsense
22   which is -- if you want to call that strong language.
23   I believe it resulted in the deaths of -- unnecessary
24   deaths of individuals.
25   BY MR. SAUER:
```

1      Q.     And people have disagreed with you in

2   strong language as well.  For example, Alex Berenson

3   saying -- calling the arrogance of Dr. Fauci --

4      A.     Right.

5      Q.     -- and so forth.

6             Do you think people should be able to post

7   their opinions on social media, for example, about

8   the efficacy of hydroxychloroquine, even if you

9   disagree with them?

10            MR. KIRSCHNER:  Objection.  Compound.

11            THE WITNESS:  You know, I'm not an expert

12   on what should or should not be on social media.  I

13   ^ audio cuts out here believe that people certainly

14   can express their opinions.  I'm not an expert.  I've

15   said that multiple times during the deposition.  I'm

16   not a social media person.

17   BY MR. SAUER:

18      Q.     Do you have an opinion about whether

19   people should be allowed to post on social media

20   opinions that you think, for example, are dangerous

21   and might lead to loss of life?  What's your view on

22   that?

23      A.     You know, again, you say allowed, I don't

24   know what the legal or other First Amendment issues

25   are associated with that.  That's not my lane or my

1    area of expertise.  As a physician and a scientist

2    and a public health person, I'm very sensitive to the

3    fact that disinformation, including some of the

4    disinformation that we discussed that, for example,

5    has people avoid lifesaving interventions, is

6    dangerous to health.

7            How you -- how you counter that I think is

8    open to question.  My way of countering false

9    information, and I've been on the record multiple

10   times as saying that, is that my approach is to try

11   to ^  and flood the system with the correct

12   information as opposed to interfering with other

13   people's ability to say what they want to say.  And

14   I've said, I think, if you, in your investigations

15   and your discovery, you looked into how many times

16   I've often said the best way to counter

17   misinformation and disinformation is to flood the

18   system with correct information.

19       Q.    Do you think social media platforms have a

20   responsibility to take down dangerous misinformation

21   that gets posted on their platforms?

22       A.    You know, I'm not an expert in the legal

23   and other aspects of that to make an informed

24   comment.  I would leave that to experts.  I told you

25   I'm not someone fluent in the ins and outs of what

1    could or should be on social media, so I don't really

2    have any comment on that, because that's not an area

3    that I've seriously thought about and analyzed about

4    the pros and cons of that.

5        Q.    **Do you think that allowing both sides to**

6    **openly debate their positions on hotly contested**

7    **issues, like the efficacy of hydroxychloroquine or**

8    **where the COVID-19 virus came from, do you think it's**

9    **important to allow both sides to freely debate those**

10   **issues?**

11            MR. KIRSCHNER:  Objection.  Argumentative.

12            THE WITNESS:  You know, when you say

13   allowed to debate, I think honest debate is

14   important, but when it goes beyond debate and leads

15   people who are unwitting about these things to do

16   things that are clearly detrimental to their life and

17   their safety, I find that disturbing.  How you

18   mitigate against that, I would leave to other people.

19   That's not in my lane.

20       Q.    **Have you taken steps to mitigate against**

21   **it in the last two and a half years?**

22       A.    As I said, the theme that I've gone by is

23   the best way to counter misinformation and

24   disinformation is to flood the system with correct

25   information.  That's the reason why I very often am

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   involved with the media with writing, with
 2   interviewing, with podcasts to get people to get
 3   vaccinated.  The most recent of which was yesterday,
 4   I believe, when I was -- or the day before -- when I
 5   made my final press conference at the White House and
 6   my message was:  Please go out for your own safety,
 7   the safety of your community and your family, to go
 8   out and get the updated booster.
 9               That's how I counter misinformation and
10   disinformation.
11               THE VIDEOGRAPHER:  That is it.  That's the
12   seven hours.
13               MR. KIRSCHNER:  Very well.  Two things:
14   One, first, we have no questions for the witness, and
15   second of all, we want to reserve the right to read
16   and sign.
17               THE VIDEOGRAPHER:  Okay.  If there's no
18   further statements for record, we'll be going off.
19   The time is 5:01 p.m. on November 23rd, 2022.  We are
20   going off the record completing today's video
21   recorded session.
22               (Whereupon, at 5:01 p.m., the taking of
23   the deposition ceased.)
24
25
```

1                    CERTIFICATE OF REPORTER

2     UNITED STATES OF AMERICA ) ss.:

3     STATE OF MARYLAND        )

4                    I, STEPHANIE BARNES, the officer

5     before whom the foregoing deposition was taken, do

6     hereby certify that the witness whose testimony

7     appears in the foregoing deposition was duly sworn by

8     me; that the testimony of said witness was taken by

9     me to the best of my ability and thereafter reduced

10    to typewriting under my direction; that I am neither

11    counsel for, related to, nor employed by any of the

12    parties for the action in which this deposition was

13    taken, and further that I am not a relative or

14    employee of any attorney or counsel employed by the

15    parties thereto, nor financially or otherwise

16    interested in the outcome of the action.

17

18

19

20                           Notary public in and for

21                              the State of Maryland

22                 My commission expires: 10/3/2025

23

24

25

```
 1                       LEXITAS LEGAL

 2

 3   November 28, 2022

 4
     ADAM KIRSCHNER, ESQ.
 5   U.S. Department of Justice
     1100 L Street, Northwest
 6   Washington, D.C.  20530

 7   IN RE: THE STATE OF MISSOURI, et al. v. JOSEPH R.
              BIDEN, JR., et al.
 8
     Dear Mr. Kirschner:
 9
     Please find enclosed your copies of the deposition of
10   DR. ANTHONY FAUCI taken on November 23, 2022 in the
     above-referenced case. Also enclosed is the original
11   signature page and errata sheets.

12   Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
13   desired on the errata sheets, and sign the signature

14   page before a notary public.

15

16   Please return the errata sheets and notarized

17   signature page within 30 days to our office at 711 N

18   11th Street, St. Louis, MO 63101 for filing.

19

20   Sincerely,

21

22

23   Lexitas Legal

24

25   Enclosures
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1                        ERRATA SHEET
    Witness Name: DR. ANTHONY FAUCI
 2  Case Name: THE STATE OF MISSOURI, et al. v. JOSEPH R.
              BIDEN, JR., et al.
 3  Date Taken: NOVEMBER 23, 2022

 4

 5  Page #_____   Line #_____

 6  Should read: _____

 7  Reason for change: _____

 8

 9  Page #_____   Line #_____

10  Should read: _____

11  Reason for change: _____

12

13  Page #_____   Line #_____

14  Should read: _____

15  Reason for change: _____

16

17  Page #_____   Line #_____

18  Should read: _____

19  Reason for change: _____

20

21  Page #_____   Line #_____

22  Should read: _____

23  Reason for change: _____

24

25  Witness Signature: _____
```

**DR. ANTHONY FAUCI  11/23/2022**

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, DR. ANTHONY FAUCI, do hereby certify:

 6        That I have read the foregoing deposition;

 7        That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10        That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12        I declare under penalty of perjury that the

13   foregoing is true and correct.

14        Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                          _____

20                          DR. ANTHONY FAUCI

21

22                          _____

23                          NOTARY PUBLIC

24   My Commission Expires:

25
```

**DR. ANTHONY FAUCI  11/23/2022**

| A | | | | |
|---|---|---|---|---|
| **A-U-C-H-...** | 143:4 | **accumulate** | **act** 125:13 | 266:23 |
| 30:23 | 213:16 | 224:2 | 126:4 | **administer** |
| **a.m** 1:20  9:4 | 235:23 | **accumulated** | 265:14,15 | 9:25 |
| 54:8,12 | 319:10,14 | 221:1 | **acting** 65:10 | **administ...** |
| 55:2  58:14 | 319:18,22 | 235:5 | **action** | 271:21 |
| 61:14 | 322:19 | **accumula...** | 265:15 | **admissions** |
| 62:14 | 333:2 | 223:16 | 360:12,16 | 283:16 |
| 68:14  69:2 | **accident...** | 224:2 | **actively** | **adopted** 27:3 |
| 83:17,20 | 106:5 | 317:5 | 64:18 | 27:13,14 |
| 84:19 | 155:17 | **accuracy** | **activist** | **advance** |
| 150:3,5 | **account** 99:6 | 228:13 | 265:13 | 139:22 |
| **Aaron** 2:25 | 101:7 | **accurate** | **activities** | **advertis...** |
| **ABC** 7:9 | 209:17 | 36:25 | 321:14 | 141:19 |
| 185:20 | 210:1,6 | 167:1 | **activity** | **advice** 171:1 |
| **ability** | 213:14 | 198:25 | 20:3 | 171:11,17 |
| 323:8 | 241:7,25 | 275:23,25 | **actual** | 171:20 |
| 357:13 | 270:4 | 276:8 | 120:21 | 196:11 |
| 360:9 | 299:11,14 | 315:3 | 121:1 | 313:18 |
| **able** 133:25 | 299:15,19 | 331:6,11 | 178:21 | **advisor** |
| 175:3 | 300:22,25 | 331:17 | **ad** 177:11,18 | 10:15,18 |
| 299:2 | 301:3,19 | **accurately** | 306:2,3 | 10:20,21 |
| 319:7 | 301:19 | 114:7 | **Adam** 3:22 | 335:24 |
| 323:8 | 302:1,8,9 | 288:7 | 9:21  361:4 | **Affairs** |
| 341:7 | 303:8 | 319:7 | **Adam.kir...** | 38:11 |
| 356:6 | 304:3 | **accusations** | 4:5 | **affiliated** |
| **above-en...** | 309:9 | 106:3 | **Adams** 329:9 | 75:19,25 |
| 1:15 | 311:1 | **ACE2** 115:13 | **add** 285:18 | **affiliation** |
| **above-re...** | 328:15 | 115:23 | **added** 342:8 | 75:22 |
| 361:10 | 329:9,12 | 116:11 | **adding** | **afraid** |
| **absolutely** | 329:14 | 117:13 | 299:22 | 102:20 |
| 37:5 | 335:20 | **achieve** | 327:7 | **Africa** 140:7 |
| 134:12 | **accounts** | 278:3 | **additional** | **African-...** |
| 234:20 | 209:9 | **achieving** | 16:8  17:17 | 228:4 |
| 260:13 | 270:1 | 285:2 | 111:5 | **afternoon** |
| **abstract** | 300:19 | **acknowle...** | 211:5,12 | 65:23,25 |
| 22:25 | 301:11 | 267:12 | **address** | 66:2  68:10 |
| **academies** | 302:12,18 | **acquaint...** | 161:16 | 148:23 |
| 17:6 | 302:22 | 20:17 | 198:1 | 234:5 |
| **academy** | 303:3,3 | 156:23 | 206:4,5,7 | **agency** 28:4 |
| 188:12 | 304:15 | **acquaint...** | 206:10,19 | 28:18 |
| 190:17 | 309:5,11 | 99:23 | 329:1 | 30:14  45:6 |
| 191:13 | 309:22,24 | 269:17 | **addresses** | 307:5 |
| **accept** | 309:25 | **acquainted** | 55:10 | **aggressive** |
| 177:17,19 | 310:1,4,10 | 205:6 | 205:24 | 168:11 |
| **access** 36:15 | 310:18,24 | **acquiring** | 324:7 | **ago** 11:1,7 |
| 37:2,9,15 | 311:17,18 | 314:12 | **addressing** | 11:10 |
| 103:14 | 312:15 | **acquisition** | 184:2 | 13:24  16:5 |
| 142:17 | 328:21 | 316:12 | 198:8 | 19:11 |
| | 329:16 | 317:6 | 245:9 | 23:25 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 27:17 | 252:6 | 52:25 | 76:12 | **Andy** 336:6,8 |
| 29:10,23 | 272:19 | 285:1 | 169:3 | 336:15,22 |
| 43:23 | **AIDS** 265:13 | 358:9 | 191:10 | 337:9,14 |
| 44:23 | **airport** | **allowed** | 236:9,9 | **anecdotal** |
| 57:13 78:6 | 313:14,24 | 247:23 | 251:23 | 215:1,3 |
| 100:17 | **al** 1:5,8 9:7 | 356:19,23 | 266:3 | 217:2 |
| 124:17 | 9:7 55:19 | 358:13 | 336:10 | 218:1 |
| 149:11 | 56:1 61:2 | **allowing** | **ample** 145:9 | **animal** |
| 150:9 | 361:7,7 | 276:25 | 224:2 | 143:17 |
| 157:21 | 362:2,2 | 344:14 | **amplify** 25:1 | 144:9,11 |
| 167:11 | **alarming** | 358:5 | **analyses** | 144:13 |
| 188:5 | 52:10 | **alternative** | 52:8 180:4 | 145:6,8,11 |
| 212:5 | **albeit** | 273:2 | **analysis** | 146:4 |
| 249:16 | 167:24 | 321:17 | 111:19 | 156:9 |
| 250:4 | **Aleksei** | **ambiguous** | 112:5,6,9 | 198:19 |
| 257:13 | 205:15,18 | 35:22 | 112:10 | 200:10 |
| 269:5 | **alert** 97:4 | 71:10 | 121:11,14 | **announce...** |
| 275:4 | **Alex** 267:24 | 78:15 | 161:25 | 353:24 |
| 288:3 | 334:23 | 79:10 82:8 | 180:20 | **anomalies** |
| 295:11 | 335:4,18 | 99:4 | 195:8 | 113:12,21 |
| **agree** 47:16 | 335:21 | 118:21 | 320:13,16 | 113:24 |
| 111:19 | 336:2 | 154:23 | 323:16 | 124:18 |
| 112:4,8 | 337:11 | 166:13 | 333:21 | **answer** 13:7 |
| 166:21 | 341:16,20 | 168:20 | **analyzed** | 18:23 |
| 277:5 | 342:1 | 174:22 | 358:3 | 19:21 |
| 298:2 | 343:5,17 | 186:23 | **ANANT** 4:9 | 20:21 |
| **agreed** 52:14 | 343:20 | 193:19 | **Anant.ku...** | 25:11 |
| 195:14 | 347:18 | 213:25 | 4:15 | 36:25 |
| 223:20,23 | 348:8,9 | 270:17 | **and/or** | 41:21,24 |
| **agreement** | 352:12,13 | **amended** | 104:15 | 47:11 |
| 73:17 | 352:15,18 | 282:25 | 361:12 | 51:22 |
| **agrees** | 356:2 | **Amendment** | 363:8 | 94:16 |
| 223:24 | **algorithm** | 356:24 | **Anderson** | 119:16 |
| **ah** 210:1 | 306:2 | **America** 7:19 | 34:21 | 127:24 |
| **ahead** 17:12 | **alleging** | 226:14 | 43:20 | 134:10,11 |
| 20:19,23 | 211:25 | 227:8 | 44:24 | 139:3 |
| 48:9 49:12 | 212:1 | 233:5,15 | 45:13,21 | 145:3 |
| 52:21 | **Allergy** | 234:16 | 50:16,23 | 165:4 |
| 64:21 | 10:14 | 360:2 | 51:11 60:2 | 175:6 |
| 84:15 | 142:13 | **America's** | 61:19 84:6 | 206:16 |
| 85:24 | **Alliance** 3:4 | 227:16 | 89:4 | 230:4 |
| 89:18,19 | 6:9 18:11 | 234:6 | 170:14,23 | 241:22 |
| 91:17 93:7 | 19:10,25 | 238:22 | 179:18 | 288:7 |
| 126:19 | 20:4,6 | 242:15 | 180:10 | 306:15 |
| 135:4 | 21:22 30:4 | 243:3 | 195:24 | 319:7 |
| 202:3 | **allocated** | **American** | 196:10 | 331:6,10 |
| 247:14 | 177:10 | 15:18 | **Andrea** 229:7 | **answered** |
| 249:17 | **allow** 26:14 | 313:11 | 233:5,12 | 63:4 88:13 |
| 251:2 | 28:14 | **amount** 21:13 | 234:15 | 125:16 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 159:11,21 | 181:2 | applicable | 307:18 | 31:12 49:5 |
| 159:23 | 213:8 | 215:18 | 317:15 | 49:15,19 |
| 162:7 | 238:2,4,4 | applicat... | 318:1 | 49:22 50:3 |
| 172:16 | 238:10 | 24:8 | 322:3 | 50:9 56:5 |
| 195:5 | 239:4 | apply 169:22 | 335:19,24 | 56:21,22 |
| 205:4,6 | 269:6,11 | 247:10 | 336:23 | 57:2,9,14 |
| 239:18 | 278:12 | appreciate | apropos 70:5 | 57:17 60:7 |
| 261:14 | 350:7 | 109:7 | Archive | 60:9 61:18 |
| 262:4,5,16 | apologies | appreciated | 179:22 | 61:24 62:6 |
| 274:24 | 311:12,14 | 275:23 | Archives | 62:13,14 |
| 285:20 | apologize | 276:1,6,10 | 7:11 | 65:13 66:9 |
| 297:1 | 90:2 93:13 | approach | area 40:18 | 82:23 |
| 301:21 | 185:10 | 250:7 | 117:20 | 163:11 |
| 327:19 | 249:5 | 266:21,24 | 127:12,12 | 179:14 |
| answering | Apoorva | 266:24,25 | 151:15,17 | 183:23 |
| 11:19 | 296:12 | 290:19 | 151:18 | 184:3 |
| 12:23 | appalls | 295:5 | 157:6 | 185:3,20 |
| 14:12 | 271:10 | 357:10 | 357:1 | 186:6,20 |
| 48:22 53:9 | apparently | approaches | 358:2 | 186:25 |
| 287:2 | 108:3 | 292:14 | argue 315:9 | 187:2 |
| answers | 286:21 | appropriate | Argument... | 189:4 |
| 11:23 | appear | 46:18 | 206:14 | 191:3,7,9 |
| antecedent | 164:23 | 119:8 | 223:22 | 191:20 |
| 218:21 | 179:24 | 128:8 | 224:13 | 192:14 |
| antedated | appearance | 138:1 | 298:9 | 195:3,20 |
| 159:6 | 38:24 | 207:21 | 322:22 | 195:23 |
| Anthony 1:13 | APPEARANCES | 225:5 | 358:11 | 196:4,9,11 |
| 6:3 9:6 | 2:1 | 310:15 | arguments | 196:17 |
| 10:2,10 | appeared | 312:20 | 123:20 | 212:20,24 |
| 91:22 | 77:16 | approval | arose 120:12 | 218:5 |
| 299:18 | 179:14 | 70:22 | 183:18 | 221:15,21 |
| 303:6,6 | 226:16 | approve | arranged | 222:8,10 |
| 328:16 | appearing | 18:24 | 44:15 | 222:13 |
| 348:10,13 | 226:13 | 122:17 | arranging | 228:24 |
| 361:10 | 227:18 | 276:3 | 44:19 | 233:17,23 |
| 362:1 | 229:6 | 353:10 | arrogance | 258:20,23 |
| 363:5,20 | appears | 354:7 | 348:9,12 | 259:11,13 |
| anthonyf... | 129:3 | approved | 356:3 | 264:13 |
| 299:10 | 146:23 | 18:17 19:2 | arrogant | 265:1,5 |
| antimala... | 179:10 | 70:1,13 | 348:21 | 267:10 |
| 227:1 | 182:10 | April 179:12 | article 6:8 | 271:5,13 |
| antiviral | 189:11 | 188:3 | 6:12 7:2,3 | 275:14,16 |
| 353:23 | 245:10 | 192:4 | 7:7,9,14 | 275:18,22 |
| anybody | 294:21 | 197:1 | 7:16,17,18 | 277:24 |
| 34:13 | 360:7 | 199:2,14 | 7:19,20,21 | 280:12,19 |
| 75:24 | applause | 201:4,21 | 7:22 8:3,5 | 280:25 |
| 77:14 | 342:8 | 203:8 | 8:6,17,18 | 294:24 |
| 115:20 | apples | 204:4,8 | 8:19,20 | articles |
| 137:18 | 157:14 | 207:25 | 15:15 31:7 | 13:24 |

| | | | | |
|---|---|---|---|---|
| 31:17 | 274:23 | 329:25 | 55:17,23 | 9:19 |
| 62:12 | 285:19 | 338:1 | 56:16 61:2 | 360:14 |
| 268:22 | 295:10,11 | **aspects** 17:3 | 120:7,22 | **attract** |
| 280:24 | 295:17 | 202:23 | 121:1 | 243:16 |
| 294:14,23 | 296:25 | 289:22 | 123:10 | **Auchincloss** |
| 295:2,4,11 | 301:20,24 | 357:23 | 126:24 | 30:21,22 |
| 295:18,21 | 313:18 | **assess** 154:1 | **Attachments** | 30:23 |
| 295:24 | 327:18 | 293:19 | 55:18 | 54:20,24 |
| 296:5 | 329:1 | 323:3 | **attend** | 62:3 68:7 |
| 297:20 | 332:19 | **associate** | 140:12 | 69:2 |
| 333:22 | **asking** 11:20 | 108:14 | **attention** | **audio** 356:13 |
| **Asia** 140:8 | 11:21 | 265:22 | 22:16 | **August** |
| **Asian** 33:10 | 12:21 25:9 | **associated** | 30:10 | 242:19 |
| 33:19 | 25:14 | 161:2,4 | 31:17 34:3 | 243:7 |
| **aside** 238:21 | 26:15 | 238:11 | 42:10 | 350:24 |
| 290:18 | 36:20,23 | 352:16 | 47:24 | **auspices** |
| **asked** 10:20 | 47:12 | 356:25 | 48:14 58:2 | 156:20 |
| 12:10 | 49:13 | **association** | 79:15 | **Australia** |
| 41:22 | 67:25 | 213:13 | 141:9 | 45:5 73:11 |
| 43:13 | 68:17 69:5 | **assume** 85:13 | 144:20 | **author** 161:3 |
| 48:25 | 69:6,8,10 | 86:17 | 145:15 | 195:25 |
| 58:25 63:3 | 87:5,6 | 132:11 | 153:21 | 218:21 |
| 69:7 78:5 | 94:15 | 201:5 | 184:11 | 264:21 |
| 82:20 | 97:14 | 233:18 | 208:12 | 341:16,25 |
| 88:12 | 127:15,22 | 301:23 | 209:21 | **authored** |
| 102:4 | 127:24 | **Assumes** 30:5 | 210:4,8 | 124:3 |
| 125:15 | 133:22 | 109:19 | 213:15 | 203:12 |
| 132:13 | 134:6,10 | 214:19 | 219:9 | 251:5 |
| 133:8 | 135:13 | **assuming** | 235:20 | **authorities** |
| 134:12 | 136:17,24 | 18:20 | 238:18 | 288:20,25 |
| 139:9 | 138:20 | 19:18 22:8 | 239:3,22 | 334:10 |
| 140:4 | 145:3 | 49:24 70:4 | 240:3 | **authority** |
| 147:13 | 156:17 | **assumption** | 241:5,8,12 | 126:12 |
| 151:22 | 159:25 | 87:25 | 241:23 | 177:19 |
| 159:10,20 | 164:3 | 179:25 | 243:16 | 289:4,8,11 |
| 162:6 | 176:15 | 258:7 | 256:11,14 | 289:16 |
| 172:15 | 186:24 | 276:23 | 257:6,8 | 290:1,7 |
| 188:11 | 189:25 | **astute** | 271:10 | **authoriz...** |
| 195:4 | 190:19 | 166:24 | 280:7 | 221:4 |
| 202:12,13 | 195:12 | **asymptom...** | 281:17,22 | **authorize** |
| 202:14 | 199:12 | 316:25 | 281:24 | 326:8,13 |
| 205:3 | 201:22 | 317:4 | 283:10 | 326:13,17 |
| 208:6 | 226:17 | **Atlas** 267:23 | 293:23 | **authorized** |
| 217:23 | 241:10 | **attached** | 301:10 | 29:14 |
| 232:1 | 262:17 | 8:22 57:17 | 303:7 | 30:14 |
| 239:17 | 292:16 | **attaching** | 335:11 | 326:14 |
| 261:13 | 313:13 | 56:12 | **attenuated** | **authors** |
| 262:3 | 314:4 | **attachment** | 24:24 | 32:10 |
| 269:7 | 315:4 | 38:18 | **attorney** 2:8 | 161:4 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 162:5,9 | 66:14 | 316:13 | 256:13 | 360:4 |
| 170:18 | 110:24 | 328:20 | 261:23 | **Barrington** |
| 179:23 | 129:9,19 | 332:6,12 | 262:15,19 | 7:24 |
| 180:13,20 | 151:16 | 332:13,16 | 263:17 | 248:13,16 |
| 181:9 | 152:14 | 336:5,21 | 269:1 | 249:1,10 |
| 200:18 | 157:24 | 337:3,5,20 | 274:5 | 249:12,14 |
| 251:16 | 158:2,9,13 | 338:2,4 | 286:22 | 249:18,19 |
| 255:13 | 162:14 | 344:25 | 295:10 | 250:1 |
| 256:9 | 184:1,7,8 | **awareness** | 300:13 | 252:18 |
| 267:1 | 185:3 | 195:3 | 313:4 | 254:6,12 |
| 295:23 | 205:9 | 255:17 | 322:4 | 254:24 |
| **available** | 207:24 | 256:19 | 354:7 | 255:3,14 |
| 95:2 | 208:3,6,9 | **Azar** 256:5 | 355:2 | 258:11 |
| 158:10 | 208:10,13 | 267:24 | **background** | 260:15 |
| 198:13 | 208:15,23 | ———— | 144:10 | 264:7 |
| 200:18,19 | 208:25 | **B** | 271:22 | 266:10 |
| 201:7 | 209:13,16 | **B** 6:6 | **bad** 109:10 | 267:1 |
| 206:9 | 211:24 | **B-i-r-r-e-l** | 303:20 | 268:6,22 |
| 316:5 | 212:3,4,7 | 212:25 | 304:13 | 269:4 |
| 320:21,23 | 212:9 | **B6** 206:10 | 310:1 | 276:4,17 |
| 323:2 | 223:1 | **baby** 354:10 | 311:20,22 | 277:6 |
| **average** | 224:5 | **back** 35:13 | 323:4 | 278:21 |
| 153:12 | 225:15 | 54:13 64:2 | 329:16 | 279:19 |
| **averages** | 236:1 | 77:7,17 | **badly** 169:6 | 280:1,13 |
| 36:12 | 237:25 | 78:3 83:21 | **Baier** 190:5 | 280:17,21 |
| **avert** 107:14 | 238:11,22 | 97:9 101:9 | 190:13 | 281:9,23 |
| **avoid** 107:14 | 239:14,20 | 123:21 | 228:24 | 282:11 |
| 320:19 | 239:25 | 129:4 | **ban** 335:2,2 | 283:2 |
| 345:10,13 | 240:20 | 132:2,20 | **bank** 158:15 | 285:7,10 |
| 346:12 | 241:1,2,3 | 136:11 | **banned** 335:7 | 290:10,19 |
| 357:5 | 241:11,14 | 149:14 | 335:12 | 291:12 |
| **avoiding** | 243:9,14 | 150:6,8 | 347:18 | 292:11 |
| 346:2 | 243:17,25 | 157:20 | **banner** 306:2 | 295:6 |
| **award** 76:6,9 | 244:3 | 165:3,24 | **Baric** 32:12 | 296:19,24 |
| **Award-Wi...** | 251:9 | 166:22 | 32:15 | 297:5,10 |
| 212:21 | 252:17,19 | 193:15 | 39:22 | 297:16,23 |
| **awards** 36:10 | 252:20,21 | 199:12 | 40:11 | **Barry** 296:2 |
| **aware** 22:5 | 252:23 | 203:22 | 55:25 56:9 | 296:7,8,11 |
| 22:12,15 | 255:13,18 | 209:24 | 56:16,23 | **based** 27:23 |
| 22:18,21 | 275:7 | 213:2 | 57:12 | 42:7 78:8 |
| 25:19 | 280:1,3,20 | 219:7,19 | 60:23 61:2 | 80:6 88:22 |
| 27:10 | 281:21,21 | 220:9,13 | 62:13 | 89:9 |
| 31:15,22 | 282:10,17 | 221:9 | 71:15 | 180:20 |
| 33:13 34:6 | 282:18,24 | 223:14 | 119:4 | 196:5 |
| 35:16 | 283:9 | 233:12 | 147:15 | 215:1,3,23 |
| 43:23 | 298:15 | 239:2 | 148:24 | 217:2,2,9 |
| 60:22 61:1 | 300:18 | 240:13 | 149:6 | 217:13 |
| 61:4,6 | 306:17 | 247:21 | **Barnes** 1:17 | 223:12,16 |
| 62:19 | 309:20,23 | 253:12 | 1:22 9:13 | 231:20 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 236:25 | 145:16 | 82:20,22 | 281:15 | 244:19 |
| 237:4 | 164:7 | 87:24 89:2 | 289:19 | 314:16 |
| 244:10 | 182:17 | 89:9 92:9 | 291:4 | **benefits** |
| 246:12 | 222:15 | 96:1,4 | 295:12 | 225:20 |
| 316:18 | 267:15 | 99:18 | 297:17 | 227:21 |
| 318:16 | **begins** 23:4 | 100:13 | 301:1 | 235:10 |
| 319:24,25 | 39:9,14 | 102:18 | 304:19 | 236:21 |
| 323:13 | 98:3 | 108:10 | 310:1 | **Berenson** |
| **basis** 21:20 | 130:17 | 114:6,13 | 318:19 | 334:23 |
| 81:12,25 | 176:19 | 117:16 | 319:7 | 335:4,18 |
| 170:4 | 267:11 | 120:13 | 326:14 | 335:22 |
| 173:17 | 324:15 | 132:8,14 | 328:10 | 336:2 |
| 191:18 | **behalf** 2:3 | 132:15 | 331:10 | 337:11 |
| 214:6 | 2:14,24 | 133:5 | 342:17,25 | 338:6 |
| 219:17 | 3:12,20 | 136:6,6 | 344:22 | 341:16,20 |
| 221:8 | 4:7,16 | 139:15,25 | 346:13 | 342:1,5 |
| 286:14,19 | 9:19,22 | 155:24 | 351:9,13 | 343:5,17 |
| 317:10 | **Beijing** | 160:21 | 351:14 | 343:20 |
| 349:25 | 166:4,5 | 161:10,10 | 353:25 | 347:18 |
| 350:5,16 | **belief** 138:2 | 166:5,16 | 355:21,23 | 348:8,9,12 |
| 350:18,22 | **believe** | 166:25 | 356:13 | 348:20 |
| 351:4 | 14:18 | 168:5,7,16 | 359:4 | 352:12,13 |
| **basketball** | 16:13,24 | 175:13,13 | **believed** | 352:15,18 |
| 101:6 | 21:5,8,10 | 175:16 | 46:16 | 356:2 |
| **bat** 18:6,8 | 24:25 26:3 | 177:2,21 | 133:20 | **Berkowitz** |
| 18:12 | 30:8 31:16 | 177:22 | 165:10 | 305:6 |
| 22:14 31:8 | 31:17 | 182:13 | **believes** | **Bernard** |
| 33:15,15 | 32:12 33:7 | 189:2,6 | 262:7 | 108:3,6,8 |
| 41:4,9,15 | 33:9,10,20 | 202:24 | **bell** 98:24 | 108:9,10 |
| 43:3 | 34:19,20 | 204:25 | 117:5 | 108:11,13 |
| 144:18 | 36:12 | 205:18,19 | 135:14 | 110:11 |
| 153:22 | 37:13 | 220:12 | 184:16,20 | **best** 15:9 |
| 154:18 | 40:13,15 | 228:3 | 209:12 | 84:10 |
| 156:21 | 40:22,24 | 230:8,16 | 239:5,7 | 217:3 |
| 157:6 | 43:5,22 | 230:17 | 264:22 | 316:2 |
| **Bates** 52:22 | 44:15,21 | 247:22 | 271:1 | 357:16 |
| 54:3 64:24 | 45:15,22 | 249:13 | 285:24 | 358:23 |
| **Baton** 2:21 | 46:15 | 250:18 | 291:20 | 360:9 |
| **bats** 42:14 | 57:19 | 254:25,25 | 292:16 | **Bethesda** |
| 43:1 58:1 | 63:22,23 | 256:21 | 293:15 | 1:11,19 |
| 198:16 | 66:2,20 | 258:1,14 | 337:5 | 4:24 9:12 |
| **began** 317:5 | 67:5,6,16 | 259:1,14 | 338:7 | **better** 12:4 |
| 351:22,23 | 72:12 | 265:12 | 343:20 | 58:23 |
| **beginning** | 73:11 75:4 | 269:4 | 349:16 | 79:17 |
| 31:24 32:1 | 75:8,8,15 | 276:20 | 352:15 | 260:4 |
| 32:4 34:4 | 75:15 76:2 | 277:12 | **benefit** | 352:24 |
| 34:4,14,15 | 77:4 78:4 | 278:19,20 | 15:15,17 | 354:11 |
| 101:12 | 78:19 80:4 | 278:21 | 221:5,8 | **beyond** |
| 121:11 | 81:8,20,23 | 279:21 | 225:3,13 | 122:22,23 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 358:14 | 353:6,8 | 52:23 | 271:22 | 132:11 |
| Bhattach... | blaming | 72:23 | briefly | 136:13 |
| 2:25 | 102:21,21 | 75:11 | 167:18 | 137:5,6 |
| 251:18 | 106:4 | 86:19,20 | 212:19,20 | 144:24 |
| 256:4 | blanks | 115:11 | 271:2 | 145:16 |
| 267:20 | 294:22 | 163:23 | 328:4 | 211:22 |
| 279:4 | blathering | 164:4 | bring 44:9 | 284:25 |
| 291:15 | 74:4 | 179:12 | 165:15,20 | 288:15 |
| Biden 1:8 | blind 244:10 | 201:20 | bringing | bunch 226:2 |
| 9:7 10:16 | 246:12 | 252:8 | 64:4 257:6 | 229:1 |
| 344:11 | blob 338:16 | 272:20 | 337:4 | 295:2 |
| 361:7 | 338:17 | 275:15 | brings 303:6 | 311:8 |
| 362:2 | block 152:9 | 284:25 | broad 24:7 | 321:9 |
| big 22:25 | 303:11 | 298:22 | 24:11,23 | 330:14 |
| 235:4 | 308:5 | 305:3 | 118:24 | buried |
| 351:21 | 324:21 | 337:8,11 | 132:19 | 280:23 |
| Bill 104:11 | blocking | bought 316:4 | 140:17 | Burkes 305:4 |
| 202:2,2,10 | 340:6 | Box 3:15 | 309:1 | Burkholtz |
| 202:11,19 | blog 7:8 | Boy 109:10 | broker 103:6 | 305:4 |
| 202:20 | 182:5,12 | Branch 4:21 | brought 30:9 | Burns 3:13 |
| 338:22 | 182:14,17 | break 83:16 | 30:9 31:17 | 3:14 |
| Billet 38:9 | 184:2,12 | 130:10 | 39:3 42:21 | Burwell |
| 301:16,17 | 184:15,17 | 148:6 | 46:2,19,20 | 313:6,9 |
| 309:2 | 184:19 | 149:24 | 46:23 58:2 | 317:22 |
| 324:10 | 186:2,21 | 203:17 | 141:4,7,9 | busy 191:22 |
| 327:2,8,12 | bluntly | 253:4,5,6 | 184:10 | 191:23 |
| billion 72:1 | 260:2 | 312:23 | 208:12 | 195:14 |
| 260:18 | board 351:11 | 323:24 | 209:21 | 276:11 |
| Bio 174:14 | 351:14,15 | Breitbart | 239:3 | buy 314:12 |
| Biohub | Bob 35:12,14 | 7:20,21 | 256:11 | 317:23 |
| 133:11,12 | 50:24 51:5 | 232:16,20 | 293:23 | 321:9,25 |
| 133:13 | 51:6 | 234:3 | BSL-2 116:15 | buying |
| biological | bodies 169:7 | 240:6 | 117:10,12 | 320:20 |
| 143:6 | body 39:8 | Breitbart's | 117:14 | buzz-buzz |
| 145:21 | 103:2 | 240:17 | 118:9,20 | 78:21 |
| 146:2 | 107:8 | Brennan | 119:8,9 | |
| biology | bold 288:15 | 218:21 | BSL-3 117:23 | C |
| 15:11 | bolded | Bret 190:5 | Budget 22:1 | C 3:13 6:1 |
| biosafety | 121:11,14 | 190:13 | 22:2 | 9:1 |
| 16:22,22 | booster | 228:24 | building | calendar |
| Birrel | 359:8 | briefed | 1:19 4:23 | 6:25 66:23 |
| 212:25 | booted 336:3 | 59:12 71:3 | 165:8 | 67:2 |
| 213:2,6 | bother 236:2 | briefing | 300:9 | 148:19 |
| bit 26:24 | 236:13,22 | 39:3 43:6 | 308:8 | 149:10 |
| 78:6 | 236:23 | 196:25 | bull 110:1 | California |
| 188:23 | bottom 23:3 | 197:11 | bullet | 133:15 |
| 197:23 | 23:6,8,9 | 201:4 | 110:14,18 | 174:17 |
| 200:24 | 26:20 | 202:13 | 130:20 | call 10:24 |
| 228:7 | 47:25 | 208:1 | 131:2,18 | 34:18,22 |

**DR. ANTHONY FAUCI 11/23/2022**

35:9 43:20
44:2,3,8
44:14,18
45:24
46:13,21
51:20
58:19 59:1
59:22 60:1
63:10,13
63:16,20
64:6,11,13
66:16,18
66:23 67:4
73:21
74:20 75:3
75:5,10
77:1,2,4
77:14
78:10,23
79:5,24
80:18,22
81:17,18
82:14,18
83:3 85:5
85:8,20
86:8,13,16
86:17
87:23 88:2
89:10 90:9
90:21 91:2
91:5,7,7
91:11,13
92:10,13
92:20,23
92:24 93:2
93:5 94:4
94:6 95:2
95:8,14
97:2,3,24
105:21
109:7,14
109:22
110:7
112:22
113:22
115:24
120:12
123:19
124:1

131:3,8,13
131:16
135:23
136:14
161:8,12
161:13
173:19
175:13
205:9
277:13
325:23,24
355:22
called 1:14
10:3 13:15
18:5 20:11
33:14
37:25 61:2
62:22
123:10
126:24
226:1
227:15
248:21
250:7
261:24
271:22,24
272:13
283:25
286:14
295:20
305:4
307:20
308:11
309:15
314:4
328:6,15
calling
348:20
356:3
calls 24:4
24:17
29:18
35:21
41:11 46:4
62:7 87:22
108:18
112:23
113:16
116:20

118:13
138:17
205:25
269:19
287:5
289:17,19
290:14
capacity
12:19
18:18
25:19
Capitol
232:18
234:22
caps 300:14
care 17:11
165:9
231:13
237:2
302:2
careful
11:14
13:11
80:12
177:5
320:14
carefully
18:16 78:7
80:11,25
81:9
119:12
306:14
cares 237:3
265:23
Carlos
296:16
Carol 298:23
299:8,21
330:12,13
330:22,23
Carolina
32:13,20
Carrie 329:9
carry 333:24
case 1:7 9:8
44:9 114:8
194:20
232:3
287:15

361:10
362:2
cases 153:25
154:20
casual 21:18
260:6
casually
338:5
cat 144:18
catch 84:18
84:22
256:22
catching
210:4
categori...
24:12
categorize
194:14
categorized
276:19
category
207:17
338:25
Catherine
330:19
cause 217:7
225:3
caused
219:13
causing
169:3
182:21
183:13
CBS 347:2
cc 38:14
55:5 97:22
97:25
187:16
CC'd 55:6,9
55:13
CC'ing
204:14
CDC 299:13
306:3,14
315:21
316:19
330:11,13
330:19,25
331:10

332:6,17
CDC's 331:3
ceased
359:23
cell 58:17
59:1
178:10
203:1
censor
232:17
239:11
censored
208:2
280:2,3,13
280:17
282:10
censoring
280:6
281:23,25
281:25
282:18
Censors
212:21
center 1:19
4:22 9:12
143:7
244:17
293:5
324:22
centers 35:7
230:14
231:17
332:23
CEO 76:3
286:13
293:5
certain 27:4
27:24
29:10 30:7
32:9 33:9
33:24
44:21 45:7
96:2
134:20
146:4
147:20
154:8
162:14
177:22

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 220:3 | 298:22 | 335:24 | 339:4,17 | 331:15 |
| 250:13 | 305:3 | **chiefs** | **Chmura** | 332:6 |
| 275:1 | 307:18 | 231:16 | 205:15,18 | **City** 2:10 |
| 285:12 | 323:25 | 332:22 | **chose** 306:3 | 40:23 |
| 314:24 | 324:15 | **China** 34:7 | **Christian** | **civet** 144:18 |
| 323:13 | 330:10 | 41:3 42:15 | 34:21 | **Civil** 3:4 |
| **certainly** | 353:5 | 42:21 43:1 | 43:20 44:4 | **claim** 217:9 |
| 11:16,22 | **challenge** | 57:22 | 44:5,23 | 247:7 |
| 12:8 16:25 | 258:25 | 59:14,17 | 45:13,14 | 285:6,18 |
| 22:17,18 | 259:13 | 62:21 | 45:21,21 | 331:4,15 |
| 31:24 33:3 | **Chan** 133:11 | 63:17,19 | 45:23 | 331:16 |
| 56:3,15,17 | 133:11,14 | 67:15,17 | 46:10 48:3 | **claimed** |
| 64:17 | 174:7,8,15 | 67:18,22 | 50:8 60:2 | 209:10,19 |
| 72:12,16 | 174:16 | 70:11,18 | 61:18,20 | **claims** 103:5 |
| 74:9 81:22 | **chance** 166:4 | 71:4,24 | 74:25 81:8 | 103:9,22 |
| 83:4 91:4 | **change** 52:9 | 138:15,22 | 81:22 84:6 | 104:19 |
| 102:5 | 318:16 | 138:24 | 170:14 | 182:20 |
| 106:5,12 | 362:7,11 | 139:6,10 | 195:24 | 183:12,17 |
| 124:22 | 362:15,19 | 139:11,13 | 196:9 | 211:5,6,12 |
| 133:22 | 362:23 | 139:22 | **CHRISTOPHER** | 211:22 |
| 134:25 | **changed** | 163:13 | 4:18 | 214:1,4,7 |
| 147:19 | 211:25 | 164:22 | **Christop...** | 214:25 |
| 152:14 | 316:21,21 | 165:13 | 4:25 | 215:3,23 |
| 156:2 | 317:11 | 167:23 | **chronology** | 217:2 |
| 161:1 | **changes** | 198:3 | 283:20 | 285:2 |
| 170:4 | 172:9 | 261:11,18 | **circle** 150:8 | 331:4 |
| 177:25 | 361:12 | 261:23,24 | **circulate** | 332:7 |
| 225:8 | 363:7,10 | 262:12,20 | 248:18,20 | 333:15 |
| 229:16 | **channel** | 263:3 | 274:6 | **Clara** 293:12 |
| 259:25 | 177:21 | **Chinese** | 276:22 | 293:18 |
| 265:12 | **characte...** | 102:21 | 277:1 | **clarified** |
| 281:18 | 121:2 | 106:4 | **circulated** | 134:3 |
| 282:19 | **characte...** | 143:5 | 205:20 | **clarify** |
| 345:10,25 | 20:17 42:9 | 157:17 | **circulating** | 11:18 |
| 356:13 | **characte...** | 164:7,11 | 31:7 157:6 | 44:12 |
| **certainty** | 334:2 | 165:7 | 250:13 | 283:1 |
| 96:3 | **chat** 98:9,21 | 166:1 | 274:22 | 344:7 |
| **CERTIFICATE** | **chatting** | 167:3,5,7 | **circumst...** | **clarity** |
| 360:1 | 84:24 | 168:8 | 28:1 | 11:15 17:8 |
| **certify** | 85:13 | 192:24 | 144:16 | 17:14 |
| 360:6 | **check** 91:12 | 193:11 | **circumst...** | 65:18 |
| 363:5 | **cheering** | 194:18 | 154:1,10 | **Clarke** 328:6 |
| **cetera** 39:23 | 341:23 | 209:9,17 | 154:17,21 | 328:7,9,10 |
| 162:13 | 343:12 | 209:25 | 154:25 | 329:20,25 |
| **chain** 94:10 | **chief** 10:15 | **Chinese-...** | 161:16 | 336:19,20 |
| 115:7 | 10:17 38:3 | 98:17 | **citations** | **clause** 27:25 |
| 123:6 | 38:23 47:2 | **chip** 104:12 | 203:11 | **cleaner** |
| 170:13 | 75:14,16 | 106:14 | **cities** 166:5 | 123:15 |
| 266:8 | 76:4 | 338:23 | **citing** 102:4 | **clear** 17:16 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 21:20 | 190:20 | 51:13 52:1 | collection | 269:16 |
| 80:15 87:5 | 216:5,12 | 52:7,16 | 84:3 | 270:11,15 |
| 121:8 | 253:25 | closer 81:1 | Collin | 271:13 |
| 137:21 | 254:15,18 | 81:2 | 262:11 | 272:1,4,16 |
| 144:3,13 | 259:21 | closest | Collins | 272:25 |
| 144:17 | 260:21,25 | 70:17 | 13:14 15:7 | 273:16,25 |
| 162:11 | 260:25 | cloth 321:18 | 66:15 67:6 | 275:3,13 |
| 174:13 | 261:6,10 | Club 174:14 | 67:9,12,14 | 281:1 |
| 179:4 | 261:17 | clues 49:16 | 67:20 68:1 | 295:14 |
| 184:20 | 262:11,18 | 50:3 | 75:5 82:23 | Collins' |
| 215:2 | 262:19 | cluster 31:7 | 84:8 89:22 | 279:12 |
| 229:19 | 263:2 | 39:14 | 91:1 92:3 | Collins's |
| 232:3 | 266:9 | 132:4 | 93:5,11 | 269:22 |
| 273:25 | Clifford | CNBC 8:5 | 94:2,11,21 | Columbia |
| 302:16 | 139:15 | CNN 341:15 | 108:2 | 40:12,24 |
| 309:18 | clinical | 342:10,17 | 109:15,23 | column 179:6 |
| 316:22,25 | 165:6 | 343:2 | 110:11 | come 14:5,20 |
| 317:3 | 214:10,12 | coauthor | 111:18,24 | 22:20 78:7 |
| 345:7 | 216:6,14 | 13:14,19 | 115:8 | 81:3,6 |
| 353:22 | 216:15 | Coauthored | 116:14,18 | 107:4 |
| clear-cut | 217:10 | 56:7 | 120:4 | 122:5,11 |
| 217:10 | 221:1 | coauthors | 121:20 | 122:13 |
| clearcut | 224:10,12 | 35:18 | 123:8 | 129:25 |
| 225:10 | 227:9 | 56:23 | 125:9 | 133:3 |
| clearly 21:4 | 231:9 | Cohen 49:6 | 126:23 | 143:17 |
| 60:25 | 247:5 | 49:16 50:9 | 131:8 | 144:9,11 |
| 82:25 | 260:25 | 61:18,24 | 159:16 | 145:8,11 |
| 121:15 | 261:2,3,7 | 62:14 | 162:18 | 146:3 |
| 132:16 | 324:20 | cohorts | 163:5 | 149:16 |
| 152:3 | 333:1 | 42:14 43:1 | 170:15 | 168:16 |
| 180:4 | 353:20,24 | cold 138:6 | 171:9 | 202:25 |
| 188:9 | 354:15 | collabor... | 182:6,13 | 219:1,10 |
| 189:9,16 | clinician | 37:6,10 | 182:19 | 245:1 |
| 194:17 | 166:24 | collabor... | 184:1 | 247:6 |
| 197:20 | clinicians | 37:8 58:24 | 186:11,19 | 248:2 |
| 225:3 | 216:13 | collabor... | 187:3,16 | 264:24 |
| 263:22 | clip 341:16 | 59:13 | 188:3 | 268:13 |
| 276:6 | 341:25 | collabor... | 189:18,20 | 293:22 |
| 322:16 | 342:3 | 37:11 | 190:15 | 305:24 |
| 323:6 | 343:21 | 42:17 | 193:22 | 320:5 |
| 358:16 | close 39:13 | collater... | 199:3 | 323:15 |
| click 255:7 | 76:17 | 17:3 | 200:22 | comes 107:13 |
| 284:13 | 84:24 | colleague | 253:24 | 142:11 |
| client | 85:16 | 252:24 | 254:5 | 207:13 |
| 299:10 | 86:19,19 | colleagues | 257:15 | 221:7 |
| Cliff 139:1 | 108:13 | 40:9 | 258:7 | coming 145:5 |
| 139:25 | 312:1,2 | 339:22 | 262:19 | 164:22 |
| 163:18 | 322:5 | collect | 266:9 | 219:23 |
| 167:19 | closely | 214:17,18 | 268:20 | comment |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 143:23 | communic... | 287:4,10 | 343:9 | 151:16 |
| 172:20 | 167:2,5,7 | 287:16,25 | compatible | 217:12 |
| 193:15 | 186:11,15 | 306:23 | 70:25 78:2 | 285:11 |
| 199:19 | 285:25 | 308:16,18 | 81:14 82:1 | concern |
| 233:15 | 296:4 | 308:21,22 | 82:25 | 34:23 35:2 |
| 245:3 | 347:13 | 309:2,21 | 126:14 | 35:10 |
| 260:6 | communic... | 310:3,11 | 139:19 | 43:18 46:2 |
| 344:24 | 153:17 | 310:15 | 267:6 | 51:19 |
| 357:24 | communic... | 324:3,11 | competent | 52:10,13 |
| 358:2 | 96:15 | 324:19,25 | 139:17 | 52:18 |
| commentary | 186:7,9 | 325:9,11 | complaining | 62:23 63:8 |
| 202:22 | 237:25 | 325:23 | 335:6,9 | 67:13,13 |
| 203:1 | 238:2,4,7 | 326:1,9 | completely | 70:21 71:5 |
| 266:14,15 | 238:10,12 | 327:3,9,11 | 59:20 | 71:14 |
| commented | 238:17,23 | 327:13,16 | 80:16 | 78:10,20 |
| 187:3,4 | 239:4 | 328:11 | 101:13,24 | 79:13,15 |
| commenting | 265:4 | 336:1 | 113:8 | 80:5,9,13 |
| 347:2 | 290:17 | 347:4 | 145:2 | 80:15,16 |
| comments | 300:19 | 351:10,16 | 207:12 | 81:12,13 |
| 114:13 | 327:22 | community | 288:7 | 110:25 |
| 120:16 | 328:21 | 28:9,10 | completing | 155:3,12 |
| 124:23 | 347:8 | 58:1 169:2 | 359:20 | 195:11 |
| 160:10 | communic... | 170:7 | complicated | 217:1 |
| 172:2,6,13 | 38:11 83:9 | 175:5 | 120:19 | 228:13 |
| 172:20 | 96:17 | 216:1 | 124:13 | 321:22 |
| 201:3 | 110:5 | 217:1 | component | concerned |
| 207:25 | 147:4 | 230:7,21 | 122:14 | 59:16,19 |
| 219:1,10 | 255:22 | 230:25 | 267:4 | 103:8,15 |
| 227:14 | 268:14 | 231:1,5,15 | 273:10 | 103:18 |
| 233:4,5 | 301:2,5,13 | 248:19 | compound | 104:3,14 |
| 341:4,9 | 302:14,16 | 259:10 | 154:23 | 105:18,23 |
| 343:2,16 | 304:21 | 269:3 | 281:3 | 106:1,7,8 |
| commission | 312:10 | 273:3 | 334:12 | 188:9 |
| 360:22 | 326:15,19 | 316:6,24 | 347:6 | 189:13 |
| 363:24 | 330:1 | 359:7 | 356:10 | 225:11 |
| commissi... | communic... | companies | compounds | 228:10 |
| 347:1 | 38:6 72:7 | 269:18 | 281:3 | 235:11 |
| common 38:22 | 82:5,13,17 | 270:23 | comprised | 236:3 |
| 166:18 | 83:2,6 | 344:18 | 247:25 | 274:20 |
| 245:22 | 96:20 | company | conceivable | 303:8 |
| communicate | 99:16 | 151:22 | 184:12 | 310:16 |
| 186:5 | 125:12 | 286:9 | 191:6 | 312:20 |
| 290:11 | 147:2 | 335:3,20 | concentrate | concerning |
| 295:23 | 180:22,23 | compared | 191:1 | 266:16 |
| 296:18 | 213:7 | 263:5 | 243:17 | 295:12 |
| 301:18 | 264:25 | 322:15 | 312:5 | concerns |
| 325:11 | 268:8,11 | comparing | concept | 34:13 79:1 |
| 326:15,24 | 270:22 | 246:6,10 | 25:19 | 89:5 96:17 |
| 347:11 | 274:10 | 247:15 | 43:24 | 98:21 99:2 |

| | | | | |
|---|---|---|---|---|
| 102:14 | 85:5 86:8 | 247:1 | 123:19 | construct |
| 118:18 | 86:13 | confused | 334:4,9 | 121:16 |
| 198:2 | 87:22 | 26:10 | conseque... | 122:1 |
| 274:22 | 90:12 91:2 | 33:10 53:2 | 88:19 | 162:1 |
| conclave | 94:4,6 | 53:22 | conserva... | 180:5 |
| 108:3,16 | 105:21 | 61:25 | 341:16,25 | 181:9 |
| 108:22 | 112:22 | 200:24 | consider | 185:23 |
| 109:11 | 120:12 | 233:11 | 103:3 | consult |
| conclude | 149:14 | 243:2 | 123:20 | 247:22 |
| 288:20 | 199:15 | 299:3 | consider... | 272:4 |
| concluded | 201:8 | 306:21 | 195:11 | 273:18 |
| 219:12 | 204:11 | confusing | 216:21 | 318:12 |
| concludes | 217:24 | 16:10 | 258:5 | consulted |
| 185:22 | 218:3 | 17:15 | consider... | 220:17 |
| conclusion | 229:9 | 245:11 | 333:25 | 273:24 |
| 78:8 81:1 | 230:8 | 246:23 | consider... | consulting |
| 81:4,7,11 | 232:19 | Congratu... | 316:18 | 268:15,16 |
| 82:24 | 234:5,8,9 | 11:2 | 321:11,24 | 307:7 |
| 121:19 | 234:21 | Congress | considered | contact |
| 122:5 | 240:7 | 31:19 | 28:15 30:1 | 95:20 96:5 |
| 162:5,15 | 359:5 | 82:21 | 46:16 | 130:21 |
| 162:16,23 | conferences | congress... | consistent | 140:20 |
| 163:1 | 198:24 | 39:2 | 56:3,15,17 | 162:13 |
| 165:18 | 200:3,5,15 | connect | 56:19 | 165:8 |
| 166:16,21 | confidence | 324:25 | 71:21 | 186:19 |
| 180:9,12 | 73:16,22 | 325:8 | 91:10 | 187:1 |
| 180:19,20 | 74:8,13 | connected | 126:13 | 291:11 |
| 180:24 | 88:8,11 | 75:9 | 160:3 | 301:5 |
| 181:5,6,8 | 123:13 | connecting | 198:18 | 307:8 |
| 195:9 | 124:6 | 202:17 | 199:22,23 | contacted |
| 247:6 | confident | connection | 200:9 | 151:21 |
| 248:2 | 190:7 | 20:3,18,25 | 219:20 | 186:25 |
| conclusions | confiden... | 115:24 | consiste... | 202:17,18 |
| 288:25 | 7:6 8:11 | 117:25 | 246:8 | contacting |
| 320:13 | 8:12,13,14 | 244:8 | 247:18 | 95:25 |
| concrete | 8:15,16 | 269:22 | consisting | contacts |
| 16:18 | 178:14 | 274:15 | 287:5 | 269:17 |
| condition | confiden... | 291:20 | conspiracy | contain |
| 242:1 | 73:24 | 294:23 | 78:12 | 166:2 |
| conditions | configur... | 296:20 | 143:18,19 | containment |
| 15:3,19 | 34:23 | 338:4,6,15 | 143:19 | 117:2 |
| 118:11,20 | 82:25 | 351:17 | 185:22 | content |
| 119:9 | confirmed | connections | 188:16,21 | 21:17 |
| conducted | 311:17 | 227:25 | 188:25 | 100:5 |
| 9:11 30:4 | conflate | 272:11 | 190:22 | 152:9,9 |
| 274:10 | 157:13 | cons 81:10 | 193:23 | 208:16 |
| conducting | conflating | 358:4 | 194:1 | 212:1 |
| 15:4 | 157:4 | consensus | constitutes | 241:15 |
| conference | confounding | 80:18 | 147:11 | 270:12,16 |

| | | | | |
|---|---|---|---|---|
| 283:1 | contribu... | 152:6 | 324:10 | correct |
| 290:5 | 345:14 | 181:1,4 | 330:22 | 14:23 33:7 |
| 292:8 | contribu... | 287:25 | core 131:3 | 41:5,21 |
| 301:7 | 133:25 | 289:13 | Cornell | 48:5 51:17 |
| 306:18 | control 35:7 | 292:3,4,7 | 231:18 | 54:19,21 |
| contest | 164:22 | 327:21 | corner | 54:23 |
| 258:20 | 165:15,21 | 352:9 | 272:20 | 56:21,25 |
| contested | 168:6,17 | convoluted | coronavirus | 58:14,17 |
| 358:6 | 246:7,11 | 334:14 | 18:6,8,12 | 60:23 |
| context | 246:21,22 | cooler 169:6 | 22:14 34:7 | 61:15 |
| 12:22 | 246:24,25 | cooperation | 41:3,4,10 | 68:14 |
| 14:23,25 | 247:2,15 | 102:22 | 41:15 | 77:13 84:6 |
| 15:6 29:25 | 248:9 | Coopman | 42:21 | 84:7,18 |
| 31:18 | controlled | 97:23 | 49:16 | 85:2,3 |
| 47:19 | 167:24 | coordinate | 59:18 | 86:5 88:8 |
| 116:23 | 211:24 | 279:16 | 60:14 | 90:23,24 |
| 126:5 | controlling | coordina... | 70:20 | 92:4,15,17 |
| 128:8 | 168:2 | 279:22 | 72:14 | 93:12 |
| 129:23 | 262:1 | coordina... | 132:10 | 94:11,22 |
| 134:8,16 | controversy | 279:24 | 143:7 | 95:3,4,11 |
| 134:16,20 | 213:21 | copied | 145:19 | 98:11 |
| 135:5,10 | convene | 128:16 | 154:18 | 106:24 |
| 145:9,12 | 106:24 | 153:3 | 182:21 | 109:9 |
| 149:13 | 107:7 | 160:13 | 183:13,18 | 111:21 |
| 150:13 | 109:16 | 190:21 | 190:7 | 112:16,19 |
| 153:11 | convened | 260:21,24 | 196:25 | 112:20 |
| 156:16 | 107:17 | 261:7,19 | 197:6,9 | 113:9 |
| 158:13 | 131:9 | 308:11 | 201:25 | 115:9 |
| 169:4 | convening | copies 17:25 | 204:11 | 118:4 |
| 173:25 | 103:2 | 96:13 | 208:1 | 121:17,18 |
| 174:16 | 111:21 | 110:11 | 209:10 | 123:16,17 |
| 252:22 | 126:8,15 | 114:9 | 211:12 | 123:21 |
| 256:13 | 126:16 | 138:11 | 214:2,9,15 | 124:5 |
| 334:25 | 137:23 | 205:14 | 215:24 | 125:10 |
| 343:7 | conversa... | 361:9 | 218:7 | 126:25 |
| continue | 163:4 | copy 119:22 | 227:11 | 127:2 |
| 27:24 | 168:4 | 159:15 | 229:10 | 128:14,21 |
| 102:23 | 180:14 | 182:5 | 232:18 | 128:23 |
| continued | 213:11 | 185:15 | 271:9 | 129:2,6 |
| 224:2,6 | 255:22 | 201:25 | 278:3 | 130:18,22 |
| continuing | 258:15 | 237:18 | 306:1 | 130:23,25 |
| 224:8 | 263:1,2 | 249:1,10 | 321:1,12 | 131:21 |
| contradict | 289:6,9 | 253:25 | 336:9,18 | 133:2 |
| 322:6 | 291:14,24 | 283:15 | 344:15 | 143:9 |
| contrary | 292:2,8 | 284:16 | coronavi... | 144:3 |
| 343:14 | 302:5 | 330:23 | 67:22 | 146:23 |
| 346:13 | conversa... | 346:17 | coronavi... | 149:3,4 |
| contribute | 140:20 | 361:12 | 31:8 33:16 | 150:11,15 |
| 288:21 | 147:6,7,8 | copying | 37:4 39:24 | 160:15,16 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 161:5,9 | 233:3,6,10 | 327:3 | 94:13 | 13:3 23:3 |
| 162:2,3 | 233:24,25 | 328:16 | 96:12 | 28:25 |
| 163:20,21 | 234:11,16 | 330:12,22 | 119:21 | 29:24 |
| 164:12,25 | 235:8 | 330:25 | 120:25 | 30:12 34:9 |
| 165:1,16 | 237:13 | 331:1,6,20 | 127:17 | 34:11 |
| 165:17,21 | 240:7 | 335:24 | 138:10 | 52:17 |
| 166:11,15 | 242:23 | 341:5,17 | 144:25 | 61:12 71:1 |
| 167:1,20 | 243:24 | 341:18 | 145:23 | 129:3,5,7 |
| 167:21,24 | 245:20,23 | 342:11 | 148:5 | 141:23 |
| 168:24 | 246:1 | 344:15 | 150:24 | 153:12 |
| 171:3,4,5 | 249:25 | 348:11,15 | 178:6 | 205:10 |
| 171:6,10 | 250:8,21 | 348:25 | 209:14 | 212:5 |
| 172:4,5,10 | 252:12 | 350:20 | 294:18 | 219:20 |
| 173:4,9,10 | 254:7,13 | 357:11,18 | 346:17 | 225:16 |
| 177:3 | 254:14,16 | 358:24 | 360:11,14 | 242:21 |
| 179:19 | 254:17,21 | 363:9,13 | **count** 53:25 | 295:11 |
| 180:6 | 254:22 | **corrections** | **counter** 78:1 | 313:18 |
| 183:19,20 | 262:24 | 361:12 | 260:20 | 314:4 |
| 183:25 | 263:25 | **correctly** | 357:7,16 | **course** 93:5 |
| 186:3,4 | 264:4,8,9 | 70:5 | 358:23 | 136:1 |
| 188:17 | 264:11 | 143:14 | 359:9 | 247:17 |
| 190:8,17 | 266:10,22 | **correspo...** | **countera...** | **court** 1:1 |
| 190:22 | 268:3,6,7 | 205:21 | 257:25 | 9:10,24 |
| 192:7 | 271:10,11 | **correspo...** | 258:24 | 12:10 |
| 193:24 | 273:4,12 | 195:24 | 259:2 | 17:23 |
| 194:14,25 | 275:24 | **CORY** 5:2 | **countering** | 26:23 |
| 196:2,3,6 | 276:14 | **cosignature** | 357:8 | 60:18 |
| 196:12,16 | 278:1,5,6 | 257:9 | **counters** | 74:15 |
| 197:1,9,10 | 278:14,15 | **cost** 167:24 | 107:4 | 150:22,24 |
| 197:12 | 279:14 | 168:2,6 | **countries** | 225:19 |
| 198:3,6,19 | 284:4,5 | **coughs** | 140:7 | 227:19 |
| 199:5 | 286:15 | 314:16 | **country** 46:8 | 228:2,7 |
| 200:19,23 | 288:16,22 | **counsel** 1:14 | 117:15 | 230:9 |
| 203:15 | 288:23 | 4:19 6:2 | 170:2 | 234:23 |
| 204:8,9,12 | 295:6 | 9:16 10:3 | 216:13 | 236:21 |
| 204:16,17 | 299:11,19 | 10:6 12:15 | 230:15 | **courteous** |
| 206:22 | 300:16 | 14:8 17:25 | 231:15,18 | 171:17 |
| 209:10 | 303:13,19 | 26:13,24 | 231:20 | 172:21 |
| 211:13 | 303:25 | 42:1 43:11 | 232:11 | **Courtney** |
| 212:22 | 304:14,16 | 47:18 | 248:1 | 38:9 |
| 218:7,10 | 306:4 | 52:24 53:1 | 276:25 | 301:16,17 |
| 218:11,14 | 309:9,10 | 54:2 60:18 | 297:19 | 301:23 |
| 218:15,17 | 309:13,18 | 65:19 | 298:4 | 309:2 |
| 219:14 | 311:19 | 68:15 | 321:22 | 324:10 |
| 222:12,22 | 317:8,15 | 69:10 73:2 | 332:22,23 | 327:2,8,12 |
| 223:21 | 317:19 | 74:15 | **County** | 327:21 |
| 227:12,13 | 320:1,24 | 76:16 | 293:12,18 | **CoV** 23:5,11 |
| 229:11 | 324:5,11 | 90:10 | 363:3 | 39:15 |
| 231:10 | 324:12,16 | 93:22 | **couple** 11:1 | **cover** 182:10 |

DR. ANTHONY FAUCI  11/23/2022

182:11
coverage
185:3
covers 22:25
COVID 40:17
42:16
188:20
213:9
224:7,25
226:2
236:4
275:17
331:5,9
354:2
355:5,5,9
COVID-19
31:25
163:12
170:18
173:14
175:20
184:3
185:22
196:18
210:17,24
211:23
212:1
213:23
219:13
237:20
245:20
284:3,20
306:4
313:19
318:6
331:23
332:3
347:3
353:11,23
358:8
CPAC 341:17
341:22
342:1
Crawford
298:23
299:22
330:12,13
330:22,23
CRC 308:12

create 15:5
24:24
78:21
created
156:13
creating
310:10
creation
59:18
credentials
279:6,7
credibility
137:24
credit
177:18
credits
177:11
criteria
221:3
critic 336:2
critical
27:24
280:24
295:5
348:8
criticism
296:23
297:4
criticize
343:5
criticizing
212:22
244:15
279:18
Cross 299:8
culture
281:25
curb 151:13
curious
102:13
237:19
current
10:11 48:5
49:22
50:11
61:23
291:23
313:11
currently

65:10
347:1
Curry 101:5
101:5
cursorily
240:1
curtail
166:18
curtailing
262:8
curtailment
151:17
cut 211:20
cuts 356:13
cutting 42:2
──────────
         D
──────────
D 2:5,7 9:1
222:4
D.C 3:7 4:3
361:6
damage 258:5
Dan 135:8
danger 117:1
323:7
dangerous
14:6,20,24
15:2,5,23
17:3 24:1
271:25
272:6,13
272:14
273:12
274:2,9
276:18
278:4,14
278:25
306:19
307:9
356:20
357:6,20
Daniel 9:14
dark 59:21
Daszak 20:11
20:13,15
21:8,16,21
35:17 36:2
36:14 37:1
37:6 39:22

40:10 41:2
117:8
129:10,21
130:2
140:20,25
141:17
146:7,13
146:16,22
147:2,10
204:4,24
205:1
206:5
207:16,19
data 37:2,9
37:15 80:4
80:6,10,11
126:16
189:2,7,12
191:16
193:8
215:1,3,17
215:23
217:2,2,9
217:10,25
218:13
219:17
220:25
221:7
223:16
236:25,25
237:4
247:2
259:12
320:1
323:13,17
337:15
343:9
353:8
354:5
databases
158:11
date 58:11
73:12
199:13,13
199:14,15
218:10
231:25
232:23,25
233:2,12

243:7
286:25
344:5
362:3
dated 72:24
148:19
152:22
159:3
167:19
173:11
176:4
186:1
197:1
204:4,4
222:8
242:19
253:19
263:12
271:5
277:25
294:10
298:24
341:1
344:4
dates 22:23
44:17
233:11
317:20
322:9
daughter
100:1,2,22
350:21
351:9
David 204:14
204:18,18
204:20,21
day 44:15
46:21
51:21 59:1
59:4 61:6
63:20 66:3
66:24
67:13,14
67:20
85:10 86:8
105:21
109:3,11
127:5
148:23

**DR. ANTHONY FAUCI  11/23/2022**

153:13
174:3
186:2
192:4
199:3
200:22
204:8,10
206:20
207:1
212:8
233:4,22
238:19
260:18
269:14
275:21
359:4
363:14
**days** 34:9,11
52:17
60:15 85:5
161:15
179:19
207:2,2,3
219:1,10
222:7
242:21
254:6
279:11
343:24
344:4
361:17
**DC** 234:5
267:22
**deactivated**
330:3
**Deactiva...**
328:17
**dead** 169:7
**deadly** 346:3
**deal** 21:19
**dealing**
33:18
88:17
117:11,21
136:21
140:5
169:25
**deals** 175:9
**dealt** 175:9

**dean** 291:3,4
**Dear** 170:25
361:8
**death** 169:4
274:4
278:24
297:8
345:11,15
346:11
**deaths**
276:24
343:10
355:23,24
**debate**
319:11,15
319:18,23
322:17,19
322:21
358:6,9,13
358:13,14
**debating**
77:11
**deboosted**
280:21
281:9
**debunk** 244:6
332:7
333:13
**debunked**
211:6,12
211:22
**debunks**
183:17
264:3
**decade**
265:17
**decades**
291:9
**December** 6:8
13:20 34:8
34:10
**decide** 64:7
109:1,3,5
122:16
**deciding**
122:20
289:1
**decision**
169:13

220:18
224:23
238:1,13
239:10
319:24
**decisions**
333:7
**declaration**
7:24
248:14,16
248:17
249:2,10
249:12,15
249:18,19
250:1
251:4
252:18
254:6,12
254:24
255:4,14
256:10
258:2,11
259:23
260:15
264:7
266:10
267:1,4,5
267:7
268:6,23
269:4
274:1
276:4,17
277:6
278:22
279:19
280:1,13
280:17,21
280:23
281:9
282:11
283:2
285:7,10
290:10,19
291:12
292:11
295:6
296:19,24
297:6,10
297:16,23

**declare**
363:12
**decrease**
116:6
**deep** 256:15
**deeply**
265:23
**Defendant**
1:14 3:20
4:7,16
**defendants**
1:9 9:23
**define** 16:7
**definitely**
142:7
217:22
**definition**
265:25
339:8
**definitive**
16:19
121:24
215:2
218:1
322:12
**definiti...**
219:21
**degree** 74:2
96:3
165:14
**degrees**
175:1
**del** 296:16
**delay** 245:15
**deleterious**
216:25
**deliberate**
189:9
**delibera...**
106:5
194:9
339:15
**delibera...**
27:23 96:6
113:5
**delibera...**
25:25
**demanded**
335:2

**demonstrate**
225:7
**demonstr...**
167:23
**demonstr...**
121:15
**DENNIS** 5:2
**denominator**
236:8
**denounced**
271:23
272:12
**Department**
2:19 3:20
4:1,7,10
9:22
313:10
361:5
**depending**
279:24
**depends**
117:15
159:22
246:24
265:21,25
323:5
**deposition**
1:13 9:5
9:11 11:3
12:19,22
13:2 47:7
356:15
359:23
360:5,7,12
361:9
363:6,8,11
**deputy** 29:2
29:12
30:18,20
30:25
54:25
57:18 65:9
261:1,6
300:2
**DeRisi**
133:10
134:13,23
135:6,13
**DeRisi's**

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 135:14 | **details** 6:10 | 122:14 | 66:15 | **discovery** |
| **describe** | 19:10 | 128:22 | 70:15 | 287:15 |
| 57:1,6 | 90:12 | 155:20,20 | 72:18 75:6 | 357:15 |
| 155:22 | 280:19 | 160:5,5 | 76:3 91:5 | **discredit** |
| 156:15 | **determin...** | 177:21 | 95:6,9,17 | 79:2 |
| 278:10 | 16:6 | 207:11 | 97:5 108:5 | **discuss** |
| **described** | 119:13 | 295:3 | 134:4 | 44:11,19 |
| 33:14 | 121:25 | 304:2 | 162:21 | 88:24 |
| 38:15 57:7 | 231:20,24 | 322:20 | 182:6,19 | 89:14 |
| 82:15 | **determine** | 338:13 | 216:6,14 | 100:5,8 |
| 174:11 | 70:23 | **difficult** | 216:14 | 131:8 |
| 188:19 | 80:12 | 169:16 | 261:1,1,7 | 149:19 |
| 193:22 | 156:5 | **digital** | 271:25 | 162:19 |
| 250:10 | **determines** | 329:20 | 300:3 | 165:2,23 |
| 262:18 | 28:4 | 336:17,19 | 308:1 | 166:1 |
| 342:10 | **detrimental** | **diminished** | 324:19 | 168:2 |
| **describes** | 358:16 | 110:3 | 327:8,12 | 181:11,14 |
| 183:22 | **devastating** | **direct** 34:3 | 329:20 | 181:21 |
| 306:18 | 257:16,19 | 47:24 | 336:17,20 | 195:10 |
| **describing** | 258:10,13 | 125:18 | 353:1 | 216:2 |
| 57:9 | 259:23 | 144:20 | **director's** | 231:1 |
| **description** | **develop** | 145:15 | 142:8,9,14 | 258:8 |
| 246:11 | 256:15 | 147:6 | 142:16 | 274:21 |
| **design** | 316:16 | 153:21 | 182:11,15 | 276:2 |
| 320:17 | **developed** | **directed** | 184:12 | 291:11 |
| **designated** | 17:8 27:19 | 152:4 | 186:2 | 336:23 |
| 185:21 | **developing** | **directing** | 300:10 | 352:6,13 |
| **desired** | 351:22,23 | 48:13 | **directors** | **discussed** |
| 361:13 | 354:11 | **direction** | 30:19 | 67:12,14 |
| **desk** 22:19 | **development** | 1:23 53:19 | **dis** 339:2,4 | 67:19,25 |
| 22:20 29:5 | 189:10 | 354:11 | 339:6 | 78:19 79:7 |
| 129:25 | 319:10 | 360:10 | **disagree** | 79:11 |
| 245:1 | 351:17,20 | **directly** | 214:4 | 113:21 |
| 293:22 | 351:24 | 36:8 38:8 | 297:22 | 121:20 |
| **desperately** | 352:1,3 | 96:20 | 298:5 | 126:17 |
| 321:20 | 354:10 | 126:7 | 355:14,14 | 147:11 |
| **despite** | **dialogue** | 190:12 | 356:9 | 151:25 |
| 224:1 | 321:19 | 202:11 | **disagreed** | 166:22 |
| **destructive** | **die** 169:14 | 239:5 | 224:1 | 181:6,8,16 |
| 188:15,20 | **difference** | 272:14,16 | 356:1 | 181:19,22 |
| 188:25 | 157:8 | 288:21 | **disagreeing** | 184:24 |
| 190:21 | 246:20 | 311:15 | 214:6 | 193:1 |
| 193:23,25 | **different** | **director** | 234:10 | 195:9 |
| **detail** 77:24 | 15:1 58:24 | 10:13,24 | **disagrees** | 196:17 |
| 348:23 | 65:17 | 10:25 29:1 | 258:24 | 216:4,7,18 |
| 349:8,14 | 73:12 | 30:25 35:7 | **disconce...** | 221:15 |
| 349:16,19 | 90:11 | 38:10,17 | 340:3 | 222:20 |
| **detailed** | 115:19 | 38:19 46:9 | **discourage** | 231:3 |
| 284:20 | 117:15,25 | 65:9,10 | 151:7 | 255:23 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 270:21 | 147:14 | 46:8,17 | 344:14 | 9:10 |
| 275:5 | 149:21 | 166:17,19 | 345:4,9,13 | **disturbed** |
| 279:23 | 162:9,22 | 216:13 | 345:23 | 189:11 |
| 292:10 | 162:23 | 227:12 | 346:2,5,11 | **disturbing** |
| 297:6 | 187:5 | 248:1 | 357:3,4,17 | 304:21 |
| 321:12 | 189:9 | 271:24 | 358:24 | 358:17 |
| 327:15 | 216:16,21 | 272:12 | 359:10 | **diversion** |
| 349:15 | 218:19 | 279:2 | **dispute** | 80:7 |
| 355:4 | 219:3 | 291:2 | 66:25 | **diverting** |
| 357:4 | 220:4 | 332:21 | 287:24 | 79:15 |
| **Discusses** | 244:9 | 333:1 | **disputes** | **division**1:3 |
| 163:12 | 293:1 | 353:9,11 | 318:20 | 4:20 9:11 |
| **discussing** | 316:2 | 354:6 | **dissemin...** | 30:19 |
| 77:11 | 321:18,19 | **diseases** | 88:25 | 70:15 |
| 90:25 | 328:2 | 10:14 | 104:23 | 72:18 |
| 110:24 | 336:2 | 46:10,14 | 150:16 | 133:23 |
| 162:15 | 340:2 | 70:16 | 235:16 | 216:14 |
| 184:22,25 | 349:7,11 | 72:19 | **dissemin...** | 353:2 |
| 276:5 | 349:12 | 133:24 | 195:13 | **doctor** |
| 279:17 | 351:21 | 142:13 | 235:9 | 223:19,23 |
| 292:24 | **discussions** | 231:15,17 | 236:3 | 223:24 |
| 343:17 | 29:24 | 231:19 | 340:18 | 224:10,23 |
| 345:16 | 50:23 | 232:10 | **dissociated** | 235:11 |
| 352:2,4,17 | 66:14 | 332:22 | 99:5 | 236:2 |
| **discussion** | 73:20 | 333:24 | 103:13 | **doctors** |
| 35:15 48:5 | 82:17 97:4 | **disfavored** | **distancing** | 223:25 |
| 49:23 | 99:18 | 285:18 | 165:15,20 | 224:5,8 |
| 50:11 52:2 | 104:1 | **disinfo** | 166:20 | 225:18,25 |
| 54:10 | 111:3 | 337:16 | 168:25 | 227:15,16 |
| 61:23 | 137:1 | **disinfor...** | 169:11,16 | 228:1 |
| 63:23,24 | 152:3 | 103:19 | 169:18,20 | 229:8 |
| 64:1,19 | 162:4 | 104:4,10 | 262:6,14 | 232:18 |
| 73:16,23 | 163:1 | 104:16 | 262:22 | 234:6,22 |
| 74:4 77:17 | 167:9,11 | 150:11,14 | **distant** | 236:20 |
| 78:22,25 | 168:1 | 150:19 | 70:23 | 238:22 |
| 80:17 88:1 | 169:9 | 151:3,14 | **distortion** | 242:15 |
| 95:13,25 | 191:17 | 193:17 | 106:15 | 243:3 |
| 97:1 | 215:20,25 | 194:5,10 | 107:5 | **document** |
| 109:14 | 262:10,17 | 194:23 | **distortions** | 12:10,21 |
| 111:1 | 262:21 | 217:7,15 | 105:17,19 | 13:9 14:10 |
| 113:3 | 275:3 | 229:25 | 105:24,25 | 14:18 |
| 118:24 | 337:20 | 235:15 | 106:13,18 | 17:18,24 |
| 126:6,11 | 338:10,14 | 236:4 | 107:5,14 | 18:4,7 |
| 136:25 | 338:18,19 | 337:22 | **distracting** | 25:2,7,14 |
| 137:17,25 | 339:21 | 338:3,11 | 207:12 | 25:17,24 |
| 138:1,14 | 340:5,8,13 | 338:25 | **distraction** | 26:15 31:1 |
| 138:21,21 | 343:1,4,22 | 339:11,14 | 79:18,22 | 43:13 |
| 141:6 | 345:3 | 339:19,24 | **District**1:1 | 48:12,19 |
| 147:11,12 | **disease** 35:7 | 340:3,9,14 | 1:2 9:10 | 48:23 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 52:20,22 | 288:11 | 97:23 | 119:24 | 275:3,13 |
| 54:5,16 | 299:2 | **dosages** | 134:15,17 | 278:2 |
| 64:21,24 | 306:8 | 246:7 | 139:15 | 279:4,8,12 |
| 68:17 | 335:15 | **double** | 140:5 | 284:7 |
| 69:12 | 337:8 | 244:10 | 147:10,15 | 287:9,18 |
| 72:21 73:4 | 341:13 | 246:12 | 148:24 | 290:22 |
| 76:20,22 | 347:13 | **double-b...** | 149:6 | 291:15,18 |
| 94:14 96:8 | 353:19 | 322:2 | 150:8 | 299:1 |
| 96:16 | **documented** | **doubt** 29:3,6 | 159:16 | 306:6 |
| 97:13,20 | 289:13 | 32:16 | 163:5,5,18 | 309:5,15 |
| 105:1 | 332:25 | 55:15,16 | 164:1 | 311:19 |
| 110:10 | **documents** | 110:4 | 165:6 | 313:6 |
| 111:9,15 | 12:16 13:1 | 184:9 | 166:16,24 | 333:17 |
| 112:2,13 | 13:3,4,5 | 198:24 | 168:4 | 350:1 |
| 114:16 | 25:12,13 | 290:15 | 176:14 | 353:18 |
| 115:17 | 25:18 53:1 | 292:23,24 | 179:18 | 354:20 |
| 120:3 | 112:7 | **downs** 81:11 | 180:10 | 355:4 |
| 123:4 | 114:21,23 | **dozen** 63:25 | 182:12 | 356:3 |
| 125:21 | 114:25 | **dozens** 200:5 | 183:4 | 361:10 |
| 126:20 | **doing** 11:24 | 200:5,5 | 185:6,11 | 362:1 |
| 128:10 | 13:21 | **Dr** 1:13 2:24 | 186:11,19 | 363:5,20 |
| 130:14 | 18:11 | 2:25,25 | 187:3,21 | **draft** 114:9 |
| 132:23 | 42:23 | 6:3 9:6 | 188:3 | 120:5,10 |
| 136:12 | 58:10,24 | 10:2,11 | 189:18,20 | 120:14,17 |
| 141:16 | 59:25 | 12:18 13:1 | 190:15 | 123:14 |
| 142:18 | 62:21,24 | 14:9 15:7 | 193:22 | 124:2,7,9 |
| 161:24 | 70:7,18 | 15:7 17:22 | 197:14,18 | 124:12,21 |
| 163:23 | 71:23 | 21:8 25:9 | 198:1 | 127:4,8 |
| 164:2 | 132:1 | 26:14 | 199:3 | 128:16,17 |
| 173:3 | 141:17 | 30:21 | 200:22 | 128:20 |
| 176:3,11 | 142:1 | 37:13 | 201:23 | 129:1 |
| 176:12 | 152:15 | 38:20 | 203:24 | **drafting** |
| 178:11 | 176:19 | 43:12 | 211:15 | 112:22 |
| 182:17 | 200:1,2 | 50:16,23 | 216:5 | 203:14 |
| 183:5 | 256:17 | 51:11 | 227:2 | **drafts** 114:4 |
| 187:24 | 258:5 | 52:25 53:8 | 240:12 | 128:20 |
| 197:15,16 | 260:20 | 54:15 | 251:17,17 | 129:4 |
| 206:13 | 263:5,6 | 68:16,24 | 251:18 | 160:13,17 |
| 210:15,25 | 301:22 | 73:3 83:14 | 252:8 | 196:5 |
| 211:16 | 302:13 | 83:23 89:4 | 253:18 | **dramatic...** |
| 226:21 | 310:12,13 | 90:11 | 254:5 | 317:11 |
| 227:4 | **dollars** | 91:21 93:5 | 256:4,5 | **drew** 165:18 |
| 237:10 | 177:10,18 | 94:14 | 257:15 | **Drive** 1:19 |
| 267:10 | **Don** 136:2,3 | 95:21 | 258:7 | 4:22 9:12 |
| 271:16 | **donate** | 96:17 | 267:20 | **droplets** |
| 272:20 | 177:18 | 101:15 | 270:11,15 | 314:16 |
| 278:7 | **Dorsey's** | 110:11 | 271:13,15 | **drug** 215:4 |
| 284:19 | 240:18 | 112:1 | 272:4,25 | 217:16 |
| 287:18 | **Dorsten** | 115:5,16 | 273:16,25 | 221:4,5,8 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 227:1,22 | 106:9,16 | 206:9,19 | 317:22 | 77:1,6 |
| 353:23 | 108:1 | 207:13,21 | 328:12 | 80:19 |
| 354:1,4,9 | 110:10,15 | 253:18,24 | **e-mailing** | 118:23 |
| **drugs** 215:16 | 111:5,17 | 254:3 | 200:22 | 123:18 |
| 354:1,2,11 | 112:4,15 | 255:5,8 | 324:6,23 | 136:13 |
| **drugstore** | 114:3 | 256:18 | 325:20 | 140:24 |
| 314:13 | 115:7,11 | 257:4,5 | **e-mails** 6:13 | 147:16 |
| 317:24 | 115:12 | 259:17 | 6:14,15,16 | 161:15 |
| **due** 46:7 | 118:3 | 260:22 | 6:17,19,20 | 163:20 |
| **duly** 1:16 | 120:3 | 261:6,20 | 6:21,22,23 | 170:19 |
| 10:4 360:7 | 123:6 | 263:11,24 | 7:4,5,6,10 | 174:11 |
| **Duvall** 303:5 | 124:16 | 266:8,13 | 7:12,13,25 | 179:19 |
| ————— | 125:8,22 | 269:1,7 | 8:1,2,4,10 | 193:15 |
| **E** | 126:22 | 276:7 | 8:11,12,13 | 203:10 |
| **E** 6:1,6 9:1 | 127:8,9 | 277:13 | 8:14,15,16 | 217:8 |
| 9:1 | 128:13 | 294:9,20 | 8:21 21:14 | 234:3 |
| **e-mail** 21:16 | 130:17,18 | 294:21 | 63:12 78:5 | 250:10 |
| 37:25 39:8 | 130:20,21 | 295:19 | 81:19 84:3 | 252:16 |
| 40:6 42:7 | 131:2 | 298:22,23 | 117:4,25 | 286:8 |
| 42:12 48:2 | 132:4,8,12 | 299:7 | 122:7,11 | 339:10 |
| 50:15,16 | 132:17 | 305:3,3,9 | 122:12,15 | 351:18 |
| 50:20 | 133:18,20 | 305:10,11 | 122:15,16 | **early** 22:16 |
| 54:20,24 | 135:20 | 305:23 | 130:24 | 169:5 |
| 55:5,7,10 | 136:12 | 307:18,20 | 132:4 | 246:8 |
| 55:13,18 | 139:22 | 308:11 | 137:22 | 247:16,17 |
| 55:24 | 142:4 | 309:12 | 153:13 | 265:19 |
| 56:13 | 152:21,25 | 311:12 | 160:22 | 293:18 |
| 57:18 59:6 | 153:4,7,9 | 313:12,22 | 188:5 | 313:14 |
| 59:7 60:13 | 153:18,20 | 315:7 | 189:19 | 315:19 |
| 61:7,12,24 | 161:15 | 323:25 | 196:6 | 322:8 |
| 62:3 63:1 | 167:19,22 | 324:7,13 | 206:24 | 325:22 |
| 65:2 68:6 | 170:13,22 | 324:14,15 | 207:1,10 | **easily** 232:1 |
| 68:9,13 | 173:3,8,21 | 327:4 | 207:11 | **Eastern** 9:4 |
| 69:2,5,9 | 176:3,15 | 328:5 | 208:24 | **easy** 206:7 |
| 72:3,13,24 | 187:17 | 329:11,22 | 242:5 | **Ebola** 140:8 |
| 75:9 84:5 | 188:2,6,6 | 330:10,18 | 263:19 | **EcoHealth** |
| 84:13,16 | 188:23 | 331:2 | 275:21 | 6:9 18:11 |
| 85:12,23 | 189:3,11 | 347:23 | 279:19 | 19:10,24 |
| 86:1,14,19 | 189:16,19 | 348:1 | 287:5 | 20:4,6 |
| 89:20 90:8 | 190:24 | 349:5,21 | 288:4,5 | 21:22 30:4 |
| 90:20 91:6 | 191:24 | 353:5 | 289:24 | 36:4,9 |
| 92:1,2 | 192:1,5 | **e-mailed** | 290:15 | 58:9,22 |
| 93:14,15 | 195:2 | 69:23 | 330:14 | **Eddie** 44:24 |
| 94:3,8,10 | 201:21 | 92:12 | **earlier** 26:2 | 45:2,3,9 |
| 94:21 98:4 | 202:2,11 | 114:4 | 41:8 43:17 | 50:24 51:3 |
| 101:12 | 202:18 | 199:3 | 50:23 | 51:4 73:9 |
| 102:11 | 204:3,7,10 | 295:20 | 51:20 | 73:10,10 |
| 103:1 | 205:23 | 300:13 | 56:10,24 | 112:15 |
| 105:5,23 | 206:4,5,7 | 309:4 | 60:1,12,15 | 114:2,5 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 120:11 | 217:19 | 155:5 | 101:8 | environment |
| 123:14 | 218:14 | **elements** | 287:1 | 316:10 |
| 124:17 | 219:18 | 17:1 | 346:12 | **Environm...** |
| 128:16 | 221:2 | **embarrassed** | **ended** 78:4 | 307:5 |
| 160:18,21 | 225:10 | 108:12 | **endorse** | **EPA** 306:24 |
| 161:1 | 227:10 | **emerged** | 354:8 | 307:7 |
| 203:12 | 231:1,3,23 | 154:20 | **endorsement** | **EPA.gov** |
| **edited** | 243:21,23 | **emergence** | 353:7 | 307:3 |
| 112:19 | 244:2 | 18:6,9,12 | **enemy** 345:23 | **epicenter** |
| 123:15 | 245:9 | 22:14 31:9 | 346:6 | 337:16,21 |
| **editor** 308:5 | 247:7 | 41:4,10,15 | **engaged** | **epidemic** |
| 308:20 | 262:13,22 | 153:24 | 64:18 | 169:5 |
| **editorial** | 318:2,12 | **emergency** | 340:1 | **epidemio...** |
| 13:19 | 318:20 | 220:11 | **engineer** | 279:1,4 |
| **effect** 29:16 | 322:2,7,18 | 221:3 | 100:1,13 | **epidemio...** |
| 215:7 | 332:7 | **emeritus** | **engineered** | 255:11,21 |
| 219:13 | 333:17 | 291:5,5 | 34:16 | 256:9 |
| 223:15 | 355:10 | **Emily** 70:14 | 51:15 | 277:9 |
| 322:16 | 356:8 | 70:14,19 | 89:12 | **epidemio...** |
| 353:21,22 | 358:7 | 72:9,13,15 | 182:21 | 273:11 |
| 354:4,15 | **effort** 12:3 | 72:17,18 | 183:13 | 278:13 |
| 354:16 | 12:5 | 149:3,3,6 | **engineering** | 279:3 |
| **effective** | 171:19 | 205:15,17 | 17:7 | **equipment** |
| 166:18 | 194:24 | 205:22 | **England** 47:2 | 321:22 |
| 170:3 | **egregious** | **Emmanuel** | **enormous** | **equivalent** |
| 214:2,9,11 | 151:5 | 352:23,24 | 170:5 | 345:14 |
| 215:5,24 | **eight** 27:16 | **emphasis** | **ensure** | **Erbelding** |
| 217:13 | 29:10,23 | 199:24 | 296:22 | 70:14 72:9 |
| 218:6 | 53:25 86:1 | 200:9 | 320:20 | 149:3 |
| 221:5 | 91:18 | **emphasize** | **entered** | 205:15,22 |
| 224:3 | 235:6 | 155:23 | 234:2 | **ERIC** 2:6 |
| 227:11 | 309:11 | **employed** | **entire** 170:7 | **Erik** 42:16 |
| 261:25 | **eighth** 52:21 | 40:15 | 232:11 | 205:14,17 |
| 262:7 | 53:5,12,14 | 360:11,14 | 260:5 | 205:22 |
| 314:13 | 54:1,15 | **employee** | 302:14,16 | **errata** |
| 315:15 | **either** 24:15 | 337:9 | **entirely** | 361:11,13 |
| 317:24 | 27:14 34:8 | 360:14 | 140:10 | 361:16 |
| 322:10 | 34:10 | **employees** | 153:16 | 362:1 |
| 331:5,9 | 75:15 | 300:4 | 262:25 | **escaped** |
| 355:8 | 80:14 97:2 | **enclosed** | 276:14 | 79:21 |
| **effectiv...** | 233:19 | 361:9,10 | **entitled** | 143:7 |
| 213:22 | 284:19 | **Enclosures** | 31:7 | 155:16,17 |
| 331:17 | 291:4 | 361:25 | 163:12 | 156:11 |
| **effects** | 295:19 | **encourage** | 185:21 | 208:17 |
| 216:25 | 316:15 | 152:5 | 190:6 | **espoused** |
| **efficacy** | 321:15 | **encourages** | 210:15 | 266:25 |
| 215:3,15 | **election** | 345:9 | 218:5 | **ESQ** 2:5,6,7 |
| 215:21 | 10:20 | **encouraging** | 242:15 | 2:16,17,18 |
| 216:7,18 | **element** | 99:19 | 280:12 | 3:2,3,13 |

3:22,23,24
3:25 4:9
4:18 361:4
**essential**
54:18
58:13
106:19
107:11
**essentially**
37:16
157:10
168:14
170:6
193:8
248:23
266:23
276:22
**establish**
153:12
**established**
59:23
217:1
230:14
349:23
**estimate**
32:2
**et** 1:5,8 9:7
9:7 39:23
55:19,25
61:2
162:13
361:7,7
362:2,2
**ethics** 353:2
**etiology**
156:1
**EUA** 220:6,11
220:12,19
220:23
221:9
**Eugene** 135:8
**evaluated**
156:22
**evaluation**
166:25
247:4
**evaluations**
245:14
**evening** 60:1

**everybody**
28:9 67:17
238:9
278:10
349:22
**everythi...**
12:6 70:13
**evidence**
18:21
19:19 22:8
30:6 36:19
49:25 57:4
80:3,6
88:20,22
95:23
106:6
109:19,19
110:19
111:7
126:16
146:8,13
154:1,11
154:17,21
155:1,24
161:16,25
179:3
183:17
189:24
191:14,14
193:12
194:20
196:14
214:8,13
214:20
224:1
231:22
232:7
243:23
245:15
248:2
286:17
302:20
316:8
317:5
318:17
319:2
325:5
339:16
**evidence...**

81:3,7
**evident**
218:14
219:18
**evolution**
78:2 81:15
82:2
132:10
144:12
**evolutio...**
44:11 45:4
45:12
50:25 52:6
52:15
58:20
63:25 64:8
77:23 80:2
89:13,15
103:3
114:10,15
120:19
121:23
122:4
124:13
156:23
157:8
160:9,12
198:14
**evolved**
105:13
139:11
144:17
198:16
**exact** 145:8
160:23
165:25
231:25
**exactly** 11:8
20:17
23:21 50:4
57:10
67:23 70:4
116:13
129:8
136:19
139:11
179:20
190:24
220:8,16

229:19
230:3
308:3
**examination**
1:14 6:2
10:6 78:8
80:14
231:21
**examine**
107:9
323:15
**examined**
10:5 81:10
**examining**
260:19
**example**
14:25
36:15 87:7
157:24
168:11
206:3
208:16
280:25
318:24
338:20
355:6
356:2,7,20
357:4
**examples**
134:2
144:14
**Excellent**
90:7,19
264:10
**exception**
27:6,9,10
27:20,25
28:2,15,16
28:22 29:5
29:8
**exceptions**
28:24
29:25
30:10,11
30:12
**excerpt**
196:24
**exchange**
68:6 126:5

263:11
**excited**
192:22
**exciting**
192:23
**exclamation**
300:15,15
300:16
**excuse** 53:17
**executed**
251:7
363:14
**exhibit** 6:7
6:8,9,11
6:12,13,14
6:15,16,17
6:18,19,20
6:21,22,23
6:24,25
7:1,2,3,4
7:5,6,7,8
7:9,10,11
7:12,13,14
7:15,16,17
7:18,19,20
7:21,22,23
7:24,25
8:1,2,3,4
8:5,6,7,8
8:9,10,11
8:12,13,14
8:15,16,17
8:18,19,20
8:21 12:11
12:13
13:10
17:19,20
18:4 25:3
25:4 31:2
31:3 35:19
37:19,21
41:8,14
43:7,8,9
47:25
49:15
52:21 53:3
53:6,9
56:4,13,20
56:22

DR. ANTHONY FAUCI 11/23/2022

60:13
83:12,24
83:25 96:9
96:10 97:7
101:9,10
111:10,11
114:17,18
115:2,4
119:4,18
119:24
122:24,25
128:25
130:6,7
138:7,8
141:12,15
142:19,20
148:4,9,11
148:12,18
152:17,18
158:19,20
158:23
163:7,8
167:14,15
170:9,10
172:24
173:2
178:5,7,7
178:17,18
179:25
181:23
182:2
185:2,6,7
185:11,17
187:9,10
187:12
196:20,21
197:4
199:4,14
200:23
201:13,16
201:17
203:24,25
204:12
209:3,4
210:9,12
212:15,16
212:23
213:17,18
218:4

221:11,24
226:9,10
228:15,16
232:12,13
233:21
239:9
242:10,11
245:4,5
248:25
249:4,6,9
253:6,14
253:15
263:7,8,24
266:4,5
270:5,7,11
271:2,3
275:8,9
277:17,19
280:8,11
283:11,12
284:6,7,14
284:19
286:3,4
293:25
294:3,6
298:17,18
304:10,23
304:24
307:12,15
323:19,20
327:24,25
328:5
330:5,6
334:17,20
335:15
340:22,25
341:24
343:24,25
346:14,15
347:15
352:19,20
**exhibits**
8:22 57:24
114:22
115:2
233:14
**existence**
22:22
**expanding**

211:4,9
**expectat...**
50:25 52:5
**experience**
69:24
136:21
140:5
145:10
165:2
279:3
323:8
**experienced**
140:9
**experiment**
28:12
117:18,23
119:1,3
**experime...**
23:13
121:17
122:1
**experiments**
15:4 16:7
17:16
28:25
31:19
68:19
119:5
157:19,23
**expert**
124:14
132:9
291:2
356:11,14
357:22
**expertise**
117:20
124:24
127:13
151:18
357:1
**experts**
39:23
271:24
272:12
273:3
332:21
333:24
334:9

357:24
**expires**
360:22
363:24
**explain** 96:6
**explained**
156:18
**explanation**
52:19
**explicitly**
16:25
214:13
218:20
**explosion**
170:5
**expose**
322:20
**exposed**
42:14 43:1
**express**
78:11
356:14
**expressed**
78:10
**expressing**
106:2
**expressions**
79:1
102:14
**extensive**
140:5
**extent** 12:18
25:8,14
71:3
114:24
152:6
205:5
326:22
**extra** 51:24
70:22
117:22
284:16
**extraord...**
169:3
**extrapol...**
191:8
**extreme**
165:14,19
168:7,8,10

168:13,15
168:16
169:8,15
261:25
262:13,14
**extremely**
134:11
**eyebrows**
230:23
**Ezekiel**
352:23,24

**F**

**F** 305:16
**Facebook**
99:7 152:4
174:2
175:17
177:14,17
210:6
211:18,24
212:11,13
212:14,21
234:2,4
235:7
237:18
238:1,12
240:4,21
241:8
242:23
286:11
287:1
290:2
307:21
309:4,6,9
309:22
311:16
328:12,21
330:22
331:3
332:8
344:13
**Facebook's**
239:10
**Facebook...**
177:3
**Facebook...**
232:17
**faced** 335:21

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| FaceTime | 259:9 | 252:2,4 | 90:7 92:2 | 138:8 |
| 99:18 | 266:3 | 279:9 | 93:9,16,25 | 141:12 |
| facilities | 300:8 | 282:5 | 97:22 | 142:20 |
| 165:9 | 315:13 | 293:11 | 101:12 | 148:12 |
| fact 15:10 | 336:10 | familiarity | 109:23 | 150:8 |
| 18:10 30:9 | 355:13 | 175:2 | 111:18 | 152:18 |
| 52:18 | fairly 33:24 | familiarize | 112:16 | 158:20 |
| 59:20 64:5 | 44:17,21 | 14:9 26:14 | 115:9 | 163:8 |
| 81:5,14 | faith 77:16 | 43:12 | 123:7 | 164:1 |
| 95:15 | 106:11 | 48:11 53:8 | 160:18 | 167:15 |
| 155:16 | fake 173:7 | 68:16 | 161:1,9 | 170:10 |
| 156:11,12 | 300:22 | 69:11 73:4 | 162:25 | 172:24 |
| 161:3 | 301:19 | 94:14,17 | 163:5 | 176:14 |
| 176:24 | 309:5,22 | 97:13 | 170:14 | 178:18 |
| 181:19 | 309:25,25 | 112:1 | 171:5 | 182:2 |
| 193:3 | 310:4,10 | 115:16 | Farrar's | 183:4 |
| 203:2 | 311:17 | 164:2 | 76:1 98:4 | 185:6,11 |
| 212:10 | 328:17,24 | 176:14 | fast 128:24 | 185:17 |
| 214:11 | 329:13 | 183:4 | 267:15,18 | 187:10,21 |
| 216:12 | 330:2 | 187:23 | Fauci 1:13 | 196:21 |
| 219:16 | Fake/Imp... | 197:14 | 6:3,7 9:6 | 197:14,18 |
| 224:1 | 300:14 | 211:15 | 10:2,10,11 | 198:1 |
| 248:3 | fall 309:1 | 227:3 | 12:13,18 | 201:17,23 |
| 256:7 | falls 338:25 | 271:15 | 13:1 14:9 | 203:24,25 |
| 262:7 | false 103:22 | 299:2 | 17:20,22 | 209:4 |
| 274:1 | 211:5 | 306:7 | 25:4,9 | 210:12 |
| 277:12 | 237:7,19 | 341:7 | 26:14 31:3 | 211:15 |
| 281:8 | 288:21 | 353:18 | 37:21 | 212:16 |
| 309:21 | 294:25 | familiar... | 38:20 43:9 | 213:18 |
| 315:12 | 300:23,25 | 119:10 | 43:12 | 218:5 |
| 321:3 | 301:3,6 | family 359:7 | 52:25 53:8 | 221:11 |
| 329:8 | 302:17 | famous | 54:15 | 226:10 |
| 357:3 | 312:3,11 | 175:22 | 68:16,24 | 227:2 |
| factors | 339:5 | fan 309:16 | 73:3 83:14 | 228:16,25 |
| 154:17 | 357:8 | far 112:18 | 83:23,25 | 232:13 |
| 248:11 | falsely | 129:6 | 90:11 | 240:12 |
| facts 107:4 | 310:10,16 | 156:25 | 91:21 | 242:11 |
| 107:4 | falseness | 179:6 | 94:14 | 245:5 |
| factual | 237:4 | 283:21 | 96:10 | 249:6 |
| 156:8 | familiar | Farrar 34:19 | 97:22 | 253:15,18 |
| faculty | 18:6,10 | 43:21 | 101:15 | 263:8 |
| 265:11 | 27:2,5 | 44:23 60:2 | 111:11 | 266:5 |
| failings | 31:11,13 | 61:19,20 | 112:1 | 270:7 |
| 244:4 | 39:4 48:18 | 66:24 | 114:18 | 271:15 |
| fair 189:22 | 63:18 | 72:24 | 115:5,16 | 275:9 |
| 190:4 | 92:10 | 73:21 79:8 | 119:24 | 277:19 |
| 207:17 | 98:16 99:8 | 79:12 83:3 | 122:25 | 278:2 |
| 236:14 | 248:13 | 84:16 85:9 | 130:7 | 280:8 |
| 251:23 | 250:2 | 89:21,25 | 134:15,17 | 283:12 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 284:7 | 120:7 | **feeling** | 245:2 | 74:4 89:12 |
| 286:4 | **February** | 79:23 | 263:3 | 89:14 |
| 287:9,18 | 22:17 | 109:24 | 264:16,18 | 110:9 |
| 294:6 | 43:15 | **feels** 47:20 | 307:8 | 112:12 |
| 298:18 | 44:16 55:3 | 191:9 | 318:8 | 123:3,14 |
| 299:1,19 | 61:14 66:6 | **felt** 17:15 | 325:22 | 124:2 |
| 303:6 | 66:17 69:3 | 28:8 46:15 | 332:25 | 125:5 |
| 304:20,24 | 72:25 73:8 | 46:16 75:4 | 358:17 | 131:23 |
| 306:6 | 77:5 82:14 | 81:25 | 361:9 | 132:3 |
| 307:15 | 86:2,13 | 107:22 | **findings** | 153:5,25 |
| 309:5,15 | 89:25 | 126:8 | 183:22 | 154:20 |
| 311:19 | 91:22 | 164:24 | 222:16 | 163:17 |
| 313:6 | 93:16 97:2 | 169:8 | **fine** 47:15 | 167:22 |
| 323:20 | 105:5 | 189:1,2 | 228:21 | 173:2,23 |
| 327:25 | 113:22 | 232:4,6 | 309:16 | 175:10 |
| 328:16,18 | 115:8 | 258:7 | **fingertips** | 180:2 |
| 330:2,6 | 120:3,12 | 273:25 | 59:24 | 183:2 |
| 333:17 | 123:7,25 | 274:1 | 318:10 | 188:13 |
| 334:20 | 126:23 | 297:5,6 | **finish** 42:12 | 190:10 |
| 340:22 | 128:13,18 | 322:12 | 46:22 | 202:11 |
| 341:15,24 | 129:2,20 | **female** 228:4 | 49:11 | 203:2 |
| 342:20 | 139:13 | **Ferguson** | 76:19 | 211:3,22 |
| 343:25 | 140:14 | 92:4,6 | 102:10 | 220:5 |
| 346:15 | 141:18 | 93:12 | 135:3 | 229:5 |
| 348:10,13 | 144:7 | **field** 63:15 | 174:24 | 239:9 |
| 350:1 | 147:3 | 64:8 155:2 | 247:13 | 243:4 |
| 352:20 | 148:19 | **fifth** 163:22 | 260:14 | 245:8,12 |
| 353:18 | 149:7,22 | 226:21 | 290:4 | 245:18 |
| 354:20 | 152:22 | **fighting** | 310:23 | 250:4,6 |
| 355:4 | 159:4 | 283:25 | 312:14 | 252:17 |
| 356:3 | 160:14 | **figure** | 339:13 | 255:4,17 |
| 361:10 | 161:8 | 106:12 | 340:11 | 256:11 |
| 362:1 | 167:19 | 135:24 | 350:11 | 265:17 |
| 363:5,20 | 169:19 | 162:12 | **finishing** | 271:13,20 |
| **Fauci's** | 173:11,18 | **filing** | 148:6 | 278:8 |
| 219:1,10 | 261:11 | 361:18 | **Firm** 3:14 | 280:16 |
| **FCN@list** | 313:12,21 | **final** 14:1,3 | **first** 11:13 | 303:9 |
| 305:22 | 315:18 | 359:5 | 14:2,2,2,3 | 325:19 |
| **FCN@list...** | 317:22 | **Finally** | 15:25 20:8 | 329:11 |
| 305:19 | 320:19 | 177:9 | 22:24 23:1 | 330:17 |
| **FDA** 220:5,18 | 322:3 | **financially** | 31:15,22 | 331:7 |
| 220:19 | **federal** 4:11 | 360:15 | 33:19,20 | 344:11,16 |
| 347:1 | 238:12,14 | **find** 26:17 | 34:5,8,10 | 347:16 |
| **featured** | 238:16 | 50:24 58:3 | 39:18 | 356:24 |
| 229:8 | 239:4 | 62:20 | 43:18,23 | 359:14 |
| **features** | **feel** 70:7 | 121:22 | 45:15,23 | **first-name** |
| 51:11,14 | 71:22 | 206:19 | 47:24 | 173:17 |
| 51:23,24 | 91:12 | 230:17,18 | 53:24 58:8 | 286:14,19 |
| **Feb** 73:8 | 346:1 | 232:2 | 58:21 71:2 | 349:25 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 350:5,16 | floated | following | 180:8 | 301:3,23 |
| 350:18,22 | 92:23 | 10:22 | formulation | 302:11 |
| 351:4 | flood 357:11 | 22:16 | 180:16 | foundation |
| Fishers | 357:17 | 44:15 | forth 27:21 | 143:11 |
| 308:7 | 358:24 | 46:21 | 64:2 77:7 | 144:1 |
| five 41:3 | Flu 13:15 | 113:5 | 77:17 78:3 | 146:11,18 |
| 51:24 54:1 | fluent 133:9 | 124:1 | 119:3 | 152:24 |
| 64:22 | 357:25 | 181:7 | 123:21 | 158:5 |
| 85:25 | focus 42:13 | 183:21 | 129:4 | 161:18 |
| 89:20 | 134:7 | 240:4 | 173:15 | 164:14 |
| 91:18 | 245:18 | 292:17 | 214:17 | 184:5 |
| 92:14 93:8 | 250:8 | follows 10:5 | 290:2 | 186:23 |
| 104:25 | 268:2,5 | 240:5 | 356:5 | 199:10 |
| 161:4 | focused | 316:1 | Forty-one | 200:13 |
| 222:7 | 266:16 | footnote | 249:5 | 208:5,19 |
| 253:4 | 292:13,21 | 26:16 | forum 138:1 | 210:19 |
| 267:14 | focusing | 27:21 | forward 12:1 | 221:18 |
| 343:24 | 246:10 | force 196:25 | 44:12 59:7 | 223:4 |
| 344:4 | FOIA 84:4 | 197:6,9 | 61:8 62:5 | 225:23 |
| five-year | 121:5 | 201:4 | 65:12 66:7 | 229:15 |
| 36:11,13 | 122:7,10 | 204:11 | 90:16,16 | 233:8 |
| flag 309:5 | 122:13 | 208:1 | 93:20 | 234:13,18 |
| flagged | FOIA'd 288:4 | 321:2,12 | 97:10 | 235:18 |
| 299:14 | Folkers 38:1 | forced 353:8 | 101:11 | 237:23 |
| 311:16 | 38:1,2 | 354:19 | 104:25 | 240:24 |
| flagging | 39:20 40:7 | Ford 244:17 | 105:3 | 242:25 |
| 309:21,23 | 40:16 42:8 | foregoing | 109:9 | 243:12 |
| 311:12 | 294:9 | 360:5,7 | 131:19,24 | 244:21 |
| 329:10,13 | folks 39:22 | 363:6,13 | 131:25 | 246:3 |
| Flaherty | 182:20 | forget | 156:3,6 | 249:21 |
| 336:13,16 | 183:11 | 150:10 | 237:9,12 | 250:23 |
| 336:22 | 299:14 | forgetting | 239:8 | 253:21 |
| flawed 323:9 | 313:23 | 108:8 | 267:15,18 | 266:12 |
| flea 145:20 | follow | forgot | 289:20 | 272:9 |
| flip 19:9 | 230:10 | 108:12 | 295:13 | 273:6,14 |
| 25:23 | 235:22 | 184:15 | 318:18 | 273:22 |
| 52:21 | 241:25,25 | 225:25 | forwarded | 280:15 |
| 64:21 | 280:5 | 336:11 | 62:10,12 | 281:3,12 |
| 84:15 | 297:9 | forgotten | 124:15 | 282:13 |
| 85:24 | follow-up | 226:7 | 266:14 | 283:4 |
| 89:18 | 72:6 | form 193:16 | 269:10,13 | 306:6 |
| 91:17 93:7 | 109:14,22 | 194:4 | 318:25 | 314:1,22 |
| 101:11 | followed | 363:7 | 348:7,14 | 319:5,13 |
| 251:2 | 18:16 | former 134:4 | forwarding | 325:5 |
| 272:19 | 53:20 | 134:4 | 61:17 | 332:10 |
| 309:14 | 81:24 | 313:9 | 348:21 | 337:1,25 |
| Flipping | 214:10 | formerly | found 244:18 | 345:20 |
| 249:17 | 239:11 | 265:13 | 294:14 | 348:17 |
| 252:6 | 240:16,21 | formulating | 300:24 | four 53:25 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 84:15 | 89:21 90:8 | 272:17 | 272:14 | 17:14 25:1 |
| 85:25 | 90:20 91:1 | 281:1 | 273:10 | 55:21 |
| 86:19 88:6 | 91:7,10,11 | 295:13 | 276:17 | 57:15 |
| 89:20 | 92:3 93:11 | **Francisco** | **front** 13:9 | 116:5,7,7 |
| 91:17 93:7 | 94:2,11,21 | 133:15 | 13:17,22 | 119:14,14 |
| 129:6 | 95:20 | 174:9,15 | 29:7 46:19 | **functions** |
| 160:13 | 108:2 | 174:17 | 47:25 84:4 | 119:9 |
| 196:5 | 109:15,23 | 175:8 | 97:8 101:9 | **fund** 39:22 |
| 254:6 | 110:11 | 231:18 | 104:24 | 40:4 57:22 |
| 272:21 | 111:18,23 | **frankly** | 112:7 | 67:18 |
| 335:19 | 114:6 | 107:19 | 119:20 | 71:23 |
| **fourth** 23:8 | 115:8 | 226:7 | 141:21 | 149:16,16 |
| 23:9 84:16 | 116:14,18 | 278:12 | 178:23 | **fundamental** |
| 226:20 | 116:24 | 348:9 | 185:6 | 113:8 |
| 237:17 | 118:4 | **Frederick** | 188:7 | **fundamen...** |
| 271:12,19 | 120:4 | 155:10,11 | 210:21 | 110:6 |
| 284:24 | 121:20 | **free** 177:11 | 218:4 | 114:10 |
| **foyered** | 123:8 | 177:18 | 221:23 | **funded** 20:5 |
| 21:14 | 125:9 | **freedom** | 222:24 | 22:23 |
| **frame** 31:22 | 126:23 | 151:16 | 225:7,19 | 31:20 |
| 102:16 | 128:13,15 | **freely** | 228:2,6 | 32:21 36:8 |
| 121:21 | 130:17 | 248:21 | 242:18 | 41:2 59:17 |
| 129:9 | 131:8 | 274:6 | 248:25 | 67:15,17 |
| 131:4 | 132:5,12 | 276:22 | 249:9,11 | 67:21 |
| 136:14,17 | 136:12 | 277:1 | 253:23 | 156:13 |
| 136:20,22 | 162:18,20 | 358:9 | 263:16 | 157:5,14 |
| 136:24 | 170:14,25 | **freeze** | 271:3 | 157:20 |
| 137:2 | 171:9,9 | 303:24 | 335:1 | **funding** |
| 138:13 | 182:6,12 | 304:2,7 | 345:2 | 19:17,25 |
| 169:19 | 184:1,17 | **freezer** | **Frontline** | 20:5 21:23 |
| 180:24 | 187:16 | 169:6 | 227:16 | 22:6,13 |
| 220:4 | 188:7,9,25 | **frequently** | 234:6 | 26:1 28:4 |
| 262:11 | 189:1,6,11 | 347:2 | 238:22 | 28:17 36:9 |
| 279:25 | 191:15 | **Friday** 48:1 | 242:15 | 37:16 45:6 |
| 281:10 | 253:24 | 51:21 66:6 | 243:3 | 58:4,22 |
| 315:13 | 256:7 | 201:23 | **frustration** | 59:14 |
| 345:18 | 257:6 | 344:13 | 344:12 | 63:17 |
| **framework** | 258:19,22 | **friend** | **full** 159:6 | 70:11,18 |
| 70:20 | 259:1,8 | 265:20,22 | 183:2 | 71:4,19 |
| 72:15 | 261:5,19 | 266:1 | 239:9 | 76:7 79:3 |
| **framing** | 262:11,19 | **friendship** | 272:24 | 156:20 |
| 131:8 | 263:17,22 | 205:8 | 278:8 | **further** 52:8 |
| 137:3 | 264:2,10 | **frightening** | 325:2 | 74:18 78:8 |
| **Francis** | 266:9,14 | 342:21 | **fully** 42:2 | 80:14 |
| 13:14 | 268:20 | 343:8 | 160:8 | 81:16 |
| 66:15 67:6 | 269:11,16 | **fringe** | 298:15 | 105:17,19 |
| 67:9,12,14 | 269:22 | 255:11,21 | **function** | 105:23 |
| 67:20 68:1 | 271:25 | 271:24 | 6:11 16:3 | 106:18 |
| 75:5 82:23 | 272:13,16 | 272:5,13 | 16:9,12 | 107:20 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 110:5 | 117:18,21 | 157:25 | 36:25 | 126:12 |
| 111:6 | 174:9,15 | 158:9 | 37:19 | 206:8,19 |
| 112:19 | 174:18 | 189:4 | 41:21 | 244:1 |
| 116:14 | 175:8 | 191:4 | 46:12 58:7 | 245:11 |
| 195:1 | 216:1 | **German** 97:16 | 67:9 68:16 | **go** 11:11 |
| 299:25 | 228:9 | 108:8 | 69:11 73:3 | 12:1 15:10 |
| 303:22 | 229:17 | **Gertz** 202:19 | 96:8 | 17:12 |
| 359:18 | 230:13 | **Gertz's** | 115:15 | 18:25 |
| 360:13 | 315:21 | 202:2 | 122:12 | 20:19,23 |
| **future** | 316:19 | **getting** 12:6 | 134:2 | 21:6 22:24 |
| 102:25 | **general's** | 26:10 | 144:14 | 45:17 |
| | 9:19 269:3 | 42:15 | 146:21 | 47:14 48:9 |
| **G** | **General's** | 60:25 | 152:17 | 49:12 |
| **G** 9:1 | 2:8 | 61:25 | 158:19 | 53:24 54:7 |
| **gain** 6:11 | **generally** | 62:20 91:1 | 167:14 | 63:15 |
| 16:3,9,11 | 16:1 33:13 | 104:13 | 191:14 | 80:24 |
| 17:14 | 46:16 | 107:3 | 232:12 | 85:25 |
| 29:15 | 117:12,14 | 110:1 | 271:17 | 89:19 |
| 55:21 | 207:24 | 111:20 | 284:12 | 94:20 |
| 57:15 | 211:23 | 114:12 | 323:18 | 101:9 |
| 116:5,7 | 241:14 | 124:9,10 | 338:20 | 106:17 |
| **gain-of-...** | 263:19 | 126:15 | **given** 11:3 | 108:21 |
| 16:1 25:20 | 290:16 | 129:23 | 14:4 28:24 | 117:19 |
| 25:25 26:4 | 309:1 | 149:13 | 37:8 43:7 | 122:16,16 |
| 27:4 57:2 | 338:11 | 151:8 | 43:12 91:5 | 132:2 |
| 61:3 69:25 | 347:19 | 152:4 | 114:9 | 134:6 |
| 71:7,19 | **generated** | 157:20 | 126:8 | 135:4 |
| 118:19,23 | 36:16 37:2 | 169:4 | 133:20 | 139:9,13 |
| **Gannon** 135:8 | **generating** | 188:2 | 134:25 | 140:4 |
| 136:2,3 | 14:6,20,23 | 215:10 | 135:12 | 142:15 |
| **GARDNER** 3:23 | 15:22 24:1 | 233:11 | 136:9 | 156:16 |
| **garnering** | **genetic** | 243:1 | 153:22 | 162:12 |
| 42:10 | 24:14 | 254:3 | 154:18 | 165:14 |
| **Garry** 51:6 | **genetically** | 256:13 | 156:24 | 166:4 |
| **Gates** 104:11 | 34:16 | 257:8 | 177:23 | 173:7 |
| 338:22 | **genetics** | 258:9 | 178:1 | 177:20 |
| **gather** 87:10 | 23:14,15 | 269:1 | 181:19 | 178:6 |
| 87:12,12 | 23:19 24:3 | 310:8 | 200:6 | 189:2 |
| 87:18 | 24:7,10,11 | 335:12 | 216:11 | 192:7,18 |
| **gathering** | 24:22 | 342:7 | 236:24 | 198:6 |
| 110:18 | **genome** 50:24 | **Gingrich** | 245:3 | 199:5,7,11 |
| 111:6 | 51:12,25 | 141:17 | **gives** 218:9 | 201:11 |
| **gbdeclar...** | 121:15,25 | 143:3 | 331:3 | 206:8,18 |
| 255:1 | **genomes** | **Gingrich's** | **giving** 31:1 | 225:7 |
| **general** 4:19 | 36:15 37:4 | 141:20 | 145:2 | 230:4 |
| 14:18 | 49:16 50:3 | 143:24 | **glad** 173:13 | 233:12 |
| 79:23 95:6 | 50:10 | **give** 11:23 | **glance** 12:12 | 236:9 |
| 95:9 97:5 | **genomic** 50:6 | 17:18 | **global** 7:23 | 247:14,21 |
| 108:5 | 50:7 | 26:18 | 15:18 | 248:23 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 267:14 | 78:3 83:18 | 341:9 | 327:16,22 | 207:20,21 |
| 271:12 | 85:25 | 354:24 | 330:11 | **grants** 18:24 |
| 277:15 | 89:19 | 359:18,20 | **Google-o...** | 63:17,18 |
| 282:23 | 91:13 96:8 | **goings** | 239:12 | 63:19 76:6 |
| 283:24 | 104:25 | 142:12 | **Google.com** | **great** 7:24 |
| 284:24 | 106:12 | **gold** 244:11 | 324:7 | 84:18,22 |
| 296:10 | 108:22 | 244:12,14 | **Gotcha** | 84:23 |
| 299:21,25 | 109:25 | **Gonsalves** | 294:13 | 85:13 |
| 303:22 | 115:19 | 265:7,10 | **gotten** 99:8 | 88:19 |
| 320:9 | 116:25 | 266:15 | **Gottlieb** | 132:6,21 |
| 321:8,25 | 126:18 | 267:10 | 346:21 | 167:24 |
| 322:4 | 127:21,25 | 268:9 | 348:3,14 | 168:2,6 |
| 325:19 | 128:4,23 | 269:14 | 349:8 | 248:13,16 |
| 354:21 | 134:9 | 296:2,16 | 351:11 | 249:1,10 |
| 359:6,7 | 138:21 | **good** 7:19 | 352:13,18 | 249:11,14 |
| **goes** 36:5,9 | 139:6 | 10:8 12:24 | **government** | 249:18,19 |
| 37:13 | 150:3 | 39:18 | 25:25 27:3 | 250:1 |
| 108:25,25 | 155:9,11 | 46:12 | 27:18 28:3 | 252:17 |
| 109:6 | 155:13 | 52:14 | 28:17 | 254:6,12 |
| 113:7 | 156:16 | 71:22 | 38:11 | 254:23 |
| 149:14 | 167:14 | 77:16 | 46:14,17 | 255:3,14 |
| 152:13 | 184:15,19 | 79:17 | 75:19,23 | 258:10 |
| 156:7 | 192:1 | 83:16 | 75:25 | 260:15 |
| 164:20 | 194:16 | 106:11 | 177:11,24 | 264:7 |
| 165:12 | 203:19 | 139:9,13 | 178:12 | 266:9 |
| 183:16 | 219:19 | 156:9 | 216:18 | 267:1 |
| 239:9 | 220:9 | 173:6 | 238:12,15 | 268:6,22 |
| 255:10 | 232:12 | 226:13 | 238:17,23 | 269:3 |
| 256:21 | 241:11 | 227:8 | 290:17,20 | 276:4,17 |
| 257:15 | 242:6,6,8 | 233:5,15 | 318:14 | 277:5 |
| 259:17 | 253:9 | 234:16 | 327:9 | 279:18 |
| 268:1 | 257:4 | 242:7,9 | 334:9 | 280:1,13 |
| 273:9 | 261:18 | 279:3 | 342:5 | 280:17,21 |
| 280:5 | 262:15 | 323:3 | 343:4,18 | 281:8,23 |
| 281:18 | 263:4 | 329:14 | 345:4,17 | 282:11 |
| 320:16 | 268:20 | 343:14 | 345:22,25 | 283:2 |
| 342:20 | 277:12 | 353:25 | **grabs** 271:9 | 285:7,10 |
| 358:14 | 279:18 | 354:2,5 | **grant** 19:8 | 290:10,19 |
| **going** 12:4 | 280:19 | **Google** 8:8 | 20:7 21:23 | 291:12 |
| 20:4 25:2 | 284:12 | 239:14,23 | 22:22 36:5 | 292:10 |
| 29:8 38:24 | 289:15 | 264:19 | 36:11 41:5 | 295:5 |
| 39:2 47:7 | 304:19 | 280:13,17 | 41:7,16,19 | 296:19,23 |
| 47:8 53:2 | 313:1 | 280:20,22 | 41:23 42:5 | 297:5,9,16 |
| 53:18 54:9 | 314:18 | 281:23 | 42:25 | 297:22 |
| 58:19 | 320:20 | 282:11 | 60:14 72:1 | 325:22 |
| 59:22 | 326:20 | 324:9,24 | **grantee** | 338:21 |
| 60:16 | 328:25 | 325:8,12 | 32:14 | **Greenberg** |
| 63:10,13 | 329:4 | 325:20,25 | 40:10,11 | 292:18,19 |
| 70:9 76:16 | 340:4 | 326:8,15 | 40:21 | **Greg** 38:1,1 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 38:2 39:20 | 232:1 | 333:22 | 187:8,8 | **harmed** |
| 294:9,11 | 234:6,8,9 | **guidelines** | 203:24 | 225:13 |
| 294:11 | 234:21 | 16:19 | **handle** | **harmful** |
| 295:8,9,17 | 246:21,22 | 231:11,11 | 300:14 | 246:8 |
| **Gregg** 265:7 | 246:24 | 232:9 | 301:24 | 288:14 |
| 265:10,17 | 247:2,6 | 247:24 | 303:24 | **harms** 217:5 |
| 266:15 | 248:10 | 332:3,18 | 304:7,8 | **Harold** 134:3 |
| 268:9,12 | 265:13,14 | 333:3,11 | **handled** 29:2 | 135:7 |
| 269:14 | 265:15 | **Gupta** 251:17 | **handles** | **Harry** 292:18 |
| 296:2,16 | 309:1 | 256:4 | 304:3 | 292:19 |
| **gross** 314:16 | 329:3 | 267:21 | **handling** | **Harvard** |
| **ground** 11:11 | 332:20 | **guy** 190:2 | 165:7 | 132:19 |
| 70:17 | 336:11 | 261:16 | 166:7 | 231:18 |
| **grounds** | **groups** 16:5 | **guys** 87:14 | **happen** 86:8 | 267:19 |
| 12:20 13:7 | 17:8,16 | 260:7,12 | 92:19 | **hasten** 271:8 |
| 25:11 | 136:22 | | 107:12,16 | **Haven** 265:12 |
| **group** 38:4 | 214:12 | **H** | 155:3 | **HCQ** 245:19 |
| 40:8 41:2 | 246:7,11 | **H** 6:6 | 156:4 | 245:22 |
| 44:10,19 | 247:5,15 | **H5N1** 15:1 | 177:25 | **HCQ/CQ** |
| 46:24 | **growing** | **half** 76:17 | 315:7 | 245:11 |
| 52:15 | 188:16 | 130:16 | **happened** | **HCQ/QC** 7:23 |
| 58:20 | 344:12 | 131:23 | 66:18 | **head** 18:18 |
| 59:23 | **guaranteed** | 132:22 | 85:22 | 28:3,17 |
| 63:14,24 | 130:3 | 298:22 | 102:24 | 76:3 |
| 81:21 | **guardrails** | 358:21 | 146:9,14 | 150:23 |
| 86:21 87:3 | 15:4 16:7 | **halfway** | 155:4 | 240:2 |
| 87:8,21,25 | 16:19,21 | 94:20 | 156:2 | 324:11 |
| 88:5 89:12 | **guess** 17:19 | 110:17 | 157:18,22 | 327:2 |
| 92:13,24 | 76:13 85:4 | 144:23 | 178:4 | **headline** |
| 103:2 | 97:16 | **hall** 212:6 | 239:6 | 209:8 |
| 107:17 | 98:12 | 241:4 | 241:4 | 228:25 |
| 109:16 | 103:11 | 281:16 | **happening** | 271:8 |
| 131:3,4,9 | 105:22 | **HAMMOND** 4:18 | 102:25 | 278:2 |
| 131:19,20 | 147:12 | **hand** 25:2 | 156:7 | **headlined** |
| 131:24,25 | 177:15,16 | 136:25 | 208:25 | 212:20 |
| 132:10,11 | 202:4 | 170:9 | 342:8 | **health** 1:19 |
| 132:13,18 | 218:18,18 | **handed** 83:23 | **happens** | 4:8,10,17 |
| 134:1 | 224:12,22 | 111:9 | 103:21 | 4:20 10:15 |
| 135:20 | 225:2,6,6 | **handing** 12:9 | 157:11 | 28:5,10,13 |
| 136:15,18 | 228:2 | 119:18 | 174:3 | 30:2 40:12 |
| 136:20,22 | 266:15 | 122:24 | 216:13 | 40:25 |
| 137:2,7,15 | 279:5 | 130:6 | 320:14 | 65:10,11 |
| 138:24 | 349:2 | 141:15 | **happy** 47:17 | 79:17 95:7 |
| 139:1,6,8 | **guest** 141:20 | 142:18 | 128:3 | 95:9,17 |
| 198:14 | **guideline** | 148:4 | 315:23 | 96:23 |
| 205:12 | 214:12 | 158:23 | **harm** 189:10 | 126:12 |
| 225:18,25 | 247:5 | 163:7 | 219:14 | 165:7 |
| 228:1,6 | 331:22,23 | 181:23 | 225:4 | 169:10 |
| 231:7 | 331:23 | 185:2 | 248:4 | 177:6 |

DR. ANTHONY FAUCI 11/23/2022

231:13
237:3
265:11,24
267:23
277:8
288:15,19
288:24
289:4,8,10
289:15
290:1
313:10
314:5
333:6
334:10
342:22
343:15
345:24
346:6,13
347:3
357:2,6
healthcare
320:23
321:5
hear 41:19
64:20
173:14
241:4
335:8
heard 45:20
58:9,21
64:5 71:2
92:8 135:7
143:18
175:22
212:11,25
223:8
224:8
252:14
270:3
272:17
282:9,21
282:22,23
291:19
293:9,10
296:3
334:19,23
334:24
335:4,5
342:4

hearing
87:10
213:1
heck 230:23
held 234:5
273:2
hello 175:4
266:2
help 165:15
178:2
188:15
201:25
217:4,16
Henry 244:17
herd 248:21
248:23
266:16,20
266:24
267:3
271:9
275:17
276:9
278:3,11
285:2,11
292:13,22
294:25
295:1,5,12
295:22
355:11,20
hero 309:15
hesitancy
338:12
352:5
hesitant
117:19
Hey 208:25
209:25
241:4
260:7
303:5
HHS 139:9
299:23
303:9
hi 32:19
95:1
254:18
299:13
311:16
325:20

327:7
328:13
high 2:9
108:9
195:16
246:7
high-risk
169:21
higher 117:2
highlighted
294:14
highly 44:10
45:11,12
80:1 89:13
122:4
135:11
139:17
140:3
198:14
216:15
217:12
259:9
261:2,20
281:21
Hill 7:14
8:18 209:7
232:18
341:1
342:19
Hines 3:1
5:3
historical
145:10
246:25
history
144:12
hit 169:5
HIV 265:18
HOFT 5:4
hold 23:6
101:23
148:24
306:9
320:13
330:13
Holmes 44:24
45:2,3,9
51:4 73:10
112:15

120:11
124:17
160:18,21
161:1
203:12
Holmstock
9:14
homes 168:14
honest 68:4
103:6
221:22
250:25
338:8
358:13
honestly
339:1
Honor 48:6,7
honorable
48:8
hope 24:9
hoped 189:4
189:12
191:3
Hopefully
106:23
hoping
324:25
325:8
342:6
horrifying
342:11,14
342:16
hospital
169:7
174:10,16
174:18,20
175:8
316:10
hospital...
274:4
278:24
297:8
hospital...
343:9
hospitals
169:11
316:3
hosted 235:6
hosting

243:10
hotly 358:6
hour 76:17
119:12
hours 235:6
359:12
House 7:11
197:1
198:23
201:3
207:25
217:24
218:3
271:9
275:24
276:1,3,10
328:11,20
329:17,21
330:1
335:2,19
335:23
336:10,12
336:18
339:22
359:5
https://...
254:19
https://...
254:19
huge 84:9
Hugh 30:21
54:17,20
54:24
56:13
57:18 61:7
61:14 62:3
63:7 66:10
68:7 69:2
69:9,23
70:8,8
71:5,14
72:4,12,16
Hugh's 58:2
59:1 70:12
huh-uh 11:25
human 4:8,10
31:8
144:13,18
146:4

**DR. ANTHONY FAUCI  11/23/2022**

153:25
154:20
156:9
161:20
198:19
200:10
267:23
313:10
**humans** 43:4
**Humphrey**
  328:6,7,9
  329:20,25
**hundred**
  16:14 32:8
  33:9 88:2
  141:10,11
  141:23
  161:11
  207:3
  263:20
**hundreds**
  21:7 45:18
  112:6
  146:21
  148:1
  149:15
  200:15
  244:25,25
  293:21,21
  333:22
  347:11
**hundredth**
  312:7
**hurt** 217:17
**hurts** 237:8
**hydroxyc...**
  213:22
  214:2,9,11
  214:14
  215:7,21
  215:22,23
  216:7,24
  217:3,11
  217:12,19
  217:25
  218:6,17
  218:19,20
  218:22,24
  219:12

220:7,12
223:10,15
223:20
224:3,25
225:21
227:10
229:1,9
231:2,4,22
232:8
235:10
236:22
239:16
243:21
244:2,9,19
245:10,23
247:17
248:3
355:7
356:8
358:7
**hyperbole**
  188:24
**hyphen** 39:10
  39:10,10
**hypotheses**
  191:17
**hypothesis**
  208:2
**hypothet...**
  156:11
_____
        **I**
**I-o-a-n-...**
  293:8
**i.e** 316:10
**Ian** 39:22
  40:11,19
  152:21
  153:7,9,16
  153:16,22
  161:14,21
  161:21,22
  212:25
  213:1,5
**ICU** 316:11
**idea** 42:20
  46:12
  52:14
  108:20

139:24
157:4
266:16
272:6
276:18
289:3
**identifi...**
  12:14
  17:21 25:5
  31:4 37:22
  43:10 84:1
  96:11
  111:12
  114:19
  119:25
  123:1
  130:8
  138:9
  141:13
  142:21
  148:13
  152:19
  158:21
  163:9
  167:16
  170:11
  172:25
  178:19
  182:3
  185:18
  187:11
  196:22
  201:18
  204:1
  209:5
  210:13
  212:17
  213:19
  221:12
  226:11
  228:17
  232:14
  242:12
  245:6
  249:7
  253:16
  263:9
  266:6
  270:8

275:10
277:20
280:9
283:13
284:8
286:5
294:7
298:19
304:25
307:16
315:8
323:21
328:1
330:7
334:21
340:23
344:1
346:16
352:21
**identified**
  306:23
**identify**
  42:14 43:1
  69:8 93:23
  287:4
**identifying**
  287:15
**identities**
  167:6
**IG** 328:18
**ignore**
  245:14
**II** 288:14
**ill-founded**
  274:2
  277:6
**illness**
  169:25
  278:24
**imagine** 37:6
  46:6 49:18
  50:5,12
  73:24 74:1
  76:14
  86:16
  116:24
  179:13
  199:1
  216:10

218:23
220:25
255:1,2
256:12
257:2,24
258:6,21
265:18
267:2
269:9
328:18
331:11
**immediate**
  38:3,16
  183:21
**immediately**
  33:5 50:15
  51:10 73:6
  92:1
  106:17
  154:14
  240:10
**imminent**
  288:21
**immunity**
  248:22,24
  266:16,20
  266:24
  267:3
  271:9
  275:17
  276:9
  278:4,11
  285:2,11
  292:14,22
  294:25
  295:1,5,12
  295:22
  355:11,21
**impact**
  353:10
**impeded**
  335:12
**imperative**
  169:11
**impersonate**
  303:17
  304:4
**imperson...**
  312:19

**DR. ANTHONY FAUCI  11/23/2022**

imperson...
  300:20
  303:20
  304:12
  310:16
  328:24
  329:2
  330:2
imperson...
  311:19,20
  312:15
  329:4
imperson...
  303:12
implemented
  28:8
implemen...
  166:19
implicat...
  15:12
  107:25
  275:5
  298:15
implying
  147:9
  165:22
  190:25
important
  14:5,19
  42:22,24
  46:22
  52:13  97:3
  97:5
  132:18
  134:19
  169:1
  177:4,5
  216:24
  238:19
  260:18
  319:9,20
  322:18,24
  322:25
  323:1
  340:1
  354:12
  358:9,14
Importantly
  161:25

importing
  321:15
impossible
  157:1,10
imposter
  301:19,24
  302:1,8,9
  302:12
  303:3,8
impressed
  165:6
impression
  77:21
  229:17
inaccurate
  246:23
inadequate
  323:6
inapprop...
  157:13
inaugura...
  10:19,21
  10:22
incident
  209:12,13
include
  16:21
  42:17
  133:1
  136:1
  139:1
  168:10
  169:21
  211:5,11
  298:7
  330:11
included
  55:24
  81:19
includes
  170:17
including
  17:5  37:4
  97:5
  103:23
  111:4
  115:2
  131:4
  140:7

326:9
332:17
357:3
inclusion
  135:20
inconsis...
  50:25  52:5
  71:7,16
incorrect
  217:14
  245:17
  276:24
  277:6
  339:6
increase
  102:22
  191:19
  192:12
  195:2
  321:14
increasing
  321:16
increasi...
  190:6
incredibly
  306:19
independent
  75:20
indicate
  215:4
  322:14
  361:12
indicated
  38:19
  149:2
  227:11
indicates
  48:1  142:4
  242:19
  245:25
  247:16
  283:21
  284:2
  308:4
  324:21
indicating
  121:3
indication
  194:13

267:8
indirectly
  96:20
individual
  224:24
  232:8
  334:1
individu...
  18:24  19:2
individuals
  97:5
  169:21
  231:14
  297:9
  355:24
INDRANEEL
  3:25
ineffective
  319:1
infect
  278:23
infected
  278:11
  314:9,11
  317:2
infection
  167:23
  168:2
  247:18
  274:3
  285:3,12
  297:8
  314:10,12
infections
  170:5
infectious
  10:14  46:8
  46:10,14
  46:17
  70:16
  72:19
  133:24
  142:13
  216:12
  231:15,16
  231:19
  232:10
  248:1
  271:24

272:12
279:2
291:1
332:21,22
333:1,24
influence
  297:4
  312:18
influencing
  290:8
influenza
  15:9  16:18
  24:8,25
  25:20
inform 39:6
informal
  142:23
  174:5
information
  14:5,19
  58:8  73:15
  104:22
  107:9,15
  111:2,6
  127:11
  139:10
  143:4
  151:7
  171:19
  178:2
  194:14,25
  215:18
  217:14
  219:22
  236:24
  237:4,8,19
  268:21
  287:14
  288:20
  289:1
  300:3
  306:19
  307:9
  312:12
  318:17
  323:1,4,4
  323:6
  332:7,25
  339:15

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 357:9,12 | 33:12 36:6 | interest | 145:1 | 86:7 131:7 |
| 357:18 | 36:16 | 48:4 49:22 | 170:4 | invoke 28:16 |
| 358:25 | 37:12 | 50:11 | interrup... | 28:22 |
| informed | 42:17 | 61:23 98:8 | 170:3 | involve |
| 210:16,23 | 117:9 | 100:11 | interspe... | 170:6 |
| 357:23 | 132:19 | 110:18 | 23:5 | involved |
| infreque... | 133:8,22 | 111:6 | interven... | 35:14 |
| 246:23 | 135:1 | 243:16 | 151:11 | 44:25 91:1 |
| initial | 142:12 | 256:20,22 | 225:13 | 96:23 99:8 |
| 80:13 | 153:24 | 335:13 | 341:24 | 107:23 |
| 81:12 | 154:19 | interested | 345:14 | 110:2 |
| 181:7 | 156:21 | 87:10 | interven... | 120:18 |
| initially | 158:1,11 | 142:12 | 345:10 | 122:6,10 |
| 22:23 | 158:15 | 257:3 | 346:3,12 | 125:12 |
| initiated | 174:7,8 | 360:16 | 357:5 | 126:3,7,10 |
| 18:13 | 175:9 | interesting | interview | 126:12,15 |
| initiation | 205:21 | 52:12 | 141:8 | 137:23 |
| 19:8 | 216:6 | 141:5 | 146:20 | 155:1,6 |
| inkling | 260:19 | interfere | interviewed | 169:9 |
| 137:20 | 261:1,4 | 103:20 | 296:12 | 203:14 |
| inner 38:2 | 308:2 | interfering | intervie... | 213:12 |
| 38:15 | 326:19 | 340:18 | 359:2 | 229:20 |
| input 96:22 | institutes | 357:12 | interviews | 235:22 |
| 110:2 | 1:18 10:15 | internat... | 101:2 | 239:24 |
| 124:12 | 65:9,11 | 44:10 | introduce | 241:6 |
| 127:10 | 122:14 | 45:17 | 9:16 | 260:17,19 |
| 171:22,24 | institution | 46:24 | 289:15 | 302:12 |
| 172:12,22 | 46:9 155:6 | 89:13 | invalid | 312:5,8,11 |
| 180:8,14 | 155:8 | 107:24 | 258:7 | 312:18 |
| 180:15,19 | 292:3 | 126:12 | 276:21,21 | 340:5,8,12 |
| 196:8 | institut... | 140:4,6,9 | 277:2 | 340:17 |
| 220:18 | 133:14 | internat... | invariably | 359:1 |
| ins 357:25 | instruct | 45:22 | 193:4 | involvement |
| inserted | 13:7 25:10 | 75:22 | investigate | 70:11 71:3 |
| 54:5 | intent 43:5 | internet | 80:20,23 | 81:16 82:4 |
| insights | intention | 252:24 | 138:16 | 82:9 |
| 14:5,19 | 91:4 | 349:10 | investig... | 107:20 |
| Instagram | interact | 352:5 | 137:19 | 110:2 |
| 101:2,7 | 45:19 | interpre... | investig... | 122:19,21 |
| 211:25 | 298:3 | 118:24 | 357:14 | 125:18 |
| 286:11 | 346:25 | 127:11 | investig... | involves |
| 309:6 | interacted | Interrog... | 213:4 | 124:13 |
| 328:15,18 | 77:18 | 287:7 | invitation | involving |
| 330:2 | 175:16,17 | interrog... | 86:17 | 25:20 |
| Instagrams | 264:23 | 287:3,12 | 149:2 | 111:3 |
| 101:4 | 266:2 | 287:21 | invited | 170:13 |
| institute | interact... | interrupt | 172:6 | Ioannides |
| 4:17 10:13 | 126:7 | 11:14 | 176:25 | 293:8,10 |
| 19:4 33:8 | 175:5 | 127:18,18 | inviting | ironic 311:4 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| irrelevant | JAMES 5:4 | 88:3,17 | 86:18 96:4 | 135:14 |
| 207:6,12 | Jan 324:24 | 89:21,25 | 108:1 | 361:7 |
| isolation | 327:1 | 90:8,19,20 | 110:6 | 362:2 |
| 165:8 | January | 91:6,12 | 111:3,6 | JOSH 3:23 |
| issue 44:11 | 22:17 | 92:2,12,19 | 125:8 | journal |
| 67:20 68:1 | 34:13,18 | 92:22 93:4 | 136:12 | 203:1 |
| 82:4,18 | 35:9,14 | 93:9,15,25 | Jeremy-led | Journalist |
| 96:24 | 40:6 42:6 | 94:11,22 | 131:15 | 212:21 |
| 116:19 | 48:2 51:21 | 95:1,20 | Jill 3:1 5:3 | journals |
| 136:25 | 84:17,19 | 97:22 98:4 | job 172:21 | 215:17 |
| 145:5 | 85:12 | 98:20 | 238:20 | Jr 1:8 9:7 |
| 169:8 | 123:23 | 101:12 | 260:18 | 361:7 |
| 193:9 | 351:23 | 102:3,14 | 326:25 | 362:2 |
| 220:11 | Jay 251:18 | 102:18 | Joel 272:14 | judgment |
| 243:4 | 267:20 | 103:5 | 272:15 | 224:10,12 |
| 259:12 | 291:15 | 105:7 | jog 126:2 | 319:25 |
| 292:24 | Jayanta 2:24 | 106:10 | 127:8,9 | Judith |
| 295:21 | Jefferson | 108:25 | 130:4 | 307:20,23 |
| 335:6,8 | 2:10 | 109:10,15 | 141:16 | 308:17,19 |
| 339:23 | JEFFREY 2:16 | 109:23,25 | 147:1 | July 225:16 |
| issues | Jen 37:25 | 110:10,15 | 341:19,21 | 226:14 |
| 241:24 | 324:2,23 | 110:24 | jogs 132:8 | 233:2,15 |
| 275:4 | 325:7,21 | 111:18,23 | John 2:5 3:3 | 233:18,19 |
| 312:9,11 | 327:1,7 | 112:16 | 9:18 296:1 | 233:20,20 |
| 314:24 | JENIN 3:2 | 114:3 | 296:6,8,11 | 328:7,12 |
| 353:12 | Jenin.yo... | 115:9 | John.Sau... | 341:1 |
| 355:13 | 3:9 | 116:13 | 2:12 | 343:3 |
| 356:24 | Jennifer | 118:3,6,16 | John.vec... | 344:4,5,8 |
| 358:7,10 | 38:5 | 120:4,10 | 3:10 | jump 154:14 |
| issuing | 308:12,14 | 121:20 | John@Bur... | 198:18 |
| 220:6 | 308:15 | 123:7 | 3:18 | 200:9 |
| item 331:7,8 | 324:23 | 124:15 | join 86:3,14 | 264:24 |
| items 284:25 | Jeremy 34:19 | 125:2 | 86:17 | jumped |
| ivermectin | 43:20 44:3 | 126:23 | 131:5,8 | 101:18,20 |
| 330:25 | 44:5,23 | 128:13 | joined 277:7 | jumping |
| 331:4,5,9 | 46:11,11 | 130:17 | 317:15 | 173:6 |
| 331:16 | 48:3 50:9 | 132:5,12 | joiners | June 21:23 |
| 332:2,8 | 60:2 66:24 | 132:17,20 | 252:7 | 22:1 |
| 333:15,19 | 72:24 | 132:24 | joint 141:2 | 220:14 |
| ivermect... | 73:21,25 | 133:4,21 | Jon 49:6,16 | Justice 2:19 |
| 331:16 | 74:1,7 | 135:20 | 50:9 61:18 | 3:21 4:1 |
| | 75:1 76:1 | 136:5 | 61:24 | 9:22 361:5 |
| ———— | 76:2 79:7 | 137:6,14 | 62:14 | justified |
| J | 79:12 83:3 | 160:18 | JONATHAN | 52:18 |
| J 3:3 352:23 | 83:6,7 | 161:1,9 | 3:13 | JUSTIN 2:7 |
| 352:24 | 84:6,8,16 | 162:25 | Joseph 1:8 | juxtaposed |
| Jack 240:17 | 84:23 85:9 | 170:14,25 | 9:7 133:10 | 49:17 |
| 293:2,4 | 85:12,19 | 171:5,5,16 | 134:13,23 | 106:9 |
| Jamal 330:19 | 86:2,7,14 | Jeremy's | 135:6,13 | 217:9 |
| 331:2 | | | | |

DR. ANTHONY FAUCI  11/23/2022

| K | | | | |
|---|---|---|---|---|
| **Katie** 202:3 | 166:8 | 88:12 89:7 | 178:6,13 | 251:19 |
| 202:4,15 | 206:21,25 | 90:2,5,10 | 179:2,8 | 253:3,20 |
| **keep** 58:16 | 260:14 | 92:25 | 181:24 | 254:8 |
| 69:19 | 283:19 | 93:13,22 | 182:8 | 255:24 |
| 86:21 | 284:2 | 95:22 | 183:3 | 256:24 |
| 104:2 | 300:21 | 96:12 | 184:4 | 257:20 |
| 108:8 | 310:14 | 97:11 99:4 | 185:5,10 | 259:5,24 |
| 155:25 | 319:9 | 101:15,18 | 185:15 | 260:23 |
| 210:16,23 | 334:9 | 101:21 | 186:22 | 261:13 |
| 241:10 | 339:23 | 108:18 | 187:18,20 | 262:3 |
| 283:9 | 347:23 | 109:18 | 187:23 | 266:11 |
| 314:16 | **kinds** 17:9 | 111:25 | 189:23 | 268:24 |
| **keeping** 74:8 | 17:16 | 112:23 | 193:18 | 269:19 |
| 74:12 | 104:18 | 113:16 | 195:4 | 270:6,17 |
| 128:22 | **Kingdom** | 114:20 | 196:13 | 271:14 |
| 314:13 | 75:17 76:5 | 115:15 | 197:2,13 | 272:8 |
| 315:17 | **Kirschner** | 116:20 | 199:9 | 273:5,13 |
| 317:24 | 3:22 9:21 | 118:13,21 | 200:12 | 273:21 |
| **kept** 73:21 | 9:21 12:15 | 119:21 | 201:10 | 274:12,23 |
| 157:17 | 13:6 14:8 | 120:25 | 205:3,25 | 280:14 |
| 232:5 | 14:12 | 121:6 | 206:14 | 281:2,11 |
| **Kheriaty** 3:1 | 17:22 | 125:15 | 207:18 | 282:12 |
| **kicked** | 18:20 | 127:17 | 208:4,18 | 283:3 |
| 251:23 | 19:18 | 128:2 | 210:10,18 | 285:8,19 |
| 335:22 | 20:20 22:7 | 129:12,15 | 211:14 | 286:16 |
| **kill** 170:1 | 23:17 24:4 | 130:9 | 213:24 | 287:9,17 |
| 305:25 | 24:17 25:8 | 134:14 | 214:19 | 289:2 |
| **killed** | 26:6,13 | 137:12 | 221:17 | 291:25 |
| 194:19 | 29:18 30:5 | 138:10,17 | 223:3,22 | 293:14 |
| **killing** | 35:21 | 143:10,25 | 224:13 | 294:1,3,17 |
| 344:14,18 | 36:18 42:1 | 144:25 | 225:22 | 296:25 |
| 345:5 | 43:11 46:4 | 146:10,17 | 226:22 | 297:24 |
| **kind** 15:25 | 47:18 48:6 | 148:5,10 | 227:2 | 298:9 |
| 35:10 | 48:10,17 | 149:8 | 228:18,21 | 299:1 |
| 38:14 39:9 | 48:22 | 152:11,23 | 229:14 | 301:8,20 |
| 39:13,14 | 49:10,12 | 154:5,22 | 233:7 | 302:19 |
| 42:23 | 49:24 | 158:4,24 | 234:12,17 | 303:14 |
| 50:16 | 52:24 53:7 | 159:10,20 | 235:13,17 | 304:17 |
| 53:18 | 53:21 54:2 | 161:17 | 236:6 | 305:14,17 |
| 59:13 60:9 | 57:3 62:7 | 162:6 | 237:11 | 306:5 |
| 96:24 | 63:3 65:14 | 163:25 | 239:17 | 308:24 |
| 103:13 | 65:18,22 | 164:13 | 240:12,23 | 310:5,19 |
| 118:7 | 68:15 | 166:12 | 242:24 | 310:25 |
| 121:24 | 69:10 71:9 | 167:8 | 243:11 | 311:5 |
| 140:14 | 73:2 76:16 | 168:19 | 244:20 | 312:16,22 |
| 147:24 | 76:21,24 | 169:23 | 246:2,14 | 313:16,25 |
| 148:6 | 78:14 79:9 | 172:15 | 246:18 | 314:21 |
| 155:13,19 | 82:7 83:13 | 174:21 | 249:3,20 | 318:7,22 |
| | 86:9,25 | 176:6,9,13 | 250:22 | 319:4,12 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 322:22 | 35:12,25 | 100:18,24 | 172:2 | 252:21 |
| 325:4,14 | 36:3,3,4 | 102:3 | 173:19 | 255:5,20 |
| 326:2 | 36:14,23 | 103:14,18 | 174:14,16 | 255:23,25 |
| 327:5,18 | 36:23 37:1 | 105:12 | 175:1,7,15 | 256:6 |
| 329:18,23 | 37:5 39:7 | 106:4 | 177:5,6 | 257:1,18 |
| 331:21 | 40:2,8,13 | 107:1,18 | 179:21 | 257:22,23 |
| 332:9 | 40:19 | 108:7,7,22 | 181:3,16 | 258:1,12 |
| 333:8 | 44:25 45:7 | 109:2,4,12 | 184:17,24 | 258:16,18 |
| 334:11 | 45:9,10,10 | 109:24 | 186:7,11 | 258:25 |
| 336:25 | 45:13,14 | 113:1,2,6 | 186:13,14 | 259:3,4,22 |
| 337:24 | 45:16 46:2 | 113:15,19 | 188:9,24 | 260:1,21 |
| 339:12 | 46:11,18 | 113:20,23 | 189:8 | 260:24 |
| 341:6 | 49:7,21,21 | 115:22 | 194:9,10 | 263:13 |
| 344:7 | 50:4 51:3 | 116:1,18 | 196:4 | 264:21 |
| 345:19 | 51:5,7 | 116:22,23 | 198:23 | 265:3,7,22 |
| 346:17 | 55:6,15,23 | 117:3,7 | 199:11 | 267:3 |
| 347:6 | 55:25 56:2 | 118:15 | 201:4,5,6 | 268:13,18 |
| 348:16 | 57:8,17,22 | 119:11 | 204:24 | 268:20,25 |
| 352:7 | 58:5,19 | 120:13 | 205:1,2,23 | 269:16,21 |
| 353:17 | 59:14 | 127:7,13 | 206:3,17 | 269:22 |
| 354:22 | 62:17 63:6 | 129:8,22 | 208:21,22 | 270:18 |
| 355:16 | 64:6,14 | 133:7 | 208:22 | 274:25 |
| 356:10 | 67:1,5,23 | 134:3 | 209:20,25 | 275:4,16 |
| 358:11 | 70:2,4,9 | 135:7,8,8 | 210:4 | 277:11,14 |
| 359:13 | 74:22 | 135:22 | 212:10 | 279:5,6,23 |
| 361:4,8 | 75:21,21 | 136:16,19 | 213:3,5,16 | 281:5,7,8 |
| **knee** 256:15 | 76:10,11 | 137:9,14 | 217:21 | 281:14 |
| **knew** 62:24 | 76:13,21 | 138:19,23 | 221:20,21 | 282:15 |
| 77:17 | 77:12 | 139:4,7,10 | 223:6 | 283:6,7 |
| 136:8 | 78:11,18 | 140:1,25 | 224:14 | 285:9,10 |
| 147:16 | 81:3 82:19 | 141:1,4,6 | 226:15 | 285:25 |
| 181:5 | 83:4,7,7 | 143:4,5,17 | 228:9 | 286:10,23 |
| 195:20 | 85:15 | 144:8,10 | 229:16,19 | 288:2,2,6 |
| 226:6 | 86:12,24 | 147:17,17 | 230:5,21 | 289:20 |
| 239:13 | 87:1,2,6 | 147:19 | 230:25 | 290:20,22 |
| 297:5 | 88:10,15 | 149:9 | 231:25 | 291:6,22 |
| **knockout** | 89:3,4 | 151:15 | 235:19,23 | 292:1,18 |
| 354:9 | 91:14,15 | 152:7,13 | 236:7,10 | 293:2,4,4 |
| **know** 11:8,8 | 92:7,7,7,8 | 153:3,8,10 | 236:16 | 293:7,9,10 |
| 17:23 | 92:10,11 | 154:4,7 | 238:9,15 | 295:8,16 |
| 18:15 20:3 | 92:21,22 | 155:18,19 | 239:1 | 296:3,6,6 |
| 20:6,12,15 | 95:5,24 | 159:9,13 | 241:16 | 296:8,9,15 |
| 21:1,2 | 96:22 98:4 | 159:18 | 242:1 | 296:16 |
| 23:16 24:6 | 98:7,12,13 | 161:12,22 | 250:24 | 300:1,3 |
| 29:21 30:8 | 98:13,14 | 162:20 | 251:15,21 | 301:9 |
| 31:22 32:6 | 98:19 99:5 | 163:6 | 251:22,22 | 302:8 |
| 32:15,16 | 99:11,13 | 167:2,4,6 | 251:24 | 304:5,5,6 |
| 32:19 33:6 | 99:20,22 | 167:12 | 252:4,13 | 304:8 |
| 33:17 | 99:24 | 171:14 | 252:14,15 | 305:7,13 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 305:20,22 | 89:15 | 279:8 | 200:12 | 219:1,11 |
| 306:13 | 100:25 | **KUMAR** 4:9 | 208:4,18 | 221:14 |
| 307:13,23 | 152:2,12 | **KYLA** 3:24 | 210:18 | 222:11 |
| 308:3 | 155:11 | ——————— | 214:8 | **LANDRY** 2:16 |
| 311:7 | 156:15 | **L** | 215:7 | **lane** 110:6 |
| 313:6 | 178:1 | **L** 4:2 361:5 | 218:14 | 114:11,15 |
| 314:2,3 | 181:13 | **lab** 33:16 | 219:18 | 120:20 |
| 322:9 | 184:14 | 79:2,21 | 221:1,17 | 124:24 |
| 323:5 | 191:21 | 89:6 | 223:3 | 139:1,15 |
| 324:18 | 201:9 | 116:15 | 225:22 | 140:1,5 |
| 325:16,24 | 208:11 | 155:17 | 229:14 | 163:12,18 |
| 326:4 | 221:16 | 156:12 | 233:7 | 163:24 |
| 328:8,19 | 241:2,20 | 157:17 | 234:12,17 | 164:10,20 |
| 329:2,24 | 251:13 | 182:22 | 235:17 | 165:6 |
| 332:20 | 269:24 | 183:14 | 237:22 | 166:16,24 |
| 335:7,17 | 274:14,15 | 188:19 | 240:23 | 167:19 |
| 336:6,13 | 285:16,23 | 190:8 | 242:24 | 168:4 |
| 336:15,15 | 286:2 | 194:2 | 243:11 | 190:20 |
| 336:17 | 290:3,6 | 208:1,17 | 244:20 | 216:5,12 |
| 337:10,21 | 292:12 | 209:10,19 | 246:2,22 | 253:25 |
| 338:1,5,6 | 307:7 | 213:8 | 249:20 | 254:15 |
| 338:13 | 312:13,17 | 355:9 | 250:22 | 259:21 |
| 339:16,25 | 325:15,17 | **labeled** 43:8 | 253:20 | 260:21 |
| 345:21 | 326:5 | 94:24 | 266:11 | 261:6,10 |
| 346:18,21 | 334:8 | **laboratory** | 272:8 | 261:17 |
| 346:23,25 | 340:4 | 14:7,21,24 | 273:5,13 | 262:11,18 |
| 347:10 | **knowledg...** | 24:2 34:17 | 273:21 | 262:19 |
| 350:4 | 261:21 | 35:11 | 280:14 | 266:9 |
| 351:6,6,7 | **known** 46:11 | 77:13 | 281:2,11 | 308:7 |
| 351:13,14 | 75:24 | 121:16 | 282:12 | 312:4 |
| 351:19,19 | 256:7 | 122:1 | 283:3 | 356:25 |
| 352:8,14 | 260:3 | 145:22 | 306:5 | 358:19 |
| 356:11,23 | 265:16,17 | 146:2 | 313:25 | **Lane's** 165:2 |
| 356:24 | 291:9 | 157:12 | 314:21 | **language** |
| 357:22 | 297:17 | 162:1 | 319:4,12 | 355:14,18 |
| 358:12 | 351:8 | 180:5 | 321:24 | 355:19,22 |
| **knowing** | 352:24 | 181:9 | 325:4 | 356:2 |
| 63:16 | **knows** 22:19 | 185:23 | 332:9 | **large** 46:23 |
| 144:17 | 36:21 | 198:3 | 336:25 | 63:14 87:3 |
| 156:3 | 67:17 | **lack** 17:13 | 337:24 | 87:21 |
| 175:2,4 | 94:16 | 143:10,25 | 345:19 | 157:25 |
| 241:21 | 155:2 | 146:10,17 | 348:16 | 236:9,23 |
| 258:1,19 | 278:13 | 152:23 | **laid** 15:3 | 273:2 |
| 259:1,8 | **Koonin** 135:8 | 158:4 | 81:25 | 297:18,21 |
| 317:2 | **Kulldorff** | 161:17 | **Lancelet** | **larger** 52:14 |
| **knowledge** | 2:25 | 164:13 | 7:18 | 58:20 |
| 33:23 | 251:17 | 184:4 | **Lancet** | 59:23 |
| 36:10 81:7 | 256:5 | 186:23 | 129:11,20 | 274:4 |
| 87:19 | 267:20 | 199:9 | 130:2 | **Laribee** 51:8 |

DR. ANTHONY FAUCI  11/23/2022

**Larry** 67:6
  253:25
**late** 34:18
  246:7
  265:19
**latest**
  332:25
**Lauren** 303:5
  303:10,15
**Lavelle**
  307:20,23
  308:17,19
**Law** 3:14
**Lawrence**
  65:4,6,8
  66:7
**lay** 295:3
**lead** 104:16
  150:11,16
  150:19
  151:3
  193:17
  194:5,22
  217:15
  229:25
  274:3
  297:7
  306:23
  321:4
  352:5
  356:21
**leader**
  301:15
**leaders**
  231:19
  251:16
**leadership**
  171:1,11
  171:18,20
  196:11
  232:10
**leading**
  278:23
  338:12
**leads** 104:13
  246:23
  345:13
  346:2,11
  358:14

**leak** 188:19
  208:2
  213:8
**leaked**
  157:16
**leaks** 157:12
**learned**
  37:11
  164:24
  166:9
  263:5
**leave** 357:24
  358:18
**led** 59:17
  261:18
  321:13
**left** 132:17
  173:7
  272:20
  283:21
  336:10
  351:1
**legal** 9:14
  151:18
  356:24
  357:22
  361:1,23
**legend** 143:6
**Legislative**
  38:11
**legitimate**
  207:14,16
  299:15
**lessons**
  164:24
  166:9
  263:4
**let's** 60:21
  69:15  81:1
  88:24
  103:6
  136:24
  173:7
  203:17
  227:25
  233:12
  245:18
  253:7
  275:8

  296:10
  304:10
  307:12
  338:17
**letter**
  129:19
**letters**
  82:20
**letting**
  17:22
  248:18
  276:22
  278:3,10
  278:22
**level** 16:22
  16:22  29:2
  29:11,12
  30:18
  70:21
  89:11
  117:2,10
  117:16,17
  119:14,14
  140:6,9
  195:16
  245:16
  248:23
**levels** 18:25
  122:22
**Levitt** 252:8
  257:10
**Lexitas**
  361:1,23
**Liberties**
  3:4
**life** 104:16
  150:11,17
  150:20
  151:4,9
  193:17
  194:6
  210:2
  349:14
  356:21
  358:16
**life-saving**
  151:11
**lifesaving**
  341:23

  345:10,13
  346:3,12
  357:5
**likelihood**
  64:2
**limit** 210:16
  210:23
**line** 23:6,8
  23:9,16
  26:20
  38:14
  76:18
  89:24
  90:12
  91:20
  97:25
  102:2
  113:7
  120:5
  131:23
  148:7
  161:4
  167:22
  194:25
  202:11
  211:3
  240:10
  264:7
  324:8
  344:11
  362:5,9,13
  362:17,21
**lines** 86:20
  88:6  115:2
  267:14
**link** 20:7
  142:14
  190:5,5
  202:8,10
  255:1,7
  275:13,15
  275:17,18
  328:15
  331:19
**links** 142:16
  202:19,21
  283:23
  311:8
**Lipkin** 39:23

  40:11,19
  152:22
  161:12,14
  161:21,21
**Lipkins**
  161:22
**Lipschitz**
  296:15
**list** 46:19
  74:20
  75:12,18
  75:24
  86:15
  93:10
  110:14
  132:24
  133:11
  134:7,21
  136:5,7
  211:4
  252:7,7
  263:23
  284:25
  294:14
  296:10
  305:11,13
  307:8
  309:11
**listed** 32:10
  33:4,5
  55:17
  251:16
**listen** 47:8
  127:21
  134:9
**listening**
  77:21,22
  127:23
**lists** 20:10
  252:8
**literally**
  61:13
  149:15
  263:18
**literature**
  102:5
  110:19
  111:7
  158:16

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 159:7 | 46:11 | 197:23 | 232:5 | 329:8 |
| 181:20 | 76:23 | 199:12,13 | 247:23 | 342:2 |
| 231:21 | 105:7 | 201:20 | 275:14 | 343:9 |
| 232:6 | 127:25 | 211:20 | 298:13 | **loons** 113:12 |
| 322:5 | 128:4 | 215:1 | 306:19 | **loop** 75:7 |
| 323:10 | 134:11 | 221:23 | 357:15 | **looped** 327:2 |
| **little** 26:24 | 201:10 | 222:14 | **looking** 20:2 | **losing** |
| 53:2 60:6 | 204:22 | 229:4,5 | 41:13 50:2 | 104:13 |
| 78:5 127:9 | 248:8 | 230:15 | 62:2 75:23 | **loss** 104:16 |
| 127:10 | 265:16 | 233:14 | 80:25 | 150:11,17 |
| 150:9 | **long-term** | 237:15 | 97:15 | 150:19 |
| 170:21 | 32:13 | 244:5 | 112:3 | 151:3 |
| 171:13,21 | **longer** 76:17 | 247:3,21 | 114:12 | 193:17 |
| 188:23 | 76:22 | 248:8,25 | 156:3,6 | 194:6 |
| 196:8 | **look** 13:9 | 249:19 | 197:16 | 217:7 |
| 197:23 | 14:1 15:6 | 264:6 | 202:3 | 230:1 |
| 200:24 | 17:24 | 271:2 | 218:4 | 356:21 |
| **live** 169:14 | 37:24 | 277:22 | 233:23 | **lost** 93:13 |
| 176:24 | 38:13 39:8 | 279:5 | 235:3 | 151:10 |
| 177:3 | 50:14,15 | 280:11 | 249:9 | 170:1 |
| **live-str...** | 51:13,15 | 289:20 | 295:25 | **lot** 31:16 |
| 176:20 | 52:1,7,15 | 305:2,9,10 | 302:24 | 78:21 |
| **lives** 103:20 | 52:16,16 | 306:3,22 | 303:2,4 | 88:21 |
| 104:14 | 53:11 54:1 | 308:19 | 307:1 | 103:25 |
| 169:17 | 56:19 78:7 | 312:1,2 | 309:24 | 114:22 |
| 217:8 | 80:11 81:1 | 320:2,9 | 320:15 | 120:19 |
| 230:1 | 81:2 94:23 | 322:5 | **looks** 13:18 | 153:17 |
| 256:16 | 96:16 97:7 | 328:4 | 37:10 | 154:18 |
| 342:22 | 103:1 | 330:5 | 38:18 | 159:14 |
| 345:11 | 106:17 | 331:13 | 39:18 | 160:22 |
| **Livestream** | 108:1 | 335:14 | 41:23 42:7 | 161:22 |
| 239:11 | 112:12 | 340:25 | 57:7 86:12 | 165:5 |
| 240:6 | 113:12 | 346:14 | 124:7 | 170:1 |
| **Lloyd** 291:17 | 114:16 | 347:15,22 | 132:16 | 173:19 |
| 291:18 | 115:4 | **looked** 34:22 | 149:14 | 184:18 |
| **loaded** 169:7 | 122:11 | 44:4 46:13 | 159:5 | 189:8 |
| **located** | 123:3 | 70:12 | 178:7,9 | 191:22 |
| 308:7 | 124:18 | 81:10 | 197:18,19 | 193:12 |
| **location** | 148:22 | 95:16 | 197:20 | 194:19 |
| 314:19 | 156:18,19 | 124:16,22 | 198:25 | 195:15 |
| **lock** 168:14 | 157:5 | 162:10,14 | 202:15,20 | 207:11 |
| **lockdown** | 160:7 | 170:19 | 203:7 | 230:5 |
| 261:25 | 161:3 | 183:23 | 269:12 | 244:25 |
| 262:13 | 163:17 | 186:3 | 275:18 | 256:14 |
| **lockdowns** | 170:21 | 198:15 | 284:5 | 257:8 |
| 168:11,12 | 179:5 | 204:12 | 294:22 | 274:17 |
| 168:13 | 182:16 | 227:10 | 295:18 | 286:19 |
| **long** 10:23 | 190:4,23 | 229:18 | 305:10,12 | 298:4,14 |
| 11:7 32:1 | 192:2 | 230:22 | 306:13 | 301:14 |

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 321:13 | 146:22 | 192:23 | 111:10,11 | 327:25 |
| 338:13 | 172:13,19 | 193:10 | 114:17,18 | 330:6 |
| 349:2 | 182:20 | 211:23 | 114:22 | 334:20 |
| 351:25 | 183:12 | 212:2 | 119:24 | 340:22 |
| 355:4,12 | 228:7,11 | **manuscript** | 122:25 | 343:25 |
| **loud** 69:14 | 279:16 | 81:24 | 130:7 | 346:15 |
| **Louis** 3:16 | 311:4 | 114:9 | 138:8 | 352:20 |
| 361:18 | 334:15 | **March** 170:22 | 141:12 | **markets** |
| **Louisiana** | 338:14 | 176:4 | 142:18,20 | 145:20 |
| 1:2 2:15 | 343:5 | 179:1,4,7 | 148:12,23 | **Martin** 2:25 |
| 2:19,21 | **man** 20:10 | 180:10,11 | 152:18 | 251:17 |
| 9:10 | 212:24 | 180:25,25 | 158:20 | 267:20 |
| **low** 248:23 | 286:14 | 182:7,12 | 163:8 | **Maryland** |
| 314:18 | 290:22 | 186:1,20 | 167:15 | 1:11,18,20 |
| 317:9 | **management** | 220:6 | 170:10 | 4:24 9:13 |
| **lower** 86:18 | 331:24 | 286:22,24 | 172:24 | 155:10,11 |
| 86:18 88:6 | **managers** | 293:13 | 178:13,18 | 360:3,21 |
| 124:16 | 30:19 | 298:24 | 182:2 | **mask** 313:13 |
| 137:5 | **managing** | 299:22 | 185:17 | 313:23 |
| **lunch** 201:11 | 164:8,11 | 303:23 | 187:10 | 314:12,18 |
| | 165:10 | 318:24 | 196:21 | 315:2 |
| **M** | **mandate** | 319:1 | 201:17 | 317:9,23 |
| **M** 2:16 | 165:19 | **mark** 12:10 | 203:25 | 322:14,15 |
| **Machine** 7:2 | **Mandavilli** | 18:1 99:17 | 209:4 | 322:18 |
| **magazine** | 296:13 | 99:21 | 210:12 | **masking** |
| 49:6 | **manipulate** | 100:21 | 212:16 | 317:18 |
| 264:14 | 157:2 | 115:12,13 | 213:18 | 318:16,21 |
| **Mailman** | **manipulated** | 116:10,10 | 221:11 | 318:25 |
| 40:24 | 78:21 | 116:15 | 226:10 | 319:1 |
| **mainstream** | 121:17 | 152:1,3 | 228:16 | 320:19 |
| 102:6 | 162:2 | 173:4,8,18 | 232:13 | 322:2,7 |
| 110:19 | 180:6 | 173:24 | 242:11 | **masks** 310:13 |
| 273:11 | 181:10 | 175:11,22 | 245:5 | 314:9,24 |
| **major** 21:13 | **manipula...** | 175:25 | 249:6 | 315:15,18 |
| 46:9 | 16:17 | 176:4,25 | 253:15 | 315:22 |
| 248:11 | 23:20 | 178:10 | 263:8 | 316:3,4,5 |
| 273:2 | 24:14,23 | 286:14,22 | 266:5 | 316:11,20 |
| **majority** | 34:25 | 287:4,16 | 270:7 | 316:23,23 |
| 230:18 | 35:15 | 288:1,5 | 275:9 | 317:5,13 |
| 277:7 | 43:25 44:7 | 289:7,9,13 | 277:19 | 318:3,13 |
| **makeup** 34:24 | 64:3 78:1 | 291:21,23 | 280:8 | 319:2,3 |
| 50:6,7 | **manipula...** | 292:7 | 283:12 | 320:20 |
| 80:14 | 122:2 | 296:15 | 284:7 | 321:2,4,7 |
| 156:18 | **manmade** | **marked** 12:13 | 286:4 | 321:9,13 |
| **making** 15:7 | 198:2 | 17:20 25:3 | 294:6 | 321:14,15 |
| 15:14,16 | 211:23 | 25:4 31:1 | 298:18 | 321:17,17 |
| 67:24 91:4 | 212:2 | 31:3 37:21 | 304:24 | 321:18,20 |
| 143:23 | **mantra** 80:3 | 43:9 83:25 | 307:15 | 321:21,25 |
| 144:2,4 | **manufact...** | 96:9,10 | 323:20,23 | 321:25 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 322:10,15 | 224:21 | **measured** | 235:22 | 230:14,19 |
| 355:7 | 225:1,6 | 80:12 | 236:10 | 231:17 |
| **match** 41:23 | 237:6,12 | 333:21 | 238:5,7,10 | 244:17 |
| 41:24 | 239:2,6 | 355:19 | 238:24 | 284:3,20 |
| **material** | 265:21 | **measures** | 239:5,22 | 293:5 |
| 314:15 | 266:2 | 164:22 | 241:7,13 | 316:6,10 |
| 318:1 | 269:23 | 165:19 | 241:15,19 | 316:24 |
| **Matt** 264:14 | 287:12 | 166:20 | 241:24 | 332:23 |
| 264:21 | 292:2,6 | 168:17 | 269:17 | 335:24 |
| **matter** 1:15 | 295:16 | 177:6 | 270:1,12 | 353:2 |
| 9:6 55:14 | 296:21 | 261:25 | 270:16,23 | **medication** |
| 150:21 | 300:2 | 262:14,14 | 274:10,17 | 225:3,9 |
| **matters** | 305:20 | **Med** 179:22 | 274:18,22 | **medicine** |
| 270:12 | 311:24 | **media** 33:15 | 275:5 | 6:12 7:7 |
| 333:6 | 315:3,6 | 78:11,12 | 280:2,5 | 17:7 31:6 |
| 347:3 | 335:5 | 79:1,14 | 281:18,25 | 55:19 56:1 |
| **mean** 23:19 | 337:4 | 98:8,10,15 | 282:5 | 56:16,21 |
| 24:23 40:3 | 338:2,7 | 98:17,22 | 290:8 | 56:22 60:3 |
| 40:9,22 | 349:4 | 99:3,6,12 | 297:13,15 | 60:23 61:3 |
| 42:19 61:4 | 351:7,19 | 99:14,21 | 301:6,11 | 62:13 66:9 |
| 67:16 | 355:18 | 99:24 | 301:18 | 71:16 |
| 85:21 | **meaningful** | 100:6,19 | 302:18,24 | 179:11,11 |
| 86:12 87:2 | 120:16 | 100:25 | 303:2 | 179:15 |
| 91:9 101:1 | 124:23 | 101:3,6 | 304:15 | 183:23 |
| 101:4 | **means** 40:2,5 | 102:6,15 | 307:8 | 184:2 |
| 103:11,25 | 68:21 | 102:18 | 311:23 | 186:6,20 |
| 104:22 | 70:21 | 103:10,12 | 312:3,8,11 | 186:25 |
| 108:15,16 | 108:23 | 103:13,16 | 312:18 | 189:4,12 |
| 113:24,24 | 116:1,2 | 104:19,20 | 333:4 | 191:3 |
| 122:9 | 127:13 | 105:17,19 | 334:7 | 192:14 |
| 145:5 | 136:20 | 105:25 | 335:12 | 193:8 |
| 153:10 | 155:20 | 106:13,13 | 338:12,16 | 195:3,20 |
| 155:8,23 | 160:5 | 106:19 | 340:14 | 201:6 |
| 162:20 | 169:16 | 107:6 | 344:12,18 | 203:5,8 |
| 171:17 | 236:8,11 | 110:20,25 | 345:5 | 291:3 |
| 172:22 | 259:2 | 111:4 | 346:9,10 | **meet** 138:4 |
| 174:25 | 300:11 | 142:10 | 355:12 | 173:25 |
| 175:7,21 | 304:6 | 150:15,19 | 356:7,12 | **meeting** 21:1 |
| 177:7 | 348:10,13 | 151:3,21 | 356:16,19 | 21:3,7,11 |
| 180:18 | **meant** 58:11 | 152:8 | 357:19 | 32:23 39:2 |
| 188:22 | 74:5 88:17 | 185:3 | 358:1 | 39:6 113:4 |
| 189:25 | 88:23 | 186:5,8,9 | 359:1 | 113:5 |
| 190:23 | 165:10 | 186:12,16 | **medical** | 114:5 |
| 192:9,20 | 189:18 | 197:25 | 10:15,17 | 147:18,23 |
| 192:21 | 192:15 | 208:2,11 | 75:14 | 148:23,24 |
| 195:7 | 193:11 | 209:2 | 175:5 | 149:5,6,10 |
| 200:25 | 258:17,18 | 210:5,7 | 217:1 | 149:11,19 |
| 223:14 | 259:3 | 213:9,14 | 229:22 | 175:3 |
| 224:16,19 | 260:1 | 213:15 | 230:7,12 | 255:14 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 256:5,9 | 124:11 | **Meta** 7:15 | 257:10 | 95:23 |
| 267:22 | 146:20 | 8:9 210:15 | **Miller** 202:4 | 109:19 |
| 321:2 | 149:10 | 210:22 | 202:15 | 137:13 |
| 335:19 | 166:6 | 211:18,24 | **million** | 179:3 |
| 336:6,22 | 180:15 | 212:7,9,10 | 170:2 | 189:24 |
| **meetings** | 184:14,19 | 286:8,10 | 235:5 | 196:14 |
| 32:18 34:1 | 195:14 | 286:13 | 236:2,7,8 | 256:25 |
| 45:17 | 216:20 | 288:12,13 | 236:10,19 | 286:17 |
| 87:19 | 240:1 | 288:25 | 276:24 | 302:20 |
| 148:1 | 260:25 | 290:1 | **millions** | 310:6 |
| 149:15 | 281:16,17 | **Meta's** 286:7 | 177:10,18 | 325:5 |
| 292:5 | 288:5 | **meta-ana...** | 256:16 | **mischara...** |
| **member** 38:2 | 324:24 | 245:8 | **mind** 103:3 | 114:24 |
| 38:6 197:8 | 329:3 | 248:8 | 104:2 | **misguided** |
| 197:24 | 332:19 | **metaanal...** | 151:8 | 297:7 |
| 205:11 | 338:5 | 243:25 | 156:1 | **misinfor...** |
| 265:13,14 | 340:16 | 244:5,7 | 157:17 | 103:19 |
| 308:15,17 | 351:25 | **methods** | 184:16 | 104:4,10 |
| **members** | 352:14 | 168:7,9,10 | 232:5 | 104:11,15 |
| 31:19 | **mentioning** | **mice** 115:13 | 259:8 | 150:10,14 |
| 133:22 | 302:7 | 115:24 | **mine** 21:14 | 150:18 |
| 197:6 | 328:24 | 116:3,11 | 93:18 | 151:2,6,13 |
| **memory** 29:22 | **mentions** | 117:14 | 206:24 | 151:22 |
| 126:2 | 19:10 | **Michael** | 288:4 | 188:10 |
| 130:4 | 50:22 | 252:8 | 335:13 | 193:16 |
| 132:8 | 242:9 | **Michelle** | **minimal** | 194:5,7,8 |
| 141:16 | **merely** 11:24 | 296:2 | 180:16 | 194:19,23 |
| 209:1 | 138:3 | **microbes** | **mining** 49:16 | 210:17,24 |
| 338:4 | **merging** | 144:12 | 50:3 | 217:7,15 |
| 341:19,21 | 114:22 | **microbio...** | **minister** | 229:25 |
| **memory-wise** | **MERS** 25:20 | 70:15 | 75:17 | 235:15 |
| 138:23 | **message** 49:8 | 72:19 | **Minor** 291:17 | 236:4 |
| **mention** | 177:12 | 133:23 | 291:18 | 283:25 |
| 50:22 | 337:9 | **mid** 35:9 | **minute** 23:25 | 284:4,21 |
| 78:20 | 359:6 | **mid-March** | 61:13 | 286:7 |
| 104:3,20 | **met** 20:16,18 | 22:17 | 92:23 | 288:11,15 |
| 113:11 | 20:25 21:4 | **middle** 105:4 | 125:1 | 288:16,18 |
| 124:18 | 32:17,17 | 176:7 | 245:19 | 312:12 |
| 162:23 | 32:25 | 211:9 | 257:13 | 325:1,9,13 |
| 285:13 | 33:22 | 283:21 | **minutes** | 326:10,11 |
| 290:7 | 147:18,21 | 311:13 | 61:13 70:6 | 326:16 |
| 340:20 | 173:20,21 | 347:16,23 | 92:14 | 327:17 |
| **mentioned** | 173:23 | 347:25 | 253:4 | 336:24 |
| 40:10 42:8 | 174:1,4 | **midnight** | 269:5 | 338:3,11 |
| 57:12 70:8 | 175:10 | 60:6,6 | **mis** 339:5 | 338:14,15 |
| 70:25 | 255:11 | **Mike** 50:24 | **Mischara...** | 338:16,18 |
| 77:23 | 292:4 | 51:7,8 | 26:7 36:19 | 338:22 |
| 118:23 | 296:15 | 92:3,6 | 49:25 57:4 | 339:1 |
| 121:22 | 346:24 | 93:12 | 65:15 | 340:16 |

DR. ANTHONY FAUCI 11/23/2022

345:5,8,12
345:23
346:1,5
347:5
357:17,20
358:23
359:9
**misleading**
16:4,10
54:4 301:3
301:7
302:17
305:25
**misquote**
278:19
342:18
**mission**
163:13,19
**Missouri** 1:5
2:4,8,10
3:16 9:7
9:18 361:7
362:2
**mistaken**
43:6 44:16
202:5
228:5
**MIT** 132:19
**Mitchell**
229:7
233:6,13
234:16
**mitigate**
358:18,20
**Mm-hmm**
180:12
**MO** 361:18
**modality**
315:20
**mode** 77:22
**models** 23:12
**moderation**
241:15
**modest**
353:21,22
354:4,16
**modesty** 46:7
**modulating**
290:5

**molecular**
34:23
80:14
81:12,25
82:24
133:9
135:25
156:18
157:7
160:8
**molecularly**
157:1,21
**moment** 68:16
124:17
149:11
157:21
211:15
252:19
**moments**
269:5
**momentum**
188:16
**Monday** 234:4
271:22
**money** 177:20
177:23
178:1
**monitor**
106:14
338:23
**Monroe** 1:3
9:11
**month** 140:15
**months** 32:5
32:8
225:16
315:19
335:3,19
336:12
**moratorium**
29:16 71:8
**Morens**
204:18,20
204:21
**morning** 7:19
10:8 58:3
58:14
65:13,21
65:22,25

66:16,19
66:20
68:14
226:13
227:8
233:5,15
234:16
261:12
347:2
**motivated**
321:8
**motivation**
261:18,19
**mouth** 69:19
**move** 60:21
106:19
107:11
210:2
307:12
**moving** 105:3
111:20
125:25
126:15
**MSNBC's**
229:6
**multi-th...**
308:2
**multiawa...**
213:4
**multiple**
18:25 24:8
122:22
175:17
198:23,23
205:6
239:21
280:4
321:1
334:2
345:8
349:14
356:15
357:9
**Munster**
40:14
**mutations**
162:13
198:16
200:7

**mutual** 77:19
**muzzled**
335:10

———————
**N**
———————
**N** 6:1,1 9:1
361:17
**Nabel** 15:7
136:9
**name** 9:14
10:9,10
13:18
20:11
30:22
33:19,20
54:22 92:8
92:10
108:7,9,12
132:18
133:10
134:13,24
135:2,2,14
135:23
136:5
160:24
197:21
205:20
231:6,7,10
263:16
291:19
293:7,10
300:5,22
301:15
303:11
305:8
310:10
315:8
324:21
328:22
362:1,2
363:11
**named** 212:24
290:22
291:18
**names** 33:10
33:19
75:23
86:15,15
131:19,24

131:25
132:13,14
133:3,19
133:21,24
134:21
135:11
136:8
160:25
251:22
292:17
296:1
298:13
**national**
1:18 4:16
10:13,14
28:6,13
30:2 65:9
65:11
142:12
188:12
190:17
191:13
**natural** 78:2
81:15 82:1
83:1
107:23
155:25
156:10
189:7
190:1
285:2,11
**naturally**
183:18
**nature** 6:12
7:7 31:6
35:11
55:19 56:1
56:16,20
56:22
59:15 60:3
60:23 61:3
62:13 64:1
66:9 71:15
77:13
80:17
168:3
179:11,11
179:14
183:23

184:2
186:6,20
186:25
189:4,12
191:3
192:14
193:8
195:3,20
201:5
203:5,7
297:15
NBC 277:24
281:1
NbcloUbv...
254:21
near 34:14
125:3
nearly 332:2
necessarily
39:15
121:3
162:12
194:9
237:7
256:19
297:14
necessary
28:13 30:1
47:20
102:23
343:22
363:9
need 27:24
41:18
60:18
68:24
69:17 78:4
78:6 109:1
111:20
117:22
125:23
126:14
150:24
207:7
316:20
317:9
326:23
349:15
needed 17:9

17:17 28:5
80:19
95:14
123:20
244:13
316:6
321:6,10
needing
349:8
needs 79:16
130:10
156:17
257:16
348:23
negative
219:24
230:6
245:14
neither
360:10
neutral
101:13
103:4
113:8
never 99:8
108:21
122:18
173:20
174:4
225:12
242:2,3
259:7
284:18
290:6
296:3
312:4
316:16
327:15
335:3
340:1,7,12
new 3:4 4:13
4:13 8:19
27:18 34:6
34:9 40:23
144:12
169:5
182:20
183:12,16
265:12

268:2
282:3
293:6
296:14
318:17,17
344:3,21
news 7:9
185:20
233:17
234:3
277:24
News's 240:6
Newt 141:17
141:20
143:1,3,19
143:24
144:23
145:19
next-to-...
191:1
NIAID 9:12
10:24,25
18:18
19:25 20:5
20:5 21:22
22:6,13
29:14
31:20
32:14,21
36:8 38:19
40:15 41:1
67:15,21
72:17,19
122:7
152:8
156:13
186:14
204:22
205:16,22
207:20,21
215:21,25
216:2,9,17
238:6
265:3
268:16
300:11
307:20,25
308:1
309:9

324:16,22
327:9
NIAID's
163:12
NIAID.gov
142:15
nice 172:21
Nicole 305:4
305:6
nightmare
153:25
154:16,21
155:15,19
156:14
161:16
NIH 4:21 7:3
7:8 16:6
17:5 18:5
66:16 70:1
70:14 75:6
91:5 121:4
122:8,13
134:5
139:9
149:17
157:5,14
157:20
162:21
163:11
164:18
182:6,11
184:12
186:2
188:14
206:8,18
231:10
247:5
271:25
291:2,7
292:20
299:23
300:1,6,10
300:18
303:7
305:22
306:21
307:8,25
331:19
332:6,18

333:11
NIH.gov
142:15
305:11,21
332:4
nine 86:1
91:18
ninth 64:22
64:23
235:21
Nobel 134:4
252:11
257:9
nodding
11:24
nonhuman
39:24
nonrespo...
134:12
145:3
nonsense
277:10,12
277:14
278:4,12
278:14,24
355:21
nope 101:22
normal 353:9
353:9
354:6,6
normally
243:16
norms 37:8
North 2:20
32:13,20
Northwest
3:5 4:2
361:5
notarized
361:16
notary 1:17
10:4
360:20
361:14
363:23
note 206:21
206:25
noted 199:21
notice 1:16

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| noticed | numbers | 125:15 | 236:6 | 310:25 |
| 178:7 | 41:23 | 129:12,15 | 237:22 | 311:5 |
| notifies | 53:18 | 137:12 | 239:17 | 312:16 |
| 331:3 | 273:3 | 138:17 | 240:23 | 313:16,25 |
| notify 95:14 | 274:5 | 143:10,25 | 242:24 | 314:21 |
| noting 209:1 | 297:21 | 146:10,17 | 243:11 | 318:7,22 |
| novel 183:18 | | 149:8 | 244:20 | 319:4,12 |
| November | O | 152:11,23 | 246:2,14 | 322:22 |
| 1:12,20 | O 6:1 9:1 | 154:5,22 | 246:18 | 325:4,14 |
| 9:3 294:10 | oath 9:25 | 158:4 | 249:20 | 326:2 |
| 294:11,12 | object 12:20 | 159:10,20 | 250:22 | 327:5,18 |
| 294:13 | 13:6 49:10 | 161:17 | 251:19 | 329:18,23 |
| 359:19 | 54:4 | 162:6 | 253:20 | 331:21 |
| 361:3,10 | 114:23 | 163:25 | 254:8 | 332:9 |
| 362:3 | 192:6,16 | 164:13 | 255:24 | 333:8 |
| NtP9J7iH... | 192:21,25 | 166:12 | 256:24 | 334:11 |
| 254:20 | 193:2,12 | 167:8 | 257:20 | 336:25 |
| number 9:8 | 199:6,7 | 168:19 | 259:5,24 | 337:24 |
| 17:4,7 | 211:14 | 169:23 | 260:23 | 345:19 |
| 23:4 30:16 | objected | 172:15 | 261:13 | 347:6 |
| 41:5,14,16 | 97:11 | 174:21 | 262:3 | 348:16 |
| 41:19 | objection | 178:15 | 266:11 | 352:7 |
| 52:22 | 12:16 | 179:2 | 268:24 | 353:17 |
| 64:24 | 18:20 | 182:8 | 269:19 | 355:16 |
| 101:1 | 19:18 22:7 | 184:4 | 270:17 | 356:10 |
| 113:24 | 23:17 24:4 | 186:22 | 272:8 | 358:11 |
| 116:8 | 24:17 25:8 | 187:18 | 273:5,13 | observat... |
| 130:24 | 25:12 26:6 | 189:23 | 273:21 | 219:11 |
| 136:21 | 29:18 30:5 | 193:18 | 274:12,23 | 244:19 |
| 140:6 | 35:21 | 195:4 | 280:14 | observat... |
| 144:14 | 36:18 | 196:13 | 281:2,11 | 113:25 |
| 157:25 | 41:11 46:4 | 197:2,13 | 282:12 | obtained |
| 178:8 | 48:6 49:24 | 199:9 | 283:3 | 28:3 |
| 185:7 | 57:3 62:7 | 200:12 | 285:8,19 | obvious |
| 194:22 | 63:3 65:14 | 205:3,25 | 286:16 | 88:10,15 |
| 207:11 | 71:9 78:14 | 206:14 | 289:2 | 95:16 |
| 216:4 | 79:9 82:7 | 207:18 | 291:25 | 132:16 |
| 219:23 | 86:9,25 | 208:4,18 | 293:14 | 139:16 |
| 223:16 | 88:12 89:7 | 210:18 | 296:25 | obviously |
| 228:21 | 92:25 | 213:24 | 297:24 | 27:9 62:22 |
| 231:4 | 95:22 99:4 | 214:19 | 298:9 | 74:2 85:22 |
| 236:17,24 | 108:18 | 221:17 | 301:8,20 | 88:7,7 |
| 248:17 | 109:18 | 223:3,22 | 302:19 | 91:9 |
| 294:3 | 111:25 | 224:13 | 303:14 | 175:22 |
| 297:18 | 112:23 | 225:22 | 304:17 | 223:19 |
| 298:1,2 | 113:16 | 229:14 | 305:14 | 303:8 |
| 304:2 | 114:21 | 233:7 | 306:5 | 308:1 |
| 316:6,8 | 116:20 | 234:12,17 | 308:24 | 329:6 |
| 331:8 | 118:13,21 | 235:13,17 | 310:5,19 | occasions |

| | | | | |
|---|---|---|---|---|
| 46:1 | 295:21 | 69:21 72:4 | 205:7,11 | 333:23 |
| **occur** 34:1 | 300:10 | 76:20,24 | 242:2 | 356:18 |
| 77:5 149:5 | 327:8 | 84:15 | **one-on-one** | **opinions** |
| 220:7 | 361:17 | 87:15 | 147:23 | 52:8 320:7 |
| 303:12 | **officer** | 91:24 | **one-sent...** | 333:1 |
| 316:14 | 42:16 | 92:12 | 98:3 | 334:3 |
| **occurred** | 75:16 | 93:24 94:7 | **ones** 128:23 | 355:5,14 |
| 77:2 142:5 | 360:4 | 98:20 | 151:6 | 356:7,14 |
| 182:14 | **offices** 1:18 | 104:7 | 207:5,7 | 356:20 |
| 232:2 | **official** | 105:3 | 247:23 | **opportunity** |
| 253:2 | 66:23 | 110:17 | 297:13 | 14:9 43:12 |
| 343:23 | 148:19 | 123:25 | **online** 179:1 | 48:11 53:8 |
| **occurrence** | 239:4 | 130:10,11 | 179:7 | 69:11 73:3 |
| 83:1 | 271:21 | 140:19 | 180:11 | 97:13 |
| 155:25 | 303:9,23 | 147:22 | 202:24 | 112:1 |
| 156:8,10 | 328:16 | 148:10 | 222:2 | 115:16 |
| 189:8 | **officially** | 150:2 | 259:18 | 164:1 |
| **October** | 10:21 | 163:17 | 260:4,4,7 | 176:14 |
| 250:20 | **officials** | 173:6 | 283:15 | 183:4 |
| 251:4 | 108:9 | 179:8 | 286:7 | 187:21 |
| 253:19 | 167:3,5,7 | 185:7 | 296:23 | 197:14 |
| 254:5,9,11 | 277:8 | 201:14 | 297:4,4 | 271:15 |
| 254:13 | 342:22 | 210:2 | 344:15 | 306:7 |
| 263:12 | **oh** 53:17,18 | 211:2,10 | **op-ed** 13:14 | 353:18 |
| 269:13 | 81:8 100:2 | 222:3 | 14:4 24:1 | **opposed** |
| 271:6 | 101:22 | 234:1 | **open** 64:7 | 11:20 |
| 275:12,20 | 155:13 | 237:14 | 103:3 | 75:19 |
| 277:25 | 178:24 | 240:14 | 104:2 | 77:13 |
| 282:25 | 181:25 | 251:6 | 126:11,16 | 191:17 |
| 283:24 | 185:15 | 252:6 | 137:25 | 357:12 |
| 284:4 | 206:11 | 253:8 | 138:1 | **opposite** |
| 285:17 | 212:19 | 259:17 | 156:1 | 53:19 |
| 323:25 | 231:12 | 277:16 | 157:17 | **oranges** |
| 324:2 | 242:7 | 284:15 | 232:5 | 157:15 |
| 325:25 | 247:14 | 286:12 | 357:8 | **order** 16:18 |
| **offer** 177:17 | 284:12,17 | 288:13 | **openly** | 54:3 |
| 178:2 | 317:4 | 301:17 | 126:17 | 102:24 |
| **offered** | 343:24 | 306:16 | 358:6 | 170:2 |
| 254:7,12 | 346:19 | 308:22 | **opinion** | **ordinary** |
| **offhand** | 347:25 | 326:21 | 77:20 | 37:14 |
| 279:9 | **okay** 12:7 | 328:7 | 151:19 | **organiza...** |
| **office** 2:8 | 26:22,25 | 330:8 | 168:25 | 76:15 95:7 |
| 3:15 4:19 | 39:19 | 339:3 | 223:12,15 | 95:9,18 |
| 9:19 17:5 | 43:15 | 354:22 | 225:9 | 96:23 |
| 29:1 38:3 | 47:13 | 359:17 | 236:14 | 107:23 |
| 38:4,10,15 | 50:19 | **once** 11:6 | 245:3 | **organiza...** |
| 38:16 | 51:10 68:3 | 20:16 | 297:15 | 17:4 |
| 225:7 | 68:9,18 | 185:11 | 312:6 | 239:22 |
| 270:2 | 69:1,7,19 | 204:15 | 318:16 | 332:17 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| organized | 196:18 | 337:16 | 70:22 | 142:16 |
| 129:20 | 213:9 | outweigh | page 6:7 | 144:21 |
| 161:8 | 355:9 | 221:6 | 14:2,3 | 148:18 |
| 164:12 | OSTP 17:6 | overrun | 19:9 21:21 | 161:23 |
| 165:11 | other's | 169:12 | 22:23,24 | 163:22 |
| 166:2,6 | 77:19 | oversee | 23:1 25:24 | 164:4,18 |
| organizing | outbreak | 186:15 | 47:25 48:1 | 165:13 |
| 129:10 | 15:12 | oversight | 48:14 49:1 | 173:2 |
| origin 43:18 | 31:25 32:5 | 16:8 17:9 | 49:15 | 176:2,6,8 |
| 99:3 111:8 | 34:5,6,14 | 17:11,17 | 50:14 | 176:11,12 |
| 147:6 | 34:15 | overview | 52:21 53:5 | 179:5 |
| 156:1,5 | 42:20 | 120:22 | 53:12,14 | 180:2 |
| 159:3 | 49:17 50:4 | 121:10 | 53:25 54:1 | 182:15,16 |
| 171:2 | 79:16 | overwhel... | 54:15,20 | 182:25 |
| 178:22,25 | 154:13 | 227:9 | 61:10 | 185:21 |
| 179:23 | 155:2 | 230:6,12 | 64:22,23 | 190:10 |
| 201:24 | 156:5 | 230:18 | 68:6 72:20 | 192:2 |
| 203:3 | 164:21 | 277:7 | 72:20,24 | 197:17,24 |
| original | 165:15,20 | overwhel... | 74:18,19 | 201:20 |
| 36:5 | 166:7,10 | 145:11 | 84:4,15,16 | 210:25 |
| 179:13 | 175:20,24 | 257:3 | 86:1 89:18 | 211:2,8,21 |
| 202:24 | 190:7 | 298:5 | 89:20,24 | 218:9,16 |
| 203:9 | 315:11 | 343:11 | 90:3,11 | 218:25,25 |
| 361:10 | outcome | Oxford | 91:16,19 | 219:9 |
| originate | 360:16 | 267:22 | 94:20 97:9 | 221:23 |
| 134:13 | Outlook | | 97:9,10,20 | 226:20,21 |
| originated | 148:19 | P | 101:10,16 | 226:23 |
| 34:16 | outrageous | P 9:1 | 101:21,25 | 227:8 |
| 35:11 | 182:20 | P-I-Z-Z-O | 104:24 | 229:5 |
| 77:12 79:2 | 183:12 | 290:23 | 105:1,3,4 | 232:22 |
| 194:1 | Outreach | p.m 66:21,24 | 110:9 | 233:1,23 |
| origins 89:5 | 38:12 | 67:2,3 | 111:14 | 234:1 |
| 98:23 | outs 357:25 | 148:22 | 112:12,13 | 235:3 |
| 100:8,9 | outside | 161:8 | 115:4,11 | 237:12 |
| 102:15 | 12:18,21 | 170:22 | 120:2,21 | 239:8,10 |
| 103:3,16 | 16:5 17:5 | 188:3 | 123:3 | 240:11,12 |
| 103:23 | 17:8,15 | 203:18,21 | 124:16,25 | 240:13 |
| 104:1 | 25:15 | 219:4,6 | 125:1,3,5 | 242:18 |
| 109:17 | 89:15 | 253:9,11 | 125:9,21 | 243:4 |
| 110:20 | 124:24 | 253:19 | 125:21 | 245:8 |
| 111:1 | 177:20 | 275:12 | 126:20 | 249:11,17 |
| 129:14 | 216:17 | 312:25 | 127:16 | 249:22 |
| 137:19 | 290:17,20 | 313:3 | 128:9,12 | 251:2 |
| 140:16,21 | 316:9 | 354:23 | 130:13,15 | 252:6 |
| 147:2,10 | 321:16 | 355:1 | 130:16 | 264:24 |
| 147:14 | outward | 359:19,22 | 132:3,23 | 267:9 |
| 170:18 | 99:18 | P3 70:20 | 135:15 | 271:13,20 |
| 184:3 | 337:22 | 72:14 | 136:11 | 272:19,22 |
| 188:20 | outwards | P3CO 17:10 | 142:8,9,14 | 278:7 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 280:16 | **panel** 231:11 | **paragraph** | **parentheses** | 199:19 |
| 283:19,20 | 231:11 | 14:1,3 | 39:21 | 226:18 |
| 283:24 | 247:24 | 15:10 | 332:4 | 313:21 |
| 284:24 | 333:23 | 22:25 | **parody** | 339:22 |
| 288:9,14 | **panels** 232:9 | 26:21 39:9 | 310:18,22 | **particul...** |
| 298:21 | **paper** 15:6 | 39:18 | 310:24 | 39:4 57:23 |
| 299:25 | 20:9 22:20 | 50:19 52:4 | 311:1 | 314:18 |
| 303:9 | 29:4,7 | 98:2,3 | **part** 16:24 | 317:9 |
| 305:2 | 59:7 60:3 | 125:8 | 22:16 50:8 | 345:9 |
| 306:22,25 | 60:23 61:8 | 161:24 | 51:12,25 | **parties** |
| 307:1,19 | 61:8 68:18 | 163:18,23 | 56:9 72:23 | 360:12,15 |
| 308:4 | 69:23 71:6 | 164:5 | 74:6 80:11 | **partly** |
| 309:14,16 | 71:16 | 176:19 | 104:22 | 156:13 |
| 311:13 | 112:21 | 177:1,9 | 135:12 | **pass** 204:15 |
| 324:13 | 114:4,12 | 180:2 | 188:24 | 314:14 |
| 325:3,19 | 119:5,11 | 183:2,7,8 | 194:21 | 317:25 |
| 325:19 | 119:13 | 183:21 | 212:13 | **passage** |
| 328:5,8 | 120:11 | 188:13 | 244:13 | 115:13,23 |
| 329:11 | 124:2 | 189:3 | 299:6 | 116:2,3,11 |
| 330:18 | 142:11 | 191:1 | 320:18 | 117:13 |
| 337:7 | 160:5,14 | 218:12,21 | 321:8 | **passed** 212:6 |
| 341:13 | 161:2 | 222:14 | 324:21 | **pasted** |
| 347:16,16 | 162:10,24 | 229:5 | 336:9 | 264:13 |
| 347:24 | 170:18 | 235:4,4 | **particip...** | 347:23,25 |
| 353:6 | 171:3,12 | 237:17 | 74:20,22 | 347:25 |
| 361:11,14 | 171:22,25 | 239:9 | 77:9 79:24 | **pasting** |
| 361:17 | 172:3,7,12 | 240:4,8,15 | 92:24 | 264:2 |
| 362:5,9,13 | 172:20,22 | 245:12 | 93:11 | **pathogens** |
| 362:17,21 | 179:12 | 250:6 | 97:24 | 17:11 |
| **pages** 53:25 | 180:21 | 267:11 | 244:18 | **patient** |
| 64:22,23 | 195:7 | 271:12,19 | **participate** | 163:19 |
| 86:1 89:18 | 197:4 | 272:24 | 75:3 | 224:11,24 |
| 90:11,15 | 200:17,21 | 273:10 | **particip...** | 225:12 |
| 91:17 93:8 | 201:1,2,6 | 278:8 | 113:22 | **patients** |
| 93:19 94:7 | 201:7,24 | 305:23 | 197:11,21 | 222:11,18 |
| 101:11 | 202:1,12 | 325:3 | **particular** | 224:6 |
| 104:25 | 202:19,24 | 335:14 | 15:6 20:7 | 237:2,3,8 |
| 237:9,11 | 203:2,5,8 | 342:20 | 46:3 56:12 | **Patrick** 47:1 |
| **paid** 213:16 | 203:14 | 347:20 | 56:14 60:7 | 75:11,13 |
| 241:5 | 216:23 | **paragraphs** | 62:6 | 75:13 |
| 281:22 | 223:9 | 41:1 | 104:19 | 84:24 85:9 |
| 283:10 | 299:4 | **paraphrases** | 117:17 | 85:13,19 |
| **pandemic** | **papers** 98:5 | 285:6 | 119:14 | 92:3 93:11 |
| 15:9 17:10 | 98:7 159:6 | **Pardis** 132:6 | 139:5 | **pattern** |
| 34:4 | 160:23 | 132:7,18 | 141:25 | 353:11 |
| 182:21 | 202:8,21 | 132:21 | 144:14 | **pause** 16:16 |
| 183:13 | 202:22 | 135:15,17 | 153:20 | 17:2,4 |
| 293:19 | 215:6 | 135:21 | 188:13 | 25:20 26:1 |
| 313:15,19 | 223:13 | 136:1 | 195:23 | 26:4 27:17 |

**DR. ANTHONY FAUCI 11/23/2022**

27:20 28:2
28:7,23
29:14 47:5
69:25
71:17
83:12
199:23
200:4,8
225:4
**paused** 28:10
92:23
**pauses**
200:14
**pausing** 27:3
**Paxlovid**
354:2
**pay** 210:8
213:15
235:19
238:18
239:22
240:3
241:8,12
241:23
280:7
281:17,24
301:10
335:11
**paying**
256:14
**PDF** 120:8
**pediatric**
291:1
**peer** 18:25
246:1,6
**peer-rev...**
159:7
179:14,25
191:7,9
195:8
203:9
215:17
**penalty**
363:12
**Pence** 197:5
202:16
**pending** 9:9
75:9
**Pennsylv...**

352:25
353:4
**people** 21:7
21:9 30:17
30:17
38:13 40:3
40:8,17
42:14 43:1
45:18 46:8
46:23,24
47:1,3
58:10
63:14,25
64:6,7,18
74:3 75:1
77:17,18
78:11,25
81:18 82:6
82:17
87:22,23
88:2,21
89:14
92:10,13
95:15,16
99:2,19,23
101:3,8
102:20,21
103:15,20
103:21
104:12
105:16
106:1,11
106:14
107:8
133:1,7,8
133:23,24
142:11,17
151:8,10
152:5
154:13
155:9,12
155:21
157:2,13
160:6
161:7
165:9
168:14
170:1,2
173:19,25

174:4
175:7
181:12
189:10
192:22
193:10
194:19
195:10
205:14,16
207:13
210:16,23
215:2
216:5,11
216:25
217:3,13
217:16,23
228:9
229:1,10
231:4
236:19,24
238:5,7
241:11,18
242:5
248:18,20
256:17
258:3
274:5
277:3
278:23
286:19
287:1
292:25
293:12,18
295:25
296:3,3,19
297:12,15
298:1,2,14
300:22
301:14
302:11
303:16
310:9,10
310:16
312:10
314:9,10
314:11
315:22
316:4,5,23
317:1

319:20
320:20
321:8,9
322:19,25
323:1,7
324:6,7
326:24
328:11
329:2
330:10,11
330:21
332:20,24
333:2
335:12
336:23
338:23,24
339:1
341:23
342:21
343:8,10
343:10,12
343:13
344:14,19
345:6,9,11
345:13
346:2,11
347:11
349:9,18
351:7
356:1,6,13
356:19
357:5
358:15,18
359:2
**people's**
281:9
302:22,23
357:13
**perceived**
225:20
227:21
**percent**
16:14 32:9
33:9 44:22
96:2 114:8
161:11
177:22
205:19
220:3,10

256:8
259:7
281:20
292:23
300:23
316:14
342:6
**perfect**
84:17,21
**perfectly**
126:13
207:20
**perform**
69:24
119:8
**performed**
215:16
**performing**
118:19
**period** 16:14
26:3 36:13
52:17 79:6
82:3,15
129:24
248:8
251:24
317:11
318:13
336:8
**peripher...**
255:18
**Periscope**
240:6,17
**perjury**
363:12
**permission**
326:24
**perplexed**
353:6
**person** 32:24
33:4,11,18
33:21,22
34:20
46:14,17
76:4 99:25
136:3
139:9,13
139:17
140:9

160:24
174:1,5
175:23
185:7
189:15,15
195:15
202:6,14
202:16
204:21
205:19
232:9
257:12
259:9
261:17
265:10,23
279:2
299:13
300:1
311:16
325:20
335:1
342:3
345:15
350:9,14
351:8
354:5
356:16
357:2
**personal**
55:9,13
178:10
309:9
313:18
321:21
**personally**
34:2 45:10
297:5
346:23
**persuadable**
337:17,23
**persuaded**
151:10
**Peter** 20:11
21:16
35:17 36:2
36:14 37:1
37:6 39:22
40:9 117:8
129:10,21

130:2
140:20,25
141:17
204:4,24
205:1
206:5
207:16,19
**Peter's** 41:2
**petitions**
298:14,16
**Pfizer**
351:11,14
351:15
**Phil** 290:22
291:1
**phone** 34:18
34:20
44:14
45:24
46:20 47:2
58:17,19
59:1,22
63:13,15
63:20
66:16,18
75:10 79:4
81:17
82:14 83:3
85:8,20
90:9,21
91:8 97:2
97:3 178:8
178:10
287:5
289:17,19
290:14
**photograph**
21:5,10
**phrase** 116:1
199:23
268:5
**physical**
320:12
**physically**
175:14,15
**physician**
104:15,17
225:2,9,12
228:4

237:2,5
261:21
334:1
357:1
**physicians**
229:20
230:14
231:13
248:1
277:8
**pick** 156:14
**picking** 75:2
**picture** 21:2
21:4
**piece** 20:8
29:4,7
197:4
216:22
264:3
268:9,17
269:9
299:4
**pieces** 22:20
217:6
**piped** 34:21
**pizzazz**
193:13
**Pizzo** 290:23
290:23
291:1
**place** 28:23
71:8,8
164:23
242:4
**placebo**
244:10
246:12,22
**placebo-...**
322:1
**placebo-...**
354:14
**placed** 42:5
**placeholder**
39:17
**placement**
306:2
**places** 218:2
**Plaintiff**
2:3,14

3:12 5:3,4
**plaintiffs**
1:6,15
2:24 6:3
9:20 10:3
10:6
**plan** 80:22
80:24 95:8
95:12,19
268:23
269:1
**planning**
184:17
**platform**
98:18
99:12,14
99:21
100:19,25
101:3
152:8
177:12,14
238:25
239:12
240:18
241:16
282:6
285:1
290:5
301:18
304:16
335:22
**platforms**
98:11,22
99:24
100:6
151:23
213:9
238:24
274:11
290:1,9
301:6
333:5
334:7
344:13
345:5
346:9
357:19,21
**play** 230:3
248:11

**player** 101:6
**Plaza** 4:11
**please** 9:16
9:25 10:8
20:20
26:24
47:16 53:6
54:6 74:16
87:13
94:13
97:12
100:23
123:13
124:6
127:17,18
128:1
132:14
172:1
183:7
185:5
201:25
209:14
231:8
237:10
247:13,14
300:15
315:25
339:12
359:6
361:9,12
361:16
**pleased**
354:3
**plop** 281:19
**podcast** 6:24
141:2,17
142:2,5,6
142:10,24
143:24
147:10
152:4
205:11,12
**podcasts**
101:2
141:10,11
141:23
142:6
146:21
175:18

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 359:2 | 27:3,6,19 | 15:9 29:3 | 234:4 | 226:3 |
| **podium** 201:3 | 211:25 | 29:4 44:6 | 241:19 | 228:8 |
| **point** 12:24 | 283:16 | 45:24 | 271:5 | 252:21 |
| 15:7,14,16 | 284:4,21 | 71:20 | 272:5 | 279:6 |
| 34:12 | 286:8 | 74:10 83:5 | 273:20 | **predate** |
| 42:10 | 288:11 | 116:6 | 275:14 | 175:19 |
| 67:23 | 333:6 | 131:16 | 279:14 | **prediction** |
| 110:18 | **politicians** | 147:25 | 280:25 | 15:12 |
| 114:10 | 102:4 | 153:16 | 335:18 | **predictions** |
| 121:1 | **Politico** | 157:18 | 337:11 | 23:5,10,11 |
| 130:20 | 7:17 218:5 | 162:20 | 347:17 | 23:12 |
| 131:2 | 221:15 | 176:1 | 356:6,19 | **predictive** |
| 135:10 | 222:7,10 | 177:25 | **posted** 43:19 | 23:12 |
| 136:13 | 222:13 | 178:4 | 100:6 | **predominant** |
| 137:6 | 225:17 | 209:24 | 182:12 | 76:14 |
| 144:24 | **poll** 230:13 | 220:20 | 225:18 | **predomin...** |
| 145:16 | 230:20 | 230:2 | 234:2 | 74:24,25 |
| 189:7 | **population** | 238:15 | 238:24 | 96:2 |
| 198:17 | 250:17 | 241:3 | 270:12,16 | **preference** |
| 200:8 | 285:3,14 | 244:24 | 349:9 | 12:17 |
| 209:1 | 342:7 | 262:25 | 357:21 | 86:20,24 |
| 211:22 | **populations** | 268:18 | **posting** | **premarking** |
| 236:17 | 250:14 | 277:2 | 348:7 | 37:20 |
| 284:25 | 274:7 | 279:23 | **potential** | **premise** |
| 299:6 | **portfolio** | 281:15 | 17:10 31:8 | 257:25 |
| 300:15,15 | 72:2 | 290:13,21 | 170:1 | 258:2,6 |
| 300:16 | **position** | 291:13,14 | 221:5 | 269:6,12 |
| 311:4 | 10:12 | 292:15,25 | 225:10 | 273:25 |
| 316:6,8 | 37:15 | 293:22 | **potentially** | 274:2 |
| 334:15 | 148:3 | 343:19 | 14:6,20,24 | 276:9,20 |
| 355:20 | 160:11 | 345:25 | 15:2,5,22 | 276:21,25 |
| **pointed** | 331:3 | 349:12 | 16:3 17:2 | 277:1,5 |
| 21:15 | **positions** | 352:16 | 51:15 89:6 | 278:22 |
| 243:14 | 358:6 | **possibly** | 321:4 | 295:1 |
| 283:8 | **positive** | 33:24 | **power** 126:9 | 297:9,16 |
| 355:19 | 166:8 | 40:14 44:5 | 137:24 | 355:20 |
| **pointing** | 219:25 | 44:24 56:1 | **practice** | **premises** |
| 243:5 | 246:9 | 56:2 163:5 | 37:14 | 257:17 |
| 260:3 | 247:19 | 198:2 | 331:23 | 258:21,25 |
| 299:7 | **possession** | 217:5,17 | **practiti...** | 259:10 |
| **points** 38:19 | 37:2 | 220:15 | 244:17 | **preparation** |
| 38:23 39:5 | **possibility** | 240:1 | **precautions** | 12:19,23 |
| 43:6 | 34:25 43:3 | 251:14 | 117:22 | 13:2 25:10 |
| 110:14 | 43:24 | 301:25 | **precise** | 25:15 |
| 131:18 | 67:10,15 | 304:12 | 42:10 | 171:12 |
| 137:5 | 71:6 80:20 | **post** 3:15 | 168:3 | **prepare** |
| **policies** | 80:23 | 8:3 13:15 | 234:25 | 38:23 |
| 241:18,20 | 106:6 | 13:19 | **precisely** | 102:24 |
| **policy** 17:6 | **possible** | 23:13 | 57:20 | 103:8 |

**DR. ANTHONY FAUCI  11/23/2022**

287:14
**prepared**
  98:5,7
  114:5
**preparing**
  184:8
**preponde...**
  247:4
  319:25
**preprint**
  81:23
  82:15,23
  159:2,5,7
  159:8,19
  170:19
  179:18,21
  180:1,9
  181:4,8,13
  181:14,20
  196:10
  203:9
**prescribe**
  224:6,9
**prescribes**
  225:9
**prescribing**
  225:2
**prescrip...**
  224:24
**PRESENT** 5:1
**presented**
  273:1
**president**
  10:16,18
  197:5,5,12
  197:12,25
  198:5,7
  202:16
  229:8
  291:23
  313:11
  344:11,17
**president's**
  202:5
**press** 5:2
  38:24
  172:3
  196:25
  197:19

198:23
199:15
200:3,5
201:8,24
202:5,13
202:14,15
204:11
217:24
218:3
229:9
230:7
232:18
234:5,8,9
234:21
240:7
295:3
359:5
**pressure**
  131:20
  137:7,9,15
  137:18
**pressuring**
  137:21
  138:3
**presume**
  349:1
**presympt...**
  316:17
**pretending**
  311:3
**pretenses**
  300:23
**pretty** 60:16
  206:7
  229:19
  279:3
  355:12
**prevail**
  193:8
**prevailing**
  227:9
**prevails**
  193:5
**prevalence**
  293:12
**prevaricate**
  109:7,11
**prevent**
  12:23

102:24
103:4
156:6
314:9
**preventing**
  317:6
  318:5
**prevention**
  15:12 35:8
**prevents**
  104:12
**previous**
  200:23
  204:12
  263:24
**previously**
  196:6
**primarily**
  288:19
**prime** 75:17
**Prince** 300:1
**principal**
  30:25
  54:25
  57:18
**principles**
  343:14
**printed** 18:4
**Printout**
  6:25 7:15
  8:7,8,9
**prior** 14:12
  26:15
  43:13
  48:22 53:9
  68:17
  97:14
  128:25
  160:14
  175:24
  176:15
  234:10,15
  255:22
  269:1
  315:19
  332:19
**priority**
  195:17
**privy** 284:21

**Prize** 134:4
  252:11
  257:9
**probably**
  11:9 12:4
  37:17
  39:23 51:4
  92:11
  119:12
  133:8
  143:8
  145:19
  159:15
  191:5,25
  198:23
  202:6,17
  202:18
  216:5
  240:2
  248:7
  261:19
  295:9
  300:9
  308:20
**problem**
  329:1
**proceed**
  286:10
**proceedings**
  1:21
**process** 26:1
  139:20
  220:17
**produced**
  24:10 84:4
  121:4
**product**
  12:20 13:6
  25:11
**production**
  321:17
**professor**
  291:5
**professors**
  267:19
**program**
  30:17,19
  42:16
  324:20

353:2
**project** 6:10
  18:7,13
  19:12,17
  20:1 22:6
  22:13
  125:14
**projects**
  30:3 79:3
**promote**
  195:12
**promoted**
  348:22
**promotes**
  285:10
**promoting**
  268:2
  321:25
**proof** 193:9
  218:1
**proofs** 172:7
**propagate**
  339:15
**propagated**
  194:9
  346:8
**propagates**
  217:11
**propagating**
  346:10
**proper** 47:19
  74:4 80:7
  134:15,16
  191:10
  315:8
  320:12,16
  320:17
  323:16
**properly**
  103:7
  230:4
**proponent**
  317:12,14
**proposal**
  255:10
  271:8
**propose**
  322:20
**proposed**

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 248:18 | 231:13 | 289:15 | 265:4 | 96:1 |
| 271:22 | 320:24 | 290:1 | **pull** 175:6 | 104:11 |
| **proposing** | 321:5 | 300:3 | 257:4 | 106:9,13 |
| 133:4 | **provides** | 333:5,16 | **pulled** | 128:5 |
| **pros** 81:10 | 134:16 | 334:6,8,10 | 135:21 | 131:19,24 |
| 358:4 | 161:25 | 337:17,23 | 136:7 | 131:25 |
| **prospects** | **providing** | 341:4 | 157:25 | 134:8 |
| 198:10 | 183:17 | 343:15 | 216:22 | 135:22 |
| **protect** 28:5 | **provost** | 345:24 | 220:13 | 136:4 |
| 28:13 | 352:25 | 346:6,13 | 240:22 | 139:7 |
| 248:19 | **proximal** | 357:2 | 242:22 | 141:20 |
| 258:3 | 159:3 | 360:20 | 274:5 | 142:13 |
| 274:6 | 170:18 | 361:14 | 328:14 | 164:22 |
| 277:3 | 178:22,25 | 363:23 | **pulling** | 171:20 |
| **protecting** | 184:3 | **publication** | 221:9 | 182:14 |
| 314:11 | 196:18 | 180:11 | 239:15 | 188:15 |
| 316:11 | 203:3 | **publicly** | **purchase** | 190:21 |
| **protection** | **Proximate** | 158:10 | 321:3 | 241:12,13 |
| 15:17 30:1 | 179:23 | 206:9 | **purports** | 245:1 |
| 250:8,17 | **PSA** 289:20 | 244:15 | 251:6 | 263:16 |
| 266:17 | **PSAs** 177:12 | **publish** | **purpose** 63:1 | 308:20 |
| 268:2,5 | 177:25 | 215:17 | 89:10 | 334:25 |
| 292:13,22 | 178:2 | **published** | 156:2,4 | 338:23 |
| 307:5 | 286:21 | 31:12,14 | **purposely** | 339:4,17 |
| **protective** | 287:1 | 82:16 | 162:2 | 340:20 |
| 321:21 | 289:14 | 124:3 | 180:6 | 345:1 |
| **proved** | **pseudo** | 129:20 | 181:10 | **putting** |
| 354:12 | 117:11 | 156:25 | **pursuant** | 114:25 |
| **proven** 221:4 | **public** 1:17 | 158:16 | 1:15 37:3 | 135:10 |
| 225:10 | 4:20 10:4 | 159:6 | 60:14 84:4 | 145:12 |
| 230:17 | 15:18 28:5 | 178:21,24 | **pursue** | 188:6 |
| 276:23 | 28:10,13 | 179:1,7,13 | 102:23 | 241:11 |
| **provide** | 30:2 40:12 | 179:17 | 151:11 | 277:11 |
| 17:23 | 40:25 | 182:6 | 194:23 | |
| 47:19 | 79:17 | 184:23 | **pursued** | **Q** |
| 122:15 | 140:16 | 187:2 | 79:16 | **qualific...** |
| 134:15,17 | 165:7 | 215:6 | 153:23 | 224:22 |
| 134:20 | 169:10 | 219:2,11 | 154:19 | **qualific...** |
| 171:12 | 177:6 | 222:2 | **pursuing** | 224:18 |
| 250:16 | 178:9 | 250:20,25 | 79:16 | 279:10 |
| 259:2 | 181:12 | 251:10 | 194:24 | **qualified** |
| 314:15 | 189:15 | 252:3 | **Pushing** | 44:10 |
| **provided** | 195:2 | 257:16 | 125:2,10 | 52:15 80:2 |
| 68:19 | 217:18,23 | 258:10 | **put** 16:16 | 89:13 |
| 132:22,23 | 218:2 | 265:1 | 17:4 22:16 | 121:23 |
| 332:7 | 265:11,24 | 290:11 | 25:17 | 122:4 |
| **provider** | 277:8 | 333:11 | 27:25 29:7 | 198:14 |
| 243:10 | 288:19,24 | **publishing** | 39:5 42:9 | 224:11,15 |
| **providers** | 289:4,8,10 | 184:2 | 71:8 81:22 | 224:16,20 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| qualifies | 183:9 | 43:14  47:8 | 272:25 | radiated |
| 339:18 | 185:12 | 47:21 | quote 7:1 | 337:16 |
| quantitate | 194:21 | 48:23 | 41:16  42:9 | radiating |
| 236:16 | 197:24 | 53:10 | 127:5 | 337:22 |
| quantitated | 198:11 | 68:17 | 136:14 | raise 12:24 |
| 297:25 | 200:25 | 82:20 | 144:8 | 35:10 |
| quantita... | 202:14 | 94:15,17 | 145:7 | 63:19  71:5 |
| 298:2 | 209:22 | 97:14 | 146:13 | 71:14 |
| quantity | 215:9 | 102:3 | 157:16 | raised 31:18 |
| 235:20 | 224:16 | 110:20 | 163:23 | 35:2  50:8 |
| question | 230:5 | 127:22 | 164:4,20 | 51:20  60:2 |
| 11:13,17 | 236:14 | 172:3 | 164:20 | 96:18 |
| 11:18,19 | 240:20 | 176:16 | 192:5 | 116:18 |
| 11:20 | 247:13 | 177:4 | 227:7 | 230:22 |
| 14:17 | 260:14 | 226:25 | 229:10 | 252:23 |
| 19:22,23 | 262:5,15 | 241:10 | 237:17 | raising |
| 20:24 | 267:19 | 287:2 | 260:20 | 34:13 |
| 22:10  25:9 | 269:11 | 289:21 | 271:24,25 | 52:11 |
| 26:25  27:2 | 270:14 | 314:5 | 273:15,19 | 98:20 |
| 35:23 | 275:1 | 329:25 | 278:4,4,18 | 102:14 |
| 36:24 | 281:6 | 330:25 | 285:1 | Ralph 32:12 |
| 41:22,24 | 282:3 | 359:14 | 342:5,5,15 | 32:15 |
| 47:9,11 | 284:10,10 | quick 52:16 | 344:18 | 39:22 |
| 49:13 | 288:7 | 176:18 | quoted | 40:10 |
| 58:25 | 292:16 | 257:16,19 | 271:13 | 42:17  56:9 |
| 60:25  62:1 | 294:17 | 258:9,12 | 281:1 | 147:15 |
| 62:1,19 | 306:15,16 | 325:23 | 290:18 | 148:24 |
| 69:21 | 310:23 | quickly 52:3 | quotes 143:3 | 149:6 |
| 83:10,11 | 312:14 | 60:16 | 146:7 | ran 45:25 |
| 115:12,12 | 315:10 | 106:20 | 218:13 | randomiz... |
| 116:10,10 | 330:16 | 107:10,11 | 229:6 | 246:22 |
| 116:15 | 332:19 | 107:13 | 275:22,25 | randomized |
| 119:17 | 334:14 | 239:11 | 276:3,8 | 244:10 |
| 127:24 | 335:21 | quiet 64:19 | 342:13 | 246:21 |
| 134:10,10 | 340:11 | quite 23:18 | | 248:10,10 |
| 134:17 | 345:16 | 30:11  64:7 | R | 322:1 |
| 136:24 | 350:11,20 | 81:14 | R 1:8  9:1,7 | 354:13 |
| 139:3,3 | 357:8 | 86:16 | 361:7 | range 118:24 |
| 140:17 | questioned | 107:19 | 362:2 | ranging |
| 147:13 | 155:9 | 168:13 | R-e-d-d-i-t | 175:2 |
| 153:8 | questioning | 174:14 | 282:8 | ranking |
| 156:17 | 76:18 | 180:18 | R-o-w-e | 108:9 |
| 158:3 | 148:7 | 218:14 | 293:2 | rapid 166:19 |
| 159:23 | questions | 219:18,20 | radar 42:6,9 | rarely 55:11 |
| 163:14 | 12:1,17 | 226:7 | 43:19 | re-tweeted |
| 174:24 | 14:13 | 230:9 | 60:10 | 229:8 |
| 175:6 | 20:21 | 278:12 | 71:25 | reach 96:5 |
| 176:18 | 26:11,15 | 348:8 | 281:19 | reached |
| 181:13 | 31:18 | quotation | 340:21 | 152:8 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 245:16 | 190:25 | 195:6,14 | 87:24 | 92:21 93:6 |
| **reaching** | 273:15 | 207:7 | 156:22 | 94:5,5 |
| 325:21 | 294:25 | 210:8 | 179:24 | 95:13 |
| **reaction** | 310:9 | 218:13 | **reasonably** | 96:15,16 |
| 166:8 | 325:10 | 219:18 | 83:7 | 96:19,25 |
| **read** 13:12 | 353:8 | 230:9,10 | 297:17 | 102:17 |
| 14:14 19:2 | 354:5 | 230:19 | **reasons** 16:5 | 112:5,7,9 |
| 28:1 31:16 | **real** 79:15 | 232:6 | 315:23,24 | 114:7 |
| 50:17 59:6 | 88:20 | 235:19 | 316:1 | 116:8,12 |
| 61:7 69:5 | 167:18 | 238:19 | 317:7 | 120:13 |
| 69:14,16 | 215:19 | 244:4 | 320:22,25 | 124:10,21 |
| 69:20 | 231:19 | 305:22 | **reassuring** | 127:6 |
| 103:10 | 244:4 | 309:20 | 183:22 | 128:25 |
| 119:11,12 | 299:15 | 312:8 | **recall** 22:21 | 129:17,22 |
| 143:14 | 323:16 | 314:9,13 | 26:5,9 | 130:1,4 |
| 153:5,19 | **real-time** | 316:20 | 28:24 29:3 | 131:14,15 |
| 176:22 | 244:16 | 317:24 | 29:6 30:8 | 131:17 |
| 181:4 | **really** 23:18 | 321:5,10 | 32:3,25 | 132:1,3,3 |
| 183:6,8 | 30:8 32:16 | 334:14 | 33:2 34:2 | 133:6 |
| 184:12,13 | 39:17 | 335:21 | 34:12 | 137:1,3,17 |
| 187:19,22 | 51:12,13 | 337:10 | 35:13 40:6 | 138:19 |
| 187:25 | 51:25 52:1 | 343:14 | 42:5 49:7 | 139:5 |
| 190:11,13 | 57:12 61:5 | 351:8 | 49:8,18 | 140:18,22 |
| 245:12 | 62:20 | 353:10 | 55:8,15 | 140:23 |
| 249:16 | 78:22 | 358:1 | 56:12,14 | 143:23 |
| 250:3,4 | 85:21 | **reason** 17:13 | 57:10,12 | 144:2,4,7 |
| 253:25 | 86:21 87:1 | 43:2 52:13 | 57:15,16 | 146:16,19 |
| 254:1 | 87:8,21 | 58:18 | 57:19,20 | 146:22 |
| 255:3 | 102:19,23 | 135:1 | 59:2,5 | 147:13,22 |
| 294:23 | 105:1 | 166:25 | 60:4,8,11 | 147:25 |
| 306:9,14 | 110:4 | 173:5 | 61:1,4,5 | 149:9,12 |
| 330:15 | 111:5,20 | 182:13 | 62:10,18 | 149:21,23 |
| 341:8,9 | 113:5,23 | 198:24 | 63:11 64:4 | 159:17 |
| 359:15 | 114:1,1 | 247:3 | 64:17 | 160:19 |
| 361:12 | 120:16 | 249:13 | 66:13,22 | 162:8,15 |
| 362:6,10 | 125:23 | 260:11 | 67:1,3,10 | 163:2,3 |
| 362:14,18 | 126:14 | 278:18 | 68:2 72:8 | 165:25 |
| 362:22 | 128:24 | 305:24 | 72:11,16 | 167:9 |
| 363:6 | 129:22 | 320:18 | 73:23 74:9 | 168:3 |
| **reading** | 134:6 | 342:17,25 | 74:14 | 172:13,19 |
| 42:12 | 140:25 | 344:22 | 78:17,18 | 173:23 |
| 68:20,23 | 151:19 | 349:17 | 78:22 79:4 | 175:23,25 |
| 69:1,14 | 165:4 | 352:1 | 83:2,9 | 178:1,2,3 |
| 102:8,10 | 168:13 | 358:25 | 84:14 85:4 | 178:4 |
| 114:14 | 171:18 | 362:7,11 | 85:11,14 | 180:14 |
| 130:19 | 174:13,14 | 362:15,19 | 85:17,21 | 181:3 |
| 180:17 | 180:13 | 362:23 | 85:23 | 184:11,22 |
| 184:11 | 189:20 | **reasonable** | 86:11 | 184:25 |
| 188:8 | 192:22 | 86:16 | 90:25 91:3 | 186:7,9,17 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 186:18 | 284:22 | 263:18 | 36:11 | **record** 7:3 |
| 187:5 | 285:12 | **received** | 43:22  44:3 | 9:3  10:9 |
| 188:2,5,8 | 287:6 | 19:25 | 45:20 | 11:15 |
| 189:14 | 290:13,16 | 124:2 | 46:25 | 18:21 |
| 190:24 | 290:21 | 178:12 | 57:21  58:1 | 19:19  22:8 |
| 191:25 | 291:13,16 | 206:21 | 66:19 | 30:6  49:25 |
| 198:22 | 292:7,15 | 256:23 | 74:13,25 | 54:6,7,9 |
| 202:1,3 | 292:24 | **receiving** | 79:12 | 54:10,13 |
| 208:13 | 293:1,24 | 247:17 | 84:12 | 65:19 |
| 209:21,23 | 295:9,25 | **Recess** 54:11 | 111:2 | 69:17,18 |
| 209:23 | 296:4,21 | 83:19 | 120:15 | 69:20 |
| 212:3,9 | 297:2,3,14 | 150:4 | 125:17,19 | 83:18,21 |
| 213:1,10 | 300:21 | 203:20 | 127:8,10 | 109:20 |
| 216:11 | 301:22 | 219:5 | 137:22 | 114:24 |
| 217:23 | 314:2,5,8 | 253:10 | 147:1 | 121:8 |
| 220:7,8,15 | 314:20,23 | 313:2 | 153:14,15 | 137:13 |
| 220:20,21 | 315:1,4,6 | 354:25 | 160:24 | 150:3,6 |
| 222:24 | 318:15 | **recipient** | 171:21 | 163:12 |
| 223:7,17 | 319:6 | 19:11 | 172:12 | 164:18 |
| 225:15,24 | 322:4,5 | **recipients** | 216:3 | 178:9 |
| 225:25 | 326:7 | 263:23 | 220:22,24 | 179:4 |
| 226:3,13 | 327:20 | **recognize** | 223:2 | 203:19,22 |
| 226:15,19 | 328:25 | 12:12,21 | 234:25 | 214:20 |
| 227:14 | 329:5 | 13:12  25:7 | 238:8 | 215:2 |
| 228:1,8,12 | 335:23 | 25:16 | 283:18 | 219:3,7 |
| 229:13,18 | 336:1,4 | 63:12 | 307:10 | 232:2 |
| 230:2 | 337:4 | 134:21,24 | 340:12,19 | 253:9,12 |
| 238:2,3,4 | 340:4,15 | 135:6 | **recombin...** | 313:1,4 |
| 238:6,8,10 | 340:17 | 153:18,19 | 23:20 | 328:2 |
| 238:14,16 | 342:16 | 159:2 | **recommend** | 344:8 |
| 239:1,4 | 343:7,17 | 175:3 | 139:20 | 354:21,24 |
| 243:13 | 343:19,21 | 187:17 | 140:3 | 355:2 |
| 244:8,24 | 343:23 | 253:18,22 | 314:17 | 357:9 |
| 251:11,14 | 344:17,20 | 263:11,13 | 315:18 | 359:18,20 |
| 252:17,20 | 344:23,25 | 296:1 | **recommen...** | **recorded** 9:5 |
| 253:1 | 345:3,16 | 299:4 | 139:12 | 359:21 |
| 255:6,9,16 | 347:8,10 | 300:5 | 317:16,18 | **redact** |
| 256:4 | 347:12 | 305:8 | 321:7 | 122:18,18 |
| 257:5,7 | 349:11 | 324:20 | **recommen...** | 206:18 |
| 258:12 | 351:1 | **recognized** | 169:10 | **redacted** |
| 262:1,10 | 352:2,9,17 | 46:7 | 285:7 | 55:6 |
| 263:1 | **recalled** | **recognizes** | **recommended** | 122:20,22 |
| 264:17,20 | 43:18 | 12:18 | 139:15,16 | 122:22 |
| 265:2,6 | 82:19 | 25:14 | 139:18,25 | 178:9 |
| 268:10,11 | **recalling** | **recollec...** | 140:11 | 206:12 |
| 268:18,19 | 45:25 | 19:5,7,8 | 320:18 | 313:23 |
| 269:5 | **receive** | 27:15,17 | **recommen...** | 348:4 |
| 270:13,24 | 19:17  45:6 | 28:25  35:4 | 250:7 | **redaction** |
| 276:5 | 201:21 | 35:12 | 315:1,22 | 84:9 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| redactions | 222:10 | 266:25 | regularly | 142:24 |
| 122:17 | 257:12 | 267:6 | 175:9 | 197:5 |
| Reddit 282:6 | 349:4 | 275:19 | rejects | remdesivir |
| 282:7,10 | referring | 304:8 | 276:9 | 353:7,22 |
| 282:16 | 23:19,22 | 347:21 | relate 30:3 | remember |
| Redfield | 26:17 40:7 | 350:7,8,13 | related | 13:21,22 |
| 35:5,6 | 40:16 41:2 | refers 57:14 | 16:17 43:4 | 13:23 14:7 |
| redial 92:14 | 41:21,22 | 60:13 | 43:14 82:5 | 21:1,17 |
| reduce | 41:25 50:5 | 137:7 | 83:9 | 32:23 34:5 |
| 102:22 | 50:12 | 177:14 | 137:18 | 44:1 45:16 |
| reduced | 51:22 52:3 | 183:22 | 262:13 | 59:3 60:9 |
| 360:9 | 56:18 58:6 | 255:20 | 283:1 | 60:15,22 |
| refer 15:19 | 70:2 88:4 | 349:20,22 | 289:19 | 61:22 |
| 23:15,24 | 90:13 | 350:6 | 301:11 | 62:25 63:2 |
| 24:3,14,20 | 107:7 | reflected | 355:6 | 63:7,9 |
| 33:2 85:22 | 113:15,20 | 71:15 | 360:11 | 64:10 66:1 |
| 155:12 | 114:2 | 322:21 | relates | 72:9 73:20 |
| 169:4 | 115:20,22 | reflecting | 165:4 | 74:7 77:14 |
| 174:4 | 115:23 | 334:3,8 | relations | 77:15 |
| 306:18 | 116:9 | reflects | 283:16 | 78:25 |
| 333:2 | 118:1,16 | 66:23 | 327:9 | 81:21 83:5 |
| 349:25 | 119:1 | refusals | relation... | 85:18 93:1 |
| reference | 125:7 | 288:22 | 33:3 35:17 | 93:2,4 |
| 21:22 49:5 | 132:7 | refutation | 36:1 63:16 | 94:2 95:12 |
| 106:18 | 133:16 | 260:15 | 175:1 | 95:19 |
| 204:18 | 136:16 | 266:20 | 205:8 | 98:20 |
| 211:21 | 137:9,15 | 269:13 | relation... | 102:13 |
| 254:23 | 142:8 | refuting | 174:6,19 | 114:12 |
| 267:5 | 154:8,9,17 | 268:22 | relative | 115:23 |
| 299:18 | 157:12 | 269:6,12 | 360:13 | 116:9 |
| 306:12 | 158:7 | regarded | relatively | 124:9 |
| 348:25 | 168:5,7 | 80:1 | 63:24 | 126:3 |
| References | 174:9 | regarding | 64:13,19 | 139:19,21 |
| 6:18 | 193:3,6,14 | 63:17 | 336:8 | 141:7,25 |
| referred | 201:2 | 71:23 | release | 142:1,3,5 |
| 16:1 17:10 | 214:16,22 | 110:1 | 172:3 | 147:4,5,8 |
| 18:7 19:11 | 218:17,22 | 111:7 | released | 149:20 |
| 26:2 41:8 | 218:23 | 226:2 | 193:11 | 160:1,2 |
| 48:16 | 219:22 | 266:9 | 194:18 | 174:12 |
| 57:24 | 220:3 | 312:11 | relevant | 175:10,12 |
| 90:11 | 228:6 | 314:24 | 42:25 | 180:17 |
| 118:7 | 234:23,24 | regardless | 95:15,16 | 181:17,18 |
| 133:13 | 246:20 | 353:11 | relied 122:3 | 187:1 |
| 151:6 | 248:9 | regards | 333:5,11 | 194:7 |
| 160:25 | 250:18 | 84:10 | 333:16 | 198:21 |
| 212:24 | 255:21 | register | relies | 200:1,2,4 |
| 214:23 | 257:18,23 | 282:19 | 288:25 | 200:7,10 |
| 217:8 | 258:22 | regular | rely 290:2,4 | 200:14 |
| 221:14 | 259:14 | 21:20 | remarks | 226:5,17 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 227:24 | 213:8 | 74:15 | 122:7,13 | 144:9,11 |
| 244:15,23 | 240:6,16 | 87:13 | 287:15 | 144:13 |
| 252:22 | 300:19 | 100:23 | **require** 16:8 | 145:6,9,11 |
| 253:23 | 304:15 | 145:23 | **required** | **residues** |
| 254:3 | **render** 363:9 | 150:22,24 | 168:17 | 162:13 |
| 256:2 | **renders** | 198:8 | **research** | **resources** |
| 263:14,15 | 24:15 | 201:22 | 6:11 15:15 | 177:10 |
| 263:21 | **renewed** | 209:14 | 15:20 16:1 | **respect** |
| 268:14,15 | 42:13 | 213:4 | 16:2,17,20 | 77:19 |
| 271:1 | **renowned** | 360:1 | 16:23 17:2 | 224:11 |
| 282:20 | 45:22 | **reporters** | 18:11 26:1 | 241:18 |
| 293:17 | **repeat** 19:22 | 201:8 | 26:4 27:4 | **respected** |
| 302:4,6,7 | 35:23 | 271:21 | 27:18,19 | 45:12 |
| 328:23 | 36:24 | 290:18 | 27:24 28:4 | 103:2 |
| 334:25 | 63:13 | 296:13 | 28:8,9 | 122:4 |
| 336:5 | 241:23 | **reporting** | 29:14,25 | 132:6,21 |
| 338:10 | 280:4 | 272:15 | 30:4 33:15 | 259:9 |
| **remembered** | 281:6 | 334:3 | 36:7 37:3 | 261:3,20 |
| 141:9,22 | 312:7 | **reports** | 46:9 57:22 | 289:8,10 |
| **remind** 74:16 | **repeated** | 75:16 | 57:23 | **respects** |
| 288:10 | 198:8 | 143:15 | 67:15,17 | 229:21 |
| **reminder** | **repetitive** | 229:7 | 67:18,22 | **respiratory** |
| 309:17 | 283:9 | 280:20 | 70:11 71:6 | 166:17 |
| **removal** | **report** | 336:20 | 71:15,19 | 169:1,25 |
| 240:5 | 164:18,19 | 341:3 | 71:23 76:7 | **respond** 42:2 |
| **remove** | 190:6 | **represent** | 117:8 | 68:13 72:3 |
| 151:22 | 209:7 | 9:17 | 118:7,19 | 191:24 |
| 211:5,11 | 229:6 | **represen...** | 133:14 | 192:4 |
| 212:1 | 232:16,24 | 46:25 | 153:23 | 207:4,8,9 |
| 238:1 | 234:2 | 230:6 | 154:12,15 | 207:10 |
| 283:1 | 242:14,22 | **represen...** | 154:19 | **responded** |
| 288:18 | 341:1 | 231:14 | 155:6,7,13 | 84:23 90:7 |
| 289:1 | 344:3 | **represents** | 156:12 | 90:19 |
| 300:15 | **reported** | 232:10 | 157:4,14 | 92:17 94:3 |
| 301:1 | 156:25 | **reputation** | 215:10,13 | 116:13 |
| 310:4 | 157:19,24 | 290:7 | 215:15,16 | 206:20 |
| **removed** | 233:19 | **reputations** | 216:15 | 257:3 |
| 156:25 | 247:11 | 252:2 | 261:2,7 | 276:11 |
| 158:10,14 | 261:24 | **request** | 324:22 | **responding** |
| 208:16 | 309:8 | 122:10 | **researcher** | 143:16 |
| 209:19 | 344:21 | 132:17 | 75:20 | 145:5 |
| 237:18 | **reporter** | 305:24 | **researchers** | 204:7 |
| 301:1,4,7 | 9:13,24 | 329:15,17 | 174:6,20 | 226:25 |
| 309:22 | 12:10 | **requested** | 175:7 | 341:15,25 |
| 311:18,22 | 17:23 | 122:15 | 215:16 | **responds** |
| 329:10,12 | 26:23 | **requesting** | **reserve** | 134:15 |
| 329:13 | 60:18 | 295:19 | 359:15 | 264:10 |
| **removing** | 68:24 | **requests** | **reservoir** | 303:23 |
| 211:21 | 69:16 | 121:5 | 143:17 | 311:16 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| **response** | 247:19 | 19:13,14 | 150:12 | 271:4,7 |
| 21:18 | 280:22,23 | 19:15,17 | 158:25 | 276:13,15 |
| 47:20 | 281:10 | 22:3 27:8 | 167:25 | 277:18 |
| 50:16 | **retracted** | 32:4,6 | 170:15,24 | 278:9 |
| 70:12 | 222:5,21 | 38:21 | 171:9 | 279:13,15 |
| 79:22 | 222:23,24 | 43:21 | 172:8 | 286:18 |
| 108:2 | 222:25 | 45:11 | 173:7,12 | 288:17 |
| 118:3 | 223:1,7,8 | 47:10 | 173:16 | 294:16 |
| 121:5 | **return** | 48:21 51:2 | 177:13 | 295:7 |
| 122:6 | 361:16 | 51:16 | 179:6 | 296:10 |
| 132:15,16 | **returned** | 55:22 56:6 | 183:24 | 298:25 |
| 134:18 | 262:19 | 56:8,11 | 187:15 | 299:9,12 |
| 166:10 | **returning** | 58:15,18 | 188:18 | 299:20,24 |
| 198:12 | 164:10 | 59:9 61:5 | 190:18 | 300:17 |
| 206:23 | 262:12 | 61:16 62:4 | 192:6,8,10 | 307:5 |
| 227:15 | **reverse** | 62:13 | 192:13,17 | 308:7 |
| 230:6,12 | 23:14,15 | 71:18 | 192:19 | 310:3 |
| 257:5,7 | 23:19 24:3 | 73:14 77:8 | 193:7 | 311:14,20 |
| 269:3,11 | 24:6,10,11 | 77:10 | 194:3,3 | 311:20 |
| 287:14 | 24:22 | 80:21 | 195:21 | 317:17 |
| 299:22 | **review** 13:1 | 84:20 85:1 | 196:1 | 318:10 |
| 314:8 | 18:25 | 90:3,22 | 198:10 | 320:2 |
| 336:18 | 159:8 | 91:25 | 199:25 | 323:23 |
| 342:9 | 160:4,5 | 93:25 | 200:18,20 | 324:4,17 |
| **responses** | 191:13 | 94:25 98:1 | 203:4,13 | 327:10,13 |
| 287:3 | 214:18 | 101:25 | 203:16 | 327:14 |
| **responsi...** | 229:24 | 105:11,14 | 204:13 | 330:14,19 |
| 96:1,4 | 249:14 | 106:22,25 | 206:23 | 330:20 |
| 357:20 | 319:1 | 111:22 | 207:6 | 331:18 |
| **rest** 164:25 | **reviewed** | 112:17 | 211:2 | 333:12,14 |
| 190:14,22 | 69:25 | 116:3,17 | 212:11 | 334:5 |
| 348:10,13 | 70:13 | 118:5,8,10 | 213:3 | 339:5,11 |
| **restate** | 159:18 | 119:17 | 221:24 | 342:23 |
| 185:12 | 246:1,6 | 120:8,9 | 222:9,19 | 344:9 |
| **restriction** | **reviewing** | 123:8,11 | 227:13,17 | 348:8 |
| 117:17 | 124:21 | 123:12 | 227:20,23 | 349:6 |
| 119:15 | **revised** | 124:4,8,20 | 228:1 | 350:15,21 |
| **restrict...** | 120:5 | 125:22,24 | 239:7 | 351:12,22 |
| 117:16 | 128:15 | 126:1,24 | 242:18,20 | 354:18 |
| **result** | **revoke** | 128:19 | 245:21,24 | 356:4 |
| 112:22 | 220:19 | 130:4 | 250:9,12 | 359:15 |
| 114:5 | **revoked** | 131:6,10 | 250:15 | **rightly** |
| 124:3,5 | 220:23,25 | 131:11,12 | 251:8 | 46:13 |
| 345:11 | **Reynolds** | 132:25 | 253:23 | **ring** 117:4 |
| **resulted** | 264:14,21 | 133:17 | 255:12 | 135:14 |
| 355:23 | 265:1 | 139:4 | 257:11 | 184:16,20 |
| **results** | **rid** 309:25 | 140:25 | 261:2 | 209:12 |
| 42:18 | **right** 15:21 | 146:9 | 264:1,14 | 239:5,7 |
| 246:9,24 | 15:24 | 148:21 | 266:21 | 264:22 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 285:23 | 324:2,23 | **SARS-CoV-2** | 50:13 53:4 | 138:25 |
| 291:19 | 327:1 | 43:5 50:7 | 53:11,13 | 141:14 |
| 293:15 | **Rowe** 293:2 | 144:16 | 53:23 54:6 | 142:22 |
| 337:5 | **rules** 11:11 | 156:19 | 54:14 57:5 | 143:12 |
| 338:7 | **rumor** 145:21 | 157:1,3,3 | 60:20 | 144:6 |
| 349:16 | 146:1 | 157:9 | 62:11 63:5 | 145:2,13 |
| 352:15 | **run** 21:7,9 | 159:3 | 65:16,20 | 145:25 |
| **ringing** | 33:1,25 | 162:1 | 65:24 69:4 | 146:15,25 |
| 98:24 | 110:1 | 171:2 | 69:22 | 148:8,15 |
| 292:16 | 175:23 | 178:22,25 | 71:13 73:5 | 148:17 |
| **rings** 270:25 | 264:22 | 179:23 | 74:17 | 149:18,24 |
| 343:20 | 308:2,9 | 180:5 | 76:19,23 | 150:7 |
| **Rio** 296:16 | 316:4 | 203:3 | 76:25 | 151:1 |
| **rip** 278:22 | 321:3 | **SARS-like** | 78:16 | 152:16,20 |
| **rise** 29:1 | **running** 34:2 | 31:7 | 79:19 | 153:2 |
| 70:21 | 175:25 | **Saturday** | 82:11 | 154:6 |
| **risen** 256:19 | 260:18 | 46:21 55:2 | 83:11,22 | 155:14 |
| **risk** 13:15 | | 61:14 | 84:2 86:10 | 158:8,22 |
| 15:8,15,17 | **S** | 66:25 77:4 | 87:4,17 | 158:25 |
| 18:5,8 | **S** 2:6 6:1,6 | 82:14 85:5 | 88:14 | 159:1,12 |
| 22:14 41:4 | 9:1 10:10 | 89:25 | 89:17 90:6 | 159:24 |
| 41:9,15 | **Sabeti** 132:7 | 91:22 | 90:14 93:3 | 161:19 |
| 221:6 | 132:18 | 93:16 | 93:17 94:1 | 162:17 |
| 314:18 | 135:15,17 | 124:1 | 94:16,19 | 163:10 |
| 317:10 | 136:1 | 341:17 | 96:7,14 | 164:3,6,15 |
| **Rob** 336:13 | **safer** 285:3 | **Sauer** 2:5 | 97:18 | 166:14 |
| 336:16,22 | 285:13 | 6:4 9:18 | 99:10 | 167:13,17 |
| **Robert** 35:5 | **safety** | 9:18 10:7 | 102:1 | 168:23 |
| 35:6 | 117:10 | 12:24,25 | 108:24 | 170:8,12 |
| **Rochelle** | 118:11 | 13:8 14:16 | 109:21 | 172:17 |
| 296:17 | 313:19 | 18:3,22 | 110:8 | 173:1 |
| **Rockefeller** | 314:24 | 19:20 | 111:13 | 174:13,23 |
| 292:3 | 358:17 | 20:22 | 112:11,25 | 176:10,17 |
| **role** 75:2 | 359:6,7 | 22:11 | 113:18 | 178:11,15 |
| 76:1 | **San** 133:15 | 23:23 | 115:3,21 | 178:16,20 |
| 100:12 | 174:9,15 | 24:13,19 | 117:6 | 179:5,16 |
| 248:11 | 174:17 | 25:6,22 | 118:17 | 181:25 |
| **rolling** | 175:8 | 26:8,19 | 119:2,23 | 182:4,9 |
| 283:20 | 231:18 | 27:1 29:20 | 120:1 | 183:10 |
| **Roman** 288:14 | **Sandra** | 30:13 31:5 | 121:4,9 | 184:6 |
| **room** 4:12 | 324:15 | 35:24 | 123:2 | 185:9,10 |
| 149:14 | 325:7,20 | 36:20,22 | 125:20 | 185:19 |
| **Rouge** 2:21 | **Santa** 293:12 | 37:23 | 127:20 | 187:7,14 |
| **rough** 123:14 | 293:18 | 41:11,17 | 128:6 | 188:1 |
| 124:2,7 | **SARS** 25:21 | 42:4 43:16 | 129:13,18 | 190:3 |
| **Routh** 37:25 | 55:21,25 | 47:4,22,23 | 130:12 | 193:21 |
| 38:5 | 57:1 61:3 | 48:13,15 | 134:22 | 195:18 |
| 308:12,14 | **SARS-CoV-1** | 48:20,24 | 137:16 | 196:15,23 |
| 308:15 | 144:15 | 49:20 | 138:12,20 | 197:7,22 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 199:17 | 254:2,10 | 319:8,16 | 71:21 74:7 | 342:16,16 |
| 200:16 | 256:1 | 322:23 | 84:17 86:2 | 344:13,17 |
| 201:10,12 | 257:21 | 323:18,22 | 86:14 | 344:20,21 |
| 201:15,19 | 259:16 | 325:6,18 | 90:20 | 344:24 |
| 203:17,23 | 260:8 | 326:3 | 91:11 92:1 | 348:19,22 |
| 204:2 | 261:9,15 | 327:6,23 | 99:2 103:6 | 356:3 |
| 205:13 | 262:9 | 328:3 | 103:16 | 357:10 |
| 206:2,15 | 263:10 | 329:19 | 116:24 | **says** 15:16 |
| 207:23 | 266:7,18 | 330:4,9 | 121:7,7 | 22:1 23:4 |
| 208:6,8,20 | 269:15,25 | 331:25 | 132:5 | 25:24 |
| 209:6,15 | 270:9,20 | 332:11 | 136:23 | 26:16 27:8 |
| 209:20 | 271:18 | 333:9 | 139:4 | 39:20 41:1 |
| 210:11,14 | 272:18 | 334:16,22 | 143:3 | 42:13 49:2 |
| 210:20 | 273:8,17 | 337:2 | 144:10 | 50:23 |
| 211:19 | 274:8,13 | 338:9 | 145:6 | 51:24 52:6 |
| 212:18 | 275:6,11 | 339:20 | 146:8,16 | 54:17 |
| 213:20 | 277:21 | 340:24 | 161:15 | 55:18,25 |
| 214:3,23 | 280:10,18 | 341:11 | 163:15 | 63:10 |
| 215:8 | 281:4,13 | 344:2,10 | 164:21 | 65:19 67:2 |
| 219:8 | 282:14 | 346:4,19 | 179:4 | 68:19 |
| 221:13,19 | 283:5,14 | 346:20 | 180:13 | 69:24 |
| 223:5,11 | 284:11 | 347:7 | 189:6,11 | 70:19 73:8 |
| 224:4,17 | 285:15,21 | 348:24 | 191:6 | 73:15 84:8 |
| 226:4,12 | 286:6,20 | 352:11,22 | 192:5,11 | 85:11 |
| 226:23,24 | 287:13,17 | 354:17 | 197:25 | 86:20 88:6 |
| 227:6 | 287:23 | 355:3,25 | 198:21 | 89:24 |
| 228:18,23 | 289:5 | 356:17 | 199:4 | 93:24 95:1 |
| 229:23 | 292:9 | **save** 103:20 | 200:7 | 97:16 |
| 232:15 | 293:16 | 144:15 | 206:21 | 102:3,19 |
| 233:9 | 294:5,8,19 | 169:17 | 218:13 | 103:2,12 |
| 234:14 | 297:11 | 342:22 | 226:3,7,8 | 106:13 |
| 235:2,14 | 298:6,11 | **saved** 151:10 | 228:11,12 | 108:2 |
| 235:25 | 298:20 | 345:12 | 228:14 | 110:18 |
| 236:12 | 299:5 | **saving** | 229:7,13 | 112:4 |
| 237:13,16 | 301:12 | 256:16 | 234:9 | 113:10,11 |
| 237:22,24 | 302:3 | **saw** 81:13 | 244:8 | 115:12 |
| 239:19 | 303:1,18 | 130:3 | 245:13 | 116:14 |
| 240:15,19 | 304:22 | 165:13 | 272:11 | 118:2,16 |
| 240:25 | 305:1,15 | 184:21 | 274:16 | 120:7,22 |
| 242:13 | 305:18 | 196:6 | 283:9 | 121:14 |
| 243:6,19 | 306:11 | **saying** 11:24 | 288:16 | 123:13 |
| 244:22 | 307:17 | 25:12 | 289:10,20 | 124:6,17 |
| 245:7 | 309:3 | 27:25 | 304:19 | 125:2,9 |
| 246:4,15 | 310:17,21 | 32:19 | 310:8,11 | 127:1,1 |
| 247:9 | 311:2,10 | 34:22 | 315:15 | 128:15 |
| 249:5,8,24 | 312:24 | 40:16 48:3 | 316:20 | 131:2,18 |
| 251:1,20 | 313:5,20 | 58:2 61:22 | 324:24 | 131:22 |
| 253:4,7,13 | 314:7,25 | 64:10 | 328:13 | 132:12 |
| 253:17 | 318:11,23 | 69:23 | 342:4,13 | 137:6,15 |

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 139:22 | 245:19 | **scan** 197:17 | **scientif...** | 303:2 |
| 142:25 | 246:5 | **scenario** | 37:7 | **scours** 260:4 |
| 143:13 | 247:20 | 156:14,15 | **scientist** | **screen** 9:4 |
| 144:23 | 249:11,18 | **SCHMITT** 2:6 | 32:13,20 | 42:6,10 |
| 145:19 | 250:1 | **scholar** | 33:8,11 | 43:19 |
| 146:8,12 | 251:4 | 258:19 | 40:11,14 | 60:10 |
| 146:13 | 254:1,8,18 | 259:9 | 40:23  44:6 | 71:25 |
| 148:24 | 255:1 | **scholarly** | 45:22  47:2 | 281:19 |
| 149:13 | 260:9,10 | 258:20 | 104:15 | 340:21 |
| 153:22 | 264:5,12 | 259:13 | 147:20 | **screened** |
| 161:24 | 267:18 | 333:21 | 191:16 | 263:19 |
| 164:16,17 | 268:4 | **scholars** | 193:3 | **scrutini...** |
| 164:19 | 271:20 | 334:4 | 204:22 | 322:11 |
| 170:25 | 272:25 | **School** 40:12 | 207:14,17 | **search** |
| 171:15 | 273:7 | 40:24,24 | 261:3,22 | 280:22,22 |
| 172:1 | 275:22,25 | 265:11 | 292:19 | 281:10 |
| 177:13 | 278:2,2 | 291:3 | 293:7 | **searching** |
| 179:6,11 | 280:16 | **science** 17:5 | 334:1 | 302:13 |
| 180:7 | 288:18 | 17:7  49:6 | 357:1 | **sec** 204:16 |
| 182:19 | 299:13 | 50:9  62:14 | **scientists** | 271:17 |
| 183:11 | 300:2,17 | 110:19 | 32:18  33:2 | **second** 17:18 |
| 188:8,14 | 303:5,10 | 111:7 | 44:19 | 19:9,11 |
| 190:16 | 303:15,23 | 113:8 | 46:20 | 25:24 |
| 191:11 | 304:1,6 | 193:4,4 | 58:25 | 26:18,21 |
| 197:3,4,18 | 305:21,24 | 273:11 | 59:23 | 39:9,12,14 |
| 197:18 | 307:25 | 319:17 | 63:21 | 47:5  50:19 |
| 198:4,5,20 | 308:19 | 323:10 | 75:22  80:1 | 52:4  62:3 |
| 202:20 | 309:8,16 | **scientific** | 148:2 | 101:24 |
| 203:7 | 309:19 | 21:7  34:1 | 149:16 | 102:10 |
| 209:11 | 311:24 | 37:8  75:14 | 251:15 | 105:1,3,10 |
| 210:21,22 | 324:19 | 75:16  76:7 | 271:10 | 111:14 |
| 211:3 | 325:20 | 77:7  79:3 | 297:18,21 | 115:4 |
| 212:23 | 327:7 | 102:5 | 298:4 | 120:2 |
| 213:3 | 328:17 | 175:5 | **scope** 58:4 | 125:8,21 |
| 218:8,25 | 329:9 | 183:17 | 58:23 | 127:4,7 |
| 219:10,15 | 330:24 | 189:7,12 | 59:12 | 132:11,23 |
| 219:16 | 331:9,22 | 191:7,9,16 | 62:21 | 144:24 |
| 222:1,13 | 332:2 | 195:8 | 63:16  70:7 | 145:16 |
| 222:16,23 | 335:2,17 | 201:23 | 71:22 | 161:23,24 |
| 222:25 | 335:18 | 202:12,21 | **Scott** 267:23 | 171:23 |
| 224:20 | 337:9,10 | 215:4 | 300:1 | 180:2 |
| 226:25 | 337:14 | 216:1 | 346:21 | 182:16,25 |
| 229:3,12 | 341:15,24 | 218:13 | 348:3,21 | 194:21 |
| 232:17 | 342:24 | 219:17 | 349:8 | 197:24 |
| 233:18 | 344:8,11 | 259:11,12 | 350:6,6 | 218:9,12 |
| 234:2 | 344:16 | 273:3 | 351:11 | 224:12,22 |
| 235:5 | 353:5 | 292:4 | 352:1,3,9 | 225:2,5,6 |
| 237:21 | **scale** 153:22 | 295:3 | 352:13,18 | 229:4 |
| 243:2 | 244:1 | 318:17 | **scour** 302:24 | 252:8 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 267:9,10 | 51:14 | 176:22 | 324:1 | 124:7 |
| 283:19,20 | 52:17 | 179:7,8 | 325:2,7 | 127:4 |
| 298:21 | 53:14 | 182:19 | 328:5 | 132:14 |
| 311:11 | 54:15 | 183:11,15 | 329:11 | 138:24 |
| 324:13 | 55:17,18 | 185:20,24 | 330:18 | 153:18 |
| 325:2 | 65:12 68:6 | 185:25 | 331:22 | 159:9 |
| 328:4,8 | 72:4,23 | 190:13 | 332:1 | 202:10,19 |
| 329:10 | 73:6,18 | 197:17 | 335:17 | 261:6 |
| 332:14 | 74:19,21 | 202:17 | 337:11,18 | 275:13 |
| 335:14 | 75:23 78:7 | 204:3 | 341:12 | 295:9 |
| 341:12 | 84:10 86:6 | 207:7,14 | 344:3,5 | **sending** |
| 353:6 | 86:22 | 207:15 | 347:17,17 | 37:25 49:8 |
| 359:15 | 89:23 | 209:7 | 350:7 | 61:22 67:8 |
| **second-t...** | 93:10 | 222:1,5 | 352:1 | 266:19 |
| 97:10,19 | 94:25 98:6 | 225:12 | 353:13 | 268:21 |
| 98:2 | 101:14 | 232:16,20 | 354:15 | 330:21 |
| 101:10 | 102:2,7,9 | 232:23,25 | **seeing** 170:6 | 350:3 |
| 126:19 | 103:11 | 234:6,7 | 188:8 | **senior** |
| 307:19 | 105:4,15 | 235:3 | 263:20 | 108:14 |
| **secondary** | 106:21 | 242:16 | 284:22 | 271:20 |
| 145:21 | 110:14,22 | 244:24 | **seen** 19:2 | **sense** 143:8 |
| 146:1 | 111:4,14 | 248:7 | 20:8 21:10 | 146:3 |
| **seconds** | 113:13 | 254:1,18 | 25:17 48:4 | 205:7 |
| 51:24 | 115:14 | 259:18,19 | 125:22 | 229:22 |
| **secret** | 116:16 | 259:20 | 175:16 | 230:19 |
| 349:13 | 119:18 | 260:7 | 205:7,10 | **sensitive** |
| **secretary** | 120:22 | 263:4 | 205:20 | 357:2 |
| 5:2 255:12 | 121:10 | 267:4,7,12 | 279:20 | **sensitivity** |
| 255:15 | 123:9 | 267:16 | 283:16 | 74:3 |
| 256:5,10 | 125:4 | 270:4 | 284:18 | **sent** 49:18 |
| 267:24 | 130:18 | 271:19 | 322:6 | 50:5 54:20 |
| 313:9 | 137:5 | 272:2,24 | 337:15 | 54:24 |
| **security** | 139:10 | 274:15 | **sees** 164:3 | 61:14,18 |
| 28:6,14 | 142:1,25 | 275:16 | **selected** | 66:9 68:11 |
| 30:2 | 143:1,21 | 277:23,24 | 74:23 | 68:14,18 |
| 348:23 | 144:23 | 283:20 | **selection** | 69:9,24 |
| 349:8,13 | 145:17 | 284:10 | 75:1 | 75:8 89:25 |
| 349:15,18 | 146:5 | 285:4,5 | **selectively** | 91:22 92:2 |
| **see** 12:12 | 148:18,25 | 294:23 | 258:3 | 120:15 |
| 13:22 | 152:21 | 295:19 | 277:3 | 127:7 |
| 14:15 | 153:6 | 298:22 | **self-cor...** | 128:17 |
| 21:25 | 154:2 | 299:16,21 | 323:10,11 | 129:1,4 |
| 22:25 23:4 | 156:6 | 305:5 | **selling** | 132:4 |
| 26:20 31:6 | 163:11,15 | 306:12,17 | 310:12 | 135:19 |
| 39:11,16 | 163:16,24 | 306:24 | **send** 55:2 | 139:21 |
| 39:25 41:6 | 166:23 | 308:6,12 | 61:20 | 159:14,15 |
| 43:2 44:12 | 167:18 | 309:6 | 82:22 | 160:4,17 |
| 48:1,16,25 | 170:23 | 311:13 | 120:10 | 160:21,24 |
| 50:15,19 | 176:5,21 | 317:3 | 123:15 | 161:15 |

DR. ANTHONY FAUCI 11/23/2022

173:22
179:18
189:18
196:5,10
202:8
208:24
254:5,11
254:15
263:22
269:8
294:13,21
295:8,12
305:11
307:21
311:11
**sentence**
14:3 42:24
52:4,6
105:10
121:11,14
153:22
161:24
164:17
165:5,12
166:1
180:4
191:11
199:22
211:10
245:18
267:15
284:2
344:16
**sentences**
23:3 70:24
162:11
**September**
123:19,22
158:1,11
**sequence**
189:5
191:4
**sequences**
51:14 78:9
121:15
157:25
158:9,14
158:16
198:15,16

sequenti...
116:2
**serial**
115:13,23
116:2,10
117:13
293:11
**series**
176:19
217:18
**serious** 88:1
**seriously**
88:24
358:3
**service**
241:15,17
282:25
285:17
**Services** 4:8
4:10
267:23
313:10
**session**
359:21
**set** 27:21
119:3
**setting**
238:21
**settle** 189:5
189:13
191:4
**seven** 54:1
85:25
91:18
228:3
359:12
**severe**
262:22
**shaking**
150:23
**share** 89:5
164:24
201:23
297:12
**shared** 73:16
73:17
297:17
**sharing**
237:19

239:12
**SHEET** 362:1
**sheets**
361:11,13
361:16
**Sheryl**
296:13
**Shi** 33:5,14
35:17 36:1
36:6,16
37:2,7,13
55:19,25
56:9,16,23
60:23 61:2
62:13
71:15
117:8
119:4
**shiny** 192:6
192:16,21
192:25
193:2,11
199:4,6,7
**short** 2:17
83:15,15
152:21
316:3
**shortage**
316:22
321:2,5,13
321:20,23
**Shortlander**
110:12,13
245:22
**shortly**
10:19
277:13
**show** 12:16
25:13 78:2
180:4
192:1
206:24
209:22
219:25
221:7
242:8,9
248:6
257:4
277:13

287:18,19
287:21
315:7
341:4
342:2,3
343:21
**showed** 21:2
21:15
35:18
60:12
160:22,22
180:1
214:10
219:24
221:1
237:1
269:2
316:9
337:15
342:3
347:12,13
352:17
353:21
**showing**
215:7
217:10
318:25
323:17
**shown** 12:22
22:23 25:9
189:12
**shows** 31:8
246:9
247:18
347:2
348:2
**shut** 69:20
92:13,19
242:16
**shuts** 243:3
**shutting**
93:2 94:3
94:6
262:23
**sick** 42:15
**sickness**
274:4
**side** 78:1
**sides** 319:11

319:15,18
319:22
322:19
358:5,9
**sign** 29:9
298:14
359:16
361:13
**signature**
308:5
324:21
361:11,13
361:17
362:25
**signed**
248:17
251:5
297:22
298:7,14
**significant**
76:12
187:5
267:3
323:14
**signoff** 29:5
**silent** 63:24
64:13
**silently**
69:20
**similar**
102:25
144:15,19
315:13
**Sincerely**
361:20
**sir** 47:1
69:21
75:13
135:5
163:14
226:18
**sit** 14:19
132:13
**Sitar** 324:15
**site** 153:24
283:15
**sitting**
253:23
308:9

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| situation | smaller | 238:23 | somebody | 199:7 |
| 28:11 | 92:12 | 239:5,22 | 21:3,12 | 211:7 |
| 42:20 | 235:4 | 241:7,13 | 34:12 | 212:19 |
| 106:10 | smiling | 241:15,19 | 99:13,22 | 227:7 |
| 117:21 | 173:5 | 241:23 | 209:24 | 230:10 |
| 151:5 | SMITH 2:7 | 262:6,14 | 212:12 | 240:9 |
| 154:11 | sneezes | 262:22 | 213:2 | 243:1 |
| 167:1 | 314:17 | 269:17 | 241:3 | 254:11 |
| 169:12 | sniffling | 270:1,12 | 242:5 | 270:14 |
| 220:5 | 138:5 | 270:16,23 | 266:1 | 284:9,17 |
| 317:10 | SNOW 3:24 | 274:10,17 | 302:7 | 286:24 |
| 322:17 | social 78:12 | 274:18,22 | 332:14 | 295:15 |
| situations | 79:1,14 | 275:5 | 349:24 | 305:17 |
| 155:8 | 98:10,15 | 280:2,5 | someone's | 306:16 |
| 322:14 | 98:17,22 | 281:18,25 | 259:8 | 327:1 |
| six 54:1 | 99:3,6,11 | 282:5 | somewhat | 334:19 |
| 64:23 | 99:13,21 | 290:8 | 80:16 | 343:24 |
| 85:25 | 99:24 | 301:6,11 | 169:16 | 347:20 |
| 91:18 | 100:6,19 | 301:18 | soon 148:6 | 350:12 |
| 161:14 | 100:25 | 302:18,24 | 251:12 | sort 14:2 |
| 228:2 | 101:3 | 303:2 | 317:14 | 51:19 |
| 300:4 | 102:5,14 | 304:15 | sorry 19:22 | 79:18 |
| sixth 89:20 | 102:18 | 307:8 | 20:18 22:9 | 80:25 |
| skewed 247:2 | 103:9,12 | 311:23 | 26:10 | 87:19 |
| Slack 337:9 | 103:13,16 | 312:3,8,11 | 39:17 | 119:5 |
| Slavitt | 104:19,20 | 312:18 | 53:17,19 | 141:7 |
| 336:6,7,8 | 105:17,19 | 333:4 | 53:22 | 143:5 |
| 336:15,22 | 105:25 | 334:7 | 60:16,17 | 155:19 |
| 337:10,14 | 106:13,13 | 335:11 | 60:24 | 213:12 |
| slide 284:16 | 106:18 | 338:12,16 | 61:25 | 244:16 |
| slight | 107:6 | 340:14 | 65:21 | 284:18,19 |
| 314:15 | 110:20,25 | 344:12,18 | 71:11 | 338:18 |
| slow 26:24 | 111:4 | 345:5 | 101:22,23 | 342:6 |
| 60:19 | 150:15,19 | 346:9,10 | 102:11 | 347:13 |
| 74:16 | 151:3,21 | 356:7,12 | 105:7 | sound 78:8 |
| 87:13,15 | 152:8 | 356:16,19 | 119:9 | 208:13 |
| 100:23 | 165:14,20 | 357:19 | 123:23 | 258:13 |
| 145:24 | 166:19 | 358:1 | 125:5 | 323:7 |
| 150:25 | 168:25 | socially | 135:3 | sources |
| 209:14 | 169:10,15 | 346:24 | 145:23 | 190:6 |
| slowly 12:4 | 169:18,20 | society | 149:3 | 207:11 |
| 12:6 | 208:2,11 | 169:22 | 163:14 | Southeast |
| small 51:12 | 209:2 | 194:18 | 178:24 | 140:8 |
| 51:25 | 210:4,7 | 258:4 | 181:25 | space 226:24 |
| 92:24 | 213:9,13 | 278:23 | 182:23 | spare 204:15 |
| 236:9 | 213:15 | software | 185:21 | speak 12:4,5 |
| 314:14 | 235:22 | 100:1,13 | 187:15 | 54:18 58:3 |
| 317:25 | 236:10 | solid 191:15 | 188:4 | 58:14 |
| 336:8 | 238:5,7,10 | 265:23 | 190:9 | 68:25 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| 69:17 | 186:9 | 138:18 | 213:8 | 104:5 |
| 192:14 | 187:4 | 155:7 | 270:16 | 169:2 |
| **speaking** | 188:6,22 | 206:1 | 352:4 | 194:17 |
| 63:11 | 216:11 | 268:24 | **spend** 80:24 | 314:10 |
| 107:5 | 223:17 | 269:20 | 303:4 | 317:2 |
| 260:2 | 228:12 | **speculat...** | **Spiked** 8:6 | **spreads** |
| **Spec-** 305:14 | 238:16 | 80:5 106:3 | 280:12 | 237:4 |
| **special** 28:1 | 244:3 | **speculative** | **spillover** | **spring** |
| **species** | 258:16,18 | 86:9,25 | 43:3 | 217:22 |
| 198:18 | 260:2 | 88:13 89:7 | **spirit** 97:1 | **spurious** |
| 200:10 | 263:1,21 | 92:25 | 153:11 | 329:13 |
| **specific** | 268:11 | 95:23 | **spoke** 45:25 | **squarely** |
| 42:13 61:6 | 270:24 | 108:19 | 72:15 | 340:20 |
| 71:5,14 | 285:13 | 129:15 | 136:7 | **ss** 360:2 |
| 82:10 | 293:24 | 146:11 | 216:23 | **St** 3:16 |
| 130:1 | 302:6 | 149:8 | 272:13 | 361:18 |
| 181:3 | 304:14 | 152:11 | 273:24 | **staff** 29:2 |
| 187:1 | 314:3,5 | 154:5 | 318:15 | 29:11 38:3 |
| 219:21 | 315:1 | 167:8 | 341:16 | 38:7,23 |
| 258:15 | 325:1,9 | 182:8 | 342:1 | 39:5 42:22 |
| 267:4,7 | 326:10 | 210:19 | 351:24 | 58:10 |
| 281:6 | 328:25 | 234:13,18 | **spoken** 45:14 | 136:10 |
| 327:21 | 329:1 | 246:18 | 45:23 | 139:2 |
| 329:5 | 340:17 | 255:24 | 91:10 | 152:7 |
| 344:24 | 344:23 | 257:20 | **sponsor** | 186:14,15 |
| 352:9 | 347:12 | 259:5,24 | 138:15 | 205:16 |
| **specific...** | 352:2 | 259:25 | **spot** 48:14 | 260:5 |
| 20:7 29:6 | 354:9 | 260:23 | 48:16,25 | 268:16 |
| 34:2 49:19 | **specifics** | 274:12 | **spouting** | 270:22 |
| 67:19 | 58:9 77:24 | 285:8 | 229:1,10 | 300:18 |
| 72:15 | **speculate** | 289:2 | **spread** 79:22 | 301:2,5,13 |
| 78:23 | 87:2,6 | 301:8 | 103:22 | 302:14,17 |
| 79:20 83:5 | **speculating** | 303:14 | 151:13 | 302:21 |
| 83:9 91:3 | 40:5 89:16 | 304:17 | 166:3,19 | 304:21 |
| 95:19 | 102:20 | 310:19,25 | 168:17 | 308:16,18 |
| 96:25 | **speculation** | 311:6 | 177:8 | 308:21 |
| 103:24 | 24:5,18 | 312:16 | 194:11 | 309:21 |
| 118:25 | 29:19 | 313:16 | 258:4 | 310:3,11 |
| 124:10 | 35:22 40:7 | 318:7 | 262:1,8,23 | 310:15 |
| 139:18 | 41:12 46:5 | 325:14 | 274:16,18 | 312:10 |
| 142:4 | 62:8 73:25 | 326:2 | 278:3 | **stage** 173:2 |
| 147:8 | 74:6 79:25 | 327:5 | 302:22 | 316:17 |
| 159:17 | 88:16 | 329:18,23 | 316:25 | **stages** |
| 162:16 | 89:11 | 331:21 | 317:4 | 313:14 |
| 163:3 | 108:19 | 333:8 | 318:5 | **stamping** |
| 169:4 | 112:24 | 334:11 | 339:23 | 54:3 |
| 175:12,25 | 113:17 | **speech** | 340:2,8,13 | **Stand** 150:2 |
| 181:18 | 116:21 | 151:16 | 344:15 | **standard** |
| 184:25 | 118:14 | 208:1,10 | **spreading** | 7:22 9:4 |

**DR. ANTHONY FAUCI  11/23/2022**

19:1
179:21
242:15
243:2
244:11,12
244:14
**standing**
12:16
25:11
114:21
236:20
**standpoint**
165:7
**Stanford**
252:9
257:10
267:21
290:12
291:4,5,15
291:23
292:20
**start** 12:9
22:1 89:16
91:16 97:8
136:23
**started**
111:21
190:7
**starting**
26:3 53:24
97:9 102:4
**state** 1:5,17
2:3,14 9:6
9:17 10:8
341:5
342:10
343:2
360:3,21
361:7
362:2
363:1
**stated**
218:20
297:19
**statement**
81:23
106:9
129:10,23
144:4,5

145:7
146:22,24
162:10
173:14
200:4
219:17
224:20
225:17
232:21
233:19,20
248:19
263:18
279:11,12
304:6
322:10
323:13
333:25
334:6,8
343:12
345:2
**statements**
64:5 70:25
140:16
214:12
217:18,23
218:2
228:7
234:11,15
237:1
272:15,17
273:19
278:16
279:17,18
312:3
315:12
317:10
333:5,16
343:5
355:12
359:18
**states** 1:1
9:9 14:4
166:10
168:22
177:24
182:11
276:6
321:16
360:2

**stating**
193:10
214:13
237:18
**statistical**
320:12,16
322:11
323:16
**statisti...**
247:7
323:6,14
**statisti...**
244:5
247:22
**status** 126:9
**stay** 52:20
72:4,6
84:24
85:15
125:1
**staying**
50:14
234:1
**Stemmy** 42:16
205:14,17
205:22
**Stenotype**
1:21
**step** 354:10
**Steph** 101:5
101:5
**Stephanie**
1:16,22
9:13 360:4
**steps** 73:17
109:15
151:12
191:19
192:12
195:1
227:18
229:21
230:8
234:22
236:20
296:22
297:3
358:20
**stick** 191:16

193:3
**sticking**
80:3,4,10
80:10
**STILES** 2:18
**Stolberg**
296:13
**stop** 100:16
304:13,15
339:23
**stopped**
110:3
**stopping**
340:2,5,8
340:13,16
**strains**
23:13
**strategy**
268:2
271:23
**stream**
176:24
177:3
**Street** 2:9
2:20 3:5
4:2 361:5
361:18
**strict** 15:3
**strictly**
16:7
**strike**
275:21
**strong** 353:7
355:12,13
355:18,22
356:2
**strongly**
28:8 169:9
189:7
346:1
354:8
**structured**
164:12
165:11
**studied**
156:20
198:9
**studies** 7:23
116:25

214:10,16
214:17,21
214:24
215:11
219:23,24
219:25
223:17,18
244:1,25
244:25
245:9,11
245:20
246:1
247:4,6,8
247:10
293:22
316:9,13
317:21
318:2
320:3,9,11
322:2,6,8
322:11,14
323:15
**study** 35:18
82:16
109:16
183:16
185:22
198:13
219:12,22
220:2
221:14
222:11,21
244:10,16
244:16
245:3
246:12
247:21,23
248:6,7,12
293:12,17
293:23
298:2
318:25
320:15
323:9
354:3
**studying**
15:1
**stuff** 100:6
210:7

| | | | | |
|---|---|---|---|---|
| 213:13 | 160:10 | **Sunday** 105:5 | 72:13 74:1 | 259:1,3,6 |
| 235:22 | 171:21,24 | 341:4 | 76:4,13 | 259:7,8 |
| 289:22 | 172:12,19 | 342:2 | 79:11 | 270:19 |
| 328:24 | 172:22 | 347:2 | 88:20 91:4 | 272:10 |
| **style** 154:25 | **succeeded** | **Sunetra** | 91:15 | 273:23 |
| 258:22 | 329:8 | 251:17 | 107:18 | 274:18,19 |
| 279:22 | **sucker** 342:6 | 267:21 | 113:23 | 276:19 |
| **sub** 90:12 | **sudden** 88:21 | **supply** 316:3 | 114:1,8 | 282:4,16 |
| **subaward** | **suffering** | 321:14 | 115:18,20 | 283:7 |
| 36:5,10 | 169:3 | 353:11 | 117:24 | 285:9 |
| 37:12 | **sufficient** | **supported** | 124:12 | 286:25 |
| 156:21 | 52:25 | 133:14 | 126:10 | 287:11,20 |
| **subawards** | **suggest** | **supports** | 138:5 | 289:14,16 |
| 37:16 | 92:13 | 174:15 | 140:2 | 292:6 |
| **subject** 39:3 | **suggested** | **supposed** | 147:18 | 293:6 |
| 83:10 | 44:18 | 109:3,4 | 150:1 | 300:23,24 |
| 91:23 | 208:16 | **suppress** | 153:10 | 301:2 |
| 120:5 | 337:14 | 354:15 | 156:3,8 | 303:16 |
| 215:22 | **suggesting** | **suppressing** | 160:3,20 | 304:3,18 |
| 216:24 | 313:23 | 209:2 | 161:11 | 306:20 |
| 264:7 | **suggestion** | **suppression** | 163:6 | 310:7 |
| 320:12 | 107:21 | 208:10,14 | 167:4 | 311:8 |
| 322:11 | 132:9 | **Supreme** | 174:1,14 | 317:20 |
| 328:17 | **suggestions** | 225:19 | 174:25 | 320:8 |
| 330:24 | 172:2 | 227:19 | 175:8,15 | 334:14,24 |
| 351:21 | 198:1 | 228:2,7 | 178:8 | 348:19 |
| **subscribe** | **suggestive** | 230:9 | 180:13,18 | 350:12 |
| 363:11 | 81:14 | 234:23 | 181:6 | 355:17 |
| **subsequent** | **suggests** | 236:21 | 190:24,25 | **Surely** |
| 29:23 | 245:15 | **SUR** 3:25 | 191:23 | 116:14 |
| 322:13 | **suit** 240:6 | **sure** 11:12 | 193:20 | **surfing** |
| **subseque...** | 240:16,21 | 11:19 | 195:6 | 252:24 |
| 37:11 | **Suite** 3:6 | 16:14,16 | 200:6,25 | **surgeon** |
| 81:24 | **summary** | 16:25 | 205:17,18 | 315:21 |
| 215:6 | 111:19 | 20:13 | 205:19,21 | 316:19 |
| 220:13 | 112:4,5,8 | 23:18,21 | 208:22 | **surmise** |
| **subset** | 112:10,18 | 30:11 | 216:4,20 | 154:9 |
| 335:18 | 112:21 | 36:25 37:5 | 220:10 | **surmising** |
| 347:17 | 113:2,3,4 | 41:20 | 223:25 | 191:8 |
| **Substack** | 120:7,15 | 44:17 47:6 | 224:21 | **surprised** |
| 8:17,20 | 222:15 | 48:18 50:4 | 227:25 | 83:8 |
| **substance** | 245:13 | 51:6,9 | 234:20,25 | 162:22 |
| 363:8 | **Summary....** | 56:3 57:10 | 242:3 | 163:2 |
| **substantial** | 123:11 | 62:23 | 245:2,13 | 181:7,11 |
| 180:19 | **Summary.PDF** | 66:14,21 | 246:19,25 | 181:15,21 |
| **substant...** | 126:24 | 67:23 | 249:12 | 184:18 |
| 289:23 | **summer** | 68:21 70:8 | 255:19 | 187:2 |
| **substantive** | 217:20,22 | 70:10,19 | 256:9,12 | 216:22 |
| 114:13 | 347:9 | 71:22 | 257:4 | 347:14 |

**DR. ANTHONY FAUCI  11/23/2022**

surprising
 187:6
 261:8
 332:14,16
 332:24
 333:4,10
 333:16
 334:7
surveill...
 57:23,25
 156:9
 157:5
surveyed
 222:11
susceptible
 258:3
suspended
 209:25
 335:20
suspending
 209:16
suspends
 209:8
suspicion
 50:8 52:18
 88:18
suspicious
 77:25
swift 259:22
sworn 1:16
 10:4 360:7
Sylvia 313:6
 313:9,17
 314:3
symptoms
 316:15,16
system
 122:13
 357:11,18
 358:24

—————
      T
T 6:1,1,6
Tabak 65:4,6
 65:7,8
 66:7 67:4
 253:25
TAG 265:14
take 12:11

12:11
13:11
14:22 21:3
41:7 51:23
77:2 80:23
81:1,6
83:12
104:24
109:9,16
109:25
117:22
119:12
123:20
131:7
148:6
149:24
152:9
165:9
191:19
192:11
193:25
194:24
195:1
203:17
217:13,16
230:13,20
247:21
248:7
253:4,5,5
257:24
284:18
296:22
301:24
302:2
312:1,2,23
313:23
322:5
334:7
338:17
357:20
takedown
 257:17,19
 258:10,13
 259:23
taken 1:18
 1:21 9:6
 151:13
 219:5
 243:10

253:10
307:9
328:22
358:20
360:5,8,13
361:10
362:3
takes 237:2
talk 64:7
 81:18
 101:7
 133:4
 135:19
 136:4
 157:7
 248:7
 258:9
 287:10
 292:21
 303:25
 318:13
 326:8
 327:11
 329:3
 338:2
 341:4
 349:18
 351:19
talked 23:25
 56:10,24
 85:6 91:14
 130:25
 136:13
 147:15
 157:11
 163:19
 203:6
 225:17
 233:6
 261:12
 286:8
 297:13
 351:18
 355:6,7,8
 355:10,11
talking
 11:15 15:8
 22:2 23:7
 23:24

27:16
38:19,23
39:5,15,19
40:17 43:6
50:7 52:4
58:5 59:3
63:2,7
72:9 77:24
81:18
84:13
88:22
90:25 93:4
106:4
107:1,3
109:12
116:24
117:4
129:24
130:21
138:14
139:6
140:15
150:14
154:4
163:18
168:21
169:19
171:14
187:13
188:4
195:21
202:9
206:17
212:5
224:15
226:1
228:8
230:24
234:21
240:15
241:21
258:20
269:6
287:8,8,21
295:15
307:13
314:23
341:22
347:18

349:3
353:15,16
355:20
talks 35:13
 50:10
 131:23
 136:13
 250:7
 257:19
 259:10
tangent
 47:14
tangents
 127:25
 128:4
tap 122:14
tape 230:3
 230:15
target 258:3
targeted
 250:16
 274:7
task 79:15
 87:21
 196:25
 197:6,9
 201:3
 204:11
 208:1
 321:1,12
tasks 58:7
 59:10
team 39:21
 40:3
 123:14
 139:22
 299:13
 308:23
 311:17
 324:4,11
 324:24
 325:8,11
 325:12,24
 326:15,19
 327:3,13
 336:9,18
teams 131:20
 137:8
technical

DR. ANTHONY FAUCI  11/23/2022

177:10
289:21
308:5,20
308:25
**Technology**
17:6
**Tedros** 95:3
95:5,6,21
95:25 96:5
96:17,21
108:2,4,5
108:14
110:11
139:23
**teleconf...**
90:18,18
91:23
93:25
**television**
226:16
**tell** 61:7
87:7,9
118:25
156:23
158:6
177:6
233:21
278:13
287:22
298:3
301:17
315:23
347:22
**telling**
69:14 70:5
301:25
**temporary**
170:4
**ten** 92:14
**tend** 96:4
192:22
**tens** 25:18
**tensions**
102:22
**tenth** 91:19
235:21
**tenure** 78:3
**term** 24:7
118:22

282:9
**terminol...**
258:14
**terminology**
16:4,9,11
17:14
24:23
108:21
**terms** 154:25
241:14,17
282:25
285:17
**terrain**
58:23
**Tessier-...**
291:21
**Test** 23:4,9
23:11,12
**tested** 23:13
**testified**
10:5 43:17
77:1,6
123:18
140:24
243:20
339:10
**testimony**
26:2,7
50:1 60:21
256:25
302:20
310:6
340:7
360:6,8
**text** 22:25
39:14
74:19
**thank** 18:1
84:18,21
132:5,20
145:14
148:16
171:1,15
171:19
179:8
196:10
206:24
277:18
325:21

329:10,12
354:20
**thanks** 84:23
206:21
303:10,15
**that'd**
338:21
**theme** 97:1
126:5,17
136:23
283:9
358:22
**theories**
78:12
143:18,19
143:20
**theorists**
185:22
**theory** 51:1
52:6 79:20
188:20
193:16
194:1,4
199:4
213:8
264:4
**therapeu...**
245:16
**therapy**
265:14
**thereabouts**
325:25
**thereon**
363:10
**thereto**
360:15
**they'd**
108:21
**thing** 38:22
39:1 77:15
131:15
137:21
142:10
155:20
174:13
190:2
192:23
225:5
233:13

248:9
281:22
282:23
303:20
304:13
306:14
328:23
329:14
341:10
353:25
**things** 16:21
19:1,3
23:20,21
39:7 42:23
56:19
64:12,16
80:1,7
89:16
102:25
113:25
115:19
116:8
117:12
122:18
128:5
129:25
142:17
143:17
144:9,11
145:7,8,10
150:15
151:19
155:20
156:4
157:12
159:14
160:5
162:10,12
174:2
177:8
185:14
189:17
191:22
194:8,22
195:15
210:2
212:8
226:2
238:19

241:11
243:18
256:15
269:7,10
274:16,17
276:12
279:23
301:10
302:17,25
310:1,12
310:13
311:21,22
315:6,7
316:21,21
335:12
340:6
349:9
352:16
355:6
358:15,16
359:13
**think** 11:20
16:15
20:13,14
21:13,15
21:18
34:24
38:14 40:5
42:19,24
43:17
44:16
46:22
52:10,12
57:14,23
60:5,12,13
62:18 63:9
63:10 70:5
74:5 79:13
79:23 80:9
80:18 87:2
87:24 88:3
88:3,23
90:10 96:3
97:19,21
101:1,3,5
101:15,18
101:22
102:18
103:1,5,25

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 107:22 | 259:21 | 136:11,13 | 208:24 | 52:25 54:8 |
| 108:13 | 260:1,2,6 | 176:2,11 | 242:4,5 | 54:12 |
| 109:8,24 | 260:11 | 176:12 | 263:18 | 57:13 |
| 110:3 | 261:24 | 189:3 | 288:3 | 59:16 |
| 114:7 | 262:16,16 | 210:25 | 290:14,14 | 60:22,24 |
| 119:4,16 | 265:23 | 218:25 | 315:7 | 65:8,15,17 |
| 128:4 | 269:1 | 219:9 | **thread** 337:9 | 66:15 68:9 |
| 132:2 | 270:2 | 222:14 | **threat** | 69:8 71:2 |
| 138:2 | 274:9 | 232:22 | 105:17 | 74:8 76:2 |
| 141:5 | 277:4,10 | 233:1 | **threatened** | 78:4,6 |
| 143:16 | 282:17 | 234:1 | 349:14 | 79:6 80:19 |
| 150:13 | 286:8 | 249:17 | **three** 53:25 | 80:23,24 |
| 151:5,12 | 289:22 | 272:24 | 60:14 | 81:6,20 |
| 154:10,16 | 303:4,20 | 278:7 | 85:25 | 82:3,15 |
| 154:25 | 303:21 | 283:24 | 89:20 | 83:17,20 |
| 155:1 | 304:11 | 305:2,23 | 91:17 93:7 | 93:23 95:2 |
| 156:17 | 306:22 | 337:7 | 94:7 99:18 | 95:10 |
| 159:22 | 309:16 | **thirdly** | 177:2,3,3 | 99:15 |
| 164:23 | 310:14 | 316:13 | 249:22 | 102:15 |
| 169:18,20 | 311:24,25 | **Thirteen** | 251:15 | 106:7 |
| 171:16 | 312:19 | 66:2 | 255:11,13 | 109:25 |
| 173:24 | 322:25 | **Thirty-two** | 255:21 | 110:3 |
| 175:15,21 | 326:23 | 210:10,11 | 294:14 | 121:20 |
| 176:9 | 329:14 | **thoroughly** | 315:22,23 | 123:20 |
| 177:2 | 333:18,20 | 107:8 | 316:1,18 | 125:13 |
| 181:24 | 335:9 | **thought** | 316:21 | 126:18 |
| 184:9 | 338:24 | 42:22 | 317:3,4,7 | 129:9,24 |
| 188:23,25 | 339:5,18 | 46:12 | 331:4 | 138:13 |
| 190:1,23 | 341:5 | 261:21 | **three-way** | 139:5 |
| 191:15,21 | 343:13 | 336:19 | 34:21 | 144:15 |
| 192:13 | 351:7 | 358:3 | **threw** 192:24 | 147:12 |
| 193:7,16 | 354:16 | **thoughtful** | **throw** 80:5 | 150:3,5 |
| 195:13,16 | 355:19 | 111:19 | **thrown** 112:7 | 169:19 |
| 195:19 | 356:6,20 | 112:4,8 | **tidied** 127:1 | 172:9,14 |
| 201:6 | 357:7,14 | **thousand** | 127:5,13 | 173:23 |
| 202:6 | 357:19 | 153:13 | **ties** 70:23 | 175:10 |
| 205:10 | 358:5,8,13 | 207:3,3 | **tight** 86:21 | 180:9,24 |
| 207:14 | **thinking** | 244:18 | 87:8 88:4 | 192:18 |
| 214:23 | 60:7 | 300:4 | **time** 9:3,5 | 194:13 |
| 220:9 | 108:11 | **thousands** | 11:8 16:13 | 197:8 |
| 223:24 | 144:7 | 21:14 | 16:15 19:6 | 199:5,8 |
| 226:6 | 223:14 | 22:20 | 20:8 22:6 | 203:18,21 |
| 227:18 | 257:24 | 25:18 | 22:12,22 | 204:23 |
| 228:5,5 | **third** 121:10 | 32:18 33:1 | 27:11,14 | 219:4,6 |
| 229:17 | 128:17,20 | 45:18 | 27:23 28:7 | 220:4 |
| 237:3 | 130:13,15 | 112:6 | 31:22 35:6 | 223:2,8 |
| 249:3 | 130:20 | 129:24 | 36:4 43:18 | 226:6 |
| 252:16 | 131:2 | 148:1 | 45:15,23 | 227:3 |
| 256:6 | 133:10 | 173:25 | 46:11,18 | 230:16,20 |

DR. ANTHONY FAUCI  11/23/2022

235:21
239:14
240:20
242:8
248:8
249:16
250:4
251:24
252:2
253:8,11
255:4,18
256:11,17
256:22
258:9
262:11
276:16
278:17
279:25
281:10
282:18
288:3
291:6
293:20
294:1
303:4
312:8,25
313:3
315:10,13
316:9,12
316:14
317:11
318:13,21
319:19
321:19
322:13
325:22
336:9
341:22
345:17
346:25
351:11,15
351:20,22
353:1
354:23
355:1,18
359:19
**times** 8:19
 11:5 45:15
 71:1

175:17
201:22
205:6,10
226:16
239:21
280:4
282:1
296:14
321:1
334:2
344:3,21
345:8
349:14
353:9
354:6
356:15
357:10,15
**timestamp**
 143:1
**timing** 84:17
 84:21
**title** 30:24
 41:9,14
 50:2 56:16
 57:9 76:4
 179:22
 210:22
 212:23
 218:8
**titled** 18:8
 305:25
**titles** 41:24
 294:22
**today** 9:3,13
 11:21 13:2
 14:19
 35:13 48:3
 49:2,14
 50:23 58:7
 59:11
 109:1
 112:9
 123:15
 125:2,10
 234:3
 243:22
 282:1
 334:2
 355:5

**today's**
 359:20
**told** 57:21
 147:5
 210:5
 212:13
 260:17
 271:21
 272:5
 289:7
 312:6
 317:23
 321:1
 357:24
**tomorrow**
 109:8
**tone** 52:2
**tonight**
 109:8
**Tony** 84:10
 84:17,21
 128:15
 130:18
 170:25
 171:7
 173:13,19
 174:4
 204:14,15
 254:18
 348:23,25
 349:20,22
 350:6,7,13
**Tonys** 349:2
**top** 25:24
 32:11
 37:24
 39:13 46:7
 46:14,17
 54:19 84:5
 86:3 89:24
 91:20,21
 93:9,14,15
 101:11
 111:17
 120:23
 125:3,3,5
 125:9
 130:16
 132:22

142:7,25
173:11
179:6
185:21
197:4
204:3
209:8
211:3,8,21
216:12
222:1,2
226:22
233:2
247:25
249:18
251:3
256:19
264:6
271:10
305:10
324:1
327:3
333:1
341:12
**top-perf...**
 234:4
**topic** 195:11
 215:24
 216:21
 218:18
 262:18
 286:1
 295:24
**topics**
 238:21
**total** 73:16
 73:21
 77:22 88:8
 88:11
 231:12
**totality**
 59:21
**totally** 91:9
 198:18
 199:22,23
 200:9
 206:11
 312:20
**touch** 84:25
 85:16

**tough** 335:21
**touted**
 236:21
**touting**
 225:19
 227:21
 229:9
 235:10
**toxicity**
 225:11
**toy** 199:4
**tracing**
 165:8
**TRACY** 2:17
**traditional**
 103:9
**transcribed**
 1:22 12:6
**transcript**
 6:24 8:22
 143:15
 144:3
 146:7,23
 196:24
 197:20
 198:25
 361:12
**transcri...**
 142:23
**transgenic**
 115:13,24
 116:11
 117:13
**transition**
 146:5
**transmis...**
 24:16
**transmis...**
 15:11 23:5
 146:5
 315:21
 316:12,14
 317:6
**transparent**
 103:4
 126:11
**traveling**
 313:14,22
 315:2

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| treat 88:7 | 262:12,20 | 153:12 | 240:13 | 298:23 |
| 123:13 | trouble | 156:5 | 267:9 | 299:8,13 |
| 124:6 | 235:11 | 166:2 | 278:7 | 299:19 |
| 224:25 | troubles | 236:18 | 288:8 | 300:13,19 |
| treated | 104:17,18 | 250:16 | 298:21 | 300:20 |
| 88:11 | troublesome | 256:15 | 303:9 | 303:23 |
| treating | 237:5,6 | 269:9 | 307:19 | 304:16 |
| 331:5,9 | troubling | 303:16 | 324:14 | 335:2,20 |
| treatment | 310:12 | 304:11,13 | 337:7 | 336:3,3,23 |
| 15:13 | trucks 169:6 | 304:14 | 341:3 | 337:8,21 |
| 213:22 | true 160:3 | 309:25 | turned | 347:19 |
| 229:10 | 204:19 | 312:18 | 155:15 | 348:5,15 |
| 231:10,11 | 229:2,11 | 321:14,20 | Turning | 348:22,22 |
| 232:9 | 273:4 | 329:6 | 219:9 | 349:24 |
| 237:19,20 | 302:25 | 334:25 | tweet 103:14 | 350:5,7,14 |
| 245:14 | 339:16,17 | 339:23 | 139:23 | 350:17,19 |
| 246:6,7,8 | 346:8 | 351:7 | 210:6 | 350:22,24 |
| 246:10,21 | 363:9,13 | Tuesday | 213:15,16 | 351:5,8,9 |
| 247:15,16 | Trump 197:5 | 115:7 | 241:8 | two 17:1 |
| 247:24 | 229:8 | 124:1 | 348:20,21 | 32:10 |
| 265:15 | Trust 76:5,6 | 126:22 | tweeted | 35:18  41:1 |
| 331:23 | truth 79:25 | 233:17 | 269:14 | 53:25 |
| 332:3,18 | 80:10 | tuned 72:4,6 | tweets 270:2 | 56:23 |
| 333:3,22 | 106:11 | turn 53:5 | 270:3,4 | 62:12  85:5 |
| 353:23 | 107:9,10 | 61:10  68:5 | Twenty | 85:25 |
| treatments | 107:13 | 72:20 | 158:24 | 89:19 |
| 236:5 | 177:6 | 74:18 | Twenty-five | 90:11,16 |
| 355:5 | 228:10 | 90:15 | 182:1 | 90:16 |
| triage | 323:17 | 93:19  94:7 | Twenty-s... | 91:17  93:7 |
| 169:13 | try 44:12 | 97:9 | 187:15 | 93:19,20 |
| trial 353:21 | 70:22 | 104:25 | Twenty-six | 101:11 |
| 353:25 | 107:8 | 110:9 | 185:9 | 128:20 |
| 354:14 | 125:13 | 120:2,21 | twice 20:16 | 131:18 |
| trials | 156:3 | 124:25 | 205:7 | 137:5 |
| 214:12 | 160:2 | 126:19 | Twitter 98:9 | 185:13 |
| 221:1 | 190:21 | 127:15,16 | 98:10,13 | 202:23 |
| 227:9 | 259:13 | 128:7,9 | 98:21  99:6 | 203:11 |
| 231:9 | 307:8 | 130:13 | 100:1,2,5 | 207:3 |
| 247:5 | 323:16 | 136:11 | 100:12,14 | 228:19 |
| 324:20 | 357:10 | 157:10 | 208:15 | 233:14 |
| tried 46:23 | trying 18:11 | 161:23 | 209:1,8,16 | 234:10,15 |
| 157:2 | 41:20  90:9 | 163:22 | 209:25 | 237:9,11 |
| 274:6 | 90:21  91:7 | 176:2 | 210:5,5 | 240:10 |
| trip 138:15 | 91:8  103:5 | 210:25 | 239:23 | 279:11 |
| 140:1,5,12 | 103:20 | 226:20 | 240:5,16 | 296:13 |
| 164:11 | 106:11 | 232:22 | 240:21 | 311:18 |
| 165:3,3,24 | 114:7 | 233:1 | 242:22 | 316:8,24 |
| 167:3,5 | 126:3 | 237:9 | 266:15 | 330:21 |
| 261:11 | 128:4 | 239:8 | 270:3 | 358:21 |

DR. ANTHONY FAUCI  11/23/2022

359:13
**Tying** 193:15
**type** 17:12
21:18
163:5
**typed** 331:12
**types** 168:12
238:19
**typewriting**
360:10
**typical**
191:15
206:23
314:12
317:23
**typically**
245:14

**U**

**U.S** 4:1  9:22
25:25  27:3
27:18  28:3
28:17
177:11
238:23
361:5
**uh-huh** 11:25
**UK** 76:15
**ultimate**
29:5
**ultimately**
143:16
248:22
**unavailable**
108:17
**unbiased**
107:8
157:7
**uncensored**
228:25
**uncertai...**
14:4
**understand**
11:18  15:9
18:12
29:23
42:23
70:10
71:25

114:1
121:6
122:9
160:8
162:11
189:18
212:12
323:9
348:19
**understa...**
74:10
**understa...**
147:9
**understa...**
15:11  18:5
18:8,14
19:16,23
19:24
22:13
24:21
27:22  28:2
29:13
35:20  41:4
41:9,14
70:17
118:6
246:16
315:20
316:2
329:22
**underway**
259:19,23
260:10
**unfortunate**
306:1
**UnHerd** 7:16
**unidenti...**
350:8,14
**uninfected**
314:11
**Union** 341:5
342:10
343:2
**United** 1:1
9:9  75:17
76:5
166:10
168:22
177:24

321:16
360:2
**universal**
317:16,18
**university**
32:20
133:15
174:17
265:12
267:21,22
313:11
352:25
353:3,3,4
**unknown**
158:17
**unleashed**
344:12
**unnecessary**
274:3
297:8
345:11
355:23
**unorthodox**
230:9
**unpreced...**
169:8
**unrelated**
14:17
**unreport...**
208:12
**untrue** 194:8
194:10
237:1
**unusual** 21:6
37:17  39:1
44:8  51:11
51:23,24
113:25
135:25
174:3
261:5
263:2
**unvaccin...**
343:10,11
**unwarranted**
80:16,17
81:13
**unwitting**
358:15

**update** 39:6
210:16,22
285:16
**updated**
233:18
284:3
344:8
359:8
**ups** 81:11
**urban** 143:6
**urgently**
28:5,12
**use** 108:21
155:18
177:11
199:23
220:11
221:3
258:14
332:17
**useful**
294:15
**uses** 101:6
304:3
**usually**
14:25  29:1
127:14
136:23
179:22
332:22
349:18

**V**

**v** 1:7  9:7
361:7
362:2
**vaccinated**
24:9  99:19
101:8
104:13
151:8
152:5
287:1
338:24
342:7
343:10
359:3
**vaccinating**
285:3,14

343:13
**vaccine** 24:8
104:12
106:14
173:14
211:13
256:16
288:22
324:22,25
325:8,12
325:23
326:1,9,16
327:11,16
336:2,23
338:12,23
339:18
344:15
351:24,24
351:25
352:3,5
**vaccines**
288:16,19
337:23
347:5
351:17,20
351:21,22
355:10,10
**vague** 22:7
29:22
35:22  71:9
78:14  79:9
79:12  82:7
89:8
120:14
129:16
154:22
155:19
166:12
168:19
169:23
174:21
186:22
193:18
207:18
208:5
213:24
251:19
291:25
293:14

DR. ANTHONY FAUCI  11/23/2022

| | | | | |
|---|---|---|---|---|
| 297:24 | **verify** | 294:2 | 77:23 80:2 | 116:3,5,25 |
| 318:22 | 299:23 | 312:25 | 89:14 | 121:12,15 |
| 319:13 | **versed** 40:18 | 313:3 | 122:4 | 121:16,17 |
| 345:20 | 63:14 | 354:23 | 198:15 | 129:14 |
| 352:7 | **version** | 355:1 | **virology** | 137:19 |
| 355:16 | 123:15 | 359:11,17 | 33:8 36:6 | 138:16 |
| **vaguely** | 159:3 | **Videotaped** | 36:17 64:9 | 140:16,21 |
| 13:23 | 170:19 | 1:13 | 89:16 | 147:3 |
| 18:10 | 178:21,24 | **view** 101:13 | 114:11,15 | 155:16 |
| 142:5 | 179:17,19 | 101:24 | 117:9 | 156:13 |
| 225:25 | 180:1,10 | 109:1 | 120:19 | 162:2 |
| 254:4 | 203:9 | 150:18 | 124:13 | 168:18,22 |
| 300:21 | 228:19 | 151:2 | 133:9 | 169:2 |
| 302:7 | 284:20 | 154:20 | 135:25 | 177:7 |
| 314:23 | **versions** | 194:4 | 156:23 | 180:6 |
| **valence** | 228:19 | 217:8 | 158:12 | 181:10 |
| 75:12 | **versus** | 243:22 | 160:8 | 189:10 |
| **valid** 247:7 | 160:25 | 273:2 | **Virology's** | 194:1 |
| **validated** | 246:21 | 276:16 | 158:2 | 198:2,9 |
| 80:15 | 320:15 | 278:10 | **virulent** | 208:16 |
| **validity** | **vice** 197:5 | 297:12,22 | 24:16 | 247:18 |
| 248:12 | 197:12 | 319:10 | **virus** 13:15 | 248:18,20 |
| **Vallance** | 202:5,16 | 334:8 | 14:6,21,24 | 248:22 |
| 47:1 75:11 | 352:25 | 346:9 | 15:5,11 | 258:4 |
| 75:13,13 | **video** 9:4,5 | 356:21 | 16:18 | 262:1,8,23 |
| 85:9 92:3 | 199:18,21 | **viewpoints** | 23:20 24:1 | 274:6 |
| 93:12 | 225:19 | 322:20 | 24:8,15,24 | 276:22 |
| 97:22 | 227:15 | **views** 223:20 | 24:25 25:1 | 277:1 |
| **variables** | 229:1,7,18 | 235:6,23 | 34:15,22 | 278:22 |
| 247:1 | 232:18 | 236:2,8,10 | 34:24 35:1 | 287:2 |
| **variations** | 234:2 | 236:17 | 35:11,15 | 293:19 |
| 303:11,25 | 235:5,10 | 243:21 | 43:19,25 | 314:14 |
| 304:7 | 236:1,20 | **Vincent** | 44:8 50:6 | 315:17,20 |
| **various** | 237:18 | 39:21 | 50:10 | 317:1,2,25 |
| 95:14 | 238:1 | 40:13,14 | 51:12,25 | 354:15 |
| 122:7 | 239:12,15 | **viral** 232:17 | 52:17 | 358:8 |
| 142:16 | 240:5,22 | **virologist** | 62:23 | **virus's** |
| 189:19 | 242:22 | 45:4,12 | 77:12 79:2 | 79:22 |
| 283:23 | 305:25 | 121:24 | 79:21 | 98:22 99:3 |
| 332:23 | 306:3,18 | 135:18 | 80:12 | 109:17 |
| **Varmus** 134:3 | 359:20 | 157:7 | 82:18,25 | **viruses** |
| 135:7 | **videogra...** | 160:9,12 | 89:5 100:9 | 15:23 |
| 136:8 | 9:2,15,24 | 209:9,17 | 100:10 | 25:21 27:4 |
| **varying** | 54:8,12 | **virologi...** | 102:15 | 30:4 36:15 |
| 175:1 | 83:17,20 | 210:1 | 103:17,23 | 43:3 |
| **VECCHIONE** | 150:2,5 | **virologists** | 104:1,4 | 117:11 |
| 3:3 | 203:18,21 | 44:11 | 110:21 | 118:19 |
| **venue** 39:15 | 219:4,6 | 52:15 | 111:1 | 156:19,21 |
| **verbal** 11:23 | 253:8,11 | 58:20 64:1 | 113:21,25 | 156:24 |

157:6,9
158:10
**visibility**
191:5,10
191:12,14
191:20
192:12
195:2
**visit** 149:17
**vitro** 117:12
245:15
**vivo** 116:25
117:22
**viz** 337:15
**vocal** 317:12
317:14
**Volume**
179:11
**von** 97:16,21
**VRC** 324:20
**vulnerable**
248:20
250:17
277:3

— **W** —
**wait** 39:12
185:5
**waiting**
172:7
**Walensky**
296:17
**walked**
295:20
**walking**
241:3
281:16
317:1
**want** 12:11
18:1 28:12
36:24
53:11 58:3
62:20
63:15 70:8
70:9 74:3
83:12
87:20,25
88:1,2,4
88:20

110:7
115:1
117:1
132:9
134:7,8
148:9
149:25
150:8
156:8
176:18
178:8
192:11
198:5
201:11
205:8
225:12
230:3
231:9
237:14
246:25
253:5,5
282:20
300:25
301:4
306:20
330:15,15
330:17
332:24
342:22
348:18
355:22
357:13
359:15
**wanted** 42:25
58:10,16
58:22
59:12,14
59:23
62:19,23
64:8,19
66:13 70:6
71:2,21
74:1 79:24
87:7 89:4
114:20
121:1
126:9,10
126:16
136:17

137:22,24
139:7
164:24
188:10
197:25
263:3
309:5
337:10
**wanting** 43:2
92:22
106:10
137:2
191:16
321:8
**wants** 94:17
**warfare**
143:6
**warranted**
169:17
**Washington**
3:7 4:3
7:22 8:3
13:15,19
201:22
242:14
243:2
271:5
272:5
273:19
275:14
279:14
280:25
361:6
**wasn't** 59:19
66:21
123:22
166:23
223:9
329:24
**watched**
199:18
**watching**
199:21
228:10
236:19
**way** 19:1,3
24:15
44:12 60:3
80:12

86:12
103:4
104:22
107:6
116:4
139:22
151:9
152:10
157:5
164:12
165:11
166:2,7,18
170:21
184:23
194:15
195:14
212:6
232:4
236:14
239:10
241:6
259:11
268:17
284:5
305:12
311:3
312:19
320:5,9,10
326:18
328:13
343:6
347:9
357:8,16
358:23
**Wayback** 7:2
**ways** 15:1
156:7
**we'll** 85:15
278:11
302:1
359:18
**we're** 11:15
27:16 29:8
37:19
39:19
54:13 58:5
83:18,21
85:24
89:19

90:10
101:10
104:25
105:1
136:24
150:3,6
172:7
173:6
181:24
187:8
202:8
203:19,22
219:7
233:23
253:9,12
262:15
263:6
307:1
313:4
354:24
355:2
**we've** 25:3
31:1 40:10
76:16
104:1
107:7
114:17
125:22
138:14
140:15
170:1
171:2
175:17
195:9
203:5
274:25
276:24
355:4
**weak** 353:8
354:6
**weapons**
145:21
146:2
**wear** 313:13
314:17
315:2,18
316:20
317:9
321:25

DR. ANTHONY FAUCI  11/23/2022

**wearing**
  317:12
  322:15,15
  322:18
**web** 243:10
**website** 18:5
  158:2
  206:18
  242:16
  243:3,9
  280:12
**WeChat** 98:9
  98:10,13
  98:14,21
**Wednesday**
  1:12,20
**week** 131:3
  131:21
  137:8
  161:14
  267:16,18
  325:22
**weeks** 11:1
  351:23
**weigh** 188:12
  190:17
  191:13
**weighs**
  155:24
**weight**
  333:21,23
  333:25
**weighted**
  343:11
**well-est...**
  40:23
  147:20
**well-known**
  135:17,24
  136:3
  139:17
**well-pow...**
  354:13
**well-rec...**
  45:4
**well-reg...**
  166:7
**Wellcome**
  76:5,6

**went** 107:18
  144:18
  168:8
  195:13
  200:17
  208:12
  210:1
  240:2
  261:10
  263:3
  291:3
  321:24
  336:11
  342:19
**weren't**
  157:24
**West** 2:9
  118:2,12
  118:16
**Western** 1:2
  9:10
**What'd** 104:9
**what-hav...**
  39:3
**whatsoever**
  214:8,14
**white** 7:11
  197:1
  198:23
  201:3
  207:25
  217:24
  218:3
  226:24
  271:9
  275:23
  276:1,2,10
  328:11,20
  329:17,21
  329:25
  335:2,18
  335:23
  336:10,12
  336:18
  339:22
  359:5
**WHO-spon...**
  261:11
  262:12

**widely** 88:25
  169:2
  181:22
**widespread**
  166:17
  235:9
  293:19
**WILBUR** 2:18
**wild** 79:25
  103:4,9
  106:3,3
  118:2,11
  118:16
**wildly** 89:16
**wind** 263:20
**winner** 134:4
  252:11
  257:9
**Wire** 264:3
**Wired** 264:14
**witness** 1:16
  6:2  10:3
  13:7  14:11
  14:14
  20:21  22:9
  23:18  24:6
  25:10,16
  26:16,25
  30:7  35:23
  41:13  42:2
  43:15  46:6
  47:19  48:8
  48:11,18
  49:11,13
  50:2  53:22
  62:9  68:18
  68:20,21
  68:23  69:1
  69:11,13
  69:19
  71:11
  79:11  82:9
  83:15  87:1
  87:15  89:9
  90:4  93:1
  93:15,24
  95:24
  97:12,15
  99:5

  100:24
  101:17,20
  101:23
  108:20
  112:3
  115:18
  116:22
  118:15,22
  125:17
  127:18
  128:3
  129:17
  130:9,11
  134:19
  137:14
  138:19
  144:2
  145:1,4
  146:12,19
  148:14,16
  149:9
  150:1,21
  150:23
  152:12,25
  154:24
  158:6
  159:22
  162:8
  164:5
  167:9
  168:21
  169:24
  176:7
  179:10
  183:6
  185:13,16
  186:24
  187:12,19
  187:22,25
  189:25
  193:20
  195:6
  197:3,16
  199:11
  200:14
  201:14
  205:5
  207:19
  211:17

  214:1,21
  214:25
  223:23
  224:14
  225:24
  227:5
  228:20
  229:16
  234:19
  235:19
  236:7
  237:14
  240:14
  243:1,13
  246:19
  249:22
  250:24
  253:22
  255:25
  257:1
  259:6,25
  260:24
  262:5
  266:13
  268:25
  269:21
  270:18
  271:17
  272:10
  273:7,15
  273:23
  274:25
  280:16
  284:9
  285:9
  286:18
  287:11,20
  289:3
  292:1
  293:15
  297:2,25
  298:10
  299:3
  301:9,22
  302:21
  303:15
  304:18
  306:9
  308:25

DR. ANTHONY FAUCI 11/23/2022

| | | | | |
|---|---|---|---|---|
| 310:7,20 | 116:4 | 36:1 87:25 | **wouldn't** | 153:16 |
| 311:1,7 | 145:8 | 100:4 | 22:18 32:7 | 268:9,12 |
| 312:17 | 188:25 | 120:11 | 42:8 96:3 | **Wuhan** 33:8 |
| 313:17 | 189:14,15 | 132:10 | 108:22 | 33:11,16 |
| 314:2,23 | 189:16 | 134:1 | 116:15 | 33:21 36:6 |
| 318:8 | 190:22 | 136:21 | 124:11 | 36:16 |
| 319:6,14 | 277:11 | 164:23 | 147:17 | 37:12 |
| 323:18 | **wore** 316:23 | 171:2 | 153:17 | 42:17 |
| 325:15 | **work** 12:20 | 260:12 | 157:3 | 117:9 |
| 327:20 | 13:6 19:1 | 310:4 | 181:11 | 143:7 |
| 329:24 | 19:3 25:11 | **works** 45:4 | 184:18 | 145:22 |
| 330:8 | 35:19 36:7 | 72:17 | 187:2 | 146:2 |
| 331:22 | 42:15,18 | 83:14 | 213:3,5,16 | 153:24 |
| 334:13 | 58:12 | 99:11,13 | 235:23 | 154:19,20 |
| 338:1 | 59:13,15 | 99:20,22 | 257:2 | 155:17 |
| 339:12,14 | 59:17,21 | 100:18,25 | 321:10 | 156:21 |
| 341:7,8 | 70:20,24 | 101:5 | **wound** 256:16 | 158:1,11 |
| 344:9 | 72:14 | 204:21 | **write** 184:15 | 166:3,4 |
| 345:21 | 99:24,25 | 214:14 | 184:17 | 190:8 |
| 348:18 | 100:14 | 217:3 | 258:24 | |
| 352:8 | 101:3 | 218:2 | 259:13 | **X** |
| 353:20 | 131:4,9 | 248:3 | 354:7 | **X** 1:4,10 6:6 |
| 355:17 | 133:1 | 300:6,9 | **writer** 308:5 | |
| 356:11 | 136:14,17 | 308:1 | 308:20 | **Y** |
| 358:12 | 136:20,22 | 319:2 | **writers** | **ya** 354:7 |
| 359:14 | 137:2,18 | 350:4,17 | 309:1 | **yada** 354:7 |
| 360:6,8 | 140:7 | 350:19 | **writes** | **Yale** 265:11 |
| 361:12 | 205:16,22 | 351:9 | 132:20 | 265:12 |
| 362:1,25 | 210:16,23 | **world** 46:10 | 173:13 | **yeah** 13:4,11 |
| **woman** 33:15 | 217:11 | 95:7,9,17 | 184:18 | 14:11,14 |
| 228:4 | 219:24 | 96:23 | 258:23 | 14:22 22:3 |
| **wondering** | 220:1 | 103:21 | 325:7 | 22:4 23:2 |
| 188:14 | 238:20 | 164:25 | **writing** 14:7 | 23:14 24:6 |
| 225:6 | 269:17 | 192:24 | 258:20 | 27:23 |
| 269:2 | 300:4,11 | 193:2 | 314:8,20 | 28:19,21 |
| 299:14 | 302:23 | 215:19 | 359:1 | 30:7 33:17 |
| **wont** 171:17 | 317:6 | 223:24 | **written** | 36:9 42:19 |
| **word** 45:11 | 326:18,18 | 234:4 | 13:24 | 43:22 |
| 113:24 | 350:24 | **world's** | 113:9 | 47:22 49:3 |
| 155:18 | **work-rel...** | 39:23 | 130:2 | 50:18,21 |
| 156:14 | 55:14 | **worried** | 153:1 | 54:17,18 |
| 165:19 | **worked** 100:2 | 273:1 | 160:18,20 | 54:19 |
| 207:6 | 156:24 | **worries** | 224:19 | 55:20 |
| 222:4 | 217:25 | 302:14,17 | 287:15 | 58:18 |
| 225:1 | 316:11 | 302:21 | **wrong** 101:22 | 61:11,21 |
| 261:3 | 319:3 | **worry** 276:12 | 194:11 | 62:9,16 |
| **words** 56:20 | 350:22 | 302:23 | 240:11 | 65:2 66:5 |
| 57:11 | 351:4 | **worth** 13:15 | **wrote** 48:2 | 66:8,11 |
| 109:11 | **working** 17:8 | 15:17 | 57:8 114:2 | 68:8,12 |

**DR. ANTHONY FAUCI  11/23/2022**

| | | | | |
|---|---|---|---|---|
| 72:22 73:1 | 212:12 | 34:9 36:13 | **YouTube's** | 50:14 |
| 83:13,15 | 221:25 | 72:1 76:9 | 240:5 | 91:22 |
| 84:19,21 | 222:6,17 | 100:17 | 283:15 | 162:12 |
| 85:7 86:12 | 226:19 | **years** 11:1 | 285:17 | 300:10 |
| 86:18 | 231:7 | 11:10 | | 331:8 |
| 90:17,19 | 240:11,18 | 13:24,25 | **Z** | **1:13** 65:13 |
| 91:23 | 242:17 | 16:5 27:16 | **Zachary** | **1:19** 65:21 |
| 92:18 | 247:20 | 28:23 | 218:21 | 203:21 |
| 93:21 94:9 | 254:4,4 | 29:10,15 | **Zeke** 352:24 | **1:37** 219:4 |
| 101:24 | 265:25 | 29:23 32:5 | 354:4,8 | **1:38** 219:6 |
| 102:8 | 272:10 | 32:6,7 | **zero** 213:14 | **10** 6:4,18 |
| 105:9,17 | 275:17 | 41:3 43:23 | **Zhengli** 33:5 | 114:17,18 |
| 105:18 | 282:23 | 44:22 | 33:14 | 115:2,5 |
| 108:20 | 283:22 | 45:19 | 35:17 36:1 | **10,000** 212:8 |
| 113:14 | 284:1 | 141:24 | 36:6,16 | **10/3/2025** |
| 115:6 | 286:18 | 148:2 | 37:3,7 | 360:22 |
| 118:10 | 287:11,20 | 167:10 | 56:9 117:9 | **100** 44:22 |
| 119:7,23 | 292:1,6 | 175:4 | **Zoom** 175:13 | 96:2 114:8 |
| 120:6 | 295:2,16 | 188:5 | **Zoom-type** | 177:22 |
| 125:6 | 300:7,9 | 212:5 | 175:18 | 205:19 |
| 130:19 | 306:9,20 | 219:20 | **Zooms** 174:2 | 220:3,10 |
| 131:1 | 307:4,22 | 275:4 | 175:19 | 256:8 |
| 133:19 | 310:7 | 295:11 | **Zuckerberg** | 259:7 |
| 134:19 | 315:5,14 | 313:18 | 99:17,21 | 281:20 |
| 144:22 | 315:16,19 | 314:4 | 100:21 | 292:23 |
| 145:18 | 318:4 | 358:21 | 133:11,12 | 300:23 |
| 148:8,15 | 319:6,21 | **Yep** 90:5 | 133:14 | **10278** 4:13 |
| 159:5 | 319:24 | **yesterday** | 152:1,3 | **11** 6:19 |
| 161:10 | 320:4,6,11 | 359:3 | 173:4,8,18 | 13:23 |
| 164:7 | 323:5 | **York** 4:13,13 | 173:24 | 119:18,24 |
| 168:12 | 324:3,9,9 | 8:19 40:23 | 174:7,8,15 | **11:09** 150:3 |
| 170:16,20 | 325:10 | 169:5 | 174:16 | **11:21** 150:5 |
| 171:8 | 326:23 | 293:6 | 175:11,22 | **11:47** 68:14 |
| 172:11 | 331:13,14 | 296:14 | 175:25 | 69:2 |
| 173:5 | 332:5 | 344:3,21 | 176:4,25 | **1100** 4:2 |
| 174:12,12 | 334:13,18 | **you-all** | 177:24 | 361:5 |
| 176:22,23 | 337:19 | 85:18 | 178:10 | **111** 6:17 |
| 183:6 | 338:21 | **YOUNES** 3:2 | 286:14,22 | **114** 6:18 |
| 189:21 | 339:7,7,9 | **YouTube** 8:7 | 287:4,16 | **119** 6:19 |
| 190:12 | 339:11,14 | 239:12,15 | 288:1 | **11th** 148:19 |
| 192:3 | 342:12 | 239:23 | 289:7 | 149:7,22 |
| 195:22 | 344:5 | 240:21 | | 152:22 |
| 196:8 | 346:7 | 242:23 | **0** | 341:1 |
| 199:16,20 | 348:6,18 | 282:21,22 | | 361:18 |
| 202:12 | 348:25 | 282:24 | **1** | **12** 6:8,20 |
| 205:5 | 350:2,12 | 285:1 | **1** 6:8 12:11 | 16:15 |
| 206:6 | 350:12 | 286:1 | 12:13 | 122:24,25 |
| 207:2 | 353:14 | 305:25 | 13:10 | 288:9,14 |
| 209:18 | **year** 24:9 | 325:12 | 26:16,17 | **12:27** 203:18 |

**DR. ANTHONY FAUCI 11/23/2022**

| | | | | |
|---|---|---|---|---|
| **12:29** 55:2 | **163** 7:3 | **1st** 21:23 | 27:3,16 | 222:2 |
| 61:14 | **167** 7:4 | 22:1 43:15 | 71:8 | 225:16 |
| 62:14 | **16th** 344:4,5 | 44:16 55:3 | **2015** 31:12 | 226:14 |
| **120** 36:13 | **176** 9,25 | 61:15 66:6 | 31:14 56:5 | 233:2 |
| **120,000** 72:1 | 148:4,12 | 66:17 69:3 | 60:2,7 | 242:19 |
| **122** 6:20 | 148:14 | 72:25 73:8 | 71:6 119:4 | 243:7 |
| **1225** 3:5 | 179:7 | 77:5 82:14 | 286:22 | 250:21 |
| **127** 233:23 | 180:11 | 86:2,13 | **2019** 21:24 | 253:19 |
| **13** 6:21 | 192:4 | 89:25 | 34:10 | 261:11 |
| 130:6,7 | 199:2 | 93:16 | 158:1,11 | 263:12 |
| 249:23 | 235:5 | 113:22 | **2023** 3:8 4:4 | 271:6 |
| 251:2 | 236:1,7,8 | 120:12 | **2020** 22:17 | 275:17 |
| 252:6 | 236:10,19 | 123:19 | 34:9,11,13 | 277:25 |
| 287:4,16 | **17:51** 68:10 | 161:8 | 34:19 35:9 | 282:25 |
| 287:24 | **170** 7:5 | 242:19 | 35:14 40:6 | 283:21,25 |
| **13:19** 65:19 | **172** 7:6 | 243:7 | 42:6 48:2 | 284:4 |
| **13:27** 90:1 | **178** 7:7 | 294:12,13 | 61:15 69:3 | 285:17 |
| **130** 6:21 | **17th** 159:4 | | 72:25 | 286:24 |
| **130,000** | 179:1,4 | **2** | 91:22 93:9 | 287:16 |
| 36:13 | 180:25 | **2** 6:9 17:19 | 93:16 | 288:1 |
| **1300** 13:24 | 197:1 | 17:20 18:4 | 105:5 | 293:13 |
| **138** 6:22 | 199:14 | 22:23 41:8 | 120:4 | 294:10 |
| **13th** 275:12 | 201:4 | 41:14 | 129:20 | 298:24 |
| 275:20 | 207:25 | 119:4 | 139:14 | 307:18 |
| **14** 6:22 | **18** 7:1 | **2,000** 207:1 | 140:14 | 313:12,21 |
| 16:15 | 152:17,18 | **2:00** 66:21 | 141:18 | 315:18 |
| 138:7,8 | **18:47** 48:2 | 66:24 67:2 | 144:8 | 317:15,22 |
| **141** 6:23 | **18:48** 143:1 | 67:3 161:8 | 147:3 | 318:2,24 |
| **142** 6:24 | **182** 7:8 | **2:17** 253:8 | 148:20 | 319:1 |
| **148** 6:25 | **185** 7:9 | **2:28** 253:11 | 149:7,22 | 322:3 |
| **14th** 188:3 | **187** 7:10 | **2:30** 148:22 | 152:22 | 324:1,2 |
| 271:6 | **1885** 2:20 | 149:22 | 159:4 | 325:25 |
| 298:24 | **18th** 204:8 | **2:31** 253:19 | 167:19 | **2021** 31:21 |
| 299:22 | **19** 7:2 34:10 | **20** 7:3 | 169:20 | 328:7,13 |
| 303:23 | 158:20,24 | 158:23 | 170:22 | 335:19,24 |
| **15** 6:23 11:9 | 158:25 | 163:7,8 | 173:11 | 336:23 |
| 141:12,15 | 237:12 | 363:15 | 176:4 | 341:1 |
| 277:25 | **19:06** 143:16 | **20-plus** 11:9 | 179:1,7,12 | 343:3 |
| **15,000** 298:7 | **19:09** 93:9 | **20:30** 91:22 | 182:7,12 | 344:4,6,8 |
| 298:14 | 93:16 | **2003** 6 3:7 | 186:2 | 347:4,9 |
| **15:30** 105:6 | **191250** 3:15 | **201** 7:12 | 188:3 | 350:25 |
| **15:48** 91:6 | **196** 7:11 | **2011** 6:8 | 197:1 | **2022** 1:12,20 |
| **152** 7:1 | **1980s** 265:19 | 13:13,20 | 201:21 | 9:3 192:4 |
| **1524** 72:25 | **1990** 265:19 | 16:15 24:1 | 203:8 | 359:19 |
| **158** 7:2 | **19th** 3:5 | **2013** 93:18 | 204:5,8 | 361:3,10 |
| **15th** 176:4 | 201:21 | 93:25 | 213:21 | 362:3 |
| **16** 6:24 | 204:4 | **2014** 16:15 | 217:20 | **203** 7:13 |
| 142:19,20 | 344:8 | 18:13 | 218:10 | **2050** 94:24 |
| 240:13 | **1R01** 41:16 | 21:23 26:3 | 220:6,14 | **20530** 4:3 |

DR. ANTHONY FAUCI  11/23/2022

361:6
**20892** 4:24
**209** 7:14
**21** 7:4
 167:14,15
**210** 7:15
**212** 4:14
 7:16
**213** 7:17
**22** 7:5 170:9
 170:10
**22-06-26**
 94:8
**221** 2:9 7:18
**225** 2:22
**226** 7:19
**228** 7:20
**22nd** 167:19
 218:10
 222:2
**23** 1:12,20
 7:6 172:24
 173:2
 361:10
 362:3
**232** 7:21
**23rd** 9:3
 359:19
**24** 7:7 178:5
 178:7,17
 178:18
 179:25
**24/7** 95:2
**2402** 54:5
**242** 7:22
**2421** 53:15
 53:20
 64:25 65:1
**2426** 54:5
**2430** 53:19
**2431** 53:20
**2432** 52:22
 53:16,17
 54:4
**245** 7:23
**249** 7:24
**24th** 350:24
**25** 6:11 7:8
 181:24

182:2
**253** 7:25
**26** 4:11 7:9
 181:23
 185:2,17
 187:9,12
**263** 8:1
**264-6373**
 4:14
**266** 8:2
**26th** 182:7
 182:12
 186:20
**27** 7:10
 173:11,18
 179:12
 187:10,13
 199:14
 233:2
**270** 8:3
**275** 8:4
**277** 8:5
**27th** 40:6
 42:6 186:1
 222:8
 226:14
 233:16,20
**28** 7:11
 196:20,21
 197:4
 361:3
**280** 8:6
**283** 8:7
**284** 8:8
**286** 8:9
**28th** 226:14
 233:15,18
 233:19,20
**29** 7:12
 201:16,17
**294** 8:10
**298** 8:11
**2nd** 73:8
 105:5
 294:10,11

--- 3 ---
**3** 6:11 23:4
 25:3,4

211:2,21
**3:22-CV-...**
 9:8
**3:22-cv-...**
 1:7
**3:36** 275:12
**3:39** 312:25
**3:55** 313:3
**30** 6:8 7:13
 203:24,25
 247:25
 333:23
 361:17
**304** 8:12
**307** 8:13
**30th** 13:20
 84:17,19
 85:12
 324:2
 325:25
**31** 1:19,19
 4:22,23
 6:12 7:14
 9:12 209:3
 209:4
**314** 3:17
**31st** 21:23
 34:8,10
 48:2 51:21
 318:24
 319:1
**32** 7:15
 210:12
**323** 8:14
**326-6766**
 2:22
**327** 8:15
**329-5040**
 3:17
**33** 7:16
 210:9
 212:15,16
 212:23
**330** 8:16
**334** 8:17
**34** 7:17
 213:17,18
**34:30** 144:23
 145:16

**340** 8:18
**343** 8:19
**346** 8:20
**35** 7:18
 221:10,11
**351** 245:25
 246:6
**352** 8:21
**36** 7:19
 226:9,10
**37** 6:13 7:20
 228:15,16
**371** 246:6
 247:10,15
**38** 7:21
 10:25
 232:12,13
**39** 7:22
 242:10,11
**3908** 4:12
**3rd** 2:20
 317:15
 318:1

--- 4 ---
**4** 6:12 31:2
 31:3 35:19
 56:4,20,22
 272:19,20
 272:22
 284:24
 288:9,14
**4:23** 170:22
**4:46** 354:23
**4:55** 355:1
**40** 7:23
 245:4,5
 247:25
 248:25
 249:4
 332:20
 333:23
 334:4
**40-plus**
 231:14
**41** 7:24
 249:4,6,9
**42** 7:25
 253:14,15

**43** 6:14 8:1
 263:7,8
**44** 8:2
 197:17
 266:4,5
**449** 245:19
 246:1
**45** 8:3 270:5
 270:7
 271:3
**45,000**
 206:24
**450** 3:6
**46** 8:4 275:8
 275:9
**47** 8:5
 277:17,19
**48** 8:6
 197:17
 280:8,11
**49** 8:7
 283:11,12
**4th** 115:8
 123:7,25
 126:23
 127:5
 128:20
 160:14
 250:20
 251:4
 254:5,13

--- 5 ---
**5** 6:13 37:19
 37:21
 60:13
 164:4,18
 227:8
 237:12
 251:2
 272:21,22
 284:24
**5:01** 359:19
 359:22
**5:02** 188:3
**5:41** 294:2
**5:51** 68:10
**50** 8:8 87:23
 282:1

DR. ANTHONY FAUCI  11/23/2022

| | | |
|---|---|---|
| 284:6,7,14 | 347:15 | **918-6905** 3:8 |
| 284:19 | **63** 8:21 | **96** 6:16 |
| 316:14 | 352:19,20 | **96,000** |
| **500,000** | **63101** 361:18 | 222:11 |
| 36:12 | **63119** 3:16 | **96,000-p...** |
| **51** 8:9  286:3 | **65101** 2:10 | 219:11 |
| 286:4 | **6th** 170:22 | **96,032** |
| **52** 8:10 | ———— | 222:16 |
| 293:25 | **7** | **9th** 97:2 |
| 294:5,6 | **7** 6:15  83:24 | 141:18 |
| **53** 8:11 | 83:25 | 144:7 |
| 298:17,18 | 120:7 | |
| **54** 8:12 | 240:12 | |
| 304:23,24 | **7:13** 84:19 | |
| **55** 8:13 | **70804** 2:21 | |
| 307:15 | **711** 361:17 | |
| **56** 8:14 | **751-8870** | |
| 323:19,20 | 2:11 | |
| **57** 8:15 | **7A-18** 149:13 | |
| 327:24,25 | 149:15 | |
| **573** 2:11 | **7th** 120:3 | |
| **58** 8:16 | 129:2 | |
| 330:5,6 | 160:15 | |
| **59** 8:17 | ———— | |
| 334:17,20 | **8** | |
| 335:15 | **8** 6:16  96:9 | |
| **598-3846** 4:4 | 96:10  97:7 | |
| **5th** 128:13 | 101:10 | |
| 128:18,21 | 180:10 | |
| 160:14 | 252:6 | |
| ———— | 254:11 | |
| **6** | **8:08** 1:20 | |
| **6** 6:14  43:8 | 9:4 | |
| 43:9  47:25 | **83** 6:15 | |
| 49:15 | **8th** 180:25 | |
| 52:21 | 253:19 | |
| 272:20 | 254:9 | |
| **6.3** 72:1 | 263:12 | |
| **6.4** 260:18 | 269:13 | |
| **60** 8:18 | ———— | |
| 316:14 | **9** | |
| 340:22,25 | **9** 6:17 | |
| 341:24 | 111:10,11 | |
| **600,000** | **9:04** 54:8 | |
| 36:12 | **9:05** 54:12 | |
| **61** 8:19 | **9:37** 83:14 | |
| 343:24,25 | **9:38** 83:17 | |
| **62** 8:20 | **9:50** 83:20 | |
| 346:14,15 | **90** 342:6 | |