| | |
|---|---|
| **From:** | Folkers, Greg (NIH/NIAID) [E] |
| **To:** | Routh, Jennifer (NIH/NIAID) [E]; Fauci, Anthony (NIH/NIAID) [E] |
| **Cc:** | Billet, Courtney (NIH/NIAID) [E]; Stover, Kathy (NIH/NIAID) [E]; Conrad, Patricia (NIH/NIAID) [E]; Marston, Hilary (NIH/NIAID) [E]; Lerner, Andrea (NIH/NIAID) [E] |
| **Subject:** | RE: For review (due to HHS for White House by 8:30 tonight): press conference talking points |
| **Date:** | Monday, January 27, 2020 6:24:59 PM |
| **Attachments:** | Talking Points for NIAID Director Dr. Fauci.docx |

As a place folder looks good to me.

+ Andrea who is the lead on a CoV talk ASF is giving on Tuesday

Also --- when talking about CoV (not necessarily in this venue) we have on our team (Vincent and folks we fund, Peter Daszak, Ralph Baric, Ian Lipkin, etc.) probably the world's experts non-human coronaviruses.

From David M -- EcoHealth group (Peter Daszak et al), has for years been among the biggest players in coronavirus work, also in collaboration with Ralph Baric, Ian Lipkin and others.

NIAID has funded Peter's group for coronavirus work in China for the past 5 years through R01 1R01AI110964: "Understanding the Risk of Bat Coronavirus Emergence". That's now been renewed, with a specific focus to identify cohorts of people highly exposed to bats in China, and work out if they're getting sick from CoVs. Erik Stemmy is the Program Officer. Collaborators include Wuhan Institute of Virology (currently working on the nCoV), and Ralph Baric. The results of the work to date include:


(b) (5)

- Discovered Swine Acute Diarrheal Syndrome Virus (SADS-CoV) killing >25,000 pigs in Guangdong Province (Published in *Nature*)
- Found SARS-related CoVs that can bind to human cells (Published in *Nature*), and that cause SARS-like disease in humanized mouse models.


(b) (5)

Also – prior to the above R01, Peter's folks worked under an R01 with Eun-Chung Park as Program Officer on viral discovery in bats, and originally identified SARS-CoV as having a likely origin in bats (published in *Science*)



FOIA-00000352