**From:** Edward Holmes <span>(b) (6)</span>
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar <span>(b) (6)</span>
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---
**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences,
The University of Sydney | Sydney | NSW | 2006 | Australia
T    (b) (6)
E         (b) (6)



EXHIBIT
tabbies
9
JB  11/23/22

**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Tue, 4 Feb 2020 11:23:44 +0000
**To:** Collins, Francis (NIH/OD) [E];Jeremy Farrar
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Agree. Very thoughtful summary and analysis. We really need to get WHO moving on getting the convening started.

**From:** Collins, Francis (NIH/OD) [E]  (b) (6)
**Sent:** Tuesday, February 4, 2020 6:12 AM
**To:** Jeremy Farrar <J.Farrar@wellcome.ac.uk>
**Cc:** Fauci, Anthony (NIH/NIAID) [E]  (b) (6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Yes, I'd be interested in the proposal of accidental lab passage in animals (which ones?).

Francis

**From:** Jeremy Farrar  (b) (6)
**Sent:** Tuesday, February 4, 2020 6:08 AM
**To:** Collins, Francis (NIH/OD) [E]  (b) (6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E]  (b) (6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Being very careful in the morning wording

"Engineered" probably not.

Remains very real possibility of accidental lab passage in animals to give glycans. Will forward immediately or if you want to give Eddie a ring.

Eddie would be 60:40 lab side. I remain 50:50...

On 4 Feb 2020, at 10:58, Collins, Francis (NIH/OD) [E]  (b)(6) wrote:

Very thoughtful analysis. I note that Eddie is now arguing against the idea that this is the product of intentional human engineering. But repeated tissue culture passage is still an option – though it doesn't explain the O-linked glycans.

Francis

**From:** Jeremy Farrar  (b) (6)
**Sent:** Tuesday, February 4, 2020 2:01 AM