**From:** Jeremy Farrar
**Sent:** Tue, 4 Feb 2020 07:01:16 +0000
**To:** Fauci, Anthony (NIH/NIAID) [E];Collins, Francis (NIH/OD) [E]
**Subject:** FW: Prevalence of infection and stage of the epidemic in Wuhan
**Attachments:** Summary.docx

Please treat in confidence – a very rough first draft from Eddie and team – they will send on the edited, cleaner version later.

Pushing WHO again today

---

**From:** Edward Holmes (b)(6)
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---

**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences.
The University of Sydney | Sydney | NSW | 2006 | Australia
T (b)(6)
E (b)(6)



6 pages Withheld in Full Pursuant to FOIA Exemption (b)(5) immediately following this page

**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Tue, 4 Feb 2020 11:23:44 +0000
**To:** Collins, Francis (NIH/OD) [E];Jeremy Farrar
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Agree. Very thoughtful summary and analysis. We really need to get WHO moving on getting the convening started.

**From:** Collins, Francis (NIH/OD) [E] (b)(6)
**Sent:** Tuesday, February 4, 2020 6:12 AM
**To:** Jeremy Farrar (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Yes, [redacted (b)(4)]

Francis

**From:** Jeremy Farrar (b)(6)
**Sent:** Tuesday, February 4, 2020 6:08 AM
**To:** Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

[redacted (b)(4)]

On 4 Feb 2020, at 10:58, Collins, Francis (NIH/OD) [E] (b)(6) wrote:

Very thoughtful analysis. [redacted (b)(4)]

Francis

**From:** Jeremy Farrar (b)(6)
**Sent:** Tuesday, February 4, 2020 2:01 AM

**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6); Collins, Francis (NIH/OD) [E] (b)(6)
**Subject:** FW: Prevalence of infection and stage of the epidemic in Wuhan

Please treat in confidence — a very rough first draft from Eddie and team — they will send on the edited, cleaner version later.

Pushing WHO again today

---

**From:** Edward Holmes (b)(6)
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---

**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences,
The University of Sydney | Sydney | NSW | 2006 | Australia
T (b)(6)
E (b)(6)

**From:** Jeremy Farrar
**Sent:** Tue, 4 Feb 2020 20:26:23 +0000
**To:** Collins, Francis (NIH/OD) [E];Fauci, Anthony (NIH/NIAID) [E]
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Wild West.....

**From:** Francis Collins (b)(6)
**Date:** Tuesday, 4 February 2020 at 20:23
**To:** Jeremy Farrar (b)(6), "Fauci, Anthony (NIH/NIAID) [E]" (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

[redacted (b)(5)]

**From:** Jeremy Farrar (b)(6)
**Sent:** Tuesday, February 4, 2020 9:03 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] <(b)(6)>Collins, Francis (NIH/OD) [E] <(b)(6)>
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Exactly!

**From:** "Fauci, Anthony (NIH/NIAID) [E]" (b)(6)>
**Date:** Tuesday, 4 February 2020 at 13:18
**To:** Francis Collins (b)(6), Jeremy Farrar <(b)(6)>
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

?? [redacted (b)(4)]

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Collins, Francis (NIH/OD) [E]　　(b)(6)
**Sent:** Tuesday, February 4, 2020 6:12 AM
**To:** Jeremy Farrar　　(b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E]　　(b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Yes, [redacted (b)(4)]

Francis

**From:** Jeremy Farrar　　(b)(6)
**Sent:** Tuesday, February 4, 2020 6:08 AM
**To:** Collins, Francis (NIH/OD) [E]　　(b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E]　　(b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

[redacted (b)(4)]

On 4 Feb 2020, at 10:58, Collins, Francis (NIH/OD) [E] (b)(6) wrote:

Very thoughtful analysis. [redacted (b)(4)]

Francis

**From:** Jeremy Farrar　　(b)(6)
**Sent:** Tuesday, February 4, 2020 2:01 AM
**To:** Fauci, Anthony (NIH/NIAID) [E]　　(b)(6)>; Collins, Francis (NIH/OD) [E] (b)(6)
**Subject:** FW: Prevalence of infection and stage of the epidemic in Wuhan

Please treat in confidence – a very rough first draft from Eddie and team – they will send on the edited, cleaner version later.

Pushing WHO again today

**From:** Edward Holmes (b)(6)
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---

**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences.
The University of Sydney | Sydney | NSW | 2006 | Australia
T (b)(6)
E (b)(6)

**From:** Jeremy Farrar
**Sent:** Tue, 4 Feb 2020 20:53:09 +0000
**To:** Collins, Francis (NIH/OD) [E];Fauci, Anthony (NIH/NIAID) [E]
**Subject:** Origins
**Attachments:** Summary.pdf

Tidied up

**Wellcome exists to improve health by helping great ideas to thrive. We support researchers, we take on big health challenges, we campaign for better science, and we help everyone get involved with science and health research. We are a politically and financially independent foundation.**

The Wellcome Trust is a charity registered in England and Wales, no. 210183. Its sole trustee is The Wellcome Trust Limited, a company registered in England and Wales, no. 2711000 (whose registered office is at 215 Euston Road, London NW1 2BE, UK)

4 pages Withheld in Full Pursuant to FOIA Exemption (b)(5) immediately following this page

**From:** Jeremy Farrar
**Sent:** Wed, 5 Feb 2020 06:57:54 +0000
**To:** Collins, Francis (NIH/OD) [E];Fauci, Anthony (NIH/NIAID) [E];Edward Holmes
**Subject:** FW: Origins
**Attachments:** Summary.pdf

Tony and Francis

The revised draft from Eddie, copied here.



(b)(5)

4 pages Withheld in Full Pursuant to FOIA Exemption (b)(5) immediately following this page