**From:** Jeremy Farrar
**Sent:** Thu, 6 Feb 2020 07:17:40 +0000
**To:** Fauci, Anthony (NIH/NIAID) [E];Collins, Francis (NIH/OD) [E]
**Cc:** Josie Golding;Tabak, Lawrence (NIH/OD) [E]
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Thank you. Pardis is great, respected by everyone – best wishes Jeremy

---

**From:** "Fauci, Anthony (NIH/NIAID) [E]" (b)(6)
**Date:** Thursday, 6 February 2020 at 00:00
**To:** Jeremy Farrar (b)(6), Francis Collins (b)(6)
**Cc:** Josie Golding (b)(6), "Tabak, Lawrence (NIH/OD) [E]" (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Jeremy:

I left out an important name for the coronavirus evolution working group. Please include her: Pardis Sabeti at the Broad Institute of MIT and Harvard
Thanks,
Tony


Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.


**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Wednesday, February 5, 2020 5:25 PM
**To:** Jeremy Farrar (b)(6); Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Josie Golding (b)(6); Tabak, Lawrence (NIH/OD) [E] (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan



EXHIBIT 13

Jeremy:

Thanks for the note. Looks like things are moving along with WHO. I will list below a number of names for potential members of the working group to examine the evolutionary origin of the 2019-nCoV in addition to the individuals who were on the call with us last Saturday:

Harold Varmus – Weill Cornell Medical Center – New York City
Feng Zhang – MIT (CRISPR expert)
Joseph DeRisi - Chan Zuckerberg (CZ) BioHub (he's paying close attention to the Wuhan strain vs other bat viruses and the SARS virus)
Don Ganem - University of California at San Francisco (UCSF) and the CZ BioHub (knows more about hepadnaviruses but an outstanding clinical and basic virologist)
John Coffin - Tufts and National Cancer Institute, NIH (worked out the confusion over the alleged Chronic Fatigue Syndrome retrovirus that proved to be a xenotropic MLV)
Eugene Koonin - NCBI/National Libreary of Medicine, NIH;
https://www.ncbi.nlm.nih.gov/research/groups/koonin/)
Wayne Hendrickson – Columbia University and the New York Structural Biology Center
Gary Nabel – Sanofi (Boston)

Best regards,
Tony


**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:** (b)(6)
**FAX: (301) 496-4409**
**E-mail:** (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Jeremy Farrar (b)(6)
**Sent:** Wednesday, February 5, 2020 6:21 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6); Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Josie Golding (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Francis and Tony

Couple of things:

- I spoke again with WHO this morning. I believe they have listened and acted. Let me know if you agree
    - At the WHO meeting next week they will set up the Group who will "look at the origins and evolution of 2019n-CoV"
    - They have asked for names to sit on that Group – please do send any names
    - We can have a call this week with a core group of that to frame the work of the Group including – if you could join?
    - I think this puts it under the umbrella of WHO, with action this week and into next
    - With names to be put forward into the Group from us and pressure on this group from your and our teams next week.
- The team will update the draft today and I will forward immediately – they will add further comments on the glycans

Does that sound reasonable to you?

Jeremy

---

**From:** "Fauci, Anthony (NIH/NIAID) [E]" (b)(6)
**Date:** Tuesday, 4 February 2020 at 13:18
**To:** Francis Collins (b)(6), Jeremy Farrar (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

?? (b)(4)

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Collins, Francis (NIH/OD) [E] (b)(6)
**Sent:** Tuesday, February 4, 2020 6:12 AM
**To:** Jeremy Farrar (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Yes, [redacted (b)(4)]

Francis

**From:** Jeremy Farrar (b)(6)
**Sent:** Tuesday, February 4, 2020 6:08 AM
**To:** Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

[redacted (b)(4)]

On 4 Feb 2020, at 10:58, Collins, Francis (NIH/OD) [E] < (b)(6)> wrote:

Very thoughtful analysis. [redacted (b)(4)]

Francis

**From:** Jeremy Farrar (b)(6)>
**Sent:** Tuesday, February 4, 2020 2:01 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] < (b)(6)>; Collins, Francis (NIH/OD) [E] (b)(6)>
**Subject:** FW: Prevalence of infection and stage of the epidemic in Wuhan

Please treat in confidence – a very rough first draft from Eddie and team – they will send on the edited, cleaner version later.

Pushing WHO again today

**From:** Edward Holmes (b)(6)
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---

**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences.
The University of Sydney | Sydney | NSW | 2006 | Australia
T (b)(6)
E (b)(6)

**From:** Jeremy Farrar
**Sent:** Thu, 6 Feb 2020 07:18:09 +0000
**To:** Fauci, Anthony (NIH/NIAID) [E];Collins, Francis (NIH/OD) [E]
**Cc:** Josie Golding;Tabak, Lawrence (NIH/OD) [E]
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Perfect, thank you

**From:** "Fauci, Anthony (NIH/NIAID) [E]" 
**Date:** Wednesday, 5 February 2020 at 22:24
**To:** Jeremy Farrar _____ (b)(6) Francis Collins _____ (b)(6)
**Cc:** Josie Golding _____ (b)(6), "Tabak, Lawrence (NIH/OD) [E]" _____ (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Jeremy:

Thanks for the note. Looks like things are moving along with WHO. I will list below a number of names for potential members of the working group to examine the evolutionary origin of the 2019-nCoV in addition to the individuals who were on the call with us last Saturday:

Harold Varmus – Weill Cornell Medical Center – New York City
Feng Zhang – MIT (CRISPR expert)
Joseph DeRisi - Chan Zuckerberg (CZ) BioHub (he's paying close attention to the Wuhan strain vs other bat viruses and the SARS virus)
Don Ganem - University of California at San Francisco (UCSF) and the CZ BioHub (knows more about hepadnaviruses but an outstanding clinical and basic virologist)
John Coffin - Tufts and National Cancer Institute, NIH (worked out the confusion over the alleged Chronic Fatigue Syndrome retrovirus that proved to be a xenotropic MLV)
Eugene Koonin - NCBI/National Libreary of Medicine, NIH;
https://www.ncbi.nlm.nih.gov/research/groups/koonin/)
Wayne Hendrickson – Columbia University and the New York Structural Biology Center
Gary Nabel – Sanofi (Boston)

Best regards,
Tony


Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health

Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Jeremy Farrar (b)(6)
**Sent:** Wednesday, February 5, 2020 6:21 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)>; Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Josie Golding (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Francis and Tony

Couple of things:

- I spoke again with WHO this morning. I believe they have listened and acted. Let me know if you agree
    - At the WHO meeting next week they will set up the Group who will "look at the origins and evolution of 2019n-CoV"
    - They have asked for names to sit on that Group – please do send any names
    - We can have a call this week with a core group of that to frame the work of the Group including – if you could join?
    - I think this puts it under the umbrella of WHO, with action this week and into next
    - With names to be put forward into the Group from us and pressure on this group from your and our teams next week.
- The team will update the draft today and I will forward immediately – they will add further comments on the glycans

Does that sound reasonable to you?

Jeremy


**From:** "Fauci, Anthony (NIH/NIAID) [E]" (b)(6)
**Date:** Tuesday, 4 February 2020 at 13:18
**To:** Francis Collins (b)(6), Jeremy Farrar (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

?? (b)(4)

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: ( (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Collins, Francis (NIH/OD) [E] (b)(6)
**Sent:** Tuesday, February 4, 2020 6:12 AM
**To:** Jeremy Farrar (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** RE: Prevalence of infection and stage of the epidemic in Wuhan

Yes, [redacted (b)(4)]

Francis

**From:** Jeremy Farrar (b)(6)
**Sent:** Tuesday, February 4, 2020 6:08 AM
**To:** Collins, Francis (NIH/OD) [E] (b)(6)
**Cc:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan


[redacted (b)(4)]

On 4 Feb 2020, at 10:58, Collins, Francis (NIH/OD) [E] (b)(6) wrote:

Very thoughtful analysis. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (b)(4)

Francis

**From:** Jeremy Farrar ▓▓▓▓ (b)(6)
**Sent:** Tuesday, February 4, 2020 2:01 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] ▓▓▓ (b)(6); Collins, Francis (NIH/OD) [E] ▓▓▓ (b)(6)
**Subject:** FW: Prevalence of infection and stage of the epidemic in Wuhan

Please treat in confidence – a very rough first draft from Eddie and team – they will send on the edited, cleaner version later.

Pushing WHO again today

**From:** Edward Holmes ▓▓▓▓ (b)(6)
**Date:** Tuesday, 4 February 2020 at 06:33
**To:** Jeremy Farrar ▓▓▓▓ (b)(6)
**Subject:** Re: Prevalence of infection and stage of the epidemic in Wuhan

Here's our summary so far. Will be edited further.

It's fundamental science and completely neutral as written. Did not mention other anomalies as this will make us look like loons. As it stands it is excellent basic science I think, which is a service in itself.

Will finish as soon as we can.

---

**PROFESSOR EDWARD C. HOLMES FAA FRS**
ARC Australian Laureate Fellow

**THE UNIVERSITY OF SYDNEY**
Marie Bashir Institute for Infectious Diseases & Biosecurity,
School of Life & Environmental Sciences and School of Medical Sciences.
The University of Sydney | Sydney | NSW | 2006 | Australia
T ▓▓▓ (b)(6)
E ▓▓▓ (b)(6)