**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Sun, 9 Feb 2020 23:54:27 +0000
**To:** (b)(6)
**Subject:** FW: WHO advance team on coronavirus on way to China - Tedros tweet

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Grigsby, Garrett (HHS/OS/OGA) <(b)(6)>
**Sent:** Sunday, February 9, 2020 6:35 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] <(b)(6)>; Harrison, Brian (HHS/IOS) (b)(6)
**Cc:** Kerr, Lawrence (HHS/OS/OGA) <(b)(6)>; Elvander, Erika (OS/OGA) (b)(6)>; Zebley, Kyle (HHS/OS/OGA) (b)(6) Redfield, Robert R. (CDC/OD) (b)(6); Kadlec, Robert (OS/ASPR/IO) <(b)(6); Abram, Anna (FDA/OC) <(b)(6)>; Bright, Rick (OS/ASPR/BARDA) (b)(6)>
**Subject:** RE: WHO advance team on coronavirus on way to China - Tedros tweet

Dr F,

[redacted (b)(5)]

**From:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)>
**Sent:** Sunday, February 9, 2020 6:24 PM
**To:** Grigsby, Garrett (HHS/OS/OGA) (b)(6)>; Harrison, Brian (HHS/IOS) (b)(6)>

NIH-002014

EXHIBIT 14  11/23/22

Cc: Kerr, Lawrence (HHS/OS/OGA) <​(b)(6)>; Elvander, Erika (OS/OGA) (b)(6); Zebley, Kyle (HHS/OS/OGA) <​(b)(6)>; Redfield, Robert R. (CDC/OD) (b)(6)>; Kadlec, Robert (OS/ASPR/IO) (b)(6)>; Abram, Anna (FDA/OC) (b)(6)>; Bright, Rick (OS/ASPR/BARDA) (b)(6)
Subject: RE: WHO advance team on coronavirus on way to China - Tedros tweet

[redacted] (b)(5)

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

From: Grigsby, Garrett (HHS/OS/OGA) <(b)(6)
Sent: Sunday, February 9, 2020 6:03 PM
To: Harrison, Brian (HHS/IOS) (b)(6)
Cc: Kerr, Lawrence (HHS/OS/OGA) (b)(6); Elvander, Erika (OS/OGA) <​(b)(6); Zebley, Kyle (HHS/OS/OGA) ​(b)(6)>; Redfield, Robert R. (CDC/OD) (b)(6); Fauci, Anthony (NIH/NIAID) [E] <​(b)(6)>; Kadlec, Robert (OS/ASPR/IO) (b)(6)>; Abram, Anna (FDA/OC) (b)(6)>; Bright, Rick (OS/ASPR/BARDA) <(b)(6)
Subject: FW: WHO advance team on coronavirus on way to China - Tedros tweet

Brian – more clarity from "the horse's mouth" on this advance trip...see below.

From: Grigsby, Garrett (HHS/OS/OGA)
Sent: Sunday, February 9, 2020 6:01 PM
To: SCHWARTLANDER, Bernhard F. (b)(6)
Cc: SIMONSON, Stewart (b)(6)>
Subject: RE: WHO advance team on coronavirus on way to China - Tedros tweet

Many thanks, Bernard! I know I'll be asked, so I will pass your email up the chain...

Take care and thanks again!

**From:** SCHWARTLANDER, Bernhard F. (b)(6)
**Sent:** Sunday, February 9, 2020 5:59 PM
**To:** Grigsby, Garrett (HHS/OS/OGA) (b)(6)
**Cc:** SIMONSON, Stewart (b)(6)
**Subject:** Re: WHO advance team on coronavirus on way to China - Tedros tweet

Hi Garrett,

We have three people on the way to Beijing who will work with our Chinese counterparts on finalizing the TOR and composition of the joint WHO - China mission. As you are much aware, the US has given us a number of names who will be able and willing to join such a mission. We have received similar proposals from other countries and will now match the "long list" of experts with the required specific expertise.

We are hoping to have more clarity over the coming days and will obviously keep you in the loop. The overall number will be kept at a level to make sure that the team is fully operational.

With my warmest wishes

Bernhard

Dr Bernhard Schwartländer
Chef de Cabinet
World Health Organization

> On 9 Feb 2020, at 23:24, Grigsby, Garrett (HHS/OS/OGA) (b)(6) wrote:
>
> Bernard,
>
> Hope you had a good weekend.
>
> I'm reaching out to get more clarity on the WHO experts team issue – please see article below. I've heard everything from an advance group of one or two individuals to 15 people discussed in the article. I haven't heard any word about US people, and I was just with Dr Redfield late this afternoon and he was in the dark too.

Any additional information will be deeply appreciated.

Thanks!

**From:** Kerr, Lawrence (HHS/OS/OGA) <(b)(6)>
**Sent:** Sunday, February 9, 2020 5:03 PM
**To:** Grigsby, Garrett (HHS/OS/OGA) <(b)(6)>; Zebley, Kyle (HHS/OS/OGA) <(b)(6)>; Elvander, Erika (OS/OGA) <(b)(6)>; Tracy Carson <(b)(6)>
**Subject:** WHO advance team on coronavirus on way to China - Tedros tweet

February 9, 2020 / 4:01 PM / Updated an hour ago

# UPDATE 1-WHO advance team on coronavirus on way to China - Tedros tweet

Stephanie Nebehay
By Stephanie Nebehay

GENEVA, Feb 9 (Reuters) - An advance team of international experts led by the World Health Organization (WHO) has left for Beijing to help investigate China's coronavirus epidemic, the Geneva-based agency said on Sunday.

WHO director-general Tedros Adhanom Ghebreyesus, who made a trip to Beijing for talks with President Xi Jinping and Chinese ministers in late January, returned with an agreement on sending an international mission.

But it has taken nearly two weeks to get the government's green light on its composition, which was not announced, other than to say that WHO veteran Dr. Bruce Aylward, a Canadian epidemiologist and emergencies expert, was heading it.

"I've just been at the airport seeing off members of an advance team for the @WHO-led #2019nCoV international expert mission to #China, led by Dr Bruce Aylward, veteran of past public health emergencies," Tedros said in a tweet from Geneva.

Dr. Sylvie Briand, who accompanied Tedros last month and stayed behind for talks with top Chinese health officials, told Reuters last week that they were discussing a list of experts with China.

"Because it is a joint mission, they need to be on board, it's not just an international group going there. We have about 15 people," said Briand, director of Global Infectious Hazard Preparedness at WHO.

China raised the death toll from the coronavirus outbreak to 811 on Sunday, passing the number killed globally by the SARS epidemic, as authorities made plans for millions of people returning to work after an extended Lunar New Year break.

The virus, which has spread to two dozen countries, has killed some 2% of more than 37,550 cases worldwide, with 99 percent of infections in China, WHO figures show.

The WHO declared the outbreak a global emergency on Jan. 30, days after the Chinese central government imposed a lockdown on 60 million people in Hubei province and its capital Wuhan, epicentre of the virus that emerged in December in a seafood market.

Tedros said on Saturday that he hoped the team would include experts from the U.S. Centers for Disease Control (CDC).

"It has to be meaningful on the ground," Lawrence Gostin, professor of global health law at Georgetown Law, said in an interview in Geneva this week.

Gostin called for a "genuine partnership with transparent flows of information and accountability for the response", adding that there should be a strong CDC presence.

"CDC has got no peer in terms of its experience and technical expertise in dealing with international outbreaks," he said.

"But the other benefit is the smart diplomacy, what it could signal is that despite all of our differences in ideology, trade, politics, that when faced with a common threat to humanity, we come together as a human community to tackle it," Gostin said.

Reporting by Stephanie Nebehay; Editing by Pravin Char, Kirsten Donovan

Our Standards:The Thomson Reuters Trust Principles.