**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Sun, 9 Feb 2020 16:41:04 +0000
**To:** Folkers, Greg (NIH/NIAID) [E]
**Cc:** Billet, Courtney (NIH/NIAID) [E];Conrad, Patricia (NIH/NIAID) [E]
**Subject:** RE: Podcast: Newt's World Ep 56: China's Coronavirus http://bit.ly/2Sud2am

Definitely for the Director's page

**From:** Folkers, Greg (NIH/NIAID) [E]  (b)(6)
**Sent:** Sunday, February 9, 2020 9:45 AM
**Subject:** Podcast: Newt's World Ep 56: China's Coronavirus http://bit.ly/2Sud2am

Is the Coronavirus the next global pandemic or will the disease be eradicated in a short period of time? Newt's guests, Dr. Anthony Fauci and Dr. Peter Daszak, provide the information you need to know about the Coronavirus crisis.

Disclaimer: Any third-party material in this email has been shared for internal use under fair use provisions of U.S. copyright law, without further verification of its accuracy/veracity. It does not necessarily represent my views nor those of NIAID, NIH, HHS, or the U.S. government.



NIH-002044