1) *<u>China's Coronavirus</u>*, <u>**Newt's World Episode 56, February 9, 2020**</u>

https://www.gingrich360.com/2020/02/09/newts-world-episode-56-chinas-coronavirus/

- **18:48 Newt** "I don't know if you have had access to enough information from the Chinese but as you know there is sort of an urban legend that there is a biological warfare center in Wuhan and that the coronavirus escaped from that. Do you have any sense of where it probably came from?" **19:06 Fauci** "Well I think ultimately we know that these things come from an animal reservoir. I heard these conspiracy theories and like all conspiracy theories Newt they just conspiracy theories. Is it impossible that that could have happened? I don't' think…I can say that isn't not impossible. But I think if you examine all of the isolates and look at the very detailed pattern or map of their molecular structure you may get more insight as to whether it was a natural direct jump, whether it percolated in another species from the bat to whatever, a civet cat or some other animal, and then jumped species into humans. I think the more you examine isolates and the more we get information we'll be able to clarify the evolutionary origin of the virus. But right I think the things you are hearing are still in the realm of conspiracy theories without any scientific basis for it."
- **34:30 Newt** "The coronavirus probably came from one of the food market although there is a secondary rumor that there is a biological weapons laboratory in Wuhan and it may have come from there. Is it your sense that it's almost certain that it came from an animal to human transmission? **Daszak** "All the evidence say that is what happened. Again it's not as exciting as a movie release of a bioweapon but the real bio-terrorist out there is nature. We've got wildlife carrying, we estimate 1.7 million unknown viruses in mammals alone. About half a million to eight hundred thousand of those can probably infect us. We don't know what they are, we don't know where they are. It turns out bats in China and across Southeast Asia carry a whole host of probably pretty risky viruses. We've been out there discovering these new viruses we found 500 of them so far. Including the closest relative to this one. It looks to me and to most scientist like it's a bat virus that got into people either in the market or in rural China and just unfortunately has the capacity to spread. We surveyed people in southwest China and found 2-3% of them had antibodies to bat viruses they were exposed as a matter of course of everyday life in a very low level, but if you multiply that by 1.2 billion people by people you intimately connect to whether eating them and butchering them you get a high risk and eventually this thing is going to happen."



EXHIBIT 16 11/23/2