OPENTHEBOOKS.COM | JUDICIALWATCH.ORG

# February 11, 2020
Tuesday

| February 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

| March 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**TUESDAY**

**11**

Notes

**7 AM**

**8**

**9**  Discuss AAAS Talk ; 7A03; Fauci, Anthony (NIH/NIAID) [E]

**10**  NPR Radio 1A show (LIVE HIT: TBD); by phone with app/David Awwad; Fauci, Anthon

Depart NIH at 10:45 am | wtop LIVE HIT 10:40 am | **WCoV PCC**
EEOB Room 445  Please
submit WAVES for each
meeting
Ferro, Phil J. EOP/NSC

**11**  Office Business & Proje

**12 PM**  Aspen Inst  Coronavirus Panel with Ron Klain (12 - 1:15 pm event and taping at 1:30-1:45 pm)
Aspen offices 2300 N St, NW.  (b)(6)

**1**

Return to NIH

**2**

HOLD- Meeting with Dr Ralph Baric (erbelding); 7A18

**3**  WCoV PCC 2
Room 445  Please submit WAVES for each r
Ferro, Phil J. EOP/NSC | AMA daily Coronavirus Update; 610-F;

**4**  AMA WH Task Meeting Force - CANCELLED; CALL// ; (b)(6) | Secre

**5**

FOX with Lou Dobbs Taped Hit by Skype ; Awwad Skype Studio

**6**

EXHIBIT
17
1/23/20

