Obtained via FOIA by Judicial Watch Inc.

**From:** Lane, Cliff (NIH/NIAID) [E]
**Sent:** Sat, 22 Feb 2020 10:01:23 +0800
**To:** Dr VAN KERKHOVE, Maria
**Subject:** Re: Inputs needed

China has demonstrated this infection can be controlled, albeit at great cost. That is the bottom line of the report from my perspective.

The global community needs to decide the way forward. That room needs more than this group.

**From:** Maria VAN KERKHOVE (b)(6)
**Date:** Saturday, February 22, 2020 at 9:59 AM
**To:** "Lane, Cliff (NIH/NIAID) [E]" (b)(6)
**Subject:** Re: Inputs needed

Agreed – I think we will start with China – first and foremost and then other areas – we can label this differently

**From:** Cliff Lane (b)(6)
**Date:** Saturday, 22 February 2020 at 02:56
**To:** Maria Van Kerkhove (b)(6)
**Subject:** Re: Inputs needed

Initial reaction – we are getting out of scope. I agree with the comments from the China co-chair. We need to focus on the situation in China; perhaps indicate a lessons learned for others.

**From:** Maria VAN KERKHOVE (b)(6)
**Date:** Saturday, February 22, 2020 at 9:40 AM
**To:** "Lane, Cliff (NIH/NIAID) [E]" (b)(6)
**Subject:** Inputs needed

As discussed, please have a look. Bruce will be revising this morning – so they will likely change a lot, but I need your views on the thinking (so far)...



EXHIBIT 21

Obtained via FOIA by Judicial Watch Inc.



(b)(4)

Obtained via FOIA by Judicial Watch Inc.



(b)(4)

Obtained via FOIA by Judicial Watch Inc.



Maria D Van Kerkhove, PhD
Head Emerging Diseases and Zoonoses Unit and MERS-CoV Technical Lead
Global Infectious Hazards Preparedness · Health Emergencies Program
World Health Organization · Geneva Switzerland

Mobile: (b)(6)  Office: (b)(6)  Email: (b)(6)
http://who.int/emergencies/mers-cov/en/