**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Sun, 8 Mar 2020 13:23:32 +0000
**To:** Kristian G. Andersen
**Cc:** Jeremy Farrar;Collins, Francis (NIH/OD) [E];Robert Garry;Edward Holmes;Andrew Rambaut;Ian Lipkin;Chris Emery
**Subject:** Re: SARS-CoV-2 article to be published in Nature Medicine

Kristian:
   Thanks for your note. Nice job on the paper.
Tony

On Mar 6, 2020, at 4:23 PM, Kristian G. Andersen <andersen@scripps.edu> wrote:

Dear Jeremy, Tony, and Francis,

Thank you again for your advice and leadership as we have been working through the SARS-CoV-2 'origins' paper. We're happy to say that the paper was just accepted by Nature Medicine and should be published shortly (not quite sure when).

To keep you in the loop, I just wanted to share the accepted version with you, as well as a draft press release. We're still waiting for proofs, so please let me know if you have any comments, suggestions, or questions about the paper or the press release.

Tony, thank you for your straight talk on CNN last night - it's being noticed.

Best,
Kristian

---

**Kristian G. Andersen, PhD**
Associate Professor, Scripps Research
Director of Infectious Disease Genomics, Scripps Research Translational Institute
Director, Center for Viral Systems Biology

**The Scripps Research Institute**
10550 North Torrey Pines Road, SGM-300A
Department of Immunology and Microbial Science
La Jolla, CA 92037

p: (858) 784-2118
c:        (b)(6)
t: @K_G_Andersen
e: andersen@scripps.edu
w: www.andersen-lab.com

<Andersen Coronavirus Nature 2020 Press Release Draft 4.docx>
<Manuscript.pdf>

| | |
|---|---|
| **From:** | Kristian G. Andersen |
| **Sent:** | Fri, 6 Mar 2020 13:22:28 -0800 |
| **To:** | Jeremy Farrar;Fauci, Anthony (NIH/NIAID) [E];Collins, Francis (NIH/OD) [E] |
| **Cc:** | Robert Garry;Edward Holmes;Andrew Rambaut;Ian Lipkin;Chris Emery |
| **Subject:** | SARS-CoV-2 article to be published in Nature Medicine |
| **Attachments:** | Andersen Coronavirus Nature 2020 Press Release Draft 4.docx, Manuscript.pdf |

Dear Jeremy, Tony, and Francis,

Thank you again for your advice and leadership as we have been working through the SARS-CoV-2 'origins' paper. We're happy to say that the paper was just accepted by Nature Medicine and should be published shortly (not quite sure when).

To keep you in the loop, I just wanted to share the accepted version with you, as well as a draft press release. We're still waiting for proofs, so please let me know if you have any comments, suggestions, or questions about the paper or the press release.

Tony, thank you for your straight talk on CNN last night - it's being noticed.

Best,
Kristian

---

**Kristian G. Andersen, PhD**
Associate Professor, Scripps Research
Director of Infectious Disease Genomics, Scripps Research Translational Institute
Director, Center for Viral Systems Biology

**The Scripps Research Institute**
10550 North Torrey Pines Road, SGM-300A
Department of Immunology and Microbial Science
La Jolla, CA 92037

**p:** (858) 784-2118
**c:** (b)(6)
**t:** @K_G_Andersen
**e:** andersen@scripps.edu
**w:** www.andersen-lab.com