CONFIDENTIAL

From: Mark Zuckerberg ▮@fb.com]
Sent: 2/27/2020 7:16:10 PM
To: Fauci, Anthony (NIH/NIAID) [E] ▮@niaid.nih.gov]

Tony:

I was glad to hear your statement that the covid-19 vaccine will be ready for human trials in six weeks. Are there any resources our foundation can help provide to potentially accelerate this or at least make sure it stays on track?

Mark



EXHIBIT
23
11/23/22

MOLA_DEFSPROD_00004560

CONFIDENTIAL

| | |
|---|---|
| From: | Fauci, Anthony |
| Sent: | 2/27/2020 7:47:19 PM |
| To: | Mark Zuckerberg [ @fb.com] |
| Subject: | RE: |

Mark:

Thanks for the note. If we start in April (~6-7 weeks from now) with a phase 1 trial of 45 subjects, it will take another 3-4 months to determine safety and some immunogenicity. The next step is phase 2 for efficacy. We may need help with resources for the phase 2 trial if we do not get our requested budget supplement. I believe that we will be OK. If this goes off track, I will contact you. Many thanks for the offer. Much appreciated.

Best regards,
Tony

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone:
FAX:
E-mail: @niaid.nih.gov

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

From: Mark Zuckerberg [ @fb.com>
Sent: Thursday, February 27, 2020 7:16 PM
To: Fauci, Anthony (NIH/NIAID) [E] @niaid.nih.gov>
Subject:

Tony:

I was glad to hear your statement that the covid-19 vaccine will be ready for human trials in six weeks. Are there any resources our foundation can help provide to potentially accelerate this or at least make sure it stays on track?

Mark

MOLA_DEFSPROD_00004564

CONFIDENTIAL

| | |
|---|---|
| From: | Mark Zuckerberg [███@fb.com] |
| Sent: | 3/15/2020 12:17:44 PM |
| To: | Fauci, Anthony (NIH/NIAID) [E] [███@niaid.nih.gov] |
| Subject: | Thanks and ideas |

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1) make sure people can get authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally, we've allocated technical resources and millions of dollars of free ad credits for the US government to use for PSAs to get its message out over the platform, but we're finding some confusion between the different departments. Is there someone you recommend we look to as point person for the government response?

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone: [███]

Thanks again for everything you're doing.

Mark

CONFIDENTIAL

**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** 3/16/2020 8:22:45 PM
**To:** Mark Zuckerberg ▮@fb.com]
**CC:** Conrad, Patricia (NIH/NIAID) [E] ▮@niaid.nih.gov]; Billet, Courtney (NIH/NIAID) [E] ▮@niaid.nih.gov]; Barasch, Kimberly (NIH/NIAID) [C] ▮@nih.gov]
**Subject:** RE: Thanks and ideas

Mark:

Thank you for your kind note. I tried to call you, but got voice mail. FYI, my cell phone number is ▮▮▮. Your idea and proposal sound terrific. I would be happy to do a video for your hub. We need to reach as many people as possible and convince them to take mitigation strategies seriously or things will get much, much worse. Also, your idea about PSAs is vey exciting. I am copying my Special Assistant, Patty Conrad. Her office number is ▮▮▮. Please have your people contact her to arrange for the video. I am also copying the Director of my Communications and Government Relations group. She can put your people in contact with the best person who could be the US Government point of contact for the PSAs.

Best regards,
Tony

**From:** Mark Zuckerberg ▮@fb.com>
**Sent:** Sunday, March 15, 2020 12:18 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] ▮@niaid.nih.gov>
**Subject:** Thanks and ideas

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1) make sure people can get authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally, we've allocated technical resources and millions of dollars of free ad credits for the US government to use for PSAs to get its message out over the platform, but we're finding some confusion between the different departments. Is there someone you recommend we look to as point person for the government response?

CONFIDENTIAL

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone:

Thanks again for everything you're doing.

Mark

MOLA_DEFSPROD_00015096

CONFIDENTIAL

| | |
|---|---|
| From: | Mark Zuckerberg [████@fb.com] |
| Sent: | 3/16/2020 11:52:37 PM |
| To: | Fauci, Anthony (NIH/NIAID) [E] [████@niaid.nih.gov] |
| CC: | Conrad, Patricia (NIH/NIAID) [E] [████@niaid.nih.gov]; Billet, Courtney (NIH/NIAID) [E] [████@niaid.nih.gov]; Barasch, Kimberly (NIH/NIAID) [C] [████@nih.gov]; Dave Arnold [████@fb.com]; Andrea Besmehn [████@fb.com] |
| Subject: | RE: Thanks and ideas |

We'd love to move quickly to help the effort and support getting these messages out.

Andrea Besmehn, cc'd here, can connect with Patty. I'm also copying Dave Arnold, who leads executive comms, to work through all of the details with your team.

Let us know if there are any other ideas you think could be helpful. Sorry to have missed you earlier today.

I look forward to talking soon.

Mark

**From:** Fauci, Anthony (NIH/NIAID) [E] ████@niaid.nih.gov>
**Sent:** Monday, March 16, 2020 5:23 PM
**To:** Mark Zuckerberg ████@fb.com>
**Cc:** Conrad, Patricia (NIH/NIAID) [E] ████@niaid.nih.gov>; Billet, Courtney (NIH/NIAID) [E] ████@niaid.nih.gov>; Barasch, Kimberly (NIH/NIAID) [C] ████@nih.gov>
**Subject:** RE: Thanks and ideas

Mark:

Thank you for your kind note. I tried to call you, but got voice mail. FYI, my cell phone number is ████ ████. Your idea and proposal sound terrific. I would be happy to do a video for your hub. We need to reach as many people as possible and convince them to take mitigation strategies seriously or things will get much, much worse. Also, your idea about PSAs is vey exciting. I am copying my Special Assistant, Patty Conrad. Her office number is ████. Please have your people contact her to arrange for the video. I am also copying the Director of my Communications and Government Relations group. She can put your people in contact with the best person who could be the US Government point of contact for the PSAs.
Best regards,
Tony

**From:** Mark Zuckerberg ████@fb.com>
**Sent:** Sunday, March 15, 2020 12:18 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] ████@niaid.nih.gov>
**Subject:** Thanks and ideas

Tony:

I wanted to send a note of thanks for your leadership and everything you're doing to make our country's response to this outbreak as effective as possible. I also wanted to share a few ideas of ways we could help you get your message out, but I understand you're incredibly busy, so don't feel a need to reply unless these seem interesting.

This isn't public yet, but we're building a Coronavirus Information Hub that we're going to put at the top of Facebook for everyone (200+ million Americans, 2.5 billion people worldwide) with two goals: (1) make sure people can get

CONFIDENTIAL

authoritative information from reliable sources and (2) encourage people to practice social distance and give people ideas for doing this using internet tools. This will be live within the next 48 hours.

As a central part of this hub, I think it would be useful to include a video from you because people trust and want to hear from experts rather than just a bunch of agencies and political leaders. This could be done in a number of formats if you're open to it. Probably best would be recording a Q&A where you answer people's top questions, but we'd be open to other formats too.

I'm also doing a series of livestreamed Q&As with health experts to try to use my large following on the platform (100 million followers) to get authoritative information out as well. I'd love to have you do one of these Q&As. This could be the video we put in the Coronavirus Hub or it could be a different thing that we distribute separately, but I think it could be effective as well.

Finally, we've allocated technical resources and millions of dollars of free ad credits for the US government to use for PSAs to get its message out over the platform, but we're finding some confusion between the different departments. Is there someone you recommend we look to as point person for the government response?

Again, I know you're incredibly busy, so don't feel the need to respond if this doesn't seem helpful. If it's easy to talk live, give me a call anytime on my mobile phone ▮

Thanks again for everything you're doing.

Mark