11/16/22, 2:09 PM — Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 1 of 9 PageID #: 12042

VIDEO   LIVE   SHOWS   2022 MIDTERM ELECTIONS   JAN. 6

BOTOX COSMETIC 11.16.22 — $50 GIFT CARD | BUY ONE GET ONE — BUY NOW
LIMITED-TIME OFFER. TER
SEE BOXED WARNING AND MEDICATION GU

EXHIBIT
tabbies
26
SB 11/23/22

# Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct'

Some have suggested the virus is actually an engineered biological attack.

By **Kate Holland**
March 27, 2020, 4:00 AM

⤴ Share



Snohomish County, WA
Jan. 20, 2020

abc NEWS

## Top Stories


Bodies scattered everywhere': 25 police recruits hurt...
1 hour ago


McConnell reelected as Senate leader despite historic...
35 minutes ago


abcNEWS
Company fined after man dies from fall into pot of molten...
Nov 16, 5:57 AM


Trump's 2024 bid hit with challenge from group behind...

https://abcnews.go.com/US/conspiracy-theorists-study-concludes-covid-19-laboratory-construct/story?id=69827832

11/16/22, 2:09 PM — Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 2 of 9 PageID #: 12043

Early cases of COVID-19 are believed to be linked to a live-animal market in Wuhan, China.



Russia-Ukraine live updates: Kremlin notes 'far more...

10 minutes ago

Conspiracy theories claiming COVID-19 was engineered in a lab as part of a biological attack on the United States have been gaining traction online in recent weeks, but a new study on the origins of the virus has concluded that the pandemic-causing strain developed naturally.

An analysis of the evidence, according to the findings first published in the scientific journal Nature Medicine, shows that the novel coronavirus "is not a laboratory construct or a purposefully manipulated virus," with the researchers concluding "we do not believe that any type of laboratory-based scenario is plausible."

"There's a lot of speculation and conspiracy theories that went to a pretty high level," Dr. Robert Garry, a professor at the Tulane University School of Medicine and one of the authors of the study, told ABC News, "so we felt it was important to get a team together to examine evidence of this new coronavirus to determine what we could about the origin."

○ ABC News Live



24/7 coverage of breaking news and live events

11/16/22, 2:09 PM
Case 3:22-cv-01213-TAD-KDM Document 206-27 Filed 03/04/23 Page 3 of 9 PageID #: 12044
Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

*novel coronavirus with the full ABC News team, including the latest news, context and analysis.*





This handout illustration image taken with a scanning electron microscope shows SARS-CoV-2 (yellow)also known as 2019-nCoV, the virus that causes COVID-19isolated emerging from the surface of cells (blue/pink) cultured in the lab.

National Institutes of Health/AFP via Getty Images

11/16/22, 2:09 PM  Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 4 of 9 PageID #: 12045

blog, "This study leaves little room to refute a natural origin for COVID-19."

Advertisement

AD



Researchers concluded that the novel coronavirus is not a human creation because it does not share any "previously used virus backbone." It likely arose, the study said, from a recombination of a virus found in bats and another virus, possibly originating from pangolins, otherwise known as scaly anteaters.

11/16/22, 2:09 PM
Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News
Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 5 of 9 PageID #: 12646

now leads world with over 82,000 cases

COVID-19 is 96% identical to a coronavirus found in bats, researchers said, but with a certain variation that could explain what has made it so infectious.

"We know from the study of other coronaviruses that they're able to acquire this [variation] and they can then become more pathogenic," Garry told ABC News. "This is a good explanation as to why this virus is so transmittable and has caused this pandemic."



11/16/22, 2:09 PM  Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 6 of 9 PageID #: 12047

Handout/National Institutes of Health/AFP via Getty Images

The mutation in surface proteins, according to Garry, could have triggered the outbreak of the pandemic, but it's also possible that a less severe version of the illness was circulating through the population for years, perhaps even decades, before escalating to this point.

"We don't know if those mutations were picked up more recently or a long time ago," Garry told ABC News. "It's impossible to say if it actually was a mutation that triggered the pandemic, but either way, it would have been a naturally occurring process."

11/16/22, 2:09 PM
Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 7 of 9 PageID #: 12048

misconception.

"Our analyses, and others too, point to an earlier origin than that," Garry said. "There were definitely cases there, but that wasn't the origin of the virus."

**What to know about coronavirus:**

>How it started and how to protect yourself: coronavirus explained
>
>What to do if you have symptoms: coronavirus symptoms
>
>Tracking the spread in the US and Worldwide: coronavirus map

# Related Topics

Coronavirus



A career where you'll feel right at home. Apply today.

11/16/22, 2:09 PM
Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 8 of 9 PageID #: 12049
Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

Bone-On-Bone Knees? See This!
Steady Joint

Before You Renew Amazon Prime, Read This
Capital One Shopping

Kevin McCarthy allies privately push moderate Democrat to switch parties in House speaker bid

Ex-Trump lawyer Michael Cohen can sue Trump Organization for millions in legal fees

Trump exec says he feared firing if he spoke up about scheme

This Is the One Technology People with Diabetes Need
Dexcom

Sasha Obama Ruffles Feathers For Carrying School Books In Telfar On USC Campus - Blavity
Blavity

American Shoppers Should Think Twice Before Buying From These 2 Stores

11/16/22, 2:09 PM

Case 3:22-cv-01213-TAD-KDM   Document 206-27   Filed 03/04/23   Page 9 of 9 PageID #: 12050

Sorry, conspiracy theorists. Study concludes COVID-19 'is not a laboratory construct' - ABC News

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell My Personal Information | Contact Us

Copyright © 2022 ABC News Internet Ventures. All rights reserved.