## Government Official Attempts to Stifle the Lab Leak Hypothesis

1. **Email from Dr. Francis Collins to Drs. Anthony Fauci, Lawrence Tabak, Cliff Lane, and Mr. John Burklow**

From: Collins, Francis (NIH/OD) [E]
Sent: Thursday, April 16, 2020 5:02 PM
To: Fauci, Anthony (NIH/NIAID) [E]
Cc: Tabak, Lawrence (NIH/OD) [E]; Lane, Cliff (NIH/NIAID) [E]; Burklow, John (NIH/OD) [E]
Subject: conspiracy gains momentum

https://www.mediaite.com/tv/foxs-bret-baier-sources-increasingly-confident-coronavirus-outbreak-started-in-wuhan-lab/

Francis

> Wondering if there is something NIH can do to help put down this very destructive conspiracy, with what seems to be growing momentum:
>
> https://www.mediaite.com/tv/foxs-bret-baier-sources-increasingly-confident-coronavirus-outbreak-started-in-wuhan-lab/
>
> I hoped the Nature Medicine article on the genomic sequence of SARS-CoV-2 would settle this. But probably didn't get much visibility.
>
> Anything more we can do? Ask the National Academy to weigh in?
>
> Francis



12

2. **Email from Dr. Anthony Fauci to Dr. Francis Collins**

| | |
|---|---|
| From: | Fauci, Anthony (NIH/NIAID) [E] |
| Sent: | Fri, 17 Apr 2020 02:45:01 +0000 |
| To: | Collins, Francis (NIH/OD) [E] |
| Subject: | RE: conspiracy gains momentum |

Francis:

[redacted] (b)(5)

Best,
Tony

I would not do anything about this right now. It is a shiny object that will go away in times.