Bill:

Here are the links to the scientific papers and a commentary about the scientific basis of the origins of SARS-Cov-2.

The proximal origin of SARS-CoV-2. Andersen KG, Rambaut A, Lipkin WI, **Holmes** EC, Garry RF. Nat Med. 2020 Apr;26(4):450-452. doi: 10.1038/s41591-020-0820-9. No abstract available.
A Genomic Perspective on the Origin and Emergence of SARS-CoV-2. Zhang YZ, **Holmes** EC. Cell. 2020 Apr 16;181(2):223-227. doi: 10.1016/j.cell.2020.03.035. Epub 2020 Mar 26.
Also this statement from Eddie Holmes
https://bit.ly/2ym1UGe

Best regards,
Tony
Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)
FAX: (301) 496-4409
E-mail: (b)(6)



EXHIBIT 29  11/23/22

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

> On Apr 19, 2020, at 2:21 PM, Bill Gertz <bgertz@washingtontimes.com> wrote:
>
> Katie,
>
> Dr. Fauci on Friday said he would share a scientific paper with the press on the origin of the coronavirus. Can you please help me get a copy of that paper? Thanks in advance.
>
> Bill Gertz