**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Sun, 19 Apr 2020 03:29:42 +0000
**To:** Peter Daszak
**Subject:** RE: Thank you for your public comments re COVID-19's origins

Peter:
  Many thanks for your kind note.
Best regards,
Tony

**From:** Peter Daszak (b)(6)
**Sent:** Saturday, April 18, 2020 9:43 PM
**To:** Morens, David (NIH/NIAID) [E] (b)(6); Fauci, Anthony (NIH/NIAID) [E] (b)(6)>
**Cc:** Stemmy, Erik (NIH/NIAID) [E] (b)(6)>; Erbelding, Emily (NIH/NIAID) [E] (b)(6)>; Aleksei Chmura (b)(6)
**Subject:** Thank you for your public comments re COVID-19's origins
**Importance:** High

Tony (cc'ing David so that you might pass this on to Tony once he has a spare second)

As the PI of the R01 grant publicly targeted by Fox News reporters at the Presidential press briefing last night, I just wanted to say a personal thankyou on behalf of our staff and collaborators, for publicly standing up and stating that the scientific evidence supports a natural origin for COVID-19 from a bat-to-human spillover, not a lab release from the Wuhan Institute of Virology.



From my perspective, your comments are brave, and coming from your trusted voice, will help dispel the myths being spun around the virus' origins.

Once this pandemic's over I look forward thanking you in person and let you know how important your comments are to us all.

Cheers,

Peter



