EXHIBIT
31
11/23/22

Shared Destiny. Shared Responsibility.

Well-Being > Prevention & Cures

# Twitter suspends account of Chinese virologist who claimed coronavirus was made in a lab

By Anagha Srikanth | Sept. 16, 2020 | Sep. 16, 2020

Advertisement. Your video will resume in 13 seconds.





Story at a glance

- Li-Meng Yan is a Chinese virologist who claims that SARS-CoV-2 was made in a lab in Wuhan, China.

- Yan has suggested the coronavirus was released intentionally and that the Chinese government and the World Health Organization knew about it much earlier than reported.

- Twitter has suspended her account for violating their rules.

Twitter has suspended the account of a Chinese scientist who suggested that the novel coronavirus was created in a lab and intentionally released, despite inconclusive evidence.

**WHAT YOU NEED TO KNOW ABOUT CORONAVIRUS RIGHT NOW**

**NYPD CREATES TASK FORCE TO INVESTIGATE ATTACKS ON ASIAN AMERICANS**

**EQUAL PAY DAY HIGHLIGHTS THE FINANCIAL STRAIN ON WOMEN DURING CORONAVIRUS**

**WHY OUTBREAKS LIKE CORONAVIRUS DRIVE XENOPHOBIA AND RACISM — AND WHAT WE CAN DO ABOUT IT**

**BANNED FROM GATHERING IN THE STREETS, ACTIVISTS GATHER ONLINE DURING THE CORONAVIRUS PANDEMIC**

Li-Meng Yan and other researchers posted a preprint of a study titled "Unusual Features of the SARS-CoV-2 Genome Suggesting Sophisticated Laboratory Modification Rather Than Natural Evolution and Delineation of Its Probable Synthetic Route." The unpublished non-peer-reviewed paper suggests SARS-COV-2 was developed in a laboratory rather than developing through natural evolution, as several other studies have suggested. But the reaction from the scientific community suggests the theory is an outlier.

"This particular conspiracy around deliberate release form a laboratory has been doing the rounds throughout the pandemic.  It has been rebutted several times already.  Ultimately, it could be damaging to public health if reported uncritically without looking at the wider evidence.  If people are exposed to and then believe conspiracy theories, this will likely have a negative impact on efforts to keep COVID-19 cases low and thus there will be more death and illness than there needs to be," said Michael Head, a senior research fellow at the University of Southampton, in a statement to Science Media Centre.

**Our country is in a historic fight against the Coronavirus. Add Changing America to your <u>Facebook</u> or <u>Twitter</u> feed to stay on top of the news.**

When asked why the account was suspended and what rules it violated, a Twitter spokesperson told Changing America they had no comment.

Yan first came forward as a whistleblower in July, <u>telling Fox News</u> that she believes the Chinese government knew about the novel coronavirus well before it claimed it did and ignored research she was doing that she believes could have saved lives.

"We have never heard of this person," the Chinese Embassy told Fox News in an emailed statement. "The Chinese government has responded swiftly and effectively to COVID-19 since its outbreak. All its efforts have been clearly documented in the white paper 'Fighting COVID-19: China in Action' with full transparency. Facts tell all."

The World Health Organization, which Yan implicated in her claims, denies any wrongdoing, and the FBI told Fox News it could neither confirm nor deny Yan's claims.

**BREAKING NEWS ABOUT THE CORONAVIRUS PANDEMIC IN AMERICA**

<u>**UNIVERSITY OF PITTSBURGH SCIENTISTS FIND ANTIBODY THAT 'NEUTRALIZES' CORONAVIRUS**</u>

<u>**WHEN IS THE COVID VACCINE COMING? HERE'S WHERE THE BEST CANDIDATES ARE RIGHT NOW.**</u>

<u>**WHO REPORTS THERE WAS A RECORD-BREAKING ONE-DAY INCREASE IN CORONAVIRUS CASES ON SUNDAY**</u>

**MAJORITY OF AMERICANS FEAR POLITICAL PRESSURE WILL RUSH CORONAVIRUS VACCINE**

**HALF OF US HOUSEHOLDS IN THE FOUR LARGEST CITIES STRUGGLE TO PAY BILLS AMID PANDEMIC**



## Most Popular



DIVERSITY + INCLUSION
'When a population is not counted, it is erased': data gaps on...


**ARTS & CULTURE**
From Pearl Jam to Congress to Springsteen: Five of the biggest...


**CHANGING AMERICA**
Symbol of reunion with China, panda Tuan Tuan dies in Taipei


**CHANGING AMERICA**
Despair, lack of progress at climate talks, yet hope blooms


**CHANGING AMERICA**
UN climate deal: Calamity cash, but no new emissions cuts

**SPONSORED CONTENT**



## 10 Millionth Kia Sold & St. Jude's Donation

By **Kia**

## Recent Videos



Amendment to 'Don't Say Gay' bill in Florida requires schools...



This Puerto Rican software company is using satellite data to save...



Is this 3D-printed robotic arm the future of prosthetics?

11/20/22, 5:30 PM
Case 3:22-cv-01213-TAD-KDM   Document 206-32   Filed 03/04/23   Page 8 of 12 PageID #:
Twitter suspends account of Chinese virologist who claimed coronavirus was made in a lab – The Hill


Could you tell the difference between this plant-based egg and a...


Meet the sailing robots trying to solve climate change



## America is changing fast! Don't miss the important news. Sign up for our weekly newsletter to stay informed and engaged.

Your Email                                                                 *Submit*



Changing America

Respect

EQUALITY

DIVERSITY + INCLUSION

ACCESSIBILITY

POVERTY

Sustainability

CLIMATE CHANGE

ENERGY

INFRASTRUCTURE

ENVIRONMENT

Resilience

NATURAL DISASTERS

REFUGEES

SMART CITIES

Enrichment

EDUCATION

ARTS & CULTURE

Video

Well-Being

PREVENTION & CURES

MEDICAL ADVANCES

MENTAL HEALTH

LONGEVITY

Opinion

Who We Are

Follow Us On  

DO NOT SELL MY PERSONAL INFORMATION

SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2022 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.