11/22/22, 6:09 AM
Case 3:22-cv-01213-TAD-KDM  Document 206-35  Filed 03/04/23  Page 1 of 6 PageID #: 12094
Fauci: Hydroxychloroquine not effective against coronavirus - POLITICO

# POLITICO

HEALTH CARE

## Fauci: Hydroxychloroquine not effective against coronavirus

However, Fauci stopped short of calling for an outright ban of the drug.



# POLITICO

By **ZACHARY BRENNAN**
05/27/2020 10:22 AM EDT

National Institute of Allergy and Infectious Diseases Director Anthony Fauci on Wednesday became the first Trump administration official to say definitively that hydroxychloroquine is not an effective treatment for the coronavirus, based on the available data.

"The scientific data is really quite evident now about the lack of efficacy," Fauci — the U.S. government's top infectious disease expert — said on CNN.

Advertisement

# POLITICO



But he stopped short of calling for an outright ban of the drug, which President

Fauci's comments come days after the Lancet published a 96,000-patient observational study that concluded that hydroxychloroquine had no effect on Covid-19 and may have even caused some harm.

# POLITICO

France decided this week to ban the use of hydroxychloroquine, even in clinical trials, and the WHO has paused its clinical trials of the drug.

There is no data yet from randomized, controlled clinical trials of hydroxychloroquine — the gold standard for evaluating potential treatments. But Fauci was unequivocal on Wednesday, saying that "the data are clear right now."

**FILED UNDER:** ANTHONY FAUCI, CORONAVIRUS, HYDROXYCHLOROQUINE

## Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry

**EMPLOYER**

Employer

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

# POLITICO



**Add This To Your Toothpaste To Help Regrow Gums in a Few...**

Dental Hacks



**[Gallery] Feral Kid from Mad Max 2 is 48 & He Might Look Familiar**

HeraldWeekly



**10 of The Most Bizarre Mormon Beliefs**

Definition



**The new electric BMW iX (Take a look at the prices)**

BMW iX | Search ads



**A+ Walk In Tubs For Cheap**

Amazing Walk In Tubs | Search ads





**The New York Times | All Access**

Everything The Times offers. All in one subscription.

Special offer.
$6.25 **$1.50 a week** for the first year.

**SUBSCRIBE NOW**

Cancel or pause anytime.

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

# POLITICO 

Feedback
Headlines
Photos
POWERJobs
Press
Print Subscriptions
Request A Correction
Write For Us
RSS
Site Map

Terms of Service
Privacy Policy
Do not sell my info
Notice to California Residents

© 2022 POLITICO LLC