

Subscribe

**News never stops. Neither do we. Support cleveland.com**

Advertisement



EXHIBIT 36
11/23/22

Entertainment

# Fauci on 'Good Morning America' responds to Trump tweetstorm: 'I have not been misleading the American public'

Updated: Jul. 28, 2020, 9:29 a.m. | Published: Jul. 28, 2020, 8:57 a.m.



Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases, speaks during a Senate Health, Education, Labor and Pensions Committee hearing in Washington, DC, on June 30, 2020. TNS

2,615
shares

NEW!

By Joey Morona, cleveland.com

CLEVELAND, Ohio -- Dr. Anthony Fauci responded to a series of tweets posted by President Donald Trump that questioned his credibility.

"I have not been misleading the American public under any circumstances," Fauci, the nation's leading expert on infectious diseases, said during an interview on ABC's "Good Morning America" Tuesday.

Fauci defended himself following the president's 14-post tweetstorm late Monday night in which Trump promoted the use hydroxychloroquine against the coronavirus. The series of retweets include two of a video originally posted by Breitbart featuring a Houston doctor, Stella Immanuel, outside the Capitol claiming the antimalarial drug is the cure for COVID-19 and that masks and lockdowns aren't necessary.

Advertisement

Ad removed. Details

Twitter eventually removed the video, saying it was "in violation of our COVID-19 misinformation policy," NBC News reported.

Trump also reposted a promo for Steve Bannon's podcast that claimed Fauci "misled the American public on many issues, but in particular, on dismissing #hydroxychloroquine."

**Good Morning America** ✓
@GMA · **Follow**
Official

.@ABC NEWS EXCLUSIVE: Dr. Anthony Fauci speaks to @GStephanopoulos about his response to Pres. Trump's tweets, how states can avoid COVID-19 surges and why he is "cautiously optimistic" about a vaccine.
gma.abc/2BCnrMF

Watch on Twitter

6:56 AM · Jul 28, 2020

♥ 634  ⚡ See the latest COVID-19 information on Twitter

Read 94 replies

Advertisement

Responding to questions about the antimalarial drug on "Good Morning America," Fauci said, "The overwhelming prevailing clinical trials that have looked at the efficacy of hydroxychloroquine have indicated that it is not effective in coronavirus disease."

Advertisement

When asked by host George Stephanopoulos if he could continue to do his job with the president publicly questioning him, Fauci said he didn't know how to address that.

"I don't tweet. I don't even read them so I don't really want to go there," he said. "I just will continue to do my job no matter what comes out because I think it's very important. We're in the middle of a crisis with regard to an epidemic, a pandemic, this is what I do, this is what I've been trained for my entire professional life, and I'll continue to do it."

Fauci ended the interview by saying he was "cautiously optimistic" about the vaccine being developed Moderna in collaboration with the National Institutes of Health.

"The proof in the pudding is you got to do the trial. It's a large trial, 30,000 people are going to be in the trial. That is going to give us the answer. And, yes, I am cautiously optimistic that as we get into the late fall and early winter we will have an answer and I believe it will be positive."

Advertisement

If you purchase a product or register for an account through one of the links on our site, we may receive compensation.

YOU MAY LIKE

**Smash it for dinner! Kids Eat Free Wednesday!**

Smashburger

Shop Now

**Here Are 29 of the Coolest Gifts for This 2022**

Consumerbags

[ Click Here ]

Sponsored Links


ADVANCE LOCAL

Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 7/1/2022).

**Cookies Settings**

© 2022 Advance Local Media LLC. All rights reserved (About Us).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Ad Choices