11/22/22, 6:24 AM     Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 1 of 20 PageID #: 12121





# BREITBART

| TRENDING: | MUSK'S TWITTER | 2024 BEGINS! | HUNTER BIDEN INVESTIGATION | INFLATION NATION | BLUE CITY CRIME WAVE | BORDER CRISIS |

# FACEBOOK, GOOGLE/YOUTUBE, TWITTER CENSOR VIRAL VIDEO OF DOCTORS' CAPITOL HILL CORONAVIRUS PRESS CONFERENCE

 696,507     EMAIL    PARLER     TWEET



EXHIBIT 38

Chip Somodevilla/Getty Images

11/22/22, 6:24 AM                    Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 3 of 20 PageID #: 12123

*by* ALLUM BOKHARI | 27 Jul 2020

▶  🎧 **LISTEN TO STORY**                                               3:35

Facebook has removed a video posted by Breitbart News earlier today, which was the top-performing Facebook post in the world Monday afternoon, of a press conference in D.C. held by the group America's Frontline Doctors and organized and sponsored by the Tea Party Patriots. The press conference featured Rep. Ralph Norman (R-SC) and frontline doctors sharing their views and opinions on coronavirus and the medical response to the pandemic. YouTube (which is owned by Google) and Twitter subsequently removed footage of the press conference as well.

The video accumulated over 17 million views during the eight hours it was hosted on Facebook, with over 185,000 concurrent viewers.



**Breitbart** ✓ is live.
8 hours ago · 45:43

BREAKING: American Doctors Address COVID-19 Misinformation with SCOTUS Press Conference...



11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 4 of 20 PageID #: 12124



 50.8x   232,644 +223.7K   136,210 +127.8K   597,767 +596K

*The livestream had accumulated over 17 million views by the time of its censorship by Facebook.*

In terms of viral velocity, the post was beating content from many other prominent accounts on Facebook today, including Hillary Clinton, Rev. Franklin Graham, and Kim Kardashian.

 

*Over 185,000 viewers were concurrently watching the stream when it aired live Monday afternoon.*

11/22/22, 6:24 AM    Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 5 of 20 PageID #: 12125

The event, hosted by the organization America's Frontline Doctors, a group founded by Dr. Simone Gold, a board-certified physician and attorney, and made up of medical doctors, came together to address what the group calls a "massive disinformation campaign" about the coronavirus. Norman also spoke at the event.

"If Americans continue to let so-called experts and media personalities make their decisions, the great American experiment of a Constitutional Republic with Representative Democracy, will cease," reads the event's information page.

The event was organized and sponsored by the Tea Party Patriots.

"We've removed this video for sharing false information about cures and treatments for COVID-19," a Facebook company spokesman, Andy Stone, told Breitbart News. The company did not specify what portion of the video it ruled to be "false information," who it consulted to make that ruling, and on what basis it was made.

Stone replied to *New York Times* tech columnist Kevin Roose on Twitter regarding the video:



**Andy Stone** ✓
@andymstone · **Follow**

Yes, we removed it for sharing false information about cures and treatments for COVID-19.

8:48 PM · Jul 27, 2020



♥ 468     See the latest COVID-19 information on Twitter

Read 1.5K replies

Stone then added that the platform would direct users who had interacted with the post to information on "myths debunked by the WHO."

**Andy Stone** ✓ · Jul 27, 2020
@andymstone · **Follow**
Replying to @andymstone and @kevinroose

As Mark recently wrote about newsworthiness: "A handful of times a year, we leave up content that would otherwise violate our policies if the public interest value outweighs the risk of harm." It being from a publisher has zero to do with it."



11/22/22, 6:24 AM — Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 6 of 20 PageID #: 12126

> publisher has zero to do with it.
>
> **Andy Stone** 
> @andymstone · Follow
>
> Also, one other thing to note. We're showing messages in News Feed to people who have reacted to, commented on or shared harmful COVID-19-related misinformation that we have removed, connecting them to myths debunked by the WHO.
>
> 9:37 PM · Jul 27, 2020   
>
> ♥ 33     See the latest COVID-19 information on Twitter
>
> Read 289 replies

Facebook's decision to censor the livestream was quickly followed by YouTube, the Google-owned video-sharing platform. The video had over 80,000 views on YouTube prior to its removal.

Following Facebook and YouTube's removal of the video, Twitter followed suit, removing Breitbart News's Periscope livestream of the press conference. Jack Dorsey's platform also then limited the Breitbart News official account, indicating that tweets containing links to multiple stories about the press conference violate the platform's COVID-19 policies.

11/22/22, 6:24 AM	Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 7 of 20 PageID #: 12127

11:53 ✈︎                                     .ı LTE 🔋

Options

# We've temporarily limited some of your account features

 **Breitbart News**
@BreitbartNews

## What happened?

We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating the** policy on spreading misleading and potentially harmful information related to COVID-19.

   We understand that during times of crisis and instability, it is difficult to know what to do to keep yourself and your loved ones safe. Under this policy, we require the removal of content that may pose a risk to people's health, including content that goes directly against guidance from authoritative sources of global and local public health information.

   For more information on COVID-19, as well as guidance from leading global health authorities, please refer to the following links:

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 8 of 20 PageID #: 12128

Coronavirus disease (COVID-19) advice for the public from the WHO

FAQs about COVID-19 from the WHO





*Twitter limits Breitbart News account*

*Are you an insider at Google, Reddit, Facebook, Twitter, or any other tech company who wants to confidentially reveal wrongdoing or political bias at your company? Reach out to Allum Bokhari at his secure email address allumbokhari@protonmail.com.*

*Allum Bokhari is the senior technology correspondent at Breitbart News. His book #DELETED: Big Tech's Battle to Erase the Trump Movement and Steal The Election is out in September.*

### READ MORE STORIES ABOUT:

Health, Politics, Tech, Censorship, China virus, Chinese virus, coronavirus, Facebook, Free Speech Online, Mark Zuckerberg, Masters of the Universe, Wuhan coronavirus, YouTube

 SHARE

 TWEET

### COMMENTS

Case 3:22-cv-01213-TAD-KDM Document 207-2 Filed 03/04/23 Page 9 of 20 PageID #: 12129

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Comment count on this article reflects comments made on Breitbart.com and Facebook. Please let us know if you're having issues with commenting.

We welcome thoughtful responses and inputs. Comments with personally identifiable information, harassment, threats, or other violations will be removed.

**221,959 Comments**

Join the discussion...



JOIN THE DISCUSSSION



SOCIAL    BREITBART STORE >>

BREITBART PUB.

Should Biden be removed by the 25th Amendment?

YES    NO

Case 3:22-cv-01213-TAD-KDM Document 207-2 Filed 03/04/23 Page 10 of 20 PageID #: 12130

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

## MOST POPULAR

**Florida Pulls Scholarship Offer After QB Raps N-Word in Video**

*6,642 comments*



**AP Reporter Fired over False Story on Russian Missiles Hitting Poland**

*211 comments*



**Exclusive — Pence Gives 'Prayerful Consideration' Possible 2024 Bid**

*2,574 comments*



**Tragic Kingdom: Experts Predict Dark Days Ahead at Disney for Bob Iger**

*3,401 comments*



**Jim Jordan: Jack Smith Tried to Find Ways to Target Conservatives**

*914 comments*



**MA Taxpayers Asked to Pay $139M for Illegal Alien Housing**



442 *comments*

**Collins: Child Might Go to Meet Drag Queen, Just to Show They're Human**



514 *comments*

**Exclusive – Comer: Bank Records Are the First Focus in Biden Probe**



3,399 *comments*

**Days After Major Election, CBS Finally Verifies Hunter Biden's Laptop**



3,087 *comments*

**ABC's Hostin: 'Jesus Would Be the Grand Marshal at the Pride Parade'**



883 *comments*

—— **FROM THE HOMEPAGE** ——



Exclusive — Pence: Will 'Give Prayerful Consideration' to Possible 2024 Presidential Campaign

 Comments



Massachusetts Taxpayers Asked to Pay $139M to House More Illegal Aliens

 Comments

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 13 of 20 PageID #: 12133



Jim Jordan: Special Counsel Jack Smith Tried to Find Ways to Target Conservatives During Obama-IRS Scandal

 Comments



Wife of Special Counsel in Trump Probe Contributed to Campaigns of Joe Biden, Rashida Tlaib

 Comments

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM Document 207-2 Filed 03/04/23 Page 14 of 20 PageID #: 12134



NBC's Ben Collins: 'A Child Might Go to Meet a Drag Queen Just to Show Them They're Human Beings'

 Comments

Disney's Bob Iger Announces Corporate Re-Structuring, Fires Bob Chapek Right-Hand

Disney's Bob Iger Announces Corporate Re-Structuring, Fires Bob Chapek Right-Hand

Comments

11/22/22, 6:24 AM
Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM  Document 207-2  Filed 03/04/23  Page 15 of 20 PageID #: 12135



Associated Press Reporter Fired After Retracting Story on Russian Missiles Hitting Poland

 *Comments*



Friendly Fire: Venezuela's Maduro Picks Fight with Chile's Hard-Left President Boric

 *Comments*

11/22/22, 6:24 AM  Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 16 of 20 PageID #: 12136



Democrat Ilhan Omar Criticizes Kevin McCarthy for Reaffirming Vow to Bar Her from Committees

 Comments



Nat'l Black Farmers Assn. Pres.: Biden Admin. Hasn't 'Done Anything' on China Buying up U.S. Farms

 Comments

11/22/22, 6:24 AM
Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 17 of 20 PageID #: 12137



New York Education Department Will Halt Aid for Schools with Native American Mascots

 Comments

Arizona Assistant AG Demands Answers on Alleged Mishandling of Ballots in Black Duffle Bags

Arizona Assistant AG Demands Answers on Alleged Mishandling of Ballots in Black Duffle Bags

 Comments

11/22/22, 6:24 AM   Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM   Document 207-2   Filed 03/04/23   Page 18 of 20 PageID #: 12138

GOP Rep. Roy: GOP Must 'Get a Little Religion,' Actually Legislate, and Force Biden to Secure Border

GOP Rep. Roy: GOP Must 'Get a Little Religion,' Actually Legislate, and Force Biden to Secure Border

Comments

11/22/22, 6:24 AM    Facebook, Google/YouTube, Twitter Censor Viral Video of Doctors' Capitol Hill Coronavirus Press Conference

Case 3:22-cv-01213-TAD-KDM  Document 207-2  Filed 03/04/23  Page 19 of 20 PageID #: 12139

**BREITBART NEWS**

- Masthead
- About Us
- Accessibility Statement
- Policy Info
- Terms of Use

- Privacy Policy
- Cookies
- Advertise
- Contact Us
- Careers
- Store

- Get the App
- Newsletters
- Send A Tip
- Sitemap

Copyright © 2022 Breitbart

**Document Break**

Code39 12345678901