

**Always Place An Ice Cube On A Burger When Grilling**
🔥 78,088



**Should the Supreme Court block President Biden from giving Social Security to illegal immigrants?**
[Yes] [No] [I'm not sure]
808,838 Votes



**Could Biden Try To HIDE This Video From The Internet? Possible Changes To US Dollar**
🔥 101,440

Sponsored Ad





EXHIBIT
39
11/23/22

Home » US » America's Frontline Doctors Website Shut Down

US

# America's Frontline Doctors Website Shut Down

👤 Tim Brown  /  🕐 August 1, 2020

**3**
SHARES

   

Privacy - Terms



**Possible Changes To US Dollar Revealed: Could Biden Try To Have This Video ERASED?**

🔥 1,922



**Washington's Final "Deathblow" To The Dollar**

🔥 902



**Sciatic Nerve Pain? Anyone Can Use This Vitamin To End The Hidden Cause**

🔥 14,785

Sponsored Ad



Privacy - Terms



40 Films That Are Considered To Be Almost Flawless

Bleacher Breaker

Following the White Coat Summit in Washington, DC where America's Frontline Doctor's exposed the lies of those pushing the the media concerning COVID-19 and a cure, Dr. Simone Gold lost her job, but the organization's website was also shut down.

Privacy - Terms

The New American has the story.

*Dr. Simone Gold, the founder of America's Frontline Doctors, whose viral press conference claiming the mainstream narrative surrounding the dangers of COVID-19 are based more on fear than on fact, announced on Tuesday that the organization's website had been taken down by hosting provider and website builder Squarespace.*

*The move appears to be a form of punishment for the remarks made by healthcare professionals at the event, which included stating that the drug hydroxychloroquine, long praised by President Trump and numerous medical professionals as an effective treatment for coronavirus but frequently panned by the mainstream media, does indeed work.*

*The website removal also came after top social-media companies Facebook, Twitter, and YouTube (owned by Google) all purged the video from their platforms.*



**Could Biden Try To HIDE This Video From The Internet? Possible Changes To US Dollar**

Sponsored Content: Currency upheavals happen about every 40 years.

Watch The Video

🔥 354

Sponsored Ad

Privacy - Terms

**Dr. Simone Gold**
@drsimonegold · **Follow** 

WOW: Our website host
@Squarespace has just completely
and arbitrarily shut down our
website, claiming a violation of

**Dr. Simone Gold**
@drsimonegold · **Follow** 

WOW: Our website host @Squarespace has just completely and arbitrarily shut down our website, claiming a violation of their terms of service.

We are a group of physicians advocating for a better understanding of COVID-19 and its available treatment options.

This is outrageous.

Privacy · Terms

Case 3:22-cv-01213-TAD-KDM   Document 207-3   Filed 03/04/23   Page 6 of 11 PageID #: 12146

1:24 PM · Jul 28, 2020

Read the full conversation on Twitter

♥ 10.2K    ⚡ See the latest COVID-19 information on Twitter

Read 1.6K replies

*The screenshot of the message from Squarespace that Gold tweeted out claimed that America's Frontline Doctors was engaged in activity that's "false, fraudulent, inaccurate, or deceiving."*

*The e-mail from Squarespace further argues that the provider reserves the right to suspend the organization's account at any time for any reason.*

*As of the publication of this article, going to the website AmericasFrontLineDoctors.com no longer shows the organization's content, but merely displays a brief message that reads "Website Expired: This account has expired. If you are the site owner, click below to login."*

*Squarespace offers customers the use of pre-built website templates and drag-and-drop elements to create webpages, which the tools on which America's Frontline Doctors built their website.*

While still up, the site read: "American life has fallen casualty to a massive disinformation campaign. We can speculate on how this has happened, and why it has continued, but the purpose of the inaugural White Coat Summit is to empower Americans to stop living in fear."

The conference was attended by Representative Ralph Norman (R-S.C.). Prior to being removed, the broadcast had over 17 million views on Facebook, making it the most-watched video in the world on the platform on Monday afternoon.

Facebook claimed they "removed this video for sharing false information about cures and treatments for COVID-19."

The video also reached one million views on Twitter's Periscope service and 80,000 views on YouTube prior to being scrubbed from those networks.

In one part of the video, Dr. Stella Immanuel of Houston argued in favor of hydroxychloroquine, the anti-malarial drug touted by President Trump.

"The virus has a cure, it's called hydroxychloroquine, zinc, and Zithromax," she said. "You don't need masks. There is a cure. I know they don't want to open schools. No, you don't need people to be locked down. There is prevention and there is a cure."

The president retweeted the video. Donald Trump, Jr. also shared it and called it a "must-watch," an action that got his Twitter account suspended for 12 hours.

In another portion of the conference, Dr. Mark McDonald of Los Angeles said the coronavirus fears being instilled in children in some cases rise to the level of abuse.

"In my view, this is child abuse," McDonald stated, declaring that "we are training an entire generation of children to live in fear — to live in fear of people."

"I have seen a rapid and substantial increase in emotional illness with all of the children in my practice. Every single one. An: Depression. Suicidal ideation. Bedwetting, Self-harm. Child abuse. Violence. Panic attacks. I could go on and on and on," McDonald

*added.*

Several people reached out to offer support for the organization.

> **Dr. Simone Gold** · Jul 28, 2020
> @drsimonegold · **Follow**
>
> WOW: Our website host @Squarespace has just completely and arbitrarily shut down our website, claiming a violation of their terms of service.
>
> We are a group of physicians advocating for a better understanding of COVID-19 and its available treatment options.
>
> This is outrageous.

**SAL BE** 
@SalBaldovinos · Follow

I'm a professional designer/developer. I host all my clients' websites. Please reach out. I will have you back up and running in a matter of hours.

1:27 PM · Jul 28, 2020      

♥ 684      💬 Reply      ↑ Share

Read 30 replies

**Dr. Simone Gold** · Jul 28, 2020      
@drsimonegold · Follow
WOW: Our website host @Squarespace has just completely and arbitrarily shut down our website, claiming a violation of their terms of service.

We are a group of physicians advocating for a better understanding of COVID-19 and its available treatment options.

This is outrageous.

**Aaron Tao**
@aarontao2 · Follow

My company offers a censorship-free web hosting service. We can definitely help you here and prevent something like that from happening again. Would you be interested in learning more?

2:31 PM · Jul 28, 2020

♥ 86    💬 Reply    ↑ Share

**Read 6 replies**

There are always those that will find a way around things when there is either censorship or government tyranny or a form of both in fascism. Here's a couple of people stepping up to keep the truth alive out there.

Article posted with permission from Sons of Liberty Media

Privacy · Terms

## Tim Brown

Tim Brown is an author and Editor at FreedomOutpost.com, SonsOfLibertyMedia.com, GunsInTheNews.com and TheWashingtonStandard.com. He is husband to his "more precious than rubies" wife, father of 10 "mighty arrows", jack of all trades, Christian and lover of liberty. He resides in the U.S. occupied Great State of South Carolina. . Follow Tim on Twitter. Also check him out on Gab, Minds, MeWe, Spreely, Mumbl It and Steemit



View all posts ›