# Global HCQ/CQ studies

## November 18, 2022

## @CovidAnalysis


EXHIBIT 40

449 HCQ COVID-19 studies, 351 peer reviewed, 371 comparing treatment and control groups. Late treatment and high dosages may be harmful, while early treatment consistently shows positive results. Negative evaluations typically ignore treatment delay. Some *In Vitro* evidence suggested therapeutic levels would not be reached, however that was incorrect *[Ruiz]*. Recent: Bubenek-Turconi Sukumar Fernández-Cruz Patel Isnardi Gómez Obrișcă. HCQ/CQ was adopted for early treatment in all or part of 41 countries (57 including non-government medical organizations). Submit updates/corrections.

Search          HCQ    All

**Nov 17** — *Covid Analysis (Preprint) (me...)* — HCQ for COVID-19: real-time meta analysis of 371 studies
Meta analysis using the most serious outcome reported shows 62% [52-70%] improvement for the 36 e...

**Nov 17** — *Bubenek-Turconi et al., Europ...* — Clinical characteristics and factors associated with ICU mortality during t...
22% lower mortality [p=0.01]. Prospective study of 9,058 COVID-19 ICU patients in Romania, showing lo...

**Nov 14** — *Sukumar et al., F1000Resear...* — The Frontline War: A Case-control study of risk factors for COVID-19 amo...
38% fewer cases [p=0.3]. Case control study of healthcare workers in India, showing lower risk of cases ...

**Oct 26** — *Patel et al., Seminars in Arthr...* — Factors Associated with COVID-19 Breakthrough Infection Among Vaccin...
41% fewer cases [p=0.02]. Retrospective 11,468 vaccinated rheumatic disease patients, showing lower r...

**Oct 13** — *Gómez et al., Medicina Clinic...* — Mortality risk factors in patients with SARS-CoV-2 infection and atrial fibri...
36% lower mortality [p<0.0001]. Retrospective 1,799 hospitalized COVID-19 patients with atrial fibrillatio...

**Oct 6** — *Isnardi et al., Clinical Rheum...* — Sociodemographic and clinical factors associated with poor COVID-19 o...
34% lower mortality [p=0.23], 48% lower severe cases [p=0.02], and 17% lower hospitalization [p=0.09]. ...

**Sep 28** — *Obrișcă et al., Biomedicines, ...* — Characteristics of SARS-CoV-2 Infection in an Actively Monitored Cohort ...
87% fewer cases [p=0.01]. Prospective analysis of 95 Lupus Nephritis patients in Romania, showing low...

**Sep 27** — *Go et al., Frontiers in Pharma...* — Hydroxychloroquine, azithromycin and methylprednisolone and in hospit...
55% lower mortality [p=0.03]. Retrospective 759 hospitalized patients in the USA, showing lower mortali...