other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Collins, Francis (NIH/OD) [E] (b) (6)
**Sent:** Thursday, October 8, 2020 2:31 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6); Lane, Cliff (NIH/NIAID) [E] (b) (6)
**Cc:** Tabak, Lawrence (NIH/OD) [E] (b)(6)
**Subject:** Great Barrington Declaration

Hi Tony and Cliff,

See https://gbdeclaration.org/ This proposal from the three fringe epidemiologists who met with the Secretary seems to be getting a lot of attention – and even a co-signature from Nobel Prize winner Mike Leavitt at Stanford. There needs to be a quick and devastating published take down of its premises. I don't see anything like that on line yet – is it underway?

Francis



EXHIBIT 42 11/23/22