**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Tue, 13 Oct 2020 22:43:53 +0000
**To:** Collins, Francis (NIH/OD) [E]
**Subject:** RE: Story online on "focused protection" and the Great Barrington Declaration

They are too busy with other things to worry about this. What you said was entirely correct.

**From:** Collins, Francis (NIH/OD) [E]   (b) (6)
**Sent:** Tuesday, October 13, 2020 3:36 PM
**To:** Myles, Renate (NIH/OD) [E]   (b) (6); Burklow, John (NIH/OD) [E] (b) (6); Tabak, Lawrence (NIH/OD) [E]   (b) (6) Fauci, Anthony (NIH/NIAID) [E]   (b) (6)
**Subject:** Story online on "focused protection" and the Great Barrington Declaration

My quotes are accurate, but will not be appreciated in the WH.

FC


https://www.washingtonpost.com/health/covid-herd-immunity/2020/10/10/3910251c-0a60-11eb-859b-f9c27abe638d_story.html


EXHIBIT 46