Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 1 of 15 PageID #:



○ WATCH **LIVE**   Q





**HEALTH AND SCIENCE**

# Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'

PUBLISHED THU, OCT 15 2020·9:15 AM EDT   UPDATED THU, OCT 15 2020·2:40 PM EDT



**Noah Higgins-Dunn**
@HIGGINSDUNN

WATCH LIVE

## KEY POINTS

Letting the coronavirus rip through the U.S. population unchecked to achieve so-called herd immunity would cause a lot of unnecessary deaths and the idea is "nonsense," Dr. Anthony Fauci said.

Fauci was asked about the "Great Barrington Declaration," an online movement that favors herd immunity and was mentioned by a senior White House official on a call with reporters.



MARKETS



CNBC TV



WATCHLIST



MENU





**Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases, sits ahead of a Senate Health Education Labor and Pensions Committee hearing in Washington, D.C., U.S., on Wednesday, Sept. 23, 2020.**

*Graeme Jennings | Bloomberg | Getty Images*



MARKETS



CNBC TV



WATCHLIST

MENU

11/17/22, 4:50 PM
Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'

immunity would cause a lot of unnecessary deaths and the idea is "nonsense" and "dangerous," the nation's top infectious disease expert said Thursday.

"I'll tell you exactly how I feel about that," Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases, said when asked about whether herd immunity is a viable strategy for the U.S. to adopt. "If you let infections rip as it were and say, 'Let everybody get infected that's going to be able to get infected and then we'll have herd immunity.' Quite frankly that is nonsense, and anybody who knows anything about epidemiology will tell you that that is nonsense and very dangerous," Fauci told Yahoo News.

Herd immunity happens when enough of the population is immune to a disease, making it unlikely to spread and protecting the rest of the community, the Mayo Clinic says. It can be achieved through natural infection — when enough people are exposed to the disease and develop antibodies against it — and through vaccinations.

Most scientists think 60% to 80% of the population needs to be vaccinated or have natural antibodies to achieve herd immunity, global health experts say. However, the nation's top health experts have said a majority of Americans remain susceptible to a coronavirus infection.

"With this idea of herd immunity, this is a phrase that's used when you use vaccination. When you vaccinate a certain amount of the population to be able to protect the rest of the population that isn't able to get that vaccine," Maria Van Kerkhove, head of the World Health Organization's emerging diseases and zoonosis unit, told CNN's "New Day" on Thursday.

"Herd immunity as an approach by letting the virus circulate is dangerous, it leads to unnecessary cases and it leads to unnecessary deaths," she said.

Despite those concerns, a senior White House official briefing reporters on a call Monday mentioned an online movement called the "Great Barrington Declaration," which favors herd immunity, NBC News reported. Health and Human Services Secretary


MARKETS


CNBC TV


WATCHLIST


MENU



homes where they can be protected, but "that doesn't work," Fauci said.

That's because in the population, roughly one-third of people are prone to developing serious side effects from Covid-19, including people who are elderly, obese, have underlying health conditions like heart disease and so forth, he said.

"By the time you get to herd immunity you will have killed a lot of people that would've been avoidable," he said.

Fauci said that he has made his position on herd immunity known with the White House and added that Dr. Deborah Birx, the administration's coronavirus task force coordinator, and Dr. Robert Redfield, director of the U.S. Centers for Disease Control and Prevention, agree.

"All three of us are very clearly against that," he said.









○ WATCH **LIVE** 🔍

VIDEO 03:00

Gottlieb on why he disagrees with the White House's guiding principle on approaching the pandemic response

---

## Fast Money

WATCH IN THE APP

UP NEXT | **Mad Money** 06:00 pm ET


MARKETS


CNBC TV


WATCHLIST


MENU



Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 6 of 15 PageID #:



WATCH **LIVE**

## TRENDING NOW



**Taylor Swift public ticket sale canceled over extreme demand, Ticketmaster says**



MARKETS



CNBC TV

WATCHLIST

MENU





WATCH **LIVE**



**The differences between Walmart and Target are more obvious than ever**



**FTX suggests Sam Bankman-Fried transferred assets to Bahamas government custody after bankruptcy**



**Elon Musk sets more in-office requirements at Twitter, threatens lax managers**

Sponsored Links by Taboola

**FROM THE WEB**

Holiday Socks You'll Actually Want To Wear

Bombas

Buy Now

"I waited all year for this sale, and it's finely here!"

Blazepod

Shop Now

MARKETS          CNBC TV          WATCHLIST          MENU

Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'



○ WATCH **LIVE**   🔍

---

## MORE FROM CNBC

**Judge sanctions Trump lawyers over 'frivolous' collusion lawsuit against Clinton, DNC**

......................................................

**Trump lawyers say he designated seized Mar-a-Lago documents 'as personal records' — DOJ says he can't do that...**

......................................................

**Nancy Pelosi to step down as House Democratic leader after two decades, with GOP set to take narrow majority**

......................................................

**Trump lashes out at DeSantis and Virginia Gov. Youngkin as he readies 2024 launch in the week ahead**

......................................................

**As Trump announces 2024 White House run, GOP megadonors back DeSantis, Youngkin, other Republicans**

## FROM THE WEB

**Holiday Socks You'll Actually Want To Wear**

Bombas

....................................................................................................................

**Seniors Don't Know They Qualify for 87¢ Generic Viagra**

Public Health Forum by Friday Plans

....................................................................................................................

**We Couldn't Wait. Early Black Friday Deals have Arrived!**

Lume Deodorant

by Taboola

---






Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'



○ WATCH **LIVE**  🔍

megadonor Steve
**Schwarzman says he won't
help Trump during 2024
primary**

# MORE FROM CNBC

## Judge sanctions Trump lawyers over 'frivolous' collusion lawsuit against Clinton, DNC

Kevin Breuninger

**Trump lawyers say he**



MARKETS



CNBC TV



WATCHLIST



MENU

11/17/22, 4:50 PM
Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'





**Trump lashes out at DeSantis and Virginia Gov. Youngkin as he readies 2024 launch in the week ahead**

Christina Wilkie

**Nancy Pelosi to step down as House Democratic leader after two decades, with GOP set to take narrow majority**

Kevin Breuninger

**As Trump announces 2024 White House run, GOP megadonors back DeSantis, Youngkin, other Republicans**

Brian Schwartz

**Supreme Court allows Jan. 6 committee subpoena for phone records of Arizona GOP chief Kelli Ward**

Dan Mangan

**FROM THE WEB**

by Taboola

## Can You Guess What Children's Book These Socks Are Based On?

Our new collection is inspired by the World of Eric Carle, with colors and characters that transport us into



MARKETS



CNBC TV



WATCHLIST



MENU

11/17/22, 4:50 PM
Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'



○ WATCH **LIVE**



# Turn Any Photo Into a Stunning Crystal Keepsake!

Make the perfect gift for any occasion! More

## "I waited all year for this sale, and it's finely here!"

25% OFF sitewide this Black Friday

Sponsored Blazepod

## Incredible Tiny Telescope Let's You See For Miles

Sponsored PocketZoom

## Revamp Your Wardrobe with These Fall Essentials

Sponsored Faherty Brand

**FROM THE WEB**

by Taboola

# Amazon Left Scrambling As Prime Users Find Out About Secret Deals


MARKETS


CNBC TV


WATCHLIST


MENU

11/17/22, 4:50 PM

Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 12 of 15 PageID #:
Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'
12100



O WATCH **LIVE**

# Now Legal in Missouri, Cheech & Chong Say "You Gotta Try This!"

**Sponsored** Cheech & Chong's Cruise Chews

## Here Are 29 of the Coolest Gifts for This 2022

29 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out
**Sponsored** Trending Gifts

## BlackRock CEO Predicts Next Wave of Market Winners

CEO of BlackRock says next 1,000 "Unicorns" (firms that get to $1 billion+) will come from this sector you've probably never heard of.
**Sponsored** Altimetry

## With an Ooni Pizza Oven, pizza night will become a tradition for you and your loved ones



MARKETS



CNBC TV



WATCHLIST



MENU

Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 13 of 15 PageID #:



 

# MORE FROM CNBC

## Jay Leno says he's 'ok' after he suffers serious burns in car fire

Stefan Sykes

## Elon Musk is now working out of Twitter headquarters, thanks...

Lora Kolodny



MARKETS



CNBC TV



WATCHLIST



MENU

11/17/22, 4:50 PM

Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 14 of 15   PageID #:
Dr. Fauci says letting the coronavirus spread to achieve herd immunity is 'nonsense' and 'dangerous'



**The top 10 most-regretted college majors — and the degrees graduates wish they had pursued instead**

Jessica Dickler

**Supreme Court allows Jan. 6 committee subpoena for phone records of Arizona GOP chief Kelli Ward**

Dan Mangan



| | |
|---|---|
| Subscribe to CNBC PRO | Licensing & Reprints |
| CNBC Councils | Supply Chain Values |
| CNBC on Peacock | Join the CNBC Panel |
| Digital Products | News Releases |
| Closed Captioning | Corrections |
| About CNBC | Internships |
| Site Map | Podcasts |
| Ad Choices | Careers |
| Help | Contact |

     

**News Tips**

Got a confidential news tip? We want to hear from you.

Case 3:22-cv-01213-TAD-KDM   Document 207-11   Filed 03/04/23   Page 15 of 15 PageID #:



O WATCH **LIVE**   Q

## Advertise With Us

PLEASE CONTACT US

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2022 CNBC LLC. All Rights Reserved. A Division of NBC Universal

Data is a real-time snapshot. Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analytics.

Market Data Terms of Use and Disclaimers

Data also provided by



MARKETS



CNBC TV



WATCHLIST



MENU