

| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

PROGRESS & IMPACT

# Fighting misinformation

We actively reduce recommendations of borderline content and harmful misinformation and at the same time, raise up authoritative sources for news and information. Our approach is constantly evolving, which has enabled us to respond to major real world events as they happen.



2021

Fighting misinformation    September 29th

**Medical misinformation policies on YouTube are expanded with new guidelines on currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and the WHO**



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

### Launch of health content features and information panels to help raise up authoritative health content

Fighting misinformation          January 13th

Measures to reduce potentially harmful borderline content are extended to YouTube comments

2020

Fighting misinformation          December 09th

Presidential election integrity policy is applied to content featuring the 2020 U.S. presidential election following the safe harbor deadline

Fighting misinformation          November 30th

Fact check information panels expanded to Indonesia



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

### Covid-19 information panels updated to include links to COVID-19 vaccine information from local health authorities

Fighting misinformation     November 03rd

Launch of information panels to help viewers stay up to date with 2020 U.S. presidential election results, including an additional link pointing to a page on the Cybersecurity and Infrastructure Security Agency website

OUR ELECTION RESULTS INFORMATION PANELS HAVE COLLECTIVELY BEEN SHOWN OVER 8B TIMES

Fighting misinformation     October

COVID-19 medical misinformation policy updated to prohibit content about vaccines contradicting consensus from health authorities

Fighting misinformation     October

Information panels expanded to cover "vote by mail" topics during the U.S. elections



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resource |

All categories

Enforcing our policies

Standing up to hate and harassment

Fighting misinformation

Fostering child safety

Rewarding trusted creators

Protecting privacy and copyright

Establishing greater transparency

Fighting misinformation     May

**COVID-19 Medical Misinformation policies established, prohibiting content that spreads medical misinformation**



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

Fighting misinformation    April

**Launch of COVID-19 information panels above relevant search results to provide text-based health information from local health authorities, including content such as symptoms, prevention, and treatment**

COLLECTIVELY, THESE PANELS HAVE SERVED OVER 400 BILLION IMPRESSIONS

2019

Fighting misinformation    December 10th

Fact check information panels expanded to Brazil

Fighting misinformation    October 14th

**Over 30 different changes launched through the year to reduce recommendations of borderline content and harmful**



Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resources

Fighting misinformation — July 08th

**Started reducing recommendations of English-language borderline content outside of the U.S.**

70 PERCENT DROP IN WATCHTIME OF BORDERLINE CONTENT COMING FROM NON SUBSCRIBED RECOMMENDATIONS IN THE U.S. IN 2019. WE SAW A DROP IN WATCHTIME OF BORDERLINE CONTENT COMING FROM NON SUBSCRIBED RECOMMENDATIONS IN OTHER MARKETS AS WELL.

Fighting misinformation — April 24th

**Expanded information panels providing context on election candidates to cover the 2019 EU Parliamentary election candidates**

Fighting misinformation — March 07th

**Fact check information panels launch in India to provide additional context from third-party fact-checkers for relevant queries to help viewers make informed decisions**

Fighting misinformation — January 25th



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

BORDERLINE CONTENT COMING FROM NON SUBSCRIBED RECOMMENDATIONS IN OTHER MARKETS AS WELL.

**2018**

Fighting misinformation     November 12th

New information panels launch above search results to provide additional context for developing news

Fighting misinformation     October 16th

### Launch of information panels providing context on U.S. mid-term election candidates

Fighting misinformation     July 09th

Information panels above search results and alongside videos launch to provide greater context on topics prone to misinformation and conspiracy theories

▶ YouTube

| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

Top News shelf launches on the YouTube homepage for viewers who have shown an interest in news

Fighting misinformation     February 02nd

Launch of information panels, disclosing details of funding sources alongside videos from public or goverment-funded publishers

## 2017

Fighting misinformation     December

### Visibility of authoritative content starts to be raised in search results and "watch next" panels

WHILE THERE WILL BE SLIGHT VARIATIONS, ON AVERAGE, 93% OF THE VIDEOS IN GLOBAL TOP 10 RESULTS COME FROM HIGH-AUTHORITY CHANNELS

Fighting misinformation     January

Launch of Top News shelf in YouTube search results and Breaking News shelf on the

11/18/22, 1:28 PM
Case 3:22-cv-01213-TAD-KDM    Document 207-13    Filed 03/04/23    Page 9 of 11 PageID #:
12210
A History of YouTube's Responsibility Efforts - How YouTube Works



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

**EXPLORE NEXT CATEGORY**

# Fostering child safety

Connect   



Policies & Safety    Copyright    Brand Guidelines    Privacy    Terms

❓ Help    English ▼



| Our mission | Our commitments | Product features | User settings | Rules and policies | Progress and impact | Resourc |

11/18/22, 1:28 PM
Case 3:22-cv-01213-TAD-KDM  Document 207-13  Filed 03/04/23  Page 11 of 11 PageID #: 12212
A History of YouTube's Responsibility Efforts - How YouTube Works



Our mission     Our commitments     Product features     User settings     Rules and policies     Progress and impact     Resourc