**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Mon, 2 Nov 2020 01:47:39 +0000
**To:** Folkers, Greg (NIH/NIAID) [E]
**Subject:** RE: As discussed. i have highlighted the three i found most useful

Thanks.

**From:** Folkers, Greg (NIH/NIAID) [E]  (b)(6)
**Sent:** Sunday, November 1, 2020 5:21 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]  (b)(6)
**Cc:** Folkers, Greg (NIH/NIAID) [E]  (b)(6)
**Subject:** As discussed. i have highlighted the three i found most useful

**Lancet 10-31-2020**
**Nisreen A Alwan Rochelle Ann Burgess, Simon Ashworth et al**
Lancet: Scientific consensus on the COVID-19 pandemic: we need to act now / John Snow Memorandum.

**Baltimore Sun 10-22-2020**
**Katherine Seley-Radtke and Josh Bloom**
Herd immunity is a dangerous way to go in the fight against COVID-19 | COMMENTARY

**Nature 10-21-2020**
**Christie Aschwanden**
The false promise of herd immunity for COVID-19



EXHIBIT 52

**New York Times 10-21-2020**
**Apoorva Mandavilli and Sheryl Gay Stolberg**
A Viral Theory Cited by Health Officials Draws Fire From Scientists

**New York Times 10-19-2020**
**John Barry**
What Fans of 'Herd Immunity' Don't Tell You

**Vox 10-16-2020**
**Brian Resnick**
The Great Barrington Declaration is an ethical nightmare

**Washington Post 10-16-2020**
**Marc Lipsitch, Gregg Gonsalves, Carlos del Rio and Rochelle P. Walensky**
Trump wants to try for herd immunity. Without a vaccine, it could kill millions.

Disclaimer: Any third-party material in this email has been shared for internal use under fair use provisions of U.S. copyright law, without further verification of its accuracy/veracity. It does not necessarily represent my views nor those of NIAID, NIH, HHS, or the U.S. government.