**From:** Lauren Devoll [____@twitter.com]
**Sent:** 3/14/2020 4:58:51 PM
**To:** Palosky, Stacey (OS/ASPA) [____@hhs.gov]
**CC:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov]; Layton, Kathleen (CDC/OD/OADC) [____@cdc.gov]; Pratt, Michael (OS/ASPA)[____@hhs.gov]; Prince, Scott (NIH/OD) [E][____@nih.gov]; Smith, Fred (CDC/OD/OADC)[____@cdc.gov]; Turner Hoffman, Katherine (Kat) (CDC/DDPHSS/CSELS/OD)[____@cdc.gov]; Twitter Government & Politics[____@twitter.com]
**Subject:** Re: @AnthonyFauci_ account

Of course. Please do keep in touch if you need anything further.

On Sat, Mar 14, 2020 at 4:53 PM Palosky, Stacey (OS/ASPA) [____@hhs.gov> wrote:
Thanks so much Lauren. And thanks to your team for flagging this to us.

Stacey

On: 14 March 2020 16:29,
"Lauren Devoll" [____@twitter.com> wrote:

We'll freeze this @handle and some other variations so no one can hop on them.

On Sat, Mar 14, 2020 at 3:55 PM Prince, Scott (NIH/OD) [E] [____@nih.gov> wrote:
Lauren,

Thank you so much! Greatly appreciated!

Scott Prince
Deputy Director for Public Information
Office of Communications and Public Liaison
National Institutes of Health
____
http://www.nih.gov
NIH... *Turning Discovery Into Health* ®

EXHIBIT 53 11/23/22

On Mar 14, 2020, at 3:51 PM, Palosky, Stacey (OS/ASPA) [____@hhs.gov> wrote:

Thanks Lauren.

Is there anything else that you can also do to block other variations of his name from impersonation so we don't have this occur again?

Stacey

On: 14 March 2020 15:50,
"Lauren Devoll" <███@twitter.com> wrote:

Thank you for this. I'm syncing up with our support team so we can determine next best steps.

I might need you to file an impersonation report, but will circle back ASAP.

On Sat, Mar 14, 2020 at 2:38 PM Prince, Scott (NIH/OD) [E] <███@nih.gov> wrote:
Fake/Imposter handle.
PLEASE REMOVE!!!

Thank you!


Scott Prince
Deputy Director for Public Information
Office of Communications and Public Liaison
National Institutes of Health
███
http://www.nih.gov
NIH... *Turning Discovery Into Health* ®


On Mar 14, 2020, at 2:23 PM, Crawford, Carol Y. (CDC/OD/OADC) <███@cdc.gov> wrote:


Lauren – I'm adding in Scott Prince at NIH and Stacey at HHS who I think can verify.

**From:** Lauren Devoll <███@twitter.com>
**Sent:** Saturday, March 14, 2020 9:03 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <███@cdc.gov>; Layton, Kathleen (CDC/OD/OADC) <███@cdc.gov>; Smith, Fred (CDC/OD/OADC) <███@cdc.gov>; Turner Hoffman, Katherine (Kat) (CDC/DDPHSS/CSELS/OD) <███@cdc.gov>
**Subject:** @AnthonyFauci_ account

Hi CDC Team -

A few folks have flagged this account to me wondering if it was real or not.

Is this a legitimate account? Or is there a colleague you can put me in touch with to confirm?

@AnthonyFauci_ :
https://twitter.com/AnthonyFauci_

Thank you,
LD

--
Lauren Devoll
@TwitterGov | @Policy

--
Lauren Devoll
@TwitterGov | @Policy

--
Lauren Devoll
@TwitterGov | @Policy

--
Lauren Devoll
@TwitterGov | @Policy