| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| Sent: | 3/18/2020 11:20:05 AM |
| To: | Stanley Onyimba [@google.com] |
| CC: | Jan Antonaros [@google.com] |
| Subject: | RE: FW: [FCN] COVID-19: Need CDC communications contact re: misinformation |

Thank you – I really appreciate it!

**From:** Stanley Onyimba <@google.com>
**Sent:** Tuesday, March 17, 2020 10:17 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Cc:** Jan Antonaros <@google.com>
**Subject:** Re: FW: [FCN] COVID-19: Need CDC communications contact re: misinformation

-Malik to bcc to spare his inbox

Hi Carol,

We completely understand and value your team's time. Good news, I've shared your feedback with our product team and they agreed to move forward with the generic image you provided. The change should be live by tomorrow.

Thanks,
Stanley

On Tue, Mar 17, 2020 at 4:21 PM Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov> wrote:

> Mainly I didn't want to have to ask for the experts time to look at a new image as thing are so busy, not that your not important, but I was trying to consider that.
>
> This is the one we've provided to everyone.. https://phil.cdc.gov/Details.aspx?pid=23312

**From:** Stanley Onyimba <@google.com>
**Sent:** Tuesday, March 17, 2020 7:07 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <@cdc.gov>
**Cc:** Malik Ducard <@google.com>; Jan Antonaros <@google.com>
**Subject:** Re: FW: [FCN] COVID-19: Need CDC communications contact re: misinformation


EXHIBIT 54

Hi Carol,

There is concern that the other virus image is too alarming and might create a poor user experience. Are there any other images that have been approved by the CDC already or can you see a path forward for expediting approval of the new generic image we shared?

Thanks,
Stanley

On Tue, Mar 17, 2020 at 3:00 PM Crawford, Carol Y. (CDC/OD/OADC) ███@cdc.gov> wrote:

The other virus is cleared, I think it might be a better approach. Is that doable?

**From:** Stanley Onyimba ███@google.com>
**Sent:** Tuesday, March 17, 2020 4:05 PM
**To:** Malik Ducard ███@google.com>; Jan Antonaros ███@google.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) ███@cdc.gov>
**Subject:** Re: FW: [FCN] COVID-19: Need CDC communications contact re: misinformation

+Jan Antonaros FYI

Hi Carol,

Thank you for the feedback. As Malik mentioned, the YT team is actively considering image alternatives to enhance the user experience. The generic COVID-19 image you shared on a separate thread makes sense directionally and we feel that with a few modifications, a generic image could be a great path forward. That being said, the team developed a similar blue generic image (below) and would love your feedback.



Please let us know if the CDC is comfortable with this new image. If so, we can replace the existing logo on the info panel in the US.

Thanks,
Stanley

On Tue, Mar 17, 2020 at 8:45 AM Malik Ducard <■■■@google.com> wrote:

Thanks for sharing this Carol. We'll share this with our teams right away. Looks like the video highlighted here was removed by YT. The infocard is intended to give people the authoritative pathway to the CDC, but I understand the concern about placement. Thank you very much.

On Tue, Mar 17, 2020 at 8:25 AM Crawford, Carol Y. (CDC/OD/OADC) ■■■@cdc.gov> wrote:

I'm sure you have seen this – maybe need to think about the logo more????

From: "Berckes, Nicole" <■■■@LIST.NIH.GOV>
To: ■■■@LIST.NIH.GOV" ■■■@LIST.NIH.GOV>
Subject: [FCN] COVID-19: Need CDC communications contact re: misinformation

Federal Comms family,

I hope you and your loved ones are staying safe, #StayingHome + teleworking whenever possible during this unprecedented time.

Quick request for the group: are there any U.S. CDC communications and/or social media contacts on our FCN list? Or does anyone have a contact that they might be able to share with me? Many thanks in advance.

Reason for the request: I have come across a very misleading YouTube video titled "How to Kill Coronavirus" that, because of the unfortunate placement of the ad banner and the algorithm which chose my ad, makes it look like it is a CDC video on COVID-19. See attached screenshots. I doubt I am the only user that is receiving this pop up. It's a quack video compiled by a non-doctor, too, so it is incredibly dangerous information. I can only imagine how many more like this may be out there. The video poster, Dan Lee Dimke, has over two thousand YouTube subscribers.

I've seen a lot of things in my 10+ years as a Federal communicator, but this is one of the scariest. This is misinformation that will kill people. My family in the Dominican Republic shared this video in our WhatsApp group, and they said their friends at all been sharing in other WhatsApp chats.

I'm alerting YouTube to this as well. Thank you again for your help. Take good care of yourself, your loved ones, and your communities. Be alert to all of the COVID-19 misinformation that is out there, too. Here is a Washington Post article that published yesterday on the problem. WaPo article: In fast-moving pandemic, sources of falsehoods spread by text, email, WhatsApp and TikTok elude authorities

FYI: The official CDC YouTube channel is at https://www.youtube.com/user/CDCStreamingHealth

Thank you for your public service, and for serving our country when it needs us the most. I'm proud to serve with you.

Sincerely,

Nicole Berckes

-----

Nicole Berckes, Communications Lead

U.S. Environmental Protection Agency
Toxics Release Inventory Program Division
Office of Pollution Prevention and Toxics
Phone: ███████████
Email: ███████@epa.gov
http://www.epa.gov/tri

**Screenshots:**





Coronavirus disease (COVID-19)
Get the latest information from the CDC about COVID-19
CDC

How to Kill Coronavirus
592,582 views · 1 week ago



Dan Lee Dimke
2.07K subscribers                                SUBSCRIBE

Published on Mar 7, 2020

The highly contagious virus that has caused "The COVID-19 Outbreak", carries a significant vulnerability that may be immediately exploitable. In other words, this coronavirus can be stopped, far more easily than most people, and most health professionals realize. Dr. Dan Lee Dimke, PhD, explains the science behind the fragile nature of this virus, and offers an easy, self-administered therapy that may hold the key to ending this outbreak quickly. (This is the Short Version 5:59)

The FULL LENGTH video (16:45) covers far more details. https://youtu.be/XXO4Uyrf7z8
Transcript of the FULL VERSION: http://futureworldnow.com/corona
Testimonials from actual users: https://future-world.com/mcatalog/col





MOLA_DEFSPROD_00003958



This message was sent to the Federal Communicators Network, a community of U.S. Government employees who manage communications at their agencies.

The FCN list is open to U.S. federal government employees. State, local, and tribal government employees, and contractors who have a government email address, are welcome to join. We do not admit private individuals or contractors who do not have a government email address.

IMPORTANT: The discussions on this list are sensitive. You should not forward copies of information you have obtained from this list to outside parties.

To unsubscribe from the FCN list, click the following link:
http://list.nih.gov/cgi-bin/wa.exe?SUBED1=FCN&A=1

--

Stanley Onyimba | Global Product Partnerships | ███ @google.com

--

Stanley Onyimba | Global Product Partnerships | ███ @google.com

--

Stanley Onyimba | Global Product Partnerships | ███ @google.com