| | |
|---|---|
| **From:** | Sharon Yang [_____@fb.com] |
| **Sent:** | 4/21/2020 2:48:52 PM |
| **To:** | Lavelle, Judith (NIH/NIAID) [E] [_____@nih.gov]; Mandy Sugrue [_____@fb.com] |
| **CC:** | Deatrick, Elizabeth (NIH/NIAID) [C] [_____@nih.gov]; Perry, Dina (NIH/NIAID) [E] [_____@nih.gov]; Prince, Scott (NIH/OD) [E] [_____@nih.gov]; Hoffman, Hillary (NIH/NIAID) [E] [_____@nih.gov]; Routh, Jennifer (NIH/NIAID) [E] [_____@nih.gov]; Folkers, Greg (NIH/NIAID) [E] [_____@niaid.nih.gov]; Genelle Adrien [_____@fb.com] |
| **Subject:** | Re: Fake IG/Facebook accounts |

Judith,

Nice to meet you. The Politics and Government team actually supports our government agency partners in three ways:
- Product - training and best practices for Facebook/Instagram products
- Operations - providing support for things like imposter removal, verification, and access issues
- Strategic Partnerships - working to create exclusive moments on our platforms (events, etc.)

We have been working with Kim Siegfried, Scott Prince, and others re: NIH social media presences on our platform. Please feel to flag to us the various imposter accounts or to their teams as well.

Best,
Sharon

[ ] The linked image

**Sharon Yang**
Politics & Government Outreach | Policy

**Covid-19: Support & Resources**
- Keeping People Safe And Informed About the Coronavirus. Click here
- Resources for Governments Responding to Coronavirus. Click here
- Facebook Local Covid-19 Information Center. Click here
- Messenger Government Services To Respond to Coronavirus Pandemic. Click here
- WhatsApp Coronavirus Information Hub for Government. Click here
- Instagram Government Covid-19 Toolkit, virtual guide & keep people safe. Click here
- School's Out Remote Resources. Click here
- CrowdTangle Covid-19 Visual Displays for Government. Click here

**EXHIBIT 55** 1/23/22

**From:** "Lavelle, Judith (NIH/NIAID) [E]" <_____@nih.gov>
**Date:** Tuesday, April 21, 2020 at 2:33 PM
**To:** Mandy Sugrue <_____@fb.com>
**Cc:** "Deatrick, Elizabeth (NIH/NIAID) [C]" <_____@nih.gov>, "Perry, Dina (N_____@nih.gov>, "Prince, Scott (NIH/OD) [E]" <_____@nih.gov>, "Hoffm [E]" <_____@nih.gov>, "Routh, Jennifer (NIH/NIAID) [E]" _____ (NIH/NIAID) [E]" <_____@niaid.nih.gov>, Sharon Yang <_____@fb.com>, Gene_____ _____@fb.com>
**Subject:** RE: Fake IG/Facebook accounts

Thank you, Mandy!

Sharon and Genelle—Great to connect with you, and thank you for the work that you're doing. Our team will be sure to reach out if we identify any more impersonations. Please don't hesitate to reach out if you have any questions.

Very best,
Judy

Judith Lavelle
Technical Writer-Editor
National Institute of Allergy and Infectious Diseases
5601 Fishers Ln., Room 6G37
Rockville, MD 20852
O: ███████ | M: ███████
Pronouns: she/her | ███████

**From:** Mandy Sugrue ███████@fb.com>
**Sent:** Tuesday, April 21, 2020 2:31 PM
**To:** Lavelle, Judith (NIH/NIAID) [E] ███████@nih.gov>
**Cc:** Deatrick, Elizabeth (NIH/NIAID) [C] ███████@nih.gov>; Perry, Dina (NIH/NIAID) [E] ███████@nih.gov>; Prince, Scott (NIH/OD) [E] ███████@nih.gov>; Hoffman, Hillary (NIH/NIAID) [E] ███████@nih.gov>; Routh, Jennifer (NIH/NIAID) [E] ███████@nih.gov>; Folkers, Greg (NIH/NIAID) [E] ███████@niaid.nih.gov>; Sharon Yang ███████@fb.com>; Genelle Adrien ███████@fb.com>
**Subject:** Re: Fake IG/Facebook accounts

Of course! And thank you all for flagging. Also want to intro you all to Sharon and Genelle who have been working hard to manage any fake accounts for NIH across the board. She can work with you directly if anything like this comes up.

Thanks all!
Mandy

**From:** "Lavelle, Judith (NIH/NIAID) [E]" ███████@nih.gov>
**Date:** Tuesday, April 21, 2020 at 11:18 AM
**To:** Mandy Sugrue ███████@fb.com>
**Cc:** "Deatrick, Elizabeth (NIH/NIAID) [C]" ███████@nih.gov>, "Perry, Dina (NIH/NIAID) [E]" ███████@nih.gov>, "Prince, Scott (NIH/OD) [E]" ███████@nih.gov>, "Hoffman, Hillary (NIH/NIAID) [E]" ███████@nih.gov>, "Routh, Jennifer (NIH/NIAID) [E]" ███████@nih.gov>, "Folkers, Greg (NIH/NIAID) [E]" ███████@niaid.nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Many thanks, Mandy!

**From:** Mandy Sugrue ███████@fb.com>
**Sent:** Tuesday, April 21, 2020 2:15 PM
**To:** Lavelle, Judith (NIH/NIAID) [E] ███████@nih.gov>
**Cc:** Deatrick, Elizabeth (NIH/NIAID) [C] ███████@nih.gov>; Perry, Dina (NIH/NIAID) [E] ███████@nih.gov>; Prince, Scott (NIH/OD) [E] ███████@nih.gov>; Hoffman, Hillary (NIH/NIAID) [E] ███████@nih.gov>; Routh, Jennifer (NIH/NIAID) [E] ███████@nih.gov>; Folkers, Greg (NIH/NIAID) [E] ███████@niaid.nih.gov>
**Subject:** Re: Fake IG/Facebook accounts

MOLA_DEFSPROD_00006771

Hi all! Flagged this for the fake accounts team and they have confirmed that all but two accounts were removed for the impersonation of Dr. Fauci. I guess two of the accounts are fan accounts...

Let us know if you have any other issues and many thanks!

Cheers,
Mandy

**From:** "Lavelle, Judith (NIH/NIAID) [E]" <@nih.gov>
**Date:** Tuesday, April 21, 2020 at 8:55 AM
**To:** Mandy Sugrue <@fb.com>
**Cc:** "Deatrick, Elizabeth (NIH/NIAID) [C]" <@nih.gov>, "Perry, Dina (NIH/NIAID) [E]" <@nih.gov>, "Prince, Scott (NIH/OD) [E]" <@nih.gov>, "Hoffman, Hillary (NIH/NIAID) [E]" <@nih.gov>, "Routh, Jennifer (NIH/NIAID) [E]" <@nih.gov>, "Folkers, Greg (NIH/NIAID) [E]" <@niaid.nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Apologies one more: https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101140431566203/?eid=ARCz3XjmJCp_Dn8fYIfCfJfhMKwFvXp6_iL8kQI5_vudxsLyCq-IGoG9q_ITclMnBu82aTg67z2q9SRf

+ Greg for awareness.

**From:** Lavelle, Judith (NIH/NIAID) [E]
**Sent:** Tuesday, April 21, 2020 11:49 AM
**To:** Mandy Sugrue <@fb.com>
**Cc:** Deatrick, Elizabeth (NIH/NIAID) [C] <@nih.gov>; Perry, Dina (NIH/NIAID) [E] <@nih.gov>; Prince, Scott (NIH/OD) [E] <@nih.gov>; Hoffman, Hillary (NIH/NIAID) [E] <@nih.gov>; Routh, Jennifer (NIH/NIAID) [E] <@nih.gov>
**Subject:** Fake IG/Facebook accounts

Hi Mandy,

We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you. I have also reported them from @niaid and my personal FB account.

This one is particularly troubling because they are selling masks: www.instagram.com/fauci_anthony/

https://www.instagram.com/drfauci/

https://www.instagram.com/anthony.fauci/

https://www.instagram.com/dr.xanthonyfauci/

https://www.instagram.com/doc.fauci/

https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101078361574045/?ref=br_rs

https://www.facebook.com/Dr-Anthony-Fauci-102567911432644/?ref=br_rs

https://www.facebook.com/Dr.FauciTheHero/?ref=br_rs (I think this one may be fine as a fan page but could use a reminder to be a bit more clear.)

Thank you so much for your help, and I hope you are staying well!

Judy

Judith Lavelle
Technical Writer-Editor
National Institute of Allergy and Infectious Diseases
5601 Fishers Ln., Room 6G37
Rockville, MD 20852
O: ▮▮▮▮▮▮▮▮ M: ▮▮▮▮▮▮▮▮
Pronouns: she/her | ▮▮▮▮▮▮▮▮