| | |
|---|---|
| From: | Routh, Jennifer (NIH/NIAID) [E] |
| Sent: | 10/30/2020 4:45:44 PM |
| To: | Jan Antonaros [███]@google.com]; Sitar, Sandra (NIH/VRC) [C]; Stanley Onyimba [███]@google.com] |
| CC: | Billet, Courtney (NIH/NIAID) [E]; 'Kathy Stover' [███]@nih.gov]; Myles, Renate (NIH/OD) [E] |
| Subject: | RE: Jan Antonaros <> Jennifer Routh |

Hi Jan – I'm adding Courtney Billet (director of the Office of Communications and Government Relations at NIAID), Kathy Stover (News Branch chief at NIAID), and Renate Myles (deputy director for Public Affairs in NIH's Deputy Director for Public Affairs, Office of Communications and Public Liaison). My colleagues may have a better sense of the various leads for various HHS-wide comms efforts focused on vaccine communication.

Thanks,
Jen

Jennifer Routh [E]
News and Science Writing Branch
Office of Communications and Government Relations
National Institute of Allergy and Infectious Diseases (NIAID)
NIH/HHS
31 Center Drive Room 7A17C
Bethesda, MD 20892
Direct:
[███]@nih.gov

EXHIBIT 56

Disclaimer: The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases shall not accept liability for any statements made that are sender's own and not expressly made on behalf of the NIAID by one of its representatives.

From: Jan Antonaros [███]@google.com>
Sent: Friday, October 30, 2020 4:39 PM
To: Sitar, Sandra (NIH/VRC) [C] [███]@mail.nih.gov>; Stanley Onyimba [███]@google.com>
Cc: Routh, Jennifer (NIH/NIAID) [E] [███]@nih.gov>
Subject: Re: Jan Antonaros <> Jennifer Routh

Hi Sandra and Jen,

Thank you very much for reaching out. It would be great to find time for early next week for a quick call on vaccine communications. Please let us know what time works best for you.

+Stanley Onyimba my colleague who is helping on Covid19 collaborations.

Thanks in advance for your time,
Jan

Jan Fowler Antonaros
Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
[███]@google.com
Android Mobile: [███]

On Fri, Oct 30, 2020 at 2:46 PM Sitar, Sandra (NIH/VRC) [C] [███]@mail.nih.gov> wrote:

Hi Jan,

This email is meant to serve as an introduction to Jennifer Routh, from our NIAID Office of Communications and Government Relations.

Jen – as I mentioned, Jan and the Google team are hoping to connect on vaccine communications – specifically misinformation and also approval/distribution planning. Julie and I thought that perhaps you might be able to point Jan in the right direction HHS Comms team wise.

Thanks so much,

Sandra

---

Sandra Sitar, M.S.

Director of Communications

Clinical Trials Program

VRC/NIAID/NIH

█████████

█████@nih.gov

Contractor, Kelly Services

Disclaimer

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. National Institute of Allergy and Infectious Diseases shall not accept liability for any statements made that are sender's own and not expressly made on behalf of the NIAID by one of its representatives.