**From:** Humphrey, Clarke E. EOP/WHO [████@who.eop.gov]
**Sent:** 7/21/2021 1:30:32 PM
**To:** Carrie Adams [████@fb.com]; Billet, Courtney (NIH/NIAID) [E] [████@niaid.nih.gov]; Dave Sommer (IG) [████@fb.com]
**CC:** Flaherty, Rob R. EOP/WHO [████@who.eop.gov]
**Subject:** RE: Deactivating fake Fauci IG?

Awesome – thanks, Carrie!

**From:** Carrie Adams [████@fb.com>
**Sent:** Wednesday, July 21, 2021 1:30 PM
**To:** Billet, Courtney (NIH/NIAID) [E] <████@niaid.nih.gov>; Humphrey, Clarke E. EOP/WHO <████@who.eop.gov>; Dave Sommer (IG) <████@fb.com>
**Cc:** Flaherty, Rob R. EOP/WHO <████@who.eop.gov>
**Subject:** [EXTERNAL] Re: Deactivating fake Fauci IG?

This account has been removed.
Thank you for flagging!

**Carrie E. Adams**
facebook, inc. | politics & government
████ ████@fb.com

On Jul 20, 2021, at 2:37 PM, Carrie Adams <████@fb.com> wrote:

It's definitely a fake account, not rogue.

**From:** Billet, Courtney (NIH/NIAID) [E] <████@niaid.nih.gov>
**Date:** Tuesday, July 20, 2021 at 1:31 PM
**To:** Carrie Adams <████@fb.com>, Humphrey, Clarke E. EOP/WHO <████@who.eop.gov>, Dave Sommer (IG) <████@fb.com>
**Cc:** Flaherty, Rob R. EOP/WHO <████@who.eop.gov>
**Subject:** RE: Deactivating fake Fauci IG?

I'd be curious if there's a federal email address attached to whomever set this account up. The fact that it is saying "managed by federal staff" makes me curious it's some federal employee outside our official comms offices, thinking they're somehow being helpful? Sigh. In any event, it is *not* an official Fauci account.

**From:** Carrie Adams <████@fb.com>
**Sent:** Tuesday, July 20, 2021 1:25 PM
**To:** Humphrey, Clarke E. EOP/WHO <████@who.eop.gov>; Dave Sommer (IG) <████@fb.com>
**Cc:** Flaherty, Rob R. EOP/WHO <████@who.eop.gov>; Billet, Courtney (NIH/NIAID) [E] <████@niaid.nih.gov>
**Subject:** Re: Deactivating fake Fauci IG?

Yep, on it!

**From:** Humphrey, Clarke E. EOP/WHO <████@who.eop.gov>
**Date:** Tuesday, July 20, 2021 at 1:24 PM
**To:** Carrie Adams <████@fb.com>, Dave Sommer (IG) <████@fb.com>

EXHIBIT 57 11/23/22

Cc: Flaherty, Rob R. EOP/WHO ███████ @who.eop.gov>, Billet, Courtney (NIH/NIAID) [E] ███████ @niaid.nih.gov>
Subject: Deactivating fake Fauci IG?

Hi there – any way we can get this pulled down? It is not actually one of ours:

>https://www.instagram.com/anthonyfauciofficial/<

Clarke Humphrey
Digital Director, COVID-19 Response Team
The White House
███████