**From:** Carrie Adams [____@fb.com]
**Sent:** 9/14/2021 3:45:07 PM
**To:** Jamal, Catherine (CDC/OD/OADC) [____@cdc.gov]; Liz Lagone [____@fb.com]
**CC:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov]
**Subject:** Re: Ivermectin Questions for the CDC

Thank you Catherine!

**From:** Jamal, Catherine (CDC/OD/OADC) [____@cdc.gov>
**Date:** Tuesday, September 14, 2021 at 3:03 PM
**To:** Carrie Adams [____@fb.com>, Liz Lagone [____@fb.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) [____@cdc.gov>
**Subject:** Re: Ivermectin Questions for the CDC



Good afternoon, Carrie and Liz,
I received the following response from a CDC Chief Medical Officer for the covid-19 response. It's long (includes citations) so I am putting my text in purple to differentiate it. Please let me know if you need anything else!
Catherine

1. **Claim: Ivermectin is effective in treating COVID:**
   o   ***Answer is NOT ACCURATE*** (see: Ivermectin | COVID-19 Treatment Guidelines (nih.gov) and https://www.idsociety.org/practice-guideline/covid-19-guideline-treatment-and-management/)

2. **Claim: Ivermectin is more effective than vaccines at preventing COVID:**
   o   ***Answer is NOT ACCURATE*** (see: Ivermectin | COVID-19 Treatment Guidelines (nih.gov) and https://www.idsociety.org/practice-guideline/covid-19-guideline-treatment-and-management/)

3. **Claim: Ivermectin is proven to be effective at preventing or treating COVID:**
   o   ***Answer is NOT ACCURATE*** (see: Ivermectin | COVID-19 Treatment Guidelines (nih.gov) and https://www.idsociety.org/practice-guideline/covid-19-guideline-treatment-and-management/)

These responses are based on the independent advice of two national bodies of infectious diseases SME's expert in the treatment of COVID-19: NIH and the IDSA, which have opined that there are not data that indicate ivermectin is effective in the ways described above.

**NIH COVID-19 Treat Panel:** Ivermectin | COVID-19 Treatment Guidelines (nih.gov)

Recommendation

• There is insufficient evidence for the COVID-19 Treatment Guidelines Panel (the Panel) to recommend either for or against the use of ivermectin for the treatment of COVID-19.

CONFIDENTIAL

Results from adequately powered, well-designed, and well-conducted clinical trials are needed to provide more specific, evidence-based guidance on the role of ivermectin in the treatment of COVID-19.

**Infectious Diseases Society Of America (IDSA):** https://www.idsociety.org/practice-guideline/covid-19-guideline-treatment-and-management/, scroll down to "Recommendations 20-21: Ivermectin"

Recommendations (*Section last reviewed and updated 8/10/2021, Last literature search conducted 7/31/2021*)
- Recommendation 20: In hospitalized patients with COVID-19, the IDSA panel suggests against ivermectin outside of the context of a clinical trial. (Conditional recommendation, very low certainty of evidence)
- Recommendation 21: In ambulatory persons with COVID-19, the IDSA panel suggests against ivermectin outside of the context of a clinical trial. (Conditional recommendation, very low certainty of evidence)

**From:** Carrie Adams <​@fb.com>
**Sent:** Tuesday, September 14, 2021 1:42 AM
**To:** Liz Lagone; Jamal, Catherine (CDC/OD/OADC)
**Subject:** Re: Ivermectin Questions for the CDC

+ Catherine as Carol is out this week

CA

**From:** Liz Lagone <​@fb.com>
**Date:** Monday, September 13, 2021 at 5:45 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC <​@cdc.gov>
**Cc:** Carrie Adams <​@fb.com>
**Subject:** Ivermectin Questions for the CDC

Hi Carol, hope you had a great weekend! Our team is really looking forward to our conversation next Tuesday, 9/21 on our vaccine misinformation policy developments — thank you so much for making the time and puling the group together.

I wanted to also reach out regarding a couple of questions related to Ivermectin given we are increasingly seeing various types of claims that may be false and harmful which discuss Ivermectin and its efficacy against COVID-19. **We would like to get the CDC's input on whether these claims are false, and if believed, could contribute to people refusing the vaccine or self-medicating.**

1. **Claim: Ivermectin is effective in treating COVID**

MOLA_DEFSPROD_00002105

o       Our understanding of public health guidance is that health authorities warn against taking ivermectin to treat or prevent COVID because it has not been approved for this purpose, and they do not yet know if it is effective in treating COVID. We also understand that scientific studies on the efficacy of Ivermectin in treating COVID are still ongoing and there is no consensus across public health authorities that ivermectin has been proven to be ineffective. Based on this, is our understanding that this claim is therefore *not false* accurate?
2.    **Claim: Ivermectin is more effective than vaccines at preventing COVID**
3.    **Claim: Ivermectin is proven to be effective at preventing or treating COVID**

Please let me know if you have any questions and thank you so much in advance for providing the CDC's insight into these claims!

Best,
Liz