**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Sat, 2 May 2020 12:01:04 +0000
**To:** (b) (6)
**Subject:** FW: RE:

Let us try to do this next weekend.

**From:** Eisinger, Robert (NIH/NIAID) [E] **(On Behalf Of** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Saturday, May 2, 2020 7:24 AM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b) (6)
**Subject:** FW: RE:

Email from Zeke Emanuel.

Robert W. Eisinger, Ph.D.
Special Assistant for Scientific Projects
Immediate Office of the Director
National Institute of Allergy and Infectious Diseases
National Institutes of Health
31 Center Drive, Room 7A-03
Bethesda MD 20892
Telephone: (b) (6)
Email: (b) (6)

**From:** Emanuel, Ezekiel J (b)(6)>
**Sent:** Friday, May 1, 2020 8:04 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)>
**Cc:** (b)(6)>
**Subject:** Re: RE:

Tony

You are national--international --treasure. And we are depending upon your sanity and smarts.

We can have you and (b)(6) over for dinner on the porch and order in from (b)(6) or something. Anytime you are ready.



Ezekiel J. Emanuel, M.D., Ph.D.

Vice Provost of Global Initiatives

Chair, Department of Medical Ethics and Health Policy (b)(6))

Levy University Professor

Co-Director, Healthcare Transformation Institute

Perelman School of Medicine and The Wharton School

University of Pennsylvania

Phone: (b)(6)

---

**From:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)v>
**Sent:** Friday, May 1, 2020 6:55 PM
**To:** Emanuel, Ezekiel J (b)(6)>
**Cc:** (b)(6)>
**Subject:** RE: RE:

Zeke:

Thanks for the note. Indeed, we do agree. (b)(6) I look forweard tochatting with you some time soon.

Best,
Tony

**From:** Emanuel, Ezekiel J (b)(6)>
**Sent:** Thursday, April 30, 2020 6:37 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] < (b)(6)>
**Subject:** Re: RE:

Sorry for misreading what you said--I think maybe I overintepreted--lots of finance people called and seemed like I was a downer compared to you. But I think we agree.

Are you and (b)(6) doing okay?

Ezekiel J. Emanuel, M.D., Ph.D.

Vice Provost of Global Initiatives

Chair, Department of Medical Ethics and Health Policy (b)(6))

Levy University Professor

Co-Director, Healthcare Transformation Institute

Perelman School of Medicine and The Wharton School

University of Pennsylvania

Phone: (b)(6)

---

**From:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)>
**Sent:** Thursday, April 30, 2020 5:33 PM
**To:** Emanuel, Ezekiel J (b)(6)>
**Subject:** RE:

Zeke:

I did not "strongly" endorse it. I specifically said that it was not a knockout drug and was only a baby step in the direction of developing more and better drugs. I said that it was important because it proved in a well-powered, randomized, placebo-controlled clinical trial that one can suppress the virus enough to see a clinical effect, as modest as the effect was. I do not think I forced anything.

Happy to chat with you about it.

Best,

Tony

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: (b)(6)

FAX: (301) 496-4409
E-mail: (b)(6)

The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Emanuel, Ezekiel J (b)(6)
**Sent:** Thursday, April 30, 2020 2:12 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b)(6)
**Subject:**

Tony,

I hope you and (b)(6) are doing well. You are doing an amazing job under difficult circumstances. And just know we prefer the "real" Tony to the Brad Pitt version!!!

I am a bit perplexed by your seeming strong endorsement of remdesivir. Was it just a bit forced?

My reading was the data were weak and in normal times for normal disease it is not enough to to approve. And very unlikely to really impact COVID-19 disease pattern--regardless of supply issues.

Stay safe


Ezekiel J. Emanuel, M.D., Ph.D.


Vice Provost of Global Initiatives

Chair, Department of Medical Ethics and Health Policy (b)(6))

Levy University Professor

Co-Director, Healthcare Transformation Institute

Perelman School of Medicine and The Wharton School

University of Pennsylvania

Phone: ███████████ (b) (6)