**The White House**

Office of the Press Secretary

For Immediate Release                                          January 08, 2016

# Statement by NSC Spokesperson Ned Price on Updates to U.S. Government Efforts to Counter Violent Extremism

Over the course of President Obama's Administration, and particularly since the White House Summit on Countering Violent Extremism in February 2015, the United States Government has focused on strengthening our effort to prevent violent extremists from radicalizing and mobilizing recruits at home and abroad. The horrific attacks in Paris and San Bernardino this winter underscored the need for the United States and our partners in the international community and the private sector to deny violent extremists like ISIL fertile recruitment ground.

Today the U.S. Government is announcing new initiatives to improve our international and domestic efforts to counter violent extremism. The Department of Homeland Security and the Department of Justice will announce the establishment of the Countering Violent Extremism Task Force, a new organization that will integrate and harmonize domestic CVE efforts here at home. The State Department will establish the Global Engagement Center, which will allow us to place an intensified focus on empowering and enabling the voices of international partners, governmental and non-governmental, and shift away from direct messaging. Additionally, today some of the most senior officials from the White House and across the President's national security team are meeting in Silicon Valley with representatives from a number of leading technology companies, to follow up on the President's call in his address on December 6 for the government and private sector to work together to combat terrorism and counter violent extremism online.

Today's developments reflect President Obama's commitment to take every possible action to confront and interdict terrorist activities wherever they occur, including online.

