## Disinformed democracy: The past, present, and future of information warfare Part 4, Brookings Institution, October 2, 2020*

https://www.youtube.com/watch?v=45Q0abeK27U

(at 29:52) Fiona Hill: "What do you do? I mean, how does that coordination take place because a lot of people in the audience are clearly concerned that we might not be coordinating in a way that would be relevant to the U.S. domestic environment."

Daniel Kimmage: "Sure um you know with, with the caveat that government coordination is one of these things that doesn't have an exciting visible component. It consists of emails and phone calls, and meetings but we are in close communication with our colleagues at DHS. With our colleagues at FBI the Global Engagement Center has set up an interagency coordination cell. So we are in constant communication. So when we see something that has a nexus that would be appropriate for our domestic counterparts we obviously pick up the phone or write an email and we're in touch with them. …

