An official website of the United States Government Here's how you know

**Programs**

Home > ... > Programs – Technology Engagement Team

# Programs – Technology Engagement Team

## What are our programs?



**Emerging Technologies:** GEC's Emerging Technologies team identifies tools and technologies, employed by foreign state or non-state actors, that are not fully developed or are not well known in the public sphere. The Emerging Technologies team monitors technological developments with a taxonomy of several key categories. In addition to recognizing, exposing, and increasing understanding of emerging threats, GEC provides suggestions for countermeasures.





**Tech Demo Series:** The TET hosts the Tech Demo Series every two weeks. The Series creates a forum for technology discussion and introduces unique technologies for countering propaganda and disinformation for use by the U.S. government and foreign partners. The forum creates opportunities to identify and present propaganda and disinformation challenges, as well as develop ideas for how the technologies and tools may be applied in a test case against these challenges.

## DEMONSTRATIONS



**Tech Challenges**

**Tech Challenges:** GEC convenes intensive workshops with international partners to understand, assess, and find ways to implement effective tech solutions to foreign propaganda and disinformation. These one or two-day Tech Challenges are focused primarily on supporting foreign technologists. GEC and its foreign partners invite foreign-based technologists to demonstrate their capabilities in real time during the Tech Challenge. At the end of the Tech Challenges, selected promising technologies are awarded grants.



**Tech Testbed**

**Tech Testbed:** GEC/TET solicits real U.S. government propaganda and disinformation challenges and tests specific tools or technologies against a submitted proposal. Tests can combine existing capabilities or implement novel tech solutions for rapid assessment of promised technologies employed against real operational challenges.



**TET Talks:** GEC/TET hosts TET Talks, a forum that convenes subject matter experts to discuss emerging threats and pertinent issues related to counter propaganda and disinformation in the high technology space with U.S. government and foreign partners as well as academia.



**Gaming**: GEC/TET aims to use gaming as a tool to promote media literacy and positively impact vulnerable audiences against foreign propaganda and disinformation. GEC/TET has led the U.S. government with award-nominated counter-disinformation gaming solutions, for example, *Harmony Square*.

## Gaming



**Silicon Valley Engagement:** In December 2019, GEC/TET established a Silicon Valley location to facilitate public-private coordination and broker constructive engagements between the U.S. government and the tech sector, academia, and research. The goal is to increase collaboration that results in identifying, exposing, and defending against foreign adversarial propaganda and disinformation.



**Tech-Driven Operations:** Information available upon request.

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act