| | |
|---|---|
| **Appointment** | |
| From: | Abhishek Bajoria [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-ABHISHEK BA] |
| Sent: | 7/19/2021 4:39:30 PM |
| To: | Stewart, Samaruddin K [StewartSK@state.gov] |
| Subject: | Accepted: LinkedIn & GEC (countering disinformation / propaganda) |
| Start: | 7/29/2021 11:00:00 AM |
| End: | 7/29/2021 11:45:00 AM |
| Recurrence: | (none) |



LINKEDIN0000236

| Message | |
|---|---|
| From: | Paul Rockwell [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ACF3FADB1E8F4F27B41B3D62823A453D-PAUL ROCKWE] |
| Sent: | 2/5/2020 8:58:35 AM |
| To: | Stewart, Samaruddin K [StewartSK@state.gov]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-Diana Patel]; Nicole Isaac [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89c55391bfc843f8a512e1755616a557-Nicole Isaa] |
| Subject: | Re: Global Engagement Center |

Sam – thanks for reaching out. We'd be happy to meet and discuss.

Adding a few folks from the team, and we'll work on coordinating some time to chat.

Best,
-paul

---

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Tuesday, February 4, 2020 at 2:13 PM
**To:** Paul Rockwell <prockwell@linkedin.com>
**Subject:** Global Engagement Center

Hello Paul,

As a follow on from our LinkedIn message - I am a Senior Advisor for the Global Engagement Center working out of Silicon Valley tasked with building relationships with technology companies, academia, researchers, media, and interagency in the area with interests in countering disinformation and foreign state and non-state propaganda. More on GEC here: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/

Your time permitting, I'd like to schedule a time to discuss on the phone or to visit you in person to explore shared interests and alignment of mutual goals regarding the challenge.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



LINKEDIN0000342

| | |
|---|---|
| **Message** | |
| **From:** | Stewart, Samaruddin K [StewartSK@state.gov] |
| **Sent:** | 2/5/2020 9:05:37 AM |
| **To:** | Paul Rockwell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-Paul Rockwe]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-Diana Patel]; Nicole Isaac [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89c55391bfc843f8a512e1755616a557-Nicole Isaa] |
| **Subject:** | RE: Global Engagement Center |

Hello Paul,

Thanks for the quick response and connection to the larger team.

To keep momentum, I'll be travelling the next two weeks, so if we can aim for a visit to your offices the last week of February or the first week in March (if your team will be busy with RSA last week of February).

Looking forward to exploring ways forward.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



**From:** Paul Rockwell <prockwell@linkedin.com>
**Sent:** Wednesday, February 5, 2020 8:59 AM
**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Patrick Corrigan <jacorrigan@linkedin.com>; Diana Patel <dipatel@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Sam – thanks for reaching out. We'd be happy to meet and discuss.

Adding a few folks from the team, and we'll work on coordinating some time to chat.

Best,
-paul

LINKEDIN0000343

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Tuesday, February 4, 2020 at 2:13 PM
**To:** Paul Rockwell <prockwell@linkedin.com>
**Subject:** Global Engagement Center

Hello Paul,

As a follow on from our LinkedIn message - I am a Senior Advisor for the Global Engagement Center working out of Silicon Valley tasked with building relationships with technology companies, academia, researchers, media, and interagency in the area with interests in countering disinformation and foreign state and non-state propaganda. More on GEC here: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/

Your time permitting, I'd like to schedule a time to discuss on the phone or to visit you in person to explore shared interests and alignment of mutual goals regarding the challenge.

All best,
Sam


**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



LINKEDIN0000344

| | |
|---|---|
| **Message** | |
| **From:** | Diana Patel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9-DIANA PATEL] |
| **Sent:** | 2/11/2020 6:50:17 PM |
| **To:** | Stewart, Samaruddin K [StewartSK@state.gov]; Paul Rockwell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-Paul Rockwe]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Nicole Isaac [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89c55391bfc843f8a512e1755616a557-Nicole Isaa] |
| **Subject:** | Re: Global Engagement Center |

Hi Sam –

Thanks for reaching out. The first week of February works best for us. Will be sending out a calendar invite shortly. Looking forward to our sync.

Thanks,
**Diana Patel**
Head of Threat Prevention
Trust & Safety
**Linked**in

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Wednesday, February 5, 2020 at 9:06 AM
**To:** Paul Rockwell <prockwell@linkedin.com>, Patrick Corrigan <jacorrigan@linkedin.com>, Diana Patel <dipatel@linkedin.com>, Nicole Isaac <nisaac@linkedin.com>
**Subject:** RE: Global Engagement Center

Hello Paul,

Thanks for the quick response and connection to the larger team.

To keep momentum, I'll be travelling the next two weeks, so if we can aim for a visit to your offices the last week of February or the first week in March (if your team will be busy with RSA last week of February).

Looking forward to exploring ways forward.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov

**GEC**

LINKEDIN0000345

**From:** Paul Rockwell <prockwell@linkedin.com>
**Sent:** Wednesday, February 5, 2020 8:59 AM
**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Patrick Corrigan <jacorrigan@linkedin.com>; Diana Patel <dipatel@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Sam – thanks for reaching out. We'd be happy to meet and discuss.

Adding a few folks from the team, and we'll work on coordinating some time to chat.

Best,
-paul

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Tuesday, February 4, 2020 at 2:13 PM
**To:** Paul Rockwell <prockwell@linkedin.com>
**Subject:** Global Engagement Center

Hello Paul,

As a follow on from our LinkedIn message - I am a Senior Advisor for the Global Engagement Center working out of Silicon Valley tasked with building relationships with technology companies, academia, researchers, media, and interagency in the area with interests in countering disinformation and foreign state and non-state propaganda. More on GEC here: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/

Your time permitting, I'd like to schedule a time to discuss on the phone or to visit you in person to explore shared interests and alignment of mutual goals regarding the challenge.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov


GEC

| | |
|---|---|
| **Message** | |
| **From:** | Stewart, Samaruddin K [StewartSK@state.gov] |
| **Sent:** | 2/25/2020 11:49:44 AM |
| **To:** | Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-Diana Patel]; Paul Rockwell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-Paul Rockwe]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Nicole Isaac [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89c55391bfc843f8a512e1755616a557-NicoleIsaa] |
| **Subject:** | RE: Global Engagement Center |

Hello Diana,

Apologies for the slight delay, but I was in Taiwan last week to host a countering disinformation event in the region.

The proposed date and time work well for me, I'm looking forward to connecting.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



**From:** Diana Patel <dipatel@linkedin.com>
**Sent:** Tuesday, February 11, 2020 6:50 PM
**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Paul Rockwell <prockwell@linkedin.com>; Patrick Corrigan <jacorrigan@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Hi Sam –

Thanks for reaching out. The first week of February works best for us. Will be sending out a calendar invite shortly. Looking forward to our sync.

Thanks,
**Diana Patel**
Head of Threat Prevention
Trust & Safety
**Linked in**

LINKEDIN0000347

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Wednesday, February 5, 2020 at 9:06 AM
**To:** Paul Rockwell <prockwell@linkedin.com>, Patrick Corrigan <jacorrigan@linkedin.com>, Diana Patel <dipatel@linkedin.com>, Nicole Isaac <nisaac@linkedin.com>
**Subject:** RE: Global Engagement Center

Hello Paul,

Thanks for the quick response and connection to the larger team.

To keep momentum, I'll be travelling the next two weeks, so if we can aim for a visit to your offices the last week of February or the first week in March (if your team will be busy with RSA last week of February).

Looking forward to exploring ways forward.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



**From:** Paul Rockwell <prockwell@linkedin.com>
**Sent:** Wednesday, February 5, 2020 8:59 AM
**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Patrick Corrigan <jacorrigan@linkedin.com>; Diana Patel <dipatel@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Sam – thanks for reaching out. We'd be happy to meet and discuss.

Adding a few folks from the team, and we'll work on coordinating some time to chat.

Best,
-paul

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Tuesday, February 4, 2020 at 2:13 PM
**To:** Paul Rockwell <prockwell@linkedin.com>
**Subject:** Global Engagement Center

Hello Paul,

LINKEDIN0000348

As a follow on from our LinkedIn message - I am a Senior Advisor for the Global Engagement Center working out of Silicon Valley tasked with building relationships with technology companies, academia, researchers, media, and interagency in the area with interests in countering disinformation and foreign state and non-state propaganda. More on GEC here: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/

Your time permitting, I'd like to schedule a time to discuss on the phone or to visit you in person to explore shared interests and alignment of mutual goals regarding the challenge.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



| | |
|---|---|
| **Message** | |
| **From:** | Stewart, Samaruddin K [StewartSK@state.gov] |
| **Sent:** | 3/9/2020 1:48:28 PM |
| **To:** | Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-Diana Patel]; Paul Rockwell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-Paul Rockwe]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Nicole Isaac [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=89c55391bfc843f8a512e1755616a557-Nicole Isaa] |
| **Subject:** | RE: Global Engagement Center |

Hello Diana,

It was nice meeting with you and your colleagues recently. I enjoyed the opportunity to let the appropriate contacts at LinkedIn know about the GEC's efforts, missions, and programs to counter disinformation and propaganda.

As a follow up, I'd love to hear your thoughts on continued engagement with LinkedIn. As mentioned, the GEC has begun sharing information when appropriate with companies in the technology industry and I'd be happy to continue engagement with you – or whomever you might deem appropriate. As mentioned, I'm SF Bay Area based.

Below are some more links related to our discussion:

- More on GEC: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/
- Recent Taiwan Tech Challenge: https://www.state.gov/about-us-technology-engagement-team/
- GEC/TET Programs: https://www.state.gov/programs-technology-engagement-team/
- Disinfo Cloud: https://www.state.gov/disinfo-cloud-technology-engagement-team/

Lastly, in a separate email, I'll send information about gaining access to Disinfo Cloud – which is a GEC funded platform that offers stakeholders an opportunity to discover companies, technologies, and tools that can assist with identifying, understanding, and addressing disinformation.

Thanks again for your time.

All best,
Sam


**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov



**From:** Diana Patel <dipatel@linkedin.com>
**Sent:** Tuesday, February 11, 2020 6:50 PM

LINKEDIN0000351

**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Paul Rockwell <prockwell@linkedin.com>; Patrick Corrigan <jacorrigan@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Hi Sam –

Thanks for reaching out. The first week of February works best for us. Will be sending out a calendar invite shortly. Looking forward to our sync.

Thanks,
**Diana Patel**
Head of Threat Prevention
Trust & Safety


**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Wednesday, February 5, 2020 at 9:06 AM
**To:** Paul Rockwell <prockwell@linkedin.com>, Patrick Corrigan <jacorrigan@linkedin.com>, Diana Patel <dipatel@linkedin.com>, Nicole Isaac <nisaac@linkedin.com>
**Subject:** RE: Global Engagement Center

Hello Paul,

Thanks for the quick response and connection to the larger team.

To keep momentum, I'll be travelling the next two weeks, so if we can aim for a visit to your offices the last week of February or the first week in March (if your team will be busy with RSA last week of February).

Looking forward to exploring ways forward.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov

◆ **GEC**

**From:** Paul Rockwell <prockwell@linkedin.com>
**Sent:** Wednesday, February 5, 2020 8:59 AM
**To:** Stewart, Samaruddin K <StewartSK@state.gov>; Patrick Corrigan <jacorrigan@linkedin.com>; Diana Patel

LINKEDIN0000352

<dipatel@linkedin.com>; Nicole Isaac <nisaac@linkedin.com>
**Subject:** Re: Global Engagement Center

Sam – thanks for reaching out. We'd be happy to meet and discuss.

Adding a few folks from the team, and we'll work on coordinating some time to chat.

Best,
-paul

**From:** "Stewart, Samaruddin K" <StewartSK@state.gov>
**Date:** Tuesday, February 4, 2020 at 2:13 PM
**To:** Paul Rockwell <prockwell@linkedin.com>
**Subject:** Global Engagement Center

Hello Paul,

As a follow on from our LinkedIn message - I am a Senior Advisor for the Global Engagement Center working out of Silicon Valley tasked with building relationships with technology companies, academia, researchers, media, and interagency in the area with interests in countering disinformation and foreign state and non-state propaganda. More on GEC here: https://www.state.gov/bureaus-offices/under-secretary-for-public-diplomacy-and-public-affairs/global-engagement-center/

Your time permitting, I'd like to schedule a time to discuss on the phone or to visit you in person to explore shared interests and alignment of mutual goals regarding the challenge.

All best,
Sam

**Samaruddin Stewart**
Senior Technical Advisor | Global Engagement Center
U.S. Department of State
+1 202 227 1476 | stewartsk@state.gov


GEC

LINKEDIN0000353

| | |
|---|---|
| Appointment | |
| From: | Stewart, Samaruddin K [StewartSK@state.gov] |
| Sent: | 7/19/2021 4:16:51 PM |
| To: | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-Abhishek Ba]; Patrick Corrigan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Paul Rockwell [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-Paul Rockwe]; Ousman Jobe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db939e0a5647401b87a20b8e802473e5-Ousman Jobe]; Nicole Tarasoff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=718c99e0e0fd4a999db2aeb704c7680b-Nicole Tara]; Saxon Knight [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467-Saxon Knigh]; Young, Margaret A (Meg) [YoungMA@state.gov]; Chapman, Justin [ChapmanJ2@state.gov]; Whiting, David [WhitingD@state.gov] |
| CC: | Beebe, William [BeebeW@state.gov]; Boitel, Emily [BoitelE@state.gov] |
| Subject: | LinkedIn & GEC (countering disinformation / propaganda) |
| Start: | 7/29/2021 11:00:00 AM |
| End: | 7/29/2021 11:45:00 AM |
| Show Time As: | Tentative |
| | |
| Recurrence: | (none) |

LINKEDIN0000406