CONFIDENTIAL

| From: | Elhai, Wren S [ElhaiWS@state.gov] |
|---|---|
| Sent: | 5/3/2021 5:35:55 PM |
| To: | David Agranovich [dagranovich@fb.com]; Parente, Joseph A [ParenteJA@state.gov]; PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov] |
| CC: | SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| Subject: | Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |
| Attachments: | CSIRT Workshop.ics |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:
Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982
Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.

- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?



MOLA_DEFSPROD_00011860

CONFIDENTIAL

o         What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)

o         What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?

• Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.

• Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)

---
Wren Elhai
Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

CONFIDENTIAL

| | |
|---|---|
| **From:** | Elhai, Wren S [ElhaiWS@state.gov] |
| **Sent:** | 5/10/2021 9:45:19 PM |
| **To:** | David Agranovich [dagranovich@fb.com] |
| **CC:** | PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov]; Parente, Joseph A [ParenteJA@state.gov]; SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| **Subject:** | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Great! See you all tomorrow morning.

**From:** David Agranovich <dagranovich@fb.com>
**Sent:** Monday, May 10, 2021 9:27 PM
**To:** Elhai, Wren S <ElhaiWS@state.gov>
**Cc:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; Parente, Joseph A <ParenteJA@state.gov>; SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, Elhai, Wren S <ElhaiWS@state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

• How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.

• Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.

• Information sharing platforms.

• How to identify fake news and legitimate websites.

• Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

CONFIDENTIAL

- Fact checking techniques, how to identify disinformation and misinformation

- Proven techniques to take down these articles. The effectiveness of fake news checkers.

- Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

- Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

- International takedown requests.

I know it's likely too late in the game to make major updates to what you're planning to cover, but wanted to share these to give you a sense of what participants will raise in Q&A.

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 10, 2021 4:11 PM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Lauren, David, and Joe,

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

- 25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

- While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

- Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

- On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

David, please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

CONFIDENTIAL

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks, Lauren! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

Joe and David, can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

Wren

**From:** PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** Elhai, Wren S <ElhaiWS@state.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information, Wren. Fine to be recorded. Will each presenter have the ability to screen-share to present slides?

Best,

Lauren Protentis
Program Manager, Mis, Dis, and Mal-information (MDM) Team, Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
Cell: 202 924-4752 | Email: lauren.protentis@cisa.dhs.gov | HSDN: lauren.protentis@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>; PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <elizabeth.williams@cisa.dhs.gov>; Lazcano, Christine <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth

CONFIDENTIAL

P <VishEP@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982
Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed). We'll compile and share. Please keep in mind our

CONFIDENTIAL

overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)


---
Wren Elhai
Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

MOLA_DEFSPROD_00012200

CONFIDENTIAL

| From: | David Agranovich [dagranovich@fb.com] |
|---|---|
| Sent: | 5/10/2021 9:27:40 PM |
| To: | Elhai, Wren S [ElhaiWS@state.gov] |
| CC: | PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov]; Parente, Joseph A [ParenteJA@state.gov]; SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, Elhai, Wren S <ElhaiWS@state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

• How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.

• Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.

• Information sharing platforms.

• How to identify fake news and legitimate websites.

• Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

• Fact checking techniques, how to identify disinformation and misinformation

• Proven techniques to take down these articles. The effectiveness of fake news checkers.

• Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

• Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

• International takedown requests.

CONFIDENTIAL

I know it's likely too late in the game to make major updates to what you're planning to cover, but wanted to share these to give you a sense of what participants will raise in Q&A.

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 10, 2021 4:11 PM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth
<Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily
<BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth
P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Lauren, David, and Joe,

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

• 25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

• While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

• Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

• On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

David, please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth

CONFIDENTIAL

<Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks, Lauren! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

Joe and David, can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

Wren

**From:** PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** Elhai, Wren S <ElhaiWS@state.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information, Wren. Fine to be recorded. Will each presenter have the ability to screen-share to present slides?

Best,

Lauren Protentis
Program Manager, Mis, Dis, and Mal-information (MDM) Team, Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
Cell: 202 924-4752 | Email: lauren.protentis@cisa.dhs.gov | HSDN: lauren.protentis@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>; PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <elizabeth.williams@cisa.dhs.gov>; Lazcano, Christine <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

CONFIDENTIAL

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982
Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)


---
Wren Elhai

MOLA_DEFSPROD_00012204

CONFIDENTIAL

Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

MOLA_DEFSPROD_00012205

CONFIDENTIAL

| | |
|---|---|
| **From:** | Elhai, Wren S [ElhaiWS@state.gov] |
| **Sent:** | 5/10/2021 7:27:21 PM |
| **To:** | PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov]; David Agranovich [dagranovich@fb.com]; Parente, Joseph A [ParenteJA@state.gov] |
| **CC:** | SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| **Subject:** | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

- How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.

- Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.

- Information sharing platforms.

- How to identify fake news and legitimate websites.

- Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

- Fact checking techniques, how to identify disinformation and misinformation

- Proven techniques to take down these articles. The effectiveness of fake news checkers.

- Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

- Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

- International takedown requests.

I know it's likely too late in the game to make major updates to what you're planning to cover, but wanted to share these to give you a sense of what participants will raise in Q&A.

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 10, 2021 4:11 PM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth

CONFIDENTIAL

P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Lauren, David, and Joe,

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

•       25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

•       While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

•       Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

•       On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

David, please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks, Lauren! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

Joe and David, can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

Wren

CONFIDENTIAL

**From:** PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** Elhai, Wren S <ElhaiWS@state.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information, Wren. Fine to be recorded. Will each presenter have the ability to screen-share to present slides?

Best,

Lauren Protentis
Program Manager, Mis, Dis, and Mal-information (MDM) Team, Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
Cell: 202 924-4752 | Email: lauren.protentis@cisa.dhs.gov | HSDN: lauren.protentis@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>; PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <elizabeth.williams@cisa.dhs.gov>; Lazcano, Christine <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982
Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

CONFIDENTIAL

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded.  We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed).  We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)


---
Wren Elhai
Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

CONFIDENTIAL

| From: | Elhai, Wren S [ElhaiWS@state.gov] |
|---|---|
| Sent: | 5/10/2021 4:11:03 PM |
| To: | PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov]; David Agranovich [dagranovich@fb.com]; Parente, Joseph A [ParenteJA@state.gov] |
| CC: | SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Lauren, David, and Joe,

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

• 25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

• While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

• Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

• On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

David, please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

Wren

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** PROTENTIS, LAUREN <Lauren.protentis@cisa.dhs.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CONFIDENTIAL

Thanks, Lauren! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

Joe and David, can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

Wren

**From:** PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** Elhai, Wren S <ElhaiWS@state.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information, Wren. Fine to be recorded. Will each presenter have the ability to screen-share to present slides?

Best,

Lauren Protentis
Program Manager, Mis, Dis, and Mal-information (MDM) Team, Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
Cell: 202 924-4752 | Email: lauren.protentis@cisa.dhs.gov | HSDN: lauren.protentis@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>; PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <elizabeth.williams@cisa.dhs.gov>; Lazcano, Christine <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982

MOLA_DEFSPROD_00012211

CONFIDENTIAL

Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)

---
Wren Elhai
Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

MOLA_DEFSPROD_00012212

CONFIDENTIAL

| | |
|---|---|
| **From**: | Elhai, Wren S [ElhaiWS@state.gov] |
| **Sent**: | 5/6/2021 9:48:07 AM |
| **To**: | PROTENTIS, LAUREN [lauren.protentis@cisa.dhs.gov]; David Agranovich [dagranovich@fb.com]; Parente, Joseph A [ParenteJA@state.gov] |
| **CC**: | SHAW, JOSHUA (CTR) [joshua.shaw@associates.cisa.dhs.gov]; Williams, Elizabeth [elizabeth.williams@cisa.dhs.gov]; Lazcano, Christine [Christine.Lazcano@hq.dhs.gov]; Boitel, Emily [BoitelE@state.gov]; Stewart, Samaruddin K [StewartSK@state.gov]; Payton Iheme [payton@fb.com]; Vish, Elizabeth P [VishEP@state.gov] |
| **Subject**: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Lauren! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

Joe and David, can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

Wren

**From:** PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** Elhai, Wren S <ElhaiWS@state.gov>; David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <Elizabeth.Williams@cisa.dhs.gov>; Christine.Lazcano <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information, Wren. Fine to be recorded. Will each presenter have the ability to screen-share to present slides?

Best,

Lauren Protentis
Program Manager, Mis, Dis, and Mal-information (MDM) Team, Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
Cell: 202 924-4752 | Email: lauren.protentis@cisa.dhs.gov | HSDN: lauren.protentis@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

**From:** Elhai, Wren S <ElhaiWS@state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** David Agranovich <dagranovich@fb.com>; Parente, Joseph A <ParenteJA@state.gov>; PROTENTIS, LAUREN <lauren.protentis@cisa.dhs.gov>
**Cc:** SHAW, JOSHUA (CTR) <joshua.shaw@associates.cisa.dhs.gov>; Williams, Elizabeth <elizabeth.williams@cisa.dhs.gov>; Lazcano, Christine <Christine.Lazcano@hq.dhs.gov>; Boitel, Emily <BoitelE@state.gov>; Stewart, Samaruddin K <StewartSK@state.gov>; Payton Iheme <payton@fb.com>; Vish, Elizabeth P <VishEP@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CONFIDENTIAL

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello Joe, Lauren, and David,

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: https://statedept.webex.com/statedept/j.php?MTID=m84f8b5d9182d2cef2c556ff4297374a5
Meeting number: 199 210 1982
Password: QnQYG659828 (76794659 from phones)

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: Elizabeth Vish (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. Joe Parente (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. Lauren Protentis (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. David Agranovich (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: Elizabeth will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.
- Conclusion. Elizabeth to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and Elizabeth Vish (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

MOLA_DEFSPROD_00012214

CONFIDENTIAL

Thanks, and please let us know if you have any questions that weren't addressed above.

Wren and Elizabeth (on behalf of the Office of Cyber Issues)


---
Wren Elhai
Public Diplomacy Advisor
Office of the Coordinator for Cyber Issues
Department of State
Phone: (202)412-4253 (m)
Twitter: @welhai

MOLA_DEFSPROD_00012215