CONFIDENTIAL

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 3/25/2020 12:17:14 PM
**To:** Saleela Salahuddin [saleelas@fb.com]
**Subject:** RE: Disinfo Campaign Targeting DS Officer

Thanks Saleela. Hope you and the family are also well.

Brian

**From:** Saleela Salahuddin <saleelas@fb.com>
**Sent:** Wednesday, March 25, 2020 11:33 AM
**To:** Scully, Brian <brian.scully1@cisa.dhs.gov>; Sandra Luff <sandyluff@fb.com>
**Subject:** RE: Disinfo Campaign Targeting DS Officer

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much for this! Have flagged for our internal teams. As always, we really appreciate the outreach and sharing of this information. Hope you and your family are safe and sound!

**From:** Scully, Brian <brian.scully1@cisa.dhs.gov>
**Sent:** Wednesday, March 25, 2020 11:05 AM
**To:** Sandra Luff <sandyluff@fb.com>; Saleela Salahuddin <saleelas@fb.com>
**Subject:** FW: Disinfo Campaign Targeting DS Officer

Sandy and Saleela,

Please see the below reporting from our State Department Global Engagement Center colleagues about disinformation on YouTube targeting a Diplomatic Security Officer.

Regards,
Brian

*The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Dempsey, Alex L <DempseyAL2@state.gov>
**Sent:** Wednesday, March 25, 2020 10:30 AM
**To:** Schaul, Robert
**Subject:** Disinfo Campaign Targeting DS Officer



MOLA_DEFSPROD_00007669

CONFIDENTIAL

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**
**What: Targeted Disinformation Campaign**
**When: O/A March 24th**
**Where: Online, https://www.youtube.com/watch?v=c_syWQ8e4Kc&feature=emb_logo**

**Why:**
**Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer. Her name is Maatje Benassi. The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.**

V/r,

Alex

MOLA_DEFSPROD_00007670

CONFIDENTIAL

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 3/25/2020 12:16:53 PM
**To:** Stacia Cardille [scardille@twitter.com]
**Subject:** RE: FW: Disinfo Campaign Targeting DS Officer

Thanks Stacia. Hope you and the family are well.

Brian

**From:** Stacia Cardille <scardille@twitter.com>
**Sent:** Wednesday, March 25, 2020 11:44 AM
**To:** Scully, Brian <brian.scully1@cisa.dhs.gov>
**Subject:** Re: FW: Disinfo Campaign Targeting DS Officer

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, Brian.

On Wed, Mar 25, 2020 at 11:03 AM Scully, Brian <brian.scully1@cisa.dhs.gov> wrote:

> Stacia,
>
> Please see below reporting from our State Department Global Engagement Center colleagues about disinformation targeting a Diplomatic Security Officer on YouTube.
>
> Regards,
>
> Brian
>
> *The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*
>
> *In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*
>
> ---
>
> **From:** Dempsey, Alex L <DempseyAL2@state.gov>
> **Sent:** Wednesday, March 25, 2020 10:30 AM
> **To:** Schaul, Robert
> **Subject:** Disinfo Campaign Targeting DS Officer

MOLA_DEFSPROD_00007671

CONFIDENTIAL

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to Wuhan during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**
**What: Targeted Disinformation Campaign**
**When: O/A March 24th**
**Where: Online, https://www.youtube.com/watch?v=c_syWQ8e4Kc&feature=emb_logo**

**Why:**
**Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer. Her name is Maatje Benassi. The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.**

V/r,

Alex

CONFIDENTIAL

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 3/25/2020 11:04:52 AM
**To:** Sandra Luff [sandyluff@fb.com]; Saleela Salahuddin [saleelas@fb.com]
**Subject:** FW: Disinfo Campaign Targeting DS Officer

Sandy and Saleela,

Please see the below reporting from our State Department Global Engagement Center colleagues about disinformation on YouTube targeting a Diplomatic Security Officer.

Regards,
Brian

*The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Dempsey, Alex L <DempseyAL2@state.gov>
**Sent:** Wednesday, March 25, 2020 10:30 AM
**To:** Schaul, Robert
**Subject:** Disinfo Campaign Targeting DS Officer

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**
**What: Targeted Disinformation Campaign**
**When: O/A March 24th**
**Where: Online, https://www.youtube.com/watch?v=c_syWQ8e4Kc&feature=emb_logo**

**Why:**

**Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer. Her name is Maatje Benassi. The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.**

V/r,

Alex

CONFIDENTIAL

| | |
|---|---|
| From: | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI] |
| Sent: | 3/25/2020 11:01:35 AM |
| To: | Richard Salgado [rsalgado@google.com] |
| Subject: | FW: Disinfo Campaign Targeting DS Officer |

Richard,

Please see the below reporting from colleagues at the State Department Global Engagement Center about disinformation on YouTube targeting a Diplomatic Security Officer. It does appear the FBI has been notified, so you may have already heard from them.

Please let me know if you have any questions. Would also be happy to connect you with folks at the State Department if helpful.

Regards,
Brian

*The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source — this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From:** Dempsey, Alex L <DempseyAL2@state.gov>

**Sent:** Wednesday, March 25, 2020 10:30 AM

**To:** Schaul, Robert

**Subject:** Disinfo Campaign Targeting DS Officer

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to Wuhan during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**

CONFIDENTIAL

**What: Targeted Disinformation Campaign**

**When: O/A March 24th**

**Where: Online, https://www.youtube.com/watch?v=c_syWQ8e4Kc&feature=emb_logo**

**Why:**

Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer. Her name is Maatje Benassi. The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.

V/r,

Alex