11/8/22, 10:10 AM                                           Facebook

# Facebook Content Requests

**Request Secure Access to the Facebook Content Requests System**

This portal is for onboarded partner requests pertaining to content issues on Facebook and Instagram. If you are an onboarded partner, please put in your request through this portal.

Request Access

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

Sign Up   Log In   Messenger   Facebook Lite   Watch   Places   Games   Marketplace   Meta Pay   Oculus   Portal   Instagram   Bulletin   Fundraisers
Services   Voting Information Center   Groups   About   Create Ad   Create Page   Developers   Careers   Privacy Policy   Privacy Center   Cookies   Ad choices
Terms   Help   Contact Uploading & Non-Users

Meta © 2022


EXHIBIT 13

https://www.facebook.com/xtakedowns/login                                                    1/1