FOR PUBLIC RELEASE

 **Functional Bureau Strategy**

**Global Engagement Center**

FOR PUBLIC RELEASE

Approved: May 17, 2022

FOR PUBLIC RELEASE

**EXHIBIT**
15

FOR PUBLIC RELEASE

## Table of Contents

1.   Executive Statement and Mission Statement......................................................... 1

2.   Bureau Strategic Framework .................................................................................. 3

3.   Bureau Goals and Objectives ................................................................................. 5

4.   Bureau Cross-Cutting Management Goal .............................................................. 15

Approved:  May 17, 2022

# 1. Executive Statement and Mission Statement

Administration officials, Members of Congress, and security experts are concerned about the adverse effects of propaganda and disinformation on U.S. national security. In April of 2016, the Secretary of State established the GEC, under Executive Order 13721, to coordinate government-wide communication activities directed at foreign audiences to counter the messaging and diminish the influence of international terrorist organizations. In 2017, Congress, through the FY 2017 National Defense Authorization Act, amended via the FY 2019 National Defense Authorization Act, expanded the GEC's mandate, providing additional authorities and directing it to:

> . . . direct, lead, synchronize, integrate and coordinate efforts of the Federal Government to recognize, understand, expose, and counter foreign state and foreign non-state propaganda and disinformation efforts aimed at undermining or influencing the policies, security or stability of the United States, its allies and partner nations.

The GEC is dedicated to advancing three strategic priorities through 2026.

1. **Coordinate Whole-of-Government Counter-Disinformation Efforts:** The GEC coordinates and integrates the U.S. Federal Government to recognize, understand, expose, and counter foreign propaganda and disinformation. Drawing from the guidance in the FY 2019 National Defense Authorization Act and the Interim National Security Strategic Guidance, the GEC facilitates a whole-of-government effort by leading and equipping the U.S. Federal Government and allied and partner nations to address the evolving challenges presented by disinformation.

2. **Create Resilience Against Disinformation:** The GEC works with diverse partners to expose and counter foreign state and foreign non-state propaganda and disinformation as directed in the FY 2019 National Defense Authorization Act, 2021 Interim National Security Strategic Guidance, and 2022-2026 Joint Strategic Plan. The GEC creates resilience by building partner capacity to counter malign influence, exposing foreign actors' propaganda and disinformation to relevant stakeholders, and ensuring quality,

Approved: May 17, 2022

independent, and factual information is available to vulnerable audiences.  In sum, this approach supports an even wider whole-of-society effort that builds local resilience to foreign propaganda and disinformation.

3. **Counter Violent Extremism:**  The GEC coordinates and implements counterterrorism communications activities with U.S. Government and foreign partners as directed in the 2016 Executive Order 13721.  The GEC executes communication activities through public and private partnerships leveraging resources and support from implementing partners, allied and partner nations, the interagency, and the Department of State.

Underpinning these strategic priorities are three cross-cutting pillars that ensure success in achieving strategic goals.

1. **Data-Driven Analysis:**  The GEC utilizes data-driven analysis to empower stakeholders to make evidence-based decisions.  Cutting-edge analytics and research underpin GEC efforts to recognize, understand, expose, and evaluate disinformation.

2. **Counter Disinformation Technology:**  Technology plays an important role in both the problems and solutions to propaganda and disinformation.  The GEC works with government and private sector stakeholders to identify the needs for and available tools and technologies to recognize, understand, expose, and counter foreign propaganda and disinformation.  Wherever possible, the GEC promotes integration of appropriate technology or technologies to support the mission.  The GEC also partners with private technology companies to stop the spread of disinformation on social media.

3. **Expert Workforce:**  The GEC's people are the core of its mission.  The GEC hires and retains a diverse, innovative, skilled, and productive workforce to achieve strategic priorities.  The GEC leverages unique hiring authorities to ensure that it has the expertise necessary for these strategic priorities.  It promotes diversity and inclusion to leverage varied perspectives to achieve the mission.

Approved:  May 17, 2022

## 2. Bureau Strategic Framework

**Bureau Goal 1:** Lead, coordinate, and integrate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign propaganda and disinformation that threaten U.S. national security.[1]

- **Bureau Objective 1.1:** Increase U.S. Federal Government capacity to recognize, understand, expose, and counter foreign propaganda and disinformation.
- **Bureau Objective 1.2:** Strengthen U.S. Federal Government coordination with allied and partner nations to counter foreign propaganda and disinformation.
- **Bureau Objective 1.3:** Integrate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign propaganda and disinformation.

**Bureau Goal 2:** Expose and counter foreign state and foreign non-state propaganda and disinformation that threaten U.S. national security.

- **Bureau Objective 2.1:** Expose foreign state and foreign non-state actors' tactics and efforts that spread propaganda and disinformation to foreign audiences.
- **Bureau Objective 2.2:** Increase global resilience and reduce vulnerability to foreign state- and foreign non-state-sponsored propaganda and disinformation.
- **Bureau Objective 2.3:** Strengthen civil society voices and independent media that deny foreign state and foreign non-state propaganda and disinformation from controlling the narrative.

**Bureau Goal 3:** Counter the messaging and diminish the influence of foreign violent extremist organizations that threaten U.S. national security.

- **Bureau Objective 3.1:** Lead and coordinate messaging activities that preempt and counter violent extremist disinformation, propaganda, and ideology.

---

[1] Per the NDAA, the GEC only addresses foreign state and foreign non-state propaganda and disinformation aimed at undermining or influencing the policies, security, or stability of the United States, its allies, and partner nations and although not spelled out, it is implied in the subsequent Goals and Objectives.

Approved:  May 17, 2022

- **Bureau Objective 3.2:** Inoculate vulnerable audiences and build resilience to violent extremist propaganda and ideology.

**Bureau Cross-Cutting Management Goal 4:** Strengthen management processes and procedures to support the GEC's mission.

- **Management Objective 4.1:** Integrate planning, budgeting, managing, and learning to achieve strategic priorities.
- **Management Objective 4.2:** Recruit, retain, and develop highly qualified and diverse staff to achieve the mission.
- **Management Objective 4.3:** Ensure proper oversight and enhanced security through effective management processes and procedures.

Approved:  May 17, 2022

## 3. Bureau Goals and Objectives

**Bureau Goal 1:** Lead, coordinate, and integrate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign propaganda and disinformation that threaten U.S. national security.

- **Bureau Goal 1 Description:** The effects of propaganda and disinformation are global, with foreign state and foreign non-state actors exploiting media and technology to spread their influence across a broad range of topics.  Consequently, many U.S. Government offices share missions to address the diffuse, yet pervasive, challenges of propaganda and disinformation.  However, there remains insufficient integration and information sharing among U.S. Federal Government stakeholders, limiting their collective ability to recognize, understand, expose, and counter disinformation, risking gaps in or duplicative programming, and hampering government capacity to establish best practices and build economies of scale.  Therefore, it is necessary to coordinate a whole-of-government approach to address the challenges of propaganda and disinformation.

  Over the next four years, the GEC will deepen its efforts as a leading and coordinating entity, expanding working relationships within the Department, the interagency community, with private sector entities including academia and technology companies, as well as through international partnerships.  The GEC will expand information environment monitoring with improved systems and processes for posts to rapidly share information with the GEC, Department, and interagency.  The GEC will improve data analytics and help identify counter-disinformation technology needs and gaps in coordination with domestic and international partners.  Finally, the GEC will lead an effort via the Department's Learning Agenda to optimize the Department's ability to effectively counter foreign disinformation and bring solutions to scale.

Approved:  May 17, 2022

**Bureau Objective 1.1:** Increase U.S. Federal Government capacity to recognize, understand, expose, and counter foreign propaganda and disinformation.

- **Bureau Objective 1.1 Justification and Linkages:**
  - By increasing U.S. Federal Government capacity for counter propaganda and disinformation efforts, the GEC acts as an effect multiplier across the Department in support of Joint Strategic Plan Strategic Objective 1.5: Enhance foreign publics' understanding of and support for the values and policies of the United States.
  - Through engagement with the private sector, the GEC facilitates the deployment and use of science and technology to protect U.S. interests and furthers Joint Strategic Plan Strategic Objective 2.3: Support U.S. technological leadership, strengthen competitiveness, and enhance and protect the U.S. innovation base while leveraging technology to improve lives around the world.
  - The GEC builds the U.S. Federal Government's capacity to recognize and understand foreign propaganda and disinformation through its analytical products. These analytical products track and assess disinformation narratives, identify trends in foreign propaganda and disinformation, and identify populations vulnerable to foreign propaganda and disinformation leveraging data from the U.S. Federal Government and other relevant partners per Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) functions 1, 2, 3, 4, 8, and 11.
  - The GEC facilitates the use of a wide range of technologies and techniques among the U.S. Federal Government to fill gaps in capabilities under Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) functions 5 and 7.

- **Bureau Objective 1.1 Risk Considerations:**
  - The U.S. Federal Government's resources to build technological capacity will never be commensurate with the pace that technology changes. This gap in resources puts efforts to keep the U.S. Federal Government ahead of foreign state and non-state actors leveraging technology at risk of never being able to keep pace. To mitigate this risk, the GEC leads research and continuous engagement with the technology sector.

Approved: May 17, 2022

o The GEC's mandate is not broadly recognized due to confusion about the GEC's function and insufficient policy requirements for the State Department and interagency on integrating the GEC, limiting the GEC's ability to coordinate.  The GEC seeks to mitigate this risk through increased engagement on policy to improve the GEC's standing.

**Bureau Objective 1.2:**  Strengthen U.S. Federal Government coordination with allied and partner nations to counter foreign propaganda and disinformation.

- **Bureau Objective 1.2 Justification and Linkages:**
  o The GEC seeks to increase coordination with allied and partner nations to increase the concentration of efforts supporting Joint Strategic Plan Objective 1.5:  Enhance foreign publics' understanding of and support for the values and policies of the United States.
  o Efforts to deepen coordination with allied and partner nations support the United States in earning back its position of leadership in international institutions in support of the Interim National Security Strategic Guidance.[2]
  o Through coordination with allied and partner nations, the GEC fulfills Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 10.

- **Bureau Objective 1.2 Risk Considerations:**
  o Successful global coordination to counter foreign propaganda and disinformation with multilateral partnerships and bilateral relationships requires significant resources that the GEC lacks.  However, the GEC's mandate requires it to be out in front as the leader in countering and exposing foreign propaganda and disinformation.  The GEC mitigates this risk by deepening established relationships and, where possible, leveraging other established mechanisms for engagement.

---

[2] Interim National Security Strategic Guidance, March 2021, page 11.

Approved:  May 17, 2022

○ Public perception of U.S. credibility on crucial issues remains at risk, limiting foreign partners' commitment.  This risk is mitigated through strong coordination with the R Family and exposing disinformation campaigns that seek to distort the image of the United States.

**Bureau Objective 1.3:** Integrate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign propaganda and disinformation.

- **Bureau Objective 1.3 Justification and Linkages:**
  ○ Integration of counter propaganda and disinformation efforts within the Department and across the interagency supports Joint Strategic Plan Strategic Objective 1.5:  Enhance foreign publics' understanding of and support for the values and policies of the United States, by ensuring the distribution of accurate information about U.S. policy, the information environment, and programming.
  ○ Integration reduces duplication of efforts and more efficiently identifies gaps in U.S. capabilities supporting Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) functions 1 and 7.
  ○ The GEC maintains, collects, uses, and disseminates data and analytical products for research and data analysis of foreign state and non-state propaganda and disinformation efforts to ensure integration of U.S. Federal Government efforts per Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 11.

- **Bureau Objective 1.3 Risk Considerations:**
  ○ By providing a single access point for analytical products across the U.S. Federal Government, the GEC risks the exposure of the U.S. Federal Government's complete picture of the information environment with actors that aim to undermine the United States and its allied and partner nations.  The GEC mitigates this risk by using Department security standards for its platform.

Approved:  May 17, 2022

**Bureau Goal 2:** Expose and counter foreign state and foreign non-state propaganda and disinformation that threaten U.S. national security.

- **Bureau Goal 2 Description:** Propaganda and disinformation endanger democracy, peace, and prosperity world-wide. However, efforts to debunk disinformation after it is spread are ineffective and factual information is less apt to be shared. Instead, the best way to address this threat is by building societal resilience to the propaganda and disinformation that will inevitably enter the environment. Through 2026, the GEC will prioritize efforts that protect the integrity of democratic institutions and processes, generate understanding about malign actors' tools and tactics, and promote diversity and inclusion in programming ensuring that underserved populations have their voices heard to build societal resilience. Using methods like prebunking and providing stakeholders with tools to recognize disinformation, and the GEC's research and analytical capabilities, the GEC can maximize these efforts. Additionally, by leveraging the GEC's unique grant-making authorities and ability to use different types of funding the GEC can facilitate the rapid deployment of tailored programming to achieve this end.

**Bureau Objective 2.1:** Expose foreign state and foreign non-state actors' tactics and efforts that spread propaganda and disinformation to foreign audiences.

- **Bureau Objective 2.1 Justification and Linkages:**
  - The GEC studies foreign state and non-state actors' tactics and efforts in support of Joint Strategic Plan Strategic Objective 3.1: Promote good governance and defend strong, accountable, and resilient democracies that deliver for their citizens; by mitigating the risks of illiberal trends and increasing the demand for democracy and public diplomacy programs.
  - Exposure efforts help the globe deter and defend against new threats aimed at democracy in support of the Interim National Security Strategic Guidance.[3]

---

[3] Interim National Security Strategic Guidance, March 2021, page 19.

Approved: May 17, 2022

- o   Research efforts that expose and refute foreign propaganda and disinformation support the GEC's fulfillment of Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 4.

- **Bureau Objective 2.1 Risk Considerations:**
  - o   Exposing foreign actors' efforts to spread propaganda and disinformation presents a liability by showing how the GEC prioritizes the problem and the actors.  This information could inform counter-responses and future efforts to spread propaganda and disinformation.  This risk is mitigated by strategically planning what information is shared with which audiences.
  - o   Exposure risks creating friction or potential hazards for other essential U.S. Government, allied nation, and partner nation efforts.  To ensure that the GEC does not create that friction or hazards, the GEC coordinates within the Department and interagency to ensure that research and analysis are accurate and released to appropriate audiences.
  - o   The GEC upholds that journalistic independence and free speech are essential to a thriving democracy.  However, GEC efforts to promote independent and unbiased research on foreign actors can provide the fuel for them to sow doubt about the research.  The GEC mitigates this risk by removing attribution from reporting and distancing itself from those implementing the research.

**Bureau Objective 2.2:**  Increase global resilience and reduce vulnerability to foreign state- and foreign non-state-sponsored propaganda and disinformation.

- **Bureau Objective 2.2 Justification and Linkages:**
  - o   GEC programming builds resilience to propaganda and disinformation, which builds more resilient democracies in support of Joint Strategic Plan Strategic Objective 3.1: Promote good governance and defend strong, accountable, and resilient democracies that deliver for their citizens.
  - o   The GEC leverages the Information Access Fund per Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 9 to achieve this Objective.

Approved:  May 17, 2022

- **Bureau Objective 2.2 Risk Considerations:**
  - ○ Resilience programming is dependent on civil society and the private sector, and program participants risk harm from some actors in retaliation for engaging in counter disinformation programming.  The GEC mitigates risks posed to program participants to ensure that it can implement programming by developing and implementing security protocols.
  - ○ A whole-of-society approach is a necessary approach to build resilience to foreign propaganda and disinformation.  However, implementing whole-of-society approaches requires investment beyond the GEC's resources to have an impact.  Therefore, the GEC endeavors to coordinate the implementation of whole-of-society approaches with the whole U.S. Federal Government, allied and partner nations, and foreign civil society organizations to maximize impact.

**Bureau Objective 2.3:**  Strengthen civil society voices and independent media that deny foreign state and foreign non-state propaganda and disinformation from controlling the narrative.

- **Bureau Objective 2.3 Justification and Linkages:**
  - ○ By strengthening civil society and independent media, key institutions for democracy are strengthened in support of the Joint Strategic Plan Strategic Objective 3.1:  Promote good governance and defend strong, accountable, and resilient democracies that deliver for their citizens.
  - ○ By joining with partners to combat disinformation, this Objective supports the Interim National Security Strategic Guidance.[4]
  - ○ The GEC leverages the Information Access Fund per Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 9 to achieve this Objective.

---

[4] Interim National Security Strategic Guidance, March 2021, page 19.

Approved:  May 17, 2022

- **Bureau Objective 2.3 Risk Considerations:**
  - ○ The GEC depends on third-party implementing partners, civil society organizations, and independent media to implement this objective.  By distancing the GEC from implementation, it can ensure independent messaging.  However, it also risks messaging that is not in line with the United States' strategic priorities, and implementing partners lack sufficient resources for counterintelligence activities to ensure the safety of participants and beneficiaries.  The GEC mitigates this risk by vetting implementing partners and program participants and providing U.S. Government support to enhance security.
  - ○ It is difficult to effectively assess gaps and changes in capacity because of a lack of data for assessment and partner monitoring and evaluation capacity.  The GEC seeks to mitigate this risk by leveraging its monitoring and evaluation team to ensure that the program design is evidence based and supports third-party implementers in assessment.

## Bureau Goal 3:  Counter the messaging and diminish the influence of foreign violent extremist organizations that threaten U.S. national security.

- **Bureau Goal 3 Description:** Although Congress expanded the GEC's mandate to include foreign state and foreign non-state propaganda and disinformation, Executive Order 13721 that first established the GEC remains in effect.  This Executive Order clearly outlines that the GEC shall "lead the coordination, integration, and synchronization of Government-wide communications activities . . . to counter the messaging and diminish the influence of international terrorist organizations."  Counter messaging through a whole-of-government approach and building resilience to violent extremism is a strategic priority for the GEC.  The GEC implements these approaches by coordinating counter-messaging campaigns that refute violent extremists' propaganda and disinformation, discredit their justifications of violence, and empower civil society to discredit violent extremist ideology and provide alternatives to vulnerable audiences leveraging public and private partnerships.

Approved:  May 17, 2022

**Bureau Objective 3.1:**  Lead and coordinate messaging activities that preempt and counter violent extremist disinformation, propaganda, and ideology.

- **Bureau Objective 3.1 Justification and Linkages:**
  - To effectively harness the full capabilities of the U.S. Government and its partners in countering terrorist propaganda and recruitment tactics, the GEC leads the interagency and coordinates communication campaigns in support of Joint Strategic Plan Strategic Objective 1.4:  Lead allies and partners to address shared challenges and competitors; prevent, deter, and resolve conflicts; and promote international security.
  - By developing mechanisms to address these disinformation threats with collective action, this Objective supports the Interim National Security Strategic Guidance.[5]
  - GEC leadership in coordinating counter-messaging and evaluating those efforts supports the fulfillment of Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) functions 1 and 10.

- **Bureau Objective 3.1 Risk Considerations:**
  - Strategic priorities have shifted away from counterterrorism, which risks drawing resources away from the mission to counter violent extremism.  Emerging threats, such as racially and ethnically motivated violent extremism, are gaining momentum in different regions worldwide.  Without sufficient resources for counter-messaging and coordination, the United States' security interests abroad may be vulnerable.  The GEC coordinates across the Department and the interagency to ensure strategic allocation of limited resources.
  - The rise of ISIS demonstrated how violent extremist organizations could quickly adapt their techniques to spread their ideology and recruit.  The U.S. Government and its partners must adopt an evidence-based and adaptable approach to get ahead of the accelerating changes in technologies and techniques leveraged by violent extremist organizations to spread their propaganda and disinformation.

---

[5] Interim National Security Strategic Guidance, March 2021, page 7.

Approved:  May 17, 2022

**Bureau Objective 3.2:**  Inoculate vulnerable audiences and build resilience to violent extremist propaganda and ideology.

- **Bureau Objective 3.2 Justification and Linkages:**
  - Inoculation through tailored programming increases public support for American values in support of Joint Strategic Plan Strategic Objective 1.5:  Enhance foreign publics' understanding of and support for the values and policies of the United States.
  - By joining with partners to combat disinformation, this Objective supports the Interim National Security Strategic Guidance.[6]
  - The GEC leverages the Information Access Fund per Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 9 to achieve this Objective.

- **Bureau Objective 3.2 Risk Considerations:**
  - The GEC relies on credible foreign partners to execute activities that counter violent extremism.  However, partners' objectives may not always align with the objectives of the United States and its allies.  Without constant and close oversight, there is a risk that messages may be inconsistent.
  - Partners working with the GEC are potentially at risk for targeting and retaliation by violent extremists.  Security protocols are in place to mitigate risks to those partners and ensure their safety.

---

[6] Interim National Security Strategic Guidance, March 2021, page 19.

Approved:  May 17, 2022

## 4. Bureau Cross-Cutting Management Goal

**Bureau Cross-Cutting Management Goal 4:** Strengthen management processes and procedures to support the GEC's mission.

- **Bureau Cross-Cutting Management Goal 4 Description:** Effective management processes and procedures are essential to achieve the goals of this Functional Bureau Strategy.  The GEC seeks to strengthen its established management processes by integrating and implementing procedures that ensure transparency and accountability.  To this end, the GEC continuously monitors strategic performance and conducts quarterly assessment to facilitate evidence-based resourcing of the mission, identifying strategic priorities, and improving operations.  Additionally, GEC mission success requires diverse talent with expertise in a wide array of disciplines like data science, technology, psychology, and communications.  The GEC must continue to recruit, retain, and develop that talent leveraging its hiring authorities.

**Bureau Cross-Cutting Management Objective 4.1:** Integrate planning, budgeting, managing, and learning to achieve strategic priorities.

- **Bureau Cross-Cutting Management Objective 4.1 Justification and Linkages:**
  - ○ Efforts in support of Management Objective 4.1 also support Joint Strategic Plan Strategic Objective 4.2:  Modernize IT and leverage data to inform decision-making and support mission delivery, by improving the integration of the performance management cycle and ensuring centralized data for decision-making.
  - ○ The Department's Enterprise Data Strategy will drive integration of processes to ensure the GEC cultivates a data culture, accelerates decisions through analytics, establishes mission-driven data management, and enhances enterprise data governance.
  - ○ By integrating monitoring and evaluation activities with strategic planning, budgeting, managing, and learning, the GEC fulfills Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 6.

Approved:  May 17, 2022

- o  The GEC budgets, manages, and executes a wide range of programming to ensure that the GEC achieves the mission following Section 1287 of the NDAA (as amended by Section 1284 of FY 2019 NDAA) function 9.

- **Bureau Cross-Cutting Management Objective 4.1 Risk Considerations:**
  - o  The most significant risk to coordinating and implementing integrated processes across teams within the GEC is competition with other priorities.  In the long run, these integrated processes will save time and money, but setting aside time for reporting, communication, learning, and planning in the short term may be difficult for busy teams.  The GEC endeavors to centralize data, streamline and simplify processes, and leverage quarterly strategic review processes to maximize efficiency to mitigate this risk.  Additionally, the GEC endeavors to raise awareness and train staff to use data tools and processes to ensure uptake.
  - o  Efforts to improve the integration of management processes are dependent on the Department's available platforms for securing information.  There are many platforms for strategic planning, budgeting, managing, and learning, but the integration capabilities and customizability are limited.  The lack of integrated and all-inclusive platforms creates obstacles to integration.  The GEC seeks to limit risks to integrating management processes and data by working with Department platform developers to address GEC needs.

**Bureau Cross-Cutting Management Objective 4.2:**  Recruit, retain, and develop highly qualified and diverse staff to achieve the mission.

- **Bureau Cross-Cutting Management Objective 4.2 Justification and Linkages:**
  - o  The GEC is committed to recruiting, retaining, and developing a qualified, inclusive, and diverse workforce to meet the challenges of the GEC's mission.  These efforts support Joint Strategic Plan Strategic Objective 4.1:  Build and equip a diverse, inclusive, resilient, and dynamic workforce.

Approved:  May 17, 2022

- **Bureau Cross-Cutting Management Objective 4.2 Risk Considerations:**
  - ○ Without a diverse and inclusive workforce, the mission is at risk by limiting perspectives and contributions for decision-making.  The GEC seeks to mitigate this risk by implementing GTM Enhanced Recruitment Procedures.

**Bureau Cross-Cutting Management Objective 4.3:**  Ensure proper oversight and enhanced security through effective management processes and procedures.

- **Bureau Cross-Cutting Management Objective 4.3 Justification and Linkages:**
  - ○ This Management Objective aligns to the Joint Strategic Plan's Strategic Objective 4.3:  Protect our personnel, information, and physical infrastructure from 21st century threats, by ensuring that the GEC is protected from 21st century threats.

- **Bureau Cross-Cutting Management Objective 4.3 Risk Considerations:**
  - ○ The Department is under constant threat of security breaches.  Both insiders and external actors pose risks that threaten program participants, sensitive information, and the GEC's mission broadly.  The GEC must take every action possible to mitigate those risks by working with the Bureau of Diplomatic Security (DS) to ensure that it is properly adhering to the Department's information security and insider threat policies and ensuring effective GEC internal processes and procedures are in place.
  - ○ Organizational and reputational integrity from proper decision-making, oversight and other inherently governmental functions are at risk from insufficient direct hire staff to perform these functions.  The GEC seeks to mitigate this risk by increasing the number of direct hire employees and allocating them toward critical governmental decision-making and oversight activities.

Approved:  May 17, 2022