

≡ ▶ YouTube                                               🔍  🎤  ⋮  [Sign in]

## Lightning talk | Election Integrity Partnership

**AtlanticCouncil**
64K subscribers   [Subscribe]                    👍 2 | 👎    ↗ Share    ≡+ Save    ⋯

105 views  Jun 24, 2021
The Election Integrity Partnership (EIP) was a coalition of research institutions that worked together to detect and mitigate viral misinformation and disinformation and to support the real-time information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms. The partnership was constructed to monitor and document falsehoods about the election and trace how misinformation and disinformation coalesced around certain narratives and trends. In this lightning talk, the leaders of the EIP will explain the history behind its creation and operation and discuss what may or may not be replicable for future elections in the United States and around the world.

Speakers:

Isabella Garcia Camargo, Consultant, Krebs Stamos Group
Alex Stamos, Founding Partner, Krebs Stamos Group

### Key moments                                                           View all

| 1:04 | 3:32 | 6:07 |
|------|------|------|
| The Election Integrity Partnership | Examples of Election Disinformation | The Long Fuse |

Show less



**Hacking the Election**
AtlanticCouncil
91K views  •  5 years ago

What happened: Disinformation in 2020 elections



 

    Sign in


1:01:05


1:01:05

LIVE: Kevin McCarthy Speaker House Vote -On Day 2 GOP Rep. McCarthy loses 8th round vote
ABC News
34K watching
LIVE

Navigating Pakistan's national security challenges
AtlanticCouncil
12K views • Streamed 2 years ago
57:33

LIVE BREAKING: House votes for Speaker as McCarthy fails to win gavel DAY 3
Brian Tyler Cohen
31K watching
LIVE

Learning from dirty jobs | Mike Rowe
TED
7.1M views • 13 years ago
20:03

How can Ukraine prevent a winter stalemate?
AtlanticCouncil
4.5K views • Streamed 2 weeks ago
1:05:00

The Super Mario Effect - Tricking Your Brain into Learning More | Mark Rober | TEDxPenn
TEDx Talks
12M views • 4 years ago
15:09

Don't Wait for the Next War: A Discussion with Gen. Wesley Clark
AtlanticCouncil
49K views • Streamed 8 years ago
1:12:06

A next-generation agenda for US-ROK-Japan trilateral cooperation
AtlanticCouncil
319 views • Streamed 2 weeks ago
1:19:15

'This Is Just Incredible': New Revelations From Deposition Transcripts Release
MSNBC
1.3M views • 6 days ago
New
11:31

Why did Russia attack Ukraine and what are its geopolitical implications?
ANU TV
1.7M views • 5 months ago
48:57

Rethinking Eritrea
AtlanticCouncil
57K views • 6 years ago
1:44:07

Top 20 Hilarious Kate McKinnon SNL Performances
MsMojo
2.6M views • 1 year ago
22:28

Brooks and Capehart on the year in politics and what's ahead in 2023
PBS NewsHour
231K views • 5 days ago
New
12:40

Debbie Stabenow talks about decision to not run for re-election in 2024
Click On Detroit | Local 4 | WDIV
147 views • 58 minutes ago

**AUDIO TRANSCRIPTION 1/10/2023**

**Page 1**

```
 1

 2

 3

 4

 5                    AUDIO TRANSCRIPTION

 6         IN RE: STATE OF MISSOURI, ET AL.

 7                         VS.

 8          JOSEPH R. BIDEN, JR., ET AL.

 9              CASE NO. 322CV01213

10   EVENT: ATLANTIC COUNCIL: LIGHTNING TALK: ELECTION

11               INTEGRITY PARTNERSHIP

12                  JUNE 24, 2021

13

14

15

16   (Due to the quality of the recorded media, portions

17   were unable to be transcribed and include inaudible

18   portions.  The transcript may also include

19   misinterpreted words and/or unidentified speakers.

20   The transcriber was not present at the time of the

21   recording; therefore, this transcript should not be

22   considered verbatim.)

23

24   TRANSCRIBED BY: MELISSA LANE

25
```

## AUDIO TRANSCRIPTION  1/10/2023

Page 2

```
 1              (CLIP: 1:38-3:19)

 2              ALEX STAMOS:  The election integrity

 3    partnership started with our team in Stanford sending

 4    a group of interns to go work with the -- the cyber

 5    security and infrastructure security agency at the DHS

 6    to work election security.  And what these interns

 7    found is, there's a lot of opportunity for them to

 8    contribute to the technical components of election

 9    security.  They also found that there was a lack of

10    capability around election disinformation.  This is

11    not because CISA didn't care about disinformation, but

12    at the time they lacked both kind of the funding and

13    the legal authorizations to go do the kinds of work

14    that would be necessary to truly understand how

15    election disinformation was operated.

16              So because of the feedback and the ideas

17    from this group, we were able to pull together pretty

18    quickly a project between four different institutions

19    to try to fill the gap of the things that the

20    government cannot do themselves.  There are kind

21    of four major stakeholders that we operated with that

22    we worked beside at EIP.  Our partners in government,

23    most particularly those in CISA and DHS, but also in

24    all of the local and state governments with whom we

25    operated with -- with the election integrity
```

```
 1    infrastructure ISAC.  We worked with civil society

 2    groups such as NAACP, MITRE coming cause and the

 3    healthy election project that worked at both MIT and

 4    Stanford, and then we also worked with the major

 5    platforms, Facebook, Twitter, YouTube, TikTok, Reddit,

 6    Next Door and the like.  I mean, some of those cases

 7    we had agreements for access of data.  In other cases,

 8    we had to have individual analysts go work with them.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## AUDIO TRANSCRIPTION  1/10/2023

**Page 4**

```
 1              (CLIP: 10:29-12:31)

 2              ALEX STAMOS:  We find very little evidence

 3   that there's any foreign involvement at all.  In fact,

 4   the vast majority of election disinformation in 2020

 5   came from Americans who had verified accounts and very

 6   large follower accounts.

 7              So as one of the big changes that we point

 8   out in our report is that this information is much

 9   less about massive amplification.  It's honestly less

10   about things like algorithms and algorithmic

11   amplification.  It's a much more important factor now

12   is that there are large follower account political

13   partisans who are spreading misinformation

14   intentionally, doing so in a multi-media context.  So

15   they're doing so online, on social media, but they're

16   also doing so on cable news, doing so on the radio,

17   through a variety of different outlets and are able to

18   amplify their message and to motivate their followers

19   to go try find evidence of the incorrect claims that

20   they're making.

21              Where does this leave us for 2022 and 2024?

22   So the election integrity partnership was a project

23   just for 2020.  We are looking at options for these

24   different groups to work together in the future

25   elections, but there is going to have to be work in
```

AUDIO TRANSCRIPTION  1/10/2023

```
 1    the federal government level to decide, one, who is in

 2    the government is going to own disinformation as a

 3    problem.  That is something that for at least in the

 4    American domestic context has not been figured out.

 5    And second, what kind of role should the academic and

 6    the NGO sector play here?

 7              And one thing we're going to have to figure

 8    out is, not just from a funding perspective, but from

 9    a privacy and data access perspective.  One of the

10    things that continues to happen is, we continue to get

11    tighter and tighter privacy laws being passed around

12    access to online social media data, and as long as

13    that is happening, we're going to have to take into

14    account those issues, and the need for academic

15    research when passing those laws.

16              So this is something that we're going to

17    continue to write about and talk about as we work with

18    our partners to figure out how the same kind of

19    function that the EIP filled in 2020, can be filled by

20    somebody in 2022 and 2024.

21              (Audio ended.)

22

23

24

25
```

**AUDIO TRANSCRIPTION  1/10/2023**

```
 1                  CERTIFICATE OF REPORTER

 2

 3          I, Melissa J. Lane, Certified Court

 4   Reporter of Missouri, Certified Shorthand Reporter of

 5   Illinois and Registered Professional Reporter, do

 6   hereby certify that I was asked to prepare a

 7   transcript of proceedings had in the above-mentioned

 8   case, which proceedings were held with no court

 9   reporter present utilizing an open microphone system

10   of preserving the record.

11          I further certify that the foregoing pages

12   constitute a true and accurate reproduction of the

13   proceedings as transcribed by me to the best of my

14   ability and may include inaudible sections or

15   misidentified speakers of said open microphone

16   recording.

17

18

19          Melissa J. Lane, CCR, CSR, RPR

20

21

22

23

24

25
```

**AUDIO TRANSCRIPTION  1/10/2023**

---

**A**

ability 6:14
able 2:17
  4:17
above-me...
  6:7
academic 5:5
  5:14
access 3:7
  5:9,12
account 4:12
  5:14
accounts 4:5
  4:6
accurate
  6:12
agency 2:5
agreements
  3:7
AL 1:6,8
ALEX 2:2  4:2
algorithmic
  4:10
algorithms
  4:10
American 5:4
Americans
  4:5
amplific...
  4:9,11
amplify 4:18
analysts 3:8
and/or 1:19
asked 6:6
ATLANTIC
  1:10
Audio 1:5
  5:21
authoriz...
  2:13

**B**

best 6:13
BIDEN 1:8
big 4:7

**C**

cable 4:16
capability

---

  2:10
care 2:11
case 1:9  6:8
cases 3:6,7
cause 3:2
CCR 6:19
CERTIFICATE
  6:1
Certified
  6:3,4
certify 6:6
  6:11
changes 4:7
CISA 2:11,23
civil 3:1
claims 4:19
CLIP 2:1  4:1
coming 3:2
components
  2:8
considered
  1:22
constitute
  6:12
context 4:14
  5:4
continue
  5:10,17
continues
  5:10
contribute
  2:8
COUNCIL 1:10
court 6:3,8
CSR 6:19
cyber 2:4

**D**

data 3:7  5:9
  5:12
decide 5:1
DHS 2:5,23
different
  2:18  4:17
  4:24
disinfor...
  2:10,11,15
  4:4  5:2
doing 4:14

---

  4:15,16,16
domestic 5:4
Door 3:6
Due 1:16

**E**

EIP 2:22
  5:19
election
  1:10  2:2,6
  2:8,10,15
  2:25  3:3
  4:4,22
elections
  4:25
ended 5:21
ET 1:6,8
EVENT 1:10
evidence 4:2
  4:19

**F**

Facebook 3:5
fact 4:3
factor 4:11
federal 5:1
feedback
  2:16
figure 5:7
  5:18
figured 5:4
fill 2:19
filled 5:19
  5:19
find 4:2,19
follower 4:6
  4:12
followers
  4:18
foregoing
  6:11
foreign 4:3
found 2:7,9
four 2:18,21
function
  5:19
funding 2:12
  5:8
further 6:11

---

future 4:24

**G**

gap 2:19
go 2:4,13
  3:8  4:19
going 4:25
  5:2,7,13
  5:16
government
  2:20,22
  5:1,2
governments
  2:24
group 2:4,17
groups 3:2
  4:24

**H**

happen 5:10
happening
  5:13
healthy 3:3
held 6:8
honestly 4:9

**I**

ideas 2:16
Illinois 6:5
important
  4:11
inaudible
  1:17  6:14
include 1:17
  1:18  6:14
incorrect
  4:19
individual
  3:8
information
  4:8
infrastr...
  2:5  3:1
institut...
  2:18
integrity
  1:11  2:2
  2:25  4:22
intentio...

---

  4:14
interns 2:4
  2:6
involvement
  4:3
ISAC 3:1
issues 5:14

**J**

J 6:3,19
JOSEPH 1:8
JR 1:8
JUNE 1:12

**K**

kind 2:12,20
  5:5,18
kinds 2:13

**L**

lack 2:9
lacked 2:12
Lane 1:24
  6:3,19
large 4:6,12
laws 5:11,15
leave 4:21
legal 2:13
level 5:1
LIGHTNING
  1:10
little 4:2
local 2:24
long 5:12
looking 4:23
lot 2:7

**M**

major 2:21
  3:4
majority 4:4
making 4:20
massive 4:9
mean 3:6
media 1:16
  4:15  5:12
Melissa 1:24
  6:3,19
message 4:18

---

## AUDIO TRANSCRIPTION 1/10/2023

| | | | | |
|---|---|---|---|---|
| **microphone** 6:9,15 | **perspective** 5:8,9 | **role** 5:5 | 1:17,24 6:13 | **Z** |
| **misident...** 6:15 | **platforms** 3:5 | **RPR** 6:19 | **transcriber** 1:20 | **0** |
| **misinfor...** 4:13 | **play** 5:6 | **S** | **transcript** 1:18,21 6:7 | **1** |
| **misinter...** 1:19 | **point** 4:7 | **second** 5:5 | | **1:38-3:19** 2:1 |
| **Missouri** 1:6 6:4 | **political** 4:12 | **sections** 6:14 | **TRANSCRI...** 1:5 | **10:29-12:31** 4:1 |
| **MIT** 3:3 | **portions** 1:16,18 | **sector** 5:6 | **true** 6:12 | |
| **MITRE** 3:2 | **prepare** 6:6 | **security** 2:5 2:5,6,9 | **truly** 2:14 | **2** |
| **motivate** 4:18 | **present** 1:20 6:9 | **sending** 2:3 | **try** 2:19 4:19 | **2020** 4:4,23 5:19 |
| **multi-media** 4:14 | **preserving** 6:10 | **Shorthand** 6:4 | **Twitter** 3:5 | **2021** 1:12 |
| | **pretty** 2:17 | **social** 4:15 5:12 | **U** | **2022** 4:21 5:20 |
| **N** | **privacy** 5:9 5:11 | **society** 3:1 | **unable** 1:17 | **2024** 4:21 5:20 |
| **NAACP** 3:2 | **problem** 5:3 | **somebody** 5:20 | **understand** 2:14 | **24** 1:12 |
| **necessary** 2:14 | **proceedings** 6:7,8,13 | **speakers** 1:19 6:15 | **unidenti...** 1:19 | **3** |
| **need** 5:14 | **Professi...** 6:5 | **spreading** 4:13 | **utilizing** 6:9 | **322CV01213** 1:9 |
| **news** 4:16 | **project** 2:18 3:3 4:22 | **stakehol...** 2:21 | | |
| **NGO** 5:6 | **pull** 2:17 | **STAMOS** 2:2 4:2 | **V** | |
| **O** | **Q** | **Stanford** 2:3 3:4 | **variety** 4:17 | |
| **online** 4:15 5:12 | **quality** 1:16 | **started** 2:3 | **vast** 4:4 | |
| **open** 6:9,15 | **quickly** 2:18 | **state** 1:6 2:24 | **verbatim** 1:22 | |
| **operated** 2:15,21,25 | **R** | **system** 6:9 | **verified** 4:5 | |
| **opportunity** 2:7 | **R** 1:8 | | **VS** 1:7 | |
| **options** 4:23 | **radio** 4:16 | **T** | **W** | |
| **outlets** 4:17 | **record** 6:10 | **take** 5:13 | **we're** 5:7,13 5:16 | |
| **P** | **recorded** 1:16 | **talk** 1:10 5:17 | **words** 1:19 | |
| **pages** 6:11 | **recording** 1:21 6:16 | **team** 2:3 | **work** 2:4,6 2:13 3:8 | |
| **particul...** 2:23 | **Reddit** 3:5 | **technical** 2:8 | 4:24,25 5:17 | |
| **partisans** 4:13 | **Registered** 6:5 | **thing** 5:7 | **worked** 2:22 3:1,3,4 | |
| **partners** 2:22 5:18 | **report** 4:8 | **things** 2:19 4:10 5:10 | **write** 5:17 | |
| **partnership** 1:11 2:3 4:22 | **reporter** 6:1 6:4,4,5,9 | **tighter** 5:11 5:11 | **X** | |
| **passed** 5:11 | **reproduc...** 6:12 | **TikTok** 3:5 | **Y** | |
| **passing** 5:15 | **research** 5:15 | **time** 1:20 2:12 | **YouTube** 3:5 | |
| | | **transcribed** | | |