An official website of the United States government    Here's how you know

REPORT    SUBSCRIBE    CONTACT    SITE MAP



# CYBERSUMMIT 2021 SESSION DAY 4: RESPONDING TO MIS-, DIS-, AND MALINFORMATION



Cybersecurity Summit 2021: Responding to Mis, Dis, and Malinformation



EXHIBIT 7

1/5/23, 2:58 PM
Cybersummit 2021 Session: Day 4 - Responding to Mis-, Dis-, and Malinformation | CISA
Case 3:22-cv-01213-TAD-KDM Document 209-5 Filed 03/04/23 Page 2 of 12 PageID #: 14105

## Want more? Watch Day Four.

## About the Speaker

### Renee DiResta, Technical Research Manager, Stanford Internet Observatory

Renée DiResta is the Technical Research Manager at the Stanford Internet Observatory, a cross-disciplinary program of research, teaching and policy engagement for the study of abuse in current information technologies. Renee investigates the spread of narratives across social and media networks, with an interest in understanding how platform design intersects with user behaviors and crowd dynamics. Her work examines the ways in which distinct actor types leverage the information ecosystem to exert influence - from domestic activists promoting health misinformation and conspiracy theories, to well-resourced full-spectrum information operations executed by state-sponsored actors – and draws on those findings to consider policy, education, and design responses.

Renée has advised Congress, the State Department, and other academic, civic, and business organizations. At the behest of SSCI, she led outside teams investigating both the Russia-linked Internet Research Agency's multi-year effort to manipulate American society and elections, and the GRU influence campaign deployed alongside its hack-and-leak operations in the 2016 election. Renée is an Ideas contributor at Wired and The Atlantic, a 2020 Emerson Fellow, a 2019 Truman National Security Project fellow, a 2019 Mozilla Fellow in Media, Misinformation, and Trust, a 2017 Presidential Leadership Scholar, and a Council on Foreign Relations term member.

AUDIO TRANSCRIPTION

Page 1

```
 1
 2
 3
 4
 5                    AUDIO TRANSCRIPTION
 6           IN RE: STATE OF MISSOURI, ET AL.
 7                          VS.
 8             JOSEPH R. BIDEN, JR., ET AL.
 9                   CASE NO. 322CV01213
10    EVENT: CISA CYBER SECURITY SUMMIT 2021: RESPONDING TO
11               MIS, DIS, AND MALINFORMATION
12                     OCTOBER 27, 2021
13
14
15
16   (Due to the quality of the recorded media, portions
17   were unable to be transcribed and include inaudible
18   portions.  The transcript may also include
19   misinterpreted words and/or unidentified speakers.
20   The transcriber was not present at the time of the
21   recording; therefore, this transcript should not be
22   considered verbatim.)
23
24   TRANSCRIBED BY: MELISSA LANE
25
```

AUDIO TRANSCRIPTION

Page 2

```
 1                  (CLIP: 0:33-1:49.)
 2                  RENEE DIRESTA:  So in August 2020, students
 3     from the Stanford internet observatory were doing an
 4     internship with CISA and they identified a massive gap
 5     in the capability of federal, state, and local
 6     governments to become aware of, to analyze, and to
 7     rapidly respond to mis and disinformation, both
 8     foreign and domestic, targeting the 2020 election.
 9                  Now that gap had several components.  The
10     federal government wasn't prepared to identify and
11     analyze election miss and disinfo.  There was no clear
12     federal lead to coordinate the work because the IC, of
13     course, is rightly limited to a foreign focus, and the
14     FBI also has very specific designations limitations.
15     CISA had created support but had no real capability.
16     There were unclear legal authorities, including very
17     real First Amendment questions.  There was no
18     expertise resident within the federal government to
19     analyze public content across platforms to identify
20     transient risks.  There was a lack of reporting
21     mechanisms for state and local partners to service
22     activity that they saw building in their communities
23     to help them understand it.
24                  The federal government was building
25     relationships with tech platforms, but there's a
```

```
 1   healthy distrust both ways for good reason.  So a
 2   trusted nonpartisan partnership with expertise in the
 3   way that misinformation moved on public platforms with
 4   analysts capable of understanding public conversations
 5   and a broader ability to explore publicly available
 6   data was needed.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**AUDIO TRANSCRIPTION**

Page 4

```
 1                (CLIP: 5:38-5:47)
 2                RENEE DIRESTA:  And while, unfortunately,
 3    the vast majority of -- vast majority of voting
 4    related misinformation in the 2020 election was
 5    domestic, our team evaluated foreign activity as well.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

AUDIO TRANSCRIPTION

Page 5

```
 1                    (CLIP: 7:22-7:58)
 2                    RENEE DIRESTA:  Following the success of
 3     EIP and the certification of the 2020 election, SIO
 4     ramped down its monitoring analysis capability because
 5     we thought that we were done with that work.  However,
 6     almost immediately we recognized the need to ramp back
 7     up.  This time to support government health officials'
 8     efforts to combat misinformation and targeting the
 9     COVID-19 vaccines.
10                    In February 2021, we formally established
11     the virality project drawing on the same partners from
12     EIP and adding a few more, and much like EIP, it
13     focused on realtime observation analysis and
14     understanding of cross platform vaccine-related
15     misinformation.
16
17
18
19
20
21
22
23
24
25
```

AUDIO TRANSCRIPTION

Page 6

```
 1              (CLIP: 9:58-10:44)
 2              RENEE DIRESTA:  We are never going to live
 3   in a world free of mis and disinformation.  Such a
 4   world has never existed, and the government is not
 5   going to snap its fingers and regulate the problem
 6   away, because misinformation is ultimately speech.
 7   And so while there are plenty of conversations now
 8   happening about regulation, most have not yet arrived
 9   at a solution space that protects civil liberties
10   while reducing harms.  And yet, that said, the current
11   situation is also untenable.  So we need something
12   in the short term to help create situational awareness
13   for those equipped to counter speak, equipped to
14   correct false and misleading claims, to help insure
15   that the public has access to reliable, accurately,
16   contextualized information and not only from official
17   government sources, and we believe that the power of
18   partnerships hold the key.
19              (Audio ended.)
20
21
22
23
24
25
```

AUDIO TRANSCRIPTION

Page 7

```
 1              CERTIFICATE OF REPORTER
 2
 3              I, Melissa J. Lane, Certified Court
 4    Reporter of Missouri, Certified Shorthand Reporter of
 5    Illinois and Registered Professional Reporter, do
 6    hereby certify that I was asked to prepare a
 7    transcript of proceedings had in the above-mentioned
 8    case, which proceedings were held with no court
 9    reporter present utilizing an open microphone system
10    of preserving the record.
11              I further certify that the foregoing pages
12    constitute a true and accurate reproduction of the
13    proceedings as transcribed by me to the best of my
14    ability and may include inaudible sections or
15    misidentified speakers of said open microphone
16    recording.
17
18
19              Melissa J. Lane, CCR, CSR, RPR
20
21
22
23
24
25
```

# AUDIO TRANSCRIPTION

### A
ability 3:5 7:14
above-me... 7:7
access 6:15
accurate 7:12
accurately 6:15
activity 2:22 4:5
adding 5:12
AL 1:6,8
Amendment 2:17
analysis 5:4 5:13
analysts 3:4
analyze 2:6 2:11,19
and/or 1:19
arrived 6:8
asked 7:6
Audio 1:5 6:19
August 2:2
authorities 2:16
available 3:5
aware 2:6
awareness 6:12

### B
back 5:6
believe 6:17
best 7:13
BIDEN 1:8
broader 3:5
building 2:22,24

### C
capability 2:5,15 5:4
capable 3:4
case 1:9 7:8
CCR 7:19
CERTIFICATE 7:1
certific... 5:3
Certified 7:3,4
certify 7:6 7:11
CISA 1:10 2:4,15
civil 6:9
claims 6:14
clear 2:11
CLIP 2:1 4:1 5:1 6:1
combat 5:8
communities 2:22
components 2:9
considered 1:22
constitute 7:12
content 2:19
contextu... 6:16
conversa... 3:4 6:7
coordinate 2:12
correct 6:14
counter 6:13
course 2:13
court 7:3,8
COVID-19 5:9
create 6:12
created 2:15
cross 5:14
CSR 7:19
current 6:10
CYBER 1:10

### D
data 3:6
designat... 2:14
DIRESTA 2:2
4:2 5:2 6:2
DIS 1:11
disinfo 2:11
disinfor... 2:7 6:3
distrust 3:1
doing 2:3
domestic 2:8 4:5
drawing 5:11
Due 1:16

### E
efforts 5:8
EIP 5:3,12 5:12
election 2:8 2:11 4:4 5:3
ended 6:19
equipped 6:13,13
established 5:10
ET 1:6,8
evaluated 4:5
EVENT 1:10
existed 6:4
expertise 2:18 3:2
explore 3:5

### F
false 6:14
FBI 2:14
February 5:10
federal 2:5 2:10,12,18 2:24
fingers 6:5
First 2:17
focus 2:13
focused 5:13
Following 5:2
foregoing 7:11
foreign 2:8 2:13 4:5
formally 5:10
free 6:3
further 7:11

### G
gap 2:4,9
going 6:2,5
good 3:1
government 2:10,18,24 5:7 6:4,17
governments 2:6

### H
happening 6:8
harms 6:10
health 5:7
healthy 3:1
held 7:8
help 2:23 6:12,14
hold 6:18

### I
IC 2:12
identified 2:4
identify 2:10,19
Illinois 7:5
immediately 5:6
inaudible 1:17 7:14
include 1:17 1:18 7:14
including 2:16
information 6:16
insure 6:14
internet 2:3
internship
7:11
foreign 2:8 2:13 4:5
2:4

### J
J 7:3,19
JOSEPH 1:8
JR 1:8

### K
key 6:18

### L
lack 2:20
Lane 1:24 7:3,19
lead 2:12
legal 2:16
liberties 6:9
limitations 2:14
limited 2:13
live 6:2
local 2:5,21

### M
majority 4:3 4:3
MALINFOR... 1:11
massive 2:4
mechanisms 2:21
media 1:16
Melissa 1:24 7:3,19
microphone 7:9,15
mis 1:11 2:7 6:3
misident... 7:15
misinfor... 3:3 4:4 5:8,15 6:6
misinter... 1:19
misleading 6:14
Missouri 1:6

## AUDIO TRANSCRIPTION

| | | | | |
|---|---|---|---|---|
| 7:4 | **problem** 6:5 | **reporting** 2:20 | **targeting** 2:8 5:8 | 5:11 |
| **monitoring** 5:4 | **proceedings** 7:7,8,13 | **reproduc...** 7:12 | **team** 4:5 | **voting** 4:3 |
| **moved** 3:3 | **Professi...** 7:5 | **resident** 2:18 | **tech** 2:25 | **VS** 1:7 |
| **N** | **project** 5:11 | **respond** 2:7 | **term** 6:12 | **W** |
| **need** 5:6 6:11 | **protects** 6:9 | **RESPONDING** 1:10 | **thought** 5:5 | **wasn't** 2:10 |
| **needed** 3:6 | **public** 2:19 3:3,4 6:15 | **rightly** 2:13 | **time** 1:20 5:7 | **way** 3:3 |
| **never** 6:2,4 | **publicly** 3:5 | **risks** 2:20 | **transcribed** 1:17,24 7:13 | **ways** 3:1 |
| **nonpartisan** 3:2 | **Q** | **RPR** 7:19 | **transcriber** 1:20 | **words** 1:19 |
| **O** | **quality** 1:16 | **S** | **transcript** 1:18,21 7:7 | **work** 2:12 5:5 |
| **observation** 5:13 | **questions** 2:17 | **saw** 2:22 | **TRANSCRI...** 1:5 | **world** 6:3,4 |
| **observatory** 2:3 | **R** | **sections** 7:14 | **transient** 2:20 | **X** |
| **OCTOBER** 1:12 | **R** 1:8 | **SECURITY** 1:10 | **true** 7:12 | **Y** |
| **official** 6:16 | **ramp** 5:6 | **service** 2:21 | **trusted** 3:2 | **Z** |
| **officials'** 5:7 | **ramped** 5:4 | **short** 6:12 | **U** | **0** |
| **open** 7:9,15 | **rapidly** 2:7 | **Shorthand** 7:4 | **ultimately** 6:6 | **0:33-1:49** 2:1 |
| **P** | **real** 2:15,17 | **SIO** 5:3 | **unable** 1:17 | **1** |
| **pages** 7:11 | **realtime** 5:13 | **situation** 6:11 | **unclear** 2:16 | **2** |
| **partners** 2:21 5:11 | **reason** 3:1 | **situational** 6:12 | **understand** 2:23 | **2020** 2:2,8 4:4 5:3 |
| **partnership** 3:2 | **recognized** 5:6 | **snap** 6:5 | **understa...** 3:4 5:14 | **2021** 1:10,12 5:10 |
| **partners...** 6:18 | **record** 7:10 | **solution** 6:9 | **unfortun...** 4:2 | **27** 1:12 |
| **platform** 5:14 | **recorded** 1:16 | **sources** 6:17 | **unidenti...** 1:19 | **3** |
| **platforms** 2:19,25 3:3 | **recording** 1:21 7:16 | **space** 6:9 | **untenable** 6:11 | **322CV01213** 1:9 |
| **plenty** 6:7 | **reducing** 6:10 | **speak** 6:13 | **utilizing** 7:9 | **4** |
| **portions** 1:16,18 | **Registered** 7:5 | **speakers** 1:19 7:15 | **V** | **5** |
| **power** 6:17 | **regulate** 6:5 | **specific** 2:14 | **vaccine-...** 5:14 | **5:38-5:47** 4:1 |
| **prepare** 7:6 | **regulation** 6:8 | **speech** 6:6 | **vaccines** 5:9 | **6** |
| **prepared** 2:10 | **related** 4:4 | **Stanford** 2:3 | **vast** 4:3,3 | **7** |
| **present** 1:20 7:9 | **relation...** 2:25 | **state** 1:6 2:5,21 | **verbatim** 1:22 | **7:22-7:58** 5:1 |
| **preserving** 7:10 | **reliable** 6:15 | **students** 2:2 | **virality** | **8** |
| | **RENEE** 2:2 4:2 5:2 6:2 | **success** 5:2 | | |
| | **reporter** 7:1 7:4,4,5,9 | **SUMMIT** 1:10 | | |
| | | **support** 2:15 5:7 | | |
| | | **system** 7:9 | | |
| | | **T** | | |

**AUDIO TRANSCRIPTION**

| 9 |
|---|
| 9:58-10:44 |
| 6:1 |