**Sent:**      10/1/2020 5:00:19 PM
**To:**        ▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com]
**Subject:**   FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ▮▮▮ and ▮

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

**From:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian ▮▮▮▮@cisa.dhs.gov>; CISA Central ▮▮▮▮@cisa.dhs.gov>; CFITF ▮▮▮@hq.dhs.gov>;
Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do
more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more
examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna ▮▮▮@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office
of Election Cybersecurity.

My email address is ▮▮▮@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter
fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as
allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked

here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%
5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobse
rvers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors
Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St.
Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for
American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters
ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform
Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County.
@LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots
matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure
1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

•
•
• In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles
from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
• This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up
the NAEBC website.
•
•
•
• Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent
with American intelligence officials recent assessments, as reported by
• Representative Adam B. Schiff, chairman of the House Intelligence Committee.
•

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into
additional Russian information operations and any impact to California voters.

MOLA_DEFSPROD_00008354

☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

| | |
|---|---|
| **From:** | ████████████ @fb.com] |
| **Sent:** | 10/1/2020 5:04:51 PM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov]; ████████ @fb.com] |
| **Subject:** | Re: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Appreciate the flag, will relay!

**From:** Scully, Brian ████████ @cisa.dhs.gov>
**Sent:** Thursday, October 1, 2020 5:00:46 PM
**To:** ████████ @fb.com>; ████████ @fb.com>
**Subject:** FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ████ and ████

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*
*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>;
Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna      @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports      @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is      @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked

here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobserversfrance24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

•
•
• In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.

• This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

MCLA_DEFSPROD_00009681

- 
- 
- 
- Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by
- Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- 

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009682

| | |
|---|---|
| **From**: | @google.com] |
| **Sent**: | 10/1/2020 6:07:27 PM |
| **To**: | Scully, Brian @cisa.dhs.gov] |
| **Subject**: | Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you Brian.

On Thu, Oct 1, 2020 at 2:01 PM Scully, Brian    @cisa.dhs.gov> wrote:

Hi

This is not Google specific reporting, but thought it might be of interest to your team.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports    @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian    @cisa.dhs.gov>; CISA Central    @cisa.dhs.gov>; CFITF    @hq.dhs.gov>;
Misinformation Reports    @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

Walter Oberes

Aaron Wilson

**From:** Dresner, Jenna     @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports       @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State
Office of Election Cybersecurity.

My email address is     @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter
fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as
allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%
5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobs
ervers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors
Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St.
Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for
American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters
ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform
Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County.
@LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

•

•

•   In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.

•   This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

•

•

•

•   Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by

•   Representative Adam B. Schiff, chairman of the House Intelligence Committee.

•

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009679

**Sent:**        10/1/2020 4:55:57 PM
**To:**          ▮▮▮▮▮@twitter.com]; ▮▮▮▮▮@twitter.com]
**Subject:**     FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon ▮▮ and ▮▮

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching.

Regards,
Brian

**From:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** Scully, Brian ▮▮▮▮▮@cisa.dhs.gov>; CISA Central ▮▮▮▮▮@cisa.dhs.gov>; CFITF ▮▮▮@hq.dhs.gov>; Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,
Walter Oberes
Aaron Wilson

**From:** Dresner, Jenna ▮▮▮@sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is ▮▮▮@sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobse rvers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

•
•
•        In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.

•        This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

•
•
•
•        Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by

•        Representative Adam B. Schiff, chairman of the House Intelligence Committee.

•

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

:.:.:

MOLA_DEFSPROD_00008358

| | |
|---|---|
| **From:** | Scully, Brian |
| **Sent:** | 10/1/2020 5:02:57 PM |
| **To:** | @twitter.com] |
| **CC:** | @twitter.com] |
| **Subject:** | RE: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors |

Thanks

**From:** @twitter.com>
**Sent:** Thursday, October 1, 2020 5:01 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Cc:** @twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, I know we reviewed this escalation from EIP on September 25 and found it not to be in violation of our rules.

Let me forward this additional information to our teams for review.

Thanks,

On Thu, Oct 1, 2020 at 4:58 PM Scully, Brian @cisa.dhs.gov> wrote:

Good afternoon and

Suspect you all are already aware of these issues, but wanted to pass along this reporting from Sonoma County, California to see if there's anything you can share on how you're approaching and what, if any, actions have been taken.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source — this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM

**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>;
Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

---

Brian,

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more examples.

Thanks,

Walter Oberes

Aaron Wilson

**From:** Dresner, Jenna ████████ @sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

**Hello,**

My name is Jenna Dresner, I'm the Senior Communication Manager for the California Secretary of State Office of Election Cybersecurity.

My email address is ████████ @sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as allowed by law, and has nothing to do with the 2020 election.

https://twitter.com/darhar981/status/1309533853967671297

Debunked

here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%5Etwee tembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobservers.france24.co m%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St. Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user @LeoAlpine on the platform Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County. @LeoAlpine posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure 1).

We consider @LeoAlpine's post as evidence that Russian actors are amplifying reports of mail-in ballots.

●

●

● In addition to reposting articles from U.S.-based news outlets, @LeoAlpine frequently posted articles from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.

● This is an indication that @LeoAlpine is closely affiliated or operated by the same actors who set up the NAEBC website.

●

●

●

● Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent with American intelligence officials recent assessments, as reported by

● Representative Adam B. Schiff, chairman of the House Intelligence Committee.

●

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into additional Russian information operations and any impact to California voters.

MOLA_DEFSPROD_00010681



Figure 1: @LeoAlpine amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010682

**From:** Scully, Brian ███████ @cisa.dhs.gov]
**Sent:** 10/10/2020 8:11:56 PM
**To:** ███████ @twitter.com]
**CC:** ███████ @twitter.com]; ███████ @twitter.com]
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland


Thanks ███

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

███████ @cisa.dhs.gov

**From:** ███████ @twitter.com>
**Sent:** Saturday, October 10, 2020 6:33:10 PM
**To:** Scully, Brian ███████ @cisa.dhs.gov>
**Cc:** ███████ @twitter.com>; ███████ @twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

These Tweets have been actioned for violations of our policies.

Thanks, Brian!

On Sat, Oct 10, 2020 at 1:21 PM Scully, Brian ███████ @cisa.dhs.gov> wrote:
Thanks ███

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

███████ @cisa.dhs.gov

**From:** ███████ @twitter.com>
**Sent:** Saturday, October 10, 2020 1:12:43 PM
**To:** Scully, Brian ███████ @cisa.dhs.gov>
**Cc:** ███████ @twitter.com>; ███████ @twitter.com>
**Subject:** Re: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate.

---------- Forwarded message ---------
From: **Scully, Brian** ███████ @cisa.dhs.gov>
Date: Sat, Oct 10, 2020 at 12:52 PM
Subject: FW: Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

To: ████████ @twitter.com>, ████████ @twitter.com>, ████████ @twitter.com>

Hello Team Twitter,

We received the below report from Maryland. It appears they have already reported to you all, but wanted to make sure you had for awareness.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Saturday, October 10, 2020 12:42 PM
**To:** ████████ @2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org>; CISA Central ████████ @cisa.dhs.gov>; CFITF ████████ @hq.dhs.gov>; Scully, Brian ████████ @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000036: Misinformation regarding voter registration deadline in Maryland

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding voter registration deadline in Maryland

Begin forwarded message:

**From:** Rachel Rachfal ████████ @maryland.gov>
**Date:** October 10, 2020 at 12:34:18 PM EDT
**To:** Misinformation Reports ████████ @cisecurity.org>, Twitter Government & Politics

▮▮▮ @twitter.com>
**Cc:** "Cortnee N. Bryant ▮▮▮▮▮▮▮▮   @maryland.gov>, Donna Duncan ▮▮▮▮
▮▮▮▮ @maryland.gov>
**Subject: Election Misinformation Report**

Please see the following tweets (URLs and screenshots below) showing a purple table incorrectly displaying Maryland's deadline to request a mail-in ballot as 10/27. The deadline for a mail-in ballot to be received in Maryland is 10/20. We have reported these tweets in Twitter for containing election misinformation.

URLs:
twitter.com/LindaChocolate2/status/1314287490174459905<http://twitter.com/LindaChocolate2/status/13142
87490174459905>
twitter.com/ridgetop21/status/1313590630728130561<http://twitter.com/ridgetop21/status/1313590630728130
561>
twitter.com/LindaKWS1/status/1289020922444251138
<http://twitter.com/LindaKWS1/status/1289020922444251138>
twitter.com/ProtectVotes/status/1314820733755887618
<http://twitter.com/LindaKWS1/status/1289020922444251138>

Thank you,

Rachel Rachfal
Communications/Social Media
Maryland State Board of Elections<http://www.elections.maryland.gov>
▮▮▮▮▮▮

[http://i.imgbox.com/22Spvwds.png]<https://twitter.com/md_sbe>  [http://i.imgbox.com/QCePdmki.png]
<https://www.facebook.com/MarylandStateBoardofElections>  [http://i.imgbox.com/GSaQhKOC.png]
▮▮▮▮▮▮▮   @maryland.gov%3E

[image.png]
[image.png]
[image.png]

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . .

| From: | Stafford, John █████████ @cisa.dhs.gov] |
|---|---|
| **Sent:** | 10/14/2020 4:58:57 PM |
| **To:** | █████ @fb.com; █████ @fb.com; █████ @fb.com |
| **CC:** | CFITF All █████ @hq.dhs.gov] |
| **Subject:** | FW: Case #CIS-MIS000039: Viral misinformation about marks on ballot. |

Good afternoon,

Please see below reporting from a Colorado state election official.

Best Regards,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security


*Cyber.dhs.gov*



The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** CFITF █████ @hq.dhs.gov>
**Sent:** Wednesday, October 14, 2020 4:48 PM
**To:** CFITF All █████ @hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000039: Viral misinformation about marks on ballot.

**From:** Misinformation Reports
**Sent:** Wednesday, October 14, 2020 8:47:50 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; Misinformation Reports; Scully, Brian
**Subject:** Case #CIS-MIS000039: Viral misinformation about marks on ballot.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Facebook post about marks on ballot

Begin forwarded message:

**From:** Craig Buesing ▮▮▮▮▮▮▮▮ @sos.state.co.us>
**Date:** October 14, 2020 at 4:34:48 PM EDT
**To:** EI-ISAC Advisory ▮▮▮▮▮▮▮ @cisecurity.org>, MS-ISAC Advisory ▮▮▮▮▮▮▮ @msisac.org>,
▮▮▮▮ @hq.dhs.gov, 24/7 Watch Floor ▮▮▮▮▮▮ @state.co.us>, Misinformation Reports
▮ @cisecurity.org>
**Cc:** "Grenis, Timothy" ▮▮▮▮▮ @hq.dhs.gov>, "Maes, Jory" ▮▮▮▮▮ @hq.dhs.gov>, "Sonheim, David"
▮▮▮▮▮▮ @hq.dhs.gov>                 **FBI #13**              @fbi.gov>, Trevor Timmons
▮▮▮▮▮▮ @sos.state.co.us>, Jerry Eastman ▮▮▮▮▮ @state.co.us>, Nathan Blumenthal
▮▮▮▮▮▮ @sos.state.co.us>
**Subject: Election Misinformation - Facebook post**

At the bottom of this email is a Facebook post provided to us by the Colorado Fusion Center. The statement in the post is false. A ballot would not be invalidated simply because something was written on it.

Our office did some research on the post and found the following:

1.      This is all over Facebook. The original version of this appears to have originated in Myrtle Beach Florida circa 7 October and its now making its way across the internet over the last several days.

2.      Several fact-checking websites have looked into this and found it to be false – further suggesting it has gained some traction on social media – but also that it is actively being countered.

1.      https://leadstories.com/hoax-alert/2020/10/fact-check-poll-managers-in-myrtle-beach-have-no-reason-to-write-on-ballot-and-it-will-not-be-disqualified-if-a-poll-manager-writes-on-it.html (Published 9 October 2020)

2.      https://www.snopes.com/fact-check/poll-workers-ballots-invalidated/ (Published 13 October 2020)

There are some use cases in Colorado where a poll worker may need to mark ballots for proper processing, but it is rare. Therefore, we do not consider this a significant threat. We still wanted to make sure you were aware.

Facebook Post:

Can someone verify this?

from someone I know and trust.

advice for voting day...from a friend 
Just finished Poll Manager training! I passed all the classes. I want you all to know something...if you are checking in at the polls and they happen to write anything on your ballot before they give it to you to put in the voting machine...a letter, a checkmark, a star, an R or a D any writing of any kind...please request a new ballot. Your ballot could be disqualified if it is written on. Please be on the lookout for this type of behavior.

PASS IT ON!!!!!!!

**Colorado
Secretary of State**

**Craig Buesing**
Chief Information Security Officer | Department of State



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:**     Scully, Brian ██████████████████████████████████████████████

**Sent:**     10/2/2020 7:28:36 PM
**To:**       ██████████████@fb.com]; ████████████████@fb.com]
**Subject:**  FW: Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.
**Attachments:** IMG 4219.PNG; IMG 4220.PNG; IMG 4221.PNG; IMG 4222.PNG

Good evening,

Because who doesn't like to start their weekend with some election related disinfo, I'm sharing a report from Scott County, IA. As usual, anything you can share on how you all handled the report is appreciated.

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports ████████████@cisecurity.org>
**Sent:** Friday, October 2, 2020 6:09 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>; CISA Central ████████@cisa.dhs.gov>; CFITF ████@hq.dhs.gov>; ████@2020partnership.atlassian.net; Misinformation Reports ████████████@cisecurity.org>
**Subject:** Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report from Scott County, IA

**From:** MS-ISAC SOC ████@msisac.org>
**Sent:** Friday, October 2, 2020 5:54 PM
**To:** Misinformation Reports ████████████@cisecurity.org>
**Subject:** FW: Facebook misinformation

In response to your last email to eric.

**From:** Gookin, Eric [SOS] ████████████@sos.iowa.gov>
**Sent:** Friday, October 2, 2020 3:28 PM
**To:** MS-ISAC SOC ████@msisac.org>; MS-ISAC SOC ████@msisac.org>; SOC IOWA ████@iowa.gov>; Kise, Gregory [DPS] ████@dps.state.ia.us>; ████ **FBI #4** ████ (FBI) ████ **FBI #4** ████@fbi.gov>; Doolittle, James ████@hq.dhs.gov>
**Cc:** Burhans, Heidi [SOS] ████████████@sos.iowa.gov>; Franklin, Jeff [SOS] ████████████@sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

Please see this report of possible misinformation posted on Facebook. We received it from the Scott County Commissioner of Elections, Roxanna Mortiz. I've confirmed that Barbara Huxley is a registered voter in Scott County, IA.

Absentee ballots will not be mailed out in Iowa until Monday, October 5.

Forwarding for visibility.

Let me know if you have more questions.

Get Outlook for iOS

**From:** Burhans, Heidi [SOS] ██████████ @sos.iowa.gov>
**Sent:** Friday, October 2, 2020 12:54 PM
**To:** Gookin, Eric [SOS]; Franklin, Jeff [SOS]
**Subject:** FW: Facebook misinformation


**From:** Roxanna Moritz ██████████ @gmail.com>
**Sent:** Friday, October 2, 2020 11:33 AM
**To:** Burhans, Heidi [SOS] ██████████ @sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

As per the incident report I am moving forward with inacurate information posted on Facebook. Of course we have not mailed out ballots yet, therefore false information. Can you tell me what action will be taken

Roxanna Information

---------- Forwarded message ---------
From: **Cindy Winckler** ██████████ @gmail.com>
Date: Thu, Oct 1, 2020, 8:57 PM
Subject: Facebook misinformation
To: Roxanna Moritz ██████████ @gmail.com>

Sent from my iPhone

MOLA_DEFSPROD_00013512

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to ▮▮▮▮▮▮@sos.iowa.gov.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00013513



MOLA_DEFSPROD_00013514



< **Barbara's Post** •••



**Dean Dierksen**
AMEN TO THAT....

1d   Like   Reply



**Debbie Hamilton-Smith**
Good for you.  My relatives  called city hall  and reported  it. I told them to call the local TV stations and see if they put it on the air. Any bets?

1d   Like   Reply   1

**View 4 previous replies...**



**Debbie Strawhacker**
**Barbara Huxley** Registered independent or not, you are backing the Republican party of Trump this year, as evidenced by many of your posts and comments.

1d   Like   Reply



**Barbara Huxley**
**Debbie Strawhacker** I vote on

 Write a comment...    

 6   9+ ≡

MOLA_DEFSPROD_00013515



‹       **Barbara's Post**       •••

1d   Like   Reply



**Debbie Hamilton-Smith**
Good for you. My relatives called city hall and reported it. I told them to call the local TV stations and see if they put it on the air. Any bets?

1d   Like   Reply      1



**Barbara Huxley**
**Debbie Hamilton-Smith** They sure should! This reeks of corruption!

1d   Like   Reply



**Debbie Hamilton-Smith**
They only dwell on news that benefits one side. Plus they don't want Davenport or the state looking corrupt.

1d   Like   Reply



**Debbie Strawhacker**
**Debbie Hamilton-Smith** Barb is a Republican so I guess that means it would benefit the

 Write a comment...      

    6            9+    

MOLA_DEFSPROD_00013516



<     Barbara's Post     •••

1d    Like    Reply



**Debbie Strawhacker**
**Debbie Hamilton-Smith** Barb is a Republican so I guess that means it would benefit the Republican party, not the Democrats, if she were to submit these illegitimate ballots, which she cannot do. Iowa hasn't even mailed ballots out yet. It seems to me that someone out there is purposely trying to stir up trouble and cause doubt. Maybe the ballots she received should have been brought to the attention of the county auditor.

1d    Like    Reply    1



**Barbara Huxley**
**Debbie Strawhacker** If you're talking about this Barb, I'm a registered independent. Be sure of your facts before you state them.

 Write a comment...    GIF   ☺

    6          9+   ☰

MOLA_DEFSPROD_00013517

| | |
|---|---|
| **From:** | Scully, Brian ▮▮▮▮▮▮▮ |
| **Sent:** | 10/23/2020 10:28:40 AM |
| **To:** | ▮▮▮@fb.com]; ▮▮▮@fb.com]; ▮▮▮@fb.com] |
| **CC:** | CFITF ▮▮▮@hq.dhs.gov] |
| **Subject:** | FW: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center |

Good morning,

Not a Facebook issue, but wanted you to be aware.

Brian

**From:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Sent:** Friday, October 23, 2020 9:51 AM
**To:** Scully, Brian ▮▮▮▮@cisa.dhs.gov>; CISA Central ▮▮▮@cisa.dhs.gov>; CFITF ▮▮@hq.dhs.gov>; ▮▮@2020partnership.atlassian.net; Misinformation Reports ▮▮▮@cisecurity.org>
**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** Rachel Rachfal -SBE- ▮▮▮▮@maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** Threat Analyst ▮▮@zerofox.com>; Misinformation Reports ▮▮▮@cisecurity.org>; Twitter Government & Politics ▮▮@twitter.com>; ▮▮@fbi.gov; Andrea Trento ▮▮@oag.state.md.us>; ▮▮@twitter.com
**Cc:** Jared DeMarinis -SBE- ▮▮▮@maryland.gov>; Nikki Charlson ▮▮▮@maryland.gov>; Donna Duncan -SBE- ▮▮@maryland.gov>; Cortnee N. Bryant -SBE- ▮▮@maryland.gov>; Art Treichel -SBE- ▮▮@maryland.gov>; Megan R. Marano -SBE- ▮▮@maryland.gov>
**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, @md_sbe, at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

twitter.com/sabrinajaneCA/status/1319553270495375360
twitter.com/sabrinajaneCA/status/1319553200534372353
twitter.com/sabrinajaneCA/status/1319553086763929603
twitter.com/sabrinajaneCA/status/1319553064131461120
twitter.com/sabrinajaneCA/status/1319552994749263872
twitter.com/sabrinajaneCA/status/1319552744483475457



**Sabrina Jane**
@SabrinajaneCA

Replying to @md_sbe

HIDING INFO FROM VOTERS.TAKE UR MAIL IN WITH YOU TO THE POLLS, "SURRENDER" IT AND ASK FOR A REAL BALLOT....NOT A PROVISIONAL ONE. ALL VOTERS ARE FORCED TO VOTE PROVISIONAL UNLESSSSSS YOU TURN IN YOUR MAIL IN TO THE POLL WORKERS! IT'S A SCAM THEY DONT TELL YOU!DONT WANT U TO KNOW

Thank you,

**Rachel Rachfal**
Maryland State Board of Elections



.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**Sent:**        10/26/2020 6:56:27 PM
**To:**          ⬛fb.com]
**Subject:**     FW: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page
**Attachments:** 72.PNG; 72_2.PNG

**From:** Misinformation Reports ⬛@cisecurity.org>
**Sent:** Monday, October 26, 2020 6:38 PM
**To:** Scully, Brian ⬛@cisa.dhs.gov>; CISA Central ⬛@cisa.dhs.gov>; CFITF ⬛@hq.dhs.gov>;
⬛@2020partnership.atlassian.net; Misinformation Reports ⬛@cisecurity.org>
**Subject:** Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or
trust the sender. Contact your component SOC with questions or concerns.

Misinformation comment posted on Marion County, OR Facebook page. Screenshots of original post, comment,
and Marion County's response to the comment are attached.

**From:** Jolene Kelley ⬛@co.marion.or.us>
**Sent:** Monday, October 26, 2020 6:19 PM
**To:** Misinformation Reports ⬛@cisecurity.org>
**Cc:** Bill Burgess ⬛@co.marion.or.us>; Connie Higgins ⬛@co.marion.or.us>;
⬛@oregon.gov; ⬛@oregon.gov
**Subject:** Facebook Comment

I was asked to forward the attached Facebook comment we received on the Marion County Facebook page. Included
is the comment along with our response. Please let me know if you need any additional information.

Thanks,
Jolene

*Jolene Kelley*

Marion County | Public Information Officer
Email: ⬛@co.marion.or.us | Desk: ⬛ | Mobile: ⬛
Facebook: facebook.com/MarionCountyOR | Twitter: @MarionCo_Board

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008350



Marion County,
Oregon
@MarionCountyOR

**Home**



🔊 Follow    ➤ Share    🔖 Save    •••



**Adell Kellogg** Already voted, though some have made mention they won't get to because they got the wrong ballots and now suddenly the election office is "out of ballots" so many oregonians won't be able to vote as promised.
I don't care who you're voting for, this is just wrong!

Like · Reply · 1d

    •••



✏ Author

**Marion County, Oregon** Adell Kellogg Hi Adell. We have confirmed with the Marion County Clerk's Office that there are sufficient ballots for every voter that needs a replacement. They are still mailing ballots daily. The Senator Hearing Room (located at Courthouse Square, 555 Court St. NE, Salem) is now open for anyone that needs to come in for a replacement ballot.

Like · Reply · 17m

MOLA_DEFSPROD_00000002          MOLA_DEFSPROD_00008351

🔊 Follow    ➦ Share    ▌ Save    ⋯



Marion County,
Oregon
@MarionCountyOR

**Home**

About

Photos

Events

Videos

Join My List

Posts

Groups

Community

**Create a Page**

**Marion County, Oregon**
3d · 🌐    ⋯

Watch for mail-in ballots soon – ballots were mailed Oct. 14. Displaced by wildfires, click to find out how to get a ballot and vote! 📮
https://www.co.marion.or.us/.../.../Pages/Displaced-Voters.aspx...



Ballots are on their way!

**From:** Scully, Brian ▮▮▮▮▮ @cisa.dhs.gov]
**Sent:** 10/21/2020 10:52:32 PM
**To:** ▮▮▮▮ @twitter.com]
**CC:** ▮▮▮▮ @twitter.com]; ▮▮▮▮ @twitter.com]; CFITF ▮▮ @hq.dhs.gov]
**Subject:** Re: State of IL reporting on "Fake Illinois Twitter" accounts

Hi ▮▮▮

If I receive anything else, I'll send along. This is all that has been reported so far.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

▮▮▮▮ @cisa.dhs.gov

**From:** ▮▮▮▮ @twitter.com>
**Sent:** Wednesday, October 21, 2020 10:50:58 PM
**To:** Scully, Brian ▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @twitter.com>; ▮▮▮▮ @twitter.com>; CFITF ▮▮ @hq.dhs.gov>
**Subject:** Re: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate. I see one account, are there other parody accounts people are seeing? If so, will you send those as well?

On Wed, Oct 21, 2020 at 10:33 PM Scully, Brian ▮▮▮▮ @cisa.dhs.gov> wrote:
Hey Team Twitter,

Please see below reporting about accounts impersonating MS-ISAC accounts.

Regards,
Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

▮▮▮▮ @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be

handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Ben Spear ▮▮▮▮▮▮ @cisecurity.org>
**Sent:** Wednesday, October 21, 2020 10:29 PM
**To:** Masterson, Matthew; Aaron Wilson
**Cc:** Scully, Brian; Snell, Allison; Hale, Geoffrey
**Subject:** RE: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

We received info from I&A. SOC is notifying all of the MS-ISAC state contacts for the ones that have been identified. I also passed along to the misinfo portal to share with EIP and CFITF.

-Ben

**Ben Spear**

*Director, EI-ISAC*

▮▮▮▮@cisecurity.org

▮▮▮▮▮

24x7 Security Operations Center

▮▮▮@cisecurity.org ▮▮▮▮▮▮







**From:** Masterson, Matthew ▮▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Wednesday, October 21, 2020 10:27 PM
**To:** Aaron Wilson ▮▮▮▮▮▮ @cisecurity.org>
**Cc:** Scully, Brian ▮▮▮▮▮▮ @cisa.dhs.gov>; Snell, Allison ▮▮▮▮▮▮ @cisa.dhs.gov>; Hale, Geoffrey ▮▮▮▮▮▮ @cisa.dhs.gov>; Ben Spear ▮▮▮▮▮▮ @cisecurity.org>
**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

See below for a weird one involving the ISAC. I know this isn't the normal reporting channel but wanted you all to see.


Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

███████████

███████████@cisa.dhs.gov


**From:** Joves, Alexander ███████████@HQ.DHS.GOV>

**Sent:** Wednesday, October 21, 2020 10:17 PM

**To:** CISA.Elections2020.MM; ElectionTaskForce; CISA Central; Wales, Alexis; Masterson, Matthew; Hale, Geoffrey; Snell, Allison; DaRosa, Antonio; Rouzer, Brett

**Cc:** Enriquez, Antonio; Lyddon, Steven; IP Region 5 Ops

**Subject:** State of IL reporting on "Fake Illinois Twitter" accounts


MM/EOT-ESI-Central:


Please see report from State of Illinois CISO on new group of fake Twitter accounts purporting to represent States being stood up by MS-ISAC.


Please advise response to IL partners if CISA can share with Social Media company & MS-ISAC for review as being staged for later use/potential disinformation.


Thanks

────────────────────────────────

**Alex Joves**

Regional Director, Region V (IL, IN, MI, MN, OH, WI)

Cybersecurity and Infrastructure Security Agency

███████████████████ @hq.dhs.gov

**From:** Kustermann, Aaron ███████████ @illinois.gov>

**Sent:** Wednesday, October 21, 2020 9:01 PM

**To:** Lyddon, Steven ███████████ @cisa.dhs.gov>; Joves, Alexander ███████████ @HQ.DHS.GOV>;
Enriquez, Antonio ███████████ @hq.dhs.gov>

**Cc:** **FBI #23** ██████ @fbi.gov>; **FBI #24** ██████ @fbi.gov>; Johnson, Gregory
███████████ @hq.dhs.gov>; Ford, Adam ███████████ @Illinois.gov>

**Subject:** Fwd: Fake Illinois Twittter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust
the sender. Contact your component SOC with questions or concerns.

Alex, Steve, Tony

Any thoughts on this? These seem staged for use later. Can someone see these are shared with Twitter for
consideration. They are labeled parody accounts so likely an attempt to stay within the TOS for Twitter.

Thank you

Aaron

Begin forwarded message:

**From:** "Ford, Adam" ██████ @illinois.gov>

**Date:** October 21, 2020 at 8:54:40 PM CDT

**To:** "Kustermann, Aaron" ███████████ @illinois.gov>, "Phelps, Matthew"
███████████ @illinois.gov>

**Cc:** "Tate-Nadeau, Alicia" ███████████ @illinois.gov>, "Kelly, Brendan"
███████████ @illinois.gov>, "Ricker, Jennifer" ███████████ @illinois.gov>, "EXT Neely, Richard R"
███████████ @mail.mil>, Shawn Strahle ███████████ @mail.mil>

**Subject: Fake Illinois Twittter**

Aaron/Matt,

Several of my CISO peers have been notified about a new group of fake twitter accounts purporting to represent States being stood up by MS-ISAC.

I've not yet received a notice from MS-ISAC but located

https://twitter.com/officialstateil

which was recently established and is following/being followed by known malicious handles from other states.

Thanks,

**Adam Ford** |Chief Information Security Officer
Department of Innovation & Technology
Office:
@illinois.gov | www.DoIT.illinois.gov



Innovation & Technology

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

MOLA_DEFSPROD_00013733

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00013734

| | |
|---|---|
| **From:** | ▮twitter.com] |
| **Sent:** | 10/8/2020 10:38:29 AM |
| **To:** | Scully, Brian ▮@cisa.dhs.gov] |
| **CC:** | ▮twitter.com] |
| **Subject:** | Re: FW: Case#CIS-MIS000033: Misinformation tweet to vote in-person in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, this Tweet has been actioned for violating our rules.

On Wed, Oct 7, 2020 at 8:07 PM Scully, Brian ▮ @cisa.dhs.gov> wrote:

Hi ▮ and ▮

We received the below report from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ▮@cisecurity.org>
**Sent:** Wednesday, October 7, 2020 8:04 PM
**To:** Misinformation Reports ▮@cisecurity.org>; CISA Central ▮@cisa.dhs.gov>; CFITF ▮@hq.dhs.gov>; Scully, Brian ▮@cisa.dhs.gov>; ▮@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000033: Misinformation tweet to vote in-person in Washington state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet to vote in-person in Washington state

Begin forwarded message:

**From:** "Zabel, Kylee" <span style="background:black">    </span> @sos.wa.gov>
**Date:** October 7, 2020 at 7:48:49 PM EDT
**To:** Misinformation Reports <span style="background:black">    </span> @cisecurity.org>
**Cc:** Lori Augino <span style="background:black">    </span> @sos.wa.gov>, "Boyal, Kiran" <span style="background:black">    </span> @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet the Washington Office of the Secretary of State's official Twitter account was tagged in. I've attached a screenshot of the post itself, and it can be found here:
https://twitter.com/JeffKis88392967/status/1313926786804113408

The reason I am flagging this as potential misinformation is it's not clear if this tweet is a simple statement or recommendation to "conservatives," or if this is a directive. If it's the latter, that would not be true. In Washington state, voters may return their ballots by mail, by placing their ballot in an official ballot drop box, or by visiting a county voting center.

My name is Kylee Zabel, and I'm the Communications Director for the Washington Office of the Secretary of State. I can be reached via this email or the two numbers listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently. I am also copying Washington State Elections Director Lori Augino and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Kylee

**Kylee Zabel**

Communications Director



Secretary of State
_Tim Wyman_

f 🐦 ▶ 📷

.....

 **nodrog danarb**
@JeffKis88392967

@secstatewa All conservatives vote in person. Don't trust the mail

12:38 PM · Oct 7, 2020 · Twitter for iPhone

          

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ▮@twitter.com] |
| **Sent:** | 10/22/2020 3:46:12 PM |
| **To:** | Scully, Brian ▮ @cisa.dhs.gov] |
| **CC:** | ▮@twitter.com]; ▮@twitter.com]; CFITF ▮@hq.dhs.gov] |
| **Subject:** | Re: FW: Case #CIS MIS000058: Live canvass video on Twitter |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate for review.

Thanks,

▮

On Thu, Oct 22, 2020 at 12:33 PM Scully, Brian ▮ @cisa.dhs.gov> wrote:
Please see below report from Maryland.

Thanks,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ▮ @cisecurity.org>
**Sent:** Thursday, October 22, 2020 12:02 PM
**To:** Scully, Brian ▮ @cisa.dhs.gov>; CISA Central ▮ @cisa.dhs.gov>; CFITF ▮ @hq.dhs.gov>; ▮ @2020partnership.atlassian.net; Misinformation Reports ▮ @cisecurity.org>
**Subject:** Case #CIS-MIS000058: Live canvass video on Twitter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Please see the report below from Maryland which includes an analysis from ZeroFox. Please also see the statement from the Montgomery County Board of Elections
(https://twitter.com/md_sbe/status/1319260743850708992).
https://montgomerycountymd.gov/Elections/Resources/Files/pdfs/Press%20Release/2020/CNVSS_ENG_1021 20.pdf

Best,

Election Infrastructure Information Sharing and Analysis Center

Center for Internet Security

Email: ▮▮▮▮▮▮@cisecurity.org

www.cisecurity.org

Follow us @CISecurity

**From:** Art Treichel -SBE- ▮▮▮▮@maryland.gov>
**Sent:** Thursday, October 22, 2020 11:27 AM
**To:** **FBI #12** (BA) (FBI) **FBI #12**@fbi.gov>; Misinformation Reports
▮▮▮▮@cisecurity.org>; ▮▮▮▮@fbi.gov
**Subject:** Fwd: Live Canvass Video on Twitter

Please see the analysis from our social media monitoring vendor below regarding propagation of misinformation related to a video showing ballot marking in a voting center in Montgomery County, MD.

Please contact me if you have any questions.

---------- Forwarded message ---------
From: ▮▮▮▮@zerofox.com>
Date: Thu, Oct 22, 2020 at 10:35 AM
Subject: Re: Live Canvass Video on Twitter
To: Art Treichel -SBE- ▮▮▮▮@maryland.gov>
Cc: Threat Analyst ▮▮▮▮@zerofox.com>, Rachel Rachfal -SBE- ▮▮▮▮@maryland.gov>,
▮▮▮▮@maryland.gov>, ▮▮▮▮@zerofox.com>, ▮▮▮▮@zerofox.com>,
▮▮▮▮@zerofox.com>

Hi Art,

After additional analysis of this tweet as well as the networks of accounts retweeting it, we believe this content is likely being artificially spread by coordinated inauthentic behavior. The speed at which the video spread and the number of suspicious accounts that have retweeted the video are consistent with a coordinated inauthentic behavior rather than organic viral activity. It is likely that the coordinators of this activity were taking advantage of the livestream video opportunistically, rather than explicitly targeting the Maryland elections operations.

We believe the origin of the video to be the tweet from @AGENT_GATTACA
(https://twitter.com/AGENT_GATTACA/status/1318574205445664771) and received over 7,000
retweets despite having less than 1,800 followers. Additionally, the @redwins3_first account
(https://twitter.com/redwins3_first/status/1318671549193281536) is also responsible for a
considerable amount of the content's reach with more than 3,000 retweets albeit with a considerably
larger follower base in excess of 42,000 followers. The large number of retweets @redwins3_first's
tweet received is abnormal compared to other tweeted content prior to the Montgomery County
video Furthermore, these two accounts do not appear to follow each other; however, they have 34
common followers, most of which display characteristics of inauthentic accounts. Automated or
inauthentic behavior is generally characterized by:

- Recently created
- No profile image
- Excessive use of emojis and hashtags in bios
- Tweet counts not commensurate with account creation dates

We recommend sharing the joint inauthentic accounts with your Federal law enforcement partners to
cross-reference their data. We've also attached a list of the accounts commonly connected between
@AGENT_GATTACA and @redwins3_first for further cross-reference.

It's possible we could attempt takedown requests for these two tweets that seemingly drove a lot of
the reach with this video. Due to the characteristics of disinformation, its possible Twitter would be
compelled to review the case carefully. However, there is at least some possibility that if these
tweets are removed, it will be leveraged in disinformation suggesting censorship or further
propagating conspiracy theories.

Let us know if you would like us to take further action or conduct additional research. We will be sure
to incorporate these findings into our EoW report for posterity.

Thanks,


On Wed, Oct 21, 2020 at 9:15 AM Art Treichel  -SBE-          @maryland.gov>  wrote:
FYI


On Wed, Oct 21, 2020 at 8:41 AM Rachel Rachfal  -SBE-          @maryland.gov>  wrote:

I sent this one to Margaret and Alysoun yesterday. It has been liked and shared 11k
times: twitter.com/redwins3_first/status/1318671549193281536


**Rachel Rachfal**
Maryland State Board of Elections



---------- Forwarded message ---------
From: **Jurgensen, Margaret** ███████████ @montgomerycountymd.gov>
Date: Tue, Oct 20, 2020 at 6:58 PM
Subject: Re: Live Canvass Video on Twitter
To: Rachel Rachfal -SBE- ███████ @maryland.gov>
Cc: Donna Duncan -SBE- ███████ @maryland.gov>, Cortnee N. Bryant -SBE-
███████ @maryland.gov>, Margaret Jurgensen -SBE- ███████ @maryland.gov>,
Alysoun McLaughlin -SBE- ███████ @maryland.gov>, McLaughlin, Alysoun N
███████ @montgomerycountymd.gov>


Will interview this gentleman tomorrow

Sent from my iPhone


On Oct 20, 2020, at 6:26 PM, Rachel Rachfal -SBE- ███████ @maryland.gov> wrote:


[EXTERNAL EMAIL]

Please see the video at twitter.com/AGENT_GATTACA/status/1318574205445664771 of canvassing in
Montgomery County that has been liked and shared 7,000 times alleging fraud.


<image.png>


**Rachel Rachfal**

Maryland State Board of Elections

███████




**Take 10 minutes to be counted now – visit: https://2020census.gov/**





For COVID-19 Information and resources, visit: **www.montgomerycountymd.gov/COVID19**

--

**Kind regards,**

## Arthur Treichel
*Chief Information Security Officer*
Maryland State Board of Elections



The linked image cannot be displayed. The file may have been...

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

--



Threat Analyst

ZeroFOX // Social Media & Digital Security

@zerofox.com // @ZeroFOX

www.ZeroFOX.com

--

**Kind regards,**

## Arthur Treichel
*Chief Information Security Officer*
Maryland State Board of Elections



The linked image cannot be displayed. The file may have been...

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | Misinformation Reports ████████ @cisecurity.org] |
| **Sent:** | 10/23/2020 6:06:42 PM |
| **To:** | ████████ @twitter.com] |
| **CC:** | Scully, Brian ████████ @cisa.dhs.gov]; ████████ @twitter.com]; |
| | ████████ @twitter.com]; CFITF ████ @hq.dhs.gov] |
| **Subject:** | Re: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ████

On Oct 23, 2020, at 6:05 PM, Stacia Cardille ████ @twitter.com> wrote:

Thank you for raising this to our teams. We have actioned these accounts under our civic integrity policy.

Thanks,
████

On Fri, Oct 23, 2020 at 9:57 AM Scully, Brian ████████ @cisa.dhs.gov> wrote:
Please see the below reporting from Maryland.

Thanks,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Friday, October 23, 2020 9:51 AM

**To:** Scully, Brian ░░░░░ @cisa.dhs.gov>; CISA Central ░░░░░ @cisa.dhs.gov>; CFITF ░░░░░ @hq.dhs.gov>; ░░░2020partnership.atlassian.net; Misinformation Reports ░░░░░ @cisecurity.org>

**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** Rachel Rachfal -SBE- ░░░░░ @maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** Threat Analyst ░░░░ @zerofox.com>; Misinformation Reports ░░░░░ @cisecurity.org>; Twitter Government & Politics ░░░░ @twitter.com>; ░░░░ @fbi.gov; Andrea Trento ░░░░ @oag.state.md.us>; ░░░░ @twitter.com
**Cc:** Jared DeMarinis -SBE- ░░░░░ @maryland.gov>; Nikki Charlson ░░░░░ @maryland.gov>; Donna Duncan -SBE- ░░░░░ @maryland.gov>; Cortnee N. Bryant - SBE- ░░░░ @maryland.gov>; Art Treichel -SBE- ░░░░░ @maryland.gov>; Megan R. Marano - SBE- ░░░░ @maryland.gov>
**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, @md_sbe, at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

twitter.com/sabrinajaneCA/status/1319553270495375360
twitter.com/sabrinajaneCA/status/1319553200534372353
twitter.com/sabrinajaneCA/status/1319553086763929603
twitter.com/sabrinajaneCA/status/1319553064131461120
twitter.com/sabrinajaneCA/status/1319552994749263872
twitter.com/sabrinajaneCA/status/1319552744483475457



**Sabrina Jane**
@sabrinajaneCA

Replying to @mrl_sbe

HIDING INFO FROM VOTERS.TAKE UR MAIL IN WITH YOU TO THE POLLS, "SURRENDER" IT AND ASK FOR A REAL BALLOT....NOT A PROVISIONAL ONE. ALL VOTERS ARE FORCED TO VOTE PROVISIONAL UNLESSSSSS YOU TURN IN YOUR MAIL IN TO THE POLL WORKERS! IT'S A SCAM THEY DONT TELL YOU!DONT WANT U TO KNOW

Thank you,

**Rachel Rachfal**
Maryland State Board of Elections



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007576

| | |
|---|---|
| **From:** | Scully, Brian ███████████████████████████████████████ |
| **Sent:** | 10/26/2020 9:02:43 AM |
| **To:** | ████████████ @twitter.com] |
| **CC:** | ███████████ @twitter.com]; ████████ @twitter.com]; CFITF ████ @hq.dhs.gov]; Misinformation Reports ████████ @cisecurity.org] |
| **Subject:** | RE: FW: Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI |

Thanks ████

Brian

**From:** ████████████ @twitter.com>
**Sent:** Monday, October 26, 2020 12:40 AM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Cc:** ████████ @twitter.com>; ████████ @twitter.com>; CFITF ████ @hq.dhs.gov>; Misinformation Reports ████████ @cisecurity.org>
**Subject:** Re: FW: Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We have taken enforcement action for violations of our policy on civic integrity.

Thanks!

On Sun, Oct 25, 2020 at 10:44 PM ████████████ @twitter.com> wrote:

Thanks, Brian. We will escalate.

On Sun, Oct 25, 2020 at 10:43 PM Scully, Brian ████████ @cisa.dhs.gov> wrote:

Good evening Team Twitter,

Please see the below and attached reporting from Detroit.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used

by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ▬▬▬▬▬ @cisecurity.org>
**Sent:** Sunday, October 25, 2020 10:35 PM
**To:** Scully, Brian ▬▬▬▬ @cisa.dhs.gov>; CISA Central ▬▬▬ @cisa.dhs.gov>; CFITF ▬▬▬ @hq.dhs.gov>;
▬▬▬ @2020partnership.atlassian.net; Misinformation Reports ▬▬▬▬▬ @cisecurity.org>
**Subject:** Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: YouTube video, also shared on Twitter, alleging conspiracy by election administration in Detroit, MI

**From:** Jordan Smellie ▬▬▬▬ @ferndalemi.gov>
**Sent:** Sunday, October 25, 2020 10:16 PM
**To:** Misinformation Reports ▬▬▬▬ @cisecurity.org>
**Cc:** Marne McGrath ▬▬▬▬▬ @ferndalemi.gov>; ▬▬▬ @detroitmi.gov; ▬▬▬▬▬ @google.com; SOS,
Elections ▬▬▬▬ @michigan.gov>; ▬▬▬ @twitter.com
**Subject:** Disinformation attack on Youtube and Twitter: "#DETROITLEAKS" video from 10/21/2020

Hello EI-ISAC,

My name is Jordan Smellie. I am the Elections Specialist for the City of Ferndale, Michigan. My email address is
▬▬▬▬ @ferndalemi.gov .

I am reporting a disinformation (misinformation) attack video that was posted on YouTube on October 21 and repeatedly posted on Twitter since then, targeting election administration by the City of Detroit and State of Michigan and alleging an organized conspiracy by City and State employees.

The video is titled:

*#DETROITLEAKS: State Employees Train Poll Workers to Lie to Voters, Destroy Ballots, Stop Challengers* [sic]

The title card (which shows on Youtube's search screens and on some links) is:
*"The Vote Fraud Scheme To Steal Michigan"*

I have attached a screenshot of this title card, as requested by EI-ISAC.

The video can be found here:

https://www.youtube.com/watch?v=uHeodzJ5cNM

It was posted by this user:

https://www.youtube.com/channel/UCWs1IlWCNra9Zf8Xew9mTsw

It has been posted on Twitter multiple times since October 21, almost entirely by @bigleaguepol ("Big League Politics"), which is a far-right site that appears to primarily invent conspiracy theories and is operated by former Breitbart News employees. The tweets about the video use the same #DETROITLEAKS hashtag as the video title. This account 'teased' the video in a tweet on October 20.

The video takes what it alleges are recordings of "State Employees" (which are more likely City of Detroit Department of Elections employees, although they do not identify themselves in the audio), and misrepresents the audio by using on-screen commentary to misinform the viewer of the video.

• From 2:32 – 4:16, the person in the audio is describing the correct process for a provisional affidavit ballot (also colloquially called a "challenged ballot").

○ At 2:42, the on-screen text claims that *"Before 2020, NO challenged ballot would go into the tabulator."* This is not true. Provisional affidavit ballots, as well as challenged absentee ballots, have always been fed through the tabulator on Election Day. That is exactly why they are prepared as correctly described in the audio (ballot number written on the ballot and covered up with a removable sticker) —which makes the claim at 3:04 completely wrong. Provisional Affidvait ballots always get voted as normal and are placed into the tabulator. Provisional Envelope ballots are sealed individually inside their own envelope (not placed into the tabulator) and are returned to the City Clerk for processing in the following days. These processes are not new to 2020; they have been in place for over a decade.

○ At 3:55, the text incorrectly claims that *"all challenged ballots WILL be counted immediately on Election Night"*, which is wrong. Provisional Affidavit ballots are counted along with all others. Provisional Envelope ballots are not.

○ 4:12 attempts to cast doubt on the process of identifying and removing a ballot deemed uncountable — which would only happen under court order, as only Provisional Envelope ballots would wind up inside the tabulator or the sealed ballot container and need to be retrieved. The video claims *"This will NEVER happen. Unless MAYBE in a recount."* Recounts have little to do with Provisional Affidavit ballots, and the assertion that the justice system would never take action to reverse proven voter fraud is entirely baseless. It serves only to cause the voter to doubt the good intentions of the judiciary and the justice system.

• At 4:20, the video refers to the Clerk's Office Voter Registration Receipt as *"an easily-forged piece of paper"*. Again, this is a baseless accusation intended only to denigrate the legal election process and cause the video viewer to feel fear and doubt the security of Michigan's election.

• At 7:30, the video insinuates that simply using *"children"* (16- and 17-year olds, allowed under state law) as election inspectors is an intentional part of a conspiracy to intentionally undermine the election.

• At 9:04, the audio and the on-screen captions describe an absentee ballot that has been *"Sent and received"*, meaning the Clerk has received the voted ballot from the voter and recorded it as such. This would have happened multiple days prior to the election. At 9:14, the video immediately turns around and ignores that by presenting a hypothetical 'scenario' where the voter might not have returned that very same ballot. This is completely contradictory, and is a total misrepresentation of the audio from the actual training scenario that has been recorded. At 9:23, the trainer in the audio even specifically says "You've already voted."

This video is misinformation and disinformation because it repeatedly takes normal processes being correctly described as written in state law, and alleges in on-screen text that they are somehow problematic, or will not be followed. On multiple occasions, the on-screen text directly contradicts the audio. However, these are items that would likely only stick out to an election administrator; a member of the general public would follow the video's lead and assume that there is somehow a problem being described. Furthermore, the video makes outright false claims, alleging actions that are prohibited under Michigan election law.

Copied on this email are the following individuals and offices, per the directions from EI-ISAC:

- Marne McGrath, City Clerk, City of Ferndale
- George Azzouz, Director, City of Detroit Department of Elections
- Bureau of Elections at the Michigan Department of State
- Civics Outreach office at Google
- Government office at Twitter

This video is an attack on the City of Detroit, the State of Michigan, and by direct extension, all local election administrators in the state of Michigan, such as myself. This will disinform voters outside Detroit as easily as voters inside Detroit. Indeed, the choice of words throughout the video and in the calls to action at the end of the video infer that the video's audience is primarily people who are not Detroit residents. If that audience can be spurred to create unrest in Detroit, they can easily do the same in other jurisdictions, such as my jurisdiction as Detroit's immediate northern neighbor.

Thank you for your investigation and action. If I can be of any further assistance, please let me know and I will be happy to provide support.

Best,

Jordan Smellie
Elections Specialist
City of Ferndale

@ferndalemi.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MCLA_DEFSPROD_00010541

| From: | ▮▮▮▮▮ @twitter.com] | | |
|---|---|---|---|
| Sent: | 10/29/2020 2:52:23 PM | | |
| To: | Scully, Brian ▮▮▮ @cisa.dhs.gov] | | |
| CC: | ▮▮▮ @twitter.com]; | ▮▮▮ @twitter.com]; CFITF ▮▮▮ @hq.dhs.gov]; |
| | ▮▮▮ @cisecurity.org | | |
| Subject: | Re: FW: Case#CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We will escalate. Thank you.

On Thu, Oct 29, 2020 at 2:37 PM Scully, Brian ▮▮▮ @cisa.dhs.gov> wrote:

Please see the below reporting from Colorado. These do not appear to be connected to the imposter/parody accounts previously shared.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ▮▮▮ @cisecurity.org>
**Sent:** Thursday, October 29, 2020 2:33 PM
**To:** Scully, Brian ▮▮▮ @cisa.dhs.gov>; CISA Central ▮▮▮ @cisa.dhs.gov>; CFITF
▮▮▮ @hq.dhs.gov>; ▮▮▮ @2020partnership.atlassian.net; Misinformation Reports
▮▮▮ @cisecurity.org>
**Subject:** Case #CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two potential parody Twitter accounts related to Adams County, CO

**From:** Josh Craven ▮▮▮▮▮ @SOS.STATE.CO.US>
**Sent:** Thursday, October 29, 2020 2:04 PM
**To:** Misinformation Reports ▮▮▮▮▮ @cisecurity.org>
**Cc:** Aaron Hayman ▮▮▮▮▮ @SOS.STATE.CO.US>; Nathan Blumenthal
▮▮▮▮▮ @SOS.STATE.CO.US>; Trevor Timmons ▮▮▮▮▮ @sos.state.co.us>; Hilary
Rudy ▮▮▮▮▮ @SOS.STATE.CO.US>; Craig Buesing ▮▮▮▮▮ @SOS.STATE.CO.US>
**Subject:** Flagging Twitter Accounts

EI-ISAC, CISA and Stanford Partners,

We want to highlight two accounts we found that could be used to imitate official accounts. We are unsure if there's any action that can be taken, but we wanted to flag them for consideration.

- https://twitter.com/adcogov
- https://twitter.com/Adamsclerk1

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. We have recently flagged three other accounts (@c_ogov, @OfficalColorado, @COstateGov) that popped up in the last couple of weeks impersonating the Colorado state government and we wanted to highlight these new accounts for awareness.





**Adamsclerk**
@Adamsclerk1
Single 😊 😍
📅 Joined June 2019
**123** Following   **2** Followers

**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,



Colorado
**Secretary of State**

Josh Craven

Election Security Specialist | Department of State

@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

**From:** ████████████ @twitter.com]
**Sent:** 10/29/2020 11:18:14 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov]
**CC:** ████████ @twitter.com]; ████████████ @twitter.com]
**Subject:** Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We applied a contextual label pursuant to our policy on Civic Integrity.

On Thu, Oct 29, 2020 at 10:37 PM ████████ @twitter.com> wrote:
 Thanks, Brian. We received that report from the EIP and escalated. Much appreciated.

On Thu, Oct 29, 2020 at 9:46 PM Scully, Brian ████████ @cisa.dhs.gov> wrote:
 FYI - The EIP submitted the below to Twitter. No need to respond.

Regards,
Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████ @cisa.dhs.gov

**From:** CFITF ████ @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:41 PM
**To:** CFITF All
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**From:** Scully, Brian
**Sent:** Friday, October 30, 2020 1:41:38 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; CFITF All
**Subject:** Re: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

Thanks Alex.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████ @cisa.dhs.gov

**From:** CFITF ████ @hq.dhs.gov>
**Sent:** Thursday, October 29, 2020 9:40:23 PM

**To:** CFITF-All ▮▮▮▮▮▮▮ ▮hq.dhs.gov>
**Subject:** FW: Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**From:** Zaheer, Alex
**Sent:** Friday, October 30, 2020 1:40:21 AM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden

**FYSA, EIP has reported the following to EI-ISAC and twitter.**

**From EIP:**

**Twitter:** EIP noticed a post by user @/jakejakeny that alleged ballots are being sent to New York City, NY, residents that are pre-filled out to favor Biden/Harris; the user alleges voters are also instructed to "turn in" the pre-filled ballots as-is. We recommend that Twitter remove this tweet immediately, as it is intentionally vague so as to mislead.
https://twitter.com/jakejakeny/status/1321900543451799559
https://twitter.com/jakejakeny/status/1321955007189651459

Moments ago, @/jakejakeny went live via Periscope, embedded on Twitter, and doubled-down on the narrative he asserted in the original text/photo post. He claimed (1) mail-in voting is insecure; (2) conspiracy theories about election fraud are hard to discount; (3) and that he received information about the pre-filled ballots from an unidentified, and unidentifiable, friend. He also promised to go live again tomorrow, 10/30, with "more information." We recommend Twitter removes this post immediately, as it contains a message that intends to mislead and potentially cast doubt on the legitimacy of mail-in voting in a critical pre-election period. We also recommend that @/jakejakeny is monitored through the end 10/30 in the event that he again attempts to post on this topic in a manner that casts doubt on the legitimacy of the election itself or related election mechanisms.

Additionally, @/jakejakeny is tagging major conservative pundits (e.g. users with broad reach); claims news outlet affiliation in his bio; and the post itself is spilling over onto Facebook. These factors further support swift removal of both posts and a continued monitoring of the user's account.

MOLA_DEFSPROD_00008769

| | |
|---|---|
| **From:** | Scully, Brian ███████████████████ |
| **Sent:** | 10/28/2020 5:24:14 PM |
| **To:** | ████████████@twitter.com] |
| **Subject:** | RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website |

Hey ████

Hope you all survived the hearing today. So here's the deal – EIP will only report something to Twitter if they have additional context to provide based on their research. For example, if they do analysis of the tweet and find info they think would help you all make a decision, they will send that analysis your way. They will not send Twitter reporting unless it is that additional context. They will also let CISA know when they are reporting something to you so I can give you a heads up (let me know if that makes things worse rather than better). They will continue to use the CIS case number in the email subject to facilitate identifying duplicative reports. I know that's not a great solution, but hopefully it is helpful.

Brian

**From:** ████████████████ @twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian ████████████ @cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ▓▓▓▓▓▓ @cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** ▓▓ @2020partnership.atlassian.net; Misinformation Reports ▓▓▓▓▓ @cisecurity.org>; Scully, Brian ▓▓▓▓▓ @cisa.dhs.gov>; CFITF ▓▓▓ @hq.dhs.gov>; CISA Central ▓▓▓▓ @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** "Jacob, Nick" ▓▓▓▓ @sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports ▓▓▓▓▓ @cisecurity.org>
**Cc:** Lori Augino ▓▓▓▓▓ @sos.wa.gov>, "Zabel, Kylee" ▓▓▓▓▓ @sos.wa.gov>, "Boyal, Kiran" ▓▓▓▓▓ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: ███████████

 Secretary of State
*Kim Wyman*



MOLA_DEFSPROD_00010514

.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010516

| | |
|---|---|
| **From:** | Scully, Brian |
| **Sent:** | 10/27/2020 7:07:18 PM |
| **To:** | @twitter.com] |
| **Subject:** | RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website |

I just sent a note to CIS and EIP to see if we can stop sending you duplicate messages and have reports only come from us. Will keep you posted.

Brian

**From:** @twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian @cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,

Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>; Scully, Brian @cisa.dhs.gov>; CFITF @hq.dhs.gov>; CISA Central @cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** "Jacob, Nick" ▮▮▮▮▮ @sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports ▮▮▮▮ @cisecurity.org>
**Cc:** Lori Augino ▮▮▮▮ @sos.wa.gov>, "Zabel, Kylee" ▮▮▮▮ @sos.wa.gov>, "Boyal, Kiran" ▮▮▮▮ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: ▮▮▮▮





.....



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.

Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010526

**From:** Scully, Brian

**Sent:** 10/29/2020 7:30:38 PM
**To:** @twitter.com]; @twitter.com];
@twitter.com]
**CC:** CFITF @hq.dhs.gov]; @cisecurity.org
**Subject:** FW: Case #CIS-MIS000091: alleged fraud in Washington state elections
**Attachments:** James CAAustinNifty_John.png

Good evening,

Please see the below report from Washington.

Thanks,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** Scully, Brian @cisa.dhs.gov>; CISA Central @cisa.dhs.gov>; CFITF @hq.dhs.gov>; @2020partnership.atlassian.net; Misinformation Reports @cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** Jacob, Nick @sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports @cisecurity.org>
**Cc:** Lori Augino @sos.wa.gov>; Zabel, Kylee @sos.wa.gov>; Boyal, Kiran @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/JamesCAAustin/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/nifty_john/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: 





.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

 **John Sheil**
@nifty_john

ooo

Voters don't win elections, vote counters do.

Washington State in 2004 judges ignored the real count and rewarded the Democrats

 **James Austin** @JamesCAAustin · 14h

The election's been deconstructed. The date doesn't matter, voters' IDs don't matter, nor does campaigning or who the Dems are running. Ballots can appear whenever, from whomever, & folks aren't voting FOR Biden & Harris, just against. Like Covid, the numbers will be meaningless.

3:21 AM · Oct 29, 2020 · Twitter for Android

MOLA_DEFSPROD_00000044                                               MOLA_DEFSPROD_00008498

| From: | ███████████ @twitter.com] | | | |
|---|---|---|---|---|
| Sent: | 10/30/2020 5:38:20 PM | | | |
| To: | Scully, Brian ███████ @cisa.dhs.gov] | | | |
| CC: | ███████ @twitter.com]; | ███████ @twitter.com]; CFITF ███████ @hq.dhs.gov]; | | |
| | ███████ @cisecurity.org | | | |
| Subject: | Re: FW: Case #CIS-MIS000094: alleged election fraud | | | |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate.

On Fri, Oct 30, 2020 at 5:08 PM Scully, Brian ████████ @cisa.dhs.gov> wrote:
Please see below report from Washington.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security
(DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its
originating source – this information has not been originated or generated by CISA. This information may also
be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on
social media platforms. CISA makes no recommendations about how the information it is sharing should be
handled or used by social media companies. Additionally, CISA will not take any action, favorable or
unfavorable, toward social media companies based on decisions about how or whether to use this
information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or
demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable,
based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ███████ @cisecurity.org>
**Sent:** Friday, October 30, 2020 5:04 PM
**To:** ███ @2020partnership.atlassian.net; Misinformation Reports ███████ @cisecurity.org>; Scully,
Brian ███████ @cisa.dhs.gov>; CFITF ███████ @hq.dhs.gov>; CISA Central ███████ @cisa.dhs.gov>
**Subject:** FW: Case #CIS-MIS000094: alleged election fraud

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust
the sender. Contact your component SOC with questions or concerns.

Misinformation Report: four tweets alleging election fraud

Begin forwarded message:

**From:** "Jacob, Nick" █████████ @sos.wa.gov>
**Date:** October 30, 2020 at 4:34:05 PM EDT
**To:** Misinformation Reports █████████ @cisecurity.org>
**Cc:** Lori Augino █████████ @sos.wa.gov>, "Zabel, Kylee" █████████ @sos.wa.gov>, "Boyal, Kiran" █████████ @sos.wa.gov>

**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag four tweets with possible misinformation about the election.

https://twitter.com/wa4win/status/1322201482867986433<https://twitter.com/wa4win/status/13222014828679 86433> -- This is baseless for a number of reasons.

https://twitter.com/DavidJDAddabbo/status/1322217165932683264<https://twitter.com/DavidJDAddabbo/stat us/1322217165932683264> -- There is no giant ballot harvesting scheme taking place. Also, The website they are sharing contains false information. They state that the Voter Registration Database has not been updated in 18 months. It gets updated every month. The following tweets also link to the site they're sharing: https://twitter.com/search?q=%22Giant%20Ballot%20Harvesting%20Scheme%20Exposed%20in%20Washing ton%20State%22&src=typed_query&f=live<https://twitter.com/search?q=%22Giant%20Ballot%20Harvesting %20Scheme%20Exposed%20in%20Washington%20State%22&src=typed_query&f=live>

https://twitter.com/shufixer/status/1321901657681063936<https://twitter.com/shufixer/status/13219016576810 63936> -- This is misinformation. No ballots have been rejected in WA, so a "legitimate" post was not taken down.

https://twitter.com/ADH605/status/1322262538759950337<https://twitter.com/ADH605/status/132226253875 9950337> -- Voters should be reaching out to their county elections officials, not a third-party. We are reaching out to Common Cause.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

Nick Jacob
Office of the Secretary of State
Cell: █████████
[SecStateLogo]<http://sos.wa.gov>

[cid:image002.png@01D36A94.E944A350]<https://www.facebook.com/WaSecretaryOfState>   [cid:image003
.png@01D36A94.E944A350]  <https://twitter.com/secstatewa>    [cid:image004.png@01D36A94.E944A350]
<https://www.youtube.com/user/secstatewa>    [cid:image005.png@01D36A94.E944A350]
<https://www.instagram.com/secstatewa>

.....

This message and attachments may contain confidential information. If it appears that this message was sent to
you by mistake, any retention, dissemination, distribution or copying of this message and attachments is
strictly prohibited. Please notify the sender immediately and permanently delete the message and any
attachments.

. . . . .

MOLA_DEFSPROD_00008758

| | |
|---|---|
| **From:** | ▇▇▇▇ @twitter.com] |
| **Sent:** | 10/28/2020 8:03:28 PM |
| **To:** | Scully, Brian ▇▇▇ @cisa.dhs.gov] |
| **CC:** | ▇▇▇ @twitter.com]; ▇▇▇ @twitter.com]; CFITF ▇▇ @hq.dhs.gov]; ▇▇▇ @cisecurity.org |
| **Subject:** | Re: FW: Case #CIS-MIS000087: misinformation tweets regarding mail-in ballots |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This Tweet has been labeled pursuant to our civic integrity policy.

On Wed, Oct 28, 2020 at 6:47 PM ▇▇▇ @twitter.com> wrote:
Thank you, Brian. We will escalate.

On Wed, Oct 28, 2020 at 6:29 PM Scully, Brian ▇▇▇ @cisa.dhs.gov> wrote:

Please see below report from Washington.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ▇▇▇ @cisecurity.org>
**Sent:** Wednesday, October 28, 2020 6:14 PM
**To:** Scully, Brian ▇▇▇ @cisa.dhs.gov>; CISA Central ▇▇ @cisa.dhs.gov>; CFITF ▇▇ @hq.dhs.gov>, ▇▇ @2020partnership.atlassian.net; Misinformation Reports ▇▇▇ @cisecurity.org>
**Subject:** Case #CIS-MIS000087: misinformation tweets regarding mail-in ballots

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Two misinformation tweets regarding mail-in ballots in Washington state.

**From:** Jacob, Nick          @sos.wa.gov>
**Sent:** Wednesday, October 28, 2020 5:56 PM
**To:** Misinformation Reports          @cisecurity.org>
**Cc:** Lori Augino          @sos.wa.gov>; Zabel, Kylee          @sos.wa.gov>; Boyal, Kiran          @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election here in Washington state.

https://twitter.com/gabe_k/status/1321523966683406336 -- Ballots that are postmarked by Election Day are accepted up to 20 days after Election Day. This tweet is false.

https://twitter.com/ReeseRe48384159/status/1321563373020983297 -- Please see the information cited above. This tweet is also false.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**NickJacob**
Office of the Secretary of State
Cell:



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008780

| From: | Scully, Brian |
|---|---|
| **Sent**: | 10/29/2020 8:02:24 PM |
| **To**: | @twitter.com] |
| **CC**: | @twitter.com]; @twitter.com]; |
| | @twitter.com]; CFITF @hq.dhs.gov]; @cisecurity.org |
| **Subject**: | RE: FW: Case #CIS-MIS000091: alleged fraud in Washington state elections |

Thanks

**From:** @twitter.com>
**Sent:** Thursday, October 29, 2020 8:01 PM
**To:** Scully, Brian @cisa.dhs.gov>
**Cc:** @twitter.com>; @twitter.com>;
@twitter.com>; CFITF @hq.dhs.gov>; @cisecurity.org
**Subject:** Re: FW: Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -

We actioned https://twitter.com/JamesCAAustin/status/1321738257399533571  for election misinformation.

On Thu, Oct 29, 2020 at 7:30 PM Scully, Brian @cisa.dhs.gov> wrote:

Good evening,

Please see the below report from Washington.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports [          ] @cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** Scully, Brian [          ] @cisa.dhs.gov>; CISA Central [          ] @cisa.dhs.gov>; CFITF [          ] @hq.dhs.gov>; [          ] @2020partnership.atlassian.net; Misinformation Reports [          ] @cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

---

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

---

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** Jacob, Nick [          ] @sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports [          ] @cisecurity.org>
**Cc:** Lori Augino [          ] @sos.wa.gov>; Zabel, Kylee [          ] @sos.wa.gov>; Boyal, Kiran [          ] @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/JamesCAAustin/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/nifty_john/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: ▮▮▮▮▮▮▮▮

 Secretary of State
*Kim Wyman*



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010494