| | |
|---|---|
| **From**: | Misinformation Reports ██████████@cisecurity.org] |
| **Sent**: | 11/2/2020 4:45:48 PM |
| **To**: | '██████████@fb.com]; Misinformation Reports ██████████@cisecurity.org]; Scully, Brian ██████████@cisa.dhs.gov]; CISA Central ██████████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject**: | RE: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ██████.

**From:** ██████████@fb.com>
**Sent:** Monday, November 2, 2020 4:45 PM
**To:** Misinformation Reports <██████████@cisecurity.org>; Brian Scully ██████████@cisa.dhs.gov>; Central CISA <██████@cisa.dhs.gov>; ████@hq.dhs.gov; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports <██████████@cisecurity.org>
**Date:** Monday, November 2, 2020 at 12:07 PM
**To:** ██████@fb.com>, Brian Scully <██████████@cisa.dhs.gov>, Central CISA <██████@cisa.dhs.gov>, ████@hq.dhs.gov" <████@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports <██████████@cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

Misinformation report: votes allegedly being changed in election machines.

██████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ██████████@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**EXHIBIT**

**10**

**From:** Dearing, Jared (SBE) <████████@ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. –Jared



**Jared Dearing**
Executive Director
**State Board of Elections**
a:
p:
w: www.elect.ky.gov

Register Online to Vote        Find My Polling Place

Election Calendar        Contact Us

**From:** ████████@gmail.com [mailto:████████@gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** Dearing, Jared (SBE) <████████@ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

Kevin has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
Ann Oder,DC
Bullitt County Clerk Office

MOLA_DEFSPROD_00008723



MOLA_DEFSPROD_00008724

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.


. . . . .

MOLA_DEFSPROD_00008725

| | |
|---|---|
| **From**: | Scully, Brian⬛⬛⬛⬛ @cisa.dhs.gov] |
| **Sent**: | 11/2/2020 1:20:01 PM |
| **To**: | Misinformation Reports⬛⬛⬛⬛ @cisecurity.org]; ⬛⬛⬛@fb.com' ⬛⬛⬛ @fb.com]; CISA |
| | Central⬛⬛@cisa.dhs.gov]; CFITF⬛⬛ @hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject**: | Re: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

Sounds good. Thanks!

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

⬛⬛⬛
⬛⬛⬛ @cisa.dhs.gov

**From:** Misinformation Reports⬛⬛⬛⬛@cisecurity.org>
**Sent:** Monday, November 2, 2020 1:19:00 PM
**To:** Scully, Brian⬛⬛⬛@cisa.dhs.gov>; Misinformation Reports⬛⬛⬛@cisecurity.org>;
⬛⬛⬛@fb.com'⬛⬛⬛@fb.com>; CISA Central⬛⬛@cisa.dhs.gov>; CFITF⬛⬛@hq.dhs.gov>;
tips@2020partnership.atlassian.net <tips@2020partnership.atlassian.net>
**Subject:** RE: Case #CIS-MIS000105: votes allegedly being changed in election machines.

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

For the time being, we will forward Facebook and Instagram related misinformation reports directly to Facebook. We will continue to add you, CISA, and CFITF to the emails for awareness.

Regards,

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ⬛⬛⬛ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Scully, Brian⬛⬛⬛@cisa.dhs.gov>
**Sent:** Monday, November 2, 2020 1:14 PM
**To:** Misinformation Reports⬛⬛⬛⬛@cisecurity.org>⬛⬛⬛@fb.com'⬛⬛⬛@fb.com>; CISA
Central⬛⬛@cisa.dhs.gov>⬛⬛@hq.dhs.gov; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

Thanks for heads up on sharing with FB. Is that the plan going forward?

Brian Scully
DHS Countering Foreign Interference Task Force

National Risk Management Center

███████
███████ @cisa.dhs.gov

**From:** Misinformation Reports ███████ @cisecurity.org>
**Sent:** Monday, November 2, 2020 1:06:57 PM
**To:** ███████ @fb.com' ███████ @fb.com>; Scully, Brian ███████ @cisa.dhs.gov>; CISA Central
███████ @cisa.dhs.gov>; CFITF ███████ @hq.dhs.gov>; tips@2020partnership.atlassian.net
<tips@2020partnership.atlassian.net>; Misinformation Reports ███████ @cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: votes allegedly being changed in election machines.

███████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ███████ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Dearing, Jared (SBE) ███████ @ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports < ███████ @cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. –Jared



**Jared Dearing**
Executive Director

**State Board of Elections**
a:
p:
w: www.elect.ky.gov

Register Online to Vote          Find My Polling Place

Election Calendar          Contact Us

**From:** ⬛⬛⬛⬛⬛@gmail.com [mailto:⬛⬛⬛⬛⬛@gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** Dearing, Jared (SBE) ⬛⬛⬛⬛⬛@ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

Kevin has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
Ann Oder,DC
Bullitt County Clerk Office

MOLA_DEFSPROD_00010451



MOLA_DEFSPROD_00010452

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010453

| | |
|---|---|
| **From:** | ████████████████@fb.com] |
| **Sent:** | 11/2/2020 6:06:23 PM |
| **To:** | Misinformation Reports ████████@cisecurity.org]; Scully, Brian ████████@cisa.gov]; CISA Central ████████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000111: Facebook post alleging submitting multiple ballots fraudulently |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS office has been informed. Thanks!

**From:** Misinformation Reports <████████@cisecurity.org>
**Date:** Monday, November 2, 2020 at 4:11 PM
**To:** ████████@fb.com>, Brian Scully <████████@cisa.dhs.gov>, Central CISA ████████@cisa.dhs.gov>, ████@hq.dhs.gov" ████@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports ████████@cisecurity.org>
**Subject:** Case #CIS-MIS000111: Facebook post alleging submitting multiple ballots fraudulently

Misinformation report: Facebook post alleging submitting multiple ballots fraudulently

████ — attached and below is a misinformation post on Facebook: https://www.facebook.com/jamalle.castillo. Could you please review?

Brian and EIP − we are forwarding this report directly to Facebook but still want you to be aware of the issue.
Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ████████@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Gookin, Eric [SOS] <████████@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 4:56 PM
**To:** Misinformation Reports <████████@cisecurity.org>
**Cc:** Doolittle, James <████████@hq.dhs.gov>;    **FBI #2**            @fbi.gov>;  **FBI #4** @fbi.gov;
Judge, Christopher ████████@cisa.dhs.gov>;    **FBI #3**                       @fbi.gov>; Burhans,
Heidi [SOS] ████████@sos.iowa.gov>
**Subject:** FW: Voter Hotline

Please see the below report that we received via email re: FB post.

**From:** Hicok, Wes [SOS] <████████@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 3:36 PM
**To:** Gookin, Eric [SOS] <████████@sos.iowa.gov>; Widen, Molly [SOS] <████████@sos.iowa.gov>
**Subject:** FW: Voter Hotline

We received the below information regarding social media post. The final one is probably of the most concern.

Wesley Hicok

Election Training Specialist
Office of Secretary of State Paul D. Pate

██████████████

███████ @sos.iowa.gov

**From:** Jay H ████████ @hotmail.com>
**Sent:** Monday, November 2, 2020 3:34 PM
**To:** Hicok, Wes [SOS] ████████ @sos.iowa.gov>
**Subject:** Re: Voter Hotline

MOLA_DEFSPROD_00013604

<     **Jamalle's Post**     •••

 **Lauren Haugh**
Good job– turn Iowa Blue 🐦

2h   Like   Reply

 **Matt Schlabach**
How were the lines?

2h   Like   Reply

 **Jamalle Castillo**
I had absentee ballot(s) that I dropped off.. super fast, but the line for people wanting to vote in person wasn't long at all either

2h   Like   Reply

 Write a reply...

 **Ryan Mapus**
Nice!

1h   Like   Reply

 Write a comment...      

               ☰

MOLA_DEFSPROD_00013605

MOLA_DEFSPROD_00013606

 **Jamalle's Post**  •••

**Jamalle Castillo**
3h · 👥

When you are a professional voter fraudelator... you get multiple stickers as a reward for successfully fraudelating!!



 Write a comment...   

     ☰

MOLA_DEFSPROD_00013607



**From:** Hicok, Wes [SOS] ██████@sos.iowa.gov>
**Sent:** Monday, November 2, 2020 3:01:16 PM
**To:** ██████@hotmail.com <██████@hotmail.com>
**Subject:** RE: Voter Hotline

Hello John,

Thank you for contacting the Secretary of State's Office. Secretary Pate asked that I respond to your message.

If you can please forward to me the screen shots you have, we are usually successful in being able to follow up to verify if there is truly malfeasance, or if a person is making an unhelpful claim to discourage others about the process.

Thanks for your time.


Wesley Hicok
Election Training Specialist
Office of Secretary of State Paul D. Pate
██████
██████@sos.iowa.gov

-----Original Message-----
From: ██████@sos.iowa.gov ██████@sos.iowa.gov>
Sent: Monday, November 2, 2020 2:48 PM
To: Hicok, Wes [SOS] ██████@sos.iowa.gov>
Subject: Voter Hotline


NAME: John ██████

PHONE: ██████

ADDRESS: ██████

CITY: ██████

STATE: IA

ZIP: ██████

EMAIL: ██████@hotmail.com

COUNTY: ██████

DATE: 11/1/2020

LOCATION:

DESCRIPTION:

a Facebook post bragging about committing fraud. I have screen shots of the conversation.

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to helpdesk@sos.iowa.gov

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to helpdesk@sos.iowa.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00013609

| From: | ███████ (CELA) ███████ @microsoft.com] |
|---|---|
| Sent: | 11/2/2020 9:36:42 AM |
| To: | Scully, Brian ███████, @cisa.dhs.gov]; ███████ (CELA) ███████ @microsoft.com]; Defending Democracy - Protect 2020 ███████ @microsoft.com] |
| CC: | CFITF ███ @hq.dhs.gov] |
| Subject: | RE: Case #CIS-MIS000101: phishing emails |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

We passed these to our threat intel folks over the weekend, and we really appreciate the heads up.

████████
Director, Strategic Projects, Defending Democracy Program
Microsoft Digital Diplomacy / Customer Security & Trust
███ ████ @microsoft.com
C: ████████

**From:** Scully, Brian ███████, @cisa.dhs.gov>
**Sent:** Saturday, October 31, 2020 5:58 PM
**To:** ███████ (CELA) ██████ @microsoft.com>; Defending Democracy - Protect 2020 ███████ @microsoft.com>
**Cc:** CFITF ███ @hq.dhs.gov>
**Subject:** [EXTERNAL] Fwd: Case #CIS-MIS000101: phishing emails

Hi ███ ,

Please see attached and below reporting of phishing emails from NC.

Regards,

Brian

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

████████
████ @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this

information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

**From:** Misinformation Reports < ███████ @cisecurity.org>

**Sent:** Saturday, October 31, 2020 5:38 PM

**To:** Scully, Brian; CISA Central; CFITF; Misinformation Reports; tips@2020partnership.atlassian.net

**Subject:** Case #CIS-MIS000101: phishing emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** Gannon, Patrick < ███████ @ncsbe.gov>

**Sent:** Saturday, October 31, 2020 5:28 PM

**To:** Misinformation Reports ███████ @cisecurity.org>

**Cc:** Amy Cohen ███████ @nased.org>

**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

Pat

# Patrick Gannon

*Public Information Director*

O:

M:



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008741

| | |
|---|---|
| **From:** | @fb.com] |
| **Sent:** | 11/3/2020 7:07:19 PM |
| **To:** | Misinformation Reports @cisecurity.org]; Scully, Brian @cisa.dhs.gov]; CISA Central @cisa.dhs.gov]; CFITF @hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for including me, I'm moving this through our processes now. I'll update you when I have more information.

Best,

Tracy

---

**From:** Misinformation Reports @cisecurity.org>
**Sent:** Tuesday, November 3, 2020 5:52 PM
**To:** Brian Scully @cisa.dhs.gov>; Central CISA @cisa.dhs.gov> @hq.dhs.gov @hq.dhs.gov>; tips@2020partnership.atlassian.net <tips@2020partnership.atlassian.net>; Misinformation Reports @cisecurity.org>
**Cc:** @fb.com>
**Subject:** Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots

Brian and EIP, we have included Facebook in this report.

Misinformation report: citizen alleges on Facebook that he submitted 300 ballots

https://www.facebook.com/profile.php?id=1576601744

MOLA_DEFSPROD_00008696



### Posts

📷 Photos     ★ Life Events

**Richard L. Pascoe III**
18m · Public

Gotta tell ya seriously I had at least 300 Ballots show up to my rental properties from 20 years worth of past tenants ./ I sent all in with straight Republicans ticket. Voter fraud is real .. sorry but that's the way it is and I'll fight back .. it will only look like these people voted twice Find that lol if they even vote .. my points is I voted for 300 people cuz I had their ballots .. Trump 2024

> It's Election Day. Go to the Voting Information Center for important info and updates.
> **Get Election Day Info**

😮👍 3                                    1 Comment

---

**From:** MS-ISAC SOC
**Sent:** Tuesday, November 3, 2020 6:39 PM
**To:** Misinformation Reports ▇▇▇▇▇@cisecurity.org>
**Cc:** MS-ISAC SOC ▇▇▇@msisac.org>
**Subject:** FW: Michigan Voter Misinformation//Facebook

Please see below. Thanks.



**Measure the maturity of your cybersecurity program.**
Register for the NCSR today!

**Dylan Ginsburg**
Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

▇▇▇▇▇▇

24x7 Security Operations Center
▇▇@cisecurity.org - ▇▇▇▇

 

   

**From:** Brown, Ashiya (MDOS) <█████@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:35 PM
**To:** MS-ISAC SOC <█████@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

Yes, please.

Ashiya Brown, MBA
Michigan Bureau of Elections
█████@Michigan.gov
Office: ████████
Cell: ████████

**From:** MS-ISAC SOC <████@msisac.org>
**Sent:** Tuesday, November 3, 2020 6:32 PM
**To:** Brown, Ashiya (MDOS) <█████@michigan.gov>; MS-ISAC SOC <█████@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

Ashiya,
Do we have your permission to share this with our federal partners by forwarding to our misinformation mailbox? Please see below.

*Reports of Elections Infrastructure Misinformation ("Misinformation") submitted to the EI-ISAC via misinformation@cisecurity.org will be shared with the following organizations: (1) the applicable social media platform provider in order to address the Misinformation identified in the report; (2) the Cybersecurity & Infrastructure Security Agency and the Election Integrity Partnership, for analysis of the Misinformation, in conjunction with other relevant information, to identify potential threats to election security; (3) with the National Association for Secretaries of State and National Association of State Elections Directors for situational awareness. The Misinformation may also be shared with other federal agencies, as appropriate, for situational awareness or in the context of a law enforcement investigation.*



**Dylan Ginsburg**
Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

███████████████

24x7 Security Operations Center
███@cisecurity.org - ███████████





**From:** Brown, Ashiya (MDOS) <███████@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:27 PM
**To:** MS-ISAC SOC <███@msisac.org>
**Subject:** Michigan Voter Misinformation//Facebook

https://www.facebook.com/profile.php?id=1576601744

Hello,
The link below is a Michigan voter who is spreading misinformation being Facebook saying he voted for 300 people. We have had local law enforcement contact him and he has pulled the post. Hours late (about an hour ago) he started posting it again. Is this something you all can assist with getting Facebook to pull down? We have received a number of complaints about this post per hour.

https://www.facebook.com/profile.php?id=1576601744

Thank you!

Ashiya Brown, MBA
Michigan Bureau of Elections
███████@Michigan.gov
Office: ███████████
Cell: ███████████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00008699

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008700

**From:** Scully, Brian ▓ @cisa.dhs.gov]
**Sent:** 11/3/2020 4:41:40 PM
**To:** ▓ @fb.com]
**CC:** Masterson, Matthew ▓ @cisa.dhs.gov]; ▓ @fb.com]
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Glad to help. Thanks ▓.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

▓ @cisa.dhs.gov

**From:** ▓ @fb.com>
**Sent:** Tuesday, November 3, 2020 4:30:26 PM
**To:** Scully, Brian ▓ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ▓ @cisa.dhs.gov>; Sandra Luff ▓ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Your speed and helpfulness here is extremely helpful, thank you so much!!!

**From:** Scully, Brian ▓ @cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 4:25:16 PM
**To:** ▓ @fb.com>
**Cc:** Masterson, Matthew ▓ @cisa.dhs.gov>; Sandra Luff ▓ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Not sure I understand the distinction you're trying to make, but both components of the narrative are false —
the person is not a poll worker and no ballots were destroyed. I suppose that makes the entire thing a hoax.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

▓ @cisa.dhs.gov

**From:** ▓ @fb.com>
**Sent:** Tuesday, November 3, 2020 4:22:48 PM
**To:** Scully, Brian ▓ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ▓ @cisa.dhs.gov>; ▓ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

P.S. For additional clarity, also trying to confirm here if this entire matter is a hoax versus just the claim a poll worker was destroying ballots.

---

**From:** ████████████████@fb.com>
**Sent:** Tuesday, November 3, 2020, 4:18 PM
**To:** Scully, Brian
**Cc:** Masterson, Matthew; ████████████
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Hello again, wanted to follow up on a few points just to be crystal clear -- could you please confirm that (a) the worker in question is not a pollworker; or (b) that he did not, in fact, destroy ballots (or at least that there is no evidence that he destroyed ballots).

Would appreciate this clarity tremendously, thank you so much.

---

**From:** ████████████████@fb.com>
**Sent:** Tuesday, November 3, 2020 3:57:18 PM
**To:** Scully, Brian <████████@cisa.dhs.gov>
**Cc:** Masterson, Matthew <████████████@cisa.dhs.gov>; ████████████████@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Appreciate the swift response!!

---

**From:** Scully, Brian <████████@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:52:45 PM
**To:** ████████████████@fb.com>
**Cc:** Masterson, Matthew <████████████@cisa.dhs.gov>
**Subject:** Fwd: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Statement from PA. Confirms person was not poll worker.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
████████████
████████@cisa.dhs.gov

---

**From:** CFITF ████@hq.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:43:52 PM
**To:** CFITF All <████████@hq.dhs.gov>
**Subject:** FW: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

MOLA_DEFSPROD_00010421

**From:** ⬛⬛⬛⬛⬛ @cisecurity.org
**Sent:** Tuesday, November 3, 2020 8:43:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Reply above this line.

⬛⬛⬛⬛⬛ @cisecurity.org commented:

The county has issued an official statement on the matter:



View request · Turn off this request's notifications

This is shared with Facebook, EI-ISAC, Twitter, and Mike Caulfield.

Powered by Jira Service Desk

MOLA_DEFSPROD_00010422

**Sent**:          11/3/2020 11:14:52 AM
**To**:                                          @google.com]
**CC**:             CFITF        @hq.dhs.gov]
**Subject**:      FW: Case #CIS-MIS000101: phishing emails
**Attachments**:  OnTime Notification: Incident Number [#NCSBE-64073] Changed; OnTime Notification: Incident Number [#NCSBE-
                  64071] Changed


Hey Richard,

Wanted to share the attached and below reporting of phishing emails from North Carolina.

Regards,
Brian

**From:** Misinformation Reports                    @cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian              @cisa.dhs.gov>; CISA Central        | @cisa.dhs.gov>; CFITF       @hq.dhs.gov>;
Misinformation Reports                   @cisecurity.org>; tips@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** Gannon, Patrick                   @ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports                   @cisecurity.org>
**Cc:** Amy Cohen        @nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

Pat

# Patrick Gannon
*Public Information Director*
O:
M:
NORTH CAROLINA
STATE BOARD OF ELECTIONS

MOLA_DEFSPROD_00008521

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008522

| | |
|---|---|
| **From**: | ███████████ @twitter.com] |
| **Sent**: | 11/4/2020 8:22:49 AM |
| **To**: | Scully, Brian ██████ @cisa.dhs.gov] |
| **CC**: | ███████ @twitter.com]; ███████ @twitter.com]; mailto ██ @twitter.com ██ @twitter.com]; CFITF ███ @hq.dhs.gov] ████████ @cisecurity.org |
| **Subject**: | Re: FW: Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI) |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank Brian. We will escalate.

On Wed, Nov 4, 2020 at 8:21 AM Scully, Brian ████████ @cisa.dhs.gov> wrote:
Please see below report from NASED.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Wednesday, November 4, 2020 7:59 AM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████ @cisa.dhs.gov>; CFITF ███ @hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI)

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweet alleges tabulation machine ran out of ink which caused delay in counting absentee ballots---there is no ink involved in tabulation machine (Green Bay, WI)

← **Tweet**



**Reid J. Epstein** ✔ @reidepstein · 2h
Green Bay's absentee ballot results are being delayed because one of the vote-counting machines ran out of ink and an elections official had to return to City Hall to get more.

♡ 427          ⎗ 3K          ♡ 4K          ⬆

**From:** Amy Cohen <[redacted]@nased.org>
**Sent:** Wednesday, November 4, 2020 7:45 AM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Tweet

https://twitter.com/reidepstein/status/1323926165590052864?s=21

This is false. There is no ink involved in the machines used in tabulation of the ballots, a fact confirmed by the state: https://twitter.com/wi_elections/status/1323931755473240066?s=21

Amy Cohen

Executive Director

National Association of State Election Directors (NASED)

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008694

| | |
|---|---|
| **From:** | Misinformation Reports [____] @cisecurity.org] |
| **Sent:** | 11/3/2020 3:53:03 PM |
| **To:** | Scully, Brian [____] @cisa.dhs.gov]; CISA Central [____] @cisa.dhs.gov]; CFITF [____] @hq.dhs.gov]; tips@2020partnership.atlassian.net; Misinformation Reports [____] @cisecurity.org] |
| **CC:** | [____] @fb.com' [____] @fb.com] |
| **Subject:** | Case #CIS-MIS000133: Misinformation Facebook post regarding number of votes/voters in CO |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post regarding number of votes/voters in Colorado

**From:** Josh Craven [____] @SOS.STATE.CO.US>
**Sent:** Tuesday, November 3, 2020 3:44 PM
**To:** Misinformation Reports [____] @cisecurity.org>
**Cc:** Trevor Timmons [____] @sos.state.co.us>; Craig Buesing [____] @SOS.STATE.CO.US>; Aaron Hayman [____] @SOS.STATE.CO.US>; Nathan Blumenthal [____] @SOS.STATE.CO.US>; Judd Choate [____] @sos.state.co.us>; Hilary Rudy [____] @SOS.STATE.CO.US>
**Subject:** Potential Foreign Mis/Dis Information on the Election Process – Facebook Post

Partners,

As part of the Colorado Department of State's (CDOS) efforts to counter foreign mis/dis information on the election process, we have been made aware of the following inaccurate information. We know this information is false because we've had 2,893,395 vote out of a possible 3,783,589 registered voters. This is not a call to action, but merely providing for you information.

**https://www.facebook.com/dpatric/posts/10223827649629519**



**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,



Colorado
**Secretary of State**

Josh Craven
Election Security Specialist | Department of State

@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008711

**From:** [redacted] @fb.com]
**Sent:** 11/3/2020 7:14:18 PM
**To:** Misinformation Reports [redacted] @cisecurity.org]; Scully, Brian [redacted] @cisa.dhs.gov]; CISA Central [redacted] @cisa.dhs.gov]; CFITF [redacted] @hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000137: Facebook post alleging election fraud

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Confirming that this has been closed out and the SoS has been notified. Thanks!

**From:** Misinformation Reports [redacted] @cisecurity.org>
**Date:** Tuesday, November 3, 2020 at 4:03 PM
**To:** Brian Scully [redacted] @cisa.dhs.gov>, Central CISA [redacted] @cisa.dhs.gov>, [redacted] @hq.dhs.gov" [redacted] @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports [redacted] @cisecurity.org>
**Cc:** [redacted] @fb.com>
**Subject:** Case #CIS-MIS000137: Facebook post alleging election fraud

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud

https://www.facebook.com/photo/?fbid=10213886606959482&set=a.1076542573951

**From:** Dearing, Jared (SBE) [redacted] @ky.gov>
**Sent:** Tuesday, November 3, 2020 4:56 PM
**To:** Misinformation Reports [redacted] @cisecurity.org>
**Subject:** Miss information

Someone sent this to me said that Christy Alley the actress tweeted this and that it's now going viral this is Miss information.

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | ████████████ @twitter.com] |
| **Sent**: | 11/6/2020 12:15:08 PM |
| **To**: | Scully, Brian ████████ @cisa.dhs.gov] |
| **CC**: | CFITF ████ @hq.dhs.gov] |
| **Subject**: | Re: FW: Are these real? |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much! We have applied a label to the Tweet.

Thanks,

████

On Fri, Nov 6, 2020 at 11:58 AM Scully, Brian < ████████ @cisa.dhs.gov> wrote:

Hey Stacia,

Just came across this debunk of the video on Twitter --
https://twitter.com/JaneLvtv/status/1324756117415776257?s=20.

Brian

**From:** ████████████ @twitter.com>
**Sent:** Friday, November 6, 2020 9:53 AM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Cc:** CFITF ████ @hq.dhs.gov>
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We recognize the PA Secretary of State might be busy at this moment. I am happy to escalate now without waiting for additional information.

Thanks,

████

On Fri, Nov 6, 2020 at 9:51 AM Scully, Brian < ████████ @cisa.dhs.gov> wrote:

Hey ████,

There are two reports in this email chain. One of Facebook posts with videos the State believes are false. That was the basis of the FYI for another group of folks. The specific report we are sharing with you all is the most recent link to a Twitter post. The FYI does not apply to the Twitter portion of the chain (unless

MOLA_DEFSPROD_00008663

I'm misreading things, which in my current state is possible). We are not allowed to edit the reporting emails, so it creates some challenges for us when we're forwarding such reports.

On the video's authenticity, PA states in the very first email that they believe the video's are false. We are reaching out to partners to validate. Not sure we'll be able to get a validation, but can certainly pass along anything we get back.

Not sure this is helpful, so happy to chat if you'd like.

Brian

**From:** CFITF ████@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 9:41 AM
**To:** CFITF All ‹ ████@hq.dhs.gov>
**Subject:** FW: FW: Are these real?

**From:** ████████
**Sent:** Friday, November 6, 2020 2:40:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; Scully, Brian
**Cc:** ████@twitter.com; ████@twitter.com; ████@twitter.com
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Also, have PA state officials provided additional information to you on the authenticity of video or circumstances underpinning it? It seems as if the correspondence flagging this issue to you said "FYI only at this point" and there isn't additional information from the state official.

Thank you,
████

On Fri, Nov 6, 2020 at 9:35 AM ████████ ‹ ████@twitter.com> wrote:

Thank you CFITF. We only see one URL linking to a video, but no attached screenshots as were referenced in the email. Please let us know if there are additional materials you would like us to review?

Thanks,
████

On Fri, Nov 6, 2020 at 9:34 AM CFITF ‹ ████@hq.dhs.gov> wrote:

**Good morning Twitter – Please see the reporting below.**

**From:** Masterson, Matthew ███████████ @cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 9:19 AM
**To:** Scully, Brian ███████ @cisa.dhs.gov>; Dragseth, John ███████ @cisa.dhs.gov>
**Subject:** FW: Are these real?

See more below from PA. have we heard anything?

Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

████████

█████████ @hq.dhs.gov

**From:** Myers, Jessica ███████ @pa.gov>
**Sent:** Friday, November 6, 2020 9:16 AM
**To:** Masterson, Matthew ███████████ @cisa.dhs.gov>
**Subject:** Fwd: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Here's a little more. Any word on your side? We just got a request from a reporter. We know the one on our page was taken down, but it appears there are more floating out there.

Jessica C. Myers

Director of Policy

PA Department of State

████████

**From:** Yabut, Danilo < ███ @pa.gov>
**Sent:** Friday, November 6, 2020 6:29 AM
**To:** Myers, Jessica; Parker, Scott
**Cc:** Moser, Michael; Swanger, Zane
**Subject:** RE: Are these real?

I think I found a version of the video: https://twitter.com/StateofusAll/status/1324556436135882753

Dan

**From:** Yabut, Danilo
**Sent:** Friday, November 6, 2020 3:35 AM
**To:** Myers, Jessica < ██████ @pa.gov>; Parker, Scott < ██████ @pa.gov>
**Cc:** Moser, Michael < ██████ @pa.gov>; Swanger, Zane < ██████ @pa.gov>
**Subject:** RE: Are these real?

Thank you for the notice. If you got screenshots or links can you send those?

Dan

**From:** Myers, Jessica < ██████ @pa.gov>
**Sent:** Friday, November 6, 2020 12:01 AM
**To:** Yabut, Danilo < ██████ @pa.gov>; Parker, Scott < ██████ @pa.gov>
**Cc:** Moser, Michael < ██████ @pa.gov>; Swanger, Zane < ██████ @pa.gov>
**Subject:** Fwd: Are these real?

FYI only at this point

Jessica C. Myers

Director of Policy

PA Department of State

████████████

**From:** Myers, Jessica < ██████ @pa.gov>
**Sent:** Thursday, November 5, 2020 11:36 PM
**To:** Matt Masterson (DHS)
**Subject:** Re: Are these real?

The only guess I have is, if this is real, they took live feed from "remaking" damaged ballots. I just have no idea where this might have come from...

Jessica C. Myers

Director of Policy

PA Department of State

**From:** Myers, Jessica ⟨ ███ @pa.gov⟩
**Sent:** Thursday, November 5, 2020 11:22:52 PM
**To:** Matt Masterson (DHS) ⟨ ███ @hq.dhs.gov⟩
**Subject:** Are these real?

Matt,

Sorry to message late, but was going through the dos page and comments (old habits from EAC die hard) and came across these posts. Sorry to screenshot, but if you go to our page you should be able to see the comments on the post and go to the pages.

Are these making their way around the internet? Because there is no polling place I know of that has overhead cameras. Just don't want another "burning ballots" fake thing spreading.

Apologies for sending to you all first, but I didn't want to call an all hands meeting here when some of our folks are getting their first few real hours rest since Monday.

Thanks,

Jess

MOLA_DEFSPROD_00008667

**From:** CFITF ███ @hq.dhs.gov]
**Sent:** 11/6/2020 3:45:24 PM
**To:** ███ @twitter.com]; Josiah, Chad ███ @cisa.dhs.gov]; Scully, Brian ███ @cisa.dhs.gov]
**CC:** ███ @twitter.com; ███ @twitter.com
**Subject:** Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

Thank you for the update, Stacia.

**From:** ███ @twitter.com>
**Sent:** Friday, November 6, 2020 12:43:27 PM
**To:** Josiah, Chad ███ @cisa.dhs.gov>; Scully, Brian ███ @cisa.dhs.gov>
**Cc:** ███ @twitter.com ███ @twitter.com>; ███ @twitter.com ███ @twitter.com>; CFITF <cfitf@hq.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

HI Chad, all four Tweets have been labeled.

Thank you!

███

On Fri, Nov 6, 2020 at 2:26 PM ███ - ███ @twitter.com> wrote:
Thanks, Chad. We will review.

On Fri, Nov 6, 2020 at 2:15 PM Josiah, Chad < ███ @cisa.dhs.gov> wrote:

Twitter team,

Please see below reporting from official.

Regards,

Chad Josiah

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF < @hq.dhs.gov>
**Sent:** Friday, November 6, 2020 2:10 PM
**To:** CFITF All < @hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

**From:** Misinformation Reports
**Sent:** Friday, November 6, 2020 7:10:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000184: alleged tabulation fraud in Delaware County, PA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweets alleging tabulation fraud in Delaware County, PA

**From:** Sam Derheimer < @hartic.com>
**Sent:** Friday, November 6, 2020 1:59 PM
**To:** Misinformation Reports < @cisecurity.org>
**Cc:** Amy Cohen < @nased.org>
**Subject:** Misinformation from Delaware County, PA

Good morning,

I think you guys are likely already aware of this, but there is misinformation spreading widely about the counting/tabulation process in Delaware County, PA. The county is a Hart customer, and they contacted us about this, so I am sharing it. I've already seen some posts containing the video removed by Twitter, so it appears that these posts are already being flagged.

A video is widely circulating of election workers in Delaware County duplicating ballots that could not be read by scanners. This is a routine election procedure. However, the video was doctored to cut out the observers who were present at the site. It artificially looks like the election worker is filling out blank ballots unsupervised. Most of the posts claim the workers are filling out blank ballots in an apparent attempt to "steal" the election.

1.  From the London Daily News.

2.  From Drudge Report-knockoff site called Populist Press.

This Tweet previously also shared the video, with the claim that the election was being "stolen," but it has already been removed by Twitter.

Here are some other Tweets with the video that are still live:

1.  Andrew Wilkow

2.  Anna Paulina Luna

3.  Josh Kandlstick

Sharing out of an abundance of caution, in case you weren't already aware. Please let me know if you need further information.


**Samuel Derheimer**

Director of Government Affairs

**Hart InterCivic**

⬛⬛⬛⬛ (o) | ⬛⬛⬛⬛ (help desk)

⬛⬛⬛⬛ (efax) | http://www.hartintercivic.com

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

**From:** ▇▇▇▇▇▇▇▇▇▇▇ @fb.com]
**Sent:** 11/4/2020 12:48:44 PM
**To:** Misinformation Reports ▇▇▇▇ @cisecurity.org]; Scully, Brian ▇▇▇▇ @cisa.dhs.gov]; CISA Central
▇▇ @cisa.dhs.gov]; CFITF ▇▇ @hq.dhs.gov]; tips@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000153: alleged election fraud in Graves County, KY

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS has been informed. Thanks!

---

**From:** Misinformation Reports ▇▇▇▇ @cisecurity.org>
**Date:** Wednesday, November 4, 2020 at 10:11 AM
**To:** Brian Scully ▇▇▇▇ @cisa.dhs.gov>, Central CISA ▇▇ @cisa.dhs.gov>, ▇▇ @hq.dhs.gov"
◄▇▇ @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>,
Misinformation Reports ◄▇▇ @cisecurity.org>
**Cc:** ▇▇▇▇▇▇▇▇ @fb.com>
**Subject:** Case #CIS-MIS000153: alleged election fraud in Graves County, KY

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud in Graves County, KY

https://www.facebook.com/glenn.hayden.370

**From:** Dearing, Jared (SBE) ◄▇▇ @ky.gov>
**Sent:** Wednesday, November 4, 2020 10:42 AM
**To:** Misinformation Reports ◄▇▇ @cisecurity.org>
**Subject:** Misinformation

Can you have this taken down. This is Miss information voters were not given the incorrect ballots.

-Jared

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From**: | Misinformation Reports [                    ]@cisecurity.org] |
| **Sent**: | 11/5/2020 5:18:37 PM |
| **To**: | Scully, Brian [          ]@cisa.dhs.gov]; CISA Central [        ]@cisa.dhs.gov]; CFITF [     ]@hq.dhs.gov]; |
| | tips@2020partnership.atlassian.net; Misinformation Reports [          ]@cisecurity.org] |
| **CC**: | [          ]@fb.com' [          ]@fb.com] |
| **Subject**: | Case#CIS-MIS000177: Facebook post alleging election fraud |
| **Attachments**: | 177.PNG |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP – we have included Facebook in this report.

Misinformation Report: Facebook post alleging election fraud

**From:** Elections HelpDesk <[          ]@wisconsin.gov>
**Sent:** Thursday, November 5, 2020 12:53 PM
**To:** Magney, Reid - ELECTIONS <[          ]@wisconsin.gov>
**Subject:** FW: FW:

**From:** [                    ]@charter.net>
**Sent:** Thursday, November 05, 2020 12:46 PM
**To:** Elections HelpDesk <elections@wisconsin.gov>
**Subject:** FW:

There are some very frightening statements being posted. I believe this is absolutely garbage. Is there a way to debunk this before it spreads farther.

https://m.facebook.com/story.php?story_fbid=10157811093171886&id=569891885&sfnsn=mo

Sent from my Galaxy

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| From: | ▇▇▇▇▇▇▇▇▇▇▇▇▇@fb.com] |
|---|---|
| **Sent**: | 11/6/2020 12:00:12 PM |
| **To**: | Misinformation Reports ▇▇▇▇▇▇▇@cisecurity.org]; Scully, Brian▇▇▇▇▇▇ @cisa.dhs.gov]; CISA Central ▇▇▇@cisa.dhs.gov]; CFITF▇▇@hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject**: | Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have closed the loop with the partner on this one. Thanks all.

--
▇▇▇▇▇▇▇
U.S. Politics & Government Outreach
E: ▇▇▇▇▇▇
**FACEBOOK**

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇ @fb.com>
**Date:** Friday, November 6, 2020 at 10:14 AM
**To:** Misinformation Reports <▇▇▇▇▇▇▇@cisecurity.org>, Brian Scully ▇▇▇▇▇ @cisa.dhs.gov>, Central CISA▇▇▇▇ @cisa.dhs.gov>, ▇▇@hq.dhs.gov" ▇▇@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>
**Cc:** ▇▇▇@azsos.gov" <▇▇@azsos.gov>
**Subject:** Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Thanks for sending this over – we're looking into it.

--
▇▇▇▇▇▇▇
U.S. Politics & Government Outreach
E: ▇▇▇ @fb.com
**FACEBOOK**

---

**From:** Misinformation Reports <▇▇▇▇▇▇ @cisecurity.org>
**Date:** Friday, November 6, 2020 at 10:09 AM
**To:** Brian Scully <▇▇▇▇▇ @cisa.dhs.gov>, Central CISA <▇▇▇ @cisa.dhs.gov>, ▇@hq.dhs.gov" ▇▇@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports ▇▇▇▇▇▇ @cisecurity.org>
**Cc:** ▇▇▇▇ @fb.com>
**Subject:** Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Brian and EIP, I included Facebook in this report.

Misinformation report: (private) Facebook post that Trump already won AZ

**From:** Ken Matta <▇▇▇ @azsos.gov>
**Sent:** Friday, November 6, 2020 9:54 AM

**To:** Misinformation Reports <████████████@cisecurity.org>
**Subject:** Fake statement by Arizona Election Worker about fraud

Hi There.

https://www.facebook.com/photo.php?fbid=3966754973352465&set=p.3966754973352465&type=3

This post was on a private FB page, above. I've included a screenshot.

Thank you!



**KATIE HOBBS**
SECRETARY OF STATE
State of Arizona

Ken Matta
Information Security Officer
Arizona Secretary of State's Office

Email: ████@azsos.gov
Office:
Cell: 6█ ████

*This message and any messages in response to the sender of this
message may be subject to a public records request*

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by
mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.
Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | ███████████ @fb.com] |
| **Sent:** | 11/10/2020 12:17:57 PM |
| **To:** | Misinformation Reports ███████████ @cisecurity.org]; Scully, Brian ███████████ @cisa.dhs.gov]; CISA Central ███████████ @cisa.dhs.gov]; CFITF ███ @hq.dhs.gov]; tips@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This case has been closed out and the Secretary of State's office has been informed. Thanks!

**From:** Misinformation Reports <███████████ @cisecurity.org>
**Date:** Monday, November 9, 2020 at 5:29 PM
**To:** Brian Scully <███████████ @cisa.dhs.gov>, Central CISA <central@cisa.dhs.gov>, ███ @hq.dhs.gov"
<███ @hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>,
Misinformation Reports ███████████ @cisecurity.org>
**Cc:** ███████████ @fb.com>
**Subject:** Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

Brian and EIP, we have included Facebook in this report.

Misinformation repot: Facebook post that a deceased person voted in Monona County, Iowa

https://www.facebook.com/amy.zeitler

**From:** Gookin, Eric [SOS] <███████████ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 6:05 PM
**To:** Misinformation Reports <███████████ @cisecurity.org>
**Cc:** Franklin, Jeff [SOS] <███████████ @sos.iowa.gov>; Hall, Kevin [SOS] <███████████ @sos.iowa.gov>
**Subject:** RE: Facebook post

Slight correction on information from below. The voter's record was cancelled due to his death on 10/05/2009, NOT in 1999.

**From:** Gookin, Eric [SOS]
**Sent:** Monday, November 9, 2020 5:02 PM
**To:** Misinformation Reports <███████████ @cisecurity.org>
**Cc:** Franklin, Jeff [SOS] <███████████ @sos.iowa.gov>; Hall, Kevin [SOS] <███████████ @sos.iowa.gov>
**Subject:** FW: Facebook post

Good afternoon,
We received this email from a local election official about a FB post saying a deceased person voted. Attached is a screen shot of the post along with a scanned copy of the voter's cancelled VR record.

**From:** Franklin, Jeff [SOS] <███████████ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 4:30 PM

**To:** Gookin, Eric [SOS] <​          @sos.iowa.gov>
**Subject:** FW: Facebook post

Are you reporting these or is comms?

**From:** Peggy Rolph <​          @mononacounty.org>
**Sent:** Friday, November 6, 2020 9:10 AM
**To:** cyber          @sos.iowa.gov>
**Subject:** Facebook post

Good Morning,

I reached out to Wes at Secretary of State's office and he informed me to get this information to you. I received a complaint about a Facebook post that implies a deceased person had voted. I have attached the post from Facebook and my record from I Voters to show you that the person is deceased and has been a canceled vote since 8/18/1999. We also do not have a precinct named ON204. My office received a call from this person's mother yesterday and she was upset. I then had another citizen come into my office wanting to know how this was posted on Facebook. We received another phone call this morning from the step father wanting to know how this is happening. I hope that you can assist with this matter.

*Peggy A. Rolph*
*Monona County Auditor &*
*Commissioner of Elections*



*Fax*
*@mononacounty.org*

*"Believe you can and you're halfway there." – Theodore Roosevelt*

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to helpdesk@sos.iowa.gov

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008650

| From: | Misinformation Reports [ ▓▓▓▓ @cisecurity.org] |
|---|---|
| Sent: | 11/11/2020 8:51:20 PM |
| To: | Scully, Brian ▓▓▓▓ @cisa.dhs.gov]; CISA Central ▓▓▓▓ @cisa.dhs.gov]; CFITF ▓▓▓▓ @hq.dhs.gov]; tips@2020partnership.atlassian.net; Misinformation Reports ▓▓▓▓ @cisecurity.org] |
| CC: | ▓▓▓@twitter.com |
| Subject: | Case #CIS-MIS000197: allegations of election fraud in Kentucky |
| Attachments: | 197.PNG |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Twitter in this report.

Twitter, please see below the Misinformation Report submitted by the office of the Secretary of State of Kentucky: tweet alleging election fraud in Kentucky

**From:** Dearing, Jared (SBE) ▓▓▓▓ @ky.gov>
**Sent:** Wednesday, November 11, 2020 8:39 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:**

https://twitter.com/kimmyann1111/status/1326584103844544512?s=12

These facts are not correct and are spreading misinformation.

-Jared

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

▓ ▓ ▓  ▓ ▓ ▓

| From: | Misinformation Reports ████████@cisecurity.org] |
|---|---|
| Sent: | 11/11/2020 6:07:35 PM |
| To: | ███@twitter.com |
| CC: | CISA Central ████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; Scully, Brian ████@cisa.dhs.gov]; Misinformation Reports ████████@cisecurity.org] |
| Subject: | Fwd: Case #CIS-MIS000196: allegations of election fraud |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Twitter,

Please see below a Misinformation Report submitted by the Kentucky Secretary of State office.

Because today is a holiday, we are forwarding this report directly to you.

Election Infrastructure Information Sharing and Analysis Center

Center for Internet Security

Email: ████████@cisecurity.org

www.cisecurity.org

Begin forwarded message:

**From:** Misinformation Reports ████████@cisecurity.org>
**Date:** November 11, 2020 at 4:49:18 PM EST
**To:** Brian Scully ████@cisa.dhs.gov>, CISA Central ████@cisa.dhs.gov>, CISA CFITF ████@hq.dhs.gov>, EIP <tips@2020partnership.atlassian.net>, Misinformation Reports ████████@cisecurity.org>
**Subject: Case #CIS-MIS000196: allegations of election fraud**

Twitter account alleging election fraud: https://twitter.com/DianeKnudsen7

**From:** Dearing, Jared (SBE) ████████@ky.gov>
**Sent:** Wednesday, November 11, 2020 4:28 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Subject:** Missinformation

This user is pushing missinformation about election fraud that does not exist. looking at the entire account it looks like bot trolling activity if not an out right disinformation account.

-Jared

Get Outlook for iOS

.....

MOLA_DEFSPROD_00008637



4:24 ✈                                  .ıl LTE ▭

**Diane**
@DianeKnudsen7

Fight for the things that you care about, but do it
in a way that will lead others to join you - RBG
#Resist #StrongerTogether #FBR

⊙ Waxhaw, NC   🗓 Joined May 2020

**6,777** Following   **7,140** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |
|--------|------------------|-------|-------|

📌 Pinned Tweet

**Diane** @DianeKnudsen7 · 1d
KENTUCKY NEEDS TO BE
INVESTIGATED
BALLARD - McConnell won by 74.64% of
4.2k votes - that's roughly 3,134 people.
Ballard county has 2,285 registered
republicans as of 10/10/2020
@AmyMcGrathKY @marceelias
#VoterSuppression
1/4

MOLA_DEFSPROD_00008638

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008639

| | |
|---|---|
| **From**: | ▮▮▮▮▮▮ @twitter.com] |
| **Sent**: | 11/11/2020 10:06:41 PM |
| **To**: | Scully, Brian ▮▮▮▮▮ @cisa.dhs.gov] |
| **CC**: | ▮▮▮▮▮▮▮▮ @twitter.com]; ▮▮▮▮▮▮▮▮ @twitter.com]; Twitter Government & Politics |
| | ▮▮▮▮ @twitter.com]; CFITF▮▮▮▮ @hq.dhs.gov]; Misinformation Reports▮▮▮▮ @cisecurity.org] |
| **Subject**: | Re: FW: CIS-MIS000198 - allegations of election fraud in Kentucky |

**CAUTION**: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We will escalate.

On Wed, Nov 11, 2020 at 9:54 PM Scully, Brian < ▮▮▮▮ @cisa.dhs.gov> wrote:

Team Twitter,

Please see the below report from KY.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ▮▮▮▮ @cisecurity.org>
**Sent:** Wednesday, November 11, 2020 9:44 PM
**To:** Scully, Brian < ▮▮▮▮ @cisa.dhs.gov>; CISA Central < ▮▮▮▮ @cisa.dhs.gov>; CFITF
▮▮▮▮ @hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports
▮▮▮▮ @cisecurity.org>
**Subject:** CIS-MIS000198 - allegations of election fraud in Kentucky

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00008631

Misinformation report: series of tweets alleging election fraud in Kentucky

**From:** Dearing, Jared (SBE) <span style="color:blue">@ky.gov></span>
**Sent:** Wednesday, November 11, 2020 9:23 PM
**To:** Misinformation Reports <span style="color:blue">@cisecurity.org></span>
**Subject:** Misinformation

https://twitter.com/grassrootsspeak/status/1326593623522152450?s=12

These facts are incorrect and this user is spreading misinformation.

-Jared

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008632

| | |
|---|---|
| **From**: | ████████ @twitter.com] |
| **Sent**: | 11/12/2020 9:27:50 AM |
| **To**: | Scully, Brian ████████ @cisa.dhs.gov] |
| **CC**: | CFITF ███ @hq.dhs.gov]; Misinformation Reports ████████ @cisecurity.org]; ███████ @twitter.com]; ████████ @twitter.com] |
| **Subject**: | Re: CIS-MIS000199 – allegations of election fraud in Kentucky |

**CAUTION**: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks Brian. We will escalate.

On Thu, Nov 12, 2020 at 9:26 AM Scully, Brian ████████ @cisa.dhs.gov> wrote:

Good morning Twitter,

Please see reporting from KY.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

(202) 450-8046

brian.scully1@cisa.dhs.gov

**From:** CFITF <████ @hq.dhs.gov>
**Sent:** Thursday, November 12, 2020 8:51:35 AM

**To:** CFITF All             @hq.dhs.gov>
**Subject:** FW: CIS-MIS000199 - allegations of election fraud in Kentucky

---

**From:** Misinformation Reports
**Sent:** Thursday, November 12, 2020 1:51:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; tips@2020partnership.atlassian.net; Misinformation Reports
**Subject:** CIS-MIS000199 - allegations of election fraud in Kentucky

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: five (5) tweets alleging election fraud in Kentucky.

**From:** Dearing, Jared (SBE)             @ky.gov>
**Sent:** Wednesday, November 11, 2020 11:27 PM
**To:** Misinformation Reports             @cisecurity.org>
**Subject:** Misinformation

This is misinformation and is being spread repeatedly can you please search for similar content that is being put out on your platform.

https://twitter.com/vammek/status/1326683752357978112?s=12

https://twitter.com/lillygrillzit/status/1326649213468332032?s=12

https://twitter.com/skywalkeranakn/status/1326706794891243521?s=12

https://twitter.com/vammek/status/1326705839760027648?s=12

https://twitter.com/vammek/status/1326683637664772098?s=12

-Jared
Executive Director
Kentucky State Board of Elections

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008630

| From: | ▮▮▮▮▮▮▮▮▮▮▮▮▮@twitter.com] |
|---|---|
| Sent: | 11/11/2020 12:11:52 AM |
| To: | Scully, Brian ▮▮▮▮▮▮@cisa.dhs.gov] |
| CC: | ▮▮▮▮▮▮▮▮▮@twitter.com]; ▮▮▮▮▮▮▮▮▮@twitter.com]; Twitter Government & Politics |
| | ▮▮@twitter.com]; CFITF ▮▮@hq.dhs.gov]; Misinformation Reports ▮▮▮▮▮@cisecurity.org] |
| Subject: | Re: FW: Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you. All Tweets have been labeled, with the exception of two from @SeattleSuze. Those two Tweets were not found to violate our policies.

Thank you,
▮▮▮▮

On Tue, Nov 10, 2020 at 7:25 PM ▮▮▮▮▮▮▮▮▮@twitter.com> wrote:
Thanks, Brian. We will escalate.

On Tue, Nov 10, 2020 at 7:23 PM Scully, Brian ▮▮▮▮▮@cisa.dhs.gov> wrote:
Good evening Twitter,

Please see the below report from Washington.

Thanks,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, November 10, 2020 7:17 PM

**To:** Scully, Brian ◀ ▮▮▮▮ @cisa.dhs.gov>; CISA Central ◀ ▮▮▮ @cisa.dhs.gov>; CFITF ▮▮▮ @hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports < ▮▮▮ @cisecurity.org>
**Subject:** Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: twelve (12) tweets alleging election fraud with Dominion voting equipment in Washington state.

**From:** Jacob, Nick ◀ ▮▮▮ @sos.wa.gov>
**Sent:** Tuesday, November 10, 2020 7:03 PM
**To:** Misinformation Reports < ▮▮▮▮ @cisecurity.org>
**Cc:** Lori Augino < ▮▮▮ @sos.wa.gov>; Zabel, Kylee ▮▮▮ @sos.wa.gov>; Boyal, Kiran ▮▮▮ @sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

Franklin County is the only county in Washington state that uses a version of Dominion software and hardware. The system in use has been certified, and we are not aware of any issues.

No counties in Washington state use GEMS.

Additionally, each county conducts post-election audits in the days after the election that are publicly observable, which provides another layer of protection to ensure the results they certify later this month are accurate. At the end of the certification period, each county will publish a reconciliation report that discloses details about all of the ballots issued, received, counted, and rejected during this election.

https://twitter.com/LuvMyCountry7/status/1326303394147921920

https://twitter.com/seattleSuze/status/1326208987348398080

https://twitter.com/seattleSuze/status/1326209828717436928

https://twitter.com/MatthewMacphe17/status/1326212450585210880

https://twitter.com/MatthewMacphe17/status/1326211588089470976

https://twitter.com/MatthewMacphe17/status/1326204530543882240

https://twitter.com/MatthewMacphe17/status/1326202866567049216

https://twitter.com/Katrina64718085/status/1326311025738575872

https://twitter.com/Maga2020Rules/status/1326187323566948352

https://twitter.com/lazalere/status/1326082445196681216

https://twitter.com/TerenaHimpel/status/1326006222034665472

https://twitter.com/LolaTwelve/status/1325934941503250433

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: ▮▮▮▮▮▮▮▮▮





.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008643