| | |
|---|---|
| **From**: | ▮▮▮▮▮@twitter.com] |
| **Sent**: | 12/1/2020 7:42:23 PM |
| **To**: | Scully, Brian ▮▮▮▮@cisa.dhs.gov] |
| **CC**: | ▮▮▮▮@twitter.com]; ▮▮▮▮@twitter.com]; CFITF ▮▮@hq.dhs.gov]; Misinformation Reports ▮▮▮▮@cisecurity.org] |
| **Subject**: | Re: FW: CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -
We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM Scully, Brian ▮▮▮▮@cisa.dhs.gov> wrote:

Hey ▮▮▮ and ▮▮▮

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <▮▮▮▮@cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** Scully, Brian <▮▮▮▮@cisa.dhs.gov>; CISA Central <▮▮▮▮@cisa.dhs.gov>; CFITF <▮▮@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <▮▮▮▮@cisecurity.org>
**Subject:** CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

EXHIBIT 11

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP - misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/CodeMonkeyZ/status/1333641704839147520



**From:** Aaron Wilson
**Sent:** Tuesday, December 1, 2020 4:19 PM
**To:** ▇▇▇▇▇@gwinnettcounty.com; Kristi Royston <▇▇▇▇▇@gwinnettcounty.com>; Matthew Puckett <▇▇▇▇▇@gwinnettcounty.com>
**Cc:** Mike Garcia <▇▇▇▇▇@cisecurity.org>; Misinformation Reports <▇▇▇▇▇@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Thank you Kelvin. We will report this tweet to Twitter along with your explanation. We will keep you posted.

Thanks,

Aaron

**From:** ▇▇▇▇▇@gwinnettcounty.com <▇▇▇▇▇@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 4:13 PM
**To:** Kristi Royston <▇▇▇▇▇@gwinnettcounty.com>; Aaron Wilson <▇▇▇▇▇@cisecurity.org>; Matthew Puckett <▇▇▇▇▇@gwinnettcounty.com>

**Cc:** Mike Garcia <███████@cisecurity.org>; Misinformation Reports <███████@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables.

The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems



**Kelvin D. Williams** | Assistant Elections Supervisor / Asistente del Supervisor de Elecciones | Gwinnett County Board of Voter Registrations and Elections / Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett | Phone / Teléfono: ███████ | Address / Dirección: ███████████████████ | ███████@gwinnettcounty.com
*Find out what's going on in Gwinnett County. Sign up for email newsletters today!*

---

**From:** Royston, Kristi <███████@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** Aaron Wilson <███████@cisecurity.org>; Puckett, Matthew <███████@gwinnettcounty.com>
**Cc:** Mike Garcia <███████@cisecurity.org>; Misinformation Reports <███████@cisecurity.org>; Williams, Kelvin <███████@gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied Kelvin William's, assistant elections supervisor, on this email. Earlier today he shared some information with our Communications Director that he can now share with you in order to help.

Thanks,
Kristi

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: Aaron Wilson <​███████@cisecurity.org>
Date: 12/1/20 3:20 PM (GMT-05:00)
To: "Puckett, Matthew" <███████@gwinnettcounty.com>, "Royston, Kristi" <███████@gwinnettcounty.com>
Cc: Mike Garcia <███████@cisecurity.org>, Misinformation Reports <███████@cisecurity.org>
Subject: Possible Gwinnett Election Misinformation

**CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact ███████@gwinnettcounty.com.

Hi Kristi,

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**
https://twitter.com/CodeMonkeyZ/status/1333641704839147520

Thanks,

Aaron

**Aaron Wilson**
Sr. Director of Election Security
███████@cisecurity.org
███████



   

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008604