BEFORE THE FEDERAL ELECTION COMMISSION

|                          |   |
|--------------------------|---|
| In re MUR 7821           | ) |
|                          | ) |
|                          | ) |

### DECLARATION OF YOEL ROTH

1. My name is Yoel Roth. This declaration is made upon my personal knowledge and belief.

2. I am Head of Site Integrity at Twitter, which is part of Twitter's Trust & Safety department. In this role, I lead the company's Site Integrity Team, which assesses content posted on Twitter to determine whether it violates the company's policies.

3. Visitors to the Twitter website and users of the mobile application can report content that may violate the company's policies. Twitter also uses machine-learning programs to identify content that may violate Twitter policies.

4. The Site Integrity Team also receives and reviews reports, including from security consultants, regarding hacking incidents.

5. The Site Integrity Team assesses content flagged for review under Twitter's policies.

6. Twitter regularly enforces its policies, including the Distribution of Hacked Materials Policy and Private Information Policy. The TwitterService team assists with implementation of such enforcement actions.

EXHIBIT 13

7. As a matter of practice, neither I nor the other members of the Site Integrity Team communicate directly with persons outside Twitter that report content for violating Twitter's policies.

8. For routine content moderation decisions, the Site Integrity Team makes enforcement decisions. For high-profile matters and content that presents more complex considerations, the Site Integrity Team performs an initial assessment and escalates the matter internally for a final enforcement decision.

9. When evaluating potentially hacked material to determine if there is a violation of Twitter's Distribution of Hacked Materials Policy, the Site Integrity Team considers public declarations of hacking as determinative. If no such claim is made, the Site Integrity Team considers other indicia of hacking to assess whether the material was obtained through hacking based on the team's experience and expertise.

10. Since 2018, I have had regular meetings with the Office of the Director of National Intelligence, the Department of Homeland Security, the FBI, and industry peers regarding election security.

11. During these weekly meetings, the federal law enforcement agencies communicated that they expected "hack-and-leak operations" by state actors might occur in the period shortly before the 2020 presidential election, likely in October. I was told in these meetings that the intelligence community expected that individuals associated with political campaigns would be subject to hacking attacks and that material obtained through those hacking attacks would likely be disseminated over social media platforms, including Twitter. These expectations of hack-and-leak operations were discussed throughout 2020. I also learned in

these meetings that there were rumors that a hack-and-leak operation would involve Hunter Biden.

12.     On October 14, 2020, I learned from media coverage that the New York Post had posted articles to its website that morning containing emails and other personal materials purportedly found on a hard drive that allegedly belonged to Hunter Biden.

13.     The Site Integrity Team preliminarily determined that the information in the articles could have been obtained through hacking, based on, among other things, the type of material, the sourcing described in the articles, and the information security community's initial reactions.

14.     The materials in the New York Post articles also contained personal email addresses and telephone numbers, and so sharing them on Twitter violated the Private Information Policy.

15.     Given the high-profile nature of the material and publisher, the Site Integrity Team escalated the New York Post articles for further review.

16.     Twitter's Trust & Safety leadership determined that the New York Post articles violated the Distribution of Hacked Materials Policy and the Private Information Policy and instructed the Site Integrity Team to execute enforcement of those policies.

17.     At approximately 10:20 a.m. Pacific time on October 14, 2020, the Site Integrity Team implemented the enforcement action.  Per the procedures and sanctions set out in the policies, the Site Integrity Team blocked Twitter users from sharing links over Twitter to the applicable New York Post articles and prevented users who had previously sent Tweets sharing those articles from sending new Tweets until they deleted the Tweets violating Twitter's policies.

3

18. I did not receive any communications from or have any communications with representatives of Biden for President, the Democratic National Committee, or any of their agents regarding the New York Post articles before Twitter implemented the enforcement actions on October 14, 2020.

19. To the best of my knowledge, no Twitter employee received any communications from or had any communications with representatives of Biden for President, the Democratic National Committee, or any of their agents regarding the New York Post articles before Twitter implemented the enforcement actions on October 14, 2020.

\* \* \*

*Yoel Roth*
Yoel Roth (Dec 17, 2020 16:15 PST)
Yoel Roth

Date: Dec 17, 2020

Signature: *Yoel Roth*
Yoel Roth (Dec 17, 2020 16:15 PST)
Email: ▮@twitter.com
Title: Head of Site Integrity
Company: Twitter Inc.

4