```
1           IN THE UNITED STATES DISTRICT COURT
2         FOR THE WESTERN DISTRICT OF LOUISIANA
3                    MONROE DIVISION
4                       ---oOo---
5
6
    STATE OF MISSOURI, et al.,      )
7                                   )
                     Plaintiff,     )
8                                   )
          vs.                       )   Case No.
9                                   )   3:22-cv-01213
    JOSEPH R. BIDEN, JUNIOR, et     )   -TAD-KDM
10  al.,                            )
                                    )
11                   Defendants.    )
                                    )
12
13
14
15                      ---oOo---
16         TUESDAY, NOVEMBER 29, 2022
17   ZOOM VIDEOTAPED DEPOSITION OF ELVIS CHAN
18                      ---oOo---
19
20
21
22
23
24   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
25
```

EXHIBIT 14

1    A.   So as I mentioned to you before, the only
2    individuals I remember who regularly spoke at these
3    meetings were Mr. Masterson and Mr. Scully.
4    Q.   And those individuals discussed how to
5    defend against hacking operations?
6    A.   Yes.
7    Q.   Did they specifically say that they
8    anticipated or there was a risk that there might be
9    Russian hack-and-leak operations before the 2020
10   election?
11   A.   I don't specifically recall, but that
12   sounds like something that they would have the
13   general -- they would have the same concern or
14   similar concern that I have.
15   Q.   They might -- you believe they expressed
16   that concern in these meetings?
17   A.   I do not recall any specific situations
18   where they did, but that, I believe, is something
19   that they may have discussed.
20   Q.   And that would include both Mr. Masterson
21   and Mr. Scully, to your recollection?
22   A.   Yes.
23   Q.   Were you aware in 2020 that the FBI had
24   Hunter Biden's laptop in its possession?
25        MR. SUR:  Objection; lacks foundation,

```
 1   let me ask you this:  Did you express that concern
 2   would be, quote, likely in October?
 3       A.   I would say possible in October.
 4       Q.   He refers to the federal law enforcement
 5   agencies, plural, in that sentence.  Do you see
 6   that?
 7       A.   Yes.
 8       Q.   And other federal law enforcement agencies
 9   other than the FBI also convey an expectation or
10   concern that Russian hack-and-leak operations would
11   occur shortly before the 2020 election?
12       A.   Not to my -- not to my knowledge.
13       Q.   So the only agency you recall conveying
14   that information is the FBI?
15       A.   The only federal law enforcement agency I
16   remember conveying our concern was the FBI.
17       Q.   How about any other agency?
18       A.   As I mentioned, I believe CISA would have
19   had the same concern as the FBI.
20       Q.   And that was relayed through Mr. Masterson
21   and Mr. Scully, I think you said, correct?
22       A.   Correct.
23       Q.   Any other agencies or federal officials
24   raise those concerns other than you, Ms. Dehmlow,
25   Mr. Masterson and Mr. Scully?
```

```
 1       A.   I believe that the senior election
 2   official from ODNI would also have flagged that as
 3   a concern.  Because that was a concern across the
 4   entire U.S. government.
 5       Q.   Who is that?
 6       A.   At the time the senior election official
 7   was Shelby Pierson.
 8       Q.   What did Mr. -- is that Mr. or Ms.?
 9       A.   Ms., Ms. Pierson.
10       Q.   What did Ms. Pierson say about that
11   concern for the social media platforms in these
12   meetings?
13       A.   I don't recall what she exactly said, but
14   the sentiment would have been similar to what I
15   already conveyed, which is that I was concerned
16   about the potential for hack-and-leak operations.
17   However, we were not aware of any pending
18   hack-and-leak operations.  I believe she would have
19   shared the same sentiment.
20       Q.   Do you remember anything specific about
21   what she said?
22       A.   I don't.
23       Q.   Mr. Roth in the affidavit goes on to say,
24   "I was told in these meetings that the intelligence
25   community expected that individuals associated with
```