| | |
|---|---|
| **From**: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent**: | 4/14/2022 12:52:23 PM |
| **To**: | [redacted]@fb.com]; [redacted]@fb.com]; Schaul, Robert [redacted]@cisa.dhs.gov]; Senninger, Marcus [redacted]@cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) [redacted]@cisa.dhs.gov]; Hale, Geoffrey (He/Him) [redacted]@cisa.dhs.gov]; Snell, Allison (She/Her) [redacted]@cisa.dhs.gov]; [redacted]@fb.com]; [redacted]@fb.com]; Scully, Brian [redacted]@cisa.dhs.gov] |
| **CC**: | [redacted]@fb.com] |
| **Subject**: | RE: [Prep] USG | Industry Call (Monthly) |

Hi All,

Sharing a tentative agenda for next week's USG/Industry Sync. Looking forward to discussing at 1:00.

<u>March USG | Industry Call Annotated Agenda</u>

1. <u>Opening</u> (**Facilitator: Lauren**)
a. Roll Call: CISA, FBI, DNI, DHS
b. One-Pager Reminder
2. <u>Government Meeting Topics</u> (**Facilitator: Lauren**)
a. DHS Brief (Tentative)
b. Information Sharing Around Elections Risk (CISA: Hale, DNI: [redacted], FBI: Demlow/Criminal Investigative Unit, DHS: Beckman)
i. **Industry Prompts:**
1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
3. <u>Industry Meeting Topics</u> (**Facilitator: Meta**)


Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: [redacted] | Email: [redacted]@cisa.dhs.gov | HSDN: [redacted]@dhs.sgov.gov | CLAN: lfprotentis@dhs.ic.gov

-----Original Appointment-----
**From:** [redacted]@fb.com>
**Sent:** Tuesday, March 29, 2022 5:30 PM
**To:** [redacted]; [redacted] Protentis, Lauren; Schaul, Robert; Senninger, Marcus; Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); [redacted]; [redacted]
**Cc:** [redacted]
**Subject:** [Prep] USG | Industry Call (Monthly)

EXHIBIT 15

**When:** Thursday, April 14, 2022 10:00 AM-10:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://fb.zoom.us/j/97641435542?pwd=KzNWU0c2dHlRME53SHFpSFdYdk4wZz09

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

One-off prep meeting scheduled on Thursday due to calendar conflicts

**Prep Mtg** – Occurs the 2nd Wednesday monthly

WAYS TO JOIN

Join Zoom Meeting
https://fb.zoom.us/

Meeting ID: 2
Passcode:

One tap Mobile
+1 (San Jose)
+1 (San Jose)

Dial by your location
toll: + )
toll: + US)
toll: + )
toll: + DC US)
toll: + )
toll: + )
tollfre
tollfre
tollfre
tollfre
Meeti
Passc

