| | |
|---|---|
| **From**: | [REDACTED]@fb.com] |
| **Sent**: | 9/16/2020 2:17:55 PM |
| **To**: | Masterson, Matthew [REDACTED]@cisa.dhs.gov]; Scully, Brian [REDACTED]@cisa.dhs.gov] |
| **CC**: | Snell, Allison [REDACTED]@cisa.dhs.gov]; Hale, Geoffrey [REDACTED]@cisa.dhs.gov]; [REDACTED]@fb.com] |
| **Subject**: | Today's industry statement |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Gents,

Apologize for the late sharing of the statement below, but wanted to ensure you had the statement we will look to release following today's meeting.

Many thanks-- as always --for your partnership.

Best,
Sandy


JOINT INDUSTRY STATEMENT:

"For several years, tech companies have worked together, and with U.S. government agencies tasked with protecting the integrity of elections, to counter election threats across our respective platforms. As we approach the November election, we continue to prepare, meet regularly, and share updates on the threats we see. At today's meeting, we specifically discussed:

1.      Ways to help provide real-time, clear information about the voting process and election results given expected logistical disruptions posed by COVID-19.
2.      Ways to counter targeted attempts to undermine the election conversation before, during, and after the election. This includes preparing for possible so-called "hack and leak" operations attempting to use platforms and traditional media to amplify unauthorized information drops.
3.      Detection efforts for potential cyberattacks targeting campaigns, voting agencies, and agencies responsible for voting infrastructure.

As the global pandemic poses unprecedented challenges for the 2020 U.S. election, we will continue this ongoing communication and close work between industry and U.S. institutions tasked with election security to share key findings and operational insights in the weeks to come."


Can confirm:
Among participants in today's industry-government meeting were: Google, Microsoft, Facebook, Twitter, Reddit, Verizon Media, Pinterest, LinkedIn, Wikimedia Foundation, the Cybersecurity and Infrastructure Security Agency (CISA), the FBI's Foreign Influence Task Force, DOJ's National Security Division, and the Office of the Director of National Intelligence (ODNI).



EXHIBIT 16