| | |
|---|---|
| **From**: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent**: | 4/19/2022 9:45:23 AM |
| **To**: | ███████████ @fb.com]; ███████████ @fb.com]; ███████████ @fb.com] |
| **Subject**: | Agenda for April Industry/USG Sync |

Hi All,

Sharing the agenda for tomorrow's call. We won't be having a discussion on DHS organizational changes this month, we will likely do that in May.

1.   Opening (**Facilitator: Lauren**)
a.   Roll Call: CISA, FBI, DNI, DHS
b.   One-Pager Reminder
2.   Government Meeting Topics (**Facilitator: Lauren**) w
a.   Information Sharing Around Elections Risk (CISA: Hale, DNI: ███ FBI: Demlow, DHS: Beckman)
i.    CISA: Infrastructure Risks
ii.   DHS I&A: Infrastructure Activity
iii.  DNI: Geopolitical Considerations
iv.   FBI: Other
3.   Industry Meeting Topics (**Facilitator: Meta**)


Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ███████████ | Email: ███████████ @cisa.dhs.gov | HSDN: ███████████ @dhs.sgov.gov | CLAN: ███████████ @dhs.ic.gov

**EXHIBIT 17**

**From:** Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT]
**Sent:** 7/20/2022 10:16:12 AM
**To:** _____ @fb.com]; _____ @fb.com]; _____ @fb.com]
**CC:** _____ @fb.com]
**Subject:** Agenda: USG | Industry Call

Hi All,

Looking forward to connecting today, I pulled the agenda together below for today's call. Let me know if you have any questions.

1. Opening (**Facilitator: Lauren**)
2. Government Meeting Topics (**Facilitator: Lauren**)
b. Information Sharing Around Elections Risk

    **i. Annotation – Industry Prompts:**

1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?

    **ii. Annotation – Briefing Structure**

4. CISA – Elections Infrastructure Risks (Scully)
5. DHS I&A – Infrastructure Activity (Beckman)
6. FBI – Domestic Adversarial Actor Update (Dehmlow)
7. DNI – Geopolitical Considerations (███)
3. Industry Meeting Topics (**Facilitator: Meta**)
a. Industry Briefs
i. **Annotation – USG Prompts:**

i.          To what extent have you identified notable commonalities/differences between how foreign actors seek to use social media to influence their expatriate populations within the US on elections/other topics of strategic interest versus the broader US public? What stands out?

ii.          Do you and to what extent assess that foreign actors display greater willingness to directly engage US political entities, US activists, and US media organizations that fall within diaspora communities? Do these engagements stand out to you or do you judge them as largely consistent with steady state foreign influence behavior across target audiences?

iii.          To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████ | Email: ███████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov | CLAN: ████████ @dhs.ic.gov

| From: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
|---|---|
| Sent: | 4/14/2022 12:52:23 PM |
| To: | ████████████@fb.com]; ██████████████@fb.com]; Schaul, Robert ████████@cisa.dhs.gov]; Senninger, Marcus █████████████@cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) ██████@cisa.dhs.gov]; Hale, Geoffrey (He/Him) ███████@cisa.dhs.gov]; Snell, Allison (She/Her) ██████@cisa.dhs.gov]; ██████@fb.com]; ████████████@fb.com]; Scully, Brian ████████@cisa.dhs.gov] |
| CC: | ████████@fb.com] |
| Subject: | RE: [Prep] USG \| Industry Call (Monthly) |

Hi All,

Sharing a tentative agenda for next week's USG/Industry Sync. Looking forward to discussing at 1:00.

### March USG | Industry Call Annotated Agenda

1. Opening (**Facilitator: Lauren**)
a. Roll Call: CISA, FBI, DNI, DHS
b. One-Pager Reminder
2. Government Meeting Topics (**Facilitator: Lauren**)
a. DHS Brief (Tentative)
b. Information Sharing Around Elections Risk (CISA: Hale, DNI: ████, FBI: Demlow/Criminal Investigative Unit, DHS: Beckman)
i. **Industry Prompts:**
1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
3. Industry Meeting Topics (**Facilitator: Meta**)

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████████ | Email: ████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov | CLAN: ████████ @dhs.ic.gov

-----Original Appointment-----
**From:** ████████████ @fb.com>
**Sent:** Tuesday, March 29, 2022 5:30 PM
**To:** ████████████; ████████; Protentis, Lauren; Schaul, Robert; Senninger, Marcus; Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); ████████ ;
**Cc:** ████████
**Subject:** [Prep] USG | Industry Call (Monthly)

**When:** Thursday, April 14, 2022 10:00 AM-10:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://fb.zoom.us/j/97641435542?pwd=KzNWU0c2dHlRME53SHFpSFdYdk4wZz09

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

One-off prep meeting scheduled on Thursday due to calendar conflicts

**Prep Mtg –** Occurs the 2nd Wednesday monthly

WAYS TO JOIN

Join Zoom Meeting

Meeting ID:
Passcode: 09

One tap Mobile
+1                                        # US (San Jose)
+1                                        # US (San Jose)

Dial by your location
toll: +                 an Jose US)
toll: +                 ew York US)
toll: +                 acoma US)
toll: +                 ashington DC US)
toll: +                 nicago US)
toll: +                 ouston US)
tollfre                  (US)
tollfre                  (US)
tollfre                  (US)
tollfree:
Meeting
Passcode:

**Sent**:        8/11/2020 2:13:42 PM
**To**:          ▮▮▮▮▮▮▮▮@fb.com]; Scully, Brian ▮▮▮▮@cisa.dhs.gov]
**CC**:          ▮▮▮▮▮▮@fb.com];▮▮▮▮▮▮▮▮▮▮▮@fb.com]
**Subject**:     RE: Draft August 2020 Agenda for USG/Industry Meeting


▮▮▮▮▮▮thanks. I know WSJ reached out for comment but not sur

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮@hq.dhs.gov



**From:** ▮▮▮▮▮▮▮▮▮@fb.com>
**Sent:** Tuesday, August 11, 2020 2:12 PM
**To:** Masterson, Matthew ▮▮▮▮▮▮▮@cisa.dhs.gov>; Scully, Brian▮▮▮▮▮@cisa.dhs.gov>
**Cc:** ▮▮▮▮▮@fb.com>;▮▮▮▮▮▮@fb.com>
**Subject:** Re: Draft August 2020 Agenda for USG/Industry Meeting

Matt,

Thanks for the quick reply and for forwarding to your partners.

On your other question, our desire to make a statement has been in the "works" for a while—it just took us time to coalesce and pull it together. Bottom line--we have wanted to highlight all the good work we have done together; it is It is unrelated to the WSJ story.

**From:** '▮▮▮▮▮@cisa.dhs.gov" ▮▮▮▮▮▮@cisa.dhs.gov>
**Date:** Tuesday, August 11, 2020 at 1:58 PM
**To:** ▮▮▮▮▮@fb.com>, ▮▮▮▮▮@cisa.dhs.gov>
**Cc:** ▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮@fb.com>
**Subject:** RE: Draft August 2020 Agenda for USG/Industry Meeting

Thanks Sandy. We will share with our Gov't partners. Is this being offered in part because of WSJ outreach? I spoke off the record with the reporter and reinforced the good work we are all doing.

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

▮▮▮▮▮▮
▮▮▮▮▮▮▮@hq.dhs.gov

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, August 11, 2020 1:56 PM
**To:** Masterson, Matthew <▮▮▮▮▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov>; Scully, Brian ▮▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ s@fb.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Draft August 2020 Agenda for USG/Industry Meeting

Gents,

Hope you are doing well. We saw your email about the Clemson researchers and are taking a look and will come back on that. Appreciate your sharing and advocacy there.

In the meantime, we wanted to share for awareness that tomorrow after our USG/Industry meeting, the industry side will be releasing the below statement (close hold/under embargo until released), and we wanted to let you know in case you would like to share with the other USG participants?

Separately, would it be possible for DNI attendees on the call to share more detail and color around the Evanina statement released last week? Many of our industry attendees are keen to hear and learn more about this tomorrow during our meeting: https://www.dni.gov/index.php/newsroom/press-releases/item/2139-statement-by-ncsc-director-william-evanina-election-threat-update-for-the-american-public

Thanks so much, and see you tomorrow!

▮▮▮▮▮

### Joint industry statement:

"For the past several years, we have worked closely to counter information operations across our platforms. We have collaborated in preparation for the upcoming election and regularly meet to discuss trends with U.S. government agencies tasked with protecting the integrity of the election. We held the latest in a series of meetings with government partners today where we each provided updates on what we're seeing on our respective platforms and what we expect to see in the coming months. Specifically, we discussed preparations for the upcoming conventions and scenario planning related to election results. We will continue to stay vigilant on these issues and meet regularly ahead of the November election."

### Background:

• Since 2018, the tech industry and U.S. government agencies tasked with protecting the integrity of the election have been regularly meeting to discuss election security and ways to counter information operations across the Internet.

• Among participants in today's industry-government meeting were: Google, Facebook, Twitter, Reddit, Microsoft, Verizon Media, Pinterest, LinkedIn, the Cybersecurity and Infrastructure Security Agency (CISA), the FBI's Foreign Influence Task Force, DOJ's National Security Division, and the Office of the Director of National Intelligence (ODNI).

**From:** ██████████████ @fb.com>
**Date:** Friday, August 7, 2020 at 8:57 AM
**To:** Matthew Masterson ██████████████ @hq.dhs.gov>, "Scully, Brian" ██████████ @cisa.dhs.gov>
**Cc:** "Snell, Allison" ██████████ @hq.dhs.gov>, '██████ @cisa.dhs.gov" <██████ @cisa.dhs.gov>, ██████ @fb.com>, ██████████ @fb.com>
**Subject:** Draft August 2020 Agenda for USG/Industry Meeting

Brian & Matt,

Provided below is industry's proposed agenda for next week's meeting. Let us know if you have any questions.

Best,
██████

https://docs.google.com/presentation/d/1LoYEnP1AJCId924OLXH4PXnTweGmMEopJGI_D1xNj5M/edit#slide=id.g84d100c656_0_0

August 2020 USG/Industry Meeting

- 10 minutes: Dial In/Opening
  - 30 minutes: Threat Updates
    - Threat update from USG (FBI, I&A)
    - Threat update from industry (TW, FB, GOOG)
  - 40 minutes: Deep Dive Topics (Industry/USG Moderated Discussion)
    - Election process update from USG (Vote-by-Mail, Polling Places, Poll Workers, and Election Results)
    - Threat Landscape in Advance of the Conventions & Debates
    - Election Day Coordination
  - 10 minutes: Highlights & Upcoming Watch Outs & Wrap (Moderated)

| | |
|---|---|
| **From**: | ████████ @fb.com] |
| **Sent**: | 3/16/2022 2:20:52 AM |
| **To**: | Protentis, Lauren ████████ @cisa.dhs.gov]; ████████ @fb.com]; ████████ @fb.com]; Snell, Allison (She/Her) ████████ @cisa.dhs.gov]; Hale, Geoffrey (He/Him) ████████ @cisa.dhs.gov]; Schaul, Robert ████████ @cisa.dhs.gov]; Senninger, Marcus ████████ @cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) ████████ @cisa.dhs.gov]; Steven Siegel ████████ @fb.com] |
| **Subject**: | Re: [PREP] USG \| Industry Call (Bi-Monthly) |

Hey Lauren,

One more follow-up: do you have a particular email you'd like us to send info about account security steps that elections officials can take from the different companies? When we discussed, we concluded the easiest path would be for each of the companies to send along their one-pagers with protection programs directly. Should I tell them to send to you? Or is there another recipient that would work better?

Best,

████████

Get Outlook for iOS

**From:** ████████ r@fb.com>
**Sent:** Monday, March 14, 2022 12:43:36 PM
**To:** Protentis, Lauren ████████ @cisa.dhs.gov>; ████████ @fb.com> ████████
████████ @fb.com>; Snell, Allison (She/Her) ████████ @cisa.dhs.gov>; Hale, Geoffrey (He/Him)
████████ @cisa.dhs.gov>; Schaul, Robert ████████ @cisa.dhs.gov>; Senninger, Marcus
████████ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) ████████ @cisa.dhs.gov>; ████████
████████ @fb.com>
**Subject:** Re: [PREP] USG \| Industry Call (Bi-Monthly)

Thank you for the reminder --

Key questions about the upcoming midterms:

1.  Races/states that you anticipate may be particularly targeted;

2.  Themes / narratives / approaches you anticipate for races that you think will be targeted;

3.  Specific indicators about infrastructure that foreign actors could use to target US;

4.  Specific dates / events within the electoral calendar that you anticipate may be targeted (we've asked this before, so primarily any updates on previous prezos);

5.  May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?

Also, industry is supportive of shifting to monthly following this meeting!

N

**From:** Protentis, Lauren ████████ @cisa.dhs.gov>
**Sent:** Monday, March 14, 2022 12:33 PM

**To:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>; Snell,
Allison (She/Her) ◄ ████████ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ◄ ████████ @cisa.dhs.gov>; Schaul, Robert
◄ ████████ @cisa.dhs.gov>; Senninger, Marcus ████████████ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers)
████████ @cisa.dhs.gov>; ████████ @fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hope you had a great weekend.

Wanted to circle back on this so we can give DNI, FBI, DHS some ideas for scoping their remarks for Wednesday ☺!

Let me know if you have any questions!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████████ Email: ████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov | CLAN:
████████ @dhs.ic.gov

**From:** Protentis, Lauren < ████████ s@cisa.dhs.gov>
**Sent:** Friday, March 11, 2022 1:18 PM
**To:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>; Snell,
Allison (She/Her) < ████████ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ████████ @cisa.dhs.gov>; Schaul, Robert
████████ @cisa.dhs.gov>; Senninger, Marcus ████████████ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers)
< ████████ @cisa.dhs.gov>; ████████ l@fb.com>
**Subject:** Re: [PREP] USG | Industry Call (Bi-Monthly)

Happy Friday,

Thanks for the productive call on Wednesday. Curious if you collected any questions (specific to risks to the Midterms)
from the industry side that I can share with the USG in advance of next weeks call?

Thanks so much!
Lauren

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity
and Infrastructure Security Agency (CISA)**
M: ████████ | E: ████████ @cisa.dhs.gov | HSDN ████████ @dhs.sgov.gov |
CLAN: ████████ @dhs.ic.gov


The linked image cannot be displayed. The file may have been moved, re

**From:** Protentis, Lauren
**Sent:** Wednesday, March 9, 2022 1:21:44 PM
**To:** ████████@fb.com>;██████████@fb.com>; ████████████████████@fb.com>; Snell,
Allison (She/Her) ████████@cisa.dhs.gov>; Hale, Geoffrey (He/Him)████████@cisa.dhs.gov>; Schaul, Robert
████████@cisa.dhs.gov>; Senninger, Marcus <████████████@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers)
████████@cisa.dhs.gov>;████████@fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hi All,

Sharing a tentative agenda, for your review, for next week's call. Looking forward to our call at 2:00.

1.      Opening (Facilitator: CISA)
a.      Roll Call: FBI, DNI, DHS
b.      Housekeeping Notes
2.      Government Meeting Topics (Facilitator: CISA)
a.      Information Sharing Around Elections Risk (CISA, DNI, FBI)
i.      USG asking for specific questions to shape the brief.
b.      Elections and Potential Impacts of U.S. Sanctions Against Russia (DNI/All)
3.      Industry Meeting Topics (Facilitator: Meta)
a.      *Proposed:* Status of full list of company best practices for elections officials on physical security as suggested in
January call.
b.      *Proposed*: How might punitive measures against Russia impact Industry's "risk calculus" vis-à-vis elections
i.      USG is keen to hear specific info from industry on how actions against Russia might change their risk calculus; to the
extent that any actions against Russia become elections issues in the U.S.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████ | Email:████████@cisa.dhs.gov | HSDN:████████@dhs.sgov.gov | CLAN:
████@dhs.ic.gov

-----Original Appointment-----
**From:** ████████████@fb.com>
**Sent:** Wednesday, January 12, 2022 4:19 PM
**To:** ████████████████Snell, Allison; Hale, Geoffrey; PROTENTIS, LAUREN; Schaul, Robert;
SENNINGER, MARCUS; WYMAN, KIM; ████████
**Subject:** [PREP] USG | Industry Call (Bi-Monthly)
**When:** Wednesday, March 9, 2022 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** ████████████████████████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

**\*Prep Mtg – occurs the second Wednesday of every 2 months**

\*Dial in updated 1/12ᵗʰ

**Join Zoom Meeting**

Meeting ID: 9
Passcode:
One tap mobile
+                                    US (Washington DC)
+                                    US (New York)

MOLA_DEFSPROD_00014529

| | |
|---|---|
| **From**: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent**: | 7/20/2022 10:16:12 AM |
| **To**: | ▮▮▮▮▮@fb.com]; ▮▮▮▮▮@fb.com]; ▮▮▮▮▮@fb.com] |
| **CC**: | ▮▮▮▮▮@fb.com] |
| **Subject**: | Agenda: USG | Industry Call |

Hi All,

Looking forward to connecting today, I pulled the agenda together below for today's call. Let me know if you have any questions.

1.  Opening (**Facilitator: Lauren**)
2.  Government Meeting Topics (**Facilitator: Lauren**)
b.  Information Sharing Around Elections Risk
    **i.  Annotation – Industry Prompts:**
1.  (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
    **ii.  Annotation – Briefing Structure**
4.  CISA – Elections Infrastructure Risks (Scully)
5.  DHS I&A – Infrastructure Activity (Beckman)
6.  FBI – Domestic Adversarial Actor Update (Dehmlow)
7.  DNI – Geopolitical Considerations (▮▮▮)
3.  Industry Meeting Topics (**Facilitator: Meta**)
a.  Industry Briefs
i.  **Annotation – USG Prompts:**

i.                              To what extent have you identified notable commonalities/differences between how foreign actors seek to use social media to influence their expatriate populations within the US on elections/other topics of strategic interest versus the broader US public? What stands out?

ii.                             Do you and to what extent assess that foreign actors display greater willingness to directly engage US political entities, US activists, and US media organizations that fall within diaspora communities? Do these engagements stand out to you or do you judge them as largely consistent with steady state foreign influence behavior across target audiences?

iii.                            To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?


Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O▮▮▮▮▮ | Email: ▮▮▮▮▮@cisa.dhs.gov | HSDN: ▮▮▮▮▮@dhs.sgov.gov | CLAN:
▮▮▮▮▮@dhs.ic.gov



**From:** Protentis, Lauren
**Sent:** Friday, June 10, 2022 5:03 PM
**To:** ████████████████████@fb.com>;                    @fb.com>                    @fb.com>
**Cc:** ████████████████@fb.com>
**Subject:** RE: Rescheduled: [Prep] USG | Industry Call

Hi ████████████

Thanks for the call yesterday. The USG passed along one additional question for you/industry to consider for your brief next week. Have a great weekend in VT!

-        To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████████| Email: ████████████@cisa.dhs.gov | HSDN: ████████████@dhs.sgov.gov | CLAN: ████████@dhs.ic.gov



-----Original Appointment-----
**From:** ████████████████████@fb.com>
**Sent:** Wednesday, June 8, 2022 2:46 PM
**To:** ████████████; Protentis, Lauren; Schaul, Robert; Senninger, Marcus; Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); Scully, Brian; ████████████
**Cc:** ████████████
**Subject:** Rescheduled: [Prep] USG | Industry Call
**When:** Thursday, June 9, 2022 8:00 AM-8:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://████████████████████████████████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

WAYS TO JOIN

Join Zoom Meeting

Meeting ID ████████████
Passcode: ████████████

Computer or mobile guest sharable join link

One tap Mobile
+                          )# US (San Jose)
+                          )# US (San Jose)

Dial by your location

toll:             n Jose US)
toll:             coma US)
toll:             uston US)
toll:             shington DC US)
toll:             icago US)
toll:             w York US)
tollf             (US)
tollf             (US)
tollf             (US)
tollf             (US)
Mee             4
Passcode:

Join by SIP:

MOLA_DEFSPROD_00014547

**From:** ██████████@fb.com]
**Sent:** 7/13/2020 6:17:20 AM
**To:** Masterson, Matthew ██████████@cisa.dhs.gov]
**CC:** Scully, Brian ██████████@cisa.dhs.gov]; ██████████@fb.com]
**Subject:** Re: Next Synch

Many thanks, Matt.

Appreciate the info/update. We'll lock in the date/time.

Let us know if we need to connect about the agenda in advance of Wednesday.

Best,
Sandy


Sent from my iPhone


On Jul 10, 2020, at 4:18 PM, Masterson, Matthew <Matthew.Masterson@cisa.dhs.gov> wrote:

Sandy,

Lock in the date and time. We have not heard back on agenda from other feds so we will report back.

Thanks for your patience.

Matt

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
██████████@cisa.dhs.gov

**From:** ██████████@fb.com>
**Sent:** Friday, July 10, 2020 4:14:38 PM
**To:** Masterson, Matthew <██████████@cisa.dhs.gov>; Scully, Brian██████████@cisa.dhs.gov>
**Cc:** ██████████@fb.com>
**Subject:** Re: Next Synch

Gents,

Any update? We have a call at 4:30 today and would like to share any feedback you have.

Thanks!
████

Sent from my iPhone

On Jul 9, 2020, at 6:54 AM, ███████████@fb.com> wrote:

Good morning, Gents!

Wanted to share we have a synch with our industry peers tomorrow.

Would be helpful to have any feedback on agenda and if we can lock our next meeting for 2:00-3:30 pm EST next Wednesday, July 15th.

Thanks,

███████

Sent from my iPhone

On Jul 6, 2020, at 10:41 AM, ███████████@fb.com> wrote:

Gents,

I hope you had a safe and happy Independence Day!

I wanted to follow-up on pushing our monthly synch out to next Wednesday (July 15th; same time 2:00-3:30 EST) and also get your feedback on the agenda proposed below.

Thoughts??

███████

Sent from my iPhone

On Jul 1, 2020, at 4:50 PM, ███████████@fb.com> wrote:

Matt and Brian,

Thank you so much for the outreach on our next sync. Given the holiday weekend and various schedules, we were wondering if we could move our next meeting to Wednesday, July 15.

Below is a proposed agenda –please share your thoughts & feedback:

1.      10 minutes: Dial In/Opening
2.      30 minutes: Threat Updates
1.            Threat update from USG (FBI, I&A)
2.            Threat update from industry (FB, TW, GOOG)
3.      40 minutes: Deep Dive Topics (Industry/USG Moderated Discussion)
1.            Election process update from USG
2.            Hack/Leak and USG Attribution Speed/Process
3.            Vote-by-mail: How do we deal with the gap between Nov 3 and results?
4.      10 minutes: Highlights & Upcoming Watch Outs & Wrap (Moderated)?

Separately, on the GEC, we talked it over with our colleagues in industry and the feedback we received was that they would prefer to not add new participants at this time.

As always, happy to connect and walk through this.

Best for happy & safe 4th of July-

███████

MOLA_DEFSPROD_00007600

**From:** Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI]
**Sent:** 6/17/2020 4:34:25 PM
**To:** ▮▮▮▮▮▮▮@fb.com]; Masterson, Matthew ▮▮▮▮▮▮▮▮▮@cisa.dhs.gov]
**CC:** ▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮@fb.com]; Hale,
Geoffrey ▮▮▮@cisa.dhs.gov]; Snell, Allison ▮▮▮@cisa.dhs.gov]; ▮▮▮
▮▮@fb.com]; ▮▮▮▮@fb.com]
**Subject:** RE: Call with NASS/NASED

As an FYI, Eva is cutting in and out a bit.

Brian

**From:** ▮▮▮▮▮▮▮@fb.com>
**Sent:** Wednesday, June 17, 2020 4:32 PM
**To:** Masterson, Matthew ▮▮▮▮▮▮▮@cisa.dhs.gov>
**Cc:** Scully, Brian ▮▮▮@cisa.dhs.gov>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮@fb.com>;
▮▮▮@fb.com>; Hale, Geoffrey ▮▮▮@cisa.dhs.gov>; Snell, Allison
▮▮▮@cisa.dhs.gov>; ▮▮▮▮▮▮@fb.com>; ▮▮▮@fb.com>
**Subject:** Re: Call with NASS/NASED

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Yes. ▮ will

I am running late

Sent from my iPhone

On Jun 17, 2020, at 4:31 PM, Masterson, Matthew ▮▮▮▮▮▮@cisa.dhs.gov> wrote:

Facebook friends I assume you are kicking this call off?

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
▮▮▮▮▮▮▮
▮▮▮@hq.dhs.gov

**From:** ▮▮▮▮▮@fb.com>
**Sent:** Tuesday, June 16, 2020 9:28 AM
**To:** Scully, Brian ▮▮▮@cisa.dhs.gov>; Masterson, Matthew ▮▮▮▮▮@cisa.dhs.gov>
**Cc:** ▮▮▮@fb.com>; ▮▮▮@fb.com>; ▮▮▮@fb.com>; Hale,

Geoffrey ██████████ @cisa.dhs.gov>; Snell, Allison ██████████ @cisa.dhs.gov> ██████████
██████████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: Call with NASS/NASED

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good morning!

Fine to extend the invites to others. The bandwidth for the call should be sufficient.

Also, we don't have any docs to circulate in advance (at this point). That said, I do anticipate we could discuss items where we will follow up with info/docs.

Thanks again for your help facilitating the call!

Best,

██████████

**From:** ' ██████████ @cisa.dhs.gov" ██████████ @cisa.dhs.gov>
**Date:** Monday, June 15, 2020 at 1:55 PM
**To:** ██████████ @fb.com>, ██████████ @fb.com>
**Cc:** "Scully, Brian" ██████████ @cisa.dhs.gov>, ██████████ @fb.com> ██████████
██████████ @fb.com>, ██████████ @fb.com>, ' ██████████ @cisa.dhs.gov"
< ██████████ @cisa.dhs.gov>, ██████████ @cisa.dhs.gov" ██████████ @cisa.dhs.gov>, ██████████
██████████ @fb.com>
**Subject:** RE: Call with NASS/NASED

Facebook Team,

I want to thank you for your willingness to brief the state and local officials this week. A couple questions:

1)      Traditionally we have invited the entire GCC (state and local election official body we work most closely with) and the SCC Executive Committee (private sector leadership we work most closely with) to these calls. Is that ok?
2)      Do you have any materials you want distributed in advance? No problem if not but wanted to make sure to ask.

Thanks.

Matt

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

██████████ @hq.dhs.gov

**From:** ███████████ @fb.com>
**Sent:** Wednesday, June 3, 2020 12:52 PM
**To:** Masterson, Matthew████████████ h@cisa.dhs.gov>;████████████ @fb.com>
**Cc:** Scully, Brian████████ @cisa.dhs.gov>;████████████ @fb.com>;████████ @fb.com>;
████████ @fb.com>; Hale, Geoffrey████████ @cisa.dhs.gov>; Snell, Allison
████████ @cisa.dhs.gov>████████████ @fb.com>
**Subject:** RE: Call with NASS/NASED

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi All –

You should be receiving a calendar invite with the below dial-in details for the call on Wednesday, June 17 at 4:30p ET.

Best,
████

# Ways to join

⊕ Computer or Mobile:

https://fb.workplace.com/meet/aFRKndg7rx/

☎ ☐ Telephone:

Dial in on ████████████████ or find an alternative number then enter ████

Enabled by **OneVC**

**From:** Masterson, Matthew <████████████ @cisa.dhs.gov>
**Sent:** Tuesday, June 2, 2020 8:09 AM
**To:** ████████ @fb.com>
**Cc:** Scully, Brian████████ @cisa.dhs.gov>;████████████ @fb.com>;████████ @fb.com>;
████████ @fb.com>; Hale, Geoffrey████████ @cisa.dhs.gov>; Snell, Allison
████████ @cisa.dhs.gov>;████████ @fb.com>;████████ @fb.com>
**Subject:** RE: Call with NASS/NASED

Thanks ████ we will work with Becky. I would anticipate approx. 75-100 participants.

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

**From:** ███████████ @fb.com>
**Sent:** Tuesday, June 2, 2020 8:03 AM
**To:** Masterson, Matthew <███████ @cisa.dhs.gov>
**Cc:** Scully, Brian ███████ @cisa.dhs.gov>; ███████ @fb.com> ███████ @fb.com>; ███████ @fb.com>; Hale, Geoffrey ███████ @cisa.dhs.gov>; Snell, Allison ███████ @cisa.dhs.gov> ███████ @fb.com>; ███████ @fb.com>
**Subject:** Re: Call with NASS/NASED

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Many thanks!

Including ████ to lock schedules for our team.

Also—please work with ████ on dial in. Happy to do a BJN or you can do a webex. We should use the platform that can best handle the volume (should we expect 60-70 people max for dial in?  We had about 40 for our call with the State AG's in March).  Whatever is best, is fine with me.

Thanks!!


Sent from my iPhone


On Jun 2, 2020, at 7:54 AM, Masterson, Matthew ███████ @cisa.dhs.gov> wrote:

████

We have talked with NASS and NASED and they are comfortable with moving forward with a call. They requested **4:30 pm EST Wed, 17 Jun.**

The overall agenda and run of show looks good to us.  The one item they noted that is of most interest is ongoing activity that you all are seeing and responding to. Particularly any insights you all have regarding disinformation regarding COVID and the recent protests even if there is no direct nexus to elections.

Matt

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

████ @hq.dhs.gov

MOLA_DEFSPROD_00007657

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Sunday, May 31, 2020 11:14 AM
**To:** Scully, Brian ▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov>; Masterson, Matthew ▮▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** Call with NASS/NASED

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian & Matt,

It was great to connect last week.

Apologize for the weekend email, but I wanted to send this so you would have some time to think about it.

We would like to schedule a thirty minute call with NASS & NASED reps in the next few weeks and seek your assistance in helping coordinate the briefing.

Provided below is our proposed schedule & run of show. **On timing, we propose 4:30 pm EST Wed, 17 Jun or 3:00 pm EST Thurs, 18 Jun.** Do these dates/times work for you?

We can discuss dial-in instructions once we get closer.

Please let me know if you have any questions!

Thanks,
Sandy

**Expected Attendees:**
- NASS & NASED Leads or their designated representatives.

**Additional Invitees:**
- DHS. Representatives from CISA/Countering Foreign Influence Task Force
- FBI. Representatives from the FBI Foreign Influence Task Force

**Moderators:**
▮▮▮▮▮ Director of Public Policy
▮▮▮▮▮. Public Policy Manager

**FB Briefers:**
-Overview of Security Policy & Election Integrity Efforts (▮▮▮▮▮▮▮▮▮ )
-Overview of our efforts to address Coordinated Inauthentic Behavior (CIB) (▮▮▮▮▮▮▮▮▮ )
-Overview of our work with Law Enforcement/FBI (▮▮▮▮▮▮▮ )
-Overview of our Election Misinformation Policy & Reporting Structure ▮▮▮▮▮▮▮▮ )

**Run of Show:**
Open call; Welcome
Brief Comments by DHS & FBI
Introduction of FB briefers
Facebook briefing
Q&A

Briefing complete

MOLA_DEFSPROD_00007659

**From:** ████████████ @fb.com]
**Sent:** 4/13/2022 1:02:19 PM
**To:** Protentis, Lauren[ ████████ @cisa.dhs.gov]; ████████ @fb.com];
████ @fb.com]; ████████ @fb.com]
**CC:** ████████ @fb.com]
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Thank you so much – the invite has been updated.

████

## ∞ Meta

(she/her/hers)
Executive Business Partner | Trust & Safety Policy

**From:** Protentis, Lauren < ████████ @cisa.dhs.gov>
**Sent:** Wednesday, April 13, 2022 8:32 AM
**To:** ████████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Hi ████ , How about 1:00-1:30 tomorrow? Sorry for the delay.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████ | Email: ████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov | CLAN:
████ @dhs.ic.gov

**From:** ████████████ @fb.com>
**Sent:** Tuesday, April 12, 2022 3:13 PM
**To:** Protentis, Lauren ████████ @cisa.dhs.gov>; ████████ @fb.com>;
████ @fb.com>; ████████ @fb.com>
**Cc:** ████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Calendar Invite Updates - Monthly Meetings

Good Afternoon Lauren,

Apologies for the thrash on this but unfortunately Thursday at 2pm ET will not work on our end. Can your group do any
of the below times on Thursday, 04/14?

12pm - 130pm ET or 4pm - 5pm ET

Again, apologies for the back & forth on this one.

▮

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Protentis, Lauren ▮▮▮▮▮▮▮▮@cisa.dhs.gov>
**Sent:** Sunday, April 3, 2022 1:57:02 PM
**To:** ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @fb.com>;
▮▮▮▮@fb.com>
**Cc:** ▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮▮@fb.com>
**Subject:** Re: Calendar Invite Updates - Monthly Meetings

Hi ▮▮, thank you. 4/14 at 2:00 for the prep call works well for us. Confirming we can lock in that time for the prep call.

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ▮▮▮▮ E: ▮▮▮▮ @cisa.dhs.gov | HSDN: ▮▮▮▮ @dhs.sgov.gov |
CLAN: ▮▮▮ @dhs.ic.gov

---

**From:** ▮▮▮▮▮▮lo@fb.com>
**Sent:** Friday, April 1, 2022 4:23:12 PM
**To:** ▮▮▮▮▮@cisa.dhs.gov>; ▮▮▮▮@fb.com>; ▮▮▮▮
▮@fb.com>; ▮▮▮@fb.com>
**Cc:** ▮▮@fb.com>; ▮▮▮@fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Hi Lauren,

The USG | Industry invite is updated.

For the prep, we still run into the same flag that ▮▮▮ will be in flight on 04/13 – it sounds like your team isn't available on 04/14 at 2pm ET either. Would you like to propose other times for this one-off prep on 04/14 or 04/15? I can take your options back to Meta and Industry and we can land it from there.

Thank you,

▮

---

**From:** Protentis, Lauren < ▮▮▮ @cisa.dhs.gov>
**Sent:** Thursday, March 31, 2022 5:56 AM
**To:** ▮▮@fb.com>; ▮▮▮▮@fb.com>; ▮▮▮@fb.com>;
▮▮@fb.com>
**Cc:** ▮▮▮@fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Hi ▮▮, If it's okay with your side, we'd like to go stick with the weeks 2 and 3. It's been an ongoing challenge to get a date that works for everyone and that's the preference for the USG. Thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▓▓▓ | Email: ▓▓▓ @cisa.dhs.gov | HSDN: ▓▓▓ @dhs.sgov.gov | CLAN: ▓▓▓ @dhs.ic.gov

---

**From:** ▓▓▓ @fb.com>
**Sent:** Wednesday, March 30, 2022 3:38 PM
**To:** Protentis, Lauren <▓▓▓ @cisa.dhs.gov>; ▓▓▓ @fb.com> ▓▓▓ @fb.com>; ▓▓▓ @fb.com>
**Cc:** ▓▓▓ @fb.com>; ▓▓▓ @fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Hi Lauren,

Yes, I did catch this. I synced with Nathaniel who agreed with your recommendation to have the prep on week 1 and full call on week 2. However, if it doesn't work for your team, we can shift the mtgs back to weeks 2 and 3.

▓▓▓

**From:** Protentis, Lauren ▓▓▓ @cisa.dhs.gov>
**Sent:** Wednesday, March 30, 2022 6:19 AM
**To:** ▓▓▓ @fb.com>; ▓▓▓ @fb.com>; ▓▓▓ @fb.com>; ▓▓▓ @fb.com>
**Cc:** ▓▓▓ @fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

Hi ▓▓▓, After this exchange, I realized the calendar cadence moved to the 2nd Wednesday of the month, when we had been meeting the 3rd Wednesday of every month. So, I think our next meeting should be April 20th, vice April 14th. And the following meeting would be May 18th. The 3rd Wednesday cadence works best for our side.

Can you modify on your end?

Let me know if you have any questions/concerns!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▓▓▓ | Email: ▓▓▓ @cisa.dhs.gov | HSDN: ▓▓▓ @dhs.sgov.gov | CLAN: ▓▓▓ @dhs.ic.gov



**From:** ▆▆▆▆▆▆▆▆▆▆▆▆▆ @fb.com>
**Sent:** Monday, March 28, 2022 2:46 PM
**To:** Protentis, Lauren ▆▆▆▆▆▆▆▆ @cisa.dhs.gov>; ▆▆▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆
▆▆▆▆ @fb.com>; ▆▆▆▆▆▆▆▆ @fb.com>
**Cc:** ▆▆▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆▆▆▆▆▆▆▆ @fb.com>
**Subject:** RE: Calendar Invite Updates - Monthly Meetings

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

Happy Monday! I'm happy to update the invites accordingly – one quick flag that Nathaniel will be on a flight on 04/13. Can your team meet at the same time, 2pm ET, on Thursday, 04/14? Please confirm and I'll send the updated invites.

Thank you,

Sarina

**From:** Protentis, Lauren ▆▆▆▆▆▆▆▆ @cisa.dhs.gov>
**Sent:** Thursday, March 24, 2022 6:26 AM
**To:** ▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆▆▆▆▆▆ ▆▆ @fb.com>; ▆▆▆▆▆▆▆▆ @fb.com>
**Cc:** ▆▆▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆▆▆ @fb.com>
**Subject:** Calendar Invite Updates - Monthly Meetings

Hi All, Thanks for the call yesterday – we'll follow-up shortly with some due-outs.

Logistically, we'll need the invite (which Meta manages) to be updated to a monthly meeting cadence and our pre-syncs to follow suit. Would you kindly send us updated invites and Kim Wyman ▆▆▆▆▆▆▆▆ @cisa.dhs.gov)? According to the cal, our next meeting would be April 13th; the pre-sync April 6th.

Let me know if you have any questions and thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▆▆▆▆▆▆▆▆▆ | Email: ▆▆▆▆▆▆▆ @cisa.dhs.gov | HSDN: ▆▆▆▆▆▆ @dhs.sgov.gov | CLAN: ▆▆▆▆▆▆▆ @dhs.ic.gov

| From: | ██████████ @twitter.com] |
|---|---|
| Sent: | 1/11/2021 7:53:03 PM |
| To: | Scully, Brian ██████ @cisa.dhs.gov] |
| Subject: | Re: Threat Brief |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, sorry for my delay in responding.

We will prioritize scheduling the briefing and try to accommodate your schedule. Do you and the team have availability on Thursday afternoon?

We had temporary clearances for the 30 around the election, but I believe they have expired. Do the briefest think we can have a meaningful conversation on the unclassified side? (Might also be difficult to conduct since we are all remote.)

Please connect me to the ODNI NCSC — thank you!

We are eager to receive a briefing on any topics that might be relevant to Twitter or the conversation last that might occur on the platform. I will send you some of the information we have removed for your your awareness a little later tonight.

Thanks so much, I really appreciate all your assistance today and throughout the election season.

Thanks,

██████

On Mon, Jan 11, 2021 at 7:41 PM Scully, Brian <██████ @cisa.dhs.gov> wrote:
Hi ████ ,

Wanted to see if you had some time slots available for the threat brief I could pass to I&A?

On a separate note, I had a colleague at ODNI's NCSC (Counterintelligence office) ask to be connected with you all. Any issue with me providing an email introduction?

Thanks,

Brian

| | |
|---|---|
| **From**: | ▌▌▌▌▌▌▌@twitter.com] |
| **Sent**: | 4/13/2020 10:35:29 AM |
| **To**: | Scully, Brian ▌▌▌ @cisa.dhs.gov] |
| **CC**: | Masterson, Matthew ▌▌▌ @cisa.dhs.gov] |
| **Subject**: | Re: Gov't/Industry Meeting |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for letting me know.

On Mon, Apr 13, 2020 at 10:28 AM Scully, Brian ▌▌▌ @cisa.dhs.gov> wrote:

Stacia,

As an FYI, we have been told the Acting DNI will not join the call on Thursday. Hopefully that makes things easier for everyone.

Regards,

Brian

**From:** ▌▌▌▌▌▌ @twitter.com>
**Sent:** Friday, April 10, 2020 6:53 PM
**To:** Scully, Brian ▌▌▌ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ▌▌▌ @cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks so much for letting us know. I think that will impact the level of staff (probably need to loop in VPs) we have on the call if Acting Director Grenell is on the call so I will start preparing for that possibility.

On Fri, Apr 10, 2020 at 5:18 PM Scully, Brian ▌▌▌ @cisa.dhs.gov> wrote:

Stacia,

One additional note. It is possible the Acting Director National Intelligence will participate on the call. We've requested he only participate by providing welcome/intro comments, but it's possible he'll remain on the call for longer. I'll keep you posted.

Brian

**From:** ████████████ @twitter.com>
**Sent:** Friday, April 10, 2020 3:58 PM
**To:** Scully, Brian ██████████@cisa.dhs.gov>
**Cc:** Masterson, Matthew ██████████@cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Do you have a sense of the government side attendees?

On Fri, Apr 10, 2020 at 2:54 PM ████████████ @twitter.com> wrote:

Hi Brian, is it the weekend yet?

I spoke to Yoel. He estimates approximately 30 industry attendees -- but he believes that could be higher or lower depending on how the remote meeting affects things. Companies which have attended in the past include: Twitter, Facebook (including other Facebook properties), Google (including other Alphabet properties), Verizon Media, Microsoft, LinkedIn, and Reddit. Possible additions include Medium and Pinterest.

Yoel said the agenda looks good.

Let me know if you need anything else.

████████

On Fri, Apr 10, 2020 at 9:50 AM Scully, Brian ██████████@cisa.dhs.gov> wrote:

Thanks ████ One additional question while I have you – do you have a number of participants on the industry side? I may need a rough estimate for setting up the VTC. Also, would be good to know which companies will be participating.

Brian

**From:** ████████████ @twitter.com>
**Sent:** Friday, April 10, 2020 9:47 AM
**To:** Scully, Brian ██████████1@cisa.dhs.gov>
**Cc:** Masterson, Matthew ██████████@cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00013697

Will forward onto SF and let you know what I hear.

Thank you!

██████

On Fri, Apr 10, 2020 at 9:28 AM Scully, Brian ████████ @cisa.dhs.gov> wrote:

Hi ██████

ODNI is unable to use Microsoft Teams, so we're looking to use Cisco WebX for the VTC. Let me know if there are any issues.

Also, please see the attached draft agenda. Let me know if you all have any changes.

Thanks,

Brian

**From:** ████████████ @twitter.com>
**Sent:** Wednesday, April 8, 2020 11:03 AM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████████ @cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Let's plan on April 16th at 2pm EST. No industry peers have raised any blockers.

If you can set it up through Microsoft Teams, that would be excellent and much appreciated.

Thank you,

██████

On Mon, Apr 6, 2020 at 8:44 AM ████████████ @twitter.com> wrote:

Thank you, Brian. Let me send this date to the folks in SF.

I will also ensure industry peers can handle Teams. Our CorpSec told us last week we are not allowed to use Zoom.

Thank you for your help!

██████

On Mon, Apr 6, 2020 at 8:43 AM Scully, Brian ◄          @cisa.dhs.gov> wrote:

Hi

Can we schedule the meeting for Thursday, April 16th at 2pm EST? I'll put together a more formal agenda and send around. How would you all like to handle the video call? I can set something up through Microsoft Teams unless you all prefer a different tool.

Thanks,

Brian

**From:**          @twitter.com>
**Sent:** Tuesday, March 31, 2020 4:12 PM
**To:** Scully, Brian ◄          @cisa.dhs.gov>
**Cc:** Masterson, Matthew <          @cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Everyone was in agreement that 90 minutes max made sense. No objections to the agenda, and I think it makes sense to tie in COVID disinformation since we saw that intersection in the Ohio primary in advance of the postponement.

On Tue, Mar 31, 2020 at 4:10 PM Scully, Brian          @cisa.dhs.gov> wrote:

Thanks Stacia.

Did industry have thoughts on agenda or length of meeting? Want to see how much time we'll need.

Regards,

Brian

**From:**          @twitter.com>
**Sent:** Tuesday, March 31, 2020 4:08 PM
**To:** Scully, Brian          @cisa.dhs.gov>
**Cc:** Masterson, Matthew          @cisa.dhs.gov>
**Subject:** Re: Gov't/Industry Meeting

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00013699

Hi Brian and Matthew, we coordinated on the industry side. There are no dates that the industry group cannot make, but there is a preference to do any day BUT Tuesdays. Please pick a date and time that works on your end (needs to be an afternoon to accommodate west coast) and let me know!

On Thu, Mar 26, 2020 at 5:02 PM                    @twitter.com> wrote:

Thank you, Brian! You have the special status of my first work phone call completely derailed by my kids. But over the course of the last 10 days, you are certainly not my only!

Let me forward this onto folks in SF. They are coordinating with FB and others           at FB is pushing on scheduling this meeting) and I will come back to you with some feedback.

Thanks again, and talk soon. Stay healthy!

On Thu, Mar 26, 2020 at 4:45 PM Scully, Brian           @cisa.dhs.gov> wrote:

Hey Stacia,

Hope you all are surviving week 2 ok. ☺ The Scully house is getting a bit testy at times, but otherwise doing fine.

Wanted to follow-up with you regarding a possible industry/government meeting. Based on interagency input, we're looking to do a video conference the second week of April. Please let me know if there are good/bad dates that week. From an agenda standpoint, we would suggest a shorter meeting, maybe 90 minutes, that covers a few specific topics. We're obviously flexible on length of meeting and agenda, but know everyone is a bit frenetic right now. Possible agenda items could include:

- What have we learned from the primaries so far, with a particular focus on Super Tuesday?
- With the changes to elections from Coronavirus, what do we expect for the rest of primary season and how will that translate to the General election in November?
- What activity are we seeing around Coronavirus generally?
- Other industry generated topics?

Happy to jump on a call if it would be helpful.

Thanks

Brian

Brian Scully
Chief, Countering Foreign Influence Task Force
DHS/CISA/NRMC

@cisa.dhs.gov