# Elections Misinformation Reporting Portal

Benefits to election officials
- A single place (i.e., the portal) for reporting mis- and disinformation across multiple social media platforms with a streamlined, consistent user experience.
- An ability to report activity that occurs on multiple platforms at the same time.
- Visibility of what's going on with mis- and disinformation in the election's community within and outside their jurisdictions, including to see trends and be able to strategically respond.

Benefits to social media platforms
- Consistent reports of mis- and disinformation that include a standard, consistently formatted set of information fields (type of report, screenshots, links, as well as narrative explanation of the concern.
- An ability to accept reports without having to vet the submitter, as those submitters will already be vetted by the election's community upon registration in the portal. This will enable them to respond more quickly to a given election official's first report.

Benefits to state-level elections offices and national associations (NASS, NASED)
- The ability to look across the elections jurisdictions to identify patterns and potential impact of misinformation activity. This will permit national-level organizations to help put priority on response actions and make decisions regarding media engagement in parallel with actions taken by the social media companies.
- An opportunity to focus efforts at the national level to improve the overall health of the election administration across the country.
- Redirecting resources spent on assisting election offices with reporting to those focused on remediation activities.

Benefits to voters
- More accurate election information available at any given time
- More rapid correction of erroneous information, leading to more voter confidence
- An overall healthier, more productive social media environment.



EXHIBIT 19