**From**: [████████████@fb.com]
**Sent**: 1/28/2022 2:11:11 PM
**To**: Rose, Kris (He/Him) [████@cisa.dhs.gov]
**CC**: [████████████@fb.com]; [████████████@fb.com]; WYMAN, KIM [████@cisa.dhs.gov]; CISA COS [████@hq.dhs.gov]; Hale, Geoffrey [████@cisa.dhs.gov]; Goldstein, Eric (He/Him) [████@cisa.dhs.gov]; Sessoms, Charmaine Lee [████@CISA.DHS.GOV]; CLEMONS, CHAUNDRA [████@cisa.dhs.gov]; [████@fb.com]
**Subject**: Re: Schedule briefing

Kris,

Thanks for the quick reply.

The agenda looks good to us. +[████], cc'd above, to help sked on our side.

Best,
[████]

On Jan 28, 2022, at 1:28 PM, ROSE, KRIS (He/Him) <[████]@cisa.dhs.gov> wrote:

Thank you, Director – moving you to BCC.

[████] - it's great to meet you! I'm including our scheduling team here to set something up in the near-term. Per [████] it sounds like we may want to discuss three primary topics:
- 2022 Elections
- Risk management in the face of influence operations
- JCDC

Let us know if that is correct and we can find 30 minutes on the Director's calendar. Thank you!

Kris

**Kristopher Rose** (he/him)
Senior Advisor to the Director
Cybersecurity & Infrastructure Security Agency (CISA)
[████] (Mobile)
[████]@cisa.dhs.gov




Click here to read the Core Values, Core Principles, and the Foundations of CISA Culture.

EXHIBIT 28

**From:** Easterly, Jen (She/Her) <███████@cisa.dhs.gov>
**Sent:** Friday, January 28, 2022 1:07 PM
**To:** ███████@fb.com>; ROSE, KRIS (He/Him) <███████@cisa.dhs.gov>
**Cc:** ███████@fb.com>; ███████@fb.com>; WYMAN, KIM <███████@cisa.dhs.gov>; CISA COS <███████@hq.dhs.gov>; Hale, Geoffrey <███████@cisa.dhs.gov>; GOLDSTEIN, ERIC <███████@cisa.dhs.gov>
**Subject:** RE: Schedule briefing

Hi ███ –

Looping in Kris & teammates to please follow up.

Thanks!
jen

**From:** ███████@fb.com>
**Sent:** Friday, January 28, 2022 12:29 PM
**To:** Easterly, Jen (She/Her) <███████@cisa.dhs.gov>
**Cc:** ███████@fb.com>; ███████@fb.com>
**Subject:** Schedule briefing

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Jen,

███████ mentioned that you had spoken about receiving a briefing from us on 2022 election approach. We're happy to do with your team at your convenience—and we'd also love to discuss further how we might help support the JCDC effort. Let us know what works best for you?

**Brian Rice | ∞ Meta**
US Public Policy