



MOLA_DEFSPROD_00015750



MOLA_DEFSPROD_00015751