| | |
|---|---|
| **Sent**: | 2/17/2022 2:45:56 PM |
| **To**: | ▮▮▮▮▮▮@google.com] |
| **Subject**: | RE: Connection Request: Dept. of Treasury |

Sure, I should have mentioned that in my initial note.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▮▮▮▮▮▮ | Email: ▮▮▮▮▮▮@cisa.dhs.gov | HSDN: ▮▮▮▮▮▮@dhs.sgov.gov | CLAN: ▮▮▮▮▮▮@dhs.ic.gov

**EXHIBIT 52**

---

**From:** ▮▮▮▮▮▮@google.com>
**Sent:** Thursday, February 17, 2022 2:43 PM
**To:** Protentis, Lauren ▮▮▮▮▮▮@cisa.dhs.gov>
**Subject:** Re: Connection Request: Dept. of Treasury

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

I didn't appreciate there was an urgency. Sorry for the lag. Please pass along my contact information. Depending on what the topic is, I may need to pull in others.

Thank you.

▮▮▮▮▮▮

On Thu, Feb 17, 2022 at 10:56 AM Protentis, Lauren <▮▮▮▮▮▮@cisa.dhs.gov> wrote:

> Hi ▮▮▮▮▮▮,
>
> Apologies for the second email, this is somewhat time-sensitive, so thank you for your prompt attention to this request! Let me know if you have any questions.
>
> Lauren Protentis (She/Her)
> Mis, Dis, and Mal-information (MDM) Team
> Election Security Initiative
> National Risk Management Center
> Cybersecurity and Infrastructure Security Agency

O: ▇▇▇ | Email: ▇▇▇@cisa.dhs.gov | HSDN: ▇▇▇@dhs.sgov.gov | CLAN: ▇▇▇@dhs.ic.gov

**From:** Protentis, Lauren
**Sent:** Thursday, February 17, 2022 9:41 AM
**To:** ▇▇▇@google.com
**Cc:** Snell, Allison (She/Her) <▇▇▇@cisa.dhs.gov>; Hale, Geoffrey (He/Him) <▇▇▇@cisa.dhs.gov>; Schaul, Robert <▇▇▇@cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Hi ▇▇▇,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Google if you're amenable? If there's another POC this should be routed to, please let us know!

Thanks in advance.

All my best,

Lauren Protentis (She/Her)

Mis, Dis, and Mal-information (MDM) Team

Election Security Initiative

National Risk Management Center

Cybersecurity and Infrastructure Security Agency

O: ▇▇▇ | Email: ▇▇▇@cisa.dhs.gov | HSDN ▇▇▇@dhs.sgov.gov | CLAN: ▇▇▇@dhs.ic.gov