| | |
|---|---|
| From: | CISA_CybersecurityAdvisoryCommittee [████@cisa.dhs.gov] |
| Sent: | 2/11/2022 6:24:52 AM |
| To: | Kate Starbird [████@uw.edu]; Vijaya Gadde [████@gmail.com]; [████@twitter.com]; Suzanne Spaulding (Gmail) [████@gmail.com]; Suzanne Spaulding (CSIS) [████@csis.org]; Tate-Nadeau, Alicia [████@illinois.gov]; Wyman, Kim (She/Her/Hers) [████@cisa.dhs.gov]; Hale, Geoffrey (He/Him) [████@cisa.dhs.gov]; Tsuyi, Megan [████@cisa.dhs.gov] |
| CC: | [████@illinois.gov]; Jennifer.March [████@illinois.gov]; Jason.Sanford [████@illinois.gov]; [████@twitter.com]; Claire Teitelman [████@jpmchase.com]; [████@jpmorgan.com]; Devi Nair [████@csis.org]; Clark, Alaina [████@cisa.dhs.gov]; Snell, Allison (She/Her) [████@cisa.dhs.gov]; AYAD, HANNY (CTR) [████@associates.cisa.dhs.gov]; RIPLEY, DANA (CTR) [████@associates.cisa.dhs.gov]; Hess, Gwainevere [████@cisa.dhs.gov]; Jackson, Helen [████@cisa.dhs.gov]; Gauthier, Elizabeth [████@cisa.dhs.gov]; CISA_CybersecurityAdvisoryCommittee [████@cisa.dhs.gov] |
| Subject: | February 15, 2022 CSAC MDM Subcommittee Meeting Materials |
| Attachments: | CSAC MDM Subcommittee Kickoff Meeting Summary_2-01-2022.pdf; Draft CSAC MDM Agenda (02-15-22).pdf; MDM Subcommittee Briefer Bio - Matt Masterson.pdf; CSAC MDM Subcommittee Potential Briefer Biographies.pdf; Draft MDM Resource Information.pdf |

Good morning CSAC Protecting Critical Infrastructure from Misinformation & Disinformation (MDM) Subcommittee Members,

Thank you all for your participation in a successful kickoff meeting on February 1, we are excited to continue moving forward. The Draft February 1, 2022 MDM Meeting Summary is attached for reference.

As a reminder, the next MDM Subcommittee meeting will be held **Tuesday, February 15, 2022, from 11:00 a.m. to 12:00 p.m. ET.** During the meeting subcommittee members will receive a brief from Mr. Matt Masterson, Director of Information Integrity, Microsoft, regarding CISA's Role in Combating Election-Related MDM. In preparation for the February 15 meeting, we have attached the following documents:

- CSAC MDM Subcommittee Feb 5 2022 Meeting Agenda;
- MDM Subcommittee Briefer Bio - Matt Masterson;
- CSAC MDM Subcommittee Potential Briefer Biographies; and
- Draft MDM Resource Information

Please note that the MDM Resource Information is a draft document that will be updated with additional information if or when it becomes available.

The meeting will be hosted on Microsoft Teams, please click here to join the meeting. Dial information, Conference Bridge: ████   Pin: ████

We have identified a list of potential Subject Matter Experts (SMEs) to potentially brief at our biweekly meetings (bios attached). Please be prepared to provide your feedback on the below list, as well as add suggestions you may have, particularly to fill the resilience gap.

- Mr. Nathan Blumenthal, Director of Rapid Response Election Security Cyber Unit (RESCU)
- Mr. Michael Caulfield, Director of Blended and Networked Learning, Washington State University Vancouver
- Ms. Renee DiResta, Technical Research Manager, Stanford Internet Observatory
- Mr. Jonathan Meyer, General Counsel, Department of Homeland Security
- Mr. Thomas Rid, Professor of Strategic Studies, Johns Hopkins University's School of Advanced International Studies
- Ms. Jennifer Scutchfield, Assistant Secretary of State, Kentucky
- Mr. Daniel Sutherland, Former Chief Counsel, Cybersecurity and Infrastructure Security Agency
- Mr. Stephen Richer, County Reporter, Maricopa, AZ

- Dr. Claire Wardle, Co-founder and Director, First Draft

As a reminder, attendance at CSAC subcommittee meetings should be limited to subcommittee members and relevant support staff. As such, we ask that you please do not forward this calendar invite.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at ███████@cisa.dhs.gov, or the CSAC support team at ███████████████████@cisa.dhs.gov.

Best Regards,

Megan Tsuyi
CISA Cybersecurity Advisory Committee DFO
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
Mobile: ███████ | Email: ███████@cisa.dhs.gov