FOR OFFICIAL USE ONLY/ PRE-DECISIONAL/ DELIBERATIVE

# NRMC Election Security Initiative Organizational Chart – August 2022



**Kim Wyman** — CISA's Senior Election Security Advisor to the Director

**Geoffrey Hale** — Lead

Legend: Federal Employee / Contract Support

## Matrixed Support
- NRMC Analysis
- Regional Liaisons (IOD FO and Region-specific)
- External Affairs Web, Comms/Public Affairs
- CISA Policy Interagency Coordination
- CSD Joint Cyber Defense Collaborative – Planning and SLTT
- CISA Intel
- CISA Exercises
- MS-ISAC/ EI-ISAC
- International Affairs

## Program Management
**Allison Snell** — Program Manager

### Integration
- James Tipton — Integration Lead
- Erin Horbal — Mgmt & Program Analyst
- Keisha Brown — Action Officer
- Kyle Griffin — Mgmt & Program Support
- Ty Zirkle — Mgmt & Program Support
- Victoria Markey — Regional Liaison
- Rachel Eckels — ESR Executive Assistant

- Administrative Management
- Executive Secretariat
- GAO/IG Audit Liaison
- Human Resource and Work Force Ops
- Performance Management
- Service tracking
- Engagement tracking
- Budget and Contract Requirement Management/ Coordination
- Performance measure management
- Strategic Planning
- Regional Coordination

### Engagement, Assistance, and Training
**David Kuennen** — Lead

- Scott Wetzel — Engagement Coordination Lead
- Michael Moser — Election Security Analyst
- Kathryn Babbin — Election Security Analyst
- Fahad Mirza — Mgmt & Program Support
- Noah Praetz — Expert Consultant
- Ryan Macias — Expert Consultant
- Jennifer Morrell — Expert Consultant
- Matt Crane — Expert Consultant

**Stakeholder Engagement**
- Briefings
- Training
- Material development
- Public affairs engagement support
- Hill engagement support
- Web content development

**Technical Assistance**
- External Engagements
- Training
- Product Development
- Last Mile
- Vendor Security Product
- Emergency Response Products

### Election Infrastructure Sector Risk Management Agency
**Juan Figueroa** — Chief

- Jennifer Cory — Mgmt & Program Analyst
- James E. Smith — Mgmt & Program Analyst
- Lauren Johnson — Mgmt & Program Analyst
- Anna Guiseppe — Mgmt & Program Analyst
- Jay Anderson — Mgmt & Program Analyst

- EI SRMA Governance
  - GCC Support
    GCC WG Support
  - SCC Support
    SCC WG Support
  - Joint GCC/SCC Support
    Joint WG Support
- Administrative support and management (e.g. Invitational Travel Coordination)
- Coordination of Private Sector Clearance Program Requests

### Mis, Dis, Malinformation Team
**Brian Scully** — Chief



- Maria Barsallo Lynch — Team Lead
- Robert Schaul — Analysis & Response Lead
- Adriana Stephan — Analyst
- Alyssa Suhm — Mgmt & Program Support
- Lauren Protentis — Engagements Lead
- Chad Josiah — Resilience Lead
- Alex Zaheer — Analyst
- Michael Pattullo — Mgmt & Program Support
- Kunal Kothari — Expert Consultant

- Situational Awareness
- Risk Analysis
- Response Options
- General Resilience
- Product Development
- Partner identification and engagement

## Strategy, Policy, Resources – Operational and Strategic Planning Support
- Chris Myer — Strategic Planner
- Steph Curry — Strategic Planner
- Adrienne Gizicki — Strategic Planner

FOR OFFICIAL USE ONLY/ PRE-DECISIONAL/ DELIBERATIVE

**EXHIBIT 61**