




## Jack Cable

Public Interest Technologist

Washington, District of Columbia, United States

2K followers · 500+ connections

### Join to view profile

United States Senate

Stanford University

**EXHIBIT 62**

## About




Committee, advising Chairman Gary Peters on cybersecurity policy, including election security and open source software security. He previously worked as a Security Architect at Krebs Stamos Group. Jack also served as an Election Security Technical Advisor at CISA, where he created Crossfeed, a pilot to scan election assets nationwide. Jack is a top bug bounty hacker, having identified over 350 vulnerabilities in hundreds of companies. After placing first in the Hack the Air Force bug bounty challenge, he began working at the Pentagon's Defense Digital Service. Jack holds a bachelor's degree in Computer Science from Stanford University and has published academic research on election security, ransomware, and cloud security.

## Activity



G2 names Buildkite a High Performer in Build Automation and Continuous Delivery. Learn more about how you can build your dream CI/CD workflows.

Liked by Jack Cable






As always, Senator Peters says it best... "This bill does exactly what its name implies – it makes government communications easier to understand."...

Liked by Jack Cable



Aneeqa Abid and I worked on a project that was featured in USA Today! Please give it a read if you've got some time!

Liked by Jack Cable




## Experience



**Technology Policy Fellow**
United States Senate
Jan 2022 - Oct 2022 · 10 months
Washington, District of Columbia, United States

• 2022 TechCongress Fellow for the Senate Homeland Security and Governmental Affairs Committee under Chairman Gary C. Peters.
• Advised on policy regarding cybersecurity and other technology policy issues.
• Led Chairman Peters's legislative approach to open source software security and election security, including writing the bipartisan Securing Open Source Software Act.



**Security Architect**
Krebs Stamos Group LLC
May 2021 - Feb 2022 · 10 months
Washington, District of Columbia, United States

• Technical lead on purple team engagements for Fortune 500 companies, simulating nation-state attacks to help drive down risk in corporate environments.
• Responded to prominent cyberattacks as technical lead, working directly with executives to drive corporate response to improve security going forward.



**Hacker**
Defense Digital Service



capacity following that.
• Helped lead the Hack the Marine Corps bug bounty challenge, in coordination with Marine Corps Forces Cyberspace Command leadership.
• Coordinated deployment of Crossfeed tool to help secure COVID-19 vaccine entities.
• Served as ongoing advisor to the Department of Defense's Hack the Pentagon bug bounty portfolio and vulnerability disclosure program.



### Research Assistant at Stanford Internet Observatory

Stanford University

Sep 2019 - Jun 2021 · 1 year 10 months

Built tools to study mis/disinformation, conducted mis/disinformation research for Election Integrity Partnership and Virality Project, and Head Teaching Assistant for INTLPOL 268: Hack Lab.



### Election Security Technical Advisor

Cybersecurity and Infrastructure Security Agency

Jun 2020 - Jan 2021 · 8 months

• Led development and deployment of CISA's first passive, opt-out vulnerability scanning program with Crossfeed, assessing all 50 states and over 2,500 counties ahead of the 2020 election.
• Authored and contributed to guidance on vulnerability disclosure and other public technical election security guidance.
• Represented the agency in official public speaking engagements (including at DC CyberTalks, CISA Cybersecurity Summit, and DEF CON Voting Village).



### Red Team Member

Synack Red Team






**Security Researcher**
HackerOne
Nov 2015 - Dec 2020 · 5 years 2 months

• Ranked within top 100 hackers worldwide on HackerOne and Cobalt bug bounty platforms.
• Reported over 350 valid vulnerabilities to organizations including Google, Yahoo, Facebook, Uber, Salesforce, and the United States Department of Defense.
• Placed first in the federal Hack the Air Force challenge out of 600 invited hackers.



**Software Engineering Intern**
Vanta
Jun 2019 - Aug 2019 · 3 months

Contributed full-stack development to help build Vanta's automated compliance platform, including development of custom security scanners and Vanta's first customer-facing desktop application for its deployed security tool.



**Founder**
Smart Ride
Sep 2016 - Jul 2019 · 2 years 11 months

Created a service for seniors and others without smartphones to order an Uber with a phone call. Built using Node.js, AngularJS, and MongoDB, Twilio API, and Uber API.



**Hackers and Hunters Intern**
Uptake
Jun 2018 - Jun 2018 · 1 month
Greater Chicago Area




summarizing findings.



### Security Consultant
Earn.com

Mar 2018 - Apr 2018 · 2 months

Security Consultant at Earn.com



### Core Researcher
Cobalt.io

Oct 2015 - Dec 2017 · 2 years 3 months



### Web Development Intern
Dom & Tom

Jun 2017 - Jul 2017 · 2 months

Greater Chicago Area

Worked as a web development intern at Dom & Tom, a development agency, writing production code for an internal tool. Technologies include React, Node.js, MongoDB, Docker, npm, and Express.



### Software Engineering Intern
SnapMobile

May 2016 - Aug 2016 · 4 months

Worked as a software engineering intern at SnapMobile, a mobile app development company, writing production code for universal mobile applications, web applications, and APIs. Developed mobile applications in IonicJS, mobile applications using AngularJS, and APIs using Node.js, MongoDB, npm, Express, gulp, and Babel. Collaboratively developed these applications, using GitHub for source control.




## Education



**Stanford University**
Bachelor of Science - BS · Computer Science
2018 - 2021



**New Trier High School/Northwestern University**
-
2015 - 2018

Attended Northwestern University (during Senior year of high school), auditing MENU Accelerated Linear Algebra and Multivariable Calculus (Math 291) and Real Analysis (Math 320), both year-long courses. During Junior year, audited Abstract Algebra (Math 330), a year-long course. During Sophomore year, audited Mathematical Foundations of Computer Science (EECS 212), Fundamentals of Computer System Software (EECS 205), and Design and Analysis of Algorithms (EECS 336).

## Publications

**Every Computer Science Degree Should Require a Course in Cybersecurity**
Harvard Business Review · August 27, 2019

See publication




**Most Influential Teen**

Time Magazine

Dec 2018

Named one of 2018's 25 most influential teens by Time Magazine

## More activity by Jack

**After two years at #CISA, my term-limited appointment has expired. A necessary mission, a ton of potential, and loads of talent. -I hope I left…**

Liked by Jack Cable




Liked by Jack Cable

This regular degular schmegular girl from the Bronx is getting her PhD! My fellowship in Congress ended last month and I am so incredibly grateful…

Liked by Jack Cable

Excited to announce that Jack Cable's Ransomwhere is the latest partner to join Chainabuse, the community-powered scam reporting tool built by…

Liked by Jack Cable




🏛️💻🎙️Jack Cable will present our work on Investigating the #Ransomware Payments Economy 🌲 Stanford University #Security Lunch 📰 Please attend if...

Liked by Jack Cable

📅Mark your calendars! We will be holding office hours NEXT MONDAY, 7/18 at 5PM ET, where you can learn more about the program and ask alumni...

Liked by Jack Cable




Liked by Jack Cable

💻 🎙️ I am really excited that our research with Kris Oosthoek and Jack Cable on Ransomware market structure will appear at the 🌲… Stanford…

Liked by Jack Cable

🎞️🎙️Do you want to learn about the structure of Ransomware market? 📈Then, attend the talk by Jack Cable and Kris Oosthoek presenting our…

Liked by Jack Cable




🎙 **Looking for something to listen to this weekend? Check out the latest episode of the TechCongress Podcast! We spoke with Jack Cable, one of our…**

Liked by Jack Cable

## View Jack's full profile

- See who you know in common
- Get introduced
- Contact Jack directly

Join to view full profile

## People also viewed

**Saurabh Sanghvi**
Counsel at United States Senate
Washington, DC

**Joseph Pantoga**
Managing Consultant at Krebs Stamos Group




Product and Design, Hunters

New York, NY

**Alice Hau**

ML Engineer and Public Interest Technologist

United States

**Maia Hamin**

Congressional Innovation Fellow

New York City Metropolitan Area

**Scott Bezek**

Senior Software Engineer at Vanta

San Francisco Bay Area

**Joshua Kravitz**

Congressional Digital Innovation Scholar at TechCongress

Stanford, CA

**Isabella Garcia-Camargo**

Investment Associate @ Bridgewater, Venture Fellow @ Susa Ventures

New York, NY

**Zakir Durumeric**

Founder and Chief Scientist, Censys. Assistant Professor, Stanford University.

San Francisco Bay Area

**Ryan Madsen**

Press and Research Assistant at United States Senate

Washington, DC

Show more profiles ⌄

Case 3:22-cv-01213-TAD-KDM   Document 209-30   Filed 03/04/23   Page 15 of 17 PageID #: 14557





View Career Advice Hub

## Others named **Jack Cable**



**Jack Cable**
Industrial Cybersecurity Consulting at Rockwell Automation
Greater Minneapolis-St. Paul Area



**Jack Cable**
Site Supervisor/Foreman
Greater Coventry Area



**Jack Armstrong**
Cable Installer at Amazon
United Kingdom



**Jack Cable**
Audio Visual Technician
Peterborough

7 others named Jack Cable are on LinkedIn

See others named **Jack Cable**

## Add new skills with these courses



**WordPress: Developing Blocks with Gutenberg**






**Ethics in Information Security**

See all courses

## Jack's public profile badge

Include this LinkedIn profile on other websites



**Jack Cable**
Public Interest Technologist

Stanford University

View profile

LinkedIn

View profile badges

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| Brand Policy | Copyright Policy |
| | Guest Controls |

Case 3:22-cv-01213-TAD-KDM Document 209-30 Filed 03/04/23 Page 17 of 17 PageID #: 14559

Jack Cable - Washington, District of Columbia, United States | Professional Profile | LinkedIn


