```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF LOUISIANA
 2                     MONROE DIVISION

 3

 4   THE STATE OF MISSOURI, et al.,

 5        Plaintiffs,

 6   vs.                        Case No.
                               3:22-cv-01213-TAD-KDM
 7   JOSEPH R. BIDEN, JR., et al.,

 8        Defendants.

 9

10

11

12

13

14      VIDEORECORDED VIDEOCONFERENCED DEPOSITION
                    OF ERIC WALDO
15                DECEMBER 22, 2022

16

17

18

19

20

21

22

23

24

25
```

**ERIC WALDO  12/22/2022**

```
 1                    I N D E X

 2                   WITNESSES

 3   All Witnesses:                        Page

 4   Eric Waldo
      Examination by Mr. Sauer
 5
                     EXHIBITS
 6
     Exhibit 1     Resume                    20
 7
     Exhibit 2     Org Chart                 49
 8
     Exhibit 3     Defendant's Second-Amended
 9                 Combined Objections and
                   Responses to Plaintiffs'
10                 First Set of Expedited
                   Preliminary Injunction-Related
11                 Interrogatories            72

12   Exhibit 4     5/28/21 E-mail            134

13   Exhibit 5     6/12/21 E-mail            139

14   Exhibit 6     E-mail                    144

15   Exhibit 7     Document                  149

16   Exhibit 8     E-mail                    151

17   Exhibit 9     E-mail                    154

18   Exhibit 10    Press Conference Transcript 160

19   Exhibit 11    Health Advisory           196

20   Exhibit 12    Document                  206

21   Exhibit 14    7/16/21 New York Times
                   Article                   214
22
     Exhibit 16    7/21/21 E-mail            225
23
     Exhibit 17    E-mail                    234
24

25
```

**ERIC WALDO  12/22/2022**

```
 1                  EXHIBITS (continued)
 2
     Exhibit 18    7/18/21 Text Message       238
 3
     Exhibit 19    E-mail Chain               242
 4
     Exhibit 21    E-mail                     254
 5
     Exhibit 22    E-mail                     260
 6
     Exhibit 24    8/18/21 E-mail             266
 7
     Exhibit 25    E-mail                     269
 8
     Exhibit 27    E-mail                     279
 9
     Exhibit 28    Virality Report            282
10
     Exhibit 30    9/18/21 E-mail             290
11
     Exhibit 31    9/29/21 E-mail             296
12
     Exhibit 32    E-mail                     297
13
     Exhibit 33    Article                    302
14
     Exhibit 35    E-mail                     306
15
     Exhibit 36    E-mail                     309
16
     Exhibit 37    E-mail                     315
17
     Exhibit 38    Document                   319
18
     Exhibit 39    1/3/22 Podcast Document    324
19
     Exhibit 41    2/14/22 Document           330
20
     Exhibit 42    Impact of Health
21                 Misinformation Document    336
22   Exhibit 44    Article                    347
23   Exhibit 45    E-mail                     349
24   Exhibit 46    3/3/22 Letter - Google     349
25
```

**ERIC WALDO  12/22/2022**

```
 1                    EXHIBITS (continued)

 2
      Exhibit 47     3/3/22 Letter                352
 3
      Exhibit 48     3/3/22 Letter - LinkedIn     352
 4
      Exhibit 49     3/3/22 Letter - Twitter      353
 5
      Exhibit 50     3/3/22 Letter - YouTube      353
 6
      Exhibit 51     3/3/22 Letter - Microsoft    353
 7
      Exhibit 52     CQ Cover                     354
 8
      Exhibit 53     E-mail                       361
 9
      Exhibit 54     E-mail                       367
10

11    (The original exhibits were sent to the reporter
      electronically at the conclusion of the deposition
12    and copies will be provided as requested.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF LOUISIANA
2                      MONROE DIVISION

3

4    THE STATE OF MISSOURI, et al.,

5         Plaintiffs,

6    vs.                          Case No.
                                  3:22-cv-01213-TAD-KDM
7    JOSEPH R. BIDEN, JR., et al.,

8         Defendants.

9

10        VIDEORECORDED VIDEOCONFERENCED DEPOSITION OF

11   ERIC WALDO, produced, sworn, and examined on

12   December 22, 2022, between the hours of eight

13   o'clock in the forenoon and six o'clock in the

14   afternoon of that day, via different remote

15   locations, before Tammie A. Heet, a Registered

16   Professional Reporter, Certified Shorthand Reporter

17   and Notary Public within and for the states of

18   Illinois and Missouri, in a certain cause now

19   pending before the United States District Court for

20   the Western Division of Louisiana, Monroe Division

21   in re:  THE STATE OF MISSOURI, et al., vs. JOSEPH

22   R. BIDEN, JR., et al.; on behalf of the Plaintiffs.

23

24

25
```

```
 1                    REMOTE APPEARANCES

 2

 3    For the Plaintiff State of Missouri:

 4         Mr. D. John Sauer, Esq.
           Mr. Todd Scott, Esq.
 5         Mr. Ken Capps, Esq.
           MISSOURI ATTORNEY GENERAL'S OFFICE
 6         P.O. Box 899
           Jefferson City, Missouri  65102
 7         573/751-8870
           john.sauer@ago.mo.gov
 8

 9    For the Plaintiff State of Louisiana:

10         Mr. Tracy Short, Esq.
           LOUISIANA ATTORNEY GENERAL'S OFFICE
11         1885 North Third Street
           Baton Rouge, Louisiana  70802
12         225/326-6705
           shortt@ag.louisiana.gov
13

14    For the Plaintiffs Dr. Jayanta Bhattacharga,
      Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill
15    Hines:

16         Ms. Jenin Younes, Esq.
           NEW CIVIL LIBERTIES ALLIANCE
17         1225 19th Street, Northwest, Suite 450
           Washington, D.C.  20036
18         202/918-6902
           jeninyounes@ncla.legal
19

20    For the Defendants:

21         Ms. Amanda Chuzi, Esq.
           Mr. Josh Gardner, Esq.
22         U.S. DEPARTMENT OF JUSTICE
           1100 L Street Northwest
23         Washington, D.C.  29530
           202/514-4686
24         amanda.k.chuzi@usdoj.gov
           joshua.e.gardner@usdoj.gov
25
```

**ERIC WALDO  12/22/2022**

**Page 7**

```
 1              REMOTE APPEARANCES (continued)

 2

 3    For the Defendants (continued):

 4          Mr. Anant Kumar, Esq.
            U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
 5          26 Federal Plaza, Room 19-300
            New York, New York  10278
 6          202/597-1564
            anant.kumar@hhs.gov

 7

 8    Reported/Videorecorded By:

 9          Ms. Tammie A. Heet, RPR, CSR(IL), CCR(MO)
            Mr. David Doell
10          LEXITAS LEGAL
            711 North 11th Street
11          St. Louis, Missouri 63101
            314/644-2191

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            IT IS HEREBY STIPULATED AND AGREED by

2    and between counsel for the Plaintiffs and counsel

3    for the Defendants that this deposition may be

4    taken in shorthand by Tammie A. Heet, RPR, CSR, CCR

5    and notary public, and afterwards transcribed into

6    printing, and signature by the witness expressly

7    reserved.

8                      * * * * *

9            THE VIDEOGRAPHER:  We are now on the

10   record.  Today's date is December the 22nd, 2022.

11   The time is approximately 8:08 a.m., Central

12   Standard Time.  This begins the videorecorded

13   deposition of Eric Waldo in the matter of The State

14   of Missouri, et al. versus Joseph R. Biden, Junior,

15   et al., Case Number 3:22-cv-01213 in the United

16   States District Court for the Western District of

17   Louisiana.

18           This deposition is being held via

19   Zoom video.  The reporter's name is Tammie Heet.

20   My name is David Doell, and I'm the legal

21   videographer.  We are here with Lexitas.

22           The attorneys attending remotely and

23   in person, please introduce yourselves and the

24   parties you represent.

25           MR. SAUER:  John Sauer on behalf of

**ERIC WALDO  12/22/2022**

```
 1   Plaintiff State of Missouri, and I'm joined by my
 2   colleagues Ken Capps and Todd Scott of the Missouri
 3   Attorney General's office.
 4               MS. CHUZI:  Amanda Chuzi for
 5   Defendants, and I'm joined by Josh Gardner of the
 6   Department of Justice and Anant Kumar of the
 7   Department of Health and Senior Services.
 8               And before we begin, I'd like to
 9   reserve the right to read and sign.
10               MR. SHORT:  I'm Tracy Short on behalf
11   of the Office of the Attorney General of the State
12   of Louisiana.
13               MS. YOUNES:  Jenin Younes on behalf
14   of NCLA, the New Civil Liberties Alliance.
15               THE VIDEOGRAPHER:  Court reporter
16   please swear in the witness and we may proceed.
17                       ERIC WALDO,
18   of lawful age, produced, sworn, and examined on
19   behalf of Plaintiffs, deposes and says:
20                       EXAMINATION
21   QUESTIONS BY MR. SAUER:
22       Q.    Mr. Waldo, could you please state
23   your full name for the record?
24       A.    My name is Eric William Waldo.
25       Q.    And have you ever given a deposition
```

**ERIC WALDO  12/22/2022**

```
 1   before?

 2           A.     I have not.

 3           Q.     So this is your very first

 4   deposition?

 5           A.     That is correct.

 6           Q.     Can I just go over a few kind of

 7   ground rules for today that are common in all

 8   depositions.  Will that be okay?

 9           A.     You may.

10           Q.     First of all, could you and I be

11   careful not to interrupt each other because it

12   makes it difficult for the court reporter to take

13   down what we're saying.  So can we try to do our

14   best to sort of wait until the other one finishes

15   talking as we go forward today?

16           A.     That sounds reasonable, yes.

17           Q.     And also, could you make an effort to

18   give a verbal answer to my questions, you know,

19   instead of saying -- shaking our head or nodding or

20   saying "huh-uh," "uh-huh," you know, try and give

21   an affirmative yes or no.  And again, that helps

22   the clarity of the record.

23           A.     I'll do my best, sir.

24           Q.     In addition to that, if at any time

25   you have a difficulty hearing me, because we're on
```

1  a remote link or don't understand the question,

2  could you please ask for clarification instead of

3  trying to guess at my meaning and answering a

4  question that you think I may have asked, but

5  you're not sure.  Can you do that?

6          A.    Yes.  Yes, I do can that.

7          Q.    In addition to that, can you listen

8  to the questions that I'm asking and answer the

9  question that I ask instead of addressing some

10 other topic that you may be interested in

11 discussing?

12          A.    I will do my best to answer the

13 questions you ask, sir.

14          Q.    Thank you.  Let's just get started.

15 Can you tell us what your current job title is?

16          A.    Senior advisor to the Surgeon

17 General.

18          Q.    And then how long have you held that

19 title?

20          A.    Since late June.

21          Q.    Is that --

22          A.    Of 2022.

23          Q.    And then prior to that, did you work

24 in the Surgeon General's office?

25          A.    I did.

```
 1            Q.     What was your title then?
 2            A.     Chief engagement officer.
 3            Q.     And when -- how long were you chief
 4    engagement officer for the Surgeon General' office?
 5            A.     From June 20th or so of 2021 to
 6    around June 20th of 2022, so about one year, sir.
 7            Q.     And then did you hold any titles in
 8    between those two?
 9            A.     No, sir.
10            Q.     What were your job duties when you
11    were chief engagement officer?
12            A.     Primarily working as liaison, helping
13    connect with the public and stakeholder groups
14    about the issues of importance in the Surgeon
15    General's office around public health.
16                   In addition, I was in charge of our
17    youth mental health outreach coordination, but in
18    general, was the person helping connect the public
19    with subject matter experts and our priorities
20    around our issues.
21            Q.     What issues were you particularly
22    involved in?
23            A.     As I mentioned, I was the -- I was
24    sort of in charge of our youth mental health work.
25    That was the -- of our priority issues, that was
```

**ERIC WALDO  12/22/2022**

**Page 13**

```
 1   the one that I ran.
 2        Q.    Any other issues that you were
 3   engaged on?
 4        A.    Engaged?  Can you define -- what do
 5   you mean by engaged on, sir?
 6        Q.    Are there any other issues when you
 7   were chief engagement officer that you were
 8   involved in addressing for the -- for the Surgeon
 9   General's office?
10        A.    Yeah, so there were various issues
11   that the office was working on, and I was in some
12   way engaged on -- on most of them.  So that
13   included COVID-19, including our -- our general
14   public engagement around our efforts to educate the
15   public about COVID-19, including our vaccination
16   efforts, our rollout of our COVID-19 misinformation
17   advisory.
18             Then I work on youth mental health,
19   and then our -- our -- in addition, I work on
20   workplace -- sort of -- sorry, health worker,
21   mental health, which we announced later, and then
22   some development work on our work around workplace
23   mental health and social isolation and loneliness.
24        Q.    And so you had some role in the
25   rollout of the misinformation advisory, I believe
```

ERIC WALDO  12/22/2022

1  you said; is that right?

2          A.     That's correct.

3          Q.     **What was your role in that regard?**

4          A.     So I came into the office after the

5  advisory had already been created.  I started the

6  week of June 20th of 2021, so the advisory had

7  already been developed, so I didn't have any part

8  in the development of it, but I -- I worked with

9  the team on the rollout.  So how we were going to

10 communicate to the public about this advisory.

11         Q.     **Who was involved in developing it, to**

12 **your knowledge?**

13         A.     To my knowledge, that would have been

14 that moment Daniel Tartakovsky in the science and

15 policy team I think was the chief author in terms

16 of, like, the policy development behind the scenes.

17 At that point, he reported to Adam Beckman, who was

18 a senior advisor and I think the acting policy

19 director.  We were sort of lightly staffed at the

20 beginning of the administration.  Certainly,

21 Dr. Murthy would have worked on it, and then there

22 were probably some other staffers in the science

23 and policy team, like Tyiesha Short, perhaps.  But

24 that's not an exhaustive list, but that's off the

25 top of my head, sir.

**ERIC WALDO  12/22/2022**

```
 1          Q.     What was that -- you mentioned a man
 2    named Daniel as the principal author.  Can you
 3    spell his last name?
 4          A.     I can try, sir.  It's a -- it's a
 5    Russian name, Tartakovsky.
 6          Q.     Yeah.
 7          A.     T-A-R-T-A-K-O-V-S-K-Y.  I may be
 8    incorrect, and I'm sure there are some e-mails in
 9    the record that we can find, if we need to find
10    that, sir.
11          Q.     And you say Dr. Murthy worked
12    directly on directing the health advisory of the
13    misinformation advisory?
14          A.     I don't have direct knowledge of
15    that, but we worked on all our advisories, so I --
16    I have no reason to believe he didn't work on -- on
17    the advisory, wouldn't have had -- had a pen and
18    seen the drafts that Daniel put together and been
19    final signoff.
20          Q.     Okay.  When you say he was involved
21    in all your advisories, what -- what generally is
22    his role?  Does he edit them?  You know, what does
23    he do?
24          A.     So I can only speak to the -- you
25    know, I saw the advisories come out for youth
```

**ERIC WALDO  12/22/2022**

Page 16

```
 1    mental health that came out after I started.  I was
 2    deeply involved in that and our workplace advisory.
 3    Each was a little different because our team grew
 4    in size and scope, but Dr. Murthy typically
 5    certainly was helping the team understand that, you
 6    know, the -- was signing off on whether we were
 7    going to issue an advisory or not because that's a
 8    large undertaking for the office, and then in
 9    addition, you know, he was certainly someone who
10    would review drafts and have -- and final signoff.
11         Q.    And did he also kind of provide the
12    big picture of what the advisory would address?  I
13    mean, the idea to issue a health advisory on
14    misinformation, would that originate from him or is
15    that kind of staff decision?
16         A.    I don't know with respect to health
17    misinformation because that came -- that was before
18    my time in the office, but in general, there -- it
19    could have been -- it could have come in either
20    way.  Sometimes a staff member may have had a
21    suggestion and say I think we ought to do an
22    advisory on this or we ought to do a report on this
23    and might make a recommendation.  Or the Surgeon
24    General could say I know I want to issue more -- in
25    that -- about a specific topic.
```

**ERIC WALDO  12/22/2022**

```
 1          Q.    And you don't know how this -- I
 2    mean, I take it this health advisory on
 3    misinformation that we're talking about is the one
 4    that was launched on July 15th of 2021, correct?
 5          A.    That's the one I'm referring to, sir,
 6    yes.
 7          Q.    Just for clarity.  And you don't know
 8    whose idea that was originally to do an advisory?
 9          A.    I do not.  As I mentioned, that was
10    -- I didn't join until June of 2021, so whatever
11    the development was, or process, I was not a part
12    of it.
13          Q.    Prior to June 2021, were you in
14    government?  Were you working for HHS or were you
15    somewhere else?
16          A.    I was not in government, sir.
17          Q.    What were you doing before that?
18          A.    I was working at a nonprofit.
19          Q.    At which one?
20          A.    The Common Application.
21          Q.    What -- what is -- what is the nature
22    of that nonprofit?
23          A.    The Common Application is a
24    technology nonprofit that helps students around the
25    country apply to college, so they have about 900
```

**ERIC WALDO  12/22/2022**

Page 18

1   member colleges, and it's an online application so

2   that you can apply to multiple colleges at the same

3   time.

4        **Q.    Did that nonprofit have any**

5   **involvement to issues related to COVID-19 and --**

6   **and health misinformation?**

7        A.    No, sir, none to my knowledge.

8        **Q.    You mentioned you had a role in**

9   **communicating with the public about the**

10  **misinformation advisory that we're talking about.**

11  **Can you characterize that?  Describe what did you**

12  **actually do to -- to -- to kind of communicate**

13  **about that.**

14       A.    So to communicate about the advisory,

15  this was our first advisory so we didn't have a

16  template, but my -- my general experience in

17  government was trying to reach out to stakeholders

18  who might be interested or affected by the advisory

19  to give them a heads-up that the advisory was going

20  to come out.  So setting up some stakeholder calls

21  with relevant parties.

22            And then in partnership with the

23  communications team, the policy team, and others in

24  the office, we had a general rollout, what I would

25  call -- what is called a tick-tock in the parlance

**ERIC WALDO  12/22/2022**

1    of DC to say, here, we're communicating on this day

2    with these parties, these are the stakeholders who

3    will receive an e-mail, these are who might post a

4    tweet, these are who -- partners we might do an

5    event with.  And then we have a press team that

6    also will do communications and press for an event

7    and a rollout.

8         **Q.    You mentioned key stakeholders that**

9    **you communicated with.  What kinds of stakeholders**

10   **are we talking about?**

11        A.    So you know, the science and policy

12   team who developed this advisory helped put

13   together a list, including some subject matter

14   experts, policy experts, folks affected by this.

15   So -- so, for instance, the technology

16   organizations, government organizations, other

17   membership nonprofits like teacher unions, et

18   cetera.  Just what I would consider a robust group

19   of partners who might be interested in this work or

20   might help share the -- the advisory or be

21   interested in what the advisory has to say.

22        **Q.    What -- when you mentioned technology**

23   **organizations, what does that mean?**

24        A.    So given that the advisory called for

25   an all-society approach and mentioned what

**ERIC WALDO  12/22/2022**

Page 20

```
 1   technology and social media companies could do, we

 2   reached out to some technology and social media

 3   companies.

 4        Q.    You -- you mentioned reaching out to

 5   social media companies.  Who was that, to your

 6   recollection?

 7        A.    We definitely did pre-rollout calls

 8   with Twitter, Facebook, Google/YouTube.  Sorry --

 9   you -- sorry.  Twitter, Facebook, YouTube/Google.

10   Those are the ones I can remember off the top of my

11   head, sir.

12        Q.    And then you mentioned technology

13   companies other than social media companies.  What

14   are those?

15        A.    I don't -- maybe I'm putting more

16   social media companies.  I'm trying to think if

17   there were any other technology organizations we

18   would have reached out to.  I can't recall.

19        Q.    Let me switch gears a little bit.

20   I'm going to e-mail your counsel a few exhibits and

21   share one of them with you on the screen that will

22   be marked Exhibit 1.

23             MR. SAUER:  Okay.  And, Amanda, that

24   e-mail should be popping up in your inbox

25   momentarily.
```

**ERIC WALDO  12/22/2022**

Page 21

```
 1                MS. CHUZI:  I don't see it yet, but I
 2    am looking out for it.
 3          Q.    (BY MR. SAUER)  And then, Mr. Waldo,
 4    I have attempted to screen share.  Can you see this
 5    document that's marked Exhibit 1 down here?  That's
 6    just a copy of your online LinkedIn resume.
 7          A.    Yes, sir.  I can see it on the
 8    screen.
 9          Q.    And then if I scroll down here a few
10    pages, the most recent entry you have here is chief
11    engagement officer for the U.S. Surgeon General,
12    correct?
13          A.    That's correct, sir.  That's what it
14    says.
15          Q.    Yeah.  And, in fact, I take it
16    recently, last June, you actually adopted a new
17    title, which is senior advisor to the --
18          A.    That's correct.  I've not updated my
19    LinkedIn.
20          Q.    Sure, yeah.  What's the difference
21    between your duties as senior advisor to the
22    Surgeon General and chief engagement officer?
23          A.    We now have a different chief
24    engagement officer, so I'm no longer managing
25    staff.  I also have some reduced hours because I'm
```

**ERIC WALDO  12/22/2022**

**Page 22**

```
 1   taking care of some family members, and so I'm
 2   mostly engaged on partnership work with respect to
 3   youth mental health.
 4          Q.     Okay.  Are you involved --
 5          A.     The previous --
 6          Q.     Go ahead.
 7          A.     Pardon me, sir.  Go ahead.
 8          Q.     No, you go ahead and finish what you
 9   said.
10          A.     I'm okay.
11          Q.     Okay.  So you're -- as senior
12   advisor, you do list here general senior advisor to
13   Surgeon General, right?  And I take it that since
14   June of this year, is that your only duty?
15          A.     That's correct.
16          Q.     And you say right now, you deal with
17   the youth mental health issues?
18          A.     That's correct.
19          Q.     Generally speaking, what do you do
20   with respect to those?
21          A.     Working with external organizations
22   to try to, you know, help build campaign interests
23   in addressing the issues of youth mental health.
24   So helping to destigmatize youth mental health and
25   helping raise awareness on youth mental health.
```

1        Q.     And did you kind of step away from

2   more active duties because you had family issues?

3        A.     That's correct, sir.

4        Q.     And that started last June, I take

5   it?

6        A.     That -- that started June 20th of

7   2022, sir.

8        Q.     Okay.  So you were in the chief

9   engagement officer role for almost exactly a year,

10  correct?

11       A.     That's correct.

12       Q.     And I believe you said you started on

13  June 20th of 2021?

14       A.     Exactly.  It's, like, literally --

15  I'd have to go look.  It's about -- I think it's

16  approximately a year.

17       Q.     And I take it you're -- you said one

18  of the reasons of that is you're taking care of

19  some family members; is that right?

20       A.     That's correct.

21       Q.     Yeah.  And that's, in fact, why we're

22  doing this deposition by Zoom today, correct?  You

23  asked for it to be done by Zoom because you're

24  worried about, you know, having exposure, correct?

25       A.     I asked to be able to be deposed with

1    my mask on, that -- because I wanted to reduce

2    exposure to my family members, that's correct.

3         **Q.     Okay.  Yeah.  And we ended up in a**

4    **compromise where we're taking it by Zoom and people**

5    **observing are masked, correct?**

6         A.     That's correct.

7         **Q.     So since last June, at least, you've**

8    **had to observe restrictions in your personal life**

9    **to be careful around people that might expose you**

10   **to illnesses?**

11        A.     That's correct.

12        **Q.     Okay.  Looking here, you say senior**

13   **advisor Surgeon General, and you describe your**

14   **duties on LinkedIn as, quote, advising and**

15   **designing constituent and public-facing campaigns**

16   **around the country and the world around -- and you**

17   **mention COVID-19 vaccines and health**

18   **misinformation, correct?**

19        A.     That's correct.

20        **Q.     Yeah.  What is -- what constituent**

21   **and public-facing campaigns did you advise and**

22   **design for that related to health misinformation?**

23        A.     I think it was really our rollout and

24   then advising on -- on how we were engaging with

25   the public on health misinformation and how it

ERIC WALDO  12/22/2022

 1   should sit as a -- how we wanted to continue to

 2   follow up from our -- our -- our advisory.

 3          Q.    What kind of follow-up to the

 4   advisory were you involved in?

 5          A.    We worked in the office to also do

 6   a -- I guess I'd call it -- it was like a community

 7   toolkit for how folks could have conversations with

 8   others around health misinformation in their

 9   community.

10          Q.    Was there anything else?  Was there

11   any other follow-up related to the health advisory

12   that you recall?

13          A.    Can you be more specific about what

14   type of follow-up?

15          Q.    Well, I thought that was the phrase

16   that you used when I asked you what you meant --

17          A.    I see.

18          Q.    Yeah, yeah.  And I just wanted to

19   know what you meant.

20          A.    With respect to campaigns, that --

21   you know, that was the only sort of, like, product

22   we put out or additional pieces.  Certainly,

23   Dr. Murthy continued from a communications

24   perspective to talk about health misinformation

25   using his bully pulpit.

1            But that's -- you know, we sort of --
2    I think our -- our role in the Surgeon General's
3    office is to elevate issues of public health that
4    are priorities for the Surgeon General's office,
5    and we want to make sure the public is aware, and I
6    think that was done vis-a-vis the advisory.  And so
7    now, you know, as the advisory calls for an
8    all-society approach, I think we're also, you know,
9    continuing to see how folks are doing that.  But
10   that's -- it's sort of deprioritized after our
11   announcement.
12        **Q.    Yeah, I think you mentioned Surgeon**
13   **General Murthy using his bully pulpit to elevate**
14   **the issue of health misinformation that's addressed**
15   **in the advisory.  What do you mean by that?**
16        A.    So, you know, this is a little bit --
17   the Office of the Surgeon General, as opposed to,
18   let's say, the secretary of HHS, you know, the
19   Office of the Surgeon General doesn't have a --
20   doesn't have a budget in terms of, you know, we
21   don't give out grants, we aren't a regulatory
22   agency in terms of -- you know, I worked at the
23   Department of Education in a previous life, and
24   it's not like we have Title IX authority.
25            We're not showing up to regulate

```
 1  people, we're not giving out grants.  So the

 2  primary power of the office is, I think, around its

 3  reputational authority, its ability to convene

 4  people, its ability to help drive attention to an

 5  issue.

 6              I think most famously is certainly

 7  the Surgeon General's report on smoking or the

 8  Surgeon General's report on HIV/AIDS.  So being

 9  able to make sure the public is aware of issues

10  that are of public interest for the public health.

11      Q.    And you describe that as the

12  principal power of the office is to drive this kind

13  of public awareness.  How has that power been used

14  by the Surgeon General's office while you've been

15  there to address misinformation?

16      A.    Again, I think primarily by issuing

17  the reports.  So again, I think -- I think it's

18  having the infomateur of the Surgeon General saying

19  this is a big public health issue is -- helps,

20  whether you're a nonprofit, whether you're a doctor

21  in the field, whether you're a constituent or just

22  a citizen of the country, oh, wow, I didn't know

23  this was an issue, I should be aware of it.

24              Again, much like smoking, you may not

25  have been aware that smoking was a hazard to your
```

**ERIC WALDO  12/22/2022**

Page 28

```
 1    health before someone said this is hazardous, I
 2    need to be thoughtful about it.  So raising this, I
 3    think, helps the field, you know, say we want to
 4    understand this more, we want to work on it, et
 5    cetera.
 6             Q.    And does the Surgeon General's power
 7    extend to, for example, persuading social media
 8    companies to be more proactive in addressing health
 9    misinformation?
10             A.    I think certainly the Surgeon General
11    has the ability to -- to talk to the relevant
12    stakeholders and say we want you to be aware of
13    this issue and that we think you have a role to
14    play to improve the health outcomes, yes.
15             Q.    And that -- that -- when you say "the
16    relevant stakeholders" there, that includes social
17    media platforms?
18             A.    Yes, we call out social media
19    platforms in the advisory.
20             Q.    Yeah, yeah.  And you say "call out,"
21    you mean you're kind of calling for them to take
22    more substantial or aggressive action to address
23    misinformation on their platforms, correct?
24             A.    I believe the advisory says what
25    social -- it has a section that says what social
```

1  media companies can do with some potential steps or

2  actions that social media companies could take, and

3  it's a -- a range of actions.

4         **Q.    Uh-huh.  And then does the Surgeon --**

5  **you've mentioned the Surgeon General's bully pulpit**

6  **earlier.  What -- what's that exactly?  Is that**

7  **visibility to kind of make public speeches and, you**

8  **know, put kind of public pressure on an issue?**

9         A.    I think the bully pulpit, the way I

10  mean it, is really the fact that he commands

11  attention, including being able to, as you

12  mentioned, you know, speak with the press, speak

13  with the public, and I think people take him

14  seriously as a -- as, you know, I think we think of

15  the Surgeon General as the nation's doctor.  But

16  when he says something is an issue of public

17  health, we think that people will -- you know, are

18  more likely to listen and hear and hopefully take

19  steps to improve health outcomes.

20         **Q.    And you say "take steps to improve,"**

21  **the idea would be the Surgeon General's use of the**

22  **power that you described as the bully pulpit would**

23  **drive change, you know, change that the Surgeon**

24  **General views as positives when it comes to the**

25  **dissemination of health misinformation?**

 1        A.    In that respect -- with -- in all --
 2    all the issues that he's raising, we are trying to
 3    improve health outcomes, and, yes, absolutely
 4    including health misinformation.
 5        **Q.    And so the goal of the use of that**
 6    **power is to kind of reduce the dissemination of**
 7    **health misinformation and promote the dissemination**
 8    **of kind of accurate health information.  Fair to**
 9    **say?**
10        A.    That sounds fair.  I think in
11    general, the Surgeon General saying health
12    misinformation is an -- is an issue, misinformation
13    is an issue that we need to address, and I think he
14    calls for an all-society approach, including
15    studying it, taking steps to, you know, essentially
16    reduce that harm, which I think there are multiple
17    ways, and you know, again a little bit -- to go
18    back to the smoking analogy, we need to learn what
19    are the steps you can take, you know, is it -- is
20    it stopping smoking, is it -- is it reducing, is
21    it, you know, Nicorette gum?  What are the things
22    you can do?
23            And again, in the advisory, the
24    Surgeon General makes some potential
25    recommendations of what, again, everyone can do

1   across the society, but certainly among the

2   technology/social media companies.

3          **Q.    Right.  And particularly, I seem to**

4   **recall there's recommendations of specific steps**

5   **the social media platforms are, as you said**

6   **earlier, called out to take to reduce the spread of**

7   **misinformation on the platforms.  Fair to say?**

8          A.    I think that's fair to say.

9          **Q.    Has that been a common theme, not**

10  **just in this misinformation, but in this Surgeon**

11  **General's public communications about health**

12  **misinformation on social media platforms?**

13         A.    I would say across, actually,

14  everything the Surgeon General is saying and doing

15  with our advisories, he's -- certainly tries to

16  provide ways that we can improve the public health

17  outcomes.

18              So for youth mental health, we say

19  here's what different organizations, stakeholders

20  can do.  We did that for our health worker

21  advisory, and certainly we did it for the

22  misinformation advisory as well.

23         **Q.    And that includes communications that**

24  **are conducted both publicly, like in public**

25  **speeches and so forth, and also communications kind**

1  of conducted in private and kind of direct

2  engagements with social media platforms?

3        A.    Sorry, can you -- can you rephrase

4  the question or repeat the question, sir?

5        Q.    **Does that, you know, message of**

6  **calling out the social media platforms to take**

7  **steps to reduce the spread of misinformation on**

8  **their platforms, has the Surgeon General's office**

9  **conveyed that message in private through private**

10 **engagement with social media platforms as well as**

11 **public engagement?**

12       A.    Yes, I think that what we're saying

13 publicly, we're also, you know, between the rollout

14 said that privately to them as well.

15       Q.    **What -- what kind of private**

16 **engagement was there in 2021 with respect to social**

17 **media platforms?**

18       A.    So I think I mentioned this before,

19 sir.  We did what I would call, like, a -- rollout

20 calls.  So before the advisory came out, these were

21 calls where I was reaching out to mostly either

22 government relationsy (phonetic), public policy

23 folks to get on the phone to give them a heads-up

24 that the advisory was coming out, that it was still

25 embargoed, to give them a rough sense of what it

```
 1   was going to say, and that we would share the
 2   advisory with them when it came out.  Those are the
 3   original calls that occurred.
 4               And then I think because of -- you
 5   know, because of, I think, some of the rollout
 6   statements that were made, we ended up doing an
 7   additional call with Facebook, who I think was
 8   upset about how the rollout had gone.
 9        Q.    You -- you -- you recall an
10   additional call with Facebook.  Do you remember
11   what was discussed in that call?
12        A.    So again, we had two -- I think a
13   rollout -- there was an original rollout call with
14   Facebook that was at, I think, what I would call a
15   staff level.  We were trying to schedule it before
16   the rollout.  Facebook was unable to schedule it,
17   and it ended up happening, I think, the day of
18   rollout.
19               So on that day, Press Secretary
20   General Jen Psaki had already made remarks
21   specifically about Facebook, and then I believe
22   that's -- either in congruity with the call or
23   sometime either before or after was when President
24   Biden made his remarks that social media and
25   Facebook were killing people.  So that call was
```

1    more originally just a high level, we put this out,

2    and I connected the Facebook folks with our -- one

3    of our subject matter experts.  So I think there

4    was some back-and-forth questions, but it wasn't

5    really -- not -- I wouldn't call it the most

6    productive call.

7           Then later, with our call, we had a

8    call with Nick Clegg from Facebook, and at his

9    request, and that was, I think, a call meant to --

10   his intentions were to sort of I think deescalate

11   and just find ways that we could work together,

12   given how Facebook would -- was -- was treated in

13   that rollout day.

14        **Q.    Did you find ways to deescalate and**

15   **work together?**

16        A.    I -- I -- I'm not sure in the sense

17   that we didn't really do any much more work

18   together.  We certainly had a call that I think was

19   cordial where Dr. Murthy, I think, acknowledged

20   that it must have been hard for the Facebook team

21   to go through that rollout day, given how they were

22   called out by the -- the President and the Press

23   Secretary, and you know, we had asked questions

24   and -- and brainstormed on ways to work together.

25        **Q.    When you say "brainstormed on ways to**

**ERIC WALDO  12/22/2022**

```
 1    work together," were the people from the Surgeon

 2    General's office, you know, communicating with

 3    Facebook about what the Surgeon General would like

 4    to see them to do more or to do better about the

 5    spread of misinformation on their platforms?

 6          A.    The Surgeon General -- on the call

 7    with Nick Clegg, the Surgeon General did, I think,

 8    reiterate the idea that, you know, as we described

 9    in the advisory, that we think there's more that

10    the technology -- that Facebook and other social

11    media companies can do, and I think this -- yeah,

12    that's -- that's what we -- we reiterated that.

13          Q.    Sorry.  And what -- was it specific

14    -- do you remember Dr. Murthy saying, hey, you

15    know, honestly the health advisory has some pretty

16    specific proposals in it?  Did Dr. Murthy say in

17    this call with Nick Clegg that, you know, hey, we'd

18    really like to see you do this specific thing and

19    that specific thing?

20          A.    Not to my recollection.  I think the

21    most specific questions were about understanding

22    the data around the spread of misinformation and

23    how we were measuring that, and whether or not, you

24    know, how -- how we could have external researchers

25    validate the spread of misinformation and -- and
```

**ERIC WALDO  12/22/2022**

 1   helping us as a field understand the depth of the

 2   problem.

 3          **Q.    When you say "external researchers,"**

 4   **what sort of people would we be talking about?  Are**

 5   **you talking about people outside of the Surgeon**

 6   **General's office?**

 7          A.    Yeah.  So I think in general --

 8   again, I haven't -- I'd have to go back and look at

 9   the advisory, but I think the notion is how -- I

10   mean, we would want external researchers outside

11   the Surgeon General's office, you know, academics

12   to be able to say -- just like we would with any

13   other public health issue, we think -- you know,

14   here's how we're measuring the harm and the impact,

15   and that it -- I think the conversation was, like,

16   it's currently difficult to do so.

17          **Q.    Do you know how many academics who do**

18   **that kind of research?**

19          A.    I do know -- at least we did a

20   rollout event for the -- for the -- for the day of

21   the -- I think the day or the week of the advisory

22   with Renee DiResta from the Stanford Internet

23   Observatory.  That's one person I know externally.

24          **Q.    Anyone else?**

25          A.    Not off -- I'd have to ask someone

**ERIC WALDO  12/22/2022**

```
 1    like Daniel from the policy team who would be other
 2    external folks, but my -- my imagination is, again,
 3    sort of, you know, tier one research institutions
 4    and partners who would -- would have researchers
 5    who are certainly interested in this data.
 6         Q.    Do you know if -- you say Daniel with
 7    the Russian last name and the policy team, do you
 8    know if they worked with those kinds of external
 9    researchers when they were developing the health
10    advisory?
11         A.    I don't have any specific knowledge
12    about that, sir.
13         Q.    Do you know if it was -- you
14    mentioned, I think, Renee DiResta.  Do you know if
15    there was any interaction between the Surgeon
16    General's office and Professor DiResta in the
17    leading up to the development of the July 15th
18    misinformation advisory?
19         A.    I'm not familiar.  As I mentioned,
20    the -- the advisories were developed before --
21    before I arrived, so I don't know who -- who was
22    consulted for that.
23         Q.    Do you know, were there
24    communications or coordination with Professor
25    DiResta after the advisory came out?
```

**ERIC WALDO  12/22/2022**

```
 1          A.    I know there was coordination with
 2   her with respect to the launch of the -- there was
 3   a panel, a public sort of virtual town hall that we
 4   hosted with -- with the Sanford Internet
 5   Observatory that Dr. Murthy spoke at, and that was
 6   part of the launch day.  So certainly there would
 7   have been coordination with -- with her, with
 8   respect to that panel.
 9          Q.    And you -- I think you mentioned that
10   launch would have occurred in the day or the week
11   of the -- of the advisory in July of 2021?
12          A.    Yeah, it -- it was either that week
13   or, like, shortly thereafter.  It would have been
14   within the, I would say a week, of the -- of the
15   launch we would have had that event with her.  I
16   don't recall the date off the top of my head.
17          Q.    Is -- is Professor DiResta affiliated
18   with an academic institution or a think tank or
19   what?
20          A.    I believe that -- that was with
21   Stanford, so -- but I don't -- I don't know.
22          Q.    Are you aware of any other kind of
23   communications or coordination with Professor
24   DiResta after that launch event?
25          A.    I think that we had another subject
```

```
 1   matter expert, Kyla Fullenwider, who was a subject
 2   matter expert and -- and worked on the advisory
 3   with Daniel.  And I believe she maybe did a
 4   follow-up call with Renee after the event.
 5          Q.    Was she -- when you say "subject
 6   matter expert," is she an -- and employee of the
 7   Surgeon General's office?
 8          A.    I believe so.  I think she was
 9   detailed to the office.  I'm not -- I don't
10   precisely know what her employment status was.  I
11   don't know if it was a contractor, I'm not sure if
12   it was an IPA, or -- or if it was a direct hire.
13   But she certainly had a -- some relation -- some
14   more formal relationship with the Surgeon General's
15   office.
16          Q.    Where was she actually employed?
17          A.    I'm not sure, sir.
18          Q.    Okay.  What -- what is her subject
19   matter expertise?
20          A.    What's that?
21          Q.    You mentioned that she's a subject
22   matter expert.  What exactly is she a subject
23   matter expert in?
24          A.    I believe she's a subject matter
25   expert in health mis- and disinformation.
```

1      Q.    So she's a health mis- and
2  disinformation researcher, like Professor DiResta,
3  to your understanding?
4      A.    I'm not -- I don't know that -- I'm
5  not deeply familiar with her bio, but she certainly
6  was considered a subject matter expert that was
7  working on this issue.  She may have multiple areas
8  of expertise.
9      Q.    You mentioned that there was some
10  kind of communication or later communication
11  between her and Professor DiResta at Stanford.  Do
12  you know what the nature of that communication was?
13      A.    I believe we did a call that was more
14  of a brainstorm around, you know, again, potential
15  other events or, you know, public-facing --
16  public-facing events that we could do to talk about
17  this issue.
18      Q.    And you were on that call along with
19  Ms. Fullenwider and the professor from Stanford?
20      A.    I was, yeah.
21      Q.    What else was discussed in that call?
22      A.    I don't recall, but I just remember
23  -- I do remember that we talked about sort of if
24  there were events that we could do for follow-up.
25  But that's -- that's -- that's the most of my

```
 1   recollection.
 2         Q.    Did Ms. Fullenwider and Professor
 3   DiResta discuss misinformation issues in the calls?
 4         A.    I mean, most likely.  It was -- it
 5   was about how we would follow up about
 6   misinformation, so that was broadly the subject.
 7         Q.    And what -- what else was discussed
 8   in that call, to your recollection, if anything?
 9         A.    I don't have any other recollection
10   of that call.
11         Q.    Did you talk in the call?
12         A.    I think I was more listening.  This
13   is some -- mis- and disinformation was not in my
14   area of subject matter expertise coming into this
15   job, and so I was just trying to learn and -- and
16   make sure I was aware of, from a public engagement
17   perspective, how we might think about talking with
18   stakeholders or, you know, just move -- continue --
19   if we wished to moved the ball forward and continue
20   to have public engagement, how we might do so.  So
21   I was more in listening mode.
22         Q.    Gotcha.  But I take it
23   Ms. Fullenwider was acting on behalf of the Surgeon
24   General's office in that call.  She's not an
25   outside researcher that you're connecting with
```

1    Professor DiResta, but she's a -- has some, in your
2    understanding, formal role with the Surgeon
3    General's office, correct?
4         A.    That's my understanding, sir.
5         Q.    Okay.  But you don't know exactly
6    what it is, whether she's an employee or an outside
7    contractor or anything like that?
8         A.    I do not.
9         Q.    Okay.
10        A.    There are various ways that one can
11   be employed in the Office of the Surgeon General,
12   so I don't know what her employment status -- what
13   formal structure she had in place.
14        Q.    Other than that call, are you aware
15   of any other kind of communications with Professor
16   DiResta or anyone at Stanford relating to mis- and
17   disinformation after the health advisory was rolled
18   out in July of 2021?
19        A.    Not to my recollection.
20        Q.    How about any other outside
21   researchers at any other institution, are you aware
22   of communication and coordination between the
23   attorney -- sorry, the Surgeon General's office
24   and -- and any other outside researchers or
25   research entities?

**ERIC WALDO  12/22/2022**

```
 1          A.    There was at least one entity that
 2     briefed -- I think it was not just the Surgeon
 3     General's office, it briefed -- I think it was
 4     brought in by someone else at HHS that was an
 5     external group that had research on, like, their --
 6     their views on -- on mis- and disinformation and
 7     the effects of mis- and disinformation so I
 8     definitely sat in on one other briefing.
 9          Q.    Do you know who that was, what group
10     that was?
11          A.    I don't.  It was -- it was an outside
12     group that I think was brought in by someone at
13     HHS, and their -- it was a separate HHS sort of
14     public affairs shop, and they had requested a
15     briefing, so I was looped in, given that we had
16     done the outreach.  So I sort of sat and listened
17     to the -- a briefing on the health and mis- and
18     disinformation from their perspective.
19          Q.    Do you remember who at HHS called for
20     that meeting or called for the briefing?
21          A.    It was the person who invited me, I'm
22     blanking on her name.  She's now left the office,
23     but she worked for Marvin Figueroa was my
24     recollection.
25          Q.    Who's Marvin?
```

**ERIC WALDO  12/22/2022**

Page 44

```
 1        A.    Marvin has some -- a senior public
 2   affairs job.  I don't know what his official title
 3   is.
 4        Q.    What was the nature of the outside
 5   group?  Was it a think tank, was it a set of
 6   academic researchers?
 7        A.    I think it was -- I think it was a
 8   mix of those things, sir.  I don't really recall.
 9   I'm not positive.
10        Q.    Do you know when the meeting
11   happened?
12        A.    It's sometime probably within two
13   weeks, you know, before or after the rollout.  I
14   think probably after, given that I think that's why
15   I got looped in, because we put out the advisory.
16        Q.    Okay.  So probably within a couple
17   weeks of that July 15th health advisory rollout?
18        A.    Yeah.
19        Q.    What was -- what kind of
20   misinformation issues or concerns were addressed in
21   that -- that briefing?
22        A.    I think what I remember the most was
23   this group talking -- talking about the
24   misinformation dozen.
25        Q.    Was this the Center for Countering
```

**ERIC WALDO  12/22/2022**

Page 45

1   Digital Hate, by any chance?

2          A.     That may be it, sir.  I'm not

3   positive.  That sounds -- that sounds familiar.

4          Q.     Yeah, CCDH -- I mean, they're the

5   ones who identified the Disinformation Dozen.  Does

6   that ring a bell?

7          A.     That does.  That sounds familiar.

8   I'd have to check my e-mails to be -- or calendar

9   to be certain, but that sounds accurate.

10         Q.     That is -- so you attended a

11  briefing, along with HHS officials, from the Center

12  for Counter -- Countering Digital Hate around

13  second half of July 2021, to the best of your

14  recollection?

15         A.     I would want to check to make sure

16  that's the group, but it was certainly -- if it's

17  not the group, it's certainly those same issues,

18  sir.

19         Q.     And what did they say about the

20  Disinformation Dozen?

21         A.     I mean, I -- I think overall, it was

22  highlighting that they were the -- the main source

23  of health misinformation around COVID-19 and

24  vaccines was my recollection.

25         Q.     What did they -- when you said

1    "highlighting that they were a main source," that

2    means highlighting that the so-called

3    Disinformation Dozen were a main source of online

4    social media disinformation?

5           A.    Correct.

6           Q.    And did they propose any action

7    items?  Did they want actions to be taken against

8    the Disinformation Dozen?

9           A.    I don't recall.

10          Q.    Do you know if that group

11   communicated with anyone else in the federal

12   government about the Disinformation Dozen?

13          A.    I don't -- I'm not sure.

14          Q.    Do you remember anything else that

15   was said in that -- that meeting with HHS

16   officials, Mr. Figueroa's office, yourself, and the

17   CCDH, was anything else discussed?

18          A.    I don't recall.  I think it was

19   mostly a listening session.  We were -- they had a

20   presentation that they were giving, so it was

21   mostly an information in session.

22          Q.    So did they give, like, a PowerPoint

23   or something like that?

24          A.    That's correct.

25          Q.    Do you know what the PowerPoint said?

```
 1          A.    I think as we discussed, sir, the --
 2    it was a presentation about the Disinformation
 3    Dozen and sort of how they were measuring those --
 4    that those were the folks primarily responsible for
 5    a lot of misinformation online.
 6          Q.    And they're actually external
 7    researchers who are kind of tracking misinformation
 8    online, correct?
 9          A.    I don't have deep expertise about
10    that organization or group, so I'm not sure.
11          Q.    Did you do anything with the
12    information you got in that briefing, like did you
13    relay it back to anyone in the Surgeon General's
14    office?
15          A.    In all likelihood, I probably
16    forwarded the PowerPoint to some members of the
17    policy team, probably Daniel and Kyla would be my
18    guess, but I'd have to go back and check.
19          Q.    And that's the two -- Daniel and Kyla
20    is Daniel with the Russian name and Kyla
21    Fullenwider, correct?
22          A.    That's correct.
23          Q.    And you believe most likely you
24    e-mailed them the -- the -- the PowerPoint from
25    this presentation about the Disinformation Dozen?
```

**ERIC WALDO  12/22/2022**

```
 1        A.    That's correct.
 2        Q.    Anyone else -- was anyone else at
 3   that meeting, other than the HHS official,
 4   yourself, and the presenters?
 5        A.    I'm not positive.  I don't recall.
 6   It was probably a big call in terms of I think
 7   there were a lot of folks from that organization,
 8   and then I -- I think I had invited Daniel and Kyla
 9   to the call.  I don't think they made it.  And I
10   would have perhaps also invited Rafael Compos, who
11   was another member of the engagement team.
12             Rafael helped create the event with
13   -- with -- with the Sanford Internet Observatory
14   for the launch, so this was in his sort of
15   portfolio on my team.  So I would have invited
16   Rafael, perhaps.
17        Q.    How do you spell his name?
18        A.    Rafael is just R-A-F-A-E-L, and then
19   Compos is C-O-M-P-O-S.
20        Q.    Was he -- I think you mentioned he
21   was the point person working with Stanford and
22   Professor DiResta and the launch event?
23        A.    So Rafael, yes, that is correct.
24        Q.    Did he have other communications with
25   Stanford or Professor DiResta?
```

1          A.    I'm not sure.  I imagine he would

2    have in the run-up to the event.  So Rafael was a

3    member of my team who was helping plan that rollout

4    event, and it was -- prior to my arrival was the

5    main engagement person working on rollout.

6          **Q.    How about after the event, did he**

7    **have communications with them afterwards?**

8          A.    I'm not sure.

9          **Q.    I'm showing you a document that's**

10   **previously marked Exhibit 2 that I e-mailed to your**

11   **lawyer a little while ago as well.  Can you see**

12   **that?**

13         A.    I do.

14         **Q.    You see this document called OSG**

15   **high-level org chart marked Exhibit 2?**

16         A.    I see it, sir, yes.

17         **Q.    And then down here, you're listed**

18   **right here as the leader of the engagement team for**

19   **the Surgeon General's office?**

20         A.    That's correct.

21         **Q.    And it says that you lead outreach**

22   **and engagement with key stakeholders and groups,**

23   **correct?**

24         A.    That's correct.

25         **Q.    And it talks about how you have**

1    relationship management with nonmedical groups and

2    key influencers?

3         A.    That's correct.

4         Q.    **What does that mean "relationship**

5    **management with nonmedical groups and key**

6    **influencers"?**

7         A.    So I think the notion that we had as

8    we were continuing to build and design this version

9    of Surgeon General's team, which is certainly

10   unique is that we would -- the engagement team

11   would be designed a little bit like the White House

12   Office of Public Engagement.

13             So we would think about different

14   constituent groups and how we were reaching out to

15   them.  So whether that's -- so you might think

16   there's civil rights groups, education groups,

17   mayors, governors, sort of a litany of

18   organizations, foundations, philanthropy, et

19   cetera, that there's sort of a list of high-level

20   organizational groups who we might want to reach

21   out to about our issues or might have feedback for

22   us as well.

23             And then our team would be the main

24   liaison.  So we'd be the person helping have a

25   point of contact at the PTA or at the -- at the

**ERIC WALDO  12/22/2022**

**Page 51**

1   NEA, at AFT, and say, great, we have that

2   relationship, and we may connect them with

3   different members of our team, but when we're doing

4   an event on youth mental health, we know, well,

5   gosh, if we want to talk to parents, you know, the

6   engagement team has the contact and the Rolodex

7   with the -- the PTA or with the AFT or with the

8   teacher union or with a school district.  So we

9   were sort of -- that was the notion of how we could

10   help the relationship management.

11        **Q.     And I take it that that -- those**

12   **contacts would extend to social media platforms as**

13   **well, that you as the engagement team leader would**

14   **be the one in charge of maintaining the contacts**

15   **and the relationships with representatives of**

16   **social media platforms?**

17        A.     That's correct.

18        **Q.     Yeah, and you --**

19        A.     I think social media, there's, like,

20   two versions of that where also given that on

21   some -- in other cases, we are working social media

22   on just, you know, the -- the Surgeon General might

23   be having a Twitter town hall that our coms team

24   might take the lead or we might loop in other

25   members of the team as appropriate.  So if it was

1  more of a press event, we may, you know -- there

2  may be some co-ownership.

3       **Q.    Gotcha.  Whereas other kind of**

4  **engagements would fall more under your wheelhouse**

5  **that wasn't about, you know, rolling something out**

6  **on Twitter and Facebook, right?**

7       A.    I'm sorry, can you repeat that, sir?

8       **Q.    Other engagement that wasn't kind of**

9  **about the Surgeon General's office pushing public**

10  **communications onto social media platforms, other**

11  **engagement with social media platforms would fall**

12  **under your responsibilities?**

13       A.    I think so.  Again, trying to -- my

14  view is that our team would be the -- help maintain

15  the relationships, and then connect them with the

16  subject matter experts on the policy team or -- or

17  more -- we're a more, very cross-functional team,

18  but we were the ones who would be sort of the folks

19  helping manage those relationships, know who we

20  needed to reach out to in the constellation and

21  then connect them to the right people to help share

22  the information.

23       **Q.    Who did you develop contacts with,**

24  **social media platforms?  Like how'd you know who to**

25  **talk to at Facebook or Twitter, you know, when**

1    **you -- I think you mentioned earlier you reached**

2    **out to them, you know, to loop them in, that the**

3    **health advisory was coming.  How did you know who**

4    **to talk to there?**

5          A.     During the rollout when I arrived,

6    there had had already been a lot of work done --

7    again, this was our first rollout, and it was

8    really, you know, my first two days I got looped

9    in.  I think Daniel had taken a crack at, again, a

10   rollout tick-tock of here's who we need to reach

11   out to, here's the days we're going to do it.

12            And I think there was a list of --

13   of -- of technology companies and people were

14   dropping in names of, you know, the folks they knew

15   or who we might reach out to.

16            So I think -- I know certainly

17   Dr. Murthy was the one who flagged for me that we

18   should reach out to Nick Clegg, so he had his --

19   his contact information.  For the other

20   organizations, I'm not -- I don't really recall.

21   It probably came from a spreadsheet that Daniel

22   had.

23            I'd worked with Twitter certainly in

24   other jobs, and I knew at least, like, a person or

25   two.  I may have sent a -- you know, I had contact

**ERIC WALDO  12/22/2022**

Page 54

```
 1   at -- at Google from a different -- from a previous
 2   employment and asked, hey, who's the government
 3   affairs person?  So I may have asked that.  I don't
 4   really recall, but it was either crowd-sourced in a
 5   Google -- or in an Excel spreadsheet or previous
 6   spokes- --
 7               So we can see when you're typing, if
 8   someone's typing an e-mail -- an e-mail right now.
 9        Q.    Sorry, yeah.  I'll get rid of that.
10               Let me ask you this:  I think you had
11   mentioned that Daniel had a spreadsheet of
12   contacts.  Do you know where he got those contacts?
13        A.    I do not.
14        Q.    How about do you know if he had
15   communicated with them prior to your starting in
16   June?  On June 20th of 2021, had he been touching
17   base with social media platforms before that?
18        A.    I don't know.  I don't think so.
19   Because when we were talking about the rollout, a
20   very specific decision was made that I would do the
21   outreach to the -- to those organizations, and I
22   took the implication, but I don't really remember
23   that there hadn't been deep contact with them.  I
24   think partly because we didn't think they would be
25   happy about this -- you know, the content of the
```

1   advisory.

2         Q.    Let me ask you this:  What -- do you

3   know if anyone -- prior to your starting on

4   June 20th of 2021, do you know if anyone in the

5   Surgeon General's office had any contact with

6   social media platforms like Facebook, Twitter

7   Google/YouTube?

8         A.    I think there was at least one call

9   that I'm aware of that the Surgeon General had with

10  Facebook during the transition.

11        Q.    When you say "during the transition,"

12  would that have been prior to the inauguration of

13  the President?

14        A.    That's correct.  During the

15  transition team, sometime between November -- I

16  guess I don't know when the election was --

17  November 8th and -- and January 2020.

18        Q.    Do you know roughly when in that time

19  frame there would have been a call --

20        A.    I don't.

21        Q.    -- between --

22        A.    I do not.

23        Q.    Go ahead.  Were you involved in that

24  call?

25        A.    I was not.

**ERIC WALDO  12/22/2022**

```
 1          Q.     Okay.  How do you know about it?
 2          A.     When we were setting up our call with
 3     Nick Clegg, I mentioned to folks who had been on
 4     the call with Facebook for that rollout call, and
 5     Dr. Murthy had mentioned that he had been on a call
 6     with that person during the transition.
 7          Q.     What person was that, other than Nick
 8     Clegg?
 9          A.     It was a -- someone -- it was, like,
10     a data person from the Facebook team.
11          Q.     Do you know what was discussed in
12     that call between Surgeon General Murthy and the
13     data person from the Facebook team during the
14     transition?
15          A.     I'm not positive, but I believe it
16     was, again, about that issue of trying to
17     understand the reach of the mis- and disinformation
18     and understanding, you know, how far it was
19     spreading.
20          Q.     Do you know -- do you know anything
21     that was said in that call?
22          A.     I do not.
23                 THE REPORTER:  I'm sorry, what was
24     that?
25          Q.     (BY MR. SAUER)  Do you know anything
```

**ERIC WALDO  12/22/2022**

**Page 57**

1   that was said in that call?

2          A.    I do not.

3          Q.    And are you aware -- or do you know

4   what the nature of the concern was about the reach

5   of mis- and disinformation that was raised in that

6   call?

7          A.    I'm not sure.

8          Q.    Do you know if anyone participated in

9   that call from the Surgeon General's team, so to

10  speak, other than Dr. Murthy?

11         A.    I'm not sure.

12         Q.    How about -- how about any other

13  calls prior to your starting on June 20th of '21,

14  or any other communications, between anyone on the

15  Surgeon General's team and social media platforms?

16         A.    I am not aware of any.

17         Q.    Down here, turning your attention

18  back to Exhibit 2, there's a person listed here:

19  Anne Kim is the head of the design and innovation

20  team.  Do you see that?

21         A.    Yes.

22         Q.    And it says she creates digital

23  platforms.  Do you know what that means?

24         A.    So Anne comes from a design

25  background at a firm called IDO, and so I think she

**ERIC WALDO  12/22/2022**

Page 58

```
 1   has members of her team who also, you know, were

 2   doing a website refresh for the Surgeon General's

 3   team.  So I think it's -- some of those online

 4   digital -- digital content.

 5        Q.    That -- so when it says produces

 6   nonwritten content, is that, like, photos and

 7   videos for the Surgeon General?

 8        A.    Yes, correct, yeah.  So, like, and

 9   also I think now the Surgeon General has a -- a

10   podcast as well that I think her team has been key

11   on designing.

12        Q.    Okay.  And at the bottom of the list

13   there, it says that she directs mis- and

14   disinformation engagement.  Do you see that?

15        A.    I do.

16        Q.    And what does that involve?

17        A.    I think -- again, I'm not sure when

18   -- which version of this -- obviously this org

19   chart continued to change over time.  I think it's

20   likely because Kyla Fullenwilder reported up to

21   Anne Kim.  And since Kyla, I think, was our main

22   subject matter expert or continued to do work on

23   mis- and disinformation, maybe that was why that

24   was put under Anne's list of duties.

25        Q.    You don't think that Ms. Kim herself
```

 1   was directly carrying out the direction of mis- and
 2   disinformation engagement?
 3           A.    Not to my knowledge.
 4           Q.    But you think that Kyla Fullenwilder
 5   was doing that?
 6           A.    Kyla was definitely working on mis-
 7   and disinformation.
 8           Q.    And what was she doing?  When you say
 9   she's working on it, what was she doing?
10           A.    I know Kyla was, again, with Daniel,
11   I think probably working -- well, I wasn't there,
12   but I'm pretty sure she was working with Daniel on
13   the design of the -- of the advisory.  And then I
14   think Kyla was continuing to help us think about
15   were there additional ways we might engage.
16                So I know that Kyla, I think, was the
17   principal designer of options around follow-up with
18   respect to data.  So I think the Surgeon General's
19   office put out an RFI around misinformation data,
20   and I think Kyla worked on that.
21           Q.    And that RFI, is that the one that
22   was launched on March 3rd of 2022?
23           A.    That sounds correct, sir.
24           Q.    Yeah.  And your understanding is Kyla
25   Fullenwilder worked on developing that.  Is that

1    fair to say?

2         A.    That's my understanding, sir.

3         Q.    **What was her role in that, to your**

4    **knowledge?**

5         A.    I'm not entirely certain, but I think

6    she was the subject matter expert who was chiefly

7    creating options for the Surgeon General's -- you

8    know, to consider how we would continue to, you

9    know, talk about mis- and disinformation with

10   respect to data.

11        Q.    **Do you know who else was involved in**

12   **developing that RFI?**

13        A.    I'm not sure, but I think Max Lesko,

14   the chief of staff, was helping Kyla process-wise

15   for that.

16        Q.    **You mentioned Mr. Lesko, he's here on**

17   **the org chart, and you report directly to him,**

18   **right, through this current line?**

19        A.    That's correct, yep.

20        Q.    **What's his role when it comes to --**

21   **to your knowledge, when it comes to dealing with**

22   **mis- and disinformation issues?**

23        A.    I think Max became a de facto lead as

24   teams -- as teams shifted and helped -- helped

25   follow up on engagement.  You know, I was doing the

**ERIC WALDO  12/22/2022**

Page 61

```
 1   rollout, then I went on paternity leave, then Adam
 2   left -- Adam Beckman, and then -- so I think -- I
 3   think Max sort of filled in the gap and was
 4   certainly helping Kyla and helping advise the
 5   Surgeon General on -- on -- on some of the
 6   misinformation issues of if there was any follow-up
 7   we needed to do.
 8          Q.    Was Max Lesko involved in
 9   communicating directly with social media platforms,
10   for example --
11          A.    To my knowledge, Max was the person
12   who sent the RFI to the tech companies while I was
13   out.
14          Q.    And when were you on paternity leave?
15          A.    There were two rounds of paternity
16   leave.
17          Q.    Congratulations.
18          A.    You know, around one month or
19   between -- around September 16th to, like,
20   October 16th or 17th, I'd have to check, and then
21   around January through early March.
22          Q.    Okay.  Did Mr. Lesko have any other
23   communications with social media platforms that
24   you're aware of?
25          A.    Not to my knowledge.
```

**ERIC WALDO  12/22/2022**

Page 62

```
 1          Q.     How about Kyla Fullenwilder --
 2          A.     Actually, sorry -- sir --
 3          Q.     Go ahead.
 4          A.     -- may I -- no, that -- no, I'm
 5     right, sorry, not to my knowledge.
 6          Q.     Okay.  You thought of something there
 7     for a second.  What were you --
 8          A.     I was trying to remember -- I
 9     apologize, sir, I'm interrupting you, making it
10     hard for our court reporter.
11          Q.     Go ahead.
12          A.     Thank you.  I was trying to remember
13     if Max had been on the call with Nick Clegg and he
14     was not is my recollection.
15          Q.     Any other involvement of Mr. Lesko in
16     communications with social media platforms that you
17     can think of?
18          A.     Not to my knowledge, sir.
19          Q.     How about Kyla Fullenwilder?  We
20     talked earlier that she was communicating, I think,
21     with external researchers, for example Professor
22     DiResta.  Was she involved in communicating
23     directly with social media platforms at any stage?
24          A.     So Kyla was someone I invited to
25     those rollout calls as a subject matter exert, and
```

**ERIC WALDO  12/22/2022**

Page 63

```
 1    she joined some of them but not all.  So I recall
 2    that she joined the Twitter call and the Facebook
 3    call, but I'm not sure if she joined any of the
 4    other ones.
 5         Q.    Other than those rollout calls with
 6    you, what -- did she have any other communications
 7    with social media platforms?
 8         A.    I'm not sure, not to my knowledge.  I
 9    guess it's possible in the RFI pieces, but I'm
10    not -- I think Max was the one who communicated, so
11    I don't have knowledge of that.
12         Q.    Okay.  How about other people
13    anywhere on the org chart?  I think obviously, you
14    know, that statement directs mis- and
15    disinformation engagement under Anne Kim's job
16    description seems to suggest that somebody's --
17    engagement usually means some form of
18    communication.
19              Is there anyone else that you're
20    aware of who's communicated with social media
21    platforms about mis- and disinformation?
22         A.    Not to my knowledge.
23         Q.    So the only ones you know of are
24    yourself and Ms. Fullenwider and then Mr. Lesko
25    when it came to announcing the RFI?
```

**ERIC WALDO  12/22/2022**

**Page 64**

```
1          A.    Again, Daniel may have -- Daniel
2    Tartakovsky may have been invited as an optional to
3    some of those rollout calls with the tech
4    companies.  I don't recall if he was on.
5          Q.    How about anyone outside the Surgeon
6    General's office, are you aware of other federal
7    officials communicating with social media platforms
8    about mis- and disinformation?
9          A.    I believe -- I certainly was on some
10   e-mails and at least one call with -- Rob Flaherty
11   would communicate with Facebook.
12         Q.    Did he communicate -- is that Rob
13   Flaherty from the White House?
14         A.    That's correct, sir.
15         Q.    Yeah.  What's his title and role?
16         A.    I think he -- he is a -- some sort of
17   digital title.  I don't know if it's digital
18   director, head of digital, but he has a role on the
19   digital team at the White House, to the best of my
20   knowledge.
21         Q.    Did you communicate with him or
22   coordinate with him about talking to social media
23   platforms about disinformation and misinformation?
24         A.    I didn't talk to Rob until after we
25   did the rollout, so it wasn't -- it was -- it was
```

1    before our call with Nick Clegg, I think I had a

2    call with Rob.

3         Q.    What was the nature of that call?

4         A.    I think it was just giving us a

5    heads-up on his experiences with -- in

6    communicating with -- with -- with Facebook.

7         Q.    So he had been separately

8    communicating with Facebook?

9         A.    I believe so.

10         Q.    And you were coordinating on how to

11    present a united message to them?

12         A.    No.

13         Q.    No?  What -- what was the nature of

14    the -- the -- the discussion in that call with Rob

15    Flaherty?

16              MS. CHUZI:  Objection to the extent

17    that the question is asking for privileged

18    information that's covered by the delivery of

19    process privilege, I will instruct the witness not

20    to answer.

21              THE WITNESS:  On the advice of

22    counsel, I will not answer.

23         Q.    (BY MR. SAUER)  So you're refusing to

24    answer a question about your communications with

25    Rob Flaherty regarding both of your communications

**ERIC WALDO  12/22/2022**

1    with Facebook?

2         A.    On the advice of counsel, I will not

3    answer the question.

4         Q.    **Was there anyone else involved in**

5    **that call?  Without disclosing the content of**

6    **communications, who else was on that call?**

7         A.    No one else was on the call.

8         Q.    **Did you have any other communications**

9    **with Mr. Flaherty, other than that call?**

10        A.    There was one other call that Brian

11   Rice from Facebook requested for me and Brian --

12   for me and Rob to attend.  So there was some call,

13   I think around August of 2021, where -- where we --

14   the three of us were on a call together.

15        Q.    **What was the nature of that call?**

16        A.    Brian had -- Brian Rice from Facebook

17   had requested a call to give us an update on some

18   sort of internal action they were doing.  So I

19   think it was him sharing some sort of -- he called

20   it an operation.  I don't really recall what it was

21   about, but it was something that Facebook had

22   either found something or removed something and was

23   letting us know about it.

24        Q.    **Are you aware of any other federal**

25   **officials communicating with social media platforms**

**ERIC WALDO  12/22/2022**

```
 1    about misinformation and disinformation other than
 2    Mr. Flaherty?
 3         A.    Other than the folks we've already --
 4    other than the people we've already talked about?
 5         Q.    Right, yeah, I think I'm talking
 6    about now outside the Office of the Surgeon
 7    General.
 8         A.    Sorry.  Pardon me.  Thank you, sir.
 9    Thank you for the clarification.  Not to my
10    knowledge.
11         Q.    How about Andy Slavitt, do you know
12    of any communications with him with social media
13    platforms?
14         A.    I know that Dr. Murthy shared with me
15    that Andy had connect -- Andy had connected
16    Dr. Murthy to Nick Clegg because when Andy was
17    leading the White House, he had been a connection
18    for Nick and someone he talked to, and that he
19    promised Nick -- Andy promised Nick that he could
20    have, you know, a person he could talk to, and then
21    looped -- looped Dr. Murthy and -- and Nick.
22         Q.    So Nick Clegg's contacts in the
23    federal government to talk about misinformation
24    issues prior to that was Andy Slavitt in the White
25    House?
```

**ERIC WALDO  12/22/2022**

**Page 68**

```
 1          A.    I don't know that they spoke of

 2    misinformation.  I know that they were -- they were

 3    certainly in contact.

 4          Q.    And then when Andy Slavitt left the

 5    White House, he kind of offered Surgeon General

 6    Murthy as a -- as a direct contact for Nick Clegg?

 7          A.    That's my understanding, sir, yes.

 8          Q.    Are you aware of Andy Slavitt having

 9    any other communications with social media

10    platforms about mis- or disinformation?

11          A.    I am not aware of any communications.

12          Q.    How about anyone else in the White

13    House?  Are you aware of anyone else in the White

14    House being involved in communications or

15    discussions with social media platforms that relate

16    to misinformation or disinformation?

17          A.    I'm not aware of any, sir.

18          Q.    How about anyone else in the

19    Department of Health and Human Services?

20          A.    I'm not aware, sir.

21          Q.    How about anyone else in any other

22    federal agency?

23          A.    I'm not aware.

24          Q.    Have you ever had communications with

25    anyone at CISA, Cybersecurity and Infrastructure
```

**ERIC WALDO  12/22/2022**

```
 1     Security Agency?
 2          A.   I don't think so.  I don't recall
 3     that.
 4          Q.   How about someone called Brian
 5     Scully, do you know who that is?
 6          A.   I do not -- that does not ring a
 7     bell, sir.
 8          Q.   How about Jen Easterly, does that
 9     name ring a bell?
10          A.   I don't think so, sir.
11          Q.   How about Lauren Protentis?
12          A.   I don't think so, sir.
13          Q.   How about Dr. Fauci, Anthony Fauci,
14     have you had communications or discussions with him
15     of any kind?
16          A.   I have not had any communications
17     with Dr. Fauci, sir.
18          Q.   Do you know if he has had discussions
19     with other people in the Surgeon General's office
20     such as Surgeon General Murthy or others?
21          A.   Dr. Murthy has certainly had
22     conversations with Dr. Fauci.
23          Q.   Do you know what the nature of those
24     conversations were?
25          A.   I do not.
```

**ERIC WALDO  12/22/2022**

**Page 70**

```
 1          Q.    Do you know if any of those

 2   conversations related to misinformation or

 3   disinformation?

 4          A.    I do not.

 5          Q.    Do you know of anyone else in the

 6   Office of Surgeon General communicating with

 7   Dr. Fauci?

 8          A.    None to my knowledge.  Adam Beckman

 9   would maybe be someone who might have helped

10   coordinate calls.  He was sort of -- did a lot

11   of -- a lot of things, especially as we were

12   lightly -- more lightly staffed at the beginning of

13   the administration, but I think Dr. Murthy would

14   have directly communicated with Dr. Fauci, to my

15   knowledge.

16          Q.    And you're not aware of anyone else

17   being on those communications other than Dr. Murthy

18   from the OSG side?

19          A.    Yeah, not to any knowledge.

20          Q.    Okay.  How about Dr. Francis Collins,

21   the head of NIH?  Have you ever communicated with

22   him?

23          A.    I have not.

24          Q.    Are you aware of anyone at the Office

25   of Surgeon General communicating with him?
```

**ERIC WALDO  12/22/2022**

Page 71

```
 1          A.   I -- I imagine -- I think -- I'm
 2  certain that Dr. Murthy has connected, but I don't
 3  know.
 4          Q.    You say you're certain that
 5  Dr. Murthy has connected --
 6          A.   Sorry.
 7          Q.    Yeah, go ahead.
 8          A.   Sorry.  It would -- I believe
 9  Dr. Murthy has connected with Dr. Collins.
10          Q.    Were you involved in those
11  conversations?
12          A.   I was not.
13          Q.    Do you know if they related to
14  misinformation or disinformation?
15          A.   I do not.
16          Q.    Did Dr. Fauci or Dr. Collins have any
17  role in devising either the health advisory from
18  July of 2021 or the RFI from March of 2022 that
19  you've already talked about?
20          A.   I don't know.
21          Q.    And I think you said that
22  Dr. Murthy -- you believe Dr. Murthy has had direct
23  conversations with Dr. Collins.  Do you know who
24  else was involved in those communications, if
25  anyone?
```

**ERIC WALDO  12/22/2022**

Page 72

```
 1          A.    I do not.
 2          Q.    So, to your knowledge, the only
 3   people that you know who would have been involved
 4   would be Dr. Murthy himself and Dr. Collins?
 5          A.    That's correct.
 6          Q.    Same question for Dr. Fauci, the only
 7   ones you know of who were directly involved in
 8   those communications were Dr. Murthy and Dr. Fauci?
 9          A.    That's correct.
10          MS. CHUZI:  Counsel, we've been going
11   for about an hour.  Is there -- are we approaching
12   a good stopping point for a short break?
13          MR. SAUER:  I was going to do one
14   more exhibit.  It's a long exhibit, a longer, so
15   probably be on it for about 15, 20 minutes.  Do you
16   want to keep going, or I'm fine taking a break,
17   too.
18          THE WITNESS:  Let's -- let's finish
19   this exhibit and then we'll take a break.
20          Q.    (BY MR. SAUER)  Okay.  It's Exhibit
21   3, which I previously e-mailed to your counsel.
22   Can you see the document?
23          A.    I have the document in front of me
24   from my counsel, from government counsel.
25          Q.    Hang on a second, I'm not showing --
```

```
 1          A.    But I don't see it on the shared

 2    screen.

 3          Q.    Here we go.  How that's?

 4          A.    Yes, sir.

 5          Q.    And this is Defendant's

 6    Second-Amended Combined Objections and Responses to

 7    Plaintiffs' First Set of Expedited Preliminary

 8    Injunction-Related Interrogatories.  That's what

 9    it's titled, correct?

10          A.    That is what it says, sir.

11          Q.    Are you aware that the Office of

12    Surgeon General responded to interrogatories in

13    this case?

14          A.    I know that we had been -- had

15    various legal issues around misinformation and were

16    creating documents for DOJ.  I'm not -- I don't

17    know that I specifically knew about this set of

18    interrogatories.

19          Q.    Were you involved in, you know,

20    collecting information to respond to

21    interrogatories?

22          A.    I believe so.  Again, I was

23    responding to requests around the legal matters

24    with respect to misinformation, so probably.  I

25    don't -- I know there have been multiple lawsuits
```

 1   about this, so I'm not sure which one.

 2          Q.    What -- what was -- what was the

 3   nature of -- I don't want to ask anything that your

 4   lawyers told you, but I want to know what is the

 5   nature of your activities of collecting the, you

 6   know, information in response to interrogatories.

 7   Did you, you know, dig up documents, search your

 8   e-mail?  What kind of stuff did you do?

 9          A.    So, for example -- yes, searching

10   e-mails, searching my calendar for meetings with

11   organizations, et cetera.

12          Q.    Anything else?  Did you search

13   personal devices and personal e-mails?

14          A.    I would have looked at all -- all

15   records that were requested from DOJ.  I would have

16   looked at any relevant devices that might have --

17   as part of the request.

18          Q.    Have you ever communicated with the

19   social media platform using a sort of personal

20   e-mail account, personal device, anything like

21   that?

22          A.    No, sir.

23          Q.    And have you ever had work-related

24   communications that related to misinformation or

25   disinformation on a personal account or device?

**ERIC WALDO  12/22/2022**

```
 1         A.    No, sir.
 2         Q.    Were you aware that we received
 3    amended interrogatories on Tuesday of this week
 4    that relate to the responses from the Office of
 5    Surgeon General?
 6         A.    I don't think so, but I'm not sure.
 7         Q.    So are you aware that the responses
 8    were provided on September 27th and then amended
 9    responses were provided a few days ago.
10         A.    I'm not aware of the dates of -- or
11    the responses.
12         Q.    I want to direct your attention to
13    page 32 of this document.
14               Is this familiar to you, this OSG
15    response where it says:  OSG responds that the
16    following meetings took place with social media
17    platforms relating to misinformation?
18         A.    Are you -- is this the whole page?
19    Can you give me a second to read this, sir?
20         Q.    Sure, yeah.  This response goes on
21    for about two full pages.  So if you look at page
22    32 and 33 with a little paragraph spilling onto
23    page 34.
24         A.    Okay, sir, I reviewed pages 32 and
25    33.
```

**ERIC WALDO  12/22/2022**

Page 76

1      Q.     Gotcha.  And you see there's nine

2   bullets points there identifying nine meetings

3   between people from the Office of Surgeon General

4   and social media platforms relating to

5   misinformation?

6      A.     I see this, yes.

7      Q.     Were you involved in collecting

8   information to identify these meetings?

9      A.     I was.

10      Q.     And so you searched your calendar,

11   for example, to find information to identify

12   meetings that you were involved in?

13      A.     That's correct.

14      Q.     Do you know why we received an

15   updated version that added a couple new meetings

16   that hadn't previously been mentioned?  Do you know

17   why that happened a couple days ago?

18      A.     I do not.

19      Q.     Did you find new meetings to disclose

20   to us, you know, recently?

21      A.     I did not.

22      Q.     Okay.  Do you know why these

23   interrogatories were amended to add new information

24   shortly before your deposition?

25      A.     I do not.

**ERIC WALDO  12/22/2022**

Page 77

```
 1          Q.    Let me ask you this:  Did you review

 2     any documents to prepare for your deposition?

 3          A.    I did.

 4          Q.    Yeah, what sort of documents did you

 5     review?

 6                MS. CHUZI:  Objection.  Work product.

 7          Q.    (BY MR. SAUER)  What sort of

 8     documents did you review to -- to prepare for your

 9     deposition?

10                MS. CHUZI:  Same objection.  The

11     question calls for information covered by the work

12     product doctrine, and I will instruct the witness

13     not to answer.

14                THE WITNESS:  On the advice of

15     counsel, I will not answer the question.

16          Q.    (BY MR. SAUER)  Let me turn your

17     attention to -- here on the top of page 32.  Let's

18     just -- I want to walk through these meetings, and

19     just see what you remember about them.

20                So for the first bullet point here

21     identifies a meeting on May 25th, 2021, involving

22     Dr. Murthy and Andy Slavitt meeting remotely with

23     Nick Clegg from Facebook, correct?

24          A.    That is what the document says,

25     correct.
```

1      Q.      And I take it this is before you

2   started at the Office of Surgeon General and you

3   weren't directly involved in this meeting?

4      A.      That's correct.

5      Q.      But I think you testified about this

6   meeting a minute ago from what your understanding

7   of it was.  What do you understand?

8      A.      I'm -- I'm --

9      Q.      Go ahead.

10     A.      Sir, I don't think that's correct.

11   I -- I know that they were connected.  I don't know

12   that this was that meeting or if it was an e-mail

13   or something else.

14     Q.      Oh, interesting.  Okay.  Yeah, sorry,

15   I didn't mean to put words in your mouth.  Looking

16   at this description of the meeting where it talks

17   about how on May 25th there was a remote meeting

18   between Dr. Murthy, Andy Slavitt, and Nick Clegg,

19   what do you know about what happened in that

20   meeting?

21     A.      I don't know anything, sir.

22     Q.      Do you know of any meetings --

23   obviously these meetings are listed in

24   chronological order.  And the first meeting listed

25   between OSG personnel and social media platforms is

**ERIC WALDO  12/22/2022**

 1    on May 25th, 2021, correct?

 2          A.    That is what is listed, sir, yes.

 3          Q.    Are you aware of any meetings that

 4    happened before May 25th, 2021, between anyone in

 5    the Office of Surgeon General and anyone at a

 6    social media platform?

 7          A.    I think this is what we talked about

 8    before, sir.  I think there may have been a meeting

 9    during the transition.  That's only meeting I'm

10    aware of.

11          Q.    And that was that meeting you talked

12    about involving Dr. Murthy and someone on the data

13    side at Facebook?

14          A.    That's correct.

15          Q.    Do you know who that was?  Do you

16    know the name of that Facebook individual in that

17    meeting?

18          A.    I don't recall, sir.

19          Q.    Do you know if anyone else was in

20    that meeting, other than Dr. Murthy and the person

21    from Facebook?

22          A.    I don't recall -- or I actually don't

23    know.

24          Q.    Do you know if any -- well, let me

25    ask you this:  Do you know if the data being

**ERIC WALDO  12/22/2022**

Page 80

```
 1   discussed was data about misinformation on -- on
 2   Facebook?
 3        A.    I believe that was a topic of
 4   conversation.
 5        Q.    Do you know of any other topics of
 6   conversation?
 7        A.    I do not.
 8        Q.    Do you know what was said about the
 9   data of misinformation -- data about misinformation
10   on Facebook?
11        A.    I think the only piece I know from
12   that conversation was, again, Facebook sort of
13   being un- -- you know, not clear, or unable to
14   present the -- the depth or reach of the
15   misinformation, that they didn't have that data.
16        Q.    And so Facebook told Dr. Murthy in
17   the transition, on your understanding, that they
18   didn't really have good data on the depth and reach
19   of misinformation on their platform?
20        A.    I believe so.
21        Q.    And Dr. Murthy, do you know what he
22   said about that?
23        A.    I don't know.
24        Q.    Who was on that call, other than that
25   unidentified Facebook person and Dr. Murthy, to
```

1    your knowledge?

2         A.    I don't know.

3         Q.    **So you don't know of anyone other**

4    **than Dr. Murthy who would be able to identify what**

5    **was stated in that call?**

6         A.    I don't know.  It's possible DJ Patil

7    would have been on that call.  I think he was on

8    the transition as well, but I'm not positive.

9         Q.    **Who's DJ Patil?**

10        A.    DJ was that chief data scientist in

11   the Obama administration, and he was a special

12   government employee at the White House for part of

13   the first year.

14        Q.    **What -- what time range -- frame?**

15        A.    I think the first six months or so.

16        Q.    **So he was a White House official for**

17   **about six months in some capacity?**

18        A.    That's my understanding.

19        Q.    **Yeah, do you know exactly what his**

20   **role was?**

21        A.    I do not.

22        Q.    **Do you know if he communicated with**

23   **social media platforms about misinformation?**

24        A.    DJ was on the call with Dr. Murthy

25   and myself with Nick Clegg.

1       Q.     Okay.  And so he was joining that

2  call in his capacity as a White House official?

3       A.     That's my understanding.

4       Q.     Okay.  And then you think he may have

5  been involved in this call in the transition

6  involving Dr. Murthy and the data person at

7  Facebook?

8       A.     Maybe.  I'm not certain, sir.

9       Q.     How about any other communications

10  involving DJ Patil and social media platforms, are

11  you aware of any others?

12       A.     There was a follow-up e-mail from

13  Nick after our call, and I connected DJ to another

14  research data person on -- on the -- I think I was

15  doing a matchmaking of DJ and a Facebook data

16  person.  I'm not certain if they ever connected.

17       Q.     Who was that Facebook data person?

18       A.     I don't recall the name, sir.

19       Q.     How did you know who to connect him

20  to?

21       A.     I think either Nick or Brian Rice

22  gave us the person to connect them with.

23       Q.     What was the purpose of connecting DJ

24  Patil, the White House scientist, with the Facebook

25  data person?

1          A.    I think to better understand the --
2     the nature of the data reach on the misinformation.
3          **Q.    So the idea was -- go ahead, sorry.**
4          A.    I think, again, the problem was we
5     were still in this piece of not understanding the
6     reach and depth of the -- of the -- of the reach of
7     the misinformation on the -- on Facebook.  And I
8     think this person was going to try to explain to DJ
9     the data challenges in doing so.
10         **Q.    So the idea was that DJ, the White**
11    **House scientist, would be able to talk to the data**
12    **person at Facebook so that the White House could**
13    **understand the reach and depth of misinformation on**
14    **Facebook?**
15         A.    I'm not certain, but I think that
16    was -- that was one of the pieces.
17         **Q.    Are you aware of any other pieces?**
18         A.    I am not.
19         **Q.    Do you know if DJ, you know, proposed**
20    **action items to them about sharing data or any**
21    **other action items relating to misinformation?**
22         A.    I'm not aware of any.
23         **Q.    Do you know of any -- anyone else in**
24    **the federal government proposing action items to**
25    **social media platforms about controlling**

1   misinformation on their platforms?

2           A.    I think certainly Jen Psaki made

3   statements during the press conference on the

4   release date that could be -- that I think would

5   answer -- would be within what you're describing.

6           Q.    And she was the White House press

7   secretary at the time?

8           A.    That's correct.

9           Q.    Anyone else other than Ms. Psaki?

10          A.    To my knowledge?

11          Q.    I'm sorry, did you say not to your

12  knowledge or?

13          A.    Not to my knowledge, sir, yeah.

14          Q.    Let me direct your attention back to

15  this document.  We talked about this May 25th

16  meeting.  And do you know -- you said this may or

17  may not have been the interaction you testified

18  about earlier where Nick Clegg was connected to

19  Dr. Murthy.  Do you know what was discussed in this

20  call, other than introducing them to each other?

21          A.    I do not.

22          Q.    So it mentions here in the

23  interrogatory response that the purpose of the call

24  was to introduce Dr. Murthy to Mr. Clegg, and it

25  goes on to say:  Misinformation may have been

```
 1    discussed.
 2              Do you know whether misinformation
 3    was discussed in any connection?
 4         A.    I do not.
 5         Q.    Do you know why the interrogatory
 6    responses say that it may have been discussed?
 7         A.    I don't know why, other than the
 8    prima facie because it's possible it could have
 9    happened.
10         Q.    Okay.  On July 12th, the next meeting
11    listed, there's a meeting listed between you and
12    Lauren Culbertson and Todd O'Boyle from Twitter,
13    and it mentions that Kyla Fullenwilder from US
14    Digital Response was invited and may have attended,
15    correct?
16         A.    That's correct.
17         Q.    And this is the same Ms. Fullenwider
18    that you talked about earlier who had a role in --
19    some kind of role on behalf of the Surgeon
20    General's office, right?
21         A.    That's correct.
22         Q.    And it lists her as from US Digital
23    Response.  Do you know what US Digital Response is?
24         A.    I think it's some sort of
25    quasi-governmental organization that helps -- helps
```

 1   do -- helps government do digital and data better.

 2        Q.    Is it -- is it, like, a private

 3   organization that contracts with the federal

 4   government, or is it a -- you know, is it a federal

 5   government agency?

 6        A.    I'm not positive, sir.  I don't know

 7   the nature of USDR.  I think they have .gov e-mail

 8   addresses is what I do know.

 9        Q.    And it says here that the meeting

10   provided notice of the upcoming OSG advisory.  I

11   take it that's the health misinformation advisory

12   that was launched three days later, correct?

13        A.    Yes, sir.  This refers to the meeting

14   you and I have discussed already about the rollout

15   calls, the prerollout calls, yep.

16        Q.    Okay.  It says:  A high-level view of

17   what issues the OSG would be prioritizing in the

18   advisory.  Did you give them that -- that

19   high-level view?

20        A.    I believe Kyla would have walked them

21   through the high-level view.  So, again, my role as

22   part of the -- for the rollout was to, essentially,

23   reach out to those groups to establish that

24   relationship and then connect them to our subject

25   matter expert to be able to stay at a high level,

**ERIC WALDO  12/22/2022**

Page 87

```
 1   this is what's happening.

 2              Again, because it was a rollout, we

 3   couldn't share the document, it was embargoed, but

 4   we could say at a high level, we're going to be

 5   calling for these things, and we encourage you to

 6   take a look when it comes out.

 7        Q.    And did Kyla give that high-level

 8   view?

 9        A.    It says she was invited and may have

10   also attended.  I can't recall.  If she did attend,

11   she would have done so.  Otherwise, I would have

12   provided a very general overview.

13        Q.    Okay.  When you say here that things

14   we're calling for, what sort of things do you tell

15   them in this rollout call?

16        A.    I think it -- sorry, go ahead, sir.

17        Q.    Go ahead.  Describe what was said.

18        A.    It would have been a high-level

19   overview to say next week, you'll hear the Surgeon

20   General talking about health misinformation, this

21   is your first advisory.  We're calling for an

22   all-society approach, and certainly there are

23   things we think that everyone can do to, you know,

24   given that we're in a -- a pandemic, that there's

25   more that everyone can do, and so we're happy to
```

```
 1   take a look at that, and we'd love your feedback,

 2   you know, once you've had a chance to review it,

 3   and that we'll share it with you when it comes out.

 4        Q.    And did you specifically mention that

 5   the Surgeon General would be saying there's more

 6   that the social media platforms can do?

 7        A.    I don't recall if that was

 8   specifically mentioned.  I think we said we're

 9   calling for an all-of-society approach and asking

10   everybody to do more.

11        Q.    The next meeting listed here on

12   July 14th from 3:00 to 5:00 p.m., it's a meeting

13   between yourself and Kevin Kane and Jan Antonaros

14   and Ariel Altman from Google/YouTube, correct?

15        A.    That's correct.

16        Q.    And that's the same description as

17   the rollout meeting from July 12th with Twitter,

18   correct?

19        A.    Yeah.  So, again, this is the same --

20   precisely the same type of call.  It's a prerollout

21   call to give a stakeholder a heads-up and give them

22   a high-level overview, recognizing that the -- the

23   advisory's embargoed.  So almost the exact -- the

24   goal was the same for those calls.

25        Q.    And would you have -- I take it
```

**ERIC WALDO  12/22/2022**

Page 89

```
 1    you're the only one on the government side of this
 2    meeting, correct?
 3         A.    Yeah, if that's what's reported, then
 4    neither Daniel nor Kyla were able to join those
 5    calls, or that call, sir.
 6         Q.    What did you say -- sorry, go ahead.
 7    What did you say in that call?
 8         A.    I would have said the similar thing
 9    to what I said on the previous call, next week or
10    in a few days we're having -- in two days, we're
11    going to announce an advisory, it's embargoed, I
12    can't share the details, but a high level, we're
13    calling to an all-society approach, we're asking
14    everybody to do more, given that we're in a
15    pandemic, and we know this issue is of great
16    importance, and we hope you'll take a look, I'll
17    share this with you and would love -- love to hear
18    from you after it comes out, if you think there's
19    ways we can collaborate.
20         Q.    Okay.  And did you -- did they say
21    anything in response to that, either in the Twitter
22    call or the YouTube/Google call?
23         A.    I think -- again, these were -- they
24    sort of gave the -- what I would call an overall,
25    like we agree -- you know, we agree this is
```

```
 1    important, or we are working on this and we're

 2    excited to take a look at the advisory.

 3            Q.    Okay.  Anything beyond that in either

 4    of these two calls?

 5            A.    Not to my recollection.

 6            Q.    If you go down to the next line on

 7    July 16th, 2021, there's a meeting between you and

 8    Kyla Fullenwilder with Payton Iheme and Justine

 9    Isola from Facebook.  And it mentions that Kate

10    Thornton and Brian Rice from Facebook may also have

11    attended, correct?

12            A.    That is correct.

13            Q.    Yeah.  And it says:  The meeting

14    discussed the newly issued OSG advisory, correct?

15            A.    Correct.  So we are -- tried to

16    schedule this meeting before the release, but

17    Facebook was unable to book it, so it ended up

18    happening after the release.  So this was intended

19    as a prerelease call, just like the others.

20            Q.    Gotcha.  So this was supposed to be a

21    rollout call, but it ended up being scheduled a day

22    after the release?

23            A.    I think it may be the same -- is it

24    the same day?  It was the same day as certainly

25    President Biden's, I think, statement, but yeah, it
```

**ERIC WALDO  12/22/2022**

Page 91

```
 1    was a day or two -- yeah, the next day, I think.
 2         Q.    Gotcha.  And what was the -- I take
 3    it the discussion in this call was different --
 4    it's described differently than the two previous
 5    meetings, correct?
 6         A.    That's correct.
 7         Q.    Yeah, what was said in this call?  It
 8    says:  The meeting discussed the newly issued OSG
 9    advisory.  Can you be more specific and describe
10    what was discussed in this call?
11         A.    Yeah.  So again, the advisory now is
12    out, so we didn't have to be coy about whether the
13    advisory -- what it said or didn't say.  So I was
14    able -- at the call, Kyla was able, at a high
15    level, to walk over the -- the recommendations
16    section for -- for technology companies.
17         Q.    So she -- you basically -- you guys
18    talked first and gave an overview of the health
19    advisory as it related to the recommendations on
20    the social media platforms?
21         A.    I believe so.  I don't recall, but
22    that sounds right.
23         Q.    And you say that was done by Kyla, to
24    your knowledge, not you?
25         A.    Correct.
```

1         Q.    Do you remember -- and I take it her
2    presentation or her discussion focused on the kind
3    of recommendations and the advisory of what social
4    media platforms could do to combat the spread of
5    disinformation and misinformation on their
6    platforms?
7         A.    I believe so.  I don't really recall.
8         Q.    Do you remember anything specific
9    that she said in that -- that presentation?
10        A.    I do not.
11        Q.    Did you talk in the call?
12        A.    I would have helped emcee the call,
13   introduced parties, you know, helped sort of guide
14   and steer the call a little bit, but it would have
15   been turning over the mic to the subject matter
16   expert.
17        Q.    And that subject matter expert was
18   Kyla?
19        A.    Correct.
20        Q.    Then social media platforms say, I
21   take it -- not the social media platforms, the
22   Facebook people, did they say anything on this
23   call?
24        A.    I don't really remember.  It was
25   definitely a slightly awkward call because I think

**ERIC WALDO  12/22/2022**

Page 93

```
 1   either some -- you know, during the call, I'd have
 2   to look at the time signature, but I think
 3   President Biden made his comment about social media
 4   companies and Facebook killing people, you know,
 5   right before, or even potentially during the call,
 6   but the Facebook team looked a little sad.
 7            Q.    Did they say anything about that
 8   comment in the call?
 9            A.    Not to my recollection.
10            Q.    You said they looked sad.  Was this a
11   Zoom call?
12            A.    It was, sir.
13            Q.    Do you remember them giving any
14   reaction at all to Kyla's presentation about, you
15   know, the proposed action items for social media
16   platforms?
17            A.    I don't recall.
18            Q.    Do you remember who spoke on the
19   Facebook side and during this Zoom call?
20            A.    I know Payton spoke, but I don't
21   recall -- I don't recall who else spoke.
22            Q.    What did Payton say, to your
23   recollection?
24            A.    I don't actually recall.
25            Q.    You know she spoke, but you don't
```

**ERIC WALDO  12/22/2022**

1    remember anything she said?

2           A.    That's correct.

3           Q.    And you remember them looking sad,

4    correct?

5           A.    That was my interpretation of their

6    facial expressions.

7           Q.    Did they say anything that would

8    reinforce their being sad or upset about the recent

9    public statements?

10          A.    They did not.

11          Q.    Let's move down one more bullet point

12   to July 23rd, 2021.  There's a call between

13   Dr. Murthy, yourself, and DJ Patil, correct?

14          A.    That's correct.

15          Q.    And this is a call with Nick Clegg,

16   and it says very likely Brian Rice from Facebook,

17   correct?

18          A.    That's correct.

19          Q.    This would have been about one week

20   after that July 16th rollout call that we just

21   talked about, right?

22          A.    That's correct.

23          Q.    How did this call get set up?

24          A.    Nick e-mailed Dr. Murthy directly.  I

25   think either -- it must have been --- it was after

**ERIC WALDO  12/22/2022**

```
 1    President Biden made his remarks, because he
 2    referenced the remarks, and he wanted to -- he
 3    asked if they could have a call, and I think he
 4    wanted to -- to -- to deescalate.
 5         Q.    And did he use the phrase deescalate
 6    in this call?
 7         A.    I -- I don't recall.  I think
 8    there's -- I think his e-mail maybe said something
 9    about, like, wanted to reset the tone.
10    Something -- it was recognizing the -- the -- the
11    feelings, potentially, that -- that the Facebook
12    team were feeling, and feeling like they were --
13    that they had been uniquely called out.
14         Q.    And so Nick Clegg is -- did -- he's
15    the one who kind of initiated the discussion in
16    this call, kind of the --
17         A.    That's correct.  He e-mailed
18    Dr. Murthy directly and I believe asked for time.
19         Q.    And then in the call, did he express
20    that the Facebook team was upset about Facebook
21    being uniquely called out?
22         A.    I don't remember.  He definitely said
23    something like that in the e-mail, but I don't
24    recall him saying that during the call.
25         Q.    What do you remember him saying in
```

 1    the call?

 2         A.    I think it was just in general a, you

 3    know, wanting to restart the tone and feeling --

 4    you know, seeing -- I think also feeling that they

 5    actually were doing a lot to address this issue and

 6    sort of a "you don't understand all the good work

 7    we're doing" and that -- sort of, you know, a

 8    little unfair that they had been called out.

 9         **Q.    And was the good work they were**

10    **doing, did that include taking steps to slow or**

11    **reduce the spread of misinformation on Facebook**

12    **platforms?**

13         A.    I know that -- that Nick did share

14    definitely over e-mail more information about what

15    they were doing to reduce mis- and disinformation,

16    COVID mis- and disinformation on -- on the

17    platform, yes.

18         **Q.    How about in the call, did he discuss**

19    **that on the call?**

20         A.    I don't recall.

21         **Q.    Did that include new steps that they**

22    **were taking, you know, since they'd been uniquely**

23    **called out by the President and -- and at the -- at**

24    **the July 15th press conference?**

25         A.    Not -- I don't recall, sir.

 1          Q.    Do you know -- in other words, do you
 2     know if Mr. Clegg identified anything new they were
 3     doing that they hadn't already been doing prior to
 4     July 15th or July 16th?
 5          A.    I don't recall that from the call.
 6          Q.    Okay.  How about from the e-mails?
 7          A.    I think there was a follow-up e-mail
 8     sometime the next couple of weeks where -- where
 9     Nick, I believe, or Nick or Brian shared here's --
10     here's additional work we're doing, here's how
11     we're responding to the advisory.
12          Q.    And did that additional work
13     responding to the advisory include taking more
14     proactive steps to remove misinformation from their
15     platforms?
16          A.    I think it was a catalog of -- of --
17     of removal and other steps to -- to tamp down mis-
18     and disinformation on the platform, yes.
19          Q.    So it included both removal of
20     misinformation and other steps to tamp down mis-
21     and disinformation, correct?
22          A.    I believe -- I believe so.
23          Q.    And those were new steps that they
24     had taken in the week or so since the -- the --
25     they felt uniquely called out on July 15th and

**ERIC WALDO  12/22/2022**

```
 1   16th?

 2         A.    I'm not sure.  I believe that's the

 3   case.  I think the -- the e-mail was asking, was

 4   that -- there was an e-mail thread after the call

 5   asking for, can you let us know, like, what you're

 6   doing in addition, and so this was responding to

 7   that.  So I've have to go look at the e-mail code

 8   to be certain.

 9         Q.    Gotcha.  Did anyone else talk on this

10   call other than Nick Clegg?

11         A.    Dr. Murthy spoke, I -- I spoke a

12   little bit, I think DJ Patil a little bit as well.

13         Q.    How about Brian Rice or anyone else

14   on the Facebook side?

15         A.    Not to my recollection.

16         Q.    You said Dr. Murthy spoke.  What did

17   he say?

18         A.    I don't recall exhaustively, but

19   again, I think Dr. Murthy raised the issue of

20   wanting to have a better understanding of the reach

21   of the mis- and disinformation on -- on the social

22   media platform.

23         Q.    And what's the purpose of wanting to

24   know more about the reach of mis- and

25   disinformation?
```

**ERIC WALDO   12/22/2022**

```
 1        A.    I think, again, as a Surgeon General,
 2   he's trying to understand not just the harm
 3   direction but the harm magnitude, right?  So,
 4   again, you might say, all right, two things can be
 5   bad for you, eating a cookie or eating, like, a
 6   piece of uranium.  One has a different magnitude.
 7   Both are bad.  And you'd want to know if one's
 8   really, really bad.
 9             And so in this case, you know, from a
10   research perspective, if we're identifying mis- and
11   disinformation as a social harm or health harm,
12   you'd want to know not just will it hurt, but how
13   much does it hurt or how prevalent is it?  You
14   know, is it a small tumor that we just need to
15   excise, is it something little, or is it -- is it
16   metastases, is it everywhere?
17        Q.    And your cancer example, I think,
18   prefaces my next question:  I take it the purpose
19   of understanding the reach is to allow the Surgeon
20   General to use his bully pulpit, as you talked
21   about earlier, or you know, persuasive power to
22   push for change, if it's an extensive problem,
23   correct?
24        A.    Possibly.  I guess I would say, in
25   general, the purpose of having that knowledge, and
```

**ERIC WALDO  12/22/2022**

1  again, we talked about the research piece as well

2  earlier in the conversation, sir, is so that if we

3  could have a broader understanding of the nature of

4  the harm, there can be a deeper understanding of

5  the different methods to ameliorate that harm.

6          So again, I'm making up a person.  If

7  there's a head of research at NYU who does this,

8  who has access to that data and studies it, they

9  might say, actually, if we just do -- tweak the

10  algorithm like this, we'll reduce harm by X

11  percent, and whatever better health outcomes will

12  occur, or we can do Z.

13          By having more information, we can

14  increase research, which then can help us craft

15  different outcomes.  So again, to continue with our

16  cancer analogy, cancer was a death sentence

17  40 years ago.  Now we might say, you know what, you

18  actually just get a little radiation treatment, you

19  take a pill and it's fine, and you're fine.  And so

20  how -- we need to understand the problem in order

21  to understand how to best create ameliorative

22  policy proposals.

23          **Q.    Gotcha.**

24          A.    And then that could come from within

25  government or outside of government.  I think,

1    again, the -- the advisory calls for an

2    all-of-society approach.

3        **Q.    Okay.  So on your cancer analogy**

4    **here, the cancer is disinformation and**

5    **misinformation on social media platforms, correct?**

6        A.    That is -- that is -- that is the

7    potential health harm, yes, that we are trying to

8    ameliorate.

9        **Q.    And I take it the purpose of getting**

10   **more data from the social media platforms would be**

11   **able to allow either government or outside academic**

12   **researchers to devise solutions that would limit**

13   **the spread of disinformation and misinformation,**

14   **correct?**

15       A.    Limit the harm or spread.  I mean,

16   again, you might say spread -- you might learn, we

17   don't know, this is why you need research.  We

18   don't know -- you know, maybe actually there isn't

19   as much harm as we think, maybe the spread is

20   actually not the problem.  You'd need to understand

21   it and figure out how you're -- I think,

22   ultimately, you're right, limiting the harm.  I

23   don't know if spread actually is harmful.

24       **Q.    But certainly the health advisory**

25   **seems to think that spread is very harmful?**

 1       A.    Sure.  I think, again, absent the --
 2  absent additional data, the sort of -- that is the
 3  view.
 4       **Q.    Yeah, and that is the view**
 5  **specifically of the Surgeon General's office as**
 6  **expressed in the health advisory, correct?**
 7       A.    I think that's a fair reading.
 8       **Q.    Yeah.  And I take it the idea of**
 9  **calling for more data and more transparency from**
10  **the social media platforms is to allow people**
11  **outside the social media platforms to devise**
12  **solutions that would limit that harm, which the**
13  **Surgeon General believes to be linked to the spread**
14  **of misinformation and disinformation on social**
15  **media platforms, right?**
16       A.    I think limit the harm.  Also, again,
17  additional solutions, you know, could be also,
18  like, how do we better spread the cure -- you know,
19  the right information, which again could be one of
20  the policy prescriptions, right?  You may discover,
21  actually, what's most important is that here's the
22  information that we're -- the right information,
23  how we spread it more quickly.
24            Again, there could be multiple policy
25  proposals from academia, from nonprofits, from

**ERIC WALDO  12/22/2022**

1  advocates, but yes, to understand it, you know, we

2  do think it would be -- seems more beneficial to

3  have external validation and multiple eyes.

4          **Q.    And you mentioned that someone like**

5  **at NYU might be able to devise an algorithm tweak**

6  **that might really limit the spread or might, as you**

7  **said, promote accurate information as well,**

8  **correct?**

9          A.    That's just me making up policy

10  solutions, but yes, that's -- that's a possible

11  outcome of greater access to data and research.

12          **Q.    And that would allow the Surgeon**

13  **General's office in turn to advocate for those**

14  **kinds of policy changes to be adopted by the social**

15  **media platforms?**

16          A.    I think that would be a reasonable

17  outcome to say we're going to look at

18  evidence-based policy proposals, and if we see ones

19  that make sense, I certainly think the Surgeon

20  General's office would think, hey, this is a smart

21  policy proposal, and it would be within the -- the

22  gamut to recommend it.

23          **Q.    Yeah, recommend it, both,**

24  **publicly through the bully pulpit and privately in,**

25  **you know, engagement directly with the social media**

1   platforms?

2         A.    It's possible.  That's certainly

3   within the -- the realm of possibility.

4         **Q.    And something very like that is**

5   **actually what happened in the health advisory,**

6   **right?  I mean, there's several -- as I recall,**

7   **several recommendations for the social media**

8   **platforms, maybe not even quite as specific as your**

9   **NYU hypothetical, but several recommendations of**

10  **here's what, you know, we want you to step up and**

11  **do more of when it comes to the spread of**

12  **disinformation, correct?**

13        A.    I think the -- the recommendations

14  are examples of what could be -- are examples of

15  what parties could -- could do.  And yes, it

16  provides specific examples to technology companies

17  what they could do more of to reduce the spread of

18  health mis- and disinformation.

19        **Q.    And on your analogies, that's -- the**

20  **spread of health mis- and disinformation is what**

21  **you analogized to eating uranium and having cancer**

22  **in your earlier hypotheticals, correct?**

23        A.    Well, I said it's -- you don't know

24  if it's eating the cookie that's going to cause the

25  -- I don't remember what my first -- like, you need

**ERIC WALDO 12/22/2022**

```
 1   more data to understand whether it's just the
 2   cookie that may cause cancer one day with too much
 3   sugar or if it's uranium.  You want to know the
 4   size and the scope of the poison.
 5        Q.    Gotcha.  And poison is not your word,
 6   right?  That's the word that Surgeon General Murthy
 7   has used in describing misinformation and
 8   disinformation on social media platforms, correct?
 9              MS. CHUZI:  Objection.  Assumes facts
10   not in evidence.
11        Q.    (BY MR. SAUER)  To your knowledge?
12        A.    I can't recall if he used the word
13   "poison."  That may have occurred, but I don't
14   recall.
15        Q.    Do you remember it appearing in the
16   health advisory we've been talking about as a verb?
17        A.    It seems possible that that occurred,
18   yeah.
19              (A discussion was held off the
20   record.)
21              THE VIDEOGRAPHER:  The time is
22   9:51 a.m, Central Standard Time.  We are off the
23   record.
24              (A short break was taken.)
25              THE VIDEOGRAPHER:  The time is 10:05
```

1    a.m. Central Standard Time.  We are back on the

2    record.

3         Q.    (BY MR. SAUER)  Mr. Waldo, I believe

4    before the break, we were talking about this

5    July 23rd meeting between yourself and Dr. Murthy,

6    DJ Patil, and Nick Clegg of Facebook, correct?

7         A.    That sounds correct.

8         Q.    I'm putting that Exhibit 3 back on

9    the screen share.  Can you see it?

10        A.    I can see it, sir, yes.

11        Q.    Okay.  I think you mentioned that

12   Mr. Clegg is -- described what he had been saying

13   in that call.  Who else talked in that call?

14        A.    I believe I said that Dr. Murthy

15   spoke, Nick spoke, I spoke, and DJ spoke.

16        Q.    Okay.  And I think you said that --

17   something about -- about -- data about the reach of

18   misinformation on the platforms, correct?

19        A.    That's correct.

20        Q.    Yeah.  Did he talk about anything

21   else in that call?

22        A.    I do recall that in general he opened

23   the call sort of saying how hard he knows it must

24   have been and that everyone is working hard and

25   trying to sort of empathize and I think sort of

 1    create a -- more of a -- a more cordial atmosphere,

 2    given that people's sort of feelings were hurt.

 3         **Q.    Uh-huh.  And people being Facebook's**

 4    **in particular.  Is that fair to say?**

 5         A.    Correct.

 6         **Q.    Yeah.  Anything else besides setting**

 7    **a cordial tone and inquiring about data on the**

 8    **reach of misinformation?**

 9         A.    I don't recall specifically, but I

10    think the notion was that Dr. Murthy would continue

11    to sort of say we're in a -- you know, we're

12    calling on everybody.  This is a unique time in our

13    history.  It's a pandemic.  We're asking everyone

14    to do more.  And so, you know, that was -- that's

15    what the advisory said, so I think -- I believe we

16    emphasized that again.

17         **Q.    So in other words, you emphasized the**

18    **message that they're calling on everyone to do**

19    **more, and that includes Facebook, right?**

20         A.    Yes.

21         **Q.    So you all didn't retreat, so to**

22    **speak, from the message of the advisory, which**

23    **explicitly calls for social media platforms to do**

24    **more to control the reach of misinformation on**

25    **their platforms, correct?**

 1          A.    That's correct.

 2          Q.    **And, in fact, I think you just said**

 3    **you just emphasized that message to them, right?**

 4          A.    I think we -- we continued to stay --

 5    to -- to -- to discuss that message.

 6          Q.    **Yeah.  And let me ask you this.  You**

 7    **said you spoke on the call.  What did you say?**

 8          A.    I don't really remember.  I think I

 9    probably would have just been staying on general

10    talking points of, you know, introducing the call,

11    getting folks together, making sure we were on

12    time, and also thinking about follow-up of how we

13    were going to communicate.

14          Q.    **What do you mean by thinking about**

15    **follow-up?**

16          A.    I think just whether or not we were

17    going to have another call, whether or not we

18    wanted to ask, you know -- whether or not we were

19    going to ask Facebook to -- to -- to share more

20    with us, just sort of what -- what would -- the

21    next steps might be.

22          Q.    **Were those next steps discussed in**

23    **the call?**

24          A.    I think on the call one of the

25    conversations was to say -- was whether or not

1   Facebook would share what they -- again, I think we

2   already talked about this, sir, but whether or not

3   they would share what they were doing in response

4   to the advisory, if they were taking any actions.

5        Q.   Gotcha.  So that was specifically

6   asked by people on your side of the call will they

7   share what they're doing --

8        A.   I -- I -- I believe so.

9        Q.   Okay.  Who -- was that you or was

10  that Dr. Murthy?

11       A.   I don't recall.

12       Q.   Okay.  But somebody on the Surgeon

13  General's side made a specific ask for them to

14  share what they would do in response to the

15  advisory; is that correct?

16       A.   I think it's what, if anything, if

17  they -- if they would share, yeah.

18       Q.   Yeah.  And did they indicate they

19  would share?

20       A.   I don't recall.

21       Q.   I think you said DJ Patil talked on

22  the call; is that right?

23       A.   Yeah.  I think DJ, I think, probably

24  was also asking the data impact questions, just

25  with some more specificity given his -- his -- his

1  subject knowledge.

2      **Q.    He's the subject matter expert on**

3  **data relating to social media information?**

4      A.    He's subject matter expert related to

5  data overall.  He was the chief data scientist in

6  the Obama administration.

7      **Q.    And then he had some sort of similar**

8  **role in the Biden White House at this time?**

9      A.    I don't know what his title was.

10      **Q.    Do you know what his duties were for**

11  **the White House at that time?**

12      A.    I do not.

13      **Q.    Okay.  But it related to data in some**

14  **way, him being a data scientist?**

15      A.    I actually don't know he was -- that

16  makes the most sense, given that that's his deep

17  area of expertise.  But, yeah, I think he was

18  advising the Office of Science and Technology

19  policy and maybe helping them in the first -- first

20  part of the year.

21      **Q.    What did he say about data on**

22  **Facebook's misinformation in this call?  Do you**

23  **remember?**

24      A.    I don't recall.

25      **Q.    You believe he said something more**

**ERIC WALDO  12/22/2022**

1    **specific about the kind of data they want.  Do you**

2    **remember what kind of data he was interested in**

3    **getting from Facebook?**

4         A.    I think, again, the issue was sort of

5    a question of Facebook had been sharing I think --

6    again, I'm sort of paraphrasing, but something

7    people talk about that Facebook was sharing the

8    nominator, like, hey, we know this -- this -- this

9    amount of people are seeing X but not the

10   denominator of -- you know, out of a universe of

11   what.  So I think he was inquiring more about that

12   denominator question.

13        **Q.    Okay.  So he was asking, you know --**

14   **I gotcha.  He was asking for information about what**

15   **is the total reach of information compared to the**

16   **reach of disinformation?**

17        A.    That's correct.  I -- I think that's

18   correct.  I think that was the nature of the

19   question, which I know -- I think he just

20   understood it in greater specificity than someone

21   like myself or Dr. Murthy.

22        **Q.    Did Facebook say anything in response**

23   **to that?  Did they indicate willingness to share**

24   **more information?**

25        A.    I don't recall.  I think the -- I

```
 1   think the offer made, which either was on the call
 2   or in the subsequent e-mail, was about connecting
 3   DJ to a data person, which I know we already
 4   discussed.
 5          Q.    Okay.  And that actually happened, I
 6   believe.  I think you said that DJ was connected to
 7   a Facebook data person.
 8          A.    There was definitely a loop made over
 9   e-mail.  I don't know whether or not they
10   connected.
11          Q.    Okay.  How did this call end?  You
12   know, what were the last things that were said in
13   the call?
14          A.    I -- I -- I mean, it was obviously
15   some sort of good-bye salutations of, you know,
16   thank you and let's -- I think -- I do recall that,
17   yeah, I think Nick talked about wanting to -- to
18   get together again, but it was a -- I think it was
19   a cordial ending of the call.
20          Q.    Did he indicate that -- and were
21   people -- did people leave with like proposed
22   action items or, you know, tasks?
23          A.    Not to my recollection.
24          Q.    Was there a follow-up call?  You
25   mentioned Nick wanting to get together again.  Was
```

**ERIC WALDO  12/22/2022**

```
 1    there a follow-up call between anyone in the

 2    Surgeon General's office and Mr. Clegg?

 3         A.    Not to my recollection.  I think he

 4    asked for another call, but I don't think that we

 5    ended up doing one.  I think the determination was

 6    made that we didn't think it would be a good use of

 7    Dr. Murthy's time.

 8         Q.    Okay.  Why not?  Did not expect

 9    cooperation from Facebook?

10         A.    No.  I think that we just didn't

11    think that they -- we thought that it was just more

12    of a PR stunt for them to meet with us to sort of

13    keep Dr. Murthy from saying other -- you know, any

14    other things that might be viewed as bad for their

15    business.

16         Q.    Gotcha.  So you didn't think they

17    were doing enough of real changes to address the

18    concerns in the health advisory?

19         A.    No.  I think we just didn't think

20    that it would be a fruitful use of our time.  I

21    think there were two things.  Number one is I think

22    there was the recognition -- I'm trying to slow

23    down for our court reporter.

24               Number one, I think there was a

25    recognition that we didn't think that there was
```

1   much change that they were going to make in

2   response to the -- the -- the advisory, however

3   much they were going to do.  And number -- and we

4   didn't think they were going to be transparent with

5   us about that.

6            And then number two is I think we had

7   done the work that we intended vis-a-vis the

8   advisory, which is the Surgeon General's role, to

9   raise up the issue, bring attention to it, and then

10  -- and then we wanted to move on to other

11  priorities and that, you know, our part of the

12  relay race was over.

13           We had -- we had raised up the

14  flagpole that this is an issue of public importance

15  and that hopefully researchers, nonprofits,

16  citizens, whomever, relative stakeholders would

17  take actions.  But we weren't -- we're not a

18  regulatory agency.  We don't have oversight

19  authority, et cetera.

20           So it wasn't our job then to sort of

21  show up with a clipboard, but rather we were trying

22  to encourage the field to move forward and give

23  permission structure where others might recognize

24  that this is important and want to study it more,

25  want to do more work in this area.  But the --

1   Dr. Murthy wanted to focus on other core issues,

2   and we made a deliberate decision at -- I believe

3   in August as a senior team that we didn't think

4   that misinformation was going to be one of our

5   priority areas going into the rest of the year.

6          **Q.    So you made a powerful statement on**

7   **misinformation in July, but you decided that the**

8   **rest of the year you'd focus on other issues?**

9          A.    I think we decided that we would

10   still talk about it from a -- from a press or

11   communications perspective, but that from a

12   staffing perspective of where we would be spending,

13   you know, it takes a lot of energy and work to do

14   some of the pieces that we would be working on

15   developing our additional advisories and not -- not

16   doing -- you know, from a budget perspective of

17   time, we didn't want the health misinformation work

18   to take up more than 10 percent of our time.

19          **Q.    Gotcha.  Do you -- do you know why**

20   **there was such a focus on Facebook in this July**

21   **time frame as opposed to other social media**

22   **platforms like Twitter and YouTube?**

23          A.    I think it was in some ways just

24   random luck or bad luck, depending on your

25   perspective.  I think that because it was raised at

1    the press conference, it got additional attention.

2              And so I think when you add the press

3    conference remarks plus President Biden's remarks,

4    it made it seem as though there were -- there was

5    more attention on Facebook.  But certainly that's

6    not what the advisory -- the advisory didn't call

7    out individual organizations.  We certainly hadn't

8    had a plan beforehand to -- to call out Facebook

9    specifically.

10       **Q.   Was there a sense in the Office of**

11   **Surgeon General that the problem of misinformation**

12   **was particularly acute on Facebook as compared to**

13   **other platforms?**

14       A.   I don't think so.  I think there was

15   a view among the subject matter experts that it was

16   a problem across multiple platforms.

17       **Q.   So they -- the subject matter experts**

18   **are people like Kyla and DJ Patil?**

19       A.   And Daniel as well.  But I think

20   certainly in my conversations with Kyla, I don't

21   think -- we hadn't done a ranking of who were the

22   worst social media companies in terms of

23   misinformation.  There was a view that all -- you

24   know, different -- different companies, you know,

25   certainly had different strengths and weaknesses.

**ERIC WALDO  12/22/2022**

1   And all of them had -- you know, had an opportunity

2   to improve how they were handling this issue.  And

3   our job was to raise this as an issue so folks

4   could know about it and hopefully take steps to --

5   to ameliorate the situation.

6          Q.    Yeah.  And that -- those taking steps

7   to ameliorate would include social media platforms,

8   correct?

9          A.    Correct.  But I would again

10  highlight, you know, when you think about our --

11  the advisory but also the work we were doing, the

12  -- the community toolkit, we recognize that we did

13  call for an all-society approach, and we recognize

14  that there are multiple ways to stop or lessen the

15  spread or damage of misinformation, including

16  individuals and others.  You know, it's -- it's not

17  just -- it wasn't just a technology company issue

18  or a social media issue.

19         Q.    Are you aware who devised that phrase

20  all-of-society approach to describe the advisory --

21  or the advisory --

22         A.    I'm not --

23         Q.    -- recommendations?

24         A.    I'm not aware.

25         Q.    Scrolling down in Exhibit 3, the next

1    bullet point talks about meeting on July 30th, 2021

2    between yourself and representatives of

3    Google/YouTube, correct?

4         A.    That is correct.

5         Q.    And the interrogatory responses

6    supplied as topics discussed included in

7    YouTube/Google, following up on the announcement of

8    the OSG advisory to share and work the work it was

9    doing around health mis- and disinformation,

10   correct?

11        A.    That's correct.

12        Q.    What do you remember being said about

13   that in this phone call or Zoom call?

14        A.    It was a Zoom call.  I think it was

15   really just the YouTube and Google teams saying,

16   hey, we agree that this is a really important

17   issue, and here's all the things that -- that we

18   are working on about it.  So it was -- it was them

19   informing us of the steps they are currently

20   taking.

21        Q.    And I believe you said part of the

22   follow-up call with Facebook was to ask them to,

23   you know, give a report on any steps they would be

24   taking in response to the health advisory, correct?

25        A.    Correct.

ERIC WALDO  12/22/2022

1     Q.   And is that what's going on here with

2  -- with YouTube as well, to ask them, okay, we've

3  issued a health advisory.  What are you guys doing

4  about it?

5     A.   I think they -- they asked for the

6  call.  So this was a little different.  They asked

7  for the call on their own to share with us what

8  they were doing.  I think they -- from a government

9  affairs perspective, public affairs people were

10  trying to say, hey, look, you know, we agree with

11  you, and we want to let you know all the things

12  we're doing.

13     Q.   Did the report --

14     A.   And, again, I think --

15     Q.   Go ahead.

16     A.   And I would think, right, we had

17  first had that first call to let them know the

18  report was coming out.  The report came out.  They

19  looked at it, and then they said, hey, we've looked

20  at it.  Let us tell you, you know, what we're

21  doing.

22     Q.   And in the first call you had

23  mentioned, I think, that you advised them that

24  there would be some potential recommendations for

25  them, right?

**ERIC WALDO  12/22/2022**

```
 1        A.    That there were recommendations for
 2   -- I think they -- certainly within the advisory
 3   there are recommendations for what social media
 4   companies can do.
 5        Q.    And then in the follow-up call, they
 6   came back to you and said, okay, we've read the
 7   advisory and here are steps that we are taking or
 8   plan to take in response to the issues raised in
 9   the advisory?
10        A.    I don't recall specifically, but that
11   was -- the general tone was let us tell you what
12   we're doing about this issue.  I didn't -- I didn't
13   get the impression that it was new things.  I got
14   the impression that it was work that they were
15   already doing.
16        Q.    What did they report to you?
17        A.    I don't really remember, but I think
18   it was generally saying, hey, we have a -- you
19   know, we have a team that does -- that works on
20   this issue.  Like we're -- you know, it's important
21   to us.  Like we're thinking about how we're
22   addressing it.
23             Just it was, I think, more of a
24   process call of saying, you know, we want you to
25   know this is on our agenda.
```

**ERIC WALDO  12/22/2022**

Page 121

```
1        Q.    So did they, for example, report that
2   they had adopted new policies to address
3   misinformation on YouTube?
4        A.    I don't recall.
5        Q.    Or did they give indication they were
6   taking more steps to kind of remove more harmful
7   information on YouTube?
8        A.    I don't recall if there was a new.  I
9   recall them telling us what they were currently
10  doing to address that.  So I -- and some of these
11  calls I experienced as them -- you know, they read
12  the advisory and said, yeah, we are doing that.
13  Thanks.  You may not know all the things we're
14  doing, so let us share with you what we're doing.
15       Q.    And you don't -- you don't remember
16  whether they, you know, advised you of kind of new
17  policies, like, hey, you raised an issue for us,
18  and -- and here's are some things we're going to do
19  to respond to it?
20       A.    I don't recall.  I think I would
21  remember because if it was the something new, I
22  feel like we would have shared it or probably done
23  something like put it in a fact sheet to say, look,
24  because of this report, these many new things are
25  happening.
```

**ERIC WALDO  12/22/2022**

```
1          Q.    Did you do that for any of them?  Did
2   you issue any fact sheets saying, you know, here
3   are some positive developments that came out of the
4   health advisory?
5          A.    I don't remember.  I don't think so.
6   The only time that could have happened would have
7   been when we did the -- that -- what I keep calling
8   the community toolkit, but I don't recall -- I do
9   remember Twitter tweeted something in support of
10  Dr. Murthy's advisory.
11               So when we launched on whatever, the
12  15th or 16th, the Twitter policy handle I think
13  either retweeted or quote tweeted and said
14  something like, we agree.  This does call -- we do
15  need an all-society approach, and here's what we're
16  doing.  So that's my one recollection.
17         Q.    And we talked earlier about how there
18  was a particular focus on Facebook on July 15th and
19  16th, and you mentioned that, I think, Jennifer
20  Psaki mentioned Facebook specifically in the press
21  conference and President Biden said "They're
22  killing people," the next day.
23               Do you know why the White House
24  thought a particular focus on Facebook was
25  appropriate?
```

**ERIC WALDO  12/22/2022**

```
 1           A.    I do not.
 2           Q.    Do you know if they thought
 3    misinformation was a bigger problem on Facebook
 4    than on other social media platforms?
 5           A.    I don't know.
 6           Q.    Do you know if they were having
 7    private communications with social media platforms
 8    other than Facebook, raising kind of similarly
 9    sharply phrased concerns?
10           A.    I don't know.
11           Q.    Do you remember anything else that
12    was discussed in this July 30th meeting with
13    YouTube and yourself that was the follow-up meeting
14    for the health advisory?
15           A.    I do not.
16           Q.    Did you say anything in that meeting?
17           A.    I mean, I would have -- you know, it
18    would have been a general, like hello, thank you,
19    you know, greeting and just sort of trying to --
20    probably was just in listening mode, and -- I don't
21    recall specifically.
22           Q.    Do you remember, you know, expressing
23    approval or concern about the action items that
24    they reported they were doing to address
25    misinformation?
```

**ERIC WALDO  12/22/2022**

```
 1          A.    I don't recall.
 2          Q.    Scrolling down the bullet point,
 3   there's a reference to an August 10 call between
 4   yourself and Rob Flaherty in the White House and
 5   people from Facebook that discussed, quote, an
 6   operation Facebook uncovered that is related to
 7   vaccine misinformation, correct?
 8          A.    That's correct.
 9          Q.    Do you -- I think I asked you -- I
10   think we talked about this a little bit before.  Do
11   you remember what that was about?
12          A.    I believe we -- we did discuss that
13   already.  I think I mentioned that Brian Rice had
14   requested a call with me and Rob and, during the
15   call, flagged that Facebook had done some sort of
16   -- had done some sort of internal operation where
17   they discovered -- I don't know if it was bots or
18   something.  I actually don't remember.  But that
19   they had done something where they discovered some
20   misinformation pieces happening and had taken some
21   corrective action.
22          Q.    Do you know why -- first of all,
23   who's Brian Rice?
24          A.    Brian Rice is an employee at
25   Facebook.  I don't know his exact title, but he's
```

**ERIC WALDO  12/22/2022**

```
 1   something like a government affairs, public policy
 2   type person.  He was, I think, the main sort of
 3   like staff level liaison.
 4        Q.    So he's -- he's like their government
 5   affairs person in, you know, Washington, DC?
 6        A.    I don't know what his direct title
 7   is, but functionally, he was our contact and
 8   operated in a way that I would consider a
 9   government affairs person to operate.
10        Q.    How did you get connected with him
11   originally?
12        A.    I don't recall.  I think he -- he
13   might -- no.  Payton must have looped him in that
14   -- one of those calls, or maybe -- maybe Nick did.
15   Actually, that's not true.
16            Nick -- I think Brian was on the
17   e-mail with Nick, and I think -- so I got the
18   contacts from that contact sheet, but I don't -- I
19   think I may have also worked with Brian before.  I
20   don't really remember.
21        Q.    Okay.  Did they ask for this call --
22   Facebook ask for that August 10th call?
23        A.    That -- that's correct.
24        Q.    Do you know why they asked for you
25   and Rob Flaherty?
```

**ERIC WALDO  12/22/2022**

```
 1          A.    I do not know.
 2          Q.    In other words, have you and Rob
 3     Flaherty worked, you know, together on
 4     misinformation issues?
 5          A.    No.  Not on -- I think I mentioned --
 6     we talked about the -- the one call I had with Rob,
 7     but Rob and I had not worked on this issue other
 8     than that.
 9          Q.    So you don't know why Facebook was
10     looping in you and -- and Flaherty on this?
11          A.    I think that they had been e-mailing
12     Rob a list -- like a COVID report list that had,
13     you know, some sort of report from Facebook on a
14     biweekly basis.  I hadn't been a part of that
15     e-mail, and then I was added to it after my calls
16     with Nick and Dr. Murthy.  And so I think Brian was
17     just looping us both, thinking that we were POCs in
18     our respective organizations.
19          Q.    And your organizations would be the
20     White House and the Surgeon General's office?
21          A.    Correct.
22          Q.    And he had the perspective that you
23     were the two POCs to deal with vaccine
24     misinformation for those two agencies?
25                MS. CHUZI:  Objection.  Calls for
```

**ERIC WALDO  12/22/2022**

 1   speculation.

 2            THE WITNESS:  I think on the -- on

 3   the COVID -- the COVID report was something that

 4   looked like Brian sent to a lot of people, so --

 5   and a lot of people at the White House and

 6   elsewhere.  So I don't know -- I don't know why he

 7   selected Rob and me, but he did select us.

 8         Q.    (BY MR. SAUER)  Why were they sending

 9   -- sorry.  Go ahead.

10         A.    No.  You go ahead, sir.

11         Q.    Why did they -- why -- why was he

12   sending a COVID report to people at the White House

13   and elsewhere?

14         A.    I don't know.

15         Q.    Okay.  You don't know how that got

16   started?

17         A.    That's correct.

18         Q.    What did Facebook -- or what did

19   Brian Rice say -- actually, it says personnel from

20   Facebook.  What did the personnel from Facebook say

21   in this meeting?

22         A.    Again, I think -- I think I've

23   already answered this question, sir, but basically,

24   it was the heads-up that they were going to do an

25   announcement the next day about some -- some sort

```
 1   of -- something they discovered.  I think it ended

 2   up being like a foreign entity was doing work on

 3   Facebook, spreading -- I don't know if it -- what

 4   type of misinformation, but they were letting us

 5   know that they discovered it.

 6        Q.    Do you know why they thought to brief

 7   you guys on that?

 8        A.    I do not --

 9              MS. CHUZI:  Objection.  Calls for

10   speculation.

11              THE WITNESS:  I don't know why.

12        Q.    (BY MR. SAUER)  Scrolling down

13   another bullet point, there's a reference to a

14   September 14th meeting between yourself and Kevin

15   Kane and Jan Antonaros at Google/YouTube, correct?

16        A.    That is what the document says,

17   correct.

18        Q.    Yeah.  And do you recall that meeting

19   or phone call?

20        A.    Not really.  That's actually a few

21   days before my first child was born, so I don't --

22   I -- I vaguely remember this.

23        Q.    You had other matters on your mind at

24   that time?

25        A.    I -- I did.
```

1          Q.    It -- it -- it -- it says the purpose

2    was a brief meeting to discuss a new policy we are

3    working on as well as provide and update on our

4    overall efforts to combat harmful COVID-19

5    misinformation on the platform, right?

6          A.    That's what it says, yes.

7          Q.    So this would have been, I take it, a

8    kind of second update by them to you following the

9    health advisory of stuff they're doing to combat

10   harmful COVID-19 misinformation through YouTube,

11   correct?

12         A.    That's correct.

13         Q.    So first, they provided that update,

14   I think, on the July 30th meeting that we talked

15   about above, correct?

16         A.    Yes.

17         Q.    And then they --

18         A.    Correct.

19         Q.    Sorry.  And they followed up again on

20   September 14th of another update of, you know, kind

21   of telling the Surgeon General's office what they

22   were doing to fight misinformation?

23         A.    That's correct.

24         Q.    Do you know what it was -- it says

25   they gave some kind of update on overall efforts to

**ERIC WALDO  12/22/2022**

 1    combat harmful COVID-19 misinformation on the

 2    platform.  Do you know what those efforts were?

 3           A.    I don't recall.

 4           Q.    Do you remember anything specific

 5    about what YouTube and Google were doing in this

 6    time frame to kind of remove or -- or reduce the

 7    spread of misinformation?

 8           A.    I don't recall.

 9           Q.    It also says that they were -- the

10    meeting was to discuss a new policy we were working

11    on.  Do you remember that?

12           A.    I do not.

13           Q.    Do you know what new -- was that a

14    new policy that related to misinformation?

15           A.    I'm not sure.

16           Q.    Or a new policy related to something

17    unrelated?

18           A.    I don't recall.

19           Q.    You remember YouTube and Google

20    raising anything that was unrelated to the health

21    advisory about this information and these two

22    calls?

23           A.    I don't recall.

24           Q.    So you don't know whether other

25    topics came up or if they were just focused on

ERIC WALDO  12/22/2022

Page 131

```
1    health misinformation following the advisory?
2         A.    I'm not certain.  I don't recall.
3         Q.    Do you remember anything specific
4    that was said in this call on September 14th?
5         A.    I do not.
6         Q.    Did you say anything?
7         A.    I mean, I would have, in general,
8    been -- tried to greet them, asked them how they
9    were doing, and certainly asked them, you know, be
10   -- expressed some sort of feeling of, you know,
11   interest in what they wanted to share.
12        Q.    Okay.  But do you remember saying
13   anything in response to what they did share about a
14   new policy and update on overall efforts to combat
15   harmful misinformation?
16        A.    I do not.
17        Q.    Going down a little further, last
18   bullet point here refers to a meeting on
19   November 22nd, 2021.  It mentions that personnel
20   from OSG were involved in this meeting.  Do you
21   remember -- were you involved in this meeting?  Do
22   you know?
23        A.    I don't think so.  I do not believe
24   so.  If I was on it -- if I was in the meeting, I
25   would have identified it.
```

1          Q.     Who's Tericka Lambert?

2          A.     I think Tericka -- she's an HSS

3    employee.  She is not an OSG employee.  I think she

4    was the digital person helping maybe Kristina

5    Schake's team doing some of the COVID-19 vaccine

6    campaign work.  I know -- what I -- what I know,

7    for instance, is that she would help us set up --

8    she would help us set up basically like virtual

9    town halls for when we were doing -- you know,

10   doing outreach about our -- our vaccine outreach

11   work, especially for like -- we had like a Listserv

12   of coalition of medical organizations and -- and --

13   and doctors who were -- who were helping on -- on

14   -- on vaccine rollout.

15         Q.     What does ASPA stand for, A-S-P-A?

16         A.     What a great question.  I'm not --

17   there's so many acronyms in the federal government,

18   and I try to forget as many of them as possible.

19   I'm not certain, sir.

20         Q.     Is that an HHS component?  Do you --

21         A.     It is.

22         Q.     And it mentions others ASPA

23   personnel.  Do you know who they were?

24         A.     I was not at this meeting, sir, so I

25   do not know.

**ERIC WALDO  12/22/2022**

Page 133

```
 1          Q.     How about -- what's the Fors Marsh
 2    group, F-O-R-S, space, Marsh?
 3          A.     I'm trying to remember.  Maybe I'm --
 4    there was -- maybe there was a briefing where they
 5    had an external group who I had some contract with
 6    them that was doing some sort of external research.
 7    I don't -- I honestly don't recall.  I think they
 8    -- Fors Marsh.  I don't -- I don't know, sir.  I'm
 9    trying to rack my brain here.
10          Q.     Okay.  And you said you weren't in
11    this meeting.  The interrogatory response says that
12    it touched on misinformation.  Do you know how the
13    meeting touched on misinformation?
14          A.     I don't.
15          Q.     Are you aware of any -- we've gone
16    through, I think, nine bullet points here of
17    meetings.  Are you aware of any other meetings
18    between anyone in the Office of Surgeon General and
19    anyone from the social media platform that's not
20    listed here in the interrogatory response?
21          A.     I think the only thing -- I think the
22    only other possible meetings with -- with
23    technology companies would have been about not
24    misinformation per se, but from press team
25    potentially, if Dr. Murthy, for instance, was going
```

1    to do a Twitter town hall or, you know, do a

2    conversation with the CEO of SNAP on -- about

3    mental health, like we would have -- our press team

4    would have communicated with a technology company

5    about a potential use of the platform for a press

6    or communication engagement.

7         **Q.    Other than those kind of press and**

8    **communications engagements in the meetings listed**

9    **here, are you aware of any other contacts between**

10   **anyone in the Surgeon General's office and social**

11   **media platforms?**

12        A.    I'm not aware.

13        **Q.    I'm going to close out of that**

14   **document, so it should have dropped off the screen.**

15   **And then I'm going to e-mail your counsel a few**

16   **more exhibits.**

17             MR. SAUER:  Amanda, you should be

18   getting Exhibits 4 through 9 by e-mail momentarily.

19             MS. CHUZI:  I am refreshing my inbox.

20        **Q.    (BY MR. SAUER)  And then, Mr. Waldo,**

21   **I pulled up Exhibit 4 on the screen.  Do you see**

22   **that?**

23        A.    Yes.

24        **Q.    Do you see this is an e-mail from**

25   **Nick Clegg at Facebook to Andy Slavitt and**

1   Dr. Murthy, dated May 28, 2021, correct?

2          A.    That's correct.

3          Q.    So this would have been, I think,

4   three days after the May 25th, 2021 phone call that

5   was the first bullet point in the interrogatories

6   that we looked at a moment ago in Exhibit 3,

7   correct?

8          A.    That's correct.

9          Q.    And I take it this would have been

10  before you started with the Surgeon General's

11  office, right?

12         A.    That's correct.  I was not at the

13  office at this time.

14         Q.    Okay.  And he has an attachment to

15  this e-mail called 5/28 COVID-19 insights.pdf.

16  Correct?

17         A.    That is what is listed as the

18  attachment, correct.

19         Q.    Is that the COVID report that you

20  were talking about earlier that you -- I think you

21  said Facebook would send to people at the White

22  House and others?

23         A.    I believe so.  I -- that's my -- my

24  best guess, sir.

25         Q.    Okay.  And in the e-mail he says,

**ERIC WALDO  12/22/2022**

```
 1    thanks for -- again for the time the other day,

 2    right?

 3         A.    That's what he says, yes.

 4         Q.    Yea.  So is that possibly a reference

 5    back to the May 25th meeting that's in the

 6    interrogatory?

 7         A.    That's possible, yes.

 8         Q.    Could there have been another meeting

 9    between Nick Clegg and Andy Slavitt and Dr. Murthy?

10         A.    It's technically possible, but I find

11    it unlikely.

12         Q.    Okay.  He goes -- he goes on to say:

13    As promised, I'm sending our latest report that

14    includes top line performing posts for the weeks of

15    May 3rd and May 9th.  Do you see that?

16         A.    I do.

17         Q.    Yeah.  He says "as promised."  Do you

18    know if this was something that was promised by

19    Facebook in that May 25th meeting with Andy Slavitt

20    and Dr. Murthy?

21         A.    I don't know since I wasn't there.

22         Q.    Do you know why he's saying "as

23    promised" here?

24         A.    I do not.

25         Q.    Okay.  Who would know that, what was
```

**ERIC WALDO  12/22/2022**

1  **promised or may have been promised in the May 25th**

2  **meeting?**

3       A.    It seems like if Brian was at the

4  meeting he would know.  Andy would know.

5  Dr. Murthy would know.  Potentially, someone like

6  Max Lesko or Adam Beckman would know, just as

7  someone whom Dr. Murthy would have debriefed about

8  any call like this.

9       Q.    **Would he, as a routine matter,**

10  **debrief Max Lesko about a call like this?**

11       A.    I think at that point in the

12  administration, the team was so small that, yes.

13  It would be very unlikely that Max or -- or Adam

14  Beckman wouldn't know about what happened -- they

15  would have asked how the call went, and he would

16  have debriefed with them.  There were -- yes.

17  That's correct.

18       Q.    **But to your knowledge, they weren't**

19  **on the call?**

20       A.    I don't know whether or not they were

21  on the call.

22       Q.    **Nick Clegg goes on to say:  I also**

23  **want to highlight a few policy updates we announced**

24  **yesterday regarding repeat misinformation, correct?**

25       A.    That is what the document says,

**ERIC WALDO  12/22/2022**

Page 138

```
 1    correct.
 2           Q.    And so that would be, I take it,
 3    policy updates announced on May 27, two days after
 4    the May 25th call with Andy Slavitt and Dr. Murthy,
 5    right?
 6           A.    That is two days after the call,
 7    correct.
 8           Q.    And Nick Clegg reports back to
 9    Dr. Murthy and Andy Slavitt what he called a few
10    key points, right?
11           A.    That's correct.
12           Q.    And these include three things that
13    are adding more context about pages that repeatedly
14    share false claims, right?
15           A.    That is what the document says,
16    correct.
17           Q.    And expanding penalties for
18    individual Facebook accounts that share
19    misinformation, correct?
20           A.    That is what the sentence says,
21    correct.
22           Q.    And redesigning notifications when
23    Facebook accounts share content that a fact checker
24    later rates, right?
25           A.    That is what the sentence says,
```

```
 1   correct.
 2        Q.    Do you know why Nick Clegg reported
 3   back to Andy Slavitt and Dr. Murthy about these
 4   three key points about addressing repeat
 5   misinformation on its platform?
 6        A.    I do not.
 7        Q.    Do you know whether that was
 8   something they discussed in the call?
 9        A.    I do not.
10        Q.    Let me put up Exhibit 5.  Can you see
11   that one?
12        A.    Yes, I can.  Thank you.
13        Q.    So here's an e-mail chain back and
14   forth between Nick Clegg to Dr. Murthy with the
15   biweekly COVID content report attached on June 12,
16   correct?
17        A.    That's correct.
18        Q.    He says:  I'm happy to jump on a call
19   at any point, as is my team, to delve into any
20   details further as needed.  Do you know if any such
21   call ever happened?  Did people at OSG ever jump on
22   a call with Facebook to talk about these content
23   reports?
24        A.    Not to my knowledge.
25        Q.    Did you ever read these COVID content
```

**ERIC WALDO  12/22/2022**

```
 1   reports?

 2         A.    I would give them that cursory glance

 3   on occasion?

 4         Q.    What do they -- what kind of

 5   information was in them?

 6         A.    I think at the highest level it was

 7   about who were the most -- the most engaged tweets,

 8   the most viewed -- or sorry, not tweets, the most

 9   engaged posts, I think, with respect to both

10   accurate and inaccurate information.

11         Q.    So it was a report that said, here's

12   the post that had the most engagements with respect

13   to, you know, kind of accurate COVID information?

14         A.    I'm not -- I honestly don't remember

15   it was the most -- I think it was the most engaged

16   or the most viewed posts, and so you could see some

17   of them were about -- had positive information.

18   Some had negative.  But I actually didn't spend a

19   lot of time looking at these reports.  I only got

20   added to them late.

21         Q.    Who -- who -- who was reviewing those

22   reports on the federal government side?

23         A.    I'm not -- I don't have an exhaustive

24   list.  I know that Rob received these reports.

25         Q.    Anybody else besides him?
```

 1          A.    I don't recall off the top of my
 2    head.
 3          Q.    How about Adam Beckman?  You see he's
 4    mentioned up here.  You've mentioned him several
 5    times already.  Was he getting these reports?
 6          A.    I don't -- I'm not sure.  I'm not
 7    sure.  I don't think so.
 8          Q.    What was the point of getting these
 9    reports from Facebook?  What is the point to allow
10    federal officials to track, you know, how much
11    misinformation is being reached or engaged with on
12    Facebook?
13          A.    I'm not sure.
14          Q.    Do you know if the federal officials
15    did -- did anything with these reports?
16          A.    Not to my knowledge.
17          Q.    Okay.  And I take it the report would
18    have the information.  It says:  Here's our top
19    highest engagement Facebook post relating to COVID,
20    and it would describe them so you could assess
21    whether or not they contained misinformation or
22    disinformation?
23          A.    I honestly don't recall.  I think it
24    was a list of the -- again, the highest posts.  So
25    yes.  You could see, yes, that these were -- this

 1   -- that the highest posts was -- was uplaid with

 2   misinformation.  You could probably make that --

 3   that determination place.

 4         **Q.    Are you aware of these reports being**

 5   **sent before the May 25th meeting, or did they start**

 6   **after that May 25th meeting between Dr. Murthy Nick**

 7   **Clegg, and Andy Slavitt?**

 8         A.    I don't know based on just a plain

 9   reading.  It seemed like it's a biweekly report.

10   It seemed like it had preexisted the -- the -- it

11   predates the meeting.

12         **Q.    Were they sent every two weeks kind**

13   **of from then on?**

14         A.    I don't know.  I didn't start

15   receiving these until after -- after my meeting

16   with -- with Nick and Brian, and then I believe

17   they kept going, and at some point Brian asked

18   whether or not they should stop sending them.  And

19   I think it was right before child -- under 5

20   vaccines was rolled out.  So I think we ended up

21   keeping them, but I don't know that anyone was

22   really looking at them anymore.

23         **Q.    It does say here in Dr. Murthy's**

24   **response, "I'll look forward to reviewing it."  Do**

25   **you know if Dr. Murthy reviewed it?**

**ERIC WALDO  12/22/2022**

```
 1          A.    I do not.
 2          Q.    Do you remember him discussing those
 3     COVID content reports from Facebook in any
 4     connection?
 5          A.    I do not.  I'm not sure he ever
 6     received it again after this.
 7          Q.    Do you know why Adam Beckman is on
 8     this e-mail chain?  It looks like he was probably
 9     added as a CC by Dr. Murthy potentially.
10          A.    Well, it looks like the e-mail is
11     from Nick.  So I don't think -- so it wouldn't have
12     been -- oh, sorry.  It's from Dr. Murthy.  Thank
13     you, sir.  From Dr. Murthy, yeah.
14               I think Adam -- in the early days,
15     Adam was sort of our main COVID policy person, and
16     he was the acting policy director, but he was sort
17     of -- in my parlance of Washington, I would call
18     Adam like a functional deputy chief of staff.  He
19     sort of did a little bit of everything.  And so he
20     was certainly someone Dr. Murthy relied on for
21     analysis with respect to COVID and other things.
22     So it was probably making sure Adam was in the
23     know.
24          Q.    Do you know if Adam reviewed these
25     reports?
```

**ERIC WALDO  12/22/2022**

```
 1          A.    I do not know if he did.
 2          Q.    Let me share with you Exhibit 6.
 3   Here's an e-mail chain involving you and Lauren
 4   Culbertson of Twitter and Todd O'Boyle of Twitter,
 5   correct?
 6          A.    That's correct.
 7          Q.    And you copied Kyla Fullenwider on
 8   the e-mail?
 9          A.    That's correct.
10          Q.    And she's at US Digital Response.  I
11   think I asked you this earlier.  Do you have an
12   understanding of what US Digital response actually
13   is?
14                THE REPORTER:  What US Digital
15   response what?  I'm sorry.
16          Q.    (BY MR. SAUER)  Actually is.
17          A.    I think you asked me this question
18   before, sir.  I'm not positive, and I think it's a
19   quasi-governmental organization that helps -- that
20   helps federal agencies improve their -- their --
21   their digital data-type work.
22          Q.    Gotcha.  And do you recall what the
23   purpose of this e-mail chain is here on July --
24          A.    Sorry.  Can I -- I now have the
25   document in front of me, sir.  Can you give me a
```

 1   moment to -- to review, please?

 2           **Q.    Please do.**

 3           A.    Oh, yeah.  This is just to set up the

 4   -- we -- we -- this is to set up that outreach call

 5   that we talked about previously, sir.  So that

 6   first e-mail comes on the 6th where I'm -- I'm

 7   giving him a heads-up.  So then we're -- this is

 8   just set up the -- that precall to give them the

 9   soft rollout of the advisory.

10           **Q.    Gotcha.  And I think that call --**

11   **that call ended up happening on July 10th or 12th,**

12   **is that right, to your recollection?**

13           A.    That -- that sounds correct, sir,

14   whatever we discussed previously.

15           **Q.    And the second page of your initial**

16   **e-mail to them:  Hi, Lauren and Todd, you introduce**

17   **yourself, and you say:  As you know, one of the**

18   **issues Dr. Murthy has been thinking about is how to**

19   **help stop the spread of health misinformation as we**

20   **continue to tackle COVID-19 and beyond.  Correct?**

21           A.    That is what the document says,

22   correct.

23           **Q.    And you wrote that, right, to them,**

24   **that you wanted to connect with them about how you**

25   **stop the spread of health misinformation, correct?**

**ERIC WALDO  12/22/2022**

```
 1          A.    That's -- that's correct.

 2          Q.    Yeah.

 3          A.    And I -- I wrote to them saying that

 4   Dr. Murthy has been thinking about how to stop the

 5   spread, yes.

 6          Q.    And that's what you wanted to connect

 7   with them about, correct?

 8          A.    Correct.  This was the rollout call,

 9   so we were giving them a heads-up about the

10   advisory.

11          Q.    Yeah.  It says:  I know you and your

12   teams are working hard and thinking deeply about

13   this issue.  We'd love to chat over Zoom to connect

14   and discuss what's on the horizon for our teams.

15   Correct?

16          A.    That is what I wrote, correct.

17          Q.    Yeah.  And so what's -- what was on

18   the horizon for your team at that time?  Are you

19   referring to the health advisory?

20          A.    Yeah.  So again, this is the -- this

21   is trying to meet with them to give them a heads-up

22   about the advisory.

23          Q.    Was there anything else on the

24   horizon for this general's -- I'm sorry the Surgeon

25   General's team at that time?
```

```
 1          A.    I think we were -- we knew that we
 2    were going to eventually tackle issues like youth
 3    mental health, you know, health worker mental --
 4    mental health, and social isolation and loneliness.
 5    So I already had those high level themes that I
 6    knew Dr. Murthy wanted to work on.
 7               So as a -- sort of first intro to
 8    potential partner or impacted partner by our work,
 9    I might have given them a general, like, hey, these
10    are some of the other things that we'll likely be
11    tackling as an office in the years to come.
12          Q.    You say:  I know you and your teams
13    -- I guess that's the Twitter teams -- are working
14    hard and thinking -- thinking deeply about this
15    issue -- being how to help stop the spread of
16    health misinformation, correct?
17          A.    That is correct.
18          Q.    Yeah.  And then in this e-mail, you
19    go on to say you want to connect and discuss what's
20    on the horizon for our teams.  So that includes
21    what's on the horizon for the Twitter team,
22    correct?
23          A.    That's correct.
24          Q.    Did you ask them in that first call
25    what was on the horizon for their team when it came
```

**ERIC WALDO  12/22/2022**

1   to helping stop the spread of health

2   misinformation?

3       A.   I think -- again, I think that we've

4   already discussed that -- what occurred during that

5   call, but it was the overall giving them a heads-up

6   about the advisory.  Now with the recollection

7   here, maybe I gave them a heads-up also about other

8   things coming from our office for the year.  But

9   that would have been the nature -- nature of what

10  we discussed.

11      Q.   Was there any inquiry by you about

12  what was on the horizon for their teams, or was it

13  just kind of a one-way communication, here's what

14  OSG plans to do?

15      A.   There may have been some polite

16  rapport.  I don't recall.

17      Q.   Did you ask them anything about

18  whether, you know, taking the steps to help stop

19  the spread of health misinformation was something

20  on their horizon?

21      A.   I don't think so, because, again, the

22  purpose of the call, which I know we've already

23  discussed, was about letting them know this is

24  coming out, letting them know how overall to take a

25  look at it and then, you know, we want them -- we'd

1  share with them and we could follow up without that

2  and TBD.

3          You know, maybe they didn't want to

4  work on youth mental health.  Maybe they wanted to

5  work on another issue that we could collaborate

6  potentially on other things as well.

7          Q.    I'm going to show you Exhibit 7.  Do

8  you see this exhibit on the shared screen?

9          A.    I do.  And I also have it in front of

10  me.

11         Q.    Yeah.  And is this -- briefly, is

12  this the -- I think you mentioned that you wanted

13  to have the introductory call with you and Kyla and

14  Facebook before the rollout, but it happened to be

15  -- end up being scheduled on Friday, the 16th,

16  right?

17         A.    Correct.  That's correct.

18         Q.    And was that -- was that by design?

19  Did you, you know, kind of want the Facebook

20  initial call to occur after the 15th and 16th when

21  the rollout happened, or was that a kind of vagary

22  of scheduling?

23         A.    That was a vagary of scheduling.

24  Have you -- yeah.  Because there was a trip to --

25  to New Mexico where I was staffing Dr. Murthy.  So

 1   it limited some of our travel windows, but I tried

 2   to schedule all of the calls beforehand.  So I had

 3   offered them the Monday slot, hoping that they

 4   would take it, but it didn't work out.

 5        Q.    Yeah.  Do you know -- so that Monday,

 6   I take it, would have been like July 12th, and

 7   Friday was the 16th, which ended up being after the

 8   rollout, correct?

 9        A.    You're accurately describing those

10   dates.

11        Q.    Yeah.  Gotcha.  Did you know at the

12   time that the rollout would involve a kind of

13   unique focus on Facebook?

14        A.    I did not.

15        Q.    So were you surprised, for example,

16   when Jen Psaki made comments that were kind of

17   specifically calling out Facebook at the July 15th

18   press conference?

19        A.    Yes.  I was surprised.

20        Q.    Do you know what her basis for those

21   comments was?

22        A.    I do not.

23        Q.    And obviously, did you know the

24   President was going to tell the media "They're

25   killing people" in response to a question about

**ERIC WALDO  12/22/2022**

 1  **Facebook?**

 2       A.    I did not know that.

 3       **Q.    Let me show you Exhibit 8.  Can you**

 4  **see that on the screen?**

 5       A.    I can.  I also have it in front of

 6  me.

 7       **Q.    And, again, is this the kind of**

 8  **e-mail chain where you and Kyla were connecting**

 9  **with people at Google, slash, YouTube for this**

10  **rollout call?**

11       A.    Correct.

12       **Q.    And I believe this is the one you**

13  **testified earlier ended up being scheduled on**

14  **July 14th, right, just the day before the rollout?**

15       A.    That's -- that's correct.

16       **Q.    Go to the third page of this**

17  **document.  You send basically the same initial**

18  **e-mail that you'd sent to Twitter in the prior**

19  **e-mail I showed you, right?**

20       A.    And I also used the same e-mail to

21  Facebook.

22       **Q.    Yeah.  Yeah.  You -- and, again, you**

23  **said that to them -- first of all, you refer to**

24  **Alexandra and Kevin.  Do you know how -- I take it**

25  **that's Kevin Kane and Alexandra Veitch.  Is that**

1   right?

2          A.    That's what the last name appears to

3   be online, yes.

4          **Q.    Do you know how you got the contact**

5   **for those people, how you got their contact**

6   **information?**

7          A.    I think you asked me this before,

8   sir, but that was the -- we had a spreadsheet for

9   the rollout that was cross-populated.  And so I

10  think I would have gotten it from -- from those

11  folks.  It's also possible -- I did know of former

12  a former -- former colleague of mine worked at

13  Google.  If I didn't have it from the spreadsheet

14  which had suggestion of partners to reach out to, I

15  might have asked someone for the government affairs

16  person at Google and YouTube.

17         **Q.    Who prepared that spreadsheet?**

18         A.    I think it was a -- it was a cross --

19  it was a shared document.  I think -- I think

20  Daniel might have had the first pen at it since he

21  was originally running the rollout for -- for the

22  advisory.

23         **Q.    Do you know if that document still**

24  **exists in electronic form?**

25         A.    I don't.  It -- it's a share point.

1   I don't have any reason to believe it wouldn't

2   exist.

3         Q.    Is that on Google drive or what kind

4   of share point is used?

5         A.    It's whatever the government has

6   approved, but it's a -- it's a SharePoint on --

7   it's a -- it's a government-approved SharePoint.

8         Q.    Here, you --

9         A.    I think it's a Microsoft type

10  document.  I think we used Teams in SharePoint.

11  Certainly not a Google document.

12        Q.    Here, you say again that Dr. Murthy's

13  been thinking about how to help stop the spread of

14  health misinformation, and you'd love to connect

15  and discuss what's on the horizon for our teams.

16              In the meeting that you had with

17  these Google representatives, did you discuss what

18  was on the horizon for their teams when it comes to

19  this the spread of health misinformation?

20        A.    I don't recall.

21        Q.    So you --

22        A.    I think, again, just -- just -- just

23  like the last one, this was -- we had Kyla on the

24  call and giving them a high-level update that we're

25  going to have this advisory come out and that we

 1   want them to take a look at it.

 2          Q.    Do you remember you, yourself, asking

 3   them for any kind of input on what they might do in

 4   this area?

 5          A.    I don't recall.

 6          Q.    Do you remember them saying anything

 7   about that, whether or not you asked?  Oh, here's

 8   what, you know, you and Google may be doing in the

 9   space of stopping the spread of health

10   misinformation?

11          A.    I don't recall.

12          Q.    Let me show you Exhibit 9.  Here's

13   another e-mail from Nick Clegg to Dr. Murthy and

14   Andy Slavitt, copying Brian Rice, correct?

15          A.    That's correct.

16          Q.    And he's sending another one of these

17   COVID insight reports, correct?

18          A.    That's correct.

19          Q.    He highlights a couple of

20   vaccine-related efforts in that e-mail to them,

21   right?

22          A.    That's correct.

23          Q.    Do you know whether Andy Slavitt or

24   Dr. Murthy asked Facebook to send them information

25   or updates about what kind of information Facebook

**ERIC WALDO  12/22/2022**

1    was spreading about vaccines in particular?

2         A.    I don't know.

3         Q.    And in the e-mail above, another

4    e-mail from Nick Clegg to Dr. Murthy and Andy

5    Slavitt, he gives yet another COVID report and he

6    says that I understand that -- per Brian that my

7    team is meeting with yours next week to delve

8    deeper into our COVID misinformation efforts,

9    correct?

10        A.    That's what the document says,

11   correct.

12        Q.    Do you know what meeting that is

13   between the Facebook and -- and Surgeon General's

14   teams was?

15        A.    Yeah.  I think -- I think he's

16   referring to the meeting on the 16th that we're

17   going to have the rollout meeting that got pushed

18   to the Friday after the rollout.

19        Q.    And so he's sending this e-mail on

20   July 10th?

21        A.    Right.  And the --

22        Q.    Go ahead.

23        A.    And the rollout call with them was on

24   the 16th, I believe.

25        Q.    So you think that -- are you aware of

1    any other meeting between, you know, Facebook's

2    team and Dr. Murthy's team in that week?

3          A.    I'm not familiar with any other

4    meeting.

5          Q.    Okay.  And it talks about how

6    Facebook's understanding of that meeting is that it

7    was going to delve deeper into our COVID

8    misinformation efforts, correct?

9          A.    That is what the document says,

10   correct.

11         Q.    So that was Mr. Clegg's understanding

12   of what was going to happen in this rollout

13   meeting, right?

14         A.    It would appear so.  I don't -- I

15   can't speak to what he understood, but that's what

16   he expresses.

17         Q.    Is that what you -- do you know why

18   he thinks that's what the meeting is going to be

19   about?

20         A.    I think we have the e-mail that you

21   already showed of me inviting Nick and Brian to the

22   meeting, which is the same e-mail I used for all

23   the parties, with the same language, same that

24   we'll discuss health misinformation.

25         Q.    So you think that's his basis for

ERIC WALDO  12/22/2022

```
 1   thinking that you sent that same e-mail that you'd
 2   already sent to Twitter and YouTube talking about
 3   how, you know, Dr. Murthy wants to help stop the
 4   spread of health misinformation and wanted to
 5   discuss how -- what's on the horizon for our teams,
 6   right?
 7        A.    That's correct.
 8        Q.    And so Facebook had the understanding
 9   at this stage that these meetings would be to,
10   quote, delve deeper into our COVID misinformation
11   efforts, right?
12        A.    That's -- that's your interpretation,
13   and that makes sense based on what he said.
14        Q.    Did you, in that July 16th meeting,
15   delve deeper into Facebook's COVID misinformation
16   efforts?
17        A.    Not to my recollection.  This was
18   again Kyla sort of going a little bit more over the
19   -- as we discussed previously when we talked about
20   this meeting, when you're going over the
21   interrogatories, I think it was Kyla going more
22   over the advisory, to my recollection.  She may
23   have asked additional questions.
24        Q.    Could those additional questions have
25   related to Facebook's efforts to combat health
```

**ERIC WALDO  12/22/2022**

1    misinformation?

2          A.    Absolutely.

3          **Q.    Did they, to your recollection?**

4          A.    I think she had some questions about,

5    again, the research side.  I think some questions

6    came up about CrowdTangle, if I recall correctly,

7    which was a -- a data port for some -- some ways to

8    understand the Facebook, again, impact and research

9    of the misinformation.

10          **Q.    So you think she, in that July 16th**

11    **meeting, asked about CrowdTangle?**

12          A.    I think so.  I'm not positive.

13          **Q.    What is -- what is CrowdTangle**

14    **exactly?**

15          A.    I'm not exactly positive, sir.  I've

16    never used CrowdTangle, but I believe it's -- it's

17    some sort of data port to help -- help some

18    researchers or help users understand, you know, the

19    reach of some -- some of Facebook's posts and --

20    and -- and interactions.

21          **Q.    Is that something that's publicly**

22    **available, or is it something that Facebook only**

23    **provides to select individuals?**

24          A.    I think it's publicly available, but

25    I really don't know.

**ERIC WALDO 12/22/2022**

1    Q.    And you don't remember what Kyla was

2  saying about the use of CrowdTangle in this

3  meeting?

4    A.    I do not.

5    Q.    Was she asking if they could have

6  access to it or asking how you interpret data from

7  it, anything like that?

8    A.    I don't recall.

9    Q.    Is this information from CrowdTangle

10  different from the information in the COVID

11  insights reports that we've seen, you know, Nick

12  Clegg e-mailing to Dr. Murthy, and you said you got

13  added to later on?  Are those two different things,

14  CrowdTangle and the COVID insight reports from

15  Facebook?

16    A.    I mean, that could be a per se

17  different things, but I don't know if materially

18  the -- the -- the information expressed is

19  different.

20    Q.    Do you know whether it was -- do you

21  know whether Kyla was asking for -- you know, was

22  raising CrowdTangle in connection with asking for

23  more transparency or more access to data about

24  misinformation on Facebook?

25    A.    I'm not -- I don't recall.

**ERIC WALDO  12/22/2022**

```
 1           Q.    Did your remember anything else --
 2    what did Facebook say about CrowdTangle in that
 3    meeting?
 4           A.    I don't recall what their answer was.
 5           Q.    Do you remember anything else that --
 6    that Kyla said in that meeting?
 7           A.    I do not.
 8           Q.    I'm e-mailing your counsel three more
 9    exhibits, 11 and 12, and I'm going to pull up
10    Exhibit 10 on the screen, but I'll wait until
11    Ms. Chuzi --
12                 MS. CHUZI:  Thank you, Counsel.
13    While we're waiting, we've been going for another
14    hour, so what are we thinking about a break?
15                 MR. SAUER:  This is a natural
16    breaking point for me if you want a short break now
17    and then go another hour before having a later
18    lunch, that's fine.  I'm also fine going -- either
19    way would be fine with me.  Tammie's opinion is
20    very important here.
21                 (A discussion was held off the
22    record.)
23                 THE VIDEOGRAPHER:  The time is 11:07
24    a.m.  We are off the record.
25                 (A short break was taken.)
```

```
 1                   THE VIDEOGRAPHER:  The time is 11:19
 2    a.m.  We are back on the record.
 3            Q.    (BY MR. SAUER)  Mr. Waldo, in the
 4    next few exhibits, I want to direct your attention
 5    more specifically to that July 15th rollout of the
 6    health advisory we've been talking about.  And I
 7    want to start by sharing Exhibit 10 with you, which
 8    is the transcript of the press conference involving
 9    Jen Psaki and Dr. Murthy where the health advisory
10    was announced.  Do you see that on the screen?
11            A.    I can.  I also have the document in
12    front of me.
13            Q.    Were you at this press conference?
14            A.    I was not.
15            Q.    Okay.  Did you watch it?  Did you see
16    the attorney general speak?
17            A.    I think I had some multiple screens
18    up.  I was probably doing calls or work, but it may
19    have been on in the background.
20            Q.    And would you -- were you part of the
21    team that worked with him to craft the message at
22    this press conference?
23            A.    It would have been the press
24    secretary who would have worked on this.
25            Q.    But not you.  Would you have had
```

ERIC WALDO  12/22/2022

1    input in his comments on -- on this?

2           A.    I -- at this juncture, I did not to

3    my recollection.

4           Q.    Uh-huh.  Okay.  If you go to the

5    second page of the document, there's an

6    announcement today.  I issued a Surgeon General's

7    advisory on the dangers of health misinformation,

8    right?

9           A.    Correct.

10          Q.    Yeah.  And then Dr. Murthy goes on to

11   say:  Surgeon general advisories are reserved for

12   urgent public health threats.  Correct?

13          A.    That is what the document says.

14          Q.    So his message is that health

15   misinformation is an urgent public health threat,

16   correct?

17          A.    That is what he says, correct.

18          Q.    Yeah.  And he -- he describes it as

19   an imminent and insidious threat to our nation's

20   health, correct?

21          A.    Where is that, sir?  Oh, yes.  The

22   next -- I see it.  Thank you.  He -- he says:  And

23   while those threats have often been related to what

24   we eat, drink, and smoke, today we live in a world

25   where misinformation poses an imminent and

1    insidious threat to our nation's health.

2         **Q.    So he's likening -- kind of like you**

3    **did earlier, he's likening health misinformation to**

4    **carcinogens in -- in tobacco, for example, with a**

5    **reference to smoking, right?**

6         A.    That's the example I used, correct.

7         **Q.    Yeah.  And he references the smoking**

8    **himself, too, right?  So that's a similar point,**

9    **right?**

10        A.    Oh, yes.  He does say -- well, he

11   says that, in previous -- previous advisories have

12   been about threats like smoking, and misinformation

13   is -- is an imminent and insidious threat.

14        **Q.    Gotcha.  And he goes on to say that**

15   **health misinformation is false or misleading**

16   **information about health according to the best**

17   **evidence at the time, right?**

18        A.    Correct.

19        **Q.    And is that definition of health**

20   **misinformation is something that's used by the**

21   **Surgeon General's office in -- in this health**

22   **advisory and elsewhere as well, right?**

23        A.    I believe that is the definition that

24   is listed within the advisory, correct.

25        **Q.    And were you involved in adopting**

**ERIC WALDO  12/22/2022**

1   that definition?

2       A.    As we discussed previously, I was not

3   in the office while the advisory was developed or

4   finalized, so I was not part of the creation or did

5   not have input into the definition, therefore.

6       **Q.    So do you know who devised that**

7   **definition or how it was formulated?**

8       A.    So I think as we've already

9   discussed, the content of the advisory would have

10  been worked on by people like Daniel Tartakovsky,

11  Kyla Fullenwider, maybe Adam Beckman, you know.

12  Certainly, Dr. Murthy would have had eyes on it.

13  Those are the types of people who would have looked

14  at it.  Probably some other members of the -- of

15  the science and policy team like maybe Tyiesha

16  Short, who was a policy associate.

17      **Q.    And does that definition contemplate**

18  **that what constitutes misinformation might change**

19  **over time?**

20      A.    I think that's a fair reading of --

21  of the -- of the -- of the definition.

22      **Q.    So in other words, the best evidence**

23  **may indicate at one stage that something is**

24  **misinformation, and later better evidence may come**

25  **up that makes it turn out to be more reliable.  Is**

1    that fair to say?

2         A.    I think that's a fair reading of --

3    of the definition.

4         Q.    So something that we now think is

5    misinformation may later turn out to be accurate

6    information, right?

7         A.    And vice versa.

8         Q.    Yeah.  Right.  Where something you

9    think was accurate may turn out to be misleading,

10   right?

11        A.    I think -- I think we're -- I think

12   you stated the definition and multiple reasonable

13   interpretations of that definition.

14        Q.    And Surgeon General goes on to say

15   that the truth is that misinformation takes away

16   our freedom to make informed decisions about our

17   health and the health of our loved ones, right?

18        A.    That is what he said in the press

19   conference, correct.

20        Q.    Yeah.  And is that the view of the

21   Surgeon General's office, that health

22   misinformation takes away freedom, specifically the

23   freedom to make informed health decisions?

24        A.    I'm not sure we've made a

25   determination that that's the -- the signed-off

1    view of the entire office, but that's coming out

2    from the Surgeon General, so I think it's fair to

3    ascribe to our office.

4         Q.    In other words, that's Surgeon

5    General Murthy's view.  That's what he said at says

6    that press conference, right?

7         A.    That's what he said at the

8    conference, so I think it's fair to ascribe as his

9    view.

10        Q.    And he immediately goes on to say:

11   During the COVID-19 pandemic, health misinformation

12   has led people to resist wearing masks in high-risk

13   settings, right?

14        A.    That is what the sentence says,

15   correct.

16        Q.    Yeah.  And so I take it his view is

17   that it's health misinformation that masks are

18   ineffective in stopping the spread of the virus in

19   high-risk settings, right?

20        A.    I think that's a fair reading.

21        Q.    So here, I jotted down a sentence

22   about masks here that says:  The typical mask you

23   buy in a drug store is not really effective in

24   keeping out virus, which is small enough to pass

25   through material as a discussion of the

**ERIC WALDO  12/22/2022**

 1   **effectiveness of mask wearing.  Would that sentence**

 2   **be health misinformation on the view of the Surgeon**

 3   **General's office?**

 4        A.   Well, I guess you're asking me a

 5   hypothetical.  There is no -- Surgeon General's

 6   office doesn't have like a team that -- that helps

 7   determine whether or not something is health

 8   misinformation.  But I think it would be under a

 9   reasonable person's standard.  You could look at a

10   sentence like that and decide whether or not you

11   thought it was.  I'd want to consult the policy

12   lead or someone to say whether it was or was not.

13   It doesn't sound like misinformation to me, but

14   that's just, you know, I'm -- that's my sort of

15   layperson's view.

16        **Q.   Is this the sort of information that**

17   **could lead people to resist wearing masks in**

18   **high-risk settings to say --**

19             MS. CHUZI:  Objection.  Calls for

20   speculation.

21             MR. SAUER:  Let me finish.

22             THE WITNESS:  I'm not --

23        **Q.   (BY MR. SAUER)  Go ahead.**

24        A.   Go ahead, sir.  No.  Go ahead, sir.

25        **Q.   Go ahead.**

1    A.    Sorry.  No.  I -- I -- can you repeat

2    the question?

3         **Q.    Is that the sort of misinformation**

4    **that could lead people to resist wearing masks in**

5    **high-risk settings, the statement that the typical**

6    **mask you buy in a drug store is not really**

7    **effective in keeping out virus?**

8         A.    I don't know.

9         **Q.    Does the Surgeon General -- Surgeon**

10   **General's office has given a lot of -- or made a**

11   **lot of statements about combating health**

12   **misinformation.  Does the Surgeon General's office**

13   **give any guidance about how to determine whether or**

14   **not something is misinformation?**

15        A.    I think the definition is the attempt

16   to recognize the complexity of it.  I also think

17   it's important to recognize that the advisories

18   about mis- and disinformation and that there's a --

19   certainly a spectrum of -- within that.

20              And I think Dr. Murthy explicitly

21   also talks about that oftentimes people are

22   spreading information with good intention that may

23   not be accurate.  And our goal is to spread more

24   accurate information and to create connections and

25   -- and ways for people to connect with folks who

1    are more likely to share accurate information.

2          **Q.     Does the Surgeon General give advice**

3    **on how to determine what's accurate and what's not**

4    **accurate?**

5          A.    I don't recall that -- I think there

6    was the -- that view -- I -- I think within the

7    documents, certainly within the toolkit he talks

8    about examples of more trusted sources that he

9    recommends people reach out to.

10         **Q.     He goes on to say:  Modern technology**

11   **companies have enabled misinformation to poison our**

12   **information environment with little accountability**

13   **to their users.  Do you see that?**

14         A.    I do see that.

15         **Q.     So I think we alluded earlier to the**

16   **fact that he did use the word "poison" to describe**

17   **misinformation, right?**

18         A.    That's correct.  We did discuss the

19   use of the word "poison."

20         **Q.     He talks about another word here that**

21   **I think the Surgeon General's office uses a lot,**

22   **which is the word "accountability."  I think that**

23   **Dr. Murthy and advisory talk about holding the**

24   **social media platforms accountable for**

25   **misinformation on their platforms.  Do you know**

**ERIC WALDO  12/22/2022**

 1    what's meant by "accountable"?

 2         A.    I don't -- I don't have a definition

 3    of accountable in the -- for the purposes of your

 4    question.

 5         Q.    Do you know what the Surgeon

 6    General's office intends it to mean when it uses

 7    the word accountable and accountability for social

 8    media platforms?

 9         A.    I think there's generally the notion

10    that, you know, they've -- that they have, you

11    know, I would say an obligation to try to make sure

12    that they're not doing harm.  So as opposed to just

13    saying, hey, I built this -- I built this highway

14    and I'm not going to put any speed limits on it or

15    stop signs or warn people that there's a turn

16    ahead, you know.  We want to say are we doing

17    anything to reduce the likelihood of a collision.

18    You want a stop sign, a speed limit, some lines on

19    the road, some -- some -- some -- some traffic

20    cameras, et cetera.

21              So I think the, you know, idea is

22    social media companies have created this platform

23    that is where many, many people receive news that

24    they believe.  How can we in a time of a historic

25    pandemic think about ways to -- to have a

**ERIC WALDO  12/22/2022**

1    heightened sense of obligation to make sure that

2    that's not being used in a -- have a corrosive

3    effect on -- on the health of others.

4        **Q.    Does accountability include accepting**

5    **the consequences for when you do something wrong or**

6    **-- or inappropriate?**

7        A.    That's a -- that's a fair and modern

8    use of the word accountable.

9        **Q.    And is that what's included in what's**

10   **intended or meant when that word is used by the**

11   **Surgeon General's office with respect to social**

12   **media platforms, that they should accept**

13   **consequences --**

14       A.    I don't --

15       **Q.    -- for when they don't do enough to**

16   **stop the spread of misinformation that can harm**

17   **people?**

18       A.    I don't know.

19       **Q.    But you'd say that would be a fair**

20   **understanding to a modern user of that word,**

21   **correct?**

22       A.    I think you're providing a reasonable

23   reading of the word accountable in the context of

24   this paragraph.

25       **Q.    Were you involved in discussions**

**ERIC WALDO  12/22/2022**

```
 1    about using -- choosing to use the word

 2    accountable?  It does pop up a lot in these OSG

 3    communications.

 4         A.    I think if you asked before whether

 5    or not I was -- participated in the creation of

 6    these remarks, I did not.  So, therefore, I would

 7    not have had any view into whether or not -- and

 8    how to choose the word accountable.

 9         Q.    Goes on to say that the social media

10    platforms have allowed people who intentionally

11    spread misinformation, what we call disinformation,

12    to have extraordinary reach, correct?

13         A.    That is what the sentence says,

14    correct.

15         Q.    And that's something he's calling on

16    them to stop to prevent the reach of those who

17    spread disinformation.  Is that fair to say?

18         A.    He's call -- again, I think the

19    advisory and all this is -- is providing technology

20    companies and others with the idea of this is an

21    issue.  There -- there's an obligation or -- or --

22    or certainly an imperative to do more.  So reduce

23    -- reduce if not only -- not only stop but reduce

24    or take some sort of mitigating efforts so that the

25    misinformation and disinformation is not leading to
```

 1   poor health results for people.

 2          Q.    Yeah.  In other words, that some

 3   **steps should be taken by social media platforms to**

 4   **stop the extraordinary reach of disinformation on**

 5   **their platforms, correct?**

 6          A.    I think it's to stop -- I would view

 7   it as stopping the harm, and this goes to our

 8   conversation that you and I have had earlier,

 9   right?  I think you want to -- I think there's the

10   presumption right now that the reach is leading to

11   harm.  I think that within the context of the

12   advisory, there's a desire to learn and study more,

13   which is also part of the conversations we've

14   already talked about vis-a-vis Facebook around

15   understanding the nature of the reach to understand

16   the depth of harm.  So I think -- I think that's

17   all -- all on the table.

18          Q.    Yeah.  And one of the things that's

19   **on the table, I think you testified earlier, is**

20   **that when the health advisory was issued, the**

21   **Surgeon General's view was that stopping the spread**

22   **is one way to stop the harm, correct?**

23          A.    I think that's what the document

24   says, so I don't have any reason to believe that's

25   not what -- what -- what -- what -- what the

ERIC WALDO  12/22/2022

Page 174

```
 1    Surgeon General meant when it was written.
 2          Q.     On the next page, the Surgeon General
 3    goes on to say:  We are saying we expect more from
 4    our technology companies.  Correct?
 5          A.     That's correct.
 6          Q.     And it says:  We're asking them to
 7    operate with greater transparency and
 8    accountability.  Correct?
 9          A.     Correct.
10          Q.     Yeah.  In other words, so this is
11    kind of a call to action to the social media
12    platforms, right?  We're asking them to do things,
13    right?
14          A.     That's correct.
15          Q.     Yeah.  And one of those things is
16    greater transparency.  I assume that's a reference
17    to the kind of data sharing that was raised in
18    these private calls including with Kyla
19    Fullenwider, correct?
20          A.     Yeah.  I think, again, helping people
21    understand what is the nature of the reach and the
22    nature of the impact of -- of this health
23    misinformation, disinformation.
24          Q.     And then accountability, I think you
25    testified earlier, a reasonable understanding of
```

**ERIC WALDO  12/22/2022**

1    **that term would be -- include the social media**

2    **platforms accepting consequences for negative**

3    **behavior that's -- that they're responsible for,**

4    **correct?**

5         A.    I read -- I read this sentence -- it

6    says:  Fourth, we're saying we expect more from our

7    technology companies.  We're asking them to operate

8    with greater transparency and accountability.

9              I read that sentence to mean

10   accountability as accountability to the -- to the

11   public around this public health emergency.

12        **Q.    And -- and -- and again, the public,**

13   **then, would expect them to accept responsibility**

14   **and consequences if they behaved badly, correct?**

15        A.    I mean, in my mind -- again, we're

16   asking them about accountability means, hey, we

17   can't just say it's not.  We have -- it's not our

18   fault.  There's nothing we can do to improve this

19   accountability.  It's like we -- we -- this is

20   happening with our platform.  We have a duty to try

21   to improve the outcomes and help -- help make sure

22   there's fewer bad outcomes when using our platform

23   during a pandemic with historic deaths.

24        **Q.    Yeah.  In other words --**

25        A.    Historic and preventable deaths.

**ERIC WALDO  12/22/2022**

1          Q.    Yeah.  In other words, we're asking

2     them to take more proactive steps to stop the

3     spread of misinformation?

4          A.    Yes.  Or to help us -- help the

5     public or help people understand how to do that.

6     It could be -- research could help us understand

7     that if you send a positive message this way, it

8     can undo the harm of the negative messaging.

9     There's all sorts of things we could learn that

10    would create the actual tactics as to opposed to

11    the, you know, prescriptive strategies.

12         Q.    Right.  And one tactic is mentioned

13    in the -- later in the paragraph -- or two tactics.

14    One is he says, we're asking him to monitor

15    misinformation more closely, right?  So --

16         A.    That is what the sentence says,

17    correct.

18         Q.    Yeah.  And then Dr. Murthy said,

19    we're asking them to consistently take action

20    against misinformation superspreaders on their

21    platforms, correct?

22         A.    That is what he says, yes.

23         Q.    That's a specific action item that

24    the Surgeon General urged social media platforms to

25    take, which is essentially to remove content spread

ERIC WALDO 12/22/2022

1    **by misinformation superspreaders, right?**

2           A.    That's not what the sentence says.

3    He says:  We're asking them to consistently take

4    action against.

5                 You are supposing that means remove.

6    It could just be we're not going to have the

7    algorithm amplify it or we're not going to allow it

8    to be retweeted, or we're going to put a corrective

9    warning label.  There are plenty of the examples

10   that would be -- that could take action that would

11   reduce the harm of the misinformation superspreader

12   and keep it from spreading.

13          **Q.    So some of those potential actions**

14   **that they could take would include assigning**

15   **warning labels, correct?**

16          A.    Correct.

17          **Q.    Yeah.  And some might include**

18   **deamplifying the content from information**

19   **superspreaders and their algorithms, correct?**

20          A.    That's correct.

21          **Q.    And another action might be taking**

22   **down the content.  Bad posts just get taken down**

23   **altogether.  That would be a potential action to**

24   **take against superspreaders, right?**

25          A.    That is a potential action, yes.

**ERIC WALDO  12/22/2022**

```
 1          Q.    And another potential action would be
 2    to, you know, deplatform that, right?  To cancel
 3    their accounts altogether, right?
 4          A.    That's a potential action that a --
 5    that a social media platform could take.
 6          Q.    And Dr. Murthy calls for social media
 7    platforms to take action against misinformation
 8    superspreaders, right?
 9          A.    That is what the sentence says,
10    correct.
11          Q.    I'm going to flip ahead a few pages
12    in this.  It's the page marked 45.5 on the bottom
13    right.
14          A.    I'm sorry.  Could you repeat that.
15    We had to unlock the -- the laptop -- or the iPad.
16    What -- what the page are we on again?
17          Q.    45.5.  It should be the fifth in the
18    exhibit pdf.
19          A.    Fifth page of the pdf?  Okay.  Thank
20    you.
21          Q.    Do you see --
22          A.    Yep.
23          Q.    -- about halfway down --
24          A.    Yep.
25          Q.    -- the page a reporter asks the
```

**ERIC WALDO  12/22/2022**

Page 179

```
 1    Surgeon General Murthy the question:  Do you
 2    personally believe that public figures and public
 3    companies that are helping spread misinformation
 4    about the vaccine should be held accountable?
 5    Right?
 6          A.    I do see that -- that question, yes.
 7          Q.    Yeah.  And he responds by saying:
 8    How can we be more accountable and responsible for
 9    the information that we share?  Right?
10          A.    Yes.
11          Q.    And he says the bottom line is that
12    all of us have an important role to play, and
13    technology companies have a particularly important
14    role, right?
15          A.    That is what he says, correct.
16          Q.    And he goes on to say:  We're asking
17    them to step up?  Right?
18          A.    Yes.  Can I actually read that whole
19    paragraph, sir?  Give me one second.
20          Q.    Sure.
21          A.    Okay.  Thank you, sir.
22          Q.    Okay.  And he says that -- in that
23    paragraph the speed and scale at spreading this
24    information has been in part enabled by these
25    platforms.  That's social media platforms, correct?
```

**ERIC WALDO  12/22/2022**

```
 1          A.    That's correct.
 2          Q.    And that's why he says that's why in
 3   the health advisory today we're asking them to step
 4   up, right?
 5          A.    That's correct.  That's what he says.
 6          Q.    Yeah.  And he says we know they have
 7   taken some steps to address misinformation, but
 8   much, much more has to be done, right?
 9          A.    That is what he says, correct.
10          Q.    He says:  We can't wait longer for
11   them to take aggressive action because it's costing
12   people their lives.  Right?
13          A.    That's correct.
14          Q.    So in other words, he's calling for
15   aggressive action by social media platforms to
16   address misinformation on their platforms, right?
17          A.    Correct.
18          Q.    Yeah.  And he doesn't specify there
19   what the aggressive action should be, but it needs
20   to be much, much more in his view than is already
21   -- is already being done, right?
22          A.    That's correct.
23          Q.    And that's a public message that all
24   the social media platforms are receiving, right?
25          A.    Well, I don't know which ones of them
```

1    were watching this press conference or not, but

2    they presume -- we know we sent them the advisory,

3    and it's certainly a well-covered event.  So

4    hopefully, they received that message.

5          Q.    And, in fact, you had some

6    introductory calls with at least three of them to

7    tell them it was coming and encouraging them to

8    watch, right?

9          A.    We did not encourage them to watch

10   the press conference.

11         Q.    Okay.  But you encouraged them to pay

12   attention to the advisory, right?

13         A.    We encouraged them to read the

14   advisory we shared with them, yes.

15         Q.    And then you asked them -- each of

16   them as a follow-up what actions they might have

17   taken in response to the advisory, right?

18         A.    I don't think we asked each of them.

19   I think we definitely -- I think Facebook and

20   Twitter, maybe Google, but my guess is that most of

21   them, yeah.

22         Q.    Did you ever communicate with any

23   other social media platforms other than Facebook,

24   Twitter, and Google/YouTube?

25         A.    I guess, again, Facebook also

ERIC WALDO  12/22/2022

Page 182

1    includes Instagram.  So, you know, I think it's

2    Facebook, Instagram, Twitter.  I can't -- I don't

3    think so.  I know there was a discussion about

4    whether or not we wanted to reach out to, I think,

5    Pinterest, but we -- I don't believe that we did.

6              I think Dr. Murthy had shared -- I

7    think Next Door is another social media site that

8    maybe actually had like some more favorable

9    policies that they were -- were their take on this.

10   We talked about potentially highlighting them, but

11   I -- I didn't do any outreach to those groups.

12        Q.    How about LinkedIn or Reddit or

13   Verizon Media, Microsoft?  Any of those?

14        A.    We did not do any outreach to

15   LinkedIn, to my knowledge; not to Microsoft, to my

16   knowledge.  We did a Reddit "Ask Me Anything."  May

17   not have been about misinformation.  It may have

18   been about one of our other health topics.  I

19   remember us doing prep for a Reddit AMA, which

20   stands for "Ask Me Anything."  But I don't believe

21   we reached out to Reddit for misinformation.

22        Q.    The American Medical Association will

23   be pleased to hear that -- that acronym.

24              Let me turn your attention to page 10

25   of this document, 4510.  And this is after

1    Dr. Murthy has already left the press conference.

2    There's follow-up questions to Jen Psaki.  Do you

3    see that?

4         A.    Yes.

5         Q.    Okay.  So there's a question here

6    that refers back, I think, to Dr. Murthy's comment

7    about being more aggressive, where it says -- the

8    reporter says:  Can you talk a little bit more

9    about this request for tech companies to be more

10   aggressive in policing misinformation?  Has the

11   administration been in touch with any of these

12   companies, and are there any actions that the

13   federal government can take to ensure their

14   cooperation, because we've seen from the start

15   there's not a lot of action on some of these

16   platforms?  Correct?

17        A.    That is the question that was asked

18   to Ms. Psaki, correct.

19        Q.    And she responds:  Sure.  Well,

20   first, we are in regular touch with these social

21   media platforms, and those engagements typically

22   happen through members of our senior staff but also

23   members of our COVID-19 team.  Correct?

24        A.    That is what Jen Psaki answers,

25   correct.

**ERIC WALDO  12/22/2022**

1        Q.     Yeah.  Do you know who she's

2   referring to when she talks about being in regular

3   touch with social media platforms and those

4   engagements typically happening through members of

5   our senior staff?

6        A.     I do not.

7        Q.     So you don't know what human being

8   she's talking about who are regularly in touch with

9   social media platforms?

10        A.     I do not.

11        Q.     Is -- is she possibly talking about

12   Dr. Murthy?

13        A.     Is it technically possible?  I

14   suppose.  But I don't -- I don't think so.

15        Q.     And was he in regular touch with

16   social media platforms by July 15th of 2021, to

17   your knowledge?

18        A.     Not to my knowledge.

19        Q.     How about Rob Flaherty?  Do you know,

20   was he in regular touch with social media

21   platforms?

22        A.     I don't know.

23        Q.     She refers to members of our senior

24   staff.  Do you know who that is?

25        A.     I don't know.  I think we discussed

**ERIC WALDO  12/22/2022**

1    Andy Slavitt already having clearly a connection

2    with Nick Clegg, so that's a member of the senior

3    COVID-19 team.

4         **Q.    Do you know of anyone else who she**

5    **might be referring to?**

6         A.    I do not.

7         **Q.    How about also members of our**

8    **COVID-19 team who would be --**

9         A.    Yeah.  They --

10        **Q.    -- in touch with social media**

11   **platforms?  Go ahead.  Do you know who that is?**

12        A.    I -- I -- I do think that that would

13   probably have been Andy Slavitt, is my guess.

14        **Q.    Okay.  So he would be both members of**

15   **our senior staff and members of our COVID-19 team?**

16        A.    Correct.  Andy, I believe -- I'm not

17   positive, but his title was something like -- I

18   don't know if he was the -- I guess Jeff Zients is

19   technically the czar, getting back to our Russian

20   references from before.  Jeff Zients ran the

21   COVID-19 team, but Andy was a very important member

22   of that team as well.  Was considered a senior

23   staffer, and so I would assume it's Andy.

24        **Q.    How about Jeff Zients?  Do you know**

25   **if he was talking to social media platforms at all?**

**ERIC WALDO  12/22/2022**

```
 1          A.    I don't know.

 2          Q.    Anyone else who she might be

 3    referring to, to your knowledge?

 4          A.    I don't know.

 5          Q.    Okay.  She goes on in the next

 6    paragraph to say, in terms of actions, the first

 7    one she lists is an increased disinformation

 8    research and tracking within the Surgeon General's

 9    office.  Do you know what she's referring to?

10          A.    I do not.

11          Q.    So are you aware of any increase in

12    disinformation research and tracking at any phase

13    in the Surgeon General's office?

14          A.    I am not aware.  I think obviously

15    there was a research done by the policy team in the

16    creation of the advisory, so that's certainly the

17    research side of it, but I'm -- I'm not familiar

18    with any of -- any increase in tracking of -- of

19    disinformation.

20          Q.    So you don't know what her basis was

21    for saying there's an increase in disinformation

22    research and tracking?

23          A.    I don't -- my -- again, my only

24    thought, as I've already said, is that given the

25    preparation for the -- for the advisory certainly
```

1    was -- we did research.  The team had to have done

2    -- done research to -- you know, that's our

3    standard business practice before we issue an

4    advisory, is to -- to -- to -- to research an

5    issue.

6         **Q.    Who did that research?  I think you**

7    **mentioned the gentleman with a Russian name and**

8    **Kyla Fullenwider.  Were they involved in that**

9    **research?**

10        A.    Yes.  So as I've answered previously,

11   my understanding is Daniel had the -- the first pen

12   or was like the key -- key policy person working on

13   the advisory.  So that's Daniel Tartakovsky.  Kyla,

14   I believe, participated, and probably someone like

15   Tyiesha Short, who worked with Daniel on the policy

16   team were involved.

17             At that time in the office, Adam

18   Beckman managed Daniel.  So it's possible that he

19   had some input.  But I think Daniel was the -- was

20   one of the chief drivers of the drafting process.

21        Q.    And he --

22        A.    I think I already mentioned -- I

23   mentioned -- this is -- again, we discussed this

24   already before, but also Dr. Murthy certainly would

25   have -- and this is based on just our general

**ERIC WALDO  12/22/2022**

```
 1   practice in the office.  He would have seen the
 2   drafts and would have signed off on the final
 3   draft.
 4        Q.   And Jen Psaki goes on to say:  We're
 5   flagging problematic posts for Facebook that spread
 6   disinformation.
 7             Do you know what she's referring to?
 8   Who is flagging problematic posts for Facebook?
 9        A.   I don't know.
10        Q.   So are you aware of anyone in the
11   Surgeon General's office who's flagging problematic
12   posts for Facebook?
13        A.   I'm not aware of anybody in the
14   Surgeon General's office who was flagging
15   problematic posts for Facebook.
16        Q.   How about Kyla?  Could she have done
17   that by communicating with the outside researchers
18   like Renee DiResta?
19        A.   I -- I'm very doubtful of that.  I
20   don't think Kyla would have represented that this
21   -- that was an ask from the Surgeon General's
22   office because we didn't -- there was no system set
23   up where we were either looking at reviewing or in
24   any way -- there had been no policy decision around
25   that.  So I'd be hard pressed to -- to -- to guess
```

**ERIC WALDO 12/22/2022**

1  that, but I don't know.

2       Q.   Are you aware of any other federal

3  officials inside or outside the Surgeon General's

4  office who flagged problematic posts for Facebook?

5       A.   I don't know.

6       Q.   You just don't know whether there are

7  or there aren't?

8       A.   I know that there aren't -- I don't

9  know of any of the Surgeon General's office who

10  flagged bad posts to for Facebook, and I -- I know

11  -- I know that I don't have knowledge of anyone

12  who's done it in the Surgeon General's office, and

13  I don't know of anyone else outside within the

14  administration that did it.

15       Q.   You're not aware of anyone in the

16  Surgeon General's office, and you don't know if

17  there's anyone outside?

18       A.   That's correct.

19       Q.   Do you have any reason to believe or

20  suspect that anyone may have done it?

21       A.   I know that Rob Flaherty was in touch

22  with Facebook, and so that would be the only

23  person.  Given his role as digital director, he

24  might have been seeing content.  That would be my

25  only -- my only guess.

**ERIC WALDO  12/22/2022**

 1          Q.    So you think Rob Flaherty may have
 2   been flagging problematic posts for Facebook?
 3          A.    I know that -- I know he was
 4   certainly were very aware of misinformation posts.
 5   So I that's the only other person I know who was
 6   deeply looking at what -- the posts themselves.
 7          Q.    What about the CDC?  Are you aware of
 8   the CDC, Centers for Disease Control, being
 9   involved in flagging problematic posts?
10          A.    I am not aware of that.
11          Q.    Do you know Carol Crawford?
12          A.    Not off the top of my head.
13          Q.    Is the name familiar to you?
14          A.    Very vaguely.
15          Q.    How do you know of her?
16          A.    I -- I don't.  I'm just saying the
17   name sounds vaguely familiar.  I've also been
18   living in DC for 14 years now, so it's possible
19   I've -- names start to all sound alike.
20          Q.    Let me scroll down to the next page.
21   It's still Jen Psaki talking, and she says:  There
22   are also proposed changes that we have made to
23   social media platforms, including Facebook, and
24   those specifically are four key steps.  Do you see
25   that?

1      A.    I do.

2      Q.    Were you aware at this time frame of

3 anyone in the federal government proposing changes

4 to social media platforms, including Facebook?

5      A.    I was not.

6      Q.    So you're not aware of any

7 communications between anyone in the federal

8 government prior to the health advisory where these

9 kinds of recommendations were made to any social

10 media platform?

11      A.    I was not aware, no.

12      Q.    Her first point is one that they

13 measure and publicly share the impact of

14 misinformation on their platform, correct?

15      A.    That is what the document says,

16 correct.

17      Q.    And that kind of echoes what Surgeon

18 General Murthy has said and what -- in the health

19 advisory, and I think you said was discussed in

20 some of the calls, right?

21      A.    That's correct.

22      Q.    But you're not aware of anyone

23 separately proposing those changes to Facebook?

24      A.    I am not.

25      Q.    Second, she goes on to say:  We have

1    recommended/proposed that they create a robust

2    enforcement strategy that bridges their properties

3    and provides transparency about the rules.

4              Do you know what robust enforcement

5    strategy was proposed to social media platforms?

6         A.    I do not.

7         Q.    Do you know if anyone in the federal

8    government proposed anything like that to them

9    prior to this July 15th date?

10        A.    I am not aware of anything.

11        Q.    She goes on to say in reference to

12   this:  There's about 12 people who are producing 65

13   percent of anti-vaccine misinformation on social

14   media platforms.  All of them remain active on

15   Facebook, despite some even being banned on other

16   platforms, including ones that Facebook owns.

17   Correct?

18        A.    That is what the statement says,

19   correct.

20        Q.    And that's reference to the so-called

21   Disinformation Dozen, right?

22        A.    It would appear so, yes.

23        Q.    And I remember you said earlier that

24   you had a briefing from what you think could have

25   been the CCDH, the Center for Countering Digital

```
 1    Hate, about the Disinformation Dozen, right?
 2         A.    That's correct.
 3         Q.    Were you aware that -- of any federal
 4    officials prior to this July 15th press conference
 5    calling for social media companies to take action
 6    against the Disinformation Dozen?
 7         A.    I was not.
 8         Q.    Are you aware of any proposal for a
 9    robust enforcement strategy that would stop --
10         A.    I'm not --
11         Q.    -- from that --
12         A.    I'm not --
13         Q.    -- disinformation?
14         A.    I'm not aware of that.
15         Q.    Then Jen Psaki goes on to say:
16    Third, it's important to take faster action against
17    harmful posts.  Right?
18         A.    That is what the document says,
19    correct.
20         Q.    She talks about how information
21    travels quickly, and Facebook needs to move more
22    quickly to remove harmful, violative posts.  Posts
23    that will be within their policies for removal
24    often remain up for days.  Right?
25         A.    That is what the document says,
```

1   correct.

2        Q.    So she's calling on Facebook to move

3   more quickly to remove content, to remove harmful

4   posts, correct?

5        A.    I think she's saying to remove those

6   harmful posts that are already violating the

7   policy, the harmful, violative posts.

8        Q.    Right.  She's asking for harmful,

9   violative posts that violate Facebook's policies to

10  be taken down more quickly, right?

11       A.    That is what she says, correct.

12       Q.    Is that consistent with what the

13  health advisory calls for, for faster action to

14  take down harmful posts?

15       A.    I don't recall that level of

16  specificity within the advisory, but the --

17  certainly the advisory overall has recommendations

18  for technology companies, including -- I think

19  there's more vague language of sort of that that

20  says something to the extent of move faster or --

21  or, you know, more aggressive, but I don't think it

22  -- this level of specificity.  Like too many days

23  is certainly not on there.

24       Q.    Okay.  But there is a call for more

25  aggressive action that could include moving more

**ERIC WALDO  12/22/2022**

```
 1    quickly to remove harmful violative posts?

 2         A.    I think that's a specific

 3    interpretation.  That's not -- I don't think that's

 4    -- that's not in the document, to my knowledge, but

 5    if you have the document and you can show it to me,

 6    I'm happy to take a look.

 7         Q.    Well, let me ask you this.  Is that

 8    something that ever came up in the follow-up calls

 9    is, hey, you know, can there be faster action to

10    remove, you know, kind of harmful posts that are

11    getting a lot of spread?  Like if a Disinformation

12    Dozen post goes viral, can you guys get it taken

13    down faster?  Were there any conversations like

14    that in your follow-up calls?

15         A.    Not -- not on -- not from our side.

16    I think when we were setting up the meeting with --

17    when the meeting -- because the meeting team with

18    Facebook and Payton occurred after this, I think

19    there's an e-mail from Payton to me saying we're

20    understanding that these are your four asks; is

21    that correct?  And I believe I responded to her and

22    said that's actually not what we were going to talk

23    about.  We were going to talk about the advisory

24    more generally.

25               So we weren't -- we weren't sort of
```

ERIC WALDO  12/22/2022

1   continuing on that -- on that.  I think Facebook,

2   at first, was inquiring as to whether or not, you

3   know, that was coming from our office.

4        Q.   I see.  And so did Facebook then

5   report back to you with information about how they

6   had been taking faster action to remove harmful

7   posts?

8        A.   I don't recall.

9        Q.   Did they report back to you about

10  specific actions taken against the Disinformation

11  Dozen?

12       A.   I don't think so, but I don't recall.

13       Q.   Do you have any other knowledge of

14  what might be the possible basis for Ms. Psaki's

15  statements that we've gone over other than what

16  we've already asked you?

17       A.   I don't.

18       Q.   You don't know what her basis was for

19  saying all those things?

20       A.   I do not.

21       Q.   Let's pull up Exhibit 11.  And now

22  this actually is the health advisory we've been

23  talking about, right?

24       A.   Right.  Yes.

25       Q.   Issued on July 15th of 2021?

```
 1              A.    Yes.
 2              Q.    We talked about this quite a bit.  So
 3    I want to jump ahead down to page 5 of the
 4    document.  You see how the -- in the text I've
 5    highlighted on shared screen, the health advisory
 6    says:  Product features built into technology
 7    platforms have contributed to the spread of
 8    misinformation.  For example --
 9              A.    Can --
10              Q.    Go ahead.
11              A.    Sir, can -- can you give me a moment
12    to read a little bit more of this page?
13              Q.    Sure.
14              A.    Thank you.  Okay.  Thank you.
15              Q.    So it says:  Product features built
16    into technology platforms have contributed to the
17    spread of misinformation.  Correct?
18              A.    That is what the document says,
19    correct.
20              Q.    And it says that social media
21    platforms incentivize people to share content to
22    get likes, comments, and other positive signals of
23    engagement, correct?
24              A.    That is what the sentence says,
25    correct.
```

**ERIC WALDO  12/22/2022**

```
 1        Q.    And thus, it rewards engagement
 2   rather than accuracy, right?
 3        A.    That is what the statement -- the
 4   sentence says, correct.
 5        Q.    So is there a suggestion or proposal
 6   from the Surgeon General's office that social media
 7   companies ought to change their product features to
 8   slow the spread of -- of inaccurate information?
 9        A.    I think when you go to the bottom,
10   what it says is, you know, additional research is
11   needed to better understand how people are exposed
12   to and affected by misinformation and how this may
13   vary across subpopulations based on facts such as
14   race, ethnicity, socioeconomic status --
15              (A discussion was held off the
16   record.)
17              THE WITNESS:  Subpopulations based on
18   factors such as race, ethnicity, socioeconomic
19   status, education, age, sexual orientation, gender
20   identity, cultural, and religious practices,
21   hobbies and interests and personal net worths.
22              So I think Dr. Murthy is describing
23   the current product and ultimately saying that we
24   need to understand more about how this is affecting
25   our -- the population, and that would potentially
```

1    lead to different sorts of ameliorative policy

2    goals for potential product changes.

3         Q.    (BY MR. SAUER)  So you think -- is he

4    saying -- he's saying more research is needed.  Is

5    he also saying there should be product changes?

6         A.    I don't see that in there, sir.  Can

7    you point me to it?

8         Q.    Page 12, what technology platforms

9    can do, do you see that on the shared screen?

10        A.    Yes.  And I now have it up on my

11   screen as well.

12        Q.    And you see how the first

13   recommendation is assess the benefits and harms of

14   products and platforms and take responsibility for

15   addressing these harms?

16        A.    Yes.  I see that.

17        Q.    And it says:  In particular, it --

18   make meaningful, long-term investments to address

19   misinformation, including product changes, correct?

20        A.    That is correct.

21        Q.    And he recommends redesigning

22   recommendation algorithms to avoid amplifying

23   misinformation, build in friction such as

24   suggestions and warnings to reduce the sharing of

25   misinformation, and make it easier for users to

**ERIC WALDO  12/22/2022**

1    report misinformation, correct?

2         A.    That's correct.

3         Q.    And so those are all action items

4    above and beyond additional research that would --

5    that would slow the spread of misinformation on the

6    platforms, right?

7         A.    Right.  So now we are in the What

8    Technology Platforms Can Do section.  I think we

9    were still up just in the summary section.  So this

10   is -- you're asking me if that previous section

11   talked about product changes.  It did not.  This

12   section does.

13        Q.    So this section of the health

14   advisory does call for product changes, correct?

15        A.    It -- it -- it -- I -- I guess the

16   term it's using, yeah.  It asks -- it says -- it

17   suggests that these are things that they can do.

18   They could do a product change.  It's a

19   recommendation.

20        Q.    Yeah.  And they recommend redesigning

21   algorithms and building in frictions and actually

22   make it easier for users to report misinformation,

23   right?

24        A.    That is a -- exactly what it says.

25        Q.    And that would be a method for users

**ERIC WALDO  12/22/2022**

Page 201

1    to flag problematic posts so that they could be

2    reviewed for content modulation, policy violations,

3    right?

4         A.    Yes.  That's a fair reading of that

5    sentence, I think.

6         Q.    Yeah.  And then lower down on the

7    page, same column talks about how a social media

8    platform should strengthen the monitoring of

9    misinformation, correct?

10        A.    Can you give me a second to read this

11   page, sir?

12        Q.    Yeah.  I -- I don't think you need to

13   read this whole document.  I'm just asking you to

14   look at this one.

15        A.    Oh, yeah.  Yeah.  I know, but I want

16   to understand the context.  Okay.  Sir, I'm ready.

17        Q.    Strengthen the monitoring of

18   misinformation, correct?  That's another

19   recommendation?

20        A.    Yes.

21        Q.    And it says:  Platforms should

22   increase staffing of multilingual content

23   moderation teams.  Correct?

24        A.    That is what the document says.

25        Q.    The idea is putting more resources

**ERIC WALDO  12/22/2022**

1    **into the content modulation teams that detect the**

2    **misinformation and apply content modulation**

3    **policies to it, correct?**

4         A.    This one right -- when I read that

5    one, it's talking about, again, the content

6    moderation -- I think you said "modulation," sir.

7    So it's -- it's -- it's saying you want more

8    multilingual moderation teams so that if there's --

9    if there's misinformation being spread in one

10   language and one community is -- is being

11   disproportionately harmed, we want to make sure

12   that we're being -- you know, to find the harm in

13   multiple languages.  So this is a common problem

14   that can occur in -- in -- in policy areas where if

15   we don't have something in multiple languages, it

16   might be hard to reach certain communities.

17        Q.    **And so the idea is have more staff on**

18   **the social media platform side to be able to**

19   **identify misinformation in non-English-speaking**

20   **communities?**

21        A.    Absolutely.

22        Q.    **Yeah.  And the idea there would be**

23   **able to detect it and stop its spread in those**

24   **communities who may be being, as you said,**

25   **disproportionately harmed?**

1          A.    That is a correct.  That is, I think,

2   what the -- what the paragraph is trying to get at.

3          **Q.    Yeah.  And later in the paragraph, it**

4   **says:  Platforms should also address misinformation**

5   **live streams which are more difficult to moderate**

6   **due to their temporary nature and use of audio and**

7   **video.  Right?**

8          A.    That is what the sentence says,

9   correct.

10         **Q.    And moderating misinformation usually**

11  **involves taking one of those actions that we talked**

12  **about earlier, like, you know, applying a label to**

13  **it, removing a post, deamplifying it, so forth,**

14  **right?**

15         A.    Those are examples, yes.

16         **Q.    Yeah.  So this -- this advisory is**

17  **calling for the platforms to do more moderation in**

18  **a particular area; that is, live stream with video**

19  **and audio content, correct?**

20         A.    It flags that live steams are a place

21  where -- it's recognizing it's difficult to

22  moderate is what I think it says, and it should

23  create -- it should also create a plan to address

24  how to deal with moderation and live streams, yes.

25         **Q.    Yeah.  In other words, to increase**

**ERIC WALDO  12/22/2022**

Page 204

1  moderation of misinformation that's currently not

2  detecting because it's, you know, done through

3  video feeds, right?

4          A.    Yes.

5          Q.    And then underneath that, it talks

6  about prioritize early detection of misinformation

7  superspreaders and repeat offenders, right?

8          A.    That's correct.

9          Q.    So the recommendation is the social

10  media platform should make it a priority to the

11  identify the superspreaders and the repeat

12  offenders, right?

13          A.    Correct.

14          Q.    And not just that.  It's to impose

15  clear consequences for accounts that repeatedly

16  violate platform policies, right?

17          A.    That is what the document says,

18  correct.

19          Q.    And what it says implies not just

20  removing posts, but to impose clear consequences

21  for accounts that --

22          A.    I don't think it --

23          Q.    -- that violate policies, right?

24          A.    I don't think it implies that.  I

25  think it says that explicitly.

**ERIC WALDO  12/22/2022**

1        **Q.     Right.  It explicitly says that there**

2    **should be consequences for the account, not just**

3    **the offending post, right?**

4            A.     It says impose clear consequences for

5    accounts that repeatedly violate platform policies.

6            **Q.     And clear consequences for repeat**

7    **violator of policies usually includes things like**

8    **issuing strikes against them, suspensions, you**

9    **know, and -- and sometimes permanent deplatforming,**

10   **correct?**

11           A.     Those are examples of -- of current

12   policies in place by social media companies,

13   correct.

14           **Q.     Skipping ahead to page 16, at the**

15   **conclusion, there's a reference to institutions**

16   **recognizing that this issue --**

17           A.     Sir, may I have a moment again to

18   read this page?

19           **Q.     Sure.  It's the one marked Where We**

20   **Go From Here.**

21           A.     Yeah.  I'm -- I've got it.  Thank you

22   so much.  Okay.  I'm ready, sir.

23           **Q.     Here, on page 16, the advisory says:**

24   **We need institutions to recognize that this issue**

25   **related to misinformation is their moral and civic**

1   **responsibility and that they are accountable.**

2   **Right?**

3          A.    That is what the sentence says,

4   correct.

5          **Q.    So calling for accountability for**

6   **social media platforms is something that's kind of**

7   **a word that's repeatedly used both in the advisory**

8   **and the Surgeon General's public remarks, right?**

9          A.    The word "accountable" was used in

10  the press conference, and it's definitely used here

11  in the advisory.

12         **Q.    Why don't we look at Exhibit 12.**

13  **Now, the health advisory was actually launched not**

14  **from the White House press conference but in a --**

15  **an event at Stanford, right?**

16         A.    I don't now recall what the order of

17  operations was, whether the Stanford event happened

18  before the press conference, but it was all part of

19  the launch day, yes.  I think it was -- I would

20  call it a launch day as opposed to -- launch counts

21  as like that morning.  The embargo is done.  We

22  sent it out to reporters.  So it's a multitiered

23  launch.

24         **Q.    There's two -- at least two events**

25  **that day.  There's a White House press conference,**

```
1    and then there's Dr. Murthy giving remarks through

2    the Stanford Internet Observatory, right?

3         A.    That is correct.

4         Q.    Yeah.  And the Stanford Internet

5    Observatory, that's -- is that where Renee DiResta

6    is?

7         A.    I know that Renee DiResta was part of

8    this event.  I'm -- I think that's where she is,

9    but I'm not positive.

10        Q.    And the Stanford Internet Observatory

11   is also something -- part of something called the

12   Virality Project, right?

13        A.    I don't -- I've never heard of that

14   term.

15        Q.    So V-I-R-A-L-I-T-Y, Virality Project,

16   does that ring a bell to you?

17        A.    It does not.

18        Q.    So you're not aware of the Surgeon

19   General's office being directly involved in

20   something called the Virality Project?

21        A.    I am not.

22        Q.    Now this in exhibit, you've got here,

23   includes the kind of cover page of the post on the

24   Stanford Internet Observatory with a YouTube video

25   of Dr. Murthy's public remarks.  And then attached
```

```
 1    to that is an audio transcription done by a court
 2    reporter of excerpts from those remarks.  Can you
 3    see that if you scroll through?
 4         A.    I -- I can see that, yes.
 5         Q.    I want to skip ahead to page 5.
 6    Dr. Murthy says in this kind of Stanford --
 7               MS. CHUZI:  Counsel -- Counsel, I'm
 8    sorry to interrupt.  The document is not up on the
 9    screen.
10               MR. SAUER:  Oh, I'm sorry.
11         Q.    (BY MR. SAUER)  Can you see it now?
12         A.    Yes.  Thank you.  May I have a moment
13    to read this page, sir?
14         Q.    Sure.  Actually, why don't you read
15    the next page, page 6.
16         A.    Not this page, sir?  Okay.
17         Q.    Yeah.  Do page 6.
18         A.    Okay.
19         Q.    See the sentence I've highlighted on
20    the shared screen where Dr. Murthy says:  We're
21    asking technology companies to operate with greater
22    transparency and accountability so that
23    misinformation doesn't continue to poison our
24    sharing platforms, right?
25         A.    Yes.  I see that.
```

**ERIC WALDO  12/22/2022**

1    **Q.    So there's two words that repeated**
2    **here.  One is accountable and the other is poison,**
3    **right?**
4        A.    Those are, yes, words we've discussed
5    before.
6        **Q.    Yeah.  And so he's using those words**
7    **again in his second event announcing this.  And I**
8    **take it you -- is that correct?**
9        A.    Correct.
10       **Q.    Yeah.  He goes on to say:  We know**
11   **the government can play an important role too.**
12           **Do you know what role of the**
13   **government he's referring to?**
14       A.    He, I think, highlights that bringing
15   stakeholders to together with urgency around a
16   common vision for a healthy information environment
17   as well as supporting community organizations that
18   are trying to get accurate information to the
19   community members.  So I believe that's what he
20   means, that the government can help bring together
21   stakeholders, sort of what I would call the
22   convening power of a bully pulpit.  So you're able
23   to bring parties together.
24       **Q.    So and those stakeholders, I assume,**
25   **would include social media platforms.  Right?**

**ERIC WALDO 12/22/2022**

```
1          A.    I think that's fair to think they're
2    -- they are stakeholders that you would want to
3    bring together, yes.
4          Q.    Yeah.  And you'd want them to share
5    the urgency to have a common vision for healthy
6    information environment, right?
7          A.    You would want all your stakeholders
8    to have that, yes.
9          Q.    Let's turn ahead to page 9.  Are you
10   there?
11         A.    I am there, yes.  Can I have a moment
12   to read this page, sir.
13         Q.    Sure.
14         A.    Great.  Go ahead.
15         Q.    In the middle of the page, Dr. Murthy
16   says:  We know technology companies have a really
17   important role.  They must step up and play to slow
18   the spread of misinformation on their sites where
19   that's by either sharing data with people and
20   researchers about what interventions they're making
21   and the impact that that's having, right?
22         A.    That is what the sentence says,
23   correct.
24         Q.    So he -- he provides an explanation
25   to kind of data sharing there.  It's data sharing
```

 1      that would allow researchers to assess what

 2      information -- what interventions they're making

 3      and the impact that they're having, right?

 4              A.      That is what the sentence says,

 5      correct.

 6              Q.      So the purpose of the data sharing is

 7      so that outside people come in and kind of assess

 8      how well they're doing with their own internal

 9      policies to combat the spread of misinformation,

10      right?

11              A.      That's -- yes.

12              Q.      And he also refers to changing

13      algorithms and making other alterations to identify

14      the misinformation early and slow it spread, right?

15              A.      Correct.  That's what he says.

16              Q.      And he goes on to refer to that as

17      steps that all of us can take, right?

18              A.      That's correct.

19              Q.      By all of us, that includes social

20      media platforms, right?

21              A.      Yeah.  That's in keeping with his

22      all-of-society approach.

23              Q.      Yeah.  Skip ahead two pages to the

24      last page here.  It's called page 11.

25              A.      Great.  Give me one moment, sir.  I'm

1    ready.

2         Q.    Okay.  Here, toward the bottom of

3    page, if you look at ahead of page 10, it's

4    responding to a question by Renee DiResta, who we

5    talked about before, right?

6         A.    Yes.

7         Q.    Yeah.  And what he says here at the

8    bottom of page 11 is:  I'm optimistic we can make

9    progress in this area, and myself, my team, we're

10   committed to working with you, Renee, with others,

11   you know, who we've been, you know, partnered with

12   over the last many months.  Do you see that?

13        A.    I do.

14        Q.    Were you aware that the Surgeon

15   General's office was partnered with Renee DiResta

16   and others over the last many months?

17        A.    I -- I certainly know that Renee

18   DiResta would have been part of the planning

19   process for the launch event.  So that's -- that

20   might be one of the definitions of partnership.

21        Q.    Was she planning the launch event for

22   many months?

23        A.    I don't know.

24        Q.    This was July 15th of 2021.  Surgeon

25   General Murthy had been Surgeon General since

**ERIC WALDO  12/22/2022**

1   **January of 2021, correct?**

2        A.    I don't think so.  I think he was

3   confirmed in February, but I'm not -- I don't think

4   he got confirmed in January.  You may be correct.

5   I -- I don't recall the date of his confirmation.

6        **Q.    But in any event, something like**

7   **February to July, what partnership was there**

8   **between Renee DiResta and the Stanford Internet**

9   **Observatory and the Surgeon General's office for**

10  **those many months prior to July 15th 2021?**

11       A.    I don't know.

12       **Q.    So you don't know what he's referring**

13  **to about how they partnered with them over the last**

14  **many months?**

15       A.    I don't know.  My guess would be that

16  Renee may have been one of the subject matter

17  experts consulted in the creation of the advisory,

18  but that's just an educated guess.

19       **Q.    So you don't know for sure whether**

20  **she had input in the advisory?**

21       A.    I do not.

22            MR. SAUER:  That's a breaking point,

23  and I see it's 1:15 there.  Do you want to take a

24  lunch break now?  I get a thumbs up from the

25  witness on that.

**ERIC WALDO  12/22/2022**

```
 1                    MS. CHUZI:  That sounds great.

 2                    MR. SAUER:  Okay.  Let's do it.

 3                    THE VIDEOGRAPHER:  I'm sorry.  Did

 4    you want to go off now or did you have one more?

 5                    MR. SAUER:  Go off the record,

 6    please.

 7                    THE VIDEOGRAPHER:  Sorry.  The time

 8    is 12:19 p.m.  We are off the record.

 9                    (A lunch break was taken.)

10                    THE VIDEOGRAPHER:  The time is 12:59

11    p.m.  We are back on the record.

12         Q.    (BY MR. SAUER)  Mr. Waldo, I just

13    e-mailed your counsel Exhibits 14, 16, 17, 18, and

14    19.  Those ought to hit the inbox soon.  And I'd

15    like to pull up Exhibit 14 now and ask you to take

16    a look at it.

17                    And you can see on the shared screen,

18    it's a New York Times article on July 16th, 2021

19    reporting on President Biden's comment about --

20    Facebook quote, "They're killing people."

21                    Do you see that in the headline,

22    "They're killing people"?

23         A.    I do.  I -- I see the headline.

24         Q.    The part about this that I want to

25    ask you about is here on the second page, there's
```

 1    discussions in meetings between administration

 2    officials and -- and -- and social media platforms

 3    here on the second page of this article in the area

 4    I've highlighted.

 5              Do you see that?  It's directly below

 6    the picture of Surgeon General Murthy and Jen

 7    Psaki.  Do you see that highlighted text?

 8        A.    We're still waiting for the document

 9    to come through over e-mail here.  I can see it on

10    the screen, but I'd like an opportunity to review

11    the article.

12        Q.    Do you want to start by looking at

13    this blue text that's highlighted --

14        A.    Would you mind just scrolling up so I

15    can see the top of the article, sir?

16        Q.    Yeah, sure.

17        A.    Thank you very much.  Can you stop

18    there, sir?  Sorry.  Can you scroll back up?  Thank

19    you.  Can you stop there, sir, please?  I'll let

20    you know when you can scroll down.  Sorry.  Now I

21    have a copy of it in front of me, sir, so I'll go

22    ahead and take a look at that.

23        Q.    Okay.  And again, I think that my

24    questions are going to relate to this blue

25    highlighted text here.  I don't think it's

1    necessary for you to read the entire article.  If

2    it seems like to you, you need to read the whole

3    article while I'm asking questions, I'm going to

4    ask you to let you (sic) know, but I'm going to go

5    ahead and ask questions.  If you're going to read

6    the entirety of every single document --

7         A.    I -- I -- I'm trying to --

8         Q.    If I may finish.

9         A.    Sir, I'm just --

10        Q.    If -- if I may finish my comment.  If

11   you're going to read --

12        A.    Sorry, sir.

13        Q.    -- the entirety of every single

14   document I give you, that's going to take a long

15   time and we're going to ask to go extra time.  I'm

16   going to have the videographer start timing the

17   amount of time you spend to review it.  I think

18   this will go quicker if we just look at the area

19   I'm highlighting.  If you think you need more

20   context, let me know when the question comes up.

21   I'm not asking you to read the entirety of every

22   single document that I hand you.  Is that clear?

23        A.    I understand that, sir.  I'm just

24   trying to get a overall sense of the article.  I'm

25   not trying to read the entire thing, sir.

**ERIC WALDO  12/22/2022**

```
1          Q.     Okay.
2          A.     I don't think -- I don't think that's
3    unreasonable.
4          Q.     Right here on the second page, in the
5    blue highlighted text, there's a quote from Jen
6    Psaki where she says:  We've raised for them in our
7    direct channels of which every administration has
8    always had with every social media platform.
9                 Do you know what direct channels Jen
10   Psaki's referring to between -- are you aware of
11   direct channels between every administration and
12   every social media platform?
13         A.     I do not know what she's referring
14   to, sir.
15         Q.     Are you aware of direct channels of
16   communications between the Biden administration and
17   soc- -- every social media platform?
18         A.     I'm not familiar with what she's
19   referring to, sir.
20         Q.     In the next paragraph, it says:
21   Since January, Senior White House officials,
22   including the Surgeon General, Dr. Vivek Murthy,
23   have been in talks with the social media company to
24   stop the spread of false stories about vaccination
25   side effects and other harms.  Correct?
```

 1        A.    That's what the article says, sir,

 2    yes.

 3        **Q.    So the article reports on July 16th**

 4    **of 2021 that since January of 2021, there have been**

 5    **Senior White House officials, including the Surgeon**

 6    **General, that have engaged in talks with social**

 7    **media -- with -- with the social media company,**

 8    **here, referring to Facebook, correct?**

 9        A.    This is what the New York Times is

10    reporting, sir, yes.

11        **Q.    Are you aware of any meetings that**

12    **occurred between Surgeon General Murthy and**

13    **Facebook since January of 2021 to July of 2021?**

14        A.    Only the ones you and I have already

15    talked about, sir.  So that -- you showed me the --

16    the meeting between Andy Slavitt, Dr. Murthy, and

17    Nick Clegg that -- I recall that was in May.

18    That's the only one I'm familiar with before I

19    arrived.

20        **Q.    The only one you're familiar with is**

21    **that May 25th, 2021 introductory meeting between**

22    **Nick Clegg, Andy Slavitt, and Dr. Murthy, right?**

23        A.    Since January.  We also discussed,

24    sir, the potential transition -- the transition

25    call.  So I don't know when that would have

**ERIC WALDO  12/22/2022**

1  occurred, but that would have been sometime between

2  the election day November of 2020 and January 20th

3  of 2021.

4      **Q.    And would that have been called to**

5  **quote, stop the spread of false stories about**

6  **vaccination side effects and other harms?**

7      A.    I'm sorry.

8           Can you repeat the question?

9      **Q.    I'm just reading from how the New**

10  **York Times reporter describes those talks with**

11  **social media -- social media company, Facebook, to**

12  **stop the spread of false stories about vaccination**

13  **side effects and other harms.  Is --**

14      A.    I'm not -- I'm not familiar with

15  those calls before I started.

16      **Q.    Gotcha.**

17           **Does that accurately describe your**

18  **understanding of that introductory call between**

19  **Nick Clegg, Andy Slavitt, and Dr. Murthy on May**

20  **25th of 2021?**

21      A.    It does not.

22      **Q.    So you think -- if it's -- if this**

23  **reporting is accurate, it's talking about some**

24  **other meeting other than the May 25th, 2021**

25  **meeting, correct?**

**ERIC WALDO  12/22/2022**

```
 1          A.    If the report is accurate, that --
 2    that's a fair guess.
 3          Q.    Yeah.  Next paragraph says:  There's
 4    been repeated requests from the White House, but
 5    Facebook has not shared even basic data on how much
 6    vaccine misinformation exists and if the company's
 7    efforts to stop its spread are working.  Correct?
 8          A.    That is -- you read that correctly.
 9          Q.    Are you aware of efforts or talks
10    involving Surgeon General Murthy prior to July 16th
11    of 2021 to request basic data on how much vaccine
12    misinformation exists and whether Facebook's
13    efforts to stop its spread are working?
14                MS. CHUZI:  Objection.  Compound.
15                THE WITNESS:  Can you clarify the
16    question, sir?
17          Q.    (BY MR. SAUER)  Are you aware of any
18    of these talks that are described here in this
19    paragraph, talks where there were repeated requests
20    from the White House, but Facebook refused to share
21    even basic data on how much vaccine misinformation
22    exists and whether its efforts to stop its spread
23    are working?
24          A.    Again, the only -- the only meeting
25    I'm aware of are the ones you've shown me, the May
```

**ERIC WALDO  12/22/2022**

Page 221

```
 1   Nick Clegg and then the one I already described to
 2   you that we previously discussed, that happened
 3   during transition.  And I think we described that
 4   that meeting, during the transition, as covering --
 5   that the reach -- understanding the research and
 6   data side of the reach of health misinformation.
 7          Q.    Okay.  So you're not aware of any
 8   meetings between the beginning of the
 9   administration in January 20th of 2021 and July
10   16th of 2021 that would match the description
11   provided in this New York Times article, right?
12          A.    That's correct.
13          Q.    There's a reference to CrowdTangle.
14   It says:  When administration officials presented
15   data from CrowdTangle, a content-tracking tool
16   owned by Facebook, that showed vaccine
17   misinformation was soaring, Facebook officials
18   dismissed its accuracy, correct?
19          A.    That is what the reporting in the New
20   York Times article says, correct.
21          Q.    Are you aware of any meeting
22   regarding the Surgeon General staff where that was
23   discussed?
24          A.    I am not aware.
25          Q.    And then they go on to say:  In
```

1    another meeting with Dr. Murthy, officials at

2    Facebook noted that it had tried to get influencers

3    with big audiences to promote vaccination as an

4    apparent push against misinformation.  Correct?

5         A.    That is what the article reports,

6    correct.

7         Q.    Do you know when that meeting

8    occurred with Dr. Murthy, where it --

9         A.    I don't --

10        Q.    -- talked about using influencers to

11   promote vaccination?

12        A.    I don't know if or when that meeting

13   occurred.

14        Q.    And if this reporting is accurate, it

15   doesn't meet the description of any meeting that

16   we've talked about yet today, correct?

17        A.    That's correct.

18        Q.    And in particular, it doesn't meet

19   the description of the only meeting prior to July

20   16th, 2021, that was identified in the

21   interrogatory responses involving Dr. Murthy,

22   correct?

23        A.    Correct.

24        Q.    It goes on to say:  The person

25   familiar with the -- sorry.  It goes on to say:  In

**ERIC WALDO  12/22/2022**

1    that meeting, Dr. Murthy angrily said that while

2    the company promoted its efforts to encourage

3    vaccination, it did not do enough to defend against

4    bad information.  Correct?

5           A.    That is what the report in the New

6    York Times article says, correct.

7           Q.    And are you aware of any meeting that

8    meets that description prior to --

9           A.    No, I --

10          Q.    -- July 16th of 2021?

11          A.    I am not.

12          Q.    And certainly no such meeting was

13   disclosed in response to our interrogatories,

14   correct?

15          A.    That is correct.

16          Q.    Are you a -- do you recall Dr. Murthy

17   ever talking about getting angry with Facebook in a

18   meeting and angrily telling it that it doesn't do

19   enough to defend against bad information?

20          A.    No, I have no recollection of

21   Dr. Murthy ever describing this.  And frankly, I'm

22   doubtful that -- I don't -- I worked with

23   Dr. Murthy for over a year and a half and I've

24   never seen him get angry or even express anger,

25   frustration in -- in any way that would be

**ERIC WALDO  12/22/2022**

1   noticeable.  So I'm -- I'm -- I'm -- I'm skeptical
2   of this reporting.
3        **Q.    Okay.  And then it goes on to say:**
4   **In one tense meeting in the late spring, according**
5   **to the person familiar with the matter, a Facebook**
6   **official responded defensively to Dr. Murthy, "How**
7   **do you know if your efforts are working?"  Correct?**
8             MS. CHUZI:  Objection.
9   Mischaracterizes the evidence.
10       **Q.    (BY MR. SAUER)  Is that what that**
11  **article says?**
12       A.    The ar- -- the -- the -- the -- the
13  line that you've read says:  In one tense meeting
14  in the late spring, according to the person
15  familiar with the matter, a Facebook official
16  responded defensively, "How do you know if your
17  efforts are working?"  I don't know to whom they
18  said that.
19       **Q.    Well, the immediately preceding**
20  **sentence refers to one person, Dr. Murthy, right?**
21       A.    Another meeting with Dr. Murthy
22  officials, yes, it does.
23       **Q.    So are you aware of Dr. Murthy having**
24  **a tense meeting in late spring with Facebook?**
25       A.    I am not.

**ERIC WALDO  12/22/2022**

Page 225

```
 1          Q.    And that would be late spring of
 2  2021, correct?
 3          A.    That is correct.
 4          Q.    And the Facebook official became
 5  defensive in that meeting according to the
 6  reporting?
 7          A.    That is what the New York Times
 8  article reports.
 9          Q.    And again, that does not meet the
10  description of the May 25th, 2021 meeting disclosed
11  in the interrogatory responses, correct?
12          A.    It does not.  And also, I -- I -- I
13  just -- I think that in the rollout of the -- of
14  the advisory, I would have been informed about this
15  meeting in preparation to meet with Facebook
16  officials.  So I -- I'm not familiar with it and
17  I'm not sure if it happened.
18          Q.    Okay.  So you don't know whether or
19  not it happened based on this reporting?
20          A.    That's correct.
21          Q.    Let's look at Exhibit 16.  And again,
22  I -- I welcome you to familiarize yourself with it,
23  but I'm not asking you to read the whole thing.
24          A.    Yep.
25          Q.    You see here at the top -- can you
```

**ERIC WALDO  12/22/2022**

1    see on the screen share?

2           A.     I can see on the screen share, yes.

3    Thank you.

4           Q.     And here's a July 21st, 2021 e-mail

5    from Payton Iheme of Facebook to you and Kyla

6    Fullenwider, right?

7           A.     That's correct.

8           Q.     So this would have been five days

9    after that -- I think you described it as sad-faced

10   July 16th meeting with Facebook that was the

11   rollout meeting.

12               That happened after the rollout,

13   right?

14          A.     I described that as Facebook's -- the

15   Facebook folks who were on the -- with the call had

16   sad faces, correct.

17          Q.     Yeah.  In the first paragraph here,

18   Payton says:  Hi, Eric and Kyla.  Thank you again

19   for reaching out and providing more context to the

20   ongoing discussions around the Surgeon General's

21   recent announcement.  We wanted to follow up with

22   you on a few questions you asked in the meeting

23   focused on CrowdTangle, data on the online

24   interventions, and Facebook's borderline content

25   policies.  Correct?

ERIC WALDO  12/22/2022

```
 1        A.    That is what the e-mail says,
 2   correct.
 3        Q.    Is she referring to the July 16th
 4   meeting in which you provided more context or was
 5   there some other meeting between the 16th and the
 6   21st?
 7        A.    It would have to be the meeting on
 8   the 16th.
 9        Q.    Okay.  And I think you testified
10   earlier that you couldn't remember specifically
11   what was discussed in this meeting.  Does her --
12        A.    I -- I --
13        Q.    Go ahead.
14        A.    I think I mentioned that I think Kyla
15   asked some questions about CrowdTangle.
16        Q.    Yeah.
17              Does this help you remember what kind
18   of questions she asked?  She says -- she -- she:
19   Facebook wants to follow up with you on a few
20   questions you asked focusing on CrowdTangle, data
21   on the online interventions, and Facebook's
22   borderline content policies.
23        A.    I think it's a fair reading of this
24   e-mail that Kyla asked questions about CrowdTangle,
25   those interventions, and their -- their policies.
```

**ERIC WALDO  12/22/2022**

```
 1          Q.    So on the CrowdTangle issue, she has
 2    bullet points here that say things like:  Can
 3    confirm no plans to wind down or change the ability
 4    of people that access CrowdTangle.  A few months
 5    ago, the team moved management of CrowdTangle from
 6    the partnerships team.
 7               Does that -- do these bullet points
 8    jog your memory as to what Kyla asked about
 9    CrowdTangle at all?
10          A.    I think -- I'm trying to recall.
11    Kyla may have asked, you know, whether or not there
12    was -- people were being removed or the ability of
13    researchers to use CrowdTangle was being taken
14    away.  So I think -- I think that may have been a
15    question she asked.
16          Q.    Looking up above, the second thing
17    that she's following up with is data on the online
18    interventions.
19               Do you know what the online
20    interventions were that were discussed in the July
21    16th meeting with Facebook?
22          A.    I do not.
23          Q.    Does this ring a bell here where she
24    gives these bullet points where she talks about:
25    Interventions we have put into place during
```

1    COVID-19, and it says:  Some of which specifically

2    create friction in how people consume information?

3        A.    I am reading these and I see that

4    those are clearly responses to what they're doing

5    to create friction.  So that must have been in

6    response to a question Kyla asked.

7        Q.    So did Ky- -- do you remember Kyla

8    asking her what they were doing to increase

9    friction and how information shared?

10       A.    I don't remember that.  But I think

11   it's a fair reading of the e-mail to say she asked

12   that question.

13       Q.    And their response includes:

14   WhatsApp forward limits.  Cut highly-forwarded

15   messages by 70 percent.  And then:  Facebook

16   warning labels on fact-checked content and things

17   like that.  Right?

18       A.    Yes.  You are reading the example

19   that Payton is providing.

20       Q.    And then the last one is:

21   Informational labels on posts about COVID-19

22   vaccines and friction when someone goes to share

23   these posts on Facebook and Instagram.  Correct?

24       A.    That's correct.  That's what the --

25   Payton's reply says.

ERIC WALDO  12/22/2022

Page 230

```
 1          Q.    Do you remember -- do you remember
 2   Kyla asking about that?  I take it these are all
 3   ways to slow the spread of misinformation on
 4   Facebook, friction and --
 5          A.    I think you --
 6          Q.    Yeah, go ahead.
 7          A.    No.  I said I think you just asked
 8   that and it -- this doesn't jog my recollection.
 9   It's clear she asked a question about creating
10   friction and these are the responses that Payton
11   provided.
12          Q.    Gotcha.  And going up here, she --
13   the third area to -- that Payton is addressing is
14   questions about Facebook's borderline content
15   policies.
16               Did either you or Kyla raise that
17   with them?
18          A.    I don't recall, but I think it's fair
19   to guess that Kyla, who was driving the
20   conversation, likely raised that if they're
21   responding to it.
22          Q.    What are borderline content policies?
23          A.    What a great question.  I'm not sure
24   that I know.
25          Q.    Okay.  But going down here where she
```

1    has a response, the -- the bottom third of this

2    first page where she has a sort of section

3    dedicated to COVID policies, and she says:  We

4    remove COVID-19 content that contributes to the

5    risk of imminent physical harms, including numerous

6    false claims about the COVID-19 vaccine.  Correct?

7            A.    That is what the -- the -- the e-mail

8    says, correct.

9            Q.    Then she reports:  We permanently ban

10   pages, groups, and accounts that repeatedly break

11   our rules on COVID-19 misinformation.  Correct?

12           A.    That is what the e-mail says,

13   correct.

14           Q.    And then the third thing she reports

15   is that:  We also reduce the reach of posts, pages,

16   groups, and accounts that share other false claims

17   that do not violate our policies but may present

18   misleading or sensationalized information about

19   COVID-19 and vaccines.  Correct?

20           A.    That is -- that is a accurate reading

21   of her e-mail.

22           Q.    So what she understood that she was

23   being asked in the July 16 meeting about borderline

24   content policies was the removal of contents,

25   permanently banning of groups and pages, and the

**ERIC WALDO  12/22/2022**

```
 1    reducing of the reach of the posts, groups, and
 2    pages that share misleading or sensationalized
 3    content, correct?
 4         A.    That --
 5               MS. CHUZI:  Objection.  Calls for
 6    speculation.
 7         Q.    (BY MR. SAUER)  Correct?
 8         A.    I'm not -- I don't recall what Kyla
 9    asked.  The response indicates that it's about
10    COVID policies including removal, banning and
11    reducing the reach.
12         Q.    So do you remember Kyla asking any --
13    anything about content policies that would involve
14    removing posts, reducing the reach of potentially
15    harmful posts, and permanently -- or banning pages,
16    groups, and accounts?
17         A.    I do not.
18         Q.    So you -- you -- you -- you -- you
19    don't remember specifically what was discussed
20    about that in the July 16th meeting?
21         A.    I do not.
22         Q.    Do you remember why -- or do you have
23    an understanding why Facebook thought it was
24    important or thought it was worth reporting back to
25    you and Kyla about removing posts, permanently
```

1  banning pages, and reducing the -- the -- the reach

2  of posts, pages, and groups?

3      A.    There was an e-mail from Payton, I

4  think to me and Kyla before the meeting, where she

5  was asking whether or not we wanted them to take

6  the steps articulated by Jen Psaki in the press

7  conference.  Obviously, that's one of the things

8  that Ms. Psaki asked about in terms of the -- the

9  removal.  So it's -- it's not impossible to assume

10  that she may have included this, not because Kyla

11  asked, but because it was something that had come

12  up in the press conference.

13      Q.    Yes.  Although, in the first -- as we

14  read before, in the first paragraph of this e-mail,

15  she says she's following up with you on a few

16  questions asked in the meeting, not at the press

17  conference; focused on CrowdTangle, and then she

18  talks about CrowdTangle; data on the online

19  interventions, and then she talks about the

20  interventions; and Facebook's borderline content

21  policies, and then she talks about those COVID

22  policies.

23          So she seems to be referring to

24  questions that were raised in the meeting with you

25  and Kyla on July 16th, correct?

**ERIC WALDO  12/22/2022**

Page 234

```
 1          A.    That -- that's a fair reading.
 2          Q.    Let's look at Exhibit 17.  I'm going
 3    to screen share.  If you can pull it up on your
 4    iPad.  If you look at this e-mail chain involving
 5    Nick Clegg, and Dr. Murthy, and eventually yourself
 6    there at the top.
 7                Do you remember this e-mail chain?
 8          A.    Yes.
 9          Q.    So if you go down to the second page,
10    there's -- starting on the first page, going to the
11    second page, the first e-mail is from Nick Clegg to
12    Dr. Murthy, copying Brian Rice, right?
13          A.    That's correct.  Brian Rice is copied
14    on this e-mail from Nick Clegg to Dr. Murthy.
15          Q.    And Nick Clegg says:  Dear Vivek,
16    reaching out after what has transpired over the
17    past few days following the publication of the
18    misinformation advisory and culminating today, and
19    the President's remarks about us.
20                This is July 16th, so I take it he's
21    referring to the "they're killing people comment,"
22    correct?
23          A.    I don't know -- that's a fair
24    reading.  I don't know what, in specific, Nick was
25    referring to, but that seems like a fair guess.
```

**ERIC WALDO  12/22/2022**

```
 1          Q.    Yeah.  He goes -- next sentence, he
 2   says:  I know our teams met today.  Right?  And
 3   this is July 16th.
 4          A.    Right.
 5          Q.    Is that a reference to the meeting
 6   between you and Kyla and Payton and the other
 7   Facebook representatives that had been intended to
 8   be the rollout meeting, but was actually the post
 9   announcing meeting, right?
10          A.    Yes, that's correct.
11          Q.    And Nick Clegg -- by the way, what's
12   Nick Clegg's title?  Is he the senior government
13   affairs person at Facebook?
14          A.    I don't actually know Nick's title.
15          Q.    He used to be the Deputy Prime
16   Minister of the United Kingdom, right?
17          A.    I believe that's correct.
18          Q.    So in other words, he was like --
19   that's like being vice president of the United
20   States for Britain, right?
21          A.    You tell me.
22          Q.    I don't know.  He's the senior --
23   former senior government official in United
24   Kingdom, now head of global affairs at Facebook.
25                Is that the guy we're talking about?
```

ERIC WALDO  12/22/2022

```
 1        A.     Sorry.
 2               Can you repeat that?  What's the
 3   question?
 4        Q.     Never mind.  Let me -- let me look at
 5   this next sentence in the e-mail.  He says:  I know
 6   our teams met today.
 7               And I take it that's the meeting
 8   between you and --
 9        A.     Can you highlight the -- can you
10   highlight the text while you're doing that, sir?
11   You were doing that so well.  Thank you.  Okay.
12        Q.     Yeah, here.  Here you go.
13        A.     Thank you.
14        Q.     I know your teams met today to better
15   understand the scope of what the White House
16   expects from us on misinformation going forward.
17   Correct?
18        A.     That is what Nick Clegg wrote in the
19   e-mail to Dr. Murthy, yes.
20        Q.     Yeah.
21               Was that his under- -- was that your
22   understanding that the meeting related to what the
23   White House expects from Facebook on misinformation
24   going forward?
25        A.     No.
```

**ERIC WALDO  12/22/2022**

1      Q.    Okay.  You had a different under- --

2   how -- how did he -- do you know how he got that

3   understanding?

4      A.    I do not.

5      Q.    Is it possible that Payton Iheme and

6   the other Facebook participants in the July 16th

7   meeting got that impression when they met with you

8   and Kyla and were asked things about CrowdTangle

9   and borderline content policies and so forth?

10      A.    Is it possible?

11      Q.    Sure.

12      A.    In the sense that anything is

13   possible, yes.

14      Q.    At the conclusion of this e-mail, he

15   says:  I would appreciate the opportunity to speak

16   directly and discuss a path forward with you.

17   Correct?

18      A.    That is correct.  That is what

19   Mr. Clegg wrote to Dr. Murthy.

20      Q.    Did -- did Dr. Murthy respond to this

21   e-mail immediately, do you know?

22      A.    I don't recall.  I can't recall if

23   Dr. Murthy responded or if I ended up responding to

24   set up the meeting.

25      Q.    So that -- that e-mail requesting the

```
 1    meeting from Dr. -- from Nick Clegg was dated July

 2    16th, right?

 3           A.    Yes, that's correct.

 4           Q.    And he's asking for another meeting

 5    as well to the one you'd already had that day,

 6    right?

 7           A.    That's correct.

 8           Q.    Yeah.  And I'm putting on the screen

 9    share, Exhibit 18, a text message from Nick Clegg

10    to Dr. Murthy dated July 18th of 2021.

11                 Do you see that?

12           A.    I do see that.

13           Q.    So this is two days after the --

14    after that July 16th e-mail, right?

15           A.    That's correct.

16           Q.    And he says:  Hi, Vivek.  You may

17    have seen this post today in which we -- which we

18    issued to provide more context.  We do not plan to

19    issue more public posts, et cetera.  I imagine you

20    and your team are feeling a little aggrieved, as is

21    the Facebook team.  It's not great to be accused of

22    killing people.  Correct?

23           A.    That is -- you are correctly reading

24    the text from Nick, correct.

25           Q.    Were you aware that Nick Clegg
```

**ERIC WALDO  12/22/2022**

```
 1   followed up with Dr. Murthy by text message?

 2          A.    Dr. Murthy may have mentioned it.  I

 3   don't recall explicitly.  I do recall discussing

 4   that he had sent him the e-mail asking for time.

 5          Q.    And then, what -- what did -- what

 6   did you guys decide about that?  Or what did you

 7   discuss about the e-mail asking for time?  Did you

 8   decide to meet with him?

 9          A.    You -- I think, sir, we've discussed

10   that meeting already in this deposition.  But, yes,

11   we -- we -- we determined that we would meet with

12   -- with Nick.  That's the deescalation call that I

13   think you and I discussed earlier today.

14          Q.    Yeah.  And fortuitously, the text

15   message goes on to say that, right.  But as I said

16   by e-mail, I'm keen to kind find a way to

17   deescalate and work collaboratively -- work

18   together collaboratively.  Right?

19          A.    That is what Nick wrote to

20   Dr. Murthy.

21          Q.    So after he -- after Facebook felt

22   singled out on the 15th and 16th at the press

23   conference and the "they're killing people"

24   comment, they were saying they were keen to

25   deescalate and work together collaboratively,
```

**ERIC WALDO  12/22/2022**

1   right?

2       A.    Again, that is -- I agree with you

3   that that is what Nick wrote to Dr. Murthy.

4       **Q.    And did he say -- eventually a**

5   **meeting gets set up in response to these requests**

6   **by Nick Clegg, right?**

7       A.    Yes.  I think we've -- we've already

8   talked about the -- the substance of this meeting.

9       **Q.    In fact, showing you on the screen**

10  **share, Exhibit 17, one we were looking at before.**

11  **On the 16th, Clegg e-mailed Dr. Murthy asking for a**

12  **meeting.  But on the 18th, he texted the Surgeon**

13  **General and reiterated his request for a --**

14          **(A discussion was held off the**

15  **record.)**

16      **Q.    (BY MR. SAUER)  On the 18th, he**

17  **texted to request a meeting to deescalate and work**

18  **collaboratively.  And then it looks like on the**

19  **19th, Dr. Murthy responded to the e-mail and said**

20  **he'd be happy to speak directly about how we move**

21  **forward.  Right?**

22      A.    Yes.  He says:  I'd be happy to speak

23  directly.  Sorry, you scrolled up, so I can't

24  finish that sentence.

25      **Q.    Sorry.**

1          A.    But yep.  He says:  I'd be happy to
2     speak directly about how we move forward.  Let me
3     know the best way to schedule time later this week
4     and we'll make it happen.
5          **Q.    Yeah.  And that -- he looped in you**
6     **and Adam Beckman on that e-mail, correct?**
7          A.    Yes.  Brian Rice, Adam Beckman, and
8     myself are CC'd from -- on that -- on that e-mail.
9          **Q.    And so, is this the meeting that got**
10     **scheduled for the 23rd, I mean, that you talked**
11     **about earlier?**
12          A.    Yes, this is the meeting with -- with
13     Nick, with me, with DJ, and Dr. Murthy that we've
14     already spoken about.
15          **Q.    Just refresh my memory because we've**
16     **talked about a lot of meetings.  Generally**
17     **speaking, what was discussed at that meeting with**
18     **-- with Nick Clegg and -- did Brian Rice**
19     **participate?**
20          A.    I don't think Brian did.  I think
21     when we talked about it last time, I don't recall.
22     Brian may have been.  If he was there, he was in a
23     listening mode.  I don't think he would have spoken
24     much.  But Nick, myself, Dr. Murthy, and DJ were
25     there.

 1              So are you asking me the same

 2     question you asked me before --

 3         Q.     Yeah.

 4         A.     -- about this meeting?

 5         Q.     **Yeah.  What was talked about in this**

 6     **meeting?**

 7         A.     I think we said that Dr. Murthy --

 8     the last time we asked this question, Dr. Murthy

 9     asked Mr. Clegg about sort of the research

10     questions about understanding the -- the reach of

11     the data in terms the impact of the mis- -- health

12     misinformation.  And as we discussed before, the

13     last time you asked me this question, I think DJ

14     had some questions about also on the data side and

15     Nick offered to connect DJ with a data person from

16     Facebook.  That's what we discussed the last time,

17     I believe, when you asked me this question about

18     what was discussed at this meeting.

19         Q.     **Okay.  Let me pull up Exhibit 19.**

20              **Do you recall that e-mail chain,**

21     **starting here on July 23rd, from Nick Clegg to**

22     **Dr. Murthy that copies you?**

23         A.     Yes.

24         Q.     **He begins:  Dear Vivek, if I may.**

25     **Correct?**

1          A.    Yes.  He says:  Dear Vivek, if I may.

2          Q.    **And first thing he says is:  Thanks**

3    **again for taking the time to meet earlier today.**

4    **Right?  On the 23rd, right?**

5          A.    Yes.  Nick sends the e-mail on

6    Friday, July 23rd and says:  Dear Vivek, if I may,

7    thanks again for taking the time to meet earlier

8    today.

9          Q.    **And he talks about it being helpful**

10   **to take stock and to establish our next steps,**

11   **right?**

12         A.    That is what the e-mail from Nick to

13   Dr. Murthy says, with -- I'm CC'd, so were a few

14   other people from Facebook.

15         Q.    **And Dr. -- Nick Clegg goes on to say:**

16   **We talked about the speed at which we are all**

17   **having to iterate as the pandemic progresses.**

18   **Right?**

19         A.    Yes, that -- Nick says:  We talked

20   about the speed at which we are all having to

21   iterate as the pandemic progresses.

22         Q.    **Did you, in the meeting, talk about**

23   **the speed with which, you know, sort of problematic**

24   **posts are -- are -- are addressed or taken down?**

25   **Was that some of the speed that was talked about in**

**ERIC WALDO  12/22/2022**

Page 244

```
 1    the meeting?
 2         A.    I don't really recall, but I have no
 3    reason to think that Nick is lying here.  So
 4    presumably, that came up.
 5         Q.    And he says:  I wanted to make sure
 6    you saw the steps we took just this past week to
 7    adjust policies on what we are removing with
 8    respect to misinformation.  Right?
 9         A.    Yes.  He says:  I want to make sure
10    you saw the steps we took just this past week to
11    adjust policies on what we are removing with
12    respect to misinformation as well as steps taken to
13    further address the Disinfo Dozen.
14         Q.    So just this past week -- we're on
15    July 23rd here -- July 16th was the day of the
16    President's comment, "They're killing people," and
17    July 15th was the health advisory, right?
18         A.    Those -- those dates are correct,
19    yes.
20         Q.    Yeah.  So just this past week are
21    steps Facebook has taken since they were called out
22    in the press conference and in the President's
23    comments to adjust policy.
24               So they've changed their policies,
25    right?
```

```
 1        A.    I'm not sure whether they adjusted.
 2  They're saying that they took additional steps here
 3  is what I read that to say.
 4        Q.    Yeah.
 5        A.    I guess, yeah.  They say we -- we --
 6  we -- yeah, they say:  We adjust policies.  Yeah,
 7  that's what they're saying they did.
 8        Q.    Yeah.  So they're reporting that
 9  they've -- they're taking -- they've changed their
10  policies to remove disinformation and they've taken
11  steps to further address the Disinfo Dozen, right?
12        A.    That they are -- that they are taking
13  -- they removed 17 additional pages, groups, and
14  Instagram accounts tied to the Disinfo Dozen.
15        Q.    So they --
16        A.    Again, those are -- those are Ins- --
17  just to be clear, he's talking about Instagram
18  accounts, which is different than Facebook.  Just
19  for clarity for you and me.
20        Q.    Okay.  But he said they've taken down
21  17 additional pages, groups, and Instagram accounts
22  tied to the Disinfo Dozen.
23             So a total of 39 profiles, pages,
24  groups, and IG accounts deleted thus far, right?
25        A.    Yeah, that is what the e-mail from
```

1   Nick says to Dr. Murthy.

2          Q.     And these are steps taken in just the

3   past week, right, the removal of 17 pages, groups,

4   and Instagram accounts, right?

5          A.     That is what Nick says to Dr. Murthy,

6   yes.

7          Q.     And he also says:  We are also

8   continuing to make four other pages and profiles

9   which have not yet met the removal thresholds more

10  difficult to find than our platform.  Correct?

11         A.     Yes, that is what Nick says.

12         Q.     And then he also says:  In the past

13  week, they've expanded the group of false claims

14  that we remove to keep up with recent trends and

15  misinformation that we're seeing.  Right?

16         A.     Yes.

17         Q.     And then immediately after that, he

18  says:  We hear your call for us to do more.  Right?

19         A.     Yes, that what he -- he wrote to

20  Dr. Murthy.

21         Q.     And that's actually a fair

22  description of what the health advisory does, it

23  calls for Facebook and other social media platforms

24  to do more, right?

25         A.     Yes.  It calls up for an all-society

```
 1   approach, for everyone to do more.
 2          Q.     Including social media platforms,
 3   correct?
 4          A.     Absolutely, yes.
 5          Q.     And -- and after the July 23rd
 6   meeting, the call to do more included removing
 7   specific pages and accounts associated with the
 8   Disinfo Dozen, correct?
 9          A.     I don't think that's what the --
10   that's not what Dr. Murthy asked for.  That's what
11   they're saying they did.
12          Q.     And that's what Jen Psaki asked for,
13   in fact, right, in the press conference; fair to
14   say?
15          A.     I'd have to go back and look at
16   precisely what Ms. Psaki said, but she certainly
17   described the -- the pro- -- problematic nature of
18   the Disinformation Dozen.  But I don't -- I don't
19   recall.  You may be correct, but I don't recall
20   whether or not she explicitly called for their
21   removal.
22          Q.     And after the -- the July 23rd
23   meeting, Nick Clegg thought it important enough to
24   raise as to you that they adjusted policies to --
25   to remove disinformation and took specific actions
```

1    against 17 pages, groups, and Instagram accounts

2    associated with the Disinformation Dozen, correct?

3              MS. CHUZI:  Objection.  Calls for

4    speculation.

5         Q.    (BY MR. SAUER)  That's what he

6    reported back hours after that meeting, right?

7         A.    Can you repeat the question, sir?

8         Q.    Well, it seems to me that hours after

9    this July 16th meeting, Nick Clegg e-mails you, and

10   Dr. Murthy and others, and reports back a couple

11   things.  First, he reports back that they've

12   changed their policies with respect to what they're

13   removing of disinformation, which includes

14   expanding the group of false claims that we remove

15   to keep up with recent trends of misinformation,

16   correct?

17        A.    No.  In your question, sir, you said

18   that hours after the July 16th meeting --

19        Q.    No, sir.

20        A.    -- Mr. Clegg reported these policy

21   changes.  That's not correct.

22        Q.    I meant hours after the July 23rd

23   meeting.  You're right.

24        A.    Yeah, that -- yes, after -- a week

25   after the issuance of -- more than a week after the

1    issuance of the advisory and, yes, hours after the

2    meeting, Mr. Clegg reported on what Facebook was

3    doing.

4         **Q.   And what they had done in the week**

5    **between the advisory and July 23rd meeting, right?**

6         A.   I -- that's what he's -- that is how

7    Mr. Clegg is representing that, yes.

8         **Q.   And those steps include "adjusting**

9    **policies and what we're removing with respect to**

10   **misinformation," correct?**

11        A.   That is what Mr. Clegg is -- is -- is

12   reporting, yes.

13        **Q.   Yeah.**

14             **And taking specific actions against**

15   **accounts tied to the Disinformation Dozen, correct?**

16        A.   That -- that is what Mr. Clegg is

17   reporting to Dr. Murthy, yes.

18        **Q.   And then also expanding the group of**

19   **false claims that they remove as misinformation,**

20   **correct?  Down there in the bottom.**

21        A.   Yes, that is what -- yeah, I see it.

22   Thank you, sir.  This is what Mr. Clegg is

23   reporting to Dr. Murthy in that e-mail, correct.

24        **Q.   You remember those kinds of changes,**

25   **adjustments of policies and so forth, being touched**

1    upon in the July 23rd meeting that involved

2    Dr. Murthy and Nick Clegg?

3         A.    I do not.

4         Q.    So you -- you don't know why

5    Mr. Clegg thought it appropriate to report back

6    shortly after the meeting with those changes that

7    they'd made in the last week since the health

8    advisory came out?

9         A.    I don't -- it didn't -- my

10   recollection is that was not raised on that call.

11   I think -- my guess, as we've discussed previously,

12   is that them perhaps viewing, much like Payton did

13   in her first e-mail to us after -- before our

14   meeting, viewing Ms. Psaki's remarks as -- as -- as

15   in -- in line with what Dr. Murthy was asking for.

16        Q.    So they viewed Ms. Psaki's remarks at

17   the joint press conference she held with

18   Dr. Murthy, as the spokesperson for the President,

19   as in line with what the Surgeon General of the

20   United States wanted?

21        A.    That's my -- that would be my guess,

22   but that's -- it wasn't because we asked for it and

23   that calls my recollection.

24        Q.    All right.  He goes on to say:  We

25   hear your call to do more -- for us to do more.

**ERIC WALDO  12/22/2022**

 1   **Right?**

 2            **And I think we said we said a moment**

 3   **ago, that's a pretty fair description of the health**

 4   **advisory, right, a call for Facebook and others to**

 5   **do more, right?**

 6        A.   Yes.  I think, as we've established,

 7   the advisory and the -- and the remarks, and the

 8   event with the Stanford Internet Observatory,

 9   Dr. Murthy is calling on -- for an all-society

10   approach, including social media companies to do

11   more to address the problem of health mis- and

12   disinformation during the height of a historic

13   pandemic costing American lives that can be saved.

14        Q.   **And in particular, the -- one of the**

15   **things to do more is, he goes on to say:  We will**

16   **reach out directly to DJ to schedule a deeper dive**

17   **on how to best measure COVID-related content.**

18   **Right?**

19        A.   Yes.  And I believe you and I

20   discussed this before that they were going to

21   connect us -- they were going to have us do a

22   connection with DJ and a data person from Facebook

23   to better understand that question.

24        Q.   **Was -- was anyone from the Office of**

25   **Surgeon General involved in that communication**

1    **between DJ and the Facebook communication person?**

2         A.    When you say "communication," do you

3    mean, like, the actual call or setting up the call?

4    Or how do you mean, sir?

5         **Q.    Either.**

6              **Was there any involvement in the**

7    **Office of Surgeon General and further**

8    **communications between DJ Patil and Facebook?**

9         A.    I think Brian Rice sent a follow-up

10   e-mail where I looped him with -- I think Facebook

11   reached out to DJ; I don't think they heard from

12   him.  Brain reached out to me and I think I looped

13   him with DJ.  And so, I -- I don't know whether or

14   not that loop got closed.  I don't know whether DJ

15   met with the data person or not, but I know I was

16   -- I did try to help Brian connect with DJ --

17        **Q.    Were --**

18        A.    -- or make the connection between

19   Facebook and DJ.

20        **Q.    Were you involved in any discussions**

21   **of, you know, the kind of substance of that issue**

22   **between DJ and anyone at Facebook?**

23        A.    I was not.

24        **Q.    So you tried to make the connection,**

25   **but you weren't there when they talked about the**

1   **merits, if they ever did?**

2       A.    Yeah, correct.  I -- I don't know

3   that they did talk.  I did try to help connect

4   them.  But I was not -- if there was a call, I was

5   not there.

6       **Q.    On the next page, Nick Clegg goes on**

7   **to say:  You have identified four specific**

8   **recommendations for improvement and we want to make**

9   **sure to keep you informed on our work on each one.**

10  **Correct?**

11      A.    That is what Nick is writing in his

12  e-mail to Dr. Murthy, correct.

13      **Q.    You remember a -- a -- a -- a**

14  **discussion of four specific recommendations for**

15  **improvement in this call or elsewhere?**

16      A.    I do not.

17      **Q.    So you don't know what he's referring**

18  **to when he says to Dr. Murthy that he's identified**

19  **four specific recommendations for improvement?**

20      A.    I'm not certain.  It could be the --

21  the four -- I -- I don't know if there's more than

22  four bullets in the advisory.  Yeah, or it could be

23  -- I'm not sure if it -- if it come from the --

24  Ms. Psaki's comments.  I don't know what the four

25  are.

**ERIC WALDO  12/22/2022**

Page 254

```
 1        Q.    He talks about trying to schedule a
 2   regular cadence of meetings with your team so they
 3   can update you on their progress on these
 4   misinformation issues, correct?
 5        A.    Yes.  Mr. Clegg asked for a regular
 6   cadence of meetings.
 7        Q.    I think you testified earlier that
 8   you guys decided not to do that because you didn't
 9   think they were making good progress?
10        A.    I believe I testified that I didn't
11   think they would be worth our time given our
12   competing priorities.
13        Q.    Is a holiday in Spain a consummation
14   devoutly to be wished?
15        A.    Are you a Shakespeare fan, sir?
16        Q.    Yes.
17        A.    So -- so you may know Hamlet
18   soliloquy talks about a consummation devoutly to be
19   wished.  So I'm making a pun and a reference about
20   him vacationing in Spain and that it's a
21   consummation devoutly to be wished.
22        Q.    I think Hamlet was talking about
23   death, so...
24        A.    He was, but Spain sounds much better.
25        Q.    I agree.  Let me share Exhibit 21
```

 1   with you.  Oh, you know what, I don't think I've

 2   sent this to your lawyer yet because they wouldn't

 3   all fit on one e-mail.

 4              MR. SAUER:  Amanda, I'm sending you

 5   Exhibits 21, 22, 24, 25, and 27 by the next e-mail.

 6   and while that's coming, I'll try and pull it up on

 7   the -- on the shared screen.

 8        Q.   (BY MR. SAUER)  This e-mail chain,

 9   that involves Brian Rice, as well as Payton and

10   Nick Clegg.

11        A.   Yes.

12        Q.   So I think you testified, just a

13   minute ago, that you were involved in trying to

14   loop in DJ Patil to connect with Facebook, right?

15        A.   Yes.

16        Q.   You mentioned you're using his G-mail

17   account.  Do you know why?

18        A.   I just didn't -- I wasn't sure when

19   Mr. Patil's special government employee status was

20   coming to an end, so I wasn't sure whether or not

21   he was -- how regularly he was checking his

22   osdp.gov e-mail.  So if he was missing one, I

23   wanted to just make sure he knew that Brian was

24   trying to get in touch with him.

25        Q.   Here, this is August 6th, right?  So

```
 1    this is, you know, a little less than two weeks

 2    after that July 23rd call, right?

 3          A.    Correct.

 4          Q.    Yeah.  And in this, you say:  Also

 5    Brian and Nick.

 6                That's Brian Rice and Nick Clegg,

 7    right?

 8          A.    Yes.

 9          Q.    It says:  I know on the call with

10    Dr. Murthy, he mentioned seeing if you were able to

11    send an update of any new additional steps you are

12    taking with respect to health misinformation in

13    light of the advisory.  Right?

14          A.    Yes.

15          Q.    Do you remember Dr. Murthy as- --

16    asking for that in the July 23rd call?

17          A.    I think I already mentioned this

18    earlier in the discussion of the call, in one of

19    our earlier conversations during the deposition,

20    that we asked for an update.  I didn't recall if I

21    asked for it or Dr. Murthy.  But it appears that

22    based on this recollection, Dr. Murthy perhaps

23    asked for it.

24          Q.    So Dr. Murthy asked Nick Clegg to

25    give an update on any new slash additional steps
```

**ERIC WALDO  12/22/2022**

```
 1   they were taking with respect to health

 2   misinformation in light of the advisory, correct?

 3        A.    Yeah.  That -- I don't recall per se.

 4   But if that's what I wrote down, then I have no

 5   reason not to believe myself.

 6        Q.    And you went on to say:  We are

 7   asking all platforms for this type of update.

 8   Right?

 9        A.    Yes, that's what I wrote there.

10        Q.    Did you, in fact, ask other platforms

11   for that type of update?  Say, hey, you've seen our

12   health advisory, can you tell us what new or

13   additional steps you're taking in light of it, with

14   respect to misinformation?

15        A.    I believe so, but I don't recall per

16   se.

17        Q.    Do you know if you sent a request

18   like that to Twitter?

19        A.    I probably did, if I said I did.  But

20   I don't recall.

21        Q.    And how about YouTube/Google?

22        A.    Same -- same answer.

23        Q.    When you said "all platforms," did

24   you send a request like that to any other

25   platforms?
```

1        A.    I think I meant the folks who we had

2    talked to in the rollout of this report.  So who --

3    I guess who we were viewing as the -- the most

4    impacted stakeholders.

5        Q.    **Who was that?  Platforms.**

6        A.    Again, the groups you and I have

7    already talked about.  So Facebook, Twitter.  So

8    Facebook, Twitter, Instagram, and YouTube, and

9    Google.

10       Q.    **How about LinkedIn?**

11       A.    I think as we discussed previously,

12   we did not reach out to LinkedIn.

13       Q.    **Or Reddit?**

14       A.    As discussed and answered previously,

15   we did not reach out to Reddit.

16       Q.    **Did Facebook provide an update?**

17       A.    I think that they did.  I don't

18   recall whether it was Brian who sent it or Nick,

19   but I think Brian sent us something.

20       Q.    **And you said:  Would you be able to**

21   **send something over within two weeks.  Correct?**

22       A.    Yes, that's what my e-mail to Brian

23   says -- or to Brian, DJ, Payton, and Nick.

24       Q.    **And then I think Brian copied you**

25   **later, trying to connect to DJ about that data**

1  sharing issue, right?

2      A.    Yes.  It appears that that e-mail's

3  from the 17th from Brian reaching out to DJ, and

4  I'm CC'd, yes.

5      **Q.    But you don't recall being involved**

6  **in the follow-up conversations between DJ, or**

7  **Brian, or anyone else at Facebook about that,**

8  **correct?**

9      A.    That's -- that's correct, as I

10  answered the last time that you asked me this

11  question.  I don't know if that call ever happened.

12  And if it did, I certainly wasn't part of it.

13      **Q.    And then in the e-mail in between --**

14  **I skipped over this -- Brian said:  Our teams have**

15  **been working on additional steps.  We will have**

16  **something back to you within two weeks outlining**

17  **our approach.  Right?**

18      A.    That is what that Brian writes to DJ,

19  correct.

20      **Q.    Or to Eric.**

21      **That's you, right?**

22      A.    But I think he's addressing DJ in

23  that sentence.  He says:  DJ, let me know when best

24  would work on your end.  Our teams have been

25  working on additional steps.  We will have

1  something to you to within the next two weeks

2  outlining our approach.

3      Q.    Right.

4      A.    I -- I -- I -- I view that as

5  outlining the approach for DJ, but maybe not.

6      Q.    Well, you were the one who just sent

7  an e-mail saying:  Would you be able to send

8  something over in two weeks?  And maybe it's a

9  addressing both of you:  We'll have something back

10  to you in two weeks outlining our approach for

11  additional steps.  Right?

12      A.    Yeah, it's possible.  Yeah.

13      Q.    Okay.  Let's look at Exhibit 22.

14  Should be in your counsel's inbox.  I'll put it on

15  the screen share.  Here on July 21st, so this is

16  about five days after the "they're killing people"

17  comment, there's an e-mail from Rob Flaherty to

18  Dr. Murthy, CC'ing Alexandria Phillips, who I think

19  is Dr. Murthy's communications person, right?

20      A.    Yes, Alexandria Phillips is

21  Dr. Murthy's communications director.

22      Q.    Yeah.  And then he copies a Jiore

23  Craig at gmail.com, right?

24      A.    It's pronounced Jiore.

25      Q.    Jiore?

```
 1          A.    Yes, like -- like -- rhymes with
 2    Dory.
 3          Q.    Gotcha.  Not Nemo.
 4                So Jiore Craig and says to
 5    Dr. Murthy:  Wanted to link you with Jiore Craig,
 6    who's been a critical leader on the DNC's misinfo
 7    work for a long time.  Right?
 8          A.    Yes, that's the e-mail that Rob has
 9    written to Dr. Murthy.
10          Q.    And Rob is the digital director in
11    the White House, right?
12          A.    I believe that's his title.
13          Q.    And I think we talked earlier about
14    your communications with him.
15                And do you know what misinfo work
16    Jiore Craig does for the DNC?
17          A.    I'm not certain.  My guess would be
18    maybe around voter suppression or sort of the
19    disinformation that sometimes is shared with voters
20    to discourage them from voting.
21          Q.    And the DNC's the Democratic National
22    Committee, right?
23          A.    That's what I would assume.
24          Q.    Yeah.  And it says, she's, quote,
25    also been helping us think through mis slash dis on
```

1    the COVID side.  Right?

2        A.    Yes, that's what Rob's e-mail says to

3    Dr. Murthy.

4        Q.    Yeah.  So he wanted -- he says:  I

5    thought it would be great for both of you to

6    connect as OSG charts out next steps.  Right?

7        A.    Yes, that's what Rob has written to

8    Dr. Murthy.

9        Q.    Yeah.

10            Do you know why Rob Flaherty thought

11   it would help for the Office of Surgeon General to

12   be talking to Jiore Craig about COVID-19

13   misinformation?

14       A.    It appears, based on his e-mail, that

15   he's indicating that she is a subject matter expert

16   on mis- and disinformation.

17       Q.    What is her subject matter expertise,

18   do you know?

19       A.    I'm not positive, but his indication

20   is that one of those areas is mis- and

21   disinformation.

22       Q.    With respect to COVID in particular?

23       A.    I think it may be multipronged, but I

24   think it includes COVID.

25       Q.    And it says:  She's been helping us

```
 1    think through mis/dis on the COVID side.
 2              Are you -- do you know what she was
 3    doing to help Rob Flaherty in the White House think
 4    through mis- and disinformation on the COVID side?
 5         A.   I do not.
 6         Q.   Were there follow-up communications
 7    between the Office of Surgeon General and Jiore
 8    Craig?
 9         A.   Yes.  I set up a call with her.
10         Q.   What was the end -- I think that's in
11    the first page here.  Is this the calendar invite
12    for that call --
13         A.   Yes.
14         Q.   Eric Waldo and Jiore connect?
15         A.   Yes.
16         Q.   You had a call with her on the 22nd
17    of July, the next day?
18         A.   That's what it looks like, yes.
19         Q.   And did -- was Kyla on that call?  It
20    says she's an optional participant, correct?
21         A.   I don't recall whether Kyla joined or
22    not.  She may have.
23         Q.   What about Alexandria Phillips?
24    She's on the invite, too.
25         A.   My very strong guess is Alex did not
```

1    join because she was pretty understaffed at that

2    moment and was usually in multiple meetings at one

3    time.

4          Q.    What did you guys talk about in this

5    call, you and Jiore?

6          A.    I think it was more of a courtesy,

7    getting-to-know-you call.  So Rob had sent the note

8    to Dr. Murthy.  I was doing the call in lieu of

9    Dr. Murthy, so I was just really trying to meet

10   her, learn what her -- what her views were and if

11   there was anything she thought we should be

12   thinking about.

13         Q.    What did she say you should be

14   thinking about, if anything?

15         A.    I think she was, in some ways, just

16   another person saying I'm glad you guys are working

17   on this.  And, you know, I don't think she thought

18   we were going to get much movement from technology

19   or -- or social media companies, but that we were

20   doing the right thing and asking for it.

21         Q.    Did she say anything other than that

22   on the call?  Do you remember anything specific

23   that she said?

24         A.    Not to my recollection.

25         Q.    Did you ask her anything on the call?

**ERIC WALDO  12/22/2022**

```
 1   Did you ask her how she could be helpful to the

 2   Surgeon General's office in combating

 3   misinformation?

 4        A.    Not to my recollection.

 5        Q.    Do you remember what you said on the

 6   call?

 7        A.    I think I wanted to learn more about

 8   her career path and what got her into that line of

 9   work and, you know, what she was working on.

10        Q.    Was there an understanding that she

11   might be considered to be a subject matter expert

12   for the Surgeon General's office?

13        A.    Sorry.  How do you mean, sir?

14        Q.    Well, let me ask you this.

15              Did -- did anything come of this

16   call?  Did she go on to have any role in advising

17   the Surgeon General's office on COVID

18   misinformation?

19        A.    She did not.

20        Q.    And why was that, did you not

21   recommend it?  Or, you know, what happened after

22   the call?

23        A.    Well, I think she seemed like a very

24   competent person.  I think the reality was that our

25   office had subject matter expertise already and was
```

1  still determining what the course of action would

2  be for any follow-up we were going to do after the

3  launch.  So I don't think we had a role or a proper

4  way to include her other than, you know, just a

5  person -- a -- a public-facing citizen who clearly

6  was interested in our work and a courtesy call to

7  -- for -- to a colleague.

8        **Q.    Did you ask her in the call what she**

9  **had done to advise the White House to help them**

10 **think through COVID misinformation?**

11       A.    I did not.

12       **Q.    Do you have any understanding of what**

13 **her role may have been in coordinating with the**

14 **White House on that issue?**

15       A.    I do not.

16       **Q.    Exhibit 23.**

17            MS. CHUZI:  Counsel, I don't think I

18 have 23.  I have 21, 22 --

19            MR. SAUER:  I'm sorry.  I'm sorry.  I

20 meant -- I meant Exhibit 24.  Here.

21            MS. CHUZI:  Oh.  Got it.

22            MR. SAUER:  I skipped 23.  So here's

23 24.  My bad.

24       **Q.    (BY MR. SAUER)  Do you remember Brian**

25 **Rice sending you this e-mail on August 18th?**

**ERIC WALDO  12/22/2022**

```
 1          A.    I do not.
 2          Q.    Here, if you look at the -- the --
 3   the e-mail that he sent to you and DJ Patil on
 4   August 18th, he -- he's captioned it Disinfo Dozen
 5   Post, right?
 6          A.    That's correct.
 7          Q.    And it says:  Eric and DJ, flagging
 8   this post for you and for Surgeon General Murthy.
 9   This detail -- details how we are approaching
10   content from the Disinfo Dozen.  Correct?
11          A.    Yes, that's correct.
12          Q.    And then there's a following post
13   that talks about -- I think Facebook disputes --
14   the Disinfo Dozen are actually responsible for as
15   much misinformation spreading as the CCDH thing.
16   Is that correct?
17          A.    Sorry.  Can you repeat that, sir?
18          Q.    Well, let me ask you this.  In the
19   second paragraph of the post, it talks about:  Any
20   amount of COVID-19 misinformation violates our
21   policies is too much by our standards.  And we have
22   removed over three dozen pages, groups, Facebook or
23   Instagram accounts linked to these 12 people.
24   Right?
25          A.    Yes.  The first sentence says that.
```

**ERIC WALDO  12/22/2022**

1    Said:  Any amount of COVID-19 that violates our

2    policies is too much by our standards.  And we've

3    removed over three dozen pages, groups, and

4    Facebook or Instagram accounts linked to these 12

5    people, including at least one linked to each of

6    the 12 people for violating our policies.  And then

7    it goes on to describe other things.

8         Q.    About imposing penalties on two --

9    nearly two dozen additional pages, groups, or

10   accounts linked to these 12 people, right?

11        A.    Yes.

12        Q.    So this is the kind of second report

13   that Facebook has sent you guys after that July

14   23rd meeting where they're reporting back about

15   actions taken against the Disinfo Dozen, correct?

16        A.    That's correct.

17        Q.    So there was a Nick Clegg e-mail at

18   7:30 p.m. on July 23rd where he reported back the

19   steps they'd taken that included moving against

20   many Disinfo Dozen accounts, correct?

21        A.    That's correct.

22        Q.    And then again, on August 18th,

23   there's a report back with further adverse actions

24   taken to remove content and -- and pages and groups

25   associated with the Disinfo Dozen, correct?

**ERIC WALDO  12/22/2022**

```
 1          A.     If you're referring to this e-mail.

 2          Q.     Correct.  Yeah.  Right?

 3          A.     Yes.

 4          Q.     Yeah.  Okay.  And you -- you just

 5     responded:  Thank you, Brian.  Appreciate you

 6     sharing this.  Right?

 7          A.     That is my response to Brian,

 8     correct.

 9          Q.     Does this e-mail jog your memory as

10     to any further discussions with Facebook from the

11     Surgeon General's office about the Disinfo Dozen?

12          A.     There were no further conversations

13     with Facebook regarding the -- the Disinfo Dozen

14     between Facebook and the Surgeon General's office

15     to my recollection.

16          Q.     Yeah.

17                 Were -- were the Disinfo Dozen raised

18     at all in the July 23rd call?

19          A.     Not to my memory.

20          Q.     Exhibit 25.

21                 Do -- do you see it?

22          A.     I see that you have it up, and now

23     gov- -- government counsel is providing me with it

24     as well.

25          Q.     In the middle of this e-mail, there's
```

```
 1    -- or the -- the -- the first e-mail here,

 2    chronologically, about halfway down the first page,

 3    is an e-mail from Nick Clegg to you, Dr. Murthy,

 4    and DJ, and Brian Rice, correct?

 5           A.    Yes.

 6           Q.    And this was sent on August 20th of

 7    2021, correct?

 8           A.    That's correct.

 9           Q.    So this is two weeks exactly after

10    your August 6th e-mail where you -- you asked them

11    for an update within two weeks as the actions they

12    took in light of the health advisory, correct?

13           A.    That's correct.

14           Q.    And, in fact, Nick Clegg says, you

15    know:  Dear Surgeon General, you asked for an

16    update on existing and new steps that Facebook is

17    taking.  Right?

18           A.    Yes, that's what that e-mail says.

19           Q.    So this is, I guess, the report back

20    to your request for a -- a request for report in

21    two weeks related to actions they took in respect

22    to the advisory, right?

23           A.    That's correct.

24           Q.    And one of the things, in the next

25    paragraph, that Nick Clegg talks about is -- he
```

1    talks about several things, but one is further

2    policy work to enable stronger action against

3    persistence distributors of vaccine information,

4    correct?

5          A.    Sorry.  Can you go a little earlier

6    in that paragraph just so I understand what he's

7    referring to?  Those prior -- all right.  (Reading

8    in sotto voce.)  Okay.

9          Q.    So he says --

10         A.    Yes, got it.

11         Q.    Yeah.  Further --

12         A.    Yep.

13         Q.    -- policy work to enable stronger

14   action against persistence distributors of vaccine

15   misinformation, right?

16         A.    That's correct.

17         Q.    He talks about boost the access to

18   authorative information and other things as well,

19   right?

20         A.    Sorry, where?  What -- what's -- I --

21   I -- I don't think you're lying to me, I just want

22   to know where -- where you're seeing that.

23         Q.    Let me make it bigger.

24         A.    Yeah, thank you.  That's very

25   helpful.

**ERIC WALDO  12/22/2022**

Page 272

1      Q.    Yeah.  Sorry.  Boosting access to
2  authoritative information --
3      A.    Yeah, I see that.  Thank you, sir.
4      Q.    There's two pieces to this report;
5  one is elevating access to better information,
6  right?  That's one thing he talks about with some
7  bullet points, right?
8      A.    Yeah, that's a section that he's
9  lined out in -- in bold.
10      Q.    Yeah.  And then limiting potentially
11  harmful information is the second section in bold
12  on the next page, right?
13      A.    Yes.  And I believe there's a third
14  section as well on increasing transparency.
15      Q.    Yeah.  And I take it, that was a bit
16  of a sticking point in your discussions with them,
17  right, increasing transparency?
18      A.    I think that's -- that's fair.
19      Q.    In other words, the -- the perception
20  of the Surgeon General's office is they weren't
21  really taking meaningful steps to increase
22  transparency, right?
23      A.    I think we -- I don't -- I don't
24  think we -- we few -- we thought that they would
25  make -- make many moves in that direction, correct.

1      Q.     Yeah.  And then going back up where
2   it talks about limiting potentially harmful
3   information, he says:  We continue to improve and
4   refine measures that reduce the spread of
5   potentially harmful content and limit the
6   distribution of actors who share misleading
7   information about COVID and the vaccine.  Correct?
8      A.     Yes, that's what the document says.
9      Q.     And he's got about nine bullet points
10   on that, right?
11      A.     I think it's five.  One of -- I
12   consider those other sub bullets possibly, or he's
13   just bad at formatting, but I don't know if he
14   thinks that the -- that the -- the -- the -- the --
15   the ones that are not filled in or -- or I think
16   those might be sub bullets.  But yeah, I -- I -- I
17   don't -- not -- not a dispute of -- of -- of merit.
18      Q.     Those are five bullets and the first
19   bullet has four sub bullets, right?
20      A.     Three sub bullets, yes.
21      Q.     I see four.
22      A.     One, two, three -- oh, you're right.
23   Thank you so much.
24      Q.     First one is:  We will shortly be
25   expanding our COVID policies to further reduce the

**ERIC WALDO  12/22/2022**

 1    spread of potentially harmful content on our

 2    platform and these changes will apply across

 3    Facebook and Instagram.  Right?

 4         A.    Yes, that's what the e-mail says.

 5         Q.    So he's reporting back with new

 6    policy changes, in addition to the ones he already

 7    reported to you in the e-mail on July 23rd, that

 8    will reduce content -- misinformation content about

 9    COVID, right?

10         A.    The only thing I'll say to that

11    question is I -- you know, I don't have both of

12    them in front of me to compare and say whether or

13    not there was some overlap.  I don't know if they

14    were -- if some of the things he reported in that

15    first e-mail are also captured here.

16         Q.    Suffice to say --

17         A.    So I'm not sure --

18         Q.    Go ahead.

19         A.    I'm not sure -- I -- I -- I'm not

20    sure how much of this is, like, new and in addition

21    versus, in some ways, a re- -- recapture of what

22    they've shared.

23         Q.    But it's being presented here as new

24    changes, right?  He says:  We continue to improve

25    and refine measures.  Right?

**ERIC WALDO  12/22/2022**

```
 1        A.    Yes.  Yeah.

 2        Q.    And those measures --

 3        A.    I'm just saying I don't know how

 4  accurate that is.

 5        Q.    Right.  Right.  Yeah.

 6              But this is what he's reporting to

 7  you guys, right?

 8        A.    Correct.

 9        Q.    And new measures include increasing

10  the strength of dem- -- demotions for COVID and

11  vaccine-related content that's related partly falls

12  on missing context, right?

13        A.    That's correct.

14        Q.    And he says he's making it easier --

15  they're making it easier to have pages, groups, and

16  accounts demoted for sharing COVID and

17  vaccine-related misinformation and so forth.

18  Right?

19        A.    Yes, that is what he has written in

20  that bullet.

21        Q.    And he talks about making entities

22  linked to other entities that have been removed, as

23  non recommendable.  Right?

24        A.    Sorry, can I -- (reading in sotto

25  voce).  Rendered and is not -- okay.  Yes, I see
```

**ERIC WALDO 12/22/2022**

1   that.  Thank you.

2       Q.    And lastly:  We will also be

3   strengthening our existing demotion penalties for

4   websites that are repeatedly fact-checked for COVID

5   and vaccine misinformation content shared on our

6   platform.  Right?

7       A.    Yes.

8       Q.    Then he's got -- looks like he's got

9   a report about removing 20 million pieces of

10  content and removing 3,000 accounts, pages, and

11  groups for people who have been violating rules

12  against COVID and vaccine misinformation.

13      A.    Yes.  And I would note that it

14  appears that that bullet is a summation, not a new

15  thing, right.  That's just sort of saying in total,

16  these are all the things we've done.

17      Q.    Yeah.  Going back to the beginning of

18  the pandemic it looks like.

19      A.    Exactly.  Yes, sir.

20      Q.    Yeah.  It says:  We've specifically

21  investigated the people sometimes identified in the

22  media as the Disinfo Dozen.  Right?

23      A.    Yes.

24      Q.    And it talks about applying penalties

25  to some of their website domains as well as -- so

```
1    that posts are moved lower in the news feed and so

2    forth.

3         A.    Yes, that's what Nick is describing.

4         Q.    So this is Nick's -- or this is

5    Facebook's third report since July 16th to you guys

6    about adverse actions taken about -- taken against

7    content associated with the Disinfo Dozen, right?

8         A.    I believe so.

9         Q.    Okay.  Let me flip back to the first

10   page of this document.  You respond to Nick right

11   here in this --

12        A.    Yes.

13        Q.    You say:  I hope this finds you well.

14   No Shakespeare quotes in this response,

15   unfortunately.  But you say:  Brian and I are also

16   in touch, but we look forward to continuing to move

17   forward together with urgency and solutions during

18   these extraordinary times.  Right?

19        A.    Yes, that's what I wrote.

20        Q.    What did you mean by "moving forward

21   together with urgency and solutions"?  It's unusual

22   phrasing.

23        A.    I think I was hoping that Facebook

24   would continue to move.  Urgency means, you know,

25   that they would take this seriously, and solutions
```

**ERIC WALDO  12/22/2022**

 1   means that they would also come with real solutions

 2   to the problems and not just pretend to solve

 3   problems.  So I think that's what I meant.

 4          **Q.     Exhibit 27, do you remember getting**

 5   **this e-mail from Brian Rice on August 23rd?**

 6          A.    Can I review this for one second,

 7   sir?

 8          **Q.     Yeah.  Sure.**

 9          A.    I don't remember it, but now that I

10   see it, it rings a bell.

11          **Q.     If you go to the next page, it**

12   **actually starts with an e-mail from Brian Rice to**

13   **Rob Flaherty -- or actually from Rob Flaherty to**

14   **Brian --**

15          A.    Oh.

16          **Q.     -- Rice.**

17                 **Does that ring a bell?**

18          A.    I'm -- I'm seeing it now.  Sorry.

19   Brian.  Okay, I see the note.

20          **Q.     So --**

21          A.    Va- -- vaguely familiar, yes.

22          **Q.     So Flaherty said to Rice:  Now that**

23   **the FDA has approved Pfizer -- presuming the Pfizer**

24   **vaccine --**

25          A.    Yes.

**ERIC WALDO  12/22/2022**

1         Q.      -- I'm making rounds to get a sense

2    from the various platforms if you guys are planning

3    to promote it in any way.

4         A.    Yes, that's correct.

5         Q.    And he says:  We appreciate a push

6    here, given the fact that this is an off-cited

7    blocker for many folks.  Right?

8         A.    Yes, that's what Brain has written to

9    -- I'm sorry -- what Rob has written to Brian.

10        Q.    So Rob's asking -- he's asking

11   Facebook and other social media platforms to kind

12   of, you know, promote the fact that the FDA has now

13   approved the Pfizer vaccine, which had been a point

14   of vaccine hesitancy for some people until then,

15   correct?

16        A.    Yes.  That is -- that -- that is --

17   appears to be a correct reading of the e-mail.

18        Q.    And Brian responded to Rob talking

19   about an update about what they're doing about it

20   to -- you know, to update any language as needed,

21   for example, right?

22        A.    Yes.

23        Q.    And that -- that -- he says:  We'll

24   keep you updated on this as it progresses.  Right?

25        A.    Yes, that's what Brian writes to Rob.

1         Q.    And then Brian, who is the Facebook
2  guy, also states:  We're also updating our
3  misinformation policies to remove the specific
4  claims that there are no FDA-approved vaccines and
5  the Pfizer vaccine is not FDA approved, and we'll
6  continue to look for claims that are no longer
7  accurate, given the approval today.  Correct?
8         A.    That is what Brian has written to
9  Rob, yes.
10        Q.    So his response to Rob includes a
11 report back on additional content that Facebook
12 plans to remove from its platforms if people post
13 it, right?
14        A.    I don't know that he says remove.
15 Oh, you're right.  Yes.  He says:  We're updating
16 our (unintelligible) to remove the specific claims.
17 Yeah, so it looks like they're defining claims that
18 -- that Pfizer's not FDA approved, they're defining
19 that as health misinformation, which according to
20 their policies, they would remove.  It sounds like
21 they're adding that as a definition of
22 misinformation.
23        Q.    And that --
24        A.    I don't know that they're updating
25 the overall policy.  I think they're adding that to

**ERIC WALDO  12/22/2022**

1    their definition of misinformation.

2         Q.    Right.  So they're update -- they're

3    updating the policy to remove those specific claims

4    if people post them on their platform, right?

5         A.    Yeah, I -- I -- that is what he says,

6    yes.

7         Q.    Yeah.  And he then forwarded that on

8    to you too, right?  He reported to you on those

9    points?

10        A.    Yes.  He says:  Eric, making sure to

11   flag for you as well.  Let me know if you have any

12   questions.

13        Q.    Did you have any questions?

14        A.    Not to my recollection.

15        Q.    Do you remember any discussions of

16   removing misinformation related to the FDA approval

17   of the Pfizer vaccine?

18        A.    No.

19        Q.    And this is sent to you three days

20   after that report on August 20th that Nick Clegg

21   sent about expanding or adjusting their policies to

22   remove more misinformation, right?

23        A.    Yes.  The 23rd is three days after

24   the 20th.

25        Q.    This is a breaking point.

ERIC WALDO  12/22/2022

```
 1          A.    Great.
 2          Q.    We can take a quick break.  I'm happy
 3    taking a quick break now or going forward.  Break?
 4          A.    I would say to break in five minutes.
 5    I didn't know how much longer you were going to go.
 6    but, yeah, should we -- do you want to take an
 7    eight-minute break?
 8          Q.    Yeah.
 9                MR. SAUER:  Off the record.
10                THE VIDEOGRAPHER:  The time is 2:14
11    p.m.  We are off the record.
12                (A short break was taken.)
13                THE VIDEOGRAPHER:  The time is
14    2:28 p.m., Central Standard Time.  We are back on
15    record.
16          Q.    (BY MR. SAUER)  Mr. Waldo, I'm
17    showing you Exhibit 28, and this is a lengthy,
18    232-page report that was done by the Virality
19    Project.  I think you testified earlier that you
20    never heard of Virality Project; is that right?
21          A.    That's correct.  I have not heard of
22    them.
23          Q.    Okay.  And so do -- have you ever
24    seen this report before?  It's kind of got a
25    distinctive cover.
```

**ERIC WALDO  12/22/2022**

1        A.    I have not.

2        **Q.    And then were you aware of any**

3    **involvement in the Surgeon General's office with**

4    **the Virality Project?**

5        A.    I'm not aware of any involvement with

6    the Surgeon General's office and the Virality

7    Project.

8        **Q.    Okay.  And then how about with the**

9    **entities that make it up, include the Stanford**

10   **Internet Observatory, which we've already talked**

11   **about.  Are you -- other than the announcement**

12   **being hosted at Stanford, are you aware of any**

13   **collaboration between the Surgeon General's office**

14   **and the Stanford Internet Observatory?**

15       A.    I think I mentioned that we had a

16   call with Renee at some point.  I think after the

17   announcement.  I think that was just, again, a

18   brainstorm about potential follow-up events to do.

19       **Q.    How about the University of**

20   **Washington's Center for Informed Public, does that**

21   **ring a bell?**

22       A.    I'm not familiar with them.

23       **Q.    How about Kate Starbird, a professor**

24   **at the University of Washington?**

25       A.    I don't think so, unless she was a

 1  panelist on the -- at that Stanford event, but I
 2  don't believe so.
 3       Q.    How about Graphika, an organization
 4  called Graphika with a p-h and a k?
 5       A.    I'm not familiar with Graphika, sir.
 6       Q.    How about the Atlantic Council?
 7       A.    Is that the Atlantic magazine, sir?
 8       Q.    No, it's associated with NATO.
 9       A.    I'm not familiar with them.
10       Q.    In this report, at one point, it
11  says:  The Office of the Surgeon General
12  incorporated the Virality Project's research and
13  perspectives into its own vaccine misinformation
14  strategy.
15            Would you have any knowledge of the
16  basis for a statement like that?
17       A.    I do not have any knowledge for the
18  basis of that statement.
19       Q.    This report talks about how
20  stakeholders, including government stakeholders,
21  were allowed to submit tips through the Virality
22  Project of online content they thought was harmful
23  misinformation about COVID-19 vaccines.  Are you
24  aware of anyone in the Office of Surgeon General
25  submitting tips to the Virality Project about

1    content that they wanted to be flagged for removal

2    from social media platforms?

3          A.    I'm not familiar.

4          Q.    Are you aware of any other federal

5    official participating in -- in that -- that

6    activity of submitting tips to the Virality Project

7    about online COVID vaccine misinformation?

8          A.    I am not familiar with any government

9    official participating with the Virality Project in

10   any capacity.

11         Q.    Okay.  There's a reference in here to

12   health freedom organizations and content --

13   misinformation content spread by health freedom

14   organizations.  Are you familiar with that concern

15   at all, that health freedom organizations are

16   spreading misinformation?

17         A.    I am not familiar with that.

18         Q.    And I take it -- same question for

19   Virality Project tickets, that there are tickets

20   they used to track online misinformation related to

21   COVID vaccines.  Are you aware of government

22   officials being involved in Virality Project

23   tickets?

24         A.    I'm not familiar with any government

25   officials being involved in Virality Project

1   tickets.

2          Q.    There's a reference -- there's about

3   49 references in this report to someone called Alex

4   Berenson.  Do you know who that is?

5          A.    I do not know who Alex Berenson is.

6          Q.    You've never heard of former New York

7   Times reporter and well-known vaccine skeptic Alex

8   Berenson?

9          A.    I do not know who Alex Berenson is,

10  sir.

11         Q.    So that -- have you ever -- remember

12  any discussions of -- I guess if you don't know who

13  he is, do you remember his name coming up in

14  discussions of misinformation?

15         A.    I do not know who Alex Berenson is,

16  and I do not recall his name coming up in any

17  discussions about health misinformation.

18         Q.    There's a reference in this report to

19  the Gateway Pundit, a website where it's

20  described -- the report describes the Gateway

21  Pundit as a purveyor of health misinformation.

22                Do you remember any references in any

23  connection to the Gateway Pundit?

24         A.    I do not, sir.

25         Q.    How about someone called Jim Hoft or

**ERIC WALDO  12/22/2022**

Page 287

```
 1    Joe Hoft, H-O-F-T?  Has that name ever come up?
 2           A.    Sorry, is that the name of a person
 3    or an organization?
 4           Q.    Person.  H-O-F-T, Jim Hoft and Joe
 5    Hoft, brothers.
 6           A.    I have not heard of Jim or Joe Hoft.
 7           Q.    How about Dr. Jay Bhattacharya, is
 8    that name familiar to you?
 9           A.    I'm not familiar with Dr. Jay
10    Bhattacharya.
11           Q.    How about Martin Kulldorff,
12    K-U-L-L-D-O-R-F-F?
13           A.    I'm not familiar with Martin
14    Kulldorff.
15           Q.    You don't remember those names ever
16    coming up?
17           A.    Ever coming up?  I've never heard
18    that -- that name before, sir.
19           Q.    Okay.  How about Aaron Kheriaty,
20    K-H-E-R-I-A-T-Y.
21           A.    I do not know Mr. Kheriaty.
22           Q.    Have you ever heard his name before?
23           A.    I have not heard his name before this
24    moment.
25           Q.    About America's Frontline Doctors, an
```

```
 1    organization.  Do you remember that ever coming up?
 2            A.    I don't have any recollection of
 3    America's Frontline Doctors.
 4            Q.     How about Robert F. Kennedy, Junior?
 5            A.    I have heard of Robert F. Kennedy,
 6    Junior.
 7            Q.     What have you heard about him?
 8            A.    I know that he is a vaccine skeptic.
 9            Q.     What -- what -- has his name ever
10    come up in connection with online misinformation
11    about COVID vaccines?
12            A.    Only in what I've read in my personal
13    capacity.
14            Q.     How about in your official capacity?
15    Is that a name that's ever crossed your desk?
16            A.    No, it is not.
17            Q.     There's multiple references in this
18    report to the involvement of the Surgeon General's
19    office in the Virality Project.  Who would know --
20    and there's five references to Dr. Murthy.  Who in
21    the Surgeon General's office would know whether or
22    to what extent the Surgeon General's office is
23    involved in the Virality Project?
24            A.    So I'm not familiar with the Virality
25    Project, and -- but I think given the -- given the
```

1  area that this is focused on, misinformation, I

2  would assume the only people who could know would

3  be Kyla Fullenwilder, Daniel Tartakovsky, Tyiesha

4  Short, Rafael Compos, Max Lesko, and Dr. Murthy

5  himself.

6          Q.    I think all those names have come up

7  today already except I don't remember you

8  mentioning Tyiesha Short.  Who's she?

9          A.    I think I mentioned Tyiesha in

10  passing.  She reported to Daniel Tartakovsky.

11  She's another policy expert in the policy team, so

12  I'm not precisely sure about Tyiesha's role in the

13  development of the advisory, but she reported to

14  Daniel, and I believe that she was someone who did

15  some research for the -- the report itself.

16          Q.    So you're -- you're -- the report

17  being health advisory?

18          A.    Yeah, sorry.  The -- the health mis-

19  and disinformation advisory.

20          Q.    So that's your kind of educated

21  speculation as to who would be likely to know would

22  be those names?

23          A.    That's correct, sir.

24          Q.    Yeah, and I guess that makes sense

25  because the report says that the health advisory

1    adopted essentially the approach of the Virality

2    Project, so the people most likely to know about

3    the Surgeon General's involvement in the Virality

4    Project would be the people who were involved in

5    drafting the health advisory, right?

6         A.    You're -- what you're describing

7    is --

8         Q.    And so you mentioned the policy team,

9    Dr. Murthy himself, and Max Lesko, right?

10        A.    I mentioned Daniel and Tyiesha from

11   the policy team.  As we described previously on the

12   org chart, Kyla Fullenwilder technically reports to

13   the design team, to Anne Kim, and then Max Lesko

14   and Dr. Murthy.

15             At some point when he was in the

16   office, Adam maybe would have -- Adam Beckman would

17   be someone who may know because during this time,

18   we did not have a policy director and Adam was

19   functionally the policy director, during that, you

20   know, until sometime I think in late August, early

21   September when we got a policy director.  So Adam

22   Beckman is the only other person I didn't mention

23   in our first round of this question.

24        Q.    Okay.  I'm going to put up Exhibit

25   30.  Can you see it on the screen share?

ERIC WALDO  12/22/2022

```
 1        A.    Yes, I can.  And I also have the
 2   document in front of me from government counsel.
 3        Q.    And this is an e-mail chain going to
 4   September 18th from Brian Rice.  I think he's
 5   emailing you and some White House people, right?
 6   Courtney Rowe, is she in the White House?
 7        A.    Yes, Courtney was a member of the
 8   COVID-19 team.
 9        Q.    What was her role exactly?
10        A.    I'm not positive, but I think she was
11   a -- the communications lead.  She -- I knew
12   Courtney previously in the Obama administration as
13   a communications lead, so that's my very -- very
14   educated guess.
15        Q.    Did you interact with her with -- on
16   any misinformation-related issues in -- in the
17   Biden administration?
18        A.    After the report came out, at some
19   point, we did have a call that Courtney was on --
20   between the Office of the Surgeon General and
21   members of the COVID-19 team to discuss
22   misinformation.
23        Q.    Yeah, what kind of misinformation
24   concerns were discussed?
25        A.    It was overall just a call to talk
```

1  about whether or not we were going to do any

2  other -- of that sort of public-facing events or

3  there was any other sort of press-related things we

4  were going to do to talk about the issue.

5       **Q.    And what was the -- did the White**

6  **House people want you to do more or what was the**

7  **nature of the discussions?**

8              MS. CHUZI:  Objection.  To the extent

9  that the question is asking for privileged

10  information, I would instruct the witness not to

11  answer.

12             THE WITNESS:  On the advice of

13  counsel, I will not answer the question.

14       **Q.    (BY MR. SAUER)  Let me ask you about**

15  **the e-mail on the shared screen.  Where -- do you**

16  **remember Brian Rice writing to you -- he says Eric**

17  **and team.  I assume Eric is you, and the team is**

18  **Courtney Rowe, DJ Patil, and Rob Flaherty; is that**

19  **fair to guess?**

20       A.    Yes.  I think if you look at the

21  chain, it starts -- it starts with just a COVID

22  inside report from the 21st, then another report on

23  the 7th.  So yes, I think it's -- it's fair to

24  assume he's -- he's referring to me and the -- the

25  COVID-19 team.

1          Q.    And as to those COVID reports,

2     those -- during all this time frame, Facebook is

3     sending those to you guys every two weeks,

4     basically, right?

5          A.    That sounds correct, sir.  I think

6     it's been referred to in these documents as

7     biweekly.  That sounds accurate.

8          Q.    And that continues, I think, all the

9     way until the following summer of 2022, right?

10    Because you mentioned earlier that at one point,

11    Facebook kind of said we want to stop it, and the

12    response was no, please keep sending them because

13    we have early childhood vaccine authorization in

14    the summer of 2022, right?

15         A.    Early childhood happened before then,

16    I think.  I don't -- I don't -- I know this because

17    I also have a child -- yeah, and maybe it was,

18    like, late spring, but, yes, they -- they

19    continued -- we continued to receive them on a

20    biweekly basis for a while, but I don't know that

21    anyone was doing anything with them.

22         Q.    Are you still getting them?  I mean,

23    I know you've changed in a different role as senior

24    advisor.  Do you know if they're still here in

25    November of 2022?

```
 1          A.    I don't think I'm getting them
 2    anymore, sir.
 3          Q.    It says Eric and team in this e-mail,
 4    and he talks about:  I'm sure you saw yesterdays's
 5    story in the Wall Street Journal about spread of
 6    COVID mess -- COVID-19 misinformation and comments
 7    on Facebook.  Right?
 8          A.    Yes, that's the -- yeah, I'm sure you
 9    saw yesterday's story in the Wall Street Journal --
10    sorry, WSJ -- about the spread of COVID-19
11    misinformation and comments on Facebook.  The
12    story, largely based on cherry-picked leaked
13    documents, doesn't accurately represent the problem
14    or the solutions we have put in place to make
15    comments on posts about COVID and vaccines safer.
16    Yes.
17          Q.    Yeah.  So in other words, Brian is
18    referring to a recent media article about COVID-19
19    misinformation on Facebook, and he's trying to kind
20    of refute the article to -- to you guys, right?
21          A.    Yes, that is what -- it appears
22    that's what he's trying to do, yes.
23          Q.    And Rob Flaherty is the one who
24    responds to this e-mail, right?
25          A.    Yes, Rob is the one who responds on
```

1  Saturday, September 18th.

2       Q.    **Which is the same day that Brian sent**

3  **his, right?  It falls on Saturday?**

4       A.    Yes.  And again, sir, just for the

5  benefit of you, to the extent it's relevant, my

6  child was born on September 17th, so I was not

7  checking e-mail.  There was an out-of-office reply

8  for me starting on the 16th.  So I -- while I'm

9  seeing these now, I definitely was not responding

10  to these or looking at them.

11       Q.    **I gotcha.  Well, let me ask you this:**

12  **Rob says:  Happy to talk about it, Brian.  Would be**

13  **interested to see, as we have long asked for, how**

14  **big the problem is, what solutions you're**

15  **implementing, and how effective they have been,**

16  **right?**

17       A.    Yes, that is what Rob writes to

18  Brian.

19       Q.    **Right.  And then Rob says:**

20  **Understood, Rob.  We will circle back over the next**

21  **few days to brief.**

22            **Right?**

23       A.    That is what, yes, Brian writes to

24  Rob.

25       Q.    **Yeah, and you may not have been that**

**ERIC WALDO  12/22/2022**

```
 1    focused, given your personal situation at the time,

 2    but do you know whether there was a briefing on

 3    this?

 4         A.   I do not.

 5         Q.   Do you know whether Facebook talked

 6    to, you know, Courtney, Rob Flaherty, DJ Patil

 7    about this in your absence?

 8         A.   I do not.

 9         Q.   Exhibit 31.  Do you remember this

10    e-mail from the Google/YouTube team in

11    September 29th?

12         A.   So I would have been on paternity

13    leave during this time.

14         Q.   Okay.  And in this e-mail, they

15    report back to you and Nancy S. Negron about --

16         A.   Negron.

17         Q.   Yeah, who's she?

18         A.   Nancy Negron was my deputy director

19    of engagement.

20         Q.   And they report back about having a

21    COVID-19 vaccine misinfo policy that allows them to

22    remove a limited list of verified false claims

23    about COVID vaccines, right?

24         A.   Yes, that's what the e-mail says.

25         Q.   And they also report back to you guys
```

1    that they're introducing a new policy that

2    prohibits content that includes harmful

3    misinformation about the safety, efficacy, and

4    ingredients for the vaccines, right?

5         A.    Yes, that's what the e-mail says.

6         Q.    Is this an unsolicited e-mail or are

7    they responding to some kind of communication or

8    request from you guys, do you know?

9         A.    I'm not positive, but it would appear

10   to be an unsolicited e-mail.

11        Q.    I know that you had said earlier that

12   you reached out to Facebook, Twitter, and YouTube

13   in the aftermath of the health advisory that --

14   to -- to see what steps they were taking.  Is that

15   response to that request for information?

16        A.    Could be.  I'm not certain, to be

17   honest with you.  But based on both my departure --

18   and I think I had had an out-of-office at this

19   moment, which may have led them to add Nancy.

20   Nancy was also just coming on, and I don't think

21   her HHS e-mail had been set up yet, but I'm not --

22   I'm not positive.

23        Q.    Let's look at Exhibit 32.  Can you

24   see this one on screen share?

25        A.    Yes, I see this note.

**ERIC WALDO  12/22/2022**

Page 298

1          Q.    Do you remember, Rob Flaherty copies
2    you on this, the initial e-mail, to Brian Rice of
3    Facebook.  Do you remember being copied on this?  I
4    think you -- I think you may have said you were out
5    for 30 days.  Looks like you're probably just back
6    from paternity leave, your first stint of paternity
7    leave.  Do you remember this?
8          A.    Yeah, I was probably just back.  As
9    I'm looking at it -- hold on.  I do recall that
10   for -- for vaccines for -- for kids, Kristina
11   Schake and others were leading the outreach.
12         Q.    Kristina Schake, is she in the Office
13   of Surgeon General or Office for HHS?
14         A.    No, she was elsewhere in HHS.
15         Q.    Okay.  And Rob here, I think,
16   initiates this and asks for a meeting with
17   Facebook, right?
18         A.    Yes, I think to discuss outreach for
19   kids' vaccines.
20         Q.    Yeah, 5 to 11 vaccine is the
21   authorization for children ages 5 to 11, right?
22         A.    That's correct, and -- vaccines for
23   -- for young people ages 5 to 11.
24         Q.    And he says:  We'd like to talk about
25   what we're seeing as the biggest headwinds we're

**ERIC WALDO  12/22/2022**

1   **going to face and discuss what you-all are planning**

2   **as we move into the next phase, right?**

3        A.   Yes, that's what Rob has written to

4   -- to Brian.

5        **Q.   And Rob says:  We remain concerned**

6   **about mis- and disinformation on feed and in**

7   **groups, and the wide reach of hesitancy inducing**

8   **content across your platform, right?**

9        A.   Yes, that's what Rob has written to

10  Brian.

11       **Q.   And he says:  With that said, we hope**

12  **as ever that this will be a productive and**

13  **forward-looking conversation, right?**

14       A.   Correct, that is what Brian has -- or

15  what Rob has written to Brian.

16       **Q.   So Rob's asking for a meeting where**

17  **one of the concerns he wants to talk about is mis-**

18  **and disinformation on feed and in groups on**

19  **Facebook's platforms, right?**

20       A.   I'm not sure.  He definitely says

21  there that he's concerned about it.  But in

22  general, it seems like the subject is they want to

23  talk about headwinds.  They're concerned about

24  misinformation and they want to have a productive

25  conversation about how to help on -- I think

**ERIC WALDO  12/22/2022**

```
 1   probably share what the admin's plans are for the 5

 2   to 11 rollout.

 3        Q.    And their concerns include mis- and

 4   disinformation on feed and in groups, correct?

 5        A.    That is what Brian has -- says in his

 6   e-mail.

 7        Q.    Rob, right?  Not Brian?

 8        A.    Sorry, sorry.  That's what Rob has

 9   written to Brian.

10        Q.    Yeah, and then he's -- another

11   concern is the wide reach of hesitancy-inducing

12   content across your platform, right?

13        A.    Yes.

14        Q.    Do you know, did this meeting

15   occur --

16        A.    I'm not certain.

17        Q.    -- because Rob says -- Thanks, Rob,

18   we welcome the opportunity and adding Felicia on

19   our end to help coordinate, right?

20        A.    Yeah, I'm guessing.

21        Q.    Did this meeting occur?

22        A.    I'm not certain.  Probably.  If they

23   added schedulers, usually those meetings happen.

24        Q.    Were you included in the meeting?  I

25   mean, you're on the list of recipients.  Were you
```

**ERIC WALDO  12/22/2022**

```
 1   included in that meeting, do you recall?
 2        A.    I don't recall.
 3        Q.    How about at -- your colleague at
 4   HHS, Kristina Schake?
 5        A.    Kristina was likely on that call.
 6        Q.    But you don't -- you don't know if
 7   you were.  Was anyone else in the Office of Surgeon
 8   General on that call?
 9        A.    So Kristina Schake ran -- ran the
10   public engagement campaign for vaccines at HHS, so
11   that was -- we sort of took our marching orders on
12   some of those, like, public-facing pieces from
13   Kristina, so she would have led, and then possibly
14   looped in Alex Phillips, our communications
15   director, based on what they wanted us to do to
16   help -- help roll out the -- the vaccine.
17        Q.    Okay.  Do you have any understanding
18   of what was discussed in this meeting?
19        A.    I don't recall.  I don't recall if I
20   was on the -- the call or -- or what would have
21   been discussed.
22        Q.    So you may have been on the call, but
23   you're not sure?
24        A.    It's possible.  I may have been on
25   it.  I -- around this time, we ended up doing, for
```

**ERIC WALDO  12/22/2022**

 1  the rollout, an event with Dr. Biden, so I remember

 2  that was sort of how we were engaging with the

 3  White House on the kids' vaccine rollout.

 4       Q.   Let's look at Exhibit 33.  Not long

 5  after that Wall Street Journal article, there was

 6  another Washington Post article criticizing

 7  Facebook for misinformation, right?  Do you

 8  remember that?

 9       A.   I think -- is that the Frances

10  Haugen, the leaker op ed, or no.

11       Q.   I believe it had to do with Frances

12  Haugen.

13       A.   Okay.

14       Q.   Does that ring a bell?

15       A.   Yes.

16       Q.   October 28th of 2021?

17       A.   Yes, I do recall when the article

18  came out about the leaker, yes.

19       Q.   And Dr. Murthy retweeted the article

20  on October 28th saying he was deeply disappointed

21  to read this story, right?

22       A.   Yes, he -- that his -- his tweet

23  says:  I was deeply disappointed to read this.

24       Q.   And he refers back to the -- the

25  advisory on health misinformation and states:  I

1    stated clearly that tech platforms have a

2    responsibility to improve our health information

3    echo system.

4              Right?

5        A.    Yes, that is what Dr. Murthy tweets.

6        Q.    And then he's got a several-tweet

7    thread on this, at the bottom, which he says:  We

8    must demand Facebook and the rest of the social

9    media ecosystem take responsibility for stoping

10   health misinformation on their platforms.  The time

11   for excuses and half-measures is long past.  We

12   need transparency and accountability now.  The

13   health of our country is at stake.

14             Correct?

15       Q.    That's correct.

16       A.    That's what Dr. Murthy has tweeted.

17       Q.    Were you involved in crafting these

18   tweets for Dr. Murthy?

19       A.    I was involved in reviewing them.  I

20   think there was a deliberation between the

21   communications team and Dr. Murthy about what the

22   content would be of this Twitter thread.

23       Q.    And were you involved in formulating

24   the content?

25       A.    I -- I looked at different drafts and

**ERIC WALDO  12/22/2022**

```
 1   helped on different drafts, but ultimately, this
 2   was a -- what Dr. Murthy ended up writing --
 3   drafting himself.
 4         Q.    Okay.  So he was the author of the
 5   these, principally?
 6         A.    I think, again, as you know, writing
 7   is a complicated process.  I think there was a
 8   draft from -- a draft from the -- probably -- I
 9   don't recall, but my guess based on how the office
10   tended to work was there would have been a draft
11   from the communications team of a tweet thread,
12   then there was probably a version control where
13   then I maybe made some edits and I had a version,
14   and then Dr. Murthy ultimately came in and -- and
15   -- and made the final and substantial edits to what
16   he wanted there to be from -- from his Twitter
17   account.
18         Q.    Do you have an understanding --
19         A.    I'm sorry.
20         Q.    Go ahead.
21         A.    And I would say, in addition, likely,
22   and I don't recall, someone from the policy team
23   would have reviewed the content to ensure the
24   integrity of our -- you know, of our scientific
25   accuracy.
```

1          Q.     Do you have an understanding of what
2   message was being -- was intended to be conveyed by
3   this tweet thread?
4          A.     I mean, I think it -- I think the --
5   the tweet thread speaks for itself to say that
6   it's clearly Dr. Murthy expressing disappointment,
7   and then in the thread talking about -- I think
8   really referencing things that are referenced in
9   the advisory, doing this vis-a-vis his Twitter
10   thread about how -- why -- why it's important for
11   us to have more transparency and accountability
12   around health misinformation, especially vis-a-vis
13   the social media organizations.
14          Q.     Yeah, and the very last tweet, he
15   sums it up by demanding that Facebook and the other
16   platforms do more, or take responsibility for
17   stopping health misinformation on their platforms,
18   right?
19          A.     Yes.  He writes:  We must demand
20   Facebook and the rest of the social media ecosystem
21   take responsibility for stopping health
22   misinformation on their platforms.
23          Q.     And he goes on to say:  The time for
24   excuses and half-measures is long past.
25                 Right?

**ERIC WALDO  12/22/2022**

 1      A.    Yes, that's his next line in his

 2  tweet thread.

 3      **Q.    And so that was a carefully crafted**

 4  **message.  It sounds like there were a lot of people**

 5  **who thought about exactly what to say in this tweet**

 6  **thread, including yourself as one of them, right?**

 7      A.    Whether it's carefully crafted or

 8  not, it was lots of work went into it.  I don't

 9  know if that means it was careful, but I appreciate

10  what you're trying to say.

11      **Q.    Let me pull up Exhibit 35.  That same**

12  **day, October 28th, that the -- the Surgeon General**

13  **tweeted that Washington Post article, Rob Flaherty**

14  **e-mailed Brian Rice a link to the same article with**

15  **a subject line:  Not even sure what to say at this**

16  **point.**

17           **Correct?**

18      A.    Yes, that's Rob's e-mail to Brian.

19      **Q.    Yeah, so that's all he says in the**

20  **e-mail, he links the article and says in the**

21  **subject line:  Not even sure what to say at this**

22  **point.**

23           **Right?**

24      A.    Yes, that's what his e-mail says in

25  the subject line to -- to Brian.

**ERIC WALDO  12/22/2022**

```
 1          Q.     What -- let me ask you this:  Was
 2   there any coordination between you and your office
 3   and Rob Flaherty about you have the tweets and they
 4   have the e-mail of Facebook.  Was that -- was that
 5   just a coincidence that you both raised in
 6   different venues, or was there a kind of
 7   coordination there?
 8          A.     There was no coordination.
 9          Q.     So it's a coincidence that Rob
10   happened to send the same article to Brian Rice
11   that you guys had written the tweet thread for
12   about -- with Dr. Murthy on, right?
13          A.     I think this was one of the most
14   popular articles in all of news that week, so I'm
15   not surprised that people who care a lot about this
16   issue were certainly hitting up Facebook about it.
17          Q.     You say you both hit up Facebook in
18   different ways, right?  You with a tweet thread and
19   Rob with a e-mail?
20          A.     We -- we commented upon it using our
21   public platform to -- to comment upon the substance
22   of the article.  And Rob e-mailed, you know, Brian.
23          Q.     And -- and then Brian sent a kind of
24   response where he tries to justify what their
25   practices are and he disagrees with the analysis in
```

1    the article, right?

2         A.    Yes, that's what Brian writes to Rob.

3         Q.    And then Brian forwards that e-mail

4    chain to you, right?  And a few days later, saying

5    we heard from Rob Thursday as well regarding

6    Thursday's Washington Post story, right?

7         A.    Yes, Brian forwards me the

8    interaction between the two of them.

9         Q.    Yeah, and then he says:  I saw the

10   Surgeon General's reaction on Twitter.

11              Presumably that's a reference to the

12   Twitter thread we just looked at, right, from

13   October 28th?

14        A.    Yes.

15        Q.    And it says:  We want to make sure

16   you have the context necessary as we feel strongly

17   the claims in the story are not accurate.  Right?

18        A.    Yes, that's what Brian has written to

19   me.

20        Q.    Then he asks you for a meeting,

21   basically, says:  Please let me know if you have

22   time for a longer conversation next week, right?

23        A.    Yes, he requests a meeting by asking

24   me for time.

25        Q.    Did you, in fact, meet with him, do

**ERIC WALDO 12/22/2022**

```
1    you recall?
2           A.    I don't think I did.
3           Q.    Did you respond to his request for a
4    meeting in any way?
5           A.    I probably wrote something, but maybe
6    not.  I'm not sure.  I tried to be responsive, but
7    I'm not sure if I wrote back.  If you have that
8    e-mail, I'd be happy to look at it.
9           Q.    I'm trying to remember myself.
10          A.    If you can refresh your recollection
11   and mine at the same time, we'll call it a win.
12          Q.    Let's look at Exhibit 36.  Second
13   page of this document, independent of the e-mail
14   with Rob Flaherty on the day of the Frances Haugen
15   article, October 28th, Nick Clegg e-mailed
16   Dr. Murthy directly, right?
17          A.    Yes, that first e-mail is from Nick
18   to Dr. Murthy on October 28th, yes.
19          Q.    He talks about the launching of the
20   Mediverse and so forth, and at the end, he talks
21   about the intense debate that's been prompted by
22   the documents that have been disclosed by a former
23   employee, right?
24          A.    That last paragraph, yes.
25          Q.    Yeah.  That's a reference to the
```

```
 1     Washington Post article, presumably, right?

 2            A.    Yes, I -- yes.

 3            Q.    And then you're the one who responds

 4     to this e-mail, scrolling up to the first page, on

 5     the next day, October 29th.  You send an e-mail to

 6     Nick Clegg and Brian Rice.  You're kind of omitting

 7     Dr. Murthy from the e-mail chain, right?

 8            A.    That's correct.

 9            Q.    Yeah.  And you mention that -- you

10     thank him for the note to Dr. Murthy, and you say:

11     I did want to say that we have seen the recent

12     public reports around Facebook and the

13     misinformation, right?

14            A.    Yes.

15            Q.    And you say:  We're certainly

16     concerned about what we are seeing, given our

17     emphasis on health misinformation in our advisory

18     and the ongoing conversation our teams have been

19     having.

20                  Right?

21            A.    Correct.

22            Q.    Are there any conversations your

23     teams have been having at this stage that we

24     haven't covered by talking about these e-mails and

25     so forth in your testimony today?
```

**ERIC WALDO  12/22/2022**

```
 1        A.    No.

 2        Q.    So there's -- go ahead.

 3        A.    Sorry, sir.  Can you repeat your

 4   question?

 5        Q.    Yeah.  Were there any other

 6   conversations in this period from July and October

 7   of 2021 between your teams about misinformation?

 8        A.    Not to my knowledge.

 9        Q.    You go on to say:  As has been the

10   case, you'll continue to see us raising the issue

11   of health misinformation in public and private as a

12   critical public health issue.

13              Right?

14        A.    Yes, that's what I write.

15        Q.    Yeah.  What -- what are the private

16   conversations where you're going to continue

17   raising the issue of health misinformation?

18        A.    I assume in that -- in the context of

19   that -- of that e-mail, I think I'm trying to say

20   we're going to talk, this is an issue we've raised

21   as a priority, that we -- that's why we issued an

22   advisory, and when people come and talk to us,

23   whether it's at a -- a panel or on Meet the Press,

24   or it's a meeting with a stakeholder that's in

25   private, they'll say what are your issues of
```

**ERIC WALDO  12/22/2022**

```
 1   importance?
 2              And you'll see Eric Waldo or
 3   Dr. Murthy or whomever would stand up and say the
 4   issues we're talking about are:  Health
 5   misinformation, youth mental health, workplace
 6   mental health, clinician burnout, et cetera.  So
 7   that's one of the issues that we were going to keep
 8   talking about.
 9        Q.    How about that issue of -- that used
10   the word "private".  What are the private
11   conversations where you raise it?
12        A.    Again, I think as I've just
13   mentioned, sir, as you know, in the government,
14   you're not always just doing a panel that's open
15   press, you're meeting with stakeholders, you know,
16   in closed-door meetings and they ask you what your
17   priority areas are or what areas they might want to
18   partner with you.
19              And so my philosophy as a chief --
20   you know, as a public engagement official is that
21   -- explain to anyone who work -- who's working with
22   us or meeting with us overall what our office is
23   focused on.  And certainly at this time, in
24   nonpublic meetings, I was telling people of any
25   kind, whether it was one at the PTA or someone else
```

1    to say when someone says, what is the Surgeon

2    General interested and what is he working on, I'd

3    say:  You saw that we issued -- we're working on

4    COVID-19.  You saw us issue an advisory on health

5    mis- and disinformation.  You saw, you know, coming

6    soon, youth mental health, workplace mental health,

7    clinician burnout, social isolation and loneliness.

8          So I would say that talking about

9    health mis- and disinformation was in our talking

10   points of when we talked to stakeholders in public

11   and private.

12       **Q.**   **You say talking points.  I think you**

13   **referred to them this morning, too.  Did you**

14   **actually have literal talking points when you would**

15   **go into these meetings, and specifically the**

16   **meetings with social media platforms?  Did you talk**

17   **to them about the meetings --**

18       A.   No.

19       **Q.**   **Would you actually have a document**

20   **that was your talking points?**

21       A.   No.

22       **Q.**   **Okay.  So you're referring to them**

23   **kind of virtually or analogously?**

24       A.   Yeah.  I think when you're trying to

25   describe any office you work in or that I've worked

1   in, you want to be able to have the elevator pitch

2   of what you're working on and ways you want to

3   collaborate and what your priorities are.

4          **Q.    In this e-mail that's on the screen,**

5   **Exhibit 36, you know, you said that point about**

6   **the -- that we just discussed.  And Brian responds**

7   **by asking you for a meeting, and I think you**

8   **responded, "Let me get back to you next week once**

9   **we're done crashing on our rollout of vaccines**

10  **5-11."  Right?**

11         A.    Yes.

12         **Q.    So you kind of put him off.  Did you**

13  **ever give him that meeting, do you recall?**

14         A.    I don't think I did.

15         **Q.    Okay.**

16         A.    But I'm not sure.  If you can show me

17  that meeting, I'm happy to talk about it, or not

18  remember it, but I -- I don't -- I don't think --

19  I -- I was not -- I was not looking to spend more

20  time with Brian or folks at Facebook.

21         **Q.    Was it -- was it a tense relationship**

22  **by this stage?**

23         A.    No.  Actually, I think as we've

24  discussed, you know, I think the Surgeon General's

25  office, I think we felt like we raised the issue,

 1   and that as I mentioned before in the conversation,

 2   you know, we had other priorities that we needed to

 3   move on to, and with a, you know, small but mighty

 4   team and limited bandwidth, we had done our part in

 5   -- in the relay race of policy work, and we're now

 6   trying to continue to move on to other priority

 7   areas.

 8        Q.   Can you look at Exhibit 37, which is

 9   up on the screen?

10        A.   Sure.

11        Q.   Taking this -- scrolling down to the

12   bottom, so we're taking these e-mails in kind of

13   chronological order, there's an e-mail from Brian

14   Rice to Rob Flaherty, you, Courtney Rowe, and Becca

15   Siegel.  Do you see that?

16        A.   I do.

17        Q.   So that's dated October -- Friday,

18   October 29th, right?

19        A.   Yes, yes.  Sorry, I was looking at

20   the e-mail above that.  Yes, the Friday, October

21   29th e-mail, yes.  COVID insights and plan for

22   approval of kids' vaccines, yes.

23        Q.   And then he says:  Thanks again -- in

24   the beginning of this, he says:  Thanks again for

25   taking the time to meet with us on Monday.  Right?

1        A.    Yes.

2        Q.    **Okay.  Do you remember that meeting?**

3  **It sounds like you and Rob Flaherty and Courtney**

4  **Rowe and Becca Siegel were involved in that?**

5        A.    So I think that's what you were

6  asking me before when they -- when Rob asked for

7  time to talk about the kids' vaccine rollout, and I

8  said I wasn't sure if I attended.  So it looks like

9  I probably did, if he's addressed -- or he's just

10  still cc'ing me and thanking Rob and Courtney, or

11  folks who attended the meeting.

12        Q.    **So you're still not sure whether**

13  **you -- I take it this would have been -- if this is**

14  **the 29th, that meeting would have happened on**

15  **Monday the 25th, right?**

16        A.    That sounds right.

17        Q.    **And you don't -- you still -- based**

18  **on this, you're still not sure whether you're at**

19  **that meeting, right?**

20        A.    I honestly don't recall.

21        Q.    **Okay.**

22        A.    Again, we had a launch that we were

23  doing with Dr. Biden for kids' vaccine, and that

24  was taking a lot of my time.

25        Q.    **In this e-mail, one of the first**

 1    things they say is:  As discussed -- so discussed

 2    in the meeting.  As soon as the EUA is issued -- I

 3    take it that's the emergency use authorization --

 4    for vaccines for children 5 to 11, we will also be

 5    able to apply claims for our current misinfo

 6    policies for COVID-19 vaccines to include claims

 7    about child vaccinations, right?

 8           A.    Yes, that's what he's written in this

 9    e-mail.

10           Q.    So do you remember him being -- he

11    says that -- he indicates that was discussed in the

12    meeting on October 25th.  Does that ring a bell?

13           A.    Okay.

14           Q.    Do you remember them discussing that

15    they were going to expand their misinformation

16    policies to include claims about child vaccination?

17           A.    As I mentioned, I'm not sure if I

18    attended this meeting, but I don't recall.

19           Q.    Yeah, so none of this rings a bell

20    about several -- they say several claims that we

21    will be able to remove as soon as the CDC debunks

22    them, such as COVID vaccines giving children Bell's

23    palsy and blood clots and so forth.

24                 Does that ring a bell at all?

25           A.    It does not.

1      Q.    Do you remember the CDC being

2   mentioned in any conversations with Facebook about

3   misinformation?

4      A.    I do not.

5      Q.    And this e-mail is actually sent to

6   you guys the day after -- I guess, yeah, the day

7   after the Frances Haugen article and Surgeon

8   General Murthy's tweet, right?

9      A.    That sounds correct.

10      Q.    Yeah, October 28th was the date of

11   those, and October 29th is the date of this e-mail?

12      A.    Okay.

13      Q.    Yeah, so immediately after -- the day

14   after that tweet, Facebook e-mails the group of you

15   and reports back how they're going to apply their

16   current misinfo policies to things about child

17   vaccination, right?

18      A.    That is the day after, correct.

19      Q.    Yeah, and then they follow up again,

20   if you scroll back up, on the next Thursday,

21   November 4th, where Brian Rice says to you he

22   wanted to follow up and share what steps we've

23   taken over the last several days, as the FDA and

24   CDC approvals have now been granted, right?

25      A.    Yes.

**ERIC WALDO  12/22/2022**

1       Q.    And it says:  Last Friday, we updated

2    our misinformation policies for COVID-19 vaccines

3    to make clear that they apply to claims about

4    children, including Bell's palsy and blood clots

5    and multiple sclerosis, right?

6       A.    Yes, that's what the e-mail says.

7       Q.    So -- and this would be a, I guess,

8    less than a week after the tweets about the Frances

9    Haugen article, correct, where they're giving you a

10   second update about applying their misinformation

11   policies to content about child vaccination, right?

12      A.    That's correct.

13      Q.    Let's briefly look at Exhibit -- just

14   a second.

15            MR. SAUER:  David, what's our

16   on-the-record time?  You're muted.

17            THE VIDEOGRAPHER:  One second,

18   please.  We are at 5:42.

19      Q.    (BY MR. SAUER)  Okay.  Let's look at

20   Exhibit 38.  After that Washington Post article on

21   October 28th, the Surgeon General gave a series of

22   public statements and podcasts where he talked

23   about health -- or speeches where he talked about

24   health information, correct?

25            MS. CHUZI:  Counsel, the exhibit is

1  not on the screen.  I don't know if you intended to

2  pull it up just yet, but it's not on the screen.

3      Q.    (BY MR. SAUER)  Following that

4  October 28th Washington Post article, did the

5  Surgeon General do a series of public statements

6  and podcasts and so forth about health

7  misinformation?

8      A.    I'm not sure.

9      Q.    Okay.  Do you remember a discussion

10  after the October 28th article of having the

11  Surgeon General's office take a more proactive role

12  in using the bully pulpit, so to speak, to

13  emphasize the issue of health misinformation?

14      A.    After the October 28th meeting?

15      Q.    October 28th, Washington Post

16  article.

17      A.    I do not recall that.

18      Q.    Okay.  For example, here's a podcast

19  that the Surgeon General gave on December 21st,

20  2021.  Does that ring a bell?  Did you know he was

21  doing that podcast?

22      A.    The podcast -- podcast was part of

23  the communications team, so Alex Phillips was the

24  one -- this is -- goes within the press team, so my

25  team wasn't responsible for preparation or creation

**ERIC WALDO 12/22/2022**

```
 1    of the podcast outreach, so I probably knew about
 2    it right before it happened, but I wasn't tracking
 3    it.
 4            Q.    And were you involved in kind of
 5    formulating his remarks for the podcast or anything
 6    like that?
 7            A.    I was not.
 8            Q.    Okay.  Just real briefly, then, if
 9    you scroll down, there's a little bit of it that's
10    transcribed by a court reporter here where he says:
11    I think, number 1, we have to track down where this
12    misinformation is coming from and understand how to
13    hold the platforms accountable, new technology
14    platforms that are driving so much of the
15    misinformation spread.
16                 Right?
17            A.    Yes, I -- I can see that.
18            Q.    That's another emphasis on the points
19    that are raised in the health advisory, right,
20    about holding them accountable for the spread of
21    misinformation on their platforms?
22            A.    Yes, this is consistent with his
23    previous statements as well as the content within
24    the advisory itself.
25            Q.    And he says:  They, the platforms,
```

1    are subjecting people in the United States and

2    around the world to extraordinary harm, and they're

3    doing so with little accountability and very little

4    transparency, right?

5          A.    Yes.  That is what he says on this

6    transcript.

7          Q.    And he says:  That can't be allowed

8    to continue because it's putting everyone's health

9    at risk.

10               Right?

11         A.    Yes, that's what Dr. Murthy says.

12         Q.    And he also says:  I do think that

13   part of what they have to do, the platforms, is

14   take aggressive action against people who are

15   intentionally spreading misinformation.

16               Right?

17         A.    Yes, that's what he says in this

18   podcast.

19         Q.    Okay.  And does that reflect kind of

20   the -- that kind of reflect or re-emphasize the

21   message in the health advisory?

22         A.    I think this is consistent with the

23   messaging we've reviewed all day today of the

24   advisory, the rollout, and public statements, yes.

25         Q.    Were -- in this time frame, now we're

1   to December of 2021, were there more communications

2   with the social media platforms directly, in

3   private, you know, that relate to them taking more

4   aggressive action against people spreading

5   misinformation?

6           A.    In December of 2021?

7           Q.    Yeah.

8           A.    Not to my knowledge.

9           Q.    Do you remember any -- any -- let me

10  ask this:  In the period between October of 2021

11  and December of 2021 or January of 2022, were

12  there -- do you recall any communications with any

13  of those social media platforms?

14          A.    I do not.

15                And, sir, I think I just want --

16  again, I mentioned at the top, but I'll remind you,

17  since it sounds like we're starting to get into

18  2022, I was on paternity leave sort of January

19  through early March of -- of 2022.

20          Q.    So you -- you may not be aware

21  whether or not people in the Surgeon General's

22  office had communications with social media

23  platforms in that time frame?

24          A.    It's possible that it could have

25  occurred while I was on leave, but I would assume I

**ERIC WALDO  12/22/2022**

1   would have been informed about those meetings when

2   I returned.

3           **Q.     Were you informed about any meetings**

4   **like that?**

5           A.    I mean, in general, I was checking in

6   with my team about major issues.  And I think,

7   given the scrutiny that we had seen from this

8   issue, I -- I think the team would have told me if

9   there had been a lot of meetings with Facebook or

10  other social media companies.

11          **Q.     Are you aware of any meetings between**

12  **anyone in the Surgeon General's office and any**

13  **social media platforms anytime from October of 2021**

14  **through March of 2022?**

15          A.    Not to my knowledge.

16          **Q.     And I take it during a lot of that**

17  **time from January to March, you were out on kind of**

18  **the second part of your paternity leave, right?**

19          A.    That's correct.

20          **Q.     Let me call up Exhibit 39 real**

21  **quickly.  Can you see this Surgeon General Murthy**

22  **on COVID mental health and Alyssa Milano's podcast**

23  **Sorry, Not Sorry?**

24          A.    I do see that this is a podcast, yes.

25          **Q.     And I take it this podcast occurred**

1  on January 3rd, 2022.  Does that ring a bell?

2      A.    So, again, I would have been out on

3  leave, but I remember that we were trying to

4  schedule this podcast.

5      Q.    Okay.  But you --

6      A.    I think it was -- it was a

7  rescheduled multiple times.

8      Q.    Okay.  And why was it rescheduled?

9      A.    Scheduling.

10     Q.    Those people had conflicts or Surgeon

11 General had conflicts?

12     A.    Correct.

13     Q.    And, again, were you involved in sort

14 of inputting into the kind of message that would be

15 conveyed in this podcast?

16     A.    No, that would have been designed by

17 the communications team.

18     Q.    Who's that, by the way?  Does that

19 include Alexandria Phillips?

20     A.    Yeah, so Alexandria Phillips is the

21 communications director, and was the communications

22 director at the time.

23     Q.    Who else is on that team?

24     A.    The team has grown.  She has a press

25 secretary, a chief of staff, a digital director, a

 1   speech writer, a sort of a correspondence

 2   story-bank person as well.  Those are some of the

 3   staffers that I'm aware of.

 4        **Q.    Okay.  Let me actually turn to --**

 5   **direct your attention to the transcript of**

 6   **Dr. Murthy's comments here in January of 2022.**

 7   **He's talking to the -- the host of the podcast, and**

 8   **he says, among other things -- sorry, I'm in the**

 9   **wrong spot.  Unless those platforms step up and**

10   **make their spaces safer and reduce the amount of**

11   **misinformation on their site, it's going to be**

12   **pretty tough to get a full handle on the spread of**

13   **misinformation.**

14              **Right?**

15              MS. CHUZI:  Objection.  I'd like to

16   call attention to the portion of this transcript

17   that says that it is not necessarily an accurate

18   transcription.

19        **Q.    (BY MR. SAUER)  Sure.  Do you see**

20   **there where the transcript reports he said:  Unless**

21   **those platforms step up and make their spaces safer**

22   **and reduce the amount of misinformation on their**

23   **site, it's going to be pretty tough to get a full**

24   **handle on the spread of misinformation?  Do you see**

25   **that?**

1          A.    I do see that.
2          Q.    **Yeah, and is that -- do you have any**
3    **reason to doubt that that's what Dr. Murthy said in**
4    **this podcast?**
5          A.    That -- I have not listened to the
6    podcast, I've not read the transcript before this
7    moment, but those talking points or that statement
8    seems aligned with the other -- with the advisory
9    and the other public statements we've seen thus
10   far.
11         Q.    **And -- and so that would be**
12   **consistent with all the messages we've talked about**
13   **today in this deposition from Dr. Murthy and your**
14   **office?**
15         A.    Yes.
16         Q.    **And then the podcast cuts to a -- a**
17   **-- a quote of President Biden, you see that,**
18   **saying:  The unvaccinated are responsible for their**
19   **own choices, but those choices have be shulled**
20   **(sic) by dangerous misinformation on cable TV and**
21   **social media.**
22               **Correct?**
23         A.    Do you think that means shilled?  I
24   don't -- I don't know what shulled means.
25         Q.    **Yeah, let me ask you this:  Do you**

 1   recall any discussion of using this quote from

 2   President Biden in the podcast, along with

 3   Dr. Murthy's comments?

 4        A.    No, I do not.

 5        Q.    And President Biden goes on to say:

 6   You know these companies and (inaudible) are making

 7   money by peddling lies and allowing misinformation

 8   that can kill their own customers and their own

 9   supporters.  It's wrong.

10             Right?

11             MS. CHUZI:  Objection.

12   Mischaracterization of the record.

13        Q.    (BY MR. SAUER)  Do you see where it

14   says that?

15        A.    I see that that is the -- the quote

16   from President Biden that says:  You know, these

17   companies and blank are making money by -- it says

18   pedally -- lies and allowing misinformation that

19   can kill their own customers and their own

20   supporters.  It's wrong.

21        Q.    Do you remember President Biden

22   saying that?

23        A.    Not really.

24        Q.    He goes on to say in the quote:  Not

25   just it's wrong, but it's immoral.  I call on the

ERIC WALDO  12/22/2022

```
 1    purveyors of these lies and misinformation to stop
 2    it.  Stop it now.
 3               Correct?
 4        A.    That is -- you're -- that is a
 5    correct reading of this transcript.
 6        Q.    Was it -- was it -- do you know if it
 7    was the Surgeon General's office's idea to use that
 8    statement from President Biden in connection with
 9    Surgeon General Murthy's comments calling upon the
10    technology companies to step up and make their
11    spaces safer and reduce the amount of
12    misinformation on their sites?
13        A.    Sir, I know you just repeated the
14    quote, but can you repeat the question?
15        Q.    Was it the Surgeon General's office's
16    idea to use President Biden's strongly worded quote
17    in connection with Dr. Murthy's comments in his
18    podcast?
19        A.    I don't know.  But my strong
20    speculation would be that we did -- the podcasts
21    that we went on were edited and run by whomever to
22    the -- to the desires of those podcast folks.
23        Q.    On the next page, the transcript
24    reports that Dr. Murthy said:  We're also asking
25    them to go after people who are superspreaders of
```

 1    misinformation on these sites, that they're causing

 2    harm.

 3              Correct?

 4         A.    That is what the transcript says,

 5    correct.

 6         Q.    And so that's consistent with Surgeon

 7    General Murthy's prior public and private

 8    statements asking the social media companies to

 9    take action against superspreaders of

10    misinformation, right?

11         A.    I consider that consistent, yes.

12         Q.    And in a sense, it kind of reinforces

13    the prior messaging going back to at least

14    July 15th, right?

15         A.    I think it's consistent with -- I

16    think it's entirely consistent and -- with the

17    messages that Dr. Murthy was sharing about health

18    mis- and disinformation.

19         Q.    Let's look at Exhibit 41.

20              MR. SAUER:  Amanda, this should be in

21    the third e-mail I sent you at the beginning of the

22    break.

23         Q.    (BY MR. SAUER)  Here's a

24    February 14th, 2022, panel discussion involving

25    Dr. Murthy.  I take it this would have happened

 1    when you were out on paternity leave as well,

 2    correct?

 3           A.    Yes, I was on paternity leave at the

 4    time of this panel.

 5           Q.    Okay.  Did you know that the Surgeon

 6    General was involved in this panel hosted by the

 7    Rockefeller Foundation?

 8           A.    I don't recall.  I don't -- I wasn't

 9    aware of this panel.

10           Q.    Okay.  Let's look at quickly, then --

11    I'm going to flip ahead to page 10 of the

12    transcript.  It talks about the speed scale and

13    sophistication with which misinformation is

14    spreading, right?

15           A.    Yes.

16           Q.    And it talks about how it's been

17    enabled, in fact, by technology platforms, right?

18           A.    Correct.

19           Q.    And again, that's, I take it,

20    consistent with the prior messaging that we

21    discussed today, from --

22           A.    Yes, I think this is -- yes, this

23    looks like a consistent message with what we've

24    seen in previous public statements, interviews, as

25    well as the advisory itself.

**ERIC WALDO  12/22/2022**

Page 332

```
1            Q.    And is it also true that these kinds
2    of messages were conveyed in private meetings and
3    conversations that we've talked about today?
4            A.    I think -- I don't have any -- any
5    update for what I've described about the private --
6    about the private meetings.  If I didn't recall
7    what had, then I don't recall.  And if I said I
8    recalled something, then that's the description.  I
9    don't have an update for those meetings.
10           Q.    Lower on the page, he says:  We
11   certainly need technology companies to step up and
12   do more to help reduce this spread of
13   misinformation and to be transparent with the
14   public about how much misinformation is being
15   transacted on their sites and so forth.
16                 Right?
17           A.    Yes, you've read that accurately.
18           Q.    Yeah.  And that, I take it, is very
19   consistent with the message of the health advisory,
20   right?
21           A.    Yes.  I think the message of -- of
22   asking an all-society approach, including
23   technology companies, to do more at a moment of a
24   pandemic and public health crisis is consistent
25   with Dr. Murthy's messaging.
```

1          Q.     On the next page here, page 11 of the
2   transcript, he goes on to say:  And of course,
3   there's a role for government here as well to set
4   safety standards to push for transparency and
5   accountability particularly from platforms.
6                 Right?
7          A.     Yes, that is the -- that is an
8   accurate reading of -- of what the transcript
9   that's being shown on the screen.
10         Q.     What does he mean, to your
11   understanding, about the role of the government in
12   setting safety standards when it comes to
13   misinformation?
14         A.     He says:  And of course, there's a --
15   can I take a look at this for a second?
16         Q.     Sure.
17         A.     I just want to make sure I'm reading
18   it in the right context.
19                Okay.  I don't know what he means by
20   safety standards, but he, in the next sentence,
21   talks about that -- that his office can call
22   attention to these challenges, which is what my
23   office is doing.  So, again, I think as we've
24   described previously, I think the role of the
25   Surgeon General is to help call attention to issues

1  of -- of national public health import.

2      Q.   Of course he says:  And also to call

3  attention to these challenges.

4           So calling attention is in addition

5  to setting safety standards.  Has there been any

6  discussions in the Surgeon General's office about

7  the government setting safety standards when it

8  comes to misinformation issues?

9      A.   Not -- not to my knowledge.

10     Q.   So do you know what Dr. Murthy's

11 talking about here?

12     A.   I do not.

13     Q.   Two pages later, he says:  I would

14 submit this is what we need the platforms to do is

15 we can't, I think, tolerate an environment anymore

16 where platforms are saying no, we're trying our

17 best, even though it's not good enough.  That's --

18 that's not good enough for society.

19           Correct?

20     A.   That is an accurate reading of that

21 transcript as presented on this screen.

22     Q.   And that's consistent with the

23 messaging of the health advisory and he emphasizes

24 that message, correct?

25     A.   I think -- I think, again, it's

**ERIC WALDO  12/22/2022**

1    consistent with the theme of we're asking people to

2    do more at the time of a public health crises where

3    people are dying every day during a historic

4    pandemic.

5          **Q.    He goes on to say:  We're seeing the**

6    **harms that are being visited upon us in terms of**

7    **not just COVID information, and you know, illness**

8    **and death, but in a whole range of other**

9    **circumstances, other than COVID information.**

10              **What other circumstances is he**

11    **talking about, do you know?**

12          A.    I don't know.

13              MS. CHUZI:  Counsel, I think we're at

14    the six-hour mark.  I think we've been going for an

15    hour if my -- if my counting is accurate.  I'm

16    wondering if now would be a good time to take a

17    break?

18              MR. SAUER:  Yeah, it sure is, and it

19    will give me a chance to cull through -- we are at

20    breaking point, but give me a chance to

21    whip through the last few exhibits and see what I

22    can pull out and see how quickly we can wrap up.

23              THE VIDEOGRAPHER:  The time is

24    3:29 p.m.  We are off the record.

25              (A short break was taken.)

ERIC WALDO  12/22/2022

```
 1                    THE VIDEOGRAPHER:  The time is 3:41
 2    p.m. Central Standard Time.  We are back on the
 3    record.
 4           Q.   (BY MR. SAUER)  Mr. Waldo, you're
 5    aware that on March 3rd the Surgeon General's
 6    office issued a Request For Information about
 7    social media misinformation.  You recall that?
 8           A.   Yes.
 9           Q.   Yeah.  And here on the screens share,
10    I'm showing you Exhibit 42 that I previously
11    e-mailed your counsel.  (Technical difficulty) this
12    the RFI --
13           A.   That's correct.
14           Q.   -- on here, right?  Yeah.  Called
15    Impact of Health Misinformation on the Digital
16    Information Environment in the United States
17    Through the COVID-19 Pandemic Request for
18    Information, right?
19           A.   That's correct.
20           Q.   And were you involved in formulating
21    this RFI at all?
22           A.   I was involved in meetings where the
23    -- where there was a discussion about whether or
24    not to do this RFI or for the overall strategy
25    around -- around this data by -- with -- with the
```

ERIC WALDO  12/22/2022

Page 337

1    team, yes.

2         Q.    Overall strategy.  What overall

3    strategy was there with -- regarding this RFI?

4         A.    I'm sorry, I didn't say strategy

5    about this RFI.  Strategy whether or not there was

6    going to be additional data requests to make and

7    how to make them.

8         Q.    Oh.  You mean additional data

9    requests.  What do you mean by that?

10        A.    I mean -- I shouldn't say additional.

11   I think there was a question of whether or not we

12   were going to -- going to make questions, you know,

13   ask for -- given that the -- given the

14   conversations with Facebook and others, was there

15   something more constructive we could do around

16   helping researchers have a better understanding of

17   what's happening in this community.  And so

18   ultimately, the RFI was -- was determined as the

19   path forward.

20        Q.    Okay.  So were there other paths

21   forward (technical difficulty) Surgeon General's

22   office --

23             (A discussion was held off the

24   record.)

25        Q.    (BY MR. SAUER)  Were there other

 1    paths forward about COVID-19 misinformation that

 2    the Surgeon General's office did or was this the

 3    only one at this time?

 4              MS. CHUZI:  Objection.  To the extent

 5    that question calls for information covered by the

 6    deliberative process privilege, I will instruct the

 7    witness not to answer.

 8              THE WITNESS:  On the advice of

 9    counsel, I will not answer the question.

10         Q.   (BY MR. SAUER)  I'm not asking about

11    deliberations.  I'm asking if there were actions

12    taken.  Did the Surgeon General's office do

13    anything other than RFI to address issues of COVID

14    misinformation in this time frame?

15         A.   Not to my knowledge.

16         Q.   Scrolling down, were you involved in

17    formulating, you know, kind of what kind of

18    information to ask for here in the RFI?

19         A.   No.

20         Q.   Who was involved in formulating kind

21    of the specific types of information to ask for?

22         A.   I think Kyla was the primary driver

23    on the RFI from a content expert perspective.

24         Q.   That's Kyla Fullenwider?

25         A.   That's correct.

```
 1            Q.    Do you know if she had input from
 2    Renee DiResta or other academics in formulating the
 3    RFI?
 4            A.    I do not.
 5            Q.    Do you know -- do you know who she --
 6    who she would have worked with in formulating it?
 7            A.    I do not.
 8            Q.    Do you know if anyone besides Kyla
 9    had any input into what information to ask for?
10            A.    I know that Kyla was running these
11    ideas by Max Lesko from an -- more of a process,
12    getting Dr. Murthy's input perspective.  More or
13    less of a content expertise perspective.  But I
14    think she certainly ran this by Max.
15            Q.    And that was to get Dr. Murthy's
16    approval on the approach taken?
17            A.    I believe so, yes.
18            Q.    Do you know if Dr. Murthy provided
19    input on the content of the RFI, asked for this
20    information, that kind of thing?
21            A.    I'm not certain.
22            Q.    Anyone else you know of besides
23    Dr. Murthy, Max Lesko, and Kyla Fullenwider
24    involved in the formulation of the RFI?
25            A.    Not to my knowledge.
```

ERIC WALDO  12/22/2022

Page 340

```
 1          Q.    What is Kyla's role in the Surgeon
 2   General's office in this time frame?  I remember
 3   she's in US Digital Response.  Is she a -- an
 4   employee of the Surgeon General's office by now or
 5   what's her formal role?
 6          A.    I'm not certain how -- what was the
 7   mechanism for how she was employed out of HHS, but
 8   I know she was doing work on behalf of the Surgeon
 9   General.
10          Q.    The RFI here on the -- I think it's
11   on the second page of the document -- asks for
12   information about technology platforms, correct?
13          A.    What page are you on, sir?
14          Q.    Second page of the document, here
15   down in the bottom right, column number 2,
16   Information about Technology Platforms.
17          A.    Yes.  That's correct.
18          Q.    And it asks number 3:  Information
19   about how widespread COVID-19 misinformation is on
20   individual technology platforms including general
21   search engines, content sharing platforms, social
22   media platforms, e-commerce platforms, crowdsourced
23   platforms, and instant messaging systems, correct?
24          A.    That's correct.
25          Q.    Were there discussions -- general
```

**ERIC WALDO  12/22/2022**

1    search engines, that's like Google, right?

2          A.    I assume so.

3          Q.    What's a content sharing platform?

4    Is that like Reddit?

5          A.    I'm not certain.  I don't -- I'm not

6    sure what the technical definition is there, but

7    it --

8          Q.    Do you know what kind of platform --

9          A.    Because that seems -- that seems

10   different than social media.

11         Q.    Yeah, what kind of platforms are they

12   referring to there, do you know?

13         A.    I do not.

14         Q.    It goes on to say social media

15   platforms, then e-commerce platforms.  What are

16   those?

17         A.    I presume places where you -- where

18   e-commerce occurs so...

19         Q.    eBay, Amazon, places like that?

20         A.    I think -- I definitely would think

21   Amazon, yeah.

22         Q.    What -- were there discussions that

23   you're aware of about COVID misinformation being

24   shared on e-commerce platforms?

25         A.    I recall at some point in the rollout

**ERIC WALDO  12/22/2022**

 1    Kyla sharing with me just from a factual

 2    perspective that on sites like Amazon it was

 3    possible to also spread health mis- and

 4    disinformation based on promotion of, you know,

 5    certain -- I think the algorithm could promote if

 6    you like this, buy this, and maybe promoting

 7    conspiracy theories.

 8          **Q.    So conspiracy theories about COVID or**

 9    **other conspiracy theories?**

10          A.    I think it was about COVID but I

11    don't truly recall.

12          **Q.    Okay.  What are crowdsourced**

13    **platforms?**

14          A.    I'm not sure what the technical

15    definition is of a crowdsourced platform.

16          **Q.    Do you know what platforms are being**

17    **referred to there in that -- in that phrase?**

18          A.    As I said just now, I don't know what

19    crowdsourced platforms means in the context of this

20    document.

21          **Q.    So one of the things that's asked for**

22    **here is aggregate data and analysis on the**

23    **prevalence of COVID-19 misinformation on individual**

24    **platforms including exactly how many users saw or**

25    **may have been exposed to instances of COVID-19**

**ERIC WALDO  12/22/2022**

Page 343

1    misinformation, right?

2        A.    Yes, that's what the RFI says on that

3    paragraph.

4        Q.    **Is that the kind of data that you**

5    **guys have been asking Facebook for in the meetings**

6    **in 2021 where you talked about data transparency?**

7        A.    It appears to be a version of that,

8    yes.

9        Q.    **Scrolling down here at number 5, it**

10   **says information about the sources of COVID-19**

11   **misinformation.  Do you see that?**

12       A.    I do see that.

13       Q.    **And it asks for information about the**

14   **major sources of COVID-19 misinformation associated**

15   **with exposure, correct?**

16       A.    That is what 5 sub bullet A says,

17   correct.

18       Q.    **What does "associated with exposure"**

19   **mean there?**

20       A.    It says -- I'm not sure technically.

21   It says information about COVID -- resources about

22   COVID-19 misinformation.  Information about the

23   major sources of COVID-19 misinformation associated

24   with exposure.  I don't -- let's see, does it have

25   the definition in there further down?

1           Q.     I don't recall.  I guess up here it
2    says --
3           A.     Sorry.  I was trying to look.  Yes.
4           Q.     **Seeing content in news feeds and**
5    **exposure.**
6           A.     Yeah, okay.  So it seems to be saying
7    that information associated with seeing the content
8    in news feeds and search results are
9    algorithmically nominated content.
10          Q.     **It goes on under little I there to**
11   **say:  By source, we mean both specific public**
12   **actors that are providing misinformation as well as**
13   **components of specific platforms that are driving**
14   **exposure to misinformation, correct?**
15          A.     Yes, that's what the document says.
16          Q.     **So the RFI is actually seeking**
17   **information about specific speakers or posters on**
18   **social media platforms that spread misinformation,**
19   **right?**
20          A.     I'm not sure, because earlier, you
21   highlighted that it talks about aggregate data and
22   I'm pretty sure the document also talks about
23   anonymity.
24          Q.     **So you think that specific public**
25   **actors does not refer to specific people who spread**

1    -- provide misinformation?

2        A.    It may, but I'm pretty sure in this

3    document there's some sort of caveat about having

4    to submit anonymized data.

5        Q.    Okay.  That would be an indicator of

6    people who are reviewing it, right, the people

7    exposed to the misinformation, right?

8        A.    I'm sorry.  Say again, sir.

9        Q.    Doesn't the anonymized data refer to

10   the users who are exposed, not the public actors

11   who are providing this information?

12       A.    I'm not sure.  If you can bring up

13   that portion of the document, I'm happy to take a

14   look.  But I'm pretty sure in general when the

15   federal government does requests for information

16   like this, there are various stipulations that have

17   to be made to -- for -- to ensure that there's

18   anonymized data.

19       Q.    Let me ask you this.  I believe there

20   was a plan expressed by the Surgeon General's

21   office to render any comments received in response

22   of this information public, right, to publicly post

23   them?

24       A.    Are you asking -- can you repeat the

25   question?  It sounded like a statement.

**ERIC WALDO 12/22/2022**

```
 1          Q.    Did the -- did the Surgeon General's
 2    office announce that it would publicly post all the
 3    comments received in response to this RFI?
 4          A.    I don't know.
 5          Q.    Was there a -- do you recall a policy
 6    of that?
 7          A.    I don't know.  In my other life
 8    working in government for, like, noticing common
 9    rule making, which I'm sure you know from your law
10    school days, there was requirements about public --
11    making public comments, but I'm not sure if that
12    refers to RFIs as well.
13          Q.    Let me ask this.  Do you know whether
14    the comments received in response to this RFI have
15    ever been published?
16          A.    I'm -- I'm not aware of whether they
17    have or not.
18          Q.    And we submitted a FOIA request for
19    them months ago and haven't received any yet.  Are
20    you aware of that?
21          A.    I am not.
22          Q.    So you don't know whether the Surgeon
23    General's office ever made these -- the comments it
24    received public?
25                MS. CHUZI:  Objection.  Asked and
```

 1   answered.

 2         Q.     (BY MR. SAUER)  Fair to say?

 3         A.     As previously stated, I do not know.

 4         Q.     Let's look at Exhibit 44.

 5                MR. SAUER:  Amanda, I e-mailed these

 6   right as the break was ending, and it was a big

 7   group of exhibits.

 8                MS. CHUZI:  Yes.

 9         Q.     (BY MR. SAUER)  Here's an article

10   from The Hill the same day as the -- the RFI went

11   out entitled Surgeon General Demands Data on

12   COVID-19 Misinformation From Major Tech Firms.  Do

13   you see that?

14         A.     I do.

15         Q.     That -- focusing on that word

16   "demands," I recall that kind of description of

17   this being repeated in other media articles.  Did

18   you view the -- does the Surgeon General's office

19   review the article as demanding information?

20         A.     Not to my knowledge.  It's a -- by

21   definition, an RFI is a voluntary request for

22   information.

23         Q.     Did the Surgeon General's office take

24   any steps to, you know, have the public messaging

25   reflect the description of this RFI as a demand for

**ERIC WALDO  12/22/2022**

 1    information?

 2         A.    Not to my knowledge.

 3         Q.    **Do you know if the communications**

 4    **team was involved in talking to the reporters like**

 5    **this Brad Dress who reported on it?**

 6         A.    I don't know.

 7         Q.    **Were you involved in any**

 8    **communications with reporters?**

 9         A.    I was not.  Again, I was actually

10    still on paternity leave at this point, sir.

11         Q.    **Oh, March 3rd, you weren't back yet?**

12         A.    Yeah, so our nanny canceled on us, so

13    I had to be on leave for another week.

14         Q.    **Oh.  Okay.  Okay.  Do you -- so do**

15    **you -- well, let me ask -- let me search another**

16    **exhibit.**

17               **Did the Surgeon General's office take**

18    **any steps to try and encourage social media**

19    **platforms to -- to respond to the RFI?**

20         A.    I believe that the chief of staff,

21    Max Lesko, sent the RFI to contacts at various

22    social media organizations.

23         Q.    **And that would include Facebook,**

24    **right?**

25         A.    Correct.

1          Q.    And here, for example in Exhibit 45,
2     there's an e-mail from Max Lesko to Nick Clegg and
3     Brian Rice and someone else at Facebook with a
4     letter from the U.S. Surgeon General attached,
5     correct?
6          A.    Yes, that's an e-mail from Max Lesko
7     to Nick Clegg, Brian Rice, and Nathaniel Gleicher.
8          Q.    And it indicates that he's attached a
9     letter from Surgeon General Murthy to Mark
10     Zuckerberg, right?
11          A.    That's correct.
12          Q.    And he says -- also says:  Let me
13     know if I can be helpful with respect to the
14     request for information which has been sent to the
15     Federal Register and expect to receive submissions
16     in the coming days.  Correct?
17          A.    Yes, that's what Max has written to
18     -- to those individuals.
19          Q.    And so the Surgeon General's office
20     e-mailed a link to the RFI to Facebook and also
21     attached a letter directly from Surgeon General
22     Murthy to Mark Zuckerberg, right?
23          A.    That is what the e-mail says, yes.
24          Q.    And then Exhibit 46.  And this is --
25     is this actually the letter from Surgeon General

ERIC WALDO  12/22/2022

1   **Murthy to Mark Zuckerberg dated March 3rd, 2022**

2   **that Max Lesko e-mailed?**

3        A.   It would appear so.

4        **Q.   Yeah, let me put it on the screen**

5   **share.  And the purpose of this letter is to**

6   **encourage Facebook to participate in the RFI,**

7   **right?**

8        A.   It's -- it says:  I am writing today

9   to request that your company contribute to the RFI.

10       **Q.   So he's encouraging Facebook to**

11  **contribute to the RFI, right?**

12       A.   He's definitely asking him to do so,

13  yes.

14       **Q.   And he says:  Given that a large**

15  **proportion of health misinformation is spread**

16  **through technology platforms, my Advisory includes**

17  **a call for technology companies to join this**

18  **broader effort to create a safer, healthier**

19  **information environment, right?**

20       A.   Yes, that's what -- that's an

21  accurate reading of that portion of the letter.

22       **Q.   And he requests responses from**

23  **companies about the extent and spread of COVID-19**

24  **misinformation on your platforms, policies to**

25  **address COVID-19 misinformation, and their**

 1   effectiveness, sources of COVID-19 misinformation

 2   and so forth, right?

 3       A.   That's an accurate reading of that

 4   portion of the letter.

 5       Q.   **Were you involved in drafting the**

 6   **letter?  I think you probably were still on**

 7   **paternity leave at this time, right?**

 8       A.   Yeah.  As I mentioned, this letter is

 9   dated March 3rd and I was still on paternity leave.

10   So I was not involved in the drafting of this

11   letter.

12       Q.   **Did Max Lesko send similar letters to**

13   **other social media platforms?**

14       A.   I think so.

15       Q.   **Yeah.  I mean, I don't want to put**

16   **six more exhibits in front of you, but would you**

17   **agree that he sent a very similar, basically**

18   **identically phrased letter to Google, LinkedIn,**

19   **Twitter, YouTube, and Microsoft all on that same**

20   **day, March 3rd, 2022?**

21       A.   I don't know if he did, but if you --

22   I don't have any reason to disbelieve that he did,

23   so.  That, I believe was the plan.

24       Q.   **Let's just very briefly, I'm going to**

25   **e-mail those to your counsel and I'll pull them up**

 1   real quick.

 2              And you said you're aware that that

 3   was the plan, right?

 4        A.   I think I became aware after I got

 5   back that that happened.  I wasn't part of the

 6   planning process.

 7        Q.   Here on the screen share, I'm showing

 8   you Exhibit 47.  Similar letter to Sundar Pichai of

 9   Google from Surgeon General Murthy about the RFI

10   dated March 3rd, correct?

11        A.   Yes, that's the date of the letter.

12              Sir, if you're -- okay.  Sorry.

13        Q.   Exhibit 48, yeah, -- similar

14   letter --

15        A.   Thank you.

16        Q.   -- to the CEO of LinkedIn about the

17   RFI encouraging them to participate, correct?

18        A.   It's a letter asking -- informing

19   them and requesting that they participate in the

20   RFI.

21        Q.   In fact, these letters kind of all

22   have exactly the same text, right?  Is that your

23   understanding?

24        A.   You're moving the letters up and down

25   very quickly but I don't have any reason to believe

1   they're not virtually the same.

2       **Q.    Exhibit 49, similar letter to**

3   **Twitter, right, and Parag Agrawal, who was then the**

4   **CEO of Twitter?**

5       A.    Yes, it appears to be the same

6   functional letter.  I'm not having much of an

7   opportunity to review it.  But I don't have any

8   reason to believe it's not the same overall text

9   requesting that they participate in the RFI.

10      **Q.    Exhibit 50, same letter to Microsoft**

11  **-- I'm sorry, YouTube, I apologize.  Same letter to**

12  **YouTube, correct?**

13      A.    You're okay.  Yes, sir, I'm only

14  looking at part of the letter that you're sharing

15  and I can't actually review all of it in the way

16  that we're doing it right now.  But it appears to

17  be the same form of a letter asking for a request

18  -- requesting that -- informing them about the RFI

19  and requesting that they participate.

20      **Q.    And then finally, Exhibit 51, similar**

21  **letter to Microsoft, correct?**

22      A.    That looks like it's to the Microsoft

23  corporation.  Right now, I'm only being exposed to

24  the first couple of lines.  But it looks -- the

25  first -- overall, it seems to be the same letter

 1   requesting that they participate in the RFI.

 2        Q.     Did all of those companies that got

 3   the letter, did they all participate, do you know?

 4        A.     I don't know.

 5        Q.     Do you know if Facebook submitted

 6   anything?

 7        A.     I think so.  But I'm not positive.

 8        Q.     How about Google?

 9        A.     I don't know.

10        Q.     How about Twitter?

11        A.     I don't know.

12        Q.     How about Microsoft?

13        A.     I don't know.

14        Q.     Shortly after the RFI was issued, the

15   Surgeon General gave an interview to GQ Magazine,

16   right?  Does that ring a bell?

17        A.     It does not.

18        Q.     So you weren't -- let me -- let me

19   show Exhibit 52 on the screen share.  Does this

20   dazzling picture of Surgeon General Murthy jog your

21   memory?

22        A.     It does not.

23        Q.     So you don't recall him giving an

24   interview to GQ Magazine on March 11th of 2022?

25        A.     I do not.

**ERIC WALDO  12/22/2022**

1          Q.    Well let me just touch briefly on a
2    couple things in the interview and see what you
3    know about them.
4                On page 6 of the interview, Surgeon
5    General Murthy's asked about Spotify and Joe Rogan.
6    Do you remember a kind of controversy in February
7    of 2022 about whether Spotify should deplatform Joe
8    Rogan for allegedly spreading COVID misinformation
9    in his podcast?
10         A.    I remember that Joe Rogan was having
11   controversial people on his podcast.  That's about
12   the depth of my knowledge.
13         Q.    So you don't remember a specific
14   controversy that related to Joe Rogan and COVID
15   misinformation?
16         A.    I think that he was having guests on
17   who were talking about the COVID misinformation.
18   You asked about deplatforming.  I don't recall
19   that.
20         Q.    And in the interview, Surgeon General
21   Murthy says if you're running a platform whether
22   it's Spotify or another social media platform
23   you've got to think about how do I create a healthy
24   information environment, correct?
25         A.    Can you please highlight the text,

**ERIC WALDO  12/22/2022**

```
 1   sir.
 2        Q.    Yeah, I'm having trouble with the
 3   highlighting.
 4        A.    I can see.  Okay.  Everything's
 5   highlighted.  Hold on.  I have it in front of me.
 6   If you give me one moment, I can read that question
 7   and answer in a short trip.
 8        Q.    Here, if -- it starts with --
 9        A.    Starting with the  -- yeah, hold on
10   one second.
11        Q.    There it goes again.
12        A.    Okay.
13        Q.    So he talks about creating if you're
14   a platform, whether it's Spotify or another social
15   media platform, you've got to think about how do I
16   create a healthy information environment here, how
17   do I create rules and a culture that promotes
18   accurate information.  Correct?
19        A.    Yes, that's an accurate reading of
20   the transcript.
21        Q.    And he's saying this eight days after
22   the RFI was issued.  Is he talking about what the
23   RFI is getting at, which is trying to get
24   information about how social media platforms can
25   create rules in a culture to promote accurate
```

1  **information, right?**

2       A.    I'm actually not sure, sir, that he

3  did this interview eight days afterwards.  It was

4  published eight days afterwards.  I don't know when

5  this interview was actually recorded.

6             And typically, for a magazine

7  article, it's usually done actually a few -- could

8  have been done weeks earlier.  I don't know.

9       **Q.    So you mentioned you didn't know he**

10 **was doing this interview, so maybe that answers my**

11 **question.  But do you know whether the idea was to**

12 **have this interview come out in connection with the**

13 **RFI?**

14      A.    I don't know but I'm doubtful that

15 that would have been the purpose of a GQ Magazine

16 interview.

17      **Q.    Well, it would highlight the**

18 **information, or highlight the issue of COVID**

19 **misinformation; that's also what's being sought in**

20 **the RFI, correct?**

21      A.    I don't think I -- again, Alex

22 Phillips would be the one to answer this question

23 as our communications director.  But I don't think

24 GQ is where we were going to try to move the ball

25 on misinformation is my guess.

1          Q.    On the next page of the GQ interview,

2    going to page 7 here, you see where my cursor is,

3    where it says but I do think a platform has the

4    ability, the opportunity, and the responsibility to

5    create rules and a culture that supports the

6    dissemination of accurate information and that

7    reduces the spread of misinformation, correct?

8          A.    Yes.

9          Q.    And again, that's similar to what he

10   said on the previous page about creating rules and

11   a culture for the social media platforms, right?

12         A.    Yes.

13         Q.    And he goes on to say that he

14   believes this is, quote, different from censorship,

15   and he talk about how in America, we believe in

16   free speech.  And he goes on to say right here:

17   But we also live in a society.  That means we need

18   common rules for the common good.  We have speed

19   limits on the road because we know that sometimes

20   if we drive too fast that can have an impact on

21   somebody else's health and well being.  Right?

22         A.    Yes, that's what the -- Dr. Murthy

23   said to the answer to this question.

24         Q.    And that reference to speed limit

25   seems to echo his statement from the February

 1    podcast where he talked about the government

 2    creating standards for misinformation on social

 3    media platforms, right?

 4          A.    Sorry.  Ask your question again, sir.

 5          Q.    Well, let me ask you this.  It seems

 6    to me that he's making a similar point here as he

 7    made in the February 14th podcast that we looked at

 8    earlier where he talked about the government having

 9    a role to set standards for COVID -- for

10    misinformation on social media platforms.

11                Here, he's talking about speed limits

12    on the road, which are a standard that the

13    government sets to try and set guardrails around

14    what people do on the roads, right?

15                MS. CHUZI:  Objection.  Calls for

16    speculation.

17          Q.    (BY MR. SAUER)  If you know.

18          A.    I don't know, sir.

19          Q.    Do you know whether his reference to

20    speed limits is intended to, you know, refer to the

21    possibility of, you know, the government setting

22    some guardrails around misinformation?

23                MS. CHUZI:  Same objection.

24                THE WITNESS:  I -- I don't know.  And

25    it just seems like he's trying to use an analogy or

**ERIC WALDO 12/22/2022**

1   a metaphor to communicate the point that -- and I

2   read the "we" as him referring to society, and we

3   need rules for the common good so -- and the way

4   that the RFI is and the advisory are asking what

5   folks can do more of, I think it's trying to say

6   how can we create a better public square.

7        Q.    (BY MR. SAUER)  In other words, a

8   **better public square is one that has more rules**

9   **that prevent the spread of misinformation, right?**

10       MS. CHUZI:  Objection.

11   Mischaracterizes the testimony.

12       THE WITNESS:  I think -- I think what

13   he's saying is we need better public health

14   outcomes.  And in this case, we want to make sure

15   that -- that we're not spreading it in a way --

16   spreading health misinformation in a way that's

17   causing outsized harm at the time of a pandemic

18   when people are dying every day and preventable

19   deaths because of misinformation.

20       Q.    (BY MR. SAUER)  Right.  In other

21   **words, the rules to stop those preventable deaths**

22   **due the misinformation include what he calls common**

23   **rules for the common good, right there where my**

24   **cursor is?**

25       A.    He says that means we need common

**ERIC WALDO  12/22/2022**

```
 1   rules for the common good, that is what he said,
 2   yes.
 3         Q.    Yeah.  And then he ananolges (sic)
 4   those common rules for the common good to speed
 5   limits on the road because we know that sometimes
 6   if we drive too fast that can have an impact on
 7   someone else's health and well being, right?
 8         A.    Yes.  He uses that analogy.
 9         Q.    And he says if we're going to live
10   together in a society, we've got to take steps and
11   observe certain rules to help protect other people.
12   And that's true here as well, right?
13         A.    Yes.
14         Q.    Exhibit 53 -- actually before we talk
15   about this exhibit, you may have already answered
16   this, but do you know whether any of the social
17   media platforms responded to the RFI?
18         A.    I think you already asked this
19   question, sir, but I said I didn't know who had
20   responded.  You asked each individual organization,
21   and I said I thought Facebook might have responded,
22   and I didn't know about any of the others.
23         Q.    Gotcha.  Have you ever seen any of
24   the responses?
25         A.    Not to my knowledge.
```

**ERIC WALDO  12/22/2022**

1      Q.    How about responses from anyone else?
2  Obviously, the RFI was open to the public.  Did
3  anyone else respond?
4      A.    I'm not aware.  I assume there were
5  other responses.
6      Q.    Who in the Surgeon General's office
7  kind of receives those responses and processes
8  them?
9      A.    I think, again, Kyla Fullenwider was
10  the one running point on this.
11      Q.    Would there be anyone else besides
12  her?
13      A.    I think to the extent that Max was
14  helping shepherd the process, he may have been
15  aware or possibly seen it.  But Kyla was the
16  subject matter expert who was guiding this RFI
17  process.
18      Q.    Would she be the only one that
19  reviews the responses?
20      A.    I don't know.
21      Q.    You don't know if she had other team
22  members reviewing responses?
23      A.    That's correct.  I don't know.
24      Q.    Do you know what volume roughly of
25  responses were received?  Sometimes you get, you

1    know, a hundred thousand comments; sometimes you

2    get five.  Do you know roughly what volume was

3    received?

4           A.    I don't recall.

5           Q.    Did you ever know that or did you

6    just -- you don't remember or?

7           A.    It's possible someone shared it with

8    me anecdotally, but I don't recall.

9           Q.    Looking at Exhibit 53, is that up on

10   the screen share for you?

11                You were copied on an e-mail from

12   Brian Rice at Facebook directing to Rob Flaherty

13   and other White House officials including Tim

14   Manning, Dori Salcido, and Subhan Cheema, correct?

15          A.    Yes, that is correct.

16          Q.    And this is sent on June 22nd of

17   2022?

18          A.    That's correct.

19          Q.    And he also copies Rebecca Siegel of

20   HHS, right?

21          A.    That's correct, Rebecca Siegel from

22   HHS is cc'd.

23          Q.    Yeah.  Who is she again?  She was on

24   the one of the earlier e-mails and I can't remember

25   who you said she is.

 1          A.    Rebecca Siegel was a member of the

 2    public education campaign team; I think working

 3    with the Kristina Schake.

 4          **Q.    Okay.  So she is in HHS outside of**

 5    **the Solicitor (sic) General's office?**

 6          A.    Outside the Surgeon General's office

 7    yes, sir.

 8          **Q.    Sorry.  Yeah.  And where are she and**

 9    **Ms. Schake actually located?  Are they in the**

10    **executive office of the secretary of HHS?**

11          A.    Ms. Schake, I think, left the -- left

12    HHS at the end of 2021 is my recollection.  I don't

13    know what their reporting structure was.  I think

14    -- I think Ms. Schake reported to the secretary is

15    my recollection.

16          **Q.    Here, in this e-mail, Brian Rice**

17    **says:  Rob and team, wanted to ensure you were**

18    **aware of our policy updates following the early**

19    **childhood vaccine approval.  Correct?**

20          A.    Yes, that is an accurate reading of

21    that first sentence.

22          **Q.    And I think you testified earlier**

23    **that you couldn't remember exactly when the early**

24    **childhood vaccine approvals came out.  Here, does**

25    **this June 22nd e-mail refresh your recollection?**

```
 1        A.    Yes, it appears that that was -- that
 2   it happened in the summer of 2022.
 3        Q.    Yeah, around sometime in late June of
 4   2022.  Fair to say?
 5        A.    Yeah, I think I was confusing the 5
 6   to 11 versus the -- sort of the infants.
 7        Q.    Yeah.  This is under 5, for children
 8   under 5, right?
 9        A.    Correct.
10        Q.    And Brian e-mails you all and says:
11   As of today, June 22nd, all COVID-19 vaccine
12   related misinformation and harm policies on
13   Facebook and Instagram apply to people six months
14   or older with the exception of the claim that the
15   COVID vaccines have full FDA approval since
16   children have only emergency use authorization.
17   Correct?
18        A.    That's an accurate reading of that
19   sentence.
20        Q.    So he's reporting back to you and the
21   White House, yet, again on how they've updated or
22   changed their policies to remove misinformation
23   from their platforms; is that right?
24        A.    I again read this as him saying now
25   just sort of an update on how -- how this -- how
```

**ERIC WALDO  12/22/2022**

1    they're changing the definition of what's

2    misinformation.

3         Q.    So in other words, they're updating

4    it to include claims about vaccines for children

5    under 5, right?

6         A.    Correct.

7         Q.    So that's a -- kind of an expansion

8    of the policy against COVID misinformation to

9    include a category of new claims, correct?

10        A.    I think that's a fair -- that's a

11   fair reading.

12        Q.    And he goes on to say:  We expanded

13   these policies in coordination with the CDC and

14   ensured that we also included false claims that

15   might be connected to children, such as the false

16   claim that COVID vaccines cause MIS-C.  Do you see

17   that?

18        A.    I see that, sir.

19        Q.    And so he reports how there's been an

20   expansion of their policies to address false claims

21   related to childhood vaccines, correct?

22        A.    That's correct.

23        Q.    Was this e-mail prior -- was this

24   e-mail sent to you guys out of the blue?  Was there

25   any prior communication with Facebook about the

**ERIC WALDO 12/22/2022**

1  under 5 vaccines that you're aware of?

2       A.    I'm not aware of any communications

3  with them about under 5.

4       Q.    So you think he just sent this update

5  unsolicited, or do you not know?

6       A.    I don't know.

7       Q.    So you don't know whether the, like

8  the White House people on this, Rob Flaherty, Tim

9  Manning, Dori Salcido, and Subhan Cheema might have

10 asked for what their position was going to be on

11 these?

12      A.    I don't know.

13      Q.    Did anyone from the Surgeon General's

14 office ask for this information to your

15 recollection?

16      A.    Not to my knowledge.

17      Q.    Exhibit 54, do you remember this

18 e-mail chain from July -- June and July of 2022?

19      A.    Looks like the e-mail chain started

20 in February, if you go back to the beginning, if

21 I'm looking at the right exhibit, sir.  It starts

22 as a COVID insights report biweekly in February of

23 2022.

24      Q.    And then March of 2022?

25      A.    And then they reup it for March.

**ERIC WALDO  12/22/2022**

1    **Q.      Then April of 2022?**

2    A.      Yeah.

3    **Q.      Then May?**

4    A.      Then May, then June, and that's where

5    he says:  We'll plan to discontinue.

6    **Q.      Right.**

7    A.      And then Rob says:  Yeah.

8    **Q.      Right.**

9    A.      Sounds like Rob -- Rob -- I think I

10   mentioned I maybe referred to this before, sir,

11   when you were asking when and if we ever stopped

12   getting these.  So there is where Rob said he would

13   be fine discontinuing but he wanted to keep them as

14   we continued to work on under 5.

15   **Q.      Gotcha.  Yeah, and I take it that --**

16   **I do recall you saying that.  And that exchange I**

17   **think begins on June 13th of 2022, here on the**

18   **first page, right?**

19   A.      That's correct, yes.

20   **Q.      And Brian says:  Attaching the recent**

21   **reports for your review.  We will plan to**

22   **discontinue these unless we hear from you that this**

23   **information continues to be valuable.  Is that**

24   **right?**

25   A.      That is what Rob -- that is what

**ERIC WALDO  12/22/2022**

1   Brian writes to Rob, yes, and others.

2       Q.    So Facebook is saying to Rob --

3   others including you, right, because you're copied

4   on this?

5       A.    Yes, I'm cc'd on that e-mail.

6       Q.    Did you -- were you ever asking for

7   these reports to continue?

8       A.    I was not.

9       Q.    How about anyone in the Surgeon

10  General's office or HHS, did they ask for the

11  reports to continue?

12      A.    Nobody to my knowledge.

13      Q.    But Rob Flaherty did, right, on June

14  13th?

15      A.    Yes, as discussed, that they asked if

16  they can discontinue it, and Rob says that he

17  normally would say we are good to go to discontinue

18  but it would be help to continue to get these as we

19  start to ramp up for under 5 vaccines.

20      Q.    And we know from the prior exhibit --

21  this is June 13th.  We know from the prior exhibit

22  that the under 5 vaccines got authorized shortly,

23  right, in later June of 2022?

24      A.    That sounds correct.

25      Q.    And Flaherty says:  Obviously that --

**ERIC WALDO  12/22/2022**

1   meaning under 5 vaccines -- has a potential to be

2   just as charged, right?

3            A.    That is what Rob has written.

4            Q.    So he means that presumably that

5   that's a controversial topic; the vaccination of

6   children under 5 and might result in people posting

7   things on Facebook that Rob views as

8   misinformation, right?

9                  MS. CHUZI:  Objection.  Calls for

10  speculation?

11                 THE WITNESS:  I'm not sure what Rob

12  means, but what you're saying doesn't sound crazy.

13           Q.    (BY MR. SAUER)  In other words,

14  that's a fair inference from what he's saying,

15  correct?

16           A.    I'm not -- again, I don't know what

17  Rob means, but I think, yes, it seems like a fair

18  reading.

19           Q.    And then as a result of that e-mail,

20  it looks like Brian Rice kept sending the COVID

21  reports, right?  So here --

22           A.    It would appear so.

23           Q.    Here we got an e-mail on July 17th of

24  2022, right?

25           A.    Yes.

ERIC WALDO  12/22/2022

```
 1          Q.    And there were two more COVID insight
 2   reports attached to that, right?
 3          A.    Yes.  Yes.  Correct.
 4          Q.    And you were copied on those as well,
 5   right?
 6          A.    I'm copied on that, yes.
 7          Q.    Were you aware of any other
 8   communications between anyone in the federal
 9   government and Facebook in this time frame that
10   related to information about under 5 COVID
11   vaccines?
12          A.    I was not familiar with that, sir.
13                MR. SAUER:  David, how much time have
14   we been on the record?
15                THE VIDEOGRAPHER:  We are at five
16   forty.
17                THE WITNESS:  I think six forty.
18                THE VIDEOGRAPHER:  Six forty.  My
19   apologies.  My apologies.  Six forty.
20                MR. SAUER:  Why don't we take a
21   five-minute break now and see if we can wrap up.
22                THE VIDEOGRAPHER:  The time is 4:22
23   p.m.  We are off the record.
24                (A short break was taken.)
25                THE VIDEOGRAPHER:  The time is 4:27
```

1  p.m. Central Standard Time.  We are back on the

2  record.

3       Q.    (BY MR. SAUER)  Mr. Waldo, on Kyla

4  Fullenwider, whose name has come up multiple times

5  in this deposition, do you know, was she affiliated

6  with the Surgeon General's office all throughout

7  this time period from early 2021 through the RFI in

8  2022?

9       A.    I only came into the office in June

10  of 2021, so I know that she was affiliated with the

11  office from the time I started until I still think

12  currently, today.

13       Q.    And do you know if -- so she's still

14  affiliated with the office today, right?

15       A.    To the best of my knowledge, yes.

16       Q.    Is she a full-time employee or a

17  political appointee, do you know?

18       A.    I think as we've discussed previously

19  as I've answered, I don't know what the nature of

20  her relationship, whether she's a contractor, an

21  IPA, a schedule A, etc.

22       Q.    Do you know if she -- I mean, does

23  she kind of physically work, have her principal

24  place of work in the Surgeon General's office?

25       A.    We're a hybrid office, so everyone

1   can work from home and come in person.  So I've

2   seen Kyla mostly on Zooms, but she has a place in

3   -- in DC and Virginia so I've also seen her at

4   inperson meetings.

5        **Q.    So she's got a physical office in the**

6   **Surgeon General's office as well as remotely?**

7        A.    I mean we have -- she has space she

8   can use in the Surgeon General's office.  The

9   majority of the team does hybrid and works

10  remotely.

11       **Q.    Does she still have a US Digital**

12  **Response e-mail, or does she have a HHS.gov e-mail?**

13       A.    I don't know.

14       **Q.    Do you know if she's a political**

15  **appointee?**

16       A.    I would be surprised if she's a

17  political appointee.  Most of the -- most of the

18  people in our office are schedule A appointees.

19       **Q.    Do you know what her background was,**

20  **like what her job -- her career was like before she**

21  **worked for the Surgeon General's office?**

22       A.    I think she was at the Kennedy School

23  doing something before she was in the Surgeon

24  General's office and I think she had done work in

25  the Obama administration.  I don't recall for what

**ERIC WALDO  12/22/2022**

```
 1   agency.
 2         Q.     You don't know what the nature of the
 3   work was?
 4         A.     I think it was data-related work.
 5         Q.     Is she a, kind of data expert?
 6         A.     I think that's one of the areas of
 7   her expertise.
 8         Q.     What other areas of expertise does
 9   she have?
10         A.     I'm -- I'm not deeply familiar with
11   her bio.
12               MR. SAUER:  No further questions.
13               MS. CHUZI:  Nothing from the
14   Government.
15               THE VIDEOGRAPHER:  The time is 4:30
16   p.m.  We are off the record.  This concludes our
17   deposition of Eric Waldo.
18
19
20
21
22
23
24
25
```

**ERIC WALDO  12/22/2022**

```
 1                    NOTARIAL CERTIFICATE

 2

 3        I, Tammie A. Heet, Registered Professional

 4   Reporter, certified Shorthand Reporter for the

 5   State of Illinois, and Certified Court Reporter for

 6   the state of Missouri and a duly commissioned

 7   Notary Public within and for the States of Missouri

 8   and Illinois, do hereby certify that the witness

 9   whose testimony appears in the foregoing deposition

10   was duly sworn by me; that the testimony of said

11   witness was taken by me to the best of my ability

12   and thereafter reduced to printing under my

13   direction; that I am neither counsel for, related

14   to, nor employed by any of the parties to the

15   action in which this deposition was taken, and

16   further that I am not a relative or employee of any

17   attorney or counsel employed by the parties

18   thereto, nor financially or otherwise interested in

19   the outcome of the action.

20

21

22        _____
          Tammie A. Heet, RPR, CSR, CCR
23

24

25
```

```
 1                    Lexitas Legal
                  711 North 11th Street
 2               St. Louis, Missouri 63101
 3                 Phone 314/644-2191
 4
 5   December 28, 2022
 6
     Ms. Amanda Chuzi, Esq.
 7   U.S. Department of Justice
     1100 L Street Northwest
 8   Washington, D.C.  29530
 9
     RE:   THE STATE OF MISSOURI, et al. v JOSEPH R.
10   BIDEN, JR., et al.
11
     Dear Ms. Chuzi:
12
     Please find enclosed your copies of the deposition
13   of ERIC WALDO taken on DECEMBER 22, 2022 in the
     above-referenced case.  Also enclosed is the
14   original signature page and errata sheets.
15   Please have the witness read a copy of the
     transcript, indicate any changes and/or corrections
16   desired on the errata sheets, and sign the
     signature page before a notary public.
17
     Please return the errata sheets and notarized
18   signature page to Lexitas Legal, ATTN: Production
     Department, 711 N. 11th Street, St. Louis, Missouri
19   63101 within 30 days of receipt of this letter.
20   Sincerely,
21
     Tammie A. Heet, RPR, CSR, CCR
22
     Enclosures
23
     cc:  Mr. Sauer              Mr. Burns
24        Production Department
25
```

**ERIC WALDO  12/22/2022**

```
 1    STATE OF _____   )
                                  )
 2    CITY OF _____    )

 3

 4         I, ERIC WALDO, do hereby certify:

 5         That I have read the foregoing deposition;

 6         That I have made such changes in form and/or

 7    substance to the within deposition as might be

 8    necessary to render the same true and correct;

 9         That having made such changes thereon, I

10    hereby subscribe my name to the deposition.

11         I declare under penalty of perjury that the

12    foregoing is true and correct.

13

14    Executed this _____ day of _____,

15    20_____, at _____.

16

17

18                        _____
                          ERIC WALDO
19

20    My Commission Expires:   _____

21    Notary Public:    _____

22    Signature Page Sent to:   Ms. Chuzi

23

24

25
```

**ERIC WALDO  12/22/2022**

**Page 378**

```
 1                             ERIC WALDO
                           NAME OF DEPONENT
 2
                    DEPOSITION CORRECTION SHEET
 3
      In re:THE STATE OF MISSOURI, et al. v JOSEPH R.
 4    BIDEN, JR., et al.

 5    Reported by:  TAH

 6    Upon reading the deposition and before subscribing
      thereto, the deponent indicated the following
 7    changes should be made:

 8    Page    Line    Should Read:
        Reason assigned for change:
 9
10    Page    Line    Should Read:
        Reason assigned for change:
11
12    Page    Line    Should Read:
        Reason assigned for change:
13
14    Page    Line    Should Read:
        Reason assigned for change:
15
16    Page    Line    Should Read:
        Reason assigned for change:
17
18    Page    Line    Should Read:
        Reason assigned for change:
19
20    Page    Line    Should Read:
        Reason assigned for change:
21
22    Page    Line    Should Read:
        Reason assigned for change:
23
24                    _____
                        SIGNATURE OF DEPONENT
25
```

**ERIC WALDO  12/22/2022**

**A**

A-S-P-A
  132:15
a.m 8:11
  105:22
  106:1
  160:24
  161:2
Aaron 6:14
  287:19
ability 27:3
  27:4 28:11
  228:3,12
  358:4
  375:11
able 23:25
  27:9 29:11
  36:12 81:4
  83:11
  86:25 89:4
  91:14,14
  101:11
  103:5
  202:18,23
  209:22
  256:10
  258:20
  260:7
  314:1
  317:5,21
above-re...
  376:13
absence
  296:7
absent 102:1
  102:2
absolutely
  30:3 158:2
  202:21
  247:4
academia
  102:25
academic
  38:18 44:6
  101:11
academics
  36:11,17
  339:2
accept

171:12
175:13
accepting
  171:4
  175:2
access 100:8
  103:11
  159:6,23
  228:4
  271:17
  272:1,5
account
  74:20,25
  205:2
  255:17
  304:17
accounta...
  169:12,22
  170:7
  171:4
  174:8,24
  175:8,10
  175:10,16
  175:19
  206:5
  208:22
  303:12
  305:11
  322:3
  333:5
accountable
  169:24
  170:1,3,7
  171:8,23
  172:2,8
  179:4,8
  206:1,9
  209:2
  321:13,20
accounts
  138:18,23
  178:3
  204:15,21
  205:5
  231:10,16
  232:16
  245:14,18
  245:21,24
  246:4

247:7
248:1
249:15
267:23
268:4,10
268:20
275:16
276:10
accuracy
  198:2
  221:18
  304:25
accurate
  30:8 45:9
  103:7
  140:10,13
  165:5,9
  168:23,24
  169:1,3,4
  209:18
  219:23
  220:1
  222:14
  231:20
  275:4
  280:7
  293:7
  308:17
  326:17
  333:8
  334:20
  335:15
  350:21
  351:3
  356:18,19
  356:25
  358:6
  364:20
  365:18
accurately
  150:9
  219:17
  294:13
  332:17
accused
  238:21
acknowle...
  34:19
acronym

182:23
acronyms
  132:17
acting 14:18
  41:23
  143:16
action 28:22
  46:6 66:18
  83:20,21
  83:24
  93:15
  112:22
  123:23
  124:21
  174:11
  176:19,23
  177:4,10
  177:21,23
  177:25
  178:1,4,7
  180:11,15
  180:19
  183:15
  193:5,16
  194:13,25
  195:9
  196:6
  200:3
  266:1
  271:2,14
  322:14
  323:4
  330:9
  375:15,19
actions 29:2
  29:3 46:7
  109:4
  114:17
  177:13
  181:16
  183:12
  186:6
  196:10
  203:11
  247:25
  249:14
  268:15,23
  270:11,21
  277:6

338:11
active 23:2
  192:14
activities
  74:5
activity
  285:6
actors 273:6
  344:12,25
  345:10
actual
  176:10
  252:3
acute 116:12
Adam 14:17
  61:1,2
  70:8 137:6
  137:13
  141:3
  143:7,14
  143:15,18
  143:22,24
  164:11
  187:17
  241:6,7
  290:16,16
  290:18,21
add 76:23
  116:2
  297:19
added 76:15
  126:15
  140:20
  143:9
  159:13
  300:23
adding
  138:13
  280:21,25
  300:18
addition
  10:24 11:7
  12:16
  13:19 16:9
  98:6 274:6
  274:20
  304:21
  334:4
additional

| | | | | |
|---|---|---|---|---|
| 25:22 33:7 | 230:13 | 121:16 | 59:13 | 191:8,19 |
| 33:10 | 259:22 | **advising** | 71:17 | 194:13,16 |
| 59:15 | 260:9 | 24:14,24 | 86:10,11 | 194:17 |
| 97:10,12 | **adjust** 244:7 | 110:18 | 86:18 | 195:23 |
| 102:2,17 | 244:11,23 | 265:16 | 87:21 | 196:22 |
| 115:15 | 245:6 | **advisor** | 89:11 90:2 | 197:5 |
| 116:1 | **adjusted** | 11:16 | 90:14 91:9 | 200:14 |
| 157:23,24 | 245:1 | 14:18 | 91:11,13 | 203:16 |
| 198:10 | 247:24 | 21:17,21 | 91:19 92:3 | 205:23 |
| 200:4 | **adjusting** | 22:12,12 | 97:11,13 | 206:7,11 |
| 245:2,13 | 249:8 | 24:13 | 101:1,24 | 206:13 |
| 245:21 | 281:21 | 293:24 | 102:6 | 213:17,20 |
| 256:11,25 | **adjustments** | **advisories** | 104:5 | 225:14 |
| 257:13 | 249:25 | 15:15,21 | 105:16 | 234:18 |
| 259:15,25 | **admin's** | 15:25 | 107:15,22 | 244:17 |
| 260:11 | 300:1 | 31:15 | 109:4,15 | 246:22 |
| 268:9 | **administ...** | 37:20 | 113:18 | 249:1,5 |
| 280:11 | 14:20 | 115:15 | 114:2,8 | 250:8 |
| 337:6,8,10 | 70:13 | 162:11 | 116:6,6 | 251:4,7 |
| **address** | 81:11 | 163:11 | 117:11,20 | 253:22 |
| 16:12 | 110:6 | 168:17 | 117:21 | 256:13 |
| 27:15 | 137:12 | **advisory** | 118:8,24 | 257:2,12 |
| 28:22 | 183:11 | 2:19 13:17 | 119:3 | 270:12,22 |
| 30:13 96:5 | 189:14 | 13:25 14:5 | 120:2,7,9 | 289:13,17 |
| 113:17 | 215:1 | 14:6,10 | 121:12 | 289:19,25 |
| 121:2,10 | 217:7,11 | 15:12,13 | 122:4,10 | 290:5 |
| 123:24 | 217:16 | 15:17 16:2 | 123:14 | 297:13 |
| 180:7,16 | 221:9,14 | 16:7,12,13 | 129:9 | 302:25 |
| 199:18 | 291:12,17 | 16:22 17:2 | 130:21 | 305:9 |
| 203:4,23 | 373:25 | 17:8 18:10 | 131:1 | 310:17 |
| 244:13 | **adopted** | 18:14,15 | 145:9 | 311:22 |
| 245:11 | 21:16 | 18:18,19 | 146:10,19 | 313:4 |
| 251:11 | 103:14 | 19:12,20 | 146:22 | 321:19,24 |
| 338:13 | 121:2 | 19:21,24 | 148:6 | 322:21,24 |
| 350:25 | 290:1 | 25:2,4,11 | 152:22 | 327:8 |
| 366:20 | **adopting** | 26:6,7,15 | 153:25 | 331:25 |
| **addressed** | 163:25 | 28:19,24 | 157:22 | 332:19 |
| 26:14 | **adverse** | 30:23 | 161:6,9 | 334:23 |
| 44:20 | 268:23 | 31:21,22 | 162:7 | 350:16 |
| 243:24 | 277:6 | 32:20,24 | 163:22,24 | 360:4 |
| 316:9 | **advice** 65:21 | 33:2 35:9 | 164:3,9 | **advisory's** |
| **addresses** | 66:2 77:14 | 35:15 36:9 | 169:23 | 88:23 |
| 86:8 | 169:2 | 36:21 | 172:19 | **advocate** |
| **addressing** | 292:12 | 37:10,18 | 173:12,20 | 103:13 |
| 11:9 13:8 | 338:8 | 37:25 | 180:3 | **advocates** |
| 22:23 28:8 | **advise** 24:21 | 38:11 39:2 | 181:2,12 | 103:1 |
| 120:22 | 61:4 266:9 | 42:17 | 181:14,17 | **affairs** |
| 139:4 | **advised** | 44:15,17 | 186:16,25 | 43:14 44:2 |
| 199:15 | 119:23 | 53:3 55:1 | 187:4,13 | 54:3 119:9 |

| | | | | |
|---|---|---|---|---|
| 125:1,5,9 | 346:19 | 320:23 | 172:10 | 267:20 |
| 152:15 | **Agrawal** | 357:21 | 284:21 | 268:1 |
| 235:13,24 | 353:3 | **Alexandra** | 322:7 | 326:10,22 |
| **affiliated** | **agree** 89:25 | 151:24,25 | **allowing** | 329:11 |
| 38:17 | 89:25 | **Alexandria** | 328:7,18 | **amplify** |
| 372:5,10 | 118:16 | 260:18,20 | **allows** | 177:7 |
| 372:14 | 119:10 | 263:23 | 296:21 | **amplifying** |
| **affirmative** | 122:14 | 325:19,20 | **alluded** | 199:22 |
| 10:21 | 240:2 | **algorithm** | 169:15 | **analogies** |
| **AFT** 51:1,7 | 254:25 | 100:10 | **alterations** | 104:19 |
| **aftermath** | 351:17 | 103:5 | 211:13 | **analogized** |
| 297:13 | **AGREED** 8:1 | 177:7 | **Altman** 88:14 | 104:21 |
| **afternoon** | **ahead** 22:6,7 | 342:5 | **altogether** | **analogously** |
| 5:14 | 22:8 55:23 | **algorith...** | 177:23 | 313:23 |
| **age** 9:18 | 62:3,11 | 344:9 | 178:3 | **analogy** |
| 198:19 | 71:7 78:9 | **algorithms** | **Alyssa** | 30:18 |
| **agencies** | 83:3 87:16 | 177:19 | 324:22 | 100:16 |
| 126:24 | 87:17 89:6 | 199:22 | **AMA** 182:19 | 101:3 |
| 144:20 | 119:15 | 200:21 | **Amanda** 6:21 | 359:25 |
| **agency** 26:22 | 127:9,10 | 211:13 | 9:4 20:23 | 361:8 |
| 68:22 69:1 | 155:22 | **aligned** | 134:17 | **analysis** |
| 86:5 | 167:23,24 | 327:8 | 255:4 | 143:21 |
| 114:18 | 167:24,25 | **alike** 190:19 | 330:20 | 307:25 |
| 374:1 | 170:16 | **all-of-s...** | 347:5 | 342:22 |
| **agenda** | 178:11 | 88:9 101:2 | 376:6 | **ananolges** |
| 120:25 | 185:11 | 117:20 | **amanda.k...** | 361:3 |
| **ages** 298:21 | 197:3,10 | 211:22 | 6:24 | **Anant** 7:4 |
| 298:23 | 205:14 | **all-society** | **Amazon** | 9:6 |
| **aggregate** | 208:5 | 19:25 26:8 | 341:19,21 | **anant.ku...** |
| 342:22 | 210:9,14 | 30:14 | 342:2 | 7:6 |
| 344:21 | 211:23 | 87:22 | **ameliorate** | **and/or** |
| **aggressive** | 212:3 | 89:13 | 100:5 | 376:15 |
| 28:22 | 215:22 | 117:13 | 101:8 | 377:6 |
| 180:11,15 | 216:5 | 122:15 | 117:5,7 | **Andy** 67:11 |
| 180:19 | 227:13 | 246:25 | **ameliora...** | 67:15,15 |
| 183:7,10 | 230:6 | 251:9 | 100:21 | 67:16,19 |
| 194:21,25 | 274:18 | 332:22 | 199:1 | 67:24 68:4 |
| 322:14 | 304:20 | **allegedly** | **amended** 75:3 | 68:8 77:22 |
| 323:4 | 311:2 | 355:8 | 75:8 76:23 | 78:18 |
| **aggrieved** | 331:11 | **Alliance** | **America** | 134:25 |
| 238:20 | **al** 1:4,7 5:4 | 6:16 9:14 | 358:15 | 136:9,19 |
| **ago** 49:11 | 5:7,21,22 | **allow** 99:19 | **America's** | 137:4 |
| 75:9 76:17 | 8:14,15 | 101:11 | 287:25 | 138:4,9 |
| 78:6 | 376:9,10 | 102:10 | 288:3 | 139:3 |
| 100:17 | 378:3,4 | 103:12 | **American** | 142:7 |
| 135:6 | **Alex** 263:25 | 141:9 | 182:22 | 154:14,23 |
| 228:5 | 286:3,5,7 | 177:7 | 251:13 | 155:4 |
| 251:3 | 286:9,15 | 211:1 | **amount** 111:9 | 185:1,13 |
| 255:13 | 301:14 | **allowed** | 216:17 | 185:16,21 |

| | | | | |
|---|---|---|---|---|
| 185:23 | 357:22 | 152:2 | 332:22 | 37:21 53:5 |
| 218:16,22 | 358:23 | 256:21 | 339:16 | 218:19 |
| 219:19 | **answered** | 259:2 | **approaching** | **article** 2:21 |
| **anecdotally** | 127:23 | 262:14 | 72:11 | 3:13,22 |
| 363:8 | 187:10 | 276:14 | 267:9 | 214:18 |
| **anger** 223:24 | 258:14 | 279:17 | **appropriate** | 215:3,11 |
| **angrily** | 259:10 | 294:21 | 51:25 | 215:15 |
| 223:1,18 | 347:1 | 343:7 | 122:25 | 216:1,3,24 |
| **angry** 223:17 | 361:15 | 353:5,16 | 250:5 | 218:1,3 |
| 223:24 | 372:19 | 365:1 | **approval** | 221:11,20 |
| **Anne** 57:19 | **answering** | 375:9 | 123:23 | 222:5 |
| 57:24 | 11:3 | **application** | 280:7 | 223:6 |
| 58:21 | **answers** | 17:20,23 | 281:16 | 224:11 |
| 63:15 | 183:24 | 18:1 | 315:22 | 225:8 |
| 290:13 | 357:10 | **apply** 17:25 | 339:16 | 294:18,20 |
| **Anne's** 58:24 | **Anthony** | 18:2 202:2 | 364:19 | 302:5,6,17 |
| **announce** | 69:13 | 274:2 | 365:15 | 302:19 |
| 89:11 | **anti-vac...** | 317:5 | **approvals** | 306:13,14 |
| 346:2 | 192:13 | 318:15 | 318:24 | 306:20 |
| **announced** | **Antonaros** | 319:3 | 364:24 | 307:10,22 |
| 13:21 | 88:13 | 365:13 | **approved** | 308:1 |
| 137:23 | 128:15 | **applying** | 153:6 | 309:15 |
| 138:3 | **anybody** | 203:12 | 278:23 | 310:1 |
| 161:10 | 140:25 | 276:24 | 279:13 | 318:7 |
| **announce...** | 188:13 | 319:10 | 280:5,18 | 319:9,20 |
| 26:11 | **anymore** | **appointee** | **approxim...** | 320:4,10 |
| 118:7 | 142:22 | 372:17 | 8:11 23:16 | 320:16 |
| 127:25 | 294:2 | 373:15,17 | **April** 368:1 | 347:9,19 |
| 162:6 | 334:15 | **appointees** | **ar-** 224:12 | 357:7 |
| 226:21 | **anytime** | 373:18 | **area** 41:14 | **articles** |
| 283:11,17 | 324:13 | **appreciate** | 110:17 | 307:14 |
| **announcing** | **apologies** | 237:15 | 114:25 | 347:17 |
| 63:25 | 371:19,19 | 269:5 | 154:4 | **articulated** |
| 209:7 | **apologize** | 279:5 | 203:18 | 233:6 |
| 235:9 | 62:9 | 306:9 | 212:9 | **as-** 256:15 |
| **anonymity** | 353:11 | **approach** | 215:3 | **ascribe** |
| 344:23 | **apparent** | 19:25 26:8 | 216:18 | 166:3,8 |
| **anonymized** | 222:4 | 30:14 | 230:13 | **asked** 11:4 |
| 345:4,9,18 | **appear** | 87:22 88:9 | 289:1 | 23:23,25 |
| **answer** 10:18 | 156:14 | 89:13 | **areas** 40:7 | 25:16 |
| 11:8,12 | 192:22 | 101:2 | 115:5 | 34:23 54:2 |
| 65:20,22 | 297:9 | 117:13,20 | 202:14 | 54:3 95:3 |
| 65:24 66:3 | 350:3 | 122:15 | 262:20 | 95:18 |
| 77:13,15 | 370:22 | 211:22 | 312:17,17 | 109:6 |
| 84:5 160:4 | **APPEARANCES** | 247:1 | 315:7 | 113:4 |
| 257:22 | 6:1 7:1 | 251:10 | 374:6,8 | 119:5,6 |
| 292:11,13 | **appearing** | 259:17 | **Ariel** 88:14 | 124:9 |
| 338:7,9 | 105:15 | 260:2,5,10 | **arrival** 49:4 | 125:24 |
| 356:7 | **appears** | 290:1 | **arrived** | 131:8,9 |

ERIC WALDO  12/22/2022

| | | | | |
|---|---|---|---|---|
| 137:15 | 159:5,6,21 | 200:16 | **attached** | 203:19 |
| 142:17 | 159:22 | 298:16 | 139:15 | 208:1 |
| 144:11,17 | 167:4 | 308:20 | 207:25 | **August** 66:13 |
| 152:7,15 | 174:6,12 | 340:11,18 | 349:4,8,21 | 115:3 |
| 154:7,24 | 175:7,16 | 343:13 | 371:2 | 124:3 |
| 157:23 | 176:1,14 | **ASPA** 132:15 | **Attaching** | 125:22 |
| 158:11 | 176:19 | 132:22 | 368:20 | 255:25 |
| 172:4 | 177:3 | **assess** | **attachment** | 266:25 |
| 181:15,18 | 179:16 | 141:20 | 135:14,18 | 267:4 |
| 183:17 | 180:3 | 199:13 | **attempt** | 268:22 |
| 196:16 | 194:8 | 211:1,7 | 168:15 | 270:6,10 |
| 226:22 | 200:10 | **assigned** | **attempted** | 278:5 |
| 227:15,18 | 201:13 | 378:8,10 | 21:4 | 281:20 |
| 227:20,24 | 208:21 | 378:12,14 | **attend** 66:12 | 290:20 |
| 228:8,11 | 216:3,21 | 378:16,18 | 87:10 | **author** 14:15 |
| 228:15 | 225:23 | 378:20,22 | **attended** | 15:2 304:4 |
| 229:6,11 | 229:8 | **assigning** | 45:10 | **authorative** |
| 230:7,9 | 230:2 | 177:14 | 85:14 | 271:18 |
| 231:23 | 232:12 | **associate** | 87:10 | **authorit...** |
| 232:9 | 233:5 | 164:16 | 90:11 | 272:2 |
| 233:8,11 | 238:4 | **associated** | 316:8,11 | **authority** |
| 233:16 | 239:4,7 | 247:7 | 317:18 | 26:24 27:3 |
| 237:8 | 240:11 | 248:2 | **attending** | 114:19 |
| 242:2,8,9 | 242:1 | 268:25 | 8:22 | **authoriz...** |
| 242:13,17 | 250:15 | 277:7 | **attention** | 293:13 |
| 247:10,12 | 256:16 | 284:8 | 27:4 29:11 | 298:21 |
| 250:22 | 257:7 | 343:14,18 | 57:17 | 317:3 |
| 254:5 | 264:20 | 343:23 | 75:12 | 365:16 |
| 256:20,21 | 279:10,10 | 344:7 | 77:17 | **authorized** |
| 256:23,24 | 292:9 | **Association** | 84:14 | 369:22 |
| 259:10 | 299:16 | 182:22 | 114:9 | **available** |
| 270:10,15 | 308:23 | **assume** | 116:1,5 | 158:22,24 |
| 295:13 | 314:7 | 174:16 | 161:4 | **avoid** 199:22 |
| 316:6 | 316:6 | 185:23 | 181:12 | **aware** 26:5 |
| 339:19 | 329:24 | 209:24 | 182:24 | 27:9,23,25 |
| 342:21 | 330:8 | 233:9 | 326:5,16 | 28:12 |
| 346:25 | 332:22 | 261:23 | 333:22,25 | 38:22 |
| 355:5,18 | 335:1 | 289:2 | 334:3,4 | 41:16 |
| 361:18,20 | 338:10,11 | 292:17,24 | **ATTN** 376:18 | 42:14,21 |
| 367:10 | 343:5 | 311:18 | **attorney** 6:5 | 55:9 57:3 |
| 369:15 | 345:24 | 323:25 | 6:10 9:3 | 57:16 |
| **asking** 11:8 | 350:12 | 341:2 | 9:11 42:23 | 61:24 |
| 65:17 88:9 | 352:18 | 362:4 | 161:16 | 63:20 64:6 |
| 89:13 98:3 | 353:17 | **Assumes** | 375:17 | 66:24 68:8 |
| 98:5 | 360:4 | 105:9 | **attorneys** | 68:11,13 |
| 107:13 | 368:11 | **Atlantic** | 8:22 | 68:17,20 |
| 109:24 | 369:6 | 284:6,7 | **audiences** | 68:23 |
| 111:13,14 | **asks** 178:25 | **atmosphere** | 222:3 | 70:16,24 |
| 154:2 | 195:20 | 107:1 | **audio** 203:6 | 73:11 75:2 |

75:7,10
79:3,10
82:11
83:17,22
117:19,24
133:15,17
134:9,12
142:4
155:25
186:11,14
188:10,13
189:2,15
190:4,7,10
191:2,6,11
191:22
192:10
193:3,8,14
207:18
212:14
217:10,15
218:11
220:9,17
220:25
221:7,21
221:24
223:7
224:23
238:25
283:2,5,12
284:24
285:4,21
323:20
324:11
326:3
331:9
336:5
341:23
346:16,20
352:2,4
362:4,15
364:18
367:1,2
371:7
**awareness**
22:25
27:13
**awkward**
92:25

**B**

**back** 30:18
36:8  47:13
47:18
57:18
84:14
106:1,8
120:6
136:5
138:8
139:3,13
161:2
183:6
185:19
196:5,9
214:11
215:18
232:24
247:15
248:6,10
248:11
250:5
259:16
260:9
268:14,18
268:23
270:19
273:1
274:5
276:17
277:9
280:11
282:14
295:20
296:15,20
296:25
298:5,8
302:24
309:7
314:8
318:15,20
330:13
336:2
348:11
352:5
365:20
367:20
372:1
**back-and...**

34:4
**background**
57:25
161:19
373:19
**bad** 99:5,7,8
113:14
115:24
175:22
177:22
189:10
223:4,19
266:23
273:13
**badly** 175:14
**ball** 41:19
357:24
**ban** 231:9
**bandwidth**
315:4
**banned**
192:15
**banning**
231:25
232:10,15
233:1
**base** 54:17
**based** 142:8
157:13
187:25
198:13,17
225:19
256:22
262:14
294:12
297:17
301:15
304:9
316:17
342:4
**basic** 220:5
220:11,21
**basically**
91:17
127:23
132:8
151:17
293:4
308:21

351:17
**basis** 126:14
150:20
156:25
186:20
196:14,18
284:16,18
293:20
**Baton** 6:11
**Becca** 315:14
316:4
**Beckman**
14:17  61:2
70:8  137:6
137:14
141:3
143:7
164:11
187:18
241:6,7
290:16,22
**beginning**
14:20
70:12
221:8
276:17
315:24
330:21
367:20
**begins** 8:12
242:24
368:17
**behalf** 5:22
8:25  9:10
9:13,19
41:23
85:19
340:8
**behaved**
175:14
**behavior**
175:3
**believe**
13:25
15:16
23:12
28:24
33:21
38:20  39:3

39:8,24
40:13
47:23
56:15  64:9
65:9  71:8
71:22
73:22  80:3
80:20
86:20
91:21  92:7
95:18  97:9
97:22,22
98:2  106:3
106:14
107:15
109:8
110:25
112:6
115:2
118:21
124:12
131:23
135:23
142:16
151:12
153:1
155:24
158:16
163:23
170:24
173:24
179:2
182:5,20
185:16
187:14
189:19
195:21
209:19
235:17
242:17
251:19
254:10
257:5,15
261:12
272:13
277:8
284:2
289:14
302:11

| | | | | |
|---|---|---|---|---|
| 339:17 | **better** 35:4 | 298:25 | **bottom** 58:12 | 125:16,19 |
| 345:19 | 83:1 86:1 | **bio** 40:5 | 178:12 | 126:16 |
| 348:20 | 98:20 | 374:11 | 179:11 | 127:4,19 |
| 351:23 | 100:11 | **bit** 20:19 | 198:9 | 137:3 |
| 352:25 | 102:18 | 26:16 | 212:2,8 | 142:16,17 |
| 353:8 | 164:24 | 30:17 | 231:1 | 154:14 |
| 358:15 | 198:11 | 50:11 | 249:20 | 155:6 |
| **believes** | 236:14 | 92:14 | 303:7 | 156:21 |
| 102:13 | 251:23 | 98:12,12 | 315:12 | 234:12,13 |
| 358:14 | 254:24 | 124:10 | 340:15 | 241:7,18 |
| **bell** 45:6 | 272:5 | 143:19 | **Box** 6:6 | 241:20,22 |
| 69:7,9 | 337:16 | 157:18 | **Brad** 348:5 | 252:9,16 |
| 207:16 | 360:6,8,13 | 183:8 | **brain** 133:9 | 255:9,23 |
| 228:23 | **beyond** 90:3 | 197:2,12 | 252:12 | 256:5,6 |
| 278:10,17 | 145:20 | 272:15 | 279:8 | 258:18,19 |
| 283:21 | 200:4 | 321:9 | **brainstorm** | 258:22,23 |
| 302:14 | **Bhattach...** | **biweekly** | 40:14 | 258:24 |
| 317:12,19 | 6:14 | 126:14 | 283:18 | 259:3,7,14 |
| 317:24 | **Bhattach...** | 139:15 | **brainsto...** | 259:18 |
| 320:20 | 287:7,10 | 142:9 | 34:24,25 | 266:24 |
| 325:1 | **Biden** 1:7 | 293:7,20 | **break** 72:12 | 269:5,7 |
| 354:16 | 5:7,22 | 367:22 | 72:16,19 | 270:4 |
| **Bell's** | 8:14 33:24 | **blank** 328:17 | 105:24 | 277:15 |
| 317:22 | 93:3 95:1 | **blanking** | 106:4 | 278:5,12 |
| 319:4 | 110:8 | 43:22 | 160:14,16 | 278:14,19 |
| **beneficial** | 122:21 | **blocker** | 160:25 | 279:9,18 |
| 103:2 | 217:16 | 279:7 | 213:24 | 279:25 |
| **benefit** | 291:17 | **blood** 317:23 | 214:9 | 280:1,8 |
| 295:5 | 302:1 | 319:4 | 231:10 | 291:4 |
| **benefits** | 316:23 | **blue** 215:13 | 282:2,3,3 | 292:16 |
| 199:13 | 327:17 | 215:24 | 282:4,7,12 | 294:17 |
| **Berenson** | 328:2,5,16 | 217:5 | 330:22 | 295:2,12 |
| 286:4,5,8 | 328:21 | 366:24 | 335:17,25 | 295:18,23 |
| 286:9,15 | 329:8 | **bold** 272:9 | 347:6 | 298:2 |
| **best** 10:14 | 376:10 | 272:11 | 371:21,24 | 299:4,10 |
| 10:23 | 378:4 | **book** 90:17 | **breaking** | 299:14,15 |
| 11:12 | **Biden's** | **boost** 271:17 | 160:16 | 300:5,7,9 |
| 45:13 | 90:25 | **Boosting** | 213:22 | 306:14,18 |
| 64:19 | 116:3 | 272:1 | 281:25 | 306:25 |
| 100:21 | 214:19 | **borderline** | 335:20 | 307:10,22 |
| 135:24 | 329:16 | 226:24 | **Brian** 66:10 | 307:23 |
| 163:16 | **big** 16:12 | 227:22 | 66:11,16 | 308:2,3,7 |
| 164:22 | 27:19 48:6 | 230:14,22 | 66:16 69:4 | 308:18 |
| 241:3 | 222:3 | 231:23 | 82:21 | 310:6 |
| 251:17 | 295:14 | 233:20 | 90:10 | 314:6,20 |
| 259:23 | 347:6 | 237:9 | 94:16 97:9 | 315:13 |
| 334:17 | **bigger** 123:3 | **born** 128:21 | 98:13 | 318:21 |
| 372:15 | 271:23 | 295:6 | 124:13,23 | 349:3,7 |
| 375:11 | **biggest** | **bots** 124:17 | 124:24 | 363:12 |

| | | | | |
|---|---|---|---|---|
| 364:16 | 200:21 | 76:10 | 95:3,6,16 | 194:24 |
| 365:10 | **built** 170:13 | 263:11 | 95:19,24 | 200:14 |
| 368:20 | 170:13 | **call** 18:25 | 96:1,18,19 | 206:20 |
| 369:1 | 197:6,15 | 25:6 28:18 | 97:5 98:4 | 209:21 |
| 370:20 | **bullet** 77:20 | 28:20 | 98:10 | 218:25 |
| **bridges** | 94:11 | 32:19 33:7 | 106:13,13 | 219:18 |
| 192:2 | 118:1 | 33:10,11 | 106:21,23 | 226:15 |
| **brief** 128:6 | 124:2 | 33:13,14 | 108:7,10 | 239:12 |
| 129:2 | 128:13 | 33:22,25 | 108:17,23 | 246:18 |
| 295:21 | 131:18 | 34:5,6,7,8 | 108:24 | 247:6 |
| **briefed** 43:2 | 133:16 | 34:9,18 | 109:6,22 | 250:10,25 |
| 43:3 | 135:5 | 35:6,17 | 110:22 | 251:4 |
| **briefing** | 228:2,7,24 | 39:4 40:13 | 112:1,11 | 252:3,3 |
| 43:8,15,17 | 272:7 | 40:18,21 | 112:13,19 | 253:4,15 |
| 43:20 | 273:9,19 | 41:8,10,11 | 112:24 | 256:2,9,16 |
| 44:21 | 275:20 | 41:24 | 113:1,4 | 256:18 |
| 45:11 | 276:14 | 42:14 48:6 | 116:6,8 | 259:11 |
| 47:12 | 343:16 | 48:9 55:8 | 117:13 | 263:9,12 |
| 133:4 | **bullets** 76:2 | 55:19,24 | 118:13,13 | 263:16,19 |
| 192:24 | 253:22 | 56:2,4,4,5 | 118:14,22 | 264:5,7,8 |
| 296:2 | 273:12,16 | 56:12,21 | 119:6,7,17 | 264:22,25 |
| **briefly** | 273:18,19 | 57:1,6,9 | 119:22 | 265:6,16 |
| 149:11 | 273:20 | 62:13 63:2 | 120:5,24 | 265:22 |
| 319:13 | **bully** 25:25 | 63:3 64:10 | 122:14 | 266:6,8 |
| 321:8 | 26:13 29:5 | 65:1,2,3 | 124:3,14 | 269:18 |
| 351:24 | 29:9,22 | 65:14 66:5 | 124:15 | 283:16 |
| 355:1 | 99:20 | 66:6,7,9 | 125:21,22 | 291:19,25 |
| **bring** 114:9 | 103:24 | 66:10,12 | 126:6 | 301:5,8,20 |
| 209:20,23 | 209:22 | 66:14,15 | 128:19 | 301:22 |
| 210:3 | 320:12 | 66:17 | 131:4 | 309:11 |
| 345:12 | **burnout** | 80:24 81:5 | 135:4 | 324:20 |
| **bringing** | 312:6 | 81:7,24 | 137:8,10 | 326:16 |
| 209:14 | 313:7 | 82:2,5,13 | 137:15,19 | 328:25 |
| **Britain** | **Burns** 376:23 | 84:20,23 | 137:21 | 333:21,25 |
| 235:20 | **business** | 87:15 | 138:4,6 | 334:2 |
| **broader** | 113:15 | 88:20,21 | 139:8,18 | 350:17 |
| 100:3 | 187:3 | 89:5,7,9 | 139:21,22 | **called** 18:25 |
| 350:18 | **buy** 166:23 | 89:22,22 | 143:17 | 19:24 31:6 |
| **broadly** 41:6 | 168:6 | 89:24 | 145:4,10 | 34:22 |
| **brothers** | 342:6 | 90:19,21 | 145:11 | 43:19,20 |
| 287:5 | | 91:3,7,10 | 146:8 | 49:14 |
| **brought** 43:4 | ———— | 91:14 | 147:24 | 57:25 |
| 43:12 | C | 92:11,12 | 148:5,22 | 66:19 69:4 |
| **budget** 26:20 | C-O-M-P-O-S | 92:14,23 | 149:13,20 | 95:13,21 |
| 115:16 | 48:19 | 92:25 93:1 | 151:10 | 96:8,23 |
| **build** 22:22 | **cable** 327:20 | 93:5,8,11 | 153:24 | 97:25 |
| 50:8 | **cadence** | 93:19 | 155:23 | 135:15 |
| 199:23 | 254:2,6 | 94:12,15 | 172:11,18 | 138:9 |
| **building** | **calendar** | 94:20,23 | 174:11 | 207:11,20 |
| | 45:8 74:10 | | | |

211:24
219:4
244:21
247:20
284:4
286:3,25
336:14
**calling**
28:21 32:6
87:5,14,21
88:9 89:13
102:9
107:12,18
122:7
150:17
172:15
180:14
193:5
194:2
203:17
206:5
251:9
329:9
334:4
**calls** 18:20
20:7 26:7
30:14
32:20,21
33:3 41:3
57:13
62:25 63:5
64:3 70:10
77:11
86:15,15
88:24 89:5
90:4 101:1
107:23
121:11
125:14
126:15,25
128:9
130:22
150:2
161:18
167:19
174:18
178:6
181:6
191:20

194:13
195:8,14
219:15
232:5
246:23,25
248:3
250:23
338:5
359:15
360:22
370:9
**cameras**
170:20
**campaign**
22:22
132:6
301:10
364:2
**campaigns**
24:15,21
25:20
**cancel** 178:2
**canceled**
348:12
**cancer** 99:17
100:16,16
101:3,4
104:21
105:2
**capacity**
81:17 82:2
285:10
288:13,14
**Capps** 6:5
9:2
**captioned**
267:4
**captured**
274:15
**carcinogens**
163:4
**care** 22:1
23:18
307:15
**career** 265:8
373:20
**careful**
10:11 24:9
306:9

**carefully**
306:3,7
**Carol** 190:11
**carrying**
59:1
**case** 1:6 5:6
8:15 73:13
98:3 99:9
311:10
360:14
376:13
**cases** 51:21
**catalog**
97:16
**category**
366:9
**cause** 5:18
104:24
105:2
366:16
**causing**
330:1
360:17
**caveat** 345:3
**cc** 143:9
376:23
**cc'd** 241:8
243:13
259:4
363:22
369:5
**cc'ing**
260:18
316:10
**CCDH** 45:4
46:17
192:25
267:15
**CCR** 8:4
375:22
376:21
**CCR(MO)** 7:9
**CDC** 190:7,8
317:21
318:1,24
366:13
**censorship**
358:14
**Center** 44:25

45:11
192:25
283:20
**Centers**
190:8
**Central** 8:11
105:22
106:1
282:14
336:2
372:1
**CEO** 134:2
352:16
353:4
**certain** 5:18
45:9 60:5
71:2,4
82:8,16
83:15 98:8
131:2
132:19
202:16
253:20
261:17
297:16
300:16,22
339:21
340:6
341:5
342:5
361:11
**certainly**
14:20 16:5
16:9 25:22
27:6 28:10
31:1,15,21
34:18 37:5
38:6 39:13
40:5 45:16
45:17 50:9
53:16,23
61:4 64:9
68:3 69:21
84:2 87:22
90:24
101:24
103:19
104:2
116:5,7,20

116:25
120:2
131:9
143:20
153:11
164:12
168:19
169:7
172:22
181:3
186:16,25
187:24
190:4
194:17,23
212:17
223:12
247:16
259:12
307:16
310:15
312:23
332:11
339:14
**CERTIFICATE**
375:1
**certified**
5:16 375:4
375:5
**certify**
375:8
377:4
**cetera** 19:18
28:5 50:19
74:11
114:19
170:20
238:19
312:6
**chain** 3:3
139:13
143:8
144:3,23
151:8
234:4,7
242:20
255:8
291:3
292:21
308:4

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 310:7 | 18:11 | 319:11 | 360:10 | 230:9 |
| 367:18,19 | charge 12:16 | childhood | 370:9 | 245:17 |
| challenges | 12:24 | 293:13,15 | 374:13 | 319:3 |
| 83:9 | 51:14 | 364:19,24 | 376:6,11 | clearly |
| 333:22 | charged | 366:21 | 377:22 | 185:1 |
| 334:3 | 370:2 | children | circle | 229:4 |
| chance 45:1 | chart 2:7 | 298:21 | 295:20 | 266:5 |
| 88:2 | 49:15 | 317:4,22 | circumst... | 303:1 |
| 335:19,20 | 58:19 | 319:4 | 335:9,10 | 305:6 |
| change 29:23 | 60:17 | 365:7,16 | CISA 68:25 | Clegg 34:8 |
| 29:23 | 63:13 | 366:4,15 | citizen | 35:7,17 |
| 58:19 | 290:12 | 370:6 | 27:22 | 53:18 56:3 |
| 99:22 | charts 262:6 | choices | 266:5 | 56:8 62:13 |
| 114:1 | chat 146:13 | 327:19,19 | citizens | 65:1 67:16 |
| 164:18 | check 45:8 | choose 172:8 | 114:16 | 68:6 77:23 |
| 198:7 | 45:15 | choosing | City 6:6 | 78:18 |
| 200:18 | 47:18 | 172:1 | 377:2 | 81:25 |
| 228:3 | 61:20 | chronolo... | civic 205:25 | 84:18,24 |
| 378:8,10 | checker | 78:24 | civil 6:16 | 94:15 |
| 378:12,14 | 138:23 | 315:13 | 9:14 50:16 | 95:14 97:2 |
| 378:16,18 | checking | chronolo... | claim 365:14 | 98:10 |
| 378:20,22 | 255:21 | 270:2 | 366:16 | 106:6,12 |
| changed | 295:7 | Chuzi 6:21 | claims | 113:2 |
| 244:24 | 324:5 | 9:4,4 21:1 | 138:14 | 134:25 |
| 245:9 | Cheema | 65:16 | 231:6,16 | 136:9 |
| 248:12 | 363:14 | 72:10 77:6 | 246:13 | 137:22 |
| 293:23 | 367:9 | 77:10 | 248:14 | 138:8 |
| 365:22 | cherry-p... | 105:9 | 249:19 | 139:2,14 |
| changes | 294:12 | 126:25 | 280:4,6,16 | 142:7 |
| 103:14 | chief 12:2,3 | 128:9 | 280:17 | 154:13 |
| 113:17 | 12:11 13:7 | 134:19 | 281:3 | 155:4 |
| 190:22 | 14:15 | 160:11,12 | 296:22 | 159:12 |
| 191:3,23 | 21:10,22 | 167:19 | 308:17 | 185:2 |
| 199:2,5,19 | 21:23 23:8 | 208:7 | 317:5,6,16 | 218:17,22 |
| 200:11,14 | 60:14 | 214:1 | 317:20 | 219:19 |
| 248:21 | 81:10 | 220:14 | 319:3 | 221:1 |
| 249:24 | 110:5 | 224:8 | 366:4,9,14 | 234:5,11 |
| 250:6 | 143:18 | 232:5 | 366:20 | 234:14,15 |
| 274:2,6,24 | 187:20 | 248:3 | clarific... | 235:11 |
| 376:15 | 312:19 | 266:17,21 | 11:2 67:9 | 236:18 |
| 377:6,9 | 325:25 | 292:8 | clarify | 237:19 |
| 378:7 | 348:20 | 319:25 | 220:15 | 238:1,9,25 |
| changing | chiefly 60:6 | 326:15 | clarity | 240:6,11 |
| 211:12 | child 128:21 | 328:11 | 10:22 17:7 | 241:18 |
| 366:1 | 142:19 | 335:13 | 245:19 | 242:9,21 |
| channels | 293:17 | 338:4 | clear 80:13 | 243:15 |
| 217:7,9,11 | 295:6 | 346:25 | 204:15,20 | 247:23 |
| 217:15 | 317:7,16 | 347:8 | 205:4,6 | 248:9,20 |
| characte... | 318:16 | 359:15,23 | 216:22 | 249:2,7,11 |

ERIC WALDO  12/22/2022

| | | | | |
|---|---|---|---|---|
| 249:16,22 | 152:12 | 372:4 | 326:6 | 188:17 |
| 250:2,5 | 266:7 | 373:1 | 328:3 | communic... |
| 253:6 | 301:3 | comes 29:24 | 329:9,17 | 40:10,10 |
| 254:5 | colleagues | 57:24 | 345:21 | 40:12 |
| 255:10 | 9:2 | 60:20,21 | 346:3,11 | 42:22 |
| 256:6,24 | collecting | 87:6 88:3 | 346:14,23 | 63:18 |
| 268:17 | 73:20 74:5 | 89:18 | 363:1 | 134:6 |
| 270:3,14 | 76:7 | 104:11 | Commission | 148:13 |
| 270:25 | college | 145:6 | 377:20 | 251:25 |
| 281:20 | 17:25 | 153:18 | commissi... | 252:1,2 |
| 309:15 | colleges | 216:20 | 375:6 | 297:7 |
| 310:6 | 18:1,2 | 333:12 | committed | 366:25 |
| 349:2,7 | Collins | 334:8 | 212:10 | communic... |
| Clegg's | 70:20 71:9 | coming 32:24 | Committee | 18:23 19:6 |
| 67:22 | 71:16,23 | 41:14 53:3 | 261:22 | 25:23 |
| 156:11 | 72:4 | 119:18 | common 10:7 | 31:11,23 |
| 235:12 | collision | 148:8,24 | 17:20,23 | 31:25 |
| clinician | 170:17 | 166:1 | 31:9 | 37:24 |
| 312:6 | column 201:7 | 181:7 | 202:13 | 38:23 |
| 313:7 | 340:15 | 196:3 | 209:16 | 42:15 |
| clipboard | combat 92:4 | 255:6,20 | 210:5 | 48:24 49:7 |
| 114:21 | 129:4,9 | 286:13,16 | 346:8 | 52:10 |
| close 134:13 | 130:1 | 287:16,17 | 358:18,18 | 57:14 |
| closed | 131:14 | 288:1 | 360:3,22 | 61:23 |
| 252:14 | 157:25 | 297:20 | 360:23,25 | 62:16 63:6 |
| closed-door | 211:9 | 313:5 | 361:1,4,4 | 65:24,25 |
| 312:16 | combating | 321:12 | communicate | 66:6,8 |
| closely | 168:11 | 349:16 | 14:10 | 67:12 68:9 |
| 176:15 | 265:2 | commands | 18:12,14 | 68:11,14 |
| clots 317:23 | Combined 2:9 | 29:10 | 64:11,12 | 68:24 |
| 319:4 | 73:6 | comment 93:3 | 64:21 | 69:14,16 |
| co-owner... | come 15:25 | 93:8 183:6 | 108:13 | 70:17 |
| 52:2 | 16:19 | 214:19 | 181:22 | 71:24 72:8 |
| coalition | 18:20 | 216:10 | 360:1 | 74:24 82:9 |
| 132:12 | 100:24 | 234:21 | communic... | 115:11 |
| code 98:7 | 147:11 | 239:24 | 19:9 46:11 | 123:7 |
| coincidence | 153:25 | 244:16 | 54:15 | 134:8 |
| 307:5,9 | 164:24 | 260:17 | 63:10,20 | 172:3 |
| collaborate | 211:7 | 307:21 | 70:14,21 | 191:7 |
| 89:19 | 215:9 | commented | 74:18 | 217:16 |
| 149:5 | 233:11 | 307:20 | 81:22 | 252:8 |
| 314:3 | 253:23 | comments | 134:4 | 260:19,21 |
| collabor... | 265:15 | 150:16,21 | communic... | 261:14 |
| 283:13 | 278:1 | 162:1 | 18:9 19:1 | 263:6 |
| collabor... | 287:1 | 197:22 | 35:2 61:9 | 291:11,13 |
| 239:17,18 | 288:10 | 244:23 | 62:20,22 | 301:14 |
| 239:25 | 289:6 | 253:24 | 64:7 65:6 | 303:21 |
| 240:18 | 311:22 | 294:6,11 | 65:8 66:25 | 304:11 |
| colleague | 357:12 | 294:15 | 70:6,25 | 320:23 |

| | | | | |
|---|---|---|---|---|
| 323:1,12 | 330:8 | 113:18 | 12:13,18 | 204:15,20 |
| 323:22 | 332:11,23 | 123:9 | 51:2 52:15 | 205:2,4,6 |
| 325:17,21 | 350:17,23 | 291:24 | 52:21 | consider |
| 325:21 | 354:2 | 299:17 | 67:15 | 19:18 60:8 |
| 348:3,8 | company | 300:3 | 82:19,22 | 125:8 |
| 357:23 | 117:17 | concludes | 86:24 | 273:12 |
| 367:2 | 134:4 | 374:16 | 145:24 | 330:11 |
| 371:8 | 217:23 | conclusion | 146:6,13 | considered |
| communities | 218:7 | 4:11 | 147:19 | 40:6 |
| 202:16,20 | 219:11 | 205:15 | 153:14 | 185:22 |
| 202:24 | 223:2 | 237:14 | 168:25 | 265:11 |
| community | 350:9 | conducted | 242:15 | consistent |
| 25:6,9 | company's | 31:24 32:1 | 251:21 | 194:12 |
| 117:12 | 220:6 | conference | 252:16 | 321:22 |
| 122:8 | compare | 2:18 84:3 | 253:3 | 322:22 |
| 202:10 | 274:12 | 96:24 | 255:14 | 327:12 |
| 209:17,19 | compared | 116:1,3 | 258:25 | 330:6,11 |
| 337:17 | 111:15 | 122:21 | 262:6 | 330:15,16 |
| companies | 116:12 | 150:18 | 263:14 | 331:20,23 |
| 20:1,3,5 | competent | 161:8,13 | connected | 332:19,24 |
| 20:13,13 | 265:24 | 161:22 | 34:2 67:15 | 334:22 |
| 20:16 28:8 | competing | 165:19 | 71:2,5,9 | 335:1 |
| 29:1,2 | 254:12 | 166:6,8 | 78:11 | consiste... |
| 31:2 35:11 | complexity | 181:1,10 | 82:13,16 | 176:19 |
| 53:13 | 168:16 | 183:1 | 84:18 | 177:3 |
| 61:12 64:4 | complicated | 193:4 | 112:6,10 | conspiracy |
| 91:16 93:4 | 304:7 | 206:10,14 | 125:10 | 342:7,8,9 |
| 104:16 | component | 206:18,25 | 366:15 | constell... |
| 116:22,24 | 132:20 | 233:7,12 | connecting | 52:20 |
| 120:4 | components | 233:17 | 41:25 | constituent |
| 133:23 | 344:13 | 239:23 | 82:23 | 24:15,20 |
| 169:11 | Compos 48:10 | 244:22 | 112:2 | 27:21 |
| 170:22 | 48:19 | 247:13 | 151:8 | 50:14 |
| 172:20 | 289:4 | 250:17 | connection | constitutes |
| 174:4 | Compound | confirm | 67:17 85:3 | 164:18 |
| 175:7 | 220:14 | 228:3 | 143:4 | construc... |
| 179:3,13 | compromise | confirma... | 159:22 | 337:15 |
| 183:9,12 | 24:4 | 213:5 | 185:1 | consult |
| 193:5 | coms 51:23 | confirmed | 251:22 | 167:11 |
| 194:18 | concern 57:4 | 213:3,4 | 252:18,24 | consulted |
| 198:7 | 123:23 | conflicts | 286:23 | 37:22 |
| 205:12 | 285:14 | 325:10,11 | 288:10 | 213:17 |
| 208:21 | 300:11 | confusing | 329:8,17 | consume |
| 210:16 | concerned | 365:5 | 357:12 | 229:2 |
| 251:10 | 299:5,21 | Congratu... | connections | consumma... |
| 264:19 | 299:23 | 61:17 | 168:24 | 254:13,18 |
| 324:10 | 310:16 | congruity | conseque... | 254:21 |
| 328:6,17 | concerns | 33:22 | 171:5,13 | contact |
| 329:10 | 44:20 | connect | 175:2,14 | 50:25 51:6 |

53:19,25
54:23 55:5
68:3,6
125:7,18
152:4,5
**contacts**
51:12,14
52:23
54:12,12
67:22
125:18
134:9
348:21
**contained**
141:21
**contemplate**
164:17
**content**
54:25 58:4
58:6 66:5
138:23
139:15,22
139:25
143:3
164:9
176:25
177:18,22
189:24
194:3
197:21
201:2,22
202:1,2,5
203:19
226:24
227:22
229:16
230:14,22
231:4,24
232:3,13
233:20
237:9
251:17
267:10
268:24
273:5
274:1,8,8
275:11
276:5,10
277:7

280:11
284:22
285:1,12
285:13
297:2
299:8
300:12
303:22,24
304:23
319:11
321:23
338:23
339:13,19
340:21
341:3
344:4,7,9
**content-...**
221:15
**contents**
231:24
**context**
138:13
171:23
173:11
201:16
216:20
226:19
227:4
238:18
275:12
308:16
311:18
333:18
342:19
**continue**
25:1 41:18
41:19 60:8
100:15
107:10
145:20
208:23
273:3
274:24
277:24
280:6
311:10,16
315:6
322:8
369:7,11

369:18
**continued**
3:1 4:1
7:1,3
25:23
58:19,22
108:4
293:19,19
368:14
**continues**
293:8
368:23
**continuing**
26:9 50:8
59:14
196:1
246:8
277:16
**contract**
133:5
**contractor**
39:11 42:7
372:20
**contracts**
86:3
**contribute**
350:9,11
**contributed**
197:7,16
**contributes**
231:4
**control**
107:24
190:8
304:12
**controlling**
83:25
**controve...**
355:11
370:5
**controversy**
355:6,14
**convene** 27:3
**convening**
209:22
**conversa...**
36:15 80:4
80:6,12
100:2

134:2
173:8
230:20
299:13,25
308:22
310:18
315:1
**conversa...**
25:7 69:22
69:24 70:2
71:11,23
108:25
116:20
173:13
195:13
256:19
259:6
269:12
310:22
311:6,16
312:11
318:2
332:3
337:14
**conveyed**
32:9 305:2
325:15
332:2
**cookie** 99:5
104:24
105:2
**cooperation**
113:9
183:14
**coordinate**
64:22
70:10
300:19
**coordina...**
65:10
266:13
**coordina...**
12:17
37:24 38:1
38:7,23
42:22
307:2,7,8
366:13
**copied** 144:7

234:13
258:24
298:3
363:11
369:3
371:4,6
**copies** 4:12
242:22
260:22
298:1
363:19
376:12
**copy** 21:6
215:21
376:15
**copying**
154:14
234:12
**cordial**
34:19
107:1,7
112:19
**core** 115:1
**corporation**
353:23
**correct** 10:5
14:2 17:4
21:12,13
21:18
22:15,18
23:3,10,11
23:20,22
23:24 24:2
24:5,6,11
24:18,19
28:23 42:3
46:5,24
47:8,21,22
48:1,23
49:20,23
49:24 50:3
51:17
55:14 58:8
59:23
60:19
64:14 72:5
72:9 73:9
76:13
77:23,25

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 78:4,10 | 144:5,6,9 | 197:17,19 | 244:18 | 334:19,24 |
| 79:1,14 | 145:13,20 | 197:23,25 | 246:10 | 336:13,19 |
| 84:8 85:15 | 145:22,25 | 198:4 | 247:3,8,19 | 338:25 |
| 85:16,21 | 146:1,7,8 | 199:19,20 | 248:2,16 | 340:12,17 |
| 86:12 | 146:15,16 | 200:1,2,14 | 248:21 | 340:23,24 |
| 88:14,15 | 147:16,17 | 201:9,18 | 249:10,15 | 343:15,17 |
| 88:18 89:2 | 147:22,23 | 201:23 | 249:20,23 | 344:14 |
| 90:11,12 | 149:17,17 | 202:3 | 253:2,10 | 348:25 |
| 90:14,15 | 150:8 | 203:1,9,19 | 253:12 | 349:5,11 |
| 91:5,6,25 | 151:11,15 | 204:8,13 | 254:4 | 349:16 |
| 92:19 94:2 | 154:14,15 | 204:18 | 256:3 | 352:10,17 |
| 94:4,13,14 | 154:17,18 | 205:10,13 | 257:2 | 353:12,21 |
| 94:17,18 | 154:22 | 206:4 | 258:21 | 355:24 |
| 94:22 | 155:9,11 | 207:3 | 259:8,9,19 | 356:18 |
| 95:17 | 156:8,10 | 209:8,9 | 263:20 | 357:20 |
| 97:21 | 157:7 | 210:23 | 267:6,10 | 358:7 |
| 99:23 | 162:9,12 | 211:5,15 | 267:11,16 | 362:23 |
| 101:5,14 | 162:16,17 | 211:18 | 268:15,16 | 363:14,15 |
| 102:6 | 162:20 | 213:1,4 | 268:20,21 | 363:18,21 |
| 103:8 | 163:6,18 | 217:25 | 268:25 | 364:19 |
| 104:12,22 | 163:24 | 218:8 | 269:2,8 | 365:9,17 |
| 105:8 | 165:19 | 219:25 | 270:4,7,8 | 366:6,9,21 |
| 106:6,7,18 | 166:15 | 220:7 | 270:12,13 | 366:22 |
| 106:19 | 169:18 | 221:12,18 | 270:23 | 368:19 |
| 107:5,25 | 171:21 | 221:20 | 271:4,16 | 369:24 |
| 108:1 | 172:12,14 | 222:4,6,16 | 272:25 | 370:15 |
| 109:15 | 173:5,22 | 222:17,22 | 273:7 | 371:3 |
| 111:17,18 | 174:4,5,8 | 222:23 | 275:8,13 | 377:8,12 |
| 117:8,9 | 174:9,14 | 223:4,6,14 | 279:4,15 | **CORRECTION** |
| 118:3,4,10 | 174:19 | 223:15 | 279:17 | 378:2 |
| 118:11,24 | 175:4,14 | 224:7 | 280:7 | **corrections** |
| 118:25 | 176:17,21 | 225:2,3,11 | 282:21 | 376:15 |
| 124:7,8 | 177:15,16 | 225:20 | 289:23 | **corrective** |
| 125:23 | 177:19,20 | 226:7,16 | 293:5 | 124:21 |
| 126:21 | 178:10 | 226:25 | 298:22 | 177:8 |
| 127:17 | 179:15,25 | 227:2 | 299:14 | **correctly** |
| 128:15,17 | 180:1,5,9 | 229:23,24 | 300:4 | 158:6 |
| 129:11,12 | 180:13,17 | 231:6,8,11 | 303:14,15 | 220:8 |
| 129:15,18 | 180:22 | 231:13,19 | 306:17 | 238:23 |
| 129:23 | 183:16,18 | 232:3,7 | 310:8,21 | **correspo...** |
| 135:1,2,7 | 183:23,25 | 233:25 | 318:9,18 | 326:1 |
| 135:8,12 | 185:16 | 234:13,22 | 319:9,12 | **corrosive** |
| 135:16,18 | 189:18 | 235:10,17 | 319:24 | 171:2 |
| 137:17,24 | 191:14,16 | 236:17 | 324:19 | **costing** |
| 138:1,7,11 | 191:21 | 237:17,18 | 325:12 | 180:11 |
| 138:16,19 | 192:17,19 | 238:3,7,15 | 327:22 | 251:13 |
| 138:21 | 193:2,19 | 238:22,24 | 329:3,5 | **Council** |
| 139:1,16 | 194:1,4,11 | 241:6 | 330:3,5 | 284:6 |
| 139:17 | 195:21 | 242:25 | 331:2,18 | **counsel** 8:2 |

| | | | | |
|---|---|---|---|---|
| 8:2 20:20 | 10:12 | 274:9 | 294:6,10 | 360:6 |
| 65:22 66:2 | 62:10 | 275:10,16 | 294:18 | **created** 14:5 |
| 72:10,21 | 113:23 | 276:4,12 | 296:21 | 170:22 |
| 72:24,24 | 208:1 | 285:7,21 | 313:4 | **creates** |
| 77:15 | 321:10 | 288:11 | 317:6 | 57:22 |
| 134:15 | 375:5 | 292:21 | 319:2 | **creating** |
| 160:8,12 | **courtesy** | 293:1 | 336:17 | 60:7 73:16 |
| 208:7,7 | 264:6 | 294:6,15 | 338:1 | 230:9 |
| 214:13 | 266:6 | 296:23 | 340:19 | 356:13 |
| 266:17 | **Courtney** | 315:21 | 342:23,25 | 358:10 |
| 269:23 | 291:6,7,12 | 317:22 | 343:10,14 | 359:2 |
| 291:2 | 291:19 | 324:22 | 343:22,23 | **creation** |
| 292:13 | 292:18 | 335:7,9 | 347:12 | 164:4 |
| 319:25 | 296:6 | 338:13 | 350:23,25 | 172:5 |
| 335:13 | 315:14 | 341:23 | 351:1 | 186:16 |
| 336:11 | 316:3,10 | 342:8,10 | 365:11 | 213:17 |
| 338:9 | **cover** 4:7 | 343:21 | **COVID-re...** | 320:25 |
| 351:25 | 207:23 | 355:8,14 | 251:17 | **crises** 335:2 |
| 375:13,17 | 282:25 | 355:17 | **coy** 91:12 | **crisis** |
| **counsel's** | **covered** | 357:18 | **CQ** 4:7 | 332:24 |
| 260:14 | 65:18 | 359:9 | **crack** 53:9 | **critical** |
| **Counter** | 77:11 | 365:15 | **craft** 100:14 | 261:6 |
| 45:12 | 310:24 | 366:8,16 | 161:21 | 311:12 |
| **Countering** | 338:5 | 367:22 | **crafted** | **criticizing** |
| 44:25 | **covering** | 370:20 | 306:3,7 | 302:6 |
| 45:12 | 221:4 | 371:1,10 | **crafting** | **cross** 152:18 |
| 192:25 | **COVID** 96:16 | **COVID-19** | 303:17 | **cross-fu...** |
| **counting** | 126:12 | 13:13,15 | **Craig** 260:23 | 52:17 |
| 335:15 | 127:3,3,12 | 13:16 18:5 | 261:4,5,16 | **cross-po...** |
| **country** | 135:19 | 24:17 | 262:12 | 152:9 |
| 17:25 | 139:15,25 | 45:23 | 263:8 | **crossed** |
| 24:16 | 140:13 | 129:4,10 | **crashing** | 288:15 |
| 27:22 | 141:19 | 130:1 | 314:9 | **crowd-so...** |
| 303:13 | 143:3,15 | 132:5 | **Crawford** | 54:4 |
| **counts** | 143:21 | 135:15 | 190:11 | **crowdsou...** |
| 206:20 | 154:17 | 145:20 | **crazy** 370:12 | 340:22 |
| **couple** 44:16 | 155:5,8 | 166:11 | **create** 48:12 | 342:12,15 |
| 76:15,17 | 156:7 | 183:23 | 100:21 | 342:19 |
| 97:8 | 157:10,15 | 185:3,8,15 | 107:1 | **CrowdTangle** |
| 154:19 | 159:10,14 | 185:21 | 168:24 | 158:6,11 |
| 248:10 | 231:3 | 229:1,21 | 176:10 | 158:13,16 |
| 353:24 | 232:10 | 231:4,6,11 | 192:1 | 159:2,9,14 |
| 355:2 | 233:21 | 231:19 | 203:23,23 | 159:22 |
| **course** 266:1 | 262:1,22 | 262:12 | 229:2,5 | 160:2 |
| 333:2,14 | 262:24 | 267:20 | 350:18 | 221:13,15 |
| 334:2 | 263:1,4 | 268:1 | 355:23 | 226:23 |
| **court** 1:1 | 265:17 | 284:23 | 356:16,17 | 227:15,20 |
| 5:1,19 | 266:10 | 291:8,21 | 356:25 | 227:24 |
| 8:16 9:15 | 273:7,25 | 292:25 | 358:5 | 228:1,4,5 |

| | | | | |
|---|---|---|---|---|
| 228:9,13 | 117:15 | 111:1,2 | 319:15 | 298:5 |
| 233:17,18 | **dangerous** | 112:3,7 | 371:13 | 308:4 |
| 237:8 | 327:20 | 158:7,17 | **day** 5:14 | 318:23 |
| **CSR** 8:4 | **dangers** | 159:6,23 | 19:1 33:17 | 346:10 |
| 375:22 | 162:7 | 174:17 | 33:19 | 349:16 |
| 376:21 | **Daniel** 14:14 | 210:19,25 | 34:13,21 | 356:21 |
| **CSR(IL)** 7:9 | 15:2,18 | 210:25 | 36:20,21 | 357:3,4 |
| **Culbertson** | 37:1,6 | 211:6 | 38:6,10 | 376:19 |
| 85:12 | 39:3 47:17 | 220:5,11 | 90:21,24 | **dazzling** |
| 144:4 | 47:19,20 | 220:21 | 90:24 91:1 | 354:20 |
| **cull** 335:19 | 48:8 53:9 | 221:6,15 | 91:1 105:2 | **DC** 19:1 |
| **culminating** | 53:21 | 226:23 | 122:22 | 125:5 |
| 234:18 | 54:11 | 227:20 | 127:25 | 190:5 |
| **cultural** | 59:10,12 | 228:17 | 136:1 | 373:3 |
| 198:20 | 64:1,1 | 233:18 | 151:14 | **de** 60:23 |
| **culture** | 89:4 | 242:11,14 | 206:19,20 | **deal** 22:16 |
| 356:17,25 | 116:19 | 242:15 | 206:25 | 126:23 |
| 358:5,11 | 152:20 | 251:22 | 219:2 | 203:24 |
| **cure** 102:18 | 164:10 | 252:15 | 238:5 | **dealing** |
| **current** | 187:11,13 | 258:25 | 244:15 | 60:21 |
| 11:15 | 187:15,18 | 336:25 | 263:17 | **deamplif...** |
| 60:18 | 187:19 | 337:6,8 | 295:2 | 177:18 |
| 198:23 | 289:3,10 | 342:22 | 306:12 | 203:13 |
| 205:11 | 289:14 | 343:4,6 | 309:14 | **Dear** 234:15 |
| 317:5 | 290:10 | 344:21 | 310:5 | 242:24 |
| 318:16 | **data** 35:22 | 345:4,9,18 | 318:6,6,13 | 243:1,6 |
| **currently** | 37:5 56:10 | 347:11 | 318:18 | 270:15 |
| 36:16 | 56:13 | 374:5 | 322:23 | 376:11 |
| 118:13 | 59:18,19 | **data-rel...** | 335:3 | **death** 100:16 |
| 121:9 | 60:10 | 374:4 | 347:10 | 254:23 |
| 204:1 | 79:12,25 | **data-type** | 351:20 | 335:8 |
| 372:12 | 80:1,9,9 | 144:21 | 360:18 | **deaths** |
| **cursor** 358:2 | 80:15,18 | **date** 8:10 | 377:14 | 175:23,25 |
| 360:24 | 81:10 82:6 | 38:16 84:4 | **days** 53:8,11 | 360:19,21 |
| **cursory** | 82:14,15 | 192:9 | 75:9 76:17 | **debate** |
| 140:2 | 82:17,25 | 213:5 | 86:12 | 309:21 |
| **customers** | 83:2,9,11 | 318:10,11 | 89:10,10 | **debrief** |
| 328:8,19 | 83:20 86:1 | 352:11 | 128:21 | 137:10 |
| **Cut** 229:14 | 100:8 | **dated** 135:1 | 135:4 | **debriefed** |
| **cuts** 327:16 | 101:10 | 238:1,10 | 138:3,6 | 137:7,16 |
| **Cybersec...** | 102:2,9 | 315:17 | 143:14 | **debunks** |
| 68:25 | 103:11 | 350:1 | 193:24 | 317:21 |
| **czar** 185:19 | 105:1 | 351:9 | 194:22 | **December** |
| | 106:17 | 352:10 | 226:8 | 1:15 5:12 |
| ____D____ | 107:7 | **dates** 75:10 | 234:17 | 8:10 |
| **D** 2:1 6:4 | 109:24 | 150:10 | 238:13 | 320:19 |
| **D.C** 6:17,23 | 110:3,5,5 | 244:18 | 260:16 | 323:1,6,11 |
| 376:8 | 110:13,14 | **David** 7:9 | 281:19,23 | 376:5,13 |
| **damage** | 110:21 | 8:20 | 295:21 | **decide** |

**ERIC WALDO 12/22/2022**

| | | | | |
|---|---|---|---|---|
| 167:10 | 224:6,16 | dem- 275:10 | 239:10 | describing |
| 239:6,8 | define 13:4 | demand 303:8 | 256:19 | 84:5 105:7 |
| decided | defining | 305:19 | 327:13 | 150:9 |
| 115:7,9 | 280:17,18 | 347:25 | 372:5 | 198:22 |
| 254:8 | definitely | demanding | 374:17 | 223:21 |
| decision | 20:7 43:8 | 305:15 | 375:9,15 | 277:3 |
| 16:15 | 59:6 92:25 | 347:19 | 376:12 | 290:6 |
| 54:20 | 95:22 | demands | 377:5,7,10 | description |
| 115:2 | 96:14 | 347:11,16 | 378:2,6 | 63:16 |
| 188:24 | 112:8 | Democratic | depositions | 78:16 |
| decisions | 181:19 | 261:21 | 10:8 | 88:16 |
| 165:16,23 | 206:10 | demoted | depriori... | 221:10 |
| declare | 295:9 | 275:16 | 26:10 | 222:15,19 |
| 377:11 | 299:20 | demotion | depth 36:1 | 223:8 |
| dedicated | 341:20 | 276:3 | 80:14,18 | 225:10 |
| 231:3 | 350:12 | demotions | 83:6,13 | 246:22 |
| deep 47:9 | definition | 275:10 | 173:16 | 251:3 |
| 54:23 | 163:19,23 | denominator | 355:12 | 332:8 |
| 110:16 | 164:1,5,7 | 111:10,12 | deputy | 347:16,25 |
| deeper 100:4 | 164:17,21 | Department | 143:18 | design 24:22 |
| 155:8 | 165:3,12 | 6:22 7:4 | 235:15 | 50:8 57:19 |
| 156:7 | 165:13 | 9:6,7 | 296:18 | 57:24 |
| 157:10,15 | 168:15 | 26:23 | describe | 59:13 |
| 251:16 | 170:2 | 68:19 | 18:11 | 149:18 |
| deeply 16:2 | 280:21 | 376:7,18 | 24:13 | 290:13 |
| 40:5 | 281:1 | 376:24 | 27:11 | designed |
| 146:12 | 341:6 | departure | 87:17 91:9 | 50:11 |
| 147:14 | 342:15 | 297:17 | 117:20 | 325:16 |
| 190:6 | 343:25 | depending | 141:20 | designer |
| 302:20,23 | 347:21 | 115:24 | 169:16 | 59:17 |
| 374:10 | 366:1 | deplatform | 219:17 | designing |
| deescalate | definitions | 178:2 | 268:7 | 24:15 |
| 34:10,14 | 212:20 | 355:7 | 313:25 | 58:11 |
| 95:4,5 | deleted | deplatfo... | described | desire |
| 239:17,25 | 245:24 | 205:9 | 29:22 35:8 | 173:12 |
| 240:17 | deliberate | 355:18 | 91:4 | desired |
| deescala... | 115:2 | deponent | 106:12 | 376:16 |
| 239:12 | delibera... | 378:1,6,24 | 220:18 | desires |
| defend 223:3 | 303:20 | deposed | 221:1,3 | 329:22 |
| 223:19 | delibera... | 23:25 | 226:9,14 | desk 288:15 |
| Defendant's | 338:11 | deposes 9:19 | 247:17 | despite |
| 2:8 73:5 | delibera... | deposition | 286:20 | 192:15 |
| Defendants | 338:6 | 1:14 4:11 | 290:11 | destigma... |
| 1:8 5:8 | delivery | 5:10 8:3 | 332:5 | 22:24 |
| 6:20 7:3 | 65:18 | 8:13,18 | 333:24 | detail 267:9 |
| 8:3 9:5 | delve 139:19 | 9:25 10:4 | describes | detailed |
| defensive | 155:7 | 23:22 | 162:18 | 39:9 |
| 225:5 | 156:7 | 76:24 77:2 | 219:10 | details |
| defensively | 157:10,15 | 77:9 | 286:20 | 89:12 |

| | | | | |
|---|---|---|---|---|
| 267:9 | 164:6 | 85:23 86:1 | 189:23 | disconti... |
| detect 202:1 | devising | 132:4 | 260:21 | 368:13 |
| 202:23 | 71:17 | 144:10,12 | 261:10 | discourage |
| detecting | devoutly | 144:14,21 | 290:18,19 | 261:20 |
| 204:2 | 254:14,18 | 189:23 | 290:21 | discover |
| detection | 254:21 | 192:25 | 296:18 | 102:20 |
| 204:6 | difference | 261:10 | 301:15 | discovered |
| determin... | 21:20 | 325:25 | 325:21,22 | 124:17,19 |
| 113:5 | different | 336:15 | 325:25 | 128:1,5 |
| 142:3 | 5:14 16:3 | 340:3 | 357:23 | discuss 41:3 |
| 165:25 | 21:23 | 373:11 | directs | 96:18 |
| determine | 31:19 | direct 15:14 | 58:13 | 108:5 |
| 167:7 | 50:13 51:3 | 32:1 39:12 | 63:14 | 124:12 |
| 168:13 | 54:1 91:3 | 68:6 71:22 | DiResta | 129:2 |
| 169:3 | 99:6 100:5 | 75:12 | 36:22 | 130:10 |
| determined | 100:15 | 84:14 | 37:14,16 | 146:14 |
| 239:11 | 116:24,24 | 125:6 | 37:25 | 147:19 |
| 337:18 | 116:25 | 161:4 | 38:17,24 | 153:15,17 |
| determining | 119:6 | 217:7,9,11 | 40:2,11 | 156:24 |
| 266:1 | 159:10,13 | 217:15 | 41:3 42:1 | 157:5 |
| develop | 159:17,19 | 326:5 | 42:16 | 169:18 |
| 52:23 | 199:1 | directing | 48:22,25 | 237:16 |
| developed | 237:1 | 15:12 | 62:22 | 239:7 |
| 14:7 19:12 | 245:18 | 363:12 | 188:18 | 291:21 |
| 37:20 | 293:23 | direction | 207:5,7 | 298:18 |
| 164:3 | 303:25 | 59:1 99:3 | 212:4,15 | 299:1 |
| developing | 304:1 | 272:25 | 212:18 | discussed |
| 14:11 37:9 | 307:6,18 | 375:13 | 213:8 | 33:11 |
| 59:25 | 341:10 | directly | 339:2 | 40:21 41:7 |
| 60:12 | 358:14 | 15:12 59:1 | dis 261:25 | 46:17 47:1 |
| 115:15 | differently | 60:17 61:9 | disagrees | 56:11 80:1 |
| development | 91:4 | 62:23 | 307:25 | 84:19 85:1 |
| 13:22 14:8 | difficult | 70:14 72:7 | disappoi... | 85:3,6 |
| 14:16 | 10:12 | 78:3 94:24 | 302:20,23 | 86:14 |
| 17:11 | 36:16 | 95:18 | disappoi... | 90:14 91:8 |
| 37:17 | 203:5,21 | 103:25 | 305:6 | 91:10 |
| 289:13 | 246:10 | 207:19 | disbelieve | 108:22 |
| developm... | difficulty | 215:5 | 351:22 | 112:4 |
| 122:3 | 10:25 | 237:16 | disclose | 118:6 |
| device 74:20 | 336:11 | 240:20,23 | 76:19 | 123:12 |
| 74:25 | 337:21 | 241:2 | disclosed | 124:5 |
| devices | dig 74:7 | 251:16 | 223:13 | 139:8 |
| 74:13,16 | digital 45:1 | 309:16 | 225:10 | 145:14 |
| devise | 45:12 | 323:2 | 309:22 | 148:4,10 |
| 101:12 | 57:22 58:4 | 349:21 | disclosing | 148:23 |
| 102:11 | 58:4 64:17 | director | 66:5 | 157:19 |
| 103:5 | 64:17,18 | 14:19 | discontinue | 164:2,9 |
| devised | 64:19 | 64:18 | 368:5,22 | 184:25 |
| 117:19 | 85:14,22 | 143:16 | 369:16,17 | 187:23 |

| | | | | |
|---|---|---|---|---|
| 191:19 | 269:10 | 104:12,18 | **district** 1:1 | 49:9,14 |
| 209:4 | 272:16 | 104:20 | 1:1 5:1,1 | 72:22,23 |
| 218:23 | 281:15 | 105:8 | 5:19 8:16 | 75:13 |
| 221:2,23 | 286:12,14 | 111:16 | 8:16 51:8 | 77:24 |
| 227:11 | 286:17 | 118:9 | **dive** 251:16 | 84:15 87:3 |
| 228:20 | 292:7 | 141:22 | **Division** 1:2 | 128:16 |
| 232:19 | 334:6 | 168:18 | 5:2,20,20 | 134:14 |
| 239:9,13 | 340:25 | 172:11,17 | **DJ** 81:6,9,10 | 137:25 |
| 241:17 | 341:22 | 172:25 | 81:24 | 138:15 |
| 242:12,16 | **Disease** | 173:4 | 82:10,13 | 144:25 |
| 242:18 | 190:8 | 174:23 | 82:15,23 | 145:21 |
| 250:11 | **Disinfo** | 186:7,12 | 83:8,10,19 | 151:17 |
| 251:20 | 244:13 | 186:19,21 | 94:13 | 152:19,23 |
| 258:11,14 | 245:11,14 | 188:6 | 98:12 | 153:10,11 |
| 291:24 | 245:22 | 192:21 | 106:6,15 | 155:10 |
| 301:18,21 | 247:8 | 193:1,6,13 | 109:21,23 | 156:9 |
| 314:6,24 | 267:4,10 | 195:11 | 112:3,6 | 161:11 |
| 317:1,1,11 | 267:14 | 196:10 | 116:18 | 162:5,13 |
| 331:21 | 268:15,20 | 245:10 | 241:13,24 | 173:23 |
| 369:15 | 268:25 | 247:18,25 | 242:13,15 | 182:25 |
| 372:18 | 269:11,13 | 248:2,13 | 251:16,22 | 191:15 |
| **discussing** | 269:17 | 249:15 | 252:1,8,11 | 193:18,25 |
| 11:11 | 276:22 | 251:12 | 252:13,14 | 195:4,5 |
| 143:2 | 277:7 | 261:19 | 252:16,19 | 197:4,18 |
| 239:3 | **disinfor...** | 262:16,21 | 252:22 | 201:13,24 |
| 317:14 | 39:25 40:2 | 263:4 | 255:14 | 204:17 |
| **discussion** | 41:13 | 289:19 | 258:23,25 | 208:8 |
| 65:14 91:3 | 42:17 43:6 | 299:6,18 | 259:3,6,18 | 215:8 |
| 92:2 95:15 | 43:7,18 | 300:4 | 259:22,23 | 216:6,14 |
| 105:19 | 45:5,20 | 313:5,9 | 260:5 | 216:22 |
| 160:21 | 46:3,4,8 | 330:18 | 267:3,7 | 273:8 |
| 166:25 | 46:12 47:2 | 342:4 | 270:4 | 277:10 |
| 182:3 | 47:25 | **dismissed** | 292:18 | 291:2 |
| 198:15 | 56:17 57:5 | 221:18 | 296:6 | 309:13 |
| 240:14 | 58:14,23 | **dispropo...** | **DNC** 261:16 | 313:19 |
| 253:14 | 59:2,7 | 202:11,25 | **DNC's** 261:6 | 340:11,14 |
| 256:18 | 60:9,22 | **dispute** | 261:21 | 342:20 |
| 320:9 | 63:15,21 | 273:17 | **doctor** 27:20 | 344:15,22 |
| 328:1 | 64:8,23 | **disputes** | 29:15 | 345:3,13 |
| 330:24 | 67:1 68:10 | 267:13 | **doctors** | **documents** |
| 336:23 | 68:16 70:3 | **dissemin...** | 132:13 | 73:16 74:7 |
| 337:23 | 71:14 | 29:25 30:6 | 287:25 | 77:2,4,8 |
| **discussions** | 74:25 92:5 | 30:7 358:6 | 288:3 | 169:7 |
| 68:15 | 96:15,16 | **distinctive** | **doctrine** | 293:6 |
| 69:14,18 | 97:18,21 | 282:25 | 77:12 | 294:13 |
| 171:25 | 98:21,25 | **distribu...** | **document** | 309:22 |
| 215:1 | 99:11 | 273:6 | 2:15,20 | **Doell** 7:9 |
| 226:20 | 101:4,13 | **distribu...** | 3:17,18,19 | 8:20 |
| 252:20 | 102:14 | 271:3,14 | 3:21 21:5 | **doing** 17:17 |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 23:22 26:9 | 353:16 | 69:21,22 | 164:12 | 270:3 |
| 31:14 33:6 | 357:10 | 70:7,13,14 | 168:20 | 287:7,9 |
| 51:3 58:2 | 373:23 | 70:17,20 | 169:23 | 288:20 |
| 59:5,8,9 | **DOJ** 73:16 | 71:2,5,9,9 | 176:18 | 289:4 |
| 60:25 | 74:15 | 71:16,16 | 178:6 | 290:9,14 |
| 66:18 | **domains** | 71:22,22 | 182:6 | 302:1,19 |
| 82:15 83:9 | 276:25 | 71:23 72:4 | 183:1,6 | 303:5,16 |
| 96:5,7,10 | **Door** 182:7 | 72:4,6,8,8 | 184:12 | 303:18,21 |
| 96:15 97:3 | **Dori** 363:14 | 77:22 | 187:24 | 304:2,14 |
| 97:3,10 | 367:9 | 78:18 | 198:22 | 305:6 |
| 98:6 109:3 | **Dory** 261:2 | 79:12,20 | 207:1,25 | 307:12 |
| 109:7 | **doubt** 327:3 | 80:16,21 | 208:6,20 | 309:16,18 |
| 113:5,17 | **doubtful** | 80:25 81:4 | 210:15 | 310:7,10 |
| 115:16 | 188:19 | 81:24 82:6 | 217:22 | 312:3 |
| 117:11 | 223:22 | 84:19,24 | 218:16,22 | 316:23 |
| 118:9 | 357:14 | 94:13,24 | 219:19 | 322:11 |
| 119:3,8,12 | **dozen** 44:24 | 95:18 | 222:1,8,21 | 326:6 |
| 119:21 | 45:5,20 | 98:11,16 | 223:1,16 | 327:3,13 |
| 120:12,15 | 46:3,8,12 | 98:19 | 223:21,23 | 328:3 |
| 121:10,12 | 47:3,25 | 106:5,14 | 224:6,20 | 329:17,24 |
| 121:14,14 | 192:21 | 107:10 | 224:21,23 | 330:17,25 |
| 122:16 | 193:1,6 | 109:10 | 234:5,12 | 332:25 |
| 123:24 | 195:12 | 111:21 | 234:14 | 334:10 |
| 128:2 | 196:11 | 113:7,13 | 236:19 | 339:12,15 |
| 129:9,22 | 244:13 | 115:1 | 237:19,20 | 339:18,23 |
| 130:5 | 245:11,14 | 122:10 | 237:23 | 358:22 |
| 131:9 | 245:22 | 126:16 | 238:1,10 | **draft** 188:3 |
| 132:5,9,10 | 247:8,18 | 133:25 | 239:1,2,20 | 304:8,8,10 |
| 133:6 | 248:2 | 135:1 | 240:3,11 | **drafting** |
| 154:8 | 249:15 | 136:9,20 | 240:19 | 187:20 |
| 161:18 | 267:4,10 | 137:5,7 | 241:13,24 | 290:5 |
| 170:12,16 | 267:14,22 | 138:4,9 | 242:7,8,22 | 304:3 |
| 182:19 | 268:3,9,15 | 139:3,14 | 243:13,15 | 351:5,10 |
| 211:8 | 268:20,25 | 142:6,23 | 246:1,5,20 | **drafts** 15:18 |
| 229:4,8 | 269:11,13 | 142:25 | 247:10 | 16:10 |
| 236:10,11 | 269:17 | 143:9,12 | 248:10 | 188:2 |
| 249:3 | 276:22 | 143:13,20 | 249:17,23 | 303:25 |
| 263:3 | 277:7 | 145:18 | 250:2,15 | 304:1 |
| 264:8,20 | **Dr** 6:14,14 | 146:4 | 250:18 | **Dress** 348:5 |
| 279:19 | 6:14 14:21 | 147:6 | 251:9 | **drink** 162:24 |
| 293:21 | 15:11 16:4 | 149:25 | 253:12,18 | **drive** 27:4 |
| 301:25 | 25:23 | 153:12 | 256:10,15 | 27:12 |
| 305:9 | 34:19 | 154:13,24 | 256:21,22 | 29:23 |
| 312:14 | 35:14,16 | 155:4 | 256:24 | 153:3 |
| 316:23 | 38:5 53:17 | 156:2 | 260:18,19 | 358:20 |
| 320:21 | 56:5 57:10 | 157:3 | 260:21 | 361:6 |
| 322:3 | 67:14,16 | 159:12 | 261:5,9 | **driver** |
| 333:23 | 67:21 | 161:9 | 262:3,8 | 338:22 |
| 340:8 | 69:13,17 | 162:10 | 264:8,9 | **drivers** |

| | | | | |
|---|---|---|---|---|
| 187:20 | 126:15 | 269:1,9,25 | 214:13 | 293:10 |
| **driving** | 134:15,18 | 270:1,3,10 | 240:11 | 297:11 |
| 230:19 | 134:24 | 270:18 | 306:14 | 344:20 |
| 321:14 | 135:15,25 | 274:4,7,15 | 307:22 | 357:8 |
| 344:13 | 139:13 | 278:5,12 | 309:15 | 359:8 |
| **dropped** | 143:8,10 | 279:17 | 336:11 | 363:24 |
| 134:14 | 144:3,8,23 | 291:3 | 347:5 | 364:22 |
| **dropping** | 145:6,16 | 292:15 | 349:20 | **early** 61:21 |
| 53:14 | 147:18 | 294:3,24 | 350:2 | 143:14 |
| **drug** 166:23 | 151:8,18 | 295:7 | **e-mailing** | 204:6 |
| 168:6 | 151:19,20 | 296:10,14 | 126:11 | 211:14 |
| **due** 203:6 | 154:13,20 | 296:24 | 159:12 | 290:20 |
| 360:22 | 155:3,4,19 | 297:5,6,10 | 160:8 | 293:13,15 |
| **duly** 375:6 | 156:20,22 | 297:21 | **e-mails** 15:8 | 323:19 |
| 375:10 | 157:1 | 298:2 | 45:8 64:10 | 364:18,23 |
| **duties** 12:10 | 195:19 | 300:6 | 74:10,13 | 372:7 |
| 21:21 23:2 | 215:9 | 306:18,20 | 97:6 248:9 | **easier** |
| 24:14 | 226:4 | 306:24 | 310:24 | 199:25 |
| 58:24 | 227:1,24 | 307:4,19 | 315:12 | 200:22 |
| 110:10 | 229:11 | 308:3 | 318:14 | 275:14,15 |
| **duty** 22:14 | 231:7,12 | 309:8,13 | 363:24 | **Easterly** |
| 175:20 | 231:21 | 309:17 | 365:10 | 69:8 |
| **dying** 335:3 | 233:3,14 | 310:4,5,7 | **earlier** 29:6 | **eat** 162:24 |
| 360:18 | 234:4,7,11 | 311:19 | 31:6 53:1 | **eating** 99:5 |
| | 234:14 | 314:4 | 62:20 | 99:5 |
| **E** | 236:5,19 | 315:13,20 | 84:18 | 104:21,24 |
| **E** 2:1 | 237:14,21 | 315:21 | 85:18 | **eBay** 341:19 |
| **e-commerce** | 237:25 | 316:25 | 99:21 | **echo** 303:3 |
| 340:22 | 238:14 | 317:9 | 100:2 | 358:25 |
| 341:15,18 | 239:4,7,16 | 318:5,11 | 104:22 | **echoes** |
| 341:24 | 240:19 | 319:6 | 122:17 | 191:17 |
| **e-mail** 2:12 | 241:6,8 | 330:21 | 135:20 | **ecosystem** |
| 2:13,14,16 | 242:20 | 349:2,6,23 | 144:11 | 303:9 |
| 2:17,22,23 | 243:5,12 | 351:25 | 151:13 | 305:20 |
| 3:3,4,5,6 | 245:25 | 363:11 | 163:3 | **ed** 302:10 |
| 3:7,8,10 | 249:23 | 364:16,25 | 169:15 | **edit** 15:22 |
| 3:11,12,14 | 250:13 | 366:23,24 | 173:8,19 | **edited** |
| 3:15,16,23 | 252:10 | 367:18,19 | 174:25 | 329:21 |
| 4:8,9 19:3 | 253:12 | 369:5 | 192:23 | **edits** 304:13 |
| 20:20,24 | 255:3,5,8 | 370:19,23 | 203:12 | 304:15 |
| 54:8,8 | 255:22 | 373:12,12 | 227:10 | **educate** |
| 74:8,20 | 258:22 | **e-mail's** | 239:13 | 13:14 |
| 78:12 | 259:13 | 259:2 | 241:11 | **educated** |
| 82:12 86:7 | 260:7,17 | **e-mailed** | 243:3,7 | 213:18 |
| 95:8,23 | 261:8 | 47:24 | 254:7 | 289:20 |
| 96:14 97:7 | 262:2,14 | 49:10 | 256:18,19 | 291:14 |
| 98:3,4,7 | 266:25 | 72:21 | 261:13 | **education** |
| 112:2,9 | 267:3 | 94:24 | 271:5 | 26:23 |
| 125:17 | 268:17 | 95:17 | 282:19 | 50:16 |

**ERIC WALDO 12/22/2022**

| | | | | |
|---|---|---|---|---|
| 364:2 | 188:23 | 375:14,17 | **energy** | 183:13 |
| **effect** 171:3 | 210:19 | **employee** | 115:13 | 304:23 |
| **effective** | 230:16 | 39:6 42:6 | **enforcement** | 345:17 |
| 166:23 | 252:5 | 81:12 | 192:2,4 | 364:17 |
| 168:7 | **election** | 124:24 | 193:9 | **ensured** |
| 295:15 | 55:16 | 132:3,3 | **engage** 59:15 | 366:14 |
| **effectiv...** | 219:2 | 255:19 | **engaged** 13:3 | **entire** 166:1 |
| 167:1 | **electronic** | 309:23 | 13:4,5,12 | 216:1,25 |
| 351:1 | 152:24 | 340:4 | 22:2 140:7 | **entirely** |
| **effects** 43:7 | **electron...** | 372:16 | 140:9,15 | 60:5 |
| 217:25 | 4:11 | 375:16 | 141:11 | 330:16 |
| 219:6,13 | **elevate** 26:3 | **employment** | 218:6 | **entirety** |
| **efficacy** | 26:13 | 39:10 | **engagement** | 216:6,13 |
| 297:3 | **elevating** | 42:12 54:2 | 12:2,4,11 | 216:21 |
| **effort** 10:17 | 272:5 | **enable** 271:2 | 13:7,14 | **entities** |
| 350:18 | **elevator** | 271:13 | 21:11,22 | 42:25 |
| **efforts** | 314:1 | **enabled** | 21:24 23:9 | 275:21,22 |
| 13:14,16 | **else's** | 169:11 | 32:10,11 | 283:9 |
| 129:4,25 | 358:21 | 179:24 | 32:16 | **entitled** |
| 130:2 | 361:7 | 331:17 | 41:16,20 | 347:11 |
| 131:14 | **emailing** | **enclosed** | 48:11 49:5 | **entity** 43:1 |
| 154:20 | 291:5 | 376:12,13 | 49:18,22 | 128:2 |
| 155:8 | **embargo** | **Enclosures** | 50:10,12 | **entry** 21:10 |
| 156:8 | 206:21 | 376:22 | 51:6,13 | **environment** |
| 157:11,16 | **embargoed** | **encourage** | 52:8,11 | 169:12 |
| 157:25 | 32:25 87:3 | 87:5 | 58:14 59:2 | 209:16 |
| 172:24 | 88:23 | 114:22 | 60:25 | 210:6 |
| 220:7,9,13 | 89:11 | 181:9 | 63:15,17 | 334:15 |
| 220:22 | **emcee** 92:12 | 223:2 | 103:25 | 336:16 |
| 223:2 | **emergency** | 348:18 | 134:6 | 350:19 |
| 224:7,17 | 175:11 | 350:6 | 141:19 | 355:24 |
| **eight** 5:12 | 317:3 | **encouraged** | 197:23 | 356:16 |
| 356:21 | 365:16 | 181:11,13 | 198:1 | **Eric** 1:14 |
| 357:3,4 | **empathize** | **encouraging** | 296:19 | 2:4 5:11 |
| **eight-mi...** | 106:25 | 181:7 | 301:10 | 8:13 9:17 |
| 282:7 | **emphasis** | 350:10 | 312:20 | 9:24 |
| **either** 16:19 | 310:17 | 352:17 | **engagements** | 226:18 |
| 32:21 | 321:18 | **ended** 24:3 | 32:2 52:4 | 259:20 |
| 33:22,23 | **emphasize** | 33:6,17 | 134:8 | 263:14 |
| 38:12 54:4 | 320:13 | 90:17,21 | 140:12 | 267:7 |
| 66:22 | **emphasized** | 113:5 | 183:21 | 281:10 |
| 71:17 | 107:16,17 | 128:1 | 184:4 | 292:16,17 |
| 82:21 | 108:3 | 142:20 | **engaging** | 294:3 |
| 89:21 90:3 | **emphasizes** | 145:11 | 24:24 | 312:2 |
| 93:1 94:25 | 334:23 | 150:7 | 302:2 | 374:17 |
| 101:11 | **employed** | 151:13 | **engines** | 376:13 |
| 112:1 | 39:16 | 237:23 | 340:21 | 377:4,18 |
| 122:13 | 42:11 | 301:25 | 341:1 | 378:1 |
| 160:18 | 340:7 | 304:2 | **ensure** | **errata** |

376:14,16
376:17
**especially**
70:11
132:11
305:12
**Esq** 6:4,4,5
6:10,16,21
6:21 7:4
376:6
**essentially**
30:15
86:22
176:25
290:1
**establish**
86:23
243:10
**established**
251:6
**et** 1:4,7 5:4
5:7,21,22
8:14,15
19:17 28:4
50:18
74:11
114:19
170:20
238:19
312:6
376:9,10
378:3,4
**ethnicity**
198:14,18
**EUA** 317:2
**event** 19:5,6
36:20
38:15,24
39:4 48:12
48:22 49:2
49:4,6
51:4 52:1
181:3
206:15,17
207:8
209:7
212:19,21
213:6
251:8

284:1
302:1
**events** 40:15
40:16,24
206:24
283:18
292:2
**eventually**
147:2
234:5
240:4
**everybody**
88:10
89:14
107:12
**everyone's**
322:8
**Everythi...**
356:4
**evidence**
105:10
163:17
164:22,24
224:9
**evidence...**
103:18
**exact** 88:23
124:25
**exactly** 23:9
23:14 29:6
39:22 42:5
81:19
158:14,15
200:24
270:9
276:19
291:9
306:5
342:24
352:22
364:23
**Examination**
2:4 9:20
**examined**
5:11 9:18
**example** 28:7
61:10
62:21 74:9
76:11

99:17
121:1
150:15
163:4,6
197:8
229:18
279:21
320:18
349:1
**examples**
104:14,14
104:16
169:8
177:9
203:15
205:11
**Excel** 54:5
**exception**
365:14
**excerpts**
208:2
**exchange**
368:16
**excise** 99:15
**excited** 90:2
**excuses**
303:11
305:24
**Executed**
377:14
**executive**
364:10
**exert** 62:25
**exhaustive**
14:24
140:23
**exhausti...**
98:18
**exhibit** 2:6
2:7,8,12
2:13,14,15
2:16,17,18
2:19,20,21
2:22,23
3:2,3,4,5
3:6,7,8,9
3:10,11,12
3:13,14,15
3:16,17,18

3:19,20,22
3:23,24
4:2,3,4,5
4:6,7,8,9
20:22 21:5
49:10,15
57:18
72:14,14
72:19,20
106:8
117:25
134:21
135:6
139:10
144:2
149:7,8
151:3
154:12
160:10
161:7
178:18
196:21
206:12
207:22
214:15
225:21
234:2
238:9
240:10
242:19
254:25
260:13
266:16,20
269:20
278:4
282:17
290:24
296:9
297:23
302:4
306:11
309:12
314:5
315:8
319:13,20
319:25
324:20
330:19
336:10

347:4
348:16
349:1,24
352:8,13
353:2,10
353:20
354:19
361:14,15
363:9
367:17,21
369:20,21
**exhibits** 2:5
3:1 4:1,11
20:20
134:16,18
160:9
161:4
214:13
255:5
335:21
347:7
351:16
**exist** 153:2
**existing**
270:16
276:3
**exists**
152:24
220:6,12
220:22
**expand**
317:15
**expanded**
246:13
366:12
**expanding**
138:17
248:14
249:18
273:25
281:21
**expansion**
366:7,20
**expect** 113:8
174:3
175:6,13
349:15
**expects**
236:16,23

2:10 73:7
**experience**
 18:16
**experienced**
 121:11
**experiences**
 65:5
**expert** 39:1
 39:2,6,22
 39:23,25
 40:6 58:22
 60:6 86:25
 92:16,17
 110:2,4
 262:15
 265:11
 289:11
 338:23
 362:16
 374:5
**expertise**
 39:19 40:8
 41:14 47:9
 110:17
 262:17
 265:25
 339:13
 374:7,8
**experts**
 12:19
 19:14,14
 34:3 52:16
 116:15,17
 213:17
**Expires**
 377:20
**explain** 83:8
 312:21
**explanation**
 210:24
**explicitly**
 107:23
 168:20
 204:25
 205:1
 239:3
 247:20
**expose** 24:9
**exposed**

198:11
 342:25
 345:7,10
 353:23
**exposure**
 23:24 24:2
 343:15,18
 343:24
 344:5,14
**express**
 95:19
 223:24
**expressed**
 102:6
 131:10
 159:18
 345:20
**expresses**
 156:16
**expressing**
 123:22
 305:6
**expressions**
 94:6
**expressly**
 8:6
**extend** 28:7
 51:12
**extensive**
 99:22
**extent** 65:16
 194:20
 288:22
 292:8
 295:5
 338:4
 350:23
 362:13
**external**
 22:21
 35:24 36:3
 36:10 37:2
 37:8 43:5
 47:6 62:21
 103:3
 133:5,6
**externally**
 36:23
**extra** 216:15

**extraord...**
 172:12
 173:4
 277:18
 322:2
**eyes** 103:3
 164:12
_____
**F**
**F** 288:4,5
**F-O-R-S**
 133:2
**face** 299:1
**Facebook**
 20:8,9
 33:7,10,14
 33:16,21
 33:25 34:2
 34:8,12,20
 35:3,10
 52:6,25
 55:6,10
 56:4,10,13
 63:2 64:11
 65:6,8
 66:1,11,16
 66:21
 77:23
 79:13,16
 79:21 80:2
 80:10,12
 80:16,25
 82:7,15,17
 82:24 83:7
 83:12,14
 90:9,10,17
 92:22 93:4
 93:6,19
 94:16
 95:11,20
 95:20
 96:11
 98:14
 106:6
 107:19
 108:19
 109:1
 111:3,5,7
 111:22

112:7
 113:9
 115:20
 116:5,8,12
 118:22
 122:18,20
 122:24
 123:3,8
 124:5,6,15
 124:25
 125:22
 126:9,13
 127:18,20
 127:20
 128:3
 134:25
 135:21
 136:19
 138:18,23
 139:22
 141:9,12
 141:19
 143:3
 149:14,19
 150:13,17
 151:1,21
 154:24,25
 155:13
 157:8
 158:8,22
 159:15,24
 160:2
 173:14
 181:19,23
 181:25
 182:2
 188:5,8,12
 188:15
 189:4,10
 189:22
 190:2,23
 191:4,23
 192:15,16
 193:21
 194:2
 195:18
 196:1,4
 214:20
 218:8,13

219:11
 220:5,20
 221:16,17
 222:2
 223:17
 224:5,15
 224:24
 225:4,15
 226:5,10
 226:15
 227:19
 228:21
 229:15,23
 230:4
 232:23
 235:7,13
 235:24
 236:23
 237:6
 238:21
 239:21
 242:16
 243:14
 244:21
 245:18
 246:23
 249:2
 251:4,22
 252:1,8,10
 252:19,22
 255:14
 258:7,8,16
 259:7
 267:13,22
 268:4,13
 269:10,13
 269:14
 270:16
 274:3
 277:23
 279:11
 280:1,11
 293:2,11
 294:7,11
 294:19
 296:5
 297:12
 298:3,17
 302:7

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 305:15,20 | 270:14 | 246:13 | 70:14 | **feeds** 204:3 |
| 307:4,16 | 279:6,12 | 248:14 | 71:16 72:6 | 344:4,8 |
| 307:17 | 308:25 | 249:19 | 72:8 | **feel** 121:22 |
| 310:12 | 331:17 | 296:22 | **fault** 175:18 | 308:16 |
| 314:20 | 352:21 | 366:14,15 | **favorable** | **feeling** |
| 318:2,14 | **fact-che...** | 366:20 | 182:8 | 95:12,12 |
| 324:9 | 229:16 | **familiar** | **FDA** 278:23 | 96:3,4 |
| 337:14 | 276:4 | 37:19 40:5 | 279:12 | 131:10 |
| 343:5 | **facto** 60:23 | 45:3,7 | 280:5,18 | 238:20 |
| 348:23 | **factors** | 75:14 | 281:16 | **feelings** |
| 349:3,20 | 198:18 | 156:3 | 318:23 | 95:11 |
| 350:6,10 | **facts** 105:9 | 186:17 | 365:15 | 107:2 |
| 354:5 | 198:13 | 190:13,17 | **FDA-appr...** | **Felicia** |
| 361:21 | **factual** | 217:18 | 280:4 | 300:18 |
| 363:12 | 342:1 | 218:18,20 | **features** | **felt** 97:25 |
| 365:13 | **fair** 30:8,10 | 219:14 | 197:6,15 | 239:21 |
| 366:25 | 31:7,8 | 222:25 | 198:7 | 314:25 |
| 369:2 | 60:1 102:7 | 224:5,15 | **February** | **fewer** 175:22 |
| 370:7 | 107:4 | 225:16 | 213:3,7 | **field** 27:21 |
| 371:9 | 164:20 | 278:21 | 330:24 | 28:3 36:1 |
| **Facebook's** | 165:1,2 | 283:22 | 355:6 | 114:22 |
| 107:3 | 166:2,8,20 | 284:5,9 | 358:25 | **fifth** 178:17 |
| 110:22 | 171:7,19 | 285:3,8,14 | 359:7 | 178:19 |
| 156:1,6 | 172:17 | 285:17,24 | 367:20,22 | **fight** 129:22 |
| 157:15,25 | 201:4 | 287:8,9,13 | **federal** 7:5 | **Figueroa** |
| 158:19 | 210:1 | 288:24 | 46:11 64:6 | 43:23 |
| 194:9 | 220:2 | 371:12 | 66:24 | **Figueroa's** |
| 220:12 | 227:23 | 374:10 | 67:23 | 46:16 |
| 226:14,24 | 229:11 | **familiarize** | 68:22 | **figure** |
| 227:21 | 230:18 | 225:22 | 83:24 86:3 | 101:21 |
| 230:14 | 234:1,23 | **family** 22:1 | 86:4 | **figures** |
| 233:20 | 234:25 | 23:2,19 | 132:17 | 179:2 |
| 277:5 | 246:21 | 24:2 | 140:22 | **filled** 61:3 |
| 299:19 | 247:13 | **famously** | 141:10,14 | 273:15 |
| **faces** 226:16 | 251:3 | 27:6 | 144:20 | **final** 15:19 |
| **facial** 94:6 | 272:18 | **fan** 254:15 | 183:13 | 16:10 |
| **facie** 85:8 | 292:19,23 | **far** 56:18 | 189:2 | 188:2 |
| **fact** 21:15 | 347:2 | 245:24 | 191:3,7 | 304:15 |
| 23:21 | 365:4 | 327:10 | 192:7 | **finalized** |
| 29:10 | 366:10,11 | **fast** 358:20 | 193:3 | 164:4 |
| 108:2 | 370:14,17 | 361:6 | 285:4 | **finally** |
| 121:23 | **fall** 52:4,11 | **faster** | 345:15 | 353:20 |
| 122:2 | **falls** 275:11 | 193:16 | 349:15 | **financially** |
| 138:23 | 295:3 | 194:13,20 | 371:8 | 375:18 |
| 169:16 | **false** 138:14 | 195:9,13 | **feed** 277:1 | **find** 15:9,9 |
| 181:5 | 163:15 | 196:6 | 299:6,18 | 34:11,14 |
| 240:9 | 217:24 | **Fauci** 69:13 | 300:4 | 76:11,19 |
| 247:13 | 219:5,12 | 69:13,17 | **feedback** | 136:10 |
| 257:10 | 231:6,16 | 69:22 70:7 | 50:21 88:1 | 202:12 |

| | | | | |
|---|---|---|---|---|
| 239:16 | 243:2 | 184:19 | 226:15 | 375:9 |
| 246:10 | 248:11 | 189:21 | 258:1 | 377:5,12 |
| 376:12 | 250:13 | 190:1 | 279:7 | **foreign** |
| **finds** 277:13 | 263:11 | 260:17 | 314:20 | 128:2 |
| **fine** 72:16 | 267:25 | 262:10 | 316:11 | **forenoon** |
| 100:19,19 | 270:1,2 | 263:3 | 329:22 | 5:13 |
| 160:18,18 | 273:18,24 | 278:13,13 | 360:5 | **forget** |
| 160:19 | 274:15 | 278:22 | **follow** 25:2 | 132:18 |
| 368:13 | 277:9 | 292:18 | 41:5 60:25 | **form** 63:17 |
| **finish** 22:8 | 290:23 | 294:23 | 149:1 | 152:24 |
| 72:18 | 298:6 | 296:6 | 226:21 | 353:17 |
| 167:21 | 309:17 | 298:1 | 227:19 | 377:6 |
| 216:8,10 | 310:4 | 306:13 | 318:19,22 | **formal** 39:14 |
| 240:24 | 316:25 | 307:3 | **follow-up** | 42:2,13 |
| **finishes** | 353:24,25 | 309:14 | 25:3,11,14 | 340:5 |
| 10:14 | 364:21 | 315:14 | 39:4 40:24 | **formatting** |
| **firm** 57:25 | 368:18 | 316:3 | 59:17 61:6 | 273:13 |
| **Firms** 347:12 | **fit** 255:3 | 363:12 | 82:12 97:7 | **former** |
| **first** 2:10 | **five** 226:8 | 367:8 | 108:12,15 | 152:11,12 |
| 10:3,10 | 260:16 | 369:13,25 | 112:24 | 152:12 |
| 18:15 53:7 | 273:11,18 | **flip** 178:11 | 113:1 | 235:23 |
| 53:8 73:7 | 282:4 | 277:9 | 118:22 | 286:6 |
| 77:20 | 288:20 | 331:11 | 120:5 | 309:22 |
| 78:24 | 363:2 | **focus** 115:1 | 123:13 | **formulated** |
| 81:13,15 | 371:15 | 115:8,20 | 181:16 | 164:7 |
| 87:21 | **five-minute** | 122:18,24 | 183:2 | **formulating** |
| 91:18 | 371:21 | 150:13 | 195:8,14 | 303:23 |
| 104:25 | **flag** 201:1 | **focused** 92:2 | 252:9 | 321:5 |
| 110:19,19 | 281:11 | 130:25 | 259:6 | 336:20 |
| 119:17,17 | **flagged** | 226:23 | 263:6 | 338:17,20 |
| 119:22 | 53:17 | 233:17 | 266:2 | 339:2,6 |
| 124:22 | 124:15 | 289:1 | 283:18 | **formulation** |
| 128:21 | 189:4,10 | 296:1 | **followed** | 339:24 |
| 129:13 | 285:1 | 312:23 | 129:19 | **Fors** 133:1,8 |
| 135:5 | **flagging** | **focusing** | 239:1 | **forth** 31:25 |
| 145:6 | 188:5,8,11 | 227:20 | **following** | 139:14 |
| 147:7,24 | 188:14 | 347:15 | 75:16 | 203:13 |
| 151:23 | 190:2,9 | **FOIA** 346:18 | 118:7 | 237:9 |
| 152:20 | 267:7 | **folks** 19:14 | 129:8 | 249:25 |
| 183:20 | **flagpole** | 25:7 26:9 | 131:1 | 275:17 |
| 186:6 | 114:14 | 32:23 34:2 | 228:17 | 277:2 |
| 187:11 | **flags** 203:20 | 37:2 47:4 | 233:15 | 309:20 |
| 191:12 | **Flaherty** | 48:7 52:18 | 234:17 | 310:25 |
| 196:2 | 64:10,13 | 53:14 56:3 | 267:12 | 317:23 |
| 199:12 | 65:15,25 | 67:3 | 293:9 | 320:6 |
| 226:17 | 66:9 67:2 | 108:11 | 320:3 | 332:15 |
| 231:2 | 124:4 | 117:3 | 364:18 | 351:2 |
| 233:13,14 | 125:25 | 152:11 | 378:6 | **fortuito...** |
| 234:10,11 | 126:3,10 | 168:25 | **foregoing** | 239:14 |

| | | | | |
|---|---|---|---|---|
| **forty** 371:16 | **Frances** | 365:15 | **gap** 61:3 | 133:18 |
| 371:17,18 | 302:9,11 | **full-time** | **Gardner** 6:21 | 147:9 |
| 371:19 | 309:14 | 372:16 | 9:5 | 161:16 |
| **forward** | 318:7 | **Fullenwider** | **Gateway** | 162:11 |
| 10:15 | 319:8 | 39:1 40:19 | 286:19,20 | 165:14 |
| 41:19 | **Francis** | 41:2,23 | 286:23 | 166:2,5 |
| 114:22 | 70:20 | 47:21 | **gears** 20:19 | 168:9 |
| 142:24 | **frankly** | 63:24 | **gender** | 169:2 |
| 229:14 | 223:21 | 85:17 | 198:19 | 174:1,2 |
| 236:16,24 | **free** 358:16 | 144:7 | **general** 9:11 | 176:24 |
| 237:16 | **freedom** | 164:11 | 11:17 | 179:1 |
| 240:21 | 165:16,22 | 174:19 | 12:18 | 187:25 |
| 241:2 | 165:23 | 187:8 | 13:13 | 191:18 |
| 277:16,17 | 285:12,13 | 226:6 | 16:18,24 | 212:25,25 |
| 277:20 | 285:15 | 338:24 | 18:16,24 | 215:6 |
| 282:3 | **friction** | 339:23 | 21:11,22 | 217:22 |
| 337:19,21 | 199:23 | 362:9 | 22:12,13 | 218:6,12 |
| 338:1 | 229:2,5,9 | 372:4 | 24:13 | 220:10 |
| **forward-...** | 229:22 | **Fullenwi...** | 26:13,17 | 221:22 |
| 299:13 | 230:4,10 | 58:20 59:4 | 26:19 | 240:13 |
| **forwarded** | **frictions** | 59:25 62:1 | 27:18 | 250:19 |
| 47:16 | 200:21 | 62:19 | 28:10 | 251:25 |
| 281:7 | **Friday** | 85:13 90:8 | 29:15,24 | 252:7 |
| **forwards** | 149:15 | 289:3 | 30:11,11 | 262:11 |
| 308:3,7 | 150:7 | 290:12 | 30:24 | 263:7 |
| **found** 66:22 | 155:18 | **functional** | 31:14 | 267:8 |
| **Foundation** | 243:6 | 143:18 | 33:20 35:3 | 270:15 |
| 331:7 | 315:17,20 | 353:6 | 35:6,7 | 284:11,24 |
| **foundations** | 319:1 | **function...** | 36:7 42:11 | 291:20 |
| 50:18 | **front** 72:23 | 125:7 | 51:22 55:9 | 298:13 |
| **four** 190:24 | 144:25 | 290:19 | 56:12 58:7 | 299:22 |
| 195:20 | 149:9 | **further** | 58:9 61:5 | 301:8 |
| 246:8 | 151:5 | 131:17 | 67:7 68:5 | 306:12 |
| 253:7,14 | 161:12 | 139:20 | 69:20 70:6 | 313:2 |
| 253:19,21 | 215:21 | 244:13 | 70:25 | 318:8 |
| 253:22,24 | 274:12 | 245:11 | 73:12 75:5 | 319:21 |
| 273:19,21 | 291:2 | 252:7 | 76:3 78:2 | 320:5,19 |
| **Fourth** 175:6 | 351:16 | 268:23 | 79:5 87:12 | 324:5,21 |
| **frame** 55:19 | 356:5 | 269:10,12 | 87:20 88:5 | 325:11 |
| 81:14 | **Frontline** | 271:1,11 | 96:2 99:1 | 329:9 |
| 115:21 | 287:25 | 273:25 | 99:20,25 | 330:7 |
| 130:6 | 288:3 | 343:25 | 102:13 | 331:6 |
| 191:2 | **fruitful** | 374:12 | 105:6 | 333:25 |
| 293:2 | 113:20 | 375:16 | 106:22 | 340:9,20 |
| 322:25 | **frustration** | | 108:9 | 340:25 |
| 323:23 | 223:25 | —— **G** —— | 116:11 | 345:14 |
| 338:14 | **full** 9:23 | **G-mail** | 120:11 | 347:11 |
| 340:2 | 75:21 | 255:16 | 123:18 | 349:4,9,21 |
| 371:9 | 326:12,23 | **gamut** 103:22 | 131:7 | 349:25 |

| | | | | |
|---|---|---|---|---|
| 352:9 | 188:11,14 | 187:7 | 43:15 | 62:11 71:7 |
| 354:15,20 | 188:21 | **getting** | 44:14 | 73:3 78:9 |
| 355:5,20 | 189:3,9,12 | 101:9 | 51:20 | 83:3 87:16 |
| **General'** | 189:16 | 108:11 | 87:24 | 87:17 89:6 |
| 12:4 | 198:6 | 111:3 | 89:14 | 90:6 98:7 |
| **general's** | 206:8 | 134:18 | 107:2 | 119:15 |
| 6:5,10 9:3 | 207:19 | 141:5,8 | 109:25 | 127:9,10 |
| 11:24 | 212:15 | 185:19 | 110:16 | 147:19 |
| 12:15 13:9 | 213:9 | 195:11 | 147:9 | 151:16 |
| 26:2,4 | 226:20 | 223:17 | 168:10 | 155:22 |
| 27:7,8,14 | 265:2,12 | 278:4 | 186:24 | 160:17 |
| 28:6 29:5 | 265:17 | 293:22 | 189:23 | 162:4 |
| 29:21 | 269:11,14 | 294:1 | 254:11 | 167:23,24 |
| 31:11 32:8 | 272:20 | 339:12 | 279:6 | 167:24,25 |
| 35:2 36:6 | 283:3,6,13 | 356:23 | 280:7 | 185:11 |
| 36:11 | 288:18,21 | 368:12 | 288:25,25 | 197:10 |
| 37:16 39:7 | 288:22 | **getting-...** | 296:1 | 198:9 |
| 39:14 | 290:3 | 264:7 | 310:16 | 205:20 |
| 41:24 42:3 | 308:10 | **give** 10:18 | 324:7 | 210:14 |
| 42:23 43:3 | 314:24 | 10:20 | 337:13,13 | 214:4,5 |
| 47:13 | 320:11 | 18:19 | 350:14 | 215:21 |
| 49:19 50:9 | 323:21 | 26:21 | **gives** 155:5 | 216:4,15 |
| 52:9 55:5 | 324:12 | 32:23,25 | 228:24 | 216:18 |
| 57:9,15 | 329:7,15 | 46:22 | **giving** 27:1 | 221:25 |
| 58:2 59:18 | 334:6 | 66:17 | 46:20 65:4 | 227:13 |
| 60:7 64:6 | 336:5 | 75:19 | 93:13 | 230:6 |
| 69:19 | 337:21 | 86:18 87:7 | 145:7 | 234:9 |
| 85:20 | 338:2,12 | 88:21,21 | 146:9 | 236:12 |
| 102:5 | 340:2,4 | 114:22 | 148:5 | 247:15 |
| 103:13,20 | 345:20 | 118:23 | 153:24 | 265:16 |
| 109:13 | 346:1,23 | 121:5 | 207:1 | 271:5 |
| 113:2 | 347:18,23 | 140:2 | 317:22 | 274:18 |
| 114:8 | 348:17 | 144:25 | 319:9 | 278:11 |
| 126:20 | 349:19 | 145:8 | 354:23 | 282:5 |
| 129:21 | 362:6 | 146:21 | **glad** 264:16 | 304:20 |
| 134:10 | 364:5,6 | 168:13 | **glance** 140:2 | 311:2,9 |
| 135:10 | 367:13 | 169:2 | **Gleicher** | 313:15 |
| 146:24,25 | 369:10 | 179:19 | 349:7 | 329:25 |
| 155:13 | 372:6,24 | 197:11 | **global** | 367:20 |
| 162:6 | 373:6,8,21 | 201:10 | 235:24 | 369:17 |
| 163:21 | 373:24 | 211:25 | **gmail.com** | **goal** 30:5 |
| 165:21 | **generally** | 216:14 | 260:23 | 88:24 |
| 167:3,5 | 15:21 | 256:25 | **go** 10:6,15 | 168:23 |
| 168:10,12 | 22:19 | 314:13 | 22:6,7,8 | **goals** 199:2 |
| 169:21 | 120:18 | 335:19,20 | 23:15 | **goes** 75:20 |
| 170:6 | 170:9 | 356:6 | 30:17 | 84:25 |
| 171:11 | 195:24 | **given** 9:25 | 34:21 36:8 | 136:12,12 |
| 173:21 | 241:16 | 19:24 | 47:18 | 137:22 |
| 186:8,13 | **gentleman** | 34:12,21 | 55:23 62:3 | 162:10 |

| | | | | |
|---|---|---|---|---|
| 163:14 | 119:1 | 351:24 | 113:16 | 333:3,11 |
| 165:14 | 121:18 | 357:24 | 115:19 | 334:7 |
| 166:10 | 127:24 | 358:2 | 144:22 | 345:15 |
| 169:10 | 131:17 | 361:9 | 145:10 | 346:8 |
| 172:9 | 133:25 | 367:10 | 150:11 | 359:1,8,13 |
| 173:7 | 134:13,15 | **good** 72:12 | 163:14 | 359:21 |
| 174:3 | 142:17 | 80:18  96:6 | 219:16 | 371:9 |
| 179:16 | 147:2 | 96:9 113:6 | 230:12 | 374:14 |
| 186:5 | 149:7 | 168:22 | 261:3 | **governme...** |
| 188:4 | 150:24 | 254:9 | 295:11 | 153:7 |
| 191:25 | 153:25 | 334:17,18 | 361:23 | **governors** |
| 192:11 | 155:17 | 335:16 | 368:15 | 50:17 |
| 193:15 | 156:7,12 | 358:18 | **gotten** | **GQ** 354:15,24 |
| 195:12 | 156:18 | 360:3,23 | 152:10 | 357:15,24 |
| 209:10 | 157:18,20 | 361:1,4 | **gov** 86:7 | 358:1 |
| 211:16 | 157:21 | 369:17 | **gov-** 269:23 | **granted** |
| 222:24,25 | 160:9,13 | **good-bye** | **government** | 318:24 |
| 224:3 | 160:18 | 112:15 | 17:14,16 | **grants** 26:21 |
| 229:22 | 170:14 | **Google** 3:24 | 18:17 | 27:1 |
| 235:1 | 177:6,7,8 | 54:1,5 | 19:16 | **Graphika** |
| 239:15 | 178:11 | 118:15 | 32:22 | 284:3,4,5 |
| 243:15 | 195:22,23 | 130:5,19 | 46:12  54:2 | **great** 51:1 |
| 250:24 | 215:24 | 151:9 | 67:23 | 89:15 |
| 251:15 | 216:3,4,5 | 152:13,16 | 72:24 | 132:16 |
| 253:6 | 216:11,14 | 153:3,11 | 81:12 | 210:14 |
| 268:7 | 216:15,16 | 153:17 | 83:24 86:1 | 211:25 |
| 305:23 | 230:12,25 | 154:8 | 86:4,5 | 214:1 |
| 320:24 | 234:2,10 | 181:20 | 89:1 | 230:23 |
| 328:5,24 | 236:16,24 | 258:9 | 100:25,25 | 238:21 |
| 333:2 | 251:20,21 | 341:1 | 101:11 | 262:5 |
| 335:5 | 264:18 | 351:18 | 119:8 | 282:1 |
| 341:14 | 266:2 | 352:9 | 125:1,4,9 | **greater** |
| 344:10 | 273:1 | 354:8 | 132:17 | 103:11 |
| 356:11 | 276:17 | **Google/Y...** | 140:22 | 111:20 |
| 358:13,16 | 282:3,5 | 20:8  55:7 | 152:15 | 174:7,16 |
| 366:12 | 290:24 | 88:14 | 153:5 | 175:8 |
| **going** 14:9 | 291:3 | 118:3 | 183:13 | 208:21 |
| 16:7 18:19 | 292:1,4 | 128:15 | 191:3,8 | **greet** 131:8 |
| 20:20 33:1 | 299:1 | 181:24 | 192:8 | **greeting** |
| 53:11 | 311:16,20 | 296:10 | 209:11,13 | 123:19 |
| 72:10,13 | 312:7 | **gosh** 51:5 | 209:20 | **grew** 16:3 |
| 72:16 83:8 | 317:15 | **gotcha** 41:22 | 235:12,23 | **ground** 10:7 |
| 87:4 89:11 | 318:15 | 52:3 76:1 | 255:19 | **group** 19:18 |
| 103:17 | 326:11,23 | 90:20 91:2 | 269:23 | 43:5,9,12 |
| 104:24 | 330:13 | 98:9 | 284:20 | 44:5,23 |
| 108:13,17 | 331:11 | 100:23 | 285:8,21 | 45:16,17 |
| 108:19 | 335:14 | 105:5 | 285:24 | 46:10 |
| 114:1,3,4 | 337:6,12 | 109:5 | 291:2 | 47:10 |
| 115:4,5 | 337:12 | 111:14 | 312:13 | 133:2,5 |

| | | | | |
|---|---|---|---|---|
| 246:13 | 263:25 | 303:11 | 121:25 | 131:15 |
| 248:14 | 270:19 | 305:24 | 124:20 | 193:17,22 |
| 249:18 | 286:12 | **halfway** | 145:11 | 194:3,6,7 |
| 318:14 | 289:24 | 178:23 | 175:20 | 194:8,14 |
| 347:7 | 291:14 | 270:2 | 184:4 | 195:1,10 |
| **groups** 12:13 | 292:19 | **hall** 38:3 | 337:17 | 196:6 |
| 49:22 50:1 | 304:9 | 51:23 | **happy** 54:25 | 232:15 |
| 50:5,14,16 | 318:6 | 134:1 | 87:25 | 272:11 |
| 50:16,20 | 319:7 | **halls** 132:9 | 139:18 | 273:2,5 |
| 86:23 | 344:1 | **Hamlet** | 195:6 | 274:1 |
| 182:11 | 357:25 | 254:17,22 | 240:20,22 | 284:22 |
| 231:10,16 | **guessing** | **hand** 216:22 | 241:1 | 297:2 |
| 231:25 | 300:20 | **handle** | 282:2 | **harms** 199:13 |
| 232:1,16 | **guests** | 122:12 | 295:12 | 199:15 |
| 233:2 | 355:16 | 326:12,24 | 309:8 | 217:25 |
| 245:13,21 | **guidance** | **handling** | 314:17 | 219:6,13 |
| 245:24 | 168:13 | 117:2 | 345:13 | 231:5 |
| 246:3 | **guide** 92:13 | **Hang** 72:25 | **hard** 34:20 | 335:6 |
| 248:1 | **guiding** | **happen** | 62:10 | **Hate** 45:1,12 |
| 258:6 | 362:16 | 156:12 | 106:23,24 | 193:1 |
| 267:22 | **gum** 30:21 | 183:22 | 146:12 | **Haugen** |
| 268:3,9,24 | **guy** 235:25 | 241:4 | 147:14 | 302:10,12 |
| 275:15 | 280:2 | 300:23 | 188:25 | 309:14 |
| 276:11 | **guys** 91:17 | **happened** | 202:16 | 318:7 |
| 299:7,18 | 119:3 | 44:11 | **harm** 30:16 | 319:9 |
| 300:4 | 128:7 | 76:17 | 36:14 99:2 | **hazard** 27:25 |
| **grown** 325:24 | 195:12 | 78:19 79:4 | 99:3,11,11 | **hazardous** |
| **guardrails** | 239:6 | 85:9 104:5 | 100:4,5,10 | 28:1 |
| 359:13,22 | 254:8 | 112:5 | 101:7,15 | **head** 10:19 |
| **guess** 11:3 | 264:4,16 | 122:6 | 101:19,22 | 14:25 |
| 25:6 47:18 | 268:13 | 137:14 | 102:12,16 | 20:11 |
| 55:16 63:9 | 275:7 | 139:21 | 170:12 | 38:16 |
| 99:24 | 277:5 | 149:14,21 | 171:16 | 57:19 |
| 135:24 | 279:2 | 206:17 | 173:7,11 | 64:18 |
| 147:13 | 293:3 | 221:2 | 173:16,22 | 70:21 |
| 167:4 | 294:20 | 225:17,19 | 176:8 | 100:7 |
| 181:20,25 | 296:25 | 226:12 | 177:11 | 141:2 |
| 185:13,18 | 297:8 | 259:11 | 202:12 | 190:12 |
| 188:25 | 307:11 | 265:21 | 322:2 | 235:24 |
| 189:25 | 318:6 | 293:15 | 330:2 | **headline** |
| 200:15 | 343:5 | 307:10 | 360:17 | 214:21,23 |
| 213:15,18 | 366:24 | 316:14 | 365:12 | **heads-up** |
| 220:2 | | 321:2 | **harmed** | 18:19 |
| 230:19 | ———— | 330:25 | 202:11,25 | 32:23 65:5 |
| 234:25 | **H** | 352:5 | **harmful** | 88:21 |
| 245:5 | **H-O-F-T** | 365:2 | 101:23,25 | 127:24 |
| 250:11,21 | 287:1,4 | **happening** | 121:6 | 145:7 |
| 258:3 | **half** 45:13 | 33:17 87:1 | 129:4,10 | 146:9,21 |
| 261:17 | 223:23 | 90:18 | 130:1 | 148:5,7 |
| | **half-mea...** | | | |

| | | | | |
|---|---|---|---|---|
| **headwinds** | 122:4 | 280:19 | 252:11 | 263:3 |
| 298:25 | 123:14 | 285:12,13 | 282:20,21 | 266:9 |
| 299:23 | 129:9 | 285:15 | 286:6 | 299:25 |
| **health** 2:19 | 130:20 | 286:17,21 | 287:6,17 | 300:19 |
| 3:20  7:4 | 131:1 | 289:17,18 | 287:22,23 | 301:16,16 |
| 9:7  12:15 | 134:3 | 289:25 | 288:5,7 | 332:12 |
| 12:17,24 | 145:19,25 | 290:5 | 308:5 | 333:25 |
| 13:18,20 | 146:19 | 297:13 | **hearing** | 361:11 |
| 13:21,23 | 147:3,3,4 | 302:25 | 10:25 | 369:18 |
| 15:12  16:1 | 147:16 | 303:2,10 | **Heet** 5:15 | **helped** 19:12 |
| 16:13,16 | 148:1,19 | 303:13 | 7:9  8:4,19 | 48:12 |
| 17:2  18:6 | 149:4 | 305:12,17 | 375:3,22 | 60:24,24 |
| 22:3,17,23 | 153:14,19 | 305:21 | 376:21 | 70:9  92:12 |
| 22:24,25 | 154:9 | 310:17 | **height** | 92:13 |
| 24:17,22 | 156:24 | 311:11,12 | 251:12 | 304:1 |
| 24:25  25:8 | 157:4,25 | 311:17 | **heightened** | **helpful** |
| 25:11,24 | 161:6,9 | 312:4,5,6 | 171:1 | 243:9 |
| 26:3,14 | 162:7,12 | 313:4,6,6 | **held** 8:18 | 265:1 |
| 27:10,19 | 162:14,15 | 313:9 | 11:18 | 271:25 |
| 28:1,8,14 | 162:20 | 319:23,24 | 105:19 | 349:13 |
| 29:17,19 | 163:1,3,15 | 320:6,13 | 160:21 | **helping** |
| 29:25  30:3 | 163:16,19 | 321:19 | 179:4 | 12:12,18 |
| 30:4,7,8 | 163:21 | 322:8,21 | 198:15 | 16:5  22:24 |
| 30:11 | 165:17,17 | 324:22 | 240:14 | 22:25  36:1 |
| 31:11,16 | 165:21,23 | 330:17 | 250:17 | 49:3  50:24 |
| 31:18,20 | 166:11,17 | 332:19,24 | 337:23 | 52:19 |
| 35:15 | 167:2,7 | 334:1,23 | **hello** 123:18 | 60:14  61:4 |
| 36:13  37:9 | 168:11 | 335:2 | **help** 19:20 | 61:4 |
| 39:25  40:1 | 171:3 | 336:15 | 22:22  27:4 | 110:19 |
| 42:17 | 173:1,20 | 342:3 | 51:10 | 132:4,13 |
| 43:17 | 174:22 | 350:15 | 52:14,21 | 148:1 |
| 44:17 | 175:11 | 358:21 | 59:14 | 174:20 |
| 45:23  51:4 | 180:3 | 360:13,16 | 100:14 | 179:3 |
| 53:3  68:19 | 182:18 | 361:7 | 132:7,8 | 261:25 |
| 71:17 | 191:8,18 | **healthier** | 145:19 | 262:25 |
| 86:11 | 194:13 | 350:18 | 147:15 | 337:16 |
| 87:20 | 196:22 | **healthy** | 148:18 | 362:14 |
| 91:18 | 197:5 | 209:16 | 153:13 | **helps** 10:21 |
| 99:11 | 200:13 | 210:5 | 157:3 | 17:24 |
| 100:11 | 206:13 | 355:23 | 158:17,17 | 27:19  28:3 |
| 101:7,24 | 221:6 | 356:16 | 158:18 | 85:25,25 |
| 102:6 | 242:11 | **hear** 29:18 | 175:21,21 | 86:1 |
| 104:5,18 | 244:17 | 87:19 | 176:4,4,5 | 144:19,20 |
| 104:20 | 246:22 | 89:17 | 176:6 | 167:6 |
| 105:16 | 250:7 | 182:23 | 209:20 | **hesitancy** |
| 113:18 | 251:3,11 | 246:18 | 227:17 | 279:14 |
| 115:17 | 256:12 | 250:25 | 252:16 | 299:7 |
| 118:9,24 | 257:1,12 | 368:22 | 253:3 | **hesitanc...** |
| 119:3 | 270:12 | **heard** 207:13 | 262:11 | 300:11 |

**ERIC WALDO   12/22/2022**

hey 35:14,17
  54:2
  103:20
  111:8
  118:16
  119:10,19
  120:18
  121:17
  147:9
  170:13
  175:16
  195:9
  257:11
HHS 17:14
  26:18  43:4
  43:13,13
  43:19
  45:11
  46:15  48:3
  132:20
  297:21
  298:13,14
  301:4,10
  340:7
  363:20,22
  364:4,10
  364:12
  369:10
HHS.gov
  373:12
Hi 145:16
  226:18
  238:16
high 34:1
  86:25  87:4
  89:12
  91:14
  147:5
high-level
  49:15
  50:19
  86:16,19
  86:21  87:7
  87:18
  88:22
  153:24
high-risk
  166:12,19
  167:18

168:5
highest
  140:6
  141:19,24
  142:1
highlight
  117:10
  137:23
  236:9,10
  355:25
  357:17,18
highlighted
  197:5
  208:19
  215:4,7,13
  215:25
  217:5
  344:21
  356:5
highligh...
  45:22  46:1
  46:2
  182:10
  216:19
  356:3
highlights
  154:19
  209:14
highly-f...
  229:14
highway
  170:13
Hill 347:10
Hines 6:15
hire 39:12
historic
  170:24
  175:23,25
  251:12
  335:3
history
  107:13
hit 214:14
  307:17
hitting
  307:16
HIV/AIDS
  27:8
hobbies

198:21
Hoft 286:25
  287:1,4,5
  287:6
hold 12:7
  298:9
  321:13
  356:5,9
holding
  169:23
  321:20
holiday
  254:13
home 373:1
honest
  297:17
honestly
  35:15
  133:7
  140:14
  141:23
  316:20
hope 89:16
  277:13
  299:11
hopefully
  29:18
  114:15
  117:4
  181:4
hoping 150:3
  277:23
horizon
  146:14,18
  146:24
  147:20,21
  147:25
  148:12,20
  153:15,18
  157:5
host 326:7
hosted 38:4
  283:12
  331:6
hour 72:11
  160:14,17
  335:15
hours 5:12
  21:25

248:6,8,18
  248:22
  249:1
House 50:11
  64:13,19
  67:17,25
  68:5,13,14
  81:12,16
  82:2,24
  83:11,12
  84:6  110:8
  110:11
  122:23
  124:4
  126:20
  127:5,12
  135:22
  206:14,25
  217:21
  218:5
  220:4,20
  236:15,23
  261:11
  263:3
  266:9,14
  291:5,6
  292:6
  302:3
  363:13
  365:21
  367:8
how'd 52:24
HSS 132:2
huh-uh 10:20
human 7:4
  68:19
  184:7
hundred
  363:1
hurt 99:12
  99:13
  107:2
hybrid
  372:25
  373:9
hypothet...
  104:9
  167:5
hypothet...

104:22

_____
          I
_____
idea 16:13
  17:8  29:21
  35:8  83:3
  83:10
  102:8
  170:21
  172:20
  201:25
  202:17,22
  329:7,16
  357:11
ideas 339:11
identically
  351:18
identified
  45:5  97:2
  131:25
  222:20
  253:7,18
  276:21
identifies
  77:21
identify
  76:8,11
  81:4
  202:19
  204:11
  211:13
identifying
  76:2  99:10
identity
  198:20
IDO 57:25
IG 245:24
Iheme 90:8
  226:5
  237:5
Illinois
  5:18  375:5
  375:8
illness
  335:7
illnesses
  24:10
imagination
  37:2

| | | | | |
|---|---|---|---|---|
| imagine 49:1 | 120:20 | include | 19:13 | 376:15 |
| 71:1 | 160:20 | 96:10,21 | 29:11 30:4 | indicated |
| 238:19 | 168:17 | 97:13 | 30:14 | 378:6 |
| immediately | 179:12,13 | 117:7 | 117:15 | indicates |
| 166:10 | 185:21 | 138:12 | 174:18 | 232:9 |
| 224:19 | 193:16 | 171:4 | 190:23 | 317:11 |
| 237:21 | 209:11 | 175:1 | 191:4 | 349:8 |
| 246:17 | 210:17 | 177:14,17 | 192:16 | indicating |
| 318:13 | 232:24 | 194:25 | 194:18 | 262:15 |
| imminent | 247:23 | 209:25 | 199:19 | indication |
| 162:19,25 | 305:10 | 249:8 | 217:22 | 121:5 |
| 163:13 | impose | 266:4 | 218:5 | 262:19 |
| 231:5 | 204:14,20 | 275:9 | 231:5 | indicator |
| immoral | 205:4 | 283:9 | 232:10 | 345:5 |
| 328:25 | imposing | 300:3 | 247:2 | individual |
| impact 3:20 | 268:8 | 317:6,16 | 251:10 | 79:16 |
| 36:14 | impossible | 325:19 | 268:5 | 116:7 |
| 109:24 | 233:9 | 348:23 | 284:20 | 138:18 |
| 158:8 | impression | 360:22 | 306:6 | 340:20 |
| 174:22 | 120:13,14 | 366:4,9 | 319:4 | 342:23 |
| 191:13 | 237:7 | included | 332:22 | 361:20 |
| 210:21 | improve | 13:13 | 340:20 | individuals |
| 211:3 | 28:14 | 97:19 | 342:24 | 117:16 |
| 242:11 | 29:19,20 | 118:6 | 363:13 | 158:23 |
| 336:15 | 30:3 31:16 | 171:9 | 369:3 | 349:18 |
| 358:20 | 117:2 | 233:10 | incorpor... | inducing |
| 361:6 | 144:20 | 247:6 | 284:12 | 299:7 |
| impacted | 175:18,21 | 268:19 | incorrect | ineffective |
| 147:8 | 273:3 | 300:24 | 15:8 | 166:18 |
| 258:4 | 274:24 | 301:1 | increase | infants |
| imperative | 303:2 | 366:14 | 100:14 | 365:6 |
| 172:22 | improvement | includes | 186:11,18 | inference |
| implemen... | 253:8,15 | 28:16 | 186:21 | 370:14 |
| 295:15 | 253:19 | 31:23 | 201:22 | influencers |
| implication | inaccurate | 107:19 | 203:25 | 50:2,6 |
| 54:22 | 140:10 | 136:14 | 229:8 | 222:2,10 |
| implies | 198:8 | 147:20 | 272:21 | infomateur |
| 204:19,24 | inapprop... | 182:1 | increased | 27:18 |
| import 334:1 | 171:6 | 205:7 | 186:7 | information |
| importance | inaudible | 207:23 | increasing | 30:8 46:21 |
| 12:14 | 328:6 | 211:19 | 272:14,17 | 47:12 |
| 89:16 | inaugura... | 229:13 | 275:9 | 52:22 |
| 114:14 | 55:12 | 248:13 | independent | 53:19 |
| 312:1 | inbox 20:24 | 262:24 | 309:13 | 65:18 |
| important | 134:19 | 280:10 | indicate | 73:20 74:6 |
| 90:1 | 214:14 | 297:2 | 109:18 | 76:8,11,23 |
| 102:21 | 260:14 | 350:16 | 111:23 | 77:11 |
| 114:24 | incentivize | including | 112:20 | 96:14 |
| 118:16 | 197:21 | 13:13,15 | 164:23 | 100:13 |

| | | | | |
|---|---|---|---|---|
| 102:19,22 | 345:11,15 | 213:20 | 42:21 | 375:18 |
| 102:22 | 345:22 | 339:1,9,12 | **institut...** | **interesting** |
| 103:7 | 347:19,22 | 339:19 | 37:3 | 78:14 |
| 110:3 | 348:1 | **inputting** | 205:15,24 | **interests** |
| 111:14,15 | 349:14 | 325:14 | **instruct** | 22:22 |
| 111:24 | 350:19 | **inquiring** | 65:19 | 198:21 |
| 121:7 | 355:24 | 107:7 | 77:12 | **internal** |
| 130:21 | 356:16,18 | 111:11 | 292:10 | 66:18 |
| 140:5,10 | 356:24 | 196:2 | 338:6 | 124:16 |
| 140:13,17 | 357:1,18 | **inquiry** | **integrity** | 211:8 |
| 141:18 | 358:6 | 148:11 | 304:24 | **Internet** |
| 152:6 | 367:14 | **Ins-**245:16 | **intended** | 36:22 38:4 |
| 154:24,25 | 368:23 | **inside**189:3 | 90:18 | 48:13 |
| 159:9,10 | 371:10 | 292:22 | 114:7 | 207:2,4,10 |
| 159:18 | **Informat...** | **insidious** | 171:10 | 207:24 |
| 163:16 | 229:21 | 162:19 | 235:7 | 213:8 |
| 165:6 | **informed** | 163:1,13 | 305:2 | 251:8 |
| 167:16 | 165:16,23 | **insight** | 320:1 | 283:10,14 |
| 168:22,24 | 225:14 | 154:17 | 359:20 | **interpret** |
| 169:1,12 | 253:9 | 159:14 | **intends** | 159:6 |
| 177:18 | 283:20 | 371:1 | 170:6 | **interpre...** |
| 179:9,24 | 324:1,3 | **insights** | **intense** | 94:5 |
| 193:20 | **informing** | 159:11 | 309:21 | 157:12 |
| 196:5 | 118:19 | 315:21 | **intention** | 195:3 |
| 198:8 | 352:18 | 367:22 | 168:22 | **interpre...** |
| 209:16,18 | 353:18 | **insights...** | **intentio...** | 165:13 |
| 210:6 | **Infrastr...** | 135:15 | 172:10 | **interrog...** |
| 211:2 | 68:25 | **Instagram** | 322:15 | 2:11 73:8 |
| 223:4,19 | **ingredients** | 182:1,2 | **intentions** | 73:12,18 |
| 229:2,9 | 297:4 | 229:23 | 34:10 | 73:21 74:6 |
| 231:18 | **initial** | 245:14,17 | **interact** | 75:3 76:23 |
| 271:3,18 | 145:15 | 245:21 | 291:15 | 135:5 |
| 272:2,5,11 | 149:20 | 246:4 | **interaction** | 157:21 |
| 273:3,7 | 151:17 | 248:1 | 37:15 | 223:13 |
| 292:10 | 298:2 | 258:8 | 84:17 | **interrog...** |
| 297:15 | **initiated** | 267:23 | 308:8 | 84:23 85:5 |
| 303:2 | 95:15 | 268:4 | **interact...** | 118:5 |
| 319:24 | **initiates** | 274:3 | 158:20 | 133:11,20 |
| 335:7,9 | 298:16 | 365:13 | **interest** | 136:6 |
| 336:6,16 | **Injuncti...** | **instance** | 27:10 | 222:21 |
| 336:18 | 2:10 73:8 | 19:15 | 131:11 | 225:11 |
| 338:5,18 | **innovation** | 132:7 | **interested** | **interrupt** |
| 338:21 | 57:19 | 133:25 | 11:10 | 10:11 |
| 339:9,20 | **inperson** | **instances** | 18:18 | 208:8 |
| 340:12,16 | 373:4 | 342:25 | 19:19,21 | **interrup...** |
| 340:18 | **input**154:3 | **instant** | 37:5 111:2 | 62:9 |
| 343:10,13 | 162:1 | 340:23 | 266:6 | **interven...** |
| 343:21,22 | 164:5 | **institution** | 295:13 | 210:20 |
| 344:7,17 | 187:19 | 38:18 | 313:2 | 211:2 |

226:24
227:21,25
228:18,20
228:25
233:19,20
interview
354:15,24
355:2,4,20
357:3,5,10
357:12,16
358:1
interviews
331:24
intro 147:7
introduce
8:23 84:24
145:16
introduced
92:13
introducing
84:20
108:10
297:1
introduc...
149:13
181:6
218:21
219:18
investig...
276:14
investments
199:18
invite
263:11,24
invited
43:21 48:8
48:10,15
62:24 64:2
85:14 87:9
inviting
156:21
involve
58:16
150:12
232:13
involved
12:22 13:8
14:11
15:20 16:2

22:4 25:4
55:23
60:11 61:8
62:22 66:4
68:14
71:10,24
72:3,7
73:19 76:7
76:12 78:3
82:5
131:20,21
163:25
171:25
187:8,16
190:9
207:19
250:1
251:25
252:20
255:13
259:5
285:22,25
288:23
290:4
303:17,19
303:23
316:4
321:4
325:13
331:6
336:20,22
338:16,20
339:24
348:4,7
351:5,10
involvement
18:5 62:15
252:6
283:3,5
288:18
290:3
involves
203:11
255:9
involving
77:21
79:12 82:6
82:10
144:3

161:8
220:10
222:21
234:4
330:24
IPA 39:12
372:21
iPad 178:15
234:4
Isola 90:9
isolation
13:23
147:4
313:7
issuance
248:25
249:1
issue 16:7
16:13,24
26:14 27:5
27:19,23
28:13 29:8
29:16
30:12,13
36:13 40:7
40:17
56:16
89:15 96:5
98:19
111:4
114:9,14
117:2,3,17
117:18
118:17
120:12,20
121:17
122:2
126:7
146:13
147:15
149:5
172:21
187:3,5
205:16,24
228:1
238:19
252:21
259:1
266:14

292:4
307:16
311:10,12
311:17,20
312:9
313:4
314:25
320:13
324:8
357:18
issued 90:14
91:8 119:3
162:6
173:20
196:25
238:18
311:21
313:3
317:2
336:6
354:14
356:22
issues 12:14
12:20,21
12:25 13:2
13:6,10
18:5 22:17
22:23 23:2
26:3 27:9
30:2 41:3
44:20
45:17
50:21
60:22 61:6
67:24
73:15
86:17
115:1,8
120:8
126:4
145:18
147:2
254:4
291:16
311:25
312:4,7
324:6
333:25
334:8

338:13
issuing
27:16
205:8
item 176:23
items 46:7
83:20,21
83:24
93:15
112:22
123:23
200:3
iterate
243:17,21
IX 26:24

J

Jan 88:13
128:15
January
55:17
61:21
213:1,4
217:21
218:4,13
218:23
219:2
221:9
323:11,18
324:17
325:1
326:6
Jay 287:7,9
Jayanta 6:14
Jeff 185:18
185:20,24
Jefferson
6:6
Jen 33:20
69:8 84:2
150:16
161:9
183:2,24
188:4
190:21
193:15
215:6
217:5,9
233:6

247:12
Jenin 6:16
9:13
jeninyou...
6:18
Jennifer
122:19
Jill 6:14
Jim 286:25
287:4,6
Jiore 260:22
260:24,25
261:4,5,16
262:12
263:7,14
264:5
job 11:15
12:10
41:15  44:2
63:15
114:20
117:3
373:20
jobs 53:24
Joe 287:1,4
287:6
355:5,7,10
355:14
jog 228:8
230:8
269:9
354:20
John 6:4
8:25
john.sau...
6:7
join 17:10
89:4  264:1
350:17
joined 9:1,5
63:1,2,3
263:21
joining 82:1
joint 250:17
Joseph 1:7
5:7,21
8:14  376:9
378:3
Josh 6:21

9:5
joshua.e...
6:24
jotted
166:21
Journal
294:5,9
302:5
JR 1:7  5:7
5:22
376:10
378:4
July 17:4
37:17
38:11
42:18
44:17
45:13
71:18
85:10
88:12,17
90:7  94:12
94:20
96:24  97:4
97:4,25
106:5
115:7,20
118:1
122:18
123:12
129:14
144:23
145:11
150:6,17
151:14
155:20
157:14
158:10
161:5
184:16
192:9
193:4
196:25
212:24
213:7,10
214:18
218:3,13
220:10
221:9

222:19
223:10
226:4,10
227:3
228:20
231:23
232:20
233:25
234:20
235:3
237:6
238:1,10
238:14
242:21
243:6
244:15,15
244:17
247:5,22
248:9,18
248:22
249:5
250:1
256:2,16
260:15
263:17
268:13,18
269:18
274:7
277:5
311:6
330:14
367:18,18
370:23
jump 139:18
139:21
197:3
juncture
162:2
June 11:20
12:5,6
14:6  17:10
17:13
21:16
22:14  23:4
23:6,13
24:7  54:16
54:16  55:4
57:13
139:15

363:16
364:25
365:3,11
367:18
368:4,17
369:13,21
369:23
372:9
Junior 8:14
288:4,6
Justice 6:22
9:6  376:7
justify
307:24
Justine 90:8

────────
K
────────

k 284:4
K-H-E-R-...
287:20
K-U-L-L-...
287:12
Kane 88:13
128:15
151:25
Kate 90:9
283:23
keen 239:16
239:24
keep 72:16
113:13
122:7
177:12
246:14
248:15
253:9
279:24
293:12
312:7
368:13
keeping
142:21
166:24
168:7
211:21
Ken 6:5  9:2
Kennedy
288:4,5
373:22

kept 142:17
370:20
Kevin 88:13
128:14
151:24,25
key 19:8
49:22  50:2
50:5  58:10
138:10
139:4
187:12,12
190:24
Kheriaty
6:14
287:19,21
kids 298:10
kids' 298:19
302:3
315:22
316:7,23
kill 328:8
328:19
killing
33:25  93:4
122:22
150:25
214:20,22
234:21
238:22
239:23
244:16
260:16
Kim 57:19
58:21,25
290:13
Kim's 63:15
kind 10:6
16:11,15
18:12  23:1
25:3  27:12
28:21  29:7
29:8  30:6
30:8  31:25
32:1,15
36:18
38:22
40:10
42:15
44:19  47:7

**ERIC WALDO   12/22/2022**

| | | | | |
|---|---|---|---|---|
| 52:3,8 | 325:14 | 35:17,24 | 78:11,11 | 117:1,4,10 |
| 68:5 69:15 | 330:12 | 36:11,13 | 78:19,21 | 117:16 |
| 74:8 85:19 | 338:17,17 | 36:17,19 | 78:22 | 118:23 |
| 92:2 95:15 | 338:20 | 36:23 37:3 | 79:15,16 | 119:10,11 |
| 95:16 | 339:20 | 37:6,8,13 | 79:19,23 | 119:17,20 |
| 111:1,2 | 341:8,11 | 37:14,21 | 79:24,25 | 120:19,20 |
| 121:6,16 | 343:4 | 37:23 38:1 | 80:5,8,11 | 120:24,25 |
| 123:8 | 347:16 | 38:21 | 80:13,21 | 121:11,13 |
| 129:8,20 | 352:21 | 39:10,11 | 80:23 81:2 | 121:16 |
| 129:25 | 355:6 | 40:4,12,14 | 81:3,6,19 | 122:2,23 |
| 130:6 | 362:7 | 40:15 | 81:22 | 123:2,5,6 |
| 134:7 | 366:7 | 41:18 42:5 | 82:19 | 123:10,17 |
| 140:4,13 | 372:23 | 42:12 43:9 | 83:19,19 | 123:19,22 |
| 142:12 | 374:5 | 44:2,10,13 | 83:23 | 124:17,22 |
| 148:13 | **kinds** 19:9 | 46:10,25 | 84:16,19 | 124:25 |
| 149:19,21 | 37:8 | 51:4,5,22 | 85:2,5,7 | 125:5,6,24 |
| 150:12,16 | 103:14 | 52:1,5,19 | 85:23 86:4 | 126:1,3,9 |
| 151:7 | 191:9 | 52:24,25 | 86:6,8 | 126:13 |
| 153:3 | 249:24 | 53:2,3,8 | 87:23 88:2 | 127:6,6,14 |
| 154:3,25 | 332:1 | 53:14,16 | 89:15,25 | 127:15 |
| 163:2 | **Kingdom** | 53:25 | 92:13 93:1 | 128:3,5,6 |
| 174:11,17 | 235:16,24 | 54:12,14 | 93:4,15,20 | 128:11 |
| 191:17 | **knew** 53:14 | 54:18,25 | 93:25 96:3 | 129:20,24 |
| 195:10 | 53:24 | 55:3,4,16 | 96:4,7,13 | 130:2,13 |
| 206:6 | 73:17 | 55:18 56:1 | 96:22 97:1 | 130:24 |
| 207:23 | 147:1,6 | 56:11,18 | 97:2 98:5 | 131:9,10 |
| 208:6 | 255:23 | 56:20,20 | 98:24 99:7 | 131:22 |
| 210:25 | 291:11 | 56:25 57:3 | 99:9,12,14 | 132:6,6,9 |
| 211:7 | 321:1 | 57:8,23 | 99:21 | 132:23,25 |
| 227:17 | **know** 10:18 | 58:1 59:10 | 100:17 | 133:8,12 |
| 239:16 | 10:20 | 59:16 60:8 | 101:17,18 | 134:1 |
| 252:21 | 15:22,25 | 60:9,11,25 | 101:18,23 | 136:18,21 |
| 268:12 | 16:6,9,16 | 61:18 | 102:17,18 | 136:22,25 |
| 279:11 | 16:24 17:1 | 63:14,23 | 103:1,25 | 137:4,4,5 |
| 282:24 | 17:7 19:11 | 64:17 | 104:10,23 | 137:6,14 |
| 289:20 | 22:22 | 66:23 | 105:3 | 137:20 |
| 291:23 | 23:24 | 67:11,14 | 107:11,14 | 139:2,7,20 |
| 293:11 | 25:19,21 | 67:20 68:1 | 108:10,18 | 140:13,24 |
| 294:19 | 26:1,7,8 | 68:2 69:5 | 110:9,10 | 141:10,14 |
| 297:7 | 26:16,18 | 69:18,23 | 110:15 | 142:8,14 |
| 307:6,23 | 26:20,22 | 70:1,5 | 111:8,10 | 142:21,25 |
| 310:6 | 27:22 28:3 | 71:3,13,20 | 111:13,19 | 143:7,23 |
| 312:25 | 29:8,12,14 | 71:23 72:3 | 112:3,9,12 | 143:24 |
| 313:23 | 29:17,23 | 72:7 73:14 | 112:15,22 | 144:1 |
| 314:12 | 30:15,17 | 73:17,19 | 113:13 | 145:17 |
| 315:12 | 30:19,21 | 73:25 74:4 | 114:11 | 146:11 |
| 321:4 | 32:5,13 | 74:6,7 | 115:13,16 | 147:3,12 |
| 322:19,20 | 33:5 34:23 | 76:14,16 | 115:19 | 148:18,22 |
| 324:17 | 35:2,8,15 | 76:20,22 | 116:24,24 | 148:23,24 |

| | | | | |
|---|---|---|---|---|
| 148:25 | 202:12 | 277:24 | 346:13,22 | 137:18 |
| 149:3,19 | 203:12 | 279:12,20 | 347:3,24 | 139:24 |
| 150:5,11 | 204:2 | 280:14,24 | 348:3,6 | 141:16 |
| 150:20,23 | 205:9 | 281:11 | 349:13 | 182:15,16 |
| 151:2,24 | 207:7 | 282:5 | 351:21 | 184:17,18 |
| 152:4,11 | 209:10,12 | 286:4,5,9 | 354:3,4,5 | 186:3 |
| 152:23 | 210:16 | 286:12,15 | 354:9,11 | 189:11 |
| 154:8,23 | 212:11,11 | 287:21 | 354:13 | 195:4 |
| 155:2,12 | 212:17,23 | 288:8,19 | 355:3 | 196:13 |
| 156:1,17 | 213:11,12 | 288:21 | 357:4,8,9 | 284:15,17 |
| 157:3 | 213:15,19 | 289:2,21 | 357:11,14 | 311:8 |
| 158:18,25 | 215:20 | 290:2,17 | 358:19 | 323:8 |
| 159:11,17 | 216:4,20 | 290:20 | 359:17,18 | 324:15 |
| 159:20,21 | 217:9,13 | 293:16,20 | 359:19,20 | 334:9 |
| 159:21 | 218:25 | 293:23,24 | 359:21,24 | 338:15 |
| 164:6,11 | 222:7,12 | 296:2,5,6 | 361:5,16 | 339:25 |
| 167:14 | 224:7,16 | 297:8,11 | 361:19,22 | 347:20 |
| 168:8 | 224:17 | 300:14 | 362:20,21 | 348:2 |
| 169:25 | 225:18 | 301:6 | 362:23,24 | 355:12 |
| 170:5,10 | 228:11,19 | 304:6,24 | 363:1,2,5 | 361:25 |
| 170:11,16 | 230:24 | 306:9 | 364:13 | 367:16 |
| 170:21 | 234:23,24 | 307:22 | 367:5,6,7 | 369:12 |
| 171:18 | 235:2,14 | 308:21 | 367:12 | 372:15 |
| 176:11 | 235:22 | 312:13,15 | 369:20,21 | **knows** 106:23 |
| 178:2 | 236:5,14 | 312:20 | 370:16 | **Kristina** |
| 180:6,25 | 237:2,21 | 313:5 | 372:5,10 | 132:4 |
| 181:2 | 241:3 | 314:5,24 | 372:13,17 | 298:10,12 |
| 182:1,3 | 243:23 | 315:2,3 | 372:19,22 | 301:4,5,9 |
| 184:1,7,19 | 250:4 | 320:1,20 | 373:13,14 | 301:13 |
| 184:22,24 | 252:13,14 | 323:3 | 373:19 | 364:3 |
| 184:25 | 252:15,21 | 327:24 | 374:2 | **Kulldorff** |
| 185:4,11 | 253:2,17 | 328:6,16 | **knowledge** | 6:14 |
| 185:18,24 | 253:21,24 | 329:6,13 | 14:12,13 | 287:11,14 |
| 186:1,4,9 | 254:17 | 329:19 | 15:14 18:7 | **Kumar** 7:4 |
| 186:20 | 255:1,17 | 331:5 | 37:11 59:3 | 9:6 |
| 187:2 | 256:1,9 | 333:19 | 60:4,21 | **Ky-** 229:7 |
| 188:7,9 | 257:17 | 334:10 | 61:11,25 | **Kyla** 39:1 |
| 189:1,5,6 | 259:11,23 | 335:7,11 | 62:5,18 | 47:17,19 |
| 189:8,9,10 | 261:15 | 335:12 | 63:8,11,22 | 47:20 48:8 |
| 189:11,13 | 262:10,18 | 337:12 | 64:20 | 58:20,21 |
| 189:16,21 | 263:2 | 338:17 | 67:10 70:8 | 59:4,6,10 |
| 190:3,3,5 | 264:17 | 339:1,5,5 | 70:15,19 | 59:14,16 |
| 190:11,15 | 265:9,21 | 339:8,10 | 72:2 81:1 | 59:20,24 |
| 192:4,7 | 266:4 | 339:18,22 | 84:10,12 | 60:14 61:4 |
| 194:21 | 270:15 | 340:8 | 84:13 | 62:1,19,24 |
| 195:9,10 | 271:22 | 341:8,12 | 91:24 | 85:13 |
| 196:3,18 | 273:13 | 342:4,16 | 99:25 | 86:20 87:7 |
| 198:10 | 274:11,13 | 342:18 | 105:11 | 89:4 90:8 |
| 201:15 | 275:3 | 346:4,7,9 | 110:1 | 91:14,23 |

92:18
116:18,20
144:7
149:13
151:8
153:23
157:18,21
159:1,21
160:6
164:11
174:18
187:8,13
188:16,20
226:5,18
227:14,24
228:8,11
229:6,7
230:2,16
230:19
232:8,12
232:25
233:4,10
233:25
235:6
237:8
263:19,21
289:3
290:12
338:22,24
339:8,10
339:23
342:1
362:9,15
372:3
373:2
**Kyla's** 93:14
340:1

**L**

**L** 6:22  376:7
**label** 177:9
203:12
**labels**
177:15
229:16,21
**Lambert**
132:1
**language**
156:23

194:19
202:10
279:20
**languages**
202:13,15
**laptop**
178:15
**large** 16:8
350:14
**largely**
294:12
**lastly** 276:2
**late** 11:20
140:20
224:4,14
224:24
225:1
290:20
293:18
365:3
**latest**
136:13
**launch** 38:2
38:6,10,15
38:24
48:14,22
206:19,20
206:20,23
212:19,21
266:3
316:22
**launched**
17:4  59:22
86:12
122:11
206:13
**launching**
309:19
**Lauren** 69:11
85:12
144:3
145:16
**law** 346:9
**lawful** 9:18
**lawsuits**
73:25
**lawyer** 49:11
255:2
**lawyers** 74:4

**layperson's**
167:15
**lead** 49:21
51:24
60:23
167:12,17
168:4
199:1
291:11,13
**leader** 49:18
51:13
261:6
**leading**
37:17
67:17
172:25
173:10
298:11
**leaked**
294:12
**leaker**
302:10,18
**learn** 30:18
41:15
101:16
173:12
176:9
264:10
265:7
**leave** 61:1
61:14,16
112:21
296:13
298:6,7
323:18,25
324:18
325:3
331:1,3
348:10,13
351:7,9
**led** 166:12
297:19
301:13
**left** 43:22
61:2  68:4
183:1
364:11,11
**legal** 7:10
8:20  73:15

73:23
376:1,18
**lengthy**
282:17
**Lesko** 60:13
60:16  61:8
61:22
62:15
63:24
137:6,10
289:4
290:9,13
339:11,23
348:21
349:2,6
350:2
351:12
**lessen**
117:14
**let's** 11:14
26:18
72:18,18
77:17
94:11
112:16
196:21
210:9
214:2
225:21
234:2
260:13
297:23
302:4
309:12
319:13,19
330:19
331:10
343:24
347:4
351:24
**letter** 3:24
4:2,3,4,5
4:6  349:4
349:9,21
349:25
350:5,21
351:4,6,8
351:11,18
352:8,11

352:14,18
353:2,6,10
353:11,14
353:17,21
353:25
354:3
376:19
**letters**
351:12
352:21,24
**letting**
66:23
128:4
148:23,24
**level** 33:15
34:1  86:25
87:4  89:12
91:15
125:3
140:6
147:5
194:15,22
**Lexitas** 7:10
8:21  376:1
376:18
**liaison**
12:12
50:24
125:3
**Liberties**
6:16  9:14
**lies** 328:7
328:18
329:1
**lieu** 264:8
**life** 24:8
26:23
346:7
**light** 256:13
257:2,13
270:12
**lightly**
14:19
70:12,12
**likelihood**
47:15
170:17
**likening**
163:2,3

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| likes 197:22 | 24:14 | 30:17 | 199:18 | 119:19,19 |
| limit 101:12 | 182:12,15 | 49:11 | longer 21:24 | 127:4 |
| 101:15 | 258:10,12 | 50:11 | 72:14 | 135:6 |
| 102:12,16 | 351:18 | 75:22 | 180:10 | 164:13 |
| 103:6 | 352:16 | 92:14 93:6 | 280:6 | 303:25 |
| 170:18 | links 306:20 | 96:8 98:12 | 282:5 | 308:12 |
| 273:5 | list 14:24 | 98:12 | 308:22 | 359:7 |
| 358:24 | 19:13 | 99:15 | look 23:15 | looking 21:2 |
| limited | 22:12 | 100:18 | 36:8 75:21 | 24:12 |
| 150:1 | 50:19 | 119:6 | 87:6 88:1 | 78:15 94:3 |
| 296:22 | 53:12 | 124:10 | 89:16 90:2 | 140:19 |
| 315:4 | 58:12,24 | 131:17 | 93:2 98:7 | 142:22 |
| limiting | 126:12,12 | 143:19 | 103:17 | 188:23 |
| 101:22 | 140:24 | 157:18 | 119:10 | 190:6 |
| 272:10 | 141:24 | 169:12 | 121:23 | 215:12 |
| 273:2 | 296:22 | 183:8 | 142:24 | 228:16 |
| limits | 300:25 | 197:12 | 148:25 | 240:10 |
| 170:14 | listed 49:17 | 238:20 | 154:1 | 295:10 |
| 229:14 | 57:18 | 256:1 | 167:9 | 298:9 |
| 358:19 | 78:23,24 | 271:5 | 195:6 | 314:19 |
| 359:11,20 | 79:2 85:11 | 321:9 | 201:14 | 315:19 |
| 361:5 | 85:11 | 322:3,3 | 206:12 | 353:14 |
| line 60:18 | 88:11 | 344:10 | 212:3 | 363:9 |
| 90:6 | 133:20 | live 162:24 | 214:16 | 367:21 |
| 136:14 | 134:8 | 203:5,18 | 215:22 | looks 143:8 |
| 179:11 | 135:17 | 203:20,24 | 216:18 | 143:10 |
| 224:13 | 163:24 | 358:17 | 225:21 | 240:18 |
| 250:15,19 | listen 11:7 | 361:9 | 234:2,4 | 263:18 |
| 265:8 | 29:18 | lives 180:12 | 236:4 | 276:8,18 |
| 306:1,15 | listened | 251:13 | 247:15 | 280:17 |
| 306:21,25 | 43:16 | living | 260:13 | 298:5 |
| 378:8,10 | 327:5 | 190:18 | 267:2 | 316:8 |
| 378:12,14 | listening | located | 277:16 | 331:23 |
| 378:16,18 | 41:12,21 | 364:9 | 280:6 | 353:22,24 |
| 378:20,22 | 46:19 | locations | 292:20 | 367:19 |
| lined 272:9 | 123:20 | 5:15 | 297:23 | 370:20 |
| lines 170:18 | 241:23 | loneliness | 302:4 | loop 51:24 |
| 353:24 | lists 85:22 | 13:23 | 309:8,12 | 53:2 112:8 |
| link 11:1 | 186:7 | 147:4 | 315:8 | 252:14 |
| 261:5 | Listserv | 313:7 | 319:13,19 | 255:14 |
| 306:14 | 132:11 | long 11:18 | 330:19 | looped 43:15 |
| 349:20 | litany 50:17 | 12:3 72:14 | 331:10 | 44:15 53:8 |
| linked | literal | 216:14 | 333:15 | 67:21,21 |
| 102:13 | 313:14 | 261:7 | 344:3 | 125:13 |
| 267:23 | literally | 295:13 | 345:14 | 241:5 |
| 268:4,5,10 | 23:14 | 302:4 | 347:4 | 252:10,12 |
| 275:22 | little 16:3 | 303:11 | looked 74:14 | 301:14 |
| LinkedIn 4:3 | 20:19 | 305:24 | 74:16 93:6 | looping |
| 21:6,19 | 26:16 | long-term | 93:10 | 126:10,17 |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| **lot** 47:5 | 49:5 50:23 | 351:9,20 | 116:15,17 | 300:25 |
| 48:7 53:6 | 58:21 | 352:10 | 137:9 | 305:4 |
| 70:10,11 | 125:2 | 354:24 | 213:16 | 324:5 |
| 96:5 | 143:15 | 367:24,25 | 224:5,15 | 333:10 |
| 115:13 | **maintain** | **marching** | 262:15,17 | 337:8,9,10 |
| 127:4,5 | 52:14 | 301:11 | 265:11,25 | 343:19 |
| 140:19 | **maintaining** | **mark** 335:14 | 362:16 | 344:11 |
| 168:10,11 | 51:14 | 349:9,22 | **matters** | 351:15 |
| 169:21 | **major** 324:6 | 350:1 | 73:23 | 372:22 |
| 172:2 | 343:14,23 | **marked** 20:22 | 128:23 | 373:7 |
| 183:15 | 347:12 | 21:5 49:10 | **Max** 60:13,23 | **meaning** 11:3 |
| 195:11 | **majority** | 49:15 | 61:3,8,11 | 370:1 |
| 241:16 | 373:9 | 178:12 | 62:13 | **meaningful** |
| 306:4 | **making** 62:9 | 205:19 | 63:10 | 199:18 |
| 307:15 | 100:6 | **Marsh** 133:1 | 137:6,10 | 272:21 |
| 316:24 | 103:9 | 133:2,8 | 137:13 | **means** 46:2 |
| 324:9,16 | 108:11 | **Martin** 6:14 | 289:4 | 57:23 |
| **lots** 306:8 | 143:22 | 287:11,13 | 290:9,13 | 63:17 |
| **Louis** 7:11 | 210:20 | **Marvin** 43:23 | 339:11,14 | 175:16 |
| 376:2,18 | 211:2,13 | 43:25 44:1 | 339:23 | 177:5 |
| **Louisiana** | 254:9,19 | **mask** 24:1 | 348:21 | 209:20 |
| 1:1 5:1,20 | 275:14,15 | 166:22 | 349:2,6,17 | 277:24 |
| 6:9,10,11 | 275:21 | 167:1 | 350:2 | 278:1 |
| 8:17 9:12 | 279:1 | 168:6 | 351:12 | 306:9 |
| **love** 88:1 | 281:10 | **masked** 24:5 | 362:13 | 327:23,24 |
| 89:17,17 | 328:6,17 | **masks** 166:12 | **mayors** 50:17 | 333:19 |
| 146:13 | 346:9,11 | 166:17,22 | **mean** 13:5 | 342:19 |
| 153:14 | 359:6 | 167:17 | 16:13 17:2 | 358:17 |
| **loved** 165:17 | **man** 15:1 | 168:4 | 19:23 | 360:25 |
| **lower** 201:6 | **manage** 52:19 | **match** 221:10 | 26:15 | 370:4,12 |
| 277:1 | **managed** | **matchmaking** | 28:21 | 370:17 |
| 332:10 | 187:18 | 82:15 | 29:10 | **meant** 25:16 |
| **luck** 115:24 | **management** | **material** | 36:10 41:4 | 25:19 34:9 |
| 115:24 | 50:1,5 | 166:25 | 45:4,21 | 170:1 |
| **lunch** 160:18 | 51:10 | **materially** | 50:4 78:15 | 171:10 |
| 213:24 | 228:5 | 159:17 | 101:15 | 174:1 |
| 214:9 | **managing** | **matter** 8:13 | 104:6 | 248:22 |
| **lying** 244:3 | 21:24 | 12:19 | 108:14 | 258:1 |
| 271:21 | **Manning** | 19:13 34:3 | 112:14 | 266:20,20 |
| | 363:14 | 39:1,2,6 | 123:17 | 278:3 |
| **M** | 367:9 | 39:19,22 | 131:7 | **measure** |
| **magazine** | **March** 59:22 | 39:23,24 | 159:16 | 191:13 |
| 284:7 | 61:21 | 40:6 41:14 | 170:6 | 251:17 |
| 354:15,24 | 71:18 | 52:16 | 175:9,15 | **measures** |
| 357:6,15 | 323:19 | 58:22 60:6 | 241:10 | 273:4 |
| **magnitude** | 324:14,17 | 62:25 | 252:3,4 | 274:25 |
| 99:3,6 | 336:5 | 86:25 | 265:13 | 275:2,9 |
| **main** 45:22 | 348:11 | 92:15,17 | 277:20 | **measuring** |
| 46:1,3 | 350:1 | 110:2,4 | 293:22 | 35:23 |

| | | | | |
|---|---|---|---|---|
| 36:14 47:3 | 134:11 | 323:22 | 123:12,13 | 237:7,24 |
| **mechanism** | 150:24 | 324:10,13 | 123:16 | 238:1,4 |
| 340:7 | 169:24 | 327:21 | 127:21 | 239:10 |
| **media** 20:1,2 | 170:8,22 | 330:8 | 128:14,18 | 240:5,8,12 |
| 20:5,13,16 | 171:12 | 336:7 | 129:2,14 | 240:17 |
| 28:7,17,18 | 172:9 | 340:22 | 130:10 | 241:9,12 |
| 29:1,2 | 173:3 | 341:10,14 | 131:18,20 | 241:17 |
| 31:2,5,12 | 174:11 | 344:18 | 131:21,24 | 242:4,6,18 |
| 32:2,6,10 | 175:1 | 347:17 | 132:24 | 243:22 |
| 32:17 | 176:24 | 348:18,22 | 133:11,13 | 244:1 |
| 33:24 | 178:5,6 | 351:13 | 136:5,8,19 | 247:6,23 |
| 35:11 46:4 | 179:25 | 355:22 | 137:2,4 | 248:6,9,18 |
| 51:12,16 | 180:15,24 | 356:15,24 | 142:5,6,11 | 248:23 |
| 51:19,21 | 181:23 | 358:11 | 142:15 | 249:2,5 |
| 52:10,11 | 182:7,13 | 359:3,10 | 153:16 | 250:1,6,14 |
| 52:24 | 183:21 | 361:17 | 155:7,12 | 268:14 |
| 54:17 55:6 | 184:3,9,16 | **medical** | 155:16,17 | 298:16 |
| 57:17 61:9 | 184:20 | 132:12 | 156:1,4,6 | 299:16 |
| 61:23 | 185:10,25 | 182:22 | 156:13,18 | 300:14,21 |
| 62:16,23 | 190:23 | **Mediverse** | 156:22 | 300:24 |
| 63:7,20 | 191:4,10 | 309:20 | 157:14,20 | 301:1,18 |
| 64:7,22 | 192:5,14 | **meet** 113:12 | 158:11 | 308:20,23 |
| 66:25 | 193:5 | 146:21 | 159:3 | 309:4 |
| 67:12 68:9 | 197:20 | 222:15,18 | 160:3,6 | 311:24 |
| 68:15 | 198:6 | 225:9,15 | 195:16,17 | 312:15,22 |
| 74:19 | 201:7 | 239:8,11 | 195:17 | 314:7,13 |
| 75:16 76:4 | 202:18 | 243:3,7 | 218:16,21 | 314:17 |
| 78:25 79:6 | 204:10 | 264:9 | 219:24,25 | 316:2,11 |
| 81:23 | 205:12 | 308:25 | 220:24 | 316:14,19 |
| 82:10 | 206:6 | 311:23 | 221:4,21 | 317:2,12 |
| 83:25 88:6 | 209:25 | 315:25 | 222:1,7,12 | 317:18 |
| 91:20 92:4 | 211:20 | **meeting** | 222:15,19 | 320:14 |
| 92:20,21 | 215:2 | 43:20 | 223:1,7,12 | **meetings** |
| 93:3,15 | 217:8,12 | 44:10 | 223:18 | 74:10 |
| 98:22 | 217:17,23 | 46:15 48:3 | 224:4,13 | 75:16 76:2 |
| 101:5,10 | 218:7,7 | 77:21,22 | 224:21,24 | 76:8,12,15 |
| 102:10,11 | 219:11,11 | 78:3,6,12 | 225:5,10 | 76:19 |
| 102:15 | 246:23 | 78:16,17 | 225:15 | 77:18 |
| 103:15,25 | 247:2 | 78:20,24 | 226:10,11 | 78:22,23 |
| 104:7 | 251:10 | 79:8,9,11 | 226:22 | 79:3 91:5 |
| 105:8 | 264:19 | 79:17,20 | 227:4,5,7 | 133:17,17 |
| 107:23 | 276:22 | 84:16 | 227:11 | 133:22 |
| 110:3 | 279:11 | 85:10,11 | 228:21 | 134:8 |
| 115:21 | 285:2 | 86:9,13 | 231:23 | 157:9 |
| 116:22 | 294:18 | 88:11,12 | 232:20 | 215:1 |
| 117:7,18 | 303:9 | 88:17 89:2 | 233:4,16 | 218:11 |
| 120:3 | 305:13,20 | 90:7,13,16 | 233:24 | 221:8 |
| 123:4,7 | 313:16 | 91:8 106:5 | 235:5,8,9 | 241:16 |
| 133:19 | 323:2,13 | 118:1 | 236:7,22 | 254:2,6 |

| | | | | |
|---|---|---|---|---|
| 264:2 | **mention** | **mentions** | 99:16 | 98:21,24 |
| 300:23 | 24:17 88:4 | 84:22 | **method** | 99:10 |
| 312:16,24 | 290:22 | 85:13 90:9 | 200:25 | 104:18,20 |
| 313:15,16 | 310:9 | 131:19 | **methods** | 118:9 |
| 313:17 | **mentioned** | 132:22 | 100:5 | 168:18 |
| 324:1,3,9 | 12:23 15:1 | **merit** 273:17 | **Mexico** | 242:11 |
| 324:11 | 17:9 18:8 | **merits** 253:1 | 149:25 | 251:11 |
| 332:2,6,9 | 19:8,22,25 | **mess** 294:6 | **mic** 92:15 | 262:16,20 |
| 336:22 | 20:4,12 | **message** 3:2 | **Microsoft** | 263:4 |
| 343:5 | 26:12 29:5 | 32:5,9 | 4:6 153:9 | 289:18 |
| 373:4 | 29:12 | 65:11 | 182:13,15 | 299:6,17 |
| **meets** 223:8 | 32:18 | 107:18,22 | 351:19 | 300:3 |
| **member** 16:20 | 37:14,19 | 108:3,5 | 353:10,21 | 313:5,9 |
| 18:1 48:11 | 38:9 39:21 | 161:21 | 353:22 | 330:18 |
| 49:3 185:2 | 40:9 48:20 | 162:14 | 354:12 | 342:3 |
| 185:21 | 53:1 54:11 | 176:7 | **middle** | **MIS-C** 366:16 |
| 291:7 | 56:3,5 | 180:23 | 210:15 | **mis/dis** |
| 364:1 | 60:16 | 181:4 | 269:25 | 263:1 |
| **members** 22:1 | 76:16 88:8 | 238:9 | **mighty** 315:3 | **Mischara...** |
| 23:19 24:2 | 103:4 | 239:1,15 | **Milano's** | 328:12 |
| 47:16 51:3 | 106:11 | 305:2 | 324:22 | **Mischara...** |
| 51:25 58:1 | 112:25 | 306:4 | **million** | 224:9 |
| 164:14 | 119:23 | 322:21 | 276:9 | 360:11 |
| 183:22,23 | 122:19,20 | 325:14 | **mind** 128:23 | **misinfo** |
| 184:4,23 | 124:13 | 331:23 | 175:15 | 261:6,15 |
| 185:7,14 | 126:5 | 332:19,21 | 215:14 | 296:21 |
| 185:15 | 141:4,4 | 334:24 | 236:4 | 317:5 |
| 209:19 | 149:12 | **messages** | **mine** 152:12 | 318:16 |
| 291:21 | 176:12 | 229:15 | 309:11 | **misinfor...** |
| 362:22 | 187:7,22 | 327:12 | **Minister** | 3:21 13:16 |
| **membership** | 187:23 | 330:17 | 235:16 | 13:25 |
| 19:17 | 227:14 | 332:2 | **minute** 78:6 | 15:13 |
| **memory** 228:8 | 239:2 | **messaging** | 255:13 | 16:14,17 |
| 241:15 | 255:16 | 176:8 | **minutes** | 17:3 18:6 |
| 269:9,19 | 256:10,17 | 322:23 | 72:15 | 18:10 |
| 354:21 | 283:15 | 330:13 | 282:4 | 24:18,22 |
| **mental** 12:17 | 289:9 | 331:20 | **mis** 261:25 | 24:25 25:8 |
| 12:24 | 290:8,10 | 332:25 | **mis-** 39:25 | 25:24 |
| 13:18,21 | 293:10 | 334:23 | 40:1 41:13 | 26:14 |
| 13:23 16:1 | 312:13 | 340:23 | 42:16 43:6 | 27:15 28:9 |
| 22:3,17,23 | 315:1 | 347:24 | 43:7,17 | 28:23 |
| 22:24,25 | 317:17 | **met** 235:2 | 56:17 57:5 | 29:25 30:4 |
| 31:18 51:4 | 318:2 | 236:6,14 | 58:13,23 | 30:7,12,12 |
| 134:3 | 323:16 | 237:7 | 59:1,6 | 31:7,10,12 |
| 147:3,3,4 | 351:8 | 246:9 | 60:9,22 | 31:22 32:7 |
| 149:4 | 357:9 | 252:15 | 63:14,21 | 35:5,22,25 |
| 312:5,6 | 368:10 | **metaphor** | 64:8 68:10 | 37:18 41:3 |
| 313:6,6 | **mentioning** | 360:1 | 96:15,16 | 41:6 44:20 |
| 324:22 | 289:8 | **metastases** | 97:17,20 | 44:24 |

| | | | | |
|---|---|---|---|---|
| 45:23 47:5 | 156:8,24 | 230:3 | 321:21 | 275:12 |
| 47:7 59:19 | 157:4,10 | 231:11 | 322:15 | **Missouri** 1:4 |
| 61:6 64:23 | 157:15 | 234:18 | 323:5 | 5:4,18,21 |
| 67:1,23 | 158:1,9 | 236:16,23 | 326:11,13 | 6:3,5,6 |
| 68:2,16 | 159:24 | 242:12 | 326:22,24 | 7:11 8:14 |
| 70:2 71:14 | 162:7,15 | 244:8,12 | 327:20 | 9:1,2 |
| 73:15,24 | 162:25 | 246:15 | 328:7,18 | 375:6,7 |
| 74:24 | 163:3,12 | 248:15 | 329:1,12 | 376:2,9,18 |
| 75:17 76:5 | 163:15,20 | 249:10,19 | 330:1,10 | 378:3 |
| 80:1,9,9 | 164:18,24 | 254:4 | 331:13 | **mitigating** |
| 80:15,19 | 165:5,15 | 256:12 | 332:13,14 | 172:24 |
| 81:23 83:2 | 165:22 | 257:2,14 | 333:13 | **mix** 44:8 |
| 83:7,13,21 | 166:11,17 | 262:13 | 334:8 | **mode** 41:21 |
| 84:1,25 | 167:2,8,13 | 265:3,18 | 336:7,15 | 123:20 |
| 85:2 86:11 | 168:3,12 | 266:10 | 338:1,14 | 241:23 |
| 87:20 92:5 | 168:14 | 267:15,20 | 340:19 | **moderate** |
| 96:11 | 169:11,17 | 271:15 | 341:23 | 203:5,22 |
| 97:14,20 | 169:25 | 274:8 | 342:23 | **moderating** |
| 101:5,13 | 171:16 | 275:17 | 343:1,11 | 203:10 |
| 102:14 | 172:11,25 | 276:5,12 | 343:14,22 | **moderation** |
| 105:7 | 174:23 | 280:3,19 | 343:23 | 201:23 |
| 106:18 | 176:3,15 | 280:22 | 344:12,14 | 202:6,8 |
| 107:8,24 | 176:20 | 281:1,16 | 344:18 | 203:17,24 |
| 110:22 | 177:1,11 | 281:22 | 345:1,7 | 204:1 |
| 115:4,7,17 | 178:7 | 284:13,23 | 347:12 | **modern** |
| 116:11,23 | 179:3 | 285:7,13 | 350:15,24 | 169:10 |
| 117:15 | 180:7,16 | 285:16,20 | 350:25 | 171:7,20 |
| 121:3 | 182:17,21 | 286:14,17 | 351:1 | **modulation** |
| 123:3,25 | 183:10 | 286:21 | 355:8,15 | 201:2 |
| 124:7,20 | 190:4 | 288:10 | 355:17 | 202:1,2,6 |
| 126:4,24 | 191:14 | 289:1 | 357:19,25 | **moment** 14:14 |
| 128:4 | 192:13 | 291:22,23 | 358:7 | 135:6 |
| 129:5,10 | 197:8,17 | 294:6,11 | 359:2,10 | 145:1 |
| 129:22 | 198:12 | 294:19 | 359:22 | 197:11 |
| 130:1,7,14 | 199:19,23 | 297:3 | 360:9,16 | 205:17 |
| 131:1,15 | 199:25 | 299:24 | 360:19,22 | 208:12 |
| 133:12,13 | 200:1,5,22 | 302:7,25 | 365:12,22 | 210:11 |
| 133:24 | 201:9,18 | 303:10 | 366:2,8 | 211:25 |
| 137:24 | 202:2,9,19 | 305:12,17 | 370:8 | 251:2 |
| 138:19 | 203:4,10 | 305:22 | **misinfor...** | 264:2 |
| 139:5 | 204:1,6 | 310:13,17 | 291:16 | 287:24 |
| 141:11,21 | 205:25 | 311:7,11 | **misleading** | 297:19 |
| 142:2 | 208:23 | 311:17 | 163:15 | 327:7 |
| 145:19,25 | 210:18 | 312:5 | 165:9 | 332:23 |
| 147:16 | 211:9,14 | 317:15 | 231:18 | 356:6 |
| 148:2,19 | 220:6,12 | 318:3 | 232:2 | **momentarily** |
| 153:14,19 | 220:21 | 319:2,10 | 273:6 | 20:25 |
| 154:10 | 221:6,17 | 320:7,13 | **missing** | 134:18 |
| 155:8 | 222:4 | 321:12,15 | 255:22 | **Monday** 150:3 |

| | | | | |
|---|---|---|---|---|
| 150:5 | 202:8 | 107:10 | 223:21,23 | 339:18,23 |
| 315:25 | **multiple** | 109:10 | 224:6,20 | 349:9,22 |
| 316:15 | 18:2 30:16 | 111:21 | 224:21,23 | 350:1 |
| **money** 328:7 | 40:7 73:25 | 113:13 | 234:5,12 | 352:9 |
| 328:17 | 102:24 | 115:1 | 234:14 | 354:20 |
| **monitor** | 103:3 | 126:16 | 236:19 | 355:21 |
| 176:14 | 116:16 | 133:25 | 237:19,20 | 358:22 |
| **monitoring** | 117:14 | 135:1 | 237:23 | **Murthy's** |
| 201:8,17 | 161:17 | 136:9,20 | 238:10 | 113:7 |
| **Monroe** 1:2 | 165:12 | 137:5,7 | 239:1,2,20 | 122:10 |
| 5:2,20 | 202:13,15 | 138:4,9 | 240:3,11 | 142:23 |
| **month** 61:18 | 264:2 | 139:3,14 | 240:19 | 153:12 |
| **months** 81:15 | 288:17 | 142:6,25 | 241:13,24 | 156:2 |
| 81:17 | 319:5 | 143:9,12 | 242:7,8,22 | 166:5 |
| 212:12,16 | 325:7 | 143:13,20 | 243:13 | 183:6 |
| 212:22 | 372:4 | 145:18 | 246:1,5,20 | 207:25 |
| 213:10,14 | **multipro...** | 146:4 | 247:10 | 260:19,21 |
| 228:4 | 262:23 | 147:6 | 248:10 | 318:8 |
| 346:19 | **multitiered** | 149:25 | 249:17,23 | 326:6 |
| 365:13 | 206:22 | 154:13,24 | 250:2,15 | 328:3 |
| **moral** 205:25 | **Murthy** 14:21 | 155:4 | 250:18 | 329:9,17 |
| **morning** | 15:11 16:4 | 157:3 | 251:9 | 330:7 |
| 206:21 | 25:23 | 159:12 | 253:12,18 | 332:25 |
| 313:13 | 26:13 | 161:9 | 256:10,15 | 334:10 |
| **mouth** 78:15 | 34:19 | 162:10 | 256:21,22 | 339:12,15 |
| **move** 41:18 | 35:14,16 | 164:12 | 256:24 | 355:5 |
| 94:11 | 38:5 53:17 | 168:20 | 260:18 | **muted** 319:16 |
| 114:10,22 | 56:5,12 | 169:23 | 261:5,9 | |
| 193:21 | 57:10 | 176:18 | 262:3,8 | **N** |
| 194:2,20 | 67:14,16 | 178:6 | 264:8,9 | **N** 2:1 376:18 |
| 240:20 | 67:21 68:6 | 179:1 | 267:8 | **name** 8:19,20 |
| 241:2 | 69:20,21 | 182:6 | 270:3 | 9:23,24 |
| 277:16,24 | 70:13,17 | 183:1 | 288:20 | 15:3,5 |
| 299:2 | 71:2,5,9 | 184:12 | 289:4 | 37:7 43:22 |
| 315:3,6 | 71:22,22 | 187:24 | 290:9,14 | 47:20 |
| 357:24 | 72:4,8 | 191:18 | 302:19 | 48:17 69:9 |
| **moved** 41:19 | 77:22 | 198:22 | 303:5,16 | 79:16 |
| 228:5 | 78:18 | 207:1 | 303:18,21 | 82:18 |
| 277:1 | 79:12,20 | 208:6,20 | 304:2,14 | 152:2 |
| **movement** | 80:16,21 | 210:15 | 305:6 | 187:7 |
| 264:18 | 80:25 81:4 | 212:25 | 307:12 | 190:13,17 |
| **moves** 272:25 | 81:24 82:6 | 215:6 | 309:16,18 | 286:13,16 |
| **moving** | 84:19,24 | 217:22 | 310:7,10 | 287:1,2,8 |
| 194:25 | 94:13,24 | 218:12,16 | 312:3 | 287:18,22 |
| 268:19 | 95:18 | 218:22 | 322:11 | 287:23 |
| 277:20 | 98:11,16 | 219:19 | 324:21 | 288:9,15 |
| 352:24 | 98:19 | 220:10 | 327:3,13 | 372:4 |
| **multilin...** | 105:6 | 222:1,8,21 | 329:24 | 377:10 |
| 201:22 | 106:5,14 | 223:1,16 | 330:17,25 | 378:1 |

| | | | | |
|---|---|---|---|---|
| named 15:2 | 30:18 | 96:21  97:2 | 97:9  98:10 | 309:15,17 |
| names 53:14 | 53:10 | 97:23 | 106:6,15 | 310:6 |
| 190:19 | 99:14 | 120:13 | 112:17,25 | 349:2,7 |
| 287:15 | 100:20 | 121:2,8,16 | 125:14,16 | Nick's |
| 289:6,22 | 101:17,20 | 121:21,24 | 125:17 | 235:14 |
| Nancy 296:15 | 104:25 | 129:2 | 126:16 | 277:4 |
| 296:18 | 122:15 | 130:10,13 | 134:25 | Nicorette |
| 297:19,20 | 198:24 | 130:14,16 | 136:9 | 30:21 |
| nanny 348:12 | 201:12 | 131:14 | 137:22 | NIH 70:21 |
| Nathaniel | 205:24 | 149:25 | 138:8 | nine 76:1,2 |
| 349:7 | 216:2,19 | 214:18 | 139:2,14 | 133:16 |
| nation's | 303:12 | 218:9 | 142:6,16 | 273:9 |
| 29:15 | 332:11 | 219:9 | 143:11 | nodding |
| 162:19 | 334:14 | 221:11,19 | 154:13 | 10:19 |
| 163:1 | 358:17 | 223:5 | 155:4 | nominated |
| national | 360:3,13 | 225:7 | 156:21 | 344:9 |
| 261:21 | 360:25 | 256:11,25 | 159:11 | nominator |
| 334:1 | needed 52:20 | 257:12 | 185:2 | 111:8 |
| NATO 284:8 | 61:7 | 270:16 | 218:17,22 | non 275:23 |
| natural | 139:20 | 274:5,20 | 219:19 | non-Engl... |
| 160:15 | 198:11 | 274:23 | 221:1 | 202:19 |
| nature 17:21 | 199:4 | 275:9 | 234:5,11 | nonmedical |
| 40:12  44:4 | 279:20 | 276:14 | 234:14,15 | 50:1,5 |
| 57:4  65:3 | 315:2 | 286:6 | 234:24 | nonprofit |
| 65:13 | needs 180:19 | 297:1 | 235:11,12 | 17:18,22 |
| 66:15 | 193:21 | 321:13 | 236:18 | 17:24  18:4 |
| 69:23  74:3 | negative | 366:9 | 238:1,9,24 | 27:20 |
| 74:5  83:2 | 140:18 | newly 90:14 | 238:25 | nonprofits |
| 86:7  100:3 | 175:2 | 91:8 | 239:12,19 | 19:17 |
| 111:18 | 176:8 | news 170:23 | 240:3,6 | 102:25 |
| 148:9,9 | Negron | 277:1 | 241:13,18 | 114:15 |
| 173:15 | 296:15,16 | 307:14 | 241:24 | nonpublic |
| 174:21,22 | 296:18 | 344:4,8 | 242:15,21 | 312:24 |
| 203:6 | neither 89:4 | Nick 34:8 | 243:5,12 | nonwritten |
| 247:17 | 375:13 | 35:7,17 | 243:15,19 | 58:6 |
| 292:7 | Nemo 261:3 | 53:18  56:3 | 244:3 | normally |
| 372:19 | net 198:21 | 56:7  62:13 | 246:1,5,11 | 369:17 |
| 374:2 | never 158:16 | 65:1  67:16 | 247:23 | North 6:11 |
| NCLA 9:14 | 207:13 | 67:18,19 | 248:9 | 7:10  376:1 |
| NEA 51:1 | 223:24 | 67:19,21 | 250:2 | Northwest |
| nearly 268:9 | 236:4 | 67:22  68:6 | 253:6,11 | 6:17,22 |
| necessarily | 282:20 | 77:23 | 255:10 | 376:7 |
| 326:17 | 286:6 | 78:18 | 256:5,6,24 | NOTARIAL |
| necessary | 287:17 | 81:25 | 258:18,23 | 375:1 |
| 216:1 | new 2:21 | 82:13,21 | 268:17 | notarized |
| 308:16 | 6:16  7:5,5 | 84:18 | 270:3,14 | 376:17 |
| 377:8 | 9:14  21:16 | 94:15,24 | 270:25 | notary 5:17 |
| need 15:9 | 76:15,19 | 95:14 | 277:3,10 | 8:5  375:7 |
| 28:2  30:13 | 76:23 | 96:13  97:9 | 281:20 | 376:16 |

377:21
note 264:7
276:13
278:19
297:25
310:10
noted 222:2
notice 86:10
noticeable
224:1
noticing
346:8
notifica...
138:22
notion 36:9
50:7 51:9
107:10
170:9
November
55:15,17
131:19
219:2
293:25
318:21
number 8:15
113:21,24
114:3,6
321:11
340:15,18
343:9
numerous
231:5
NYU 100:7
103:5
104:9

_____
O
O'Boyle
85:12
144:4
o'clock 5:13
5:13
Obama 81:11
110:6
291:12
373:25
objection
65:16 77:6
77:10

105:9
126:25
128:9
167:19
220:14
224:8
232:5
248:3
292:8
326:15
328:11
338:4
346:25
359:15,23
360:10
370:9
Objections
2:9 73:6
obligation
170:11
171:1
172:21
Observatory
36:23 38:5
48:13
207:2,5,10
207:24
213:9
251:8
283:10,14
observe 24:8
361:11
observing
24:5
obviously
58:18
63:13
78:23
112:14
150:23
186:14
233:7
362:2
369:25
occasion
140:3
occur 100:12
149:20
202:14

300:15,21
occurred
33:3 38:10
105:13,17
148:4
195:18
218:12
219:1
222:8,13
323:25
324:25
occurs
341:18
October
61:20
302:16,20
306:12
308:13
309:15,18
310:5
311:6
315:17,18
315:20
317:12
318:10,11
319:21
320:4,10
320:14,15
323:10
324:13
off-cited
279:6
offenders
204:7,12
offending
205:3
offer 112:1
offered 68:5
150:3
242:15
office 6:5
6:10 9:3
9:11 11:24
12:4,15
13:9,11
14:4 16:8
16:18
18:24 25:5
26:3,4,17

26:19 27:2
27:12,14
32:8 35:2
36:6,11
37:16 39:7
39:9,15
41:24 42:3
42:11,23
43:3,22
46:16
47:14
49:19
50:12 52:9
55:5 59:19
64:6 67:6
69:19 70:6
70:24
73:11 75:4
76:3 78:2
79:5 85:20
102:5
103:13,20
110:18
113:2
116:10
126:20
129:21
133:18
134:10
135:11,13
147:11
148:8
163:21
164:3
165:21
166:1,3
167:3,6
168:10,12
169:21
170:6
171:11
186:9,13
187:17
188:1,11
188:14,22
189:4,9,12
189:16
196:3
198:6

207:19
212:15
213:9
251:24
252:7
262:11
263:7
265:2,12
265:17,25
269:11,14
272:20
283:3,6,13
284:11,24
288:19,21
288:22
290:16
291:20
298:12,13
301:7
304:9
307:2
312:22
313:25
314:25
320:11
323:22
324:12
327:14
333:21,23
334:6
336:6
337:22
338:2,12
340:2,4
345:21
346:2,23
347:18,23
348:17
349:19
362:6
364:5,6,10
367:14
369:10
372:6,9,11
372:14,24
372:25
373:5,6,8
373:18,21
373:24

office's
 329:7,15
officer 12:2
 12:4,11
 13:7 21:11
 21:22,24
 23:9
official
 44:2 48:3
 81:16 82:2
 224:6,15
 225:4
 235:23
 285:5,9
 288:14
 312:20
officials
 45:11
 46:16 64:7
 66:25
 141:10,14
 189:3
 193:4
 215:2
 217:21
 218:5
 221:14,17
 222:1
 224:22
 225:16
 285:22,25
 363:13
oftentimes
 168:21
oh 27:22
 78:14
 143:12
 145:3
 154:7
 162:21
 163:10
 201:15
 208:10
 255:1
 266:21
 273:22
 278:15
 280:15
 337:8

348:11,14
okay 10:8
 15:20
 20:23 22:4
 22:10,11
 23:8 24:3
 24:12
 39:18 42:5
 42:9 44:16
 56:1 58:12
 61:22 62:6
 63:12
 70:20
 72:20
 75:24
 76:22
 78:14 82:1
 82:4 85:10
 86:16
 87:13
 89:20 90:3
 97:6 101:3
 106:11,16
 109:9,12
 110:13
 111:13
 112:5,11
 113:8
 119:2
 120:6
 125:21
 127:15
 131:12
 133:10
 135:14,25
 136:12,25
 141:17
 156:5
 161:15
 162:4
 178:19
 179:21,22
 181:11
 183:5
 185:14
 186:5
 194:24
 197:14
 201:16

205:22
 208:16,18
 212:2
 214:2
 215:23
 217:1
 221:7
 224:3
 225:18
 227:9
 230:25
 236:11
 237:1
 242:19
 245:20
 260:13
 269:4
 271:8
 275:25
 277:9
 278:19
 282:23
 283:8
 285:11
 287:19
 290:24
 296:14
 298:15
 301:17
 302:13
 304:4
 313:22
 314:15
 316:2,21
 317:13
 318:12
 319:19
 320:9,18
 321:8
 322:19
 325:5,8
 326:4
 331:5,10
 333:19
 337:20
 342:12
 344:6
 345:5
 348:14,14

352:12
 353:13
 356:4,12
 364:4
older 365:14
omitting
 310:6
on-the-r...
 319:16
once 88:2
 314:8
one's 99:7
one-way
 148:13
ones 20:10
 45:5 52:18
 63:4,23
 72:7
 103:18
 165:17
 180:25
 192:16
 218:14
 220:25
 273:15
 274:6
ongoing
 226:20
 310:18
online 18:1
 21:6 46:3
 47:5,8
 58:3 152:3
 226:23
 227:21
 228:17,19
 233:18
 284:22
 285:7,20
 288:10
op 302:10
open 312:14
 362:2
opened
 106:22
operate
 125:9
 174:7
 175:7

208:21
operated
 125:8
operation
 66:20
 124:6,16
operations
 206:17
opinion
 160:19
opportunity
 117:1
 215:10
 237:15
 300:18
 353:7
 358:4
opposed
 26:17
 115:21
 170:12
 176:10
 206:20
optimistic
 212:8
optional
 64:2
 263:20
options
 59:17 60:7
order 78:24
 100:20
 206:16
 315:13
orders
 301:11
org 2:7
 49:15
 58:18
 60:17
 63:13
 290:12
organiza...
 47:10 48:7
 85:25 86:3
 144:19
 284:3
 287:3
 288:1

361:20
organiza...
50:20
organiza...
19:16,16
19:23
20:17
22:21
31:19
50:18
53:20
54:21
74:11
116:7
126:18,19
132:12
209:17
285:12,14
285:15
305:13
348:22
orientation
198:19
original
4:11 33:3
33:13
376:14
originally
17:8 34:1
125:11
152:21
originate
16:14
osdp.gov
255:22
OSG 49:14
70:18
75:14,15
78:25
86:10,17
90:14 91:8
118:8
131:20
132:3
139:21
148:14
172:2
262:6
ought 16:21

16:22
198:7
214:14
out-of-o...
295:7
297:18
outcome
103:11,17
375:19
outcomes
28:14
29:19 30:3
31:17
100:11,15
175:21,22
360:14
outlining
259:16
260:2,5,10
outreach
12:17
43:16
49:21
54:21
132:10,10
145:4
182:11,14
298:11,18
321:1
outside 36:5
36:10
41:25 42:6
42:20,24
43:11 44:4
64:5 67:6
100:25
101:11
102:11
188:17
189:3,13
189:17
211:7
364:4,6
outsized
360:17
overall
45:21
89:24
110:5

129:4,25
131:14
148:5,24
194:17
216:24
280:25
291:25
312:22
336:24
337:2,2
353:8,25
overlap
274:13
oversight
114:18
overview
87:12,19
88:22
91:18
owned 221:16
owns 192:16
_____
P
p-h 284:4
p.m 88:12
214:8,11
268:18
282:11,14
335:24
336:2
371:23
372:1
374:16
P.O 6:6
page 2:3
75:13,18
75:21,23
77:17
145:15
151:16
162:5
174:2
178:12,16
178:19,25
182:24
190:20
197:3,12
199:8
201:7,11

205:14,18
205:23
207:23
208:5,13
208:15,15
208:16,17
210:9,12
210:15
211:24,24
212:3,3,8
214:25
215:3
217:4
231:2
234:9,10
234:11
253:6
263:11
270:2
272:12
277:10
278:11
309:13
310:4
329:23
331:11
332:10
333:1,1
340:11,13
340:14
355:4
358:1,2,10
368:18
376:14,16
376:18
377:22
378:8,10
378:12,14
378:16,18
378:20,22
pages 21:10
75:21,24
138:13
178:11
211:23
231:10,15
231:25
232:2,15
233:1,2

245:13,21
245:23
246:3,8
247:7
248:1
267:22
268:3,9,24
275:15
276:10
334:13
palsy 317:23
319:4
pandemic
87:24
89:15
107:13
166:11
170:25
175:23
243:17,21
251:13
276:18
332:24
335:4
336:17
360:17
panel 38:3,8
311:23
312:14
330:24
331:4,6,9
panelist
284:1
Parag 353:3
paragraph
75:22
171:24
176:13
179:19,23
186:6
203:2,3
217:20
220:3,19
226:17
233:14
267:19
270:25
271:6
309:24

343:3
paraphra...
  111:6
Pardon 22:7
  67:8
parents 51:5
parlance
  18:25
  143:17
part 14:7
  17:11 38:6
  74:17
  81:12
  86:22
  110:20
  114:11
  118:21
  126:14
  161:20
  164:4
  173:13
  179:24
  206:18
  207:7,11
  212:18
  214:24
  259:12
  315:4
  320:22
  322:13
  324:18
  352:5
  353:14
participant
  263:20
particip...
  237:6
participate
  241:19
  350:6
  352:17,19
  353:9,19
  354:1,3
particip...
  57:8 172:5
  187:14
particip...
  285:5,9
particular

107:4
122:18,24
155:1
199:17
203:18
222:18
251:14
262:22
particul...
  12:21 31:3
  116:12
  179:13
  333:5
parties 8:24
  18:21 19:2
  92:13
  104:15
  156:23
  209:23
  375:14,17
partly 54:24
  275:11
partner
  147:8,8
  312:18
partnered
  212:11,15
  213:13
partners
  19:4,19
  37:4
  152:14
partnership
  18:22 22:2
  212:20
  213:7
partners...
  228:6
pass 166:24
passing
  289:10
paternity
  61:1,14,15
  296:12
  298:6,6
  323:18
  324:18
  331:1,3
  348:10

351:7,9
path 237:16
  265:8
  337:19
paths 337:20
  338:1
Patil 81:6,9
  82:10,24
  94:13
  98:12
  106:6
  109:21
  116:18
  252:8
  255:14
  267:3
  292:18
  296:6
Patil's
  255:19
pay 181:11
Payton 90:8
  93:20,22
  125:13
  195:18,19
  226:5,18
  229:19
  230:10,13
  233:3
  235:6
  237:5
  250:12
  255:9
  258:23
Payton's
  229:25
pdf 178:18
  178:19
pedally
  328:18
peddling
  328:7
pen 15:17
  152:20
  187:11
penalties
  138:17
  268:8
  276:3,24

penalty
  377:11
pending 5:19
people 24:4
  24:9 27:1
  27:4 29:13
  29:17
  33:25 35:1
  36:4,5
  52:21
  53:13
  63:12 67:4
  69:19 72:3
  76:3 92:22
  93:4
  102:10
  107:3
  109:6
  111:7,9
  112:21,21
  116:18
  119:9
  122:22
  124:5
  127:4,5,12
  135:21
  139:21
  150:25
  151:9
  152:5
  164:10,13
  166:12
  167:17
  168:4,21
  168:25
  169:9
  170:15,23
  171:17
  172:10
  173:1
  174:20
  176:5
  180:12
  192:12
  197:21
  198:11
  210:19
  211:7
  214:20,22

228:4,12
229:2
234:21
238:22
239:23
243:14
244:16
260:16
267:23
268:5,6,10
276:11,21
279:14
280:12
281:4
289:2
290:2,4
291:5
292:6
298:23
306:4
307:15
311:22
312:24
322:1,14
323:4,21
325:10
329:25
335:1,3
344:25
345:6,6
355:11
359:14
360:18
361:11
365:13
367:8
370:6
373:18
people's
  107:2
percent
  100:11
  115:18
  192:13
  229:15
perception
  272:19
performing
  136:14

**period** 311:6
 323:10
 372:7
**perjury**
 377:11
**permanent**
 205:9
**permanently**
 231:9,25
 232:15,25
**permission**
 114:23
**persistence**
 271:3,14
**person** 8:23
 12:18
 36:23
 43:21
 48:21  49:5
 50:24
 53:24  54:3
 56:6,7,10
 56:13
 57:18
 61:11
 67:20
 79:20
 80:25  82:6
 82:14,16
 82:17,22
 82:25  83:8
 83:12
 100:6
 112:3,7
 125:2,5,9
 132:4
 143:15
 152:16
 187:12
 189:23
 190:5
 222:24
 224:5,14
 224:20
 235:13
 242:15
 251:22
 252:1,15
 260:19

 264:16
 265:24
 266:5
 287:2,4
 290:22
 326:2
 373:1
**person's**
 167:9
**personal**
 24:8  74:13
 74:13,19
 74:20,25
 198:21
 288:12
 296:1
**personally**
 179:2
**personnel**
 78:25
 127:19,20
 131:19
 132:23
**perspective**
 25:24
 41:17
 43:18
 99:10
 115:11,12
 115:16,25
 119:9
 126:22
 338:23
 339:12,13
 342:2
**perspect...**
 284:13
**persuading**
 28:7
**persuasive**
 99:21
**Pfizer**
 278:23,23
 279:13
 280:5
 281:17
**Pfizer's**
 280:18
**phase** 186:12

 299:2
**philanth...**
 50:18
**Phillips**
 260:18,20
 263:23
 301:14
 320:23
 325:19,20
 357:22
**philosophy**
 312:19
**phone** 32:23
 118:13
 128:19
 135:4
 376:3
**phonetic**
 32:22
**photos** 58:6
**phrase** 25:15
 95:5
 117:19
 342:17
**phrased**
 123:9
 351:18
**phrasing**
 277:22
**physical**
 231:5
 373:5
**physically**
 372:23
**Pichai** 352:8
**picture**
 16:12
 215:6
 354:20
**piece** 80:11
 83:5  99:6
 100:1
**pieces** 25:22
 63:9  83:16
 83:17
 115:14
 124:20
 272:4
 276:9

 301:12
**pill** 100:19
**Pinterest**
 182:5
**pitch** 314:1
**place** 42:13
 75:16
 142:3
 203:20
 205:12
 228:25
 294:14
 372:24
 373:2
**places**
 341:17,19
**plain** 142:8
**Plaintiff**
 6:3,9  9:1
**Plaintiffs**
 1:5  5:5,22
 6:14  8:2
 9:19
**Plaintiffs'**
 2:9  73:7
**plan** 49:3
 116:8
 120:8
 203:23
 238:18
 315:21
 345:20
 351:23
 352:3
 368:5,21
**planning**
 212:18,21
 279:2
 299:1
 352:6
**plans** 148:14
 228:3
 280:12
 300:1
**platform**
 74:19  79:6
 80:19
 96:17
 97:18

 98:22
 129:5
 130:2
 133:19
 134:5
 139:5
 170:22
 175:20,22
 178:5
 191:10,14
 201:8
 202:18
 204:10,16
 205:5
 217:8,12
 217:17
 246:10
 274:2
 276:6
 281:4
 299:8
 300:12
 307:21
 341:3,8
 342:15
 355:21,22
 356:14,15
 358:3
**platforms**
 28:17,19
 28:23  31:5
 31:7,12
 32:2,6,8
 32:10,17
 35:5  51:12
 51:16
 52:10,11
 52:24
 54:17  55:6
 57:15,23
 61:9,23
 62:16,23
 63:7,21
 64:7,23
 66:25
 67:13
 68:10,15
 75:17  76:4
 78:25

| | | | | |
|---|---|---|---|---|
| 81:23 | 206:6 | **Plaza** 7:5 | 137:11 | 193:23 |
| 82:10 | 208:24 | **please** 8:23 | 139:19 | 194:9 |
| 83:25 84:1 | 209:25 | 9:16,22 | 141:8,9 | 202:3 |
| 88:6 91:20 | 211:20 | 11:2 145:1 | 142:17 | 204:16,23 |
| 92:4,6,20 | 215:2 | 145:2 | 152:25 | 205:5,7,12 |
| 92:21 | 246:23 | 214:6 | 153:4 | 211:9 |
| 93:16 | 247:2 | 215:19 | 160:16 | 226:25 |
| 96:12 | 257:7,10 | 293:12 | 163:8 | 227:22,25 |
| 97:15 | 257:23,25 | 308:21 | 191:12 | 230:15,22 |
| 101:5,10 | 258:5 | 319:18 | 199:7 | 231:3,17 |
| 102:10,11 | 279:2,11 | 355:25 | 213:22 | 231:24 |
| 102:15 | 280:12 | 376:12,15 | 272:16 | 232:10,13 |
| 103:15 | 285:2 | 376:17 | 279:13 | 233:21,22 |
| 104:1,8 | 299:19 | **pleased** | 281:25 | 237:9 |
| 105:8 | 303:1,10 | 182:23 | 283:16 | 244:7,11 |
| 106:18 | 305:16,17 | **plenty** 177:9 | 284:10 | 244:24 |
| 107:23,25 | 305:22 | **plus** 116:3 | 290:15 | 245:6,10 |
| 115:22 | 313:16 | **POCs** 126:17 | 291:19 | 247:24 |
| 116:13,16 | 321:13,14 | 126:23 | 293:10 | 248:12 |
| 117:7 | 321:21,25 | **podcast** 3:18 | 306:16,22 | 249:9,25 |
| 123:4,7 | 322:13 | 58:10 | 314:5 | 267:21 |
| 134:11 | 323:2,13 | 320:18,21 | 335:20 | 268:2,6 |
| 169:24,25 | 323:23 | 320:22,22 | 341:25 | 273:25 |
| 170:8 | 324:13 | 321:1,5 | 348:10 | 280:3,20 |
| 171:12 | 326:9,21 | 322:18 | 359:6 | 281:21 |
| 172:10 | 331:17 | 324:22,24 | 360:1 | 317:6,16 |
| 173:3,5 | 333:5 | 324:25 | 362:10 | 318:16 |
| 174:12 | 334:14,16 | 325:4,15 | **points** 76:2 | 319:2,11 |
| 175:2 | 340:12,16 | 326:7 | 108:10 | 350:24 |
| 176:21,24 | 340:20,21 | 327:4,6,16 | 133:16 | 365:12,22 |
| 178:7 | 340:22,22 | 328:2 | 138:10 | 366:13,20 |
| 179:25,25 | 340:23 | 329:18,22 | 139:4 | **policing** |
| 180:15,16 | 341:11,15 | 355:9,11 | 228:2,7,24 | 183:10 |
| 180:24 | 341:15,24 | 359:1,7 | 272:7 | **policy** 14:15 |
| 181:23 | 342:13,16 | **podcasts** | 273:9 | 14:16,18 |
| 183:16,21 | 342:19,24 | 319:22 | 281:9 | 14:23 |
| 184:3,9,16 | 344:13,18 | 320:6 | 313:10,12 | 18:23 |
| 184:21 | 348:19 | 329:20 | 313:14,20 | 19:11,14 |
| 185:11,25 | 350:16,24 | **point** 14:17 | 321:18 | 32:22 37:1 |
| 190:23 | 351:13 | 48:21 | 327:7 | 37:7 47:17 |
| 191:4 | 356:24 | 50:25 | **poison** 105:4 | 52:16 |
| 192:5,14 | 358:11 | 72:12 | 105:5,13 | 100:22 |
| 192:16 | 359:3,10 | 77:20 | 169:11,16 | 102:20,24 |
| 197:7,16 | 361:17 | 94:11 | 169:19 | 103:9,14 |
| 197:21 | 365:23 | 118:1 | 208:23 | 103:18,21 |
| 199:8,14 | **play** 28:14 | 124:2 | 209:2 | 110:19 |
| 200:6,8 | 179:12 | 128:13 | **policies** | 122:12 |
| 201:21 | 209:11 | 131:18 | 121:2,17 | 125:1 |
| 203:4,17 | 210:17 | 135:5 | 182:9 | 129:2 |

| | | | |
|---|---|---|---|
| 130:10,14 | **portion** | 363:7 | 196:7 |
| 130:16 | 326:16 | **possibly** | 201:1 |
| 131:14 | 345:13 | 99:24 | 204:20 |
| 137:23 | 350:21 | 136:4 | 229:21,23 |
| 138:3 | 351:4 | 184:11 | 231:15 |
| 143:15,16 | **poses** 162:25 | 273:12 | 232:1,14 |
| 164:15,16 | **position** | 301:13 | 232:15,25 |
| 167:11 | 367:10 | 362:15 | 233:2 |
| 186:15 | **positive** | **post** 19:3 | 238:19 |
| 187:12,15 | 44:9 45:3 | 140:12 | 243:24 |
| 188:24 | 48:5 56:15 | 141:19 | 277:1 |
| 194:7 | 81:8 86:6 | 195:12 | 294:15 |
| 199:1 | 122:3 | 203:13 | **potential** |
| 201:2 | 140:17 | 205:3 | 29:1 30:24 |
| 202:14 | 144:18 | 207:23 | 40:14 |
| 244:23 | 158:12,15 | 235:8 | 101:7 |
| 248:20 | 176:7 | 238:17 | 119:24 |
| 271:2,13 | 185:17 | 267:5,8,12 | 134:5 |
| 274:6 | 197:22 | 267:19 | 147:8 |
| 280:25 | 207:9 | 280:12 | 177:13,23 |
| 281:3 | 262:19 | 281:4 | 177:25 |
| 289:11,11 | 291:10 | 302:6 | 178:1,4 |
| 290:8,11 | 297:9,22 | 306:13 | 199:2 |
| 290:18,19 | 354:7 | 308:6 | 218:24 |
| 290:21 | **positives** | 310:1 | 283:18 |
| 296:21 | 29:24 | 319:20 | 370:1 |
| 297:1 | **possibility** | 320:4,15 | **potentially** |
| 304:22 | 104:3 | 345:22 | 93:5 95:11 |
| 315:5 | 359:21 | 346:2 | 133:25 |
| 346:5 | **possible** | **posters** | 137:5 |
| 364:18 | 63:9 81:6 | 344:17 | 143:9 |
| 366:8 | 85:8 | **posting** | 149:6 |
| **polite** | 103:10 | 370:6 | 182:10 |
| 148:15 | 104:2 | **posts** 136:14 | 198:25 |
| **political** | 105:17 | 140:9,16 | 232:14 |
| 372:17 | 132:18 | 141:24 | 272:10 |
| 373:14,17 | 133:22 | 142:1 | 273:2,5 |
| **poor** 173:1 | 136:7,10 | 158:19 | 274:1 |
| **pop** 172:2 | 152:11 | 177:22 | **power** 27:2 |
| **popping** | 184:13 | 188:5,8,12 | 27:12,13 |
| 20:24 | 187:18 | 188:15 | 28:6 29:22 |
| **popular** | 190:18 | 189:4,10 | 30:6 99:21 |
| 307:14 | 196:14 | 190:2,4,6 | 209:22 |
| **population** | 237:5,10 | 190:9 | **powerful** |
| 198:25 | 237:13 | 193:17,22 | 115:6 |
| **port** 158:7 | 260:12 | 193:22 | **PowerPoint** |
| 158:17 | 301:24 | 194:4,6,7 | 46:22,25 |
| **portfolio** | 323:24 | 194:9,14 | 47:16,24 |
| 48:15 | 342:3 | 195:1,10 | **PR** 113:12 |

| | |
|---|---|
| **practice** | |
| 187:3 | |
| 188:1 | |
| **practices** | |
| 198:20 | |
| 307:25 | |
| **pre-rollout** | |
| 20:7 | |
| **precall** | |
| 145:8 | |
| **preceding** | |
| 224:19 | |
| **precisely** | |
| 39:10 | |
| 88:20 | |
| 247:16 | |
| 289:12 | |
| **predates** | |
| 142:11 | |
| **preexisted** | |
| 142:10 | |
| **prefaces** | |
| 99:18 | |
| **Preliminary** | |
| 2:10 73:7 | |
| **prep** 182:19 | |
| **preparation** | |
| 186:25 | |
| 225:15 | |
| 320:25 | |
| **prepare** 77:2 | |
| 77:8 | |
| **prepared** | |
| 152:17 | |
| **prerelease** | |
| 90:19 | |
| **prerollout** | |
| 86:15 | |
| 88:20 | |
| **prescrip...** | |
| 102:20 | |
| **prescrip...** | |
| 176:11 | |
| **present** | |
| 65:11 | |
| 80:14 | |
| 231:17 | |
| **presenta...** | |
| 46:20 47:2 | |

47:25 92:2
92:9 93:14
**presented**
221:14
274:23
334:21
**presenters**
48:4
**president**
33:23
34:22
55:13
90:25 93:3
95:1 96:23
116:3
122:21
150:24
214:19
235:19
250:18
327:17
328:2,5,16
328:21
329:8,16
**President's**
234:19
244:16,22
**press** 2:18
19:5,6
29:12
33:19
34:22 52:1
84:3,6
96:24
115:10
116:1,2
122:20
133:24
134:3,5,7
150:18
161:8,13
161:22,23
165:18
166:6
181:1,10
183:1
193:4
206:10,14
206:18,25

233:6,12
233:16
239:22
244:22
247:13
250:17
311:23
312:15
320:24
325:24
**press-re...**
292:3
**pressed**
188:25
**pressure**
29:8
**presumably**
244:4
308:11
310:1
370:4
**presume**
181:2
341:17
**presuming**
278:23
**presumption**
173:10
**pretend**
278:2
**pretty** 35:15
59:12
251:3
264:1
326:12,23
344:22
345:2,14
**prevalence**
342:23
**prevalent**
99:13
**prevent**
172:16
360:9
**preventable**
175:25
360:18,21
**previous**
22:5 26:23

54:1,5
89:9 91:4
163:11,11
200:10
321:23
331:24
358:10
**previously**
49:10
72:21
76:16
145:5,14
157:19
164:2
187:10
221:2
250:11
258:11,14
290:11
291:12
333:24
336:10
347:3
372:18
**prima** 85:8
**primarily**
12:12
27:16 47:4
**primary** 27:2
338:22
**Prime** 235:15
**principal**
15:2 27:12
59:17
372:23
**principally**
304:5
**printing** 8:6
375:12
**prior** 11:23
17:13 49:4
54:15 55:3
55:12
57:13
67:24 97:3
151:18
191:8
192:9
193:4

213:10
220:10
222:19
223:8
271:7
330:7,13
331:20
366:23,25
369:20,21
**priorities**
12:19 26:4
114:11
254:12
314:3
315:2
**prioritize**
204:6
**prioriti...**
86:17
**priority**
12:25
115:5
204:10
311:21
312:17
315:6
**private** 32:1
32:9,9,15
86:2 123:7
174:18
311:11,15
311:25
312:10,10
313:11
323:3
330:7
332:2,5,6
**privately**
32:14
103:24
**privilege**
65:19
338:6
**privileged**
65:17
292:9
**pro-** 247:17
**proactive**
28:8 97:14

176:2
320:11
**probably**
14:22
44:12,14
44:16
47:15,17
48:6 53:21
59:11
72:15
73:24
108:9
109:23
121:22
123:20
142:2
143:8,22
161:18
164:14
185:13
187:14
257:19
298:5,8
300:1,22
304:8,12
309:5
316:9
321:1
351:6
**problem** 36:2
83:4 99:22
100:20
101:20
116:11,16
123:3
202:13
251:11
294:13
295:14
**problematic**
188:5,8,11
188:15
189:4
190:2,9
201:1
243:23
247:17
**problems**
278:2,3

| | | | | |
|---|---|---|---|---|
| **proceed** 9:16 | 245:23 | **proportion** | 226:19 | 162:12,15 |
| **process** | 246:8 | 350:15 | 229:19 | 175:11,11 |
| 17:11 | **progress** | **proposal** | 269:23 | 175:12 |
| 65:19 | 212:9 | 103:21 | 344:12 | 176:5 |
| 120:24 | 254:3,9 | 193:8 | 345:11 | 179:2,2 |
| 187:20 | **progresses** | 198:5 | **Psaki** 33:20 | 180:23 |
| 212:19 | 243:17,21 | **proposals** | 84:2,9 | 206:8 |
| 304:7 | 279:24 | 35:16 | 122:20 | 207:25 |
| 338:6 | **prohibits** | 100:22 | 150:16 | 238:19 |
| 339:11 | 297:2 | 102:25 | 161:9 | 283:20 |
| 352:6 | **Project** | 103:18 | 183:2,18 | 301:10 |
| 362:14,17 | 207:12,15 | **propose** 46:6 | 183:24 | 307:21 |
| **process-...** | 207:20 | **proposed** | 188:4 | 310:12 |
| 60:14 | 282:19,20 | 83:19 | 190:21 | 311:11,12 |
| **processes** | 283:4,7 | 93:15 | 193:15 | 312:20 |
| 362:7 | 284:22,25 | 112:21 | 215:7 | 313:10 |
| **produced** | 285:6,9,19 | 190:22 | 217:6 | 319:22 |
| 5:11 9:18 | 285:22,25 | 192:5,8 | 233:6,8 | 320:5 |
| **produces** | 288:19,23 | **proposing** | 247:12,16 | 322:24 |
| 58:5 | 288:25 | 83:24 | **Psaki's** | 327:9 |
| **producing** | 290:2,4 | 191:3,23 | 196:14 | 330:7 |
| 192:12 | **Project's** | **protect** | 217:10 | 331:24 |
| **product** | 284:12 | 361:11 | 250:14,16 | 332:14,24 |
| 25:21 77:6 | **promised** | **Protentis** | 253:24 | 334:1 |
| 77:12 | 67:19,19 | 69:11 | **PTA** 50:25 | 335:2 |
| 197:6,15 | 136:13,17 | **provide** | 51:7 | 344:11,24 |
| 198:7,23 | 136:18,23 | 16:11 | 312:25 | 345:10,22 |
| 199:2,5,19 | 137:1,1 | 31:16 | **public** 5:17 | 346:10,11 |
| 200:11,14 | **promote** 30:7 | 129:3 | 8:5 12:13 | 346:24 |
| 200:18 | 103:7 | 238:18 | 12:15,18 | 347:24 |
| **Production** | 222:3,11 | 258:16 | 13:14,15 | 360:6,8,13 |
| 376:18,24 | 279:3,12 | 345:1 | 14:10 18:9 | 362:2 |
| **productive** | 342:5 | **provided** | 24:25 26:3 | 364:2 |
| 34:6 | 356:25 | 4:12 75:8 | 26:5 27:9 | 375:7 |
| 299:12,24 | **promoted** | 75:9 86:10 | 27:10,10 | 376:16 |
| **products** | 223:2 | 87:12 | 27:13,19 | 377:21 |
| 199:14 | **promotes** | 129:13 | 29:7,8,13 | **public-f...** |
| **Professi...** | 356:17 | 221:11 | 29:16 | 24:15,21 |
| 5:16 375:3 | **promoting** | 227:4 | 31:11,16 | 40:15,16 |
| **professor** | 342:6 | 230:11 | 31:24 | 266:5 |
| 37:16,24 | **promotion** | 339:18 | 32:11,22 | 292:2 |
| 38:17,23 | 342:4 | **provides** | 36:13 38:3 | 301:12 |
| 40:2,11,19 | **prompted** | 104:16 | 41:16,20 | **publication** |
| 41:2 42:1 | 309:21 | 158:23 | 43:14 44:1 | 234:17 |
| 42:15 | **pronounced** | 192:3 | 50:12 52:9 | **publicly** |
| 48:22,25 | 260:24 | 210:24 | 94:9 | 31:24 |
| 62:21 | **proper** 266:3 | **providing** | 114:14 | 32:13 |
| 283:23 | **properties** | 171:22 | 119:9 | 103:24 |
| **profiles** | 192:2 | 172:19 | 125:1 | 158:21,24 |

| | | | | |
|---|---|---|---|---|
| 191:13 | 279:5 | 179:1,6 | **quick** 282:2 | 114:9 |
| 345:22 | 333:4 | 183:5,17 | 282:3 | 117:3 |
| 346:2 | **pushed** | 212:4 | 352:1 | 230:16 |
| **published** | 155:17 | 216:20 | **quicker** | 247:24 |
| 346:15 | **pushing** 52:9 | 219:8 | 216:18 | 312:11 |
| 357:4 | **put** 15:18 | 220:16 | **quickly** | **raised** 57:5 |
| **pull** 160:9 | 19:12 | 228:15 | 102:23 | 98:19 |
| 196:21 | 25:22 29:8 | 229:6,12 | 193:21,22 | 114:13 |
| 214:15 | 34:1 44:15 | 230:9,23 | 194:3,10 | 115:25 |
| 234:3 | 58:24 | 236:3 | 195:1 | 120:8 |
| 242:19 | 59:19 | 242:2,8,13 | 324:21 | 121:17 |
| 255:6 | 78:15 | 242:17 | 331:10 | 174:17 |
| 306:11 | 121:23 | 248:7,17 | 335:22 | 217:6 |
| 320:2 | 139:10 | 251:23 | 352:25 | 230:20 |
| 335:22 | 170:14 | 259:11 | **quite** 104:8 | 233:24 |
| 351:25 | 177:8 | 274:11 | 197:2 | 250:10 |
| **pulled** | 228:25 | 285:18 | **quote** 24:14 | 269:17 |
| 134:21 | 260:14 | 290:23 | 122:13 | 307:5 |
| **pulpit** 25:25 | 290:24 | 292:9,13 | 124:5 | 311:20 |
| 26:13 29:5 | 294:14 | 311:4 | 157:10 | 314:25 |
| 29:9,22 | 314:12 | 329:14 | 214:20 | 321:19 |
| 99:20 | 350:4 | 337:11 | 217:5 | **raising** 28:2 |
| 103:24 | 351:15 | 338:5,9 | 219:5 | 30:2 123:8 |
| 209:22 | **putting** | 345:25 | 261:24 | 130:20 |
| 320:12 | 20:15 | 356:6 | 327:17 | 159:22 |
| **pun** 254:19 | 106:8 | 357:11,22 | 328:1,15 | 311:10,17 |
| **Pundit** | 201:25 | 358:23 | 328:24 | **ramp** 369:19 |
| 286:19,21 | 238:8 | 359:4 | 329:14,16 | **ran** 13:1 |
| 286:23 | 322:8 | 361:19 | 358:14 | 185:20 |
| **purpose** | | **questions** | **quotes** | 301:9,9 |
| 82:23 | **Q** | 9:21 10:18 | 277:14 | 339:14 |
| 84:23 | **quasi-go...** | 11:8,13 | | **random** |
| 98:23 | 85:25 | 34:4,23 | **R** | 115:24 |
| 99:18,25 | 144:19 | 35:21 | **R** 1:7 5:7,22 | **range** 29:3 |
| 101:9 | **question** | 109:24 | 8:14 376:9 | 81:14 |
| 129:1 | 11:1,4,9 | 157:23,24 | 378:3 | 335:8 |
| 144:23 | 32:4,4 | 158:4,5 | **R-A-F-A-E-L** | **ranking** |
| 148:22 | 65:17,24 | 183:2 | 48:18 | 116:21 |
| 211:6 | 66:3 72:6 | 215:24 | **race** 114:12 | **rapport** |
| 350:5 | 77:11,15 | 216:3,5 | 198:14,18 | 148:16 |
| 357:15 | 99:18 | 226:22 | 315:5 | **rates** 138:24 |
| **purposes** | 111:5,12 | 227:15,18 | **rack** 133:9 | **re-** 274:21 |
| 170:3 | 111:19 | 227:20,24 | **radiation** | **re-empha...** |
| **purveyor** | 127:23 | 230:14 | 100:18 | 322:20 |
| 286:21 | 132:16 | 233:16,24 | **Rafael** 48:10 | **re:THE** 378:3 |
| **purveyors** | 144:17 | 242:10,14 | 48:12,16 | **reach** 18:17 |
| 329:1 | 150:25 | 281:12,13 | 48:18,23 | 50:20 |
| **push** 99:22 | 168:2 | 337:12 | 49:2 289:4 | 52:20 |
| 222:4 | 170:4 | 374:12 | **raise** 22:25 | 53:10,15 |

| | | | | |
|---|---|---|---|---|
| 53:18 | 139:25 | 329:5 | 173:24 | 112:16 |
| 56:17 57:4 | 175:5,5,9 | 333:8,17 | 189:19 | 120:10 |
| 80:14,18 | 179:18 | 334:20 | 244:3 | 121:4,8,9 |
| 83:2,6,6 | 181:13 | 350:21 | 257:5 | 121:20 |
| 83:13 | 197:12 | 351:3 | 327:3 | 122:8 |
| 86:23 | 201:10,13 | 356:19 | 351:22 | 123:21 |
| 98:20,24 | 202:4 | 364:20 | 352:25 | 124:1 |
| 99:19 | 205:18 | 365:18 | 353:8 | 125:12 |
| 106:17 | 208:13,14 | 366:11 | 378:8,10 | 128:18 |
| 107:8,24 | 210:12 | 370:18 | 378:12,14 | 130:3,8,18 |
| 111:15,16 | 216:1,2,5 | 378:6 | 378:16,18 | 130:23 |
| 152:14 | 216:11,21 | **ready** 201:16 | 378:20,22 | 131:2 |
| 158:19 | 216:25 | 205:22 | **reasonable** | 133:7 |
| 169:9 | 220:8 | 212:1 | 10:16 | 141:1,23 |
| 172:12,16 | 224:13 | **real** 113:17 | 103:16 | 144:22 |
| 173:4,10 | 225:23 | 278:1 | 165:12 | 148:16 |
| 173:15 | 233:14 | 321:8 | 167:9 | 153:20 |
| 174:21 | 245:3 | 324:20 | 171:22 | 154:5,11 |
| 182:4 | 288:12 | 352:1 | 174:25 | 158:6 |
| 202:16 | 302:21,23 | **reality** | **reasons** | 159:8,25 |
| 221:5,6 | 327:6 | 265:24 | 23:18 | 160:4 |
| 231:15 | 332:17 | **really** 24:23 | **Rebecca** | 169:5 |
| 232:1,11 | 356:6 | 29:10 34:5 | 363:19,21 | 194:15 |
| 232:14 | 360:2 | 34:17 | 364:1 | 196:8,12 |
| 233:1 | 365:24 | 35:18 44:8 | **recall** 20:18 | 206:16 |
| 242:10 | 376:15 | 53:8,20 | 25:12 31:4 | 213:5 |
| 251:16 | 377:5 | 54:4,22 | 33:9 38:16 | 218:17 |
| 258:12,15 | 378:8,10 | 66:20 | 40:22 44:8 | 223:16 |
| 299:7 | 378:12,14 | 80:18 92:7 | 46:9,18 | 228:10 |
| 300:11 | 378:16,18 | 92:24 99:8 | 48:5 53:20 | 230:18 |
| **reached** 20:2 | 378:20,22 | 99:8 103:6 | 54:4 63:1 | 232:8 |
| 20:18 53:1 | **reading** | 108:8 | 64:4 66:20 | 237:22,22 |
| 141:11 | 102:7 | 118:15,16 | 69:2 79:18 | 239:3,3 |
| 182:21 | 142:9 | 120:17 | 79:22 | 241:21 |
| 252:11,12 | 164:20 | 125:20 | 82:18 | 242:20 |
| 297:12 | 165:2 | 128:20 | 87:10 88:7 | 244:2 |
| **reaching** | 166:20 | 142:22 | 91:21 92:7 | 247:19,19 |
| 20:4 32:21 | 171:23 | 158:25 | 93:17,21 | 256:20 |
| 50:14 | 201:4 | 166:23 | 93:21,24 | 257:3,15 |
| 226:19 | 219:9 | 168:6 | 95:7,24 | 257:20 |
| 234:16 | 227:23 | 210:16 | 96:20,25 | 258:18 |
| 259:3 | 229:3,11 | 244:2 | 97:5 98:18 | 259:5 |
| **reaction** | 229:18 | 264:9 | 104:6 | 263:21 |
| 93:14 | 231:20 | 272:21 | 105:12,14 | 286:16 |
| 308:10 | 234:1,24 | 305:8 | 106:22 | 298:9 |
| **read** 9:9 | 238:23 | 328:23 | 107:9 | 301:1,2,19 |
| 75:19 | 271:7 | **realm** 104:3 | 109:11,20 | 301:19 |
| 120:6 | 275:24 | **reason** 15:16 | 110:24 | 302:17 |
| 121:11 | 279:17 | 153:1 | 111:25 | 304:9,22 |

ERIC WALDO  12/22/2022

| | | | | |
|---|---|---|---|---|
| 309:1 | **recognize** | 200:19 | 138:22 | 308:11 |
| 314:13 | 114:23 | 201:19 | 199:21 | 309:25 |
| 316:20 | 117:12,13 | 204:9 | 200:20 | 358:24 |
| 317:18 | 168:16,17 | **recommen...** | **reduce** 24:1 | 359:19 |
| 320:17 | 205:24 | 30:25 31:4 | 30:6,16 | **referenced** |
| 323:12 | **recognizing** | 91:15,19 | 31:6 32:7 | 95:2 305:8 |
| 328:1 | 88:22 | 92:3 104:7 | 96:11,15 | **references** |
| 331:8 | 95:10 | 104:9,13 | 100:10 | 163:7 |
| 332:6,7 | 203:21 | 117:23 | 104:17 | 185:20 |
| 336:7 | 205:16 | 119:24 | 130:6 | 286:3,22 |
| 341:25 | **recollec...** | 120:1,3 | 170:17 | 288:17,20 |
| 342:11 | 20:6 35:20 | 191:9 | 172:22,23 | **referencing** |
| 344:1 | 41:1,8,9 | 194:17 | 172:23 | 305:8 |
| 346:5 | 42:19 | 253:8,14 | 177:11 | **referred** |
| 347:16 | 43:24 | 253:19 | 199:24 | 293:6 |
| 354:23 | 45:14,24 | **recommen...** | 231:15 | 313:13 |
| 355:18 | 62:14 90:5 | 192:1 | 273:4,25 | 342:17 |
| 363:4,8 | 93:9,23 | **recommends** | 274:8 | 368:10 |
| 368:16 | 98:15 | 169:9 | 326:10,22 | **referring** |
| 373:25 | 112:23 | 199:21 | 329:11 | 17:5 |
| **recalled** | 113:3 | **record** 8:10 | 332:12 | 146:19 |
| 332:8 | 122:16 | 9:23 10:22 | **reduced** | 155:16 |
| **recapture** | 145:12 | 15:9 | 21:25 | 184:2 |
| 274:21 | 148:6 | 105:20,23 | 375:12 | 185:5 |
| **receipt** | 157:17,22 | 106:2 | **reduces** | 186:3,9 |
| 376:19 | 158:3 | 160:22,24 | 358:7 | 188:7 |
| **receive** 19:3 | 162:3 | 161:2 | **reducing** | 209:13 |
| 170:23 | 223:20 | 198:16 | 30:20 | 213:12 |
| 293:19 | 230:8 | 214:5,8,11 | 232:1,11 | 217:10,13 |
| 349:15 | 250:10,23 | 240:15 | 232:14 | 217:19 |
| **received** | 256:22 | 282:9,11 | 233:1 | 218:8 |
| 75:2 76:14 | 264:24 | 282:15 | **refer** 151:23 | 227:3 |
| 140:24 | 265:4 | 328:12 | 211:16 | 233:23 |
| 143:6 | 269:15 | 335:24 | 344:25 | 234:21,25 |
| 181:4 | 281:14 | 336:3 | 345:9 | 253:17 |
| 345:21 | 288:2 | 337:24 | 359:20 | 269:1 |
| 346:3,14 | 309:10 | 371:14,23 | **reference** | 271:7 |
| 346:19,24 | 364:12,15 | 372:2 | 124:3 | 292:24 |
| 362:25 | 364:25 | 374:16 | 128:13 | 294:18 |
| 363:3 | 367:15 | **recorded** | 136:4 | 313:22 |
| **receives** | **recommend** | 357:5 | 163:5 | 341:12 |
| 362:7 | 103:22,23 | **records** | 174:16 | 360:2 |
| **receiving** | 200:20 | 74:15 | 192:11,20 | **refers** 86:13 |
| 142:15 | 265:21 | **Reddit** | 205:15 | 131:18 |
| 180:24 | **recommen...** | 182:12,16 | 221:13 | 183:6 |
| **recipients** | 275:23 | 182:19,21 | 235:5 | 184:23 |
| 300:25 | **recommen...** | 258:13,15 | 254:19 | 211:12 |
| **recognition** | 16:23 | 341:4 | 285:11 | 224:20 |
| 113:22,25 | 199:13,22 | **redesigning** | 286:2,18 | 302:24 |

| | | | | |
|---|---|---|---|---|
| 346:12 | reiterated | relative | 94:1,3 | 302:1,8 |
| refine 273:4 | 35:12 | 114:16 | 95:22,25 | 309:9 |
| 274:25 | 240:13 | 375:16 | 104:25 | 314:18 |
| reflect | relate 68:15 | relay 47:13 | 105:15 | 316:2 |
| 322:19,20 | 75:4 | 114:12 | 108:8 | 317:10,14 |
| 347:25 | 215:24 | 315:5 | 110:23 | 318:1 |
| refresh 58:2 | 323:3 | release 84:4 | 111:2 | 320:9 |
| 241:15 | related 18:5 | 90:16,18 | 118:12 | 323:9 |
| 309:10 | 24:22 | 90:22 | 120:17 | 325:3 |
| 364:25 | 25:11 70:2 | relevant | 121:15,21 | 328:21 |
| refreshing | 71:13 | 18:21 | 122:5,9 | 340:2 |
| 134:19 | 74:24 | 28:11,16 | 123:11,22 | 355:6,10 |
| refused | 91:19 | 74:16 | 124:11,18 | 355:13 |
| 220:20 | 110:4,13 | 295:5 | 125:20 | 363:6,24 |
| refusing | 124:6 | reliable | 128:22 | 364:23 |
| 65:23 | 130:14,16 | 164:25 | 130:4,11 | 367:17 |
| refute | 157:25 | relied | 130:19 | remind |
| 294:20 | 162:23 | 143:20 | 131:3,12 | 323:16 |
| regard 14:3 | 205:25 | religious | 131:21 | remote 5:14 |
| regarding | 236:22 | 198:20 | 133:3 | 6:1 7:1 |
| 65:25 | 270:21 | remain | 140:14 | 11:1 78:17 |
| 137:24 | 275:11 | 192:14 | 143:2 | remotely |
| 221:22 | 281:16 | 193:24 | 154:2,6 | 8:22 77:22 |
| 269:13 | 285:20 | 299:5 | 159:1 | 373:6,10 |
| 308:5 | 355:14 | remarks | 160:1,5 | removal |
| 337:3 | 365:12 | 33:20,24 | 182:19 | 97:17,19 |
| Register | 366:21 | 95:1,2 | 192:23 | 193:23 |
| 349:15 | 371:10 | 116:3,3 | 227:10,17 | 231:24 |
| Registered | 375:13 | 172:6 | 229:7,10 | 232:10 |
| 5:15 375:3 | relating | 206:8 | 230:1,1 | 233:9 |
| regular | 42:16 | 207:1,25 | 232:12,19 | 246:3,9 |
| 183:20 | 75:17 76:4 | 208:2 | 232:22 | 247:21 |
| 184:2,15 | 83:21 | 234:19 | 234:7 | 285:1 |
| 184:20 | 110:3 | 250:14,16 | 249:24 | remove 97:14 |
| 254:2,5 | 141:19 | 251:7 | 253:13 | 121:6 |
| regularly | relation | 321:5 | 256:15 | 130:6 |
| 184:8 | 39:13 | remember | 264:22 | 176:25 |
| 255:21 | relation... | 20:10 | 265:5 | 177:5 |
| regulate | 39:14 50:1 | 33:10 | 266:24 | 193:22 |
| 26:25 | 50:4 51:2 | 35:14 | 278:4,9 | 194:3,3,5 |
| regulatory | 51:10 | 40:22,23 | 281:15 | 195:1,10 |
| 26:21 | 86:24 | 43:19 | 286:11,13 | 196:6 |
| 114:18 | 314:21 | 44:22 | 286:22 | 231:4 |
| reinforce | 372:20 | 46:14 | 287:15 | 245:10 |
| 94:8 | relation... | 54:22 62:8 | 288:1 | 246:14 |
| reinforces | 51:15 | 62:12 | 289:7 | 247:25 |
| 330:12 | 52:15,19 | 77:19 92:1 | 292:16 | 248:14 |
| reiterate | relationsy | 92:8,24 | 296:9 | 249:19 |
| 35:8 | 32:22 | 93:13,18 | 298:1,3,7 | 268:24 |

280:3,12
280:14,16
280:20
281:3,22
296:22
317:21
365:22
**removed**
66:22
228:12
245:13
267:22
268:3
275:22
**removing**
203:13
204:20
232:14,25
244:7,11
247:6
248:13
249:9
276:9,10
281:16
**render**
345:21
377:8
**Rendered**
275:25
**Renee** 36:22
37:14 39:4
188:18
207:5,7
212:4,10
212:15,17
213:8,16
283:16
339:2
**repeat** 32:4
52:7
137:24
139:4
168:1
178:14
204:7,11
205:6
219:8
236:2
248:7

267:17
311:3
329:14
345:24
**repeated**
209:1
220:4,19
329:13
347:17
**repeatedly**
138:13
204:15
205:5
206:7
231:10
276:4
**rephrase**
32:3
**reply** 229:25
295:7
**report** 3:9
16:22 27:7
27:8 60:17
118:23
119:13,18
119:18
120:16
121:1,24
126:12,13
127:3,12
135:19
136:13
139:15
140:11
141:17
142:9
155:5
196:5,9
200:1,22
220:1
223:5
250:5
258:2
268:12,23
270:19,20
272:4
276:9
277:5
280:11

281:20
282:18,24
284:10,19
286:3,18
286:20
288:18
289:15,16
289:25
291:18
292:22,22
296:15,20
296:25
367:22
**reported**
14:17
58:20 89:3
123:24
139:2
248:6,20
249:2
268:18
274:7,14
281:8
289:10,13
348:5
364:14
378:5
**Reported...**
7:8
**reporter**
4:11 5:16
5:16 9:15
10:12
56:23
62:10
113:23
144:14
178:25
183:8
208:2
219:10
286:7
321:10
375:4,4,5
**reporter's**
8:19
**reporters**
206:22
348:4,8

**reporting**
214:19
218:10
219:23
221:19
222:14
224:2
225:6,19
232:24
245:8
249:12,17
249:23
268:14
274:5
275:6
364:13
365:20
**reports**
27:17
138:8
139:23
140:1,19
140:22,24
141:5,9,15
142:4
143:3,25
154:17
159:11,14
218:3
222:5
225:8
231:9,14
248:10,11
290:12
293:1
310:12
318:15
326:20
329:24
366:19
368:21
369:7,11
370:21
371:2
**represent**
8:24
294:13
**represen...**
51:15

118:2
153:17
235:7
**represented**
188:20
**represen...**
249:7
**reputati...**
27:3
**request** 34:9
74:17
183:9
220:11
240:13,17
257:17,24
270:20,24
297:8,15
309:3
336:6,17
346:18
347:21
349:14
350:9
353:17
**requested**
4:12 43:14
66:11,17
74:15
124:14
**requesting**
237:25
352:19
353:9,18
353:19
354:1
**requests**
73:23
220:4,19
240:5
308:23
337:6,9
345:15
350:22
**requirem...**
346:10
**rescheduled**
325:7,8
**research**
36:18 37:3

42:25 43:5
82:14
99:10
100:1,7,14
101:17
103:11
133:6
158:5,8
176:6
186:8,12
186:15,17
186:22
187:1,2,4
187:6,9
198:10
199:4
200:4
221:5
242:9
284:12
289:15
**researcher**
40:2 41:25
**researchers**
35:24 36:3
36:10 37:4
37:9 42:21
42:24 44:6
47:7 62:21
101:12
114:15
158:18
188:17
210:20
211:1
228:13
337:16
**reserve** 9:9
**reserved** 8:7
162:11
**reset** 95:9
**resist**
166:12
167:17
168:4
**resources**
201:25
343:21
**respect**

16:16 22:2
22:20
25:20 30:1
32:16 38:2
38:8 59:18
60:10
73:24
140:9,12
143:21
171:11
244:8,12
248:12
249:9
256:12
257:1,14
262:22
270:21
349:13
**respective**
126:18
**respond**
73:20
121:19
237:20
277:10
309:3
348:19
362:3
**responded**
73:12
195:21
224:6,16
237:23
240:19
269:5
279:18
314:8
361:17,20
361:21
**responding**
73:23
97:11,13
98:6 212:4
230:21
237:23
295:9
297:7
**responds**
75:15

179:7
183:19
294:24,25
310:3
314:6
**response**
74:6 75:15
75:20
84:23
85:14,23
85:23
89:21
109:3,14
111:22
114:2
118:24
120:8
131:13
133:11,20
142:24
144:10,12
144:15
150:25
181:17
223:13
229:6,13
231:1
232:9
240:5
269:7
277:14
280:10
293:12
297:15
307:24
340:3
345:21
346:3,14
373:12
**responses**
2:9 73:6
75:4,7,9
75:11 85:6
118:5
222:21
225:11
229:4
230:10
350:22

361:24
362:1,5,7
362:19,22
362:25
**responsi...**
52:12
**responsi...**
175:13
199:14
206:1
303:2,9
305:16,21
358:4
**responsible**
47:4 175:3
179:8
267:14
320:25
327:18
**responsive**
309:6
**rest** 115:5,8
303:8
305:20
**restart** 96:3
**restrict...**
24:8
**result** 370:6
370:19
**results**
173:1
344:8
**resume** 2:6
21:6
**retreat**
107:21
**return**
376:17
**returned**
324:2
**retweeted**
122:13
177:8
302:19
**reup** 367:25
**review** 16:10
77:1,5,8
88:2 145:1
215:10

216:17
278:6
347:19
353:7,15
368:21
**reviewed**
75:24
142:25
143:24
201:2
304:23
322:23
**reviewing**
140:21
142:24
188:23
303:19
345:6
362:22
**reviews**
362:19
**rewards**
198:1
**RFI** 59:19,21
60:12
61:12 63:9
63:25
71:18
336:12,21
336:24
337:3,5,18
338:13,18
338:23
339:3,19
339:24
340:10
343:2
344:16
346:3,14
347:10,21
347:25
348:19,21
349:20
350:6,9,11
352:9,17
352:20
353:9,18
354:1,14
356:22,23

| | | | | |
|---|---|---|---|---|
| 357:13,20 | 99:4 | 194:8,10 | 260:3,11 | 307:12,18 |
| 360:4 | 101:22 | 196:23,24 | 260:19,23 | 308:1,4,6 |
| 361:17 | 102:15,19 | 198:2 | 261:7,11 | 308:12,17 |
| 362:2,16 | 102:20,22 | 200:6,7,23 | 261:22 | 308:22 |
| 372:7 | 104:6 | 201:3 | 262:1,6 | 309:16,23 |
| **RFIs** 346:12 | 105:6 | 202:4 | 264:20 | 310:1,7,13 |
| **rhymes** 261:1 | 107:19 | 203:7,14 | 267:5,24 | 310:20 |
| **Rice** 66:11 | 108:3 | 204:3,7,12 | 268:10 | 311:13 |
| 66:16 | 109:22 | 204:16,23 | 269:2,6 | 314:10 |
| 82:21 | 119:16,25 | 205:1,3 | 270:17,22 | 315:18,25 |
| 90:10 | 129:5 | 206:2,8,15 | 271:7,15 | 316:15,16 |
| 94:16 | 135:11 | 207:2,12 | 271:19 | 316:19 |
| 98:13 | 136:2 | 208:24 | 272:6,7,12 | 317:7 |
| 124:13,23 | 138:5,10 | 209:3,25 | 272:17,22 | 318:8,17 |
| 124:24 | 138:14,24 | 210:6,21 | 273:10,19 | 318:24 |
| 127:19 | 142:19 | 211:3,10 | 273:22 | 319:5,11 |
| 154:14 | 145:12,23 | 211:14,17 | 274:3,9,24 | 321:2,16 |
| 234:12,13 | 149:16 | 211:20 | 274:25 | 321:19 |
| 241:7,18 | 151:14,19 | 212:5 | 275:5,5,7 | 322:4,10 |
| 252:9 | 152:1 | 217:4 | 275:12,18 | 322:16 |
| 255:9 | 154:21 | 218:22 | 275:23 | 324:18 |
| 256:6 | 155:21 | 221:11 | 276:6,15 | 326:14 |
| 266:25 | 156:13 | 224:20 | 276:22 | 328:10 |
| 270:4 | 157:6,11 | 226:6,13 | 277:7,10 | 330:10,14 |
| 278:5,12 | 162:8 | 229:17 | 277:18 | 331:14,17 |
| 278:16,22 | 163:5,8,9 | 234:12 | 279:7,21 | 332:16,20 |
| 291:4 | 163:17,22 | 235:2,4,9 | 279:24 | 333:6,18 |
| 292:16 | 165:6,8,10 | 235:16,20 | 280:13,15 | 336:14,18 |
| 298:2 | 165:17 | 238:2,6,14 | 281:2,4,8 | 340:15 |
| 306:14 | 166:6,13 | 239:15,18 | 281:22 | 341:1 |
| 307:10 | 166:19 | 240:1,6,21 | 282:20 | 343:1 |
| 310:6 | 169:17 | 243:4,4,11 | 290:5,9 | 344:19 |
| 315:14 | 173:9,10 | 243:18 | 291:5 | 345:6,7,22 |
| 318:21 | 174:12,13 | 244:8,17 | 293:4,9,14 | 347:6 |
| 349:3,7 | 176:12,15 | 244:25 | 294:7,20 | 348:24 |
| 363:12 | 177:1,24 | 245:11,24 | 294:24 | 349:10,22 |
| 364:16 | 178:2,3,8 | 246:3,4,15 | 295:3,16 | 350:7,11 |
| 370:20 | 178:13 | 246:18,24 | 295:19,22 | 350:19 |
| **rid** 54:9 | 179:5,9,14 | 247:13 | 296:23 | 351:2,7 |
| **right** 9:9 | 179:17 | 248:6,23 | 297:4 | 352:3,22 |
| 14:1  22:13 | 180:4,8,12 | 249:5 | 298:17,21 | 353:3,16 |
| 22:16 | 180:16,21 | 250:24 | 299:2,8,13 | 353:23 |
| 23:19  31:3 | 180:24 | 251:1,4,5 | 299:19 | 354:16 |
| 49:18  52:6 | 181:8,12 | 251:18 | 300:7,12 | 357:1 |
| 52:21  54:8 | 181:17 | 255:14,25 | 300:19 | 358:11,16 |
| 60:18  62:5 | 191:20 | 256:2,7,13 | 302:7,21 | 358:21 |
| 67:5 85:20 | 192:21 | 257:8 | 303:4 | 359:3,14 |
| 91:22  93:5 | 193:1,17 | 259:1,17 | 305:18,25 | 360:9,20 |
| 94:21  99:3 | 193:24 | 259:21 | 306:6,23 | 360:23 |

| | | | | |
|---|---|---|---|---|
| 361:7,12 | 262:7,10 | 14:3 15:22 | 88:17 | 356:17,25 |
| 363:20 | 263:3 | 18:8 23:9 | 90:21 | 358:5,10 |
| 365:8,23 | 264:7 | 26:2 28:13 | 94:20 | 358:18 |
| 366:5 | 278:13,13 | 42:2 60:3 | 132:14 | 360:3,8,21 |
| 367:21 | 279:9,18 | 60:20 | 145:9 | 360:23 |
| 368:6,8,18 | 279:25 | 64:15,18 | 146:8 | 361:1,4,11 |
| 368:24 | 280:9,10 | 71:17 | 149:14,21 | **run** 329:21 |
| 369:3,13 | 292:18 | 81:20 | 150:8,12 | **run-up** 49:2 |
| 369:23 | 294:23,25 | 85:18,19 | 151:10,14 | **running** |
| 370:2,8,21 | 295:12,17 | 86:21 | 152:9,21 | 152:21 |
| 370:24 | 295:19,20 | 110:8 | 155:17,18 | 339:10 |
| 371:2,5 | 295:24 | 114:8 | 155:23 | 355:21 |
| 372:14 | 296:6 | 179:12,14 | 156:12 | 362:10 |
| **rights** 50:16 | 298:1,15 | 189:23 | 161:5 | **Russian** 15:5 |
| **ring** 45:6 | 299:3,5,9 | 209:11,12 | 225:13 | 37:17 47:20 |
| 69:6,9 | 299:15 | 210:17 | 226:11,12 | 185:19 |
| 207:16 | 300:7,8,17 | 265:16 | 235:8 | 187:7 |
| 228:23 | 300:17 | 266:3,13 | 258:2 | |
| 278:17 | 306:13 | 289:12 | 300:2 | ____S____ |
| 283:21 | 307:3,9,19 | 291:9 | 302:1,3 | **S** 296:15 |
| 302:14 | 307:22 | 293:23 | 314:9 | **sad** 93:6,10 |
| 317:12,24 | 308:2,5 | 320:11 | 316:7 | 94:3,8 |
| 320:20 | 309:14 | 333:3,11 | 322:24 | 226:16 |
| 325:1 | 315:14 | 333:24 | 341:25 | **sad-faced** |
| 354:16 | 316:3,6,10 | 340:1,5 | **Rolodex** 51:6 | 226:9 |
| **rings** 278:10 | 363:12 | 359:9 | **Room** 7:5 | **safer** 294:15 |
| 317:19 | 364:17 | **roll** 301:16 | **Rouge** 6:11 | 326:10,21 |
| **risk** 231:5 | 367:8 | **rolled** 42:17 | **rough** 32:25 | 329:11 |
| 322:9 | 368:7,9,9 | 142:20 | **roughly** | 350:18 |
| **road** 170:19 | 368:12,25 | **rolling** 52:5 | 55:18 | **safety** 297:3 |
| 358:19 | 369:1,2,13 | **rollout** | 362:24 | 333:4,12 |
| 359:12 | 369:16 | 13:16,25 | 363:2 | 333:20 |
| 361:5 | 370:3,7,11 | 14:9 18:24 | **round** 290:23 | 334:5,7 |
| **roads** 359:14 | 370:17 | 19:7 24:23 | **rounds** 61:15 | **Salcido** |
| **Rob** 64:10,12 | **Rob's** 262:2 | 32:13,19 | 279:1 | 363:14 |
| 64:24 65:2 | 279:10 | 33:5,8,13 | **routine** | 367:9 |
| 65:14,25 | 299:16 | 33:13,16 | 137:9 | **salutations** |
| 66:12 | 306:18 | 33:18 | **Rowe** 291:6 | 112:15 |
| 124:4,14 | **Robert** 288:4 | 34:13,21 | 292:18 | **Sanford** 38:4 |
| 125:25 | 288:5 | 36:20 | 315:14 | 48:13 |
| 126:2,6,7 | **robust** 19:18 | 44:13,17 | 316:4 | **sat** 43:8,16 |
| 126:12 | 192:1,4 | 49:3,5 | **RPR** 7:9 8:4 | **Saturday** |
| 127:7 | 193:9 | 53:5,7,10 | 375:22 | 295:1,3 |
| 140:24 | **Rockefeller** | 54:19 56:4 | 376:21 | **Sauer** 2:4 |
| 184:19 | 331:7 | 61:1 62:25 | **rule** 346:9 | 6:4 8:25 |
| 189:21 | **Rogan** 355:5 | 63:5 64:3 | **rules** 10:7 | 8:25 9:21 |
| 190:1 | 355:8,10 | 64:25 | 192:3 | 20:23 21:3 |
| 260:17 | 355:14 | 86:14,22 | 231:11 | 56:25 |
| 261:8,10 | **role** 13:24 | 87:2,15 | 276:11 | 65:23 |

| | | | | |
|---|---|---|---|---|
| 72:13,20 | **saying** 10:13 | **says** 9:19 | 192:18 | 263:20 |
| 77:7,16 | 10:19,20 | 21:14 | 193:18,25 | 267:7,25 |
| 105:11 | 27:18 | 28:24,25 | 194:11,20 | 270:14,18 |
| 106:3 | 30:11 | 29:16 | 197:6,15 | 271:9 |
| 127:8 | 31:14 | 49:21 | 197:18,20 | 273:3,8 |
| 128:12 | 32:12 | 57:22 58:5 | 197:24 | 274:4,24 |
| 134:17,20 | 35:14 88:5 | 58:13 | 198:4,10 | 275:14 |
| 144:16 | 95:24,25 | 73:10 | 199:17 | 276:20 |
| 160:15 | 106:12,23 | 75:15 | 200:16,24 | 279:5,23 |
| 161:3 | 113:13 | 77:24 86:9 | 201:21,24 | 280:14,15 |
| 167:21,23 | 118:15 | 86:16 87:9 | 203:4,8,22 | 281:5,10 |
| 199:3 | 120:18,24 | 90:13 91:8 | 204:17,19 | 284:11 |
| 208:10,11 | 122:2 | 94:16 | 204:25 | 289:25 |
| 213:22 | 131:12 | 127:19 | 205:1,4,23 | 292:16 |
| 214:2,5,12 | 136:22 | 128:16 | 206:3 | 294:3 |
| 220:17 | 146:3 | 129:1,6,24 | 208:6,20 | 295:12,19 |
| 224:10 | 154:6 | 130:9 | 210:16,22 | 296:24 |
| 232:7 | 159:2 | 133:11 | 211:4,15 | 297:5 |
| 240:16 | 170:13 | 135:25 | 212:7 | 298:24 |
| 248:5 | 174:3 | 136:3,17 | 217:6,20 | 299:5,11 |
| 255:4,8 | 175:6 | 137:25 | 218:1 | 299:20 |
| 266:19,22 | 179:7 | 138:15,20 | 220:3 | 300:5,17 |
| 266:24 | 186:21 | 138:25 | 221:14,20 | 302:23 |
| 282:9,16 | 190:16 | 139:18 | 223:6 | 303:7 |
| 292:14 | 194:5 | 141:18 | 224:11,13 | 306:19,20 |
| 319:15,19 | 195:19 | 145:21 | 226:18 | 306:24 |
| 320:3 | 196:19 | 146:11 | 227:1,18 | 308:9,15 |
| 326:19 | 198:23 | 155:6,10 | 229:1,25 | 308:21 |
| 328:13 | 199:4,4,5 | 156:9 | 231:3,8,12 | 313:1 |
| 330:20,23 | 202:7 | 162:13,17 | 233:15 | 315:23,24 |
| 335:18 | 239:24 | 162:22 | 234:15 | 317:11 |
| 336:4 | 245:2,7 | 163:11 | 235:2 | 318:21 |
| 337:25 | 247:11 | 166:5,14 | 236:5 | 319:1,6 |
| 338:10 | 260:7 | 166:22 | 237:15 | 321:10,25 |
| 347:2,5,9 | 264:16 | 172:13 | 238:16 | 322:5,7,11 |
| 359:17 | 275:3 | 173:24 | 240:22 | 322:12,17 |
| 360:7,20 | 276:15 | 174:6 | 241:1 | 326:8,17 |
| 370:13 | 302:20 | 175:6 | 243:1,2,6 | 328:14,16 |
| 371:13,20 | 308:4 | 176:14,16 | 243:13,19 | 328:17 |
| 372:3 | 327:18 | 176:22 | 244:5,9 | 330:4 |
| 374:12 | 328:22 | 177:2,3 | 246:1,5,7 | 332:10 |
| 376:23 | 334:16 | 178:9 | 246:11,12 | 333:14 |
| **saved** 251:13 | 344:6 | 179:11,15 | 246:18 | 334:2,13 |
| **saw** 15:25 | 356:21 | 179:22 | 253:18 | 343:2,10 |
| 244:6,10 | 360:13 | 180:2,5,6 | 256:9 | 343:16,20 |
| 294:4,9 | 365:24 | 180:9,10 | 258:23 | 343:21 |
| 308:9 | 368:16 | 183:7,8 | 259:23 | 344:2,15 |
| 313:3,4,5 | 369:2 | 190:21 | 261:4,24 | 349:12,12 |
| 342:24 | 370:12,14 | 191:15 | 262:2,4,25 | 349:23 |

ERIC WALDO  12/22/2022

| | | | | |
|---|---|---|---|---|
| 350:8,14 | **scientist** | 215:18,20 | 309:12 | 179:6 |
| 355:21 | 81:10 | 318:20 | 319:10,14 | 183:3 |
| 358:3 | 82:24 | 321:9 | 319:17 | 190:24 |
| 360:25 | 83:11 | **scrolled** | 324:18 | 196:4 |
| 361:9 | 110:5,14 | 240:23 | 333:15 | 197:4 |
| 364:17 | **sclerosis** | **scrolling** | 340:11,14 | 199:6,9,12 |
| 365:10 | 319:5 | 117:25 | 356:10 | 199:16 |
| 368:5,7,20 | **scope** 16:4 | 124:2 | **Second-A...** | 208:3,4,11 |
| 369:16,25 | 105:4 | 128:12 | 2:8 73:6 | 208:19,25 |
| **scale** 179:23 | 236:15 | 215:14 | **secretary** | 212:12 |
| 331:12 | **Scott** 6:4 | 310:4 | 26:18 | 213:23 |
| **scenes** 14:16 | 9:2 | 315:11 | 33:19 | 214:17,21 |
| **Schake** | **screen** 20:21 | 338:16 | 34:23 84:7 | 214:23 |
| 298:11,12 | 21:4,8 | 343:9 | 161:24 | 215:5,7,9 |
| 301:4,9 | 73:2 106:9 | **scrutiny** | 325:25 | 215:15 |
| 364:3,9,11 | 134:14,21 | 324:7 | 364:10,14 | 225:25 |
| 364:14 | 149:8 | **Scully** 69:5 | **section** | 226:1,2 |
| **Schake's** | 151:4 | **se** 133:24 | 28:25 | 229:3 |
| 132:5 | 160:10 | 159:16 | 91:16 | 238:11,12 |
| **schedule** | 161:10 | 257:3,16 | 200:8,9,10 | 249:21 |
| 33:15,16 | 197:5 | **search** 74:7 | 200:12,13 | 269:21,22 |
| 90:16 | 199:9,11 | 74:12 | 231:2 | 272:3 |
| 150:2 | 208:9,20 | 340:21 | 272:8,11 | 273:21 |
| 241:3 | 214:17 | 341:1 | 272:14 | 275:25 |
| 251:16 | 215:10 | 344:8 | **Security** | 278:10,19 |
| 254:1 | 226:1,2 | 348:15 | 69:1 | 290:25 |
| 325:4 | 234:3 | **searched** | **see** 21:1,4,7 | 295:13 |
| 372:21 | 238:8 | 76:10 | 25:17 26:9 | 297:14,24 |
| 373:18 | 240:9 | **searching** | 35:4,18 | 297:25 |
| **scheduled** | 255:7 | 74:9,10 | 49:11,14 | 311:10 |
| 90:21 | 260:15 | **second** 45:13 | 49:16 54:7 | 312:2 |
| 149:15 | 290:25 | 62:7 72:25 | 57:20 | 315:15 |
| 151:13 | 292:15 | 75:19 | 58:14 | 321:17 |
| 241:10 | 297:24 | 129:8 | 72:22 73:1 | 324:21,24 |
| **schedulers** | 314:4 | 145:15 | 76:1,6 | 326:19,24 |
| 300:23 | 315:9 | 162:5 | 77:19 | 327:1,17 |
| **scheduling** | 320:1,2 | 179:19 | 103:18 | 328:13,15 |
| 149:22,23 | 333:9 | 191:25 | 106:9,10 | 335:21,22 |
| 325:9 | 334:21 | 201:10 | 134:21,24 | 343:11,12 |
| **school** 51:8 | 350:4 | 209:7 | 136:15 | 343:24 |
| 346:10 | 352:7 | 214:25 | 139:10 | 347:13 |
| 373:22 | 354:19 | 215:3 | 140:16 | 355:2 |
| **science** | 363:10 | 217:4 | 141:3,25 | 356:4 |
| 14:14,22 | **screens** | 228:16 | 149:8 | 358:2 |
| 19:11 | 161:17 | 234:9,11 | 151:4 | 366:16,18 |
| 110:18 | 336:9 | 267:19 | 161:10,15 | 371:21 |
| 164:15 | **scroll** 21:9 | 268:12 | 162:22 | **seeing** 96:4 |
| **scientific** | 190:20 | 272:11 | 169:13,14 | 111:9 |
| 304:24 | 208:3 | 278:6 | 178:21 | 189:24 |

| | | | | |
|---|---|---|---|---|
| 246:15 | 293:3,12 | 264:7 | 61:19 75:8 | 254:15 |
| 256:10 | 370:20 | 267:3 | 128:14 | 277:14 |
| 271:22 | **sends** 243:5 | 268:13 | 129:20 | **shaking** |
| 278:18 | **senior** 9:7 | 270:6 | 131:4 | 10:19 |
| 295:9 | 11:16 | 281:19,21 | 290:21 | **share** 19:20 |
| 298:25 | 14:18 | 295:2 | 291:4 | 20:21 21:4 |
| 310:16 | 21:17,21 | 307:23 | 295:1,6 | 33:1 52:21 |
| 335:5 | 22:11,12 | 318:5 | 296:11 | 87:3 88:3 |
| 344:4,7 | 24:12 44:1 | 330:21 | **series** | 89:12,17 |
| **seeking** | 115:3 | 348:21 | 319:21 | 96:13 |
| 344:16 | 183:22 | 349:14 | 320:5 | 106:9 |
| **seen** 15:18 | 184:5,23 | 351:17 | **seriously** | 108:19 |
| 159:11 | 185:2,15 | 363:16 | 29:14 | 109:1,3,7 |
| 183:14 | 185:22 | 366:24 | 277:25 | 109:14,17 |
| 188:1 | 217:21 | 367:4 | **Services** 7:4 | 109:19 |
| 223:24 | 218:5 | 377:22 | 9:7 68:19 | 111:23 |
| 238:17 | 235:12,22 | **sentence** | **session** | 118:8 |
| 257:11 | 235:23 | 100:16 | 46:19,21 | 119:7 |
| 282:24 | 293:23 | 138:20,25 | **set** 2:10 | 121:14 |
| 310:11 | **sensatio...** | 166:14,21 | 44:5 73:7 | 131:11,13 |
| 324:7 | 231:18 | 167:1,10 | 73:17 | 138:14,18 |
| 327:9 | 232:2 | 172:13 | 94:23 | 138:23 |
| 331:24 | **sense** 32:25 | 175:5,9 | 132:7,8 | 144:2 |
| 361:23 | 34:16 | 176:16 | 145:3,4,8 | 149:1 |
| 362:15 | 103:19 | 177:2 | 188:22 | 152:25 |
| 373:2,3 | 110:16 | 178:9 | 237:24 | 153:4 |
| **select** 127:7 | 116:10 | 197:24 | 240:5 | 169:1 |
| 158:23 | 157:13 | 198:4 | 263:9 | 179:9 |
| **selected** | 171:1 | 201:5 | 297:21 | 191:13 |
| 127:7 | 216:24 | 203:8 | 333:3 | 197:21 |
| **send** 135:21 | 237:12 | 206:3 | 359:9,13 | 210:4 |
| 151:17 | 279:1 | 208:19 | **sets** 359:13 | 220:20 |
| 154:24 | 289:24 | 210:22 | **setting** | 226:1,2 |
| 176:7 | 330:12 | 211:4 | 18:20 56:2 | 229:22 |
| 256:11 | **sent** 4:11 | 224:20 | 107:6 | 231:16 |
| 257:24 | 53:25 | 235:1 | 195:16 | 232:2 |
| 258:21 | 61:12 | 236:5 | 252:3 | 234:3 |
| 260:7 | 127:4 | 240:24 | 333:12 | 238:9 |
| 307:10 | 142:5,12 | 259:23 | 334:5,7 | 240:10 |
| 310:5 | 151:18 | 267:25 | 359:21 | 254:25 |
| 351:12 | 157:1,2 | 333:20 | **settings** | 260:15 |
| **sending** | 181:2 | 364:21 | 166:13,19 | 273:6 |
| 127:8,12 | 206:22 | 365:19 | 167:18 | 290:25 |
| 136:13 | 239:4 | **separate** | 168:5 | 297:24 |
| 142:18 | 252:9 | 43:13 | **several-...** | 300:1 |
| 154:16 | 255:2 | **separately** | 303:6 | 318:22 |
| 155:19 | 257:17 | 65:7 | **sexual** | 336:9 |
| 255:4 | 258:18,19 | 191:23 | 198:19 | 350:5 |
| 266:25 | 260:6 | **September** | **Shakespeare** | 352:7 |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 354:19 | 376:14,16 | 240:9 | 15:19 | 93:12 |
| 363:10 | 376:17 | 282:17 | 16:10 | 96:25 |
| **shared** 67:14 | **shepherd** | 336:10 | **signs** 170:15 | 100:2 |
| 73:1 97:9 | 362:14 | 352:7 | **similar** 89:8 | 106:10 |
| 121:22 | **shifted** | **shown** 220:25 | 110:7 | 109:2 |
| 149:8 | 60:24 | 333:9 | 163:8 | 127:10,23 |
| 152:19 | **shilled** | **shulled** | 351:12,17 | 132:19,24 |
| 181:14 | 327:23 | 327:19,24 | 352:8,13 | 133:8 |
| 182:6 | **shop** 43:14 | **sic** 216:4 | 353:2,20 | 135:24 |
| 197:5 | **short** 6:10 | 327:20 | 358:9 | 143:13 |
| 199:9 | 9:10,10 | 361:3 | 359:6 | 144:18,25 |
| 208:20 | 14:23 | 364:5 | **similarly** | 145:5,13 |
| 214:17 | 72:12 | **side** 70:18 | 123:8 | 152:8 |
| 220:5 | 105:24 | 79:13 89:1 | **Sincerely** | 158:15 |
| 229:9 | 160:16,25 | 93:19 | 376:20 | 162:21 |
| 255:7 | 164:16 | 98:14 | **single** 216:6 | 167:24,24 |
| 261:19 | 187:15 | 109:6,13 | 216:13,22 | 179:19,21 |
| 274:22 | 282:12 | 140:22 | **singled** | 197:11 |
| 276:5 | 289:4,8 | 158:5 | 239:22 | 199:6 |
| 292:15 | 335:25 | 186:17 | **sir** 10:23 | 201:11,16 |
| 341:24 | 356:7 | 195:15 | 11:13 12:6 | 202:6 |
| 363:7 | 371:24 | 202:18 | 12:9 13:5 | 205:17,22 |
| **SharePoint** | **shorthand** | 217:25 | 14:25 15:4 | 208:13,16 |
| 153:6,7,10 | 5:16 8:4 | 219:6,13 | 15:10 17:5 | 210:12 |
| **sharing** | 375:4 | 221:6 | 17:16 18:7 | 211:25 |
| 66:19 | **shortly** | 242:14 | 20:11 21:7 | 215:15,18 |
| 83:20 | 38:13 | 262:1 | 21:13 22:7 | 215:19,21 |
| 111:5,7 | 76:24 | 263:1,4 | 23:3,7 | 216:9,12 |
| 161:7 | 250:6 | **Siegel** | 32:4,19 | 216:23,25 |
| 174:17 | 273:24 | 315:15 | 37:12 | 217:14,19 |
| 199:24 | 354:14 | 316:4 | 39:17 42:4 | 218:1,10 |
| 208:24 | 369:22 | 363:19,21 | 44:8 45:2 | 218:15,24 |
| 210:19,25 | **shortt@a...** | 364:1 | 45:18 47:1 | 220:16 |
| 210:25 | 6:12 | **sign** 9:9 | 49:16 52:7 | 236:10 |
| 211:6 | **show** 114:21 | 170:18 | 59:23 60:2 | 239:9 |
| 259:1 | 149:7 | 376:16 | 62:2,9,18 | 248:7,17 |
| 269:6 | 151:3 | **signals** | 64:14 67:8 | 248:19 |
| 275:16 | 154:12 | 197:22 | 68:7,17,20 | 249:22 |
| 330:17 | 195:5 | **signature** | 69:7,10,12 | 252:4 |
| 340:21 | 314:16 | 8:6 93:2 | 69:17 73:4 | 254:15 |
| 341:3 | 354:19 | 376:14,16 | 73:10 | 265:13 |
| 342:1 | **showed** | 376:18 | 74:22 75:1 | 267:17 |
| 353:14 | 151:19 | 377:22 | 75:19,24 | 272:3 |
| **sharply** | 156:21 | 378:24 | 78:10,21 | 276:19 |
| 123:9 | 218:15 | **signed** 188:2 | 79:2,8,18 | 278:7 |
| **sheet** 121:23 | 221:16 | **signed-off** | 82:8,18 | 284:5,7 |
| 125:18 | **showing** | 165:25 | 84:13 86:6 | 286:10,24 |
| 378:2 | 26:25 49:9 | **signing** 16:6 | 86:13 | 287:18 |
| **sheets** 122:2 | 72:25 | **signoff** | 87:16 89:5 | 289:23 |

| | | | | |
|---|---|---|---|---|
| 293:5 | **skipped** | **soc-** 217:17 | 134:10 | 327:21 |
| 294:2 | 259:14 | **social** 13:23 | 147:4 | 330:8 |
| 295:4 | 266:22 | 20:1,2,5 | 169:24 | 336:7 |
| 311:3 | **Skipping** | 20:13,16 | 170:7,22 | 340:21 |
| 312:13 | 205:14 | 28:7,16,18 | 171:11 | 341:10,14 |
| 323:15 | **slash** 151:9 | 28:25,25 | 172:9 | 344:18 |
| 329:13 | 256:25 | 29:2 31:5 | 173:3 | 348:18,22 |
| 340:13 | 261:25 | 31:12 32:2 | 174:11 | 351:13 |
| 345:8 | **Slavitt** | 32:6,10,16 | 175:1 | 355:22 |
| 348:10 | 67:11,24 | 33:24 | 176:24 | 356:14,24 |
| 352:12 | 68:4,8 | 35:10 46:4 | 178:5,6 | 358:11 |
| 353:13 | 77:22 | 51:12,16 | 179:25 | 359:2,10 |
| 356:1 | 78:18 | 51:19,21 | 180:15,24 | 361:16 |
| 357:2 | 134:25 | 52:10,11 | 181:23 | **society** 31:1 |
| 359:4,18 | 136:9,19 | 52:24 | 182:7 | 334:18 |
| 361:19 | 138:4,9 | 54:17 55:6 | 183:20 | 358:17 |
| 364:7 | 139:3 | 57:15 61:9 | 184:3,9,16 | 360:2 |
| 366:18 | 142:7 | 61:23 | 184:20 | 361:10 |
| 367:21 | 154:14,23 | 62:16,23 | 185:10,25 | **socioeco...** |
| 368:10 | 155:5 | 63:7,20 | 190:23 | 198:14,18 |
| 371:12 | 185:1,13 | 64:7,22 | 191:4,9 | **soft** 145:9 |
| **sit** 25:1 | 218:16,22 | 66:25 | 192:5,13 | **Solicitor** |
| **site** 182:7 | 219:19 | 67:12 68:9 | 193:5 | 364:5 |
| 326:11,23 | **slightly** | 68:15 | 197:20 | **soliloquy** |
| **sites** 210:18 | 92:25 | 74:19 | 198:6 | 254:18 |
| 329:12 | **slot** 150:3 | 75:16 76:4 | 201:7 | **solutions** |
| 330:1 | **slow** 96:10 | 78:25 79:6 | 202:18 | 101:12 |
| 332:15 | 113:22 | 81:23 | 204:9 | 102:12,17 |
| 342:2 | 198:8 | 82:10 | 205:12 | 103:10 |
| **situation** | 200:5 | 83:25 88:6 | 206:6 | 277:17,21 |
| 117:5 | 210:17 | 91:20 92:3 | 209:25 | 277:25 |
| 296:1 | 211:14 | 92:20,21 | 211:19 | 278:1 |
| **six** 5:13 | 230:3 | 93:3,15 | 215:2 | 294:14 |
| 81:15,17 | **small** 99:14 | 98:21 | 217:8,12 | 295:14 |
| 351:16 | 137:12 | 99:11 | 217:17,23 | **solve** 278:2 |
| 365:13 | 166:24 | 101:5,10 | 218:6,7 | **somebody** |
| 371:17,18 | 315:3 | 102:10,11 | 219:11,11 | 109:12 |
| 371:19 | **smart** 103:20 | 102:14 | 246:23 | 358:21 |
| **six-hour** | **smoke** 162:24 | 103:14,25 | 247:2 | **somebody's** |
| 335:14 | **smoking** 27:7 | 104:7 | 251:10 | 63:16 |
| **size** 16:4 | 27:24,25 | 105:8 | 264:19 | **someone's** |
| 105:4 | 30:18,20 | 107:23 | 279:11 | 54:8 |
| **skeptic** | 163:5,7,12 | 110:3 | 285:2 | **soon** 214:14 |
| 286:7 | **SNAP** 134:2 | 115:21 | 303:8 | 313:6 |
| 288:8 | **so-called** | 116:22 | 305:13,20 | 317:2,21 |
| **skeptical** | 46:2 | 117:7,18 | 313:7,16 | **sophisti...** |
| 224:1 | 192:20 | 120:3 | 323:2,13 | 331:13 |
| **skip** 208:5 | **soaring** | 123:4,7 | 323:22 | **sorry** 13:20 |
| 211:23 | 221:17 | 133:19 | 324:10,13 | 20:8,9 |

| | | | | |
|---|---|---|---|---|
| 32:3 35:13 | 12:24 | 231:2 | 351:1 | 253:19 |
| 42:23 52:7 | 13:20 | 242:9 | **space** 133:2 | 264:22 |
| 54:9 56:23 | 14:19 | 243:23 | 154:9 | 280:3,16 |
| 62:2,5 | 25:21 26:1 | 261:18 | 373:7 | 281:3 |
| 67:8 71:6 | 26:10 | 276:15 | **spaces** | 338:21 |
| 71:8 78:14 | 34:10 36:4 | 292:2,3 | 326:10,21 | 344:11,13 |
| 83:3 84:11 | 37:3 38:3 | 301:11 | 329:11 | 344:17,24 |
| 87:16 89:6 | 40:23 | 302:2 | **Spain** 254:13 | 344:25 |
| 127:9 | 43:13,16 | 323:18 | 254:20,24 | 355:13 |
| 129:19 | 47:3 48:14 | 325:13 | **speak** 15:24 | **specific...** |
| 140:8 | 50:17,19 | 326:1 | 29:12,12 | 33:21 |
| 143:12 | 51:9 52:18 | 345:3 | 57:10 | 73:17 88:4 |
| 144:15,24 | 61:3 64:16 | 365:6,25 | 107:22 | 88:8 102:5 |
| 146:24 | 66:18,19 | **sorts** 176:9 | 156:15 | 107:9 |
| 168:1 | 70:10 | 199:1 | 161:16 | 109:5 |
| 178:14 | 74:19 77:4 | **sotto** 271:8 | 237:15 | 116:9 |
| 208:8,10 | 77:7 80:12 | 275:24 | 240:20,22 | 120:10 |
| 214:3,7 | 85:24 | **sought** | 241:2 | 122:20 |
| 215:18,20 | 87:14 | 357:19 | 320:12 | 123:21 |
| 216:12 | 89:24 | **sound** 167:13 | **speakers** | 150:17 |
| 219:7 | 92:13 96:6 | 190:19 | 344:17 | 161:5 |
| 222:25 | 96:7 102:2 | 370:12 | **speaking** | 165:22 |
| 236:1 | 106:23,25 | **sounded** | 22:19 | 190:24 |
| 240:23,25 | 106:25 | 345:25 | 241:17 | 227:10 |
| 265:13 | 107:2,11 | **sounds** 10:16 | **speaks** 305:5 | 229:1 |
| 266:19,19 | 108:20 | 30:10 45:3 | **special** | 232:19 |
| 267:17 | 110:7 | 45:3,7,9 | 81:11 | 276:20 |
| 271:5,20 | 111:4,6 | 59:23 | 255:19 | 313:15 |
| 272:1 | 112:15 | 91:22 | **specific** | **specificity** |
| 275:24 | 113:12 | 106:7 | 16:25 | 109:25 |
| 278:18 | 114:20 | 145:13 | 25:13 31:4 | 111:20 |
| 279:9 | 123:19 | 190:17 | 35:13,16 | 194:16,22 |
| 287:2 | 124:15,16 | 214:1 | 35:18,19 | **specify** |
| 289:18 | 125:2 | 254:24 | 35:21 | 180:18 |
| 294:10 | 126:13 | 280:20 | 37:11 | **spectrum** |
| 300:8,8 | 127:25 | 293:5,7 | 54:20 91:9 | 168:19 |
| 304:19 | 131:10 | 306:4 | 92:8 104:8 | **speculation** |
| 311:3 | 133:6 | 316:3,16 | 104:16 | 127:1 |
| 315:19 | 143:15,16 | 318:9 | 109:13 | 128:10 |
| 324:23,23 | 143:19 | 323:17 | 111:1 | 167:20 |
| 326:8 | 147:7 | 368:9 | 130:4 | 232:6 |
| 337:4 | 157:18 | 369:24 | 131:3 | 248:4 |
| 344:3 | 158:17 | **source** 45:22 | 176:23 | 289:21 |
| 345:8 | 167:14,16 | 46:1,3 | 195:2 | 329:20 |
| 352:12 | 168:3 | 344:11 | 196:10 | 359:16 |
| 353:11 | 172:24 | **sources** | 234:24 | 370:10 |
| 359:4 | 194:19 | 169:8 | 247:7,25 | **speech** 326:1 |
| 364:8 | 195:25 | 343:10,14 | 249:14 | 358:16 |
| **sort** 10:14 | 209:21 | 343:23 | 253:7,14 | **speeches** |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 29:7 31:25 | 104:20 | 267:15 | 310:23 | 48:21,25 |
| 319:23 | 117:15 | 285:16 | 314:22 | 206:15,17 |
| **speed** 170:14 | 130:7 | 322:15 | **stake** 303:13 | 207:2,4,10 |
| 170:18 | 145:19,25 | 323:4 | **stakeholder** | 207:24 |
| 179:23 | 146:5 | 331:14 | 12:13 | 208:6 |
| 243:16,20 | 147:15 | 355:8 | 18:20 | 213:8 |
| 243:23,25 | 148:1,19 | 360:15,16 | 88:21 | 251:8 |
| 331:12 | 153:13,19 | **spreadsheet** | 311:24 | 283:9,12 |
| 358:18,24 | 154:9 | 53:21 54:5 | **stakehol...** | 283:14 |
| 359:11,20 | 157:4 | 54:11 | 18:17 19:2 | 284:1 |
| 361:4 | 166:18 | 152:8,13 | 19:8,9 | **Starbird** |
| **spell** 15:3 | 168:23 | 152:17 | 28:12,16 | 283:23 |
| 48:17 | 171:16 | **spring** 224:4 | 31:19 | **start** 142:5 |
| **spend** 140:18 | 172:11,17 | 224:14,24 | 41:18 | 142:14 |
| 216:17 | 173:21 | 225:1 | 49:22 | 161:7 |
| 314:19 | 176:3,25 | 293:18 | 114:16 | 183:14 |
| **spending** | 179:3 | **square** 360:6 | 209:15,21 | 190:19 |
| 115:12 | 188:5 | 360:8 | 209:24 | 215:12 |
| **spilling** | 195:11 | **St** 7:11 | 210:2,7 | 216:16 |
| 75:22 | 197:7,17 | 376:2,18 | 258:4 | 369:19 |
| **spoke** 38:5 | 198:8 | **staff** 16:15 | 284:20,20 | **started** |
| 68:1 93:18 | 200:5 | 16:20 | 312:15 | 11:14 14:5 |
| 93:20,21 | 202:9,23 | 21:25 | 313:10 | 16:1 23:4 |
| 93:25 | 210:18 | 33:15 | **stand** 132:15 | 23:6,12 |
| 98:11,11 | 211:9,14 | 60:14 | 312:3 | 78:2 |
| 98:16 | 217:24 | 125:3 | **standard** | 127:16 |
| 106:15,15 | 219:5,12 | 143:18 | 8:12 | 135:10 |
| 106:15,15 | 220:7,13 | 183:22 | 105:22 | 219:15 |
| 108:7 | 220:22 | 184:5,24 | 106:1 | 367:19 |
| **spoken** | 230:3 | 185:15 | 167:9 | 372:11 |
| 241:14,23 | 273:4 | 202:17 | 187:3 | **starting** |
| **spokes-** 54:6 | 274:1 | 221:22 | 282:14 | 54:15 55:3 |
| **spokespe...** | 285:13 | 325:25 | 336:2 | 57:13 |
| 250:18 | 294:5,10 | 348:20 | 359:12 | 234:10 |
| **spot** 326:9 | 321:15,20 | **staffed** | 372:1 | 242:21 |
| **Spotify** | 326:12,24 | 14:19 | **standards** | 295:8 |
| 355:5,7,22 | 332:12 | 70:12 | 267:21 | 323:17 |
| 356:14 | 342:3 | **staffer** | 268:2 | 356:9 |
| **spread** 31:6 | 344:18,25 | 185:23 | 333:4,12 | **starts** |
| 32:7 35:5 | 350:15,23 | **staffers** | 333:20 | 278:12 |
| 35:22,25 | 358:7 | 14:22 | 334:5,7 | 292:21,21 |
| 92:4 96:11 | 360:9 | 326:3 | 359:2,9 | 356:8 |
| 101:13,15 | **spreading** | **staffing** | **stands** | 367:21 |
| 101:16,19 | 56:19 | 115:12 | 182:20 | **state** 1:4 |
| 101:23,25 | 128:3 | 149:25 | **Stanford** | 5:4,21 6:3 |
| 102:13,18 | 155:1 | 201:22 | 36:22 | 6:9 8:13 |
| 102:23 | 168:22 | **stage** 62:23 | 38:21 | 9:1,11,22 |
| 103:6 | 177:12 | 157:9 | 40:11,19 | 375:5,6 |
| 104:11,17 | 179:23 | 164:23 | 42:16 | 376:9 |

| | | | | |
|---|---|---|---|---|
| 378:3 | **steer** 92:14 | **stint** 298:6 | 326:2 | 30:15 |
| **stated** 81:5 | **step** 23:1 | **STIPULATED** | **strategies** | **stuff** 74:8 |
| 165:12 | 104:10 | 8:1 | 176:11 | 129:9 |
| 303:1 | 179:17 | **stipulat...** | **strategy** | **stunt** 113:12 |
| 347:3 | 180:3 | 345:16 | 192:2,5 | **sub** 273:12 |
| **statement** | 210:17 | **stock** 243:10 | 193:9 | 273:16,19 |
| 63:14 | 326:9,21 | **stop** 117:14 | 284:14 | 273:20 |
| 90:25 | 329:10 | 142:18 | 336:24 | 343:16 |
| 115:6 | 332:11 | 145:19,25 | 337:2,3,4 | **Subhan** |
| 168:5 | **steps** 29:1 | 146:4 | 337:5 | 363:14 |
| 192:18 | 29:19,20 | 147:15 | **stream** | 367:9 |
| 198:3 | 30:15,19 | 148:1,18 | 203:18 | **subject** |
| 284:16,18 | 31:4 32:7 | 153:13 | **streams** | 12:19 |
| 327:7 | 96:10,21 | 157:3 | 203:5,24 | 19:13 34:3 |
| 329:8 | 97:14,17 | 170:15,18 | **Street** 6:11 | 38:25 39:1 |
| 345:25 | 97:20,23 | 171:16 | 6:17,22 | 39:5,18,21 |
| 358:25 | 108:21,22 | 172:16,23 | 7:10 294:5 | 39:22,24 |
| **statements** | 117:4,6 | 173:4,6,22 | 294:9 | 40:6 41:6 |
| 33:6 84:3 | 118:19,23 | 176:2 | 302:5 | 41:14 |
| 94:9 | 120:7 | 193:9 | 376:1,7,18 | 52:16 |
| 168:11 | 121:6 | 202:23 | **strength** | 58:22 60:6 |
| 196:15 | 148:18 | 215:17,19 | 275:10 | 62:25 |
| 319:22 | 173:3 | 217:24 | **strengthen** | 86:24 |
| 320:5 | 176:2 | 219:5,12 | 201:8,17 | 92:15,17 |
| 321:23 | 180:7 | 220:7,13 | **strength...** | 110:1,2,4 |
| 322:24 | 190:24 | 220:22 | 276:3 | 116:15,17 |
| 327:9 | 211:17 | 293:11 | **strengths** | 213:16 |
| 330:8 | 233:6 | 329:1,2 | 116:25 | 262:15,17 |
| 331:24 | 243:10 | 360:21 | **strikes** | 265:11,25 |
| **states** 1:1 | 244:6,10 | **stopped** | 205:8 | 299:22 |
| 5:1,17,19 | 244:12,21 | 368:11 | **strong** | 306:15,21 |
| 8:16 | 245:2,11 | **stopping** | 263:25 | 306:25 |
| 235:20 | 246:2 | 30:20 | 329:19 | 362:16 |
| 250:20 | 249:8 | 72:12 | **stronger** | **subjecting** |
| 280:2 | 256:11,25 | 154:9 | 271:2,13 | 322:1 |
| 302:25 | 257:13 | 166:18 | **strongly** | **submissions** |
| 322:1 | 259:15,25 | 173:7,21 | 308:16 | 349:15 |
| 336:16 | 260:11 | 303:9 | 329:16 | **submit** |
| 375:7 | 262:6 | 305:17,21 | **structure** | 284:21 |
| **status** 39:10 | 268:19 | **store** 166:23 | 42:13 | 334:14 |
| 42:12 | 270:16 | 168:6 | 114:23 | 345:4 |
| 198:14,19 | 272:21 | **stories** | 364:13 | **submitted** |
| 255:19 | 297:14 | 217:24 | **students** | 346:18 |
| **stay** 86:25 | 318:22 | 219:5,12 | 17:24 | 354:5 |
| 108:4 | 347:24 | **story** 294:5 | **studies** | **submitting** |
| **staying** | 348:18 | 294:9,12 | 100:8 | 284:25 |
| 108:9 | 361:10 | 302:21 | **study** 114:24 | 285:6 |
| **steams** | **sticking** | 308:6,17 | 173:12 | **subpopul...** |
| 203:20 | 272:16 | **story-bank** | **studying** | 198:13,17 |

**ERIC WALDO   12/22/2022**

| | | | | |
|---|---|---|---|---|
| subscribe | support | 215:16 | 28:6,10 | 169:2,21 |
| 377:10 | 122:9 | 225:17 | 29:4,5,15 | 170:5 |
| subscribing | supporters | 230:23 | 29:21,23 | 171:11 |
| 378:6 | 328:9,20 | 237:11 | 30:11,24 | 173:21 |
| subsequent | supporting | 244:5,9 | 31:10,14 | 174:1,2 |
| 112:2 | 209:17 | 245:1 | 32:8 35:1 | 176:24 |
| substance | supports | 253:9,23 | 35:3,6,7 | 179:1 |
| 240:8 | 358:5 | 255:18,20 | 36:5,11 | 186:8,13 |
| 252:21 | suppose | 255:23 | 37:15 39:7 | 188:11,14 |
| 307:21 | 184:14 | 274:17,19 | 39:14 | 188:21 |
| 377:7 | supposed | 274:20 | 41:23 42:2 | 189:3,9,12 |
| substantial | 90:20 | 278:8 | 42:11,23 | 189:16 |
| 28:22 | supposing | 281:10 | 43:2 47:13 | 191:17 |
| 304:15 | 177:5 | 289:12 | 49:19 50:9 | 198:6 |
| Suffice | suppression | 294:4,8 | 51:22 52:9 | 206:8 |
| 274:16 | 261:18 | 299:20 | 55:5,9 | 207:18 |
| sugar 105:3 | sure 11:5 | 301:23 | 56:12 57:9 | 212:14,24 |
| suggest | 15:8 21:20 | 306:15,21 | 57:15 58:2 | 212:25 |
| 63:16 | 26:5 27:9 | 308:15 | 58:7,9 | 213:9 |
| suggestion | 34:16 | 309:6,7 | 59:18 60:7 | 215:6 |
| 16:21 | 39:11,17 | 314:16 | 61:5 64:5 | 217:22 |
| 152:14 | 41:16 | 315:10 | 67:6 68:5 | 218:5,12 |
| 198:5 | 45:15 | 316:8,12 | 69:19,20 | 220:10 |
| suggestions | 46:13 | 316:18 | 70:6,25 | 221:22 |
| 199:24 | 47:10 49:1 | 317:17 | 73:12 75:5 | 226:20 |
| suggests | 49:8 57:7 | 320:8 | 76:3 78:2 | 240:12 |
| 200:17 | 57:11 | 326:19 | 79:5 85:19 | 250:19 |
| Suite 6:17 | 58:17 | 333:16,17 | 87:19 88:5 | 251:25 |
| summary | 59:12 | 335:18 | 99:1,19 | 252:7 |
| 200:9 | 60:13 63:3 | 341:6 | 102:5,13 | 262:11 |
| summation | 63:8 74:1 | 342:14 | 103:12,19 | 263:7 |
| 276:14 | 75:6,20 | 343:20 | 105:6 | 265:2,12 |
| summer 293:9 | 98:2 102:1 | 344:20,22 | 109:12 | 265:17 |
| 293:14 | 108:11 | 345:2,12 | 113:2 | 267:8 |
| 365:2 | 130:15 | 345:14 | 114:8 | 269:11,14 |
| sums 305:15 | 141:6,7,13 | 346:9,11 | 116:11 | 270:15 |
| Sundar 352:8 | 143:5,22 | 357:2 | 126:20 | 272:20 |
| superspr... | 165:24 | 360:14 | 129:21 | 283:3,6,13 |
| 177:11 | 170:11 | 370:11 | 133:18 | 284:11,24 |
| superspr... | 171:1 | Surgeon | 134:10 | 288:18,21 |
| 176:20 | 175:21 | 11:16,24 | 135:10 | 288:22 |
| 177:1,19 | 179:20 | 12:4,14 | 146:24 | 290:3 |
| 177:24 | 183:19 | 13:8 16:23 | 155:13 | 291:20 |
| 178:8 | 197:13 | 21:11,22 | 162:6,11 | 298:13 |
| 204:7,11 | 202:11 | 22:13 | 163:21 | 301:7 |
| 329:25 | 205:19 | 24:13 26:2 | 165:14,21 | 306:12 |
| 330:9 | 208:14 | 26:4,12,17 | 166:2,4 | 308:10 |
| supplied | 210:13 | 26:19 27:7 | 167:2,5 | 313:1 |
| 118:6 | 213:19 | 27:8,14,18 | 168:9,9,12 | 314:24 |

318:7
319:21
320:5,11
320:19
323:21
324:12,21
325:10
329:7,9,15
330:6
331:5
333:25
334:6
336:5
337:21
338:2,12
340:1,4,8
345:20
346:1,22
347:11,18
347:23
348:17
349:4,9,19
349:21,25
352:9
354:15,20
355:4,20
362:6
364:6
367:13
369:9
372:6,24
373:6,8,21
373:23
**surprised**
150:15,19
307:15
373:16
**suspect**
189:20
**suspensions**
205:8
**swear** 9:16
**switch** 20:19
**sworn** 5:11
9:18
375:10
**system**
188:22
303:3

**systems**
340:23

—————
**T**
T-A-R-T-...
15:7
**table** 173:17
173:19
**tackle**
145:20
147:2
**tackling**
147:11
**tactic**
176:12
**tactics**
176:10,13
**TAH** 378:5
**take** 10:12
17:2 21:15
22:13 23:4
23:17
28:21 29:2
29:13,18
29:20
30:19 31:6
32:6 41:22
51:11,24
72:19 78:1
86:11 87:6
88:1,25
89:16 90:2
91:2 92:1
92:21
99:18
100:19
101:9
102:8
114:17
115:18
117:4
120:8
129:7
135:9
138:2
141:17
148:24
150:4,6
151:24

154:1
166:16
172:24
176:2,19
176:25
177:3,10
177:14,24
178:5,7
180:11
182:9
183:13
193:5,16
194:14
195:6
199:14
209:8
211:17
213:23
214:15
215:22
216:14
230:2
233:5
234:20
236:7
243:10
272:15
277:25
282:2,6
285:18
303:9
305:16,21
316:13
317:3
320:11
322:14
324:16,25
330:9,25
331:19
332:18
333:15
335:16
345:13
347:23
348:17
361:10
368:15
371:20
**taken** 8:4

46:7 53:9
97:24
105:24
124:20
160:25
173:3
177:22
180:7
181:17
194:10
195:12
196:10
214:9
228:13
243:24
244:12,21
245:10,20
246:2
268:15,19
268:24
277:6,6
282:12
318:23
335:25
338:12
339:16
371:24
375:11,15
376:13
**takes** 115:13
165:15,22
**talk** 25:24
28:11
40:16
41:11 51:5
52:25 53:4
60:9 64:24
67:20,23
83:11
92:11 98:9
106:20
111:7
115:10
139:22
169:23
183:8
195:22,23
243:22
253:3

264:4
291:25
292:4
295:12
298:24
299:17,23
311:20,22
313:16
314:17
316:7
358:15
361:14
**talked** 40:23
62:20 67:4
67:18
71:19 79:7
79:11
84:15
85:18
91:18
94:21
99:20
100:1
106:13
109:2,21
112:17
122:17
124:10
126:6
129:14
145:5
157:19
173:14
182:10
197:2
200:11
203:11
212:5
218:15
222:10,16
240:8
241:10,16
241:21
242:5
243:16,19
243:25
252:25
258:2,7
261:13

283:10
296:5
313:10
319:22,23
327:12
332:3
343:6
359:1,8
talking
  10:15 17:3
  18:10
  19:10 36:4
  36:5 41:17
  44:23,23
  54:19
  64:22 67:5
  87:20
  105:16
  106:4
  108:10
  135:20
  157:2
  161:6
  184:8,11
  185:25
  190:21
  196:23
  202:5
  219:23
  223:17
  235:25
  245:17
  254:22
  262:12
  279:18
  305:7
  310:24
  312:4,8
  313:8,9,12
  313:14,20
  326:7
  327:7
  334:11
  335:11
  348:4
  355:17
  356:22
  359:11
talks 49:25

78:16
118:1
156:5
168:21
169:7,20
184:2
193:20
201:7
204:5
217:23
218:6
219:10
220:9,18
220:19
228:24
233:18,19
233:21
243:9
254:1,18
267:13,19
270:25
271:1,17
272:6
273:2
275:21
276:24
284:19
294:4
309:19,20
331:12,16
333:21
344:21,22
356:13
Tammie 5:15
  7:9 8:4,19
  375:3,22
  376:21
Tammie's
  160:19
tamp 97:17
  97:20
tank 38:18
  44:5
Tartakovsky
  14:14 15:5
  64:2
  164:10
  187:13
  289:3,10

tasks 112:22
TBD 149:2
teacher
  19:17 51:8
team 14:9,15
  14:23 16:3
  16:5 18:23
  18:23 19:5
  19:12
  34:20 37:1
  37:7 47:17
  48:11,15
  49:3,18
  50:9,10,23
  51:3,6,13
  51:23,25
  52:14,16
  52:17
  55:15
  56:10,13
  57:9,15,20
  58:1,3,10
  64:19 93:6
  95:12,20
  115:3
  120:19
  132:5
  133:24
  134:3
  137:12
  139:19
  146:18,25
  147:21,25
  155:7
  156:2,2
  161:21
  164:15
  167:6
  183:23
  185:3,8,15
  185:21,22
  186:15
  187:1,16
  195:17
  212:9
  228:5,6
  238:20,21
  254:2
  289:11

290:8,11
290:13
291:8,21
292:17,17
292:25
294:3
296:10
303:21
304:11,22
315:4
320:23,24
320:25
324:6,8
325:17,23
325:24
337:1
348:4
362:21
364:2,17
373:9
teams 60:24
  60:24
  118:15
  146:12,14
  147:12,13
  147:20
  148:12
  153:10,15
  153:18
  155:14
  157:5
  201:23
  202:1,8
  235:2
  236:6,14
  259:14,24
  310:18,23
  311:7
tech 61:12
  64:3 183:9
  303:1
  347:12
technical
  336:11
  337:21
  341:6
  342:14
technically
  136:10

184:13
185:19
290:12
343:20
technology
  17:24
  19:15,22
  20:1,2,12
  20:17
  35:10
  53:13
  91:16
  104:16
  110:18
  117:17
  133:23
  134:4
  169:10
  172:19
  174:4
  175:7
  179:13
  194:18
  197:6,16
  199:8
  200:8
  208:21
  210:16
  264:18
  321:13
  329:10
  331:17
  332:11,23
  340:12,16
  340:20
  350:16,17
technolo...
  31:2
tell 11:15
  87:14
  119:20
  120:11
  150:24
  181:7
  235:21
  257:12
telling
  121:9
  129:21

| | | | | |
|---|---|---|---|---|
| 223:18 | **texted** | 35:19 89:8 | 317:1 | 58:17,19 |
| 312:24 | 240:12,17 | 133:21 | 318:16 | 58:21,25 |
| **template** | **thank** 11:14 | 216:25 | 326:8 | 59:4,11,14 |
| 18:16 | 62:12 67:8 | 225:23 | 342:21 | 59:14,16 |
| **temporary** | 67:9 | 228:16 | 355:2 | 59:18,20 |
| 203:6 | 112:16 | 231:14 | 370:7 | 60:5,13,23 |
| **tended** | 123:18 | 243:2 | **think** 11:4 | 61:2,3 |
| 304:10 | 139:12 | 264:20 | 14:15,18 | 62:17,20 |
| **tense** 224:4 | 143:12 | 267:15 | 16:21 | 63:10,13 |
| 224:13,24 | 160:12 | 272:6 | 20:16 | 64:16 65:1 |
| 314:21 | 162:22 | 274:10 | 23:15 | 65:4 66:13 |
| **Tericka** | 178:19 | 276:15 | 24:23 26:2 | 66:19 67:5 |
| 132:1,2 | 179:21 | 339:20 | 26:6,8,12 | 69:2,10,12 |
| **term** 175:1 | 197:14,14 | **things** 30:21 | 27:2,6,16 | 70:13 71:1 |
| 200:16 | 205:21 | 44:8 70:11 | 27:17,17 | 71:21 75:6 |
| 207:14 | 208:12 | 87:5,13,14 | 28:3,10,13 | 78:5,10 |
| **terms** 14:15 | 215:17,18 | 87:23 99:4 | 29:9,13,14 | 79:7,8 |
| 26:20,22 | 226:3,18 | 112:12 | 29:14,17 | 80:11 81:7 |
| 48:6 | 236:11,13 | 113:14,21 | 30:10,13 | 81:15 82:4 |
| 116:22 | 249:22 | 118:17 | 30:16 31:8 | 82:14,21 |
| 186:6 | 269:5 | 119:11 | 32:12,18 | 83:1,4,8 |
| 233:8 | 271:24 | 120:13 | 33:4,5,7 | 83:15 84:2 |
| 242:11 | 272:3 | 121:13,18 | 33:12,14 | 84:4 85:24 |
| 335:6 | 273:23 | 121:24 | 33:17 34:3 | 86:7 87:16 |
| **testified** | 276:1 | 138:12 | 34:9,10,18 | 87:23 88:8 |
| 78:5 84:17 | 310:10 | 143:21 | 34:19 35:7 | 89:18,23 |
| 151:13 | 352:15 | 147:10 | 35:9,11,20 | 90:23,25 |
| 173:19 | **thanking** | 148:8 | 36:7,9,13 | 91:1 92:25 |
| 174:25 | 316:10 | 149:6 | 36:15,21 | 93:2 94:25 |
| 227:9 | **thanks** | 159:13,17 | 37:14 38:9 | 95:3,7,8 |
| 254:7,10 | 121:13 | 173:18 | 38:18,25 | 96:2,4 |
| 255:12 | 136:1 | 174:12,15 | 39:8 41:12 | 97:7,16 |
| 282:19 | 243:2,7 | 176:9 | 41:17 43:2 | 98:3,12,19 |
| 364:22 | 300:17 | 196:19 | 43:3,12 | 99:1,17 |
| **testimony** | 315:23,24 | 200:17 | 44:5,7,7 | 100:25 |
| 310:25 | **theme** 31:9 | 205:7 | 44:14,14 | 101:19,21 |
| 360:11 | 335:1 | 228:2 | 44:22 | 101:25 |
| 375:9,10 | **themes** 147:5 | 229:16 | 45:21 | 102:1,7,16 |
| **text** 3:2 | **theories** | 233:7 | 46:18 47:1 | 103:2,16 |
| 197:4 | 342:7,8,9 | 237:8 | 48:6,8,9 | 103:19,20 |
| 215:7,13 | **thereon** | 248:11 | 48:20 50:7 | 104:13 |
| 215:25 | 377:9 | 251:15 | 50:13,15 | 106:11,16 |
| 217:5 | **thereto** | 268:7 | 51:19 | 106:25 |
| 236:10 | 375:18 | 270:24 | 52:13 53:1 | 107:10,15 |
| 238:9,24 | 378:6 | 271:1,18 | 53:9,12,16 | 108:2,4,8 |
| 239:1,14 | **they'd** 96:22 | 274:14 | 54:10,18 | 108:16,24 |
| 352:22 | 250:7 | 276:16 | 54:24,24 | 109:1,16 |
| 353:8 | 268:19 | 292:3 | 55:8 57:25 | 109:21,23 |
| 355:25 | **thing** 35:18 | 305:8 | 58:3,9,10 | 109:23 |

| | | | | |
|---|---|---|---|---|
| 110:17 | 144:18 | 192:24 | 258:17,19 | 322:12,22 |
| 111:4,5,11 | 145:10 | 194:5,18 | 258:24 | 323:15 |
| 111:17,18 | 147:1 | 194:21 | 259:22 | 324:6,8 |
| 111:19,25 | 148:3,3,21 | 195:2,3,16 | 260:18 | 325:6 |
| 112:1,6,16 | 149:12 | 195:18 | 261:13,25 | 327:23 |
| 112:17,18 | 152:7,10 | 196:1,12 | 262:23,24 | 330:15,16 |
| 113:3,4,5 | 152:18,19 | 198:9,22 | 263:1,3,10 | 331:22 |
| 113:6,10 | 152:19 | 199:3 | 264:6,15 | 332:4,21 |
| 113:11,16 | 153:9,10 | 200:8 | 264:17 | 333:23,24 |
| 113:19,19 | 153:22 | 201:5,12 | 265:7,23 | 334:15,25 |
| 113:21,21 | 155:15,15 | 202:6 | 265:24 | 334:25 |
| 113:24,25 | 155:25 | 203:1,22 | 266:3,10 | 335:13,14 |
| 114:4,6 | 156:20,25 | 204:22,24 | 266:17 | 337:11 |
| 115:3,9,23 | 157:21 | 204:25 | 267:13 | 338:22 |
| 115:25 | 158:4,5,10 | 206:19 | 271:21 | 339:14 |
| 116:2,14 | 158:12,24 | 207:8 | 272:18,23 | 340:10 |
| 116:14,19 | 161:17 | 209:14 | 272:24 | 341:20,20 |
| 116:21 | 164:8,20 | 210:1,1 | 273:11,15 | 342:5,10 |
| 117:10 | 165:2,4,9 | 213:2,2,3 | 277:23 | 344:24 |
| 118:14 | 165:11,11 | 215:23,25 | 278:3 | 351:6,14 |
| 119:5,8,14 | 165:11 | 216:17,19 | 280:25 | 352:4 |
| 119:16,23 | 166:2,8,20 | 217:2,2 | 282:19 | 354:7 |
| 120:2,17 | 167:8 | 219:22 | 283:15,16 | 355:16,23 |
| 120:23 | 168:15,16 | 221:3 | 283:17,25 | 356:15 |
| 121:20 | 168:20 | 225:13 | 288:25 | 357:21,23 |
| 122:5,12 | 169:5,6,15 | 226:9 | 289:6,9 | 358:3 |
| 122:19 | 169:21,22 | 227:9,14 | 290:20 | 360:5,12 |
| 124:9,10 | 170:9,21 | 227:14,23 | 291:4,10 | 360:12 |
| 124:13 | 170:25 | 228:10,14 | 292:20,23 | 361:18 |
| 125:2,12 | 171:22 | 228:14 | 293:5,8,16 | 362:9,13 |
| 125:16,17 | 172:4,18 | 229:10 | 294:1 | 364:2,11 |
| 125:19 | 173:6,9,9 | 230:5,7,18 | 297:18,20 | 364:13,14 |
| 126:5,11 | 173:11,16 | 233:4 | 298:4,4,15 | 364:22 |
| 126:16 | 173:16,19 | 239:9,13 | 298:18 | 365:5 |
| 127:2,22 | 173:23 | 240:7 | 299:25 | 366:10 |
| 127:22 | 174:20,24 | 241:20,20 | 302:9 | 367:4 |
| 128:1 | 181:18,19 | 241:23 | 303:20 | 368:9,17 |
| 129:14 | 181:19 | 242:7,13 | 304:6,7 | 370:17 |
| 131:23 | 182:1,3,4 | 244:3 | 305:4,4,7 | 371:17 |
| 132:2,3 | 182:6,7 | 247:9 | 307:13 | 372:11,18 |
| 133:7,16 | 183:6 | 250:11 | 309:2 | 373:22,24 |
| 133:21,21 | 184:14,25 | 251:2,6 | 311:19 | 374:4,6 |
| 135:3,20 | 185:12 | 252:9,10 | 312:12 | **thinking** |
| 137:11 | 186:14 | 252:11,12 | 313:12,24 | 108:12,14 |
| 140:6,9,15 | 187:6,19 | 254:7,9,11 | 314:7,14 | 120:21 |
| 141:7,23 | 187:22 | 254:22 | 314:18,23 | 126:17 |
| 142:19,20 | 188:20 | 255:1,12 | 314:24,25 | 145:18 |
| 143:11,14 | 190:1 | 256:17 | 316:5 | 146:4,12 |
| 144:11,17 | 191:19 | 258:1,11 | 321:11 | 147:14,14 |

153:13
157:1
160:14
264:12,14
**thinks**
156:18
273:14
**third** 6:11
151:16
193:16
230:13
231:1,14
272:13
277:5
330:21
**Thornton**
90:10
**thought**
25:15 62:6
113:11
122:24
123:2
128:6
167:11
186:24
232:23,24
247:23
250:5
262:5,10
264:11,17
272:24
284:22
306:5
361:21
**thoughtful**
28:2
**thousand**
363:1
**thread** 98:4
303:7,22
304:11
305:3,5,7
305:10
306:2,6
307:11,18
308:12
**threat**
162:15,19
163:1,13

**threats**
162:12,23
163:12
**three** 66:14
86:12
135:4
138:12
139:4
160:8
181:6
267:22
268:3
273:20,22
281:19,23
**thresholds**
246:9
**thumbs**
213:24
**Thursday**
308:5
318:20
**Thursday's**
308:6
**tick-tock**
18:25
53:10
**tickets**
285:19,19
285:23
286:1
**tied** 245:14
245:22
249:15
**tier** 37:3
**Tim** 363:13
367:8
**time** 8:11,12
10:24
16:18 18:3
55:18
58:19
81:14 84:7
93:2 95:18
105:21,22
105:25
106:1
107:12
108:12
110:8,11

113:7,20
115:17,18
115:21
122:6
128:24
130:6
135:13
136:1
140:19
146:18,25
150:12
160:23
161:1
163:17
164:19
170:24
187:17
191:2
214:7,10
216:15,15
216:17
239:4,7
241:3,21
242:8,13
242:16
243:3,7
254:11
259:10
261:7
264:3
282:10,13
282:14
290:17
293:2
296:1,13
301:25
303:10
305:23
308:22,24
309:11
312:23
314:20
315:25
316:7,24
319:16
322:25
323:23
324:17
325:22

331:4
335:2,16
335:23
336:1,2
338:3,14
340:2
351:7
360:17
371:9,13
371:22,25
372:1,7,11
374:15
**times** 2:21
141:5
214:18
218:9
219:10
221:11,20
223:6
225:7
277:18
286:7
325:7
372:4
**timing**
216:16
**tips** 284:21
284:25
285:6
**title** 11:15
11:19 12:1
21:17
26:24 44:2
64:15,17
110:9
124:25
125:6
185:17
235:12,14
261:12
**titled** 73:9
**titles** 12:7
**tobacco**
163:4
**today** 10:7
10:15
23:22
162:6,24
180:3

222:16
234:18
235:2
236:6,14
238:17
239:13
243:3,8
280:7
289:7
310:25
322:23
327:13
331:21
332:3
350:8
365:11
372:12,14
**Today's** 8:10
**Todd** 6:4 9:2
85:12
144:4
145:16
**told** 74:4
80:16
324:8
**tolerate**
334:15
**tone** 95:9
96:3 107:7
120:11
**tool** 221:15
**toolkit** 25:7
117:12
122:8
169:7
**top** 14:25
20:10
38:16
77:17
136:14
141:1,18
190:12
215:15
225:25
234:6
323:16
**topic** 11:10
16:25 80:3
370:5

ERIC WALDO  12/22/2022

| | | | | |
|---|---|---|---|---|
| **topics** 80:5 | 329:5,23 | 150:1 | 216:25 | 319:8 |
| 118:6 | 330:4 | 222:2 | 228:10 | **Twitter** 4:4 |
| 130:25 | 331:12 | 252:24 | 254:1 | 20:8,9 |
| 182:18 | 333:2,8 | 309:6 | 255:13,24 | 51:23  52:6 |
| **total** 111:15 | 334:21 | **tries** 31:15 | 258:25 | 52:25 |
| 245:23 | 356:20 | 307:24 | 264:9 | 53:23  55:6 |
| 276:15 | 376:15 | **trip** 149:24 | 294:19,22 | 63:2  85:12 |
| **touch** 183:11 | **transcri...** | 356:7 | 306:10 | 88:17 |
| 183:20 | 208:1 | **trouble** | 309:9 | 89:21 |
| 184:3,8,15 | 326:18 | 356:2 | 311:19 | 115:22 |
| 184:20 | **transition** | **true** 125:15 | 313:24 | 122:9,12 |
| 185:10 | 55:10,11 | 332:1 | 315:6 | 134:1 |
| 189:21 | 55:15  56:6 | 361:12 | 325:3 | 144:4,4 |
| 255:24 | 56:14  79:9 | 377:8,12 | 334:16 | 147:13,21 |
| 277:16 | 80:17  81:8 | **truly** 342:11 | 344:3 | 151:18 |
| 355:1 | 82:5 | **trusted** | 356:23 | 157:2 |
| **touched** | 218:24,24 | 169:8 | 359:25 | 181:20,24 |
| 133:12,13 | 221:3,4 | **truth** 165:15 | 360:5 | 182:2 |
| 249:25 | **transpar...** | **try** 10:13,20 | **Tuesday** 75:3 | 257:18 |
| **touching** | 102:9 | 15:4  22:22 | **tumor** 99:14 | 258:7,8 |
| 54:16 | 159:23 | 83:8 | **turn** 77:16 | 297:12 |
| **tough** 326:12 | 174:7,16 | 132:18 | 103:13 | 303:22 |
| 326:23 | 175:8 | 170:11 | 164:25 | 304:16 |
| **town** 38:3 | 192:3 | 175:20 | 165:5,9 | 305:9 |
| 51:23 | 208:22 | 252:16 | 170:15 | 308:10,12 |
| 132:9 | 272:14,17 | 253:3 | 182:24 | 351:19 |
| 134:1 | 272:22 | 255:6 | 210:9 | 353:3,4 |
| **track** 141:10 | 303:12 | 348:18 | 326:4 | 354:10 |
| 285:20 | 305:11 | 357:24 | **turning** | **two** 12:8 |
| 321:11 | 322:4 | 359:13 | 57:17 | 33:12 |
| **tracking** | 333:4 | **trying** 11:3 | 92:15 | 44:12 |
| 47:7 186:8 | 343:6 | 18:17 | **TV** 327:20 | 47:19 |
| 186:12,18 | **transparent** | 20:16  30:2 | **tweak** 100:9 | 51:20  53:8 |
| 186:22 | 114:4 | 33:15 | 103:5 | 53:25 |
| 321:2 | 332:13 | 41:15 | **tweet** 19:4 | 61:15 |
| **Tracy** 6:10 | **transpired** | 52:13 | 302:22 | 75:21 |
| 9:10 | 234:16 | 56:16  62:8 | 304:11 | 89:10  90:4 |
| **traffic** | **travel** 150:1 | 62:12  99:2 | 305:3,5,14 | 91:1,4 |
| 170:19 | **travels** | 101:7 | 306:2,5 | 99:4 |
| **transacted** | 193:21 | 106:25 | 307:11,18 | 113:21 |
| 332:15 | **treated** | 113:22 | 318:8,14 | 114:6 |
| **transcribed** | 34:12 | 114:21 | **tweeted** | 126:23,24 |
| 8:5 321:10 | **treatment** | 119:10 | 122:9,13 | 130:21 |
| **transcript** | 100:18 | 123:19 | 303:16 | 138:3,6 |
| 2:18 161:8 | **trends** | 133:3,9 | 306:13 | 142:12 |
| 322:6 | 246:14 | 146:21 | **tweets** 140:7 | 159:13 |
| 326:5,16 | 248:15 | 203:2 | 140:8 | 176:13 |
| 326:20 | **tried** 90:15 | 209:18 | 303:5,18 | 206:24,24 |
| 327:6 | 131:8 | 216:7,24 | 307:3 | 209:1 |

211:23
238:13
256:1
258:21
259:16
260:1,8,10
268:8,9
270:9,11
270:21
272:4
273:22
293:3
308:8
334:13
371:1
**Tyiesha**
14:23
164:15
187:15
289:3,8,9
290:10
**Tyiesha's**
289:12
**type** 25:14
88:20
125:2
128:4
153:9
257:7,11
**types** 164:13
338:21
**typical**
166:22
168:5
**typically**
16:4
183:21
184:4
357:6
**typing** 54:7
54:8

---

**U**

**U.S** 6:22  7:4
21:11
349:4
376:7
**uh-huh** 10:20
29:4  107:3

162:4
**ultimately**
101:22
198:23
304:1,14
337:18
**un-** 80:13
**unable** 33:16
80:13
90:17
**uncovered**
124:6
**under-**
236:21
237:1
**underneath**
204:5
**understa...**
264:1
**understand**
11:1  16:5
28:4  36:1
56:17  78:7
83:1,13
96:6  99:2
100:20,21
101:20
103:1
105:1
155:6
158:8,18
173:15
174:21
176:5,6
198:11,24
201:16
216:23
236:15
251:23
271:6
321:12
**understa...**
35:21  40:3
42:2,4
56:18
59:24  60:2
68:7  78:6
80:17
81:18  82:3

83:5  98:20
99:19
100:3,4
144:12
156:6,11
157:8
171:20
173:15
174:25
187:11
195:20
219:18
221:5
232:23
236:22
237:3
242:10
265:10
266:12
301:17
304:18
305:1
333:11
337:16
352:23
**understood**
111:20
156:15
231:22
295:20
**undertaking**
16:8
**undo** 176:8
**unfair** 96:8
**unfortun...**
277:15
**unidenti...**
80:25
**unintell...**
280:16
**union** 51:8
**unions** 19:17
**unique** 50:10
107:12
150:13
**uniquely**
95:13,21
96:22
97:25

**united** 1:1
5:1,19
8:15  65:11
235:16,19
235:23
250:20
322:1
336:16
**universe**
111:10
**University**
283:19,24
**unlock**
178:15
**unreason...**
217:3
**unrelated**
130:17,20
**unsolicited**
297:6,10
367:5
**unusual**
277:21
**unvaccin...**
327:18
**upcoming**
86:10
**update** 66:17
129:3,8,13
129:20,25
131:14
153:24
254:3
256:11,20
256:25
257:7,11
258:16
270:11,16
279:19,20
281:2
319:10
332:5,9
365:25
367:4
**updated**
21:18
76:15
279:24
319:1

365:21
**updates**
137:23
138:3
154:25
364:18
**updating**
280:2,15
280:24
281:3
366:3
**uplaid** 142:1
**upset** 33:8
94:8  95:20
**uranium** 99:6
104:21
105:3
**urged** 176:24
**urgency**
209:15
210:5
277:17,21
277:24
**urgent**
162:12,15
**USDR** 86:7
**use** 29:21
30:5  95:5
99:20
113:6,20
134:5
159:2
169:16,19
171:8
172:1
203:6
228:13
317:3
329:7,16
359:25
365:16
373:8
**user** 171:20
**users** 158:18
169:13
199:25
200:22,25
342:24
345:10

| | | | | |
|---|---|---|---|---|
| **uses** 169:21 | 285:7 | **validate** | 216:16 | 276:11 |
| 170:6 | 286:7 | 35:25 | 282:10,13 | **violations** |
| 361:8 | 288:8 | **validation** | 319:17 | 201:2 |
| **usually** | 293:13 | 103:3 | 335:23 | **violative** |
| 63:17 | 296:21 | **valuable** | 336:1 | 193:22 |
| 203:10 | 298:20 | 368:23 | 371:15,18 | 194:7,9 |
| 205:7 | 301:16 | **various** | 371:22,25 | 195:1 |
| 264:2 | 302:3 | 13:10 | 374:15 | **violator** |
| 300:23 | 316:7,23 | 42:10 | **videorec...** | 205:7 |
| 357:7 | 364:19,24 | 73:15 | 1:14  5:10 | **viral** 195:12 |
| | 365:11 | 279:2 | 8:12 | **Virality** 3:9 |
| **v** | **vaccine-...** | 345:16 | **videos** 58:7 | 207:12,15 |
| **v** 376:9 | 154:20 | 348:21 | **view** 52:14 | 207:20 |
| 378:3 | 275:11,17 | **vary** 198:13 | 86:16,19 | 282:18,20 |
| **V-I-R-A-...** | **vaccines** | **Veitch** | 86:21  87:8 | 283:4,6 |
| 207:15 | 24:17 | 151:25 | 102:3,4 | 284:12,21 |
| **Va-** 278:21 | 45:24 | **venues** 307:6 | 116:15,23 | 284:25 |
| **vacationing** | 142:20 | **verb** 105:16 | 165:20 | 285:6,9,19 |
| 254:20 | 155:1 | **verbal** 10:18 | 166:1,5,9 | 285:22,25 |
| **vaccination** | 229:22 | **verified** | 166:16 | 288:19,23 |
| 13:15 | 231:19 | 296:22 | 167:2,15 | 288:24 |
| 217:24 | 280:4 | **Verizon** | 169:6 | 290:1,3 |
| 219:6,12 | 284:23 | 182:13 | 172:7 | **Virginia** |
| 222:3,11 | 285:21 | **versa** 165:7 | 173:6,21 | 373:3 |
| 223:3 | 288:11 | **version** 50:8 | 180:20 | **virtual** 38:3 |
| 317:16 | 294:15 | 58:18 | 260:4 | 132:8 |
| 318:17 | 296:23 | 76:15 | 347:18 | **virtually** |
| 319:11 | 297:4 | 304:12,13 | **viewed** | 313:23 |
| 370:5 | 298:10,19 | 343:7 | 113:14 | 353:1 |
| **vaccinat...** | 298:22 | **versions** | 140:8,16 | **virus** 166:18 |
| 317:7 | 301:10 | 51:20 | 250:16 | 166:24 |
| **vaccine** | 314:9 | **versus** 8:14 | **viewing** | 168:7 |
| 124:7 | 315:22 | 274:21 | 250:12,14 | **vis-a-vis** |
| 126:23 | 317:4,6,22 | 365:6 | 258:3 | 26:6  114:7 |
| 132:5,10 | 319:2 | **vice** 165:7 | **views** 29:24 | 173:14 |
| 132:14 | 365:15 | 235:19 | 43:6 | 305:9,12 |
| 179:4 | 366:4,16 | **video** 8:19 | 264:10 | **visibility** |
| 220:6,11 | 366:21 | 203:7,18 | 370:7 | 29:7 |
| 220:21 | 367:1 | 204:3 | **violate** | **vision** |
| 221:16 | 369:19,22 | 207:24 | 194:9 | 209:16 |
| 231:6 | 370:1 | **VIDEOCON...** | 204:16,23 | 210:5 |
| 271:3,14 | 371:11 | 1:14  5:10 | 205:5 | **visited** |
| 273:7 | **vagary** | **videogra...** | 231:17 | 335:6 |
| 276:5,12 | 149:21,23 | 8:9,21 | **violates** | **Vivek** 217:22 |
| 278:24 | **vague** 194:19 | 9:15 | 267:20 | 234:15 |
| 279:13,14 | **vaguely** | 105:21,25 | 268:1 | 238:16 |
| 280:5 | 128:22 | 160:23 | **violating** | 242:24 |
| 281:17 | 190:14,17 | 161:1 | 194:6 | 243:1,6 |
| 284:13 | 278:21 | 214:3,7,10 | 268:6 | **voce** 271:8 |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 275:25 | 72:16 74:3 | 115:1 | 52:5,8 | 170:25 |
| **volume** | 74:4 75:12 | 131:11 | 59:11 | 230:3 |
| 362:24 | 77:18 99:7 | 145:24 | 64:25 | 264:15 |
| 363:2 | 99:12 | 146:6 | 114:20 | 274:21 |
| **voluntary** | 104:10 | 147:6 | 117:17 | 307:18 |
| 347:21 | 105:3 | 149:4,12 | 136:21 | 314:2 |
| **voter** 261:18 | 111:1 | 157:4 | 250:22 | **we'll** 72:19 |
| **voters** | 114:24,25 | 182:4 | 255:18,20 | 88:3 |
| 261:19 | 115:17 | 226:21 | 259:12 | 100:10 |
| **voting** | 119:11 | 233:5 | 316:8 | 147:10 |
| 261:20 | 120:24 | 244:5 | 320:25 | 156:24 |
| **vs** 1:6 5:6 | 137:23 | 250:20 | 321:2 | 241:4 |
| 5:21 | 147:19 | 255:23 | 331:8 | 260:9 |
| | 148:25 | 261:5 | 352:5 | 279:23 |
| ——————— | 149:3,19 | 262:4 | **watch** 161:15 | 280:5 |
| **W** | 154:1 | 265:7 | 181:8,9 | 309:11 |
| **wait** 10:14 | 160:16 | 285:1 | **watching** | 368:5 |
| 160:10 | 161:4,7 | 301:15 | 181:1 | **we're** 10:13 |
| 180:10 | 167:11 | 304:16 | **way** 13:12 | 10:25 17:3 |
| **waiting** | 170:16,18 | 318:22 | 16:20 29:9 | 18:10 19:1 |
| 160:13 | 173:9 | 364:17 | 110:14 | 23:21 24:4 |
| 215:8 | 197:3 | 368:13 | 125:8 | 26:8,25 |
| **Waldo** 1:14 | 201:15 | **wanting** 96:3 | 160:19 | 27:1 32:12 |
| 2:4 5:11 | 202:7,11 | 98:20,23 | 173:22 | 32:13 |
| 8:13 9:17 | 208:5 | 112:17,25 | 176:7 | 36:14 51:3 |
| 9:22,24 | 210:2,4,7 | **wants** 157:3 | 188:24 | 52:17 |
| 21:3 106:3 | 213:23 | 227:19 | 223:25 | 53:11 87:4 |
| 134:20 | 214:4,24 | 299:17 | 235:11 | 87:14,21 |
| 161:3 | 215:12 | **warn** 170:15 | 239:16 | 87:24,25 |
| 214:12 | 244:9 | **warning** | 241:3 | 88:8 89:10 |
| 263:14 | 253:8 | 177:9,15 | 266:4 | 89:10,12 |
| 282:16 | 271:21 | 229:16 | 279:3 | 89:13,14 |
| 312:2 | 282:6 | **warnings** | 293:9 | 90:1 96:7 |
| 336:4 | 292:6 | 199:24 | 309:4 | 97:10,11 |
| 372:3 | 293:11 | **Washington** | 325:18 | 99:10 |
| 374:17 | 299:22,24 | 6:17,23 | 353:15 | 102:22 |
| 376:13 | 308:15 | 125:5 | 360:3,15 | 103:17 |
| 377:4,18 | 310:11 | 143:17 | 360:16 | 107:11,11 |
| 378:1 | 312:17 | 283:24 | **ways** 30:17 | 107:13 |
| **walk** 77:18 | 314:1,2 | 302:6 | 31:16 | 114:17 |
| 91:15 | 323:15 | 306:13 | 34:11,14 | 119:12,20 |
| **walked** 86:20 | 333:17 | 308:6 | 34:24,25 | 120:12,20 |
| **Wall** 294:5,9 | 351:15 | 310:1 | 42:10 | 120:21,21 |
| 302:5 | 360:14 | 319:20 | 59:15 | 121:13,14 |
| **want** 16:24 | **wanted** 24:1 | 320:4,15 | 89:19 | 121:18 |
| 26:5 28:3 | 25:1,18 | 376:8 | 115:23 | 122:15 |
| 28:4,12 | 95:2,4,9 | **Washingt...** | 117:14 | 145:7 |
| 36:10 | 108:18 | 283:20 | 158:7 | 153:24 |
| 45:15 46:7 | 114:10 | **wasn't** 34:4 | 168:25 | 155:16 |
| 50:20 51:5 | | | | |

| | | | | |
|---|---|---|---|---|
| 160:13 | 165:24 | 244:6,10 | 229:14 | 72:18 |
| 165:11 | 173:13 | 244:14,20 | **wheelhouse** | 77:12,14 |
| 174:6,12 | 183:14 | 246:3,13 | 52:4 | 127:2 |
| 175:6,7,15 | 196:15,16 | 248:24,25 | **whip** 335:21 | 128:11 |
| 176:1,14 | 196:22 | 249:4 | **White** 50:11 | 167:22 |
| 176:19 | 209:4 | 250:7 | 64:13,19 | 198:17 |
| 177:3,6,7 | 212:11 | 307:14 | 67:17,24 | 213:25 |
| 177:8 | 217:6 | 308:22 | 68:5,12,13 | 220:15 |
| 179:16 | 222:16 | 314:8 | 81:12,16 | 292:10,12 |
| 180:3 | 239:9 | 319:8 | 82:2,24 | 338:7,8 |
| 188:4 | 240:7,7 | 348:13 | 83:10,12 | 359:24 |
| 195:19 | 241:13,15 | **weeks** 44:13 | 84:6 110:8 | 360:12 |
| 202:12 | 250:11 | 44:17 97:8 | 110:11 | 370:11 |
| 208:20 | 251:6 | 136:14 | 122:23 | 371:17 |
| 212:9 | 268:2 | 142:12 | 124:4 | 375:8,11 |
| 215:8 | 276:16,20 | 256:1 | 126:20 | 376:15 |
| 216:15 | 283:10 | 258:21 | 127:5,12 | **Witnesses** |
| 235:25 | 311:20 | 259:16 | 135:21 | 2:2,3 |
| 244:14 | 314:23 | 260:1,8,10 | 206:14,25 | **wondering** |
| 246:15 | 318:22 | 270:9,11 | 217:21 | 335:16 |
| 249:9 | 322:23 | 270:21 | 218:5 | **word** 105:5,6 |
| 280:2,15 | 327:9,12 | 293:3 | 220:4,20 | 105:12 |
| 298:25,25 | 331:23 | 357:8 | 236:15,23 | 169:16,19 |
| 310:15 | 332:3 | **welcome** | 261:11 | 169:20,22 |
| 311:20 | 333:23 | 225:22 | 263:3 | 170:7 |
| 312:4 | 335:14 | 300:18 | 266:9,14 | 171:8,10 |
| 313:3 | 361:10 | **well-cov...** | 291:5,6 | 171:20,23 |
| 314:9 | 372:18 | 181:3 | 292:5 | 172:1,8 |
| 315:5,12 | **weaknesses** | **well-known** | 302:3 | 206:7,9 |
| 322:25 | 116:25 | 286:7 | 363:13 | 312:10 |
| 323:17 | **wearing** | **went** 61:1 | 365:21 | 347:15 |
| 329:24 | 166:12 | 137:15 | 367:8 | **worded** |
| 334:16 | 167:1,17 | 257:6 | **wide** 299:7 | 329:16 |
| 335:1,5,13 | 168:4 | 306:8 | 300:11 | **words** 78:15 |
| 353:16 | **website** 58:2 | 329:21 | **widespread** | 97:1 |
| 360:15 | 276:25 | 347:10 | 340:19 | 107:17 |
| 361:9 | 286:19 | **weren't** 78:3 | **William** 9:24 | 126:2 |
| 372:25 | **websites** | 114:17 | **willingness** | 164:22 |
| **we've** 67:3,4 | 276:4 | 133:10 | 111:23 | 166:4 |
| 72:10 | **week** 14:6 | 137:18 | **win** 309:11 | 173:2 |
| 105:16 | 36:21 | 195:25,25 | **wind** 228:3 | 174:10 |
| 119:2,19 | 38:10,12 | 252:25 | **windows** | 175:24 |
| 120:6 | 38:14 75:3 | 272:20 | 150:1 | 176:1 |
| 133:15 | 87:19 89:9 | 348:11 | **wished** 41:19 | 180:14 |
| 148:3,22 | 94:19 | 354:18 | 254:14,19 | 203:25 |
| 159:11 | 97:24 | **Western** 1:1 | 254:21 | 209:1,4,6 |
| 160:13 | 155:7 | 5:1,20 | **witness** 8:6 | 235:18 |
| 161:6 | 156:2 | 8:16 | 9:16 65:19 | 272:19 |
| 164:8 | 241:3 | **WhatsApp** | 65:21 | 294:17 |

| | | | | |
|---|---|---|---|---|
| 360:7,21 | **worked** 14:8 | 364:2 | 307:11 | 91:1,7,11 |
| 366:3 | 14:21 | **workplace** | 308:18 | 102:4,8 |
| 370:13 | 15:11,15 | 13:20,22 | 317:8 | 103:23 |
| **work** 11:23 | 25:5 26:22 | 16:2 312:5 | 349:17 | 105:18 |
| 12:24 | 37:8 39:2 | 313:6 | 370:3 | 106:20 |
| 13:18,19 | 43:23 | **works** 120:19 | **wrong** 171:5 | 107:6 |
| 13:22,22 | 53:23 | 373:9 | 326:9 | 108:6 |
| 15:16 | 59:20,25 | **world** 24:16 | 328:9,20 | 109:17,18 |
| 19:19 22:2 | 125:19 | 162:24 | 328:25 | 109:23 |
| 28:4 34:11 | 126:3,7 | 322:2 | **wrote** 145:23 | 110:17 |
| 34:15,17 | 152:12 | **worried** | 146:3,16 | 112:17 |
| 34:24 35:1 | 161:21,24 | 23:24 | 236:18 | 117:6 |
| 53:6 58:22 | 164:10 | **worst** 116:22 | 237:19 | 121:12 |
| 77:6,11 | 187:15 | **worth** 232:24 | 239:19 | 128:18 |
| 96:6,9 | 223:22 | 254:11 | 240:3 | 136:17 |
| 97:10,12 | 313:25 | **worths** | 246:19 | 143:13 |
| 114:7,25 | 339:6 | 198:21 | 257:4,9 | 145:3 |
| 115:13,17 | 373:21 | **wouldn't** | 277:19 | 146:2,11 |
| 117:11 | **worker** 13:20 | 15:17 34:5 | 309:5,7 | 146:17,20 |
| 118:8,8 | 31:20 | 137:14 | **WSJ** 294:10 | 147:18 |
| 120:14 | 147:3 | 143:11 | | 149:11,24 |
| 128:2 | **working** | 153:1 | **X** | 150:5,11 |
| 132:6,11 | 12:12 | 255:2 | **X** 2:1 100:10 | 151:22,22 |
| 144:21 | 13:11 | **wow** 27:22 | 111:9 | 155:15 |
| 147:6,8 | 17:14,18 | **wrap** 335:22 | | 162:10,18 |
| 149:4,5 | 22:21 40:7 | 371:21 | **Y** | 163:7 |
| 150:4 | 48:21 49:5 | **write** 311:14 | **Yea** 136:4 | 165:8,20 |
| 161:18 | 51:21 59:6 | **writer** 326:1 | **yeah** 13:10 | 166:16 |
| 239:17,17 | 59:9,11,12 | **writes** | 15:6 21:15 | 173:2,18 |
| 239:25 | 90:1 | 259:18 | 21:20 | 174:10,15 |
| 240:17 | 106:24 | 279:25 | 23:21 24:3 | 174:20 |
| 253:9 | 115:14 | 295:17,23 | 24:20 | 175:24 |
| 259:24 | 118:18 | 305:19 | 25:18,18 | 176:1,18 |
| 261:7,15 | 129:3 | 308:2 | 26:12 | 177:17 |
| 265:9 | 130:10 | 369:1 | 28:20,20 | 179:7 |
| 266:6 | 146:12 | **writing** | 35:11 36:7 | 180:6,18 |
| 271:2,13 | 147:13 | 253:11 | 38:12 | 181:21 |
| 304:10 | 187:12 | 292:16 | 40:20 | 184:1 |
| 306:8 | 212:10 | 304:2,6 | 44:18 45:4 | 185:9 |
| 312:21 | 220:7,13 | 350:8 | 51:18 54:9 | 200:16,20 |
| 313:25 | 220:23 | **written** | 58:8 59:24 | 201:6,12 |
| 315:5 | 224:7,17 | 174:1 | 64:15 67:5 | 201:15,15 |
| 340:8 | 259:15,25 | 261:9 | 70:19 71:7 | 202:22 |
| 368:14 | 264:16 | 262:7 | 75:20 77:4 | 203:3,16 |
| 372:23,24 | 265:9 | 275:19 | 78:14 | 203:25 |
| 373:1,24 | 312:21 | 279:8,9 | 81:19 | 205:21 |
| 374:3,4 | 313:2,3 | 280:8 | 84:13 | 207:4 |
| **work-rel...** | 314:2 | 299:3,9,15 | 88:19 89:3 | 208:17 |
| 74:23 | 346:8 | 300:9 | 90:13,25 | 209:6,10 |

**ERIC WALDO  12/22/2022**

| | | | | |
|---|---|---|---|---|
| 210:4 | 310:9 | 214:18 | **Zoom** 8:19 | 376:1,18 |
| 211:21,23 | 311:5,15 | 218:9 | 23:22,23 | **12** 2:20 |
| 212:7 | 313:24 | 219:10 | 24:4  93:11 | 139:15 |
| 215:16 | 317:19 | 221:11,20 | 93:19 | 160:9 |
| 220:3 | 318:6,10 | 223:6 | 118:13,14 | 192:12 |
| 226:17 | 318:13,19 | 225:7 | 146:13 | 199:8 |
| 227:16 | 323:7 | 286:6 | **Zooms** 373:2 | 206:12 |
| 230:6 | 325:20 | **you-all** | **Zuckerberg** | 267:23 |
| 235:1 | 327:2,25 | 299:1 | 349:10,22 | 268:4,6,10 |
| 236:12,20 | 332:18 | **Younes** 6:16 | 350:1 | **12:19** 214:8 |
| 238:8 | 335:18 | 9:13,13 | | **12:59** 214:10 |
| 239:14 | 336:9,14 | **young** 298:23 | **0** | **1225** 6:17 |
| 241:5 | 341:11,21 | **youth** 12:17 | | **12th** 85:10 |
| 242:3,5 | 344:6 | 12:24 | **1** | 88:17 |
| 244:20 | 348:12 | 13:18 | **1** 2:6  20:22 | 145:11 |
| 245:4,5,6 | 350:4 | 15:25  22:3 | 21:5 | 150:6 |
| 245:6,8,25 | 351:8,15 | 22:17,23 | 321:11 | **134** 2:12 |
| 248:24 | 352:13 | 22:24,25 | **1/3/22** 3:18 | **139** 2:13 |
| 249:13,21 | 356:2,9 | 31:18  51:4 | **1:15** 213:23 | **13th** 368:17 |
| 253:2,22 | 361:3 | 147:2 | **10** 2:18 | 369:14,21 |
| 256:4 | 363:23 | 149:4 | 115:18 | **14** 2:21 |
| 257:3 | 364:8 | 312:5 | 124:3 | 190:18 |
| 260:12,12 | 365:3,5,7 | 313:6 | 160:10 | 214:13,15 |
| 260:22 | 368:2,7,15 | **YouTube** 4:5 | 161:7 | **144** 2:14 |
| 261:24 | **year** 12:6 | 115:22 | 182:24 | **149** 2:15 |
| 262:4,9 | 22:14  23:9 | 118:15 | 212:3 | **14th** 88:12 |
| 269:2,4,16 | 23:16 | 119:2 | 331:11 | 128:14 |
| 271:11,24 | 81:13 | 121:3,7 | **10:05** 105:25 | 129:20 |
| 272:1,3,8 | 110:20 | 123:13 | **102** 78 7:5 | 131:4 |
| 272:10,15 | 115:5,8 | 129:10 | **10th** 125:22 | 151:14 |
| 273:1,16 | 148:8 | 130:5,19 | 145:11 | 330:24 |
| 275:1,5 | 223:23 | 151:9 | 155:20 | 359:7 |
| 276:17,20 | **years** 100:17 | 152:16 | **11** 2:19 | **15** 72:15 |
| 278:8 | 147:11 | 157:2 | 160:9 | **151** 2:16 |
| 280:17 | 190:18 | 207:24 | 196:21 | **154** 2:17 |
| 281:5,7 | **yep** 60:19 | 258:8 | 211:24 | **15th** 17:4 |
| 282:6,8 | 86:15 | 297:12 | 212:8 | 37:17 |
| 289:18,24 | 178:22,24 | 351:19 | 298:20,21 | 44:17 |
| 291:23 | 225:24 | 353:11,12 | 298:23 | 96:24  97:4 |
| 293:17 | 241:1 | **YouTube/...** | 300:2 | 97:25 |
| 294:8,17 | 271:12 | 20:9  89:22 | 317:4 | 122:12,18 |
| 295:25 | **yesterday** | 118:7 | 333:1 | 149:20 |
| 296:17 | 137:24 | 257:21 | 365:6 | 150:17 |
| 298:8,20 | **yesterday's** | | **11:07** 160:23 | 161:5 |
| 300:10,20 | 294:9 | **Z** | **11:19** 161:1 | 184:16 |
| 305:14 | **yesterda...** | **Z** 100:12 | **1100** 6:22 | 192:9 |
| 306:19 | 294:4 | **Zients** | 376:7 | 193:4 |
| 308:9 | **York** 2:21 | 185:18,20 | **11th** 7:10 | 196:25 |
| 309:25 | 7:5,5 | 185:24 | 354:24 | 212:24 |

**ERIC WALDO  12/22/2022**

213:10
239:22
244:17
330:14
**16** 2:22
205:14,23
214:13
225:21
231:23
**160** 2:18
**16th** 61:19
61:20  90:7
94:20  97:4
98:1
122:12,19
149:15,20
150:7
155:16,24
157:14
158:10
214:18
218:3
220:10
221:10
222:20
223:10
226:10
227:3,5,8
228:21
232:20
233:25
234:20
235:3
237:6
238:2,14
239:22
240:11
244:15
248:9,18
277:5
295:8
**17** 2:23
214:13
234:2
240:10
245:13,21
246:3
248:1
**17th** 61:20

259:3
295:6
370:23
**18** 3:2
214:13
238:9
**1885** 6:11
**18th** 238:10
240:12,16
266:25
267:4
268:22
291:4
295:1
**19** 3:3
214:14
242:19
**19-300** 7:5
**196** 2:19
**19th** 6:17
240:19

—————
**2**
**2** 2:7  49:10
49:15
57:18
340:15
**2/14/22** 3:19
**2:14** 282:10
**2:28** 282:14
**20** 2:6  72:15
276:9
377:15
**20036** 6:17
**202/514-** ...
6:23
**202/597-** ...
7:6
**202/918-** ...
6:18
**2020** 55:17
219:2
**2021** 12:5
14:6  17:4
17:10,13
23:13
32:16
38:11
42:18

45:13
54:16  55:4
66:13
71:18
77:21  79:1
79:4  90:7
94:12
118:1
131:19
135:1,4
184:16
196:25
212:24
213:1,10
214:18
218:4,4,13
218:13,21
219:3,20
219:24
220:11
221:9,10
222:20
223:10
225:2,10
226:4
238:10
270:7
302:16
311:7
320:20
323:1,6,10
323:11
324:13
343:6
364:12
372:7,10
**2022** 1:15
5:12  8:10
11:22  12:6
23:7  59:22
71:18
293:9,14
293:25
323:11,18
323:19
324:14
325:1
326:6
330:24

350:1
351:20
354:24
355:7
363:17
365:2,4
367:18,23
367:24
368:1,17
369:23
370:24
372:8
376:5,13
**206** 2:20
**20th** 12:5,6
14:6  23:6
23:13
54:16  55:4
57:13
219:2
221:9
270:6
281:20,24
**21** 3:4  57:13
254:25
255:5
266:18
**214** 2:21
**21st** 226:4
227:6
260:15
292:22
320:19
**22** 1:15  3:5
5:12  255:5
260:13
266:18
376:13
**225** 2:22
**225/326-** ...
6:12
**22nd** 8:10
131:19
263:16
363:16
364:25
365:11
**23** 266:16,18
266:22

**232-page**
282:18
**234** 2:23
**238** 3:2
**23rd** 94:12
106:5
241:10
242:21
243:4,6
244:15
247:5,22
248:22
249:5
250:1
256:2,16
268:14,18
269:18
274:7
278:5
281:23
**24** 3:6  255:5
266:20,23
**242** 3:3
**25** 3:7  255:5
269:20
**254** 3:4
**25th** 77:21
78:17  79:1
79:4  84:15
135:4
136:5,19
137:1
138:4
142:5,6
218:21
219:20,24
225:10
316:15
317:12
**26** 7:5
**260** 3:5
**266** 3:6
**269** 3:7
**27** 3:8  138:3
255:5
278:4
**279** 3:8
**27th** 75:8
**28** 3:9  135:1

ERIC WALDO  12/22/2022

282:17
376:5
**282** 3:9
**28th** 302:16
302:20
306:12
308:13
309:15,18
318:10
319:21
320:4,10
320:14,15
**290** 3:10
**29530** 6:23
376:8
**296** 3:11
**297** 3:12
**29th** 296:11
310:5
315:18,21
316:14
318:11

_____
**3**
**3** 2:8  72:21
106:8
117:25
135:6
340:18
**3,000** 276:10
**3/3/22** 3:24
4:2,3,4,5
4:6
**3:00** 88:12
**3:22-cv-...**
8:15
**3:22-cv-...**
1:6  5:6
**3:29** 335:24
**3:41** 336:1
**30** 3:10
290:25
298:5
376:19
**302** 3:13
**306** 3:14
**309** 3:15
**30th** 118:1
123:12

129:14
**31** 3:11
296:9
**314/644-...**
7:11  376:3
**315** 3:16
**319** 3:17
**32** 3:12
75:13,22
75:24
77:17
297:23
**324** 3:18
**33** 3:13
75:22,25
302:4
**330** 3:19
**336** 3:21
**34** 75:23
**347** 3:22
**349** 3:23,24
**35** 3:14
306:11
**352** 4:2,3
**353** 4:4,5,6
**354** 4:7
**36** 3:15
309:12
314:5
**361** 4:8
**367** 4:9
**37** 3:16
315:8
**38** 3:17
319:20
**39** 3:18
245:23
324:20
**3rd** 59:22
136:15
325:1
336:5
348:11
350:1
351:9,20
352:10

_____
**4**
**4** 2:12

134:18,21
**4:22** 371:22
**4:27** 371:25
**4:30** 374:15
**40** 100:17
**41** 3:19
330:19
**42** 3:20
336:10
**44** 3:22
347:4
**45** 3:23
349:1
**45.5** 178:12
178:17
**450** 6:17
**4510** 182:25
**46** 3:24
349:24
**47** 4:2  352:8
**48** 4:3
352:13
**49** 2:7  4:4
286:3
353:2
**4th** 318:21

_____
**5**
**5** 2:13
139:10
142:19
197:3
208:5
298:20,21
298:23
300:1
317:4
343:9,16
365:5,7,8
366:5
367:1,3
368:14
369:19,22
370:1,6
371:10
**5-11** 314:10
**5/28** 135:15
**5/28/21** 2:12
**5:00** 88:12

**5:42** 319:18
**50** 4:5
353:10
**51** 4:6
353:20
**52** 4:7
354:19
**53** 4:8
361:14
363:9
**54** 4:9
367:17
**573/751-...**
6:7

_____
**6**
**6** 2:14  144:2
208:15,17
355:4
**6/12/21** 2:13
**63101** 7:11
376:2,19
**65** 192:12
**65102** 6:6
**6th** 145:6
255:25
270:10

_____
**7**
**7** 2:15  149:7
358:2
**7/16/21** 2:21
**7/18/21** 3:2
**7/21/21** 2:22
**7:30** 268:18
**70** 229:15
**70802** 6:11
**711** 7:10
376:1,18
**72** 2:11
**7th** 292:23

_____
**8**
**8** 2:16  151:3
**8/18/21** 3:6
**8:08** 8:11
**899** 6:6
**8th** 55:17

_____
**9**
**9** 2:17
134:18
154:12
210:9
**9/18/21** 3:10
**9/29/21** 3:11
**9:51** 105:22
**900** 17:25
**9th** 136:15