**PRE-DECISIONAL AND NOT FOR DISTRIBUTION**

# OSG High Level Org Chart



EXHIBIT 2

- **Surgeon General** — Vivek Murthy
- **Deputy Surgeon General** — RADM Denise Hinton
- **Commissioned Corps Sr. Advisor** — RADM Susan Orsega
- **PHS Commissioned Corps** — RADM Rick Childs
- **Chief of Staff** — Max Lesko
- **Front Office** (Ops, Scheduling, Adv)
- **Deputy Chief of Staff** — Melea Atkins
- **Special Advisor to SG** — Adam Beckman

**Science & Policy Team** — Teeb Al-Samarrai
- Research on Priority Issues
- Publishing science-based reports (SG Reports, SG Advisories, Calls to Action)
- Engaging science & health leaders
- Monitors emerging trends in public health and science policy

**Engagement Team** — Eric Waldo
- Leads outreach and engagement with key stakeholders and groups
- Listening sessions to strengthen connection
- Relationship management with non-medical groups and key influencers

**Communications Team** — Alex Phillips
- Drives external written content development
- Manages media engagements
- Facilitates strategic messaging planning

**Design & Innovation Team** — Ann Kim
- Creates digital platforms
- Produces non-written content
- Directs user/public research
- Directs mis- and dis-information engagement

MOLA_DEFSPROD_00015772