**From:** Nick Clegg
**Sent:** 5/28/2021 5:48:14 PM
**To:** Slavitt, Andrew M. EOP/WHO                    Murthy, Vivek (HHS/OASH)
**CC:** Brian Rice
**Subject:** Message from Nick Clegg
**Attachments:** 5_28 - COVID-19 Insights.pdf

Dear Andy, dear Vivek (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale online campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**
- *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame.* Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.
- *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.
- *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety and testing by 3% across 5 countries.* We've directed 2B+

people to expert health resources through the Covid Info Center, which in the US includes information from local county-level public health departments. We observed a particularly large increase in vaccine acceptance within certain populations in the US. Vaccine acceptance increased 26% among Black adults and 14% among Hispanic adults.

- **Equity: We're more frequently reaching people in areas with lower vaccination rates using CDC's Social Vulnerability Index.** We are partnering with a wide range of organizations to deliver trusted, accessible messages; Spanish-language campaigns from AARP and Johns Hopkins University's Bloomberg School of Public Health; and CARE US for conservative audiences. Our work to promote information on how to get a vaccine to high-SVI zip codes increased confidence that people in those zip codes have in being able to get a vaccine.

**This builds on work—and uses similar strategies—to what we did over the last few years to support flu vaccination, mask wearing, blood donation, and voting, all of which also had meaningful population-level positive impact.**

- *Flu Vaccination:* We employed similar strategies with partners around a major flu vaccination campaign last fall. These reached 10s of millions of people in the US; some of these campaigns increased perceived safety or intent by 3-5%.
- *Mask Wearing:* Social normalization campaigns reaching millions of people featuring trusted public figures increased mask wearing behavior and attitudes by 3-8%. This included the "You Will See Me" campaign from CDC Foundation/Ad Council. Note that mask wearing attitudes and reported behaviors increased dramatically since early spring 2020, and by summer the vast majority of all people in the US reported wearing masks, a trend mirrored in CMU's large-scale survey of Facebook users.
- *Blood Donations:* Our blood donations product—which notifies people nearby about opportunities to donate blood, and makes it easy for them to find a schedule an appointment—increased first time donors across the US by 19% when we rolled it out across sites from the American Red Cross, Vitalant, Versiti, and New York Blood Centers.

We think there's considerably more we can do in partnership with you and your teams to drive behavior. We're also committed to addressing the defensive work around misinformation that you've called on us to address. But we don't want to miss the full story of Facebook's impact on attitudes toward vaccine acceptance—we believe our work is paying real dividends in the form of more people getting shots, and we believe data bears this out. We're eager to find additional ways to partner with you.

All my best wishes,
Nick