| | |
|---|---|
| From: | Murthy, Vivek (HHS/OASH) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=79D446B2C25F4539A0C04237A1C1967C-MURTHY, VIV] |
| Sent: | 6/14/2021 3:34:01 AM |
| To: | Nick Clegg |
| CC: | Slavitt, Andrew M. EOP/WHO ; Brian Rice ; Beckman, Adam (HHS/OASH) |
| Subject: | Re: Facebook bi-weekly covid content report |

Many thanks for sharing this Nick. I'll look forward to reviewing it.

Hope you're keeping well,
Vivek

Sent from my iPhone


On Jun 12, 2021, at 9:29 PM, Nick Clegg < > wrote:

Dear Vivek

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

Nick
<6_11 - COVID-19 Insights.pdf>