**From:** Waldo, Eric (HHS/OASH) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EAD25012182469B9FBCA545D1EB2A0D-WALDO, ERIC]
**Sent:** 7/8/2021 5:53:41 PM
**To:** Lauren Culbertson
**CC:** Kyla Fullenwider
**Subject:** RE: Connecting with Dr. Murthy's office

Great! Sent!

**From:** Lauren Culbertson
**Sent:** Thursday, July 8, 2021 5:44 PM
**To:** Waldo, Eric (HHS/OASH)
**Cc:** Kyla Fullenwider
**Subject:** Re: Connecting with Dr. Murthy's office

That would be great, thank you!

On Thu, Jul 8, 2021 at 5:38 PM Waldo, Eric (HHS/OASH) wrote:

> Thanks! Zoom works on our end, if you can. I have a zoom gov account and can send over now if you prefer. Thanks!!

**From:** Lauren Culbertson
**Sent:** Thursday, July 8, 2021 5:37 PM
**To:** Waldo, Eric (HHS/OASH)
**Cc:** Kyla Fullenwider
**Subject:** Re: Connecting with Dr. Murthy's office

No problem. I can move something and make 3 pm ET on Monday work. Looks like Todd is free then, too. Do you have a preferred medium?

On Thu, Jul 8, 2021 at 5:33 PM Waldo, Eric (HHS/OASH) wrote:

> Hi Lauren,
>
> Thanks so much for getting back to me! I'll be on the road with Dr. Murthy on Tuesday in NM, unfortunately.
>
> Here are a few more options for next week. Please let me know if anything works on your end.
> - Monday, 2pm-4pm ET
> - Friday, 1:30pm-4pm ET
>
> Thanks so much!
> Eric

**From:** Lauren Culbertson <███████████████>
**Sent:** Thursday, July 8, 2021 10:06 AM
**To:** Waldo, Eric (HHS/OASH) <███████████>
**Cc:** <███████████> Kyla Fullenwider <███████████████>
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric,

Thank you for reaching out! We'd be delighted to connect.

Can we look at a few times next week to ensure that Todd and I can both join? Perhaps sometime in the window of 10:30-12 on Tuesday?

Best,
Lauren

On Tue, Jul 6, 2021 at 9:48 AM Waldo, Eric (HHS/OASH) <███████████████> wrote:

Hi Lauren and Todd,

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!
Eric

Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services

--



Lauren Culbertson
Head of U.S. Public Policy
Follow me @lculbs

--

Lauren Culbertson
Head of U.S. Public Policy
Follow me @lculbs

--

Lauren Culbertson
Head of U.S. Public Policy
Follow me @lculbs