**From:** Kevin Kane
**Sent:** 7/9/2021 12:36:47 PM
**To:** Waldo, Eric (HHS/OASH)
**CC:** Kyla Fullenwider
**Subject:** Re: Connecting with Dr. Murthy's office

Thank you! Look forward to speaking with you then.
Best,
Kevin

On Fri, Jul 9, 2021 at 10:28 AM Waldo, Eric (HHS/OASH) wrote:
> Sorry about that! Moving too fast. Will update.
>
> **From:** Kevin Kane
> **Sent:** Friday, July 9, 2021 9:28 AM
> **To:** Waldo, Eric (HHS/OASH)
> **Cc:** Kyla Fullenwider
> **Subject:** Re: Connecting with Dr. Murthy's office
>
> Thanks Eric -
>
> The invite you sent was for 3:30-4:15, and unfortunately some of my colleagues won't be able to make it then. Any chance we could meet 3:00-3:30 (ET) on the 14th?
>
> Thanks again, and hope you have a good weekend!
>
> Kevin
>
> On Thu, Jul 8, 2021 at 5:30 PM Waldo, Eric (HHS/OASH) wrote:
>> Great. Just send you a zoom!
>>
>> **From:** Kevin Kane
>> **Sent:** Thursday, July 8, 2021 8:35 AM
>> **To:** Waldo, Eric (HHS/OASH)
>> **Cc:** Kyla Fullenwider
>> **Subject:** Re: Connecting with Dr. Murthy's office
>>
>> Good Morning Eric -
>>
>> How about we shoot for 3:00-3:30pm (ET) on Wednesday, July 14?
>>
>> Thanks,

Kevin

On Wed, Jul 7, 2021 at 5:11 PM Waldo, Eric (HHS/OASH) wrote:

Hi Kevin,

Thanks so much for your note. Would love to have more of your colleagues join.

I'm traveling with Dr. Murthy for part of next week so it's a bit tight. Here are some options:
Wednesday, July 14: 2:45pm-4:15pm ET; 5pm-6pm ET
Thursday, July 15: 4:15pm-5pm ET

If none of those work, I have some time on Friday, July 16 and we can always discuss the following week.

Thanks so much!
Eric

**From:** Kevin Kane
**Sent:** Wednesday, July 7, 2021 4:51 PM
**To:** Waldo, Eric (HHS/OASH)
**Cc:** Kyla Fullenwider
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric -

It's great to e-meet you as well. If possible, I wanted to include a few of my colleagues for this conversation and see if you had any availability next Wednesday or Thursday to meet. Would you happen to have any time open either of those days? If not, I'm more than happy to find another day that would work for you.

Thank you for reaching out and look forward to speaking with you soon!

Best Regards,

Kevin

On Tue, Jul 6, 2021 at 9:49 AM Waldo, Eric (HHS/OASH) ███████████ wrote:

Hi Alexandra and Kevin,

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!
Eric


Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services


--


Kevin Kane || Government Affairs & Public Policy Manager, YouTube || ████████████ ████████████

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube | ▮▮▮▮▮▮▮▮▮▮

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube | ▮▮▮▮▮▮▮▮▮▮

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube | ▮▮▮▮▮▮▮▮▮▮