**From:** Nick Clegg
**Sent:** 7/10/2021 8:00:40 AM
**To:** Murthy, Vivek (HHS/OASH)
**CC:** Slavitt, Andrew M. EOP/WHO         Brian Rice
**Subject:** Re: Facebook Covid report
**Attachments:** 7_8 - COVID-19 Insights.pdf

Dear Vivek

Attached is the latest Covid report covering the most recent two week period for which we have stats etc. I understand from Brian that my team is meeting with yours next week to delve deeper into our covid misinformation efforts. As always, please don't hesitate to reach out when/if needed.

All best

Nick

---

**From:** Nick Clegg
**Date:** Friday, June 25, 2021 at 11:19 PM
**To:** "Murthy, Vivek (HHS/OASH)"
**Cc:** "Slavitt, Andrew M. EOP/WHO"        Brian Rice
**Subject:** Facebook Covid report

Dear Vivek,

Attached is the latest Covid report covering the past two weeks. As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best

Nick