12/20/22, 3:05 PM
Confronting Health Misinformation: A Discussion with the Surgeon General on Building a Healthy Information Environment | FSI

Case 3:22-cv-01213-TAD-KDM Document 210-13 Filed 02/04/23 Page 1 of 14 PageID #: 15204

# Confronting Health Misinformation: A Discussion with the Surgeon General on Building a Healthy Information Environment

Thursday, July 15, 2021 | 10:15 AM -Thursday, July 15, 2021 | 11:15 AM

Speaker: Vivek Murthy

* **_WATCH THE YOUTUBE LIVE STREAM_** *



Join the Stanford Internet Observatory for a conversation with **US Surgeon General Vivek H. Murthy, MD, MBA**, where he will discuss slowing the spread

12/20/22, 3:05 PM                    Confronting Health Misinformation: A Discussion with the Surgeon General on Building a Healthy Information Environment | FSI

Case 3:22-cv-01213-TAD-KDM Document 210-13 Filed 03/04/23 Page 2 of 14 PageID #: 15205

of health misinformation, both during the COVID-19 pandemic and beyond.

Health misinformation is a major threat to public health because it can cause confusion, sow mistrust, harm people's health, and undermine public health efforts. Although health misinformation is not a recent phenomenon, the COVID-19 pandemic has exacerbated an already growing issue. While information has enabled people to stay safe and informed throughout the pandemic, it has also led to confusion. The rising use of technology platforms, such as social media companies, online retailers, and search engines, can helped connect and inform people, but at the same time, many platforms can also drive misinformation to users.

REGISTER


ALL INTERNET OBSERVATORY EVENTS

```
 1                    AUDIO TRANSCRIPTION
 2                 STATE OF MISSOURI, ET AL.
 3                           VS.
 4              JOSEPH R. BIDEN, JR., ET AL.
 5                  CASE NO. 322CV01213
 6             CONFRONTING HEALTH MISINFORMATION:
 7           A DISCUSSION WITH THE SURGEON GENERAL
 8
 9
10
11   (Due to the quality of the recorded media, portions
12   were unable to be transcribed and include inaudible
13   portions.  The transcript may also include
14   misinterpreted words and/or unidentified speakers.
15   The transcriber was not present at the time of the
16   recording; therefore, this transcript should not be
17   considered verbatim.)
18
19
20
21
22   TRANSCRIBED BY: MELISSA LANE
23
24
25
```

```
 1                    (4:35-10:15)
 2                    VIVEK MURTHY:  But that good instinct can
 3    be harmful when what's being shared is health
 4    misinformation, information that is false, inaccurate
 5    or misleading, according to the best evidence at the
 6    time, and it's harmful even if it comes about through
 7    an unintentional game of Internet telephone, because
 8    today, we share a worldwide network of e-mails, social
 9    media, YouTube videos, and online forums, and just one
10    click can boost a falsehood across these networks
11    before we can put on brakes.
12                    In fact, misinformation can travel faster
13    and reach more people than the truth.  On an analysis
14    of millions of social media posts from 2006 to 2017,
15    found that false news stories were 70 percent more
16    likely to be shared than true stories.  This
17    information blitz can leave our head spinning, unsure
18    of what to believe or where to turn for the truth, and
19    it has had real consequences for our health.
20                    During the pandemic, we've seen
21    misinformation about masks, COVID-19 treatments, and
22    COVID-19 vaccines.  A recent survey found that
23    two-thirds of unvaccinated adults have heard of at
24    least one COVID-19 vaccine myth and either believe
25    it's true or not sure.  The sad truth during this
```

1   pandemic is misinformation has divided our friends,
2   families, and communities.  It's led to threats
3   against our public health workers who try to enforce
4   safety measures, and it's cost us so many lives, but
5   misinformation didn't start with this pandemic.  For
6   decades, we've seen persistent rumors about HIV AIDS
7   that have undermined efforts to reduce infection
8   rates.  And during the Ebola pandemic, misinformation
9   spread rapidly on social media, confusion, and
10  escalating discord.
11          Now, outside the scope of epidemics or
12  pandemics, health misinformation has caused everyday
13  harm leading people to turn down effective treatments
14  for cancer, heart disease or other illnesses.  The
15  bottom line is that health misinformation takes away
16  our power to make the best decisions for our health,
17  and the health of our families.  That's why today I'm
18  really seeing my first advisory as a 21st Century U.S.
19  Attorney General declaring that health misinformation
20  is an urgent public health threat that we must
21  confront together.
22          I want to be clear that believing or
23  sharing information doesn't make us ignorant or
24  ill-intentioned.  It makes us human.  Because we all
25  want to do everything we can to keep ourselves and our

```
 1   loved ones healthy and safe.  So when we read an
 2   alarming social media post, and we come across advice
 3   on a website that seems helpful, it's natural for us
 4   to want to pass it along to others.  Or try to stay
 5   informed, ask questions, and share concerns.  The
 6   problem comes when the information is not just wrong,
 7   but it's also amplified by three things that's super
 8   charge misinformation, fear, polarization, and
 9   technology.
10               Let's talk about fear for a moment.  It's
11   not hard to understand what's contributed to fear
12   especially during this past year.  We've been through
13   a roller coaster of infections surges all over the
14   world.  We've experienced a trauma of losing loved
15   ones, sometimes without a chance to say good-bye, and
16   many of us are worried about the toll of this
17   pandemic, not just on our lives, but on our
18   livelihoods.  Fear is also sharped by prior
19   experiences, and many people have had painful
20   experiences of neglect or abuse, but the very systems
21   that are supposed to look out for their health, but no
22   matter the source, when fear dominates, it clouds our
23   ability to sift through information and discern what's
24   accurate.  Fear also contributes to polarization, when
25   we become distrustful of those who don't share our
```

```
 1   beliefs or life experiences.  In such cases, distrust
 2   can turn to anger and resentment which can make it
 3   difficult for us to hear people who don't share our
 4   world view and lead us to discount information even
 5   from credible sources.  If we're not careful, we can
 6   go down a path where we find ourselves look to believe
 7   anything that proves the other side is wrong even if
 8   that information is false or misleading.
 9               Technology also plays a role in this
10   dynamic, exacerbating our polarization and making us
11   more prone to sharing misinformation.  Product
12   features such as the like button reward us for sharing
13   content that will prove popular, and
14   emotionally-charged content usually wins out over
15   accurate content.  Algorithms also tend to give us
16   more of what we click on, and they pull us deeper and
17   deeper into the world of misinformation exactly when
18   we need to get out of it.
19               With misinformation in nearly every corner
20   of the globe amplified by fear, polarization and
21   technology, it can leave us feeling like we're playing
22   a game of tug-of-war, when we're being pulled in many
23   different directions.  If we want to fight health
24   misinformation, we'll need all parts of society to
25   pull together.  That's why this surgeon general
```

 1   advisory has recommendations for everyone.  We're
 2   asking clinicians to address misinformation with their
 3   patients.  We're asking educators to strengthen
 4   information literacy programs.  We're asking
 5   researchers to help us learn more about how
 6   misinformation spreads.  We're also asking journalists
 7   and media outlets to address the public's questions
 8   without amplifying misinformation.  We're asking
 9   technology companies to operate with greater
10   transparency and accountability so that misinformation
11   doesn't continue to poison our sharing platforms, and
12   we know the government can play an important role,
13   too.  Bringing stakeholders together with urgency
14   around a common vision for a healthy information
15   environment, as well as supporting community
16   organizations that are trying to get accurate
17   information to their community members.
18
19
20
21
22
23
24
25

**AUDIO TRANSCRIPTION**

Page 7

```
 1                (12:56-13:30)
 2                VIVEK MURTHY:  Every week when I talk to
 3    doctors and nurses around the country, I can hear the
 4    exhaustion and burnout in their voices, as they take
 5    care of more and more patients with COVID-19 who did
 6    not get vaccinated all too often because they were
 7    misled by misinformation.  This is why it is so
 8    important that we confront misinformation as a nation.
 9    Each one of us has the power and responsibility to
10    make a difference in this fight.  There is no question
11    that lives are depending on it.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

AUDIO TRANSCRIPTION

Page 8

```
 1                (45:42-46:33)
 2                TAYLOR AGAJANIAN:  Our next question
 3    actually comes from myself, do you believe a rapid
 4    response initiative like the Virality Project
 5    could be implemented at the federal level to combat
 6    health misinformation on a national scale from the top
 7    down?
 8                VIVEK MURTHY:  Well, that's a really
 9    interesting question, Taylor, and I do think that it
10    could be really interesting to look at the idea in
11    having -- pardon me, having a federal organized effort
12    to combat misinformation the way you're talking about.
13    I -- you know, I think almost of a myth buster's
14    effort to help people bring sort of direct information
15    and encounter things they may be hearing that are
16    false, and while we each do that, myself and others in
17    federal government in many state and local government,
18    I think there's absolutely opportunities to coordinate
19    that and focus that more effectively.  So yes, I think
20    that's a really, really interesting idea.
21
22
23
24
25
```

```
 1                  (50:08-51:10)
 2                  VIVEK MURTHY:  Well, my hope is that people
 3      will look at this surgeon's general's advisory and
 4      recognize that health misinformation is an urgent
 5      threat to our health and well-being, but also that we
 6      have a moral and civic responsibility to do our part,
 7      to address it, and the good news is, there are steps
 8      all of us can take to address it as individuals.  We
 9      can think about what we share and verify sources.
10      Educators and healthcare professionals have a really
11      important role they can play in, you know, training
12      people, in digital health literacy, and helping to
13      share accurate information with individuals.  We know
14      technology companies have a really important role.
15      They must step up and play to slow the spread of
16      misinformation on their sites where that's by either
17      sharing data with people and researchers about what
18      interventions they're making and the impact that's
19      having or whether it's by changing their algorithms
20      and making other alterations to their platform to
21      identify misinformation early and slow its spread and
22      avoid sending more information of misinformation to
23      people who are consuming it, so there's steps all of
24      us can take.
25
```

```
 1                  (51:43-52:40)
 2                  RENEE DIRESTA:  We can strike a balance
 3      with amplifying good information, encountering bad
 4      information and still protecting freedom of
 5      expression, so I want to thank Dr. Murthy for this
 6      advisory.  I'm for articulating a whole society
 7      approach that we can all participate in because as he
 8      and our other panelists noted we have the power, so
 9      thank you very much for joining us today.
10                  VIVEK MURTHY:  Well, thank you, Renee, for
11      those kind words.  I -- I do want to say thank you to
12      you personally because you have been a leader in this
13      effort long before many people recognize what was
14      happening with COVID misinformation.  You were there
15      looking at the data, looking at the numbers, speaking
16      out, raising the flags, saying there's something here
17      we've got to address and do so urgently.  I have
18      personally learned a lot from your work and from our
19      conversations together, and so I just want to say
20      thank you to you for everything you've done for being
21      such a great partner for moderating our event today,
22      and just for being a partner in the future, because I
23      know we have lots and lots more that we've got to do
24      together.
25
```

```
 1                  (53:14-53:54)
 2                  VIVEK MURTHY:  Health misinformation is not
 3      one of those challenges.  There are steps we can take
 4      every day in our lives, not just by deciding what we
 5      choose to share or not share, but also by speaking up
 6      on these issues by holding to account whether it's
 7      technology companies or other players who may be
 8      allowing misinformation to spread or who, in some
 9      cases, may be willfully spreading misinformation.  I'm
10      optimistic that we can make progress in this area and
11      myself, my team, we're committed to working with you,
12      Renee, with others, you know, who we've been, you
13      know, partnered with over the last many months, and to
14      all those who are joining today to ensure that we
15      build a healthier information environment in our
16      country that supports the health and well-being of
17      everyone.
18
19
20
21
22
23
24
25
```

```
 1              CERTIFICATE OF REPORTER
 2              I, Melissa J. Lane, Certified Court
 3    Reporter of Missouri, Certified Shorthand Reporter of
 4    Illinois and Registered Professional Reporter, do
 5    hereby certify that I was asked to prepare a
 6    transcript of proceedings had in the above-mentioned
 7    case, which proceedings were held with no court
 8    reporter present utilizing an open microphone system
 9    of preserving the record.
10              I further certify that the foregoing pages
11    constitute a true and accurate reproduction of the
12    proceedings as transcribed by me to the best of my
13    ability and may include inaudible sections or
14    misidentified speakers of said open microphone
15    recording.
16
17
18         Melissa J. Lane, CCR, CSR, RPR
19
20
21
22
23
24
25
```