**From:** Nick Clegg [█████@fb.com]
**Sent:** 7/19/2021 1:34:04 PM
**To:** Murthy, Vivek (HHS/OASH) [█████@hhs.gov]
**CC:** Brian Rice [█████@fb.com]; Beckman, Adam (HHS/OASH) [█████@hhs.gov]; Waldo, Eric (HHS/OASH) [█████@hhs.gov]; Nicole Baciuska [█████@fb.com]; Carrig Balderston [█████@fb.com]
**Subject:** Re: Message from Nick Clegg

Hi Vivek

Thanks so much for getting back to me – really appreciate that.

Adding Nicole and Carrig here to liaise with your office to find a time asap which is convenient for you – I'm in Spain right now but hopefully time differences can be navigated so that we speak soon enough.

All best

Nick

---

**From:** "Murthy, Vivek (HHS/OASH)" <█████@hhs.gov>
**Date:** Monday, July 19, 2021 at 3:29 PM
**To:** Nick Clegg <█████@fb.com>
**Cc:** Brian Rice <█████@fb.com>, "Beckman, Adam (HHS/OASH)" <█████@hhs.gov>, "Waldo, Eric (HHS/OASH)" <█████@hhs.gov>
**Subject:** Re: Message from Nick Clegg

Hi Nick,

Thanks for reaching out and for sharing your concerns. I know the last few days have been challenging. I'd be happy to speak directly about how we move forward. Let me know the best way to schedule some time later this week and we'll make it happen.

Best wishes and will talk soon,
Vivek

--

**Vivek Murthy**
U.S. Surgeon General
Vice Admiral, U.S. Public Health Service

The information in this e-mail and its attachments are confidential, pre-decisional and deliberative. Contents may include sensitive information and are for official use only. If you are not the original intended recipient, please delete the content and notify the sender.

---

**From:** Nick Clegg <█████@fb.com>
**Sent:** Friday, July 16, 2021 5:43 PM
**To:** Murthy, Vivek (HHS/OASH) <█████@hhs.gov>
**Cc:** Brian Rice <█████@fb.com>
**Subject:** Message from Nick Clegg

Dear Vivek,

Reaching out after what has transpired over the past few days following the publication of the misinformation advisory, and culminating today in the President's remarks about us. I know our teams met today to better understand the scope of what the White House expects from us on misinformation going forward.

In our previous conversations I've appreciated the way you and your team have approached our engagement, and we have worked hard to meet the moment — we've dedicated enormous time and resources to fighting this pandemic and consider ourselves to be partners in fighting the same battle. Certainly we understand (and have understood for some time) that there is disagreement on some of the policies governing our approach and how they are being enforced – even as your team has acknowledged the unprecedented scale of our efforts to provide authoritative information to millions of Americans and to help them get vaccinated. But I thought the way we were singled out over the past few days has been both surprising and misleading, and I believe unproductive to our joint efforts too.

I would appreciate the opportunity to speak directly to discuss a path forward with you and how we can continue to work toward what I sincerely believe are shared goals.

Yours
Nick