

9:47   ·ıll LTE 🔋

‹ 469   **NC**   📹

Nick ›

May 27, 2021, 3:19 PM

Hi Nick, it's a Vivek Murthy, great to connect with you this week and looking forward to working together. Be well, Vivek

Delivered

**EXHIBIT 18**

Jul 18, 2021, 3:48 PM



**Moving Past the Finger Pointing - About Facebook**
about.fb.com

Hi Vivek - you may have seen this post today which we issued to provide more context. We do not plan to issue more public posts etc. I imagine you and your team are feeling a little aggrieved - as is the FB team, it's not great to be accused of killing people - but as I said by email I'm keen to find a way to deescalate and work together collaboratively. I am available to meet/speak whenever suits. With my best wishes, Nick

    iMessage   

MOLA_DEFSPROD_00015773