**From:** Brian Rice [████@fb.com]
**Sent:** 7/29/2021 6:44:30 PM
**To:** Waldo, Eric (HHS/OASH) [████@hhs.gov]
**Subject:** Re: Message from Nick Clegg

Thanks for doing that—standing by over here. Happy to connect any time.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) <████@hhs.gov>
**Sent:** Thursday, July 29, 2021 6:00:47 PM
**To:** Nick Clegg <████@fb.com>; Murthy, Vivek (HHS/OASH) <████@hhs.gov>
**Cc:** Guy Rosen <████@fb.com>; Brian Rice <████@fb.com>
**Subject:** RE: Message from Nick Clegg

Hi Nick,

I hope this week has been treating you well (not sure if you are still on holiday in Spain—a consummation devoutly to be wished).

Vivek and I were chatting today and I wanted to make sure we sent you a note. Brian and I have off-lined and I know we have some more follow-up to do. We've been all in on the new CDC guidance, but more from our team to come.

Thank you again for sending this over.

All the best,
Eric

---

**From:** Nick Clegg <████@fb.com>
**Sent:** Friday, July 23, 2021 7:30 PM
**To:** Murthy, Vivek (HHS/OASH) <████@hhs.gov>
**Cc:** Guy Rosen <████@fb.com>; Brian Rice <████@fb.com>; Waldo, Eric (HHS/OASH) <████@hhs.gov>
**Subject:** Message from Nick Clegg

Dear Vivek (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around

data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. Brian will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

Nick