| | |
|---|---|
| From: | Brian Rice [█████@fb.com] |
| Sent: | 8/17/2021 5:27:28 PM |
| To: | Waldo, Eric (HHS/OASH) [█████@hhs.gov]; █████@ostp.eop.gov; DJ Patil [█████@gmail.com] |
| CC: | Payton Iheme [█████@fb.com] |
| Subject: | Re: Followup - data discussion |

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding. Can we find time for our teams to get together soon?

Get Outlook for iOS

---

**From:** Brian Rice <█████@fb.com>
**Sent:** Friday, August 6, 2021 9:02:07 PM
**To:** Waldo, Eric (HHS/OASH) <█████@hhs.gov>; █████@ostp.eop.gov <█████@ostp.eop.gov>; DJ Patil <█████@gmail.com>
**Cc:** Payton Iheme <█████@fb.com>; Nick Clegg <█████@fb.com>
**Subject:** Re: Follow up - data discussion

Thanks Eric,

Appreciate you connecting us to DJ here—and look forward to scheduling time for a longer conversation around data per our last meeting. DJ—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) <█████@hhs.gov>
**Sent:** Friday, August 6, 2021 4:07 PM
**To:** Brian Rice; █████@ostp.eop.gov; DJ Patil
**Cc:** Payton Iheme; Nick Clegg
**Subject:** RE: Follow up - data discussion

Hi Brian,

Hope your week has been going well. I wanted to loop DJ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also Brian and Nick—I know on the call with Dr. Murthy he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,
Eric

**From:** Brian Rice <░░░░@fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** Waldo, Eric (HHS/OASH) <Eric.Waldo@hhs.gov>; ░░░░@ostp.eop.gov
**Cc:** Payton Iheme <░░░░@fb.com>
**Subject:** Re: Follow up - data discussion

Eric—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days. Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." - Lori Goler, VP, People

---

**From:** Waldo, Eric (HHS/OASH) <░░░░@hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** Brian Rice <░░░░@fb.com>, ░░░░@ostp.eop.gov <░░░░@ostp.eop.gov>
**Cc:** Payton Iheme <░░░░@fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

---

**From:** Brian Rice <░░░░@fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** Waldo, Eric (HHS/OASH) <░░░░@hhs.gov>; ░░░░@ostp.eop.gov
**Cc:** Payton Iheme <░░░░@fb.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks Eric, completely understand why you would have been a little busy this week! Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) <░░░░@hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** Brian Rice <░░░░@fb.com>; ░░░░@ostp.eop.gov <░░░░@ostp.eop.gov>
**Cc:** Payton Iheme <░░░░@fb.com>
**Subject:** RE: Follow up - data discussion

Hey Brian,

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, DJ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

Eric

**From:** Brian Rice <███████@fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** Waldo, Eric (HHS/OASH) <███████@hhs.gov>; ███████@ostp.eop.gov
**Cc:** Payton Iheme <███████@fb.com>
**Subject:** Follow up - data discussion

Hi Eric and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below — look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** Brian Rice <███████@fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** Waldo, Eric (HHS/OASH) <███████@hhs.gov>
**Cc:** Payton Iheme <███████@fb.com>
**Subject:** Re: Message from Nick Clegg

Hi Eric—just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and DJ, and whomever else might make sense.

**From:** Brian Rice <███████@fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** Waldo, Eric (HHS/OASH) <███████@hhs.gov>
**Cc:** Payton Iheme <███████@fb.com>
**Subject:** Re: Message from Nick Clegg

Eric—let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

---

**From:** Brian Rice <​@fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** Nick Clegg <​@fb.com>, Murthy, Vivek (HHS/OASH) <​@hhs.gov>
**Cc:** Guy Rosen <​@fb.com>, Waldo, Eric (HHS/OASH) <​@hhs.gov>
**Subject:** Re: Message from Nick Clegg

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

Brian

---

**From:** Nick Clegg <​@fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** Murthy, Vivek (HHS/OASH) <​@hhs.gov>
**Cc:** Guy Rosen <​@fb.com>, Brian Rice <​@fb.com>, Waldo, Eric (HHS/OASH) <​@hhs.gov>
**Subject:** Message from Nick Clegg

Dear Vivek (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms—ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. Brian will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

Nick

MOLA_DEFSPROD_00007275