**From:** Google Calendar [████████@google.com]
**Sent:** 7/21/2021 3:17:10 AM
**To:** Waldo, Eric (HHS/OASH) [████████@hhs.gov]

**Subject:** Accepted: Eric Waldo and Jiore connect @ Thu Jul 22, 2021 2:15pm - 2:45pm (EDT) (Waldo, Eric (HHS/OASH))
**Attachments:** invite.ics
**Location:** https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09

**Start:** 7/22/2021 2:15:00 PM
**End:** 7/22/2021 2:45:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

████████@gmail.com has accepted this invitation.

### Eric Waldo and Jiore connect

**When**  Thu Jul 22, 2021 2:15pm – 2:45pm Eastern Time - New York
**Where** https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09 (map)
**Calendar** Waldo, Eric (HHS/OASH)
**Who**
- Waldo, Eric (HHS/OASH) - organizer
- ████████@gmail.com - creator
- Phillips, Alexandria (HHS/OASH) - optional
- Kyla Fullenwider - optional

Eric Waldo is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09

Meeting ID: 160 551 3232
Passcode: 513906
One tap mobile
+████████ US (San Jose)
+████████ US (New York)

Dial by your location
+████████ US (San Jose)
+████████ US (New York)
+████████ US
+████████ US (San Jose)
Meeting ID: 160 551 3232
Find your local number: https://www.zoomgov.com/u/adzIzhHubB

Join by SIP
████████@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)

Meeting ID: 160 551 3232
Passcode: 513906

From: Flaherty, Rob R. EOP/WHO >
Sent: Monday, July 19, 2021 4:23 PM
To: Murthy, Vivek (HHS/OASH) >; ████@gmail.com >
Cc: Phillips, Alexandria (HHS/OASH) >
Subject: Vivek <> Jiore

Vivek – Wanted to link you with Jiore Craig, who's been a critical leader of the DNC's misinfo work for a long time, but has also been helping us think through mis/dis on the COVID side. I thought it'd be great for you both to connect as OSG charts out next steps.

-Rob

Rob Flaherty
Director of Digital Strategy
The White House
Cell: ████

Invitation from Google Calendar

You are receiving this courtesy email at the account ████@hhs.gov because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

| | |
|---|---|
| **From**: | jiore.craig@gmail.com [jiore.craig@gmail.com] |
| **To**: | Waldo, Eric (HHS/OASH) [eric.waldo@hhs.gov]; jiore.craig@gmail.com |
| **Subject**: | Eric Waldo and Jiore connect |
| **Location**: | https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09 |
| **Start**: | 7/22/2021 2:15:00 PM |
| **End**: | 7/22/2021 2:45:00 PM |
| **Show Time As**: | Tentative |
| **Recurrence**: | (none) |

```
Eric Waldo is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09

Meeting ID: 160 551 3232
Passcode: 513906
One tap mobile
+16692545252,,1605513232# US (San Jose)
+16468287666,,1605513232# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 551 285 1373 US
        +1 669 216 1590 US (San Jose)
Meeting ID: 160 551 3232
Find your local number: https://www.zoomgov.com/u/adzIzhHubB

Join by SIP
1605513232@sip.zoomgov.com<mailto:1605513232@sip.zoomgov.com>

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 551 3232
Passcode: 513906


From: Flaherty, Rob R. EOP/WHO <Robert.Flaherty@who.eop.gov<mailto:Robert.Flaherty@who.eop.gov>>
Sent: Monday, July 19, 2021 4:23 PM
To: Murthy, Vivek (HHS/OASH) <Vivek.Murthy@hhs.gov<mailto:Vivek.Murthy@hhs.gov>>;
jiore.craig@gmail.com<mailto:jiore.craig@gmail.com> <jiore.craig@gmail.com<mailto:jiore.craig@gmail.com>>
Cc: Phillips, Alexandria (HHS/OASH) <Alexandria.Phillips@hhs.gov<mailto:Alexandria.Phillips@hhs.gov>>
Subject: Vivek <> Jiore

Vivek - Wanted to link you with Jiore Craig, who's been a critical leader of the DNC's misinfo work for a
long time, but has also been helping us think through mis/dis on the COVID side.  I thought it'd be great
for you both to connect as OSG charts out next steps.

-Rob

Rob Flaherty
Director of Digital Strategy
The White House
Cell: 202-881-9790
```