**From:** Brian Rice [█████@fb.com]
**Sent:** 8/23/2021 10:13:45 PM
**To:** Waldo, Eric (HHS/OASH) [█████@hhs.gov]
**Subject:** FW: FDA Approval

**Flag:** Follow up

Eric—making sure to flag for you as well—let me know if you have any questions.

---

**From:** Brian Rice <█████@fb.com>
**Date:** Monday, August 23, 2021 at 10:12 PM
**To:** Flaherty, Rob R. EOP/WHO <█████@who.eop.gov>
**Subject:** Re: FDA Approval

Rob—wanted to circle back with you before the end of the day with an update --this week, we plan to run a QP in the US that amplifies authoritative partner content related to Pfizer's FDA approval (example content is below). We're also planning to review our existing products, including the Covid information center, to update any language as needed. Our partnerships team is also working with partners who are launching campaigns around the Pfizer approval to support. We'll keep you updated on this as it progresses.

We're also updating our misinformation policies to remove the specific claims that "there are no FDA-approved vaccines" and "the Pfizer vaccine is not FDA-approved." We'll also continue to look for claims that are no longer accurate given the approval today."

More to come as we have it, and let me know if you have any questions.

Thanks,

Brian



**From:** Flaherty, Rob R. EOP/WHO <███████@who.eop.gov>
**Date:** Monday, August 23, 2021 at 9:44 AM
**To:** Brian Rice <███████@fb.com>
**Subject:** FDA Approval

Brian --

Now that FDA has approved Pfizer, I'm making the rounds to get a sense from the various platforms how (or if) you guys are planning to promote it in any way.

We'd appreciate a push here, given the fact that this is an oft-cited blocker for many folks.

Suggested language from us:
*The COVID-19 vaccine has received full approval from the FDA and protects against the more dangerous delta variant. If you have been waiting for this approval before getting the vaccine, now is the time to get vaccinated.*

Thanks!

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ███████