**From:** Brian Rice [████@fb.com]
**Sent:** 9/21/2021 2:15:04 PM
**To:** Flaherty, Rob R. EOP/WHO [████@who.eop.gov]
**CC:** Waldo, Eric (HHS/OASH) [████@hhs.gov]; Rowe, Courtney (who.eop.gov) [████@who.eop.gov]; DJ Patil [████@gmail.com]
**Subject:** Re: [EXTERNAL] Covid Insight Report

Understood Rob—we will circle back over the next few days to brief.

---

**From:** Flaherty, Rob R. EOP/WHO <████@who.eop.gov>
**Date:** Saturday, September 18, 2021 at 2:54 PM
**To:** Brian Rice <████@fb.com>
**Cc:** Waldo, Eric (HHS/OASH) <████@hhs.gov>, Rowe, Courtney M. EOP/WHO <████@who.eop.gov>, DJ Patil <████@gmail.com>
**Subject:** Re: [EXTERNAL] Covid Insight Report

Happy to talk about it, Brian. Would be interested to see, as we have long asked for, how big the problem is, what solutions you're implementing, and how effective they've been.

Sent from my iPhone

On Sep 18, 2021, at 2:52 PM, Brian Rice <████@fb.com> wrote:

Eric and team,

Including the latest version of our report here.

I'm sure you also saw yesterday's story in the WSJ about the spread of COVID-19 misinformation in comments on Facebook. The story - largely based on cherry-picked leaked documents, doesn't accurately represent the problem or the solutions we have put in place to make comments on posts about COVID and vaccines safer. I know that we've discussed this many times over the past several months and I'd be happy to schedule a call to discuss in greater detail. Please let me know if that would be of interest.

In the meantime I'm also sharing a post we published today from Nick addressing the WSJ series in full. Link to that post is here.

As always please let me know if you have any questions.

Thanks,

Brian

---

**From:** Waldo, Eric (HHS/OASH) <████@hhs.gov>
**Date:** Tuesday, September 7, 2021 at 5:11 PM
**To:** Brian Rice <████@fb.com>, ████@who.eop.gov <████@who.eop.gov>, Rowe,

Courtney (who.eop.gov) <▮@who.eop.gov>, DJ Patil <▮@gmail.com>
**Subject:** RE: Covid Insight Report

Thanks so much for sharing this, Brian. DJ and I connected last week and he should be reaching out with timing soon (me or someone from my team would join him as well).

Thanks!

---

**From:** Brian Rice <▮@fb.com>
**Sent:** Tuesday, September 7, 2021 10:03 AM
**To:** Waldo, Eric (HHS/OASH) <▮@hhs.gov>; ▮@who.eop.gov; Rowe, Courtney (who.eop.gov) <▮@who.eop.gov>; DJ Patil <▮@gmail.com>
**Subject:** Covid Insight Report

Good morning—apologies that this is coming after the holiday weekend. Attaching our latest Covid Insights report. Happy to schedule time to discuss at your convenience.

Eric and DJ—would also love to follow up on nailing down our meeting to discuss data transparency—let me know if there's anything I should be doing to move that along.

Thanks,

Brian

---

**From:** Brian Rice <▮@fb.com>
**Date:** Saturday, August 21, 2021 at 1:10 PM
**To:** Waldo, Eric (HHS/OASH) <▮@hhs.gov>, ▮@who.eop.gov <▮@who.eop.gov>, Rowe, Courtney M. EOP/WHO <▮@who.eop.gov>
**Subject:** Covid Insight Report - 8/20

Eric, Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

Brian

<9_17 - COVID-19 Insights.pdf>