**From:** Kevin Kane [____@google.com]
**Sent:** 9/29/2021 12:56:30 PM
**To:** Waldo, Eric (HHS/OASH) [____@hhs.gov]; ____@gmail.com
**CC:** Jan Antonaros [____@google.com]
**Subject:** YouTube Vaccine Policy Announcement

Good Afternoon -

I'm writing to share an update we recently made to YouTube's policies pertaining to vaccine-related misinformation.

Today we have a COVID-19 Vaccine misinfo policy which allows us to remove a limited list of verified false claims about COVID-19 vaccines.

We just announced that we will be introducing a new policy that prohibits content that includes harmful misinformation about the safety, efficacy, or ingredients for currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO).

You can learn more about the announcement we made here and a detailed overview of our policy in our help center here.

Please let me know if you have any questions.

Best Regards,
Kevin

--

Kevin Kane | Government Affairs & Public Policy Manager, YouTube | ____@google.com |