**From:** Brian Rice [ ███████ @fb.com]
**Sent:** 10/20/2021 8:55:39 AM
**To:** Flaherty, Rob R. EOP/WHO [ ██████████ @who.eop.gov]
**CC:** Clarke.Humphrey [ ██████████ @who.eop.gov]; Tom, Christian L. EOP/WHO [ ██████████ @who.eop.gov]; Waldo, Eric (HHS/OASH) [ ██████ @hhs.gov]; Rowe, Courtney (who.eop.gov) [ ██████████ @who.eop.gov]; Schake, Kristina (HHS/IOS) [ ██████ @hhs.gov]; Qureshi, Hoor A. EOP/WHO [ ██████████ @who.eop.gov]; Felicia Agyeiwaa ██████ @fb.com]
**Subject:** Re: Kids Vaccines

Thanks Rob—we'd welcome the opportunity. Adding Felicia on our end to help coordinate.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ██████████ @who.eop.gov>
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** Brian Rice < ██████ @fb.com>
**Cc:** Humphrey, Clarke E. EOP/WHO < ██████████ @who.eop.gov>; Tom, Christian L. EOP/WHO < ██████████ @who.eop.gov>; Waldo, Eric (HHS/OASH) < ██████ @hhs.gov>; Rowe, Courtney M. EOP/WHO < ██████████ @who.eop.gov>; Schake, Kristina (HHS/IOS) < ██████ @hhs.gov>; Qureshi, Hoor A. EOP/WHO < ██████████ @who.eop.gov>
**Subject:** Kids Vaccines

Brian – Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis-and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope -- as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ██████