# Explore

Settings

Search Twitter

EXHIBIT
33

**Dr. Vivek Murthy, U.S. Surgeon General**
@Surgeon_General

I was deeply disappointed to read this story. Health misinformation has harmed people's health and cost lives. In the Surgeon General's Advisory on Health Misinformation, I stated clearly that tech platforms have a responsibility to improve our health information ecosystem.

> **The Washington Post** @washingtonpost · Oct 28, 2021
> Facebook researchers had deep knowledge of how coronavirus and vaccine misinformation moved through the company's apps, according to documents disclosed by Facebook whistleblower Frances Haugen. wapo.st/3mmERBx
> Show this thread

3:19 PM · Oct 29, 2021 · Twitter Web App

**435** Retweets **28** Quote Tweets **1,368** Likes

Thread

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
Replying to @Surgeon_General
What continues to be lacking from Facebook and other tech companies is transparency and accountability. Only the companies understand the full extent of misinformation's spread and impact – yet they have not yet shared this data with independent researchers and the public.
3 18 106

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
Without this critical data, it is much harder to design the right interventions or hold the platforms accountable.
3 7 90

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
When I talk to doctors and nurses around the country, a common refrain I hear is: "I'm fighting COVID by day in the hospital, and I'm fighting misinformation by night on social media."
6 35 168

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
When I talk to people around our country about where they heard common myths about COVID19 and the vaccine, the majority of the time they say social media.
3 13 94

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
With the possibility of vaccines for 5-11 year olds on the horizon, it is even more urgent that we ensure families are getting accurate, science-based information so they can make the right decision for their children.
5 21 110

**Dr. Vivek Murthy, U.S. Surgeon ...** @Surgeon_G... · Oct 29, 2021
We must demand Facebook and the rest of the social media ecosystem take responsibility for stopping health misinformation on their platforms. The time for excuses and half measures is long past. We need transparency and accountability now. The health of our country is at stake.
17 43 168

## New to Twitter?

Sign up now to get your own personaliz

Sign up with Googl

Sign up with Apple

Sign up with phone or en

By signing up, you agree to the Terms o Privacy Policy, including Cookie Use.

## Relevant people

**Dr. Vivek Murthy, ...**
@Surgeon_General
19th & 21st U.S. Surgeor Dad, husband, doctor, a Dedicated to building a l kinder, more connected
surgeongeneral.gov

**The Washington P...**
@washingtonpost
Democracy Dies in Dark

## What's happening

US elections · LIVE
**Voters look ahead to the upcoming 2022 midterm elections**

US elections · LIVE
**Missouri: Election news and updates**

The Times and The... · Yesterd
**Former Pakistan PM Imran Khai shot in leg in 'assassination attempt'**

Politics · Trending
**63% of Americans**
8,990 Tweets

Trending in United States
**Johnny Bench**

Show more

Terms of Service Privacy Policy Coo
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sigi

11/4/22, 11:37 AM Dr. Vivek Murthy, U.S. Surgeon General on Twitter: "I was deeply disappointed to read this story. Health misinformation has harm…

Case 3:22-cv-01213-TAD-KDM Document 210-28 Filed 03/04/23 Page 2 of 6 PageID #: 15482



## More Tweets

**Robert Reich** @RBReich · 22h

Memo to the media: Please don't say inflation is at a 40-year high without also mentioning that corporate profits are at a 70-year high. Give the people the full picture.

💬 6,847   🔁 46.9K   ♡ 137.8K   ⬆️

**Lisa Bloom** @LisaBloom · 13h

Hey Twitter employees getting laid off tomorrow! IMPORTANT INFO from a CA employment attorney (me):

CA's "WARN" law requires Twitter to give you 60 days notice of a massive layoff.

A layoff of 50+ employees within a 30 day period qualifies.

I know you didn't get that notice.

💬 2,016   🔁 31.9K   ♡ 107.5K   ⬆️

Show this thread

**Nancy Pelosi** @SpeakerPelosi · 17h
🎌 United States government official

The Pelosi family is thankful for the beautiful outpouring of love, support and prayers from around the world.

Paul remains under doctors' care as he continues to progress on a long recovery process and convalescence. He is now home surrounded by his family who request privacy.

💬 8,610   🔁 8,489   ♡ 98.8K   ⬆️

Show this thread

**Joe Biden** @JoeBiden · 17h
🎌 United States government official

If we elect two more Democrats to the Senate and keep control of the House, we're going to codify Roe v. Wade in January so it's the law of the land.

💬 18K   🔁 13.9K   ♡ 72.7K   ⬆️

**John Fetterman** @JohnFetterman · 14h
💼 US Senate candidate, PA

WELCOME TO #TEAMFETTERMAN, @Oprah !! 🥰

today.com
Oprah Winfrey announces her support for Dr. Oz opponent, John Fett…
Winfrey shared the news during "A Virtual Voting Conversation" held on Nov. 3.

💬 5,281   🔁 11.4K   ♡ 56.9K   ⬆️

Show this thread

**Don't miss what's happening**
People on Twitter are the first to know.

Log in | Sign up

Sidebar: Twitter · Explore · Settings · Search Twitter

11/4/22, 11:36 AM  Dr. Vivek Murthy, U.S. Surgeon General on Twitter: "I was deeply disappointed to read this story. Health misinformation has harm…

Case 3:22-cv-01213-TAD-KDM   Document 210-28   Filed 03/04/23   Page 3 of 6 PageID #: 15483

Explore

Settings

swaths of their content moderation capability, four days before opening up identity-confirmation-free verification to the whole website which will happen…the day before a national election.

986  11.1K  47K

Show this thread

**Jeff Nesbit** @jeffnesbit · 21h

My money is on @AOC in the fight you picked, @elonmusk



From The Recount

3,096  8,544  45K

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

11/4/22, 11:38 AM
Dr. Vivek Murthy, U.S. Surgeon General on Twitter: "I was deeply disappointed to read this story. Health misinformation has harm…
Case 3:22-cv-01213-TAD-KDM Document 210-28 Filed 03/04/23 Page 4 of 6 PageID #: 15484

Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in

11/4/22, 11:37 AM

Case 3:22-cv-01213-TAD-KDM   Document 210-28   Filed 03/04/23   Page 5 of 6 PageID #: 15485

Dr. Vivek Murthy, U.S. Surgeon General on Twitter: "I was deeply disappointed to read this story. Health misinformation has harm…

Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in

11/4/22, 11:38 AM Dr. Vivek Murthy, U.S. Surgeon General on Twitter: "I was deeply disappointed to read this story. Health misinformation has harm…

Case 3:22-cv-01213-TAD-KDM Document 210-28 Filed 03/04/23 Page 6 of 6 PageID #: 15486

Search Twitter

# Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in