**From:** Waldo, Eric (HHS/OASH) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EAD25012182469B9FBCA545D1EB2A0D-WALDO, ERIC]
**Sent:** 11/3/2021 2:57:44 PM
**To:** Brian Rice ; Nick Clegg
**Subject:** RE: Our announcement

Hi Brian,

Thanks for your note. I really appreciate it.

Let me get back to you next week once we are done crashing on our rollout for vaccines 5-11.

All the best,
Eric

---

**From:** Brian Rice
**Sent:** Friday, October 29, 2021 9:42 PM
**To:** Waldo, Eric (HHS/OASH) ; Nick Clegg
**Subject:** Re: Our announcement

Thanks Eric—we'd appreciate the opportunity to meet and discuss concerns you have related to the recent press reports. We feel strongly that much of the reporting is based on documents that have been taken out of context and don't tell the full story of our work. Please let me know if you'd have time to connect next week.

Thanks—have a good weekend.

Brian

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH)
**Sent:** Friday, October 29, 2021 10:18 AM
**To:** Nick Clegg; Brian Rice
**Subject:** FW: Our announcement

Good afternoon, Nick and Brian,

I hope this email finds you well. I'm back from my paternity leave stint and getting my sea legs in the office with a six week old at home.

Thank you for this note to Dr. Murthy, Nick. I did want to say that we have seen the recent public reports around Facebook and misinformation. We are certainly concerned about what we are seeing, given our emphasis on health misinformation in our advisory and the ongoing conversations our teams have been having. As has been the case, you'll continue to see us raising the issue of health misinformation in public and private as a critical public health issue.

All the best,

Eric

**From:** Nick Clegg
**Date:** October 28, 2021 at 6:31:51 PM EDT
**To:** "Murthy, Vivek (HHS/OASH)"
**Cc:** Brian Rice
**Subject:** Our announcement

Dear General Murthy,

I hope you are well. It's been a while since we connected. I know our teams have remained in close contact with respect to our work to provide authoritative information about the vaccine and we are working on how we can partner in this next push to vaccinate children. We appreciate the opportunity to partner with your team.

I also wanted to be in touch to update you on an announcement we made today. Mark announced that we will have a new company brand - Meta - which signals our commitment to build the next evolution of social technology - beyond what digital connection makes possible today. We believe the ultimate promise of technology is to improve people's lives. With the metaverse, we see the opportunity to bring people together in ways never before possible in the next decade. We are starting this conversation early so that we can make sure it's built on solid foundations when it comes to things like privacy, safety, and economic opportunity.

While we are looking to the future, our mission hasn't changed, and neither has the sense of responsibility that we have to the billions of people who use our apps and services every day. We're proud of our record navigating the complex tradeoffs involved in operating services at global scale, and of our massive investments in safety and security. We also continue to believe more regulation is necessary. We are on the cusp of a new era of technology but - in many countries - we still don't yet have rules in place for this one.

As we begin to work on the next evolution of technology and of our company, I wanted to let you know and make myself available to hear your thoughts, questions, and feedback. We know the metaverse can be hard to grasp - not unlike trying to describe the World Wide Web in the early 1990s - but we believe this technology will be an important part of our collective future, and it is something that we will all be building together.

I also recognize the intense debate that's been prompted by the documents that have been disclosed by a former employee. You and I have touched on the subject of wellbeing in our previous conversations and I know it's an area of concern for you and for the White House. I would welcome the opportunity to meet again to hear from you and to address the claims that have been made against the company.

Best regards,

Nick Clegg
Vice President of Global Affairs and Communications