**From:** Brian Rice [redacted]
**Sent:** 11/15/2021 12:16:27 AM
**To:** [redacted] Waldo, Eric (HHS/OASH) [redacted]; Rowe, Courtney [redacted]; Siegel, Rebecca (HHS/ASPA) [redacted]
**CC:** Carrie Adams [redacted]
**Subject:** Covid Insights Report - weeks of 10/17-10/30
**Attachments:** 11_12 - COVID-19 Insights.pdf

Apologies for the late Sunday email—wanted to make sure to get you our latest Covid Insights Report for the weeks of 10/17-10/30. As always, please don't hesitate to reach out with any questions about the content included here or our ongoing efforts to provide information on the 5-11 vaccine.

Brian Rice | ∞ Meta
US Public Policy
[redacted]

---

**From:** Brian Rice [redacted]
**Date:** Thursday, November 4, 2021 at 12:09 AM
**To:** [redacted], Waldo, Eric (HHS/OASH) [redacted], Rowe, Courtney M. EOP/WHO [redacted]
**Cc:** Carrie Adams [redacted]
**Subject:** Re: Covid Insights and plan for approval of kids vaccine

Rob, Eric, Courtney, Becca—

We wanted to follow up and share what steps we've taken over the last several days as FDA and CDC approvals have now been granted:

- Last Friday, we updated our misinformation policies for COVID-19 vaccines to make clear they apply to claims about children -- for example, claims that the COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children. We're grateful to our partners at the CDC for helping get these debunked in advance of the announcement, and we look forward to staying connected on emerging COVID misinformation trends.
- This morning, we launched in-feed promotions featuring content in English and Spanish from authoritative health orgs and media about vaccine approval and safety for children ages 5-11. We have included images of example promotions below. We plan to continue promoting this content through the Week of Action.

Additionally, we are in the process of updating content in the COVID Information Center with the latest vaccine information regarding children ages 5-11. We also published a News Room Post detailing how we're supporting the roll out of children's vaccines here. As a reminder, we plan to go bigger and louder over the Week of Action, as detailed in our previous email. Please let us know if you have any questions.

Thanks,

Brian

[The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

[The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

[The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.]

Get Outlook for iOS

---

**From:** Brian Rice
**Sent:** Friday, October 29, 2021 5:12 PM
**To:** Waldo, Eric (HHS/OASH); Rowe, Courtney M. EOP/WHO;

**Cc:** Carrie Adams
**Subject:** Covid Insights and plan for approval of kids vaccine

Rob, Courtney, Eric and Becca—

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

**Once FDA Approval Goes into Effect (Date TBD)**
- Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.
- As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.
- As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

**Week of Action (Nov 15-21)**
- Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.
- Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.
- Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

Brian and team

MOLA_DEFSPROD_00007242