

# Surgeon General issues CRITICAL update on omicron variant

**Brian Tyler …**  ✓
1.66M subscribers

Join     Subscribe     👍 2.9K     👎     ↗ Share     ≡+ Save

40,046 views  Premiered Dec 21, 2021
INTERVIEW: Brian interviews the US Surgeon General Dr. Vivek Murthy about the new omicron variant, the dangers posed by those who refuse to get vaccinated, and what this pandemic means for the US's ability to be able to defeat viruses moving forward.

LISTEN TO FULL PODCAST EPISODE HERE:
Spotify: https://spoti.fi/3shX5r9
Apply Podcasts: https://apple.co/3FfzafP

Suit by JB CLOTHIERS in Los Angeles 👉 https://jbclothiers.com/btc

Subscribe for more and follow me here:

TWITTER: https://twitter.com/briantylercohen
INSTAGRAM: https://www.instagram.com/briantylerc...
FACEBOOK: https://www.facebook.com/briantylercohen
PATREON: https://www.patreon.com/briantylercohen
"DON'T BE A MITCH" FUND: https://secure.actblue.com/donate/don...
NEWSLETTER: https://www.briantylercohen.com/sign-up/

## Chapters

View all



0:00

Intro



0:09

Omicron



2:56

Endemic



4:56

Vaccination



6:26

Public health

Show less

15 Comments        Sort by

AUDIO TRANSCRIPTION

Page 1

```
 1
 2
 3
 4            AUDIO TRANSCRIPTIONS
 5         STATE OF MISSOURI, ET AL.
 6                    VS.
 7         JOSEPH R. BIDEN, JR., ET AL.
 8            CASE NO. 322CV01213
 9
10
11
12  (Due to the quality of the recorded media, portions
13  were unable to be transcribed and include inaudible
14  portions.  The transcript may also include
15  misinterpreted words and/or unidentified speakers.
16  The transcriber was not present at the time of the
17  recording; therefore, this transcript should not be
18  considered verbatim.)
19
20
21
22
23  TRANSCRIBED BY: MELISSA LANE
24
25
```

## AUDIO TRANSCRIPTION

Page 7

```
 1             (9:00-10:00) -
 2   https://urldefense.com/v3/__https://www.youtube.com/watch?v=L7FWTsseb7E__;
 3   !!NtP9J7iH11vXGg!NvSY0QxIiizgZ1qyX8X6Qc0yklFWl9c85_
 4   OF0a5Vb6O4S7iIJ8O3f40QZq842zGorkp0q03ByuxHAbj1eHmjWP-YoOGXLg$
 5   (12/21/2021).
 6             VIVEK MURTHY:  I think, number one, we have
 7   to track down where this misinformation is coming from
 8   and understand how to hold platforms accountable, new
 9   technology platforms that are driving so much of the
10   misinformation spread.  Now, they may not be
11   intentionally driving that, and I actually don't think
12   that they are, but by allowing this misinformation to
13   proliferate on their sites, they're subjecting people
14   in the United States and around the world to
15   extraordinary harm, and they're doing so with little
16   accountability at this moment and really with very
17   little transparency.  That can't be allowed to
18   continue because it's putting everyone's health at
19   risk.  I do think that part of what they have to do,
20   the platforms is take aggressive action against people
21   who are intentionally spreading misinformation.  We
22   call that disinformation; right?  And misinformation
23   that's willfully spread and there are, you know, a
24   limited number of actors who are having an outsize
25   impact, you know, on people's health in an adverse
```

```
 1   way, but finally, you know, I think the way to reach
 2   people in this ecosystem which isn't by the way
 3   unfortunately going to change over night.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF REPORTER
 2
 3
 4            I, Melissa J. Lane, Certified Court
 5   Reporter of Missouri, Certified Shorthand Reporter of
 6   Illinois and Registered Professional Reporter, do
 7   hereby certify that I was asked to prepare a
 8   transcript of proceedings had in the above-mentioned
 9   case, which proceedings were held with no court
10   reporter present utilizing an open microphone system
11   of preserving the record.
12            I further certify that the foregoing pages
13   constitute a true and accurate reproduction of the
14   proceedings as transcribed by me to the best of my
15   ability and may include inaudible sections or
16   misidentified speakers of said open microphone
17   recording.         Melissa J. Lane
18
19
20            Melissa J. Lane, CCR, CSR, RPR
21
22
23
24
25
```