12/14/22, 1:00 PM  Alyssa Milano: Sorry Not Sorry: Surgeon General Vivek Murthy on Covid and Mental Health on Apple Podcasts

Case 3:22-cv-01213-TAD-KDM   Document 210-33   Filed 03/04/23   Page 1 of 8 PageID #: 15501

EXHIBIT 39

# Apple Podcasts Preview



### Surgeon General Vivek Murthy on Covid and Mental Health
Alyssa Milano: Sorry Not Sorry

Politics

The United States is entering its third COVID winter, with no end to the pandemic in sight. There is a loud minority of vaccine-averse Americans, and a dangerous number of anti-science politicians cynically manipulating that for power. At the same time, the mental health of Americans is entering its own crisis from the stresses of pandemic life. Our guest today is the Surgeon General of the United States, Vice Admiral Vivek Murthy more

▶ PLAY                                                              49 min

Episode Website ↗

More Episodes

Peace By Peace Productions

More ways to shop: Find an Apple Store or other retailer near you. Or call ▮▮▮▮▮▮▮▮▮▮

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    Choose your country or region

AUDIO TRANSCRIPTION

Page 1

```
 1
 2
 3
 4              AUDIO TRANSCRIPTIONS
 5            STATE OF MISSOURI, ET AL.
 6                      VS.
 7          JOSEPH R. BIDEN, JR., ET AL.
 8              CASE NO. 322CV01213
 9
10
11
12  (Due to the quality of the recorded media, portions
13  were unable to be transcribed and include inaudible
14  portions.  The transcript may also include
15  misinterpreted words and/or unidentified speakers.
16  The transcriber was not present at the time of the
17  recording; therefore, this transcript should not be
18  considered verbatim.)
19
20
21
22
23  TRANSCRIBED BY: MELISSA LANE
24
25
```

```
 1                  (14:00-17:42) -
 2    https://urldefense.com/v3/__https://podcasts.apple.com/us/podcast/
 3    surgeon-general-__;!!NtP9J7iH11vXGg!NvSY0QxIiizgZ1qyX8X6Qc0yklFWl9c85_
 4    OF0a5Vb6O4S7iIJ8O3f40QZq842zGorkp0q03ByuxHAbj1eHmjWP9zNSNRfQ$
 5    vivek-murthy-on-covid-and-mental-health/id1460720864?i
 6    =1000546755607 (1/3/2022).
 7                  VIVEK MURTHY: That's such an important
 8    point, Alyssa.  There is a lot of misinformation out
 9    there, and it's costing people their lives.  There's
10    no other way to put it, because one of the things that
11    we've seen is different now compared to the
12    misinformation that was floating around over the last
13    100, 200, 300 years as long as this man's been alive
14    is that this Eden Scale and sophistication with which
15    this misinformation is spreading is truly
16    unprecedented, and a lot of has been enabled by
17    technology platforms in the social media which enable
18    the spread, and I'm not saying that the platforms are
19    intentionally trying to spread misinformation, but
20    people are using them to spread misinformation, and
21    the platforms need to do a lot more is step up, to be
22    accountable for making their spaces safer.
23                  And what can our office do, our office in
24    July, actually, issued a surgeon general advisory on
25    the topic of health misinformation, to call the
```

```
 1   country's attention to the fact that this was a big
 2   danger and to lay out concrete steps that all of us
 3   taken into society to address it.  So we laid out
 4   steps that individuals to take, the technology
 5   companies could take, that healthcare workers,
 6   educators, government, and other stakeholders can take
 7   because it turns out there's an important role for all
 8   of us.
 9              Take the individual, for example, Alyssa.
10   Part of the way misinformation spreads is that people
11   share it, right, online, because they think they're
12   helping their friends and their family members, so
13   they're actually spreading misinformation.  So one of
14   the things that we've advised people to do is sort of
15   raise the bar in what you share is what you're sharing
16   coming from a scientifically credible source.  Like,
17   for example, is it verified by your doctors, is it
18   coming from your local health department, from your
19   children's hospital, from the CDC.  Now, if it's not,
20   you can still be unsure if it's credible or not, and
21   if you're not sure, then don't share.  That's the
22   bottom line.  Before, we would just share anything
23   willy-nilly unless we thought it was definitively
24   wrong.
25              This is a time where we've got to realize
```

AUDIO TRANSCRIPTION

Page 4

1   that we have to raise the bar and only share for sure
2   something that's coming from a credible source.  One
3   of the biggest things that I want to point out to you
4   which is so, so important, Alyssa, is that we need to
5   mobilize our medical community to come out there to
6   use their voice to speak to what's true, and what's
7   not, because a lot of people with their local doctors
8   and nurses and people in their community who care for
9   them, but finally, I just want to come back to the
10  technology companies for a moment here, because unless
11  those platforms step up and make their spaces safer
12  and reduce the amount of misinformation on their site,
13  it's going to be pretty tough to get a full handle on
14  this spread of misinformation.
15          JOE BIDEN:  The unvaccinated are
16  responsible for their own choices, but those choices
17  had been shulled by dangerous misinformation on cable
18  TV and social media.  You know, these companies and
19  (inaudible) are making money by pedally lies and
20  allowing misinformation that can kill their own
21  customers and their own supporters.  It's wrong.  It's
22  immoral.  I call on the purveyors of these lies and
23  misinformation to stop it.  Stop it now.
24
25

```
 1
 2
 3   publicly for the companies to do is, number one, be
 4   transparent with the public and with independent
 5   researchers so people understand how much
 6   misinformation is spreading and who's being targeted.
 7   We're also asking them to go after people who are
 8   super spreaders of misinformation on these sites, that
 9   they're causing harm, and we're asking also, thinking
10   how they're designed their sites because some of the
11   algorithms of these sites are designed to give you
12   more of what you consume, and in some that can be
13   good.  If I like cat videos, maybe it'll serve me up
14   more cat videos.  And I do like cats.  I grew up with
15   cats.  So, you know, it is a little shameless
16   (inaudible) cat lovers out there, but the truth is,
17   that if you encounter misinformation, you consume it,
18   and the algorithm serve up more misinformation to you,
19   that only solidifies you in a position that's not
20   informed by fact and that can be harmful to your
21   health.  You could share that with other people.  So
22   this is why I think the platforms that technology
23   companies have critical responsibility here.  I'm not
24   talking about legal responsibility.  I'm not talking
25   about financial responsibility.  I'm talking about
```

```
 1   moral responsibility to do the right thing, to protect
 2   people from harm.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF REPORTER
 2
 3
 4           I, Melissa J. Lane, Certified Court
 5   Reporter of Missouri, Certified Shorthand Reporter of
 6   Illinois and Registered Professional Reporter, do
 7   hereby certify that I was asked to prepare a
 8   transcript of proceedings had in the above-mentioned
 9   case, which proceedings were held with no court
10   reporter present utilizing an open microphone system
11   of preserving the record.
12           I further certify that the foregoing pages
13   constitute a true and accurate reproduction of the
14   proceedings as transcribed by me to the best of my
15   ability and may include inaudible sections or
16   misidentified speakers of said open microphone
17   recording.
18
19
20              Melissa J. Lane, CCR, CSR, RPR
21
22
23
24
25
```