#RFBREAKTHROUGH/

# Building Public Health's Defense Against Disinformation

The Covid-19 pandemic has proven that access to accurate, timely and actionable information is a matter of life and death. Mis- and disinformation has blocked too many people's opportunity to get vaccinated, as well as public health's ability to reach them. But what really *is* this disinformation threat? What questions still need answering before we can truly combat it?

In our next #RFBreathrough moderated by Bruce Gellin, MD, MPH, Chief of Global Public Health Strategy at The Rockefeller Foundation, we will hear from Dr. Vivek H. Murthy, US Surgeon General; Anna Harvey, Ph.D., President of the Social Science Research Council; Claire Wardle, Ph.D., Founder of First Draft; and Sergio Cecchini, Infodemic Management Officer, WHO Regional Office for Africa. They will discuss:

- the cost of mis- and disinformation on public health,

- its uneven impact on vulnerable populations worldwide, and

- new, emerging resources for a better and healthier information environment, including social science research generated by The Mercury Project and a new request for public participation on the topic from the Office of the Surgeon General.

The session will be broadcast on February 14th at 12:30pm ET live across The Rockefeller Foundation's social media pages (Twitter, Facebook, LinkedIn and YouTube). Audience members on these channels will be invited to submit questions up to a week in advance.

# The Rockefeller Foundation's Panel of Experts:

## Moderator:



**Dr. Bruce Gellin**

Chief of Global Public Health Strategy, Health Initiative, The Rockefeller Foundation

## Panelists:



**Dr. Vivek H. Murthy**

U.S. Surgeon General



**Anna Harvey**

Ph.D., President, Social Science Research Council



**Claire Wardle**

Ph.D., Founder, First Draft



**Sergio Cecchini**

Infodemic Management Officer, WHO Regional Office for Africa



WATCH

The Covid-19 pandemic has proven that access to accurate, timely and actionable information is a matter of life and death. Mis- and disinformation has blocked too many people's opportunity to get vaccinated, as well as public health's ability to reach them. But what really is this disinformation threat? What questions still need answering before we [...]

```
 1
 2
 3
 4              AUDIO TRANSCRIPTIONS
 5           STATE OF MISSOURI, ET AL.
 6                      VS.
 7           JOSEPH R. BIDEN, JR., ET AL.
 8             CASE NO. 322CV01213
 9
10
11
12   (Due to the quality of the recorded media, portions
13   were unable to be transcribed and include inaudible
14   portions.  The transcript may also include
15   misinterpreted words and/or unidentified speakers.
16   The transcriber was not present at the time of the
17   recording; therefore, this transcript should not be
18   considered verbatim.)
19
20
21
22
23   TRANSCRIBED BY: MELISSA LANE
24
25
```

```
 1                    (7:50-11:09) -
 2    https://urldefense.com/v3/__https://www.youtube.com/watch?v=HLIAmVtZXoA&t
 3    =3747s__;!!NtP9J7iH11vXGg!NvSY0QxIiizgZ1qyX8X6Qc0yklFWl9c85_
 4    OF0a5Vb6O4S7iIJ8O3f40QZq842zGorkp0q03ByuxHAbj1eHmjWP9ksQE4yQ$
 5    (Feb. 2022).
 6              VIVEK MURTHY:  I issued a surgeon general's
 7    advisory on health misinformation back in July of 2021
 8    is because we were seeing just the increasing impact
 9    of health misinformation of people's decisions when it
10    came to COVID-19, particularly around whether or not
11    to get vaccinated but also as to whether or not even
12    to take COVID seriously.  We knew -- know that there's
13    a lot of misinformation that continues to float around
14    about the vaccines and about COVID more broadly, but
15    what we've seen is, that's coming at a real cost and a
16    cost that's we can measure in terms of lives lost and
17    harms done to people's health.
18              Now, all of -- those who are out there know
19    that health misinformation is not new.  It didn't
20    start with COVID-19.  As doctors have seen
21    misinformation spreading for years and have had to
22    spend many, many hours with patients over the years
23    talking about what's true and what's not true, often
24    based on information they encountered online, but what
25    is different now and what feels different in this
```

 1  moment compared to ten years ago or 20 years ago is
 2  this speed scale and sophistication with which this
 3  misinformation is spreading and much of it has been
 4  enabled, in fact, by technology platforms, and we talk
 5  to people about where they're encountering
 6  misinformation.  It's off and on social media channels
 7  and other tech platforms.  It doesn't mean that
 8  platforms are intentionally trying to spread
 9  misinformation, but they are creating a mechanism for
10  this information to spread without really much of a
11  check on whether it's accurate or not, harmful or not.
12          So the reason I issued this advisory was
13  to, one, call attention to this profound challenge
14  that we are facing but also to call for a broad all of
15  society response.  We need certainly technology
16  companies to step up and do more, to help reduce this
17  spread of misinformation, and to be transparent with
18  the public about how much misinformation is being
19  transacted on their sites and whether their methods of
20  addressing it are working or not.  We do not have
21  enough transparency on that front and that is
22  hindering us in our response of misinformation, but
23  there are also steps that others can take.  We need to
24  take nurses and doctors and others in the healthcare
25  professions with credible voices to use those voices

```
 1   to speak up and -- and share accurate information with
     the public.  We certainly need from educators in the
 2   education committee more efforts to promote and
     support digital health literacy in our country, and
 3   we, as individuals, have a role that we can play, too.
 4   We can choose to be mindful of what we share online,
 5   and if we're not sure if the information is coming
 6   from a credible source, we can choose not to share.
 7             So we are raising our bar, our standard, if
 8   you will, on what we choose to share, and this is so
 9   important because we know that misinformation can
10   often be hard to -- to, you know, to identify things
11   can look actually quite accurate, but it turns out
12   sometimes they may not be.  And, of course, there's a
13   role for government here as well to set safety
14   standards to push for transparency and accountability,
15   particularly from platforms, but -- and also to call
16   attention to these challenges which is what my office
17   is doing.  There are steps we are working now that we
18   will be -- you know, have more to say about it in the
19   coming -- coming weeks and months ahead to try to, in
20   fact, gather even more information about the impact of
21   health misinformation on health professionals of the
22   public and also in the role that technology companies
23   may be playing on that on that front, but I'll say
24   that there's a lot to do.  It is our health and
25   well-being that is at stake here.
```

AUDIO TRANSCRIPTION

Page 12

```
 1              (41:20-44:50) -
 2   https://urldefense.com/v3/__https://www.youtube.com/watch?v=HLIAmVtZXoA&t
 3   =3747s__;!!NtP9J7iH11vXGg!NvSY0QxIiizgZ1qyX8X6Qc0yklFWl9c85_
 4   OF0a5Vb6O4S7iIJ8O3f40QZq842zGorkp0q03ByuxHAbj1eHmjWP9ksQE4yQ$
 5   (Feb. 2022).
 6              VIVEK MURTHY:  If we want to see change,
 7   that change isn't going to come from a single
 8   institution from government alone.  It's going to come
 9   from people and communities across the country and
10   around the world using the power of their voice and
11   the power of their choice as to what platforms they
12   use and what technology they engage with to ultimately
13   push companies to be more transparent, more
14   accountable, and fundamentally more responsible.  You
15   know, I don't think that the platforms created
16   themselves or -- or sort of spread around the world
17   with the express intention of trying to facilitate
18   misinformation spread, but we're seeing that the
19   platforms despite the best of intentions are
20   facilitating that, you know, because not only they
21   provide the easy way for people to share information,
22   but in some cases their own algorithms, their own
23   tools that they have built help to increase a focus on
24   information that is -- that driving, you know, an
25   extreme response and that can often be founded in --
```

1   sort of in falsehoods and inaccurate information.  And
2   I think -- you know, I think about, you know, Bruce, I
3   think about my three -- my 4-year-old daughter who
4   just turned 4 and my 5-year-old son, and the basic
5   lessons we try to teach them as parents, you know.
6   We're not perfect parents by any means, but one simple
7   thing we try to teach them is to take responsibility
8   for your actions.  Even if your intentions are good,
9   take responsibility for your actions, and I would just
10  ask that -- I would submit this is what we need the
11  platforms to do is, we can't, I think, tolerate an
12  environment anymore where platforms are saying, no,
13  we're trying our best, even though it's not good
14  enough.  That's -- that's not good enough for society.
15  We're seeing the harms that are being visited upon us
16  in terms of not just COVID information, and you know,
17  illness and death, but in a whole range of other
18  circumstances, and the question I think as -- as
19  citizens, global citizens, we have is, are we willing
20  to tolerate that?  Do we think that's acceptable for a
21  member of society, an institution in society to behave
22  in that way, and in my mind, the answer is no, but
23  it's when we use our voices collectively to demand
24  change.  That is when change happens, and it can't
25  come soon enough.

```
 1                BRUCE:  Well, thanks again.  Again,
 2   everyone in the -- an issue on these panels has
 3   highlighted why we're here is to talk about these
 4   solutions and that was, really, I think, even on that
 5   one or especially on that one, the amplified voice is
 6   part of that solution, so we're going to turn -- we've
 7   got lots from the audience.  We're going to turn to
 8   what their thoughts are after having listened to what
 9   we've been saying.
10                From the United States, a question about
11   public health.  Maybe Vivek, I'll start with you on
12   this one, about how do we better support public health
13   officials at the local level?  In that recent
14   experience shows that with electronic stampeders can
15   overrun smaller governments with harmful
16   disinformation.  What does that mean for the local
17   public health and its future and what the people on
18   the front lines can do?
19                VIVEK MURTHY:  Well, Bruce, I'm very
20   worried about this because we've seen during COVID-19
21   that the -- the amount of abuse and attacks that
22   public health officials have taken, especially local
23   public health officials been even at the state and
24   federal level has been really profound, and we've seen
25   so much public leaders drop out at a time where we
```

```
 1   need -- drop out of the workforce, if you will, at a
 2   time where we actually need more people in -- in
 3   public health, so it's deeply concerning, and I think
 4   we need to get help to those public health first
 5   responders, if you will.  I think we can do so in a
 6   few ways.  Number one, we certainly have been asking
 7   the technology platforms to promote accurate
 8   information from credible public health sources and to
 9   look to reduce the spread of the misinformation.  That
10   makes a job of not just public health leaders but
11   nurses and doctors easier.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              (1:00:53-1:01:36) -
 2   https://urldefense.com/v3/__https://www.youtube.com/watch?v=HLIAmVtZXoA&t
 3   =3747s__;!!NtP9J7iH11vXGg!NvSY0QxIiizgZ1qyX8X6Qc0yklFWl9c85_
 4   OF0a5Vb6O4S7iIJ8O3f40QZq842zGorkp0q03ByuxHAbj1eHmjWP9ksQE4yQ$
 5   (Feb. 2022).
 6              VIVEK MURTHY:  -- is to give context and
 7   I've seen unfortunately what happens sometimes is in
 8   an effort to be fair, if you will, journalists may put
 9   up multiple points of view including views that are
10   inaccurate, and it seems to the viewer that these are
11   all legitimate points of view that they should
12   consider.  Now, any point of view is legitimately the
13   same point of everyone.  Any -- any human being has a
14   right to the view that they have, but when you don't
15   frame it and give enough context, then it makes people
16   think that these are all equally valid from a -- an
17   evidence perspective.  This isn't always so.  We can't
18   have both sides -- you know, these issues, you know,
19   when we recognize that some points of view or
20   assertions are not based on evidence and can be
21   harmful.
22              (Audio ended.)
23
24
25
```

```
 1              CERTIFICATE OF REPORTER
 2
 3
 4              I, Melissa J. Lane, Certified Court
 5   Reporter of Missouri, Certified Shorthand Reporter of
 6   Illinois and Registered Professional Reporter, do
 7   hereby certify that I was asked to prepare a
 8   transcript of proceedings had in the above-mentioned
 9   case, which proceedings were held with no court
10   reporter present utilizing an open microphone system
11   of preserving the record.
12              I further certify that the foregoing pages
13   constitute a true and accurate reproduction of the
14   proceedings as transcribed by me to the best of my
15   ability and may include inaudible sections or
16   misidentified speakers of said open microphone
17   recording.
18
19
20              Melissa J. Lane, CCR, CSR, RPR
21
22
23
24
25
```