**From:** Brian Rice
**Sent:** 4/29/2022 6:28:15 PM
**To:** Lesko, Max (HHS/OASH); Waldo, Eric (HHS/OASH)
**Subject:** Re: Letter from the U.S. Surgeon General

Max, Eric,

We had assumed the deadline for submission was 12:00 midnight at the end of the day Monday—but want to confirm that. Is the deadline for filing at 12:00 midnight at end of Sunday pm, or end of Monday pm?

Thanks very much.

Get Outlook for iOS

---

**From:** Lesko, Max (HHS/OASH)
**Sent:** Thursday, March 3, 2022 10:09:51 AM
**To:** Nick Clegg; Brian Rice; Nathaniel Gleicher
**Subject:** Letter from the U.S. Surgeon General

Dear Nick, Brian, and Nathaniel,

Please see the attached letter from the U.S. Surgeon General for Mark Zuckerberg.

Let me know if I can be helpful with respect to the Request for Information which has been sent to the Federal Register and will be up to receive submissions in the coming days. Also let me know if you have any questions.

Thank you,
Max Lesko

Max S Lesko (he/him)
Chief of Staff, Office of the Surgeon General
Department of Health and Human Services