**From:** Brian Rice
**Sent:** 6/22/2022 10:56:43 AM
**To:** Flaherty, Rob R. EOP/WHO [                    ] Tim Manning
Salcido, Dori A. EOP/WHO [                    ] Cheema, Subhan N. EOP/WHO
**CC:** Waldo, Eric (HHS/OASH) [                                   ] Carrie Adams
**Subject:** Policy changes for under 5 vaccines

Rob and Team,

Wanted to ensure you were aware of our policy updates following the early childhood vaccine approvals. As of today, all COVID-19 vaccine related misinformation and harm policies on Facebook and Instagram apply to people 6 months or older (with the exception of the claim that the COVID vaccines have full FDA approval since children have only emergency use authorization).

We expanded these policies in coordination with the CDC and ensured that we also included false claims that might be connected to children, such as the false claim that COVID vaccines cause Multisystem inflammatory syndrome in children (MIS-C).

If you have further questions or would like a briefing, please let me know.

Best,

Brian