From: Brian Rice [brianrice@fb.com]
Sent: 7/17/2022 11:16:55 PM
To: Flaherty, Rob R. EOP/WHO ; Tim Manning
Salcido, Dori A. EOP/WHO ; Cheema, Subhan N. EOP/WHO
CC: Waldo, Eric (HHS/OASH)
Subject: Re: Covid Insights report
Attachments: 6_24_22 - COVID-19 Insights.pdf; 07_08_22 - COVID-19 Insights.pdf

Rob et all,

Including the most recent two reports here for your review. We'll have the next version ready for this Friday. Please let me know if you have any questions.

Brian

---

From: Flaherty, Rob R. EOP/WHO
Date: Monday, June 13, 2022 at 6:11 PM
To: Brian Rice , Manning, Tim W. EOP/WHO
Salcido, Dori A. EOP/WHO , Cheema, Subhan N. EOP/WHO
Cc: Waldo, Eric (HHS/OASH)
Subject: RE: Covid Insights report

Hey Brian – Thanks for these. I would normally say we are good to discontinue but it would be helpful to continue to get these as we start to ramp up under 5 vaccines. Obviously, that has a potential to be just as charged. Would love to get a sense of what you all are planning here. I'm also adding in Dori and Subhan who have replaced Courtney and Ben.

---

From: Brian Rice
Sent: Monday, June 13, 2022 3:27 PM
To: Rowe, Courtney M. EOP/WHO ; Wakana, Benjamin L. EOP/WHO
; Manning, Tim W. EOP/WHO
Cc: Flaherty, Rob R. EOP/WHO ; Waldo, Eric (HHS/OASH)
Subject: [EXTERNAL] Re: Covid Insights report

Hi all,

Attaching recent reports for your review. We will plan to discontinue these unless we hear from you that this information continues to be valuable. We're happy to continue, or to pick up at a later date, if circumstances warrant or if we hear from you that this continues to be of value. Providing a summary below from our team detailing the decrease in vaccine related posts we have seen over the past 6 months for further context.

Thanks and please let me know if you have any questions.

Brian

---

Over the last 6 months, there has been a noticeable decrease in top vaccine-related posts that were demoted as misinformation or for sharing misleading or sensationalized information about vaccines in

a way that would be likely to discourage vaccinations. There has not been a post misinforming or discouraging vaccination in this way in the top 100 vaccine-related posts since the week of February 27th, 2022, and the overall trend peak dates back to October of 2021. The total number of posts removed for violating our COVID-19 or vaccine misinformation policies has remained at 1 since the week of December 13th, 2021. We believe this trend will continue given the sustained low volumes of top-vaccine related posts despite the Omicron variant surge experienced in early 2022.

We recommend discontinuing this report as we are no longer seeing problematic vaccine related posts (Borderline Vaccine) in the top 100 posts viewed on FB in the US. Deprecation of this report will not impact existing enforcement measures or ongoing monitoring and reporting on the problem. Meta will continue to reduce the prevalence of this problem, and will reinstate the reports if events warrant.

---

**From:** Brian Rice
**Date:** Tuesday, May 3, 2022 at 3:51 PM
**To:** Rowe, Courtney M. EOP/WHO
Manning, Tim W. EOP/WHO
**Cc:** Flaherty, Rob R. EOP/WHO
Waldo, Eric (HHS/OASH)

**Subject:** Covid Insights report

Attaching the past two reports for your review. These cover the periods from 3/20 through 4/16. Also flagging that it would help to hear from you if these reports continue to provide useful context or if you'd like to follow up with a discussion as to how we can be helpful during this phase of the pandemic. We filed a response to the Surgeon General's rfi on Covid misinformation and would be happy to discuss at the appropriate time.

Thanks,

Brian

---

**From:** Brian Rice
**Date:** Monday, April 4, 2022 at 2:48 PM
**To:** Rowe, Courtney M. EOP/WHO
Manning, Tim W. EOP/WHO
**Cc:** Flaherty, Rob R. EOP/WHO
Waldo, Eric (HHS/OASH)

**Subject:** Re: Covid Insights report -

Attached is the most recent Insights report. Toplines are below as well.

Given the shifting dynamics of the pandemic, it would help to understand if these reports are still useful or if we should rethink the cadence of our sending this information. Any objections to scaling back to a monthly report? If folks find the biweekly cadence useful we are happy to keep it up, just want to be responsive to your interests.

Thanks—and please let me know if you have any other feedback that we should consider.

---

Below is what we are seeing in the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 03/06/22 - 03/12/22 and 03/13/22 - 03/19/22.

As before, this report is focused on top vaccine related posts only. We're continuing to investigate and build analysis around content that isn't captured in this report. Again, the analysis provided below may be subject to other methodological challenges or errors - e.g., the specific rank number may not be exact.

### 1. Top 100 overall posts on FB in the U.S.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22, we see 0 pieces of content were specifically related to vaccine content.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22, we see that 0 pieces of content were specifically related to vaccine content.

### Top 100 vaccine-related posts on FB in the U.S.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22:

1. 0 posts were deleted for violating our COVID-19 and vaccine policies.
2. 0 posts were labeled labeled by third-party fact-checkers for "missing context".
3. 0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22:

1. 0 posts were deleted for violating our COVID-19 and vaccine policies
2. 0 posts were labeled and demoted by third-party fact checkers
3. 1 post was labeled and demoted for sensationalist content about the number of vaccine doses that will be recommended in future.

---

**From:** Brian Rice
**Date:** Monday, March 28, 2022 at 2:26 PM
**To:** Rowe, Courtney M. EOP/WHO ████████████████████████████████████████, Manning, Tim W. EOP/WHO ████████
**Cc:** Flaherty, Rob R. EOP/WHO ████████████████████ Waldo, Eric (HHS/OASH) ████████████████████████████████████
**Subject:** Re: Covid Insights report -

Sending the latest version of our insights report. Please let me know if you have any questions.

**Brian Rice | ∞ Meta**
US Public Policy

---

**From:** Brian Rice ████████████████████
**Date:** Wednesday, February 23, 2022 at 3:32 PM
**To:** Rowe, Courtney M. EOP/WHO ████████████████████████████████████████, Manning, Tim W. EOP/WHO ████████████████████
**Cc:** Flaherty, Rob R. EOP/WHO ████████████████████ Waldo, Eric (HHS/OASH)

**Subject:** Covid Insights report –

Sending the latest Covid Insights Report—please let us know if you have any questions.

Thanks and have a good week.

**Brian Rice** | ∞ Meta
US Public Policy