**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

January 12, 2022

Judge Jesse M. Furman
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Joshua A. Schulte, 17 Cr. 548 (JMF)*

Dear Judge Furman,

    On behalf of pro se defendant Joshua A. Schulte I have filed with the Court his motion pursuant to Federal Rules of Criminal Procedure 29 and 33. See, Docket Entry No. 992. Mr. Schulte wishes for the Court to know that the filing is not of the quality he would like, and the quality of his work product was negatively impacted by the conditions at the law library at the Metropolitan Detention Center.

    Mr. Schulte also wishes for me to communicate to the Court that the statements attributed to him by the care providers at the Metropolitan Detention Center (see, Docket Entry Number 982) are inaccurate and do not reflect what he said to the care providers.

Respectfully submitted,

*/s/ Sabrina Shroff*

Sabrina P. Shroff
For Pro Se Defendant Joshua A. Schulte