IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR <u>PRELIMINARY INJUNCTION</u>**

Before the Court is Plaintiffs' Consent Motion for Leave to File an Overlength Supplemental Brief in Support of Motion for Preliminary Injunction. Plaintiffs' Motion is unopposed. Having considered the Motion, the Court hereby GRANTS Plaintiffs' Motion.

*It is so ordered.*

Dated: _____  Signed: _____
                                             Hon. Terry A. Doughty, U.S. District Judge