# EXHIBIT F

## Twitter Final Production Agreement
## Second Supplemental Response to Request Number 5

1. Aikin, Ann
2. Appel, Emily
3. Bhatty, Isra J.
4. Blomquist, Trishia
5. Bonino, Carolina
6. Cha, Steven H.
7. Chan, Elvis
8. Choe, Alexander
9. Clark, Alaina
10. Cohen, John
11. Colas, Katy E.
12. Crawford, Carol Y.
13. Daskal, Jen
14. Dehmlow, Laura
15. Dempsey, Jay H.
16. Dougherty, Claudia
17. Easterly, Jen
18. Faught, Caroline
19. Fitzpatrick, Marykate
20. Flaherty, Rob
21. Frazier, Anthony
22. Frisbie, Alexis
23. Furst, Hala
24. Galatas, Kate
25. Geltzer, Joshua A.
26. Gordon, Stephanie
27. Hale, Geoffrey
28. Hatch, Teri
29. Heidelberg, Kirsten
30. Humphrey, Clarke E.
31. Hutchinson, Tamara
32. Jackson, James
33. Jamal, Catherine
34. Jankowicz, Nina
35. Kern, Anna
36. Kimberly, Brad
37. Kimmage, Daniel
38. Lambert, Tericka
39. Larosa, Michael J.
40. Lesko, Max
41. Malenab, Jennifer
42. Martin, Cynthia
43. Masterson, Matthew
44. McCarthy, Catalina
45. McCarthy, Catalina
46. Murthy, Vivek
47. Nash, James
48. Omalley, Michelle
49. Palczewski, Andrew
50. Peck, Joshua
51. Perry, Dina
52. Perry, Matthew J.
53. Person, Mark D.
54. Phillips, Alexandria
55. Picarelli, John
56. Posada, Michael R.
57. Protentis, Lauren
58. Qureshi, Hoor A.
59. Rich, Kelly D.
60. Rowe, Courtney
61. Sanchez-Velasco, Marissa
62. Saupp, Kevin
63. Schaul, Robert
64. Schwartz, Zachary Henry
65. Scully, Brian
66. Shopkorn, Jennifer
67. Sills, Jonathan P.
68. Silvers, Robert
69. Slavitt, Andy
70. Smislova, Melissa
71. Snell, Allison
72. Stewart, Samaruddin K.
73. Tanguay, Kimberly
74. Thorpe, Valarie
75. Tillman, Kathryn
76. Tom, Christian L.
77. Tsuyi, Megan
78. Vinograd, Samantha
79. Virmani, Sanjay
80. Wakana, Benjamin L.
81. Waldo, Eric
82. Ward, Deborah
83. Westfall, Benjamin
84. Wyman, Kim