# EXHIBIT I

facebook                                                                        Log In



# Tucker Carlson ✓

1.2M followers • 1 following

**Posts**   About   Photos   Videos                                              ⋯

### Intro

Host of Tucker Carlson Tonight, weeknights at 8 PM ET on Fox News Channel

ⓘ   **Page** · Public figure

🌐   TuckerCarlson.com

## Connect with Tucker Carlson on Facebook

[ Log In ]   or   [ Create new account ]

facebook	Log In





# Tucker Carlson Tonight 
@TuckerCarlsonTonight · TV show

📩 Send message

Hi! Please let us know how we can help.

**Home**  Videos  Photos  About  More ▾  ⋯

## About	See all

ⓘ Don't miss America's #1 show: 'Tucker Carlson Tonight' weeknights at 8pm ET on Fox News. Also, 2 new hit shows streaming now on Fox Nation: 'Tucker Ca… **See more**

👍 2,526,409 people like this

📋 3,807,501 people follow this

🌐 http://www.TuckerCarlson.com/

## See more of Tucker Carlson Tonight on Facebook

Log In	or	Create new account