# EXHIBIT M

3/1/23, 12:16 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote 'benefits of clean energy' | Fox News
Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 2 of 16 PageID #: 16109

Fox News Media
Fox News Media
Fox Business
Fox Nation
Fox News Audio
Fox Weather
Outkick
Books

Login    Watch TV

MEDIA · Published June 14, 2022 9:36pm EDT

# Biden climate adviser demands tech companies censor 'disinformation' to promote 'benefits of clean energy'

White House National Climate Adviser Gina McCarthy wants Big Tech to 'stop allowing' disinformation

By **Alexander Hall** | Fox News



**Biden climate adviser: Social media companies need to censor fossil fuel 'disinformation'**

White House Climate Adviser Gina McCarthy told Alexi McCammond of Axios that social media companies need to censor 'disinformation' on green energy.

3/1/23, 12:36 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 3 of 16 PageID #: 16110

White House National Climate Adviser Gina McCarthy skewered Big Tech companies for "allowing" disinformation and cheered Congress for "taking action" to enact more censorship last Thursday.

McCarthy, who also served as an Environmental Protection Agency administrator during Barack Obama's presidency, spoke during an Axios event titled "A conversation on battling misinformation."

Axios political reporter Alexi McCammond asked McCarthy how so-called "rampant mis-and-disinformation around climate change online and in other platforms" has "made your job harder?"

McCarthy responded by slamming social media companies: "We have to get tighter, we have to get better at communicating, and frankly, the tech companies have to stop allowing specific individuals over and over again to spread disinformation. That's what the fossil fuel companies pay for."

**BIDEN, DEMOCRATS BELIEVE AMERICANS' ECONOMIC STRUGGLES 'NECESSARY PRICE TO PAY TO SAVE PLANET': SEXTON**

3/1/23, 12:16 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM Document 212-17 Filed 03/06/23 Page 4 of 16 PageID #: 16111



**White House Climate Adviser Gina McCarthy and Secretary of Transportation Pete Buttigieg hold a news conference on April 22, 2021, in Washington, D.C. (Drew Angerer/Getty Images)**

She suggested further that "we have to be smarter than that and we need the tech companies to really jump in."

McCammond responded by asking: "Isn't misinformation and disinfo around climate a threat to public health itself?"

McCarthy asserted that it "absolutely" is:

"Oh, absolutely. You know. It's not just denial of this, it's also greenwashing. You have these companies that are claiming to be part of the solution that really are just not informing people about

3/1/23, 12:16 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News
Case 3:22-cv-01213-TAD-KDM Document 212-17 Filed 03/06/23 Page 5 of 16 PageID #: 16112

what they're really doing and how they're really investing and how people should be investing their money if they really care about climate."



Secretary of Transportation Pete Buttigieg looks on as White House National Climate Adviser Gina McCarthy speaks during an event about fuel economy standards at the headquarters of the Department of Transportation on April 1, 2022, in Washington, D.C. (Drew Angerer/Getty Images)

### HOUSE REPUBLICAN MEASURE WOULD BLOCK BIG TECH COMPANIES FROM HOSTING CCP OFFICIALS ON PLATFORMS

McCarthy also praised Congress directly for pushing social media companies to censor Americans: "We do see Congress taking action on these issues, we do see them trying to tackle the misinformation that's out there, trying to hold companies accountable."

3/1/23, 12:38 PM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News
Case 3:22-cv-01213-TAD-KDM Document 212-17 Filed 03/06/23 Page 6 of 16 PageID #: 16113

The Biden administration has a history of asking Big Tech companies to censor Americans in the name of "public health."

Former Biden White House press secretary Jen Psaki declared as much directly in a press briefing last year.



White House National Climate Adviser Gina McCarthy speaks as U.S. Secretary of Energy Jennifer Granholm looks on during an event to discuss investments in the U.S. electric vehicle charging network, outside Department of Transportation headquarters on Feb. 10, 2022, in Washington, D.C. (Drew Angerer/Getty Images)

"So we're regularly making sure social media platforms are aware of the latest narratives, dangerous to public health that we and many other Americans are seeing across all of social and traditional

3/1/23, 12:36 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 7 of 16 PageID #:
16114

media," Psaki explained. "And we work to engage with them to better understand the enforcement of social media platform policies."

[CLICK HERE TO GET THE FOX NEWS APP](#)

The White House recently proposed a Disinformation Governance Board to tackle these issues. The project was [temporarily paused](#) after the board and its leadership were widely panned.

---

Alexander Hall is an associate editor for Fox News Digital. Story tips can be sent to Alexander.hall@fox.com.

## Sponsored Stories

**Hands Down! The World's Healthiest Breakfast**
Ka'Chava

**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**
Wolf & Shepherd

**7 Wealth Tips Once Your Portfolio Reaches $500k**
Fisher Investments

**What are the best home insurance rates of 2023?**
Forbes Advisor

**This Only Looks Like A Regular Pocketknife - A Deejo Is Anything But That**
Deejo

**Why is Human-Grade the New Standard of Pet Food?**

3/1/23, 12:16 AM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM  Document 212-17  Filed 03/06/23  Page 8 of 16 PageID #: 16115

The Farmer's Dog

Recommended by Outbrain

3/1/23, 12:16 AM
Biden climate advisor demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 9 of 16 PageID #: 16116

## Conversation  2.3K Comments

What do you think?

Sort by **Best**

**drd64**
14 June, 2022

"...stop allowing specific individuals over and over again to spread disinformation. That's what the fossil fuel companies pay for." Really? The cause of climate change and mankind's contribution to climate change IS NOT SETTLED SCIENCE. Rather, the Scientific approach IS TO ALLOW multiple view po...**See more**

Reply · 👍 320  👎 2 · Share

**rnagel**
14 June, 2022

For Pete's sake, they are still trying to disprove the Theory of Relativity. The scientific method requires constant testing of theories. Climate change won't be able to stand up to rigorous testing so they want to outlaw it.

Reply · 👍 66  👎 · Share

↪ 7 replies

c **CyanTree**
14 June, 2022

Top 5 dim misinformation (lies) of all time
1. Global Warming (AGW)
2. Covid (collectively, every facet)
3. Russian collusion (actually true, but they colluded with them, not Trump)
4. Fascism is right wing (as they try to take our guns away and roll out the brown shirts to silence anyone that dares op...**See more**

Reply · 👍 82  👎 1 · Share

↪ 5 replies

↪ Show 21 more replies

**mecanik909**
14 June, 2022

There's no such thing as totally green energy. Even solar power requires solar panels that are almost unrecyclable. The energy it takes to make the panels is more than the energy we get out of them.

3/1/23, 12:05 AM                         Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 10 of 16 PageID #:
                                        16117

Even the batteries require chemicals harmful to the earth to manufacture and they are not recycled ...**See more**

Reply · 👍 53 👎 · Share

**M  mcmac**
14 June, 2022

The real deal is green energy is a way to funnel dark money, Solyndra comes to mind...

"Solyndra of course is the once much-hyped solar panel startup that raised over a billion dollars from private investors and lost $5oo million of tax-payer funds, in the form of a loan backed by the DOE, when the...**See more**

Reply · 👍 28 👎 · Share

↳ 3 replies

**C  Calif22**
15 June, 2022

The panels take 5 years to recover the energy used to make them and windmills killed150 eagles last year and the blades that are replaced every 2?years are 100 % land fill.

Reply · 👍 3 👎 · Share

↳ 1 reply

↳ Show 2 more replies

---

**BobB62053**
14 June, 2022

She has a BA in Anthropology and an MS (a stretch) in Gov't policy. Her understanding of climate science, emission chemistry and environmental gases is roughly the equivalent of AOC's understanding of Rocket Science.

Reply · 👍 109 👎 · Share

**S  stu1235**
14 June, 2022

and AOC's understanding of how the US Federal Government works.
"I'm going to Washington to sign bills into law!" 11/7/2018
"all three chambers of Congress." 11/21/2018

Reply · 👍 22 👎 · Share

**DesotoSoda**
14 June, 2022

As well she is clearly anti-science. Science welcomes debate and challenge. So she is trying to kill science however she can.

Reply · 👍 16 👎 · Share

3/1/23, 12:46 PM                    Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 11 of 16 PageID #: 16118

↪ Show 3 more replies

**Y** **yarnavy15**
14 June, 2022

I care that she is lying. I worked at semiconductor facility and a solar cell manufacturing plant…. Both highly toxic and using chemicals that DESTROY the environment. Heavy metals, hazmat waste stored in dumpsters and spent scrubber solutions. Now I work at natural gas power plant and the whole pr...**See more**

Reply · 👍 378   👎 3  · Share

**S** **Stratton1**
14 June, 2022

Let's not even talk about how the raw material are extracted from the earth to make the batteries for the electric car and solar house units.  Lithium and cobalt mining is not environmentally friendly either.

Reply · 👍 50   👎 1  · Share

↪ 3 replies

**Ig5599**
14 June, 2022

Biden has a plan to address that.  He is lowering Trump tariffs on solar panels so that the U.S. manufacturers go out of business and we get them from China.  This way China has all the pollution.  *(Edited)*

Reply · 👍 69   👎   · Share

↪ 11 replies

↪ Show 8 more replies

**josteed**
14 June, 2022

Ok, if a pipeline that carries oil and fuel to depots and storage areas were to stop the transportation of such commodities would have to be done by trucks, rail, or barge.  All of which use fossil fuels.  Think about that.  So, is stating that misinformation?

Reply · 👍 36   👎   · Share

**N** **NeverAgain20273**
14 June, 2022

Prove your point ! I can be convinced but at this point because of statements like this woman's are making me highly skeptical. In my view climate change proponents only want control over the rest of the population and at the same time financially benefit. Follow the money, it goes all the way to C...**See more**

Reply · 👍 26   👎   · Share

↪ 1 reply

3/1/23, 12:35 PM                    Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM Document 212-17 Filed 03/06/23 Page 12 of 16 PageID #: 16119

**N   njg49**
14 June, 2022

I am amazed how easily and comfortably both elect and unelected officials have the word censorship roll off their tongues. No embarrassment, no hesitation just demanding the obvious violation of the Constitution. How far this Government has fallen.

Reply  ·  👍 136  👎  ·  Share

   **V   Vikingsfan**
   14 June, 2022

   How far has dems fallen! Fixed it for y

   Reply  ·  👍 39  👎  ·  Share

   **C   chipur**
   14 June, 2022

   Bingo!

   Reply  ·  👍 11  👎  ·  Share

   ↳ Show 1 more reply

**❓  🥩 RareRibeye 🍷**
14 June, 2022

For one, how can you trust a woman that looks like Bill Clinton and who worked for Obama? Secondly who is to decide what fossil fuel information is false or misleading? Lastly, freedom of speech is not allocated to those who only speak what others view as true. This is communism censorship.

Reply  ·  👍 232  👎 2  ·  Share

   **T   thumpercria**
   14 June, 2022

   Don't worry about deciding what is true and not true. The federal government will tell you what is true.

   Reply  ·  👍 13  👎  ·  Share

   **2ndgen**
   14 June, 2022

   As a conservative, I can define a woman and I doubt she ever qualified

   Reply  ·  👍 68  👎  ·  Share

   ↳ 2 replies

↳ Show 6 more replies

**momomomo**
14 June, 2022

3/1/23, 12:35 PM                    Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 13 of 16 PageID #:
                                           16120

"Replacing every gasoline engine with an electric would not alter climate change one bit. It's a natural cycle. Has been for millions of years." That disinformation?

Reply • 👍 154 👎 • Share

**jeffelkins**
14 June, 2022

I actually believe that EVS are actually worse for the environment. The metals that are used in EVS are more precious because of the weight reduction! Add in the precious materials for the batteries and you have an environmental nightmare!

Reply • 👍 27 👎 1 • Share

↪ 1 reply

B **betrayed2020**
14 June, 2022

Did you think think there was any other way to kill the freedom and liberty of the American people? The democrats must control the narrative. They're succeeding. They control every aspect of communication, from academia, all news platforms, entertainment, and all social media. Period.

Reply • 👍 16 👎 • Share

↪ 1 reply

↪ Show 8 more replies

J **josh2024**
14 June, 2022

Back in the 1500s it was disinformation to declare that the sun was the center of the solar system. It was driven by the government and those in power who did everything they could to suppress it. Penalty was prison, torture or worse. The question to ask is why would anyone be afraid of any type o...**See more**  *(Edited)*

Reply • 👍 14 👎 • Share

G **gcsf**
14 June, 2022

There was no scientific method formally established, The suppression was based on the church maintaining power by labeling the new astronomical findings as blasphemy. There was no competing data; it was just a pronouncement.

Your analogy falls apart because if you analyze the evidence, you cannot ...**See more** *(Edited)*

Reply • 👍 👎 3 • Share

↪ 3 replies

↪ Show 1 more reply

3/1/23, 12:05 AM  Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM   Document 212-17   Filed 03/06/23   Page 14 of 16 PageID #:
16121

Show More Comments

Powered by OpenWeb    Terms  |  Privacy  |  Feedback

## Coronavirus

## U.S.

Crime
Military
Education
Terror
Immigration
Economy
Personal Freedoms
Fox News Investigates

## World

U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

## Opinion

## Politics

Executive
Senate
House
Judiciary
Foreign Policy
Polls
Elections

## Entertainment

Celebrity News
Movies
TV News
Music News
Style News
Entertainment Video

3/1/23, 12:35 PM                                                Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM Document 212-17 Filed 03/06/23 Page 15 of 16 PageID #:
16122

## Business

Personal Finance
Economy
Markets
Watchlist
Lifestyle
Real Estate
Tech

## Science

Archaeology
Air & Space
Planet Earth
Wild Nature
Natural Science
Dinosaurs

## Health

Coronavirus
Healthy Living
Medical Research
Mental Health
Cancer
Heart Health
Children's Health

## About

Contact Us
Careers
Fox Around the World
Advertise With Us
Media Relations
Corporate Information
Compliance

## Lifestyle

Food + Drink
Cars + Trucks
Travel + Outdoors
House + Home
Fitness + Well-being
Style + Beauty
Family
Faith

## Tech

Security
Innovation
Drones
Computers
Video Games
Military Tech

## TV

Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

## Other

Fox Business
Fox Weather
Fox Nation
Fox News Shop
Fox News Go
Fox News Radio
Outkick
Newsletters
Podcasts
Apps & Products

3/1/23, 12:45 PM
Biden climate adviser demands tech companies censor 'disinformation' to promote benefits of clean energy | Fox News

Case 3:22-cv-01213-TAD-KDM    Document 212-17    Filed 03/06/23    Page 16 of 16 PageID #:
16123

New Terms of Use    New Privacy Policy    Your Privacy Choices    Closed Captioning Policy    Help    Contact Us    Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.