# EXHIBIT EE

**From:** Fauci, Anthony (NIH/NIAID) [E]
**Sent:** Wed, 5 Feb 2020 03:48:11 +0000
**To:** Sylvia Burwell
**Subject:** RE: A couple of quick questions.

Sylvia:

Masks are really for infected people to prevent them from spreading infection to people who are not infected rather than protecting uninfected people from acquiring infection. The typical mask you buy in the drug store is not really effective in keeping out virus, which is small enough to pass through the material. It might, however, provide some slight benefit in keep out gross droplets if someone coughs or sneezes on you. I do not recommend that you wear a mask, particularly since you are going to a vey low risk location. Your instincts are correct, money is best spent on medical countermeasures such as diagnostics and vaccines.
   Safe travels.
Best regards,
Tony

**From:** Sylvia Burwell (b) (6)>
**Sent:** Tuesday, February 4, 2020 10:24 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] (b) (6)
**Subject:** A couple of quick questions.

Begin forwarded message:

> **From:** Sylvia Burwell (b) (6)
> **Date:** February 4, 2020 at 9:35:03 PM EST
> **To:** Sylvia Burwell (b) (6)
> **Subject: Fwd:** Advice re a donation

**EXTERNAL EMAIL:** Use caution with links and attachments.

Begin forwarded message:

> **From:** Sylvia Burwell (b) (6)
> **Date:** February 4, 2020 at 9:33:47 PM EST
> **To:** Tony Fauci (b) (6)>
> **Subject: Fwd:** Advice re a donation

Tony

Two quick questions

1. I am traveling to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (b) (6) Folks are suggesting I take a mask for the airport. Is this something I should do.

2. Please see below. Do the Chinese have needs for support right now? Would money be better spent on diagnostics or vaccine work?

Thanks!

Sylvia


Begin forwarded message:

> **From:** Richard Falkenrath ▓▓▓▓▓ (b) (6)
> **Date:** February 4, 2020 at 5:27:32 PM EST
> **To:** ▓▓ (b) (6) Sylvia Mathews Burwell
> ▓▓▓▓▓▓▓▓ (b) (6)
> **Subject: Advice re a donation**
>
> Hi Sylvia
>
> I hope this find you well.
>
> Quick question, a little bit from left field, but drawing on your experience at Gates and HHS. Ray Dalio and Bridgewater are interested in making a very sizable donation to help China deal with the global public health challenge arising from the new coronavirus. Any suggestions of where we should look to donate the funds?
>
> Thanks so much. ▓▓▓▓▓▓ (b) (6) Looking forward to seeing you again soon.
>
> Richard
> ▓▓▓▓ (b) (6)