# EXHIBIT GG

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INC000010309694 | Misinformation Reports | CIS-MIS000030 | 10/5/2020 3:22pm | On 10/5 at 3:25pm, reported to Facebook. On 10/5 at 3:27pm, Notified reporter or passing. | | | | |
| 2 | | Brian Corley, MPA, Supervisor of Elections, Pasco County | FW: Supervisor Of Elections | 10/5/2020 2:39pm | On 10/5 at 2:42pm, reported to Facebook. | | | | |
| 3 | | MITRE | FW: [EXTERNAL] MITRE SQUINT Misinformation Directed at Floriday | 10/5/2020 1:00pm | On 10/5 at 1:18pm, reported to Twitter. | | | | |
| 4 | | Misinformation Reports | CIS-MIS000028 | 10/4/2020 11:27am | On 10/4 at 12:03pm, reported to platforms and FBI. | | | | |
| 5 | | Misinformation Reports | CIS-MIS000027 | 10/3/2020 10:00am | On 10/3 at 10:43am, reported to Facebook. On 10/3 at 3:13pm Facebook confirms receipt and is reviewing. | | | | |
| 6 | | Misinformation Reports | CIS-MIS000026 | 10/2/2020 6:08pm | On 10/2 at 10:29pm, reported to Facebook. On 10/6 11:43am, followed up with Facebook. On 10/7 at 7:00am, Facebook to recirculate and ensure response. | | | | |
| 7 | | Misinformation Reports | CIS-MIS000023 | 10/2/2020 3:28pm | On 10/2 at 4:10pm Facebook contacted reporter directly and resolved incident by redirecting the unofficial Facebook site to the legitimate County Facebook site. | | | | |
| 8 | | Misinformation Reports | CIS-MIS000025 | 10/2/2020 3:28pm | On 10/2 at 3:30pm, Inquired if tweet has been taken down. | | | | |
| 9 | | Misinformation Reports | CIS-MIS000024 | 10/1/2020 4:23pm | On 10/1 at 5:09pm, reported to Twitter. | | | | |
| 10 | | Misinformation Reports | CIS-MIS000001 | 09/29/2020 2:06pm | | | | | |
| 11 | | Misinformation Reports | CIS-MIS000031 | 10/5/2020 7:15pm | Not platform related. Brainstorming procedures. | | | | |
| 12 | | Misinformation Reports | CIS-MIS000032 | 10/7/2020 4:15pm | On 10/7 at 4:19pm, reported to Facebook. | | | | |
| 13 | | Misinformation Reports | CIS-MIS000033 | 10/7/2020 8:04pm | On 10/7 at 8:07, reported to Twitter. On 10/7 at 8:09 Twitter confirms receipt and will escalate. | | | | |
| 14 | | Misinformation Reports | CIS-MIS000034 | 10/8/2020 11:00am | On 10/8 at 11:31am, reported to Twitter. 11:37am, notified reporter of passing. | | | | |
| 15 | | Misinformation Reports | CIS-MIS000035 | 10/8/2020 3:32pm | On 18/8 at 3:50pm, reported to Microsoft. At 4:01pm, reported to Google. At 4:07pm Microsoft acknowledged receipt. At 4:10pm notified reporter of passing and receipt. At 4:33pm reported to Mission Manager and CSD for possible further analysis. | | | | |
| 16 | | Misinformation Reports | CIS-MIS000036 | 10/10/2020 12:42pm | On 10/10 at 12:52, reported to Twitter. At 6:33pm, Twitter reported taking action on report. | Closed | | | |
| 17 | | Jack Cable | Impersonation of CISA Employee | 10/10/2020 3:41pm | On 10/10 at 4;04pm, reported to Twitter. At 6:21pm, identity verified as false. At 8:12pm, Twitter took action on the account. | Closed | | | |
| 18 | | Misinformation Reports | CIS-MIS000037 | 10/13/2020 5:14pm | On 10/13 at 5:24 pm, reported to Twitter. at 7:38 pm, Twitter reported taking action on report. | | | | |
| 19 | | Misinformation Reports | CIS-MIS000038 | 10/14/2020 8:23am | On 10/14 at 8:32am, reported to Facebook. At 8:37am, notified reporter of passing. | | | | |
| 20 | | Misinformation Reports | CIS-MIS000039 | 10/14/2020 4:48pm | On 10/14 at 4:59pm, reported to Facebook. At 5:06pm, notifed reporter of passing. | | | | |
| 21 | | Misinformation Reports | CIS-MIS000041 | 10/15/2020 11:29am | On 10/15 at 11:35am, reported to Twitter. At 11:39am, notified reporter of passing. At 11:42am Twitter acknowledged receipt. At 12:08pm Twitter responded that they are escalating. | | | | |
| 22 | | Misinformation Reports | CIS-MIS000042 | 10/15/2020 12:58pm | On 10/15, at 1:03pm, reported to Facebook. At 1:06am, notified reporter of passing. | | | | |
| 23 | | Misinformation Reports | CIS-MIS000043 | 10/16/2020 9:48am | On 10/16 at 10:27am, reach out to reporter who already notifiying Vote.org for resolution. At 10:30am, reporter responded that they notified and are awaiting response. | | | | |
| 24 | | Misinformation Reports | CIS-MIS000044 | 10/16/2020 18:23 | On 10/16 at 7:01 pm reported to Twitter. Twitter determined the tweet did not violate their policies. | | | | |
| 25 | | | CIS-MIS000045 | | | | | | |

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 26 | | Misinformation Reports | CIS-MIS000046 | 10/17/2020 17:47 | On 10/17 at 5:57 pm, reported to Twitter. On 10/17 at 7:03 sent notification that the tweet violeted Twitter's policies. After, the FBI requested a screenshot of the removed tweet, which NASED was able to provide | | | | |
| 27 | | Misinformation Reports | CIS-MIS000049 | 10/19/2020 19:49 | Reported to Twitter at 22:30 by Dragseth | | | | |
| 28 | | CISA Central | | 10/20/2020 12:32 | Reported to the FBI by Schaul; reported to Twilio, Google, and Microsoft by Dragseth at 1400. FYSA'd PRIV and OCC. | | | | |
| 29 | | Misinformation Reports | CIS-MIS000051 | 10/20/2020 1341 | Reported to FB and other SMPs as well as FBI and PRIV, OCC by Dragseth at 1410 | | | | |
| 30 | | Misinformation Reports | CIS-MIS000052 | 10/20/2020 1529 | Reported to Twilio at 1700. This report of a MDM text message from OK included significant PII (name, DOB, address) so we worked with the ISAC to redact the PII before forwarding. | | | | |
| 31 | | Misinformation Reports | CIS-MIS000055 | 10/21/2020 1425 | Reported to FB at 1600. Shared with FBI and FYSA'd to OCC, PRIV | | | | |
| 32 | | Wyoming Office of Homealnd Security | Wyoming Report | 10/21/2020 1346 | Reported to Twitter at 1346. | | | | |
| 33 | | EI-ISAC | Fake Illinois Twitter | 10/21/2020 2230 | Reported to Twitter at 2234. | | | | |
| 34 | | MSISAC SOC Ticket 4492912 | Fraudulent Twitter Accounts | 10/22/2020 0823 | Reported to Twitter at 0844. | | | | |
| 35 | | Misinformation Reports | Case #CIS-MIS000058 | 10/22/2020 1202 | Reported to Twitter at 1233 by Scully. | | | | |
| 36 | | Misinformation Reports | CIS-MIS000059 | 10/22/2020 1633 | Reported to Facebook at 1643 by Scully. | Closed | | | |
| 37 | | Misinformation Reports | CIS-MIS000062 | 10/23/2020 0951 | Reported to Twitter at 0958 by Scully. | | | | |
| 38 | | misinformation Reports | CIS-MIS000065 | 10/23/2020 2033 | Reported to Twitter at 2108 by Dragseth. | | | | |
| 39 | | Misinformation Reports | CIS-MIS000067 | 10/25/2020 2235 | Reported to Twitter and Google at 2243. Twitter took enforcement action. | | | | |
| 40 | | Misinformation Reports | CIS-MIS000070 | 10/26/2020 1407 | Reported to Twitter at 1430 by Scully. | | | | |
| 41 | | Misinformation Reports | CIS-MIS000071 | 10/26/2020 1812 | Asked CISA Central and Election Ops Team to make a determination if website was malicious. Email sent at 1823 by Scully. | | | | |
| 42 | | Misinformation Reports | CIS-MIS000072 | 10/26/2020 1848 | Reported to Facebook at 1851 by Scully. ISAC emailed that comment has been removed at 2229. | Closed | | | |
| 43 | | Misinformation Reports | CIS-MIS000075 | 10/27/2020 1607 | Reported to Twitter at 1609 by Scully. Twitter responded that Tweet does not violate policies at 1640. | Closed | | | |
| 44 | | Colorado SoS | Flagging Three Twitter Accounts Impersonating Colorado Government | 10/27/2020 1617 | Reported to Twitter at 1628 by Scully. Twitter responded at 0927 on 10/28/2020. | Closed | | | |
| 45 | | Misinformation Reports | CIS-MIS000076 | 10/27/2020 1745 | Reported to Twitter at 1759 by Scully. Response received at 0928 on 10/28/2020 Twitter labeled content misleading. | Closed | | | |
| 46 | | Misinformation Reports | CIS-MIS000077 | 10/27/2020 1845 | Reported to Facebook at 1846 by Scully. | | | | |
| 47 | | Arizona PSA | ELECTION RELATED: SOCIAL MEDIAL REGARDING SECURE BALLOT DROP BOXES TO AN AZ COUNTY RECORDERS OFFICE | 10/27/2020 2146 | Reported to FBI at 2201 by Scully. Not disinformation, so not forwarded to platform. | Closed | | | |
| 48 | | Misinformation Reports | CIS-MIS000079 | 10/28/2020 1146 | Reported to Twitter at 1149 by Stafford. | Closed | | | |
| 49 | | Misinformation Reports | CIS-MIS000080 | 10/28/2020 1148 | Reported to Twitter at 1150 by Stafford. This and the above tweet were actioned by Twitter. Also sent as a package to Twitter under #CIS-MIS00086 | Closed | | | |
| 50 | | Misinformation Reports | CIS-MIS000082 | 10/28/2020 1204 | Reported to FBI, CISA Central at 1217 by Stafford. Also forwarded to Twilio. Per Twilio request, reached out to Misinformation Reports and Ohio SoS Office for sending phone numbers so they could determine if their platform was used. | Open | | | |

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 51 | | Misinformation Reports | CIS-MIS000085 | 10/28/2020 1706 | Reported to Facebook at 1710 by Scully. | Closed | | | |
| 52 | | Misinformation Reports | CIS-MIS000086 | 10/28/2020 1714 | Reported to Twitter at 1718 by Scully.  Twitter has actioned both tweets | Closed | | | |
| 53 | | OH Secretary of State | Disinfor Report | 10/28/2020 | Reported to Twitter at 1759 by Scully.  Came from Fed Chat room as reported on SLTT Chat. | | | | |
| 54 | | Misinformation Reports | CIS-MIS000087 | 10/28/2020 1814 | Reported to Twitter at 1829 by Scully.  Twitter has labeled the post. | Closed | | | |
| 55 | | Misinformation Reports | CIS-MIS000089 | 10/29/2020 1358 | Reported to Twitter at 1401 by Scully. | | | | |
| 56 | | Misinformation Reports | CIS-MIS000090 | 10/29/2020 1433 | Reported to Twitter at 1438 by Scully. | | | | |
| 57 | | Misinformation Reports | CIS-MIS000091 | 10/29/2020 1926 | Reported to Twitter at 1931 by Scully.  Twitter took action on the report. | Closed | | | |
| 58 | | Misinformation Reports | CIS-MIS000093 | 10/30/2020 0926 | Reported to Twitter at  0932 by Stafford. Twitter applied a label per their civic integrity policy | Closed | | | |
| 59 | | Misinformation Reports | CIS-MIS000094 | 10/30/2020 1704 | Reported to Twitter at 1708 by Scully. | | | | |
| 60 | | Misinformation Reports | CIS-MIS000095 | 10/30/2020 1707 | Reported to Twitter at 1715 by Scully. | | | | |
| 61 | | Misinformation Reports | CIS-MIS000096 | 10/30/2020 1732 | Shared internally with CISA Central and the Elections Operations Team at 1735. | | | | |
| 62 | | Misinformation Reports | CIS-MIS000098 | 10/30/2020 1818 | Reported to Twitter and Facebook at 1821 by Scully. | | | | |
| 63 | | Misinformation Reports | CIS-MIS000099 | 10/31/20 0203 | Reported to Twitter at 0206 by Stafford. Twitter removed this post. | Closed | | | |
| 64 | | Misinformation Reports | CIS-MIS000100 | 10/31/2020 0206 | Reported to Twitter at 0212 by Stafford. Reported to FB at 0247. Twitter labeled this tweet. No word from Facebook, | Closed | | | |
| 65 | | Misinformation Reports | CIS-MIS000101 | 10/31/2020 1738 | Reported to Microsoft and Google at 1755 by Scully. | | | | |
| 66 | | Misinformation Reports | CIS-MIS000103 | 11/1/2020 2144 | Reported to Twitter at 2156 by Lowary. Updated Twitter, ISAC and Central of tweet deletion. | Closed | | | |
| 67 | | Misinformation Reports | CIS-MIS000106 | 11/2/2020 1521 | Reported to Twitter at 2048 by Zaheer. Twitter acknowledged receipt. | Open | | | |
| 68 | | Misinformation Reports | CIS-MIS000107 | 11/2/2020 1527 | Reported to Twitter at 1534 ET by Lowary. Twitter decided to take no action. | Closed | | | |
| 69 | | Misinformation Reports | CIS-MIS000108 | 11/2/2020 1534 | Robocall report forwarded by Zaheer to NCC | Closed | | | |
| 70 | | Misinformation Reports | CIS-MIS000112 | 11/2/2020 1845 | Robotext report forwarded by Zaheer to NCC, Twilio | open | | | |
| 71 | | Misinformation Reports | CIS-MIS000113 | 11/2/2020 1848 | Reported to Twitter at 1853 by Lowary. Twitter actioned two of four tweets. | Closed | | | |
| 72 | | Misinformation Reports | CIS-MIS000115 | 11/3/2020 0850 | Reported to Twitter | Closed | | | |
| 73 | | Misinformation Reports | CIS-MIS000119 | 11/3/2020 1035 | Reported to Twitter | Closed | | | |
| 74 | | Misinformation Reports | CIS-MIS000120 | 11/3/2020 1046 | Reported to Twitter | | | | |
| 75 | | Misinformation Reports | CIS-MIS000123 | 11/3/2020 1154 | Reported to Twilio and NCC | | | | |
| 76 | | Misinformation Reports | CIS-MIS000124 | 11/3/2020 1225 | Reported to Twitter at 12:34pm. | | | | |
| 77 | | Misinformation Reports | CIS-MIS000132 | 11/3/2020 1514 ET | Reported to Twitter at 1519 ET by Lowary. Twitter removed. | Closed | | | |
| 78 | | Misinformation Reports | CIS-MIS000134 | 11/3/2020 1558 | Reported to Twitter at 1605 ET by Zaheer | | | | |
| 79 | | Misinformation Reports | CIS-MIS000135 | 11/3/2020 1622 | Reported to Twitter at 1624 by Lowary. | | | | |
| 80 | | Misinformation Reports | CIS-MIS000136 | 11/3/2020 1635 | Reported to Twitter at 1637 by Zaheer. | | | | |

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 81 | | Misinformation Reports | CIS-MIS000144 | 11/3/2020 1923 | Reported to Twilio by Zaheer. | | | | |
| 82 | | Misinformation Reports | CIS-MIS000145 | 11/3/2020 2048 | Reported to Twitter at 2050 by Zaheer. | | | | |
| 83 | | Misinformation Reports | CIS-MIS000146 | 11/3/2020 2152 | Reported to Twilio at 2155, NCC at 2157, and FBI at 2100 by Lowary. | Open | | | |
| 84 | | Misinformation Reports | CIS-MIS000150 | 11/3/2020 2319 | Reported to Twitter at 2322 by Zaheer. | | | | |
| 85 | | Misinformation Reports | CIS-MIS000152 | 11/4/2020 0759 | Reported to Twitter at 0821 by Scully | | WI | Vote tabulation slowed down due to running out of ink. | |
| 86 | | EIP | EIP-560 | 11/1/2020 | EIP reported to Twitter | | NC | Same day registration in North Carolina | |
| 87 | | EIP | EIP-563 | 11/1/2020 | EI-ISAC has requested confirmation of the image from Orange County. | | CA | Key left in Huntington Beach Ballot Bo | |
| 88 | | EIP | EIP-503 | 10/29/2020 | EIP reported multiple tweets and facebook posts to platforms, some of which were actioned. | | FL | Miami Dade reporting 23% of early ballots being rejected for missing signatures | |
| 89 | | EIP | EIP-512 | 10/29/2020 | EIP reported multiple tweets, facebook posts, and reddit posts to platforms, some of which were actioned. | | NY | Queens Village (NY) residents receiving pre-filled out ballots for Joe Biden | |
| 90 | | EIP | EIP-616 | 11/2/2020 | EIP reported to twitter, noted Facebook and Parler spread | | PA | Woman in Biden-Harris mask turns away poll watchers in North Philly | |
| 91 | | EIP | EIP-610 | 11/3/2020 | EIP reported to twitter | | NY | False Partisan Attribution to Broken NYC Voting Machine | |
| 92 | | EIP | EIP-637 | 11/3/2020 | EIP reported to Facebook | | KY | Older narrative spreading: workers attempt (improperly?) to collect ballots when machines are down in Kentucky | |
| 93 | | EIP | EIP-607 | 11/3/2020 | EIP reported to Twitter, saw article on The Gateway Pundit | | PA | Poll watchers turned away at Olney Branch Library in Philly | |
| 94 | | EIP | EIP-573 | 11/2/2020 | EIP tagged the ISAC for awareness and for potential to incite violence, no report to platforms | | NY | Viral Tiktok appears to show woman being denied entry to polling place, cross platform viral spread | |
| 95 | | EIP | EIP-703 | 11/3/2020 | EIP tagged Twitter | | IL | Sharpie pen causing issues in Chicago, ballots losing secrecy/security | |
| 96 | | EIP | EIP-713 | 11/3/2020 | EIP tagged Twitter and Facebook | | NJ | Claim that NJ has closed polling places to all but disabled voters | |
| 97 | | Misinformation Reports | CIS-MIS000155 | 11/4/2020 1341 | Reported to Twitter at 1343. | | WA | Tweet alleged widespread fraud operation to benefit Dems in swingstates; specifically that Dems will ascertain how many votes they have to 'find' to flip election, then stuff ballots with that many votes | | |
| 98 | | Misinformation Reports | CIS-MIS000159 | 11/4/2020 1443 | Reported to Twitter at 1448. | | MI | Apparent error led to unusual results in unofficial reporting; may have suggested widespread conspiracy to change results | |
| 99 | INC000010313916 | Matthew Masterson | AP Tweets | 11/4/2020 1518 | Masterson reported to Yoel Roth at Twitter. Zaheer forwarded to Facebook. | | MI | Fake Associated Press Twitter Account announced Biden win in MI. | |
| 100 | | Misinformation Reports | CIS-MIS000161 | 11/4/2020 1617 | Reported to Twitter at 1621 by Zaheer. | | WA | Tweets allege fraud, that WA election was rigged, or VBM implemented to benefit Dems | |
| 101 | | Misinformation Reports | CIS-MIS000164 | 11/4/2020 1628 | Reported to Twitter at 1631 by Lowary. Platform is escalating. | | GA | Tweet claimed 40k absentee ballots rejected in DeKalb Cty, only 240 actually were | |
| 102 | | Misinformation Reports | CIS-MIS000166 | 11/4/2020 1756 | Reported to Twitter at 1758 by Lowary. Platform actioned Tweets and replied at 1637, reporter notified at 1639. | | FL | Allegations of election fraud in FL; specifically, the Gov 'hiding' 27% of mail-in ballots. | |
| 103 | | Misinformation Reports | CIS-MIS000167 | 11/4/2020 1853 | Reported to Twitter at 1856 by Lowary. Platform is escalating. | | WA | Misc. fraud allegations; three focused on race immediately being called w/o votes being reported/tallied; others focused on fraud topics like ballot harvesting, corruption, illegal immigrants voting | |
| 105 | | MN Fusion Center | MN Social Media Doxing | 11/5/2020 1523 | Reportd to Twitter at 1526 by Scully. | | MN | Minneapolis PD reported tweets doxing officer as part of last night's protests there. Tweets alleged misconduct and included his first and last name, photo/video of him and first and last name. | |
| 106 | | Misinformation Reports | CIS-MIS000175 | 11/5/2020 1643 | Reported to Twitter at 1645 by Lowary. Platform has escalated. | | | | |

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 107 | | Matthew Masterson | Instagram Post | 11/5/2020 1210 | Reported to Facebook at 1219 by Scully. | | None | Alleges USG/DHS/Krebs conspiracy to watermark legitimate v. illegitimate ballots as a "sting" operation to nab political rivals. | |
| 108 | | Misinformation Reports | CIS-MIS000176 | 11/5/2020 1711 | Reported to Twitter at 1717 by Lowary. No WeChat POC. Twitter has escalated. | | WA | Alleges "dead people voted" in MI, and Chinese-American citizens of WI found their votes were changed in the system to the opposite party. | |
| 109 | | Misinformation Reports | CIS-MIS000179 | 11/5/2020 2032 | Reported to Twitter at 2043 by Zaheer. Twitter has escalated. | | WA | Tweets alleging election fraud in WA | |
| 110 | | PA EO, through Matthew Masterson | INC000010314145 | 11/5/2020 2346 | Reported to Facebook at 2358 by Zaheer. | | | | |
| 111 | | Misinformation Reports | CIS-MIS000183 | 11/6/2020 1234 | Reported to Twilio at 1246, NCC at 1243, and FBI at 1245 | | | Text message alleging election fraud in multiple states and requesting donations. | |
| 112 | | Misinformation Reports | CIS-MIS000184 | 11/6/2020 1410 | Reported to Twitter at 1415. | | PA | Misinformation spreading about the counting/tabulation process. | |
| 113 | | Misinformation Reports | CIS-MIS000186 | 11/6/2020 1614 | Reported to Twitter at 1617 by Zaheer. Twitter actioned. | | WA | allegations of election fraud in Washington state | |
| 114 | | RNC, through Masterson | Google form | 11/8/2020 1433 | Reported to Google at 1444 by Stafford and to the FBI. | Open | PA | False spreadsheet circulated by gmail account claiming RNC is offering $350 a day for recount volunteers. RNC confirmed this is fake. | |
| 115 | | EIP | EIP-960 | 11/9/2020 1417 | EIP reported to ISAC | | DC | Chatter on Telegram, Parler, Twitter and Facebook among white supremacist circles on march in DC on Nov. 14. Some advocating clashes with counter demonstrators | |
| 116 | | Misinformation Reports | CIS-MIS000190 | 11/9/2020 1627 | Reported to Twitter at 1635 by Lowary. | | | Compilation of misinformation Tweets | |
| 117 | | Misinformation Reports | CIS-MIS000191 | 11/9/2020 1658 | Reported to Twitter at 1708 by Lowary. | | OK | Claim to have found a bag of shredded ballots | |
| 118 | | IT ISAC via Masterson | NA | 11/9/2020 2116 | Reported to FBI and Google at 2210 by Dragseth. SA'd OCC, PRIV | Open | | Threatening comment in YouTube comments. | |
| 119 | | Congressional Staff via ESI | NA | 11/9/2020 0900ish | Reported to Google after receiving guidance from OCC. Email sent by Dragseth at 2226 | Open | PA | Video of ballot processing with dialouge accusing the officials of fraud/manipulation. | |
| 120 | | Misinformation Reports | CIS-MIS000194 | 11/10/2020 1707 | Reported to Twitter at 1742 by Dragseth. FYSA'd OCC, PRIV. | Open | WA | Disinfo tying WA ST vote counting to Dominion | |
| 121 | | Misinformation Reports | CIS-MIS000195 | 11/10/2020 1917 | Reported to Twitter at 1922 by Scully. | | WA | 12 tweets alleging election fraud with Dominion voting equipment in Washington state. | |
| 122 | | Santa Cruz County, CA, via Masterson | Video of false voter fraud | 11/10/2020 2021 | Reported to Google/YouTube at 2028 by Scully. | | CA | False YouTube video of voter fraud. | |
| 123 | | EIP | CIS-MIS000192 | 11/11/2020 1345 | EIP tagged Facebook | Open | IA | Additional claims from a Facebook user that dead voters cast ballots in Iowa | |
| 124 | | Misinformation Reports | CIS-MIS000196 | 11/11/2020 1650 | Reported to Twitter by CIS @1808; Dragseth provided CFI email to Twitter @ 1852; fwd'd to FBI and I&A on 11/13 | Closed | KY | Tweet alleging voter fraud in KY Senate race | Account suspended by Twitter |
| 125 | | Misinformation Reports | CIS-MIS000197 | 11/11/2020 2052 | Report to CFI cc'd Twitter; fwd'd to Twitter by Scully; provided CIS outcome at 1108 on 11/12/20 by Dragseth. | Closed | KY | Tweet alleging voter fraud in KY elections | Did not violate civic integrity policy |
| 126 | | Misinformation Reports | MIS000198 | 11/11/2020 2144 | Reported to Twitter at 2154 by Scully. | Open | KY | Claims of voter fraud in Kentucky on Twitter. | |
| 127 | | Misinformation Reports | MIS000199 | 11/12/2020 851 | Reported to Twitter at 926 by Scully | | KY | Disinfo on voter fraud in KY. | |
| 128 | | Dominion | Twitter | 11/10/2020 1237 | Reported to Twitter on 11/12/2020 at 1108. Delay due to legal review. | | | | |
| 129 | | DHS I&A | NA | 11/12/2020 | Text disinformation forwarded to Twilio, NCC, and CIS, FBI. CIS fwd'ing to COMMS ISAC. By Dragseth at 1500 11/12/2020 | Open | CO | potential russian nexus based on number lookup, with no information on recipient but anecdotal reporting that the text was received in CO | |
| 130 | | Misinformation Reports | CIS-MIS000202 | 11/12/2020 1547 | Reported to Twitter by Dragseth at 1605; FYSA OCC, PRIV | Open | WA | Election fraud tied to Dominion | |
| 131 | | Misinformation Reports | CIS-MIS000205 | 11/12/2020 1526 | Reported to Twitter by Dragseth at 1615; FYSA OCC, PRIV | Open | WA | Election fraud tied to WA SOS | |
| 132 | | Misinformation Reports | CIS-MIS000203 | 11/12/2020 1254 | Text disinformation forwarded to Twilio, NCC, and CIS. CIS fwd'ing to COMMS ISAC. By Dragseth at 1635 11/12/2020 | Open | OR | text from Hood County discussing inproper information sent as a text campaign | |

| Task ID | Service Desk Incident ID | From | Subject | Received Time | Notes (When Passed to Platform, When Platform Replied, When Reporter Notified of Response) | Status | State | Summary | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 133 | | Misinformation Reports | CIS-MIS000201 | 11/12/2020 | Reported to Twitter by John Stafford at 1344. Twitter labeled these tweets. | Closed | WA | Tweets claiming Dominion related voter fraud | |
| 134 | | Misinformation Reports | CIS-MIS000207 | 11/12/2020 1736 | Reported to Twitter by Dragseth @ 2054. FYSA PRIV, OCC | | CT | Tweets alleging CT election fraud | |
| 135 | | Misinformation Reports | CIS-MIS000209 | 11/13/2020 0828 | Reported to Twitter by Stafford at 0833. FYSA PRIV, OCC, FBI | Open | KY | Tweets alleging KY election fraud | |
| 136 | | Misinformation Reports | CIS-MIS000210 | 11/13/2020 1236 | Reported to NCC at 1244. Asked CIS to forward to Comms ISAC. Reported to Twilio at 1248 | Open | WA | Call from someone claiming to be from WA state Democratic party claiming that individuals ballot was not counted and additional correspondence would be forthcoming. King Couty election officials confirmed there was no problems with this individuals ballot | |
| 137 | | Misinformation Reports | CIS-MIS000211 | 11/13/2020 1636 | Reported to NCC and Twilio at 1649 by Scully. | Open | WA | Call from someone claiming to be from WA state Democratic party claiming that individuals ballot was not counted and additional correspondence would be forthcoming. King Couty election officials confirmed there was no problems with this individuals ballot | |
| 138 | | OH EO, through Matthew Masterson | | 11/16/2020 854 | Reported to Google and FBI at 857. Google sent to team for review at 1348. | Open | OH | YouTube channel with Hammer & Scorecard, etc. relevant content. | |
| 139 | | Misinformation Reports | CIS-MIS000215 | 11/18/2020 2257 | Reported to Twitter at 817 on 11/19/2020. Twitter escalated for review at 820. Twitter labeled 3 of thr 4 tweets at 1105. | | | | |
| 140 | | ByLight | | 11/19/2020 1208 | Reported to Twitter at 1208 on 11/19/2020. | | | | |
| 141 | | Misinformation Reports | CIS-MIS000216 | 11/19/2020 1248 | Reported to Facebook at 1312. | | | | |
| 142 | | Misinformation Reports | CIS-MIS000217 | 11/20/2020 1218 | Reported to Twitter at 1220. Escalated by Twitter at 1243. | | | | |
| 143 | | Misinformation Report | CIS-MIS000220 | 11/23/2020 1055 | Reported to Twitter at 1131 by Scully. | | | | |
| 144 | | Masterson | Disinformation/Threatening Behavior Report | 11/25/2020 2103 | Reported to Twitter and FBI at 1357 on 11/26/2020; cleared for this by OCC Eschels | | | | |
| 145 | | Misinformation Report | CIS-MIS000225 | 12/1/2020 1638 | Reported to Twitter at 1641 by Scully. | | CO | Threatening messges about CO election officials and Dominion employees | |
| 146 | | Misinformation Reports | CIS-MIS000226 | 12/2/2020 1720 | Reported to Twitter at 1727 by Scully. | | | | |