# EXHIBIT HH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF | Civil Action No. 3:22-CV-01213 |
| Plaintiff | |
| VS. | Judge Doughty |
| JOSEPH R. BIDEN, JR., in his official | Magistrate Judge McClusky |
| Defendant | |

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| ATTACHMENTS TO: | Plaintiffs' Supplemental Brief in Support of Motion for PI |
| DESCRIPTION: | DVD copies of witness video depositions |
| FILED BY: | Tracy Short, Assistant Attorney General, Louisiana Dept. of Justice |
| FILE DATE: | March 6, 2023 |

********************************** NOTICE **********************************

The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

**INSTRUCTIONS FOR FILER:**
The <u>original manual attachment</u> must be delivered to the divisional <u>Clerk's Office</u> of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

**Attachment sent to** MONROE **DIVISION.**

**Prepared by:** Tracy Short

---

[1] <u>Chambers Personnel</u>: When finished reviewing the manual attachment, please return to the Clerk's Office.