# EXHIBIT A

1    Diversified Reporting Services, Inc.

2    RPTS CARR

3    HIF084160

4

5

6    DISINFORMATION NATION:   SOCIAL MEDIA'S

7    ROLE IN PROMOTING EXTREMISM AND MISINFORMATION

8    Thursday, March 25, 2021

9    House of Representatives,

10   Subcommittee on Communications and Technology,

11   joint with

12   Subcommittee on Consumer Protection and Commerce,

13   Committee on Energy and Commerce,

14   Washington, D.C.

15

16

17

18       The subcommittees met, pursuant to notice, at 12:02

19   p.m., via Webex, Hon. Michael F. Doyle [chairman of the

20   Subcommittee on Communications and Technology] presiding.

21       Present from the Subcommittee on Communications and

22   Technology:   Representatives Doyle, McNerney, Clarke, Veasey,

23   McEachin, Soto, O'Halleran, Rice, Eshoo, Butterfield, Matsui,

24   Welch, Cardenas, Kelly, Craig, Fletcher, Pallone (ex

25   officio); Latta, Scalise, Guthrie, Kinzinger, Johnson, Long,

**#153.1**

107    before Congress since the deadly attack on the Capitol on

108    January 6th.  That event was not just an attack on our

109    democracy and our electoral process, but an attack on every

110    member of this committee and in the Congress.

111         Many of us were on the House floor and in the Capitol

112    when that attack occurred, and we were forced to stop our

113    work of certifying the election and retreat to safety, some

114    of us wearing gas masks and fearing for our lives.  We fled

115    as a mob desecrated the Capitol, the House floor, and our

116    democratic process.  People died that day, and hundreds were

117    seriously injured.

118         That attack, and movement that motivated it, started and

119    was nourished on your platforms.  Your platforms suggested

120    groups for people to join, videos they should view, and posts

121    they should like, driving this movement forward with

122    terrifying speed and efficiency.

123         FBI documents show that many of these individuals used

124    your platforms to plan, recruit, and execute this attack.

125    According to independent research, users on Facebook were

126    exposed 1.1 billion times to misinformation related to the

127    election last year alone despite changes to your policies and

128    claims that you have removed election misinformation.

129         Our Nation is in the middle of a terrible pandemic.

130    Nearly 550,000 Americans have lost their lives to this deadly

131    disease, more than any other country on the planet.  And an

**#153.6**

132   independent study found that on Facebook alone, that users

133   across five countries, including the United States, were

134   exposed to COVID disinformation an estimated 3.8 billion

135   times, again despite claims of fixes and reforms.

136       And now, as the Biden administration is working to

137   implement the American Rescue Plan and get vaccines in

138   people's arms, we are faced with waves of disinformation on

139   social media about the safety and efficacy of these shots.

140   These vaccines are the best chance we have to fight this

141   virus, and the content that your websites are still

142   promoting, still recommending, and still sharing is one of

143   the biggest reasons people are refusing the vaccine.

144       And things haven't changed.  My staff found content on

145   YouTube telling people not to get vaccines, and was

146   recommended to similar videos.  The same was true on

147   Instagram, where it was not only easy to find vaccine

148   disinformation, but platforms recommended similar post.  The

149   same thing happened on Facebook, except they also had anti-

150   vax groups to suggest as well.  And Twitter was no different.

151   If you go to any of these superspreader accounts that remain

152   up despite the policies meant to curb this anti-vax content,

153   you will see this content.

154       Now, understand this.  You can take this content down.

155   You can reduce division.  You can fix this.  But you choose

156   not to.  We saw your platforms remove ISIS terrorist content.

**#153.7**

236     *Mr. Latta.  Serious problems continue to persist, and
237 I wonder how much you are truly dedicating to combating
238 these actions.  What actions are you taking to educate
239 Americans about the dangers of using your site, especially
240 the dangers for kids?

241     As ranking member of the Subcommittee on Communications
242 and Technology, we have oversight of any change made to
243 Section 230 of the Communications Decency Act.  Section 230
244 provides you with liability protection for content
245 moderation decisions made in good faith.  Based on recent
246 actions, however, it is clear that in your definition of
247 good faith, moderation includes censoring viewpoints you
248 disagree with and establishing a faux independent appeals
249 process that doesn't make its content moderation decisions
250 based on American principles of free expression.  I find
251 that highly concerning.

252     I look forward to today's hearing as an important step
253 in reconsidering the extent to which Big Tech deserves to
254 retain the significant liability protection.  And with that,
255 Mr. Chairman, I yield back the balance of my time.

256     *Mr. Doyle.  Thank you.  The gentleman yields back.

257     The chair now recognizes Chair Schakowsky, chair of the
258 Subcommittee on Consumer Protection and Commerce, for five
259 minutes for her opening statement.

13

260     *Ms. Schakowsky.  Thank you.  It is a pleasure to co-
261 chair this meeting with you.

262     I want to welcome our witnesses and thank them for
263 coming.  It is not an exaggeration to say that your
264 companies have fundamentally and permanently transformed our
265 very culture and our understanding of the world.  Much of
266 this is for good, but it is also true that our country, our
267 democracy, even our understanding of what is truth has been
268 harmed by the proliferation and dissemination of
269 misinformation and extremism, all of which has deeply
270 divided us.

271     What our witnesses today need to take away from this
272 hearing is that self-regulation has come to the end of its
273 road, and that this democracy, this democratic -- the people
274 that you see before you, elected by the people, is preparing
275 to move forth with legislation and regulation.

276     The regulation that we seek should not attempt to limit
277 constitutionally protected freedom of speech, but it must
278 hold platforms accountable when they are used to incite
279 violence and hatred or, as in the case of the COVID pandemic,
280 spread misinformation that costs thousands of lives.

281     All three of the companies that are here today run
282 platforms that are hotbeds of misinformation and
283 disinformation.  And despite all the promises and new
284 policies to match, disinformation was rampant in the 2020

**#153.13**

285   election, especially targeting vulnerable communities.  For

286   example, Spanish language ads run by the Trump campaign

287   falsely accused President Biden of being endorsed by

288   Venezuelan President Maduro.

289        The spread of disinformation fed upon itself until it

290   arrived at the Capitol of the United States on January 6th,

291   which cost five lives.  The lives lost in the insurgency were

292   not the first cases of these platforms' failure, nor even the

293   worst.  In 2018, Facebook admitted a genocide of the Rohingya

294   people in Myanmar was planned and executed on Facebook.

295        2020 saw the rise of coronavirus disinformation on

296   Facebook platforms, including the playing of the -- they

297   called it "The Plandemic.''  This film got 1.8 million views

298   and 150,000 shares before it was removed.  Disinformation

299   like Plandemic made people skeptical of the need for vaccines

300   and almost certainly cost -- contributed to the horrible loss

301   of life during the pandemic.  Disinformation also hops

302   platforms to spread viruses.  Disinformation also hops from

303   platform to platform.  The Plandemic actually was first on

304   YouTube before it was on Facebook and Instagram and Twitter.

305        Misinformation regarding the election dropped 73 percent

306   across social media platforms after Twitter permanently

307   suspended Trump as well as -- and also the Capitol insurgency

308   and QAnon.

309        But the question really is:  What took so long?  The

**#153.14**

310  witnesses here today have demonstrated time and time again

311  that they do not -- that self-regulation has not worked.

312  They must be held accountable for allowing disinformation and

313  misinformation to spread.  And that is why I will be

314  introducing the Online Consumer Protection Act, which I hope

315  will earn bipartisan support.  And thank you.  I will yield

316  back.

317       *Mr. Doyle.  The gentlelady yields back.

318       The chair now recognizes Mr. Bilirakis, ranking member

319  for the Subcommittee on Consumer Protection and Commerce, for

320  five minutes for his opening remarks.

321       *Mr. Bilirakis.  Thank you, Mr. Chairman.  I appreciate

322  it.  Thank you for participating in today's hearing, all the

323  witnesses and the members.

324       I have been thinking about this hearing since our side

325  first requested this hearing last year.  My time in college

326  has provided me enough knowledge about the history of the

327  committee to know what the Telecommunications Act was and,

328  importantly, what it wasn't.  Components of that law have

329  been struck down by the counts, while other provisions are

330  interpreted and applied differently than first conceived.

331  This is all a departure from congressional intent.

332       Regardless of what one thinks of whether all of the

333  Communications Decency Act was the right approach, the same

334  members that voted for Section 230 voted for that entire

385  us want to damage entrepreneurs.  What I do want to hear is

386  what you will do to bring our country back from the fringes

387  and stop the poisonous practices that drive depression,

388  isolation, and suicide, and instead cooperate with law

389  enforcement to protect our citizens.

390      Our kids are being lost while you say you will try to do

391  better, as we have heard countless time already.  We need

392  true transparency and real change.  We need, again, not empty

393  promises from you, and we have heard that over and over

394  again.  The fear you should have coming into this hearing

395  today isn't that you are going to get upbraided by a Member

396  of Congress.  It is that our committee knows how to get

397  things done when we come together.  We can do this with you

398  or without you.  And we will.

399      Thank you, Mr. Chairman.  I yield back.

400      *Mr. Doyle.  The gentleman yields back.

401      The chair now recognizes Mr. Pallone, chairman of the

402  full committee, for five minutes for his opening statement.

403      *The Chairman.  Thank you, Chairman Doyle and

404  Schakowsky, for this very important hearing.  We are here

405  today because the spread of disinformation and extremism has

406  been growing online, particularly on social media, where

407  there are little to no guardrails in place to stop it.

408      And unfortunately, this disinformation and extremism

409  doesn't just stay online.  It has real-world, often dangerous

410   and even violent, consequences.  And the time has come to
411   hold online platforms accountable for their part in the rise
412   of disinformation and extremism.

413        According to a survey conducted by Pew earlier this
414   month, 30 percent of Americans are still hesitant or simply
415   do not want to take the COVID-19 vaccine.  On January 6, our
416   Nation's Capitol was violently attacked.  This month,
417   Homeland Security Secretary Mayorkas identified domestic
418   violent extremism as the "greatest threat'' to the United
419   States.  And crimes against Asian Americans have risen by
420   nearly 150 percent since the beginning of the COVID-19
421   pandemic.

422        Five years ago, during the 2016 Presidential elections,
423   Facebook, Google, and Twitter were warned about -- but simply
424   ignored -- their platforms' role in spreading disinformation.
425   And since then, the warnings have continued but the problem has
426   only gotten worse.

427        Only after public outrage and pressure  did these
428   companies make inadequate attempts to appease critics and
429   lawmakers.  But despite the public rebuke, Wall Street
430   continued to reward the companies' strategy to promote
431   misinformation and disinformation by driving their stock prices
432   even higher.

433        And now, despite repeated promises to seriously tackle
434   this crisis, Facebook, Google, and Twitter instead routinely

**#153.19**

435    make minor changes to their policies in response to the public

436    relations crisis of the day.  And they will change some

437    underlying internal policy that may or may not be related to

438    the problem.  But that is it.  The underlying problem remains.

439        So Mr. Chairman, it is now painfully clear that neither

440    the market nor public pressure will force these social media

441    companies to take the aggressive action they need to take to

442    eliminate disinformation and extremism from their platforms.

443    And, therefore, it is time for Congress and this committee to

444    legislate and realign these companies' incentives.

445        Today our laws give these companies and their leaders a

446    blank check to do nothing.  Rather than limit the spread of

447    disinformation, Facebook, Google, and Twitter have created

448    business models that exploit the human brain's preference for

449    divisive content to get Americans hooked on their platform, at

450    the expense of the public interest.

451        It isn't just that social media companies are allowing

452    disinformation to spread -- it is that, in many cases, they are

453    actively amplifying and spreading it themselves.  And fines, to

454    the extent they are levied at all, have simply become the cost

455    of doing business.

456        The dirty truth is that they are relying on algorithms to

457    purposefully promote conspiratorial, divisive, or extremist

458    content so they can take more money in ad dollars.  And this is

459    because the more outrageous and extremist the content, the more

460  engagement and views these companies get from their users.  And
461  more views equal more money, Mr. Chairman.  That is what it is
462  all about, more money.

463      It is crucial to understand that these companies aren't
464  just mere bystanders -- they are playing an active role in the
465  meteoric rise of disinformation and extremism because they make
466  money on it.  So when a company is actually promoting this
467  harmful content, I question whether existing liability
468  protections should apply.

469      Members on this Committee have suggested legislative
470  solutions and introduced bills.  The Committee is going to
471  consider all these options so that we can finally align the
472  interests of these companies with the interests of the public
473  and hold the platforms and their CEOs accountable when they
474  stray.

475      That is why you are here today, Mr. Zuckerberg,
476  Mr. Pichai, and Mr. Dorsey.  You have failed to meaningfully
477  change after your platforms played a role in fomenting
478  insurrection, in abetting the spread the virus, and trampling
479  Americans civil liberties.

480      And while it may be true that some bad actors will shout
481  fire in a crowded theater, by promoting harmful content, your
482  platforms are handing them a megaphone to be heard in every
483  theater across the country and the world.  Your business model
484  itself has become the problem.

**#153.21**

1576   something that we try to study, and I am --

1577        *Ms. Rodgers.  Can you say yes or no?  I am sorry.

1578        *Mr. Zuckerberg.  I believe the answer is yes.

1579        *Ms. Rodgers.  Okay.  Mr. Doyle, has Twitter?

1580        *Mr. Dorsey.  I don't believe so, but we will follow up

1581   with you.

1582        *Ms. Rodgers.  Okay.  Mr. Pichai, has Google conducted

1583   any research on the effect your products are having on the

1584   mental health of children?

1585        *Mr. Pichai.  We consult widely with expert third

1586   parties on this area, including SAMHSA and other mental

1587   health organizations, and invest a lot of time and effort in

1588   this area.

1589        *Ms. Rodgers.  Okay.  I would like to see that.  It

1590   sounds like you have studied extremism.  Let's get focused on

1591   our children.

1592        *Mr. Doyle.  The gentlelady's time is expired.

1593        The chair now recognizes Mr. Rush for five minutes.

1594   Bobby, you need to unmute.  There you go.  Nope, you are

1595   still muted.

1596        *Mr. Rush.  I want to thank you, Mr. Chairman.  We all

1597   agree that social media sites should not be tools for stoking

1598   racial division or exacerbating racial injustice.  However,

1599   there is a broad finding of research that demonstrates the

1600   disproportionate effects of disinformation and white

**#153.70**

1601   supremacy extremism on women and people of color, especially
1602   black people.
1603        We have seen, and continue to see, that too often social
1604   media sites put their earnings before equality.  Simply
1605   stated, your corporations carelessly put profits over people.
1606   Misinformation, outlandish conspiracy theories, and
1607   incendiary content targeting minorities remains firmly, and
1608   social media companies, your companies, are profiting from
1609   hate and racism on these platforms by harnessing data and
1610   generating advertising revenue from such content.
1611        There is only one comparison that remotely approaches
1612   the avarice and moral discrepancy of your companies, and that
1613   is the slavetocracy burden of our Nation's shameful and
1614   inhumane and most difficult dark days in the past.
1615        This is the very reason why I ask Mr. Dorsey, I remember
1616   you at our 2018 hearing to commit to commissioning and
1617   independent third party civil rights audit of Twitter.  This
1618   response at the hearing was followed up with a joint letter
1619   from Chairman Pallone and myself confirming that commitment.
1620        It is three years later, and I am still waiting,
1621   Mr. Dorsey, for the results of that audit.  Where is that
1622   audit, Mr. Dorsey?
1623        *Mr. Dorsey.  Thank you.  We have taken another
1624   approach, which is to work with civil rights orgs on a
1625   regular basis.  We have regular conversations with civil

**#153.71**

1626    rights orgs multiple times a year.

1627        *Mr. Rush.  Mr. Dorsey, where is the audit that Members

1628    of Congress, including the chairman of the committee -- where

1629    is the audit that we asked you and you agreed to forward?

1630        *Mr. Dorsey.  We don't have it.  We sought a different

1631    approach with --

1632        *Mr. Rush.  I don't have it, either, and I thought that

1633    you were being very, very disingenuous.  As a matter of fact,

1634    I thought that you had lied to the committee and you should

1635    be condemned for that.  And I can't wait until we come up

1636    with legislation that will deal with you and your cohorts in

1637    a very, very effective way.  This was nothing but an empty

1638    promise that you made.

1639        You haven't taken this issue seriously, and Mr. Dorsey I

1640    as a black man in America, my experiences are different from

1641    your experiences.  This audit is very, very important to me

1642    and to those who are similarly situated just as I am.

1643    Facebook, to their credit, has completed an audit.  And there

1644    is no reason, simply no reason under the sun, that

1645    corporation as large as yours should not have completed that

1646    audit.

1647        Mr. Dorsey, has Twitter evaluated the disparate impact

1648    from COVID-19 misinformation on the African American

1649    community, and simply has not even attempted to identify

1650    messages to combat COVID-19 misinformation targeted at

1651   African Americans and emphasized reliable, trustworthy

1652   medical information?

1653        *Mr. Dorsey.  Yes on both.  And we review with civil

1654   rights orgs on a regular basis.  That is the solution we

1655   chose.

1656        *Mr. Doyle.  The gentleman's time is expired.

1657        The chair now recognizes Mr. Upton for five minutes.

1658        *Mr. Upton.  Thank you, Mr. Chairman.

1659        As I listen to this hearing, like it or not, it sounds

1660   like everybody on both sides of the aisle is not very happy.

1661   I think we all believe that there is a lot of responsibility

1662   that should be shared for some of the issues that we have

1663   raised today by the three of you.  And I would just offer --

1664   or speculate, I guess you could say -- that we are going to

1665   see some changes in Section 230.

1666        The President, former President Trump, vetoed a pretty

1667   big bill, the defense bill, earlier last year over this very

1668   issue because he wanted the total repeal and he didn't get

1669   it.  But I know that the Senate now has got some legislation

1670   that is pending that is looking at a couple reforms.  And my

1671   sense is that we may see something here in the near future as

1672   well.

1673        I serve as one of only two House members on the

1674   Commission on Combating Synthetic Opioid Trafficking.  It is

1675   a multi-Federal agency.  It is co-chaired by David Trone in

1815  fear, anxiety, anger, and that includes deadly, deadly

1816  misinformation.

1817      The Center for Countering Digital Hate found that the

1818  "Explore'' and "Suggested Posts'' parts of Instagram are

1819  littered with COVID misinformation, election disinformation,

1820  and QAnon posts.  So this is dangerous, and it is why

1821  Representative Schakowsky and I are doing a bill that is

1822  going to ban this business model of surveillance advertising.

1823      So are you willing to redesign your products to

1824  eliminate your focus on addicting users to your platforms at

1825  all costs?  Yes or no?

1826      *Mr. Zuckerberg.  Congresswoman, as I said before, the

1827  teams that design our algorithm --

1828      *Ms. Eshoo.  Never mind.  I think -- let me just say

1829  this, and I think it is irritating all of us, and that is

1830  that no one seems to know the word "yes'' or the word "no.''

1831  Which one is it?  If you don't want to answer, just say, "I

1832  don't want to answer.''  So yes or no?

1833      *Mr. Zuckerberg.  Congressman, these are nuanced issues

1834  and --

1835      *Ms. Eshoo.  Okay.  So I am going to say that is a no.

1836      To Mr. Doyle, as chairwoman of the Health Subcommittee,

1837  I think that you need to eliminate all COVID misinformation

1838  and not label or reduce its spread but remove it.  I looked

1839  at a tweet this morning.  Robert Kennedy, Jr. links the death

1840    of baseball legend Hank Aaron to the COVID vaccine even

1841    though fact-checkers debunked the story.  The tweet has 9,000

1842    retweets.

1843         Will you take this down, and why haven't you?  And also,

1844    why haven't you banned the 12 accounts that are spewing its

1845    deadly COVID misinformation?  This could cost lives.

1846         *Mr. Dorsey.  No, we won't take it down because it

1847    didn't violate our policy.  So we have a clear policy in

1848    place --

1849         *Ms. Eshoo.  What kind of policy is that?  Is it a

1850    policy for misinformation?

1851         *Mr. Dorsey.  No.

1852         *Mr. Doyle.  The gentlelady's time is expired.

1853         The chair recognizes Mr. Scalise.  Is Mr. Scalise here?

1854         *Mr. Scalise.  Thank you.

1855         *Mr. Doyle.  Ah, there we go.

1856         *Mr. Scalise.  Yes.  Thank you, Mr. Chairman.  I want to

1857    thank you for having this hearing.  I want to thank our three

1858    witnesses for coming as well.  Clearly, you are seeing a lot

1859    of concern being expressed by members on both sides, both

1860    Republican and Democrat, about the way that your social media

1861    platforms are run, and especially as it relates to the

1862    fairness and equal treatment of people.

1863         I know I have had a lot of concerns; shared it with some

1864    of you individually over the last few years about whether it

**#153.81**

3559   ongoing right now.  According to the National Center on

3560   Sexual Exploitation, a teenage boy, a victim of child sex

3561   trafficking, had images of his abuse posted on Twitter.  One

3562   of those videos went viral, and he became the target of

3563   bullying to the point of being suicidal.  He contacted you to

3564   alert you that his sex abuse images were on your platform.

3565   You failed to take them down.  His mother contacted you to

3566   alert you, and again you failed to take them down.

3567        They called the police and they followed up with you

3568   with a police report.  Your support center told the family

3569   that after review, the illegal video was not a violation of

3570   your terms of service.  In the meantime, the illegal video

3571   accrued over 167,000 views.

3572        It took a threat from a Homeland Security agent to Get

3573   Twitter to take down the video.  Even then you took no action

3574   against the accounts that were sharing it and continue to

3575   share sexually explicit videos of minors in clear violation

3576   of the law and in clear violation of your duties under

3577   Section 230 of the Communications Decency Act, as they were

3578   passed.

3579        So in the eyes of Twitter, it is better to be a

3580   pedophile pornographer, a woke racist, or a state sponsor of

3581   terror than it is to be a conservative, even a conservative

3582   President.  You have abused the Section 230 liability shield

3583   we gave you to protect children, and used it to silence

152

3584   conservatives instead.

3585        As we have heard today, your abuses of your privilege

3586   are far too numerous to be explained away and far too serious

3587   to ignore.  So it is time for your liability shield to be

3588   removed.  Your immunity shield and the immunity shield of

3589   other woke companies who choose to score political points

3590   with their immunity shields rather than protect children.

3591        My colleagues have been asking you if you deserve to

3592   continue to receive immunity under Section 230.  Let me

3593   answer the question for you.  No, you don't.  You all think

3594   you do, but you don't because you continue to do a disservice

3595   to that law and its intent.

3596        The United States constitution has the First Amendment,

3597   and that should be your guide.  Protecting the speech of

3598   users of your platform instead of trading them in like

3599   hostages and forcing things through algorithms to lead them

3600   down a path.

3601        The American people really are tired of you abusing your

3602   rights, abandoning their values.  So one of the Christian

3603   leaders that you banned, Mr. Dorsey, had as her last post a

3604   scripture verse that you took down.  And I want to leave it

3605   here today, Psalm 34:14.  Depart from evil and do good.  See

3606   peace and pursue it.  Rather than silence that wise advice, I

3607   strongly suggest that you follow it.

3608        Now, I have heard a lot of stuff on this hearing today

**#153.152**

3609   about 230 protections.  I challenge my colleagues to really

3610   get serious about doing something about this liability shield

3611   so that we do have a fair and free internet and people aren't

3612   censored.

3613       With that, Mr. Chairman, I yield back.

3614       *Mr. Doyle.  The gentleman's time is expired.

3615       The chair recognizes Ms. Kelly for five minutes.

3616       *Ms. Kelly.  Thank you, Mr. Chair.  Thank you to the

3617   witnesses who are testifying today.

3618       The business model for your platforms is quite simple:

3619   Keep users engaged.  The more time people spend on social

3620   media, the more data harvested and targeted ads sold.  To

3621   building that engagement, social media platforms amplify

3622   content that gets attention.  That can be cat videos or

3623   vacation pictures, but too often it means content that is

3624   incendiary, contains conspiracy theories or violence.

3625       Algorithms in your platforms can actively funnel users

3626   from the mainstream to the fringe, subjecting users to more

3627   extreme content, all to maintain user engagement.  This is a

3628   fundamental flaw in your business model that mere warning

3629   labels, temporary suspension of some accounts, and even

3630   content moderation cannot address.  And your company's

3631   insatiable desire to maintain user engagement will continue

3632   to give such content a safe haven if doing so improves your

3633   bottom line.

4444   disinformation campaigns that specifically targeted American

4445   service members and victims.  I am just curious if you know

4446   how many public groups with the word "veteran'' or public

4447   pages with the word "veteran'' did you remove from your

4448   platform after January 6th in association with misinformation

4449   about the 2020 election or the attack on the Capitol?

4450        *Mr. Zuckerberg.  Congresswoman, I don't know the answer

4451   off the top of my head, but I would be happy to get back to

4452   you with that.

4453        *Miss Rice.  Thank you.  We believe that you should be

4454   tracking that information.  Your platform was in fact a crime

4455   scene after January 6, and we need that information and data

4456   to understand how the attack happened.

4457        I want to thank all three of you for coming here today

4458   and spending so much time with us.  I yield back,

4459   Mr. Chairman.  Thank you.

4460        *Mr. Doyle.  The gentlelady yields back.

4461        The chair recognizes Mr. Armstrong for five minutes.  Is

4462   Mr. Armstrong here?  You need to unmute, Kelly.

4463        *Mr. Armstrong.  All right.  Sorry about that.  Can you

4464   hear me?

4465        *Mr. Doyle.  Yes.  We can hear you.

4466        *Mr. Armstrong.  All right.  Thank you.

4467        No other industry receives such bipartisan scrutiny --

4468   disinformation, content moderation, de-platforming,

**#153.187**

4719   try eventually?

4720      *Mr. Zuckerberg.  Congresswoman, if what you are asking

4721   is are we ever going to be perfect, the answer is no.  I

4722   think that there will always be some mistakes, but I think we

4723   will get increasingly accurate over time.  So for example, a

4724   few years back, we identified --

4725      *Ms. Craig.  Mr. Zuckerberg, I only have a couple of

4726   minutes or one minutes left, so I am going to continue here.

4727      As has been mentioned repeatedly throughout today, we

4728   just don't have faith that your companies have the proper

4729   incentives to proactively contemplate and address basic human

4730   rights.  With that in mind, would you support legislation

4731   requiring social media companies to have an Office of Civil

4732   Rights reporting to the CEO, and that would mean you would

4733   have to reconsider your corporate structure, including the

4734   civil rights and human rights of the trans community?

4735      *Mr. Zuckerberg.  Congresswoman, we took the

4736   unprecedented step of hiring a VP of civil rights, and I

4737   think we are one of the only companies that has done

4738   something similar to what you are saying.

4739      *Ms. Craig.  Well, I hope that you do better, then,

4740   because this example I am giving you was completely

4741   unacceptable.  This panel has done something truly rare in

4742   Washington these days:  It has united Democrats and

4743   Republicans.  Your industry cannot be trusted to regulate

4744    itself.

4745        And with that, I yield back.

4746        *Mr. Doyle.  The gentlelady yields back.

4747        The chair now recognizes Mrs. Trahan for five minutes.

4748        *Mrs. Trahan.  Thank you, Mr. Chairman.

4749        I would like to turn the focus back to our children.  My

4750    husband and I have five.  Our oldest is 27, our youngest is

4751    6, and over the years I have noticed how technology has been

4752    increasingly designed to capture their attention.  The more

4753    time my first-grader spends scrolling through an app, the

4754    less time she is playing outside or enjoying face-to-face

4755    interactions with us.

4756        Google and Facebook are not only doing a poor job of

4757    keeping our children under 13 off of YouTube and Instagram,

4758    as my colleagues have already mentioned today, but you are

4759    actively onboarding our children onto your ecosystems with

4760    apps like YouTube Kids, Facebook Messenger Kids, and now we

4761    are hearing Instagram for Kids.  These applications introduce

4762    our children to social media far too early and include

4763    manipulative design features intended to keep them hooked.

4764        Mr. Pichai, when a child finishes a video on YouTube or

4765    YouTube Kids, does the next video automatically play by

4766    default?  And I think this one is a yes or no.

4767        *Mr. Pichai.  Sorry, I was muted.  Congresswoman, I have

4768    children, too.  I worry about the time they spend online, and

**#153.199**

4869   19 pandemic to the January 6 insurrection, both of which we
4870   have talked about extensively.
4871        We have seen that the real-world cost of this unchecked
4872   spread of disinformation is in lies.  And like my colleagues,
4873   I worry that the structure of many social media companies,
4874   including those we have before us today, prioritize
4875   engagement, including engagement with provocative or
4876   extremist content over responsible corporate citizenship.
4877        So one of my greatest concerns regarding how extremist
4878   content and disinformation is allowed to spread on your
4879   platform is the lack of data transparency when it comes to
4880   independent analysis.  Now, everyone has claimed they have an
4881   internal system, that it is about the systems, that you need
4882   good systems to remove and delete disinformation and
4883   extremist content.
4884        But we have no way to verify how effective those systems
4885   are.  And that is a huge part of the challenge before us.  I
4886   think we all would agree that we need data and information to
4887   make good policy and to write good legislation, which will be
4888   coming out of this committee.
4889        So that brings me to a follow-up on my colleague Miss
4890   Rice's questions about data.  As she mentioned, and it is my
4891   understanding that all three of your platforms chose to
4892   remove content that was posted regarding the Capitol
4893   insurrection on January 6.  And I think we can all understand

**#153.204**

5569   See, they know you have this power and they want to direct

5570   that power for their own political gain.  Mr. Zuckerberg,

5571   since Facebook was my first love, I am going to direct

5572   questions at you.  And this isn't a trick question, I

5573   promise.

5574        Do you believe in the spirit of the First Amendment --

5575   free speech, robust debate, basically liberal values?

5576        *Mr. Zuckerberg.  Yes, absolutely.

5577        *Mr. Crenshaw.  See, my colleagues can't infringe on the

5578   First Amendment.  The American people in their speech are

5579   protected from government, as they should be.  My colleagues,

5580   this administration, they can't silence pump they disagree

5581   with no matter how much they want to.

5582        But I do think they want to.  Just in this hearing, I

5583   have heard Democrats complain about misinformation, by which

5584   they clearly mean political speech they disagree with.  They

5585   have complained today that Prager University content is still

5586   up.  I have heard them accuse conservative veterans of being

5587   tinfoil hat-wearing extremists, and that opinions on climate

5588   change that they disagree with should be taken down.

5589        This is quite different from the Republican complaint

5590   that illegal content needs to be addressed.  There is a

5591   growing number of people in this country that don't believe

5592   in the liberal values of free speech and free debate.  I

5593   promise you, the death of the First Amendment will come when

**#153.232**