# EXHIBIT I

facebook                                                                                         Log In



# Tucker Carlson ✓

1.2M followers • 1 following

| Posts | About | Photos | Videos |                                                                   ⋯

### Intro

Host of Tucker Carlson Tonight, weeknights at 8 PM ET on Fox News Channel

ⓘ   Page · Public figure

🌐   TuckerCarlson.com

## Connect with Tucker Carlson on Facebook

| Log In |  or  | Create new account |

3/2/23, 12:21 AM	Tucker Carlson Tonight - Home | Facebook

**facebook**	Log In





# Tucker Carlson Tonight ✓
@TuckerCarlsonTonight · TV show


 Send message

Hi! Please let us know how we can help.

**Home**	Videos	Photos	About	More ▾	⋯

## About	See all

ⓘ Don't miss America's #1 show: 'Tucker Carlson Tonight' weeknights at 8pm ET on Fox News. Also, 2 new hit shows streaming now on Fox Nation: 'Tucker Ca… **See more**

👍 2,526,409 people like this

 3,807,501 people follow this

🌐 http://www.TuckerCarlson.com/

## See more of Tucker Carlson Tonight on Facebook

| Log In | or | Create new account |