# EXHIBIT O

Thanks for trying out Immersive Reader. Share your feedback with us.   

# Rachel Levine ripped for demanding censorship of 'misinformation' on 'gender-affirming care' for kids

## Twitter users called the Biden HHS official's remarks 'evil' and an example of 'fascism'

Conservatives on Twitter blasted a recently surfaced video of the Department of Health and Human Services Assistant Secretary Rachel Levine calling on Big Tech companies to censor "misinformation" about "gender-affirming care" for kids on the internet.

Levine, a transgender woman, made the statements in May, though the video gained newfound attention on Twitter just after Christmas. Prominent Twitter users expressed horror that a government official was asking tech companies to censor content disputing that gender-affirming care for youth is a thing of "positive value."

During a May 27 zoom address to the Federation of State Medical Boards in New Orleans, Dr. Levine spoke about the need for the government to "address health misinformation directly" and specified that includes encouraging Big Tech to combat health misinformation "beyond COVID-19."

**BIDEN POLITICAL APPOINTEES TO HIV COUNCIL HAVE 'WOKE' PASTS TIED TO DRAG QUEEN STORY HOUR, PLANNED PARENTHOOD**



The doctor said, "So I'd like to just talk briefly about another area of substantial misinformation that is directly impacting health equity in our nation, and that is the health equity of sexual and gender

minorities. There is substantial misinformation about gender-affirming care for transgender and gender diverse individuals."

Levine then claimed that the country is "facing an onslaught of anti-LGBTQI+ actions at the state levels across the United States," adding, "They are dangerous to the public health."

Levine continued, saying, "The positive value of gender-affirming care for youth and adults is not in scientific or medical dispute."

The official called for tech censorship to quell any dispute on the subject, adding, "And we need to use our clinicians voice to collectively advocate for our tech companies to create a healthier, cleaner information environment."

Critics of online censorship and encouraging children to undergo gender transitions ripped the video on Twitter.

### BIDEN ADMINISTRATION FUNDS STUDIES ON DANGER OF TRANSGENDER HORMONAL TREATMENTS EVEN AS IT PUSHES THEM ON KIDS

The American Conservative senior editor Rod Dreher suggested Levine was a fascist, tweeting, "When fascism comes to America, it will be under the guises of Health and Safety."

Claremont Institute Lincoln fellow Terry Schilling argued that Levine's statements were worse than communist propaganda. He wrote, "Even the communists didn't promote evil like this. They at least lied to make themselves look more competent. This is something different. They are still in the destruction phase of this nation. They know the opposition is strong and that's why it needs to be shut down."

After seeing the clip, Christian pastor Timothy Alden remarked, "Evil is an understatement."

Conservative journalist Ian Miles Cheong tweeted, "You're not allowed to criticize Rachel Levine on other social media platforms. You will be banned."

In another tweet he added, "America is in trouble."

Libertas Institute president Connor Boyack advised, "Protip: what the government labels 'misinformation' you can generally just call 'information.'"

### CLICK HERE TO GET THE FOX NEWS APP

Rep. Warren Davidson, R-Ohio, provided his followers a biology refresher to push back against Levine. He tweeted, "Admiral asserts 'need' for Ministry of Truth. To deny this: xy ≠ xx. It takes male & female to reproduce. Every egg is x. Sperm is y or x. At conception (save exceedingly rare cases), the baby human is xy (male) or xx (female). Nothing changes reality. Embrace the science."

