# EXHIBIT R



WATCH LIVE 

TECH

# White House says social media networks should be held accountable for spreading misinformation

PUBLISHED TUE, JUL 20 2021•8:51 AM EDT    UPDATED TUE, JUL 20 2021•12:06 PM EDT



Jessica Bursztynsky
@JBURSZ

WATCH LIVE

## KEY POINTS

- Social media giants should be held accountable for publishing misinformation, the White House's communications director said Tuesday.

- The comments are the latest from the Biden administration in a tiff over whether or not social media companies, specifically Facebook, are harming users by showing Covid-19 misinformation.

- When asked by MSNBC's Mika Brzezinski whether these companies should be held liable for publishing false information that causes people harm, Kate Bedingfield said the administration is reviewing policies.


MARKETS


CNBC TV


WATCHLIST


MENU


WATCH **LIVE**

Social media giants should be held accountable for publishing misinformation, the White House's communications director said Tuesday.

The comments are the latest from the Biden administration in a tiff over whether or not social media companies, specifically Facebook ▪, are harming users by showing Covid-19 vaccine misinformation.

When asked by MSNBC's Mika Brzezinski whether these companies should be held liable for publishing false information that causes people harm, Kate Bedingfield said the administration is reviewing policies. That could include amending the Communications Decency Act, or Section 230 of the act.

"We're reviewing that, and certainly they should be held accountable," Bedingfield said. "And I think you've heard the president speak very aggressively about this. He understands this is an important piece of the ecosystem."

White House press secretary Jen Psaki previously said the Biden administration had started "flagging problematic posts for Facebook that spread disinformation," and that the government had proposed changes to major social media platforms.

Tuesday's comments follow a fight between the White House and Facebook, after President Joe Biden last week said that giants like Facebook were "killing people" by allowing disinformation regarding Covid vaccines.

"I mean they really, look, the only pandemic we have is among the unvaccinated, and that's — they're killing people," Biden said Friday.

Facebook responded by saying the company "will not be distracted by accusations which aren't supported by the facts."

Biden later clarified that it wasn't Facebook that was killing people, but the users who were posting the falsehoods. However, he said he hoped Facebook would do more to fight "the outrageous misinformation" about coronavirus vaccines being spread on its platform.


CNBC TV


WATCHLIST

MARKETS

MENU

2/28/23, 3:18 AM    Case 3:22-cv-01213-TAD-KDM   Document 214-20   Filed 03/07/23   Page 4 of 6 PageID #:
White House: Social networks should be held accountable for spreading misinfo
16940

WATCH LIVE

that are sharing misinformation about the virus that's getting shared on these platforms, Bedingfield said.

The White House did not immediately respond to CNBC's request for additional comment on Bedingfield's remarks.

-- CNBC's *Kevin Breuninger* contributed reporting.

*Subscribe to CNBC on YouTube.*



**VIDEO** **02:23**
We've seen some weakness in Tech, says Wilmington Trust's Meghan Shue

**Closing Bell: Overtime**                                         WATCH IN THE APP

UP NEXT | **Fast Money** 05:00 pm ET


MARKETS


CNBC TV


WATCHLIST

MENU



⭕ WATCH **LIVE**



-10%

-1%

-4%

## TRENDING NOW

**China's CCP warns Elon Musk against sharing Wuhan lab leak report**

**1** w closes more than 200 points lower Tuesday, major averages end February with losses

**2** year-old pays $0 to live in a 'luxury tiny home' she built for $35,000 in her backyard—look inside



Subscribe to CNBC PRO                           Licensing & Reprints
CNBC Councils                                   Select Personal Finance
CNBC on Peacock                                 Join the CNBC Panel
Supply Chain Values                             Select Shopping
Closed Captioning                               Digital Products



| | |
|---|---|
| Ad Choices | Site Map |
| Podcasts | Careers |
| Help | Contact |

    

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by


MARKETS


CNBC TV


WATCHLIST

MENU