# EXHIBIT Y

| From: | Slack [notification@slack.com] |
|---|---|
| Sent: | 2/18/2020 2:29:22 PM |
| To: | Menachery, Vineet [vimenach@UTMB.EDU] |
| Subject: | [Slack] Notifications from the SARS2 workspace for February 18th, 2020 at 2:29 PM |

**WARNING:** This email originated from outside of UTMB's email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.



# You have a new direct message in SARS2 (sars2.slack.com)

### From your conversation with Matt Frieman



**Matt Frieman**  February 18th at 2:25 PM
I talked to Ralph for a long time last night, He sounds beat. His ACE2 mice are breeding up but not ready for anyone to have. He said he sat in Fauci's office talking about the outbreak and chimeras. Clearly he is in other kinds of meetings than what we are invited to! I joked about his link link to WIV, he wasnt very amused. He said that Zhi's paper was not approved by the Chinese govt and that she may be arrested for it. Thats not a good look for anyone. So we just go ahead and keep our heads down and get this virus working. Will see where we get!

**Open in Slack**

Reply

Snooze these notifications for: an hour, eight hours, a day, three days, or the next week. Or, turn email notifications off. For more detailed preferences, see your account page.

**SARS2**
Workspace URL: sars2.slack.com
or   Email: vimenach@UTMB.EDU

FOIA Confidential Treatment Requested by Univ of Texas System

UTSystem_058871