# EXHIBIT CC

# Correspondence

## Statement in support of the scientists, public health professionals, and medical professionals of China combatting COVID-19

We are public health scientists who have closely followed the emergence of 2019 novel coronavirus disease (COVID-19) and are deeply concerned about its impact on global health and wellbeing. We have watched as the scientists, public health professionals, and medical professionals of China, in particular, have worked diligently and effectively to rapidly identify the pathogen behind this outbreak, put in place significant measures to reduce its impact, and share their results transparently with the global health community. This effort has been remarkable.

We sign this statement in solidarity with all scientists and health professionals in China who continue to save lives and protect global health during the challenge of the COVID-19 outbreak. We are all in this together, with our Chinese counterparts in the forefront, against this new viral threat.

The rapid, open, and transparent sharing of data on this outbreak is now being threatened by rumours and misinformation around its origins. We stand together to strongly condemn conspiracy theories suggesting that COVID-19 does not have a natural origin. Scientists from multiple countries have published and analysed genomes of the causative agent, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2),[1] and they overwhelmingly conclude that this coronavirus originated in wildlife,[2–10] as have so many other emerging pathogens.[11,12] This is further supported by a letter from the presidents of the US National Academies of Science, Engineering, and Medicine[13] and by the scientific communities they represent. Conspiracy theories do nothing but create fear, rumours, and prejudice that jeopardise our global collaboration in the fight against this virus. We support the call from the Director-General of WHO to promote scientific evidence and unity over misinformation and conjecture.[14] We want you, the science and health professionals of China, to know that we stand with you in your fight against this virus.

We invite others to join us in supporting the scientists, public health professionals, and medical professionals of Wuhan and across China. Stand with our colleagues on the frontline!

We speak in one voice. To add your support for this statement, sign our letter online. LM is editor of ProMED-mail. We declare no competing interests.

*Charles Calisher, Dennis Carroll, Rita Colwell, Ronald B Corley, Peter Daszak, Christian Drosten, Luis Enjuanes, Jeremy Farrar, Hume Field, Josie Golding, Alexander Gorbalenya, Bart Haagmans, James M Hughes, William B Karesh, Gerald T Keusch, Sai Kit Lam, Juan Lubroth, John S Mackenzie, Larry Madoff, Jonna Mazet, Peter Palese, Stanley Perlman, Leo Poon, Bernard Roizman, Linda Saif, Kanta Subbarao, Mike Turner*
**COVID19statement@gmail.com**

Colorado State University, Fort Collins, CO, USA (CC); Scowcroft Institute of International Affairs, Texas A&M, College Station, TX, USA (DC); University of Maryland, College Park, MD, USA (RC); NEIDL Institute (RBC), Boston University (GTK), Boston, MA, USA; EcoHealth Alliance, New York, NY, USA (PD); Charité – Universitatsmedizin Berlin, Berlin, Germany (CD); National Center of Biotechnology, Madrid, Spain (LE); The Wellcome Trust, London, UK (JF, JG, MT); School of Veterinary Science, The University of Queensland, Brisbane, QLD, Australia (HF); Leiden University Medical Center, Leiden, Netherlands (AG); Erasmus Medical Center, Rotterdam, Netherlands (BH); Emory University, Atlanta, GA, USA (JMH); World Organization for Animal Health (OIE) Working Group on Wildlife, New York, NY, USA (WBK); University of Malaya, Kuala Lumpur, Malaysia (SKL); Food and Agriculture Organization of the United Nations, Rome, Italy (JL); Curtin University, Perth, WA, Australia (JSM); Massachusetts Medical School, Worcester, MA, USA (LM); University of California at Davis, Davis, CA, USA (JM); Department of Microbiology, Icahn School of Medicine, Mt Sinai Hospital, New York, NY, USA (PP); University of Iowa, Roy J and Lucille A Carver College of Medicine, Iowa City, IA, USA (SP); The University of Hong Kong, Hong Kong (LP); University of Chicago, Chicago, IL, USA (BR); The Ohio State University, Columbus, OH, USA (LS); and The University of Melbourne, Melbourne, VIC, Australia (KS)

1 Gorbalenya AE, Baker SC, Baric RS, et al. Severe acute respiratory syndrome-related coronavirus: the species and its viruses—a statement of the Coronavirus Study Group. *bioRxiv* 2020; published online Feb 11. DOI:2020.02.07.937862 (preprint).
2 Zhou P, Yang X-L, Wang X-G, et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. *Nature* 2020; published online Feb 3. DOI:10.1038/s41586-020-2012-7.
3 Lu R, Zhao X, Li J, et al. Genomic characterisation and epidemiology of 2019 novel coronavirus: implications for virus origins and receptor binding. *Lancet* 2020; published online Jan 30. https://doi.org/10.1016/S0140-6736(20)30251-8.
4 Zhu N, Zhang D, Wang W, et al. A novel coronavirus from patients with pneumonia in China, 2019. *NEJM* 2020; published online Jan 24. DOI:10.1056/NEJMoa2001017.
5 Ren L, Wang Y-M, Wu Z-Q, et al. Identification of a novel coronavirus causing severe pneumonia in humans: a descriptive study. *Chin Med J* 2020; published online Feb 11. DOI:10.1097/CM9.0000000000000722.
6 Paraskevis D, Kostaki EG, Magiorkinis G, Panayiotakopoulos G, Tsiodras S. Full-genome evolutionary analysis of the novel corona virus (2019-nCoV) rejects the hypothesis of emergence as a result of a recent recombination event. *Infect Genet Evol* 2020; published online Jan 29. DOI:10.1016/j.meegid.2020.104212.
7 Benvenuto D, Giovanetti M, Ciccozzi A, Spoto S, Angeletti S, Ciccozzi M. The 2019-new coronavirus epidemic: evidence for virus evolution. *J Med Virol* 2020; published online Jan 29. DOI:10.1002/jmv.25688.
8 Wan Y, Shang J, Graham R, Baric RS, Li F. Receptor recognition by novel coronavirus from Wuhan: an analysis based on decade-long structural studies of SARS. *J Virol* 2020; published online Jan 29. DOI:10.1128/JVI.00127-20.
9 US Center for Disease Control and Prevention. Coronavirus disease 2019 (COVID-19) situation summary. Feb 16, 2020. https://www.cdc.gov/coronavirus/2019-nCoV/summary.html (accessed Feb 8, 2020).
10 Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. The proximal origin of SARS-CoV-2. Feb 16, 2020; http://virological.org/t/the-proximal-origin-of-sars-cov-2/398 (accessed Feb 17, 2020).
11 Bengis R, Leighton F, Fischer J, Artois M, Morner T, Tate C. The role of wildlife in emerging and re-emerging zoonoses. *Rev Sci Tech* 2004; **23:** 497–512.
12 Woolhouse ME, Gowtage-Sequeria S. Host range and emerging and reemerging pathogens. *Emerg Infect Dis* 2005; **11:** 1842–47.
13 NASEM. The National Academies of Science Engineering and Medicine of the USA. NAS, NAE, and NAM presidents' letter to the White House Office of Science and Technology Policy. Feb 6, 2020. https://www.nationalacademies.org/includes/NASEM%20Response%20to%20OSTP%20re%20Coronavirus_February%206,%202020.pdf (accessed Feb 7, 2020).



Published Online
February 18, 2020
https://doi.org/10.1016/S0140-6736(20)30418-9

For the **Chinese translation** see **Online** for appendix

To **register your support** see http://chng.it/SDpTB9Kf

For the **SARS-CoV-2 genome analysis** see https://www.gisaid.org/epiflu-applications/next-betacov-app/

Submissions should be made via our electronic submission system at http://ees.elsevier.com/thelancet/

14  WHO. Director-General's remarks at the media briefing on 2019 novel coronavirus on 8 February 2020. Feb 8, 2020. https://www.who.int/dg/speeches/detail/director-general-s-remarks-at-the-media-briefing-on-2019-novel-coronavirus---8-february-2020 (accessed Feb 18, 2020).