# EXHIBIT HH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE ▼ DIVISION

STATE OF LOUISIANA, STATE OF            Civil Action No. 3:22-CV-01213
_____
                Plaintiff

                VS.                     Judge Doughty ▼

JOSEPH R. BIDEN, JR., in his official   Magistrate Judge McClusky
_____
                Defendant

### NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO:   Plaintiffs' Supplemental Brief in Support of Motion for PI
DESCRIPTION:      DVD copies of witness video depositions
FILED BY:         Tracy Short, Assistant Attorney General, Louisiana Dept. of Justice
FILE DATE:        March 6, 2023

********************************* **NOTICE**********************************

**The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF.  A PDF version of this notice should accompany the related e-filing as an attachment.**

**INSTRUCTIONS FOR FILER:**
**The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge.  Chambers personnel may obtain the manual attachment from the Clerk's Office.[1]  The manual attachment will be maintained at this location until expiration of appeal delays.**

**Attachment sent to  MONROE ▼ DIVISION.**

                **Prepared by:**  Tracy Short
                                 _____

_____

[1]**Chambers Personnel: When finished reviewing the manual attachment, please return to the Clerk's Office.**