# EXHIBIT G

**From:** Carrie Adams ██████████ @fb.com]
**Sent:** 2/24/2021 8:48:20 PM
**To:** Flaherty, Robert EOP/WHO ██████████ @who.eop.gov]
**CC:** Clarke.Humphrey ██████████ @who.eop.gov]; Rowe, Courtney (who.eop.gov)
██████████ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ██████████ @hhs.gov]; Brian Rice
██████████ @fb.com]; Payton Iheme ████████ @fb.com]; Genelle Adrien ██████████ @fb.com]; Julia Eisman
██████████ @fb.com]
**Subject:** Re: [EXTERNAL] Misinfo Themes

**Flag:** Follow up

Hoping to cover a lot of that Monday—still working on data we can share, etc

Can definitely go into detail on content that doesn't violate like below but could contribute to vaccine hesitancy.

CA

**Carrie E. Adams**
**facebook, inc.** | politics & government
████████████████ @fb.com

On Feb 24, 2021, at 8:41 PM, Flaherty, Robert EOP/WHO ██████████ @who.eop.gov> wrote:

Awesome. This is helpful. Can you give us a sense of volume on these, and some metrics around rhe scale of removal for each?

Can you also give us a sense of misinformation that might be falling outside of your removal policies?

Goes without saying, just because it's on your list for removal hasn't historically meant that it was removed, so I want to get a sense of the state of play here!

Thanks, all.

Sent from my iPhone

On Feb 24, 2021, at 7:54 PM, Carrie Adams ██████████ @fb.com> wrote:

Hi all,

Following up on your request for COVID-19 misinfo themes we are seeing. All the below claims violate our updated Covid and vaccine misinformation policies that we announced earlier this month, and we are removing these claims from our platforms:

**Theme 1: Vaccine Toxicity**: Claims that the vaccine contains aborted fetal tissue, has microchips embedded in it, toxic levels of aluminum, etc.

**Theme 2: False Claims About Side Effects of Vaccine:** Claims that vaccines will cause autism, the vaccine changes DNA, causes infertility, etc.

**Theme 3: Comparing the Covid Vaccine to the Flu Vaccine:** That you are more likely to die after the COVID vaccine than after the flu vaccine.

**Theme 4: Downplaying Severity of COVID-19:** Claims that COVID-19 is a hoax, not any worse than the flu, etc.

Looking forward to continuing this conversation on Monday.

Best,

CA

**Carrie E. Adams**
**facebook, inc.** | politics & government
█████████████████@fb.com