# EXHIBIT H

| | |
|---|---|
| From: | Todd O'Boyle [████@twitter.com] |
| Sent: | 3/1/2021 6:01:25 PM |
| To: | Flaherty, Robert EOP/WHO [████@who.eop.gov]; Peck, Joshua (HHS/ASPA) [████@hhs.gov]; Clarke.Humphrey [████@who.eop.gov] |
| CC: | Lauren Culbertson [████@twitter.com]; Reggie McCrimmon [████@twitter.com]; Caroline Strom [████@twitter.com] |
| Subject: | Following up on today's meeting |
| Flag: | Follow up |

Rob, Clarke and Josh -

Thanks again for meeting with us today. As we discussed, we are building on our continued efforts to remove the most harmful COVID-19 misleading information from the service by applying labels to Tweets that may contain misleading information about COVID-19 vaccines. We have also introduced a strike system that determines when further enforcement action is necessary. You can read more in the announcement on our blog.

As we said, we are committed to working with stakeholders in the public, private and non-profit sectors to address the reliability of covid information online and look forward to continued dialogue about joint efforts.

Don't hesitate to let me know if you have additional questions.
Warmest,
Todd O'Boyle