# EXHIBIT K

CONFIDENTIAL

---

**From:** Google Calendar ▌▌▌▌▌@google.com]
**Sent:** 4/17/2021 7:46:19 AM
**To:** Flaherty, Rob EOP/WHO ▌▌▌▌@who.eop.gov]

**Subject:** [EXTERNAL] Accepted: YouTube Vaccine Misinfo Briefing @ Wed Apr 21, 2021 10am - 11am (PDT) (Flaherty, Rob EOP/WHO)
**Attachments:** invite.ics
**Location:** ▌▌▌▌▌▌▌▌

**Start:** 4/21/2021 5:00:00 PM
**End:** 4/21/2021 6:00:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

---

**Brandon Feldman has accepted this invitation.**

## YouTube Vaccine Misinfo Briefing

| | |
|---|---|
| When | Wed Apr 21, 2021 10am – 11am Pacific Time - Los Angeles |
| Where | ▌▌▌▌▌▌ (map) |
| Calendar | Flaherty, Rob EOP/WHO |
| Who | • Flaherty, Rob EOP/WHO - organizer |
| | • Brandon Feldman - creator |
| | • Alexandra Veitch |
| | • Clement Wolf |
| | • Jan Antonaros |
| | • Jess Hemerly |
| | • John Ruxton |
| | • Kevin Kane |
| | • Slavitt, Andrew M. EOP/WHO |
| | • Scruggs, Jessica (HHS/OASH) - optional |
| | • Fitzpatrick, Kelsey V. EOP/WHO - optional |

White House staff to get briefed by YouTube on general trends seen around vaccine misinformation. As well as, the empirical effects of YouTube's efforts to combat misinfo, what interventions YouTube is currently trying, and ways the White House (and our COVID experts) can partner in product work.

▌▌▌▌▌▌

Hi there,

Hoor Qureshi is inviting you to a scheduled ZoomGov meeting.

Join Zoom Meeting

Phone one-tap:

US: ███████████████████████████████████

Meeting URL:

███████████████████████████████████

Meeting ID:

███████████████

Passcode:

███████

Join by Telephone

For higher quality, dial a number based on your current location.

Dial:

US: ██████████████████████████████

Meeting ID:

███████████████

Passcode:

██████

International numbers

Join from an H.323/SIP room system

H.323:

████████████ (US West)
(US East)

Meeting ID:

████████████

MOLA_DEFSPROD_00017435

Passcode:

██████

SIP:

████████████████████

Passcode:

██████

Invitation from **Google Calendar**

You are receiving this courtesy email at the account ████████@who.eop.gov because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at >https://calendar.google.com/calendar/< and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. **Learn More**.

MOLA_DEFSPROD_00017436