# EXHIBIT S

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** 3/25/2021 11:33:00 AM
**To:** Payton Iheme [████@fb.com]
**CC:** Chelsey Lepage [████@fb.com]
**Subject:** RE: Thursday meeting
**Attachments:** CDC_Facebook Misinformationv2.pptx

Sorry for delay in sending. This is a deck Census would like to discuss and we'd also like to fit in a discussion of topic types removed from Facebook.

Here are the primary attendees on our end (I'm sure we'll have a larger crowd).

Census partners:

Zack Schwartz, Division Chief, IT Service Management Office, U.S. Census Bureau
Sam Huxley, Digital Monitoring and Crisis Management, Reingold, (Census Bureau contractor)
Christopher Lewitzke, Senior Digital Marketing Associate, Reingold, (Census Bureau contractor)
Jennifer C. Shopkorn, Senior advisor for Comms, Census

**CDC:**

Kate Galatas, Deputy Director, Office of the Associate Director for Communication, CDC - PROGRAM LEAD
Lynn Sokler, Senior advisor
Jessica Kolis, Vaccine with Confidence Team
Rosie Bretthauer-Muller and Kathleen LaPorte, Vaccine Content Leads

---

**From:** Payton Iheme [████@fb.com]
**Sent:** Wednesday, March 24, 2021 12:26 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** Re: Thursday meeting

That's correct Carol. No CMU Thursday.

We will have Justin Isola (Misinformation Manager), Lexi Sturdy, Liz Lagone (will be leading from our side on misinformation briefing for your team. They all work on our COVID-19 policies.

Who will be your leads? Sam Huxley and others? Do they have titles?

Best,

Payton

---

**From:** Carol Crawford <████@cdc.gov>
**Date:** Wednesday, March 24, 2021 at 7:52 AM
**To:** Payton Iheme <████@fb.com>
**Subject:** RE: Thursday meeting

Ok, I'm sorry I wasn't free yesterday – one of those days! This sounds good and I'll assume CMU info isn't coming up so I want include that group in the meeting.

I am not has booked up today if we still need to chat.

Thanks!

---

**From:** Payton Iheme <████@fb.com>
**Sent:** Wednesday, March 24, 2021 4:24 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** Thursday meeting

Hi Carol,

As we discussed last week, we will present on COVID-19 misinformation this session/meeting and have some of our team that is focused on that workstream provide a briefing on the current policies and approach as well as the current trends we are identifying.

Best,

Payton

Get Outlook for iOS



MARCH 2021

# COVID Vaccine Misinformation: Issue Overview

Facebook

## Misinformation Topics

- These topics were selected due to high volume, continued public discussion, and high-profile coverage.
- Issues included in this presentation are concerns about infertility, misinformation about side effects, and claims of vaccines leading to deaths.



DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Discussion of Topics



Social Media Discussion of Topics (February 9 – March 8, 2021)

- Report of waitress fired for vaccine refusal over fertility concerns (2/18)
- New York Post article about delayed skin rash (3/4)
- Austria suspends AstraZeneca vaccine after death (3/7)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Background Information: Vaccine Infertility Claims

- Common claims about the COVID vaccine's side effects include that it causes infertility in women and men, miscarriages, and stillbirth.
- In early December, a former Pfizer employee and researcher petitioned the European Medical Association to stop trials of the Pfizer vaccine, citing fears of infertility.
    - These claims were escalated and amplified on blogs and social media.
- According to CDC there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines.
    - Several of Facebook's fact check partners have covered this claim.
    - CDC also established the v-safe COVID-19 Vaccine Pregnancy Registry in multiple languages to gather more data.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Examples of Infertility Claims: Facebook and Instagram



Instagram Post: "no fertility testing at all" (February 18, 2021)



Facebook Post: "So you can have a vaccinated man, sleep with an unvaccinated woman...and she will become INFERTILE." (March 2, 2021)



Facebook Post: "COULD MAKE YOU STERILE" (February 25, 2021)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Additional Examples of Infertility Claims



"Vaccine mRNA causes neurodegenerative disorders and infertility for life." (February 28, 2021)



"Experts...warned about vaccine-induced infertility.... This seems to be happening now!" (March 9, 2021)



"We're in the midst of self-inflicted genocide... Fact: coronavirus vaccines cause miscarriage & stillbirth." (February 24, 2021)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Background Information: Side Effects

- Speculation and misinformation about side effects caused after taking the COVID vaccine have been prevalent on social media since the first vaccines were approved.
- Common claims include that side effects are unknown, the side effects of the vaccine are more severe than the virus itself, and unsubstantiated links to new side effects.
- According to CDC, common side effects include pain or swelling at the injection site and fever, chills, fatigue, or headache.
    - Anaphylaxis after COVID-19 vaccination is rare. If this occurs, vaccination providers can effectively and immediately treat the reaction.
    - The Vaccine Adverse Event Reporting System (VAERS) is a national vaccine safety surveillance program run by CDC and FDA but can be a source of misinformation if taken out of context.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Side Effects Examples: Facebook and Instagram



Facebook Group: "I've read that people are feeling a lot more irritable..." (February 26, 2021)



Facebook Page: "more and more poisoning of your health and brain causing more auto-immune issues, infertility, neurological damage including LOWERED IQ" (February 28, 2021)



Instagram Post: "You can't take untested, unnecessary, rushed to market deadly and dangerous drugs and not expect to suffer consequences." (March 4, 2021)



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Additional Side Effects Examples

> You are more likely to suffer side effects from the vaccine than you are to get Covid.
> (Awaits the hate)

Post published February 23, 2021

> You're pushing a false narrative, because these vaccines have not been properly tested, it takes 5 to 10 years to know the side effects of any vaccine.

Post published February 21, 2021



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Background Information: Death from Vaccines

- Vaccine-hesitant groups spreading misinformation and conspiracy theories about alleged vaccine-related deaths erode trust in the COVID-19 vaccine and the public health system.
- Reliance on anonymous, unverified, and conspiracy-based claims that remain unproven or are demonstrably untrue, to spread speculation and misinformation about deaths resulting from the vaccine.
- [According](#) to CDC, VAERS has not detected patterns in cause of death that would indicate a safety problem with COVID-19 vaccines.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Death from Vaccines Examples: Facebook and Instagram



Instagram post: "All of these people are fine before the vaccine then dying after they receive the vaccine shot" (February 20, 2021)



Facebook post: "My dad died 72 hrs after receiving the Moderna jab. He was 75....Not a coincidence. " (February 8, 2021)



Facebook post: "Died a month after getting the vaccine. Obviously from Covid. Not the vaccine....." (February 25, 2021)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Additional Death from Vaccines Examples



Video: "If everyone gets the vaccination, that would be over 100,000 deaths [from the vaccine]." (March 1, 2021)



March 7, 2021

I'm still trying to figure out how 1% dying as a side effect of a vaccine campaign is okay because we need to save 1% from dying of covid...

February 21, 2021



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Kate Galatas**
Associate Deputy Director, OADC
Centers for Disease Control and Prevention (CDC)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION





DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

MOLA_DEFSPROD_00003067