# EXHIBIT T

From: Galatas, Kate (CDC/OD/OADC) [@cdc.gov]
Sent: 3/25/2021 11:32:29 AM
To: Stanley Onyimba [@google.com]; Jan Antonaros [@google.com]; Scott Deutchman [@google.com]; Kevin Kane [@google.com]; Clement Wolf [@google.com]
CC: Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]; Sokler, Lynn (CDC/OD/OADC) [@cdc.gov]; Bretthauer-Mueller, Rosemary (CDC/DDNID/NCIPC/OD) [@cdc.gov]; Kolis, Jessica (CDC/DDPHSIS/CGH/GID) [@cdc.gov]; LaPorte, Kathleen (CDC/DDID/NCIRD/ID) [@cdc.gov]; Zachary Henry Schwartz (CENSUS/ITSMO FED) [@census.gov]; Christopher Lewitzke [@reingold.com]; Sam Huxley [@reingold.com]; Jennifer Shopkorn (CENSUS/ADCOM FED) [@census.gov]
Subject: RE: COVID Misinformation: CDC/Census/Google
Attachments: CDC_Youtube Misinformationv2.pptx

Hi, All –

Many thanks, again, for the time together yesterday. This is such important shared work we are doing in the mis/dis information space, and we deeply appreciate your contributions. Please find attached the slide deck referenced during the meeting, and we ask that you treat it close hold and not for further distribution. We are looking forward to our future collaboration efforts!

Take care,
Kate

Kate Galatas, MPH
Deputy Communications Director
Centers for Disease Control and Prevention





PROTECTING AMERICA'S SAFETY, HEALTH, AND SECURITY

-----Original Appointment-----
From: Crawford, Carol Y. (CDC/OD/OADC) [@cdc.gov]
Sent: Tuesday, March 23, 2021 4:51 PM
To: Crawford, Carol Y. (CDC/OD/OADC); Zachary Henry Schwartz (CENSUS/ITSMO FED); Christopher Lewitzke; Sam Huxley; Jennifer Shopkorn (CENSUS/ADCOM FED); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Stanley Onyimba; Jan Antonaros; Scott Deutchman; Kevin Kane; Clement Wolf
Cc: Bretthauer-Mueller, Rosemary (CDC/DDNID/NCIPC/OD); Kolis, Jessica (CDC/DDPHSIS/CGH/GID); LaPorte, Kathleen (CDC/DDID/NCIRD/ID)
Subject: COVID Misinformation: CDC/Census/Google
When: Wednesday, March 24, 2021 4:00 PM-4:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

CDC/Census to meet with Google regarding our misinformation efforts.

Jan – let me know if this doesn't end up working for the rest of your team.

_____

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮  United States, Atlanta
▮▮▮▮▮▮▮▮▮▮▮▮▮▮  United States (Toll-free)

Phone Conference ID: ▮▮▮▮▮▮▮
Find a local number | Reset PIN

Learn More | Meeting options

_____



MOLA_DEFSPROD_00003070

# Misinformation Topics

- These topics were selected due to high volume, continued public discussion, and high-profile coverage.
- Issues included in this presentation are infertility, misinformation about side effects, and claims of vaccines leading to deaths.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Discussion of Topics



Social Media Discussion of Topics (February 9 – March 8, 2021)

- Report of waitress fired for vaccine refusal over fertility concerns (2/18)
- New York Post article about delayed skin rash (3/4)
- Austria suspends AstraZeneca vaccine after death (3/7)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

MOLA_DEFSPROD_00003072

# Background Information: Vaccine Infertility Claims

- Common claims about the COVID vaccine's side effects include that it causes infertility in women and men, miscarriages, and stillbirth.
- In early December, a former Pfizer employee and researcher petitioned the European Medical Association to stop trials of the Pfizer vaccine, citing fears of infertility.
    - These claims were escalated and amplified on blogs and social media.
- According to CDC there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines.
    - CDC also established the v-safe COVID-19 Vaccine Pregnancy Registry in multiple languages to gather more data.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Examples of Infertility Claims: YouTube





Video



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Additional Examples of Infertility Claims



"Vaccine mRNA causes neurodegenerative disorders and infertility for life." (February 28, 2021)



"So you can have a vaccinated man, sleep with an unvaccinated woman...and she will become INFERTILE." (March 2, 2021)



"COULD MAKE YOU STERILE" (February 25, 2021)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Background Information: Side Effects

- Speculation and misinformation about side effects caused after taking the COVID vaccine have been prevalent on social media since the first vaccines were approved.
- Common claims include that side effects are unknown, the side effects of the vaccine are more severe than the virus itself, and unsubstantiated links to new side effects.
- According to CDC, common side effects include pain or swelling at the injection site and fever, chills, tiredness, or headache.
    - Anaphylaxis after COVID-19 vaccination is rare. If this occurs, vaccination providers can effectively and immediately treat the reaction.
    - The Vaccine Adverse Event Reporting System (VAERS) is a national vaccine safety surveillance program run by CDC and FDA but can be a source of misinformation if taken out of context.



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

MOLA_DEFSPROD_00003076

## Side Effects Example: YouTube



Video: "Again, they say that this does not mean it is caused by the person administering or the vaccine itself, but still you can see that there is a lot of dots we can connect with it."



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

MOLA_DEFSPROD_00003077

# Additional Side Effects Examples



"more and more poisoning of your health and brain causing more auto-immune issues, infertility, neurological damage including LOWERED IQ"
(February 28, 2021)



"You can't take untested, unnecessary, rushed to market deadly and dangerous drugs and not expect to suffer consequences."
(March 4, 2021)

You are more likely to suffer side effects from the vaccine than you are to get Covid.
(Awaits the hate)

Post published February 23, 2021



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Background Information: Death from Vaccines

- Vaccine-hesitant groups spreading misinformation and conspiracy theories about alleged vaccine-related deaths erode trust in the COVID-19 vaccine and the public health system.
- Reliance on anonymous, unverified, and conspiracy-based claims that remain unproven or are demonstrably untrue, to spread speculation and misinformation about deaths resulting from the vaccine.
- According to CDC, VAERS has not detected patterns in cause of death that would indicate a safety problem with COVID-19 vaccines.



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Death from Vaccines Example: YouTube



Removed Video: "If everyone gets the vaccination, that would be over 100,000 deaths [from the vaccine]."



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

MOLA_DEFSPROD_00003080

# Additional Death from Vaccines Examples



"All of these people are fine before the vaccine then dying after they receive the vaccine shot" (February 20, 2021)



March 7, 2021



"Died a month after getting the vaccine. Obviously from Covid. Not the vaccine...." (February 25, 2021)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)

**Kate Galatas**
Associate Deputy Director, OADC
Centers for Disease Control and Prevention (CDC)





DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION



