# EXHIBIT W

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| To: | Crawford, Carol Y. (CDC/OD/OADC) |
| Cc: | ▋▋▋@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); ▋▋▋@census.gov; ▋▋▋@fb.com; Todd O"Boyle; Jan Antonaros |
| Subject: | In lieu of a BOLO meeting tomorrow... |
| Date: | Thursday, June 17, 2021 6:19:00 PM |
| Attachments: | CDC Working Group Meeting_20210618_v2.pptx |

Given the new federal holiday, I'll be cancelling our BOLO call tomorrow.  However, I am sending the slides out for your reference.   Let us know if you have any questions.

Thank you!

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC



# COVID Vaccine Misinformation: Hot Topics

June 18, 2021

 

# Agenda



**Introduction**

**Hot Topics**

1. Spike Protein AccumulationMagnetism RumorAirline travel

**— LOGISTICS —**

**Next Meeting Date: To be announcedPoint of Contact:Want a follow-up meeting to discuss information presented? Contact Carol Crawford ▓▓▓@cdc.gov).**



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## ADVISORY

**Misinformation has been identified about the safety of COVID-19 vaccine ingredients.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misinformation that spike proteins from vaccines have an effect on fertility or other harmful effects.**

| When | Early June 2021 |
|---|---|
| Where | Digital Platform(s): Twitter. |
| Status | There has been an increase in speculation that spike proteins from the vaccine are harmful, including citing a "study" showing that COVID-19 vaccine particles accumulate in ovaries. This has been used to falsely claim that the vaccines will impact fertility. |
| Potential Impact | Reduced vaccine acceptance. |
| The Facts | There is currently no evidence that COVID-19 vaccination causes any problems with pregnancy, including the development of the placenta. In addition, there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines. |






The spike protein is the bio weapon

*Example posts*

## Associated Link(s) and Hashtag(s)

- CDC Myths and FactsFact check articleExample postExample postExample post

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about the COVID-19 vaccine ingredients and related side effects. Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.**

| | |
|---|---|
| **When** | May 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | There continue to be videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| **Potential Impact** | Reduced vaccine acceptance and spread in real-world spaces. |
| **The Facts** | Receiving a COVID-19 vaccine will not make you magnetic, including at the site of vaccination which is usually your arm. COVID-19 vaccines do not contain ingredients that can produce an electromagnetic field at the site of your injection. |







*Example posts*

## Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 VaccinesExample postExample postWhat are the ingredients in COVID-19 vaccines?Hashtag: #magnetgate #VaccineMagnetChallenge



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about risks for individuals who have received the COVID-19 vaccine.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccinated individuals cannot travel via airplane.**

| | |
|---|---|
| **When** | June 2021 |
| **Where** | Digital Platform(s): Twitter, Facebook, TikTok, Telegram |
| **Status** | There have been claims that because of a risk of blood clots, airlines are not allowing vaccinated individuals to travel or are discussing a potential ban. |
| **Potential Impact** | Reduced vaccine acceptance and confusion. |
| **The Facts** | CDC recommends to delay travel until fully vaccinated. Not related to the COVID-19 pandemic, airplane travel, especially flights longer than 4 hours, may increase the risk for blood clots, including deep vein thrombosis and pulmonary embolism. |

Airlines Are Addressing the Problem Of Blood Clots And Recommending Vaccinated People Not To Travel.

The COVID vaccine side effects are beginning to stack up.

via Qtime - Telegram





*Example posts*

## Associated Link(s) and Hashtag(s)

- Domestic Travel during COVID-19Before You TravelFact check storyExample postExample post



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford   Digital Media Branch Chief, Division of Public Affairs   Centers for Disease Control and Prevention (CDC)** ████████████████████████████

████**@cdc.gov**



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

