# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO SEAL AND REPLACE FILED EXHIBITS WITH REDACTED EXHIBITS**

Before the Court is Plaintiffs' Consent Motion To Seal and Replace Filed Exhibits With Redacted Exhibits. Plaintiffs' Motion is unopposed. Having considered the Motion, the Court hereby GRANTS Plaintiffs' Motion.

*It is so ordered.*


Dated: _____  Signed: _____
                                                              Hon. Terry A. Doughty, U.S. District Judge