# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion to Seal and Replace Filed Exhibits with Redacted Exhibits [Doc. No. 216] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file the proposed exhibits [Doc. Nos. 216-1 through 216-9] into his records under seal and to replace the previously filed exhibits with redacted versions of the exhibits.

MONROE, LOUISIANA, this 8th day of March 2023.

Terry A. Doughty
United States District Judge