# EXHIBIT U

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Cc:** | ▇▇▇@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); ▇▇▇@census.gov; ▇▇▇@fb.com; Todd O"Boyle; Jan Antonaros |
| **Subject:** | Follow up info from BOLO meeting |
| **Date:** | Friday, May 14, 2021 12:34:00 PM |
| **Attachments:** | CDC Working Group Meeting_20210514_vF.pdf |

Thank you for attending. Here are the slides. Also, as mentioned on the call, any contextual information that can be added to posts about VAERS could be very effective in education the public about what VAERS is. CDC.gov includes authoritative information about VAERS, such as the following taken from this page: *"VAERS accepts reports from anyone, including patients, family members, healthcare providers and vaccine manufacturers. VAERS is not designed to determine if a vaccine caused or contributed to an adverse event. A report to VAERS does not mean the vaccine caused the event."*

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC

# COVID Vaccine Misinformation: Hot Topics

May 14, 2021

 

# Agenda

**Introduction**

**Hot Topics**
1. Vaccine Shedding Rumor
2. Falsified VAERS Report
3. Potentially Misleading VAERS Posts
4. Depopulation/Bioweapon Conspiracy Theories
5. Expanded Emergency Use Authorization

### LOGISTICS

**Next Meeting Date:**
- To be announced

**Point of Contact:**
- Want a follow-up meeting to discuss information presented? Contact **Carol Crawford** (█@cdc.gov).



Centers for Disease Control and Prevention
Office of the Director

DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about COVID-19 vaccine safety.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that COVID-19 vaccines cause "shedding."

| | |
|---|---|
| **When** | April 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | False claims that COVID-19 vaccine shedding can cause adverse effects in people who are near recently-vaccinated people have been spreading on social media. |
| **Potential Impact** | Reduced vaccine acceptance and harmful policies from real-world institutions. |
| **The Facts** | Individuals who have received a COVID-19 vaccine **cannot shed** or release any of the vaccine components. In addition, none of the vaccines authorized for use in the United States contain a live virus so it is not possible to shed it. |





*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 Vaccines
- Fact check article
- Example post
- Example post
- Hashtag: #stoptheshed

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Disinformation** has been identified regarding a report made in the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that a 2-year-old died after receiving the vaccine.

| | |
|---|---|
| **When** | May 9, 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | In mid-April, a false VAERS report began spreading on social media showing that a 2-year-old had died after participating in a vaccine trial. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | After investigation, it was determined that this report was "completely made up," and it has been removed from the VAERS database. |



*Example post spreading false claim*



*Example post with correct information*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## ADVISORY

**Potential Misinformation** has been identified about the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misleading information about VAERS reports.

| | |
|---|---|
| **When** | December 2020 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | Users frequently share data and reports from VAERS that may be confusing or misleading to readers without further background or context about VAERS. |
| **Potential Impact** | Reduced vaccine acceptance and confusion. |
| **The Facts** | VAERS is a passive reporting system, meaning it relies on individuals to send in reports of their experiences to CDC and FDA. VAERS is not designed to determine if a vaccine caused a health problem but is especially useful for detecting unusual or unexpected patterns of adverse event reporting that might indicate a possible safety problem with a vaccine. |

Is What The CDC's VAERS Not Telling Us The Real Danger Of The COVID Jabs?

The CDC's VAERS report has been used to gauge adverse effects and deaths from vaccines, but did you know that only roughly 1% of adverse effects and deaths occurring in the US pertaining to vaccines is actually reported? The same can be said for Europe's counterpart. could this mean that we are looking at more than 300,000 deaths in 4 months from the experimental COVID injections?

Some striking plots from the VAERS (Vaccine Adverse Event Reporting System) database.



The Deadly COVID-19 Vaccine Coverup — Virginia Stoner W...
FACT: There has been a massive increase in deaths reported to the Vaccine Adverse Event Reporting System (VAERS) fro...
virginiastoner.com

According to VAERS, USA has had about 15 years worth of vaccine related deaths in just 4 months.

Safe and effective....

*Example posts*

### Associated Link(s) and Hashtag(s)

- About VAERS
- Example post
- Example post
- Example post
- Hashtag: #vaers


Centers for Disease Control and Prevention
Office of the Director

DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified regarding the purpose of COVID-19 vaccines.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing vaccines contain are bioweapons, part of a depopulation scheme, or contain microchips.

| | |
|---|---|
| **When** | December 2020 – Present |
| **Where** | Digital Platform(s): Twitter, Instagram. |
| **Status** | Conspiracy theories about the vaccine continue to spread, including that they are secretly a bioweapon or designed to control the global population. Many of these claims have been linked to Bill Gates. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | COVID-19 vaccines are safe and effective. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the FDA's rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization. |

*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Safety of COVID-19 Vaccines
- Example post
- Example post
- Hashtags: #depopulation, #billgates, #greatreset



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION



## ADVISORY

**Potential misinformation** may occur about COVID-19 vaccines and adolescents.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation about the eligibility of 12- to 15-year-olds for the Pfizer/BioNTech COVID-19 vaccine.

| | |
|---|---|
| **When** | May 12, 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | The CDC Director adopted CDC's Advisory Committee on Immunization Practices' recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. In recent weeks, there has been an increase in misinformation about adolescents taking the vaccine. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | CDC now recommends that this vaccine be used among 12- through 15-year-old adolescents, and providers may begin vaccinating them right away. |

> Today, I adopted CDC's Advisory Committee on Immunization Practices' (ACIP) recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. CDC now recommends that this vaccine be used among this population, and providers may begin vaccinating them right away.
>
> Though most children with COVID-19 have mild or no symptoms, some children can get severely ill and require hospitalization. There have also been rare, tragic cases of children dying from COVID-19 and its effects, including multisystem inflammatory syndrome in children, or MIS-C.
>
> This official CDC recommendation follows Monday's FDA decision to authorize emergency use of this vaccine in 12- through 15-year-old adolescents, and is another important step to getting out of the COVID-19 pandemic, and closer to normalcy.

*Statement from CDC Director*

> It is, to speed 🇺🇸 Ppls 💲 downfall Along with drugging All the children with an untested unknown vaccination$ that has no data or side effects listed, unlike common drugs they sell you on TV, that can harm you, but are still sold. Has government proven 2 🐝 trustworthy? No

*Example post*

### Associated Link(s) and Hashtag(s)

- CDC Director Statement on Pfizer's Use of COVID-19 Vaccine in Adolescents Age 12 and Older
- FDA Emergency Use Authorization
- Example post

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

