# EXHIBIT V

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**To:** Crawford, Carol Y. (CDC/OD/OADC)
**Bcc:** ████@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); ████@census.gov; ████@fb.com; Todd O"Boyle; Jan Antonaros; Aspinwall, Brooke (CDC/DDID/NCIRD/OD)
**Subject:** Follow up info from BOLO meeting on 5/28
**Date:** Friday, May 28, 2021 1:19:00 PM
**Attachments:** CDCboloslides528.pdf

Thank you for those that were able to attend today. Here are the slides. Please do not share outside your trust and safety teams.

Let us know if you have any questions. Thank you.

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
CDC

# COVID Vaccine Misinformation: Hot Topics

May 28, 2021

 

# Agenda



### Introduction

### Hot Topics
1. SM-102 Vaccine Ingredient Safety
2. Magnetism Rumor
3. Vaccine Male Infertility/Fertility Issues Rumor

### LOGISTICS

**Next Meeting Date:**
- To be announced

**Point of Contact:**

- Want a follow-up meeting to discuss information presented? Contact **Carol Crawford** (█████@cdc.gov).



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about the safety of COVID-19 vaccine ingredients.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that the Moderna vaccine is unsafe due to the ingredient SM-102.

| | |
|---|---|
| **When** | May 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | Following the publication of a Moderna COVID-19 fact sheet, there have been false claims that the vaccine ingredient SM-102 listed is poisonous and unsafe for humans. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | The manufacturing process and controls have been well characterized and qualified. The analytical procedures developed and used for the release and stability monitoring of mRNA 1273 Drug Substance (DS) and Drug Product (DP) include tests to ensure vaccine safety, identity, purity, quality, and potency. |



*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example Post
- Example Post
- FDA Emergency Use Authorization



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## ADVISORY

**Misinformation** has been identified about the COVID-19 vaccine ingredients and related side effects.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.

| | |
|---|---|
| **When** | May 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | Videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | COVID-19 vaccines are safe and effective. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the FDA's rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization. |





*Example posts*

### Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post
- What are the ingredients in COVID-19 vaccines?
- Hashtag: #magnetgate #VaccineMagnetChallenge



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**A rumor** has been identified regarding COVID-19 vaccines effects on male fertility.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that vaccines cause infertility or other fertility-related issues in men.

| | |
|---|---|
| **When** | April 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | Recently, social media posts have falsely speculated that men should not have unprotected sex after receiving the Pfizer COVID-19 vaccine, as the "spike protein" from the virus could allegedly damage the individual's sperm or cause infertility. |
| **Potential Impact** | Vaccine hesitancy and reduced vaccine acceptance. |
| **The Facts** | COVID-19 vaccines are safe and effective. Millions of people in the United States have received COVID-19 vaccines under the most intense safety monitoring in U.S. history. |

Absolute LIES. Women aren't ovulating, even fertility clinics are reporting embryos are not growing properly and sperm counts of vaccinated men have dropped right down. Women are experiencing the most painful periods of their life, even women who are in their 70s and 80s have started bleeding again. How dare you say its safe without actually knowing!

She also pointed out that "there is a credible reason to believe that the Covid vaccines will cross-react with the syncytin and reproductive proteins in sperm, ova, and placenta, leading to impaired fertility and impaired reproductive and gestational outcomes," and that there are enough pregnancy losses reported thus far to warrant stopping the vaccines.



"There have been disturbing reports, ..of increased miscarriages following vaccination. I'm concerned about ... the potential of male infertility which could be permanent. ... it's merely appropriate caution given the scientific literature."

"FAUCI IS A DEAD MAN WALKING"

AN EXCLUSIVE INTERVIEW WITH DR ROGER HODKINSON

An exclusive interview with Dr Roger Hodkinson – "When the history of this madness is written....
dailyexpose.co.uk

*Example posts*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post
- Example post
- Safety of COVID-19 Vaccines



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

