# EXHIBIT W

| | |
|---|---|
| From: | Crawford, Carol Y. (CDC/OD/OADC) |
| To: | Crawford, Carol Y. (CDC/OD/OADC) |
| Cc: | ▮▮▮@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); ▮▮▮@census.gov; ▮▮▮@fb.com; Todd O"Boyle; Jan Antonaros |
| Subject: | In lieu of a BOLO meeting tomorrow... |
| Date: | Thursday, June 17, 2021 6:19:00 PM |
| Attachments: | CDC Working Group Meeting_20210618_v2.pptx |

Given the new federal holiday, I'll be cancelling our BOLO call tomorrow. However, I am sending the slides out for your reference. Let us know if you have any questions.

Thank you!

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC



# COVID Vaccine Misinformation: Hot Topics

June 18, 2021




# Agenda

### Introduction

### Hot Topics
1. Spike Protein Accumulation Magnetism Rumor Airline travel

## LOGISTICS

Next Meeting Date: To be announced Point of Contact: Want a follow-up meeting to discuss information presented? Contact Carol Crawford (████@cdc.gov).



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about the safety of COVID-19 vaccine ingredients. Please Be On the Lookout for: Statements, pictures, posts, or messages containing misinformation that spike proteins from vaccines have an effect on fertility or other harmful effects.**

| | |
|---|---|
| **When** | Early June 2021 |
| **Where** | Digital Platform(s): Twitter. |
| **Status** | There has been an increase in speculation that spike proteins from the vaccine are harmful, including citing a "study" showing that COVID-19 vaccine particles accumulate in ovaries. This has been used to falsely claim that the vaccines will impact fertility. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | There is currently no evidence that COVID-19 vaccination causes any problems with pregnancy, including the development of the placenta. In addition, there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines. |




*Example posts*

### Associated Link(s) and Hashtag(s)

- [CDC Myths and FactsFact check articleExample postExample postExample post](#)



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## ADVISORY

Misinformation has been identified about the COVID-19 vaccine ingredients and related side effects. Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.

| | |
|---|---|
| When | May 2021 – Present |
| Where | Digital Platform(s): All. |
| Status | There continue to be videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| Potential Impact | Reduced vaccine acceptance and spread in real-world spaces. |
| The Facts | Receiving a COVID-19 vaccine will not make you magnetic, including at the site of vaccination which is usually your arm. COVID-19 vaccines do not contain ingredients that can produce an electromagnetic field at the site of your injection. |





*Example posts*

### Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 VaccinesExample postExample postWhat are the ingredients in COVID-19 vaccines?Hashtag: #magnetgate #VaccineMagnetChallenge



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about risks for individuals who have received the COVID-19 vaccine. Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccinated individuals cannot travel via airplane.**

| | |
|---|---|
| When | June 2021 |
| Where | Digital Platform(s): Twitter, Facebook, TikTok, Telegram |
| Status | There have been claims that because of a risk of blood clots, airlines are not allowing vaccinated individuals to travel or are discussing a potential ban. |
| Potential Impact | Reduced vaccine acceptance and confusion. |
| The Facts | CDC recommends to delay travel until fully vaccinated. Not related to the COVID-19 pandemic, airplane travel, especially flights longer than 4 hours, may increase the risk for blood clots, including deep vein thrombosis and pulmonary embolism. |




Example posts

## Associated Link(s) and Hashtag(s)

- Domestic Travel during COVID-19 Before You Travel Fact check story Example post Example post



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford** Digital Media Branch Chief, Division of Public Affairs Centers for Disease Control and Prevention (CDC)
@cdc.gov



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

