UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**The State of Missouri,**
   *et al.,*

 *Plaintiffs*,

   v.

**President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,**
   *et al.,*

 *Defendants*.

Civil Action No. 22-cv-1213

**[PROPOSED] ORDER**

Having considered the Defendants' Motion to Strike Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief, **IT IS ORDERED** that Defendants' Motion is **GRANTED** and the Clerk is directed to strike Plaintiffs' Proposed Findings of Fact, ECF No. 214-1, from the docket.

MONROE, LOUISIANA, this _____ day of March 2023.

_____
Terry A. Doughty
United States District Judge