**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**March 9, 2023**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

The Court is in receipt of Defendants' Motion to Strike Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief [Doc. No. 219]. Plaintiffs shall file a response to the Motion on or before March 13, 2023, by 5:00 C.S.T. Defendants may file a reply on or before March 14, 2023, by 5:00 p.m. C.S.T.

TAD