UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI, ET AL.**   **CASE NO. 3:22-CV-01213**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**JOSEPH R. BIDEN JR., ET AL.**   **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 128] filed by Defendants is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendants' Motion is granted as to Plaintiffs' claims for injunctive relief against President Biden, and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion is **DENIED WITHOUT PREJUDICE** as to Plaintiffs' claims for declaratory relief against President Biden.

**IT IS FURTHER ORDERED** that Defendants' Motion is **DENIED WITH PREJUDICE** in all other respects.

MONROE, LOUISIANA, this 20th day of March, 2023.

_____
Terry A. Doughty
United States District Judge