IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

THE STATE OF MISSOURI *et al.*;

*Plaintiffs*,

v.

JOSEPH R. BIDEN, JR. *et al.*;

*Defendants*.

No. 3:22-cv-01213-TAD-KDM

## MOTION TO WITHDRAW AS COUNSEL

Michael E. Talent hereby moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position outside of the Office of the Missouri Attorney General. Plaintiff continues to have representation and will not be prejudiced by this withdrawal.

Respectfully submitted,

JEFF LANDRY
 ATTORNEY GENERAL

By: */s/ Elizabeth B. Murrill*

ELIZABETH B. MURRILL (La #20685)
 Solicitor General
J. SCOTT ST. JOHN (La #36682)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Michael E. Talent*

Michael E. Talent, #322220CA<br>
815 Olive Street, Suite 200<br>
St. Louis, Missouri 63101<br>
Tel: (615) 741-7403<br>
Email: Michael.Talent@ag.tn.gov<br>
*Counsel for State of Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Missouri by using the CM/ECF system.

*/s/ Elizabeth B. Murrill*