# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, STATE OF LOUISIANA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-01213 |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD CLASS ALLEGATIONS AND FOR CLASS CERTIFICATION

For the reasons stated in their Memorandum filed contemporaneously herewith, Plaintiffs respectively move the Court for leave to amend their Complaint to add class allegations and for class certification. Plaintiffs' proposed Third Amended Complaint is attached to this Motion. Plaintiffs have conferred with Defendants, and Defendants indicated that they oppose the relief requested in this Motion.

Dated: March 20, 2023

**ANDREW BAILEY**
Attorney General of Missouri

*/s/ Charles F. Capps*
Joshua M. Divine, Mo. Bar No. 69875*
  *Solicitor General*
Charles F. Capps, Mo. Bar No. 72734*
  *Deputy Solicitor General*
Todd A. Scott, Mo. Bar No. 56614*
  *Senior Counsel*

Respectfully submitted,

**JEFFREY M. LANDRY**
Attorney General of Louisiana

*/s/ D. John Sauer*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Tracy Short (La #23940)
  *Assistant Attorney General*
D. John Sauer, Mo. Bar No. 58721*
  *Special Assistant Attorney General*

| | |
|---|---|
| Kenneth C. Capps, Mo. Bar No. 70908*<br>  *Assistant Attorney General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>charles.capps@ago.mo.gov<br>*Counsel for State of Missouri* | Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |
| */s/ Jenin Younes*<br>Jenin Younes *<br>John J. Vecchione *<br>New Civil Liberties Alliance<br>1225 19th Street N.W., Suite 450<br>Washington, DC 20036<br>Direct: (202) 918-6905<br>E-mail: jenin.younes@ncla.legal<br>*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*<br>*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines* | */s/ John C. Burns*<br>John C. Burns<br>Burns Law Firm<br>P.O. Box 191250<br>St. Louis, Missouri 63119<br>P: 314-329-5040<br>E-mail: john@burns-law-firm.com<br>*Counsel for Plaintiff Jim Hoft* |

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Charles F. Capps*