| | |
|---|---|
| **From:** | Todd O'Boyle [░░░░░@twitter.com] |
| **Sent:** | 11/3/2020 4:03:04 PM |
| **To:** | Josiah, Chad [░░░░░@cisa.dhs.gov] |
| **CC:** | Stacia Cardille [░░░@twitter.com]; [░░░@twitter.com; ░░░@twitter.com; CFITF [░░░@hq.dhs.gov] |
| **Subject:** | Re: FW: Case #CIS-MIS000115: Misinformation tweet regarding provisional ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Chad -
The Tweet has been labeled pursuant to our Civic Integrity Policy.
TO

On Tue, Nov 3, 2020 at 8:50 AM Josiah, Chad <░░░░░@cisa.dhs.gov> wrote:

Twitter team,

Please see below reporting from election official.

Regards,

Chad Josiah

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

---

**From:** Misinformation Reports
**Sent:** Tuesday, November 3, 2020 1:39:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; [░░░@2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000115: Misinformation tweet regarding provisional ballots

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: false tweet regarding provisional ballots being thrown out.

CONFIDENTIAL

**From:** ███ @nased.org ███ @nased.org>
**Sent:** Tuesday, November 3, 2020 8:35 AM
**To:** Misinformation Reports ███ @cisecurity.org>
**Subject:** Twitter report

https://twitter.com/EricJafMN/status/1323618706669346816

This is incorrect. Provisional ballot rules vary by state by they are not "probably thrown out." Every single vote is reviewed for eligibility and, assuming they're eligible, counted consistent with state law.

Amy Cohen

Executive Director

National Association of State Election Directors

Phone: ███

Mobile: ███

*Follow us on Twitter @NASEDorg and on Facebook!*

The contents of this message, together with any attachments, are confidential and intended only for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by email and delete this message, along with any attachments, from your computer.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | Todd O'Boyle ▮▮▮▮▮@twitter.com] |
| **Sent:** | 11/19/2020 4:02:01 PM |
| **To:** | Josiah, Chad ▮▮▮▮▮@cisa.dhs.gov] |
| **CC:** | CFITF ▮▮▮@hq.dhs.gov]; Stacia Cardille ▮▮▮▮▮@twitter.com]; ▮▮▮▮▮@twitter.com |
| **Subject:** | Re: FW: CIS-MIS000215 - allegations of election fraud in Washington state |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Chad -
As an update, the first 3 Tweets were labeled.

On Thu, Nov 19, 2020 at 8:19 AM Todd O'Boyle ▮▮▮▮▮@twitter.com> wrote:
  Hi chad -
  We will escalate.

On Thu, Nov 19, 2020 at 8:17 AM Josiah, Chad ▮▮▮▮▮@cisa.dhs.gov> wrote:
  Twitter team,


  Please see below reporting from official.


  Regards,


  Chad Josiah


  *The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*


  *CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*


  *In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

CONFIDENTIAL

**From:** CFITF [          ]hq.dhs.gov>
**Sent:** Wednesday, November 18, 2020 10:57 PM
**To:** CFITF All [          ]hq.dhs.gov>
**Subject:** FW: CIS-MIS000215 - allegations of election fraud in Washington state

---

**From:** Misinformation Reports
**Sent:** Thursday, November 19, 2020 3:56:46 AM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; [          ]2020partnership.atlassian.net; Misinformation Reports
**Subject:** CIS-MIS000215 - allegations of election fraud in Washington state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Report: four (4) Tweets alleging election fraud in Washington state.

---

**From:** Boyal, Kiran [          ]@sos.wa.gov>
**Sent:** Wednesday, November 18, 2020 7:34 PM
**To:** Misinformation Reports [          ]@cisecurity.org>
**Cc:** Zabel, Kylee [          ]@sos.wa.gov>; Lori Augino [          ]@sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of the claims made in these tweets.

https://twitter.com/ridethespiral23/status/1328934078180110343

https://twitter.com/1Brettsky/status/1328689909238882304

https://twitter.com/NvrEvrGvUp/status/1327757589283700736

https://twitter.com/Roman25297401/status/1328243906840936448

Please feel free to reach out via email or by calling [          ]f you have any questions.

Thank you,
Kiran

MOLA_DEFSPROD_00019196

CONFIDENTIAL

**Kiran Boyal**
Website and Social Media Coordinator
Office of the Secretary of State
**O:**





**SUBSCRIBE TO GET THE LATEST NEWS RELEASES**

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille ███████ twitter.com] |
| **Sent:** | 10/30/2020 2:36:55 PM |
| **To:** | Stafford, John ███████ @cisa.dhs.gov] |
| **CC:** | Todd O'Boyle ███████ @twitter.com]; Neema Guliani ███████ @twitter.com><Neema Guliani ███████ @twitter.com]; CISA Central ███████ @cisa.dhs.gov]; ███████ @cisecurity.org; CFITF All ███████ @hq.dhs.gov]; Scully, Brian ███████ @cisa.dhs.gov] |
| **Subject:** | Re: FW: Case #CIS-MIS000093: counting ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi John, we have applied a label pursuant to our civic integrity policy.

Thank you,
Stacia

On Fri, Oct 30, 2020 at 9:32 AM Stafford, John ███████ @cisa.dhs.gov> wrote:

Good morning,

Please see below reporting from NASED.

Best,
John

**John Stafford**
Analyst, Countering Foreign Influence Task Force
National Risk Management Center (NRMC)
Cybersecurity and Infrastructure Security Agency
U.S. Department of Homeland Security
(o) ███████
(c) ███████
███████ @cisa.dhs.gov



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF ███████@hq.dhs.gov>
**Sent:** Friday, October 30, 2020 9:26 AM
**To:** CFITF All ███████@hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000093: counting ballots

**From:** Misinformation Reports
**Sent:** Friday, October 30, 2020 1:25:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** ███@2020partnership.atlassian.net; Misinformation Reports; Scully, Brian; CFITF; CISA Central
**Subject:** Case #CIS-MIS000093: counting ballots

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweet that all ballots are not counted

Begin forwarded message:

**From:** ███████@nased.org
**Date:** October 30, 2020 at 9:08:03 AM EDT
**To:** Misinformation Reports ███████@cisecurity.org>
**Subject: Twitter report**

MOLA_DEFSPROD_00019263

This is not true and has **never** been true: https://twitter.com/GrrArrgh/status/1322070885663010817?s=20

Every eligible ballot is counted every election.

Amy Cohen

Executive Director

National Association of State Election Directors

Phone: ███████████

Mobile ███████████

*Follow us on Twitter @NASEDorg and on Facebook!*

The contents of this message, together with any attachments, are confidential and intended only for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by email and delete this message, along with any attachments, from your computer.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Todd O'Boyle ██████@twitter.com] |
| **Sent:** | 11/12/2020 8:32:51 PM |
| **To:** | Stafford, John ██████@cisa.dhs.gov] |
| **CC:** | ██████@twitter.com; Todd O'Boyle ██████@twitter.com] |
| **Subject:** | Re: FW: CIS-MIS000201 - allegations of election fraud in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Update: We labeled each of these Tweets.
Best.
TO

On Thu, Nov 12, 2020 at 2:00 PM Todd O'Boyle ██████ @twitter.com> wrote:
 Hi John -
 We will escalate; by the way, it looks like the first one has already been labeled.

 On Thu, Nov 12, 2020 at 1:44 PM Stafford, John ██████ @cisa.dhs.gov> wrote:
  Good afternoon,

  Please see below reporting from WA.

  Best,
  John

  **John Stafford**
  Analyst, Countering Foreign Influence Task Force
  National Risk Management Center (NRMC)
  Cybersecurity and Infrastructure Security Agency
  U.S. Department of Homeland Security
  (o) ██████
  (c) ██████
  ██████@cisa.dhs.gov

  

  *The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its*

MOLA_DEFSPROD_00019278

*originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports
**Sent:** Thursday, November 12, 2020 6:31:04 PM (UTC+00:00) Monrovia, Reykjavik
**To:** ▓▓▓▓@2020partnership.atlassian.net; Misinformation Reports; Scully, Brian; CFITF; CISA Central
**Subject:** CIS-MIS000201 - allegations of election fraud in Washington state

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: four (4) Tweets alleging election fraud in Washington state.

Begin forwarded message:

**From:** "Jacob, Nick" ▓▓▓▓@sos.wa.gov>
**Date:** November 12, 2020 at 12:20:27 PM EST
**To:** Misinformation Reports ▓▓▓▓@cisecurity.org>
**Cc:** Lori Augino ▓▓▓▓@sos.wa.gov>, "Zabel, Kylee" ▓▓▓▓@sos.wa.gov>, "Boyal, Kiran" ▓▓▓▓@sos.wa.gov>
**Subject: Misinformation on Twitter**

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

Franklin County is the only county in Washington state that uses a version of Dominion software and hardware. The system in use has been certified, and we are not aware of any issues.

https://twitter.com/1Brettsky/status/1326353616521715712

https://twitter.com/DeannaCarson23/status/1326604089380122625

https://twitter.com/ecarter12335/status/1326713657812635653

https://twitter.com/Patrickf042854/status/1326373315167006722

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: ▮▮▮▮▮▮▮▮▮▮





.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Todd O'Boyle ██████@twitter.com] |
| **Sent:** | 11/24/2020 5:05:09 PM |
| **To:** | Schaul, Robert ██████@cisa.dhs.gov] |
| **CC:** | Todd O'Boyle ██████@twitter.com]; CFITF ███@hq.dhs.gov]; Stacia Cardille ██████@twitter.com] |
| **Subject:** | Re: CIS-MIS000223 - allegations of election fraud in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi -

These two tweets were labeled pursuant to our Twitter Rules.

https://twitter.com/AK4WA/status/1329289961636433927

https://twitter.com/RationalRascal/status/1329456940385140736

On Tue, Nov 24, 2020 at 8:50 AM Schaul, Robert ██████@cisa.dhs.gov> wrote:
Hi Twitter team — please see the below reporting from NASED.

V/r,
Robert M. Schaul, esq.
Countering Foreign Influence Task Force
DHS | CISA | National Risk Management Center
██████@cisa.dhs.gov (HSDN) | ██████@dhs.ic.gov (JWICS)
██████ (Office)

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** CFITF <██████@hq.dhs.gov>
**Sent:** Tuesday, November 24, 2020 8:37:21 AM
**To:** CFITF All <██████@hq.dhs.gov>
**Subject:** FW: CIS-MIS000223 - allegations of election fraud in Washington state

**From:** Misinformation Reports
**Sent:** Tuesday, November 24, 2020 1:36:59 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF; ████@2020partnership.atlassian.net; Misinformation Reports
**Subject:** CIS-MIS000223 - allegations of election fraud in Washington state

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Report: four (4) Tweets alleging election fraud in Washington state

**From:** Boyal, Kiran ████████ @sos.wa.gov>
**Sent:** Monday, November 23, 2020 6:24 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Cc:** Zabel, Kylee ████████ @sos.wa.gov>
**Subject:** Misinformation on Twitter


Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of the claims made in these tweets.

https://twitter.com/AK4WA/status/1329289961636433927

https://twitter.com/RationalRascal/status/1329456940385140736

https://twitter.com/seattleSuze/status/1329322730294972416

https://twitter.com/freezone452/status/1328781545675448320

Please feel free to reach out via email or by calling ████████ if you have any questions.

Thank you,
Kiran


**Kiran Boyal**
Website and Social Media Coordinator
Office of the Secretary of State
**O:** ████████


Secretary of State

CONFIDENTIAL

**SUBSCRIBE TO GET THE LATEST NEWS RELEASES**

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| From: | Twitter Government & Politics████@twitter.com] |
|-------|------------------------------------------------|
| **Sent:** | 11/10/2020 12:33:33 AM |
| **To:** | CFITF████@hq.dhs.gov] |
| **CC:** | ████@twitter.com; ████@twitter.com; ████@twitter.com |
| **Subject:** | Re: FW: Case #CIS-MIS000191: "spoiled ballots" found in Tulsa County, OK |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The account was reviewed and was suspended for violations of the rules.

–

**Twitter Government & Elections**
████@twitter.com | follow us: @TwitterGov

On Mon, Nov 9, 2020 at 2:08 PM CFITF ████@hq.dhs.gov> wrote:
Hi Twitter,

Please see below reporting.

Regards,

Pierce Lowary

Cybersecurity and Infrastructure Security Agency

████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Monday, November 9, 2020 at 3:58 PM
**To:** "Scully, Brian" ████ @cisa.dhs.gov>, CISA Central ████ @cisa.dhs.gov>, CFITF ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>, Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000191: "spoiled ballots" found in Tulsa County, OK

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

**From:** ████ @nased.org ████ @nased.org>
**Sent:** Monday, November 9, 2020 4:48 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:** Tweet

Misinformation tweet regarding "spoiled ballots" found in Tulsa County, OK

Hi,

Here is a tweet from someone claiming to have found a bag of shredding ballots in Oklahoma. The state has done a pretty good job explaining why it's false, but want to put on your radar for reporting and/or tracking.

amy

Amy Cohen

Executive Director

National Association of State Election Directors

Phone: ████

Mobile: ████

*Follow us on Twitter @NASEDorg and on Facebook!*

The contents of this message, together with any attachments, are confidential and intended only for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by email and delete this message, along with any attachments, from your computer.

…..

CONFIDENTIAL

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020178

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille ███████@twitter.com] |
| **Sent:** | 11/7/2020 2:02:13 AM |
| **To:** | CFITF███@hq.dhs.gov] |
| **CC:** | ███████@twitter.com; ███████@twitter.com; ███@twitter.com |
| **Subject:** | Re: Fw: Case #CIS-MIS000186: allegations of election fraud in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi there CFITF, we have reviewed the Tweets and labeled those that are in violation have been labeled.

Thanks,
Stacia

On Fri, Nov 6, 2020 at 6:17 PM CFITF ████@hq.dhs.gov> wrote:
Twitter,

Please see the below report from WA.

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports ███████@cisecurity.org>
**Sent:** Friday, November 6, 2020 11:13 PM
**To:** Scully, Brian ███████@cisa.dhs.gov>; CISA Central ███████@cisa.dhs.gov>; CFITF ███@hq.dhs.gov>; ███@2020partnership.atlassian.net ███@2020partnership.atlassian.net>; Misinformation Reports ███████@cisecurity.org>
**Subject:** Case #CIS-MIS000186: allegations of election fraud in Washington state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: twenty-seven (27) tweets alleging election fraud in Washington state

**From:** Jacob, Nick ███████@sos.wa.gov>
**Sent:** Friday, November 6, 2020 5:49 PM
**To:** Misinformation Reports ███████@cisecurity.org>

CONFIDENTIAL

**Cc:** Lori Augino ▓▓▓▓ @sos.wa.gov>; Zabel, Kylee ▓▓▓▓ @sos.wa.gov>; Boyal, Kiran ▓▓▓▓@sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

https://twitter.com/Xlib/status/1324559265206448130

https://twitter.com/margare98602325/status/1324769093115760641

https://twitter.com/Artfull01/status/1324786657288245249

https://twitter.com/ZyZmonster/status/1324790787234648064

https://twitter.com/Ken_Walker_WA/status/1324708145864736768

https://twitter.com/seeitspeakit/status/1324813583323049984

https://twitter.com/seeitspeakit/status/1324813466713038848

https://twitter.com/colemark3/status/1324762017438199809

https://twitter.com/Whitney75890170/status/1324724733531746308

https://twitter.com/qzone1776/status/1324776301434007552

https://twitter.com/Valandingham1/status/1324689771042463744

https://twitter.com/AngelOfRednecks/status/1324661867420114949

https://twitter.com/vegaslux12/status/1324626168079814656

https://twitter.com/JenneCameron/status/1324619639419097088

https://twitter.com/wa_issues/status/1324841473716596739

https://twitter.com/wa_issues/status/1324604891801640962

https://twitter.com/MHayden951/status/1324837361151172608

https://twitter.com/SuzannaOsburn/status/1324828299663724545

https://twitter.com/VickieLFisher/status/1324807324322598912

https://twitter.com/zachamcd/status/1324842121333940225

https://twitter.com/Zenubaw/status/1324752204226457600

MOLA_DEFSPROD_00020186

https://twitter.com/HeystekDerek/status/1324748271110115330

https://twitter.com/WineWidow2/status/1324745415686672384

https://twitter.com/mnm7684/status/1324684546621792256

https://twitter.com/ElmerRPreston1/status/1324604672137547777

https://twitter.com/wa_issues/status/1324604105197723648

https://twitter.com/dale__gribble__/status/1324841831033499648

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: ▮▮▮▮▮▮▮▮▮

 



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille [█████@twitter.com] |
| **Sent:** | 11/6/2020 5:15:08 PM |
| **To:** | Scully, Brian [█████@cisa.dhs.gov] |
| **CC:** | CFITF [█████@hq.dhs.gov] |
| **Subject:** | Re: FW: Are these real? |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much! We have applied a label to the Tweet.

Thanks,
Stacia

On Fri, Nov 6, 2020 at 11:58 AM Scully, Brian █████ @cisa.dhs.gov> wrote:

Hey Stacia,

Just came across this debunk of the video on Twitter --
https://twitter.com/JaneLytv/status/1324756117415776257?s=20.

Brian

**From:** Stacia Cardille █████@twitter.com>
**Sent:** Friday, November 6, 2020 9:53 AM
**To:** Scully, Brian █████@cisa.dhs.gov>
**Cc:** CFITF █████@hq.dhs.gov>
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We recognize the PA Secretary of State might be busy at this moment. I am happy to escalate now without waiting for additional information.

Thanks,
Stacia

On Fri, Nov 6, 2020 at 9:51 AM Scully, Brian █████@cisa.dhs.gov> wrote:

Hey Stacia,

There are two reports in this email chain. One of Facebook posts with videos the State believes are false. That was the basis of the FYI for another group of folks. The specific report we are sharing with you all is the most recent link to a Twitter post. The FYI does not apply to the Twitter portion of the chain (unless

I'm misreading things, which in my current state is possible). We are not allowed to edit the reporting emails, so it creates some challenges for us when we're forwarding such reports.

On the video's authenticity, PA states in the very first email that they believe the video's are false. We are reaching out to partners to validate. Not sure we'll be able to get a validation, but can certainly pass along anything we get back.

Not sure this is helpful, so happy to chat if you'd like.

Brian

**From:** CFITF ███████@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 9:41 AM
**To:** CFITF All ███████@hq.dhs.gov>
**Subject:** FW: FW: Are these real?

**From:** Stacia Cardille
**Sent:** Friday, November 6, 2020 2:40:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF; Scully, Brian
**Cc:** ███████@twitter.com; ███████@twitter.com; ███████@twitter.com
**Subject:** Re: FW: Are these real?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Also, have PA state officials provided additional information to you on the authenticity of video or circumstances underpinning it? It seems as if the correspondence flagging this issue to you said "FYI only at this point" and there isn't additional information from the state official.

Thank you,
Stacai

On Fri, Nov 6, 2020 at 9:35 AM Stacia Cardille ███████@twitter.com> wrote:
Thank you CFITF. We only see one URL linking to a video, but no attached screenshots as were referenced in the email. Please let us know if there are additional materials you would like us to review?

Thanks,
Stacia

On Fri, Nov 6, 2020 at 9:34 AM CFITF ███████@hq.dhs.gov> wrote:
**Good morning Twitter – Please see the reporting below.**

CONFIDENTIAL

**From:** Masterson, Matthew ███████ @cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 9:19 AM
**To:** Scully, Brian ███████ @cisa.dhs.gov>; Dragseth, John ███████ @cisa.dhs.gov>
**Subject:** FW: Are these real?

See more below from PA. have we heard anything?

Matthew V. Masterson

Senior Cybersecurity Advisor

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

████████

██████████ @hq.dhs.gov

---

**From:** Myers, Jessica ███████ @pa.gov>
**Sent:** Friday, November 6, 2020 9:16 AM
**To:** Masterson, Matthew ███████ @cisa.dhs.gov>
**Subject:** Fwd: Are these real?

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Here's a little more. Any word on your side? We just got a request from a reporter. We know the one on our page was taken down, but it appears there are more floating out there.

Jessica C. Myers

Director of Policy

PA Department of State

████████

---

**From:** Yabut, Danilo ███████ @pa.gov>
**Sent:** Friday, November 6, 2020 6:29 AM
**To:** Myers, Jessica; Parker, Scott
**Cc:** Moser, Michael; Swanger, Zane
**Subject:** RE: Are these real?

CONFIDENTIAL

I think I found a version of the video: https://twitter.com/StateofusAll/status/1324556436135882753

Dan

---

**From:** Yabut, Danilo
**Sent:** Friday, November 6, 2020 3:35 AM
**To:** Myers, Jessica ██████ @pa.gov>; Parker, Scott ██████ @pa.gov>
**Cc:** Moser, Michael ██████ @pa.gov>; Swanger, Zane ██████ @pa.gov>
**Subject:** RE: Are these real?

Thank you for the notice. If you got screenshots or links can you send those?

Dan

---

**From:** Myers, Jessica ██████ @pa.gov>
**Sent:** Friday, November 6, 2020 12:01 AM
**To:** Yabut, Danilo ██████ @pa.gov>; Parker, Scott ██████ @pa.gov>
**Cc:** Moser, Michael ██████ @pa.gov>; Swanger, Zane ██████ @pa.gov>
**Subject:** Fwd: Are these real?

FYI only at this point

Jessica C. Myers

Director of Policy

PA Department of State

██████

---

**From:** Myers, Jessica ██████ @pa.gov>
**Sent:** Thursday, November 5, 2020 11:36 PM
**To:** Matt Masterson (DHS)
**Subject:** Re: Are these real?

The only guess I have is, if this is real, they took live feed from "remaking" damaged ballots. I just have no idea where this might have come from...

Jessica C. Myers

Director of Policy

PA Department of State

███████████

**From:** Myers, Jessica ███████@pa.gov>
**Sent:** Thursday, November 5, 2020 11:22:52 PM
**To:** Matt Masterson (DHS) ████████@hq.dhs.gov>
**Subject:** Are these real?

Matt,

Sorry to message late, but was going through the dos page and comments (old habits from EAC die hard) and came across these posts. Sorry to screenshot, but if you go to our page you should be able to see the comments on the post and go to the pages.

Are these making their way around the internet? Because there is no polling place I know of that has overhead cameras. Just don't want another "burning ballots" fake thing spreading.

Apologies for sending to you all first, but I didn't want to call an all hands meeting here when some of our folks are getting their first few real hours rest since Monday.

Thanks,

Jess

| | |
|---|---|
| **From:** | Twitter Government & Politics ████ @twitter.com] |
| **Sent:** | 11/6/2020 3:56:26 AM |
| **To:** | CFITF ████ @hq.dhs.gov] |
| **CC:** | ████ @twitter.com; ████ @twitter.com; ████ @twitter.com |
| **Subject:** | Re: Fw: Case #CIS-MIS000179: Tweets alleging election fraud in WA |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

All tweets except the one below were actioned.

https://twitter.com/J_Wa244/status/1324471751061876737

Our enforcement teams have determined that the above tweet is a violation of our policies, and thus no action has been taken.

–
**Twitter Government & Elections**
████ @twitter.com | follow us: @TwitterGov

On Thu, Nov 5, 2020 at 5:42 PM CFITF ████ @hq.dhs.gov> wrote:
Twitter,

Please see the below report from Washington State.

**From:** Misinformation Reports ████ @cisecurity.org>
**Sent:** Friday, November 6, 2020 1:32 AM
**To:** Scully, Brian ████ @cisa.dhs.gov>; CISA Central ████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; ████ @2020partnership.atlassian.net ████ @2020partnership.atlassian.net>; Misinformation Reports ████ @cisecurity.org>
**Subject:** Case #CIS-MIS000179: Tweets alleging election fraud in WA

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: six tweets alleging election fraud in Washington state

**From:** Jacob, Nick ████ @sos.wa.gov>
**Sent:** Thursday, November 5, 2020 8:16 PM
**To:** Misinformation Reports ████ @cisecurity.org>
**Cc:** Lori Augino ████ @sos.wa.gov>; Zabel, Kylee ████ @sos.wa.gov>; Boyal, Kiran ████ @sos.wa.gov>
**Subject:** Misinformation on Twitter

CONFIDENTIAL

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

https://twitter.com/jen198019801980/status/1324505377535225856

https://twitter.com/FTCommercial/status/1324471522031935488

https://twitter.com/roe_fara/status/1324462603620372480

https://twitter.com/benjaminteacher/status/1324478237557379073

https://twitter.com/J_Wa244/status/1324471751061876737

https://twitter.com/WAGongaware/status/1324422549632126983

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**
Office of the Secretary of State
Cell: ▮▮▮▮▮▮▮▮

Secretary of State
Tim Wyman



.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| From: | Stacia Cardille ██████ @twitter.com] |
|-------|----------------------------------------|
| Sent: | 11/11/2020 5:08:36 AM |
| To: | CFITF ██████ @hq.dhs.gov] |
| CC: | ██████ @twitter.com; ██████ @twitter.com; ██████ @twitter.com |
| Subject: | Re: FW: Case #CIS-MIS000190: allegations of election fraud in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you. All Tweets were labeled on Monday.

Thank you,
Stacia

On Mon, Nov 9, 2020 at 4:42 PM Stacia Cardille ██████ @twitter.com> wrote:
Thank you, We will escalate.

On Mon, Nov 9, 2020 at 4:35 PM CFITF ██████ @hq.dhs.gov> wrote:
Hi Twitter,

Please see below reporting from election officials.

Regards,

Pierce Lowary

Cybersecurity and Infrastructure Security Agency

██████████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

CONFIDENTIAL

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Monday, November 9, 2020 at 3:27 PM
**To:** "Scully, Brian" ████████ @cisa.dhs.gov>, CISA Central ████████ @cisa.dhs.gov>, CFITF ████████ @hq.dhs.gov>, ████████ @2020partnership.atlassian.net" ████████ @2020partnership.atlassian.net>, Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000190: allegations of election fraud in Washington state

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: twenty-three (23) tweets alleging election fraud in Washington state

**From:** Jacob, Nick ████████ @sos.wa.gov>
**Sent:** Monday, November 9, 2020 4:06 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Cc:** Lori Augino ████████ @sos.wa.gov>; Zabel, Kylee ████████ @sos.wa.gov>; Boyal, Kiran ████████ @sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

https://twitter.com/christiness288/status/1325677379214221325

https://twitter.com/sparkyOrbiter/status/1325666039288401920

https://twitter.com/KatarinaPhang/status/1325628889624842242

https://twitter.com/pjjaske/status/1325828324292096000

https://twitter.com/pjjaske/status/1325823492068057088

https://twitter.com/Bluejay_m7/status/1325012860892688385

https://twitter.com/MunsenBret/status/1325854938618974209

https://twitter.com/sissynsas/status/1325827191330926592

https://twitter.com/1Brettsky/status/1325753916793892869

https://twitter.com/1Brettsky/status/1325726727574745088

https://twitter.com/DigitalEnforcer/status/1325307727871012865

https://twitter.com/david_uffelman/status/1325200874646376449

https://twitter.com/david_uffelman/status/1325200057960853504

https://twitter.com/Benardean2/status/1325197396968534016

https://twitter.com/seeitspeakit/status/1325158414377312256

https://twitter.com/raimyah/status/1325155674892902400

https://twitter.com/TIGERRCOOKIE/status/1325116210862727170

https://twitter.com/a_johnson98/status/1325140955373076483

https://twitter.com/Rayandkathisch1/status/1324886429755793409

https://twitter.com/Rayandkathisch1/status/1324859996203413504

https://twitter.com/seeitspeakit/status/1324813583323049984

https://twitter.com/strato244/status/1325891047591866368

https://twitter.com/CarlaGayK/status/1325616504600031232

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: █████████████





.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille ▮▮▮▮▮ ?twitter.com] |
| **Sent:** | 11/14/2020 4:25:52 PM |
| **To:** | Scully, Brian ▮▮▮▮▮ @cisa.dhs.gov] |
| **CC:** | CFITF ▮▮▮▮ ?hq.dhs.gov]; Todd O'Boyle ▮▮▮▮▮ @twitter.com] |
| **Subject:** | Re: FW: Twitter Assistance |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, Brian. This Tweet has been labeled.

On Fri, Nov 13, 2020 at 11:20 PM Stacia Cardille ▮▮▮▮▮ @twitter.com> wrote:
Thanks Brian, we will escalate.

On Fri, Nov 13, 2020 at 11:20 PM Scully, Brian ▮▮▮▮▮ @cisa.dhs.gov> wrote:
Stacia and Todd,

Please see below report from Dominion regarding disinformation about the location of servers. For awareness, I redacted a second tweet based on legal guidance.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Kay Stimson ▮▮▮▮▮ @dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:57:02 PM
**To:** Masterson, Matthew ▮▮▮▮▮ @cisa.dhs.gov>
**Subject:** Twitter Assistance

CONFIDENTIAL

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

Can you assist with flagging this election disinformation content? It's patently false. Dominion has no server in Germany, and you should be able to confirm with DOD that this is untrue. Looks like it's recycling old viral claims and/or newer false claims posted to a disinformation website called thedonald.win, which we have also reported. Since the thread claims this is an Amazon server and it looks like others are saying this, you should be able to check with them to confirm this is fake news as well. Thanks.

Tweet to Report:

[Redacted]

Tweet with Link to Recycled/Viral Rumor:

https://twitter.com/cody41263233/status/1327421997782093830/photo/1

Thanks,
Kay

**KAY STIMSON** | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
█████████████ | DOMINIONVOTING.COM

CONFIDENTIAL

| | |
|---|---|
| **From:** | Todd O'Boyle ▊▊▊▊ @twitter.com] |
| **Sent:** | 11/13/2020 2:14:21 AM |
| **To:** | CFITF ▊▊▊ @hq.dhs.gov] |
| **CC:** | ▊ @twitter.com |
| **Subject:** | Re: FW: CIS-MIS000207 - allegations of election fraud in Connecticut |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

As an update, the first tweet was labeled but the second was determined to be a joke and thus not actioned.

On Thu, Nov 12, 2020 at 8:56 PM Todd O'Boyle ▊▊▊▊ @twitter.com> wrote:
Hi John -
We will escalate.

On Thu, Nov 12, 2020 at 8:52 PM CFITF ▊▊▊ @hq.dhs.gov> wrote:

Two tweets reported from Connecticut

**John Dragseth**
Countering Foreign Influence Task Force
DHS | CISA | National Risk Management Center
▊▊▊▊ @dhs.sgov.gov (HSDN) | ▊▊▊▊ @dhs.ic.gov (JWICS)
▊▊▊▊

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ▊▊▊▊ @cisecurity.org>
**Sent:** Thursday, November 12, 2020 5:37 PM
**To:** Scully, Brian ▊▊▊▊ @cisa.dhs.gov>; CISA Central ▊▊▊ @cisa.dhs.gov>; CFITF
▊▊▊ @hq.dhs.gov>; ▊▊ @2020partnership.atlassian.net; Misinformation Reports
▊▊▊▊ @cisecurity.org>
**Subject:** CIS-MIS000207 - allegations of election fraud in Connecticut

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two (2) Tweets alleging election fraud in Connecticut.

**From:** Rosenberg, Gabe      @ct.gov>
**Sent:** Thursday, November 12, 2020 5:19 PM
**To:** Misinformation Reports     @cisecurity.org>
**Cc:** ▨ FBI #1 ▨ (NH) (FBI ▨ FBI #1 @fbi.gov>; ▨ ?twitter.com
**Subject:** Twitter Misinformation - 2 reports


1. https://twitter.com/neysu200/status/1325049860668657665


**Ney Su**

@neysu200

Replying to

@RudyGiuliani

and

@RL9631

Connecticut committed fraud as well you should check in to this. On Nov 5 two days after the election there were 1.8 registered voters today they have 2.1 million, how can this be possible??


Connecticut has 2.3 million registered voters, as announced days before the election:
https://portal.ct.gov/SOTS/Press-Releases/2020-Press-Releases/Secretary-Merrill-Announces-Record-Breaking-Voter-Registration-in-Connecticut


2. https://twitter.com/thezinctable/status/1326771448044802057


**@TheZincTable**

CONFIDENTIAL

@thezinctable

@seanhannity

@TuckerCarlson

Thank you for mentioning voting corruption in #Connecticut. My dogs, whose names we use for Gmail and FB accounts received 'unsolicited' ballots. Big Tech data-mining has aided #Democratic voter fraud in CT.





MOLA_DEFSPROD_00020295

CONFIDENTIAL

1:18 AM · Nov 12, 2020·Twitter Web App

No voters received unsolicited ballots; in CT, a voter must fill out an absentee ballot application in order to receive a ballot. Also, absentee ballot applications were mailed to active, registered voters on our state's voter file, not to any list obtained from facebook or gmail.

Thanks again,

Gabe




Gabe Rosenberg
General Counsel
Connecticut Secretary of the State Denise Merrill
W:
C:
                  @ct.gov




*LEGAL NOTICE: Certain communications or records received by or sent from this electronic mail account may be subject to public disclosure pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200 et seq.*



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| From: | Stacia Cardille [____@twitter.com] |
|---|---|
| Sent: | 12/3/2020 1:22:53 AM |
| To: | Scully, Brian [____@cisa.dhs.gov] |
| CC: | CFITF [____@hq.dhs.gov]; Misinformation Reports [____@cisecurity.org]; Todd O'Boyle [____@twitter.com] |
| Subject: | Re: CIS-MIS000226 - allegations of election fraud with Dominion system in North Carolina |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, the Tweet has been labeled. Thank you!

On Wed, Dec 2, 2020 at 5:27 PM Scully, Brian [____ @cisa.dhs.gov> wrote:
Hey Stacia and Todd,

Please see below report from North Carolina.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

[____]@cisa.dhs.gov

From: Misinformation Reports [____@cisecurity.org>
Sent: Wednesday, December 2, 2020 5:20 PM
To: Scully, Brian; CISA Central; CFITF; [____@2020partnership.atlassian.net]; Misinformation Reports
Subject: CIS-MIS000226 - allegations of election fraud with Dominion system in North Carolina

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: Tweet alleging election fraud with Dominion system in North Carolina

CONFIDENTIAL

https://twitter.com/SandySmithNC/status/1333885769493131269

**From:** Gannon, Patrick ▮▮▮▮▮▮▮@ncsbe.gov>
**Sent:** Wednesday, December 2, 2020 5:00 PM
**To:** Misinformation Reports ▮▮▮▮▮▮▮@cisecurity.org>
**Subject:** Misinformation re: North Carolina voting systems

Hi,

I am the public information director at the North Carolina State Board of Elections and have been alerted to this post from Sandy Smith. It is false. Dominion Voting Systems are not certified, nor used, anywhere in North Carolina. We would greatly appreciate this post being removed. Happy to provide any additional information. I can be reached at the M number below.

Thank you.



**Sandy Smith NC** ✔ @SandySmithNC · Dec 1

I ran for congress. Did better than anyone ever did in this district on the Republican side. Dominion was used in my district. My polling had me ahead. Yet somehow my opponent got truckloads of ballots without even campaigning. No audit. No precinct breakdown. Total sham! #NC01

💬 42          �moved 239          ♡ 588          ⬆

# Patrick Gannon

*Public Information Director*

O: ▮▮▮▮▮▮▮
M: ▮▮▮▮▮▮▮

**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

CONFIDENTIAL

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020299

CONFIDENTIAL

| From: | Todd O'Boyle [_____@twitter.com] |
|---|---|
| Sent: | 11/12/2020 1:55:26 AM |
| To: | CFITF [_____@hq.dhs.gov] |
| CC: | _____@twitter.com; _____@twitter.com; _____@twitter.com; _____@twitter.com |
| Subject: | Re: FW: Case #CIS-MIS000196: allegations of election fraud |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Update: the account has been suspended.

On Wed, Nov 11, 2020 at 7:00 PM Todd O'Boyle _____@twitter.com> wrote:
Hi John -
We will escalate this.
Best.
TO

On Wed, Nov 11, 2020 at 6:52 PM CFITF _____@hq.dhs.gov> wrote:
Team Twitter, FYSA on the report forwarded below from the Misinformation Reports account.

**John Dragseth**
Countering Foreign Influence Task Force
DHS | CISA | National Risk Management Center
_____@dhs.sgov.gov (HSDN) | _____@dhs.ic.gov (JWICS)

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports _____@cisecurity.org>
**Sent:** Wednesday, November 11, 2020 6:08 PM
**To:** _____@twitter.com
**Cc:** CISA Central _____@cisa.dhs.gov>; CFITF _____@hq.dhs.gov>; Scully, Brian

CONFIDENTIAL

████████ @cisa.dhs.gov>; Misinformation Reports ████████ @cisecurity.org>
**Subject:** Fwd: Case #CIS-MIS000196: allegations of election fraud

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Twitter,

Please see below a Misinformation Report submitted by the Kentucky Secretary of State office.

Because today is a holiday, we are forwarding this report directly to you.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ████████ @cisecurity.org
www.cisecurity.org

Begin forwarded message:

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** November 11, 2020 at 4:49:18 PM EST
**To:** Brian Scully ████████ @cisa.dhs.gov>, CISA Central ████████ @cisa.dhs.gov>, CISA CFITF ████ @hq.dhs.gov>, EIP ████████ @2020partnership.atlassian.net>, Misinformation Reports ████████ @cisecurity.org>
**Subject: Case #CIS-MIS000196: allegations of election fraud**

Twitter account alleging election fraud: https://twitter.com/DianeKnudsen7

**From:** Dearing, Jared (SBE) ████████ @ky.gov>
**Sent:** Wednesday, November 11, 2020 4:28 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:** Missinformation

CONFIDENTIAL

This user is pushing miss information about election fraud that does not exist. looking at the entire account it looks like bot trolling activity if not an out right disinformation account.


-Jared

Get Outlook for iOS


.....



MOLA_DEFSPROD_00020318

CONFIDENTIAL

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| From: | Todd O'Boyle [          @twitter.com] |
| Sent: | 10/24/2020 8:24:46 PM |
| To: | CFITF      @hq.dhs.gov] |
| CC: |          @twitter.com;          @twitter.com;          @twitter.com |
| Subject: | Re: FW: Case #CIS-MIS000065: Misinformation tweet that a van full of ballots were found under a bridge in Bridgeport, CT |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

As an update: the tweet was determined to be in violation of our rules and deleted.
Best.
TO

On Fri, Oct 23, 2020 at 9:12 PM Todd O'Boyle           @twitter.com> wrote:
Thanks John. Our team is reviewing.

On Fri, Oct 23, 2020 at 9:04 PM CFITF          @hq.dhs.gov> wrote:
Misinformation report from Connecticut.

**John Dragseth**
Countering Foreign Influence Task Force
DHS | CISA | National Risk Management Center
          @dhs.sgov.gov (HSDN) |           @dhs.ic.gov (JWICS)

**From:** CFITF          @hq.dhs.gov>
**Sent:** Friday, October 23, 2020 8:34 PM
**To:** CFITF All           @hq.dhs.gov>
**Subject:** FW: Case #CIS-MIS000065: Misinformation tweet that a van full of ballots were found under a bridge in Bridgeport, CT

**From:** Misinformation Reports
**Sent:** Saturday, October 24, 2020 12:33:51 AM (UTC+00:00) Monrovia, Reykjavik
**To:** Scully, Brian; CISA Central; CFITF;          @2020partnership.atlassian.net; Misinformation Reports
**Subject:** Case #CIS-MIS000065: Misinformation tweet that a van full of ballots were found under a bridge in Bridgeport, CT

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: false tweet that a van full of ballots were found under a bridge in Bridgeport, CT

CONFIDENTIAL

**From:** Rosenberg, Gabe ████████████@ct.gov>
**Sent:** Friday, October 23, 2020 8:13 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Cc:** ███ FBI #1 ███ (NH) (FBI) <FBI #1@fbi.gov>; Atanasoff, Gina ██████████@ct.gov>;
████.twitter.com
**Subject:** Misinformation re: a van full of ballots in bridgeport under a bridge

https://twitter.com/CribNta/status/1319296480524394498



**NTACrib**

@CribNta

Replying to

@SOTSMerrill

Nov 4 press release from you. A van full of ballots was found under a Bridgeport bridge. We are so sick of your corruption.

11:16 AM · Oct 22, 2020·Twitter for Android

Thanks,

Gabe

Gabe Rosenberg
General Counsel
Connecticut Secretary of the State Denise Merrill
W ███████████
C: ███████████
████████@ct.gov

*LEGAL NOTICE: Certain communications or records received by or sent from this electronic mail account may be subject to public disclosure pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200 et seq.*

CONFIDENTIAL

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020322

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille ▮▮▮▮▮@twitter.com] |
| **Sent:** | 10/26/2020 4:39:55 AM |
| **To:** | Scully, Brian ▮▮▮▮▮@cisa.dhs.gov] |
| **CC:** | Todd O'Boyle ▮▮▮▮@twitter.com]; Neema Guliani ▮▮▮▮@twitter.com]; CFITF ▮▮▮@hq.dhs.gov]; Misinformation Reports ▮▮▮▮▮@cisecurity.org] |
| **Subject:** | Re: FW: Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian. We have taken enforcement action for violations of our policy on civic integrity.

Thanks!

On Sun, Oct 25, 2020 at 10:44 PM Stacia Cardille ▮▮▮▮▮@twitter.com> wrote:
Thanks, Brian. We will escalate.

On Sun, Oct 25, 2020 at 10:43 PM Scully, Brian ▮▮▮▮@cisa.dhs.gov> wrote:
Good evening Team Twitter,

Please see the below and attached reporting from Detroit.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports ▮▮▮▮▮@cisecurity.org>
**Sent:** Sunday, October 25, 2020 10:35 PM
**To:** Scully, Brian ▮▮▮▮@cisa.dhs.gov>; CISA Central ▮▮▮▮@cisa.dhs.gov>; CFITF ▮▮▮@hq.dhs.gov>; ▮▮▮@2020partnership.atlassian.net; Misinformation Reports

CONFIDENTIAL

▬▬▬▬▬▬ @cisecurity.org>
**Subject:** Case #CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: YouTube video, also shared on Twitter, alleging conspiracy by election administration in Detroit, MI

**From:** Jordan Smellie ▬▬▬▬ @ferndalemi.gov>
**Sent:** Sunday, October 25, 2020 10:16 PM
**To:** Misinformation Reports ▬▬▬▬ @cisecurity.org>
**Cc:** Marne McGrath ▬▬▬▬ @ferndalemi.gov>; ▬▬▬ @detroitmi.gov; ▬▬▬▬ @google.com;
SOS, Elections ▬▬▬▬ @michigan.gov>; ▬▬▬ @twitter.com
**Subject:** Disinformation attack on Youtube and Twitter: "#DETROITLEAKS" video from 10/21/2020

Hello EI-ISAC,

My name is Jordan Smellie. I am the Elections Specialist for the City of Ferndale, Michigan. My email address is ▬▬▬ @ferndalemi.gov .

I am reporting a disinformation (misinformation) attack video that was posted on YouTube on October 21 and repeatedly posted on Twitter since then, targeting election administration by the City of Detroit and State of Michigan and alleging an organized conspiracy by City and State employees.

The video is titled:
***#DETROITLEAKS: State Employees Train Poll Workers to Lie to Voters, Destroy Ballots, Stop Challengers*** [sic]

The title card (which shows on Youtube's search screens and on some links) is:
***"The Vote Fraud Scheme To Steal Michigan"***
I have attached a screenshot of this title card, as requested by EI-ISAC.

The video can be found here:
https://www.youtube.com/watch?v=uHeodzJ5cNM

It was posted by this user:
https://www.youtube.com/channel/UCWs1IIWCNra9Zf8Xew9mTsw

It has been posted on Twitter multiple times since October 21, almost entirely by @bigleaguepol ("Big League Politics"), which is a far-right site that appears to primarily invent conspiracy theories and is operated by former Breitbart News employees. The tweets about the video use the same #DETROITLEAKS hashtag as the video title. This account 'teased' the video in a tweet on October 20.

The video takes what it alleges are recordings of "State Employees" (which are more likely City of Detroit Department of Elections employees, although they do not identify themselves in the audio), and misrepresents the audio by using on-screen commentary to misinform the viewer of the video.

- From 2:32 – 4:16, the person in the audio is describing the correct process for a <u>provisional affidavit</u> ballot (also colloquially called a "challenged ballot").

o           At 2:42, the on-screen text claims that *"Before 2020, NO challenged ballot would go into the tabulator."* This is not true. Provisional affidavit ballots, as well as challenged absentee ballots, have always been fed through the tabulator on Election Day. That is exactly why they are prepared as correctly described in the audio (ballot number written on the ballot and covered up with a removable sticker)—which makes the claim at 3:04 completely wrong. Provisional Affidvait ballots <u>always</u> get voted as normal and are placed into the tabulator. <u>Provisional Envelope</u> ballots are sealed individually inside their own envelope (not placed into the tabulator) and are returned to the City Clerk for processing in the following days. These processes are not new to 2020; they have been in place for over a decade.

o           At 3:55, the text incorrectly claims that *"all challenged ballots WILL be counted immediately on Election Night"*, which is wrong. Provisional Affidavit ballots are counted along with all others. Provisional Envelope ballots are not.

o           4:12 attempts to cast doubt on the process of identifying and removing a ballot deemed uncountable—which would only happen under court order, as only Provisional Envelope ballots would wind up inside the tabulator or the sealed ballot container and need to be retrieved. The video claims *"This will NEVER happen. Unless MAYBE in a recount."* Recounts have little to do with Provisional Affidavit ballots, and the assertion that the justice system would never take action to reverse proven voter fraud is entirely baseless. It serves only to cause the voter to doubt the good intentions of the judiciary and the justice system.

- At 4:20, the video refers to the Clerk's Office Voter Registration Receipt as *"an easily-forged piece of paper"*. Again, this is a baseless accusation intended only to denigrate the legal election process and cause the video viewer to feel fear and doubt the security of Michigan's election.

- At 7:30, the video insinuates that simply using *"children"* (16- and 17-year olds, allowed under state law) as election inspectors is an intentional part of a conspiracy to intentionally undermine the election.

- At 9:04, the audio and the on-screen captions describe an absentee ballot that has been *"Sent and received"*, meaning the Clerk has received the voted ballot from the voter and recorded it as such. This would have happened multiple days prior to the election. At 9:14, the video immediately turns around and ignores that by presenting a hypothetical 'scenario' where the voter might not have returned that very same ballot. This is completely contradictory, and is a total misrepresentation of the audio from the actual training scenario that has been recorded. At 9:23, the trainer in the audio even specifically says "You've already voted."

CONFIDENTIAL

This video is misinformation and disinformation because it repeatedly takes normal processes being correctly described as written in state law, and alleges in on-screen text that they are somehow problematic, or will not be followed. On multiple occasions, the on-screen text directly contradicts the audio. However, these are items that would likely only stick out to an election administrator; a member of the general public would follow the video's lead and assume that there is somehow a problem being described. Furthermore, the video makes outright false claims, alleging actions that are prohibited under Michigan election law.

Copied on this email are the following individuals and offices, per the directions from EI-ISAC:

- Marne McGrath, City Clerk, City of Ferndale
- George Azzouz, Director, City of Detroit Department of Elections
- Bureau of Elections at the Michigan Department of State
- Civics Outreach office at Google
- Government office at Twitter

This video is an attack on the City of Detroit, the State of Michigan, and by direct extension, all local election administrators in the state of Michigan, such as myself. This will disinform voters outside Detroit as easily as voters inside Detroit. Indeed, the choice of words throughout the video and in the calls to action at the end of the video infer that the video's audience is primarily people who are not Detroit residents. If that audience can be spurred to create unrest in Detroit, they can easily do the same in other jurisdictions, such as my jurisdiction as Detroit's immediate northern neighbor.

Thank you for your investigation and action. If I can be of any further assistance, please let me know and I will be happy to provide support.

Best,

Jordan Smellie
Elections Specialist
City of Ferndale

███████████
███ @ferndalemi.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| From: | Todd O'Boyle ▓▓▓@twitter.com] |
|---|---|
| Sent: | 10/30/2020 12:01:07 AM |
| To: | Scully, Brian ▓▓▓ @cisa.dhs.gov] |
| CC: | Stacia Cardille ▓▓▓ @twitter.com]; Todd O'Boyle ▓▓▓ @twitter.com]; Neema Guliani ▓▓▓@twitter.com]; CFITF ▓▓▓@hq.dhs.gov]; ▓▓▓@cisecurity.org |
| Subject: | Re: FW: Case #CIS-MIS000091: alleged fraud in Washington state elections |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -

We actioned https://twitter.com/JamesCAAustin/status/1321738257399533571  for election misinformation.

On Thu, Oct 29, 2020 at 7:30 PM Scully, Brian ▓▓▓ @cisa.dhs.gov> wrote:

Good evening,


Please see the below report from Washington.


Thanks,

Brian



*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*


**From:** Misinformation Reports ▓▓▓ @cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** Scully, Brian ▓▓▓ @cisa.dhs.gov>; CISA Central ▓▓▓ @cisa.dhs.gov>; CFITF ▓▓▓@hq.dhs.gov>; ▓▓▓@2020partnership.atlassian.net; Misinformation Reports ▓▓▓ @cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** Jacob, Nick ⬛⬛⬛ @sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports ⬛⬛⬛ @cisecurity.org>
**Cc:** Lori Augino ⬛⬛⬛ @sos.wa.gov>; Zabel, Kylee ⬛⬛⬛ @sos.wa.gov>; Boyal, Kiran ⬛⬛⬛ @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/JamesCAAustin/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/nifty_john/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**

Office of the Secretary of State
Cell: ⬛⬛⬛



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020400

| From: | Todd O'Boyle ███████@twitter.com] |
|---|---|
| Sent: | 10/28/2020 11:20:22 PM |
| To: | Scully, Brian ███████cisa.dhs.gov] |
| CC: | Stacia Cardille ███████@twitter.com]; Todd O'Boyle ███████@twitter.com]; Neema Guliani ███████@twitter.com]; CFITF ███████hq.dhs.gov]; ███████@cisecurity.org |
| Subject: | Re: FW: Case #CIS-MIS000086: alleged fraud in Washington state elections |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
> sender. Contact your component SOC with questions or concerns.

Hi Brian –

https://twitter.com/zsuzisusuz/status/1321389225439158272  and

https://twitter.com/BlondeAtomic20/status/1321350159498792960

were actioned.

Best.

TO

On Wed, Oct 28, 2020 at 5:44 PM Scully, Brian ███████@cisa.dhs.gov> wrote:
Thanks Todd.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

███████@cisa.dhs.gov

**From:** Todd O'Boyle ███████@twitter.com>
**Sent:** Wednesday, October 28, 2020 5:43:20 PM
**To:** Scully, Brian ███████@cisa.dhs.gov>
**Cc:** Stacia Cardille ███████@twitter.com>; Todd O'Boyle ███████@twitter.com>; Neema Guliani ███████@twitter.com>; CFITF ███████@hq.dhs.gov>; ███████@cisecurity.org ███████@cisecurity.org>
**Subject:** Re: FW: Case #CIS-MIS000086: alleged fraud in Washington state elections

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
> sender. Contact your component SOC with questions or concerns.

Brian –
We are escalating.
Best.
TO

On Wed, Oct 28, 2020 at 5:18 PM Scully, Brian ███████@cisa.dhs.gov> wrote:
Good evening  team Twitter,

Please see the below report from Washington.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ⬛⬛⬛⬛ @cisecurity.org>
**Sent:** Wednesday, October 28, 2020 5:14 PM
**To:** Scully, Brian ⬛⬛⬛ @cisa.dhs.gov>; CISA Central ⬛⬛ @cisa.dhs.gov>; CFITF ⬛ @hq.dhs.gov>; ⬛ 2020partnership.atlassian.net; Misinformation Reports ⬛⬛⬛ @cisecurity.org>
**Subject:** Case #CIS-MIS000086: alleged fraud in Washington state elections

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections

**From:** Jacob, Nick ⬛⬛⬛ @sos.wa.gov>
**Sent:** Wednesday, October 28, 2020 4:44 PM
**To:** Misinformation Reports ⬛⬛⬛ @cisecurity.org>
**Cc:** Lori Augino ⬛⬛⬛ @sos.wa.gov>; Zabel, Kylee ⬛⬛⬛ @sos.wa.gov>; Boyal, Kiran ⬛⬛ @sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag two tweets with possible misinformation about the election here in Washington state.

https://twitter.com/zsuzisusuz/status/1321389225439158272  -- In the 2018 general election, 0.004% of the ballots were flagged as potentially fraudulent (142 out of the nearly 3.2M cast). Also, "if they see an 'R' they ditch it" is completely false. Washington voters do not register by party, and there's a detailed reconciliation election officials must report after every election that accounts for every ballot issued, received, counted, and rejected.

https://twitter.com/BlondeAtomic20/status/1321350159498792960  -- See statistic cited above. There is no evidence Democrats in Washington have been cheating or committing fraud in any of our elections.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.
-Nick

**Nick Jacob**

Office of the Secretary of State

Cell:





.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case 3:22-cv-01213-TAD-KDM   Document 227-2   Filed 03/20/23   Page 59 of 90 PageID #: 17612

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille███████@twitter.com] |
| **Sent:** | 11/3/2020 12:54:55 AM |
| **To:** | CFITF███ @hq.dhs.gov] |
| **CC:** | ███████@twitter.com; ████████@twitter.com; Twitter Government & Politics███@twitter.com] |
| **Subject:** | Re: FW: Case#CIS-MIS000113: tweets alleging election fraud in Washington state |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you. We have reviewed.

The first two Tweets listed do not violate our policies.

The third Tweet has been removed.

The fourth Tweet has been labeled.

Thank you,
Stacia

On Mon, Nov 2, 2020 at 7:03 PM Stacia Cardille ██████@twitter.com> wrote:
Thank you. We will escalate.

Thanks,
Stacia

On Mon, Nov 2, 2020 at 6:53 PM CFITF ████@hq.dhs.gov> wrote:
Twitter team,


Please see below reporting from Washington elections officials.


Regards,

Pierce Lowary

Cybersecurity and Infrastructure Security Agency

████████████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or*

CONFIDENTIAL

*unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Date:** Monday, November 2, 2020 at 5:48 PM
**To:** "Scully, Brian" ███████@cisa.dhs.gov>, CISA Central ███████cisa.dhs.gov>, CFITF ███@hq.dhs.gov>, ███████2020partnership.atlassian.net" ███2020partnership.atlassian.net>, Misinformation Reports ███████████@cisecurity.org>
**Subject:** Case #CIS-MIS000113: tweets alleging election fraud in Washington state

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: four tweets alleging election fraud in Washington state.

**From:** Jacob, Nick ███████@sos.wa.gov>
**Sent:** Monday, November 2, 2020 6:39 PM
**To:** Misinformation Reports ███████@cisecurity.org>
**Cc:** Lori Augino ███████@sos.wa.gov>; Zabel, Kylee ███████@sos.wa.gov>; Boyal, Kiran ███████@sos.wa.gov>
**Subject:** Possible misinformation on Twitter

Hello,

I wanted to flag several tweets with possible misinformation about the election.

https://twitter.com/NWcarol28/status/1321978992644157440 -- There is no evidence to support her claim of fraud.

https://twitter.com/NWcarol28/status/1322232937203470337 -- See above.

https://twitter.com/jameslyonjr/status/1322189952239632389 -- Voters mark a party declaration for the Presidential Primary only. Voters do not declare a party in any other election.

CONFIDENTIAL

https://twitter.com/KaliRoars/status/1322682555250794496 -- There is no evidence to support the claim being made of widespread fraud in WA.

My name is Nick Jacob, and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director Lori Augino, Office of the Secretary of State Communications Director Kylee Zabel, and our Web and Social Media Coordinator Kiran Boyal.

Please let me know if you have any questions or need additional information.

Thank you.

-Nick

**Nick Jacob**

Office of the Secretary of State

Cell: [redacted]

Secretary of State

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00019308



James Lyon
@jameslyonjr

Replying to @ryanmogel @LostCauses3452 and @ABC13News

In Washington state you're required to mark D or R on the outside of your ballot ;)

7:53 AM · Oct 30, 2020 · Twitter for Android

1 Like

Washington Office of the Secretary of State ✔ @secstate... · Oct 30

Replying to @jameslyonjr @ryanmogel and 2 others

Hi, James. Voters mark a party declaration for the Presidential Primary only. Voters do not declare a party in any other election. Please see RCW: 29A.56.060 app.leg.wa.gov/RCW/default.as...

1

Show replies

CONFIDENTIAL

| From: | Todd O'Boyle [          @twitter.com] |
|-------|----------------------------------------|
| Sent: | 11/3/2020 10:15:30 PM |
| To: | CFITF [          @hq.dhs.gov] |
| CC: | @twitter.com;          @twitter.com;          @twitter.com;          @twitter.com |
| Subject: | Re: FW: Case #CIS-MIS000132: False tweet that ballot boxes are floating in the Ohio River |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Update: The Tweet has been removed.

On Tue, Nov 3, 2020 at 3:29 PM Todd O'Boyle          @twitter.com>  wrote:
 We will escalate.

On Tue, Nov 3, 2020 at 3:19 PM CFITF          @hq.dhs.gov>  wrote:
 Twitter Team,

 Please see below reporting from Ohio state officials.

 Regards,

 Pierce Lowary

 Cybersecurity and Infrastructure Security Agency

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Tuesday, November 3, 2020 at 2:14 PM
**To:** "Scully, Brian" ████████ @cisa.dhs.gov>, CISA Central ████ @cisa.dhs.gov>, CFITF
████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>,
Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000132: False tweet that ballot boxes are floating in the Ohio River

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet that ballot boxes are floating in the Ohio River.



https://twitter.com/trolley_rebel/status/1323717035432546304?s=20

**From:** Kindel, Benjamin ████ @OhioSOS.Gov>
**Sent:** Tuesday, November 3, 2020 3:06 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Cc:** Wood, Spencer ████ @OhioSOS.Gov>

Another disinformation tweet:

just saw four ballot boxes floating in the ohio river Face with tears of joyFace with tears of joyRolling on the floor laughing #Vote2020 #ElectionDay #Elections2020

https://twitter.com/trolley_rebel/status/1323717035432546304?s=20

CONFIDENTIAL



**Ben Kindel | Digital Media Coordinator**
Office of the Ohio Secretary of State

**O:**
**C:**
[OhioSoS.gov](OhioSoS.gov)

This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| From: | Todd O'Boyle      @twitter.com] |
|---|---|
| Sent: | 11/3/2020 10:23:04 PM |
| To: | CFITF     @hq.dhs.gov] |
| CC: | @twitter.com;    @twitter.com;   @twitter.com;  twitter.com |
| Subject: | Re: Fw: Case #CIS-MIS000136: Tweet alleging voting in multiple states |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Update: This tweet has been removed.

On Tue, Nov 3, 2020 at 4:42 PM CFITF    @hq.dhs.gov> wrote:

Twitter,

Please see the following report from OH SoS.

Regards,

Alex Zaheer
CFITF
CISA

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports    @cisecurity.org>
**Sent:** Tuesday, November 3, 2020 9:33 PM
**To:** Scully, Brian   @cisa.dhs.gov>; CISA Central   @cisa.dhs.gov>; CFITF   @hq.dhs.gov>;  @2020partnership.atlassian.net  @2020partnership.atlassian.net>; Misinformation Reports   @cisecurity.org>
**Subject:** Case #CIS-MIS000136: Tweet alleging voting in multiple states

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet alleging voting in multiple states

CONFIDENTIAL

https://twitter.com/Huczek/status/1323734241998503936?s=20



**From:** Kindel, Benjamin ▮▮▮▮ @OhioSOS.Gov>
**Sent:** Tuesday, November 3, 2020 4:24 PM
**To:** Misinformation Reports ▮▮▮▮ @cisecurity.org>
**Cc:** Wood, Spencer ▮▮▮▮ @OhioSOS.Gov>

Disinformation Tweet:

Heehee. Got across the border at Niagara Falls at 7:00am, Voted in Erie County, then to Erie Pennsylvania, voted there. Then to Ashtabula Ohio, voted there. Then into Monroe Michigan, voted there.  All for Biden and Democrats down-ballot. #VoteBlueToEndTheNightmare Back in Canada

https://twitter.com/Huczek/status/1323734241998503936?s=20

 

**Ben Kindel | Digital Media Coordinator**
Office of the Ohio Secretary of State

O: ▮▮▮▮
C: ▮▮▮▮
OhioSoS.gov

This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any

MOLA_DEFSPROD_00020498

CONFIDENTIAL

attachments.

. . . . .

MOLA_DEFSPROD_00020499

CONFIDENTIAL

| | |
|---|---|
| **From**: | Stacia Cardille [ @twitter.com] |
| **Sent**: | 10/19/2020 6:48:20 PM |
| **To**: | CFITF [ @hq.dhs.gov] |
| **CC**: | Todd O'Boyle [ @twitter.com]; [ @twitter.com; [ @twitter.com |
| **Subject**: | Re: FW: Case #CIS-MIS000041: Twitter misinformation regarding ballots dumped on highway in CT |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The Tweet was labeled pursuant to our civic integrity policy.

Thanks,
Stacia

On Mon, Oct 19, 2020 at 2:34 PM CFITF [ @hq.dhs.gov> wrote:

Checking in to see if there is anything that can be shared in regards to this reported incident.

-Rob

**From:** Todd O'Boyle [ @twitter.com>
**Sent:** Thursday, October 15, 2020 11:42 AM
**To:** Josiah, Chad [ @cisa.dhs.gov>
**Cc:** Stacia Cardille [ @twitter.com>; [ @twitter.com; [ @twitter.com; CFITF [ @hq.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000041: Twitter misinformation regarding ballots dumped on highway in CT

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Chad -
We will ask the team to review.

Best.

TO

On Thu, Oct 15, 2020 at 11:35 AM Josiah, Chad [ @cisa.dhs.gov> wrote:

Good morning,

Please see the below report from CT.

Regards,

Chad

CONFIDENTIAL

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

---

**From:** Misinformation Reports
**Sent:** Thursday, October 15, 2020 3:28:21 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CISA Central; CFITF; ▓▓b2020partnership.atlassian.net; Misinformation Reports; Scully, Brian
**Subject:** Case #CIS-MIS000041: Twitter misinformation regarding ballots dumped on highway in CT

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report regarding ballots dumped on highway in Connecticut.

Begin forwarded message:

**From:** "Rosenberg, Gabe" ▓▓▓▓▓▓ @ct.gov>
**Date:** October 15, 2020 at 11:23:03 AM EDT
**To:** Misinformation Reports ▓▓▓▓ @cisecurity.org>
**Cc:** ▓ FBI #1 ▓ (NH) (FBI)" FBI #1 @fbi.gov>, "Atanasoff, Gina" ▓▓▓▓ @ct.gov>, ▓▓ @twitter.com
**Subject: Twitter disinformation regarding ballots dumped on highway in CT**

This did not take place:

https://twitter.com/seekingtruth365/status/1316186962710142977



CONFIDENTIAL



**Truth Seeker Freedom Lover**

@seekingtruth365

True story I saw a massive amount of ballots dumped in the middle of the highway in #Shelton #Connecticut 3 days ago #RiggedElection #VoterFraud #Trump2020

Quote Tweet



**Donald J. Trump**

@realDonaldTrump

· Oct 13

This is happening all over the U.S. Rigged Election??? twitter.com/sierra8news/st...

9:20 PM · Oct 13, 2020·Twitter for iPhone

Gabe Rosenberg
General Counsel
Connecticut Secretary of the State Denise Merrill
W:
C:

@ct.gov

*LEGAL NOTICE: Certain communications or records received by or sent from this electronic mail account may be subject to public disclosure pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200 et seq.*

.....

CONFIDENTIAL

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020503

| From: | Twitter Government & Politics ███ @twitter.com] |
|---|---|
| Sent: | 11/4/2020 5:06:53 AM |
| To: | CFITF ███ @hq.dhs.gov] |
| CC: | ███ @twitter.com; ███ @twitter.com |
| Subject: | Re: Fw: Case #CIS-MIS000150: inaccurate time when polls close in Spalding County, GA |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Quick update. This was a false positive, with accurate information. The tweet and the account have been reinstated.

--
**Twitter Government & Elections**
███ @twitter.com | follow us: @TwitterGov

On Tue, Nov 3, 2020 at 8:56 PM CFITF ███ @hq.dhs.gov> wrote:
Thank you for updating with your response.

**From:** Twitter Government & Politics ███ @twitter.com>
**Sent:** Tuesday, November 3, 2020 8:53:42 PM
**To:** CFITF ███ @hq.dhs.gov>
**Cc:** ███ @twitter.com ███ @twitter.com>; ███ @twitter.com ███ @twitter.com>; ███ @twitter.com ███ @twitter.com>
**Subject:** Re: Fw: Case #CIS-MIS000150: inaccurate time when polls close in Spalding County, GA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This tweet has been actioned for misinformation.

--
**Twitter Government & Elections**
███ @twitter.com | follow us: @TwitterGov

On Tue, Nov 3, 2020 at 8:22 PM CFITF ███ @hq.dhs.gov> wrote:
Twitter,

Please see the below report from GA.

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CONFIDENTIAL

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports ██████████@cisecurity.org>
**Sent:** Wednesday, November 4, 2020 4:03 AM
**To:** Scully, Brian ██████████@cisa.dhs.gov>; CISA Central ██████@cisa.dhs.gov>; CFITF ██████@hq.dhs.gov>;
██████@2020partnership.atlassian.net> ████@2020partnership.atlassian.net>; Misinformation Reports
██████████@cisecurity.org>
**Subject:** Case #CIS-MIS000150: inaccurate time when polls close in Spalding County, GA

---

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: inaccurate time when polls close in Spalding County, GA



---

**From:** Schaffer, Ari ██████@sos.ga.gov>
**Sent:** Tuesday, November 3, 2020 10:55 PM
**To:** Misinformation Reports ██████████@cisecurity.org>
**Subject:** Incorrect tweet on ballot closing times

Hey,

This tweet says polls in Spaulding close at 11pm, they closed at
9: https://twitter.com/naacp_ldf/status/1323805259827957763?s=21

CONFIDENTIAL

Anything you can do? We're getting press questions about it

Ari

Get Outlook for iOS

.....

This message and attachments may contain confidential information. If it appears that this message was sent
to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is
strictly prohibited. Please notify the sender immediately and permanently delete the message and any
attachments.

. . . . .

CONFIDENTIAL

| From: | Stacia Cardille ██████ @twitter.com] |
|---|---|
| Sent: | 11/4/2020 2:26:59 PM |
| To: | Scully, Brian ██████ @cisa.dhs.gov] |
| CC: | Todd O'Boyle ██████ @twitter.com]; Neema Guliani ██████ @twitter.com]; ██████ @twitter.com ██████ @twitter.com]; CFITF ██████ @hq.dhs.gov]; ██████ @cisecurity.org |
| Subject: | Re: FW: Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI) |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, we have labeled this Tweet.

Thanks,
Stacia

On Wed, Nov 4, 2020 at 8:22 AM Stacia Cardille ██████ @twitter.com> wrote:
 Thank Brian. We will escalate.

 On Wed, Nov 4, 2020 at 8:21 AM Scully, Brian ██████ @cisa.dhs.gov> wrote:
  Please see below report from NASED.


  Regards,

  Brian


  *The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

  *CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

  *In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*


  **From:** Misinformation Reports ██████ @cisecurity.org>
  **Sent:** Wednesday, November 4, 2020 7:59 AM
  **To:** Scully, Brian ██████ @cisa.dhs.gov>; CISA Central ██████ @cisa.dhs.gov>; CFITF ██████ @hq.dhs.gov>; ██████ @2020partnership.atlassian.net; Misinformation Reports ██████ @cisecurity.org>
  **Subject:** Case #CIS-MIS000152: Misinformation tweet that tabulation machines use ink (Green Bay, WI)

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweet alleges tabulation machine ran out of ink which caused delay in counting absentee ballots---there is no ink involved in tabulation machine (Green Bay, WI)



**From:** Amy Cohen ▮▮▮▮▮@nased.org>
**Sent:** Wednesday, November 4, 2020 7:45 AM
**To:** Misinformation Reports ▮▮▮▮▮▮@cisecurity.org>
**Subject:** Tweet

https://twitter.com/reidepstein/status/1323926165590052864?s=21

This is false. There is no ink involved in the machines used in tabulation of the ballots, a fact confirmed by the state: https://twitter.com/wi_elections/status/1323931755473240066?s=21

Amy Cohen

Executive Director

National Association of State Election Directors (NASED)

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

| | |
|---|---|
| **From:** | Twitter Government & Politics ▮@twitter.com] |
| **Sent:** | 11/4/2020 11:36:50 PM |
| **To:** | CFITF▮Dhq.dhs.gov] |
| **CC:** | ▮@twitter.com; ▮@twitter.com; ▮@twitter.com |
| **Subject:** | Re: FW: Case #CIS-MIS000166: tweets alleging election fraud in Florida |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We've labeled these Tweets.

Should you need to share any Tweets in the future, providing links to the Tweets will help us move more quickly.

Thanks again for flagging,
–
**Twitter Government & Elections**
▮@twitter.com | follow us: @TwitterGov


On Wed, Nov 4, 2020 at 6:04 PM Twitter Government & Politics ▮@twitter.com> wrote:
Thank you for sending. We'll escalate from here.


--
**Twitter Government & Elections**
▮@twitter.com | follow us: @TwitterGov


On Wed, Nov 4, 2020 at 6:01 PM CFITF ▮@hq.dhs.gov> wrote:
Twitter, please see below reporting from Florida.

Regards,

Pierce Lowary
Cybersecurity and Infrastructure Security Agency


*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████████@cisecurity.org>
**Date:** Wednesday, November 4, 2020 at 4:56 PM
**To:** "Scully, Brian" ████████@cisa.dhs.gov>, CISA Central ████████@cisa.dhs.gov>, CFITF ████@hq.dhs.gov>, ████@2020partnership.atlassian.net> ████@2020partnership.atlassian.net>, Misinformation Reports ████████@cisecurity.org>
**Subject:** Case #CIS-MIS000166: tweets alleging election fraud in Florida

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: tweets alleging election fraud in Florida

**From:** Ard, Mark ████████@DOS.MyFlorida.com>
**Sent:** Wednesday, November 4, 2020 5:31 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Subject:** Misinformation on Twitter

Please see attached screenshots. This is misinformation. Please advise of next steps.

CONFIDENTIAL



CONFIDENTIAL



MOLA_DEFSPROD_00020570



MOLA_DEFSPROD_00020571

CONFIDENTIAL

Sent from my iPhone

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020572

CONFIDENTIAL

| | |
|---|---|
| **From:** | Stacia Cardille ████████@twitter.com] |
| **Sent:** | 11/2/2020 4:22:43 AM |
| **To:** | LOWARY, PIERCE ████████@cisa.dhs.gov] |
| **CC:** | ████████@twitter.com; ████████@twitter.com; ████████@twitter.com; CFITF████████@hq.dhs.gov] |
| **Subject:** | Re: FW: Case#CIS-MIS000103: false tweet regarding registering to vote on Election Day in NC |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Pierce. Our understanding is that this Tweet is no longer on the service.

Thank you,
Stacia

On Sun, Nov 1, 2020 at 11:17 PM Stacia Cardille ████████@twitter.com> wrote:
   Thank you, Pierce. We will escalate.

   On Sun, Nov 1, 2020 at 9:56 PM LOWARY, PIERCE ████████@cisa.dhs.gov> wrote:

   Todd, Neema, Stacia and others,

   Please see the below Tweet, reported by the NC State Board of Elections, regarding registering to vote on Election Day in North Carolina. For your awareness, EIP will also be reporting under case number EIP-555.

   Regards,

   Pierce Lowary

   Cybersecurity and Infrastructure Security Agency

   ████████

   ████████@cisa.dhs.gov

   *The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

   *CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

   *In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

CONFIDENTIAL

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Sunday, November 1, 2020 at 8:42 PM
**To:** "Scully, Brian" ████████ @cisa.dhs.gov>, ████ @2020partnership.atlassian.net"
████ @2020partnership.atlassian.net>, CFITF ████ @hq.dhs.gov>, CISA Central ████ @cisa.dhs.gov>,
Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000103: false tweet regarding registering to vote on Election Day in NC

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust
> the sender. Contact your component SOC with questions or concerns.

Misinformation Report: false tweet regarding registering to vote on Election Day in NC

Begin forwarded message:

**From:** "Gannon, Patrick" ████████ @ncsbe.gov>
**Date:** November 1, 2020 at 9:30:45 PM EST
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject: MoveOn posts false information on Twitter**

MoveOn on Twitter has posted that folks can register to vote on Election Day in North Carolina. That is false.

Let me know if you have questions.

CONFIDENTIAL



## Patrick Gannon

*Public Information Director*

O: ▇▇▇▇▇▇
M: ▇▇▇▇▇▇

NORTH CAROLINA
STATE BOARD OF ELECTIONS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00019362

CONFIDENTIAL

. . . . .

MOLA_DEFSPROD_00019363

CONFIDENTIAL

| | |
|---|---|
| **From:** | Twitter Government & Politics    twitter.com] |
| **Sent:** | 11/2/2020 8:37:54 PM |
| **To:** | CFITF    @hq.dhs.gov]; Rosenberg, Gabe    @ct.gov] |
| **Subject:** | Re: FW: Case #CIS-MIS000107: twitter post alleging CT will be reverting back to phase 1 (of pandemic) on or before election day |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for contacting us; we are escalating this issue.

–
**Twitter Government & Elections**
   @twitter.com   | follow us: @TwitterGov

On Mon, Nov 2, 2020 at 3:34 PM CFITF    @hq.dhs.gov> wrote:

Twitter Gov Team, Todd, Neema, Stacia,

Please see below reporting from Connecticut election officials. The ticket is also tagged EIP-572.

Regards,

Pierce Lowary

Cybersecurity and Infrastructure Security Agency

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Monday, November 2, 2020 at 2:27 PM
**To:** "Scully, Brian" ████ @cisa.dhs.gov>, CISA Central ████ @cisa.dhs.gov>, CFITF
████@hq.dhs.gov>, ████@2020partnership.atlassian.net" ████@2020partnership.atlassian.net>,
Misinformation Reports ████████ @cisecurity.org>
**Subject:** Case #CIS-MIS000107: twitter post alleging CT will be reverting back to phase 1 (of pandemic) on or before election day

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation Report: twitter post alleging CT will be reverting back to phase 1 (of pandemic) on or before election day

**From:** Rosenberg, Gabe ████████ @ct.gov>
**Sent:** Monday, November 2, 2020 2:57 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Cc:** FBI #1 (NH) (FBI FBI #1 @fbi.gov>; ████@twitter.com
**Subject:** False Tweet about CT going back to COVID Phase 1 to affect the election

See below and attached. CT is not going back to phase 1 and, crucially, what phase we are in will not affect the election in any way.

https://twitter.com/StephenJKirbyJr/status/1323275025810673665



**Stephen Kirby, Jr**
@StephenJKirbyJr

Replying to
@realDonaldTrump

Rumors of shutdown back to phase 1 are spreading around Connecticut, shutdown on or before the day of election is like icing the kicker in football. These governors if and or who do this need to be held accountable, which is a word most democrats don't know about..

9:45 AM · Nov 2, 2020·Twitter for Android

Gabe Rosenberg
General Counsel
Connecticut Secretary of the State Denise Merrill
W:
C:
@ct.gov

*LEGAL NOTICE: Certain communications or records received by or sent from this electronic mail account may be subject to public disclosure pursuant to the Connecticut Freedom of Information Act, Conn. Gen. Stat. § 1-200 et seq.*

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00020442