IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

THE STATE OF MISSOURI *et al.*;

*Plaintiffs*,

v.

JOSEPH R. BIDEN, JR. *et al.*;

*Defendants*.

No. 3:22-cv-01213-TAD-KDM

**ORDER**

Before the Court is Plaintiff State of Missouri's Motion to Withdraw Michael E. Talent as counsel of record. Upon consideration of said Motion, and for good cause, the Motion is hereby GRANTED.

Dated: March 22, 2023

Signed: _____
U.S. Magistrate Judge