**RECEIVED**

MAK 28 2023



In the United States District Court
Louisiana Western District Court
(U.S. District Courts)
800 Lafayette, Suite 2100 Lafayette, LA 70501, USA

| | | |
|---|---|---|
| Missouri | ) | |
| Louisiana Et Al | ) | Cause   3:22-CV-01213 |
| VS | ) | |
| Joe Biden Et Al | ) | |

## NOTICE

### Petitioner's Change Of Address

Attention Clerk of The Court,

Please Notice the Court of the change of Petitioner's Address / Residency to:
900 Discovery Blvd. #13102 Cedar Park, Texas 78613

Respectfully,

**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
900 Discovery Blvd. #13102
Cedar Park, Texas 78613
kdhogan@ymail.com
(303)246-1587

March 22, 2023

1