Kimberly D. Hogan
900 Discovery Blvd.
#13102
Cedar Park, Texas
78613



RECEIVED

MAR 28 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____



AUSTIN TX 786
RIO GRANDE DISTRICT
23 MAR 2023 PM 3 L

Clerk, United States District Court
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana
71101-3083

X-RAYED

71101-308399