**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**March 29, 2023**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

Pursuant to the Court extending the date for oral arguments on the Motion for Preliminary Injunction to May 26, 2023, **IT IS ORDERED** that Defendants may file their response to the Motion for Preliminary Injunction on or before May 2, 2023. Plaintiffs may file a reply fifteen (15) days thereafter.

TAD

