UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

### [PROPOSED] ORDER

Having considered the Defendants' Motion to Stay Answer Deadline Pending Resolution of Motions for Preliminary Injunction, to Amend Complaint, and for Class Certification, **IT IS ORDERED** that Defendants' Motion is **GRANTED**.

Defendants' deadline to respond to the Second Amended Complaint and, if authorized, any Third Amended Complaint is **STAYED**. The parties shall file, within fourteen days of the Court's resolution of Plaintiffs' motions for preliminary injunction, to amend the complaint, and for class certification, a joint status report proposing a deadline for responding to the operative Complaint.

MONROE, LOUISIANA, this _____ day of March 2023.

_____
Terry A. Doughty
United States District Judge