# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motion to Stay April 3, 2023, Answer Deadline Pending Resolution of Motions for Preliminary Injunction, to Amend Complaint, and for Class Certification [Doc. No. 233] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants' deadline to respond to the Second Amended Complaint is hereby **STAYED** pending resolution of the Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report proposing deadlines for responding to the Second Amended Complaint within fourteen (14) days of this Court's resolution of the Plaintiffs' Motion for Preliminary Injunction [Doc. No. 10].

MONROE, LOUISIANA, this 30th day of March 2023.

_____
Terry A. Doughty
United States District Judge