UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CIVIL ACTION NO. 3:22-cv-01213** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO CONSOLIDATE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Notice of Motion**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 42, Robert F. Kennedy, Jr., Children's Health Defense, and Connie Sampognaro HEREBY MOVE FOR CONSOLIDATION of their just-filed case, *Kennedy et al. v. Biden et al.*, No. 3:23-cv-00381 (W.D. La.) (Doughty, J.), with the above-captioned case, *Missouri et al. v. Biden et al.*, No. 3:22-cv-01213 (W.D. La.) (Doughty, J.). Consistent with local rules prevailing in most federal district courts, this motion for consolidation is being filed in the lower-numbered case, with a courtesy copy to be filed in the higher-numbered case.[1] A true copy of the Complaint in the new case, *Kennedy v. Biden*, is attached hereto for the Court's convenience.

---

[1] See, for example, Southern District of Texas Local Rule 7.6:
    LR 7.6 Consolidation. A motion to consolidate cases will . . . [be] filed only in the oldest case with a courtesy copy furnished to the other affected courts[; and be] heard by the judge to whom the oldest case is assigned.
S.D. Tex. R. 7.6, https://www.txs.uscourts.gov/sites/txs/files/LR%20May%202020%20Reprint.pdf.

**Relief Requested**

The relief requested is an order consolidating *Kennedy et al. v. Biden et al.*, No. 3:23-cv-00381 (W.D. La.), with *Missouri et al. v. Biden et al.*, No. 3:22-cv-01213 (W.D. La.).

Respectfully submitted,

Dated: April 1, 2023

/S/ G. Shelly Maturin, II
_____
G. SHELLY MATURIN, II
(La. Bar # 26994)
Maturin Law
322 Heymann Blvd., Suite 1
Lafayette, LA 70503
Telephone: (337) 362-3514
E-mail: shelly@maturinlaw.com

Attorney for
ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO
Plaintiffs in *Kennedy v. Biden*,
No. 3:23-cv-00381

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven CT 06515
Tel.:203-432-7631
E-mail: jed.rubenfeld@yale.edu