# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CIVIL ACTION NO. 3:22-cv-01213** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE AND ATTEMPT TO OBTAIN CONSENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify: (1) that a copy of the above and foregoing has been served on all known counsel of record via electronic transmission, facsimile, e-mail and/or by U.S. mail on this 1ST day of April, 2023; and (2) that an attempt was made to obtain consent to the filing and granting of this motion from all parties having an interest to oppose.

/s/ G. Shelly Maturin, II
_____
G. SHELLY MATURIN, II