

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

Case: 3:22-cv-01213 #220
3 pages printed: Thu, 09 Mar 2023 16:41:06

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
March 9, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

The Court is in receipt of Defendants' Motion to Strike Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief [Doc. No. 219]. Plaintiffs shall file a response to the Motion on or before March 13, 2023, by 5:00 C.S.T. Defendants may file a reply on or before March 14, 2023, by 5:00 p.m. C.S.T.

TAD

*TAD* (signature)

## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 3/9/2023 at 4:37 PM CST and filed on 3/9/2023

| | |
|---|---|
| Case Name: | Missouri et al v. Biden et al |
| Case Number: | 3:22-cv-01213-TAD-KDM |
| Filer: | |
| Document Number: | 220 |

**Docket Text:**
MINUTE ENTRY: re [219] MOTION to Strike *Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief*. Plaintiffs' Response is due by 3/13/2023. Defendants may reply by 3/14/2023. Signed by Judge Terry A Doughty on 3/9/2023. (crt,Crawford, A)