AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

## CERTIFICATE OF GOOD STANDING

I, _____ GREGORY J. LINHARES _____, Clerk of this Court,

certify that **Jonathon Christian Burns**, Bar # **66462MO**,

was duly admitted to practice in this Court on 06/13/2014, and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Louis, Missouri _____ on _____ March 21, 2023 _____
          *(Location)*                                        *(Date)*

_____          _____
CLERK                             /s/ Joshua Cowen
                                  *DEPUTY CLERK*