(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| State of Missouri, *et al.* | Case No. 3:22-cv-01213 |
|---|---|
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| Joseph R. Biden, Jr., *et al.* | Magistrate Judge   Kayla D McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that \_\_\_\_\_ be and is hereby admitted to the bar of this Court pro hac vice on behalf of \_\_\_\_\_ in the above described action.

SO ORDERED on this, the \_\_\_\_\_ day of \_\_\_\_\_, 20\_\_\_\_\_.

_____
U.S. Magistrate Judge