(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| State of Missouri, *et al.* | Case No.   3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| Joseph R. Biden, Jr., *et al.* | Magistrate Judge   Kayla D McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that Johns C. Burns be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jim Hoft in the above described action.

SO ORDERED on this, the 5th day of April, 2023.

_____
U.S. Magistrate Judge