IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.*, | ) ) ) ) | |
| *Plaintiffs,* | ) | |
| -vs- | ) ) | No. 3:22-cv-1213-TAD-KDM |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | ) ) ) ) ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Charles F. Capps, Deputy Solicitor General, and moves to withdraw as counsel of record for Plaintiffs. Good cause exists as the undersigned is leaving the employment of the Office of the Missouri Attorney General. Plaintiffs will not be prejudiced by this withdrawal and will continue to have representation.

Respectfully submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

*/s/ Charles F. Capps*
Charles F. Capps, #72734
 *Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, #200
St. Louis, MO 63101

>Tel: (314) 340-7846
>Fax: 573-751-0774
>Charles.Capps@ago.mo.gov
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2023, I electronically filed the foregoing using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>*/s/ Charles F. Capps*