# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.*, )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>)<br>-vs- )<br>)<br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, )<br>)<br>)<br>)<br>*Defendants*. ) | No. 3:22-cv-1213-TAD-KDM |

## [PROPOSED] ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion to Withdraw as Counsel for Plaintiffs filed by Charles F. Capps. Having considered said Motion, the Court hereby GRANTS Plaintiffs' Motion to Withdraw.

*It is so ordered.*

Dated: _____    Signed: _____