IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No.  3:22-cv-1213 |

**PROPOSED ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL**

Before the Court is the Motion to Withdraw as Counsel for Plaintiffs filed by Jenin Younes.  Having considered said Motion, the Court hereby GRANTS Plaintiffs' Motion to Withdraw.

*It is so ordered.*

Dated:_____       Signed:_____