IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No. 3:22-cv-1213 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion to Withdraw as Counsel for Plaintiffs filed by Jenin Younes. Having considered said Motion, the Court hereby GRANTS Plaintiffs' Motion to Withdraw.

*It is so ordered.*

Dated: 04/12/2023      Signed: /s/ Kayla Dye McClusky