*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

**STATE OF MISSOURI**, *et al.,*
Plaintiff

VS.

**JOSEPH R. BIDEN, JR**., *et al.,*
Defendant

Case No. 3:22-cv-01213-TAD-KDM

Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

**ORDER**

IT IS ORDERED that Travis Christopher Barham be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of Alliance Defending Freedom in the above described action.

SO ORDERED on this, the _____ day of _____, 20__23__.

_____
U.S. Magistrate Judge