

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## TRAVIS  CHRISTOPHER  BARHAM

was, on the __6th__ day of __June__ A.D. __2021__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __4th__ day of __April__ A.D. __2023__.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Marquia Langford*

**Deputy Clerk**