IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States, *et al.*,<br><br>*Defendants*. | Case No: 3:22-cv-01213-TAD<br><br>THE HONORABLE<br>TERRY A. DOUGHTY |

**PROPOSED ORDER GRANTING THE
UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE ALLIANCE DEFENDING FREEDOM
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Having considered the matter, and for good cause shown, this Court hereby GRANTS Alliance Defending Freedom's motion for leave to file its *amicus curiae* brief in support of Plaintiffs' motion for preliminary injunction.

So ordered this _____ day of _____, 2023.

_____
THE HONORABLE TERRY A. DOUGHTY
United States District Judge

2

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2023, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record:

Respectfully submitted on this the 18th day of April, 2023.

*/s/ Brian W. Arabie*
BRIAN W. ARABIE
*Attorney for Amicus Curiae*
