**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Unopposed Motion for Leave to File Brief of Amicus Curiae Alliance Defending Freedom in Support of Plaintiffs' Motion for Preliminary Injunction [Doc. No. 249],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file Alliance Defending Freedom's proposed brief [Doc. No. 249-1] into the record of this matter.

MONROE, LOUISIANA, this 18th day of April 2023.

_____
Terry A. Doughty
United States District Judge