IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, ex rel. ANDREW BAILEY, Attorney General, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United State<br><br>Defendants. | CASE NO: 3:22-cv-1213<br><br><br>JUDGE DOUGHTY<br><br>MAGISTRATE JUDGE DOUGHTY |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Amicus Curiae, The Buckeye Institute in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of The Supreme Court of Ohio, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Sarah Harbison of the firm The Pelican Institute for Public Policy is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Jay R. Carson | /s/ Ben E. Clayton |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Jay R. Carson | Name: Ben R. Clayton LSBA No. 17512 |
| Firm: Wegman Hessler Valore | Firm: Clayton Law Firm |
| Address: 6055 Rockside Woods Blvd., Suite 200, Cleveland, Ohio 44131 | Address: 893 Brownswitch Road, Slidell, Louisiana 70458 |
| Telephone: (216) 642-3342 | Telephone: (985) 862-3065 |
| Fax: (216) 642-8826 | Fax: (985) 863-7707 |
| E-mail: jrcarson@wegmanlaw.com | E-mail: ben@claytonlawfirm |

Additional e-mail(s):

## Certificate of Service

I hereby certify that on April 18, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record, and I hereby certify that there are no parties who need to be served by mail.

/s/ Ben E. Clayton
Signature

Name:     Ben E. Clayton
Firm:     Clayton Law Firm
Address:  893 Brownswitch Road, Suite 101
          Slidell, Louisiana 70458
Telephone: (985) 863-3065
Fax: (985) 863-7707
E-mail:   ben@claytonlawfirmllc.com