UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| STATE OF MISSOURI | Case No. 3:22-cv-1213 |
| Plaintiff | |
| VS. | Judge DOUGHTY |
| JOSPEH R. BIDEN, JR. | Magistrate MCCLUSKY |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Jay R. Carson</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>The Buckeye Institute</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

                                                                                    _____
                                                                                                U.S. Magistrate Judge