IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel. ANDREW BAILEY, Attorney General, et al. | ) ) ) ) | CASE NO: 3:22-cv-1213 |
| Plaintiffs, | ) ) | |
| | ) | JUDGE DOUGHTY |
| vs. | ) ) | MAGISTRATE MCCLUSKY |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United State | ) ) ) | |
| Defendants. | ) ) ) ) | UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF |

Prospective *amicus curiae*, The Buckeye Institute, respectfully requests leave to file an amicus brief in support of the Plaintiffs' Motion for Preliminary Injunction. A copy of the Amicus Brief is attached to this filing. The brief focuses on points not made in the Plaintiffs' Motion or Brief in Support. Counsel for *amicus curiae* has contacted counsel for Defendants, who do not object to the filing of the amicus brief.

Respectfully submitted,

*/s/ Ben E. Clayton*
Ben E. Clayton, LSBA No. 17512
ben@claytonlawfirmllc.com
Joshua P. Clayton, LSBA No. 34488
josh@claytonlawfirmllc.com
Attorneys for Amicus Curiae The Buckeye Institute
Suite No. 101
893 Brownswitch Road
Slidell, Louisiana  70458
(985) 863-3065 voice
(985) 863-7707 facsimile

        */s/ Jay R. Carson*
        Jay R. Carson (admission pro hac vice pending)
        THE BUCKEYE INSTITUTE
        88 East Broad Street, Suite 1300
        Columbus, Ohio 43215
        (614) 224-4422
        j.carson@buckeyeinstitute.org

## CERTIFICATE OF SERVICE

The foregoing Motion for Leave was served on all counsel of record via the Court's electronic filing system this 18th day of April 20023.

        */s/ Jay R. Carson*
        Jay R. Carson
        *Counsel of Record for*
        *The Buckeye Institute*