IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, ex rel. ANDREW BAILEY, Attorney General, et al. | CASE NO: 3:22-cv-1213 |
| Plaintiffs, | JUDGE DOUGHTY |
| vs. | MAGISTRATE MCCLUSKY |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United State | |
| Defendants. | |

**ORDER**

IT IS ORDERED that leave of court is granted for the filing of the brief of The Buckeye Institute which appears herein as an *amicus curiae*.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge