*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

**STATE OF MISSOURI**, *et al.*,
Plaintiff

Case No. 3:22-cv-01213-TAD-KDM

VS.
**JOSEPH R. BIDEN, JR**., *et al.*,
Defendant

Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

**ORDER**

IT IS ORDERED that  Tyson Charles Langhofer  be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of  Alliance Defending Freedom  in the above described action.

SO ORDERED on this, the  19th  day of  April , 2023.

_____
U.S. Magistrate Judge