UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | |
|---|---|
| STATE OF MISSOURI<br>Plaintiff | Case No. 3:22-cv-1213 |
| VS.<br>JOSPEH R. BIDEN, JR.<br>Defendant | Judge DOUGHTY<br>Magistrate MCCLUSKY |

**ORDER**

IT IS ORDERED that Jay R. Carson be and is hereby admitted to the bar of this Court pro hac vice on behalf of The Buckeye Institute in the above described action.

SO ORDERED on this, the 19th day of April, 2023.

_____
U.S. Magistrate Judge