UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL.** | **CIVIL ACTION NO. 3:22-cv-01213-TAD** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

*************************************************************************

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
OF CHILDREN'S HEALTH DEFENSE
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*************************************************************************

Having considered the matter, and for good cause shown, this Court hereby GRANTS Children's Health Defense's motion for leave to file its *amicus curiae* brief in support of Plaintiff's motion for preliminary injunction.

So ordered this _____ day of _____, 2023

_____
THE HONORABLE TERRY A. DOUGHTY
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.   Respectfully submitted on this the 25th day of April, 2023.

/s/ G. Shelly Maturin, II
_____
G. SHELLY MATURIN, II