**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Unopposed Motion to Seek Leave to File Brief *Amicus Curiae* and Proposed Amicus Brief of Children's Health Defense in Support of Plaintiff's Motion for Preliminary Injunction [Doc. No. 260] filed by Children's Health Defense,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file the proposed brief [Doc. No. 260-1] into the record of this matter and to associate such filing with Plaintiffs' Motion for Preliminary Injunction [Doc. No. 10].

MONROE, LOUISIANA, this 26th day of April, 2023.

_____
Terry A. Doughty
United States District Judge