# EXHIBIT A

U.S. Department of Homeland Security

# Following HSAC Recommendation, DHS terminates Disinformation Governance Board

**Release Date:** August 24, 2022

*Statement from the Department of Homeland Security following the recommendation from the Homeland Security Advisory Council regarding the Disinformation Governance Board:*

"The Department welcomes the recommendations of the Homeland Security Advisory Council, which has concluded that countering disinformation that threatens the homeland, and providing the public with accurate information in response, is critical to fulfilling the Department's missions. We thank the Subcommittee for its work, which required extensive fact gathering and analysis over a short period of time.

"In accordance with the HSAC's prior recommendation, Secretary of Homeland Security Alejandro N. Mayorkas has terminated the Disinformation Governance Board and rescinded its charter effective today, August 24, 2022.

"With the HSAC recommendations as a guide, the Department will continue to address threat streams that undermine the security of our country consistent with the law, while upholding the privacy, civil rights, and civil liberties of the American people and promoting transparency in our work."

###

**Keywords**

HOMELAND SECURITY ADVISORY COUNCIL (HSAC) (/KEYWORDS/HOMELAND-SECURITY-ADVISORY-COUNCIL-HSAC)

Last Updated: 08/24/2022