**INDEX OF EXHIBITS**

| EXHIBIT NUMBER | TITLE |
|---|---|
| 1 | Declaration of Dr. Stuart Gurrea, Ph.D., Managing Director, Secretariat Economists |
| 2 | *Protecting Speech from Government Interference & Social Media Bias, Part 1: Twitter's Role in Suppressing the Biden Laptop Story: Hearings Before the H. Comm. on Oversight & Accountability*, 118th Cong. (2023) |
| 3 | Decl. of Alexandra N. Veitch, *Netchoice, LLC v. Paxton*, No. 21-cv-840 (W.D. Tex. Sept. 30, 2021), ECF No. 8-5; *cf. NetChoice, LLC v. Paxton*, 49 F.4th 439 (5th Cir. 2022) (vacating preliminary injunction and remanding), *pet'n for cert. filed*, No. 22-555 (U.S. Dec. 15, 2022) |
| 4 | Decl. of Neil Potts, *Netchoice, LLC v. Paxton*, No. 21-cv-840 (W.D. Tex. Sept. 30, 2021), ECF No. 8-6; *cf. NetChoice, LLC v. Paxton*, 49 F.4th 439 (5th Cir. 2022) (vacating preliminary injunction and remanding), *pet'n for cert. filed*, No. 22-555 (U.S. Dec. 15, 2022) |
| 5 | Halisia Hubbard, *Twitter has lost 50 of its top 100 advertisers since Elon Musk took over, report says*, Nat'l Public Radio (Nov. 25, 2022), https://perma.cc/A7ZY-7G6U5 |
| 6 | Mark Sweney, *Twitter 'to lose 32m users in two years after Elon Musk Takeover,'* The Guardian (Dec. 13, 2022), https://perma.cc/EY9F-9LPM |
| 7 | H. Permanent Select Comm. on Intell., Report on Russian Active Measures, H.R. Rep. No. 115-1110 (2018), https://perma.cc/MW7P-MQYG |
| 8 | Office of the Director of National Intelligence, Background to "Assessing Russian Activities and Intentions in Recent U.S. Elections": The Analytic Process and Cyber Incident Attribution (2017), https://perma.cc/T5AZ-F4NM |
| 9 | S. Select Comm. on Intelligence, Report, Russian Active Measures Campaigns and Interference in the 2016 U.S. Election, Volume II: Russia's Use of Social Media, S. Rep. No. 116-290 (2020) |
| 10 | *Protecting Speech from Government Interference & Social Media Bias, Part 1: Twitter's Role in Suppressing the Biden Laptop Story: Hearings Before the H. Comm. on Oversight & Accountability*, 118th Cong. (2023) (opening statement of Yoel Roth, Former Head of Trust & Safety, Twitter, Inc.) |
| 11 | Mark Zuckerberg, Facebook, (Nov. 18, 2016), https://perma.cc/W8DV-NLY6 |

| 12 | Mark Zuckerberg, Facebook (Jan. 4, 2018), https://perma.cc/K4WR-P9MB |
| 13 | Guy Rosen, et al., *Helping to Protect the 2020 US Elections*, Meta (Oct. 21, 2019), https://perma.cc/CL5W-7MDQ |
| 14 | *Censorship and the 2020 Election: Hearings Before the S. Comm. on the Judiciary.*, 116th Cong. (2020) |
| 15 | *COVID Data Tracker*, Ctrs. for Disease Control & Prevention (last updated Apr. 25, 2023), https://perma.cc/5BGG-2Z3R |
| 16 | *COVID-19 pandemic: countries urged to take stronger action to stop spread of harmful information*, World Health Org. (Sept. 23, 2020), https://perma.cc/45KB-FFGH |
| 17 | *Cross-Regional Statement on 'Infodemic' in the Context of COVID-19*, U.S. Mission to the United Nations (June 12, 2020), https://perma.cc/9UKX-DCMA |
| 18 | Nick Clegg, *Combating COVID-19 Misinformation Across Our Apps*, Meta (Mar. 25, 2020), https://perma.cc/7TAJ-5X4Q |
| 19 | Vijaya Gadde & Matt Derella, *An update on our continuity strategy during COVID-19*, Twitter Blog (Mar. 16, 2020; updated Apr. 1, 2020), https://perma.cc/2UAL-YXSH |
| 20 | Guy Rosen, *An Update on Our Work to Keep People Informed and Limit Misinformation About COVID-19*, Meta (Apr. 16, 2020), https://perma.cc/5GAL-5BSQ |
| 21 | *How do I mark a Facebook post as false news?*, Facebook Help Ctr., https://perma.cc/N8HZ-P7R4 |
| 22 | Transparency Center, *Content Borderline to Community Standards*, Meta (Sept. 23, 2021), https://perma.cc/K5LJ-GJCG |
| 23 | Mark Zuckerberg, *A Blueprint for Content Governance and Enforcement*, Facebook (Nov. 15, 2018), https://perma.cc/ZK5C-ZTSX |
| 24 | YouTube Team, *Continuing our work to improve recommendations on YouTube*, YouTube Official Blog (Jan. 25, 2019), https://perma.cc/FH3M-KL6U |
| 25 | Alex Kantrowitz, *Twitter is Going to Limit the Visibility of Tweets from People Behaving Badly*, BuzzFeedNews (May 15, 2018), https://perma.cc/RRU8-X4R3 |
| 26 | Tarleton Gillespie, *Reduction/Borderline content/Shadowbanning*, Yale-Wikimedia Initiative on Intermediaries & Info. (July 20, 2022), https://perma.cc/Z55J-JAN2 |

| 27 | Guy Rosen, *Moving Past the Finger Pointing*, Meta (July 17, 2021), https://perma.cc/KH6B-ZGS9 |
|----|---|
| 28 | *How has YouTube responded to the global COVID-19 crisis?*, YouTube, https://perma.cc/3CCA-SNLE |
| 29 | Letter from Senator John Thune to Mark Zuckerberg, Chairman and Chief Executive Officer, Facebook, Inc. (May 10, 2016) |
| 30 | *Stifling Free Speech: Technological Censorship and the Public Discourse: Hearing Before the Subcomm. on the Const. of the S. Comm. on the Judiciary*, 116th Cong. (2019) |
| 31 | Donald J. Trump (@realDonaldJTrump), Twitter (May 29, 2020, 11:15 AM) |
| 32 | Eric Schmitt (@Eric_Schmitt), Twitter (Oct. 12, 2021, 3:06 PM) |
| 33 | William P. Barr, Att'y Gen., Opening Remarks at the DOJ Workshop on Section 230: Nurturing Innovation or Fostering Unaccountability? (Feb. 19, 2020) |
| 34 | Press Release, U.S. Dep't of Just., Justice Department Issues Recommends for Section 230 Reform (June 17, 2020), https://perma.cc/9S5E-JXLX |
| 35 | *Report Violations*, Twitter Help Ctr., https://perma.cc/5MXZ-TAAM |
| 36 | Defs.' Supp. Rog. Resp. Related to Robert Flaherty |
| 37 | *Press Briefing by Press Secretary Jen Psaki*, The White House (July 16, 2021), https://perma.cc/HE54-LB2R |
| 38 | *COVID Data Tracker: Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Ctrs. for Disease Control & Prevention (last updated Apr. 28, 2023), https://perma.cc/D3FU-4RTJ |
| 39 | Maeve Sheehey, *Andy Slavitt stepping down from White House Covid-19 response role,* Politico (June 9, 2021), https://perma.cc/7U35-DYDN |
| 40 | *Press Briefing by Press Secretary Jen Psaki and Surgeon General Dr. Vivek H. Murthy*, The White House (July 15, 2021), https://perma.cc/Y3YQ-L8MD |
| 41 | *Report inappropriate videos, channels, and other content on YouTube*, YouTube Help, https://perma.cc/34HB-9CHL |
| 42 | *Press Briefing by Press Secretary Jen Psaki*, The White House (Apr. 25, 2022), https://perma.cc/QFK5-BM3Q |

| 43 | Question from Reporter to President Joseph R. Biden, Jr., in Washington, D.C. (July 19, 2021), https://www.youtube.com/watch?v=kbDVRkI8Av8 |
| 44 | Ctr. For Countering Digital Hate, *The Disinformation Dozen, Why Platforms Must Act on Twelve Leading Online Anti-Vaxxers* (Mar. 24, 2021), https://perma.cc/2T7P-FCJH |
| 45 | Question from Reporter to President Joseph R. Biden, Jr., in Washington, D.C. (July 16, 2021), https://www.youtube.com/watch?v=gJoOtLn4goY |
| 46 | Interview by Mika Brzezinski with Kate Bedingfield, Commc'ns Dir., White House, in Washington, D.C. (July 20, 2021), https://www.youtube.com/watch?v=oc72lyPIgYA |
| 47 | MOLA_DEFSPROD_00016809 |
| 48 | MOLA_DEFSPROD_00017159 |
| 49 | MOLA_DEFSPROD_00017759 |
| 50 | Elizabeth Dwoskin, *Massive Facebook study on users' doubt in vaccines finds a small group appears to play a big role in pushing the skepticism*, Wash. Post (Mar. 14, 2021), https://perma.cc/T5GX-TKQN |
| 51 | *CrowdTangle*, Meta, https://perma.cc/L7N2-CSK5 |
| 52 | MOLA_DEFSPROD_00018060 |
| 53 | MOLA_DEFSPROD_00016598 |
| 54 | MOLA_DEFSPROD_00016939 |
| 55 | MOLA_DEFSPROD_00017968 |
| 56 | *Account Integrity & Authentic Identity*, Meta, https://perma.cc/DCR9-9FBY |
| 57 | *Authenticity on Twitter*, Twitter Help Ctr., https://perma.cc/6NVT-PS59 |
| 58 | *Impersonation policy*, YouTube Help, https://perma.cc/R5BD-X6JB |
| 59 | Dan Diamond & Tyler Pager, *White House Disbanding its Covid-19 Team in May*, Wash. Post (Mar. 22, 2023), https://perma.cc/MZU6-QZMU |
| 60 | MOLA_DEFSPROD_00018067 |
| 61 | *About the Office of the Surgeon General*, U.S. Dep't of Health & Hum. Servs., https://perma.cc/AHX2-KGED |

| 62 | *Office of the Assistant Secretary for Health Organizational Chart*, U.S. Dep't of Health & Hum. Servs., https://perma.cc/R5JF-URY9 |
| --- | --- |
| 63 | Declaration of Max Lesko, Chief of Staff, Off. of the Surgeon Gen. |
| 64 | *Mission of the Office of the Surgeon General*, U.S. Dep't of Health & Hum. Servs., https://perma.cc/87KA-DMD9 |
| 65 | CISA Cybersecurity Advisory Committee, December 10, 2021, Meeting Summary (2021), https://perma.cc/HED3-HBLV |
| 66 | *U.S. Surgeon General's Advisory on Naloxone and Opioid Overdose*, U.S> Dep't of Health & Hum. Servs., https://perma.cc/W9KJ-QPAW |
| 67 | *COVID-19 Public Health Emergency (PHE)*, Dep't of Health & Hum. Servs., https://perma.cc/3HZ4-QM3G |
| 68 | Clay Skipper, *Surgeon General Dr. Vivek Murthy Sees Polarization as a Public Health Issue*, GQ (Mar. 11, 2022), https://perma.cc/F29N-YHSM |
| 69 | Rockefeller Foundation, *Building Public Health's Defense Against Disinformation*, https://perma.cc/M5EG-YJKG |
| 70 | RFI Responses Compiled, Dep't of Health & Hum. Servs (Apr. 7, 2023) |
| 71 | *Taking action to combat COVID-19 vaccine misinformation*, Facebook (July 17, 2021), https://perma.cc/6R6J-ANNF |
| 72 | M. Masterson, A. Zaheer, *et al.*, *Rumor control: A framework for countering vaccine misinformation*, Virality Project Policy Analysis (May 4, 2021), https://perma.cc/J4PP-5544 |
| 73 | *Announcing the Virality Project*, Virality Project (Feb. 11, 2021), https://perma.cc/9T3J-F2HG |
| 74 | *Background on the SIO's Projects on Social Media*, All Internet Observatory News (Mar. 17, 2023) |
| 75 | *Virality Project Weekly Briefing # 32*, Virality Project (Aug. 3, 2021), https://perma.cc/89FM-279C |
| 76 | Virality Project (@ViralityProject), Twitter (Feb. 24, 2022, 2:08 PM), https://perma.cc/6ADR-YCW7 |
| 77 | *CDC 24/7: Saving Lives, Protecting People*, Ctrs. for Disease Control & Prevention (last updated Aug. 31, 2022), https://perma.cc/Z53S-9J8S |

| 78 | *Mission, Role and Pledge*, Ctrs. for Disease Control & Prevention (last updated Apr. 29, 2022), https://perma.cc/SU2B-Z6TR |
| 79 | *Office of Communications (OC)*, Ctrs. for Disease Control & Prevention (last updated Apr. 3, 2023), https://perma.cc/885U-GHJ8 |
| 80 | Declaration of Carol Crawford, Director of CDC's Division of Digital Media |
| 81 | *Weekly Briefings,* Virality Project, https://perma.cc/W64T-2CXX |
| 82 | *Rapid Response*, Virality Project, https://perma.cc/9Z2L-KE5F |
| 83 | *Policy Analysis*, Virality Project, https://perma.cc/CZS2-KKSB |
| 84 | Brett Molina, *Many YouTube creators frustrated by changes in policies, practices*, USA Today (Apr. 5, 2018), 2018 WLNR 10231713 |
| 85 | *List of Institutes and Centers*, Nat'l Insts. of Health, https://perma.cc/YR83-TJMY |
| 86 | *About NIH*, Nat'l Insts. of Health, https://perma.cc/55BG-UDQU |
| 87 | *NIAID Mission*, Nat'l Insts. of Health, https://perma.cc/8GVS-XSWM |
| 88 | *Anthony S. Fauci, M.D., Former NIAID Director*, Nat'l Insts. of Health, https://perma.cc/CSF2-XYNH |
| 89 | *Statement by Anthony S. Fauci, M.D.*, Nat'l Insts. of Health (Aug. 22, 2022), https://perma.cc/RH8Z-P3X5 |
| 90 | *President Bush Honors Presidential Medal of Freedom Recipients*, The White House (June 19, 2008), https://perma.cc/KE8X-4SPS |
| 91 | *Statement from the Press Secretary Regarding the President's Coronavirus Task Force*, The White House (Jan. 29, 2020), https://perma.cc/5VFS-LRZC |
| 92 | *Statement from President Joe Biden on the announcement of Dr. Anthony Fauci's Departure from NIAID*, The White House (Aug. 22, 2022), https://perma.cc/4KMA-PWH2 |
| 93 | *Dr. Anthony Fauci to Leave NIAID at the End of December*, Nat'l Insts. of Health (Dec. 7, 2022), https://perma.cc/NLZ6-NY85 |
| 94 | Azmi Haroun, *Dr. Anthony Fauci, the US's top infectious-disease expert, shared a day in his life, and it's exhausting just reading it*, Insider (Dec. 4, 2020), https://perma.cc/ML8H-HSB5 |

| 95 | *2021 National Academy of Sciences Public Welfare Medal*, National Academy of Sciences, https://perma.cc/B8CV-T76C |
|---|---|
| 96 | *Anthony Fauci Named Recipient of AHA Award of Honor*, American Hospital Association (Apr. 21, 2022), https://perma.cc/M2BL-EGJR |
| 97 | Declaration of Geoff Hale, Lead for Election Security and Resilience, Nat'l Risk Mgmt. Ctr., CISA |
| 98 | *About us*, Ctr. for Internet Sec*.*, https://perma.cc/456L-TUHD |
| 99 | Joel Achenbach, *What we know about covid-19's origins, and what is still a mystery,* Wash. Post (Mar. 1, 2023), 2023 WLNR 7536521 |
| 100 | MOLA_DEFSPROD_00007488 |
| 101 | MOLA_DEFSPROD_00007647 |
| 102 | MOLA_DEFSPROD_00010719 |
| 103 | MOLA_DEFSPROD_00008681 |
| 104 | MOLA_DEFSPROD_00010774 |
| 105 | MOLA_DEFSPROD_00008610 |
| 106 | MOLA_DEFSPROD_00008499 |
| 107 | MOLA_DEFSPROD_00008640 |
| 108 | MOLA_DEFSPROD_00009505 |
| 109 | MOLA_DEFSPROD_00010711 |
| 110 | MOLA_DEFSPROD_00010794 |
| 111 | MOLA_DEFSPROD_00010376 |
| 112 | *Election Security Rumor vs. Reality*, CISA (Nov. 4, 2022), https://perma.cc/VV2B-57BT |
| 113 | *Social Media Resources*, Mo. Dep't of Health & Senior Servs., https://perma.cc/6U4G-Y44L |
| 114 | *Election Security*, Mo. Sec'y of State, https://perma.cc/LW4Y-9TLJ |

| 115 | *COVID-19 Stay at Home Order*, Off. of the Governor, https://perma.cc/2HMS-RBBU |
| 116 | *Get Election Information: Frequently Asked Questions*, La. Dep't of State, https://perma.cc/F72W-4VMB |
| 117 | CISA, The War on Pineapple: Understanding Foreign Intelligence in 5 Steps (2019) |
| 118 | Dep't of Homeland Sec., Social Media Bots Overview (2018) |
| 119 | *CISA Cybersecurity Advisory Committee*, CISA, https://perma.cc/G6BW-LKDR |
| 120 | *CISA Cybersecurity Advisory Committee (CSAC) Charter*, CISA, https://perma.cc/QU5C-ZT5F |
| 121 | *CISA Cybersecurity Advisory Committee (CSAC) Meeting Resources*, CISA, https://perma.cc/F6N9-2DF2 |
| 122 | *Addressing false claims and misperceptions of the UW Center for an Informed Public's research*, Univ. of Wash. (Mar. 16, 2023) |
| 123 | CISA Cybersecurity Advisory Committee, Subcommittee Factsheet and 2022 Cybersecurity Advisory Committee (CSAC) Reports and Recommendations (2023) |
| 124 | CISA Cybersecurity Advisory Committee, Report to the Director: Protecting Critical Infrastructure from Misinformation & Disinformation Information Sharing Around Foreign Adversary Threats to Elections (2022) |
| 125 | *A Statement from the Election Integrity Partnership*, Election Integrity Partnership (Oct. 5, 2022), https://perma.cc/LV9L-CNCR |
| 126 | GEC, *About Us*, U.S. Dep't of State, https://perma.cc/6U48-PE8Y |
| 127 | *Election Interference: Ensuring Law Enforcement is Equipped to Target Those Seeking to Do Harm: Hearing Before the S. Comm. on the Judiciary,* 115th Cong. (2018) |
| 128 | Adam. S. Hickey, Deputy Assistant Att'y Gen., Remarks at Misinfo Con (Aug. 6, 2018), 2018 WL 3727551 |
| 129 | Press Release, Dep't of Just., Grand Jury Indicts Thirteen Russian Individuals and Three Russian Companies for Scheme to Interfere in the United States Political System (Feb. 16, 2018), 2018 WL 920088 |

| 130 | *Oversight of the Federal Bureau of Investigation: the January 6 Insurrection, Domestic Terrorism, and Other Threats: Hearing before the S. Comm. on the Judiciary,* 117th Cong. (2021), 2021 WL 808994 |
| --- | --- |
| 131 | *Combating Foreign Influence*, Fed. Bureau of Investigation, https://perma.cc/M4P7-6KFF |
| 132 | Press Release, Fed. Bureau of Investigation, Joint Statement from DOS, DOJ, DOD, DHS, ODNI, FBI, NSA, and CISA on Preparations for Super Tuesday (Mar. 2, 2020), 2020 WL 996966 |
| 133 | Press Release, Fed. Bureau of Investigation, Foreign Actors and Cybercriminals Likely to Spread Disinformation Regarding 2020 Election Results (Sept. 22, 2020), 2020 WL 5644950 |
| 134 | Joseph Menn, *Iran gained access to election results website in 2020, military reveals*, Wash. Post (Apr. 24, 2023), 2023 WLNR 14537844 |
| 135 | Press Release, Dep't of Just., Grand Jury Indicts 12 Russian Intelligence Officers for Hacking Offenses Related to the 2016 Election (July 13, 2018), 2018 WL 3425704 |
| 136 | Press Release, Sen. Josh Hawley, Hawley Calls for FEC Investigation of Potential In-Kind Contributions from Twitter and Facebook to Biden Campaign (Oct. 14, 2020), https://perma.cc/A7ST-3KQK |
| 137 | *Censorship and the 2020 Election: Hearing Before the S. Comm. on the Judiciary.*, 116th Cong. (2020), 2020 WL 13568471 (opening statement of Jack Dorsey, CEO, Twitter, Inc.) |
| 138 | *Annual World Wide Threats Hearing with Heads of the Intelligence Committee: Hearing Before H. Select Comm. on Intell,* 118th Cong. (2023) |
| 139 | Declaration of Jasmine Robinson |
| 140 | MOLA_DEFSPROD_00018153 |
| 141 | *Foreign Influence Operations and Disinformation*, CISA, https://perma.cc/F46N-KZDU |
| 142 | Declaration of Leah Bray, Deputy Coordinator, Glob. Engagement Ctr., U.S. Dep't of State |
| 143 | *EXECUTIVE SUMMARY: Initial Blueprint for the White House Task Force to Address Online Harassment and Abuse*, The White House (Mar. 3, 2023), https://perma.cc/NR38-CT72 |

| 144 | Kang-Xing Jin, *Keeping People Safe & Informed About the Coronavirus*, Meta (Dec. 18, 2020), https://perma.cc/2VJL-N2L5 |
| --- | --- |
| 145 | Monika Bickert, *How We're Taking Action Against Vaccine Misinformation Superspreaders*, Meta (Aug. 18, 2021), https://perma.cc/27UC-N6QV |
| 146 | Robert F. Kennedy Jr. (@RobertKennedyJr), Twitter (Jan. 22, 2021, 5:41 PM), https://perma.cc/8QXJ-H78L |
| 147 | *Press Briefing by Jen Psaki and Secretary of Agriculture Tom Vilsack*, The White House (May 5, 2021) https://perma.cc/4ZGE-N9QL |
| 148 | William P. Barr, Att'y Gen., Remarks at the National Association of Attorneys General 2019 Capital Forum (Dec. 10, 2019), 2019 WL 6715208 |
| 149 | Rod J. Rosenstein, Deputy Att'y Gen., Remarks at the Aspen Security Form (July 19, 2018), 2018 WL 3471764 |
| 150 | Elizabeth Dwoskin & Taylor Telford, *Facebook is working to persuade advertisers to abandon their boycott. So far, they aren't impressed*, Wash. Post (July 3, 2020), 2020 WLNR 18548780 |
| 151 | *A Farewell to Dr. Francis Collins*, Nat'l Insts. of Health (Dec. 16, 2021), https://perma.cc/5Q48-NJAD |
| 152 | *Journal Information*, Nature Medicine, https://perma.cc/2MD3-H6SV |
| 153 | YouTube Team, *Managing harmful vaccine content on YouTube*, YouTube Official Blog (Sept. 29, 2021) |
| 154 | Press Release, Fed. Bureau of Investigation, 40 Officers of China's National Police Charged in Transnational Repression Schemes Targeting U.S. Residents (Apr. 17, 2023), 2023 WL 2968014 |
| 155 | Craig Timberg, *Secret trove offers rare look into Russian cyberwar ambitions*, Wash. Post (Mar. 30, 2023), 2023 WLNR 11432730 |
| 156 | Remarks by President Biden on the Fight Against COVID-19, in Washington D.C. (Dec. 21, 2021), https://perma.cc/H94K-WN7Q |
| 157 | Declaration of Larissa L. Knapp, Exec. Assistant Dir., Nat'l Sec. Branch, FBI |
| 158 | Press Release, La. Dep't of Just., Online Alcohol Sales Concern of Republican & Democrat Attorney Generals (Oct. 22, 2019), https://perma.cc/4ZFX-TEP5 |
| 159 | Letter from Jeff Landry, La. Att'y Gen., et al., to Scott Schenkel, Interim Chief Exec. Officer, eBay (Oct. 22, 2019) |

| 160 | Press Release, La. Dep't of Just., 33 State Attorneys General Warn Amazon, Facebook, Ebay, Craigslist, Walmart: Online Marketplaces Are Not Exempt from Price Gouging Laws (Mar. 25, 2020), https://perma.cc/X2BY-FHF5 |
| --- | --- |
| 161 | Letter from Nat'l Ass'n of Att'ys Gen., et al., to Jack Dorsey, CEO, Twitter, Inc., et al. (Apr. 1, 2021) |
| 162 | Michelle Watson, Carma Hassan, *Benadryl TikTok 'challenge': A 13-year old died in Ohio after participating*, CNN (Apr. 18, 2023), https://perma.cc/9LUE-LPV7 |
| 163 | *Global Efforts to Defeat ISIS: Hearing Before the S. Comm. on Foreign Rels.*, 114th Cong. (2016) (statement of Brett H. McGurk, Special Presidential Envoy) |
| 164 | *Countering Terrorist Internet Recruitment: Hearing Before the Subcomm. on Investigations of the S. Comm. on Homeland Sec. & Governmental Affs.*, 114th Cong. (2016) (statement of Sen. Rob Portman) |
| 165 | AJ Dellinger, *Twitter suspends 'Gateway Pundit' Jim Hoft*, Forbes (Feb. 6, 2021), https://perma.cc/4UDR-DVSF |
| 166 | Brett Samuels, *White House says social media companies have responsibility to manage platforms amid leaked document fallout*, The Hill (Apr. 13, 2023), https://perma.cc/BH92-3NYC |
| 167 | Declaration of Brandon Wales, Exec. Dir., CISA |
| 168 | LEFT BLANK |
| 169 | *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing before the H. Comm. on Energy & Commerce*, 117th Cong. (2021) |
| 170 | *Online Platforms and Market Power , Part 6: Examining the Dominance of Amazon, Facebook, Google, and Apple: Hearing Before the Subcomm. on Antitrust, Commercial, & Administrative Law*, 116th Cong. (2020) |
| 171 | LEFT BLANK |
| 172 | LEFT BLANK |
| 173 | Kang-Xing Jin, *Reaching Billions of People With COVID-19 Vaccine Information*, Meta (Feb. 8, 2021), https://perma.cc/KPC5-7273 |
| 174 | MOLA_DEFSPROD_00017794 |

| 175 | Twitter Safety, *Updates to our work on COVID-19 vaccine misinformation* (Mar. 1, 2021), https://perma.cc/99TM-QWLD |
| 176 | Facebook, *Taking Action Against People Who Repeatedly Share Misinformation*, Meta (May 26, 2021), https://perma.cc/M75G-YQB8 |
| 177 | MOLA_DEFSPROD_00017641 |
| 178 | LEFT BLANK |
| 179 | LEFT BLANK |
| 180 | LEFT BLANK |
| 181 | Art Taking Back (@Arttakingback), Instagram (Oct. 12, 2022) |
| 182 | MOLA_DEFSPROD_00007276 |
| 183 | LEFT BLANK |
| 184 | Fauci Dep. Errata (Dec. 19, 2022) |
| 185 | E-mail from Joshua E. Gardner to John Sauer (Feb. 14, 2023, 8:11 AM) |
| 186 | Dep't of Homeland Sec., The Third Quadrennial Homeland Security Review (2023) |
| 187 | Defs.' Fourth Am. Combined Objections & Resp. to Pl. First Set of Prelim. Inj.-Related Interrogatories |