# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

### [PROPOSED] ORDER GRANTING MOTION FOR PAGE LIMIT EXTENSION FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION

The Court **GRANTS** Defendants' Motion for a Page Limit Extension for Defendants' Response to Plaintiffs' Preliminary Injunction Motion. Plaintiffs may file a Memorandum in Response to Plaintiffs' Preliminary Injunction Motion of up to 275 pages.

It is **SO ORDERED** this ____day of May, 2023.

_____
The Honorable Terry A. Doughty
United States District Judge