# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## [PROPOSED] ORDER

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiffs' Motion for Preliminary Injunction [Doc. 11], including as supplemented [Doc. 214], is **DENIED**.

MONROE, LOUISIANA, this ____ day of ____ 2023.

_____
Terry A. Doughty
UNITED STATES DISTRICT JUDGE