# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Unopposed Motion for Page Limit Extension for Defendants' Response to Plaintiffs' Preliminary Injunction Motion [Doc. No. 264],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file the proposed pleadings [Doc. Nos. 264-1 to 264-9] into the record of this matter in excess of page limits.

MONROE, LOUISIANA, this 3rd day of May, 2023.

_____
Terry A. Doughty
United States District Judge