IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiffs respectfully request the Court's leave for an extension of time of six days, to May 23, 2023, in which to file their Reply brief in support of their Motion for a Preliminary Injunction in this case. Counsel for Defendants have not consented to this request. In support, Plaintiffs state as follows:

Plaintiffs filed their supplemental brief (Doc. 214) in support of their Motion for a Preliminary Injunction on March 6, 2023. At the same time, Plaintiffs filed a Proposed Findings of Fact (Doc. 214-1). Defendants moved to strike Plaintiffs' Proposed Findings of Fact or, alternatively, an extension of time to file their opposition (Doc. 219). This Court denied the Motion to Strike but granted an extension of time up to fifty (50) days for Defendants to file their brief (Doc. 223). The Court then extended Defendants' deadline a second time, pushing it to May 2, 2023, and setting Plaintiffs' deadline to file a reply until May 17, 2023 (Doc. 232). On May 2, 2023, Defendants filed their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction, consisting of 275 pages (Doc. 266), and at the same time, Defendants filed a response

1

to Plaintiffs' Proposed Findings of Fact, consisting of 722 pages (Doc. 266-8), for a combined page total of 997 pages. Defendants also filed approximately 187 exhibits (*see* Docs. 266-1 through 266-7).

Plaintiffs are working diligently to respond to Defendants' voluminous filing but will need additional time to adequately provide a reply for this Court. Plaintiffs note that a six-day extension to May 23, 2023 will not affect the current oral argument setting of May 26, 2023, and will allow both the Court and Defendants a three-day period to review the reply brief. Therefore, Plaintiffs respectfully request the deadline for their Reply Brief be extended to Tuesday, May 23, 2023.

Plaintiffs contacted Defendants to seek their consent to this request. Defendants, despite having filed a combined 997 pages of briefing two weeks ago after having obtained two lengthy extensions, refused to consent to this request unless Plaintiffs would consent to yet another continuance of the oral argument setting, in addition to the continuances that Defendants have already obtained. Plaintiffs notified Defendants that they do not agree to a continuance of the hearing on May 26, 2023, and Defendants thus refused to consent to this request for extension.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that this Court grant them a six-day extension of time, to May 23, 2023, in which to file their Reply brief in support of their Motion for Preliminary Injunction in this case.

Dated: May 16, 2023

**ANDREW BAILEY**
**Attorney General of Missouri**

*/s/ Kenneth C. Capps*
Joshua M. Divine, Mo. Bar No. 69875*
  *Solicitor General*
Todd A. Scott, Mo. Bar No. 56614*
  *Senior Counsel*
Kenneth C. Capps, Mo. Bar No. 70908*
  *Assistant Attorney General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
kenneth.capps@ago.mo.gov
*Counsel for State of Missouri*


*/s/ John J. Vecchione*
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: john.vecchione@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty,*
*and Jill Hines*

Respectfully submitted,

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ D. John Sauer*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Tracy Short (La #23940)
  *Assistant Attorney General*
D. John Sauer (Mo #58721)*
  *Special Assistant Attorney General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*


*/s/ John C. Burns*
John C. Burns *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 16, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*