IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for Extension of Time to File Reply Brief in Support of their Motion for Preliminary Injunction, and for good cause, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file their Reply Brief in support of their Motion for Preliminary Injunction is extended from May 17, 2023, to May 23, 2023.

MONROE, LOUISIANA, this ___ day of May, 2023.

_____
Terry A. Doughty
United States District Judge