# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>   *Plaintiffs*,<br><br>       v.<br><br>JOSEPH R. BIDEN, JR.., in his official capacity as President of the United States of America, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO. 22-cv-1213 |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for an Enlargement of Time to File their Reply Brief in Support of Their Motion for a Preliminary Injunction,

**IT IS ORDERED** that Plaintiffs' Motion for an Enlargement of Time to File Their Reply Brief in Support of their Motion for Preliminary Injunction [Doc. 270], is GRANTED.

**IT IS FURTHER** ORDERED that the May 26, 2023, preliminary injunction hearing is rescheduled for _____, 2023.

MONROE, LOUISIANA, this \_\_\_ day of \_\_\_\_ 2023.

_____
Terry A. Doughty
UNITED STATES DISTRICT JUDGE