UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

ORDER

Considering the foregoing Motion for Extension of Time to File Reply Brief in Support of Motion for Preliminary Injunction [Doc. No. 270] filed by Plaintiffs, and the Opposition to the Motion [Doc. No. 271] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED IN PART**. To the extent that Plaintiffs seek an extension, the Motion is **GRANTED**. The Plaintiffs may file a reply brief in support of the Motion for Preliminary Injunction [Doc. No. 10] on or before May 20, 2023. No other extensions will be granted in the matter, and the hearing will remain set for May 26, 2023.

MONROE, LOUISIANA, this 16th day of May, 2023.

_____
Terry A. Doughty
United States District Judge