**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**May 17, 2023**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF MISSOURI ET AL**                          **CASE NO.  3:22-CV-01213**

**VERSUS**                                                          **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

On Friday, May 26, 2023, oral arguments will be heard in this matter on the pending

Motion for Preliminary Injunction [Doc. No. 10] filed by Plaintiffs. Each side will have one

hour of argument, beginning with Plaintiffs. Plaintiffs may reserve part of this time for their

rebuttal. If necessary, the parties may split up their arguments between attorneys as they see fit.

The parties shall be prepared to answer questions from the Court. The time for asking and

answering questions will not be included in the one-hour time limit for arguments.

The arguments will begin at 9:00 a.m. C.S.T. in Monroe, Louisiana, in the second-floor

courtroom. The proceedings will be open to the public. The use of recording devices is not

allowed for any reason.

TAD