IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

### PLAINTIFFS' CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the Local Rules of this Court, Plaintiffs respectfully request the Court's leave to file a 117-page Reply Brief in support of their Motion for a Preliminary Injunction. Counsel for Defendants have consented to this request. In support, Plaintiffs state as follows:

In this Court's Order (Doc. 223) addressing, among other things, the length of Plaintiffs' Proposed Findings of Fact (Doc. 214-1) and Defendants' alternative request for an extension of time to respond, this Court noted it "anticipated lengthy briefs would be provided by both parties" regarding the preliminary injunction motion. Doc. 223, at 2. Plaintiffs' Reply Brief analyzes the evidence and complex legal questions involving extensive discovery, numerous defendants, and significant allegations. The Reply Brief, moreover, is in response to the 275-page response brief Defendants filed in response to Plaintiffs' Motion for a Preliminary Injunction. *See* Docs. 266, 266-8. An overlength brief is warranted to provide the Court with a thorough and comprehensive discussion of these issues.

1

Therefore, Plaintiffs respectfully request leave to file a 117-page Reply Brief, which is attached to this Motion.

Dated: May 20, 2023

Respectfully submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

*/s/ Kenneth C. Capps*
Joshua M. Divine, Mo. Bar No. 69875*
  *Solicitor General*
Todd A. Scott, Mo. Bar No. 56614*
  *Senior Counsel*
Kenneth C. Capps, Mo. Bar No. 70908*
  *Assistant Attorney General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
kenneth.capps@ago.mo.gov
*Counsel for State of Missouri*


*/s/ John J. Vecchione*
John J. Vecchione *
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: john.vecchione@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ D. John Sauer*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Tracy Short (La #23940)
  *Assistant Attorney General*
D. John Sauer (Mo #58721)*
  *Special Assistant Attorney General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*


*/s/ John C. Burns*
John C. Burns *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

<i>/s/ D. John Sauer</i>