# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Leave to Exceed Page Limit for Reply Brief in Support of their Motion for Preliminary Injunction, and noting Defendants' consent to Plaintiffs' Motion, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

MONROE, LOUISIANA, this ___ day of May, 2023.

_____
Terry A. Doughty
United States District Judge