# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion for Leave to Exceed Page Limit for Reply Brief in Support of Motion for Preliminary Injunction [Doc. No. 274] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed brief [Doc. No. 274-1] and exhibits attached thereto [Doc. Nos. 274-2, 274-3, and 274-4] into the record of this matter.

MONROE, LOUISIANA, this 22nd day of May 2023.

_____
Terry A. Doughty
United States District Judge