

SHREVEPORT LA 710

3 MAY 2023

$000.600
PITNEY BOWES
MAY 03 2023
MAILED FROM ZIP CODE 71101

NIXIE      207  DE 1          0005/16/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED

MAY 22 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

22-CV-1213
#265

(retdoc)

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

Case: 3:22-cv-01213 #265
3 pages printed: Wed, 03 May 2023 10:01:09

YOU COULD RECEIVE THIS NOTICE AS SOON AS
IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes
pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered
into the court's record. You can then print or save a copy of the document on your computer. The full
Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at
www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our
online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if
you want a staff member to assist you with monitoring the filings in your cases.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF MISSOURI ET AL**                    **CASE NO.  3:22-CV-01213**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Considering the foregoing Unopposed Motion for Page Limit Extension for Defendants'

Response to Plaintiffs' Preliminary Injunction Motion [Doc. No. 264],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is requested to file

the proposed pleadings [Doc. Nos. 264-1 to 264-9] into the record of this matter in excess of page

limits.

MONROE, LOUISIANA, this 3rd day of May, 2023.

Terry A. Doughty
United States District Judge

**U.S. District Court**

**Western District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 5/3/2023 at 9:59 AM CDT and filed on 5/3/2023

| | |
|---|---|
| **Case Name:** | Missouri et al v. Biden et al |
| **Case Number:** | 3:22-cv-01213-TAD-KDM |
| **Filer:** | |
| **Document Number:** | 265 |

**Docket Text:**
**ORDER granting [264] Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 5/3/2023. (crt,Crawford, A)**