# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | May 26, 2023 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 1:25 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 4:25 | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Dean John Sauer | For | State of Louisiana, Plaintiff |
| Elizabeth Baker Murrill | For | State of Louisiana, Plaintiff |
| Tracy L Short | For | State of Louisiana, Plaintiff |
| Joshua M Divine | For | State of Missouri, Plaintiff |
| Todd Scott | For | State of Missouri, Plaintiff |
| Kenneth C Capps | For | State of Missouri, Plaintiff |
| Zohnette Brown | For | Aaron Kheriaty, Jayanta Bhattacharya, Jill Hines, Martin Kulldorff, Plaintiffs |
| Joshua E Gardner | For | Defendants |
| Kyla Snow | For | Defendants |
| Indraneel Sur | For | Defendants |
| Amanda Chuzi | For | Defendants |
| Kuntal Cholera | For | Defendants |
| Shannon Brown | For | Defendants |
| Bryan Netter | For | Defendants |

## PROCEEDINGS

Oral Argument received as to Motion for Preliminary Injunction (rec. doc. 10 )

**RULINGS/COMMENTS:**

The motion was taken under advisement.