*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| *State of Missouri et al* <br> Plaintiff | Case No.   3:22-cv-01213 |
| VS. <br> *President Joseph Biden et al* <br> Defendant | Judge   Terry Doughty <br> Magistrate Judge   Kayla McClusky |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of <u>District of Columbia Court of Appeals</u> court, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court as well as from the Colorado Supreme Court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no criminal charges instituted against me. In 2016, an investigation was opened by the Colorado Attorney Regulation Committee which closed in 2017 with a private admonition concerning diligence in discovery.

*(Rev. 6/14/2022)*

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Tracy Short</u> of the Louisiana Attorney General's Office is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ *Zhonette M. Brown* | s/ *Tracy Short* |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Zhonette M. Brown | Name: Tracy Short |
| Firm: New Civil Liberties Alliance | Firm: Office of Louisiana Attorney General |
| Address: 1225 19th Street, NW | Address: 1885 N. Third Street |
| Washington, DC 20036 | Baton Rouge, LA 70802 |
| Telephone: 202 918 6905 | Telephone: 225-326-6705 |
| Fax: | Fax: |
| E-mail: Zhonette.brown@ncla.legal | E-mail: Shortt@ag.louisiana.gov |

*(Rev. 6/14/2022)*

Additional e-mail(s):

## Certificate of Service

I hereby certify that on May 31, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: <u>all counsel of record</u>, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: <u>None</u>.

s/ Tracy Short
Signature

Name: Tracy Short
Firm: Office of Louisiana Attorney General
Address: 1885 N. Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6705
Fax:
E-mail: Shortt@ag.louisiana.gov