*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
WESTERN DIVISION

| | |
|---|---|
| *State of Missouri et al* | Case No.   3:22-cv-01213 |
| Plaintiff | |
| VS. | Judge   Terry Doughty |
| *President Joseph Biden et al* | Magistrate Judge   Kayla McClusky |
| *State of Missouri et al* | Case No.   3:22-cv-01213 |

**ORDER**

IT IS ORDERED that <u>Zhonette M. Brown</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff in the above described action.

SO ORDERED on this, the _____ day of <u>May</u>, 20<u>23</u>.

_____
U.S. Magistrate Judge