

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Zhonette M. Brown**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **1st** day of **October** A.D. **2008** and that at the date hereof the said **Zhonette M. Brown** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **11th** day of **May** A.D. **2023**

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk