*(Rev. 6/14/2022)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## WESTERN DIVISION

| | |
|---|---|
| *State of Missouri et al* | Case No.   3:22-cv-01213 |
| Plaintiff | |
| | |
| VS. | Judge   Terry Doughty |
| *President Joseph Biden et al* | Magistrate Judge   Kayla McClusky |
| *State of Missouri et al* | Case No.   3:22-cv-01213 |

## ORDER

IT IS ORDERED that <u>Zhonette M. Brown</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Plaintiffs Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and

Martin Kulldorff in the above described action.

SO ORDERED on this, the <u>1st day</u> of June, 2023. __

_____
U.S. Magistrate Judge