# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| -vs- ) | No.: 3:22-cv-01213-TAD-KDM |
| ) | |
| JOSEPH R. BIDEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Kenneth C. Capps, Assistant Attorney General, and moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position and will be leaving his employment with the Office of the Missouri Attorney General. Plaintiff continues to have representation and will not be prejudiced by this withdrawal.

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Kenneth C. Capps*
Kenneth C. Capps 70908MO
  *Assistant Attorney General*
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel: (314) 340-7838
Email: Kenneth.Capps@ago.mo.gov
*Counsel for State of Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023 I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Louisiana by using the CM/ECF system.

*/s/ Kenneth C. Capps*
