# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | )<br>) |
| Plaintiffs, | ) |
| -vs- | ) No.: 3:22-cv-01213-TAD-KDM<br>) |
| JOSEPH R. BIDEN, *et al.*, | )<br>) |
| Defendants. | ) |

## PROPOSED ORDER

Having considered the Motion to Withdraw of Counsel Kenneth C. Capps, the Motion is hereby GRANTED.

_____
Hon. Terry A. Doughty
United States District Judge