UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | ) |
| Plaintiffs, | ) |
| -vs- | )   No.: 3:22-cv-01213-TAD-KDM |
| JOSEPH R. BIDEN, *et al.*, | ) |
| Defendants. | ) |

PROPOSED ORDER

Having considered the Motion to Withdraw of Counsel Kenneth C. Capps, the Motion is hereby GRANTED.

Signed, this 5th day of June, 2023.

_____
Hon. Kayla D. McClusky
United States Magistrate Judge