(Statments of facts.)

In the United States District Court
Louisiana Western District Court
(U.S. District Courts)
800 Lafayette, Suite 2100 Lafayette, LA 70501, USA

RECEIVED
JUN - 8 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

| | | |
|---|---|---|
| Missouri | ) | |
| Louisiana Et Al | ) | Cause   3:22-CV-01213 ✓ |
| VS | ) | Statement Of Facts |
| Joe Biden Et Al | ) | |

## STATEMENT OF FACTS
## UPDATED

**CENSORSHIP is Not just happening on Social Media Platforms, CENSORSHIP IS HAPPENING UPON COURT RECORDS/DOCKETS AS WELL!**

On May 15th, 2017 I Filed a Petition into Texas Williamson County 395th District Court where Venue got changed to the Dallas 162nd District Court, where from there and every Court after: The Dallas 5th Appellate Court, The SCOTEX, and Now U.S. Federal District Court Texas Western Austin Division, my **INDISPUTABLE PROOF** Evidence and Exhibits were continuously **COURT STRIPPED** and **CENSORED**. This is what led me to File an Intervention into this MASSIVE Censorship Case in Louisiana. Any and Every Filing's Supporting PDF Docs of Indisputable PROOF Evidence and Exhibits were continuously STRIPPED from the Record to ensure they would Not be seen, and so that I had no way of winning my case. Here attached is the Link for my 3rd Amended Notice of Appeal, Complaint, And Removal For The **FRAUD** and **CENSORSHIP** Upon And By Each Of The Courts Listed Above:

1

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:cbb5949c-9305-4328-b8b0-7a06a8d7688a

Now, in early February 2023 this case has been Appealed into the United States Fifth Circuit Court of Appeals, where the Weaponized Stasi Free Range Corrupt Clerks of the Court continue the CENSORSHIP, FRAUD, COLLUSION and TREASON Upon and By the Court, by continuously FRAUDULENTLY Denying and Dismissing my Case and All Filings before any of the Judges Panel have the chance to even know this case exists, hence still no assigned case number, just a correspondence No. 23-50090. These Criminal Free Range Weaponized Stasi Clerks continue to waste my time and money, including the court's time and resources by Protecting the Money Laundering Racketeers who fund the Judge's Pensions. This continuous battle for Justice just keeps exposing deeper and deeper FRAUD and Corruption that gets further and further thoroughly well documented and preserved. Here is the most recent Must See FACT FILLED submitted Fight For Justice Filing dated June 5th 2023:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:470ad258-8f5b-4685-a9ff-53c687d3836e

The Illegal CENSORSHIP, FRAUD and TREASON Violations Of The People's Rights Will NOT Be Tolerated!

Petitioner:

**/s/ Kimberly D. Hogan**

Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

June 5th, 2023

2