Kimberly D. Hogan
900 Discovery Blvd. 13102
Cedar Park, Texas 78613



RDC 99    71101    U.S. POSTAGE PAID
FCM LG ENV
CEDAR PARK, TX
78613
JUN 05, 23
AMOUNT
$1.26
R2304M115262-26

RECEIVED

JUN - 8 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Clerk, United States District Court
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin St. Suite 1167
Shreveport, Louisiana 71101-3083

X-RAYED