IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>**President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,**<br>    *et. al.,*<br><br>    *Defendants*. | Civil Action No. 22-cv-1213 |

**DEFENDANTS' NOTICE REGARDING ROB FLAHERTY**

Because Plaintiffs' motion for preliminary injunction is fully briefed and pending with the Court and seeks to enjoin defendant Rob Flaherty in his official capacity as Assistant to the President and White House Director of Digital Strategy, Dkt. 214 at 68, Defendants wish to provide advance notice that after June 30, 2023, Mr. Flaherty will no longer hold that position and will no longer be employed in any capacity by the U.S. Government. Defendants will file a notice of substitution pursuant to Federal Rule of Civil Procedure 25(d) once his successor is named.

Dated: June 16, 2023        Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      JOSHUA GARDNER (FL Bar No. 302820)
                                      Special Counsel, Federal Programs Branch

                                      */s/ Kuntal Cholera*
                                      KYLA SNOW (OH Bar No. 96662)
                                      INDRANEEL SUR (D.C. Bar No. 978017)
                                      KUNTAL CHOLERA (D.C. Bar No. 1031523)
                                      AMANDA CHUZI (D.C. Bar No. 1738545)
                                      Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kyla.Snow@usdoj.gov
Indraneel.Sur@usdoj.gov

*Attorneys for Defendants*