**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT COURT JUDGE**
**June 26, 2023**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CIVIL ACTION NO. 22-cv-1213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On June 26, 2023, Defendants filed a Notice of Supplemental Authority Regarding U.S. Supreme Court Decisions of June 15 and June 23, 2023 [Doc. No. 289] ("Notice of Supplemental Authority"). The Court intends to issue a ruling on the Motion for Preliminary Injunction [Doc. No. 10] within the next ten (10) days. Accordingly, Plaintiffs may file a response to Defendants' Notice of Supplemental Authority on or before Wednesday, June 28, 2023. Defendants may file a reply to Plaintiffs' response no later than one (1) day after the filing of the response.

TAD

*TAD* (signature)