# EXHIBIT A

6/29/23, 3:04 AM                                                     It's a New Dawn, It's a New Day, It's a New Website for CISA!

Case 3:22-cv-01213-TAD-KDM   Document 292-1   Filed 06/29/23   Page 2 of 4 PageID #:
                                              26312

🇺🇸 An official website of the United States government
Here's how you know

Menu

SHARE:

BLOG

# It's a New Dawn, It's a New Day, It's a New Website for CISA!

**Released:** February 24, 2023

Jen Easterly, Director, CISA

I'm Feeling Good!  Why? Because this morning, we are officially announcing the launch of CISA's new website `</>`! It consolidates resources making them easier to find and highlights our agency's focus on coming together as One CISA. This project has been a long time coming, and we couldn't wait to finally share it with you. I Won't Back Down from talking about all the goodness you'll find when you jump in and start exploring.

Many of you told me that while there was a lot of information on the website, it wasn't organized in a way to easily find resources unless you knew CISA and understood our structure. And even then, there were times you Still Hadn't

Found What You Were Looking For. Based on that feedback, my web team spent several months talking to stakeholders for input to help them develop a new, user-centric design that makes our agency's resources and tools easier to find. The new site is intuitively organized by service and tool, but there are also audience-based search capabilities, </audiences> so individuals and key stakeholders have another way to find what they're looking for. You asked for easy to use and You Got It.

We added a new Spotlight section </spotlight> that highlights the topics we support daily so you can see what we're focused on Right Now and stay up-to-the minute on timely, trending issues. And our News and Events page </news-events> will let you see what we've said and done in the past, and where we'll be in the future. We made it easy, fun, and informative. I have More Than a Feeling you'll find what you need quickly and easily!

Additionally, we want to bring greater attention to the hiring opportunities </careers> at CISA and to focus on bringing more diversity and inclusivity into the work force. It's a Sad But True fact that there isn't a lot of diversity in the cyber career fields, and CISA aims to change that.

Despite what You Might Think, this website wasn't an easy or fast project. We didn't wave a magic wand and yell Abracadabra! It took a lot of Patience and heads down work to re-imagine the navigation, streamline content, and develop a site that reflects our One CISA philosophy. For instance, when this new site went live, it incorporated the former US-CERT website. All that operational content </news-events/cybersecurity-advisories>—the alerts and advisories —are still there, but now users don't need to visit multiple websites to find it.

6/29/23, 3:04 AM
It's a New Dawn, It's a New Day, It's a New Website for CISA | CISA
Case 3:22-cv-01213-TAD-KDM   Document 292-1   Filed 06/29/23   Page 4 of 4 PageID #: 26314

But wait, if you haven't visited the resources and tools section, then You Ain't Seen Nothing Yet! Instead of having resources and tools buried under the divisions providing them, we consolidated them into a filterable system that makes it easy to find exactly what you're looking for with just a few simple clicks. Don't believe me? Visit our Resources and Tools page </resources-tools> and play with the new filterable system. It will Rock You Like a Hurricane!

CISA.gov is now truly a one-stop-shop for our partners and the American people to find everything they need for cybersecurity and infrastructure security. Consolidating all CISA services, tools, and sites into one place makes it easier for our partners and stakeholders to find what they need, but it also simplifies the process of reporting information to us. For example, new vulnerabilities can now be submitted for a coordinated disclosure at the updated CISA.gov/report </report> page. Everything is in one place, but don't worry, you can still upload the same information to the Vulnerability Information and Coordination Environment <https://www.kb.cert.org/vuls/report/> (VINCE) if you prefer.

We want CISA.gov to be your Home Sweet Home for all cybersecurity and infrastructure security information. The website is just Another Brick in the Wall of our nation's cyber defense. Visit. Click. Learn. Follow us. We're confident you'll find it more user-friendly, enjoy the new interactive features, and easily locate what you need. From advisories and alerts to training and resources, it's all there on our revamped website.

This newly renovated and updated CISA.gov is my Pride and Joy, and I hope you think it's as great as we do! But don't take my word for it; Go Your Own Way and find all the information you need to totally rock our nation's cyber and infrastructure security! We hope you say it is, "Just What I Needed!"