IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **The State of Missouri,** *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**President Joseph R. Biden, Jr., in his official capacity as President of the United States of America,** *et al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Fifth Circuit, the Court's July 4, 2023 Preliminary Injunction Order, ECF No. 294.

Dated: July 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA GARDNER
Special Counsel, Federal Programs Branch

*/s/ Amanda Chuzi*
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
AMANDA CHUZI (D.C. Bar No. 1738545)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Amanda.k.chuzi@usdoj.gov

*Attorneys for Defendants*