# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

**DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL AND, ALTERNATIVELY, FOR ADMINISTRATIVE STAY**

For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court stay the preliminary injunction pending Defendants' appeal of the injunction, Dkt. 294. Defendants respectfully request that the Court rule on this motion by 12 p.m. CT Monday, July 10, 2023 so that Defendants may promptly seek appellate relief, if necessary.

If the Court denies the instant motion, Defendants request an administrative stay of the preliminary injunction for seven days to allow time for the Fifth Circuit to consider a motion to stay and request for administrative stay.

Plaintiffs oppose both forms of requested relief.

| | |
|---|---|
| Dated: July 6, 2023 | Respectfully submitted, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

JOSHUA E. GARDNER (FL Bar No. 0302820)
Special Counsel, Federal Programs Branch

*/s/ Kyla M. Snow*
KYLA M. SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
AMANDA K. CHUZI (D.C. Bar No. 1738545)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
kyla.snow@usdoj.gov

*Attorneys for Defendants*