**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Stay Preliminary Injunction Pending Appeal And, Alternatively, For an Administrative Stay, filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED** and the Preliminary Injunction (Dkt. 294) is **STAYED** pending the Fifth Circuit's resolution of Defendants' appeal.

MONROE, LOUISIANA, this ____ day of July 2023.

 _____
 Terry A. Doughty
 United States District Judge