MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT COURT JUDGE
July 7, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CIVIL ACTION NO. 22-cv-1213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On July 6, 2023, Defendants filed a Motion to Stay Preliminary Injunction Pending Appeal and, Alternatively, for Administrative Stay [Doc. No. 297]. Defendants request expedited consideration of the Motion. Accordingly, Plaintiffs may file a response to the Motion on or before Monday, July 10, 2023, at 8:00 a.m.

TAD

*TAD*
