3:22-CV-01213



Contains Pro Se, Pro Hac [Vice?] and Civil Complaint [Form?] *Other potential evidence* [gathered?] in Yorktown, IN Town Hall

ATTN: Honorable Chief Justice Terry [A?] [illegible]
201 Jackson Street, Suite 255
Monroe, Louisiana 71201
318-654-6500

May be opened and reviewed/forwarded by Honorable Clerk Tony [illegible], to address above.

Jon F. D. Turpin





EP13F July 2022
OD: 12 1/2 x 9 1/2

PS10001000006