

U.S. POSTAGE PAID
PME 2-Day
LAFAYETTE, IN 47901
JUL 14, 2023
**$83.70**
R2305K132554-7

71301
Retail
RDC 07



EI 567 994 007 US

## PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE (225) 259-6270
Jon F. D. Turpin
12 Mulberry St. Cambridge City, IN 47327
→ 8421 S Plum St., Voitusen, IN 47396
247 Maximillion St., Baton Rouge, LA 70802
10544 Cletus Dr., Baton Rouge, LA 70815

**DELIVERY OPTIONS** (Customer Use Only)
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT) 3:22-CV-01213 PHONE (318) 473-7415
ATTN: Honorable Tony R. Moore
515 Murray Street Suite 105
Alexandria, LA 71301
ATTN: Honorable Chief Justice Terry A. Doughty

ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 47901
Date Accepted (MM/DD/YY): 7/14/23
Time Accepted: 5:04 PM
Weight: 6 lbs 4 ozs

**Scheduled Delivery Date:** 7/17/23
**Scheduled Delivery Time:** 3:00 PM
**Postage:** $83.70

**Total Postage & Fees:** $83.70

Acceptance Employee Initials: SW







PRIORITY MAIL EXPRESS™
OUR FASTEST SERVICE IN THE U.S.
- GUARANTEED DELIVERY DATE*
- GUARANTEED DELIVERY TIME†
- USPS TRACKING™ INCLUDED
- INSURANCE INCLUDED
- PICKUP AVAILABLE
- SIGNATURE INCLUDED UPON REQUEST

WHEN USED INTERNATIONALLY, AFFIX CUSTOMS DECLARATION.

(stamps: CLEARED ON DELIVERY / X-RAYED)