An official website of the United States government

Here's how you know

 # United States Secret Service

    

Home » Financial and Cyber Crime Investigations » Most Wanted Fugitives

# Denis Gennadievich Kulkov

## $10M Reward

- The Secret Service, in partnership with the U.S. Department of State, is offering a reward of up to $10,000,000 for information leading to the arrest and/or conviction of this individual.



**ALIASES:** Денис Геннадьевич Кульков, "Try2Check," "Kreenjo," "Nordex," "Nordexin"
**DOB:** April 8, 1980
**NATIONALITY:** Russia
**CITIZENSHIP:** Russia

**HEIGHT:** 5'7"
**WEIGHT:** 170 lbs
**HAIR COLOR:** Black/Balding
**EYE COLOR:** Brown
**U.S. SECRET SERVICE FIELD OFFICE:** New York

# CASE SUMMARY

On May 3, 2023, the United States Attorney's Office for the Eastern District of New York unsealed a four-count indictment charging Denis Gennadievich Kulkov with access device fraud, computer intrusion, and money laundering in connection with his operation of Try2Check, the primary service offering "card-checking" to cybercriminals in the stolen credit card trade.

The Try2Check platform catered to cybercriminals who purchased and sold stolen credit card numbers in bulk on the Internet, offering criminals the ability to quickly determine what percentage of the cards were valid and active. As such, Try2Check was a primary enabler of the trade in stolen credit card information, processing at least tens of millions of card numbers every year.

As alleged in the indictment and other court filings, Kulkov created Try2Check in 2005, building it into a primary tool of the illicit credit card trade. Cybercriminals who acquired large batches of stolen credit cards (for example, by hacking into credit card readers at stores) ran the cards through Try2Check to determine what percentage of the stolen credit card numbers remained active. These cybercriminals then used the resulting data to show prospective buyers of the stolen credit cards what percentage of the cards retained their value. Try2Check victimized not only credit card issuers and holders, but also a major U.S.-based payment processing company whose systems Try2Check misused to perform the card checks.

Try2Check ran tens of millions of credit card checks per year. Over a nine-month period in 2018, the site performed at least 16 million checks, and over a 13-month period beginning in September 2021, the site performed at least 17 million checks. Through the illegal operation of his websites, the defendant made at least $18 million in Bitcoin (and an unknown amount through other payment systems), which he used to purchase a Ferrari, among other luxury items.

The prosecution is being handled by the U.S. Attorney's Office for the Eastern District of New York. The U.S. Department of State is offering a reward of up to $10 million for information leading to the arrest and/or conviction of Kulkov for participating in transnational organized crime.

**Relevant Links**

- Indictment
- U.S. Secret Service Press Release
- U.S. Department of State Reward
- U.S. Secret Service Reward Poster

The charges and allegations contained in the indictment are merely accusations, and the defendant is presumed innocent unless and until proven guilty.

If you have information regarding this individual, please contact the U.S. Secret Service at MostWanted@usss.dhs.gov.

**Denis Gennadievich Kulkov**

Oleksandr Vitalyevich Ieremenko

Artem Viacheslavovich Radchenko

Vitaly Nikolayevich Kovalev

Oleksii Volodymyrovych Bystrov

Mykhaylo Sergiyovich Rytikov

Alexander Sergeevich Kalinin

Roman Sergeevich Kotov

Ivan Sergiyovich Turchynov

Aleksey Viktorovich Bilyuchenko

Farkhad Rauf Ogly Manokhin

Leonid Vladimirovich Sokolov

Evgenii Gennadievich Matrosov

Rashawd Lamar Tulloch

Pavel Pavlovich Dubovoy

Danil Potekhin

Dmitrii Vadimovich Karasavidi

Egbe Tony Iyamu

Ahmed Yassine Abdelghani

Allan Esteban Hidalgo Jimenez

Return to top of page

**Sign-up for Secret Service news straight to your mailbox.**

Subscribe

Office of Communication and
Media Relations

United States Secret Service

Home   Site Policies   Privacy Policy   OIG   The White House   Accessibility   No FEAR Act   DHS.gov
DHS Budget   USA.gov   FOIA

Beyond fear, beyond anger. Real news, real hope.



☰    *The* CHRISTIAN SCIENCE
MONITOR®    <u>Log in</u>

Values ⌄            Topics ⌄            Regions ⌄

# Megan's Law upheld

## High court allows Internet lists that track sex offenders.

**By Warren Richey**, Staff writer of The Christian Science Monitor

March 6, 2003
**WASHINGTON**

State laws designed to use the Internet to notify parents of the presence of convicted rapists and child molesters in their own neighborhoods do not violate the constitutional rights of the listed sex offenders.

In two major decisions announced Wednesday, the US Supreme Court for the first time upheld the constitutionality of so-called Megan's Laws. The court said such measures provide an important service that helps protect society from those who would prey on its weakest members.

Even though the measures create significant burdens for sex offenders, the court said such laws do not amount to a form of ex post facto punishment, nor do they violate the Constitution's due process requirements.

The justices affirmed Megan's Laws in two states: It upheld Connecticut's law by a vote of 9 to 0 and upheld Alaska's legislation in a 6-to-3 decision.

"This decision is a victory for children against the continuing, serious threat of sex offenders, here in Connecticut and throughout the country," says Connecticut Attorney General Richard Blumenthal. "Today's decision will be of historic significance nationwide."

MONITOR®    Log in

### Genesis of the law

Similar laws have been adopted in all 50 states and by the federal government. They are named for 7-year-old Megan Kanka, who was abducted and murdered in her suburban New Jersey neighborhood in 1994 by a man who lived across the street and had been twice convicted of sex offenses against young girls. No one was aware of the neighbor's criminal past.

To prevent such crimes, states have created website lists of those who have been convicted of sex crimes. Sex offenders are required to register with local police and notify the authorities whenever they move to a new location.

In Connecticut, the law was challenged by a convicted sex offender identified only as John Doe. He claimed the Internet listing violated his due process rights because he was never given an individualized hearing to disprove the suggestion that he might represent a continuing danger to the community. A federal judge and a three-judge federal appeals court panel agreed with him, striking down the law.

In overturning those decisions, the high court said that the key factor leading to sex offenders being listed in Connecticut is a prior conviction for a sex offense - not whether an individual might be dangerous in the future. The state does not attempt to make such a determination, and it would be improper to assign such a requirement.

"Due process does not require the opportunity to prove a fact that is not material to the state's statutory scheme," Chief Justice William Rehnquist wrote for the court. "Even if [John Doe] could prove that he is not likely to be currently dangerous, Connecticut has decided that the registry information of all sex offenders - currently dangerous or not - must be publicly disclosed," the chief justice writes.

"Unless [John Doe] can show that ... [a substantive rule of] law is defective [by conflicting with a provision of the Constitution,] any hearing on current dangerousness is a bootless exercise.

The Alaska law was challenged by two convicted sex offenders who had served their prison sentences prior to passage of that state's version of Megan's Law.

The two men, known only as John Doe I and John Doe II, argued that the law was a form of extra - or ex post facto - punishment imposed after they had already completed their punishment. It did not recognize the possibility, they said, that they might be rehabilitated and no longer pose a danger to others.

A federal judge found no ex post facto violation, but an appeals court panel reversed, striking down the law.

A 'nonpunitive' regulatory effort

In finding that the law did not violate constitutional protections, the high court said the Alaska Megan's Law is a civil, nonpunitive regulatory effort to account for the whereabouts of convicted sex offenders.

"Nothing on the statute's face suggests that the legislature sought to create anything other than a civil scheme designed to protect the public from harm," Justice Anthony Kennedy wrote for the majority.

Justice Kennedy also said the fact that the measure applied to sex offenders who had already been released from prison did not render it an extra form of punishment.

And he disagreed with opponents of the law who likened the measure to shaming punishments used during the Colonial period, such as forcing adulterers to wear a badge in public.

"In contrast to those punishments decreed by a review, [the Alaska] act's stigma results not from public display for ridicule and shaming but from dissemination of accurate information about a criminal record, most of which is already public."

Log in

*Staff writer Linda Feldmann contributed to this report.*

## Related stories

- **FIRST LOOK** Connecticut solidifies abolition of capital punishment

- **FIRST LOOK** GPS monitoring of sex offenders for life? Supreme Court reverses N.C. case

- **FIRST LOOK** Minnesota sex offender program declared unconstitutional. Now what?



Read this article in
https://www.csmonitor.com/2003/
0306/p12s01-usju.html



Start your subscription today
https://www.csmonitor.com/subscri
be

ISSN 2573-3850 (online)

Follow us:

    

© 1980–2023 The Christian Science Monitor. All Rights Reserved. Terms. Privacy Policy. Cookies Settings.

 Gmail

Jon F Turpin <jt4590@gmail.com>

## Cooperation and Support
124 messages

**Jon F. Turpin** <jt4590@gmail.com>                                   Fri, Jul 7, 2023 at 2:06 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

With the contingencies of immunity, my valid expungement being upheld, valid gun permit being returned, retainment of our rights, our restoration monetarily and of civil rights, along with due consideration to us as witnesses under witness protection, and a career with the FBI starting as a Special Agent, and a pardon and whistleblowing genuinely pursued via the Missouri & Louisiana case(s) and potentially OSC-14, MSPB, etc., along with any other pertinent accommodations to be discussed and included as needed:

I hereby consider my perpetually validated expungement equivalent to and signatory to search warrants of the addresses listed in the perpetually validated expungment, and also signatory to indictments of any reported along with those in the OSC-14 form, even though it is not yet submitted.

Due to how we are POA'D and with all just considerations to any and all protections due and available to us, this aligns with legal precedent, and jurisprudence, while enabling effective traverse of Napoleonic law for justice, without sacrificing any of the protections to us thereof as witnesses, etc.

Sincerely,
Jon F. D. Turpin

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Fri, Jul 7, 2023 at 3:05 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

In my opinion, contingent upon his honesty regarding my positive performance, which did not include misconduct, and with respect to Indiana's Right to Work Laws. Hal Cooper should be excluded; In my opinion we're reasonable, and honest men, who understand honest mistakes, but we don't tolerate bad behavior, nor bad apples.

In other words: please consider excluding the FBI and DEA if we can simply be treated correctly. Let's put the accountability for potetial bad behaviors on potential bad apples. In opinion this is acceptable, just, reasonable, and follows our God's Word.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Fri, Jul 7, 2023 at 3:51 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

In my opinion, in our great states, and our nation at large, our thin blue lines are doing their best overall, but may have so little support, and there may be a vast majority of respectable officers doing their duty, just like our esteemed agencies, and government, but sometimes they may be subjected to a breakdown in the chain of command, potentially due to bad apples, and bad behavior may not often come from the very top, and it may be incorrect and/or unjust and against reason to consider bad apples as representative of our thin blue lines, agencies, and/or government, and/or our nation, people, and/or God's Creatures.

I refer you to Psalm 26:1-5
Psalm 26:1-5 – One bad apple does spoil the whole bunch!

With due reverence to John 15: 1-8

I am the true vine, and my Father is the vinedresser. Every branch of mine that bears no fruit,
He takes away, and every branch that does bear fruit He prunes, that it may bear more fruit.
You are already may clean by the word which I have spoken to you. Abide in me, and I in you.
As the branch can not bear fruit by itself, unless it abides in the vine, neither can you, unless

you abide in me. I am the vine, you are the branches. He who abides in me, and I in him, he it is that bears much fruit, for apart from me you can do nothing. If a man does not abide in me, he is cast forth as a branch and withers; and the branches are gathered, thrown into the fire and burned. If you abide in me, and my words abide in you, ask whatever you will, and it shall be done for you. By this my Father is glorified, that you bear much fruit, and so prove to be my disciples (Jn. 15:1-8).

Please, let us be God's good gardeners of our respective vines and branches, and most carefully prune any bad fruits and place them in their own barrel, away from and with due respect to all like us who continue to abide rather than going rotten.

In this way we may all bear the fruits of character in line with the Father, Son, and Holy Spirit, with reverence to Blessed Mary.

Amen,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Fri, Jul 7, 2023 at 4:43 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

P.S. - Please include 113 E. Delaware St., Cambridge City, IN in any warrant since Michael A. (Mann) Holwager may have attempted to have me deceive his mother-in-law and may have attempted to have misappropriate business funds via coercion for his potential purchase of the property.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Fri, Jul 7, 2023 at 5:00 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

It may be argued, and just, and reasonable, that I own each of the properties in a Revocable Trust in Wayne County, IN.

However, I'm not in possession of them, another man named Jon Brent Turpin is, and possession may be 9/10 of the law, and he may  potentially have, or be committing grand larceny, along with other indictable offenses, but without just nor due cause, nor any protections for any potential illicit and/or illicitly gained materials, etc., which he may possess.

In my opinion, I am indemnified from any responsibility of my 1/10 via my mother's Living Will, however, this may allow me to report out of due concern, and in line with our protections, all properties within the Revocable Trust to be included in any warrant, and I hereby do so, responsibly.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Fri, Jul 7, 2023 at 5:20 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Two objects, family heirlooms and potentially priceless, yet representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be returned immediately or may be considered as grand larceny against God's Word, family rules, and jurisprudence.

Sincerely,

Jorl F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                             Fri, Jul 7, 2023 at 9:07 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do
so, however, he may not be mine due to his own actions and words and illness, any other alternative would be a false dichotomy.

It is also a false dichotomy to allege entitlement towards me when I am simply claiming what I was already given, and already own,
and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as
bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their
Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                             Fri, Jul 7, 2023 at 9:41 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

With all precedents and jurisprudence available duly considered, and further with Andrea L. Holwager entering a fictitious,
frivolous, and fractious protective order against me, without legal grounds, thusly abusing our court system, and potentially in line
with prior abuses against me possibly including coercion via Michael Alan (Mann) Holwager, possibly now enacted upon her in
confirmation of a pattern of potential bad behavior by Jon Brent Turpin, Michael Alan (Mann) Holwager, and Jared R. Junkin, each
of whom may have proven themselves mentally unfit, unsound, and ill, not only in actions, but potentially in known diagnoses:

Along with the potentially proven inability of Andrea L. Holwager to represent Michael A. (Mann) Holwager, nor even herself in
court, along with the potential conflicts of interest invalidating attorney client privilege between her, Michael A. (Mann) Holwager,
and Jared R. Junkin, further with the potential conflict of interest presented by potential bad behavior of Michael A. (Mann)
Holwager towards Jared R. Junkin's half-sibling, and true sister by familial custody and mutual residence of Jared R. Junkin, and
Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A. (Mann) Holwager may be unfit to
represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin may potentially being acquitted due to the harms of bad behavior enacted towards him via potential
bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded
towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent
institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words,
and bad behaviors and especially if found guilty, then they are not family, except by the understanding of their complete loss of self
control and taking their own accountability for everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion, delusion, and/or
their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further
harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they
have harmed and/or potentially harmed, without undue turmoil, and/or distress to those who may have already mourned, and
furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                            Fri, Jul 7, 2023 at 10:32 PM

To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my Dad's illness, she would also likely be acquitted.

At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

This is the best and most reasonable and acceptable solution I can present in the utmost good faith, to save everyone time and resources.

I can show you the case against me for the protective order, and my response,  which may completely nullify it, or you may simply ask Mr. Kirk Freeman and use your own, professional, and qualified, discernment.

I'm truly trying to be helpful and get this concluded so we may finally safely have kids and our lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 2:53 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**20230706_205926.jpg**
2742K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 2:54 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**received_1209643766387380.jpeg**
103K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 3:03 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

**3 attachments**



**20221202_014200 1.jpg**
1872K



**20221202_013143.jpg**
7737K



**20221204_040144.jpg**
7354K

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 3:05 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**received_3419980534957780.jpeg**
47K

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 3:40 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**20221029_172605.jpg**
5660K

---

Jon F. Turpin <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 3:44 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**received_8421190967921497.jpeg**
46K

---

Jon F. Turpin <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 3:47 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]



**Screenshot_20230709_144653_Gmail.jpg**
361K

---

Jon F. Turpin <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 4:02 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Dear Honorable Mr. Jeffrey Landry Attorney General Louisiana,
You are hereby added to the addressees for this potential evidence towards your existing case, and any further and/or related proceedings forthwith:
22-30087

I hereby join in your case and any related cases, pro se, and also as the as the designated POA for 7 or more families within our great United State of America, as our representation, a victim, witness, whistleblower, citizen, but most importantly as a man of Faith, husband, and one of God's Creatures in our U.N. and world with the God-given inalienable right to say "no more" and stand ground as God intended.

Sincerely,

Jon F. D. Turpin
[Quoted text hidden]



20230624_193331.jpg
3925K

---

**Jon F. Turpin** <jt4590@gmail.com>                              Sun, Jul 9, 2023 at 4:05 PM
To: turpins-families-legacies@googlegroups.com

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Sun, Jul 9, 2023 at 4:34 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I also join as a Catholic gentleman, and member of the FBI Infragard, and a former employee of DirectEmployers Association
(potentially a compliance branch of the DEA).

I've contacted King and Spalding in Washington D.C., requested contact information for FBI Director Christopher Wray, via voice-
mail in good faith effort to proceed, along with notifying John Fox of Fox and Wang of my wrongful termination and falsely alleged
misconduct potentially brought about and/or related to potentially unconstitutional surveillance of us due to events which have and
do require my response according to all just cause and reason along with Faith, Church, Marriage, scripture, and all jurisprudence,
including the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code and Violations of Usufruct, the U.S. Constitution and Bill
of Civil Rights, and simply any and all reason, with just and probable cause for concern for the well-being of all God's Creatures.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Sun, Jul 9, 2023 at 4:35 PM
To: turpins-families-legacies@googlegroups.com

———— Forwarded message ———
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 3:34 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Sun, Jul 9, 2023 at 4:46 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I also join as a current applicant for the FBI possibly being denied potentially due to deceit and potentially further unconstitutional
surveillance by a specific member of the Secret Service and bring potential harms and losses possibly in excess of $60,000,000,
and still counting, to the table as an additional plaintiff, with possible evidence of not only double, but possibly octouple jeopardy
levied against me, and potentially my wife and our rightful marriage under God against not only our U.S. Constitution, but all
values we hold dear and against all reason and justice, which I may only be able to describe as attempts to break the very
foundations of our nation and world to enact tyranny and slavery against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by email at jt4590@gmail.com, and I ask you to join my Google group so you may review even some of the case and potential evidence which I have prepared thusly and thus far out of absolute necessity to simply exist and survive the onslaught which we have so far endured.

In my opinion, it's time to remind our nation that it's not just words when we say "IN God We Trust" and Sirs, we're the men to do that.

Thank you sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                      Sun, Jul 9, 2023 at 5:18 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Please add any individual I've indicated for indictment to our Honorable Todd Rokita Attorney General Indiana, and those I've indicated in my current OSC-14 complaint form to the other side of the suit and/or case and/or any further related cases and proceedings, so we may put these potential bad apples in their own rotten barrel where they may belong by all precedents and God.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                      Sun, Jul 9, 2023 at 5:36 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I hereby add the Honorable Chief Justice Terry A. Doughty as a recipient of the aforementioned potential evidence and my solidarity joining pro se.

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

Sincerely,

Jon F. D. Turpin

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                      Sun, Jul 9, 2023 at 5:51 PM
To: "Alexis St. Amant" <sta_law@bellsouth.net>, sachatessier@gmail.com

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 4:36 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>
To: dfreed@yorktownindiana.org

Sun, Jul 9, 2023 at 5:57 PM

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 4:36 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Sun, Jul 9, 2023 at 6:31 PM

I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case, and update to joining pro se and as aforementioned in the following proceedings, etc. et al:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

*Missouri v. Biden* was filed by the attorneys general of Missouri and Louisiana on May 5, 2022. The Court granted their motion for discovery on July 12, 2022, clearing the way for Missouri and Louisiana to gather documents and depose witnesses from the Biden Administration.

https://ago.mo.gov/docs/default-source/press-releases/missouri-v-biden-ruling.pdf?sfvrsn=dd807c2_2

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>
To: turpins-families-legacies@googlegroups.com, "Alexis St. Amant" <sta_law@bellsouth.net>, sachatessier@gmail.com,
dfreed@yorktownindiana.org

Sun, Jul 9, 2023 at 6:33 PM

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 5:31 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Sun, Jul 9, 2023 at 6:41 PM

Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Attorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.

Thank you,
Jon F. D. Turpin
FBI Infragard
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 6:43 PM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 5:41 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 6:47 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

And our Honorable Attorney General of Texas, pleade pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 7:00 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Also our Honorable Attorney General of Nevada, since my Best Man is from there.

Look, the unconstitutional surveillance may be being used to try and break marriages, and to force husbands and wives to fight and testify against each other, in effect, to break our separation of Church and State, and to also break our Catholic church, against God, which would in effect break the Catholic Church, the Vienna Convention, Western Rites, and Eastern Orthodox Rites, and thusly the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S. Constitution and Bill of Rights, and in effect, would potentially cause World War 3.

Hitler already tried this once, so there's literal precedent, and these rotten apples have been trying to use me, my wife, and our marriage to do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 7:04 PM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 6:00 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                               Sun, Jul 9, 2023 at 7:25 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our communications center together, both of which have false allegations against me of misconduct possibly due to my Dad's potential meddling and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may already have caused my cousin Jon C. Cummings to be wrongfully terminated from the ATF, and Jon Cummings did win his court case proving he was wrongfully terminated, much like I just was while working in government for a compliance branch of the DEA, and still following DOJ protocols, which supersedes the DEA and their decision, so, Mr. Bell may have meddled in potential collusion as part of the Secret Service to prevent my valid application to the FBI to try and attempt to prevent me from rightfully superseding DEA, even though it was without malice.

Which may be further real life examples of my Dad perpetually attempting to cause unconstitutional double, or even octouple jeopardy via use of an already unconstitutional Revocable Trust that he may not even be allowed to be in due to his bad behaviors. He is that intelligent and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to try and be a false king and false God.

What they are doing may be an attempt to split our nation down the middle and cause an East to West Civil War, while simultaneously breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law) Civil Code, which has precedent, because this is literally the main reason that the code exists, to prevent a marine invasion via our main river, and Cuba sits below this, and was already used as a landing base for potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but hidden via a Revocable Trust, and two or three of the people I've indicated for indictment may not even know they're being used in this way.

But I see no reason that, out of those I indicated for indictment, Denis Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad apples trying to get out of their accountability.


Seriously, and sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                               Sun, Jul 9, 2023 at 7:27 PM
To: turpins-families-legacies@googlegroups.com


---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 6:25 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                               Sun, Jul 9, 2023 at 7:44 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last, or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                Sun, Jul 9, 2023 at 7:48 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                Sun, Jul 9, 2023 at 7:56 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scame, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.

Sincerely,
Jon F. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>              Sun, Jul 9, 2023 at 8:09 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.

Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                  Sun, Jul 9, 2023 at 8:25 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I simply don't have nor do, and didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                  Sun, Jul 9, 2023 at 8:58 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                  Sun, Jul 9, 2023 at 9:06 PM
To: turpins-families-legacies@googlegroups.com


---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 7:58 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                  Sun, Jul 9, 2023 at 9:25 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                Sun, Jul 9, 2023 at 9:26 PM
To: turpins-families-legacies@googlegroups.com

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 8:25 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                Sun, Jul 9, 2023 at 9:28 PM
To: lmillet@portsl.com

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 8:25 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                Sun, Jul 9, 2023 at 9:56 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentlemen.

Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest

persons unless they're going to enter a guilty plea so they may concheaest men and take their own just accountability via compassionate jurisprudence under God.

You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:

A psalm of David.

1

The LORD is my shepherd;*
there is nothing I lack.a

2

In green pastures he makes me lie down;

to still waters he leads me;

3

bhe restores my soul.

He guides me along right paths*
for the sake of his name.

4

Even though I walk through the valley of the shadow of death,c

I will fear no evil, for you are with me;
your rod and your staff comfort me.

II

5

*You set a table before me

in front of my enemies;*
You anoint my head with oil;*d
my cup overflows.e

6

Indeed, goodness and mercy* will pursue me

all the days of my life;
I will dwell in the house of the LORDf
for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

**Give Me Liberty Or Give Me Death**

**Patrick Henry, March 23, 1775.**

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 10:27 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be
around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having
even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another
valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of
persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using
cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and
governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on
drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home
causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in
pain, and shutdown any potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and
thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS,
etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the
proceeds.


In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 10:31 PM
To: turpins-families-legacies@googlegroups.com


---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:27 PM
Subject: Re: Cooperation and Support
[Quoted text hidden]
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jul 9, 2023 at 10:34 PM
To: spartzinbox@mail.house.gov


---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:27 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>


[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 10:45 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have
worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her
own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and
even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with
his bad behaviors, I may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no
matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like
you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 10:46 PM
To: turpins-families-legacies@googlegroups.com


---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:45 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 10:57 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?
ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 10:58 PM
To: turpins-families-legacies@googlegroups.com


---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:57 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>


[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                    Sun, Jul 9, 2023 at 10:59 PM
To: Volodymyr Zelenksy <Presidentpressoffice@apu.qov.ua>

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:57 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>


[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>             Sun, Jul 9, 2023 at 11:00 PM
To: jt4590@gmail.com



## Address not found

Your message wasn't delivered to
**Presidentpressoffice@apu.qov.ua** because the domain
apu.qov.ua couldn't be found. Check for typos or unnecessary
spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of apu.qov.ua responded with code NXDOMAIN Domain name not found:
apu.qov.ua Learn more at https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; Presidentpressoffice@apu.qov.ua
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of apu.qov.ua responded with code NXDOMAIN
 Domain name not found: apu.qov.ua Learn more at https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Sun, 09 Jul 2023 20:00:08 -0700 (PDT)

---------- Forwarded message ---------
From: "Jon F. Turpin" <jt4590@gmail.com>
To: Volodymyr Zelenksy <Presidentpressoffice@apu.qov.ua>
Cc:
Bcc:
Date: Sun, 9 Jul 2023 21:59:56 -0500
Subject: Fwd: Cooperation and Support

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>

Date: Sun, Jul 9, 2023, 9:57 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 11:08 PM
To: pressoffice@apu.gov.ua, Austin.Cook@mail.house.gov, correspondence@45office.com, first.lady@whitehouse.gov, vice.president@whitehouse.gov, president@whitehouse.gov, spartzinbox@mail.house.gov, letter@apu.gov.ua, forms@clintonfoundation.org

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 9:57 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 11:11 PM
To: senator@cardin.senate.gov

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Sun, Jul 9, 2023 at 11:37 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest mistake earlier, so yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, and maybe my Mom, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,
Jon F. D. Turpin

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Sun, Jul 9, 2023 at 11:39 PM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 10:37 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Mon, Jul 10, 2023 at 12:47 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up as falsely alleged misconduct?

Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into the back of my white Ford Focus trying to push me off the road after I tried everything I could to let then pass me and go on their way, including trying to pull over, except that they began to pull over with me instead of just going around and leaving me alone, which, after they tried to push my car off the road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.

Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and after having to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....

My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.

And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.I, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:03 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely when part of the transformer was updated on our new home, and a Comcast technician I didn't call showed up outside afterward, and neither would have any meaningful conversation with me despite potentially trespassing on our property without prior notice, because they thought they were doing their jobs while they were unfortunately breaking our constitution and castle laws... I began documenting everything to prepare to defend our Faith, marriage, and constitution.

Because I said no more to this absolute tyrannical abuse, and I meant forevermore.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:07 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

How would I know when I was under unconstitutional surveillance?

Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that I did listen.

Because those bad apples are truly rotten.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:11 AM
To: turpins-families-legacies@googlegroups.com

---

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 12:07 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:52 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Do you know how I know I'm the POA and pro se attorney for so many families and people in our United States of America? Even
if no one will give me my property and keeps failing to intake potential evidence?

Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is only one prior case in
legal precedent before it with the same unavoidable outcome in all jurisprudence.

Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has  never been affiliated and
won't ever be affiliated even if they shot me.

So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country, World, and God's
Creatures, because to do otherwise and not prosecute the bad apples means  have to falsely prosecute EVERYONE with a truly
and verifiable innocent autistic pro se lawyer, me, who ONLY defends honest persons, and honest creatures under God.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:54 AM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 12:52 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:58 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any other course of
action may allow then to commit pergury, which I find wholly incorrect and unacceptable, and thusly enact confession.

If you do some research on autistic savantism you may find it's in my nature.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 1:59 AM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>

Date: Mon, Jul 10, 2023, 12:58 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Mon, Jul 10, 2023 at 2:10 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:

A REVERSE RICO or in other words...
Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four Geneva Conventions
because I'm a civilian, wounded, noncombatant in an international and non-international conflict who has been mistreated as a
prisoner of war, whose situation applies to EVERY SINGLE GENEVA CONVENTION, and they violated them ALL.

Thank you,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Mon, Jul 10, 2023 at 2:10 AM
To: turpins-families-legacies@googlegroups.com


-------—— Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 1:10 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>,
<lmillet@portsl.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Mon, Jul 10, 2023 at 2:15 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to these bad apples
bad behaviors meddling with my background checks and causing prior wrongful convictions, and violation of my expungement,
civil rights, etc. et al.

Sincerely,
Jon F. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Mon, Jul 10, 2023 at 2:16 AM
To: turpins-families-legacies@googlegroups.com

------ Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 1:15 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>           Mon, Jul 10, 2023 at 2:28 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>           Mon, Jul 10, 2023 at 2:29 AM
To: turpins-families-legacies@googlegroups.com

------ Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 1:28 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>           Mon, Jul 10, 2023 at 3:21 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down, because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar pocket book he didn't earn, and stole from me and my Papaw Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 3:53 AM
To: sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>


--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Sun, Jul 9, 2023, 6:31 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 6:00 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

The specific legal precedent which invalidates my Mom's ability to be my Dad's POA, and Ronald Moore's ability to represent Andrea L. Holwager, and her ability to be Michael A. M. Holwager's POA, and, her's, and my sister's, and Megan Laumann's (unless she did or does report alongside me) ability to even represent themselves, or be a POA and/or medical professional and/or a therapist is:

Megan's Law

Andrea L. Holwager's attempted false protective order against me, after she already violated Megan's Law, may actually be unlawful, and potentially felonous as well, because each of them failed to report.

Jared R. Junkin is the only one who effectively, for lack of a better term, confessed, and asked for representation from me directly, and I'm the only one who followed Megan's Law to the letter and reported out of concern, every potential violation of Megan's Law duly and justly, unless those persons aforementioned reported alongside me or do so in kind.

I even reported my Dad out of concern.


This is how my Dad and Mr. Bell may blackmail and try to force silence out of victims and others for their bad behaviors:
If they do report, they may kill the original victim, cover it up as an accident preceding a drug overdose then threaten all others with knowledge of his crimes with defamation suits to in effect force gag orders upon an entire county, state, and/or nation, and if this doesn't work they may try to have the original victims falsely welfare checked and if that doesn't work "swatted" via anonymous reports and other bad actors in retaliation to victims' honesty.

If that doesn't work, he may hire someone to do the dirty work, and if that doesn't work, he may try to kill them as if it's suicide, or he may target their wives and children as if they committed suicide, or try to frame the victims for any manner of felony activities.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 3:21 AM Jon F. Turpin <jt4590@gmail.com> wrote:
  I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

  Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and

Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar pocket book he didn't earn, and stole from me and my Papaw Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:28 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:15 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to these bad apples bad behaviors meddling with my background checks and causing prior wrongful convictions, and violation of my expungement, civil rights, etc. et al.

Sincerely,
Jon F. Turpin

On Mon, Jul 10, 2023, 1:10 AM Jon F. Turpin <jt4590@gmail.com> wrote:
So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:

A REVERSE RICO or in other words...
Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four Geneva Conventions because I'm a civilian, wounded, noncombatant in an international and non-international conflict who has been mistreated as a prisoner of war, whose situation applies to EVERY SINGLE GENEVA CONVENTION, and they violated them ALL.

Thank you,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:58 AM Jon F. Turpin <jt4590@gmail.com> wrote:
For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any other course of action may allow then to commit purgery, which I find wholly incorrect and unacceptable, and thusly enact confession.

If you do some research on autistic savantism you may find it's in my nature.

Sincerely,

Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:52 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm the POA and pro se attorney for so many families and people in our United States of America? Even if no one will give me my property and keeps failing to intake potential evidence?

Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is only one prior case in legal precedent before it with the same unavoidable outcome in all jurisprudence.

Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has never been affiliated and won't ever be affiliated even if they shot me.

So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country, World, and God's Creatures, because to do otherwise and not prosecute the bad apples means have to falsely prosecute EVERYONE with a truly and verifiable innocent autistic pro se lawyer, me, who ONLY defends honest persons, and honest creatures under God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:07 AM Jon F. Turpin <jt4590@gmail.com> wrote:
How would I know when I was under unconstitutional surveillance?

Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that I did listen.


Because those bad apples are truly rotten.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:03 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely when part of the transformer was updated on our new home, and a Comcast technician I didn't call showed up outside afterward, and neither would have any meaningful conversation with me despite potentially trespassing on our property without prior notice, because they thought they were doing their jobs while they were unfortunately breaking our constitution and castle laws... I began documenting everything to prepare to defend our Faith, marriage, and constitution.

Because I said no more to this absolute tyrannical abuse, and I meant forevermore.


Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 11:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up as falsely alleged misconduct?

Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into the back of my white Ford Focus trying to push me off the road after I tried everything I could to let them pass me and go on their way, including trying to pull over, except that they began to pull over with me instead of just going around and leaving me alone, which, after they tried to push my car off the road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.

Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and after having to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....

My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.

And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.I, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 10:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest mistake earlier, so, yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:57 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:45 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with his bad behaviors, I may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:27 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in pain, and shutdown any potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS, etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the proceeds.

In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentleman.

Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest persons unless they're going to enter a guilty plea so they may be honest men and take their own just accountability via compassionate jurisprudence under God.

You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:


A psalm of David.

1

The LORD is my shepherd;*
there is nothing I lack.a

2

In green pastures he makes me lie down;
to still waters he leads me;

3

bhe restores my soul.
He guides me along right paths*
for the sake of his name.

4

Even though I walk through the valley of the shadow of death,c
I will fear no evil, for you are with me;
your rod and your staff comfort me.

II

5

*You set a table before me
in front of my enemies;*

You anoint my head with oil;*d
my cup overflows.e

6    Indeed, goodness and mercy* will pursue me

all the days of my life;
I will dwell in the house of the LORDf
for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

### Give Me Liberty Or Give Me Death

### Patrick Henry, March 23, 1775.

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:58 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I simply don't have nor ever didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:09 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.


Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scame, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.


Sincerely,
Jon F. Turpin

On Sun, Jul 9, 2023, 6:48 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last, or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our communications center together, both of which have false allegations against me of misconduct possibly due to my Dad's potential meddling and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may already have caused my cousin Jon C. Cummings to be wrongfully terminated from the ATF, and Jon Cummings did win his court case proving he was wrongfully terminated, much like I just was while working in government for a compliance branch of the DEA, and still following DOJ protocols, which supersedes the DEA and their decision, so, Mr. Bell may have meddled in potential collusion as part of the Secret Service to prevent my valid application to the FBI to try and attempt to prevent me from rightfully superseding DEA, even though it was without malice.

Which may be further real life examples of my Dad perpetually attempting to cause unconstitutional double, or even octouple jeopardy via use of an already unconstitutional Revocable Trust that he may not even be allowed to be in due to his bad behaviors. He is that intelligent and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to try and be a false king and false God.

What they are doing may be an attempt to split our nation down the middle and cause an East to West Civil War, while simultaneously breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law) Civil Code, which has precedent, because this is literally the main reason that the code exists, to prevent a marine invasion via our main river, and Cuba sits below this, and was already used as a landing base for potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but hidden via a Revocable Trust, and two or three of the people I've indicated for indictment may not even know they're being used in this way.

But I see no reason that, out of those I indicated for indictment, Denis Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad apples trying to get out of their accountability.

Seriously, and sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also our Honorable Attorney General of Nevada, since my Best Man is from there.

Look, the unconstitutional surveillance may be being used to try and break marriages, and to force husbands and wives to fight and testify against each other, in effect, to break our separation of Church and State, and to also break our Catholic church, against God, which would in effect break the Catholic Church, the Vienna Convention, Western Rites, and Eastern Orthodox Rites, and thusly the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S. Constitution and Bill of Rights, and in effect, would potentially cause World War 3.

Hitler already tried this once, so there's literal precedent, and these rotten apples have been trying to use me, my wife, and our marriage to do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
And our Honorable Attorney General of Texas, pleade pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Attorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.

Thank you,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:31 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case, and update to joining

Gmail - Cooperation and Support

presented as aforementioned in the following proceedings, etc. et al:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

*Missouri v. Biden* was filed by the attorneys general of Missouri
and Louisiana on May 5, 2022. The Court granted their motion for
discovery on July 12, 2022, clearing the way for Missouri and
Louisiana to gather documents and depose witnesses from the
Biden Administration.

https://ago.mo.gov/docs/default-source/press-releases/missouri-v-
biden-ruling.pdf?sfvrsn=dd807c2_2

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:36 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I hereby add the Honorable Chief Justice Terry A. Doughty
as a recipient of the aforementioned potential evidence and
my solidarity joining pro se.

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

Sincerely,

Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:18 PM Jon F. Turpin <jt4590@gmail.com>
wrote:
Please add any individual I've indicated for indictment to our
Honorable Todd Rokita Attorney General Indiana, and those I've
indicated in my current OSC-14 complaint form to the other side of
the suit and/or case and/or any further related cases and
proceedings, so we may put these potential bad apples in their own
rotten barrel where they may belong by all precedents and God.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:46 PM Jon F. Turpin <jt4590@gmail.com>
wrote:
I also join as a current applicant for the FBI possibly being denied
potentially due to deceit and potentially further unconstitutional
surveillance by a specific member of the Secret Service and
bring potential harms and losses possibly in excess of
$60,000,000, and still counting, to the table as an additional
plaintiff, with possible evidence of not only double, but possibly
octouple jeopardy levied against me, and potentially my wife and
our rightful marriage under God against not only our U.S.
Constitution, but all values we hold dear and against all reason
and justice, which I may only be able to describe as attempts to

break the very foundations of our nation and world to enact
tyranny and slavery against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by email at
jt4590@gmail.com, and I ask you to join my Google group so you
may review even some of the case and potential evidence which
I have prepared thusly and thus far out of absolute necessity to
simply exist and survive the onslaught which we have so far
endured.

In my opinion, it's time to remind our nation that it's not just words
when we say "IN God We Trust" and Sirs, we're the men to do
that.

Thank you sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:34 PM Jon F. Turpin <jt4590@gmail.com>
wrote:
    I also join as a Catholic gentleman, and member of the FBI
    Infragard, and a former employee of DirectEmployers
    Association (potentially a compliance branch of the DEA).

    I've contacted King and Spalding in Washington D.C.,
    requested contact information for FBI Director Christopher
    Wray, via voice-mail in good faith effort to proceed, along with
    notifying John Fox of Fox and Wang of my
    wrongful termination and falsely alleged misconduct potentially
    brought about and/or related to potentially unconstitutional
    surveillance of us due to events which have and do require my
    response according to all just cause and reason along with
    Faith, Church, Marriage, scripture, and all jurisprudence,
    including  the U.N. Charter and Civil Rights, Napoleonic (Law)
    Civil Code and Violations of Usufruct, the U.S. Constitution and
    Bill of Civil Rights, and simply any and all reason, with just and
    probable cause for concern for the well-being of all God's
    Creatures.

    Sincerely,
    Jon F. D. Turpin

    On Sun, Jul 9, 2023, 3:02 PM Jon F. Turpin
    <jt4590@gmail.com> wrote:
        Dear Honorable Mr. Jeffrey Landry Attorney General
        Louisiana,
        You are hereby added to the addressees for this potential
        evidence towards your existing case, and any further and/or
        related proceedings forthwith:
        22-30087

        I hereby join in your case and any related cases, pro se, and
        also as the as the designated POA for 7 or more families
        within our great United State of America, as our
        representation, a victim, witness, whistleblower, citizen, but
        most importantly as a man of Faith, husband, and one of
        God's Creatures in our U.N. and world with the God-given
        inalienable right to say "no more" and stand ground as God
        intended.

        Sincerely,
        Jon F. D. Turpin

        On Sun, Jul 9, 2023, 2:47 PM Jon F. Turpin
        <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:03 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 1:54 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 1:53 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Fri, Jul 7, 2023, 9:32 PM Jon F. Turpin <jt4590@gmail.com> wrote:

In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my Dad's illness, she would also likely be acquitted.

At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

This is the best and most reasonable and acceptable solution I can present in the utmost good faith, to save everyone time and resources.

I can show you the case against me for the protective order, and my response, which may completely nullify it, or you may simply ask Mr. Kirk Freeman and use your own, professional, and qualified, discernment.

I'm truly trying to be helpful and get this concluded so we may finally safely have kids and our lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:

With all precedents and jurisprudence available duly considered, and further with Andrea L. Holwager entering a fictitious, frivolous, and fractious protective order against me, without legal grounds, thusly abusing our court system, and potentially in line with prior abuses against me possibly including coercion via Michael Alan (Mann) Holwager, possibly now enacted upon her in confirmation of a pattern of potential bad behavior by Jon Brent Turpin, Michael Alan (Mann) Holwager, and Jared R. Junkin, each of whom may have proven themselves mentally unfit, unsound, and ill, not only in actions, but potentially in known diagnoses:

Along with the potentially proven inability of Andrea L. Holwager to represent Michael A. (Mann) Holwager, nor even herself in court, along with the potential conflicts of interest invalidating attorney client privilege between her, Michael A. (Mann) Holwager, and Jared R. Junkin, further with the potential conflict of interest presented by potential bad behavior of Michael A. (Mann) Holwager towards Jared R. Junkin's half-sibling, and true sister by familial custody and mutual residence of Jared R. Junkin, and Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A. (Mann) Holwager may be unfit to represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin may potentially being acquitted due to the harms of bad behavior enacted towards him via potential bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words, and bad behaviors and especially if found guilty, then they are not family, except by the understanding of their complete loss of self control and taking their own accountability for

everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion, delusion, and/or their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they have harmed and/or potentially harmed, without undue turmoil, and/or distress to those who may have already mourned, and furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:07 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do so, however, he may not be mine due to his own actions and words and illness, any other alternative would be a false dichotomy.

It is also a false dichotimy to allege entitlement towards me when I am simply claiming what I was already given, and already own, and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:20 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Two objects, family heirlooms and potentially priceless, yet

representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be returned immediately or may be considered as grand larceny against God's Word, family rules, and jurisprudence.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It may be argued, and just, and reasonable, that I own each of the properties in a Revocable Trust in Wayne County, IN.

However, I'm not in possession of them, another man named Jon Brent Turpin is, and possession may be 9/10 of the law, and he may potentially have, or be committing grand larceny, along with other indictable offenses, but without just nor due cause, nor any protections for any potential illicit and/or illicitly gained materials, etc., which he may possess.

In my opinion, I am indemnified from any responsibility of my 1/10 via my mother's Living Will, however, this may allow me to report out of due concern, and in

line with our protections, all properties within the Revocable Trust to be included in any warrant, and I hereby do so, responsibly.

On Fri, Jul 7, 2023, 3:43 PM Jon F. Turpin <jt4590@gmail.com> wrote:

P.S. - Please include 113 E. Delaware St., Cambridge City, IN in any warrant since Michael A. (Mann) Holwager may have attempted to have me deceive his mother-in-law and may have attempted to have misappropriate business funds via coercion for his potential purchase of the property.

On Fri, Jul 7, 2023, 2:51 PM Jon F. Turpin <jt4590@gmail.com> wrote:

In my opinion, in our great states, and our nation at large, our thin blue lines are doing their best overall, but may have so little support, and there may be a vast majority of respectable officers doing their duty, just like our esteemed agencies, and government, but sometimes they may be subjected to a breakdown in the chain of command, potentially due to bad apples, and bad behavior may not often come from the very top, and it may be incorrect and/or unjust and against reason to consider bad apples as representative of our thin blue lines, agencies, and/or government, and/or our nation, people, and/or God's Creatures.

I refer you to Psalm 26:1-5

Psalm 26:1-5 — One bad apple does spoil the whole bunch!

With due reverence to John 15: 1-8

I am the true vine, and my Father is the vinedresser.

Every branch of mine that bears no fruit, He takes away, and every branch that does bear fruit He prunes, that it may bear more fruit. You are already may clean by the word which I have spoken to you. Abide in me, and I in you. As the branch can not bear fruit by itself, unless it abides in the vine, neither can you, unless you abide in me. I am the vine, you are the branches. He who abides in me, and I in him, he it is that bears much fruit,

for apart from me you can do nothing. If a man does not abide in me, he is cast forth as a branch and withers; and the branches are gathered, thrown into the fire and burned. If you abide in me, and my words abide in you, ask whatever you will, and it shall be done for you. By this my Father is glorified, that you bear much fruit, and so prove to be my disciples (Jn. 15:1-8).

Please, let us be God's good gardeners of our respective vines and branches, and most carefully prune any bad fruits and place them in their own barrel, away from and with due respect to all like us who continue to

abide rather than going rotten.

In this way we may all bear the fruits of character in line with the Father, Son, and Holy Spirit, with reverence to Blessed Mary.

Amen,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> In my opinion, contingent upon his honesty regarding my positive performance, which did not include misconduct, and with respect to Indiana's Right to Work Laws. Hal Cooper should be excluded; In my opinion we're reasonable, and honest men, who understand honest mistakes, but we don't tolerate bad behavior, nor bad apples.

> In other words: please consider excluding the FBI and DEA if we can simply be treated correctly. Let's put the accountability for potetial bad behaviors on potential bad apples. In opinion this is acceptable, just, reasonable, and follows our God's Word.

> Sincerely,
> Jon F. D. Turpin

> On Fri, Jul 7, 2023, 1:06 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>> With the contingencies of immunity, my valid expungement being upheld, valid gun permit being returned, retainment of our rights, our restoration monetarily and of civil rights, along with due consideration to us as witnesses under witness protection, and a career with the FBI starting as a Special Agent, and a pardon and whistleblowing

genuinely pursued via the Missouri & Louisiana case(s) and potentially OSC-14, MSPB, etc., along with any other pertinent accommodations to be discussed and included as needed:

I hereby consider my perpetually validated expungement equivalent to and signatory to search warrants of the addresses listed in the perpetually validated expungment, and also signatory to indictments of any reported along with those in the OSC-14 form, even though it is not yet submitted.

Due to how we are POA'D and with all just considerations to any and all protections due and available to us, this aligns with legal precedent, and jurisprudence, while enabling effective traverse of Napoleonic law for justice, without sacrificing any of the protections to us thereof as witnesses, etc.

Sincerely,
Jon F. D. Turpin

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 6:11 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

My wife also married me, and asked me for representation directly in all actions, words, Faith, and vows, under God, and I didn't include her with that prior email and mess of bad apples because she was their victim, too, and all jurisprudence and Catholic teachings dictate even if those bad apples may have violated my wife and her privacy, I reported all of them for her and put my whole life and character and reputation on the line for her as her husband by my vows.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                   Mon, Jul 10, 2023 at 10:27 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Which, in my opinion, may mean they can't sue for defamation, because the actual few bad apples, by violating Megan's law... have no right to privacy via Supreme Court proceedings, and they, unlike us, may potentially be surveilled without any violation of our Constitution... unless I'm specifically their POA and they presubmit guilty pleas, because... in my opinion, an unprecedented circumstance due to circumstances and their bad behaviors...

The only higher jurisdiction may, completely unintentionally, because they may have in my opinion, provably gone against ALL other jurisdictions available since they aren't Catholic and denied confession, be God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:11 AM Jon F. Turpin <jt4590@gmail.com> wrote:
My wife also married me, and asked me for representation directly in all actions, words, Faith, and vows, under God, and I didn't include her with that prior email and mess of bad apples because she was their victim, too, and all jurisprudence and Catholic teachings dictate even if those bad apples may have violated my wife and her privacy, I reported all of them for her and put my whole life and character and reputation on the line for her as her husband by my vows.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:00 AM Jon F. Turpin <jt4590@gmail.com> wrote:
The specific legal precedent which invalidates my Mom's ability to be my Dad's POA, and Ronald Moore's ability to represent Andrea L. Holwager, and her ability to be Michael A. M. Holwager's POA, and, her's, and my sister's, and Megan Laumann's (unless she did or does report alongside me) ability to even represent themselves, or be a POA and/or medical professional and/or a therapist is:

Megan's Law

Andrea L. Holwager's attempted false protective order against me, after she already violated Megan's Law, may actually be unlawful, and potentially felonous as well, because each of them failed to report.

Jared R. Junkin is the only one who effectively, for lack of a better term, confessed, and asked for representation from me directly, and I'm the only one who followed Megan's Law to the letter and reported out of concern, every potential violation of Megan's Law duly and justly, unless those persons aforementioned reported alongside me or do so in kind.

I even reported my Dad out of concern.

This is how my Dad and Mr. Bell may blackmail and try to force silence out of victims and others for their bad behaviors: If they do report, they may kill the original victim, cover it up as an accident preceding a drug overdose then threaten all others with knowledge of his crimes with defamation suits to in effect force gag orders upon an entire county, state, and/or nation, and if this doesn't work they may try to have the original victims falsely welfare checked and if that doesn't work "swatted" via anonymous reports and other bad actors in retaliation to victims' honesty.

If that doesn't work, he may hire someone to do the dirty work, and if that doesn't work, he may try to kill them as if it's suicide, or he may target their wives and children as if they committed suicide, or try to frame the victims for any manner of felony activities.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 3:21 AM Jon F. Turpin <jt4590@gmail.com> wrote:
I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down, because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar

pocket book he didn't earn, and stole from me and my "Papaw" Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:28 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:15 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to these bad apples bad behaviors meddling with my background checks and causing prior wrongful convictions, and violation of my expungement, civil rights, etc. et al.

Sincerely,
Jon F. Turpin

On Mon, Jul 10, 2023, 1:10 AM Jon F. Turpin <jt4590@gmail.com> wrote:
So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:

A REVERSE RICO or in other words...
Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four Geneva Conventions because I'm a civilian, wounded, noncombatant in an international and non-international conflict who has been mistreated as a prisoner of war, whose situation applies to EVERY SINGLE GENEVA CONVENTION, and they violated them ALL.

Thank you,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:58 AM Jon F. Turpin <jt4590@gmail.com> wrote:
For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any other course of action may allow then to commit purgery, which I find wholly incorrect and unacceptable, and thusly enact confession.

If you do some research on autistic savantism you may find it's in my nature.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:52 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm the POA and pro se attorney for so many families and people in our United States of America? Even if no one will give me my property and keeps failing to intake potential evidence?

Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is only one prior case in legal precedent before it with the same unavoidable outcome in all jurisprudence.

Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has never been affiliated and won't ever be affiliated even if they shot me.

So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country, World, and God's Creatures, because to do otherwise and not prosecute the bad apples means have to falsely

prosecute EVERYONE with a truly and verifiable innocent autistic pro se lawyer, me, who ONLY defends honest persons, and honest creatures under God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:07 AM Jon F. Turpin <jt4590@gmail.com> wrote:
How would I know when I was under unconstitutional surveillance?

Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that I did listen.

Because those bad apples are truly rotten.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:03 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely when part of the transformer was updated on our new home, and a Comcast technician I didn't call showed up outside afterward, and neither would have any meaningful conversation with me despite potentially trespassing on our property without prior notice, because they thought they were doing their jobs while they were unfortunately breaking our constitution and castle laws... I began documenting everything to prepare to defend our Faith, marriage, and constitution.

Because I said no more to this absolute tyrannical abuse, and I meant forevermore.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 11:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up as falsely alleged misconduct?

Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into the back of my white Ford Focus trying to push me off the road after I tried everything I could to let then pass me and go on their way, including trying to pull over, except that they began to pull over with me instead of just going around and leaving me alone, which, after they tried to push my car off the road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.

Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and I then had to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....

My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.

And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.l, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 10:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest mistake earlier, so, yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, and maybe my Mom, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,

On Sun, Jul 9, 2023, 9:57 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:45 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with his bad behaviors, I may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:27 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in pain, and shutdown any potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS, etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the proceeds.

In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentleman.

Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest persons unless they're going to enter a guilty plea so they may be honest men and take their own just accountability via compassionate jurisprudence under God.

You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:

A psalm of David.

I

The LORD is my shepherd;*
there is nothing I lack.a

2

In green pastures he makes me lie down;
to still waters he leads me;

3

bhe restores my soul.

He guides me along right paths*
for the sake of his name.

4

Even though I walk through the valley of the shadow of death,c

I will fear no evil, for you are with me;
your rod and your staff comfort me.

II

5

*You set a table before me

in front of my enemies;*
You anoint my head with oil;*d
my cup overflows.e

6

Indeed, goodness and mercy* will pursue me

all the days of my life;

I will dwell in the house of the LORDf

for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

**Give Me Liberty Or Give Me Death**

**Patrick Henry, March 23, 1775.**

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:58 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I simply don't have nor do, and didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:09 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.

Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scame, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.

Sincerely,
Jon F. Turpin

On Sun, Jul 9, 2023, 6:48 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last,

or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our communications center together, both of which have false allegations against me of misconduct possibly due to my Dad's potential meddling and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may already have caused my cousin Jon C. Cummings to be wrongfully terminated from the ATF, and Jon Cummings did win his court case proving he was wrongfully terminated, much like I just was while working in government for a compliance branch of the DEA, and still following DOJ protocols, which supersedes the DEA and their decision, so, Mr. Bell may have meddled in potential collusion as part of the Secret Service to prevent my valid application to the FBI to try and attempt to prevent me from rightfully superseding DEA, even though it was without malice.

Which may be further real life examples of my Dad perpetually attempting to cause unconstitutional double, or even octouple jeopardy via use of an already unconstitutional Revocable Trust that he may not even be allowed to be in due to his bad behaviors. He is that intelligent and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to try and be a false king and false God.

What they are doing may be an attempt to split our nation down the middle and cause an East to West Civil War, while simultaneously breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law) Civil Code, which has precedent, because this is literally the main reason that the code exists, to prevent a marine invasion via our main river, and Cuba sits below

this, and was already used as a landing base for potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but hidden via a Revocable Trust, and two or three of the people I've indicated for indictment may not even know they're being used in this way.

But I see no reason that, out of those I indicated for indictment, Denis Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad apples trying to get out of their accountability.

Seriously, and sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also our Honorable Attorney General of Nevada, since my Best Man is from there.

Look, the unconstitutional surveillance may be being used to try and break marriages, and to force husbands and wives to fight and testify against each other, in effect, to break our separation of Church and State, and to also break our Catholic church, against God, which would in effect break the Catholic Church, the Vienna Convention, Western Rites, and Eastern Orthodox Rites, and thusly the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S. Constitution and Bill of Rights, and in effect, would potentially cause World War 3.

Hitler already tried this once, so there's literal precedent, and these rotten apples have been trying to use me, my wife, and our marriage to do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
And our Honorable Attorney General of Texas, please pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Atorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.

Thank you,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:31 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case, and update to joining pro se and as aforementioned in the following proceedings, etc. et al:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

*Missouri v. Biden* was filed by the attorneys general of Missouri and Louisiana on May 5, 2022. The Court granted their motion for discovery on July 12, 2022, clearing the way for Missouri and Louisiana to gather documents and depose witnesses from the Biden Administration.

https://ago.mo.gov/docs/default-source/press-releases/missouri-v-biden-ruling.pdf?sfvrsn=dd807c2_2

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:36 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I hereby add the Honorable Chief Justice Terry A. Doughty as a recipient of the aforementioned potential evidence and my solidarity joining pro se.

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

Sincerely,

Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:18 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Please add any individual I've indicated for indictment to our Honorable Todd Rokita Attorney General Indiana, and those I've indicated in my current OSC-14 complaint form to the other side of the suit and/or case and/or any further related cases and proceedings, so we may put these potential bad apples in their own rotten barrel where they may belong by all precedents and God.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:46 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I also join as a current applicant for the FBI possibly being denied potentially due to deceit and potentially further unconstitutional surveillance by a specific member of the Secret Service and bring potential harms and losses possibly in excess of $60,000,000, and still counting, to the table as an additional plaintiff, with possible evidence of not only double, but possibly octouple jeopardy levied against me, and potentially my wife and our rightful marriage under God against not only our U.S. Constitution, but all values we hold dear and against all reason and justice, which I may only be able to describe as attempts to break the very foundations of our nation and world to enact tyranny and slavery against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by email at jt4590@gmail.com, and I ask you to join my Google group so you may review even some of the case and potential evidence which I have prepared thusly and thus far out of absolute necessity to simply exist and survive the onslaught which we have so far endured.

In my opinion, it's time to remind our nation that it's not just words when we say "IN God We Trust" and Sirs, we're the men to do that.

Thank you sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:34 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I also join as a Catholic gentleman, and member of the FBI Infragard, and a former employee of DirectEmployers Association (potentially a compliance branch of the DEA).

I've contacted King and Spalding in Washington D.C., requested contact information for FBI Director Christopher Wray, via voice-mail in good faith effort to proceed, along with notifying John Fox of Fox and Wang of my wrongful termination and falsely alleged misconduct potentially brought about and/or related to potentially unconstitutional surveillance of us due to events which have and do require my response according to all just cause and reason along with Faith, Church, Marriage, scripture, and all jurisprudence, including the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code and Violations of Usufruct, the U.S. Constitution and Bill of Civil Rights, and simply any and all reason, with just and probable cause for concern for the well-being of all God's Creatures.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:02 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Dear Honorable Mr. Jeffrey Landry Attorney General Louisiana,
You are hereby added to the addressees for this potential evidence towards your existing case, and any further and/or related proceedings forthwith: 22-30087

I hereby join in your case and any related cases, pro se, and also as the as the designated POA for 7 or more families within our great United State of America,

as our representation, a victim, witness, whistleblower, citizen, but most importantly as a man of Faith, husband, and one of God's Creatures in our U.N. and world with the God-given inalienable right to say "no more" and stand ground as God intended.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 2:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

> On Sun, Jul 9, 2023, 2:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>> On Sun, Jul 9, 2023, 2:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>>> On Sun, Jul 9, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>>>> On Sun, Jul 9, 2023, 2:03 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>>>>> On Sun, Jul 9, 2023, 1:54 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>>>>>> On Sun, Jul 9, 2023, 1:53 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>>>>>>> On Fri, Jul 7, 2023, 9:32 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>>> In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my Dad's illness, she would also likely be acquitted.

>>>>>>> At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

>>>>>>> This is the best and most reasonable and acceptable solution I can present in the utmost good

faith, to save everyone time and resources.

I can show you the case against me for the protective order, and my response, which may completely nullify it, or you may simply ask Mr. Kirk Freeman and use your own, professional, and qualified, discernment.

I'm truly trying to be helpful and get this concluded so we may finally safely have kids and our lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:
With all precedents and jurisprudence available duly considered, and further with Andrea L. Holwager entering a fictitious, frivolous, and fractious protective order against me, without legal grounds, thusly abusing our court system, and potentially in line with prior abuses against me possibly including coercion via Michael Alan (Mann) Holwager, possibly now enacted upon her in confirmation of a pattern of potential bad behavior by Jon Brent Turpin, Michael Alan (Mann) Holwager, and Jared R. Junkin, each of whom may have proven themselves mentally unfit, unsound, and ill, not only in actions, but potentially in known diagnoses:

Along with the potentially proven inability of Andrea L. Holwager to represent Michael A. (Mann) Holwager, nor even herself in court, along with the potential conflicts of interest invalidating attorney client privilege between her, Michael A. (Mann) Holwager, and Jared R. Junkin, further with the potential conflict of interest presented by potential bad behavior of Michael A. (Mann) Holwager towards Jared R. Junkin's half-sibling, and true sister by familial custody and mutual residence of Jared R. Junkin, and Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A.

(Mann) Holwager may be unfit to represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin may potentially being acquitted due to the harms of bad behavior enacted towards him via potential bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words, and bad behaviors and especially if found guilty, then they are not family, except by the understanding of their complete loss of self control and taking their own accountability for everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion, delusion, and/or their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they have harmed and/or potentially harmed, without undue turmoil, and/or distress to those who may have already mourned, and furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:07 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do so, however, he may not be mine due to his own actions and words and illness,

any other alternative would be a false dichotomy.

It is also a false dichotomy to allege entitlement towards me when I am simply claiming what I was already given, and already own, and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:20 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
Two objects, family heirlooms and potentially priceless, yet representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold

Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be returned immediately or may be considered as grand larceny against God's Word, family rules, and jurisprudence.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It may be argued, and just, and reasonable, that I own each of the properties in a Revocable Trust in Wayne County, IN.

However, I'm not in possession of them, another man named Jon Brent Turpin is, and possession may be 9/10 of the law, and he may potentially have, or be committing grand larceny, along with other indictable offenses, but without just nor due cause, nor any protections for any potential illicit and/or illicitly gained materials, etc., which he may possess.

In my opinion, I am indemnified from any responsibility of my 1/10 via my mother's Living Will, however, this may allow me to report out of due concern, and in line with our protections, all properties within the Revocable Trust to be included in any warrant, and I hereby do so, responsibly.

On Fri, Jul 7, 2023, 3:43 PM Jon F. Turpin <jt4590@gmail.com> wrote:
P.S. - Please include 113 E. Delaware St., Cambridge City, IN in any warrant since Michael A. (Mann)

Holwager may have attempted to have me deceive his mother-in-law and may have attempted to have misappropriate business funds via coercion for his potential purchase of the property.

On Fri, Jul 7, 2023, 2:51 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, in our great states, and our nation at large, our thin blue line

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 11:05 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

If that be the case, and if Denis Kulkov and Richard Bell, along with any potentially colluding with them may be guilty of treason, by aiding via not intaking potential evidence from the main whistleblower in an international and national cryptocurrency scam, in my opinion, the same may be true, and I presumbit their guilty pleas requesting any due leniency available, and because of the potential harms and losses of $60,000,000, not including emotional distress, legal fees, and/or other expenses et. al, and being unable to collect property rightfully belonging to me in the event of their deaths due to the stipulations of the treason clause in our constitution, I hereby evict them by their violation of the rights of usufruct forthwith, and preclaim all their monetary properties and assets, along with aforementioned missing and/or stolen belongings, for necessary restoration and is just and proper, as the only potential remaining Executor of their estates via Napoleonic (Law) Civil Code with the exception of those who report in line with Megan's Law, correcting their potentially honest mistakes forthwith, and hereby distribute all these assets in accord with how I declared previously for restoration of all who have been harmed, with only a "20% tip" split evenly with my sister and brother-in-law, after tithes and taxes appropriately determined and justly claimed before distribution by our Vatican, U.N., and U.S., and Louisiana, and Indiana governments.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 11:12 AM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 11:05 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

If that be the case, and if Denis Kulkov and Richard Bell, along with any potentially colluding with them may be guilty of treason, by aiding via not intaking potential evidence from the main whistleblower in an international and national cryptocurrency scam, in my opinion, the same may be true, and I presumbit their guilty pleas requesting any due leniency available, and because of the potential harms and losses of $60,000,000, not including emotional distress, legal fees, and/or other expenses et. al, and being unable to collect property rightfully belonging to me in the event of their deaths due to the stipulations of the treason clause in our constitution, I hereby evict them by their violation of the rights of usufruct forthwith, and preclaim all their monetary properties and assets, along with aforementioned missing and/or stolen belongings, for necessary restoration and is just and proper, as the only potential remaining Executor of their estates via Napoleonic (Law) Civil Code with the exception of those who report in line with Megan's Law, correcting their potentially honest mistakes forthwith, and hereby distribute all these assets in accord with how I declared previously for restoration of all who have been harmed, with only a "20% tip" split evenly with my sister and brother-in-law, after tithes and taxes appropriately determined and justly claimed before distribution by our Vatican, U.N., and U.S., and Louisiana, and Indiana governments.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 10:27 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Which, in my opinion, may mean they can't sue for defamation, because the actual few bad apples, by violating Megan's law... have no right to privacy via Supreme Court proceedings, and they, unlike us, may potentially be surveilled without any violation of our Constitution... unless I'm specifically their POA and they presubmit guilty pleas, because... in my opinion, an unprecedented circumstance due to circumstances and their bad behaviors...

The only higher jurisdiction may, completely unintentionally, because they may have in my opinion, provably gone against ALL other jurisdictions available since they aren't Catholic and denied confession, be God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:11 AM Jon F. Turpin <jt4590@gmail.com> wrote:
My wife also married me, and asked me for representation directly in all actions, words, Faith, and vows, under God, and I didn't include her with that prior email and mess of bad apples because she was their victim, too, and all jurisprudence and Catholic teachings dictate even if those bad apples may have violated my wife and her privacy, I reported all of them for her and put my whole life and character and reputation on the line for her as her husband by my vows.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:00 AM Jon F. Turpin <jt4590@gmail.com> wrote:
The specific legal precedent which invalidates my Mom's ability to be my Dad's POA, and Ronald Moore's ability to represent Andrea L. Holwager, and her ability to be Michael A. M. Holwager's POA, and, her's, and my sister's, and Megan Laumann's (unless she did or does report alongside me) ability to even represent themselves, or be a POA and/or medical professional and/or a therapist is:

Megan's Law

Andrea L. Holwager's attempted false protective order against me, after she already violated Megan's Law, may actually be unlawful, and potentially felonous as well, because each of them failed to report.

Jared R. Junkin is the only one who effectively, for lack of a better term, confessed, and asked for representation from me directly, and I'm the only one who followed Megan's Law to the letter and reported out of concern, every potential violation of Megan's Law duly and justly, unless those persons aforementioned reported alongside me or do so in kind.

I even reported my Dad out of concern.

This is how my Dad and Mr. Bell may blackmail and try to force silence out of victims and others for their bad behaviors:
If they do report, they may kill the original victim, cover it up as an accident preceding a drug overdose then threaten all others with knowledge of his crimes with defamation suits to in effect force gag orders upon an entire county, state, and/or nation, and if this doesn't work they may try to have the original victims falsely welfare checked and if that doesn't work "swatted" via anonymous reports and other bad actors in retaliation to victims' honesty.

If that doesn't work, he may hire someone to do the dirty work, and if that doesn't work, he may try to kill them as if it's suicide, or he may target their wives and children as if they committed suicide, or try to frame the victims for any manner of felony activities.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 3:21 AM Jon F. Turpin <jt4590@gmail.com> wrote:
I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our

country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down, because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar pocket book he didn't earn, and stole from me and my Papaw Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:28 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:15 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to these bad apples bad behaviors meddling with my background checks and causing prior wrongful convictions, and violation of my expungement, civil rights, etc. et al.

Sincerely,
Jon F. Turpin

On Mon, Jul 10, 2023, 1:10 AM Jon F. Turpin <jt4590@gmail.com> wrote:
So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:

A REVERSE RICO or in other words...
Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four Geneva Conventions because I'm a civilian, wounded, noncombatant in an international and non-international conflict who has been mistreated as a prisoner of war, whose situation applies to EVERY SINGLE GENEVA CONVENTION, and they violated them ALL.

Thank you,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:58 AM Jon F. Turpin <jt4590@gmail.com> wrote:
For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any other course of action may allow then to commit purgery, which I find wholly incorrect and unacceptable, and thusly enact confession.

If you do some research on autistic savantism you may find it's in my nature.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:52 AM Jon F. Turpin <jt4590@gmail.com> wrote:

Do you know how I know I'm the POA and private attorney for so many families and people in our United States of America? Even if no one will give me my property and keeps failing to intake potential evidence?

Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is only one prior case in legal precedent before it with the same unavoidable outcome in all jurisprudence.

Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has never been affiliated and won't ever be affiliated even if they shot me.

So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country, World, and God's Creatures, because to do otherwise and not prosecute the bad apples means have to falsely prosecute EVERYONE with a truly and verifiable innocent autistic pro se lawyer, me, who ONLY defends honest persons, and honest creatures under God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:07 AM Jon F. Turpin <jt4590@gmail.com> wrote:
How would I know when I was under unconstitutional surveillance?

Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that I did listen.

Because those bad apples are truly rotten.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:03 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely when part of the transformer was updated on our new home, and a Comcast technician I didn't call showed up outside afterward, and neither would have any meaningful conversation with me despite potentially trespassing on our property without prior notice, because they thought they were doing their jobs while they were unfortunately breaking our constitution and castle laws... I began documenting everything to prepare to defend our Faith, marriage, and constitution.

Because I said no more to this absolute tyrannical abuse, and I meant forevermore.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 11:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up as falsely alleged misconduct?

Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into the back of my white Ford Focus trying to push me off the road after I tried everything I could to let then pass me and go on their way, including trying to pull over, except that they began to pull over with me instead of just going around and leaving me alone, which, after they tried to push my car off the road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.

Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and after having to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....

My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.

And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.I, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 10:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest mistake earlier, so, yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them

from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, and maybe my Mom, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:57 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:45 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with his bad behaviors, I may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:27 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in pain, and shutdown any

potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS, etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the proceeds.

In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentleman.

Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest persons unless they're going to enter a guilty plea so they may be honest men and take their own just accountability via compassionate jurisprudence under God.

You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:


A psalm of David.

1

The LORD is my shepherd;*
there is nothing I lack.a

2

In green pastures he makes me lie down;
to still waters he leads me;

3

bhe restores my soul.
He guides me along right paths*
for the sake of his name.

4

Even though I walk through the valley of the shadow of death,c
I will fear no evil, for you are with me;

your rod and your staff comfort me.

II

5

   *You set a table before me

in front of my enemies;*

You anoint my head with oil;*d

my cup overflows.e

6

   Indeed, goodness and mercy* will pursue me

all the days of my life;

I will dwell in the house of the LORDf

for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

### Give Me Liberty Or Give Me Death

### Patrick Henry, March 23, 1775.

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
   Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

   Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

   You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

   Sincerely,
   Jon F. D. Turpin

   On Sun, Jul 9, 2023, 7:58 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> I simply don't have nor do, and didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:09 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.

Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scam, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.

Sincerely,
Jon F. Turpin

On Sun, Jul 9, 2023, 6:48 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last, or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our communications center together, both of which have false allegations against me of misconduct possibly due to my Dad's potential meddling and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may already have caused my cousin Jon C. Cummings to be wrongfully terminated from the ATF, and Jon Cummings did win his court case proving he was wrongfully terminated, much like I just was while working in government for a compliance branch of the DEA, and still following DOJ protocols, which supersedes the DEA and their decision, so, Mr. Bell may have meddled in potential collusion as part of the Secret Service to prevent my valid application to the FBI to try and attempt to

pre??? from rightfully superseding DEA, even though it was without malice.

Which may be further real life examples of my Dad perpetually attempting to cause unconstitutional double, or even octouple jeopardy via use of an already unconstitutional Revocable Trust that he may not even be allowed to be in due to his bad behaviors. He is that intelligent and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to try and be a false king and false God.

What they are doing may be an attempt to split our nation down the middle and cause an East to West Civil War, while simultaneously breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law) Civil Code, which has precedent, because this is literally the main reason that the code exists, to prevent a marine invasion via our main river, and Cuba sits below this, and was already used as a landing base for potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but hidden via a Revocable Trust, and two or three of the people I've indicated for indictment may not even know they're being used in this way.

But I see no reason that, out of those I indicated for indictment, Denis Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad apples trying to get out of their accountability.

Seriously, and sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also our Honorable Attorney General of Nevada, since my Best Man is from there.

Look, the unconstitutional surveillance may be being used to try and break marriages, and to force husbands and wives to fight and testify against each other, in effect, to break our separation of Church and State, and to also break our Catholic church, against God, which would in effect break the Catholic Church, the Vienna Convention, Western Rites, and Eastern Orthodox Rites, and thusly the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S. Constitution and Bill of Rights, and in effect, would potentially cause World War 3.

Hitler already tried this once, so there's literal precedent, and these rotten apples have been trying to use me, my wife, and our marriage to do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

And our Honorable Attorney General of Texas, pleade pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:

> Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Attorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.
>
>
> Thank you,
> Jon F. D. Turpin
> FBI Infragard

On Sun, Jul 9, 2023, 5:31 PM Jon F. Turpin <jt4590@gmail.com> wrote:

> I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case, and update to joining pro se and as aforementioned in the following proceedings, etc. et al:
>
> UNITED STATES DISTRICT COURT
> WESTERN DISTRICT OF LOUISIANA
> MONROE DIVISION
> STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
> VERSUS JUDGE TERRY A. DOUGHTY
> JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY
>
> *Missouri v. Biden* was filed by the attorneys general of Missouri and Louisiana on May 5, 2022. The Court granted their motion for discovery on July 12, 2022, clearing the way for Missouri and Louisiana to gather documents and depose witnesses from the Biden Administration.
>
> https://ago.mo.gov/docs/default-source/press-releases/missouri-v-biden-ruling.pdf?sfvrsn=dd807c2_2
>
> Sincerely,
> Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:36 PM Jon F. Turpin <jt4590@gmail.com> wrote:

>> I hereby add the Honorable Chief Justice Terry A. Doughty as a recipient of the aforementioned potential evidence and my solidarity joining pro se.
>>
>> Hon. Terry A. Doughty
>> Chief United States District Judge
>> 201 Jackson Street, Suite 215
>> Monroe, Louisiana 71201
>>
>> (318) 654-6500
>>
>> Sincerely,

Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:18 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
Please add any individual I've indicated for indictment to
our Honorable Todd Rokita Attorney General Indiana, and
those I've indicated in my current OSC-14 complaint form
to the other side of the suit and/or case and/or any further
related cases and proceedings, so we may put these
potential bad apples in their own rotten barrel where they
may belong by all precedents and God.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:46 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
I also join as a current applicant for the FBI possibly
being denied potentially due to deceit and potentially
further unconstitutional surveillance by a specific
member of the Secret Service and bring potential harms
and losses possibly in excess of $60,000,000, and still
counting, to the table as an additional plaintiff, with
possible evidence of not only double, but possibly
octouple jeopardy levied against me, and potentially my
wife and our rightful marriage under God against not only
our U.S. Constitution, but all values we hold dear and
against all reason and justice, which I may only be able
to describe as attempts to break the very foundations of
our nation and world to enact tyranny and slavery
against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by
email at jt4590@gmail.com, and I ask you to join my
Google group so you may review even some of the case
and potential evidence which I have prepared thusly and
thus far out of absolute necessity to simply exist and
survive the onslaught which we have so far endured.

In my opinion, it's time to remind our nation that it's not
just words when we say "IN God We Trust" and Sirs,
we're the men to do that.

Thank you sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:34 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
I also join as a Catholic gentleman, and member of the
FBI Infragard, and a former employee of
DirectEmployers Association (potentially a compliance
branch of the DEA).

I've contacted King and Spalding in Washington D.C.,
requested contact information for FBI Director
Christopher Wray, via voice-mail in good faith effort to
proceed, along with notifying John Fox of Fox and
Wang of my wrongful termination and falsely alleged
misconduct potentially brought about and/or related to
potentially unconstitutional surveillance of us due to
events which have and do require my response
according to all just cause and reason along with

Faith, Church, Marriage, scripture, and all jurisprudence, including the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code and Violations of Usufruct, the U.S. Constitution and Bill of Civil Rights, and simply any and all reason, with just and probable cause for concern for the well-being of all God's Creatures.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:02 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Dear Honorable Mr. Jeffrey Landry Attorney General Louisiana,
You are hereby added to the addressees for this potential evidence towards your existing case, and any further and/or related proceedings forthwith: 22-30087

I hereby join in your case and any related cases, pro se, and also as the as the designated POA for 7 or more families within our great United State of America, as our representation, a victim, witness, whistleblower, citizen, but most importantly as a man of Faith, husband, and one of God's Creatures in our U.N. and world with the God-given inalienable right to say "no more" and stand ground as God intended.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 2:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 2:03 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 1:54 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Sun, Jul 9, 2023, 1:53 PM Jon F. Turpin <jt4590@gmail.com> wrote:

On Fri, Jul 7, 2023, 9:32 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my

Dad's illness, she would also likely be acquitted.

At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

This is the best and most reasonable and acceptable solution I can present in the utmost good faith, to save everyone time and resources.

I can show you the case against me for the protective order, and my response,  which may completely nullify it, or you may simply ask Mr. Kirk Freeman and use your own, professional, and qualified, discernment.

I'm truly trying to be helpful and get this concluded so we may finally safely have kids and our lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:

> With all precedents and jurisprudence available duly considered, and further with Andrea L. Holwager entering a fictitious, frivolous, and fractious protective order against me, without legal grounds, thusly abusing our court system, and potentially in line with prior abuses against me possibly including coercion via Michael Alan (Mann) Holwager, possibly now enacted upon her in confirmation of a pattern of potential bad behavior by Jon Brent Turpin, Michael Alan (Mann) Holwager, and Jared R. Junkin, each of whom may have proven themselves mentally unfit, unsound, and ill, not only in actions, but potentially in known diagnoses:

Along with the potentially proven inability of Andrea L. Holwager to represent Michael A. (Mann) Holwager, nor even herself in court, along with the potential conflicts of interest invalidating attorney client privilege between her, Michael A. (Mann) Holwager, and Jared R. Junkin, further with the potential conflict of interest presented by potential bad behavior of Michael A. (Mann) Holwager towards Jared R. Junkin's half-sibling, and true sister by familial custody and mutual residence of Jared R. Junkin, and Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A. (Mann) Holwager may be unfit to represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin may potentially being acquitted due to the harms of bad behavior enacted towards him via potential bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words, and bad behaviors and especially if found guilty, then they are not family, except by the understanding of their complete loss of self control and taking their own accountability for everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion,

delusion, and/or their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they have harmed and/or potentially harmed, without undue turmoil, and/or distress to those who may have already mourned, and furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:07 PM
Jon F. Turpin
<jt4590@gmail.com> wrote:
Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do so, however, he may not be mine due to his own actions and words and illness, any other alternative would be a false dichotomy.

It is also a false dichotimy to allege entitlement towards me when I am simply claiming what I was already given, and already own, and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:20 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Two objects, family heirlooms and potentially priceless, yet representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be r

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Mon, Jul 10, 2023 at 11:14 AM
To: "Alexis St. Amant" <sta_law@bellsouth.net>, sachatessier@gmail.com

---

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 11:05 AM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

If that be the case, and if Denis Kulkov and Richard Bell, along with any potentially colluding with them may be guilty of treason, by aiding via not intaking potential evidence from the main whistleblower in an international and national cryptocurrency scam, in my opinion, the same may be true, and I presubmit their guilty pleas requesting any due leniency available, and because of the potential harms and losses of $60,000,000, not including emotional distress, legal fees, and/or other expenses et. al, and being unable to collect property rightfully belonging to me in the event of their deaths due to the stipulations of the treason clause in our constitution, I hereby evict them by their violation of the rights of usufruct forthwith, and preclaim all their monetary properties and assets, along with aforementioned missing and/or stolen belongings, for necessary restoration and is just and proper, as the only potential remaining Executor of their estates via Napoleonic (Law) Civil Code with the exception of those who report in line with Megan's Law, correcting their potentially honest mistakes forthwith, and hereby distribute all these assets in accord with how I declared previously for restoration of all who have been harmed, with only a "20% tip" split evenly with my sister and brother-in-law, after tithes and taxes appropriately determined and justly claimed before distribution by our Vatican, U.N., and U.S., and Louisiana, and Indiana governments.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 10:27 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Which, in my opinion, may mean they can't sue for defamation, because the actual few bad apples, by violating Megan's law... have no right to privacy via Supreme Court proceedings, and they, unlike us, may potentially be surveilled without any violation of our Constitution... unless I'm specifically their POA and they presubmit guilty pleas, because... in my opinion, an unprecedented circumstance due to circumstances and their bad behaviors...

The only higher jurisdiction may, completely unintentionally, because they may have in my opinion, provably gone against ALL other jurisdictions available since they aren't Catholic and denied confession, be God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:11 AM Jon F. Turpin <jt4590@gmail.com> wrote:
My wife also married me, and asked me for representation directly in all actions, words, Faith, and vows, under God, and I didn't include her with that prior email and mess of bad apples because she was their victim, too, and all jurisprudence and Catholic teachings dictate even if those bad apples may have violated my wife and her privacy, I reported all of them for her and put my whole life and character and reputation on the line for her as her husband by my vows.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:00 AM Jon F. Turpin <jt4590@gmail.com> wrote:
The specific legal precedent which invalidates my Mom's ability to be my Dad's POA, and Ronald Moore's ability to represent Andrea L. Holwager, and her ability to be Michael A. M. Holwager's POA, and, her's, and my sister's, and Megan Laumann's (unless she did or does report alongside me) ability to even represent themselves, or be a POA and/or medical professional and/or a therapist is:

Megan's Law

Andrea L. Holwager's attempted false protective order against me, after she already violated Megan's Law, may actually be unlawful, and potentially felonous as well, because each of them failed to report.

Jared R. Junkin is the only one who effectively, for lack of a better term, confessed, and asked for representation from me directly, and I'm the only one who followed Megan's Law to the letter and reported out of concern, every potential violation of Megan's Law duly and justly, unless those persons aforementioned reported alongside me or do so in kind.

I even reported my Dad out of concern.

This is how my Dad and Mr. Bell may blackmail and try to force silence out of victims and others for their bad behaviors: If they do report, they may kill the original victim, cover it up as an accident preceding a drug overdose then threaten all others with knowledge of his crimes with defamation suits to in effect force gag orders upon an entire county, state, and/or nation, and if this doesn't work they may try to have the original victims falsely welfare checked and if that doesn't work "swatted" via anonymous reports and other bad actors in retaliation to victims' honesty.

If that doesn't work, he may hire someone to do the dirty work, and if that doesn't work, he may try to kill them as if it's suicide, or he may target their wives and children as if they committed suicide, or try to frame the victims for any manner of felony activities.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 3:21 AM Jon F. Turpin <jt4590@gmail.com> wrote:
I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down, because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar pocket book he didn't earn, and stole from me and my Papaw Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:28 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:15 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to these bad apples bad behaviors meddling with my background checks and causing prior wrongful convictions, and violation of my expungement, civil rights, etc. et al.

Sincerely,
Jon F. Turpin

On Mon, Jul 10, 2023, 1:10 AM Jon F. Turpin <jt4590@gmail.com> wrote:
So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:

A REVERSE RICO or in other words...
Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four Geneva Conventions because I'm a civilian, wounded, noncombatant in an international and non-international conflict who has been mistreated as a prisoner of war, whose situation applies to EVERY SINGLE GENEVA CONVENTION, and they violated them ALL.

Thank you,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:58 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any
> other course of action may allow then to commit purgery, which I find wholly incorrect and unacceptable, and
> thusly enact confession.
>
> If you do some research on autistic savantism you may find it's in my nature.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:52 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> Do you know how I know I'm the POA and pro se attorney for so many families and people in our United
> States of America? Even if no one will give me my property and keeps failing to intake potential evidence?
>
> Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is only
> one prior case in legal precedent before it with the same unavoidable outcome in all jurisprudence.
>
> Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has never
> been affiliated and won't ever be affiliated even if they shot me.
>
> So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country,
> World, and God's Creatures, because to do otherwise and not prosecute the bad apples means have to
> falsely prosecute EVERYONE with a truly and verifiable innocent autistic pro se lawyer, me, who ONLY
> defends honest persons, and honest creatures under God.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:07 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> How would I know when I was under unconstitutional surveillance?
>
> Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest
> and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to
> him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that I
> did listen.
>
>
> Because those bad apples are truly rotten.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:03 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely when
> part of the transformer was updated on our new home, and a Comcast technician I didn't call showed up
> outside afterward, and neither would have any meaningful conversation with me despite potentially
> trespassing on our property without prior notice, because they thought they were doing their jobs while
> they were unfortunately breaking our constitution and castle laws... I began documenting everything to
> prepare to defend our Faith, marriage, and constitution.
>
> Because I said no more to this absolute tyrannical abuse, and I meant forevermore.
>
> Sincerely,
> Jon F. D. Turpin

On Sun, Jul 9, 2023, 11:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up
> as falsely alleged misconduct?
>
> Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into
> the back of my white Ford Focus trying to push me off the road after I tried everything I could to let
> then pass me and go on their way, including trying to pull over, except that they began to pull over with
> me instead of just going around and leaving me alone, which, after they tried to push my car off the
> road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a
> police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.

Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and after having to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....

My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.

And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.I, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 10:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest

mistake earlier, so, yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, and maybe my Mom, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:57 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:45 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with his bad behaviors, I may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:27 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in pain, and shutdown any potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS, etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the proceeds.

In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentlemen.

Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest persons unless they're going to enter a guilty plea so they may be honest men and take their own just accountability via compassionate jurisprudence under God.

You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:

A psalm of David.

I
The LORD is my shepherd;*
there is nothing I lack.a

2
In green pastures he makes me lie down;
to still waters he leads me;

3
  bhe restores my soul.

He guides me along right paths*
for the sake of his name.

4
  Even though I walk through the valley of the shadow of death,c

I will fear no evil, for you are with me;
your rod and your staff comfort me.

II

5
  *You set a table before me

in front of my enemies;*
You anoint my head with oil;*d
my cup overflows.e

6
  Indeed, goodness and mercy* will pursue me

all the days of my life;
I will dwell in the house of the LORDf
for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

**Give Me Liberty Or Give Me Death**

**Patrick Henry, March 23, 1775.**

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
  Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his

executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:58 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I simply don't have nor do, and didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:09 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.

Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scame, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.

Sincerely,
Jon F. Turpin

On Sun, Jul 9, 2023, 6:48 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last, or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our

communications center together, both of which have false allegations
against me of misconduct possibly due to my Dad's potential meddling
and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may
already have caused my cousin Jon C. Cummings to be wrongfully
terminated from the ATF, and Jon Cummings did win his court case
proving he was wrongfully terminated, much like I just was while working
in government for a compliance branch of the DEA, and still following
DOJ protocols, which supersedes the DEA and their decision, so, Mr.
Bell may have meddled in potential collusion as part of the Secret
Service to prevent my valid application to the FBI to try and attempt to
prevent me from rightfully superseding DEA, even though it was without
malice.

Which may be further real life examples of my Dad perpetually
attempting to cause unconstitutional double, or even octouple jeopardy
via use of an already unconstitutional Revocable Trust that he may not
even be allowed to be in due to his bad behaviors. He is that intelligent
and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to
try and be a false king and false God.

What they are doing may be an attempt to split our nation down the
middle and cause an East to West Civil War, while simultaneously
breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law)
Civil Code, which has precedent, because this is literally the main reason
that the code exists, to prevent a marine invasion via our main river, and
Cuba sits below this, and was already used as a landing base for
potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but
hidden via a Revocable Trust, and two or three of the people I've
indicated for indictment may not even know they're being used in this
way.

But I see no reason that, out of those I indicated for indictment, Denis
Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their
pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad
apples trying to get out of their accountability.

Seriously, and sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also our Honorable Attorney General of Nevada, since my Best Man is
from there.

Look, the unconstitutional surveillance may be being used to try and
break marriages, and to force husbands and wives to fight and testify
against each other, in effect, to break our separation of Church and
State, and to also break our Catholic church, against God, which
would in effect break the Catholic Church, the Vienna Convention,
Western Rites, and Eastern Orthodox Rites, and thusly the U.N.
Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S.
Constitution and Bill of Rights, and in effect, would potentially cause
World War 3.

Hitler already tried this once, so there's literal precedent, and these
rotten apples have been trying to use me, my wife, and our marriage to
do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

And our Honorable Attorney General of Texas, pleade pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Atorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.

Thank you,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:31 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case, and update to joining pro se and as aforementioned in the following proceedings, etc. et al:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

*Missouri v. Biden* was filed by the attorneys general of Missouri and Louisiana on May 5, 2022. The Court granted their motion for discovery on July 12, 2022, clearing the way for Missouri and Louisiana to gather documents and depose witnesses from the Biden Administration.

https://ago.mo.gov/docs/default-source/press-releases/missouri-v-biden-ruling.pdf?sfvrsn=dd807c2_2

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:36 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I hereby add the Honorable Chief Justice Terry A. Doughty as a recipient of the aforementioned

potential evidence and my solidarity joining pro se.

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

Sincerely,

Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:18 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
> Please add any individual I've indicated for indictment to
our Honorable Todd Rokita Attorney General Indiana, and
those I've indicated in my current OSC-14 complaint form
to the other side of the suit and/or case and/or any further
related cases and proceedings, so we may put these
potential bad apples in their own rotten barrel where they
may belong by all precedents and God.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:46 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
> I also join as a current applicant for the FBI possibly
being denied potentially due to deceit and potentially
further unconstitutional surveillance by a specific
member of the Secret Service and bring potential harms
and losses possibly in excess of $60,000,000, and still
counting, to the table as an additional plaintiff, with
possible evidence of not only double, but possibly
octouple jeopardy levied against me, and potentially my
wife and our rightful marriage under God against not only
our U.S. Constitution, but all values we hold dear and
against all reason and justice, which I may only be able
to describe as attempts to break the very foundations of
our nation and world to enact tyranny and slavery
against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by
email at jt4590@gmail.com, and I ask you to join my
Google group so you may review even some of the case
and potential evidence which I have prepared thusly and
thus far out of absolute necessity to simply exist and
survive the onslaught which we have so far endured.

In my opinion, it's time to remind our nation that it's not
just words when we say "IN God We Trust" and Sirs,
we're the men to do that.

Thank you sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:34 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
> I also join as a Catholic gentleman, and member of the
FBI Infragard, and a former employee of

DirectEmployers Association (potentially a compliance branch of the DEA).

I've contacted King and Spalding in Washington D.C., requested contact information for FBI Director Christopher Wray, via voice-mail in good faith effort to proceed, along with notifying John Fox of Fox and Wang of my wrongful termination and falsely alleged misconduct potentially brought about and/or related to potentially unconstitutional surveillance of us due to events which have and do require my response according to all just cause and reason along with Faith, Church, Marriage, scripture, and all jurisprudence, including the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code and Violations of Usufruct, the U.S. Constitution and Bill of Civil Rights, and simply any and all reason, with just and probable cause for concern for the well-being of all God's Creatures.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:02 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> Dear Honorable Mr. Jeffrey Landry Attorney General Louisiana,
> You are hereby added to the addressees for this potential evidence towards your existing case, and any further and/or related proceedings forthwith: 22-30087
>
> I hereby join in your case and any related cases, pro se, and also as the as the designated POA for 7 or more families within our great United State of America, as our representation, a victim, witness, whistleblower, citizen, but most importantly as a man of Faith, husband, and one of God's Creatures in our U.N. and world with the God-given inalienable right to say "no more" and stand ground as God intended.
>
> Sincerely,
> Jon F. D. Turpin
>
> On Sun, Jul 9, 2023, 2:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>
>> On Sun, Jul 9, 2023, 2:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>
>>> On Sun, Jul 9, 2023, 2:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>
>>>> On Sun, Jul 9, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>
>>>>> On Sun, Jul 9, 2023, 2:03 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>
>>>>>> On Sun, Jul 9, 2023, 1:54 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>>
>>>>>>> On Sun, Jul 9, 2023, 1:53 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>>>
>>>>>>>> On Fri, Jul 7, 2023, 9:32 PM Jon F. Turpin <jt4590@gmail.com> wrote:

In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my Dad's illness, she would also likely be acquitted.

At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

This is the best and most reasonable and acceptable solution I can present in the utmost good faith, to save everyone time and resources.

I can show you the case against me for the protective order, and my response, which may completely nullify it, or you may simply ask Mr. Kirk Freeman and use your own, professional, and qualified, discernment.

I'm truly trying to be helpful and get this concluded so we may finally safely have kids and our lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:
> With all precedents and jurisprudence available duly considered, and further with Andrea L. Holwager entering a fictitious, frivolous, and fractious protective order against me, without legal grounds, thusly abusing our court system, and potentially in line with prior abuses against me possibly including coercion via Michael Alan (Mann) Holwager, possibly

now enacted upon her in confirmation of a pattern of potential bad behavior by Jon Brent Turpin, Michael Alan (Mann) Holwager, and Jared R. Junkin, each of whom may have proven themselves mentally unfit, unsound, and ill, not only in actions, but potentially in known diagnoses:

Along with the potentially proven inability of Andrea L. Holwager to represent Michael A. (Mann) Holwager, nor even herself in court, along with the potential conflicts of interest invalidating attorney client privilege between her, Michael A. (Mann) Holwager, and Jared R. Junkin, further with the potential conflict of interest presented by potential bad behavior of Michael A. (Mann) Holwager towards Jared R. Junkin's half-sibling, and true sister by familial custody and mutual residence of Jared R. Junkin, and Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A. (Mann) Holwager may be unfit to represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin, may potentially being acquitted due to the harms of bad behavior enacted towards him via potential bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words, and bad behaviors and especially if found guilty, then they are not family, except by the

understanding of their complete loss of self control and taking their own accountability for everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion, delusion, and/or their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they have harmed and/or potentially harmed, without undue turmoil, and/or distress to those who may have already mourned, and furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:07 PM
Jon F. Turpin
<jt4590@gmail.com> wrote:
Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do so, however, he may not be mine due to his own actions and words and illness, any other alternative would be a false dichotomy.

It is also a false dichotimy to allege entitlement towards me when I am simply claiming what I was already given, and already own, and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal,

that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:20 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Two objects, family heirlooms and potentially priceless, yet representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be r

Jon F. Turpin <jt4590@gmail.com>                                          Mon, Jul 10, 2023 at 5:26 pm
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

The false protective order from Andrea L. Holwager may proves it is conspiracy by Jin Brent Turpin and Michael A. M. Holwager to commit murder by my Dad threatening to do so if I married Erin when I was 19, and he and Michael A. M. Holwager trying to make it happen at any available opportunity since, because Andrea L. Holwager is the other witness who knows I planned to marry Erin.

Even though my Dad is just incorrect and wrong for threatening that and trying to do that to us in the first place, and using it to prevenr our marriage then, or ever, at all.

There you go... these men may have put their own wives and kids in front of their long black train of conspiracy to murder.

If they may do that, is it a stretch to think they may do anything they may get away with? Does that sound like love to you?

In juxtaposition, I'm willing to die for my Love, even though it would be wrongful, and defend my wife myself all the way to God, even if it means I have to sign up for our military to go tell Pootin and Chinping with only a bat, frying pan, Thor's hammer, or even simply my bare hands and my Bible, that we have an irreconciable difference in opinions about mine and my Wife's God-given inalienable rights to say "NO" and to Worship God in our Catholic Church and to safely have children of our own to know Jesus without their nasty nuclear waste and viral plagues in a way they can't say no to.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 11:05 AM Jon F. Turpin <jt4590@gmail.com> wrote:
If that be the case, and if Denis Kulkov and Richard Bell, along with any potentially colluding with them may be guilty of treason, by aiding via not intaking potential evidence from the main whistleblower in an international and national cryptocurrency scam, in my opinion, the same may be true, and I presubmit their guilty pleas requesting any due leniency available, and because of the potential harms and losses of $60,000,000, not including emotional distress, legal fees, and/or other expenses et. al, and being unable to collect property rightfully belonging to me in the event of their deaths due to the stipulations of the treason clause in our constitution, I hereby evict them by their violation of the rights of usufruct forthwith, and preclaim all their monetary properties and assets, along with aforementioned missing and/or stolen belongings, for necessary restoration and is just and proper, as the only potential remaining Executor of their estates via Napoleonic (Law) Civil Code with the exception of those who report in line with Megan's Law, correcting their potentially honest mistakes forthwith, and hereby distribute all these assets in accord with how I declared previously for restoration of all who have been harmed, with only a "20% tip" split evenly with my sister and brother-in-law, after tithes and taxes appropriately determined and justly claimed before distribution by our Vatican, U.N., and U.S., and Louisiana, and Indiana governments.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 10:27 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Which, in my opinion, may mean they can't sue for defamation, because the actual few bad apples, by violating Megan's law... have no right to privacy via Supreme Court proceedings, and they, unlike us, may potentially be surveilled without any violation of our Constitution... unless I'm specifically about POA and they presubmit guilty pleas, because... in my opinion, an unprecedented circumstance due to circumstances and their bad behaviors...

The only higher jurisdiction may, completely unintentionally, because they may have in my opinion, provably gone against ALL other jurisdictions available since they aren't Catholic and denied confession, be God.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:11 AM Jon F. Turpin <jt4590@gmail.com> wrote:
My wife also married me, and asked me for representation directly in all actions, words, Faith, and vows, under God, and I didn't include her with that prior email and mess of bad apples because she was their victim, too, and all jurisprudence and Catholic teachings dictate even if those bad apples may have violated my wife and her privacy, I reported all of them for her and put my whole life and character and reputation on the line for her as her husband by my vows.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 6:00 AM Jon F. Turpin <jt4590@gmail.com> wrote:
The specific legal precedent which invalidates my Mom's ability to be my Dad's POA, and Ronald Moore's ability to represent Andrea L. Holwager, and her ability to be Michael A. M. Holwager's POA, and, her's, and my sister's, and Megan Laumann's (unless she did or does report alongside me) ability to even represent themselves, or be a POA and/or medical professional and/or a therapist is:

Megan's Law

Andrea L. Holwager's attempted false protective order against me, after she already violated Megan's Law, may actually be unlawful, and potentially felonous as well, because each of them failed to report.

Jared R. Junkin is the only one who effectively, for lack of a better term, confessed, and asked for representation from me directly, and I'm the only one who followed Megan's Law to the letter and reported out of concern, every potential violation of Megan's Law duly and justly, unless those persons aforementioned reported alongside me or do so in kind.

I even reported my Dad out of concern.

This is how my Dad and Mr. Bell may blackmail and try to force silence out of victims and others for their bad behaviors: If they do report, they may kill the original victim, cover it up as an accident preceding a drug overdose then threaten all others with knowledge of his crimes with defamation suits to in effect force gag orders upon an entire county, state, and/or nation, and if this doesn't work they may try to have the original victims falsely welfare checked and if that doesn't work "swatted" via anonymous reports and other bad actors in retaliation to victims' honesty.

If that doesn't work, he may hire someone to do the dirty work, and if that doesn't work, he may try to kill them as if it's suicide, or he may target their wives and children as if they committed suicide, or try to frame the victims for any manner of felony activities.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 3:21 AM Jon F. Turpin <jt4590@gmail.com> wrote:
I also used to work for TaTa Consultancy Group at Eli Lilly/Elanco, and so did my uncle Joe Turpin as a main chemist.

Since TaTa pretty much runs India's business sector, and they're mainly managing one of our main pharmaceutical companies, we may want to get them OFF Putin's board or absolutely ensure that they are OUR double agent, which I suspect they are, but they're intelligent people and in my opinion already hedging their bets against our other medical sector just as the Russian and Chinese Mobs may have infiltrated our top levels of government and may have been infiltrating our Healthcare system, especially the cardiology sector.

Because this may align with everything which COVID attacks and ensure deaths in a cold war while simultaneously weakening a nation from within at their crossroads and crosslines via Wayne County, IN, via a Revocable Trust with a narcissist controlling, or at least attempting to control, an entire county, to take over these crossroads, and weaken our country for naval to land invasion which just isn't working well enough for them so now they're even trying to frame poor old grandpappy.

Just like my Dad tried to do to all his peers, elders, and even his kwn wife and children, whose records I'm trying to rightfully clear and get pardons for because, in my opinion, we've all, except for the few bad apples causing this rotten barrel dumpster fire, earned them and deserve the pardons I've been asking for since emailing Governor Holcomb directly about it years ago.

In my opinion that made my Dad so unjustly rageful against all reason, that he's tried all of this bad behavior just to metaphorically hold me down, because, in my opinion he's akin temper tantrum throwing 2 year old with $10,000,000 dollar pocket book he didn't earn, and stole from me and my Papaw Turpin and my Mom and Sister and our family and guns which he's proven through his bad behaviors that he not only mishandles, but misuses in violent ways against God's Creatures, not while hunting, but against domestic family members: pets, and threatens to use against his own wife and children when he's told "no" among other things like disownment and divorce, via any means, even death and/or familicide if we won't play along with his delusion even if to do so would mean we die of overdoses.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:28 AM Jon F. Turpin <jt4590@gmail.com> wrote:
Do you know why the Russians, Turks, Indians, Pakistanis, and even the Chinese will listen to me if you put me in charge? Because I used to play StarCraft as a kid with Alexander Bradley Canales with and against the future, now past, world champion contenders of StarCraft and we kept up with them, AND...

Because I played Clash of Kings against their leaders, with not even 1/10 of the monetary resources spent by me as them, and their leaders and military personnel are some of the main people who played that game since the other citizens in their countries can't even afford it, and I absolutely knocked them to the floor until they tried to hack my Google account and rob me through the app so they could win.

If you tell them you put GoldGrenade in charge, they will pretend not to care, but they'll wear their brown pants on patrol.

Sincerely,
Jon F. D. Turpin

On Mon, Jul 10, 2023, 1:15 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> Do you know how I know I'm a prisoner of war? Because my passport was falsely invalidated and denied due to
> these bad apples bad behaviors meddling with my background checks and causing prior wrongful convictions, and
> violation of my expungement, civil rights, etc. et al.
>
>
> Sincerely,
> Jon F. Turpin

On Mon, Jul 10, 2023, 1:10 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> So, if you've ever played UNO, and if you've watched Find Me Guilty... this is known as:
>
> A REVERSE RICO or in other words...
> Prosecute those few traitorous, treasonous, heretical, enemies of our state and world against even the four
> Geneva Conventions because I'm a civilian, wounded, noncombatant in an international and non-international
> conflict who has been mistreated as a prisoner of war, whose situation applies to EVERY SINGLE GENEVA
> CONVENTION, and they violated them ALL.
>
> Thank you,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:58 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> For me to drop someone as their lawyer, unless a guilty plea is presubmitted, it may mean I suspect that any
> other course of action may allow then to commit purgery, which I find wholly incorrect and unacceptable, and
> thusly enact confession.
>
> If you do some research on autistic savantism you may find it's in my nature.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:52 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> Do you know how I know I'm the POA and pro se attorney for so many families and people in our United
> States of America? Even if no one will give me my property and keeps failing to intake potential evidence?
>
> Because my Dad and Mr. Bell and these other bad apples caused a verifiable RICO so large that there is
> only one prior case in legal precedent before it with the same unavoidable outcome in all jurisprudence.
>
> Except I'm not in jail already, because unlike the pro se lawyer in that case I'm an honest man who has
> never been affiliated and won't ever be affiliated even if they shot me.
>
> So find me guilty of being a Catholic gentleman and married family man of God, Faith, Church, Country,
> World, and God's Creatures, because to do otherwise and not prosecute the bad apples means  have to
> falsely prosecute EVERYONE with a truly and verifiable innocent autistic pro se lawyer, me, who ONLY
> defends honest persons, and honest creatures under God.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:07 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> How would I know when I was under unconstitutional surveillance?
>
> Because my cousin, Jon C. Cummings may have been the highest ranking civilian officer in the Midwest
> and Eastern United States of America, and the leading surveillance specialist in the ATF, and I listened to
> him when he told me how it was done, simply out of genuine curiosity, but now, I'm extremely happy that
> I did listen.
>
> Because those bad apples are truly rotten.
>
> Sincerely,
> Jon F. D. Turpin

On Mon, Jul 10, 2023, 12:03 AM Jon F. Turpin <jt4590@gmail.com> wrote:
> Once I suspected I was under unconstitutional surveillance while abiding the law, which was likely
> when part of the transformer was updated on our new home, and a Comcast technician I didn't call

showed up outside afterward, and neither would have any meaningful conversation with me despite potentially trespassing on our property without prior notice, because they thought they were doing their jobs while they were unfortunately breaking our constitution and castle laws... I began documenting everything to prepare to defend our Faith, marriage, and constitution.

Because I said no more to this absolute tyrannical abuse, and I meant forevermore.


Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 11:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why do I have a speeding ticket in Ohio that was already paid for and decided but has come back up as falsely alleged misconduct?

Because someone in a Cadillac with road rage for absolutely no reason I could give you bumped into the back of my white Ford Focus trying to push me off the road after I tried everything I could to let then pass me and go on their way, including trying to pull over, except that they began to pull over with me instead of just going around and leaving me alone, which, after they tried to push my car off the road, told me they would potentially attack me, and/or kill me, if I pulled over and stopped without a police presence.

So I called 911 and kept driving, and tried to get away from them without breaking the law, but had to speed up because they were still trying to do the civilian equivalent of an illegal "pit maneuver" on my smaller and lighter car, and an officer, who wasn't yet aware of the situation pulled only me over, and despite me actively being on the phone with 911 about the event and following their directions as they were going to dispatch an officer, the officer, of no fault of their own, except by not hearing me and my plight, which I forgive them for, told me to hangup on the 911 operator and assumed I was the problem while I was trying not to have a bad behaving road rage attempt to push my car off the road and/or kill me.

So I just listened to the respected law enforcement officer's directions, and took the ticket, tried to explain the situation, with evidence, including that I was actively on the phone with 911 in my call records, to no avail, so I simply paid the ticket in full and moved on, but because it caused an issue with my character, even that is still attacked despite a validated expungement.


Why did I purchase marijuana in Illinois, then throw it away in line with the law?

Because I had to report Jared R. Junkin for attempting to sell marijuana and give pills to minors out of concern, and after having to report him for other things he said regarding minors and his bad behaviors, and Michael A. M. Holwager trying to cover up his own complicity in those bad behaviors, and Andrea L. Holwager trying to give me pills from her Adderall prescription and falsely ID me just because I didn't want to be subjugated yet again to my Dad's absolute abuse after he threatened I'd be shot for telling him and my Mom no to also abusing my wife to the point she cried and threatening her with destitution, and trying to bribe us out of our Faith....


My Dad, much like Mr. Bell, and in line with Michael A. M. Holwager, and Jared R. Junkin's actual disorders, tried to act like I was a mentally addled drug addict, who couldn't exist without their absolute abusive control and threats of death, destitution, and/or coercion, nor be a married man, and even threatened my job and rights to breathe or even exist on this planet...

And by purchasing the marijuana and throwing it away I was able to prove that he would go to all lengths, even falsely identifying me as a potential active shooter threat via Michael A. M. Holwager, who he has collided with before, and cause us to be under unconstitutional surveillance, despite my pre-existing and valid gun permit, in line with the wrongful conviction my Dad forced me to have, after using me as collateral while I was a minor, in a falsely filed court case against the state of Indiana, much like Mr. Bell has done to his own children, in my opinion.


And because of this, I tied the whole chain of their bad behaviors back to in my opinion the actual main bad apple in the Biden administration who my Dad may have been colluding with to cause multiple of my relatives to be wrongfully terminated.I, including me, repeatedly, in ways that can literally kill people and cause a civil war, which I have been preventing, by simply and constantly telling him no, even when he tells me it's literally "to the death" and has threatened to have me put to death over nothing since the first time I tried to get married to my now, and forever wife, Erin.

This is the hell I've lived through and in my opinion God has even told him no at this point and he's going against God, and I can't and won't tolerate, nor accept that, no matter how hard he and any crony he has try to scapegoat me and even if I'm made into only a Lord of a tiny plot of dirt in Scotland with only a tent to live in with my lovely wife so we can still attend Catholic Church, and if my Dad can't accept that...

Just enact justice on him before he tries to kill me again, because I'll do what I've always done, and stand my ground and defend myself, and do it so correctly that you'll have to finally prosecute him or all become complicit in his bad behaviors, not because of me, because I care about and defend all of God's Creatures, but because he'll force you to, or Mr. Bell will, because they each may truly, delusionally, think they're God on this earth sent to punish us all for simply existing, not in their delusion.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 10:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:
In my opinion, the other reason my Dad is the way he is is lead in gasoline, which has correlation and is causal towards his bad behaviors, and it aligns with the other case I mentioned as an honest mistake earlier, so, yes, I could also join that case decided on my birthday this year pro se, etc. et al., and I could chart it and use everything including precedent from the fall of the Roman Empire from lead in their aqueducts and properly align it with modern day events.

You'll notice I didn't say the Holy Roman Empire fell, because it never did, despite Henry the VIII's bad behavior in the U.K., also of precedent to narcissistic behaviors.

In my opinion, the "Spear of Destiny" while being a literal object, may also be a metaphorical term for the human being which holds it as well, because God has dominion over everything, and what others seem to forget is that to communicate with a narcissist, who is effectively a human with no identity, or in other words, a human who may be considered to have "lost" or "renounced" their soul and/or the Holy Spirit, and in my opinion effectively, and most sadly become an "object" themselves... is you have to hold and have an "object of power" which they desire, to keep them from killing you, or worse, slowly torturing you to death to try and take your soul, which naturally, since they aren't God, no matter how much they delusionally believe themselves to be, they can't take your soul nor restore theirs in doing so.

So they take trophies, where an autistic person, like me, and my Papaw, and maybe my Mom, keep sentimental heirlooms and potentially, at least in my case, get a tattoo or two to signify our struggle surviving a narcissist and hold onto the memories that the narcissist forever denies, gaslights, and attempts to destroy, so we may carry those that were capable of love and kindness towards us with us wherever we go and pay it forward even as the narcissist tries to hunt us down like we're a wounded animal too disgusting to have even be allowed to be born, because to the narcissist how dare we exist and require even the fundamentals.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:57 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Putin is breaking, NOW is the time:
https://www.msn.com/en-us/news/world/putin-purges-top-general-in-charge-of-war-against-ukraine/ar-AA1dD61F?ocid=NL_ENUS_A1_00010101_1_1

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:45 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Also in my opinion, abortion, with only a few medical and, MAYBE violent crime exceptions, is murder, and my Dad may have worked my Pappy Fritz to death, and my Mom so hard when I was in the womb that he nearly caused her to, of no fault of her own, abort me, and it gave me autism.

I know he caused my Mom so much stress when she was pregnant with my little sister that he could have caused it then, and even when I was 4 I stood up for them both because I was there and witnessed it firsthand, and he's beat me down so hard with his bad behaviors, I

may have had a heart attack just like my Pappy Fritz just from being around him because he never stops no matter what you do until someone literally forces him, because he just can't.

When you do make him stop, if he even has access to a phone or a computer or can even speak to someone who doesn't like you, he may do anything to get them to do what he wants out of mutual resentment.

In my opinion that's what we're facing here, and he may have nearly helped cause a war now, and I think that's truly unacceptable.


Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 9:27 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, if you pass the senate Bill to legalize marijuana, and you already know I'm not doing it, and that I don't think it should be around kids, and that includes pregnant ladies, and that I think it needs to be treated at least as stringently as alcohol, if not having even higher age requirements, (unless prescribed by an educated and qualified medical professional to treat anorexia or another valid medical reason such as nearly being paralyzed due to the harms of experiencing narcissistic abuse) and prevention of persons smoking it excessively, which is an opinion even in line with being a Catholic gentleman.

You may effectively give back control of our nation's bread basket from the potentially commie bad apples who may be using cocaine and fentanyl to try and undermine our foundations, and put the power back in the hands of our people, farmers and governments of our great U.S.A., and U.N., and Catholic Church. (God is Omnipotent)

We don't have to like it, nor even do it, but we may need to allow, regulate, and tax it to simultaneously win the perpetual war on drugs taking place since Nixon was in office and also prevent a civil war, and/or WW3.

Take control of the marijuana industry that kills no one and makes people sit on their couches and eat food and work from home causing them to naturally avoid COVID and spend money to drive our economy and work and pay taxes even when they're in pain, and shutdown any potential bad apples trafficking cocaine, fentanyl, and people like animals, and fund our thin blue line, and thin red line, and education, and transportation, communication, and government agencies and assistance, Federal Reserve, IRS, etc. et al, and if we must go to war, our great American and U.N. and Vatican militaries under God for all God's Creatures with the proceeds.


In my opinion, it may be the only acceptable answer after research into a potential pattern of bad behaviors, confirmed:
Use a metaphorical hemp rope to drag the bad behavior commie trolley train to a halt.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, of import, I'm legally in both FBI Infragards for Indiana and Louisiana due to properly utilizing Usufruct under Napoleonic (Law) Civil Code, and I may be in fact able to file pro se in Louisiana, but even if for some other reason I can't, in my opinion, both attorney generals in this email may work together on this in line with the aforementioned civil code due to the severity of the situation, by simply both intaking evidence from me pro se and as a victim and witness, etc. et al, what we had to do to protect ourselves made this possible, but I'd suggest haste gentleman.


Both of you have had potential evidence and potential indictments delivered to you via myself pro se, and I've presubmitted the guilty please for 3 out of 5 of the bad apples since I'm their only possible representation, and I don't and won't represent dishonest persons unless they're going to enter a guilty plea so they may be honest men and take their own just accountability via compassionate jurisprudence under God.


You may have a proven and prewon case here if you keep us alive and get on board...

This took me years, and I don't need a thank you, just God, my wife and our marriage and cats, a pardon, restoration, and all our rights and freedoms so we may finally have kids of our own to raise up in our Catholic Church and great United States of America to know Jesus, Mary, Joseph, and Michael, and all our other Spiritual, Biblical and Historical greats as our forefathers intended.

I already spent 33 years in a dungeon not of my making and for no just cause nor reason, and I refer you to Psalm 23: 1-6:

A psalm of David.

I

The LORD is my shepherd;*
there is nothing I lack.a

2

In green pastures he makes me lie down;
to still waters he leads me;

3

bhe restores my soul.
He guides me along right paths*
for the sake of his name.

4

Even though I walk through the valley of the shadow of death,c
I will fear no evil, for you are with me;
your rod and your staff comfort me.

II

5

*You set a table before me
in front of my enemies;*
You anoint my head with oil;*d
my cup overflows.e

6

Indeed, goodness and mercy* will pursue me
all the days of my life;
I will dwell in the house of the LORDf
for endless days.

With all due respect to our forefather, Patrick Henry, who said it better than I ever may be able to:

### Give Me Liberty Or Give Me Death

### Patrick Henry, March 23, 1775.

https://avalon.law.yale.edu/18th_century/patrick.asp

P.S. - I'm one man who kept Yale University Health's cardio software running for them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 8:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Anyway, to give an analogy, just like my Grandpa Taft can't remember if he tried to save a man in a plane crash from Indiana off of New England, with all due respect, "Grandpappy" Biden may not even be aware of what is potentially going on here, he's probably been trying to save his son from the bad behavior he got himself into in Ukraine, and his boy seems to have listened to his Dad for once. Grandpappy Biden is probably just sad that some bad apples acted like he was mistreating his grandkids, and he may not be able to keep track of classified documents, much less understand why anyone would say he's Mr. McFeely in a negative way, which is an absolute shame and completely false dichotomy.

Mr. Roger's would have something to say about anyone trying to attribute bad behavior to Mr. McFeely, and if Mr. Rogers were Catholic, he'd probably be nominated for sainthood, so maybe calling Mr. Biden Mr. McFeely is a compliment.

You know what I think needs to happen here? Uncle Trump and Aunt Clinton need to shake hands go pick up Grandpappy Biden together and both tell him sorry and let him sign their pardons while he is potentially still competent, which, he has to be competent enough to still be a family man, even if he's, forgivably, having a hard time fulfilling his executive duties, and he needs to let Uncle Trump and Aunt Hillary knock some of these bad behaving potential commies and bad apples inside his administration to the ground, and y'all should indict and drag their red behinds down to our Honorable Justice Doughty, and let him metaphorically throw them into the Pontchartrain like I've suggested from the start, so full circle, y'all up to the task?

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:58 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I also already own land and title in Scotland under clan Elliott, so even if my Dad has my Mom disown me to try and violate succession against the Vienna Convention yet again, since clan Elliott is passed via maternal line, he can't. He's not just incorrect, he's wrong, and out of line, so to allude to Monopoly and paraphrase:

Take him to jail, do not pass go, do not allow him to collect $$.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I simply don't have nor do, and didn't have cocaine to even give to Bell, but may have tried to accuse me of being a drug addict off of a bender to try and set this scam up and make me the scapegoat yet again.

So in my opinion there's your culprit and bad apple and I report him out of concern for indictment, congratulations, yahtzee.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 7:09 PM Jon F. Turpin <jt4590@gmail.com> wrote:
I couldn't have done it, because Bell wouldn't take anything from me, not even potential evidence, and I was in Charlotte, NC directly afterwards and never went to the White House, because I know these bad apples want a scapegoat, and I absolutely refuse to ever be their scapegoat again.

I told them no more and meant it, and if they continue to try and act like I'm affiliated with their bad apple barrel I'm going to be the worst boss they ever had and turn every last one of these bad behaving, non-family oriented, faithless, and God denouncing, blaspheming, heretical, bad apples, into their own dumpster fire that they lit themselves and shut down their whole organized crime business like an axe man.

7/13/23, 9:02 PM                           Gmail - Cooperation and Support

Maybe that's why my grandpa and grandma left me our Becker Family Cleaver, because they knew I was up to the job, gentleman.

Mr. Sowers was already told I own it, and Kyle Becker and Steve Becker confirmed.

It's metaphorical and I'm not threatening anyone, but it's past time to let me do the job God and my grandparents and heritage gave me so we can throw these bad apples back into the Pontchartrain and let them swim back to Russia and China where the belong, and if they won't take them, and if God doesn't want them, that's on them.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:56 PM Jon F. Turpin <jt4590@gmail.com> wrote:
It also may be possible that Biden's son has nothing to do with the cocaine just found in the White House, especially since he simply wasn't there, and that the same misbehaving bad apples may have planted it in an attempt to overthrow our, admittedly potentially mentally incompetent, but also most senior public servants in our nation.

The first family literally have a rock solid alibi because they just weren't there, but my Dad may be involved with every single Cocaine family from Colombia, and Bell may be potentially colluding with him, so...

Just follow that chain all the way to the White House and the potential abuses of unconstitutional surveillance by one Secret Service member who may have failed to intake potential evidence related to a confirmed international cryptocurrency scame, which I may have been the first, if not one of the first whistleblowers on, and it's not a stretch at all to think he may also be potentially capable of planting cocaine in the White House since he didn't respect his bosses in the FBI either when he sued Georgia for defamation using his kids to potentially avoid his own accountability.

Sincerely,
Jon F. Turpin

On Sun, Jul 9, 2023, 6:48 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Correction of an honest mistake:
***I may be a direct **decendent** of Turpin De Reims***

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why might it break our Catholic Church?

Because I may be a direct dependent of Turpin De Reims, put in place by Charlegmage of the Holy Roman Empire, and I also may be the last, or one of the last true heirs of the original Finnish Kings, and definitely am the last, or one of the last true heirs of the Scottish Kings, who also has Jewish heritage which originally survived Hitler... and gentleman, that is simply how the world works, even though we aren't in medieval times anymore, if you want to claim dual citizenship in the first member state in our U.N., or even in some other member states in our U.N., you have to be able to trace your heritage there, so I did, and it turns out I can claim heritage relates to rulers in almost every main member state...

Meaning if World War 3 were to start, and we had to enact martial law and a ruler...

I'm the only designated and rightful ruler that every nation on the side of freedom and God may accept must we go to war... and my Dad and Grandpas may know it, because my Dad may not be fit, nor able, nor

qualified due to him violating succession, without me disowned him, which means he may have violated the Vienna Convention since I asked for immunity based upon my heritage, and wasn't denied, so he may have tried to prevent my passport to stop this, except that we're in a cold war, so I don't even have to have a passport to receive dual citizenship and diplomatic immunity.

There is precedent for this in refugee status, and when the Jewish people have had to repeatedly flee persecution even by Hitler.

So please withhold your skepticism, and read what I've written, and realize I've already asked His Holiness the Pope to research and verify my heritage due to this.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:25 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Why are they trying to use our marriage to do it? A few reasons:

Our marriage ties our nation together metaphorically from Indiana, our crossroads and crosslines of transportation, and Ohio and Illinois tie our communications center together, both of which have false allegations against me of misconduct possibly due to my Dad's potential meddling and collusion when cases were already decided.

Michigan is the last piece of the belt, and my Dad's meddling may already have caused my cousin Jon C. Cummings to be wrongfully terminated from the ATF, and Jon Cummings did win his court case proving he was wrongfully terminated, much like I just was while working in government for a compliance branch of the DEA, and still following DOJ protocols, which supersedes the DEA and their decision, so, Mr. Bell may have meddled in potential collusion as part of the Secret Service to prevent my valid application to the FBI to try and attempt to prevent me from rightfully superseding DEA, even though it was without malice.

Which may be further real life examples of my Dad perpetually attempting to cause unconstitutional double, or even octouple jeopardy via use of an already unconstitutional Revocable Trust that he may not even be allowed to be in due to his bad behaviors. He is that intelligent and deranged, and may also be a double agent.

Because that may be what he does to me and all his family members to try and be a false king and false God.

What they are doing may be an attempt to split our nation down the middle and cause an East to West Civil War, while simultaneously breaking our metaphorical "Watergate" of Louisiana's Napoleonic (Law) Civil Code, which has precedent, because this is literally the main reason that the code exists, to prevent a marine invasion via our main river, and Cuba sits below this, and was already used as a landing base for potential nuclear war and naval invasion by Russia in the past.

Same tactics used in the past by bad apples being used again, but hidden via a Revocable Trust, and two or three of the people I've indicated for indictment may not even know they're being used in this way.

But I see no reason that, out of those I indicated for indictment, Denis Kulkov, Richard Bell, and Jon Brent Turpin wouldn't know via their pattern of behaviors, except my Dad may be simply criminally insane.

The other two may be other awful, uninformed, yet still colluding, bad apples trying to get out of their accountability.

Seriously, and sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 6:00 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Also our Honorable Attorney General of Nevada, since my Best Man is from there.

Look, the unconstitutional surveillance may be being used to try and break marriages, and to force husbands and wives to fight and testify against each other, in effect, to break our separation of Church and State, and to also break our Catholic church, against God, which would in effect break the Catholic Church, the Vienna Convention, Western Rites, and Eastern Orthodox Rites, and thusly the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code, the U.S. Constitution and Bill of Rights, and in effect, would potentially cause World War 3.

Hitler already tried this once, so there's literal precedent, and these rotten apples have been trying to use me, my wife, and our marriage to do it, and it's unacceptable.

So before they turn us into a real-life Wizard of Oz nightmare akin to the fall of the Roman Empire, let's get on board my All American Express and sound the whistle and blow our horns like we mean it and remind them all that they live in Jericho.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 5:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

And our Honorable Attorney General of Texas, pleade pardon me for forgetting to mention the elephant in the room.

Sincerely,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:41 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Should I not be able to join pro se, I sincerely request that our Honorable Indiana, Illinois, Ohio, Kentucky, Massachusetts, Florida, Georgia, Tennessee, West Virginia, Virginia, North Carolina, South Carolina, Mississippi, Arkansas, Montana, Wisconsin, North Dakota, South Dakota, Alabama, California, Pennsylvania, New Jersey, and New York Atorney Generals join immediately and forthwith as the potential witnesses and potential evidence spans these states and potentially more in our great Union and may require our response in all jurisprudence.

Thank you,
Jon F. D. Turpin
FBI Infragard

On Sun, Jul 9, 2023, 5:31 PM Jon F. Turpin <jt4590@gmail.com> wrote:

I correct my prior honest mistake, though I may also be able to present supporting evidence for the aforementioned case,

7/13/23, 9:02 PM                                                    Gmail - Cooperation and Support

and update to joining pro se and as aforementioned in the
following proceedings, etc. et al:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D.
MCCLUSKY

*Missouri v. Biden* was filed by the attorneys general of
Missouri and Louisiana on May 5, 2022. The Court
granted their motion for discovery on July 12, 2022,
clearing the way for Missouri and Louisiana to gather
documents and depose witnesses from the Biden
Administration.

https://ago.mo.gov/docs/default-source/press-releases/
missouri-v-biden-ruling.pdf?sfvrsn=dd807c2_2

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 4:36 PM Jon F. Turpin
<jt4590@gmail.com> wrote:

> I hereby add the Honorable Chief Justice Terry A.
> Doughty as a recipient of the aforementioned
> potential evidence and my solidarity joining pro se.
>
> Hon. Terry A. Doughty
> Chief United States District Judge
> 201 Jackson Street, Suite 215
> Monroe, Louisiana 71201
>
> (318) 654-6500
>
> Sincerely,
>
> Jon F. D. Turpin
>
>
>
> On Sun, Jul 9, 2023, 4:18 PM Jon F. Turpin
> <jt4590@gmail.com> wrote:
>> Please add any individual I've indicated for indictment to
>> our Honorable Todd Rokita Attorney General Indiana,
>> and those I've indicated in my current OSC-14 complaint
>> form to the other side of the suit and/or case and/or any
>> further related cases and proceedings, so we may put
>> these potential bad apples in their own rotten barrel
>> where they may belong by all precedents and God.
>>
>> Sincerely,
>> Jon F. D. Turpin
>>
>> On Sun, Jul 9, 2023, 3:46 PM Jon F. Turpin
>> <jt4590@gmail.com> wrote:
>>> I also join as a current applicant for the FBI possibly
>>> being denied potentially due to deceit and potentially
>>> further unconstitutional surveillance by a specific
>>> member of the Secret Service and bring potential
>>> harms and losses possibly in excess of $60,000,000,

and still counting, to the table as an additional plaintiff, with possible evidence of not only double, but possibly octouple jeopardy levied against me, and potentially my wife and our rightful marriage under God against not only our U.S. Constitution, but all values we hold dear and against all reason and justice, which I may only be able to describe as attempts to break the very foundations of our nation and world to enact tyranny and slavery against those who dare to say "no."

You may contact me by phone at 225-259-6270, or by email at jt4590@gmail.com, and I ask you to join my Google group so you may review even some of the case and potential evidence which I have prepared thusly and thus far out of absolute necessity to simply exist and survive the onslaught which we have so far endured.

In my opinion, it's time to remind our nation that it's not just words when we say "IN God We Trust" and Sirs, we're the men to do that.

Thank you sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 3:34 PM Jon F. Turpin
<jt4590@gmail.com> wrote:
    I also join as a Catholic gentleman, and member of the FBI Infragard, and a former employee of DirectEmployers Association (potentially a compliance branch of the DEA).

    I've contacted King and Spalding in Washington D.C., requested contact information for FBI Director Christopher Wray, via voice-mail in good faith effort to proceed, along with notifying John Fox of Fox and Wang of my wrongful termination and falsely alleged misconduct potentially brought about and/or related to potentially unconstitutional surveillance of us due to events which have and do require my response according to all just cause and reason along with Faith, Church, Marriage, scripture, and all jurisprudence, including  the U.N. Charter and Civil Rights, Napoleonic (Law) Civil Code and Violations of Usufruct, the U.S. Constitution and Bill of Civil Rights, and simply any and all reason, with just and probable cause for concern for the well-being of all God's Creatures.

    Sincerely,
    Jon F. D. Turpin

    On Sun, Jul 9, 2023, 3:02 PM Jon F. Turpin
    <jt4590@gmail.com> wrote:
        Dear Honorable Mr. Jeffrey Landry Attorney General Louisiana,
        You are hereby added to the addressees for this potential evidence towards your existing case, and any further and/or related proceedings forthwith:
        22-30087

        I hereby join in your case and any related cases, pro se, and also as the as the designated POA for 7 or more families within our great United State of America, as our representation, a victim, witness,

whistleblower, citizen, but most importantly as a man of Faith, husband, and one of God's Creatures in our U.N. and world with the God-given inalienable right to say "no more" and stand ground as God intended.

Sincerely,
Jon F. D. Turpin

On Sun, Jul 9, 2023, 2:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:

> On Sun, Jul 9, 2023, 2:44 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>
>> On Sun, Jul 9, 2023, 2:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>
>>> On Sun, Jul 9, 2023, 2:05 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>
>>>> On Sun, Jul 9, 2023, 2:03 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>
>>>>> On Sun, Jul 9, 2023, 1:54 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>
>>>>>> On Sun, Jul 9, 2023, 1:53 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>>
>>>>>>> On Fri, Jul 7, 2023, 9:32 PM Jon F. Turpin <jt4590@gmail.com> wrote:
>>>>>>>> In my opinion my Mom can't represent my Dad as his POA since she's the other primary beneficiary in the Revocable Trust and has a conflict of interest, and she witnessed what was done to me without reporting... which, in my opinion, after reviewing legal precedent, even a case that occurred with the prior residents of the house we now own, would make her complicit, but due to my Dad's illness, she would also likely be acquitted.
>>>>>>>>
>>>>>>>> At least because I'm not pressing charges against my Mom unless it's in response to her unjustly and without cause pressing them against me and/or my wife, in line with how I had to report Andrea L. Holwager out of concern, which, since my Mom has no legal grounds to do so, like Andrea L. Holwager, would simply prove my Mom incapable of representing herself, and/or my Dad, and she cannot represent me, nor my wife, for a multitude of other reasons in legal precedent, etc. et al...

7/13/23, 9:02 PM
Gmail - Cooperation and Support

This is the best and most
reasonable and acceptable
solution I can present in the
utmost good faith, to save
everyone time and resources.

I can show you the case
against me for the protective
order, and my response,  which
may completely nullify it, or you
may simply ask Mr. Kirk
Freeman and use your own,
professional, and qualified,
discernment.

I'm truly trying to be helpful and
get this concluded so we may
finally safely have kids and our
lives again without turmoil.

Thank you, sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:41 PM
Jon F. Turpin
<jt4590@gmail.com> wrote:
    With all precedents and
    jurisprudence available duly
    considered, and further with
    Andrea L. Holwager entering
    a fictitious, frivolous, and
    fractious protective order
    against me, without legal
    grounds, thusly abusing our
    court system, and potentially
    in line with prior abuses
    against me possibly including
    coercion via Michael Alan
    (Mann) Holwager, possibly
    now enacted upon her in
    confirmation of a pattern of
    potential bad behavior by Jon
    Brent Turpin, Michael Alan
    (Mann) Holwager, and Jared
    R. Junkin, each of whom may
    have proven themselves
    mentally unfit, unsound, and
    ill, not only in actions, but
    potentially in known
    diagnoses:

    Along with the potentially
    proven inability of Andrea L.
    Holwager to represent
    Michael A. (Mann) Holwager,
    nor even herself in court,
    along with the potential
    conflicts of interest
    invalidating attorney client
    privilege between her,
    Michael A. (Mann) Holwager,
    and Jared R. Junkin, further
    with the potential conflict of
    interest presented by
    potential bad behavior of
    Michael A. (Mann) Holwager
    towards Jared R. Junkin's
    half-sibling, and true sister by

Jamail - Cooperation and Support

familial custody and mutual residence of Jared R. Junkin, and Crystal Call at the time Michael A. (Mann) Holwager may have potentially enacted this bad behavior...

In my opinion none of them have representation, and since Jon Brent Turpin, and Michael A. (Mann) Holwager may be unfit to represent themselves pro se, and Jared R. Junkin specifically asked me to be his lawyer due to his own bad behavior...

In my opinion, Jaime C. Turpin may potentially being acquitted due to the harms of bad behavior enacted towards him via potential bad behavior by Jon Brent Turpin... and may be excluded by correcting an honest mistake...

Except for the above upon the aforementioned contingency, I presubmit the guilty pleas, and request any due leniency be afforded towards Jon Brent Turpin, Michael A. (Mann) Holwager, and Jared R. Junkin, ranging potentially from permanent institutionalization to consistent therapy, not for preferential treatment, nor any familial preference, for due to their actions, words, and bad behaviors and especially if found guilty, then they are not family, except by the understanding of their complete loss of self control and taking their own accountability for everyone's safety, including their own, in my opinion.

I say this if they are found guilty, as a victim of their bad behaviors, who instead of succumbing to their illusion, delusion, and/or their malice and resentment, desires instead, honest and compassionate, justice and restoration, without the possibility of further harms heaped upon me, and especially my wife, and to allow justice to be carried out effectively with respect to any and all they have harmed and/or potentially harmed,

without undue turmoil, and/or distress to those who may have already mourned, and furthermore in utmost respect to those no longer with us.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 8:07 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Now, I've done some more research, and as the victim of my Dad's bad behavior, I may still be his representation, if I choose to do so, however, he may not be mine due to his own actions and words and illness, any other alternative would be a false dichotomy.

It is also a false dichotimy to allege entitlement towards me when I am simply claiming what I was already given, and already own, and if this human deceny will not be afforded, it is also a false dichotomy to allege that I wish to control others for declaring this as bad behavior requiring me to stand my ground, including response.

My assertiveness on these matters is just and written, proven, and even required:

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

Sincerely,
Jon F. D. Turpin

On Fri, Jul 7, 2023, 4:20 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Two objects, family heirlooms and potentially priceless, yet representing a monetary

7/13/23, 9:02 PM                                    Gmail - Cooperation and Support

worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be r

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 5:35 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

[Quoted text hidden]


**20230710_173516.jpg**
3120K

7/13/23, 9:02 PM                                                    Gmail - Cooperation and Support

**Jon F. Turpin** <jt4590@gmail.com>                                          Mon, Jul 10, 2023 at 8:58 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Without complaint, but simply as informative discussion...
Inverse this, as my immunity has not been denied, and you will find superseding jurisdiction, even over gifts to DOJ, despite
protocols, but in due respect of customs, while it may be argued, we may consider it thusly "moot" or in otherwords, debatable, yet
not in the best interests of discourse, without legal precedent nor subjugation.
[Quoted text hidden]

**4 attachments**

Screenshot_20230710_205255_Drive.jpg
561K

Screenshot_20230710_205245_Drive.jpg
816K

Screenshot_20230710_205250_Drive.jpg
1015K

Screenshot_20230710_205238_Drive.jpg
832K

**Jon F. Turpin** <jt4590@gmail.com>                                          Mon, Jul 10, 2023 at 9:05 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

In my opinion, and possibly colloquially:
"It's the thought that counts" and my opinion of Joseph L. Chaney as an honest man may be affirmed by a likewise pattern of good
behaviors via his return of an article, even potentially without true necessity due to superseding immunity.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Mon, Jul 10, 2023 at 9:06 PM
To: jt4590@gmail.com

 **Delivery incomplete**

There was a temporary problem delivering your message to
**vice.president@whitehouse.gov**. Gmail will retry for 50 more
hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. Learn more at https://support.google.com/
mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42a8: timed out] [whitehouse.gov 192.0.66.168: timed
out]

Final-Recipient: rfc822; vice.president@whitehouse.gov
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. Learn more at https://support.google.com/
mail/answer/7720
  [whitehouse.gov 2a04:fa87:fffd::c000:42a8: timed out]
  [whitehouse.gov 192.0.66.168: timed out]
Last-Attempt-Date: Mon, 10 Jul 2023 18:06:50 -0700 (PDT)
Will-Retry-Until: Wed, 12 Jul 2023 20:08:29 -0700 (PDT)

---------- Forwarded message ---------
From: "Jon F. Turpin" <jt4590@gmail.com>
To: pressoffice@apu.gov.ua, Austin.Cook@mail.house.gov, correspondence@45office.com, first.lady@whitehouse.gov,
vice.president@whitehouse.gov, president@whitehouse.gov, spartzinbox@mail.house.gov, letter@apu.gov.ua,
forms@clintonfoundation.org
Cc:
Bcc:
Date: Sun, 9 Jul 2023 22:08:14 -0500
Subject: Fwd: Cooperation and Support
----- Message truncated -----

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Mon, Jul 10, 2023 at 9:39 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Also in my opinion, because Indiana is not an equitable property state, and thereby does not have the right to, nor may override
usufruct, which in my opinion may now be considered established in its literal sense via my last will and testament, and via POAs
appropriately designated, etc. et al, along with jurisprudence via Napoleonic (Law) Code, and via a currently existing Revocable
Trust requiring my necessity to establish a proven, superseding code to abolish its potentially attempted slavery upon us by all
reason and jurisprudence, and our constitution, U.N. Charter, Fundamental Law of the Vatican City State, etc. et al...

I submit in good faith action via submission of my passport, that my Indiana domestic licensure, residence, business, and/or mailing address, etc. et al, are simultaneously in effect and persistent, yet not superseding, as is required via Napoleonic (Law) Civil Code, my Louisiana licensure, residence, potential business, potential mailing address, and passport address for international travel via interpretation via opinion of usufruct and inheritance laws of both Indiana and Louisiana with Napoleonic (Law) Civil Code presiding and establishing dual residency.

In my opinion, due to Indiana simultaneously not being an equitable property state, which may means it cannot override usufruct via will and testament, and due to this neither invalidates reverse usufruct, and also, but not only, due to the current existence of a Revocable Trust without the requested evictions, seizure, and return of all assets and property immediately and forthwith, including proeperties which are unlawfully inhabited and unlawfully possessed by Jon Brent Turpin, Michael A. M. Holwager, Jared R. Junkin, with the estate of Richard Bell being unlawfully inhabited and possessed by him in Virginia, which is an equitable property state wherein only his half is forfeit to him in accord and respect of Virginia's laws, and his, assumed to be innocent besides him, family members, in like kind, and all of the assets and estates and properties being unlawfully possessed by Denis Kulkov and any associates, as they have no immunities as current enemies of all available precedent... may now be subject to Napoleonic (Law) Civil code and each of its superseding jurisdictions to the U.N., Diplomatic Immunity, Vatican, and, ultimately, God.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Mon, Jul 10, 2023 at 9:48 PM
To: sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>


---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023 at 9:39 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>


[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Mon, Jul 10, 2023 at 10:17 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

In my opinion:

To use way more understandable speech, the Revocable Trust and all its assets are automatically mine because my sister doesn't have residency in Indiana to be the Executor and much like Jaime wouldn't have my parents assessed as is required due to their violations of Megan's Law decided by our Supreme Court, and thus she can't be their POA, and to do anything otherwise breaks our constitution as we hold certain truths self evident, and pretty much every law ever created, unless I at least declare it must be done by reporting out of concern to prevent further injustice and harms against us and all involved in this situation.

So, I don't have to press charges for them to be required to be indicted by our DOJ, unless Richard Bell just failed to comply with protocol and thereby participated in a coup against our state making him a traitor and a treasoner along with Denis Kulkov, by willfully preventing their indictment from happening, proving they are all colluding... because their actions may in fact be an overt action of war in our nation, by declaring war via actions and words against even a DOD and FBI verified., FBI Infragard and whistleblower, diplomatic immunity, etc. et al protected citizen, which means they may do the same and/or worse to any citizen and/or any of God's Creatures...

Due to inaction, potentially of no fault of their own, but likely forced and/or coerced upon our DOJ by the bad behavior of these bad apples, I must supersede for life, liberty, pursuit of happiness, and all under God...

The only way I can override them and support all our jurisprudence, governments and our Faith, Church, and God without any attempt to overthrow any of them, is literally to claim dual-state residency, multiple nation citizenship, and diplomatic immunity, and enact Napoleonic (Law) Civil Code on them with all the higher jurisdictions all the way up to diplomatic immunity via Finland, and

requested, and not denied, annointment via His Holiness the Pope in our Vatican, and assume affirmation in cooperation and solidarity, due to every action I'm taking being in good faith to prevent Civil Unrest, and/or Civil War, and/or worse, etc. et al.

If my opinion is not dissented, it effectively, though I'm not enacting it, may give me the right to enact God's justice without trial and/or repercussion due to the few individuals violating all established jurisprudence and reason and inalienable and civil rights, even them denouncing God.

It's basically the ability in a cold war to treat it like a war, without having to declare war.

It's "Stand Your Ground" but without trial nor the ability for repercussion and effective anywhere in the world not forcibly in enemy territory... that's what I'm seeing here in all my research while not threatening anyone.

These bad apples keep trying to force "People vs. Goetz" to happen. We said no, and it still stands, just indict and charge these below the belt punching kangaroos.

Sincerely,
Jon F. D. Turpin

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 10:20 PM
To: turpins-families-legacies@googlegroups.com, sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023, 10:17 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 10:30 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Also, if my opinion is correct, I have more protections than our president at the moment... which... without any attempt to overthrow him nor Kamala, but in solidarity, may actually literally designate me as our current Commander in Chief, because we aren't blaming Grandpappy here at all...

But he needs some good Faith assistance right now, and I already bought my gear...

There's a provable active coup going on and cocaine in the White House, just waiting on my... with my opinion not dissented, now assumed, Cabinet of advisors to respond in accord with our Missouri and Louisiana case and see if Chief Justice Doughty doesn't dissent... they're causing civil war, and I'm the only one of us who figured out how to be Commander in Chief without hurting our respectable Grandpappy Biden.

Sincerely,
Jon F. D. Turpin
FBI Infragard
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 11:02 PM
To: turpins-families-legacies@googlegroups.com

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Mon, Jul 10, 2023 at 11:02 PM
Subject: Re: Cooperation and Support

To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Tue, Jul 11, 2023 at 11:12 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Submitting attached.

**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

📄 **OSC Form-14 Prohibited Personnel Practice Form_070523_D.pdf**
1138K

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Tue, Jul 11, 2023 at 6:46 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

In my opinion, which should be able to traverse to French Quebec via the same Napoleonic code, and via familial ties, and precedent... it may be time for the Native American peoples to be allowed off their reservations, and to place these with bad behavior who may be violating Megan's Law into the reservations in their stead.

In my opinion, Napoleonic (Law) Civil Code never went away, and due to Great Britain's influence shortly thereafter when loan repayments to France were suspended, continued to supersede in both the Quasi-War and in the War of 1812.

In my opinion, two treaties, and our Constitution backed up by the U.N. Charter, and our Holy Vatican, may allow a common citizen, in time of, not corruption, but potential executive incompetence requiring action, to in effect, without violating any laws, volunteer as Commander in Chief.

Commander of Military;Chief of Natives

In my opinion, because my cousin Jon C. Cummings was the highest ranking civilian officer in this region of the United States, it also qualifies me to volunteer, and/or consult, for this position at the highest level of government during an active coup, and since we were both wrongfully fired, and multiple family members, and friends have received unconstitutional and wrongful expungements, potentially intended to disqualify us should a coup occur which requires us to be instated into these positions, I hereby volunteer and consult as Commander In Chief across our whole belt.

If the FBI hires me now in this manner, in my opinion it would allow me to represent them directly in the Missouri & Louisiana case and allow the actual bad apples' indictment.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**2 attachments**



**Screenshot_20230711_183642_Chrome.jpg**
842K



**Screenshot_20230711_183559_Chrome.jpg**
695K

**Jon F. Turpin** <jt4590@gmail.com>                                                                        Tue, Jul 11, 2023 at 6:55 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

CORRECTION IN PLACE OF [REDACTED]:
\*\*\*
...since we were both wrongfully fired, and multiple family members, and friends have received unconstitutional and wrongful
convictions...
\*\*\*

Case in point: In my opinion, anyone may make honest mistakes, it's correcting them as soon as reasonably possible that truly
matters and shows someone's character.

Sometimes that is quick, like right here, and sometimes it takes... the equivalent of a life sentence let out on good behavior, and
truly, we've done the time without the crime, and I want you all to know I forgive you, and it taught me a lot, and I'm grateful, ready,
and willing to contribute, as God intended.

Sincerely,
Jon F. D. Turpin

On Tue, Jul 11, 2023, 6:46 PM Jon F. Turpin <jt4590@gmail.com> wrote:
    In my opinion, which should be able to traverse to French Quebec via the same Napoleonic code, and via familial ties, and
    precedent... it may be time for the Native American peoples to be allowed off their reservations, and to place these with bad
    behavior who may be violating Megan's Law into the reservations in their stead.

    In my opinion, Napoleonic (Law) Civil Code never went away, and due to Great Britain's influence shortly thereafter when loan
    repayments to France were suspended, continued to supersede in both the Quasi-War and in the War of 1812.

    In my opinion, two treaties, and our Constitution backed up by the U.N. Charter, and our Holy Vatican, may allow a common
    citizen, in time of, not corruption, but potential executive incompetence requiring action, to in effect, without violating any laws,
    volunteer as Commander in Chief.

    Commander of Military;Chief of Natives

    In my opinion, because my cousin Jon C. Cummings was the highest ranking civilian officer in this region of the United States, it
    also qualifies me to volunteer, and/or consult, for this position at the highest level of government during an active coup, and
    [REDACTED], potentially intended to disqualify us should a coup occur which requires us to be instated into these positions, I
    hereby volunteer and consult as Commander In Chief across our whole belt.
    [Quoted text hidden]
    [Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                                                                        Tue, Jul 11, 2023 at 7:01 PM

To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

In my opinion, if Hal Cooper hands you my DEA badge and it magically becomes an FBI badge, then DEA may automatically clear themselves and allow the actual bad apples' indictment as well, and would cause that to be an honest mistake worthy of my redaction of him from, and an update to the OSC-14 complaint, because, in those circumstances, it would keep it honest.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 7:16 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Also, the Native American Sacred Tobacco given to me as a gift by a Chief of Natives via a most likely candidate for the next Chief of Natives, Tyler Jesse Matherly, from a true Native Indian Ritual Blessing at the edge of the original treaty line, along with my lineage to Catholic French Turpin de Rheims may affirm opinion, and allow me to volunteer to consult as Chief of Natives.
[Quoted text hidden]



**20221106_212850.jpg**
7084K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>             Tue, Jul 11, 2023 at 7:26 PM
To: jt4590@gmail.com



**Delivery incomplete**

There was a temporary problem delivering your message to **vice.president@whitehouse.gov**. Gmail will retry for 27 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. Learn more at https://support.google.com/mail/answer/7720 [whitehouse.gov 2a04:fa87:fffd::c000:42a8: timed out] [whitehouse.gov 192.0.66.168: timed out]

Final-Recipient: rfc822; vice.president@whitehouse.gov
Action: delayed

Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. Learn more at https://support.google.com/
mail/answer/7720
[whitehouse.gov 2a04:fa87:fffd::c000:42a8: timed out]
[whitehouse.gov 192.0.66.168: timed out]
Last-Attempt-Date: Tue, 11 Jul 2023 16:26:08 -0700 (PDT)
Will-Retry-Until: Wed, 12 Jul 2023 20:08:29 -0700 (PDT)


--------- Forwarded message ---------
From: "Jon F. Turpin" <jt4590@gmail.com>
To: pressoffice@apu.gov.ua, Austin.Cook@mail.house.gov, correspondence@45office.com, first.lady@whitehouse.gov,
vice.president@whitehouse.gov, president@whitehouse.gov, spartzinbox@mail.house.gov, letter@apu.gov.ua,
forms@clintonfoundation.org
Cc:
Bcc:
Date: Sun, 9 Jul 2023 22:08:14 -0500
Subject: Fwd: Cooperation and Support
---- Message truncated ----

---

Jon F. Turpin <jt4590@gmail.com>                                                                    Tue, Jul 11, 2023 at 7:51 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

   Furthermore, in my opinion, what I'm referring to when I mention reverse usufruct is translating it backwards in a literal sense.

   Because if a train track runs one way, it also goes backwards unless there's an exception in place like a switch, (which is misused
   in the false dichotomy psychology test of the "trolley problem").

   Napoleon was an extremely intelligent man, and the Napoleonic (Law) Civil Code having Usufruct and superseding over U.S. law
   was ratified a long time ago and remains in precedent... which naturally means that Usufruct may be utilized as, for lack of better
   terms, imminent domain extending from admiralty law, aka maritime law, superseding the "law of the land" if you will out of
   absolute necessity to prevent naval invasion, and because the Mississippi river is navigable, and so are the Great Lakes, and
   French Quebec is above Canada and Michigan, it extends by extension and precedent along our entire North to South belt even
   where the Mississippi River diverts, and this is what prevents an East to West Civil War akin to the North to South Civil War which
   should never be repeated.

   The clause of Usufruct has in effect a "compassionate reseizure of property" clause already built in upon death, so in reverse it
   would imply a couple of things:

   It implies our right to compassionate release and also seizure of our rightful property since we've done the time without the crime,
   and means I may effectively start evicting bad apples, by any force necessary, without repercussion, via maritime law...

   Which, instead, I've asked for their eviction, and duly respected our customs in place, without subjugation to them as mentioned.

   In effect, this along with the aforementioned jurisprudence, treaties, precedents, etc., is "why" I may supercede, or "succeed" via
   solidarity in reference to succession without any coup being performed and in fact, possibly prevent one from being enacted, by
   simply being allowed to in action volunteer and consult as Commander In Chief which, our IRS kindly allowed by double-taxing
   me, and since they supersede even the Mob and Mafia in multiple prior precedents, they've already set the precedent for my
   passport from the U.S. Department of State and verified that I'm a resident of both states affirming my opinion.


   With that being said, while this may allow me to vote twice, we're going to consider that "moot" and just follow voting customs
   despite the superseding jurisdiction, just like Mr. Chaney and I did earlier, with gifts.

   The gifts in the evidence garage should both follow the protocol which was listed.


   Sincerely,
   Jon F. D. Turpin
   [Quoted text hidden]

---

Jon F. Turpin <jt4590@gmail.com>                                                                    Tue, Jul 11, 2023 at 8:01 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Since the FBI and Secret Service both have confirmed and set the precedent of an active cyber-crime invasion, and I'm the whistleblower, and a target of that invasion, which naturally is under maritime law since the internet lines go across our ocean...

This sets all the precedent needed, and allows everything I've asked for here without any trial on land, and I could, though I'm not doing so, literally throw them into the Pontchartrain if they aren't brought to justice along with us being restored, without any repercussions, because I'm currently our Admiral on Land and unless Grandpappy Biden signs my requested pardon for having every single Geneva Convention violated against me and my wife, it precludes that I have to peacefully step into his role as Commander-In-Chief, without removing his Title of President to protect him in the only honest and reasonable way possible in these events.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 8:25 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

However, I'd have to go meet with His Holiness the Pope afterwards, confess, and repent if I were to do so, but since I don't intend to, instead I asked for annointment.

You'll find this lines up with my passport information which I'm about to resubmit.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 8:33 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

********
CLARIFICATION:
I don't intend to throw them into the Pontchartrain is what I'm saying, everything else is on the table by jurisprudence, via research into a potential pattern, confirmed.
********
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 9:09 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

As I said before "Justice is for Authorities" and I stand by it, and I know you're all busy men, and I'm sincerely sorry I've given you a novel of emails to read due to the way I think and process, and without excuse, my autism, because despite it, I do actively try to accommodate and consider others.

In my defense, the mess that has been caused by the bad behaviors of these bad apples is such a deep hole, that simply to say "no" to them and not even be treated fairly, but simply correctly and reasonably, and actually exist, has been so hard, they've actually almost forcibly made me our Land Admiral, or in other words Commander-In-Chief by their own bad behaviors and their unparalleled ability to, somehow, avoid any and all accountability for every violation under God and every other just precedent.

The thing is, I'm actually qualified as such in the case of a coup, so it may even prove that the bad apples may have been trying to enact one, while simultaneously taking out our backup government, of which very few persons are even aware, and they may have been so successful in their endeavors, that they have made it all the way to trying to subvert our potential candidates for both Commander AND Chief, a class AND caste, and I most certainly belong to both of these.

If the only end result possible is a coup, and if the course cannot be corrected via knowledge, wisdom, and patience, which would potentially establish prior ignorance via said correction of honest mistakes in line with the saying and pseudo philosophy, "never attribute to malice what may be attributed to ignorance" then ends may instead prove the means and also a coup.

In juxtaposition, with the whole journey being revealed, you may notice I've been consistently, slowly, and patiently, taking only one step up the ladder at a time, but consistently protecting my wife and our marriage, and our Faith, and family and cats, and that I started from all the way at the bottom in the local level and climbed each "stair" only when justice was actually prevented and attacks persisted from non-viable combatants, simply because I continued to say "no" and reveal the only possible end results of

their retaliations, proving, in my opinion, not only their instigation, but also their malice and motive to do so, while intentionally and simultaneously proving my lack of intent and lack of malice, which in actions, proves their conspiracy, and their collusion thusly.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                                    Tue, Jul 11, 2023 at 10:03 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com

Except, not only may they have pretended to forget about, while not only ignoring in actions, but outright violating Megan's Law, leaving us, as their, at some points barely, and often simply by the Grace of God, surviving victims... and only as their only possible legal representation, they then have further attempted to submit a protective order against their only viable lawyer via possibly threats and coercion against their own wives... precluding and justifying my pre-submission of their guilty pleas.

This is different from me having my literal proof of character withheld by a "parent" who doesn't even claim me in actions nor words using an unconstitutional Revocable Trust to falsely represent me against my civil rights and force wrongful convictions. It's also different from me practically begging and finally having to yell for simply my God-given inalienable human rights, even the possibility to say no to receive said documentation from my lawyer, who was likely also threatened by the same "parent."

I've been sexually maimed, molested, and raped, without pressing charges, nor taking justice into my own hands, and simply reporting in line with Megan's Law out of concern, while being constantly scapegoated and forgiving and enduring this abuse. Some of the jurisprudence for Megan's Law is the Nuremberg Trials, and it extends from why my condition used to be named "Asperger's Syndrome" which is what I have, and what they have done is, without exaggeration, a literal example of repeated war crimes and illegal science on our own soil against an autistic savant, a human being, with their intention being to force me to enact "People vs. Goetz" so they may scapegoat our backup government and even our backup candidates via subterfuge.

In my opinion what they are attempting would simultaneously remove our ability to recover during an active coup against our standing government unless someone was willing to stand their ground and somehow survive as us.
The protective order against us is not only false, we shouldn't have to show up for the hearing, though we will if it isn't cancelled for due process despite potential danger... in my opinion it may be declared felonious and/or cancelled as such post-haste.

Because now you know:
I'm a loyal, qualified, Catholic Husband, and backup Archbishop, and backup Land Admiral, and backup Commander-In-Chief, who is not only qualified to be, but by requirement and precedent, is, a member of our backup government, who has been intentionally attacked for no just cause nor reason other than to attempt to enact a coup and forcibly scapegoat me to destroy our fundamental foundations.

We've actually nearly died, and truly been maimed multiple times, just to stand up for our World, Country, States and all God's Creatures, but first and foremost my Faith, Wife, and Marriage, without violence, and with respect to life, love and peace.

In my opinion, I think that's something each of you understand, so, in due kind:
I'm sorry I used a curse word when I told the other man "no" for threatening not only me, but also my wife with an unjust civil suit due to his own precluding bad behaviors... but with that being said, would you please cancel the protective order?
Because it truly has no legal grounds, nor just cause, nor reason, except as yet another attempt to invalidate our rights, civil rights, and marriage, so they can do as they said and hurt my wife who is a witness and cause a coup and civil war.

I've been protecting her not only as a man of Faith and her Husband, but as if I'm already in the FBI and she's under witness protection the whole time because it's necessary, that's not the same thing as what's being done against us.
If you require proof of this, simply look at the camera footage of when we walked out of the U.S. Marshal's Office in Louisville, KY, and I moved my wife over to the wall when the black escalade with three occupants showed up.

Should that have been a shooting of us, I would have been in-between her and any bullets by using my own body and life, and I didn't even flinch, nor attack, just kept Erin as safe as possible, and kept walking us to safety.

Thank you, sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                Tue, Jul 11, 2023 at 10:43 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com,
"Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Mr. Steven J. Couvillion, Ph.D. wasn't my first psychologist, but even he knows the issue is mainly my parents, and specifically
one of the "ducks" moreso than the other.

Me stating my boundaries so firmly isn't a threat, nor malicious, but simply a necessity for survival due to my Dad's bad behaviors,
and the outright revealing of logical conclusions, in other words, consequences, is the only way to communicate with him, and the
others which I've had to report.

Let it be known, I'm fully aware I'm not Batman, and that I'm not Bruce Wayne, but I do enjoy being the non-fictional representation
of each persona, which in my opinion would respectively be a detective and an engineer.

In my opinion I do each of these careers and/or roles analytically, socially, and supportively without crossing any boundaries
except possibly communication either out of absolute necessity for survival and protection for life liberty and pursuit of happiness,
and/or in attempts to be genuinely helpful as a teacher and therapist.

If you manage to survive for 30+ years with someone who may be criminally insane constantly trying to throw you into a medical
lockdown dungeon to force feed you not only pills no qualified physician, nor doctor recommends, but in a quantity no qualified
physician nor doctor recommends, when they're using your Mom as their false POA against Megan's Law jurisprudence to prevent
theirself from being committed...

If you have Asperger's and some savantism, you may learn in practical example via absolute necessity to be a priest, a lawyer, a
prosecutor, a therapist, an engineer, a politician, and how not to be as a husband and how NOT to be as a Dad just to survive.

When you get away from the man and he chases you, you may also learn that the same tactics but without malice nor ill-intent are
the only way to protect you and your wife and children against him while simply having to endure a lifelong beating from him and
anyone he manages to manipulate until someone finally sees how bad it is and genuinely has a heart to help.
[Quoted text hidden]


**Screenshot_20230711_221545_Chrome.jpg**
597K

**Jon F. Turpin** <jt4590@gmail.com>                Tue, Jul 11, 2023 at 10:49 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com,
"Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

You know what all of the above knowledge in practical example even with kids and dementia patients may make me after so many
hours of actual clinical psychology?

A potentially Ph.D. qualified Clinical Pediatric and Geriatric Neuropsychologist.

My thesis has already been submitted.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                Tue, Jul 11, 2023 at 11:16 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com,
"Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Did I mention Forensic since I discovered that my Dad and any colluding with him were trying to use New Orleans, LA to overthrow Baton Rouge, LA and Richmond, IN to overthrow Indianapolis, IN, and Norfolk, VA to overthrow Washington, D.C.?

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Tue, Jul 11, 2023 at 11:24 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Let's not forget that he may have tried to use a former prosecutor from Gary, IN to overthrow Chicago, IL, and that the natural progression of Richmond, IN overthrowing Indianapolis, IN, is for them to then use most likely Dayton, OH, to subvert Coumbus, OH, and/or Cincinnati, OH.

That's a literal attempt via a cold war coup over our main critical infrastructure to try and cause a civil war and naval invasion.

Sincerely,
Jon F. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Wed, Jul 12, 2023 at 12:19 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

One further correction from earlier. If I suggested we stayed in Charlotte, NC, I made an honest mistake, we may have stayed in Raleigh, NC for a few days.

Sincerely,
Jon F. D. Turpin

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Wed, Jul 12, 2023 at 12:44 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

[Quoted text hidden]

---

**10 attachments**



**Screenshot_20230712_003638_Chrome~2.jpg**
333K



**Screenshot_20230712_003638_Chrome.jpg**
745K



**Screenshot_20230712_003947_Chrome.jpg**
642K



**Screenshot_20230712_001228_Chrome.jpg**
894K



**Screenshot_20230712_001209_Chrome.jpg**
849K



**Screenshot_20230712_003947_Chrome~3.jpg**
310K



**Screenshot_20230712_001209_Chrome~2.jpg**
359K



**Screenshot_20230712_001228_Chrome~3.jpg**
373K



**Screenshot_20230712_001320_Chrome~3.jpg**
341K



**Screenshot_20230712_001320_Chrome.jpg**
779K

---

**Jon F. Turpin** <jt4590@gmail.com>                                      Wed, Jul 12, 2023 at 1:00 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com,
"Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Our treaties may show the main potential motives for any U.N. defiant coalition, and the countries whose economies have been
attacked and/or collapsed also may show potential intrusion vectors for invasion.

https://treaties.un.org/

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**5 attachments**

**Screenshot_20230712_005434_Chrome.jpg**
763K

**Screenshot_20230712_005626_Chrome.jpg**
776K

**Screenshot_20230712_005226_Chrome.jpg**
721K

**Screenshot_20230712_005114_Chrome.jpg**
647K

**Screenshot_20230712_005147_Chrome.jpg**
737K

**Jon F. Turpin** <jt4590@gmail.com>                           Wed, Jul 12, 2023 at 1:33 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com,
"Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

In postscript, Mr. Chaney, if others just treat us correctly, I know how to make friends or at least be kind or compassionate to
nearly anyone, and that's one main part of making treaties... to love your neighbor as yourself, and to paraphrase Mr. Lane's prior
recitations of the Golden Rule and Pledge of Allegiance with simply a few suggestions:

"Be the best you can be, treat others how you want to be treated, do what's correct."

"I pledge allegiance to God, our People, Constitution, and Values, and build upon our Foundations of Character and Heritage, for our one Republic of the United States of America, and salute our flag, standing for life, liberty, and justice for all under God."

That's just my opinion.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]



**20230712_011123.jpg**
2529K

---

**Jon F. Turpin** <jt4590@gmail.com>                                                Wed, Jul 12, 2023 at 1:45 AM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

In postscript, Dr. Couvillion, Ph.D. it's hard to claim my personal power when I've already claimed it 5 times successfully with effort, but my narcissist Dad and his flying monkeys continue to remove it from me via sabotage, proving a pattern of their bad behaviors, while also being able to prove I'm our backup Commander-In-Chief due to current events and precedent, but then no one will communicate with me, because the same narcissist Dad made a mess so bad, I have to be the world's most dedicated, and not even paid, custodian, just to be married.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                Wed, Jul 12, 2023 at 1:48 AM
To: turpins-families-legacies@googlegroups.com

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Jul 12, 2023, 1:45 AM
Subject: Re: Cooperation and Support
[Quoted text hidden]
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                                Wed, Jul 12, 2023 at 1:55 PM
To: turpins-families-legacies@googlegroups.com

First batch of eviction notices is attached.

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com
FBI Infragard Indiana and Louisiana
BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

7/13/23, 9:02 PM                                             Gmail - Cooperation and Support

**5 attachments**

📄 **Eviction Notice (1).pdf**
23K

📄 **Eviction Notice 4 (1).pdf**
24K

📄 **Eviction Notice 3 (1).pdf**
26K

📄 **Eviction Notice 5 (1).pdf**
22K

📄 **Eviction Notice 2 (1).pdf**
25K

---

**Jon F. Turpin** <jt4590@gmail.com>                          Wed, Jul 12, 2023 at 3:01 PM
To: turpins-families-legacies@googlegroups.com

An eviction notice may also be known as a "civil warrant" which gains its power from both Indiana House Bill 1282, and Louisiana's Napoleonic (Law) Civil Code, and this is backed up by our Constitution.

All that may be necessary is for me to add Conspiracy to Murder, Treason, and Violation of Constitution, Violation of Civil Rights, Violation of U.N. Charter, Violation of Vienna Convention, Violation of Geneva Conventions, Violation of Nuremberg Jurisprudence, Violation of Holy Catholic Rites, Violation of Refugee, Violation of God... and at that point if I don't receive a pardon, I immediately become Commander-In-Chief, because I may legally, without performing a coup, and eithout pressing any charges, kindly evict Grandpappy Biden.


It's legal and affirmed by all jurisprudence.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                          Wed, Jul 12, 2023 at 3:03 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

An eviction notice may also be known as a "civil warrant" which gains its power from both Indiana House Bill 1282, and Louisiana's Napoleonic (Law) Civil Code, and this is backed up by our Constitution.

All that may be necessary is for me to add Conspiracy to Murder, Treason, and Violation of Constitution, Violation of Civil Rights, Violation of U.N. Charter, Violation of Vienna Convention, Violation of Geneva Conventions, Violation of Nuremberg Jurisprudence, Violation of Holy Catholic Rites, Violation of Refugee, Violation of God... and at that point if I don't receive a pardon, I immediately become Commander-In-Chief, because I may legally, without performing a coup, and eithout pressing any charges, kindly evict Grandpappy Biden.


It's legal and affirmed by all jurisprudence.


Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                          Wed, Jul 12, 2023 at 3:04 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

[Quoted text hidden]

**6 attachments**

**Eviction Notice 3 (1).pdf**
26K

**Eviction Notice (1).pdf**
23K

**Eviction Notice 4 (1).pdf**
24K

**Eviction Notice 5 (1).pdf**
22K

**Eviction Notice 2 (1).pdf**
25K

**Eviction Notice.pdf**
14K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 3:12 PM
To: forms@clintonfoundation.org, correspondence@45office.com

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Jul 12, 2023, 3:04 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>, Steven Couvillion Ph.D. <stevencouvillion@gmail.com>


[Quoted text hidden]

**6 attachments**

**Eviction Notice 3 (1).pdf**
26K

**Eviction Notice (1).pdf**
23K

**Eviction Notice 4 (1).pdf**
24K

**Eviction Notice 5 (1).pdf**
22K

**Eviction Notice 2 (1).pdf**
25K

**Eviction Notice.pdf**
14K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 3:17 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

So, that's my first executive executive order as Commander-In-Chief, since that's where the powers of executive orders extend from.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 3:21 PM
To: correspondence@45office.com, forms@clintonfoundation.org, turpins-families-legacies@googlegroups.com

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Jul 12, 2023, 3:17 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, <lmillet@portsl.com>, Steven Couvillion Ph.D. <stevencouvillion@gmail.com>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 6:41 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

[Quoted text hidden]

**2 attachments**



**20230712_153814.jpg**
4361K



**20230712_153823.jpg**
3376K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 8:02 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Look at this nice letter,
This was really kind of Grandpappy Biden to take the time to send to me, and I agree.

When Hurricane Ida rolled through Louisiana and our esteemed TIC needed rooms at every hotel, I retired from my room at the Marriott without complaint to sleep in the back of my U-Haul in 90+ degrees.

Do I deserve a pat on the back for this? Or is that what any true leader does when there's someone more qualified for a specific task: retire from that specific task to their other duties so other qualified professionals may help out and get paid in full for doing so.

Delegation derived from due designation.

In my opinion, since I'm not 35, I may not be the acting President, but that's actually a separate duty from Commander-In-Chief, and it's setup this way on purpose. So Grandpappy Biden and I may have an opportunity for him to relax a bit, and also let me assist, which is why I said kindly evict, because he may also easily pardon me, and make it a kind delegation of duties.

Even Biden and Zelensky agree we cannot sit idly by and allow aggressions and harms to continue via inaction such as those atrocities which continue to against the People of Ukraine and our World, and by extension in this cold war, me and my wife.

[Quoted text hidden]

**5 attachments**



**Screenshot_20230712_193826_Gmail.jpg**
298K



**Screenshot_20230712_193853_Gmail.jpg**
395K



**Screenshot_20230712_193844_Gmail.jpg**
548K



**Screenshot_20230712_193832_Gmail.jpg**
518K



**Screenshot_20230712_194057_Chrome.jpg**
783K

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 8:09 PM

Case 3:22-cv-01213-TAD-KDM   Document 306-5   Filed 07/17/23   Page 144 of 144 PageID #: 27201

To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

https://music.youtube.com/watch?v=MoZ33bcs1Tg&feature=share
[Quoted text hidden]



**Screenshot_20230712_200752_Gmail.jpg**
267K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 12, 2023 at 8:33 PM
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Father Brent Maher <padrepbm@gmail.com>, lmillet@portsl.com, "Steven Couvillion Ph.D." <stevencouvillion@gmail.com>

Our Honorable Ashley Moody Attorney General Florida is hereby added to recipients:

Honorable Ashley Moody Attorney General FL
Office of the Attorney General State of Florida PL-01,
The Capitol Tallahassee, FL 32399-1050

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]