## The Cycle of Narcissistic Abuse

The narcissistic abuse cycle is a pattern of highs and lows in which the narcissist confuses their partner through manipulation and calculated behaviors aimed at making their partner question themselves. Each phase in the cycle works in tandem with the other in order to keep someone entangled in the narcissist's web.

Narcissists tend to deflect all their feelings onto others because of the pain they feel about their own feelings. They too may have had narcissist caregivers or parents, or experienced some kind of abuse or traumatic event which shaped their upbringing. However, this is not an excuse for the emotional and/or physical abuse inflicted on their victims.

## Effects of Narcissistic Abuse

Narcissistic abuse has both short and long-term effects no matter how long or short the involvement. This type of control and manipulation is slow, subtle, and deliberate. While narcissistic abuse syndrome is not a diagnosable disorder, the symptoms of the emotional pain can leave you feeling disconnected and confused.

Narcissistic abuse is a form of trauma, and the body internalizes and reacts to stress and trauma in many ways. You may experience body aches, headaches, and digestive problems from feeling on edge. In addition to stress on the body, the brain is affected too.

You may experience a wide range of issues after surviving narcissistic abuse, including:

- Cognitive difficulties including confusion, hypervigilance, or intrusive thoughts
- Behavioral issues including withdrawal, increase in alcohol or substance consumption, or a change in communication
- Emotional problems like fear, guilt, or irritability
- Depression
- Anxiety

## Exiting a Relationship With a Narcissist

You can never please a narcissist. You cannot make them happy because they are not happy with themselves. It is often best to end the relationship for your own mental health.

Exiting a relationship with a narcissist can be challenging. At the end of a relationship, they may beg, make promises to change, lavish you with expensive gifts, or profess their undying love for you. But know that a narcissist never changes—they only get better at their craft. Remind yourself that you deserve better and are worthy of love.

### 1. Gaslighting

Gaslighting is the intentional act of making you distrust your views of reality or believe that you're mentally unstable using specific targeted phrases to make you feel this way. Here are a few signs you are being gaslighted:

- You no longer feel like the person you used to be
- You feel like everything you do is wrong
- You always think it's your fault when things go wrong
- You feel more anxious and less confident than you used to be
- You often wonder if you're being too sensitive
- You often question whether your response to your partner is appropriate
- You're apologizing often
- You have a sense that something's wrong, but aren't able to identify what it is
- You make excuses for your partner's behavior

### 2. Emotional Abuse

Emotional abuse could include accusing, belittling, blaming, bullying, criticizing, demanding, ordering, raging, sarcasm, shaming, or threatening.

### 3. Projection

Projection involves dumping their issues onto their victim instead of taking any blame. For instance, a narcissistic abuser may accuse their partner of lying when they have lied (this is sometimes referred to as "being attack, reverse victim & offender.") Or they make a partner feel guilty when they've done nothing wrong. This creates confusion.

### 4. Twisting

When a narcissist is confronted, they will twist it around to blame their victims for their actions. They will not accept responsibility for their behavior and insist that their victim apologize to them.

### 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

### 7. Silent Treatment

Narcissists punish by ignoring. Then they let their victim "off the hook" by demanding an apology even if they weren't to blame. A narcissist may also have a history of cutting others out of their life permanently over small things.

### 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

### 9. Grandiosity & Overstating Their Own Importance

A narcissist's grandiose sense of self-importance leaves no time or space for their partner or anyone else, leaving their partner feeling alone in the relationship.

### 10. Emotional Blackmail

Emotional blackmail is another form of manipulation to make you feel fear, guilt, or doubt. They may use anger, intimidation, threats, warnings, or punishment to keep you in line.

### 24. Hogging the Conversation

Narcissists love to talk about themselves. They will embellish and flat-out lie to make themselves look better than others or inflate their accomplishments. There is no room to talk about your accomplishments, nor do they care about them in the first place.

*THIS ISN'T MALICE: DAD/MICHAEL/JARED DEFAMED/BLAMED ME OF THEIR ACTIONS.*

*Deuteronomy 15-21: False Witnesses.*
*One witness alone shall not stand against someone in regard to any crime or any offense that may have been committed; a charge shall stand only on the testimony of two or three witnesses.*
*If a hostile witness rises against someone to accuse that person of wrongdoing, the two parties in the dispute shall appear in the presence of the LORD, in the presence of the priests and judges in office at that time, and the judges must investigate it thoroughly. If the witness is a false witness and has falsely accused the other, you shall do to the false witness just as that false witness planned to do to the other. Thus shall you purge the evil from your midst.*
*The rest shall hear and be afraid, and never again do such an evil thing as this in your midst.*
*Do not show pity. Life for life,* eye for eye, tooth for tooth, hand for hand, and foot for foot!*

**MY DAD, MICHAEL, AND JARED HAVE BORNE FALSE WITNESS AGAINST US.
DEUTERONOMY DECLARES WHAT MUST BE DONE WITH FALSE WITNESSES.**

*If the witness is a false witness and has falsely accused the other, you shall do to the false witness just as that false witness planned to do to the other. Thus shall you purge the evil from your midst.*

*DEFAMATION OF ME INSTIGATED BY THEM ALLOWS ME TO DEFEND MY CHARACTER.*

### Sirach 28:13-26
#### Vicious Talk

*Gossips and liars deserve to be cursed, because they have been the ruin of many people who were minding their own business. Many have had their lives ruined and have been driven from their homes because of people who meddled in their business. Such unwanted interference has resulted in the destruction of strong cities and the homes of respected people. Meddlers have caused faithful wives to be divorced, robbed of everything they had worked for. Anyone who pays attention to slander can never find peace of mind. A whip can raise a welt, but a vicious tongue can break bones. More people have died as a result of loose talk than were ever killed by swords. Count yourself lucky if you have been spared the experience of having irresponsible talk directed against you—if you have never had that iron yoke around your neck or those heavy chains on your legs. Slander leads to a miserable death; but in fact, you'd be better off dead.*

*Devout people, however, cannot be overcome by slander; they cannot be burned by its flames. Its victims are those who have abandoned the Lord; once the fire of slander has been lit among them, it cannot be put out. Slander will pounce on them like a lion and tear them to pieces like a leopard.*

*Don't you fence in your property? Don't you lock up your money? Well, be just as careful with what you say. Weigh every word, and have a lock ready for your mouth. Someone may be waiting for you to slip, and if you are not careful, you will stumble over your own words and fall down in front of him.*

### Isaiah 29:21-23

God will destroy those who slander others, those who prevent the punishment of criminals, and those who tell lies to keep honest people from getting justice.

So now the Lord, the God of Israel, who rescued Abraham from trouble, says, "My people, you will not be disgraced any longer, and your faces will no longer be pale with shame. When you see the children that I will give you, then you will acknowledge that I am the holy God of Israel. You will honor me and stand in awe of me.

How do you respond to false accusations in the Bible?

It was found that Jesus primarily responded to false accusation in six ways: by asking questions; by sharing parables, analogies, or maxims; by giving strong words of condemnation or affirmation; by referring to the scriptures; by withdrawing from the accusers; and by keeping silent.

*May I have attempted each method Jesus taught recorded by Mark against their slander?*

### A Brother Who Sins.*

"If your brother* sins [against you], go and tell him his fault between you and him alone. If he listens to you, you have won over your brother. If he does not listen, take one or two others along with you, so that 'every fact may be established on the testimony of two or three witnesses.' If he refuses to listen to them, tell the church.* If he refuses to listen even to the church, then treat him as you would a Gentile or a tax collector.

---

* [18:15–20] Passing from the duty of Christian disciples toward those who have strayed from their number, the discourse now turns to how they are to deal with one who sins and yet remains within the community. First there is to be private correction (Mt 18:15); if this is unsuccessful, further correction before two or three witnesses (Mt 18:16); if this fails, the matter is to be brought before the assembled community (the church), and if the sinner refuses to attend to the correction of the church, he is to be expelled (Mt 18:17). The church's judgment will be ratified in heaven, i.e., by God (Mt 18:18). This three-step process of correction corresponds, though not exactly, to the procedure of the Qumran community; see 1QS 5:25–6:1; 6:24–7:25; CD 9:2–8. The section ends with a saying about the favorable response of God to prayer, even to that of a very small number, for Jesus is in the midst of any gathering of his disciples, however small (Mt 18:19–20). Whether this prayer has anything to do with the preceding judgment is uncertain.

* [18:15] Your brother: a fellow disciple; see Mt 23:8. The bracketed words, against you, are widely attested but they are not in the important codices Sinaiticus and Vaticanus or in some other textual witnesses. Their omission broadens the type of sin in question. Won over: literally, "gained."

* [18:15] Your brother: a fellow disciple; see Mt 23:8. The bracketed words, against you, are widely attested but they are not in the important codices Sinaiticus and Vaticanus or in some other textual witnesses. Their omission broadens the type of sin in question. Won over: literally, "gained."

* [18:16] Cf. Dt 19:15.

* [18:17] The church: the second of the only two instances of this word in the gospels; see note on Mt 16:18. Here it refers not to the entire church of Jesus, as in Mt 16:18, but to the local congregation. Treat him…a Gentile or a tax collector: just as the observant Jew avoided the company of Gentiles and tax collectors, so must the congregation of Christian disciples separate itself from the arrogantly sinful member who refuses to repent even when convicted of his sin by the whole church. Such a one is to be set outside the fellowship of the community. The harsh language about Gentile and tax collector probably reflects a stage of the Matthean church when it was principally composed of Jewish Christians. That time had long since passed, but the principle of exclusion for such a sinner remained. Paul makes a similar demand for excommunication in 1 Cor 5:1–13.

* [18:18] Except for the plural of the verbs bind and loose, this verse is practically identical with Mt 16:19b and many scholars understand it as granting to all the disciples what was previously given to Peter alone. For a different view, based on the different contexts of the two verses, see note on Mt 16:19.

* [18:19–20] Some take these verses as applying to prayer on the occasion of the church's gathering to deal with the sinner of Mt 18:17. Unless an a fortiori argument is supposed, this seems unlikely. God's answer to the prayer of two or three envisages a different situation from one that involves the entire congregation. In addition, the object of this prayer is expressed in most general terms as anything for which they are to pray.

* [18:20] For where two or three…midst of them: the presence of Jesus guarantees the efficacy of the prayer. This saying is similar to one attributed to a rabbi executed in A.D. 135 at the time of the second Jewish revolt: "…When two sit and there are between them the words of the Torah, the divine presence (Shekinah) rests upon them" (Pirqê 'Abôt 3, 3).

**May Dad, Michael, and/or Jared attempt to accuse me of "violation of privacy?"**

## preme Court upholds Megan's Law

A law on notice for living the most in Ohio, Friday, sensitive court said most two.

The Dean law is modeled after a New Jersey law named for a 7-year-old girl raped and murdered by a convicted sex offender living in her neighborhood.

of this information outweighs the government's interest in disclosure.

In a second ruling involving a convicted rapist in Cincinnati, the court ruled that the notice requirement for hearings to determine sexual offender status is mandatory.

The decision ends the debate over Megan's law in Ohio, Hamilton County Prosecutor Michael Allen said.

"Citizens have a right to know who is living in their neighborhood," he said. "A sexual predator's right to privacy is overridden by his neighbor's rights."



In July 1998, the court ruled that a sexual offender already released from prison cannot later be labeled a sexual predator.

The 11th District case involved three men: Paul Rutherford, a convicted rapist in Stark County, Donald Worthy, a convicted rapist in Portage County and Williams, a convicted rapist in Lake County.

[Disclosure]

of this information outweighs the government's interest in disclosure."

In a second ruling involving a convicted rapist in Cincinnati, the court ruled that the notice requirement for hearings to determine sexual offender status is mandatory.

The Ohio law is modeled after a New Jersey law named for a 7-year-old girl raped and murdered by a convicted sex offender living in her neighborhood.

The decision ends the debate over Megan's law in Ohio, Hamilton County Prosecutor Michael Allen said.

"Citizens have a right to know who is living in their neighborhoods," he said. "A sexual predator's right to privacy is overridden by his neighbor's rights."

**May Megan's Law and the Supreme Court uphold that they have no "right to privacy?"**

*May I have had insight into some, but not all, of Michael and Jared's past?*





*May it be "their business" except that others wrongfully tried to blame me?*

During my tenure at K-Mart in Richmond there was an incident with a man named Taylor. Taylor decided to harass a friend named Brandi, despite her rebuking him repeatedly. The young man had followed her home, and Brandi told me what was happening after that. *Management hadn't addressed the issue, though I'm sure the assistant store manager, Edna, would have done so had she been on duty at the time, and aware of the situation. As some young men may do, Taylor would ignore his job duties while bothering Brandi. Taylor continued to harass Brandi, at one point in front of me, and I told him to cut it out. Taylor wanted to fight about it, which I refused to do in a professional workplace, especially while on shift. As his superior I told him to get back to work, he ignored this.*



Electronics Assistant Manager at K-Mart
October 2007 - October 2008 (1 year 1 month)
 • Assisted store managers in overseeing and training a small team of associates throughout six departments.
 • Increased profitability of the store by providing excellent customer service, suggesting add-on sales, and proactive inventory management.

Taylor continued to try and fight me, saying he'd meet me outside after work. During his shift he contacted friends of his in the Centerville athletics program, and when I ended my shift over 20 young men were outside to "fight me" and no one had called the police. *The manager on duty, Nate, watched this crowd gather and just ignored it. Michael Mann had been informed that I may need help to get out, and showed up with a large knife. Michael wanted to run into this crowd and fight. I told him "no, we're leaving." Taylor and others from the crowd followed us in his purple Mitsubishi 3000gt and tried to run both my silver car, and Michael's blue car off the road repeatedly. I'm unsure of anyone's safety if I hadn't demanded we leave immediately. Taylor and the manager kept their jobs. May I have also worked directly with theft prevention at KMart to ensure our inventory?*

When I was younger I was also babysat by another family in our town who ran a daycare. Michael's family lived next door to the daycare before Michael moved with the Holwagers.



Why did Michael move in with David and Elaine? There was purportedly violence in his home, and Michael supposedly took a pistol from his parents, and they kicked him out.



Regardless of the past, in my opinion the proximity of these possible events to a daycare is alarming and concerning. Michael later said he took their pistol without accountability.

**I NEVER MENTIONED MICHAEL'S NAME IN A PHONE CALL WITH JARED'S SISTER.**
*CRYSTAL KNEW IT WAS ONE OF TWO PEOPLE AND I REFUSED TO ANSWER WHOM.*



**MICHAEL MANN THREATENED US DIRECTLY AFTER MY PHONE CALL WITH CRYSTAL.**
*MAY THIS BE FURTHER CONFIRMATION FROM MICHAEL MANN OF HIS INVOLVEMENT?*

*May I have known Crystal's and Jared's family for a long time?*
*This is a picture of me in Jared's/Crystal's place from a long time ago.*
*May Crystal be a Mom and one of the most responsible members of her family?*
*May I have contacted Crystal in respect to let her know her brother had gone "off-track?"*
***ONE OF THE LAST THINGS I SAID WAS "I'VE ALWAYS TRIED TO HELP OUT YOUR BROTHER... I REPORTED HIM FOR LOLICON... I THINK IT'S WHAT'S BEST FOR HIM."***



*May I have made this face since so many people called me "gay" I gave up fighting it?*
*May I have caught Jared looking at questionable material then and warned the group?*
***MAY MICHAEL HAVE SHOWN IT TO JARED THEN TRIED TO BLAME OTHERS AND ME?***
***MAY JARED HAVE TRIED TO HIDE HIS ISSUES AT THE TIME UNTIL HE WAS CAUGHT?***
***ON A LATER PHONE CALL WITH DAD I SAID "I THINK SOMEONE MOVED MY GUN!"***
***DAD SAID: "MAYBE YOUR FRIENDS THOUGHT IT WAS WHAT WAS BEST FOR YOU!"***

<u>May Michael Mann have been intimate with Jared's sister while she was only 13?</u>

IC 11-8-8-5: Sex or Violent Offender defined

a. A "sex or violent offender" means a person convicted of any of the following offenses:

1. Rape (IC 35-42-4-1).
2. Criminal deviate conduct (IC 35-42-4-2) (before its repeal).
3. Child molesting (IC 35-42-4-3).
4. Child exploitation (IC 35-42-4-4(b) or IC 35-42-4-4(c)).
5. Vicarious sexual gratification, including performing sexual conduct in the presence of a minor (IC 35-42-4-5).
6. Child solicitation (IC 35-42-4-6).
7. Child seduction (IC 35-42-4-7).
8. Sexual misconduct with a minor as a Class A, Class B, or Class C felony (for a crime committed before July 1, 2014) or a Level 1, Level 2, Level 4, or Level 5 felony (for a crime committed after June 30, 2014) (IC 35-42-4-9), unless:
   A. The person is convicted of sexual misconduct with a minor as a Class C felony (for a crime committed before July 1, 2014) or a Level 5 felony (for a crime committed after June 30, 2014); and
   B. The person is not more than:
      (i) four (4) years older than the victim if the offense was committed after June 30, 2007; or
      (ii) five (5) years older than the victim if the offense was committed before July 1, 2007; and
   C. The sentencing court finds that the person should not be required to register as a sex or violent offender.
9. Incest (IC 35-46-1-3).
10. Sexual battery (IC 35-42-4-8).
11. Kidnapping (IC 35-42-3-2), if the victim is less than eighteen (18) years of age, and the person who kidnapped the victim is not the victim's parent or guardian.
12. Criminal confinement (IC 35-42-3-3), if the victim is less than eighteen (18) years of age, and the person who confined or removed the victim is not the victim's parent or guardian.
13. Possession of child pornography (IC 35-42-4-4(d) or IC 35-42-4-4(e)).

A minor may also be required to register if the following apply:

- The minor was 14 years old or older when committing the offense
- The minor has been released from confinement in a state institution or juvenile facility
- The minor is still likely to commit an act that would be considered a sex offense if committed by an adult

*May Michael be older than Jared's sister, Crystal?*

**May I have appropriately reported Dad, Michael, and Jared?**





**May Dad, Michael, and/or Jared not be doing rational things?**
*May Dad place blame on his Son?*
*May Michael place blame on people he calls friends?*
*May Jared attempt to hide issues to avoid accountability?*

**May Dad, Michael, and/or Jared defame me to my Mom?**
*May Dad know something I didn't after meeting with Michael?*



**MAY THIS BE A POSSIBLE REASON? MAY IT BE "MERRY CHRISTMAS" FROM DAD?**
*MAY EITHER BE AWARE I WAS TRYING TO GET JARED THERAPY LIKE JARED ASKED?*

Why did I buy Jared's guns and why did we try to get him therapy?



**Jared J**
Jul 29, 2021 · ⊙    ···

I'm not sure how apparent it is, but my hand is quite swollen. The guy in the mirror was passing me off. It occured to me that he is the cause of all my problems, so I took a swing at him. I put everything I had into that swing and magically didn't break the mirror. So now here I am at work with a bum hand, still mad at the guy in the mirror.



👍😮 4                    11 comments



## May there be other reasons I may think Jared needs therapy?



**Cinnamon M**

I'm sad that he was never appreciated before, and after being with someone so awful for 8 years, I really really, really appreciate all the little things that I might have otherwise taken for granted

I appreciate you agreeing to buy those from Jared last night, although I feel the need to be honest with you. Jared didn't really care about the money at first, and I'm sure the fact he could get money from selling them was an afterthought. And don't get me wrong, he absolutely needs the money. But he doesn't feel comfortable having them here because I suffer from severe manic depression and suicidal thoughts. I don't think I would ever hurt myself, I don't have the balls to do that and I have people that need me... but crazy people aren't always in control of their emotions, especially when they're manic and having an episode. So, I guess, thank you. I know Jared was keeping the truth about it from you for my sake, and going with the whole "Christmas" thing, (which as I said, isn't exactly a lie, because we need money and we have kids), but it was deeper than that and I thank you for that, I guess. *hugs

> I understand and you're welcome. Thanks for opening up

Will you or Josh or someone come and pick up Jared for a bit? He's destroying things around the house and threatening to burn the house down... and I've just been at work all day and he really needs someone there for him please. I know this isn't your problem or your fault, but you're his best friend.

> Well f[ ]k. We'll come get him.

> On my way in just a bit.

***May there have been two people in the same house with kids who shouldn't have guns?***

<u>Why was Jared uninvited from our wedding?</u>
<u>*Why was getting therapy resources the last thing I'd do for him?*</u>



<u>May Jared have mentioned an addiction to cartoon pornography?</u>
<u>*May this have made me question if Jared told me the full truth?*</u>

*BECAUSE JARED HAD ASKED ME TO HELP HIM FIND THERAPY, AND SORAYA CONTACTED ME. I APPROACHED JARED. HE WAS ADAMANT HE WAS ADDICTED TO CARTOONS. I STILL FELT JARED WOULD GET IN TROUBLE FOR OUTBURSTS AND THREATENING TO BURN HIS HOUSE. WE WERE UNEASY AND HE WAS UNINVITED.*

_ME AND MY FRIENDS AND EX-FRIENDS AREN'T WEALTHY PEOPLE WITH RESOURCES._
_JARED HAD CALMED DOWN AFTER HAVING THE POSSIBILITY OF GETTING THERAPY._
_THE GROUP WAS CONCERNED AND TRYING TO HELP JARED CORRECT COURSE._



_LAST TIME DAD ACTED THIS BADLY WHEN I WAS 15, HE SMASHED MY COMPUTERS_
_WITH A HAMMER AND LATER BEAT ME. WHEN DAD THREATENED ME AND MY WIFE_
_AND BEGAN HIS ONSLAUGHT, I HAD NOWHERE FOR MY BUSINESS TEMPORARILY,_
_NOR A RESIDENCE TO SUPPORT IT. MICHAEL'S AND ANDREA'S HAD POWER ISSUES._

*I COULDN'T FINISH PREPARING FOR OUR MARRIAGE FINANCIALLY NOR HELP JARED GET THERAPY WITH A THIRD OF OUR INCOME BEING EVEN LESS SAFE NEAR DAD. MAY I HAVE NOT KNOWN WHAT JARED SAID MAY BE ILLEGAL & FOUND IT IMMORAL?*



*[MAY I HAVE FELT JARED HAS A NEED FOR A PROFESSIONAL THERAPIST'S HELP?] May it be responsible to "Red Flag" Jared before he hurts himself, me, my wife, or others? May it be responsible to repair defamation of my character for my wife and future family?*
*MAY THREATS OF BEING SHOT, DESTITUTE, AND OUR WEDDING RUINED BE WORSE? RESIDENCES WE WENT TO BUY WERE SABOTAGED IN ATTEMPTS TO MAKE US RENT. MAY THIS PREVENT US FROM TRESPASSING DAD IF HE CONTINUED HIS BEHAVIOR?*

*MAY I ONLY CARE TO RESEARCH THINGS I HAVE AN INTEREST IN?*

B.  Restricted repetitive and stereotyped patterns of behavior, interests, and activities, as manifested by at least one of the following:

(1)  encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus

*[I HAVE NO INTEREST IN ANYTHING THAT EXPLOITS OR MAY EXPLOIT KIDS.]*



**MAY JARED HAVE DESCRIBED HIS POTENTIAL ISSUE AS A TYPE OF CARTOON?**
*[BOTH MY WIFE AND I VIEW WHAT JARED SAID AS IMMORAL AND HAVEN'T SEEN IT.]*

**MAY I HAVE DONE THE RIGHT THING BY REPORTING THIS?**
*[I REPORTED DIRECTLY AFTER MY WIFE AND I RESEARCHED THE DEFINITION.]*
*MAY I STILL NOT HAVE HATE FOR JARED, AND HAVE DISASSOCIATED RESPONSIBLY?*

<u>MAY JARED HAVE SAID MANY THINGS THAT ARE "OFF THE WALL" OR "ECCENTRIC?"</u>
*<u>MAY I HAVE DOUBTED JARED BUT FEEL I HAD TO REPORT WHAT HE SAID ANYWAY?</u>*
*<u>MAY JARED HAVE SAID MORE TO ME AND MY WIFE INVOLVING HIM AND MICHAEL?</u>*



<u>May I have been targeted for trying to get Jared therapy as a former friend?</u>
*<u>May Jared be trying to recover from a broken home and gone "over the edge?"</u>*
<u>**May Dad, Mom, Michael, and/or Andrea have a reason not to report?** *DID THEY REPORT?*</u>

<u>IF NOT, MAY NOT REPORTING ONLY BE IN THEIR BEST INTERESTS?</u>
<u>MAY WE HAVE FACED RETALIATION ON A DEVASTATING LEVEL FOR REPORTING?</u>
*<u>MAY PROTECTING KIDS AND SAFETY BE MORE IMPORTANT THAN A LICENSE?</u>*



*<u>IN MY OPINION BOTH KIDS AND SAFETY ARE MORE IMPORTANT THAN A LICENSE.</u>*
<u>MAY I HAVE A PRACTICAL EXAMPLE OF THIS IN ACTION AFFECTING MY LIFE?</u>
*<u>MAY MY LIFETIME CARRY LICENSE APPROVED BY THE DOD BE SUSPENDED NOW?</u>*

May Jared have done things in the past I find unacceptable?



*May this have been in my parents' basement, and may I have promptly kicked Jared out?*
*[MAY MY OPINION OF JARED HAVE CHANGED AFTER PAST AND PRESENT EVENTS?]*

<u>Why weren't we speaking and why don't Diana and I speak?</u>
<u>*May she have been upset for a reason?*</u>



<u>I disrespected Diana and Erin long ago, but Diana and I became friends afterward.</u>
<u>*We went our separate ways eventually and I made the decision for us not to speak.*</u>

<u>IN MY OPINION: IT'S RESPECTFUL OF ERIN, AND I'M NOT SORRY FOR THAT.</u>
<u>*HOWEVER: I AM SORRY THAT MY ASKING ABOUT THE PAST UPSET DIANA.*</u>

<u>A Brother Who Sins.\*</u>
<u>"If your brother\* sins [against you], go and tell him his fault between you and him alone. If he listens to you, you have won over your brother. If he does not listen, take one or two others along with you, so that 'every fact may be established on the testimony of two or three witnesses.' If he refuses to listen to them, tell the church.\* If he refuses to listen even to the church, then treat him as you would a Gentile or a tax collector.</u>

**May Michael blame Jared or others for his potential behaviors?**
*If so, may Michael have a reason to be involved with Jared?*
*May they both need a professional therapist's help?*





**Jared J**
Dec 11 · 🌐

Thanks to my good friends Michael and Andrea for kindly giving me this stove. It appears to be straight from the 70s, and you know what they say. "They just don't make 'em like they used to." 😊



❤️😮👍 Josh King and 14 others                 8 Comments

**May Michael attempt to collect or access another's property without permission?**
*May Michael give gifts to others with a hidden or ulterior motive?*
*May Michael have had any affect on Jared's behavior?*
*May Michael have a past with Jared or his family?*

Case 3:22-cv-01213-SAB-KDM    Document 306-6    Filed 07/17/25    Page 26 of 123    PageID #: 27227

> There is a newer version of this Section                                    ↓

> View our newest version here                                               →

# 2017 Indiana Code
# TITLE 35. Criminal Law and Procedure
# ARTICLE 46. MISCELLANEOUS OFFENSES
# CHAPTER 1. Offenses Against the Family
# 35-46-1-15.1. Invasion of privacy; offense; penalties

**Universal Citation:** IN Code § 35-46-1-15.1 (2017)

IC 35-46-1-15.1 Invasion of privacy; offense; penalties

   Sec. 15.1. (a) A person who knowingly or intentionally violates:

(1) a protective order to prevent domestic or family violence issued under IC 34-26-5 (or, if the order involved a family or household member, under IC 34-26-2 or IC 34-4-5.1-5 before their repeal);

(2) an ex parte protective order issued under IC 34-26-5 (or, if the order involved a family or household member, an emergency order issued under IC 34-26-2 or IC 34-4-5.1 before their repeal);

(3) a workplace violence restraining order issued under IC 34-26-6;

7/13/23, 10:26 AM      Indiana Code § 35-46-1-15.1 Invasion of privacy offense; penalties :: 2017 Indiana Code :: US Codes and Statutes :: US Law :: ...

Case 3:22-cv-01223-JPB-KDM    Document 306-6    Filed 07/17/23    Page 27 of 123 PageID #: 27228

(4) a no contact order in a dispositional decree issued under IC 31-34-20-1, IC 31-37-19-1, or IC 31-37-5-6 (or IC 31-6-4-15.4 or IC 31-6-4-15.9 before their repeal) or an order issued under IC 31-32-13 (or IC 31-6-7-14 before its repeal) that orders the person to refrain from direct or indirect contact with a child in need of services or a delinquent child;

(5) a no contact order issued as a condition of pretrial release, including release on bail or personal recognizance, or pretrial diversion, and including a no contact order issued under IC 35-33-8-3.6;

(6) a no contact order issued as a condition of probation;

(7) a protective order to prevent domestic or family violence issued under IC 31-15-5 (or IC 31-16-5 or IC 31-1-11.5-8.2 before their repeal);

(8) a protective order to prevent domestic or family violence issued under IC 31-14-16-1 in a paternity action;

(9) an order issued in another state that is substantially similar to an order described in subdivisions (1) through (8);

(10) an order that is substantially similar to an order described in subdivisions (1) through (8) and is issued by an Indian:

(A) tribe;

(B) band;

(C) pueblo;

(D) nation; or

(E) organized group or community, including an Alaska Native village or regional or village corporation as defined in or established under the Alaska Native Claims Settlement Act (43 U.S.C. 1601 et seq.);

that is recognized as eligible for the special programs and services provided by the United States to Indians because of their special status as Indians;

(11) an order issued under IC 35-33-8-3.2; or

(12) an order issued under IC 35-38-1-30;

Case 3:22-cv-01229-TAB-KDM · Document 306-9 · Filed 07/17/23 · Page 28 of 123 PageID #: 27229

commits invasion of privacy, a Class A misdemeanor. However, the offense is a Level 6 felony. if the person has a prior unrelated conviction for an offense under this section.

(b) It is not a defense to a prosecution under this section that the accused person used or operated an unmanned aerial vehicle in committing the violation.

*As added by P.L.1-1991, SEC.201. Amended by P.L.49-1993, SEC.14; P.L.242-1993, SEC.5; P.L.1-1994, SEC.170; P.L.23-1994, SEC.17; P.L.303-1995, SEC.1; P.L.1-1997, SEC.153; P.L.37-1997, SEC.3; P.L.1-1998, SEC.199; P.L.1-2001, SEC.42; P.L.280-2001, SEC.53; P.L.1-2002, SEC.150; P.L.133-2002, SEC.67; P.L.104-2008, SEC.22; P.L.94-2010, SEC.12; P.L.158-2013, SEC.557; P.L.65-2016, SEC.37; P.L.107-2017, SEC.10.*

**Disclaimer:** These codes may not be the most recent version. Indiana may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



| There is a newer version of this Section | ↓ |
|---|---|

| View our newest version here | → |

# 2018 Indiana Code
# TITLE 35. Criminal Law and Procedure
# ARTICLE 43. OFFENSES AGAINST PROPERTY
# CHAPTER 2. Burglary and Trespass
# 35-43-2-3. Computer trespass; computer hoarding programs

**Universal Citation:** IN Code § 35-43-2-3 (2018)

IC 35-43-2-3 Computer trespass; computer hoarding programs

Sec. 3. (a) As used in this section:

"Access" means to:

(1) approach;

(2) instruct;

(3) communicate with;

(4) store data in;

(5) retrieve data from; or

7/13/23, 10:37 AM    Indiana Code § 35-43-2-3. Computer trespass; computer hoarding programs :: 2018 Indiana Code :: US Codes and Statutes :: U...

Case 3:22-cv-01213-SAB-KBM    Document 306    Filed 07/17/23    Page 30 of 123    PageID #: 27231

(6) make use of resources of;

a computer, computer system, or computer network.

"Computer network" means the interconnection of communication lines or wireless telecommunications with a computer or wireless telecommunication device through:

(1) remote terminals;

(2) a complex consisting of two (2) or more interconnected computers; or

(3) a worldwide collection of interconnected networks operating as the Internet.

"Computer system" means a set of related computer equipment, software, or hardware.

"Hoarding program" means a computer program designed to bypass or neutralize a security measure, access control system, or similar system used by the owner of a computer network or computer system to limit the amount of merchandise that one (1) person may purchase by means of a computer network.

(b) A person who knowingly or intentionally accesses:

(1) a computer system;

(2) a computer network; or

(3) any part of a computer system or computer network;

without the consent of the owner of the computer system or computer network, or the consent of the owner's licensee, commits computer trespass, a Class A misdemeanor.

(c) A person who knowingly or intentionally uses a hoarding program to purchase merchandise by means of a computer network commits computer merchandise hoarding, a Class A misdemeanor. It is a defense to a prosecution under this subsection that the person used the hoarding program with the permission of the person selling the merchandise.

(d) A person who knowingly or intentionally sells, purchases, or distributes a hoarding program commits unlawful distribution of a hoarding program, a Class A misdemeanor. It is a defense to a prosecution under this subsection that the hoarding program was sold, purchased, or distributed for legitimate scientific or educational purposes.

*As added by P.L.35-1986, SEC.3. Amended by P.L.29-2001, SEC.1; P.L.79-2009, SEC.1.*

7/13/23, 10:27 AM Indiana Code § 35-43-2-3 Computer trespass; computer hoarding; programs :: 2018 Indiana Code :: US Codes and Statutes :: U...

Case 3:22-cv-01223-JPB-KDM Document 30045-6 Filed 07/17/23 Page 31 of 123 PageID #: 27232

**Disclaimer:** These codes may not be the most recent version. Indiana may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**May Dad, Michael, and/or Jared incited fear in others to attempt to institutionalize me?**

# Freedom of speech includes the right:

- Not to speak (specifically, the right not to salute the flag).
  *West Virginia Board of Education v. Barnette*, 319 U.S. 624 (1943).

- Of students to wear black armbands to school to protest a war ("Students do not shed their constitutional rights at the schoolhouse gate.").
  *Tinker v. Des Moines*, 393 U.S. 503 (1969).

- To use certain offensive words and phrases to convey political messages.
  *Cohen v. California*, 403 U.S. 15 (1971).

- To contribute money (under certain circumstances) to political campaigns.
  *Buckley v. Valeo*, 424 U.S. 1 (1976).

- To advertise commercial products and professional services (with some restrictions).
  *Virginia Board of Pharmacy v. Virginia Consumer Council*, 425 U.S. 748 (1976); *Bates v. State Bar of Arizona*, 433 U.S. 350 (1977).

- To engage in symbolic speech, (e.g., burning the flag in protest).
  *Texas v. Johnson*, 491 U.S. 397 (1989), *United States v. Eichman*, 496 U.S. 310 (1990).

# Freedom of speech does not include the right:

- To incite imminent lawless action.
  *Brandenburg v. Ohio*, 395 U.S. 444 (1969).

- To make or distribute obscene materials.
  *Roth v. United States*, 354 U.S. 476 (1957).

- To burn draft cards as an anti-war protest.
  *United States v. O'Brien*, 391 U.S. 367 (1968).

- To permit students to print articles in a school newspaper over the objections of the school administration.
  *Hazelwood School District v. Kuhlmeier*, 484 U.S. 260 (1988).

- Of students to make an obscene speech at a school-sponsored event.
  *Bethel School District #43 v. Fraser*, 478 U.S. 675 (1986).

- Of students to advocate illegal drug use at a school-sponsored event.
  *Morse v. Frederick*, __ U.S. __ (2007).

**May my Mom have said via phone their words caused attempts to institutionalize me?**

May Michael run away from problems if he may be caught?
*May I have been friends with Elaine Holwager at the time if I reached out?*
*May I have blocked Elaine if threatened in a similar way as Michael threatened us?*



Family

Hey guys. Just so everyone is aware, I reached out to future mother-in-law (who he is NOT friends with on Facebook) to defame me and ask personal questions from her.

I told my future mother in law (Elaine) I would cheat on my fiance and has asked Elaine if she has sold us a property....that way he knows to "avoid" it ...

What the fucking hell made him possibly think he would even be allowed on Elaine's property after the pure hell he put us through?! Also, it is none of his fucking business where we live at this point, and it is nerve-racking he is inquiring because this leads me to believe he will be in town soon as he clearly stated he will "avoid" the office if Elaine has sold the property to me....just what the fuck made him even think it would be appropriate to come to Elaine's property, especially after the hell he put her own daughter through. The fact he had the nerve to reach out to my future mother-in-law and claim I would cheat on her daughter and ask about a property.... Too many boundaries were already crossed and this is the final straw.

Due to his history with gun violence, my fiancé is now ___ ed he is going to show up at new ___ place Please

May asking about avoiding a property be the opposite of breaking a boundary?
*May this indicate we wish to avoid Michael Mann in any way we can to be safe?*

**May Andrea Holwager have expressed concerns of Michael cheating to me and my wife?**
***May Andrea have expressed concerns about possible infidelity to us over many years?***



**May Michael Mann have assisted in an attempt to halt our wedding?**
***May Michael Mann be defaming me and/or may he be dishonest about his own behavior?***

## May I have been hurt before for simply standing my ground and standing up for myself? ▊

Attached to this report are the interviews conducted by Mr. Schisting and the written statement of ▊
Also enclosed are the medical records of Turpin where he was seen by the emergency room at Reid Hospital.

***NARRATIVE***

**Narrative:**

On March 1, 2006 at about 4:40pm, I Officer Young of the Cambridge City Police Dept. was approached by John and Linda Turpin while I was at the Cambridge City Police Dept. Linda advised that her son had been battered while at the Lincoln High School 215 E. Delaware St, Cambridge City, Wayne County, Indiana

Linda's son is Jon F. Turpin. Jon reported that he had a altercation on the football field with ▊ while at track practice. Jon reported that ▊ threatened to "beat his ass" and tried to get Jon to fight him. Jon stated that he just stayed away from ▊ after ▊ tried to punch him. Jon reported that Casey Bogue stopped ▊ from punching him. Jon then stated that after they went into the locker room there were words exchanged and then ▊ pulled Jon off of the bench and put him in a choke hold and also punched Jon many times in the head and face. See Jon's statement for more detail.

I was able to see Jon left eye area was read and swollen and Jon's left ear was very swollen and discolored. Photos were taken of the injuries. Jon reported that Michael Mann was also in the locker room along with other witnesses.

I then went and spoke with Michael Mann and his parents. In Manns statement, he advised that when he went into locker room he saw ▊ pull Jon off the bench by his head then threw Jon down to the floor. ▊ then got on top of Jon and started punching him. ▊ then stopped hitting Jon and Jon tried to sit up and then ▊ put Jon in a headlock. Then Mann stated that they both got up and Jon stated "I never hit you" and Jon then left the locker room.

On March 2, 2006 Chief Roberts with the Cambridge City Police Dept took over the investigation.

***OFFICERS***

| Officer(s): | | Officers Status: | Reporting | Report Entered On: | 03/03/2006 |
|---|---|---|---|---|---|
| Officer(s): | Young, Douglas. | Officers Status: | Assisting | Report Entered On: | 03/03/2006 |
| | Roberts, Richard. | | | | |

E.)High School Principal S▊▊▊▊ had the students who were witnesses to the altercation on the football field and the beating later in the locker room in his office for the next couple of days. He supposedly took their cell phones and destroyed the photo evidence. However, in the process of police investigation of the beating, Chief of Police Roberts received a cell phone picture from another cell phone and electronically sent a copy of one picture taken of the beating to the Police Computer. I have a copy of that picture.

*I forgive the principal, but may pictures of my beating sent around town be demoralizing?*
*May the beating have been denied or evidence lost without the help of law enforcement?*

*May Michael Mann not have come forward if I didn't mention him?*
*May he not have given a statement if Mom and Andrea didn't ask him?*

*Thank you to then Officer, now Town Manager, Douglass Young, for his public service.*
*Thank you to Police Chief, Richard Roberts, for his intervention, and his public service.*

**May a young man who works with you and your Dad just watch as you're beaten?**



Fritz Turpin
March 15, 2011



*May a friend just watch a friend be punched over 35 times and choked on a cement floor?*

**"I was informed there was an argument on our school's practice field…"**
**Michael was *there*, heard *and watched* it happen, with ears *and eyeballs.***

November 14, 2007

I, Michael Mann, restate the information I gave in my report to the Cambridge City Police Department is accurate to the actual events in the locker room between James Dobbs and Jon Fredrick Turpin.

Furthermore, I was informed there was an argument on our school's practice field between Jon and James. It was ignored by the adult in charge, Coach Dickerson. After the event, he and the other coach seemed more interested in placing blame on Jon than taking the actions they should. The principal (as far as I know) was not informed about this situation until the very next day.

During the next few days, there was a lot of talk among the students about what happened to Jon. They claimed he had it coming to him for a long time. Some even went so far as to say they wished they were the one who had attacked Jon. These things were said in front of multiple different teachers, none of which reacted in a way expected of a teacher. Overall, they seemed to ignore the situation entirely. I will provide any other information I know to be truthful if needed.

Sincerely,

Michael Alan Mann

**"They claimed he had it coming for a long time."**
**"Some even went so far as to say they wished they were the one who had attacked Jon."**
**May Michael have been indifferent, or may he have felt the same way?**

I forgive J.D., J.C., M.H., J.S., and S.A.: we were middle and high schoolers.
*We were kids, should we be to blame, or do adults shoulder the responsibility?*
Josh Dunaway pulled  another boy, J.G., off me in the middle school gym, and looked out
for me after that. *J.G. said he'd pull off my head: I didn't let him cheat off me in Algebra 1,*

Friday, December 28, 2007

        I Joshua R. Dunaway, upon returning a rented movie back to Hometown Videos
in Cambridge City, Indiana, in December, 2007, had a discussion with an employee of
the video store, Mr. Scott A        . Scott confirmed to me that he took pictures while James
D        assaulted and beat Jon F. Turpin in the locker room of Lincoln High School. MR.
A        said to me after I questioned him about the phone and picture/pictures that were
supposedly sent to other people for their entertainment pleasures, that he had sent a
picture and/or pictures to MR. Joshua J        for further viewing. Thus further that the
Lincoln High School Administration made him delete all picture/pictures and/or videos
that were made at the time of this brutal, and what I believe to have been a premeditated
attempt on the very life of  Jon F. Turpin.



                                            Joshua R. Dunaway

                                            *Joshua R. Dunaway*

*Thanks for being a real bro, Josh, I appreciate that you were there and took action.*

I forgive J.G.: I was in 6th grade and he was in 8th grade,
*We were kids, should we be to blame, or do adults shoulder the responsibility?*


May my Mom have been the parent who needed to rebuke the principal after my beating?
*When all of this was happening may Dad not have wanted to take my back?*


May Dad have had something happen that made him take my back?
*May Dad have said he was "the only one spending money" and that it made him angry?*

Michael Mann first threatened to "get rid of me" on the bleachers in the red square.





Michael later threatened me in the Holwager's garage after Andrea told me he may have cheated on her with another girl. She talked to me privately. I didn't even approach him.

**May the same man try to use you and your wife and/or others to get what he wants?**



**May this have been the "bigger fish" Michael was talking about?**

**May the same man make fun of his cat for cramped quarters, constipation, or fear?**



**_May the same man then accuse others of not caring about their pets?_**

## #2 The litter box is too small.

Sometimes your litter box could be too small for your cat. This usually happens when you buy a litter box when your cat is a kitten, and they outgrow it.

Even if your cat can move around a little bit in the cat box, there may not be enough room for them. Ensure that their box is large enough for them to turn around and maneuver into a comfortable position.

## #5 Constipation

Your cat could be trying to change their position because it cannot poop. Trying out a new position can facilitate movement in their bowels.

**Interesting READ  Why Do Cats Hide Their Kittens? (4 reasons!)**

If you think they are constipated, look out for these signs and symptoms to make sure:

- Rigid abdomen
- Loss of appetite
- Pain
- Your cat won't allow you to touch its stomach.
- Nausea
- Vomiting

Your cat may also act a little differently than usual. If your pet used to be social and loved cuddles, it may become distant, grumpy, or aggressive.

## #6 Keeping a lookout

This behavior may just be an instinct inherited from your cat's ancestors. Standing up is a way of protecting themselves from predators in the wild.

So, if you see your cat standing up to poop, it may mean that they are trying to keep its head high to keep a lookout on the surrounding.

May the same young man who watched you get beaten, and saw your Mom's family torn apart try to beat you down and try to tear apart your Dad's family too when he's caught?



*May a young man who assists in clearing your Uncle's old basement denigrate you?*



*May the same man you helped get a job with your Dad later blame you for their actions?*

**Because Andrea loves him, I let it go, but may Michael lie about how I view Andrea?**



*In my opinion, above is how an actual friend talks about someone with platonic love.*



***We can see that's my car next to Andrea out front of Dad's "Shop" back in the day.***

In my opinion it's not ok to vandalize others' property. This was David Holwager's truck.



*This upset Michael, Andrea, and regardless of past events, Me, and Erin, on their behalf.*

**J.C. and two other boys abused me in the hallways, after months of abuse, I hit J.C. *once.***

November 16, 2007

Dear whoever it may concern:

My name is Andrea Lynn Holwager. I have known Jon Turpin for 18 years and have watched him go through many hardships throughout his school career. During high school, Jon and I did not have many classes together so I was not able to witness a majority of the problems he dealt with. However, I do recall a few.

The first one I can remember recalling was an incident in our freshman hallway were Josh C    and Jon had a physical fight. I happened to be going towards my locker as the fight began when I witnessed Josh on top of Jon as he was throwing punches at him. A large crowd of students were around doing absolutely nothing to stop the fight. So I got through the crowd and got down at the level where Josh was and yelled at him to get off of Jon. He proceeded to call me a foul name and spit blood on me. Within a minute though, one student got behind Josh and lifted him off of Jon. What astounds me most about the situation is that it happened in front of four classrooms, the special education room, the computer lab, the band room, and the choir room. It took about four minutes for a teacher to get there and stop the fight. For me, it proved some teachers were doing absolutely nothing to stop the situation when Jon was in serious physical danger.

The other situation I can recall happening is when James D    got into a physical fight with Jon in the boys' locker room. I was not there when the fight occurred but Jon had told me a few days before the incident that he and James were not getting along. He told me he told the coaches about how they were not getting along. They did not act upon it. One of the coaches should have been in the locker room with them but they were not. Instead, students got to watch James attack Jon in the locker room, and they did nothing to stop it. Rather they took pictures of the incident and cheered James on. And still, neither of the coaches came even though they would have been likely to hear what was happening in the locker room.

The day afterwards, I heard students talking about how Jon had deserved to be beaten, and how they wish they could have done it. This was said even in some teachers' classrooms and they did nothing to stop the talk from continuing. I will give any other information if needed for the case of Jon.

Sincerely,

*Andrea Lynn Holwager*

Andrea Holwager

**Thank you for being a real Sis, Andrea, I appreciate that you were there and took action.**

**Before involvement of Michael Mann, Phillip wrote me a letter for appeal or expungement:**

Dear Mr. and Mrs. Turpin:

JT means the world to me, not just as a friend, but as an example of a human being I aspire to.

He is the most brilliant and driven person I have ever known. His sheer strength of will is inspiring, and his generosity immeasurable. I have never known a man to care as much as he does, so passionately that he seeks to help those around him to a fault.

I value his time and advice more than most. In fact, the only other person I have a higher opinion of is my own father. Whenever someone needs help, they turn to JT because he is a beacon of light is an uncaring and unforgiving world.

The unconditional love we have for each other has been expressed in our support for each other through good and bad times. We don't *seek* from each other; we drop everything and *do* for each other whatever is needed.

I know JT and I have had our disagreements, but we have worked through them like mature individuals and grown together as friends. Simply knowing JT has made me a better person. We have elevated each other and supported each other in many facets of life – careers, relationships, finance, and faith. These are the things you don't see.

I have learned two things about life from JT: success is what you make it, and stand up for what you believe in. He embodies these. In our 16 years of shared friendship, I have never seen him falter despite everything he has been subjected to. It would break a lesser man.

We have survived the death of a close friend together, faced our mortality together, and found common ground from which to weather any storm.

Unity is what bonds us. We are friends closer than brothers. Simply put, I would die for JT. I don't mean that in jest. I'd take a bullet for the man, give him a kidney, whatever it took. Why? Because if anyone deserves love and friendship and the chance in life to pursue it, it is JT.

I have seen through the brash, callous, stubborn, loud exterior of the young boy who latched onto me in 2005 during Spanish class. What I have found a decade and a half later was a true friend. I came to know him. Really KNOW him. I wouldn't trade a mountain of gold for his friendship.

All I ask is that you see him through my eyes.

Sincerely,

*Phillip Jenkins*

Phillip Jenkins

***May I have been defamed to Phillip and/or may he have been threatened with litigation?***

**May others have their own opinion of Michael?**



**Josh S[redacted]**
Active 13m ago

Yeah and he defamed you in the group chat, along with Philip and jared

Those guys have like a seething hatred of you

Well, they chose to believe Jared despite there being proof from Jared, his ex-girlfriend, his sister, and me.

Right

I couldn't help them past leaving. They didn't want to believe the person who has been honest with them even when it sucks.

I think Philip was salty about you trying to say you helped him with his cancer so he owes you forgiveness. Paraphrased heavily

Yeah, he took that completely wrong. I was saying "why in the f[_]k would you hang up on your friend that has been there for you and not even give him 5 minutes?"

He can be mad if that's how he feels, then I understand.

But why hang up on me and not even ask me what the f[_]k?

In my opinion that's just sh[_]y. He could have yelled at me and said what he felt, I would have listened as long as it was two-way communication.

I mean its this day and age. People don't let the accused tell their side anymore

*May Dad, Michael, and Jared have defamed me and caused others to do so as well?*

**May Dad, Michael, and/or Jared have tried to prevent me from reporting a crime?**



*May they have attempted, without evidence, to incite fear and unlawful actions?*

## 5. Lack of Empathy

The lack of empathy or ability to feel and express emotions is the major reason why a narcissist's relationships fail. In a healthy relationship, both partners care for each other's well-being. In a narcissistic relationship, the non-narcissistic partner will not feel cared for and will show signs of sadness and loneliness.

**May Josh and Erin have been my main medical contacts?**
**May Michael Mann NOT be my "next of kin?"**



**May this be an attempt to access my medical records?**
**May Michael and/or Dad have attempted to institutionalize me?**

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**While friends have contributed, no one has paid my rent, nor medical bills, since 2009.**
*May my medical issues be ignored by Dad? May Dad attempt to have Mom pay for them?*

 **Henry Community Health**

12/13/2021

Patient: Jon Turpin
Service Date: 11/12/2021
Encounter:

An audit on this account shows an overpayment on your claim(s)

We have credited your credit card ending in 1088 in the amount of $60.00 due to an overpayment on your account. If you have any questions, please contact me at 765-

Respectfully,

Jessica
Central Business Office
Henry Delivery Services

**May this be an attempt to access my medical records? May that be Mom's credit card?**
*May Dad and/or Michael attempt to use Mom and/or Andrea to claim I'm incompetent?*

## 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

## May Michael, Andrea, Elaine, and the shelter have violated the Indiana Wiretapping Law?

### Indiana Wiretapping Law

Indiana's wiretapping law is a "one-party consent" law. Indiana makes it a crime to record a telephone conversation unless one party to the conversation consents. See Ind. Code § 35-31.5-2-176 and Ind. Code § 35-33.5-5-5. Therefore, you may record a telephone conversation if you are a party to the conversation or you get permission from one party to the conversation. That said, if you intend to record conversations involving people located in more than one state, you should play it safe and get the consent of all parties. In-person conversations do not appear to be covered by the law, but it cannot hurt to get consent before recording just in case.

In addition to subjecting you to criminal prosecution, violating the Indiana wiretapping law can expose you to a civil lawsuit for damages by an injured party. Ind. Code § 35-33.5-5-4.

Consult The Reporters Committee for Freedom of the Press's Can We Tape?: Indiana for more on Indiana wiretapping law.

### *May Michael and Andrea not know the shelter WASN'T a party to any conversation?*

## What Makes One-Party Consent Legal?

As long as the person hitting "record" is aware and part of the conversation, recording conversations is legal under Federal law as well as Indiana law.



**Before defamation of me.** | **After defamation of me.**

*According to Elaine, neither party to our conversation consented, nor pressed record.*

### Since Andrea didn't record me, may they have broken a Federal Law and State Law?

## Federal Law

Federal law (18 U.S.C. § 2511) requires one party consent, which means you can record a phone call or conversation so long as you are a party to the conversation. If you are not a party to the conversation, you can record a conversation or phone call only if at least one party consents and has full knowledge that the communication will be recorded. The statute also prohibits recording conversations with criminal or tortious intent.

## State Law

Most states have enacted laws that are similar to the federal statute, meaning that they generally require one-party consent (click each state to see the details below).

### One-Party Consent States

| Alabama | Kentucky | Ohio |
|---|---|---|
| Alaska | Louisiana | Oklahoma |
| Arizona | Maine | Rhode Island |
| Arkansas | Minnesota | South Carolina |
| Colorado | Mississippi | South Dakota |
| District of Columbia | Missouri | Tennessee |
| Georgia | Nebraska | Texas |
| Hawaii | New Jersey | Utah |
| Idaho | New Mexico | Virginia |
| Indiana | New York | West Virginia |
| Iowa | North Carolina | Wisconsin |
| Kansas | North Dakota | Wyoming |

### May someone have committed a felony offense by eavesdropping and/or wiretapping?

### Indiana

It is illegal to record or intercept any telephone or electronic communication without the consent of at least one party. This offense is a felony punishable by fine and/or imprisonment, and can also carry civil liability. Indiana's wiretapping statute does not appear to address in-person conversations.

IN Code § 35-31.5-2-176 (definition), § 35-33.5-5-5 (penalty), § 35-33.5-5-4 (civil damages)

### May Michael Mann distribute recordings of others to hurt others relationships?

### 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

### May Michael Mann have committed a felony distributing a recording he wasn't a party to?

### 14. Privacy Invasion

Ignoring your boundaries by looking through your things, phone, or mail; denying your physical privacy or stalking or following you; ignoring your request for privacy.

### May this have been recorded after my life was threatened while I spoke to a friend?

### 21. Playing the Victim Card

When all else fails, the narcissist resorts to playing the victim card. This is designed to gain sympathy and further control behavior.

### May Michael attempt to pretend that others broke laws when he may have done so?

**Michael moves belongings he should have set outside, then threatens Erin unprovoked.**



**May Michael say leave us alone, and make threats, then go to my sister's wedding?**

## 3. Projection

Projection involves dumping their issues onto their **victim** instead of taking any blame. For instance, a narcissistic abuser may accuse their partner of lying when *they* have lied (this is sometimes referred to as "Deny, attack, reverse **victim** & offender"). Or they make a partner feel guilty when they've done nothing wrong. This creates confusion.

**May Michael's behavior have caused me to flee and caused Andrea the same stress?**
**Mom said there was a push for me to be institutionalized, may that be a motive?**

—

**Maybe Michael forced his involvement? Maybe Andrea wasn't too hurt to enjoy a party?**

 **Linda Turpin** Primo restaurant in New Castle

 **Alan Michael**
Andrea and I had wonderful time Linda
Turpin! You planned an awesome party!

19h    Like    Reply

*Maybe Michael wanted to hurt us more? If he did, it worked, and may have hurt family.*

### 3. Triangulation

Narcissistic triangulation occurs when a person tries to bring a third person into a conflict to benefit them. This form of manipulation can be done within a relationship or friendship, or even with narcissistic parents. This is also common in the workplace, when a boss or coworker brings a third party into a conflict to encourage them to take their "side," or to deflect from their own actions.[2]

### 6. Smear Campaign

A smear campaign occurs when a narcissist creates a web of lies or exaggerations in order to discredit and isolate a person. This is typically done publicly, and to anyone who will listen—the victim's friends and family are not exempt. For instance, a person breaks up with their partner, and their ex in turn begins to spread rumors about them within close-knit social circles. Slowly, this person notices that their supports are turning away from them, and reducing contact.

The cruel end result of this is that oftentimes the victim is left with limited support, as their loved ones may believe the lies spread against them. When they try to report the abuse they are experiencing, they are treated as if they are the one causing the problems.[2]

### 7. Revenge Seeking

When someone with NPD feels wronged, they often go into revenge seeking mode. This may be done in the form of a smear campaign, but it can also occur in a number of other ways. A narcissist may seek revenge in the workplace if someone turned them down for a promotion or a raise, or criticized them openly in a meeting. The narcissist may then purposefully turn in projects late or avoid completing important tasks in order to make the other person's job more difficult.

### 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**Much of this I hear from Dad consistently. Now it's written by my Mom, Linda K. Turpin:**

Let me start by saying our conversations are over until he, him, someone can either be referred to as Jon or Dad.

I have cleaned and cleaned at 9 Mulberry. dt puke was left for me to clean. I am still working on the smell in the back entry area. When a house is not maintained properly it is not to be sold to that individual (Jon F. Turpin)

Moving out in the middle of the night without giving the 45 days notice as per the contract shows a total lack of following obligations/rules. Without another permanent location to go to, I call this totally irresponsible.

Posting private information, some skewed, some false on Facebook for all to see is unconscionable. Some of this information could get him sued for defamation of character.

Having a local policeman show up at our door at 1:30 A.M. to accuse Jon of taking a gun that belongs to JT and to tell us we were not to attend the wedding shows a total lack of respect that I cannot begin to fathom.

Ranting on and on about a trust fund. There is no trust fund. There is a trust. Read up on a trust. I don't feel like explaining it.

Moving in with Michael and Andrea and again bailing in the middle of the night. Having them move his belongings out of their house.

Somehow most of JT's "friends" are no longer talking to him. How can you alienate so many people in just a few weeks?

I am tired of JT's attitude on how to treat people, investments, get rich quick schemes + drugs.

Bring a sheriff and local policeman to our property on Dec 27th has pushed me passed the limit on what I can tolerate.

I don't believe you were looking at houses or at least not seriously until JT jumped ship, so to speak.

Your items that were left on our property are in the 9 Mulberry garage. They can stay there until you find a place. No police, no sheriffs, etc. when you come to get them. Just text me and I will leave you alone.

are in the 9 Mulberry garage. Then can stay [...] you find a place. No police, no sheriff, etc. when you come to get them. Just text me and I will leave you alone.

I do have your Christmas and Wedding presents. I can place them in the 9 Mulberry garage if I know when you will be arriving to get them (at a reasonable hour). I do not want to be present.

JT told me to leave him alone and give him space. I have no problem doing that. There is so much more I could say, but this is enough.

Until JT and you are truly sorry about the things that have transpired, and JT seeks professional help, I prefer only to have limited contact by text messages.

I wish you both happiness.

**May Dad and/or Michael defame me to Mom to remove me from a Revocable Trust?**
*May the defamation leveled against me align with potential reasons for removal?*

## MICHAEL WASN'T SUPPOSED TO MOVE NOR PICK UP ANY PROPERTY.

**Response Times**

| | |
|---|---|
| Assigned | 12/19/21 06:18:23 |
| Enroute | 12/19/21 06:28:43 * |
| Arrived | 12/19/21 06:28:43 |
| Leaving | |
| Arrived At | |
| Completed | 12/19/21 06:40:09 |

**IR / External Agency Numbers**

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

12/19/21 06:18:46 | Meyers, Natalie | New CFS
12/19/21 06:17:27 | Meyers, Natalie | SIG 6 ONLY
12/19/21 06:17:57 | Meyers, Natalie | THE ONGOING ISSUES WITH HIS FAMILY AND HARASSMENT.
12/19/21 06:19:23 | Meyers, Natalie | C2 | Dispatch
12/19/21 06:28:40 | Kuhn, Larry | 1st call no answer
12/19/21 06:29:43 | Kuhn, Larry | C2 | On Scene
12/19/21 06:30:59 | Kuhn, Larry | 2nd call no answer
12/19/21 06:38:44 | Kuhn, Larry | 3rd call now answer
12/19/21 06:38:55 | Kuhn, Larry | no
12/19/21 06:40:09 | Meyers, Natalie | C2 | Complete
12/19/21 06:53:38 | Meyers, Natalie | HE CALLED BACK AND CAN ANSWER HIS TX NOW
12/19/21 06:53:42 | Meyers, Natalie | C2 | Dispatch
12/19/21 07:13:53 | Meyers, Natalie | C2 | Available
12/19/21 07:14:50 | Meyers, Natalie | Complete
12/19/21 08:25:14 | Pierce, Indie | C2 | Dispatch
12/19/21 08:33:04 | Kuhn, Larry | John is worried about a bitcoin machine that he had Hagerstown. He stated that this machine has been used by someone else and thing that inappropriate child images has went through it. John stated that it has been removed and is now in storage and that he thinks his father and Michael Mann is trying to frame him. John told me that he has contacted the cyber tip line and reported this.
12/19/21 08:34:13 | Kuhn, Larry | C2 | Available (Location: In Service)

**Responders**

| C3 (Primary) | C3 - Webb, Corey | CCPD (Primary) |
|---|---|---|

**Response Times**

| | |
|---|---|
| Assigned | 01/08/22 20:49:37 * |
| Enroute | 01/08/22 20:49:37 |
| Arrived | 01/08/22 20:51:20 * |
| Leaving | |
| Arrived At | |
| Completed | 01/08/22 20:51:20 |

**IR / External Agency Numbers**

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Hidden

01/08/22 19:28:05 | Christian, Jain | New CFS
01/08/22 19:29:01 | Christian, Jain | RED BIKE

Page 1 of 2

01/08/22 19:29:36 | Christian, Jain | 9 MULBERRY ST
01/08/22 19:30:58 | Christian, Jain | CALLER USED TO LIVE AT THE ADDRESS ABOVE, HAS RECENTLY MOVED
01/08/22 19:31:13 | Christian, Jain | FROM WHAT I COULD GATHER SOMEONE IS PICKING UP HIS PROPERTY WHO SHOULD NOT BE
01/08/22 19:31:16 | Christian, Jain | SIG 6
01/08/22 19:31:31 | Christian, Jain | CALLER WAS ADVISED OF THE EXTENDED ETA
01/08/22 20:49:37 | Webb, Corey | C3 | Enroute
01/08/22 20:51:14 | Webb, Corey | I TRIED CALLING THE NUMBER BUT IT GOES TO SOME GOOGLE APP.
01/08/22 20:51:20 | Webb, Corey | C3 | Available (Location: In Service)

## MICHAEL KNEW, AND THREATENED US. MAY IT BE TO COVER UP INVOLVEMENT?

## 8. Sabotage

Disruptive interference with your endeavors or relationships for the purpose of revenge or personal advantage.

**May Michael have invited himself to move our belongings?**



*May Michael have attempted to say I asked him to do so even though I said "picked up?"*

## 4. Twisting

When a narcissist is confronted, they will twist it around to blame their victims for their actions. They will not accept responsibility for their behavior and insist that their victim apologize to them.

**May Michael misunderstand others and not ask for clarification?**



12:25 ☘ ☜ ⌗     ☜ ☒ ❋ ❂   ⊿ 62%

‹   Andrea Holwager
    5:14 PM, Nov 24

Hey. Michael just showed me the messages/
screenshots you sent him via your
Facebook. It sounds like you and Michael are
misunderstanding each other in the messages,
which makes sense because it's over messages/
Facebook. I just told Mike that you guys should
talk about it over the phone versus messaging
because this is where issues/miscommunication
occurs.

⎁              ⤳              ⋮
Copy Text      Share          More

‹              ◯              |||

*May misunderstanding others benefit Michael in some way?*

## 19. Withholding

This may include withholding such things as money, sex, communication, or affection from
you.

**Despite this, may Michael have relocated a red Schwinn bike that my Mom gave to me?**





*May I have paid about $400 to have this bike restored at REI Bike shop in Indianapolis?*

***Supposedly** my parents met with the police chief of Cambridge City.*
***Supposedly** I was accused of making false reports, potentially by my parents.*



*Maybe they did? If so, my parents may have been told they had a frivolous case.*
*Maybe unbeknownst to Andrea, Dad has threatened my expungement repeatedly.*

**May this have been an attempt to convince us it wasn't safe to enter protective orders?**
*May these be veiled threats via Dad to cause me even more stress? If so, it worked.*

**Andrea is studying to be a therapist and reviewed "Autism Spectrum Disorder" with me.**
*May I have had to temporarily house my cats with another friend due to these events?*

**Andrea's diagnosis of me before Dad.**   |   **Andrea cleaning Maylynn's food tray.**



**Before reporting Dad's behavior.**   |   **Afterward I was accused of hurting cats.**
**(My parents may have said this.)**

**May it be that Andrea's initial diagnosis of me without outside interference was correct?**
*In my opinion, when I see Papaw rub his chair as he would speak, it may be hereditary.*
**Maybe Dad would have a motive to be dishonest about bad behaviors?**

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## FBI VCC & NCOP Swatting
4 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                              Fri, Jun 30, 2023 at 12:14 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Dear Mr Chaney,
After what we've experienced over the last two years at the hands of a few individuals, and the unfortunate, in my opinion,
waste of government resources by potetial repeated attempts of these individuals to:

1. Classify me falsely as someone who is "gun violent."

2. Classify my wife falsely as "mentally unsound" and or an "abusive spouse."

3. Destroy via fictitious and fractious abuse of our thin blue line, legal system, department of homeland security, and other
esteemed governmental agencies:
Our character, careers, livelihood, savings, freedom of speech, and most importantly, our marriage, health, civil rights,
peace of mind, and ability to have a family and pets.

Potentially as attempts to vicariously carry out their prior expressed threats upon us, simply for reporting out of concern
for our safety, and for necessary "whistle blowing," but most unfortunately, potentially for the expressed enjoyment of
these individuals to not only watch us suffer but cause us to "suffer lol," in the words of a man now attempting to abuse
our court systems...

It is my sincere opinion that there was an active attempt by these, in my opinion, "bad actors" to "swat" us, and I thank
you and our FBI for creating the NCOP within our VCC to combat this potentially dangerous bad behavior in our nation.

Would you please review, and include me, and my wife, Jon F. Turpin, and Erin R. Golden, appropriately as victims of
potential swatting in our national swatting database in an effort to keep us safe from further harms and/or attempts by bad
actors to abuse not only us, but our thin blue line and governmental agencies and resources?


Thank you sincerely,
Jon F. Turpin & Erin R. Golden
225-259-6270 & 225-432-5574
jt4590@gmail.com & erin465336@gmail.com
2421 S. Plum St. Yorktown, IN 47396

---

**Jon F. Turpin** <jt4590@gmail.com>                              Fri, Jun 30, 2023 at 4:56 PM
To: Legal <legal@kirkfreemanlaw.com>

Request to be added to the FBI's VCC NCOP Database as victims of "swatting," due to recent events where Michael A.
M. Holwager may have attempted to wrongfully classify me as someone who is "gun violent" and/or as an active shooter.
https://abcnews.go.com/US/fbi-creates-national-database-track-swatting/story?id=100527427

Best Regards,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Fri, Jun 30, 2023 at 5:04 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Messages sent by Michael A. M. Holwager with statements regarding me, "JT" and "gun violence."



**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                         Fri, Jun 30, 2023 at 5:05 PM
To: Legal <legal@kirkfreemanlaw.com>

Messages sent by Michael A. M. Holwager with statements regarding me, "JT" and "gun violence."



**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

 

VIDEO   LIVE   SHOWS   ELECTIONS

# FBI creates a national database to track swatting

By 
June 29, 2023, 9:50 PM



America This Morning

As swatting incidents around the country increase, the FBI has created a national database to track them, according to new information from the law enforcement agency.

"In response to the national call on swatting, the FBI initiated the Virtual Command Center (VCC) known as the National Common Operation Picture (NCOP)," the FBI said in a statement to ABC News.

MORE: Supreme Court effectively ends affirmative action at colleges in landmark ruling →

Swatting, as it is commonly called is when a prank call is placed, usually saying there is some sort of active shooter or immediate dangerous situation, with the hopes to illicit a large police response which often includes the arrival of a SWAT team.

Celebrities like Justin Bieber, Rihanna and Tom Cruise have all been victims of swatting.

MORE: Amid a rise in swatting calls, the fabrication and fear of mass shootings collide →

The new database is a "collaborative effort between the FBI and law enforcement partners to track and create a real-time picture of swatting incidents," the FBI says.

Since its inception in May 2023, the database has already tracked 129 swatting incidents around the country.

⬤NEWS

Promoted Links by Taboola

Tampa: These $300/Month Senior Living Apartments Are Stunning
TopAnswersToday

Goodbye Cell Phone, Hello VoIP (Find Out Why Everyone Is Switching to VoIP)
WalletGenius

Expert Says This 1 Vitamin Makes Women Over 50 Look Photoshopped
Vibriance

Seniors under 85 can get $50,000 life insurance for $13/month
SearchAlike

Tampa: Unsold Phones Are Almost Being Given Away
Cell Phone Deals | Sponsored Searches

Thursday Tips For American Renters & Apartment Hunters
Apartments.com                                              Try Now

Sneaky Symptoms Of Macular Degeneration You May Not Know About
AMD Resources

Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink
Spotnewtech

Claim Your ERC Credit - Fast and Easy Process
Yahoo Search                                                Search Now

ABC News Network | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use |
Do Not Sell or Share My Personal Information | Contact Us
Copyright © 2023 ABC News Internet Ventures. All rights reserved.

# FBI creates a national database to track swatting

By Luke Barr
June 29, 2023, 9:50 PM

   



America This Morning

As swatting incidents around the country increase, the FBI has created a national database to track them, according to new information from the law enforcement agency.

"In response to the national call on swatting, the FBI initiated the Virtual Command Center (VCC) known as the National Common Operation Picture (NCOP)," the FBI said in a statement to ABC News.

> MORE: Supreme Court effectively ends affirmative action at colleges in landmark ruling →

Swatting, as it is commonly called is when a prank call is placed, usually saying there is some sort of active shooter or immediate dangerous situation, with the hopes to illicit a large police response which often includes the arrival of a SWAT team.

Celebrities like Justin Bieber, Rihanna and Tom Cruise have all been victims of swatting.

> MORE: Amid a rise in swatting calls, the fabrication and fear of mass shootings collide →

The new database is a "collaborative effort between the FBI and law enforcement partners to track and create a real-time picture of swatting incidents," the FBI says.

Since its inception in May 2023, the database has already tracked 129 swatting incidents around the country.

---

abcNEWS

Promoted Links by Taboola

Tampa: These $300/Month Senior Living Apartments Are Stunning
TopAnswersToday

Goodbye Cell Phone, Hello VoIP (Find Out Why Everyone Is Switching to VoIP)
WalletGenius

Expert Says This 1 Vitamin Makes Women Over 50 Look Photoshopped
Vibriance

Seniors under 85 can get $50,000 life insurance for $13/month
SearchAlike

Tampa: Unsold Phones Are Almost Being Given Away
Cell Phone Deals | Sponsored Searches

Thursday Tips For American Renters & Apartment Hunters
Apartments.com                                                        [ Try Now ]

Sneaky Symptoms Of Macular Degeneration You May Not Know About
AMD Resources

Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink
Spotnewtech

Claim Your ERC Credit - Fast and Easy Process
Yahoo Search                                                         [ Search Now ]

ABC News Network  |  Privacy Policy  |  Your US State Privacy Rights  |  Children's Online Privacy Policy  |  Interest-Based Ads  |  About Nielsen Measurement  |  Terms of Use  |
Do Not Sell or Share My Personal Information  |  Contact Us
Copyright © 2023 ABC News Internet Ventures. All rights reserved.



# Police respond to hoax shooting reports at multiple Florida schools

The FBI has warned about swatting, saying it's a federal crime.

By **Teddy Grant**
October 12, 2022, 7:20 PM



America This Morning

---

Police departments in Florida responded to "swatting" calls at multiple high schools on Tuesday.

Swatting is a hoax where someone calls emergency services and reports a nonexistent crime to get law enforcement officials -- generally a SWAT team -- to show up to an address.

Boca Raton police said they responded to reports of an armed person at Boca Raton High School.





Multiple schools across Florida have received reports of a shooting that have turned out to be hoaxes.
WPLG

Upon arriving at and checking the school, officers determined there wasn't a shooting or a shooter on the school's campus and said that nothing suspicious was found.

---

MORE: Former college student was part of worldwide swatting scheme with white supremacists:  →
Affidavit

---

Police in Pembroke Pines, Florida, also responded to a swatting call at Flanagan High School on Tuesday, Pembroke Pines Police Department said on Twitter.

"Our search of the school has been completed. No evidence of any crime was found," Pembroke police said. "At this time, this incident appears to be a result of swatting. Our investigation into the initial call remains on-going."

Miami-Dade Public Schools said that schools in its district were also subject to swatting pranks, urging parents to have a discussion with their kids about the illegal activity.

"We have a ZERO-TOLERANCE policy for this type of activity. A prank threat against a school is deemed a federal crime that can lead to arrest & a felony record," the school district tweeted. "Parents, speak to your children about the life-long consequences."



Multiple schools across Florida have received reports of a shooting that have turned out to be hoaxes.
WPLG

In a statement to ABC News, a spokesperson for FBI Tampa said it was aware of the numerous swatting incidents and investigating the events.

"While we have no information to indicate a specific and credible threat, we continue to work with our local, state, and federal law enforcement partners to gather, share, and act upon threat information as it comes to our attention," FBI Tampa said. "We urge the public to remain vigilant, and report any and all suspicious activity and/or individuals to law enforcement immediately."

In 2019, a man was sentenced to 20 years in federal prison for making a prank call to Wichita, Kansas, police, resulting in officers going to a home and fatally shooting 28-year-old Andrew Finch, a father of two, in December 2017.

Last month, over a dozen states, including Florida, reported incidents of hoax calls to 911 about active shooters in schools, resulting in the FBI's involvement.

The FBI has warned about the practice, saying it's a federal crime.

"The FBI takes swatting seriously because it puts innocent people at risk," the FBI told ABC News last month, adding that it will investigate every threat.

*ABC News' Phil Lipof contributed to this report.*

---

abc NEWS

---

Promoted Links by Taboola

Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink
Tactical X

Tampa: The Unheard-of 12% Interest Savings Account Stealing the Spotlight
TopAnswersToday

Tampa Renters Get First Look At New Apartment Listings
Apartments.com
[ Sign Up ]

Tampa: 9% Interest Savings Account Is Turning Heads
WalletGenius
[ Learn More ]

5.5% High Yield CD. Find The Highest CD Interest Rates
StuffAnswered
[ Learn More ]

Tampa: 12% Interest Savings Account Is Jaw Dropping
SearchAlike

Here Are 7 Legal Discounts Seniors Get Only If They Ask In 2023
Senior Discounts By National Penny

Expert Says This 1 Vitamin Makes Women Over 50 Look Photoshopped
Vibriance

The Device That's Leaving Foot Neuropathy Doctors Speechless
Health Insight Journal

7/13/23, 5:37 AM    Case 3:22-cv-01213-TAD-KDM    Document 306-6    Filed 07/17/23    Page 74 of 123 PageID #:
Police respond to hoax shooting reports at multiple Florida schools - ABC News
27275

ABC News Network  |  Privacy Policy  |  Your US State Privacy Rights  |  Children's Online Privacy Policy  |  Interest-Based Ads  |  About Nielsen Measurement  |  Terms of Use  |
Do Not Sell or Share My Personal Information  |  Contact Us
Copyright © 2023 ABC News Internet Ventures. All rights reserved.

An official website of the United States government. Here's how you know

September 3, 2013

# The Crime of 'Swatting'

### Fake 9-1-1 Calls Have Real Consequences



'Swatting' is a prank designed to draw a law enforcement response to a hoax victim.

The distraught-sounding man told the 9-1-1 operator he shot a family member and might kill others in the house. A SWAT team was urgently dispatched to the address corresponding to the caller's phone number. But when the tactical team arrived, ready for a possible violent encounter, they found only a surprised family panicked by the officers at their door.

It's called "swatting"—making a hoax call to 9-1-1 to draw a response from law enforcement, usually a SWAT team. The individuals who engage in this activity use technology to make it appear that the emergency call is coming from the victim's phone. Sometimes swatting is done for revenge, sometimes as a prank. Either way, it is a serious crime, and one that has potentially dangerous consequences.

Since we first warned about this phone hacking phenomenon in 2008, the FBI has arrested numerous individuals on federal charges stemming from swatting incidents, and some are currently in prison (see sidebar). Today, although most swatting cases are handled by local and state law enforcement agencies, the Bureau often provides resources and guidance in these investigations.

"The FBI looks at these crimes as a public safety issue," said Kevin Kolbye, an assistant special agent in charge in our Dallas Division. "It's only a matter of time before somebody gets seriously injured as a result of one of these incidents."

There have already been close calls. A police officer was injured in a car accident during an emergency response that turned out to be a swatting incident, Kolbye said, and some unsuspecting victims—caught off guard when SWAT teams suddenly arrived on their doorstep—have suffered mild heart attacks.

"The victims are scared and taken by surprise," he said. Law enforcement personnel, meanwhile, rush to the scene of a swatting incident on high alert. "They believe they have a violent subject to apprehend or an innocent victim to rescue," Kolbye explained. "It's a dangerous situation any way you look at it."

It is also expensive. It can cost thousands of dollars every time a SWAT team is called out. And although there are no national statistics on how many swatting incidents occur annually, Kolbye guesses there are hundreds. A recent trend, he said, is so-called celebrity swatting, where the targeted victims are well-known actors and musicians.

"People who make these swatting calls are very credible," he said. "They have no trouble convincing 9-1-1 operators they are telling the truth." And thanks to "spoofing" technology—which enables callers to mask their own numbers while making the victims' numbers appear—emergency operators are doubly tricked.

Most who engage in swatting are serial offenders also involved in other cyber crimes such as identity theft and credit card fraud, Kolbye said. They either want to brag about their swatting exploits or exact revenge on someone who angered them online.

Kolbye suggests making a police report about any swatting threats you receive online. Such threats typically come from the online gaming community, where competitors can play and interact anonymously. With a report on file, if a 9-1-1 incident

**FBI** 

# NEWS

Stories | News Blog | Videos | Podcasts | Press Releases | Speeches | Testimony | Photos | Apps

September 3, 2013

## The Crime of 'Swatting'

### Fake 9-1-1 Calls Have Real Consequences





"Swatting" is a prank designed to draw a law enforcement response to a hoax victim.

The distraught-sounding man told the 9-1-1 operator he shot a family member and might kill others in the house. A SWAT team was urgently dispatched to the address corresponding to the caller's phone number. But when the tactical team arrived, ready for a possible violent encounter, they found only a surprised family panicked by the officers at their door.

**It's called "swatting"—making a hoax call to 9-1-1 to draw a response from law enforcement, usually a SWAT team.** The individuals who engage in this activity use technology to make it appear that the emergency call is coming from the victim's phone. Sometimes swatting is done for revenge, sometimes as a prank. Either way, it is a serious crime, and one that has potentially dangerous consequences.

Since we first warned about this phone hacking phenomenon in 2008, the FBI has arrested numerous individuals on federal charges stemming from swatting incidents, and some are currently in prison (see sidebar). Today, although most swatting cases are handled by local and state law enforcement agencies, the Bureau often provides resources and guidance in these investigations.

"The FBI looks at these crimes as a public safety issue," said Kevin Kolbye, an assistant special agent in charge in our Dallas Division. "It's only a matter of time before somebody gets seriously injured as a result of one of these incidents."

There have already been close calls. A police officer was injured in a car accident during an emergency response that turned out to be a swatting incident, Kolbye said, and some unsuspecting victims—caught off guard when SWAT teams suddenly arrived on their doorstep—have suffered mild heart attacks.

"The victims are scared and taken by surprise," he said. Law enforcement personnel, meanwhile, rush to the scene of a swatting incident on high alert. "They believe they have a violent subject to apprehend or an innocent victim to rescue," Kolbye explained. "It's a

unsuspecting victims—caught off guard when SWAT teams suddenly arrived on their doorstep—have suffered mild heart attacks.

"The victims are scared and taken by surprise," he said. Law enforcement personnel, meanwhile, rush to the scene of a swatting incident on high alert. "They believe they have a violent subject to apprehend or an innocent victim to rescue," Kolbye explained. "It's a dangerous situation any way you look at it."

It is also expensive. It can cost thousands of dollars every time a SWAT team is called out. And although there are no national statistics on how many swatting incidents occur annually, Kolbye guesses there are hundreds. A recent trend, he said, is so-called celebrity swatting, where the targeted victims are well-known actors and musicians.

**"People who make these swatting calls are very credible," he said. "They have no trouble convincing 9-1-1 operators they are telling the truth."** And thanks to "spoofing" technology—which enables callers to mask their own numbers while making the victims' numbers appear—emergency operators are doubly tricked.

Most who engage in swatting are serial offenders also involved in other cyber crimes such as identity theft and credit card fraud, Kolbye said. They either want to brag about their swatting exploits or exact revenge on someone who angered them online.

Kolbye suggests making a police report about any swatting threats you receive online. Such threats typically come from the online gaming community, where competitors can play and interact anonymously. With a report on file, if a 9-1-1 incident does occur at your home, the police will be aware that it could be a hoax.

"The FBI takes swatting very seriously," Kolbye said. "Working closely with industry and law enforcement partners, we continue to refine our technological capabilities and our investigative techniques to stop the thoughtless individuals who commit these crimes. The bottom line," he added, "is that swatting puts innocent people at risk."

"The FBI takes swatting very seriously," Kolbye said. "Working closely with industry and law enforcement partners, we continue to refine our technological capabilities and our investigative techniques to stop the thoughtless individuals who commit these crimes. The bottom line," he added, "is that swatting puts innocent people at risk."

## The Matthew Weigman Case

In 2009, Matthew Weigman, then 19 years old, was sentenced to more than 11 years in federal prison for a swatting conspiracy that had been going on for years.

A prolific phone hacker, Weigman and nine co-conspirators used social engineering and other scams to obtain personal information, impersonate and harass telecommunications employees, and manipulate phone systems to carry out dozens of swatting incidents, along with other crimes. Several of his co-conspirators also received jail time.

Weigman's first swatting incident occurred in 2004 when he was 14 years old. When a girl he met through an online chat room refused to have phone sex with him, he retaliated by swatting the girl and her father, convincing a 9-1-1 operator he was holding the two at gunpoint in their Colorado home, which prompted a SWAT response.

## _TURPIN ELECTRIC, INC. MAY TECHNICALLY BE AN S CORPORATION DUE TO MY PARENTS BEING MARRIED AND IT STARTING AS AN INDIVIDUAL C CORPORATION._

Business Details

| | |
|---|---|
| Business Name: **TURPIN ELECTRIC, INC.** | Business ID: **200402020287** |
| Entity Type: **Domestic For-Profit Corporation** | Business Status: **Active** |
| Creation Date: **01/20/2004** | Inactive Date: |
| Principal Office Address: **1 MULBERRY ST, Cambridge City, IN, 47327 - 1008, USA** | Expiration Date: **Perpetual** |
| Jurisdiction of Formation: **Indiana** | Business Entity Report Due Date: **01/31/2024** |
| | Years Due: |

Incorporators Information

| Title | Name | Address |
|---|---|---|
| Incorporator | LINDA E. TURPIN | 111 NORMANDA ST, CAMBRIDGE CITY, IN, 47327, USA |
| Incorporator | KRILIE HAGAN | 47705 KNOX ST, CAMBRIDGE CITY, IN, 47327, USA |

Page 1 of 1 (records 1 to 2 of 2)

Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Linda E. Turpin | 1 Mulberry St, Cambridge City, IN, 47327, USA |
| Vice President | John B. Turpin | 1 Mulberry St, Cambridge City, IN, 47327, USA |
| Vice President | Jon B Turpin | 1 Mulberry St, Cambridge City, IN, 47327, USA |

Page 1 of 1 (records 1 to 1 of 1)

Registered Agent Information

Type: **Individual**

Name: **JON B. TURPIN**

Address: **1 MULBERRY STREET, CAMBRIDGE CITY, IN, 47327, USA**

THROUGH THE TAX LOOPHOLES FALSELY USED VIA THE REVOCABLE TRUST, FAMILY MEMBERS WITHIN THE REVOCABLE TRUST WHO AREN'T NON-RESIDENT ALIENS AND SHARE THE FAMILY NAME MAY WRONGFULLY BE CONSIDERED AS BUSINESS ASSETS AND PART OF THE CORPORATION VIA EXTENSION FROM A C OR AN S CORPORATION.

WITH MY MOM AS THE PRESIDENT OF THE COMPANY, AND THE ACCOUNTANT, THEIR CHILDREN MAY WRONGFULLY BE VIEWED AS SIMULTANEOUSLY FAMILY TO MY MOM AND BUSINESS ASSETS TO MY DAD IN A CONSPIRACY SCHEME; "FAMILY BUSINESS."

THIS MAY CREATE A SITUATION WHERE THE CHILDREN ARE VIEWED AS BUSINESS ASSETS BY MY DAD, AND FAMILY BY MY MOM CAUSING THE IMPOSSIBILITY TO EXIT THE REVOCABLE TRUST SAFELY WITHOUT ALSO EXITING THE FAMILY, WHICH ONLY ALLOWS MY DAD TO CLAIM THE CHILDREN DISOWNED MY MOM AND THE FAMILY.

THIS CAUSES A LOGICAL FALLACY AND CREATES AN OPENING FOR NARCISSISTIC ABUSE OF THE MOTHER UNLESS THE CHILDREN REMAIN HALF IN AND OUT OF THE REVOCABLE TRUST. THE ONLY WAYS TO DO THIS ARE TO MARRY AN OUT-OF-STATE RESIDENT, OR NON-RESIDENT ALIEN, AND FOR NO ONE TO CHANGE THEIR NAMES.

HOWEVER, GRANDCHILDREN MUST TAKE THE LAST NAME OF FAMILY NOT IN THE REVOCABLE TRUST TO ESCAPE CONTROL, REMOVING THEM FROM INHERITANCE. _IN MY OPINION, THIS IS A MODERN-DAY FALSE LOOPHOLE EQUIVALENT TO SLAVERY._

ACCORDING TO MY DAD MY PARENTS WERE "MILLIONAIRES BY THE AGE OF 30." WHILE MY DAD MAY HAVE BRAGGADOCIO, HE DOES OFTEN TELL THE TRUTH REGARDING MONEY AS THIS MAY GIVE HIM A SENSE OF PRIDE IN HIS ASSETS. THE SAME WOULD LIKELY BE TRUE ABOUT MY DAD'S STORY OF "COMING TO TOWN ON A MOTORCYCLE WITH ONLY $3,000 IN MY POCKET" AND RECEIVING A DOWRY.

DAD DID OWN A MOTORCYCLE, AND HE HAS ALWAYS BEEN BAD WITH MONEY. EVEN ACCORDING TO HIS OWN WORDS IN THE FIRST DOCUMENT, MY MOM IS THE POA AND THE FAMILY ACCOUNTANT BECAUSE OF MY DAD'S BEHAVIORS IN PARTICULAR. DAD IS THE WALKING BUSINESS AND TRAVELING SALESMAN PERSONALITY OF THE TWO.

HERE ARE THE APPROXIMATE SALARIES OF MY PARENTS FROM 1980 ONWARD:
[DAD WOULD BE 24 YEARS OLD THROUGH 34 YEARS OLD FROM 1980-1990]

DAD - BERTSCH AND COMPANY: $23,000 1980-1986
DAD - BERTSCH AND COMPANY: $30,000 1986-1995
DAD - BORG WARNER MUNCIE: $65,000 1995-200X
DAD - CHRYSLER NEW CASTLE: $80,000 1998-2008
MOM - CENTERVILLE SCHOOL SYSTEM: $35,000 1984-1992
MOM - CENTERVILLE SCHOOL SYSTEM: $40,000 1993-2003
TURPIN ELECTRIC, INC. - AVERAGE $33,000 1990-2000
TURPIN ELECTRIC, INC. - AVERAGE $40,000 2001-2022

SO EVEN WITH RECEIVING A HOUSE AND DOWRY FROM FREDERICK BECKER:

HOUSE VALUE: $60,000
LAND VALUE: $250,000
$23,000 X 6 = $138,000
$35,000 X 6 = $210,000
TOTAL: $658,000 BY 1990

[EVEN IF THE LAND IS CONSIDERED AT $600,000 IT'S STILL SHORT OF $1,000,000]
*DAD COULD HAVE EXPLAINED AWAY EXTRA INCOME WHILE TRAVELING ABROAD. IN MY OPINION WITHOUT ANOTHER UNKNOWN INCOME MY PARENTS COULDN'T HAVE BEEN MILLIONAIRES UNTIL ABOUT 40 YEARS WITHOUT EXCLUDING EXPENDITURES. IF FOUND GUILTY, JON B. TURPIN SHOULD BE IMPRISONED FOR DRUG TRAFFICKING.*

IN MY OPINION MY MOM IS AN EXCEPTIONAL ACCOUNTANT THOUGH TURPIN ELECTRIC, INC. IS USED FOR WRITE-OFFS OF EVERYTHING FROM DOG AND CAT FOOD TO RENTAL EXPENDITURES DUE TO THE REVOCABLE TRUST CONTAINING ALL OF THE PROPERTIES. INCLUDING TURPIN ELECTRIC, INC. AS A BUSINESS. THIS MAY BE AN EXCLUSION OR EXCEPTION IN THE TAX CODE THOUGH THE MARITAL ASSETS SURELY SHOULDN'T BE CONSIDERED AS BUSINESS ASSETS VIA A TAX LOOPHOLE. *THE ONLY TIME THE INVERSE IS CLOSE TO TRUE IS WITH A SOLE PROPRIETORSHIP. PEOPLE AND RENTALS WITH THEIR OWN INCOME & PETS AREN'T BUSINESS ASSETS. WHILE A CORPORATION MAY BE CONSIDERED A PERSON, A PERSON SHOULDN'T BE CONSIDERED TO BE A CORPORATION USING A LIVING TRUST AND TAX LOOPHOLE.*

**May Dad and Mom have been given a house by Frederick and Alice Becker in 1984?**

### Document Information

| | | |
|---|---|---|
| Document Number: Book 429, Page 26 | County: Wayne County, IN | Type: DEED : DEED-QUIT CLAIM |
| Date: Aug 29, 1984 | Time: 9:16:00 AM | Execution Date: Aug 29, 1984 |
| Amount: 1.00 | Page Count: 2 | Return To: |
| Book: 429 | Page: 26 | |
| Notes: Record Modified: | | |

### Party Information

| Party Name: | Role: | Address: |
|---|---|---|
| BECKER, ALICE Y | GRANTOR | |
| BECKER, FREDERICK W | GRANTOR | |
| TURPIN, RON D | GRANTEE | |
| TURPIN, LINDA K | GRANTEE | |

### Property Information

| Description: | Address: | Notes: |
|---|---|---|
| 27-16-12 | IN | |
| 27-16-12 NW | IN | |
| 27-16-12 NW 0.44 | IN | |
| 27-16-12 0.56 | IN | PT FRAC |
| 27-16-12 NW 0.15 | IN | .15 A & .56 A & .44 A |

### Cross References

| Document Number: | Date: | Document Type: | Notes: |
|---|---|---|---|
| 2013004250 | Jun 4, 2013 | DEED : DEED-WARRANTY | |

**May Thomas Milligan be the attorney who appropriately managed the Becker Estate?**



**_May Thomas S. Milligan no longer be in practice or have passed away?_**

## DOCUMENTATION OF THE EXISTENCE OF AN ASSET INSTRUMENT & GUARDIANSHIP JON B. TURPIN AND LINDA B. TURPIN JOINT *REVOCABLE TRUST* *GUARDIANSHIP BATTLE* FOR ALICE Y. BECKER AND HER ESTATE



In my unqualified opinion *the existence of a Revocable Trust* may be an odd decision. Would a Revocable Trust be in the best interests of the main beneficiaries or inheritors? Would a Joint Revocable Trust give a motive to remove or control a backup beneficiary? I've often been threatened with "Removal from The Trust" and our inheritance altogether. Other threats include felonies, institutionalization, conservatorship, or other "control."

Purportedly the "rules" to this trust may allow someone to be "framed" and removed. Since every property is contained in it, *within the will*, if Mom, Me, and Alexis are framed: *Theoretically, Dad can remove us from "The Trust" to divorce Mom and take everything.* *May ~$10,000,000+ be a motive to hurt a Son or mess up a background check?*

It doesn't matter how much money or assets are in this. No one should threaten a man's wife with being "destitute with five kids living under a bridge" like Nana said: "Eat sand."



**May Dad have a motive to try these things with a _Joint Revocable Trust_?**

## Single and Joint Revocable Living Trusts

Trusts can be both single and joint. A single living trust involves just one individual, while a joint living trust usually involves a married couple. Joint living trusts are commonly used to transfer assets between spouses upon one spouse's death. However, like a single living trust, other beneficiaries can be designated as well.

In a joint trust, there is only one document that includes instructions for both trusts. Combining the two trusts has certain administrative advantages at the outset because there is no need to create two separate documents.

Joint trusts are particularly useful in community property states, such as Arizona, California, Nevada, Idaho, New Mexico, Louisiana, Texas, Washington, and Wisconsin. Any property in a joint trust will remain community property in these states, and it has certain tax advantages as well. The same tax benefits will likely not be available in non-community property states, however.

## Is Indiana a Community Property State?

This is a commonly asked question by people facing a divorce in Indiana.  Divorces in Indiana can be broken down into two categories:

- Divorce with children; and
- Divorce without children.

In fact, Indiana cause numbers (the numbers given to each suit filed in court) distinguish between a divorce with children and a divorce without children (DN vs. DC).  This is because in a divorce case with children, the Court has many more issues to address, including: custody, visitation (called parenting time in Indiana), and child support.  We will address each of these issues in subsequent articles.

However, when a divorce does not include children, the primary issue in a contested divorce is the marital assets/property.  Of course, in a divorce with children, there can also be contested issues regarding the division of marital assets/property.  This brings us back to the question that got you here:  Is Indiana a Community Property State?  The answer is no.  Indiana is an equitable distribution state.  But let's look at what that really means.

> *While this article addresses the specific divorce subtopic of the equitable distribution of marital property, I have written an article outlining the divorce laws in Indiana and the Indiana divorce process in general.  That article may answer some of the other questions you may have about divorce in Indiana.*

## Community Property vs. Equitable Distribution

In a community property state, all assets and debts of a marriage are divided equally, or 50/50.  Now there are some exceptions to the general rule that differ in different community property states, but overall it is a marital property regime under which most property and debts are split evenly.

The majority of states in the country, including Indiana, follow an equitable distribution regime in dividing marital assets.  Now the word "equitable" in equitable distribution sounds like it means "equal", but "equitable" actually means "fair."  And just because something is split equally does not necessarily mean that it is being split fairly.  For example, if you have $1,000 and split it equally among two groups, that may not necessarily be a fair split.  Especially if you learn that first group has 10 people in it and the second group has 50 people in it.  The same thing can happen with marriage as an equal split of all marital assets might not be necessarily fair for various reasons.

**May this be a potential motive *for Dad to unjustly divorce Mom*? *Dad threatened to do so.***

# IS A REVOCABLE TRUST MARITAL PROPERTY?

No, generally trusts – revocable or irrevocable – <u>are considered the separate property of the beneficiary spouse</u>. The only exception would be if the funds from the trust were put into a joint account and used for marital assets or expenses; those funds would be considered marital property.

**In effect, if someone is *Removed From A Revocable Trust* as a beneficiary Assets may become *ONE MAIN BENEFICIARY'S* sole property, not marital.**

December 8, 2021

# Are trust assets marital or separate property in divorce?

**Offered by** Jewell Law, PLLC



### REVOCABLE TRUSTS

Revocable trusts involve the transfer of property to another individual to "hold" on behalf of a beneficiary, but the grantor is still permitted to revoke the trust and remove the assets.

Revocable trusts are typically used to avoid probate or to keep beneficiaries from squandering trust assets, but they can create unique complications in divorce cases.

In a divorce, the laws of equitable distribution distinguish marital property from separate property. Technically, only marital property, that is, property acquired after the parties' wedding date, will be divided between the parties in a divorce. Separate property, that is, property that is acquired before the parties' wedding date or through inheritance or a gift made directly to a party during the marriage and which remains titled solely in that party's name, is not subject to equitable distribution between the spouses absent specific circumstances.

Generally, trusts are considered the separate property of the beneficiary spouse and the assets in a trust are not subject to equitable distribution unless they contain marital property. Further, any income and principal paid from a separate property trust to a beneficiary spouse remains the separate property of that spouse, provided it is maintained in an account in the name of the beneficiary spouse and not commingled (mixed) with marital funds.

However, if the trust funds are put into a joint account, used to buy a marital asset, or used to pay ordinary marital expenses, those amounts cease to be separate property and become marital property, subject to equitable distribution, with one exception: Separate property contributions that are used as a down payment on or for capital improvements on an asset retain their separate property character provided documents exist to trace said contribution. Any funds remaining in the trust or in a separate account will continue to be the separate property of the beneficiary spouse.

There are legitimate reasons why a spouse would want to set up a trust during marriage, including for tax or Medicaid planning purposes as part of a robust estate plan. However, a spouse who attempts to shield assets that are marital from equitable distribution by placing them into a trust will fail in this goal. Putting marital assets into a trust does not make those assets separate property. In the divorce action, the non-beneficiary spouse may trace the source of the assets in the trust to determine if they are actually marital property and thus subject to equitable distribution.

Consequently, even though assets in a separate property trust are generally considered to retain their separate property character absent the exceptions noted above, there are two circumstances where those assets may be considered marital in nature. These are if the assets are commingled with or transmuted into marital assets or if the assets in the trust started out as marital assets and the beneficiary spouse is trying to shield them from equitable distribution.

## A. THE TURPINS' TITLE IX CLAIM

Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity. " 20 U.S.C. § 1681(a). "Although the only remedy expressly authorized by the statute is the termination of the recipient's federal funding, the Supreme Court has held that Title IX contains an implied private right of action for money damages." *Doe-2 v. McLean County Unit Dist. No. 5 Bd. of Dirs.*, 593 F.3d 507 (7th Cir. 2010). When the Supreme Court determined that Title IX's prohibition against discrimination was implicated in cases involving sexual harassment, it relied on a case decided under Title VII of the Civil Rights Act of 1964. *See Franklin v. Gwinnett County Public Schools*, 503 U.S. 60, 75 (1992) (citing *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986)). Since then, federal courts have used Title VII precedents to inform their

5

analyses of sexual harassment and discrimination claims under Title IX. *See, e.g., Doe v. Univ. of Ill.*, 138 F.3d 653 (7th Cir. 1998), *vacated on other grounds, Bd. of Trustees v. Doe*, 526 U.S. 1142. The Seventh Circuit has consistently held that discrimination based on one's sexual orientation or perceived sexual orientation is not actionable in the Title VII context. *See Howell v. N. Cent. College*, 320 F. Supp. 2d 717, 722 (N.D. Ill. 2004)

**May I have told Dad ad-nausem that I'm not gay and that Title VII was correct?**
***May Dad have a motive to file our case as Title IX rather than Title VII?***
***May Dad not wish to admit that I may have a hereditary disability?***

**May Dad have had academic studies before 1973 precluding updated DSM manuals?**



**May Dad try to update his knowledge and utilize it for "control" and "money"?**

**May I have been tough, but not pathological, even as a 10-11 year old child?**





**May I have protected Justin from a potential bad deed, and helped keep him in GERI?**



May my friend Brad and I have started an "even boys wear pink" campaign on campus?



May we have done this to support Jessica on the left?



*May she have been hurt by a boy from another camp?*

May Chris have been teased heavily and called "Jewish" in a derogatory way by others?



*May I have cut my hat as a Yamaka, and supported him, so he wouldn't face this alone?*

MAY I HAVE BEEN ASKING DAD TO HELP ME GET MY CASE INFORMATION?



*MAY DAD HAVE BEEN THE "SOMETHING SHADY" THAT WAS IN MY WAY?*

*MAY DAD HAVE RETAINED THE LAWYER IN MY CASE PREVENTING ME FROM APPEAL?*
*MAY I HAVE BEEN UNABLE TO GET ANOTHER LAWYER DUE TO THIS RETAINMENT?*
MAY DAD HAVE BEEN PREVENTING ME FROM GETTING INFORMATION FOR APPEAL?
*MAY A LACK OF THIS INFORMATION PREVENT ME FROM PROVING MY CHARACTER?*

# Ind. R. App. P. 7

**± Download PDF**

As amended through September 30, 2022

Rule 7 - Review of Sentences

**(A) Availability.** A defendant in a Criminal Appeal may appeal the defendant's sentence. The State may not initiate an appeal of a sentence, but may cross-appeal where provided by law.

**(B) Scope of Review.** The Court may revise a sentence authorized by statute if, after due consideration of the trial court's decision, the Court finds that the sentence is inappropriate in light of the nature of the offense and the character of the offender.

*Ind. R. App. P. 7*

*MAY DAD HAVE TRIED TO CONVINCE ME THIS WAS ABOUT MY "REPUTATION?"*
*THIS IS NOT ABOUT REPUTATION. IT IS MY OPINION MY CHARACTER WAS ATTACKED.*
*MAY I HAVE HAD TO WRITE THE INDIANA STATE BAR AND THE LAWYER TO RELEASE?*
*THIS IS NOT MALICE: DAD'S BEHAVIOR PREVENTING MY APPEAL IS CONCERNING.*

ECONOMIC DEVELOPMENT CORPORATION
OF WAYNE COUNTY, INDIANA
**Board Meeting Minutes**
**Monday, January 8, 2018**

| | |
|---|---|
| **BOARD MEMBERS PRESENT:** | Barrett, Frame, Golden, Jackson, Leisure, Parker, Russell, Salazar, Templin, Warner, Yaeger |
| **BOARD MEMBERS ABSENT:** | Witte |
| **STAFF PRESENT:** | Shaffer, Doty |
| **STAFF ABSENT:** | Geres |
| **GUESTS PRESENT:** | Burns, Dave – Community Member<br>Lopeman, Jamie – Richmond Common Council<br>McClane, Brenda – Western Wayne News<br>Oler, Ron – Richmond Common Council<br>Shuey, Mickey – Palladium-Item<br>Sowers, George – EDC Attorney<br>Thurlow, Kim – Ivy Tech Community College |

B.  **Wayne Bank and Trust Resolutions**
Shaffer reported on the signature card changes removing Jeff Jackson and Lee Elzemeyer and adding Larry Parker and Sayward Salazar. Valerie Shaffer, Tim Frame, and Robert Warner remain as signers. *Motion by Jackson, second by Leisure to approve the Wayne Bank and Trust resolutions as presented. Motion carried.*

C.  **First Merchants Trust Resolutions**
Shaffer reported First Merchants requires the presented resolutions yearly. They simply state that the EDC will make a 5% salary contribution but will not make matching contributions. *Motion by Parker, second by Russell to approve the First Merchants Trust resolutions as presented. Motion carried.*

D.  **Webb and Associates Engagement Letter**
Shaffer reported on the engagement letter from Webb and Associates. She reported on Geres handling all of the accounts payable and receivable, but then Dawn James of Webb and Associates comes monthly to review her work, reconcile the bank accounts, and generate the financial reports for the meetings. *Motion by Jackson, second by Parker to approve Webb and Associate's engagement letter as presented. Motion carried.*

E.  **Rodefeld, Kassens, and North Engagement Letter**
Shaffer reported agreement for audit of the 2017 financials and preparation of taxes for $6,250, up from $6,100 from the previous year. *Motion by Warner, second by Salazar to approve Rodefeld, Kassens, and North engagement letter as presented. Motion carried.*

F.  **George Sowers Legal Services Agreement**
Shaffer reported agreement for legal services for 2018 with a $5,000 retainer and an hourly rate of $190, which is the same from last year. *Motion by Leisure, second by Jackson to approve George Sowers legal services agreement as presented. Motion carried.*

G.  **Conflict of Interest Policy and Confidentiality Agreement**
Shaffer reported these needed to be updated annually and that they were at each member's seat for completion.

**ADJOURNMENT**
Frame adjourned the meeting at 4:37 p.m.

**NEXT BOARD MEETING – Monday, February 5, 2018**
**at EDC of Wayne County, Richmond, Indiana at 4:00 pm**

_**If so, may this be a conflict of interest on multiple levels?**_

## May the Economic Development Committee be responsible for the Sewage Plant?

CAMBRIDGE CITY, Ind. — For more than three years, local economic development officials have had to ignore one of the county's prime assets for attracting new businesses, but there's finally movement toward fixing that problem.

The Western Wayne Regional Sewer District board this week unanimously decided to build a new 1.8-million-gallons-a-day treatment plant, bringing an end to years of discussions, studies and negotiations about the future of sewer service on the county's west side.

"Everybody's thrilled to death. This has been going on for years," Wayne County Commissioner Ken Paust said.

The vote is the first in a series of steps that needs to be taken before the situation can officially be deemed resolved. WWRSD officials need to sign off on a formal usage agreement with SugarCreek Packing Co. next, and then an agreement between the county and the sewer district can follow.



Jon B. Turpin

New sewage is plant being built on the Home Farm

*May this be why Dad was so inundated with the sewage boards?*

**May my first joint bank account with Mom have been with the Wayne Trust Co. Bank?**



**May this attorney oversee the Jon B. Turpin and Linda K. Turpin Joint Revocable Trust?**
**Was George Sowers the attorney for the Bertsch family and Bertsch and Company?**

**May Dad have worked for and/or still consult for Bertsch?**

IT'S SO BAD THE CORONER WON'T DISGRACE OUR FAMILY MEMBERS WITH IT.

RICHMOND, Ind. — Coroner Kevin Fouche won't let families identify their relatives at his current facility.

He detailed issues with the location during Wednesday's weekly Wayne County Board of Commissioners meeting. The coroner's storage cooler is located inside the building along U.S. 40 that also houses the Centerville Police Department.

Fouche said the location also causes problems for local funeral homes and his own deputies. When it rains, vehicles are loaded or unloaded in ankle-deep water, and when it's cold, there's dangerous ice.

"It's kind of an embarrassment the county has a facility like this for these outside people," Fouche said.

But it's also not good for him and his deputies. Fouche said there's nowhere to wash hands in the coroner's area and the area is not conducive to elements necessary for coroner's investigations, such as drawing blood or taking photographs.

"We need to be out of there," he said.

That's not a situation that was a surprise to commissioners. There's been an effort to find an alternative location to house the coroner's cooler; however, neither available buildings nor county-owned structures have proven an acceptable solution.

ACCORDING TO THE WAYNE COUNTY CORONER'S REVIEW OF THE FACILITY: TROY DAVIS' & DAVID HOLWAGER'S DEATHS COULDN'T BE FULLY INVESTIGATED.

MY DAD MAY HAVE ATTEMPTED TO OVERDOSE ME TWICE.
WAS TROY DAVIS TESTED OR INVESTIGATED?
MICHAEL MANN MAY HAVE ATTEMPTED TO USE VISINE IN MY DRINKS.
THE FOOD AND DRINK BEFORE MY APPOINTMENT WAS MADE BY MICHAEL MANN.

But people have been severely harmed after ingesting Visine as part of a practical joke. The active ingredient tetrahydrozoline is a vasoconstrictor found in several OTC eye drops (Visine, Murine Tears Plus, etc). Swallowing even small amounts can lead to seizures, cardiovascular collapse, and coma.

https://pharmeasy.xxxxxxxxxxxxxxxx.com ...xxxx ...xxxx

A few drops of <I>Visine</I> in someone's drink causes diarrhea.

DAVID HOLWAGER DIED OF A HEART ATTACK, AND I MISSED ONE HEART SCAN DUE TO SEVERE DIARRHEA AND PAIN AFTER DRIVING TO THE HENRY COUNTY HOSPITAL. THE CHEST PAIN AND DIARRHEA WAS SO BAD STAFF CHECKED IN MULTIPLE TIMES. ACCORDING TO MICHAEL MANN, ANDREA EXPERIENCED SIMILAR SYMPTOMS LATER.

*Don't take my word for it, voters didn't seem interested in party lines for the Coroner. Kevin Fouche still got voted in without an endorsement from the current Coroner.*

# Wayne County coroner: 'We need to be out' of inadequate facility



**Mike Emery**
Richmond Palladium-Item

Published 10:32 a.m. ET Dec. 23, 2021

View Comments   



Wayne County Coroner's Office *Mike Emery / Palladium-Item*

*Kevin Fouche isn't just honest, he's honest enough to tell us what's wrong. What kind of "inadequate facility" has been "investigating" deaths of our loved ones?*

***Maybe I'm not being fair, could the death of two loved ones be clouding my opinion?***
***Let's take a look at our other candidate who wasn't endorsed but got the office.***



Kevin A. Fouche, Candidate for Wayne County Coroner

I am a lifelong resident of Wayne County, graduating from Northeastern High School, attending Ball State University and Mid-America College of Mortuary Science. I am a graduate of the first class of The Indiana Medico-Legal Death Investigators Course for Indiana Coroners. I formerly held a Indiana Funeral Director and Embalmers license for 22 years while co-owning Community Family Funeral Home for 12 years. I served in the Wayne County Coroner's Office as a Deputy from 1997-2004 and was Wayne County Coroner from 2005-2012 after serving the two consecutive term limits.

I have served as a volunteer firefighter for 25 years, currently serving as Chief of Webster Twp. Fire Dept. I am involved with the Wayne County 4-H Fair, volunteering on the Fair Committee and the Queen Committee. I am an active member of Life Spring Church where I serve in the children's ministry and on a technical team. I have also been a School Bus driver for Northeastern Wayne Schools for 18 yrs.

1. The main responsibilities of the Coroner are to investigate deaths, find answers for survivors, protect the integrity of every case, maintain a healthy working relationship with law enforcement and other first responders and be fiscally responsible to the taxpayers of Wayne County.

2. The COVID-19 pandemic has presented challenges for all responders. When I previously served as Coroner it was a standard to keep enough supplies on hand in case of a mass fatality incident, however a pandemic really wasn't a thought. Coroners and Deputies are trained to protect themselves from being contaminated on death investigations, but the unknowns of the COVID-19 virus add a new level of stress to the investigator.

3. I believe that my 22 years of experience as a funeral director and my 16 years of experience in the Coroner's Office has prepared me to continue to serve as the next County Coroner. The office of the Coroner is not a job, it is more of a lifestyle, the kind of lifestyle that in one phone call can take you away from a family event and send you to someone else's nightmare, and you as the Coroner need to be able to handle the situation with dignity and professionalism no matter the time of the day. I believe that there are jobs that we work and then there is life's calling, serving in the Coroner's Office is my calling.

***My English tutor, Barbara Harding, said an honest speech should follow the three "C's"***
***Clear, Concise, and Concrete: In my opinion, Kevin's qualified and an honest speaker.***



_FLEXERIL WAS NOT THE FIRST TIME MY DAD HAD ME TAKE TOO MUCH MEDICATION AGAINST MY WILL. WHEN I WAS YOUNGER DAD HAD ME TAKE ALL MEDICATIONS AT ONCE WHEN MY LUNG COLLAPSED DESPITE SAYING NO, I HAD A SEIZURE THEN. AND MOM HAS ALWAYS GIVEN ME LESS THAN THE NORMAL DOSE, IT IS SOMETHING MY DAD KNOWS MY BODY IS VERY SENSITIVE TO, BUT HE STILL FORCED ME TO TAKE ALL OF THE MEDICATIONS AT THE SAME TIME DESPITE MY PROTESTS. I WAS TOO WEAK TO ARGUE WITH DAD AT THE TIME AFTER HAVING A COLLAPSED LUNG._

_ANNETTE DOUGLASS WAS STILL A NURSE AT THE TIME AT HENRY COUNTY HOSPITAL, AND DANNY DOUGLASS CAME TO SEE ME. WHEN I WAS AT THE HOSPITAL IN THE MORNING, I THREW UP GREEN FROM SO MANY MEDICATIONS BEING IN ME._

*HAS DAD BEEN TRYING TO COVER UP WHAT HE DID FOR YEARS AND ATTEMPTING TO ACT LIKE I'M A DRUG ADDICT IN ANY WAY HE CAN TO ATTEMPT AN OVERDOSE? IN MY OPINION, DAD. THEN MICHAEL MAY HAVE ATTEMPTED TO KILL ME FOR YEARS.*



*THAT'S THE AMOUNT OF MEDICATION DAD HAD ME TAKE AT ONE TIME. HOW DO I HAVE DOCUMENTATION OF THIS? MY MOM WAS DILIGENT WHEN THE SCHOOL HAD ME DRUG TESTED SO I COULD REMAIN IN SPORTS TO PLAY TENNIS AND RUN TRACK.*

*WHEN MY LUNG COLLAPSED I KNEW I HAD TO MAKE IT HOME TO MOM, BUT SHE WAS HAVING TO KEEP TRACK OF DAD'S BUSINESS AND DIDN'T REALIZE I WAS INJURED. DAD DID TAKE ME TO THE HOSPITAL RIGHT AWAY BUT THAT NIGHT I NEARLY DIED. AFTER DAD MADE ME TAKE IT ALL I COULDN'T GO TO SLEEP BECAUSE OF APNEA.*



*AT A CERTAIN POINT MY BODY TOLD ME I'D DIE IF I DIDN'T GET WATER, SO I GOT UP AND WENT TO THE TAP IN THE WEST BATHROOM, BUT I NEEDED A FULL GLASS OF WATER MY TONGUE WAS SWOLLEN AND COTTON. I MADE IT TO THE HALLWAY CLOSET GOING EAST AND STARTED TO FEEL REALLY HORRIBLE SO I SAT DOWN,*

*THIS DIDN'T HELP AT ALL AND I KNEW I WAS ABOUT TO PASS OUT, AND I KNEW I'D DIE IF I DID AND NO ONE HEARD ME, IT WASN'T FEAR, IT WAS CERTAINTY. I STOOD UP AND TRIED TO GET TO MY PARENTS' ROOM TO MAKE IT TO MOM, BUT I BEGAN TO PASS OUT, VISION WENT, AND THEN ALL FEELING, AND I HEARD, BUT DIDN'T FEEL, MYSELF FALL THROUGH THE CLOSET IN THE HALLWAY TO MY RIGHT SIDE (NORTH,) ME FALLING THROUGH THE CLOSET DOORS MADE A LOT OF NOISE SO IT WOKE MY PARENTS UP AND I HAD A SEIZURE SIMILAR TO THE ONE I HAD AT 5 YEARS OLD.*

*AWFUL FEELING, ELECTRICAL SHOCKS, BUT THEN ALL BLACK, COMPLETELY OUT FOR A MOMENT. THEN I COULD HEAR, BUT NOT FEEL, DAD SLAPPING ME IN THE FACE AND I CAME TO ASKING FOR WATER. DAD HAD ME TAKEN TO THE HOSPITAL AND IT TOOK THEM A WHILE TO GET ME AN IV. THIS GOT DAD NEGATIVE ATTENTION FROM MOM AND HE STOOD UP FOR ME THIS TIME WITH ONE OF THE PHYSICIANS TO GET ME CARE AND AN IV. IN MY OPINION FROM THE SYMPTOMS I'D HAD A FORCED OVERDOSE, AND MY KIDNEYS AND/OR LIVER COULDN'T HANDLE IT. UNTIL I THREW UP GREEN I COULDN'T GO TO SLEEP WITHOUT APNEA, AND FELT DEATHLY ILL, NOT JUST ILL, BUT ABSOLUTELY CERTAIN THAT I WAS HANGING ON WITH WILLPOWER.*

*WHAT I CAN'T CURRENTLY RECALL IS WHETHER ANNETTE STOPPED IN BRIEFLY IN THE MORNING TO BRIEFLY SAY HI TO ME. DANNY DEFINITELY VISITED ME AND I WAS REALLY HAPPY TO SEE HIM WHEN HE DID, BECAUSE I TRUST DANNY AND KNEW I'D NEARLY DIED. HE WAS KIND AND IT REALLY MADE ME FEEL A LOT BETTER BUT I WAS AFRAID TO TELL ANYONE THAT DAD MADE ME TAKE ALL THE MEDICATION AT ONCE BECAUSE I FIGURED IT WAS JUST AN ERROR IN JUDGMENT THEN. BUT SO MANY COINCIDENCES AND CONSISTENT BEHAVIORS HAVE PILED UP NOW I KNOW DAD CAN'T STOP. IN MY OPINION MY DAD IS MENTALLY ILL AND CRIMINALLY INSANE.*

WITH A DEFINITION OF CRIMINAL INSANITY. THE AUTHOR'S DEFINITION OF CRIMINAL INSANITY DESCRIBES AN INDIVIDUAL WHOSE MENTAL MAKEUP AT THE TIME OF THE OFFENDING ACT WAS SUCH THAT HE/SHE WAS INCAPABLE OF ACTING RATIONALLY WITH RESPECT TO THE CRIMINALITY OF HIS/HER CONDUCT. PRACTICAL APPLICATIONS OF THE PROPOSED DEFINITION ARE EXPLORED. THE TOPICS DISCUSSED CONCERN STANDARD PSYCHIATRIC DIAGNOSES AND SPECIFIC LEGAL INSANITY TESTS IN USE. A BIBLIOGRAPHY IS APPENDED.

**Additional Details**

| Sale Source: | University of California Press Mr. William Murphy, 2120 Berkeley Way, Berkeley, CA 94720, United States |
| Language: | English |
| Country: | United States of America |

*IN MY OPINION MICHAEL KNEW EXACTLY WHAT HE WAS DOING AND TRIED ANYWAY. MICHAEL TRIES TO SAY HE'S SCHIZOPHRENIC TO ANDREA BUT DOESN'T WANT HELP. IN MY OPINION JARED IS MENTALLY ILL, INFLUENCEABLE, AND SCARED OF MICHAEL. JARED HAS AN INTOLERABLE ADDICTION TO PORNOGRAPHY BUT ASKED FOR HELP.*

**May I have mentioned witness protection?**

`12:13 ▶️ ◼️ 🔋 ∞ ⏱️ 🖼️                    ☎️ 📶 81%◼️`

presence and neither admits to doing so. Which was found and
attempted to be reported as found on three separate occasions to
the Wayne County Police Department. I spoke to Officer Stover
Badge C4 to get the police report numbers from Wayne County
Sherrif's office. I spoke to Larry Kuhn of the Cambridge City police
department to file my main reports and to file the last report about
what has been occurring and I was told he was contacting the
state taskforce. When I contacted a prior defense lawyer who
would not give me depositions for 4 years that show I was not the
aggressor in my gun case his assistant tried to refer me back to a
lawyer in Wayne County, IN and said she was told to do so by her
boss, Tom Hirschauer. Though any lawyer in Indiana should be
able to assist and another lawyer offered to do so right away. This
man, Tom Hirschauer, was hired by my father and when I couldn't
be convinced not to go to trial by my father without my plea deal
being only misdemeanors, I was then offered a plea deal with two
misdemeanors after he spoke with the lawyer. After seeing other
incidents of self defense I feel I was convinced on purpose not to
go to trial, and my father calls me a criminal and tells me I
shouldn't own guns often. I have had to flee the state with my files
and knowledge. My sister, Alexis Turpin, is also getting married
immediately and leaving the state which was, to my knowledge,
unplanned. I believe after reporting this man and speaking about
my father's true nature that my fiance and I need witness
protection. These people have been involved in the incident but
were also unaware of Jared Junkin's issues: Joshua Ryan King-
Baker, Phillip Jenkins, Jesse Motherly, Jasmine Motherly. I believe
these people knew of Jared Junkin's issue but we're convinced to
act against my best interests and attempt to put me in a
conservatorship or force me into an unneeded and illegal
diagnosis when I was in true fear for my life from my father out of
"concern." Andrea Holwager, Linda Turpin I believe these men
knew of Jared Junkin's issues and may not have reported with the
guise of attempting to "protect" me while intimidating me and my
fiance to not live in the state of Indiana: Michael Mann & Jon Brent
Turpin I think the police chief, Richard Roberts, may have been
lied to about this situation as he also seemed to think my parents
were only "concerned" while attempting to push other people to
take my rights away and force me to recant truthful reports made
to the Wayne County police department to "save my father's
reputation." I am in fear for our lives and I believe there's a trust
fund named the Jon B Turpin and Linda B Turpin revocable trust
which, until looking up information online about living trusts and
finally searching for it on Wayne County Courts site recently, I
knew nothing about except what my father yells at me in attempts
to control my life. I still don't know the value of this trust fund and
only suspect it is extremely valuable as it has been part of my

**May I have mentioned this out of true concern?**

*May they have been informed orally, via text, and by law enforcement we were moving?*

# THE
# SAFE HOMES ACT

## *What is The Safe Homes Act?*

A law that gives you or anyone in your household who is a victim of domestic or sexual violence (including dating violence, stalking, child abuse, and elder abuse) the right to:

- End your lease (written or oral) early and leave the home. Tenants who properly use the law will not be responsible for rent due after they leave.
- Change the locks to keep the abuser out

## ENDING YOUR LEASE EARLY

If you or anyone in your household is a victim of domestic or sexual violence, you can end the lease early, even when the abuser is a member of the household, if:

- There is a <u>credible imminent threat</u> of harm <u>on the premises</u>.
- You give the landlord <u>written notice</u> of the threat 3 days before or after you leave the home.

*May my Dad have made Mom illegally evict us after Dad committed domestic violence?*

_May coercion to sign a contract for bail, lawyer, assets, and inheritance be exploitation?_

**ABUSE, NEGLECT AND EXPLOITATION**

## What financial exploitation is

Financial exploitation occurs when someone improperly uses the money, assets or resources of a person with disabilities or an older adult to the abuser's advantage or to the disadvantage of the person with disabilities or older adult.

Examples of financial exploitation include:
- Stealing or misusing the victim's checks, credit cards or money
- Forging the victim's signature
- Forcing or deceiving the victim into signing checks, estate planning documents, contracts or other documents
- Taking the victim's possessions without permission
- Misusing a power of attorney to the exploiter's benefit

If you are concerned that a person with a disability or an older adult (60 or older) is being financially exploited, you may take action by following one or more of the options below.

## Reporting financial exploitation to state agencies

Several state agencies can investigate reports of financial exploitation and protect people with disabilities or older adults from further harm. Which agency investigates the report depends on a few factors, such as whether the exploitation occurred in a domestic setting or as part of a licensed program, and how that program is licensed.

You do not need to know detailed information about a facility's licensure or the victim's living situation or program to make a report. You should call any one of the agencies below if you are concerned that a caregiver or other person is financially exploiting a person with disabilities or an older adult. The person answering your call will help you determine the correct agency to receive the report.

Each agency has a hotline that is available 24 hours a day, seven days a week. The person taking your call will ask you for information, which may include:
- The victim's name, address, telephone number, age, and condition
- The alleged exploiter's name and relationship to the victim
- As much detail as possible about why you believe the victim is being financially exploited
- Whether the victim is in immediate danger
- Names and contact

## Reporting to the Department on Aging

The Illinois Department on Aging's Adult Protective Services unit investigates allegations of abuse, neglect and financial exploitation of people with disabilities and older adults when the victim lives in a domestic situation or while engaged in activities in his or her community. A domestic living situation is either a community-based unlicensed facility or a home where the person with a disability or older adult lives alone, with family, with a support worker or caregiver, or with others.

2     equipforequality.org  |  illinois.gov/aging

## 25. Exploitation

People in their life are viewed as objects to meet the narcissist's needs. They will take advantage of others without guilt or shame. They do not think about how their actions affect others, leaving their victims feeling unloved and uncared for.

# Ind. Code § 35-41-5-2

⬇ Download PDF

Current through P.L. 178-2022, P.L.2-2022SP1

Section 35-41-5-2 - Conspiracy

(a) A person conspires to commit a felony when, with intent to commit the felony, the person agrees with another person to commit the felony. A conspiracy to commit a felony is a felony of the same level as the underlying felony. However, a conspiracy to commit murder is:

(1) a Level 2 felony if the conspiracy does not result in the death of a person; and

(2) a Level 1 felony if the conspiracy results in the death of another person.

(b) The state must allege and prove that either the person or the person with whom he or she agreed performed an overt act in furtherance of the agreement.

(c) It is no defense that the person with whom the accused person is alleged to have conspired:

(1) has not been prosecuted;

(2) has not been convicted;

(3) has been acquitted;

(4) has been convicted of a different crime;

(5) cannot be prosecuted for any reason; or

(6) lacked the capacity to commit the crime.

IC 35-41-5-2

Amended by P.L. 158-2013, SEC. 409, eff. 7/1/2014.
As added by Acts1976 , P.L. 148, SEC.1. Amended by Acts1977 , P.L. 340, SEC.23.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JON BRENT TURPIN and LINDA BECKER )
TURPIN, Individually and as Parents and )
Next Friends of J.F.T, their son a minor, )
        Plaintiffs, )
                           )
    vs. )              1:07-cv-1205-LJM-WGH
                           )
AMY S. GOOD and JOHN DOE (parents of )
their minor son, J.D.) and WESTERN )
WAYNE SCHOOL CORPORATION )
        Defendants. )

## ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    This matter comes before the Court on defendant's, Western Wayne School Corporation ("Western Wayne"), Motion for Partial Summary Judgment. Plaintiffs, Jon Brent Turpin and Linda Becker Turpin (collectively, the "Turpins"), filed this lawsuit individually and on behalf of their son J.F.T. ("JT"). The Turpins contend that JT was subjected to verbal and physical abuse in Western Wayne Schools stemming from sexual orientation discrimination. The Turpins bring three federal claims in this suit, one based on Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88 and the other two based on 42 U.S.C. § 1983 predicated on violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment. The Turpins also bring a negligence claim under state law against Western Wayne. The Turpins make additional state law claims against the parents of one of JT's alleged abusers. Western Wayne argues that it is entitled to summary judgment on the Turpins' Title IX and § 1983 claims. Western Wayne does not seek summary judgment on the negligence claim but requests that the



Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 110 of 123 PageID #:
27313
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 2 of 13 PageID #:
<pageID>

Court retain jurisdiction over it in the event that the Court disposes of the federal claims. For the following reasons the Court concludes that Western Wayne's Motion for Partial Summary Judgment is **GRANTED**.

## I. **BACKGROUND**

The Turpin's son, JT, attended Western Wayne schools for most of his pre-college educational career. During his attendance he was subjected by other students to several incidents of physical and verbal harassment. Prior to Western Wayne's summary judgment filing, the Turpins claimed in both their Complaint and their discovery responses that the harassment JT endured stemmed from the perception his classmates had of his sexual orientation.   Compl. ¶ 24; Def.'s Ex. 5, at 3 (Pls.' Resp. to Interrog. 4); JT's Dep. at 35. After Western Wayne's summary judgment filing, the Turpins filed several affidavits and amended their deposition responses to indicate that JT was the subject of harassment because he did not fit the gender stereotypes held by his classmates. *See* Pls.' Ex. 1 ¶¶ 2-3; 2 ¶ 4; 4 ¶ 5; 5 ¶ 6; 12.

The parties agree that JT endured several abusive incidents, but they disagree as to the specific details of some of them. Def.'s Ex. 5 (Pls.' Resp. to Interrogs. 5, 6); Def.'s Br., at 8-9.   The parties primarily dispute how Western Wayne responded to the harassment. Western Wayne asserts that it was difficult to address the harassment systemically because JT was harassed by so many different students. Def.'s Ex. 1 ¶ 8. Western Wayne, however, contends that it addressed the individual students involved in discrete incidents and, further, it contends that once the school handled a student's

2

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 111 of 123 PageID #:
27312
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 3 of 13 PageID #:
<pageID>

inappropriate behavior individually, the student did not typically re-offend. *Id.* Western

Wayne further asserts that it provided JT with a variety of accommodations, including a

faculty escort in the hallways, allowing him to leave class five minutes early, and requiring

teachers to monitor the hallways that JT frequently passed through in order to help him

avoid harassment. *Id.* at ¶ 7. The Turpins insinuate that JT's abusers were never actually

punished. Pls.' Ex. 1 ¶ 6. The Turpins further claim that any accommodations Western

Wayne provided JT for his safety were not well executed and not effective. Pls.' Ex. 1      ¶

11. After reducing his course work at Western Wayne and taking many of his classes at

a vocational center, JT eventually graduated.


## II. STANDARD

As stated by the Supreme Court, summary judgment is not a disfavored procedural

shortcut, but rather is an integral part of the federal rules as a whole, which are designed

to secure the just, speedy, and inexpensive determination of every action. *See Celotex*

*Corp. v. Catrett,* 477 U.S. 317, 327 (1986); *see also United Ass'n of Black Landscapers v.*

*City of Milwaukee,* 916 F.2d 1261, 1267-68 (7th Cir. 1990). Motions for summary judgment

are governed by Federal Rule of Civil Procedure 56 (c) ("Rule 56(c)"), which provides in

relevant part:

> The judgment sought should be rendered if the pleadings, the discovery and
> disclosure materials on file, and any affidavits show that there is no genuine
> issue as to any material fact and that the movant is entitled to judgment as
> a matter of law.

Once a party has made a properly-supported motion for summary judgment, the opposing

party may not simply rest upon the pleadings but must instead submit evidentiary materials

3

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 112 of 123 PageID #:
27313
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 4 of 13 PageID #:
<pageID>

which "set forth specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P. 56(e). A genuine issue of material fact exists whenever "there is sufficient evidence favoring the nonmoving party for a jury to return a verdict for that party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986). The nonmoving party bears the burden of demonstrating that such a genuine issue of material fact exists. *See Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586-87 (1986); *Oliver v. Oshkosh Truck Corp.*, 96 F.3d 992, 997 (7th Cir. 1996). It is not the duty of the Court to scour the record in search of evidence to defeat a motion for summary judgment; rather, the nonmoving party bears the responsibility of identifying the evidence upon which she relies. *See Bombard v. Fort Wayne Newspapers, Inc.*, 92 F.3d 560, 562 (7th Cir. 1996). When the moving party has met the standard of Rule 56, summary judgment is mandatory. *See Celotex*, 477 U.S. at 322-23; *Shields Enters., Inc. v. First Chi. Corp.*, 975 F.2d 1290, 1294 (7th Cir. 1992).

In evaluating a motion for summary judgment, the Court should draw all reasonable inferences from undisputed facts in favor of the nonmoving party and should view the disputed evidence in the light most favorable to the nonmoving party. *See Estate of Cole v. Fromm*, 94 F.3d 254, 257 (7th Cir. 1996). The mere existence of a factual dispute, by itself, is not sufficient to bar summary judgment. Only factual disputes that might affect the outcome of the suit in light of the substantive law will preclude summary judgment. *See Anderson*, 477 U.S. at 248; *JPM Inc. v. John Deere Indus. Equip. Co.*, 94 F.3d 270, 273 (7th Cir. 1996). Irrelevant or unnecessary facts do not deter summary judgment, even when in dispute. *See Clifton v. Schafer*, 969 F.2d 278, 281 (7th Cir. 1992). "If the nonmoving party fails to establish the existence of an element essential to his case, one

4

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 113 of 123 PageID #:
27314
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 5 of 13 PageID #:
<pageID>

on which he would bear the burden of proof at trial, summary judgment must be granted to the moving party." *Ortiz v. John O. Butler Co.*, 94 F.3d 1121, 1124 (7th Cir. 1996).

### III. DISCUSSION

The Turpins make federal claims for relief under two separate statutes. First, they claim that JT was discriminated against solely on the basis of his sex in violation of Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88. Second, the Turpins claim damages under § 1983 predicated on alleged violations of JT's Due Process and Equal Protection rights. The Court will address each of the Turpins' statutory claims in turn.

### A. THE TURPINS' TITLE IX CLAIM

Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity. " 20 U.S.C. § 1681(a). "Although the only remedy expressly authorized by the statute is the termination of the recipient's federal funding, the Supreme Court has held that Title IX contains an implied private right of action for money damages." *Doe-2 v. McLean County Unit Dist. No. 5 Bd. of Dirs.*, 593 F.3d 507 (7th Cir. 2010). When the Supreme Court determined that Title IX's prohibition against discrimination was implicated in cases involving sexual harassment, it relied on a case decided under Title VII of the Civil Rights Act of 1964. *See Franklin v. Gwinnett County Public Schools*, 503 U.S. 60, 75 (1992) (citing *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986)). Since then, federal courts have used Title VII precedents to inform their

5

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 114 of 123 PageID #:
27315
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 6 of 13 PageID #:
<pageID>

analyses of sexual harassment and discrimination claims under Title IX. *See, e.g.*, *Doe v. Univ. of Ill.*, 138 F.3d 653 (7th Cir. 1998), *vacated on other grounds*, *Bd. of Trustees v. Doe*, 526 U.S. 1142. The Seventh Circuit has consistently held that discrimination based on one's sexual orientation or perceived sexual orientation is not actionable in the Title VII context. *See Howell v. N. Cent. College*, 320 F. Supp. 2d 717, 722 (N.D. Ill. 2004) (collecting cases). The court has drawn a line between harassment based on the plaintiff's sex as a result of gender stereotyping and harassment motivated by a plaintiff's sexual orientation. *See Hamm v. Weyauwega Milk Prods.*, 332 F.3d 1058, 1062 (7th Cir. 2003). The former is actionable while the latter is not. *Id.*

Western Wayne claims that it is entitled to summary judgment on the Turpins' Title IX claim because it is based on harassment stemming from JT's sexual orientation. Initially, the Turpins premised their claim entirely on the notion that the harassment that JT endured was motivated by his classmates' perception of his sexual orientation. Their position did not change until about a month after Western Wayne filed its Motion for Summary Judgment and supporting briefing. *See* Dkt. No. 119 (containing affidavits and deposition errata sheets dated from March 27, 2010, to March 29, 2010, and filed on March 29, 2010). Then, the Turpins filed affidavits and amended their deposition testimony to reflect a new theory that JT was subject to harassment because he did not fit into the definition of a stereotypical male held by his peers. Pls.' Ex. 4 ¶ 5.

Along with their own affidavits, the Turpins filed an affidavit of a previously undisclosed witness, Troy Davis, to support their theory that JT was discriminated against based on his failure to fit into a gender stereotype. Western Wayne argues that the Davis affidavit should not be considered on summary judgment due to the Turpins' failure to

6

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 115 of 123 PageID #:
27358
Case 1:07-cv-01205-LJM-WGH   Document 135   Filed 06/24/10   Page 7 of 13 PageID #:
<pageID>

disclose Davis as a witness according to Rule 26(a). Rule 37(c)(1) of the Federal Rules of Civil Procedure states that a party's failure to provide information or identity of a witness pursuant to Rule 26(a) prevents the party from using that information or witness to supply evidence on a motion unless the failure was substantially justified or harmless. In the instant case, neither are true. The Turpins put forth no evidence to show why Troy Davis was not disclosed as a witness until well past the deadline. The closest that they get is in Davis' affidavit where he claims a "change of heart" regarding JT. As a result, he decided to come forward just after Western Wayne filed its Motion for Summary Judgment indicating that the legal theory on which the Turpins were proceeding was unsound. Likewise, the late disclosure was not harmless. It prevented Western Wayne from access to a witness that could potentially salvage the Turpins' Title IX claim. Therefore, the Court will not consider Troy Davis' affidavit for the purposes of summary judgment.

The Turpins also point to the affidavit of another late appearing witness, Scott Allen, whose testimony supports the gender stereotype based discrimination theory of the case. Pls.' Ex. 5 ¶ 7. Allen, however, refers to the abuse as "gay bashing," and his testimony alone is not enough to create a triable issue of fact on the motivations of JT's abusers. *See* Pls.' Ex. 5 ¶ 2.

The Turpins also argue that their deposition testimony concerning the cause of the abuse JT suffered should be stricken for lack of personal knowledge. Although the Turpins could not possibly know what exactly was in the minds of JT's abusers, they were reasonably situated to form an inference as to the cause of JT's abuse. Not only were they exposed to the narrative surrounding the abuse through their son, they spent quite a bit of time at the school and they frequently spoke with the administration concerning the abuse.

7

In other words, their inferences as to the cause of the abuse were "grounded in observation or other first-hand personal experience." *Visser v. Packer Engineering Associates, Inc.*, 924 F.2d 655, 659 (7th Cir. 1991). Regardless, the Turpins ask this Court to accept their affidavits stating their new position on exactly the same issue while striking their deposition testimony. The Turpins cannot have it both ways. If their deposition testimony must be stricken for lack of personal knowledge, surely their affidavits must be so stricken.

At such a late date, the Turpins cannot salvage their claim from summary judgment by filing self serving affidavits and deposition errata sheets. *See Bank of Illinois v. Allied Signal Safety Restraint Sys.*, 75 F.3d 1162, 1171-1172 (7th Cir. 1996). A party can avoid summary judgment with a statement that contradicts an earlier sworn statement only where it clarifies ambiguous or confusing testimony or where it is based on newly discovered evidence. *Id.* Neither of those exceptions applies to this situation. The Turpins have put forth no new evidence to support their shift in theory, and they clearly and consistently stated in their Compliant, their answers to interrogatories, and their depositions that they believed JT was harassed because of his perceived sexual orientation. *See Hamm*, 332 F.3d at 1062. Therefore, Western Wayne's Motion for Summary Judgment on the Turpins' Title IX claim is **GRANTED**.

## B. THE TURPIN'S § 1983 CLAIMS

The Turpins assert two § 1983 claims predicated on Western Wayne's alleged violations of the Fourteenth Amendment. First, the Turpins make a failure to protect claim based on the Due Process Clause of the Fourteenth Amendment. In addition, the Turpins

8

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 117 of 123 PageID #:
27338
Case 1:07-cv-01205-LJM-WGH   Document 338   Filed 06/24/10   Page 9 of 13 PageID #:
<pageID>

claim that the sexual harassment JT suffered was caused by an unconstitutional policy or custom based on the Equal Protection Clause of the Fourteenth Amendment. Under 42 U.S.C. § 1983, the Turpins need to show that Western Wayne deprived JT of a right secured by the Constitution and that Western Wayne acted under color of state law. *Waubanascum v. Shawano County*, 416 F.3d 658, 665 (7th Cir. 2005). The parties do not dispute that Western Wayne acted under color of state law. The Court will address each alleged Constitutional violation in turn.

Western Wayne alleges, citing *DeShaney v. Winnebago County Dep't of Social Services*, 489 U.S. 189 (1989), that the Due Process Clause of the Fourteenth Amendment does not impose a duty on the state to protect individuals from harm by private actors. Generally that is true; however, the Turpins submit their claim fits into the "state-created danger" exception to the general rule of *DeShaney*. The courts of appeals have inferred from *DeShaney* that the substantive component of the Due Process Clause imposes a duty upon the state to protect individuals from dangers created by the state itself. *See King ex rel. King v. E. St. Louis Sch. Dist. 189*, 496 F.3d 812, 817 (7th Cir. 2007). The state-created danger doctrine provides three elements that must be proven in order for it to apply. *Id.* First, "in order for the Due Process Clause to impose upon a state the duty to protect its citizens, the state, by its affirmative acts, must create or increase a danger faced by an individual." *Id.* at 818. Second, "the failure on the part of the state to protect an individual from such danger must be the proximate cause of the injury to the individual." *Id.* "Third, because the right to protection against state-created dangers is derived from the substantive component of the Due Process Clause, the state's failure to protect the

9

Case 3:22-cv-01213-TAD-KDM    Document 306-6    Filed 07/17/23    Page 118 of 123 PageID #:
27319
Case 1:07-cv-01205-LJM-WGH    Document 133    Filed 06/24/10    Page 10 of 13 PageID #:
<pageID>

individual must shock the conscience." The Turpins allege that the school's failure to protect JT falls into the ambit of the state-created danger exception.

The Turpins' claim fails under the first prong of the doctrine. In their brief in response to Western Wayne's motion, the Turpins conclusorily state that Western Wayne's alleged failure to monitor the freshman hallway despite its promise to do so, and a teacher's failure to break up a fight where JT was allegedly targeted despite alleged notice, fulfill each of the prongs of the state-created danger exception. The Turpins point to no evidence to suggest that Western Wayne's failure to keep its promise or intervene in the argument were affirmative acts that created or increased the danger JT faced at school. "[T]he key question in determining whether state behavior violated the victim's constitutional rights is: 'What actions did [the state actor] affirmatively take, and what dangers would [the victim] other wise have faced?'" *Windle v. City of Marion*, 321 F.3d 658, 661 (7th Cir. 2003). Even if the Court construes Western Wayne's alleged broken promise to monitor the hallway as an affirmative action, the Turpins point to no evidence that the action created or increased the danger that JT faced. He was harassed in the hallways before the school intervened, and the Turpins point to nothing in the record to indicate that the harassment changed in nature or severity due to Western Wayne's alleged failure to monitor. Additionally, the teacher's failure to intervene in the fight is not an affirmative action. *See id.* (finding that even where police officers had actual notice of an improper sexual relationship between a teacher and an underage student, the police officers' failure to intervene was not affirmative action). However, even if the Court did construe the teacher's failure to intervene as an affirmative act, the Turpins point to no evidence to indicate that JT was subjected to more or different abuse than he already was subject to

10

prior to the teacher's decision not to act.  In the case at bar, Western Wayne  neither created the danger JT faced nor did it do anything to make what JT already faced worse. Therefore, the state-created danger exception to *DeShaney* cannot apply.  *See id.*

In support of their claim that Western Wayne should be held liable for its failure to protect, the Turpins cite a very recent case where the Seventh Circuit found that for the purpose of qualified immunity it was clearly established that a school principal violated a student's Constitutional rights if the principal "created a risk of harm or exacerbated an existing one" by covering up a band teacher's sexual abuse of female students by misleading the girls' parents, the superintendent, and other administrators. *T.E. v. Grindle*, 599 F.3d 583, 589 (7th Cir. 2010) (relying on *Stoneking v. Bradford Area Sch. Dist.*, 856 F.2d 594, 599 (3d Cir. 1988)).  However, Grindle is distinguishable from the case at bar because JT's injuries were caused by private actors, but the injuries in *Grindle* were caused by the band conductor, a state employee. *Grindle*, 533 F.3d at 586-87; *see also Stoneking*, 882 F.2d at 724 (distinguishing from *DeShaney* by noting that the injuries in *DeShaney* were caused by private actors not state employees).  Therefore, as to the Turpins' § 1983 claim premised on Western Wayne's alleged failure to protect JT, Western Wayne's Motion for Summary Judgment is **GRANTED**.

The Turpins' final theory of recovery is premised on JT's rights under the Equal Protection Clause of the Fourteenth Amendment.  In order to establish liability against Western Wayne, the Turpins must show that Western Wayne's alleged discrimination against him based on sexual orientation was caused by an unconstitutional policy, custom, or practice. *See Monell v. Dep't of Social Services*, 436 U.S. 658, 690-91 (1978).  Because the Turpin's failure to protect claim is barred by *DeShaney*, sexual orientation discrimination

11

is the only possible basis the Turpins could have to allege Western Wayne's *Monell* liability. The Turpins appear to premise their *Monell* liability claim on their failure to protect theory. They do not point to any evidence in the record that would tend to show that JT suffered sexual orientation discrimination as a result of any unconstitutional policy, custom or practice of Western Wayne. Therefore, Western Wayne's Motion for Summary Judgment as to the Turpin's Equal Protection claim is **GRANTED**.

### C. THE TURPIN'S STATE LAW CLAIMS

Western Wayne requests that the Court retain jurisdiction over the Turpins' state law negligence claim against Western Wayne for the purposes of the trial set in August. Once all the federal claims in a case have been dismissed, a district court may relinquish supplemental jurisdiction but it does not have to unless the "federal claims are frivolous and so do not engage the jurisdiction of the federal courts." *See Doe-2*, 593 F.3d at 513. Generally, however, where all the federal claims are dismissed before trial there is a presumption that the district court should relinquish jurisdiction over the state law claims. *See Williams Elecs. Games, Inc. v. Garrity*, 479 F.3d 904, 907 (7th Cir. 2007). In light of the presumption and the fact that all the federal claims in this case were disposed of on Western Wayne's Motion for Summary Judgment, the Court declines Western Wayne's request to retain jurisdiction over the Turpins' state law claims. Therefore, the Turpins' state law negligence claim is **DISMISSED without PREJUDICE**.

12

Case 3:22-cv-01213-TAD-KDM   Document 306-6   Filed 07/17/23   Page 121 of 123 PageID #:
27322
Case 1:07-cv-01205-LJM-WGH   Document 133   Filed 06/24/10   Page 13 of 13 PageID #:
&lt;pageID&gt;

## IV. **CONCLUSION**

For the foregoing reasons, the defendant's, Western Wayne School Corporation, Motion for Partial Summary Judgment is **GRANTED**, and the plaintiffs', Jon Brent Turpin and Linda Becker Turpin, state law claim against Western Wayne is **DISMISSED without PREJUDICE**.

In addition, the Court notes that the defendants, Amy S. Good and John Doe, remain active on the Court's docket in this matter. The Court hereby **ORDERS** the plaintiffs, Jon Brent Turpin and Linda Becker Turpin, to **SHOW CAUSE** within fourteen days why their claims against Amy S. Good and John Doe should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 24th day of June, 2010.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Anthony W. Overholt
FROST BROWN TODD LLC
aoverholt@fbtlaw.com

J. Brian Tracey
GEVERS, TRACEY & SKEENS
bndtracey@mac.com

Thomas E. Wheeler II
FROST BROWN TODD LLC
twheeler@fbtlaw.com

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## Potential Breach of CRD Contract

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 3, 2023 at 11:06 PM
To: agorecordsaccessofficer@state.ma.us
Cc: todd.rokita@in.gov
Bcc: Charles Roach <croach@croachlaw.com>

Dear Public Records Office of our great State of Massachusetts,

Please forward to the Honorable Massachusetts Attorney General, Andrea Campbell, out of genuine concern.

-----------------------------------------------------------
Dear Mr. Roach,
As an FYI, in case I must report this to our Honorable State Attorney General, Mr. Todd Rokita,

The man named Jon Brent Turpin, who no longer claims me as his son, due to his own repeated words supporting this, and further, his actions towards our Faith, marriage, me, my wife, our states of Indiana, and Louisiana, and towards out employment and all positive endeavors of ours and our life, liberty, and pursuit of happiness... may possess the only copy, unjustly, illegally, and against the terms of a contract with Charles River Development, now State Street, and has already proven his inability to comply with the existing terms of contracts I have successfully completed, faithfully in accord with terms and conditions. This via his attempts to frame me against all reason and consideration which would have him considered as a "parent" or "parent-in-law."

With this in mind, I must report any documentation within his email, turpin522@gmail.com, his computer systems, and secure storage as possible evidence to be collected in the best interests of Charles River Development, now potentially known as State Street, the great states of Indiana, Louisiana, and Massachusetts, and ourselves, in line and in compliance with the contract, which Jon Brent Turpin has potentially now violated, unlike myself and even unlike my lawyer for the contract mentioned, Charles Roach, who potentially could have retained the information under attorney client privilege, but has not, like myself, in the best interests of the companies mentioned, potentially due to professionalism.

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## Potential Breach of CRD Contract

**Jon F. Turpin** <jt4590@gmail.com>                                               Tue, Jul 4, 2023 at 2:25 PM
To: agorecordsaccessofficer@state.ma.us
Cc: todd.rokita@in.gov
Bcc: Charles Roach <croach@croachlaw.com>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Since he who may potentially be breaching the existing contract with CRD is over 60 years old, but I may also be a
protected class, what I may suggest, in my opinion, is that you kindly request that any copies of information relating to
CRD be deleted, and, if necessary, since I was treated well and respectably during this process prior, and in my opinion,
during potential cyber-security surveillance recently,

Charles River Development, and our esteemed government agencies may wish to send and/or assign a team for
forensics review of Jon Brent Turpin's computer systems, secure storage, and email, et al, to ensure there is not a breach
of contract, and that any potential information pertaining to CRD and/or our esteemed government is not misused and/or
inappropriately stored, should it still be present in his possession.

[Quoted text hidden]