**Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## OSC-14, MSPB, Hatch Act Complaint, Potential Violations of Megan's Law | Protections: Vatican, Whistleblower, Napoleonic (Law) Civil Code, U.N. Diplomatic Immunity, Witness Protection, FBI Infragard Indiana & Louisiana Confidentiality, Etc. Et Al

8 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 3:00 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, Father Brent Maher <padrepbm@gmail.com>,
lmillet@portsl.com, sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>, His Holiness Pope Francis
<info@vaticanrome.it>, turpins-families-legacies@googlegroups.com, Charles Roach <croach@croachlaw.com>,
info@osc.gov, dfreed@yorktownindiana.org, kirk@kirkfreemanlaw.com

Dear OSC and MSPB, etc. et al,
Please receive the attached, and accept the invite to Google Drive to attach all information with all available and
appropriate protections under our Holy Catholic Church OSC-14, MSPB Appeals, Whistleblower, Hatch Complaint Act,
Presidential Pardon Request, FBI Infragard Confidentiality, etc. et al. The following Google Drive link is to a .7zip file
which is encrypted and password protected: ThorfinnrWhistleblowerFiles.7z
ThorfinnrWhistleblowerFiles.7z
Password will not be provided within this email to respect the aforementioned and any other available and appropriate
protections, including God, our Faith, and Catholic Church, Pro Se Attorney Client Privilege, Honorable State Attorney
Generals, OIG's, etc. et al.

In my opinion, dual residency, and my usufruct and/or reverse usufruct at my discretion, is confirmed by the Louisiana IRS
via denying my remote work licensure, legal precedent, via my successful good faith actions in payment of taxes in IN,
LA, and Federally, allowing international and legal affairs, etc. et al, including passport and travel, under Louisiana's
Napoleonic (Law) Civil code superseding, as is just and proper, while still allowing respect for Indiana's Right to Work
Laws, and residency for voting, licensure, and business, etc. et al.
(Potential evidence is also located in the residences of 247 Maximillian St., Baton Rouge, LA 70802, and 10544 Cletus
Drive, Baton Rouge, LA 70815 and must also be considered protected as aforementioned, etc. et al.)
(Potential evidence is also located in potentially the oldest building in Yorktown, IN, our wooden barn, and Yorktown, IN
town hall evidence locker and must also be considered protected as aforementioned, etc. et al.)

Further information which may be related to the following case, and my lovely wife, our marriage, cats, residences,
computers, emails, mail, files, and any and all potential evidence, etc. et al must receive any and all appropriate and
available protections.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201
(318) 654-6500

7/12/23, 1:00 PM
Case 3:22-cv-01813-TAD-KDM Document 206-7 Filed 07/17/23 Page 2 of 91 PageID #: 27326
Gmail - OSC 314, MSPB, Hatch Act Complaint; Potential Violations of Megan's Law | Protections, Vatican, Whistleblower, Napole…

# **Turpin** Family History

## Turpin Name Meaning

French and English: from the Old French and Middle English personal name *Turpin* representing the falling together of the Old Norse name *Thórfinnr* (composed of the elements *Thórr* the name of the god of thunder in Scandinavian mythology + the ethnic name *Finnr* 'Finn'; compare Turvin ) and of the Latin name *Turpinus* (from Latin *turpis* 'ugly base') one of the self-abasing names adopted as a mark of humility by the early Christians (it was borne by the archbishop of Rheims in the Charlemagne legend) and of the Old French and Middle English form.

Source: Dictionary of American Family Names 2nd edition, 2022





Best Regards,
**Jon F. D. Turpin**
E-mail: jt4590@gmail.com
FBI Infragard Indiana & Louisiana
BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

**3 attachments**

📄 **Gmail - OSC and MSPB.pdf**
829K

📄 **OSC Form-14 Prohibited Personnel Practice Form_070523_D.pdf**
1138K

📄 **Gmail - Shiba Inu and DeFi Token Scams - Help.pdf**
102K

---

**Jon F. Turpin** <jt4590@gmail.com>                    Tue, Jul 11, 2023 at 3:13 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, Father Brent Maher <padrepbm@gmail.com>,
lmillet@portsl.com, sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>, His Holiness Pope Francis
<info@vaticanrome.it>, turpins-families-legacies@googlegroups.com, Charles Roach <croach@croachlaw.com>, OSC &
MSPB Complaint <info@osc.gov>, dfreed@yorktownindiana.org, kirk@kirkfreemanlaw.com

7/12/23, 1:00 PM                        Gmail - OSC & MSPB Complaint, Potential Violation of Megan's Law | Protecting Vatican Whistleblower, Napole…

Case 3:22-cv-01231-TASPKDM  Document 206-7  Filed 07/17/23  Page 5 of 91  PageID #:
27329

Our vehicles at rest and in transit, intestate and interstate, along with occupants and belongings must also be included in all afforded and available protections as aforementioned, etc. et al.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Tue, Jul 11, 2023 at 3:26 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, Father Brent Maher <padrepbm@gmail.com>,
lmillet@portsl.com, sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>, His Holiness Pope Francis
<info@vaticanrome.it>, Charles Roach <croach@croachlaw.com>, OSC & MSPB Complaint <info@osc.gov>,
dfreed@yorktownindiana.org, kirk@kirkfreemanlaw.com

https://music.youtube.com/watch?v=ve_b6Byllmk&feature=share
[Quoted text hidden]

---

**Charles Roach** <croach@croachlaw.com>                                      Tue, Jul 11, 2023 at 3:28 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon: Respectfully, you don't need to cc me any longer. As advised I am not representing you currently. Thank you.


Chuck Roach, Esq.

Roach Law Office LLC

7855 S. Emerson Avenue, Suite I

Indianapolis, IN 46237

O: 317.888.7620

C: 317.313.2589

E: croach@croachlaw.com

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

# **Turpin** Family History

## Turpin Name Meaning

French and English: from the Old French and Middle English personal name *Turpin* representing the falling together of the Old Norse name *Thórfinnr* (composed of the elements *Thórr* the name of the god of thunder in Scandinavian mythology + the ethnic name *Finnr* 'Finn'; compare Turvin ) and of the Latin name *Turpinus* (from Latin *turpis* 'ugly base') one of the self-abasing names adopted as a mark of humility by the early Christians (it was borne by the archbishop of Rheims in the Charlemagne legend) and of the Old French and Middle English form.

Source: Dictionary of American Family Names 2nd edition, 2022

, 7/12/23, 1:23 PM Case 3:22-cv-01213-TAD-KDM Ac Document 306-7 Violated Megan's Law | Pletagens Vatican Whistleblower, Napole...

27331





[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 3:30 PM
To: Charles Roach <croach@croachlaw.com>

I understand,
Just a professional heads up, I'll handle it from here.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**6 attachments**

**Turpin** Family History

Turpin Name Meaning

image001.png
54K



**image002.jpg**
6111K



**image003.jpg**
5659K



**image002.jpg**
6111K

**Turpin** Family History

**image001.png**
54K



**image003.jpg**
5659K

---

**Jon F. Turpin** <jt4590@gmail.com>
To: turpins-families-legacies@googlegroups.com

Tue, Jul 11, 2023 at 3:42 PM

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>

7/12/23, 1:05 PM — Gmail - OSC-14, MSPB, Hatch Act Complaint, Potential Violations of Megan's Law | Protections: Vatican, Whistleblower, Napole...

Case 3:22-cv-01213-TAD-KDM Document 306-7 Filed 07/17/23 Page 10 of 91 PageID #: 27334

[Quoted text hidden]

https://music.youtube.com/watch?v=ve_b6Byllmk&feature=share

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 3:59 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, Father Brent Maher <padrepbm@gmail.com>,
lmillet@portsl.com, sachatessier@gmail.com, "Alexis St. Amant" <sta_law@bellsouth.net>, His Holiness Pope Francis
<info@vaticanrome.it>, turpins-families-legacies@googlegroups.com, OSC & MSPB Complaint <info@osc.gov>,
dfreed@yorktownindiana.org, kirk@kirkfreemanlaw.com

[Quoted text hidden]



**20230616_175216.jpg**
361K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Tue, Jul 11, 2023 at 4:04 PM
To: forms@clintonfoundation.org, correspondence@45office.com

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Tue, Jul 11, 2023, 3:59 PM
Subject: Re: OSC-14, MSPB, Hatch Act Complaint, Potential Violations of Megan's Law | Protections: Vatican,
Whistleblower, Napoleonic (Law) Civil Code, U.N. Diplomatic Immunity, Witness Protection, FBI Infragard Indiana &
Louisiana Confidentiality, Etc. Et Al
[Quoted text hidden]
[Quoted text hidden]

**4 attachments**



**20230616_175216.jpg**
361K



**20230711_113557.jpg**
6111K



**20230711_115134.jpg**
5659K

**Turpin** Family History

Turpin Name Meaning

**TurpinNameOrigin.png**
54K

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## OSC and MSPB
13 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Wed, Jul 5, 2023 at 3:14 AM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, todd.rokita@in.gov, "Harkin, Jacob (Braun)"
<Jacob_Harkin@braun.senate.gov>

I've bolded the current Personnel Practices potentially violated by a specific Secret Service agent below, which have hurt my application for employment.

Of importance, the following section, number 10, is overridden by multiple other sections below due to potential violation of personnel actions and I've summarized below. I submit this to you aligning with my application for employment with the FBI as a Special Agent:

**10. ---EVEN IF ALLEGED FOR UNSUITABILITY OF EMPLOYMENT: THIS IS OVERRIDDEN BY SECTIONS/SUBSECTIONS: 1D, 1E, 4, 8, 9, 12, 14**
discriminate for or against any employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others; except that nothing in this paragraph shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States;

# Prohibited Personnel Practices (5 USC § 2302(b))

Any employee who has authority to take, direct others to take, recommend, or approve any personnel action, shall not, with respect to such authority—

1. discriminate for or against any employee or applicant for employment—

    A. on the basis of race, color, religion, sex, or national origin, as prohibited under section 717 of the Civil Rights Act of 1964 42 U.S.C. 2000e—16);

    B. on the basis of age, as prohibited under sections 12 and 15 of the Age Discrimination in Employment Act of 1967 (29 U.S.C. 631, 633a);

    C. on the basis of sex, as prohibited under section 6(d) of the Fair Labor Standards Act of 1938 (29 U.S.C. 206 (d));

D. --**Broken lower spine.**
   **on the basis of handicapping condition, as prohibited under section 501 of the Rehabilitation Act of 1973 (29 U.S.C. 791); or**

E. **on the basis of marital status or political affiliation, as prohibited under any law, rule, or regulation;**

2. solicit or consider any recommendation or statement, oral or written, with respect to any individual who requests or is under consideration for any personnel action unless such recommendation or statement is based on the personal knowledge or records of the person furnishing it and consists of—

   A. an evaluation of the work performance, ability, aptitude, or general qualifications of such individual; or

   B. an evaluation of the character, loyalty, or suitability of such individual;
   **The loyalty of the specific Secret Service agent may currently be in question, but I'm applying to the FBI, not the Secret Service.**

3. **Potentially:**
   **coerce the political activity of any person (including the providing of any political contribution or service), or take any action against any employee or applicant for employment as a reprisal for the refusal of any person to engage in such political activity;**

4. **deceive or willfully obstruct any person with respect to such person's right to compete for employment;**

5. influence any person to withdraw from competition for any position for the purpose of improving or injuring the prospects of any other person for employment;

6. grant any preference or advantage not authorized by law, rule, or regulation to any employee or applicant for employment (including defining the scope or manner of competition or the requirements for any position) for the purpose of improving or injuring the prospects of any particular person for employment;

7. appoint, employ, promote, advance, or advocate for appointment, employment, promotion, or advancement, in or to a civilian position any individual who is a relative (as

defined in section 3110 (a)(3) of this title) of such employee if such position is in the
agency in which such employee is serving as a public official (as defined in section 3110
(a)(2) of this title) or over which such employee exercises jurisdiction or control as such
an official;

8. **take or fail to take, or threaten to take or fail to take, a personnel action with
respect to any employee or applicant for employment because of—**

   A. **any disclosure of information by an employee or applicant which the
   employee or applicant reasonably believes evidences—**

      i. **a violation of any law, rule, or regulation, or**

      ii. **gross mismanagement, a gross waste of funds, an abuse of authority, or a
      substantial and specific danger to public health or safety, if such
      disclosure is not specifically prohibited by law and if such information is
      not specifically required by Executive order to be kept secret in the
      interest of national defense or the conduct of foreign affairs; or**

   B. **any disclosure to the Special Counsel, or to the Inspector General of an
   agency or another employee designated by the head of the agency to receive
   such disclosures, of information which the employee or applicant reasonably
   believes evidences—**

      i. **a violation of any law, rule, or regulation, or**

      ii. **gross mismanagement, a gross waste of funds, an abuse of authority, or a
      substantial and specific danger to public health or safety;**

9. **take or fail to take, or threaten to take or fail to take, any personnel action against
any employee or applicant for employment because of—**

   A. **the exercise of any appeal, complaint, or grievance right granted by any law,
   rule, or regulation—**
   **(i) with regard to remedying a violation of paragraph (8); or**
   **(ii) other than with regard to remedying a violation of paragraph (8);**

B. **testifying for or otherwise lawfully assisting any individual in the exercise of any right referred to in subparagraph (A)(i) or (ii);**

C. **cooperating with or disclosing information to the Inspector General (or any other component responsible for internal investigation or review) of an agency, or the Special Counsel, in accordance with applicable provisions of law; or**

D. **for refusing to obey an order that would require the individual to violate a law, a rule or regulation;**

10. **---THIS IS OVERRIDDEN BY SECTIONS/SUBSECTIONS: 1D, 1E, 4, 8, 9, 12, 14**

**discriminate for or against any employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others; except that nothing in this paragraph shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States;**

11.

A. knowingly take, recommend, or approve any personnel action if the taking of such action would violate a veterans' preference requirement; or

B. knowingly fail to take, recommend, or approve any personnel action if the failure to take such action would violate a veterans' preference requirement;

12. **take or fail to take any other personnel action if the taking of or failure to take such action violates any law, rule, or regulation implementing, or directly concerning, the merit system principles contained in section 2301 of this title; or**

13. implement or enforce any nondisclosure policy, form, or agreement, if such policy, form, or agreement does not contain the following statement: "These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General

of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling."

**14. access the medical record of another employee or an applicant for employment as a part of, or otherwise in furtherance of, any conduct described in paragraphs (1) through (13).**

This subsection shall not be construed to authorize the withholding of information from Congress or the taking of any personnel action against an employee who discloses information to Congress. For purposes of paragraph (8), (i) any presumption relating to the performance of a duty by an employee whose conduct is the subject of a disclosure as defined under subsection (a)(2)(D) may be rebutted by substantial evidence, and (ii) a determination as to whether an employee or applicant reasonably believes that such employee or applicant has disclosed information that evidences any violation of law, rule, regulation, gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety shall be made by determining whether a disinterested observer with knowledge of the essential facts known to and readily ascertainable by the employee or applicant could reasonably conclude that the actions of the Government evidence such violations, mismanagement, waste, abuse, or danger.

**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

**Jon F. Turpin** <jt4590@gmail.com>                                         Wed, Jul 5, 2023 at 9:09 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, todd.rokita@in.gov, "Harkin, Jacob (Braun)"
<Jacob_Harkin@braun.senate.gov>, Jerry Alexander <Jerry_alexander@braun.senate.gov>
Bcc: kirk@kirkfreemanlaw.com

Currently working on the OSC-14 form, but haven't completed all of it currently. Unfortunately I can't fit all of the details on the form in some spaces, but I'm doing my best to update this in a timely fashion with pertinent details.
Information pertaining to the form has been provided to appropriate personnel via links, though I haven't yet sent these links forward to Mr. Harkin, or Mr. Alexander, to respect privacy and potential confidentiality until/unless submitted.

Best Regards,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

📄 **OSC Form-14 Prohibited Personnel Practice Form_070523_C.pdf**
1125K

**Jon F. Turpin** <jt4590@gmail.com>                                        Wed, Jul 5, 2023 at 9:26 PM
To: lmillet@portsl.com

Dear Mr. Lester Millet III,
ATTN: SA Carey Baton Rouge, LA

Thank you for your service, sincerely,
Jon F. D. Turpin

[Quoted text hidden]
[Quoted text hidden]
**Jon F. Turpin**
E-mail: jt4590@gmail.com
FBI Infragard (Indianapolis and Baton Rouge)
BAS in CIT - IUPUI
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Jul 6, 2023 at 4:05 PM
To: Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Jul 6, 2023 at 4:17 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, John Fox <jfox@foxwangmorgan.com>

In my opinion, Jared R. Junkin may also need to be included on the form, but has been properly reported, and I simply
haven't had an opportunity to add this potential bad actor.

I would like to remove Hal Cooper contingent upon his ability to admit an honest mistake and contingent upon his ability
to cease and desist all attempts to allege misconduct against me and/or potential attempts to retrieve files, as he may
have had information misrepresented to him by potential bad actors to cause further potential harms and or framing of us.

Hal Cooper wasn't in question until his own actions, which may be potential attempts to retrieve information potentially
under aforementioned protections and already provided to John Fox, whom, along with Dan Jordan, cannot represent Hal
Cooper for DirectEmployers Association, in prior legal precedent, and supersede, and remove, via their own prior actions
and words, his potential authority in any potential proceedings, in the mutual efforts to simply prevent DirectEmployers
Association, referred to also as DEA, from being potentially included by bad actors in their potential personal
accountability for bad behavior, just as we are prevented via potential whistleblowing, reports out of concern, and other
potential protections.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Jul 6, 2023 at 4:23 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, John Fox <jfox@foxwangmorgan.com>

In my opinion, potential reports by the potential bad actors may have consistently been, chronologically after our initial
reports out of concern, and may potentially be false, with possible just cause to be considered retaliatory and harmful to
us in full, and potential evidence may support this possibility with excessive jurisprudence.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                        Thu, Jul 6, 2023 at 4:25 PM
To: Charles Roach <croach@croachlaw.com>


---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>            Thu, Jul 6, 2023 at 6:01 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, John Fox <jfox@foxwangmorgan.com>

Furthermore, in my opinion, while the esteemed Candee Chambers has authority above Hal Cooper, this may also superseded via reports out of concern to our EOE and theirgl guidelines, for if misconduct continues to be, in my opinion, falsely alleged, then EOE may have been violated against guidelines and prior jurisprudence regarding personal and family PTO time, along with, potentially, guidelines and personnel practices of the DOJ.

While the board of directors may supersede the esteemed Candee Chambers authority, Mr. Elliot may have expressed his own opinion that I may have angered, potentially, some manner of organized crime group, as was potentially reported by me properly when threats may have first occurred, and all our actions, may be consistent and protected under whistleblower protections, etc. et al., with just accommodation and consideration to the ongoing and persistent nature of events.

Mr. Elliott was the person to inform me, on a Zoom call via a DirectEmployers Association account, that the I-95 highway was out, in, if not potential support of travel to one of the highest jurisdictions of a specific agency, potentially in helpful concern that may have had the possibility to assist in any travels, and which may have assisted in reports out of concern, even if unintended, for the purposes of properly following protocol and potentially attempting to hand over potential evidence, which, if so, would in fact be protected.

For full clarity, I do not attempt to declare the esteemed Mr. Elliott's motivations, nor do I make any accusations, including but not limited to potential preference via potential, however far removed, familial relation, nor preferential treatment from nor towards Mr. Elliot, nor other esteemed members of the DirectEmployers Association Board of Directors.

In my opinion, it may be a simple and prudent measure to proceed with, if not the "right" thing, simply the "correct" thing and "drop" any potential false allegations of misconduct against me, in potential due, mutual, and just respect of our great state of Indiana and our Right to Work Laws.

It would potentially resolve my concerns around potential failures to adhere to EOE guidelines, as well as any potential concerns around violations of potential whistleblower protections, etc. et al, if potential false accusations that I may have violated SOC2 were also dropped, when any potentially protected actions possibly taken may have prudently been in line with all practices, including SOC2 via potential professionalism and may have prevented a violation of within SOC2, with potential support of any potential actions possibly taken via Zach, an esteemed member of the IT within DirectEmployers Association, to whom I also freely offered access to the work computer for upgrade, which was declined, despite my active attempts to do so, after permission was given for these, and any other similar IT processes, for which I may have prior, and existing qualifications, and experience, along and consistent professional "white hat" behavior, actions and character.

This may be further supported by legal precedent and guidelines regarding Remote Work/Virtual/Work from Home/Flex Time, and potentially via Home Office declarations, and/or potentially small business owner protections, etc. et al, and in juxtaposition of potentially alleged misconduct and/or violations may be the only potentially acceptable and correct possble avenue of reasonable and prudent adherence to SOC2.

According to SOC2 compliance guidelines, and in accord with all other potential protections, and in accord with all prior considerations, including potential hidden disabilities, and potentially in line with due professionalism and consistent character, it may have potentially been required, for full compliance with SOC2, that I, and potentially as well, Hal Cooper, instead of requesting retainment of any files, instead ensured and continued to ensure separation without undue harms to information which may belong to either separated and respective party, and would require that Hal Cooper, or another qualified professional within DirectEmployers Association, or within the FBI, in line with proper reports out of concern, and protections, remove any files and/or instances of files which may not own and which may be protected by aforementioned protections and confidentialities, which may satisfy all guidelines, protections and SOC2 mutually.

In my opinion, the aforementioned potential actions, and/or simply handing over the work laptop as potential evidence, which since it may have been declined by the secret service at the highest jurisdiction, to the FBI, may align with all good faith practices, ensure no potential overlap between potential HIPAA, PII, and/or intellectual, and/or small business, and/or FBI, and/or whistleblower, and or congress, etc. et al regarding confidentiality and potential protections in a non-exhaustive list, along with preventing any, or any further violations, in respect specifically to potential separation from DirectEmployers, and specifically personal retainment of already properly reported potential evidence potentially of utmost import to potential witness protections, potential pro se, and/or potential whistleblower complaints, and potentially of import to congress, and not in violation of any rule of law nor practices.
[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>                                    Thu, Jul 6, 2023 at 6:09 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>, Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>,
Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, John Fox <jfox@foxwangmorgan.com>

In my opinion any other alternative may cause a false dichotomy, which, if so, would be unacceptable, and against all
reason.
[Quoted text hidden]

---

**John Fox** <jfox@foxwangmorgan.com>                                   Thu, Jul 6, 2023 at 6:13 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon: You need to stop the flood of e-mails. Less is more. It is not necessary to copy me.


Please know I have passed on to DE the message you conveyed to me on the telephone earlier
today..   Thanks


**John C. Fox, Esq. | President & Partner | Fox, Wang, & Morgan P.C.**

**m 650.400.2121  |  p 408.844.2360 |  e** jfox@foxwangmorgan.com  | FoxWangMorgan.com

   



**Published Monday's at 3:00 PM ET** • Subscribe Today



*"This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you."*

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Thursday, July 6, 2023 4:24 PM
**To:** SA Joseph L. Chaney <jlchaney@fbi.gov>; Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>; Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>; John Fox <jfox@foxwangmorgan.com>
**Subject:** Re: OSC and MSPB

In my opinion, potential reports by the potential bad actors may have consistently been, chronologically after our initial reports out of concern, and may potentially be false, with possible just cause to be considered retaliatory and harmful to us in full, and potential evidence may support this possibility with excessive jurisprudence.

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Thu, Jul 6, 2023 at 6:56 PM
To: John Fox <jfox@foxwangmorgan.com>

My apologies,
Thank you for letting me know, and for your patience, and I appreciate your response and time.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]

---

**8 attachments**



**image001.png**
10K


image002.png
43K


image003.png
31K


image004.png
312K


image002.png
43K


image001.png
10K


image004.png
312K


image003.png
31K

---

**Alexander, Jerry (Braun)** <Jerry_Alexander@braun.senate.gov>          Mon, Jul 10, 2023 at 8:18 AM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon:

Are you requesting a meeting at a mobile office hours visit?

Jerry Alexander

Regional Director

Office of US Senator Mike Braun

P (Mobile) 765-623-2436

DC (Mobile) 202-878-1034

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Wednesday, July 5, 2023 9:10 PM
**To:** SA Joseph L. Chaney <jlchaney@fbi.gov>; todd.rokita@in.gov; Harkin, Jacob (Braun)
<Jacob_Harkin@braun.senate.gov>; Alexander, Jerry (Braun) <Jerry_Alexander@braun.senate.gov>
**Subject:** Re: OSC and MSPB

Currently working on the OSC-14 form, but haven't completed all of it currently. Unfortunately I can't fit all of the details on the form in some spaces, but I'm doing my best to update this in a timely fashion with pertinent details.

Information pertaining to the form has been provided to appropriate personnel via links, though I haven't yet sent these links forward to Mr. Harkin, or Mr. Alexander, to respect privacy and potential confidentiality until/unless submitted.

Best Regards,

**Jon F. Turpin**

E-mail: jt4590@gmail.com

BAS in CIT - IUPUI

AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

On Wed, Jul 5, 2023 at 3:14 AM Jon F. Turpin <jt4590@gmail.com> wrote:

> I've bolded the current Personnel Practices potentially violated by a specific Secret Service agent below, which have hurt my application for employment.

> Of importance, the following section, number 10, is overridden by multiple other sections below due to potential violation of personnel actions and I've summarized below. I submit this to you aligning with my application for employment with the FBI as a Special Agent:

> **10. ---EVEN IF ALLEGED FOR UNSUITABILITY OF EMPLOYMENT: THIS IS OVERRIDDEN BY SECTIONS/SUBSECTIONS: 1D, 1E, 4, 8, 9, 12, 14**
> discriminate for or against any employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others; except that nothing in this paragraph shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States;

# Prohibited Personnel Practices (5 USC § 2302(b))

Any employee who has authority to take, direct others to take, recommend, or approve any personnel action, shall not, with respect to such authority—

1. discriminate for or against any employee or applicant for employment—

    A. on the basis of race, color, religion, sex, or national origin, as prohibited under section 717 of the Civil Rights Act of 1964 42 U.S.C. 2000e—16);

    B. on the basis of age, as prohibited under sections 12 and 15 of the Age Discrimination in Employment Act of 1967 (29 U.S.C. 631, 633a);

    C. on the basis of sex, as prohibited under section 6(d) of the Fair Labor Standards Act of 1938 (29 U.S.C. 206 (d));

    D. **--Broken lower spine.**
    **on the basis of handicapping condition, as prohibited under section 501 of the Rehabilitation Act of 1973 (29 U.S.C. 791); or**

    E. **on the basis of marital status or political affiliation, as prohibited under any law, rule, or regulation;**

2. solicit or consider any recommendation or statement, oral or written, with respect to any individual who requests or is under consideration for any personnel action unless such recommendation or statement is based on the personal knowledge or records of the person furnishing it and consists of—

    A. an evaluation of the work performance, ability, aptitude, or general qualifications of such individual; or

    B. an evaluation of the character, loyalty, or suitability of such individual;
    **The loyalty of the specific Secret Service agent may currently be in question, but I'm applying to the FBI, not the Secret Service.**

3. **Potentially:**
**coerce the political activity of any person (including the providing of any political contribution or service), or take any action against any employee or applicant for**

**employment as a reprisal for the refusal of any person to engage in such political activity;**

4. **deceive or willfully obstruct any person with respect to such person's right to compete for employment;**

5. influence any person to withdraw from competition for any position for the purpose of improving or injuring the prospects of any other person for employment;

6. grant any preference or advantage not authorized by law, rule, or regulation to any employee or applicant for employment (including defining the scope or manner of competition or the requirements for any position) for the purpose of improving or injuring the prospects of any particular person for employment;

7. appoint, employ, promote, advance, or advocate for appointment, employment, promotion, or advancement, in or to a civilian position any individual who is a relative (as defined in section 3110 (a)(3) of this title) of such employee if such position is in the agency in which such employee is serving as a public official (as defined in section 3110 (a)(2) of this title) or over which such employee exercises jurisdiction or control as such an official;

8. **take or fail to take, or threaten to take or fail to take, a personnel action with respect to any employee or applicant for employment because of—**

   A. **any disclosure of information by an employee or applicant which the employee or applicant reasonably believes evidences—**

      i. **a violation of any law, rule, or regulation, or**

      ii. **gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, if such disclosure is not specifically prohibited by law and if such information is not specifically required by Executive order to be kept secret in the interest of national defense or the conduct of foreign affairs; or**

B. any disclosure to the Special Counsel, or to the Inspector General of an agency or another employee designated by the head of the agency to receive such disclosures, of information which the employee or applicant reasonably believes evidences—

 i. a violation of any law, rule, or regulation, or

 ii. gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety;

9. take or fail to take, or threaten to take or fail to take, any personnel action against any employee or applicant for employment because of—

A. the exercise of any appeal, complaint, or grievance right granted by any law, rule, or regulation—
(i) with regard to remedying a violation of paragraph (8); or
(ii) other than with regard to remedying a violation of paragraph (8);

B. testifying for or otherwise lawfully assisting any individual in the exercise of any right referred to in subparagraph (A)(i) or (ii);

C. cooperating with or disclosing information to the Inspector General (or any other component responsible for internal investigation or review) of an agency, or the Special Counsel, in accordance with applicable provisions of law; or

D. for refusing to obey an order that would require the individual to violate a law, a rule or regulation;

10. ---THIS IS OVERRIDDEN BY SECTIONS/SUBSECTIONS: 1D, 1E, 4, 8, 9, 12, 14

discriminate for or against any employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others; except that nothing in this paragraph shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States;

11.

A. knowingly take, recommend, or approve any personnel action if the taking of such action would violate a veterans' preference requirement; or

B. knowingly fail to take, recommend, or approve any personnel action if the failure to take such action would violate a veterans' preference requirement;

**12. take or fail to take any other personnel action if the taking of or failure to take such action violates any law, rule, or regulation implementing, or directly concerning, the merit system principles contained in section 2301 of this title; or**

13. implement or enforce any nondisclosure policy, form, or agreement, if such policy, form, or agreement does not contain the following statement: "These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling."

**14. access the medical record of another employee or an applicant for employment as a part of, or otherwise in furtherance of, any conduct described in paragraphs (1) through (13).**

This subsection shall not be construed to authorize the withholding of information from Congress or the taking of any personnel action against an employee who discloses information to Congress. For purposes of paragraph (8), (i) any presumption relating to the performance of a duty by an employee whose conduct is the subject of a disclosure as defined under subsection (a)(2)(D) may be rebutted by substantial evidence, and (ii) a determination as to whether an employee or applicant reasonably believes that such employee or applicant has disclosed information that evidences any violation of law, rule, regulation, gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety shall be made by determining whether a disinterested observer with knowledge of the essential facts known to and readily ascertainable by the employee or applicant could reasonably conclude that the actions of the Government evidence such violations, mismanagement, waste, abuse, or danger.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Mon, Jul 10, 2023 at 8:21 AM
To: "Alexander, Jerry (Braun)" <Jerry_Alexander@braun.senate.gov>

Yes please, if you would let me know the time you have available, I'll let you know if we may attend.

Thank you,
Jon F. D. Turpin
[Quoted text hidden]



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|
| **Prohibited Personnel Practices (PPP)** | |
| About Filing a Complaint | |
| Select your PPPs | |
| Biographical Information | |
| **Your Complaint** | |
| Retaliation for Whistleblowing | |
| Retaliation for Protected Activity | |
| Obstruct Competition | |
| Give Unauthorized Preference | |
| Encourage Withdrawal from Competition | |
| **Nepotism** | |
| Improper Political Recommendation | |
| Violate Veterans' Preference | |
| Discrimination for Non-Job-Related Conduct | |
| Other Bases of Discrimination | |
| Improper Personnel Actions | |
| Non-Disclosure Agreement | |
| Improper Accessing of Medical Records | |
| Coerce Political Activity | |
| Other | |
| Attachments | |
| Consent | |
| Certification | |

3. How is the public official related to the person for whom s/he acted or advocated? How do you know that they are related?

James C. Turpin: Brother
Richard Bell: Spouse/Parent

4. When and how did the public official play a part in appointing, employing, promoting, advancing, or advocating for his/her relative?

Assigned to Executor position in Revocable Trust over non-partial third party outside of political sphere, over POA, over secondary beneficiaries, and in juxtaposition of suggestion to assign federal government.

Sued state of Georgia for defamation of family during indictments.

5. To your knowledge, has anyone previously alleged nepotism based on the relationship between this public official and his/her relative?
☑ Yes   ☐ No

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

**Improper Political Recommendation**

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

### Improper Political Recommendation

An agency official is prohibited from soliciting or considering any employment recommendation or statement, unless it is based on personal knowledge. 5 U.S.C. § 2302(b)(2) This section is intended to prevent the use of *political* influence to obtain a position or promotion.

Please briefly answer the following questions about your claim of an improper recommendation.

1. Describe the employment recommendation that was solicited or considered. (For example, for what employment opportunity was it solicited or considered? When was it issued? Who was the beneficiary or intended beneficiary of the recommendation?)

> James C. Turpin
> Executor of Estate tied to Turpin Electric, Inc., potentially considered and enacted between 2015-2017 after school lawsuit, preceding wrongful convictions via his unlawful representation in gun case.
>
> Richard E. Bell
> Former FBI Special Agent recommended for Secret Service after civil suit for defamation against the state of Georgia.

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

**Improper Political Recommendation**

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

2. How did you learn about the solicitation or consideration of the recommendation?

Witnessing events, research into Wayne County court documentation, family members, phone calls to attorneys, suggested directions of multitude of professionals, including law enforcement, attorneys, therapists, doctors, doctorates, also George Sowers, attorney of Wayne Bank and Trust Company, and on board in Wayne County.

Met Richard Bell in Norfolk, VA, where he is now a Secret Service agent, and may have failed to intake evidence, and later researched, found prior case in Georgia where civil suit of defamation which may have prevented successful indictment of him.

3. State the name and title of the agency official(s) who solicited or considered the recommendation.

| First Name | Last Name | Title (*e.g.*, Deputy Director) |
|---|---|---|
| Jon B. | Turpin | Owner Turpin Electric, Inc. |
| Richard | Bell | Secret Service Agent |
| | | |

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| **Navigation Bar** | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   **Improper Political Recommendation**

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

---

4. Was the recommendation received from a member of Congress? If so, (a) please identify the member of Congress, and (b) describe the nature of the recommendation.

> Potentially alleged by potential bad actor affiliation with Governor Holcomb, after my first request for a pardon to Governor Holcomb.
>
> This was not substantiated by Jon Brent Turpin, but may have been alleged, potentially as a threat to possibly prevent my pursuit of a pardon and potentially prevent employment in public service in FBI.

5. If an employment recommendation was made, was it based on the personal knowledge of the person who made it? For example, was the recommendation based on observations derived from an employment relationship?

> May have been based in a retaliatory manner against character presented and in potential direct disrespect to personal knowledge.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

**Improper Political Recommendation**

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

6. If you believe that an employment recommendation was not based on the personal knowledge of the person who made it, please describe the facts supporting your belief.

Representation against civil rights in court case potentially preventing input of evidence, resulting in potentially false convictions.

Potential attempts to invalidate background checks, marriage, expungment, potential attempts to enter false protective order, termination of employment, potential prevention of witness protection



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

## Navigation Bar

### Prohibited Personnel Practices (PPP)

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  **Violate Veterans' Preference**

  **Discrimination for Non-Job-Related Conduct**

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

---

### Violation of Veterans' Preference

An agency official is prohibited from taking or failing to take a personnel action if doing so would violate veterans' preference. 5 U.S.C. § 2302(b)(11) While such actions constitute a prohibited personnel practice, generally, employees must file these claims through the Department of Labor. More information on filing these complaints with DOL can be found on their website.

### Discrimination for Non-Job-Related Conduct

An agency official is prohibited from discriminating against an employee or applicant on the basis of conduct that does not adversely affect the performance of the employee or applicant, or the performance of others. 5 U.S.C. § 2302(b)(10) This could include, for example, discrimination based on sexual orientation or gender identity.

Please briefly answer the following questions about your discrimination claim to help OSC determine whether there is sufficient information to warrant further inquiry into this allegation..

1. For what conduct do you believe you have faced discrimination?

> Sexual identity of gay alleged by Jon B. Turpin towards me after I experienced poential rape.
>
> Any other behavior expunged and or potentially received via deceit against HIPAA.

2. Does your conduct involve your sexual orientation?   ☐ Yes  ☐ No
3. Does your conduct involve your gender identity?   ☐ Yes  ☐ No



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

**Discrimination for Non-Job-Related Conduct**

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

4. When and where did you engage in this conduct? (For example, did it occur before/ after duty hours, away from work?)

Away from work, potential attempts to deceive and gather information in potential violation of HIPAA, furthermore: Expunged

5. State the name, title, and position in your chain of command of the agency official(s) who discriminated against you based on your conduct.

| First Name | Last Name | Title (e.g., Deputy Director) | Chain of Command (e.g., 1st level supervisor) |
|---|---|---|---|
| Richard | Bell | Secret Service | Unknown |
| Jon B. | Turpin | Business Owner | Turpin Electric, Inc. |
| Hal | Cooper | Director of Dev | DirectEmployers Inc |



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

**Discrimination for Non-Job-Related Conduct**

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

6. If you know, state when and how the agency official(s) learned of your conduct.

Potential domestic violence via digging through trash for PII by Jon B. Turpin, along with further infiltration of privacy and boundaries, potential tampering of mail, and potential stalking. Potentially falsely identified me as a threat along with Michael A. M. Holwager, and potentially reviewed/surveilled by specific member of Secret Service, potentially via P.I.s, despite passing Department of Defense and FBI Background Checks prior, and receiving valid expungement.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

**Discrimination for Non-Job-Related Conduct**

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

7. State how the agency official(s) discriminated against you based on your conduct. Check all applicable:

☑ Removal  ☐ Reinstatement
☑ Suspension  ☑ Reassignment
☑ Other Discipline  ☑ Harassment/Hostile Work Environment
☑ VA Expedited Process  ☑ Psychiatric Examination
☑ Gag Order  ☑ Performance Evaluation
☐ Detail  ☑ Changes to Duties/Working Conditions
☑ Promotion  ☑ Pay, Benefits, Training
☑ Appointment  ☑ Other

Describe:

Sexual identity of gay alleged by Jon B. Turpin towards me after I experienced poential rape. Representation against civil rights in court case potentially preventing input of evidence, resulting in potentially false convictions.

Potential attempts to invalidate background checks, marriage, expungment, potential attempts to enter false protective order, termination of employment, potential prevention of witness protection.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   **Discrimination for Non-Job-Related Conduct**

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

8. What facts indicate that the involved agency official(s) discriminated against you based on your conduct? (For example, did the agency official(s) make negative comments about your conduct? Were other employees who did not engage in such conduct treated differently from you?)

Sexual identity of gay alleged by Jon B. Turpin towards me after I experienced poential rape. Representation against civil rights in court case potentially preventing input of evidence, resulting in potentially false convictions.

Potential attempts to invalidate background checks, expungement, marriage. Potential attempts to push entry of false protective order, termination of employment, potential prevention of witness protection.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

**Other Bases of Discrimination**

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

## Other Bases of Discrimination

*(Based on Race, Color, Religion, Sex, National Origin, Age, Disability, Marital Status, or Political Affiliation)*

An agency official is prohibited from discriminating for or against any employee or applicant for employment on the basis of race, color, religion, sex, national origin, age, disability (or handicapping condition), marital status or political affiliation. 5 U.S.C. § 2302(b)(1) OSC routinely examines claims of discrimination based on **marital status** and **political affiliation**. However, we defer nearly all claims of discrimination based on race, color, religion, sex, national origin, age, disability (or handicapping condition) to the EEO process. Filing an OSC complaint based upon one of these bases will not change the deadlines for filing an EEO complaint. While allegations of sexual orientation and gender identity discrimination are also sex discrimination, **OSC also examines these allegations as complaints of Discrimination for Non-Job-Related Conduct. If you are making an allegation of sexual orientation or gender identity discrimination, please complete the questions for that section.**

Please briefly answer the following questions about your discrimination claim.

1. What is the basis of your discrimination claim?

☐ Race
☐ Color
☑ Religion
☐ Sex
☑ Disability (or handicapping condition)

☑ National Origin
☐ Age
☑ Marital Status
☑ Political Affiliation

2. What is your status within that basis? (For example, if you are claiming marital status discrimination, are you married, single, widowed, or separated?)

Sexual Orientation: Alleged sexual orientation of gay after pot. rape.
Married: Actions suggested and/or taken against our marriage.
Religion: Actions suggested and/or taken against our faith.
Disability: Actions suggested and/or taken against potential disability.
Political: Alleged, potentially falsely as a threat, affiliation with the Honorable Mr. Holcomb.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

## Navigation Bar

### Prohibited Personnel Practices (PPP)

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

**Other Bases of Discrimination**

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

3. What action(s) did the agency take or fail to take?
Check all applicable:

- ☑ Removal
- ☑ Suspension
- ☑ Other Discipline
- ☑ VA Expedited Process
- ☑ Gag Order
- ☐ Detail
- ☑ Promotion
- ☐ Appointment

- ☐ Reinstatement
- ☑ Reassignment
- ☑ Harassment/Hostile Work Environment
- ☑ Psychiatric Examination
- ☑ Performance Evaluation
- ☑ Changes to Duties/Working Conditions
- ☑ Pay, Benefits, Training
- ☑ Other

Describe:

Unknown, in my opinion the potential bad actors may not be representative of their agencies, since they may not be following protocol, and they may be hiding behind their agencies or titles, and may cause undue harms and or turmoil with potential bad behavior, and potentially breaking their oaths of service if doing so.

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

| **Prohibited Personnel Practices (PPP)** |
| --- |
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| **Your Complaint** |
| Retaliation for Whistleblowing |
| Retaliation for Protected Activity |
| Obstruct Competition |
| Give Unauthorized Preference |
| Encourage Withdrawal from Competition |
| Nepotism |
| Improper Political Recommendation |
| Violate Veterans' Preference |
| Discrimination for Non-Job-Related Conduct |
| **Other Bases of Discrimination** |
| Improper Personnel Actions |
| Non-Disclosure Agreement |
| Improper Accessing of Medical Records |
| Coerce Political Activity |
| Other |
| Attachments |
| Consent |
| Certification |

4   When did the action(s) occur?

2016, 2017, 2018, 2019, 2020, 2021-2023

5.   State the name, title, and position in your chain of command of the agency official(s) involved in the action(s).

| First Name | Last Name | Title (*e.g.*, Deputy Director) | Chain of Command (*e.g.*, 1st level supervisor) |
| --- | --- | --- | --- |
| Jami | Strable | Impl. Team Lead | 2nd Level Supervisor |
| Richard | Good | Dual Team Lead | 1st/2nd Level Sprvsr |
| Jon B. | Turpin | Business Owner | 1st Level Sprvsr |

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

**Other Bases of Discrimination**

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

6.  What was the agency's stated reason(s) for the action(s)?

Differing potentially disprovable, and/or disproven, allegations.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|
| **Prohibited Personnel Practices (PPP)** | |
| About Filing a Complaint | |
| Select your PPPs | |
| Biographical Information | |
| **Your Complaint** | |
| Retaliation for Whistleblowing | |
| Retaliation for Protected Activity | |
| Obstruct Competition | |
| Give Unauthorized Preference | |
| Encourage Withdrawal from Competition | |
| Nepotism | |
| Improper Political Recommendation | |
| Violate Veterans' Preference | |
| Discrimination for Non-Job-Related Conduct | |
| **Other Bases of Discrimination** | |
| Improper Personnel Actions | |
| Non-Disclosure Agreement | |
| Improper Accessing of Medical Records | |
| Coerce Political Activity | |
| Other | |
| Attachments | |
| Consent | |
| Certification | |

7. What facts support your assertion that the action was discriminatory?

Would you potentially attempt to prevent a marriage of adults?
Would you potentially threaten someone with harms, loss of inheritance, destitution, loss of marriage, loss of employment, loss of freedom, to coerce actions?
Would you potentially prevent someone from advancing to receive 1.5 to 2 salaries?
Would you potentially attempt to prevent someone from attending a funeral on scheduled bereavement?
Would you potentially cause medical machines to experience failure or shutdown to deny performance of a subordinate?
Would you potentially allege misconduct to avoid threats of a suit from potential bad actors?
Would you potentially identify someone as a potential active shooter threat to invalidate a valid expungement?
Would you potentially push a fictitious, fractious, and/or frivolous protective order to remove rights and/or home and/or freedom?



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   **Improper Personnel Actions**

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

## Improper Personnel Actions

An agency official is prohibited from taking or failing to take a personnel action if doing so results in the violation of a law, rule, or regulation that implements, or directly concerns, a merit system principle listed in 5 U.S.C. § 2301. 5 U.S.C. § 2302(b)(12) Retaliation for petitioning a member of Congress or exercising your First Amendment rights falls under this section.

Please briefly answer the following questions about your claim under this section.

1. What was the personnel action(s) taken or not taken? Check all applicable:

☑ Removal                 ☑ Reinstatement

☑ Suspension           ☑ Reassignment

☑ Other Discipline       ☑ Harassment/Hostile Work Environment

☑ VA Expedited Process   ☑ Psychiatric Examination

☑ Gag Order              ☑ Performance Evaluation

☐ Detail                   ☑ Changes to Duties/Working Conditions

☑ Promotion             ☑ Pay, Benefits, Training

☑ Appointment        ☑ Other

Describe:

In attached documentation I've bolded the personnel practices potentially violated.

 **COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
| --- | --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  **Improper Personnel Actions**

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

2. When was the personnel action(s) taken or not taken?

2016, 2017, 2018, 2019, 2020, 2021-2023

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

| **Prohibited Personnel Practices (PPP)** |
| --- |
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| Your Complaint |
|   Retaliation for Whistleblowing |
|   Retaliation for Protected Activity |
|   Obstruct Competition |
|   Give Unauthorized Preference |
|   Encourage Withdrawal from Competition |
|   Nepotism |
|   Improper Political Recommendation |
|   Violate Veterans' Preference |
|   Discrimination for Non-Job-Related Conduct |
|   Other Bases of Discrimination |
|   **Improper Personnel Actions** |
|   Non-Disclosure Agreement |
|   Improper Accessing of Medical Records |
|   Coerce Political Activity |
|   Other |
| Attachments |
| Consent |
| Certification |

3. State the name, title, and position in your chain of command of the agency official(s) involved in the personnel action(s).

| First Name | Last Name | Title (*e.g.*, Deputy Director) | Chain of Command (*e.g.*, 1st level supervisor) |
| --- | --- | --- | --- |
| Jon B. | Turpin | Owner | Supervisor |
| Richard | Bell | Secret Service | Unknown |
| Jami | Strable | Impl. Mgr. | 2nd Level Supervisor |

4. Describe the role played by each agency official listed above in the personnel action(s) that is the subject of your complaint. (*e.g.*, recommending official, proposing official, deciding official, approving official, etc.).

In attached documentation.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

　Retaliation for Whistleblowing

　Retaliation for Protected Activity

　Obstruct Competition

　Give Unauthorized Preference

　Encourage Withdrawal from Competition

　Nepotism

　Improper Political Recommendation

　Violate Veterans' Preference

　Discrimination for Non-Job-Related Conduct

　Other Bases of Discrimination

　**Improper Personnel Actions**

　Non-Disclosure Agreement

　Improper Accessing of Medical Records

　Coerce Political Activity

　Other

Attachments

Consent

Certification

5. What law, rule, or regulation was violated by the agency's taking or failing to take the personnel action(s)?

In attached documentation.

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

## Non-Disclosure Agreement

An agency official is prohibited from implementing or enforcing a non-disclosure policy, form, or agreement (commonly called a "gag order") if it does not contain a statement notifying employees and applicants for federal employment of their rights, obligations, and liabilities concerning classified information, communications to Congress, whistleblowing to an Inspector General, or any other whistleblower protection. 5 U.S.C. § 2302(b)(13).

Please briefly answer the following questions about this claim.

1. Describe the non-disclosure policy or "gag order."

Gag order not to speak about the potential violations at Charles River Development of personnel policy, wrongful termination, failure to promote, and untenable work hours including potential gross mistreatment of foreign nationals from India and abroad.

Only copy of this information may be within Jon B. Turpin's email, in his potential current violation of the non-disclosure policy: turpin522@gmail.com.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

**Non-Disclosure Agreement**

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

2. State the name, title, and position in your chain of command of the agency official(s) who implemented or enforced the non-disclosure agreement or policy.

| First Name | Last Name | Title (e.g., Deputy Director) | Chain of Command (e.g., 1st level supervisor) |
|---|---|---|---|
| Jon B. | Turpin | Owner | Supervisor |
| Richard | Bell | Secret Service | Unknown |
| Hal | Cooper | Director of Dev. | 2nd Level Supervisor |

3. When was the agreement or policy issued?

2016, 2017, 2018, 2019, 2020, 2021-2023

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   **Non-Disclosure Agreement**

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

4. To whom does the agreement or policy apply (*i.e.*, does the agreement apply only to you, to the subordinates of a particular agency official(s), to a field office, or to the entire agency?)

Potentially entirity of all agencies and persons included.

5. Does the agreement or policy contain a statement concerning whistleblower rights?

☐ Yes   ☑ No



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
| --- | --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  **Improper Accessing of Medical Records**

  Coerce Political Activity

  Other

Attachments

Consent

Certification

### Improper Accessing of Medical Records

An agency official is prohibited from accessing the medical records of another employee or applicant for employment as a part of, or otherwise in furtherance of, the commission of a prohibited personnel practice. 5 U.S.C. § 2302(b)(14).

Please briefly answer the following questions about your claim.

1. Who accessed your medical records?

Potentially:
Richard Bell
Jon B. Turpin
Michael A. (Mann) Holwager
Jami Strable
Hal Cooper

2. When were they accessed?

2016, 2017, 2018, 2019, 2020, 2021-2023



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   **Improper Accessing of Medical Records**

   Coerce Political Activity

   Other

Attachments

Consent

Certification

3.  Please provide any additional details you may have to describe how your records were accessed.

In attached documentation.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | 4. What reason did the agency give to explain why they accessed your medical records? Why do you think they did so? |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   **Improper Accessing of Medical Records**

   Coerce Political Activity

   Other

Attachments

Consent

Certification

Unknown, may be against constitution, HIPAA, personnel practices, rights to privacy, and potentially every jurisprudence up to and above all four Geneva Conventions due to requested, and not denied, diplomatic immunity via Finland, and requested, and not denied annointment via His Holiness Pope Francis via Our Vatican.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| **Navigation Bar** |
| --- |

| **Prohibited Personnel Practices (PPP)** |
| --- |
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| **Your Complaint** |
| Retaliation for Whistleblowing |
| Retaliation for Protected Activity |
| Obstruct Competition |
| Give Unauthorized Preference |
| Encourage Withdrawal from Competition |
| Nepotism |
| Improper Political Recommendation |
| Violate Veterans' Preference |
| Discrimination for Non-Job-Related Conduct |
| Other Bases of Discrimination |
| Improper Personnel Actions |
| Non-Disclosure Agreement |
| **Improper Accessing of Medical Records** |
| Coerce Political Activity |
| Other |
| Attachments |
| Consent |
| Certification |

5. What action, if any, did the agency take based on information learned from your medical records?

Potentially every violation listed and attached against all civil rights, constitutional rights, and available jurisprudence and precedent.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   **Improper Accessing of Medical Records**

   Coerce Political Activity

   Other

Attachments

Consent

Certification

6. Do you think that agency officials improperly accessed your medical records in connection with one of the other PPPs listed on this form? If so, please describe.

Potentially, and in violations included in:
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
STATE OF MISSOURI, ET AL. CASE NO. 3:22-CV-01213
VERSUS JUDGE TERRY A. DOUGHTY
JOSEPH R. BIDEN JR., ET AL. MAG. JUDGE KAYLA D. MCCLUSKY

OMB No. 3255-0005
Expires 02/28/2026

 **COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  **Coerce Political Activity**

  Other

Attachments

Consent

Certification

### Coerce Political Activity

An agency official is prohibited from coercing a person to engage in political activity, and from taking action against a person for refusing to do so. This section prohibits the coercion of a person's political activity, including providing any political contribution or service. 5 U.S.C. § 2302(b)(3).

Please briefly answer the following questions about your claim of coerced political activity.

1. Describe the political activity or service you were coerced into undertaking.

In my opinion, it has become necessary for me, as a citizen with diplomatic immunity, requested annointment from His Holiness the Pope, and all protections available applied including FBI Infragard confidentiality and whistleblower confidentiality in an international and non-international conflict where all four Geneva Conventions and the Vienna Convention may have been violated against me as a wounded, civilian, non-combatant, to engage in political discourse for the sanctity of God, my Faith, my wife and marriage, my diplomatic immunity, our constitution, our civil rights, and all God's Creatures, as is held necessary and self-evident first by our forefathers, and today by our own government and peoples simply to exist with life, liberty, and the pursuit of happiness and our God-given inalienable rights.

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

**Coerce Political Activity**

Other

Attachments

Consent

2. How did an agency official attempt to coerce political activity?

Potentially violating the above along with Megan's Law and potentially all available protections.

3. When did the coercion occur?

2016, 2017, 2018, 2019, 2020, 2021-2023

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   **Coerce Political Activity**

   Other

Attachments

Consent

4. State the name, title and position in your chain of command of the agency official(s) involved in the coercion.

| First Name | Last Name | Title (*e.g.*, Deputy Director) | Chain of Command (*e.g.*, 1st level supervisor) |
|---|---|---|---|
| Jon B. | Turpin | Owner | Supervisor |
| Richard | Bell | Secret Service | Unknown |
| Hal | Cooper | Director Dev. | 2nd Level Supervisor |

5. Why did you feel coerced? (For example, what were the stated or implied adverse consequences for refusal to participate in the political activity or service?)

Potential threats against Faith, Church, marriage, public officials, loss

6. Have you also filed a Hatch Act complaint with OSC based on this incident?
☐ Yes  ☑ No

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|
| **Prohibited Personnel Practices (PPP)** | |

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

**Attachments**

Consent

## Other

OSC also has jurisdiction over certain other activities prohibited by statute. If none of the categories of wrongdoing above apply to your circumstances, please tell us the basis of your complaint below. OSC will determine whether we have jurisdiction over your complaint. **You will have an opportunity to attach supporting documentation before you submit your form.**

> Potential Violations of Megan's Law and Potential Treason. Hatch Act: I may have been fully prevented for running for Public Office and subsequently potentially forced to engage in political discourse simply to retain i

## Attachments

☑ I would like to attach documents to my complaint.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

## PART 5: CONSENT TO CERTAIN DISCLOSURES OF INFORMATION

\* Denotes Required Fields

OSC asks everyone who files a complaint alleging a possible prohibited personnel practice or other prohibited activity to select one of three Consent Statements shown below. Please: (a) select and check one of the Consent Statements below; and (b) keep a copy for your own records.

If you initially select a Consent Statement that restricts OSC's use of information, you may later select a less restrictive Consent Statement. If your selection of Consent Statement 2 or 3 prevents OSC from being able to conduct an investigation, an OSC representative will contact you, explain the circumstances, and provide you with an opportunity to select a less restrictive Consent Statement.

You should be aware that the Privacy Act and other applicable federal laws allow information in OSC case files to be used or disclosed for certain purposes, regardless of which Consent Statement you sign. Information about certain circumstances under which OSC can use or disclose information under the Privacy Act appears in the Form Submission part of this form.

***(Please check ONLY one)***

☑ *Consent Statement 1*

I consent to OSC's communication with the agency involved in my complaint. I agree to allow OSC to disclose my identity and information about my complaint if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency, or seek a possible resolution).

☑ *Consent Statement 2*

I consent to OSC's communication with the agency involved in my complaint, but I *do not agree* to allow OSC to disclose my identity to that agency. I agree to allow OSC to disclose only information about my complaint, without disclosing my name or other identifying information, if OSC decides that such disclosure is needed to investigate my complaint (for example, to request information from the agency, or seek a possible resolution). I understand that in some circumstances, OSC could not maintain my anonymity while communicating with the agency involved about a specific personnel action. In such cases, I understand that my request for confidentiality may prevent OSC from taking further action on the complaint.

☑ *Consent Statement 3*

I do not consent to OSC's communication with the agency involved in my complaint. I understand that if OSC decides that it cannot investigate my complaint without communicating with that agency, my lack of consent will probably prevent OSC from taking further action on the complaint.



# U.S. Office of Special Counsel

Prohibited Personnel Practices (PPP)

**Certification**

## CERTIFICATION
### * Denotes Required Fields

☑ I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief. I understand that a false statement or concealment of a material fact is a criminal offense punishable by a fine, imprisonment, or both 18 U.S.C. § 1001

BURDEN: The burden for this collection of information (including the time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the form) is estimated to be an average of one hour to submit a disclosure of information alleging agency wrongdoing, one hour and fifteen minutes to submit a complaint alleging a prohibited personnel practice or other prohibited activity, or 30 minutes to submit a complaint alleging prohibited political activity. Please send any comments about this burden estimate, and suggestions for reducing the burden, to the U.S. Office of Special Counsel, General Counsel's Office, 1730 M Street, NW, Suite 218, Washington, DC 20036-4505.

OTHER INFORMATION: An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

> ***PLEASE KEEP A COPY OF YOUR COMPLAINT, ANY SUPPORTING DOCUMENTATION, AND ANY ADDITIONAL ALLEGATIONS THAT YOU SEND TO OSC NOW OR AT ANY TIME WHILE YOUR COMPLAINT IS PENDING.***
>
> *REPRODUCTION CHARGES UNDER THE FREEDOM OF INFORMATION ACT MAY APPLY TO ANY REQUEST YOU MAKE FOR COPIES OF MATERIALS THAT YOU PROVIDED TO OSC.*

Print and mail your complaint, please address it to:

U.S. Office of Special Counsel
1730 M Street, NW
Suite 218
Washington, DC  20036



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

## Navigation Bar

### Prohibited Personnel Practices (PPP)

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

## PART 1: IMPORTANT INFORMATION ABOUT FILING A COMPLAINT

**Required Complaint Form.** Complaints alleging a prohibited personnel practice or a prohibited activity must be submitted on this form, either by e-filing or by mail. Information not submitted on or accompanied by this form may be returned by OSC to the filer. The complaint will be considered filed on the date on which OSC receives the completed form. 5 C.F.R. § 1800.1, as amended.

**No OSC Jurisdiction.** OSC cannot take any action on complaints filed by employees of

- the FBI, CIA, DIA, NSA, National Geospatial-Intelligence Agency, ODNI, National Reconnaissance Office or other intelligence agencies excluded from coverage by the President;
- the Government Accountability Office;
- the Postal Rate Commission; and
- the uniformed services of the United States (*i.e.*, uniformed military employees). OSC does have jurisdiction over civilian employees of the armed forces.

**Limited OSC Jurisdiction.** For employees of some federal agencies or entities, OSC's jurisdiction is limited to certain types of complaints, as follows –

- FAA employees only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).
- employees of government corporations listed at 31 U.S.C. § 9101 only for allegations of retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8) and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302 (b)(9).
- U.S. Postal Service employees only for allegations of nepotism.
- TSA employees only for allegations of discrimination under § 2302(b)(1), retaliation for whistleblowing under 5 U.S.C. § 2302(b)(8), and most allegations of retaliation for engaging in protected activities under 5 U.S.C. § 2302(b)(9).

**Election of Remedies.** You may choose only one of three possible methods to pursue your prohibited personnel practice complaint: (a) a complaint to OSC; (b) an appeal to the Merit Systems Protection Board (MSPB) (if the action is appealable under law or regulation); or (c) a grievance under a collective bargaining agreement. If you have already filed an appeal about your prohibited personnel practice allegations with the MSPB, or a grievance about those allegations under the collective bargaining agreement (if the action is grievable under the agreement), OSC may lack jurisdiction over your complaint. 5 U.S.C. § 7121(g).



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

**Complaints Involving Discrimination.**

- Race, Color, Religion, Sex, National Origin, Age, and Disability (or Handicapping Condition): OSC is authorized to investigate discrimination based upon race, color, religion, sex, national origin, age, or disability (or handicapping condition), as well as retaliation related to EEO activity. 5 U.S.C. § 2302(b)(1). However, OSC generally defers such allegations to agency procedures established under regulations issued by the Equal Employment Opportunity Commission (EEOC). 5 C.F.R. § 1810.1. If you wish to report allegations of discrimination based on these bases, you should contact your agency's EEO office immediately. There are specific time limits for filing such complaints. Filing a complaint with OSC will not relieve you of the obligation to file a complaint with the agency's EEO office within the time prescribed by EEOC regulations (at 29 C.F.R. Part 1614).

- Marital Status and Political Affiliation: OSC is authorized to investigate discrimination based on marital status or political affiliation. 5 U.S.C. § 2302(b)(1).

- Sexual Orientation and Gender Identity: OSC is authorized to investigate discrimination based on sexual orientation and gender identity. 5 U.S.C. §§ 2302(b)(1) and (b)(10). EEOC also may have jurisdiction over complaints of discrimination on these bases.

**Complaints Involving Veterans Rights.** By law, all complaints alleging denial of veterans' preference requirements or USERRA must be filed with the Veterans Employment and Training Service (VETS) at the Department of Labor (DOL). 38 U.S.C. § 4301, et seq., and 5 U.S.C. § 3330a(a).



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

## PART 2: SELECT YOUR PPPs

Please check **ALL** that apply (you MUST check one option). A customized series of questions will appear following the "Biographical Information" section, below, based on your selections. You can return to this part at any time prior to submitting your complaint if you would like to add or remove allegations. All fields allow ample space to respond, but each question has a character limit; if you can no longer type you have hit the limit.

### RETALIATION CLAIMS

☑ ***Retaliation for Whistleblowing***
Retaliation for reporting a violation of law, rule, or regulation; gross mismanagement; gross waste of funds; abuse of authority; a substantial and specific danger to public health or safety; or censorship related to scientific research.

☑ ***Retaliation for Protected Activity***
Retaliation for filing a complaint or grievance; assisting another with a complaint or grievance; cooperating with an OSC, OIG, or internal investigation; or refusing to obey an illegal order.

### ILLEGAL SELECTION PRACTICE CLAIMS

☑ ***Obstruct Competition***
Intentionally deceive or obstruct anyone from competing for federal employment.

☑ ***Give Unauthorized Preference***
Give an unauthorized preference or advantage, including defining the manner or scope of competition, to improve or injure the employment prospects of any person.

☑ ***Encourage Withdrawal from Competition***
• Influence or encourage anyone to withdraw from competition to improve or injure the employment prospects of any person.

☑ ***Nepotism***
Involvement in the appointment, promotion, or advancement of a relative, or advocacy on behalf of a relative.

☑ ***Improper Political Recommendation***
Request or consider a recommendation based on political connections or influence rather than one based on personal knowledge of a person's ability to perform a job.

☑ ***Violate Veterans' Preference***
Take or fail to take, recommend, or approve a personnel action if doing so would violate a veterans' preference requirement. This type of complaint must be filed with the Department of Labor. Please click here to go to that site.

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| **Navigation Bar** |
| --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

**Select your PPPs**

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

## DISCRIMINATION CLAIMS

☑ **Discrimination for Non-Job-Related Conduct**
Discrimination for conduct that does not adversely affect job performance, including claims of sexual orientation or gender identity discrimination.

☑ **Other Bases of Discrimination**
OSC examines claims of discrimination based on **marital status** and **political affiliation**. OSC does NOT ordinarily investigate claims of discrimination based on race, color, religion, sex, national origin, age, and handicapping condition. These claims are typically better filed with an agency's EEO office.

## OTHER CLAIMS

☑ **Improper Personnel Actions**
Take or fail to take a personnel action if doing so would violate any law, rule, or regulation implementing or directly concerning a merit system principle.

☑ **Non-Disclosure Agreement**
Implement or enforce a non-disclosure agreement or policy that lacks notification of whistleblower rights.

☑ **Improper Accessing of Medical Records**
Accessing the medical records of another employee or applicant for employment as a part of, or otherwise in furtherance of, the commission of a prohibited personnel practice.

☑ **Coerce Political Activity**
Coerce a person to engage in political activity, to include providing a political contribution or service, or take action against a person for doing so.

☑ **Other**
Please use this area to describe employment problems that do not fall into one of the categories listed above.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | PART 3: BIOGRAPHICAL INFORMATION |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

**Biographical Information**

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

---

### PART 3: BIOGRAPHICAL INFORMATION

\* Denotes Required Fields

1. Complainant Information:

   Title **Mr.**

   First Name\* **Todd Rokita**          Middle Initial **F**

   Last Name\* **Jeffrey Landry**

2. Contact Information:

   Address Location\* ☑ Domestic  ☐ International

   Address Line 1\* **2421 S PLUM ST**

   Address Line 2

   City\* **Baton Rouge**          State\* **LA**

   Zip Code\* **70802**

   Cell Phone Number **225-259-6270**

   Office Phone Number _____ Ext. _____

   Home Phone Number

   Email Address\* **jt4590@gmail.com**

   Preferred means of contact:

   ☑ email  ☐ home phone  ☑ cell phone  ☐ office phone

   ☐ Please do not contact me on my office phone

3. Do you have representation?\* ☑ Yes  ☑ No

   Title **Mr. & Mr.**

   First Name\* **Todd Rokita**          Middle Initial

   Last Name\* **Jeffrey Landry**

   Address Location\* ☑ Domestic  ☐ International

   Address Line 1\* **900 North Third Street, FL. 22, Baton Rouge, LA 70802**

   Address Line 2 **302 W. Washington St., FL. 5, Indianapolis, IN 46204**

   City\* **Baton Rouge**          State\* **LA**

   Zip Code\* **70802**

   \*At least **ONE** phone number **OR** email address is required.

   Cell Phone Number **(317) 232-6201**

   Office Phone Number **(225) 342-7317** Ext. _____



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

**Biographical Information**

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

---

Home Phone Number **(225) 259-6270**

Email Address **jt4590@gmail.com**

Preferred means of contact:

[✔] email    [ ] home phone    [✔] cell phone    [ ] office phone

4. Complainant's employment status:*

  [ ] Current Federal Employee

  [ ] Former Federal Employee

  [✔] Applicant For Federal Employment

  [ ] Non-Federal Employee *(please specify below)*

5. If current or former federal employee, please list most recent position title, series, grade:

  Title (for instance, Investigator) **Mr.**

  Series (for instance, GS-1810)

  Grade (for instance, GS-9)

6. Please provide your dates of employment in this position.

7. Department name:* **Special Agent**

8. Agency name:* **FBI**

9. Agency subcomponent: **400 N High St #301, Muncie, IN 47305**

10. Street Address: **8825 Nelson B Klein Pkwy**

11. City:* **Indianapolis**

12. State:* **IN**    [ ] Check here if agency address is international.

13. Zip Code: **46250**

14. Are you covered by a collective bargaining agreement? *(Check one.)*

  [✔] Yes    [ ] No    [ ] I don't know

15. Which of the following apply to your employment status? *(Check all applicable items.)*

  a. Competitive Service

  [✔] Temporary appointment      [✔] Career or career-conditional appointment

  [ ] Term appointment           [ ] Probationary employee

---



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

**Biographical Information**

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

b. Excepted Service
- ☐ Schedule A
- ☐ National Guard Technician
- ☐ Tennessee Valley Authority
- ☐ Other (specify):
- ☐ Schedule B
- ☐ Postal Service
- ☐ Non-appropriated fund
- ☐ Schedule C

c. Senior Executive Service (SES) or Executive Level
- ☐ Career SES
- ☐ Non-career SES
- ☐ Executive Level V or above
- ☐ Presidential appointee (Senate-confirmed)

d. Other
- ☐ Civil service annuitant
- ☐ Former civil service employee
- ☐ Unknown
- ☐ Military officer or enlisted person
- ☐ Contract employee
- ☑ Other (specify): FBI InfraGard

16. What other action(s), if any, have you taken to appeal, grieve, or report this matter under any other procedure? (Check all that apply.)

- ☐ None, or not applicable
- ☐ Appeal with Merit Systems Protection Board (MSPB)          Date:
- ☑ Grievance under collective bargaining agreement procedure   Date: 2021-2023
- ☐ Grievance filed under agency grievance procedure            Date:
- ☐ Discrimination complaint filed with agency                  Date:
- ☐ USERRA claim with VETS (Department of Labor)                Date:
- ☐ Appeal filed with Office of Personnel Management            Date:
- ☐ Lawsuit filed in Federal Court                              Date:
  - Court name:
- ☑ Reported matter to agency Inspector General                 Date: 2021-2023
- ☑ Reported matter to member of Congress                       Date: 6/27/2023
  - Name of Senator or Representative: Mike Braun via Jacob Harkin
- ☑ Other (specify): Special Agent Joseph L. Chaney             Date: 2021-2023

17. What action would you like for OSC to take if we find that a prohibited personnel practice has occurred?

Please protect us as is due by our constitution, all jurisprudence, and all reason by God, please provide me with a pardon, and allow full consideration for employment with the FBI as a Special Agent.

OMB No. 3255-0005
Expires 02/26/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

## PART 4: DETAILS OF YOUR COMPLAINT

### Retaliation for Whistleblowing

An agency official is prohibited from taking, failing to take, or threatening to take or fail to take, a personnel action against an employee or applicant because the individual made a disclosure of information that s/he reasonably believed evidenced wrongdoing (*i.e.*, a violation of any law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; substantial and specific danger to public health or safety; or censorship related to scientific research.) 5 U.S.C. § 2302(b)(8). This is commonly referred to as a retaliation for whistleblowing claim.

> ### *IMPORTANT INFORMATION ABOUT RETALIATION ALLEGATIONS*
> **YOU SHOULD LIST ALL DISCLOSURES AND PERSONNEL ACTIONS INVOLVED IN YOUR COMPLAINT.** This is because: (1) failure to list any disclosure or personnel action may delay the processing of your complaint by OSC; and (2) a comprehensive listing will help avoid disputes in any later Individual Right of Action (IRA) appeal that you may file with the Merit Systems Protection Board (MSPB).
>
> You may add additional allegations of retaliation for whistleblowing to this complaint while it is pending at OSC. Submission of any additional allegations to OSC in writing will help you if you later decide to file an IRA appeal with the MSPB.
>
> To establish its jurisdiction over an IRA appeal, the MSPB will require you to show that your IRA appeal relates to the same disclosure(s) and personnel action(s) raised in your complaint to OSC. The following documents will help meet this requirement: a copy of the retaliation allegations in your complaint, any additional allegation(s) of retaliation that you submitted to OSC in writing while the complaint was pending, and any official correspondence you receive from OSC about your complaint. **IT IS IMPORTANT, THEREFORE, THAT YOU SAVE COPIES OF ALL THESE DOCUMENTS FOR YOUR RECORDS.**
>
> If OSC fails to complete its review of your whistleblower retaliation allegation within 120 days after it receives your complaint, or if it closes your complaint at any time without seeking corrective action on your behalf, you have the right to file an IRA appeal with the MSPB. 5 U.S.C. § 1214(a)(3).

Please *briefly* answer the following questions about your retaliation claim.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

1. What did you disclose? If you made your disclosure in writing, please attach copies of this page to your complaint before you mailing it.

Reported potential breach of protocol during potential attempts by Jami Strable to add additional networks to St. Vincent Health's existing networks during transition to Ascension Health National model, during move from Indiana-based management to Texas-based management. My report, may have been substantiated upon the qualified opinions of Storm Walker and Dr. Anthony Goodwin Ph.D.

Filed ICRC complaint, received right to sue, but instead helped repair/restore cardiovascular software in best interest of patients in line with the oath of St. Vincent Health.

I am one of, if not the original reporter of international cryptocurrency scam, approximately June 2021, threats to public officials December 2021, gangland malware hack and potential MS-13 member, June 2023, one secret service agent's potential failure to intake potential evidence in June 2023 which related to reports from June 2021, and June 2023.

Deceived by Business Owner, and Secret Service agent and felony, and/or psych evaluation suggested towards me, and my wife in response to attempts to hand over evidence aligning with reports.

Further information has been released as of 7/3/2023-7/5/2023 that my report to this specific secret service agent detailing that DeFi cryptocurrency may be "created out of nothing" causing "money laundering" and extreme financial loss or mismanagement of funds, was and is correct, however, I was pushed to be silent, questioned against HIPAA, and as if I was a suspect rather than whistleblower.

---

OMB No. 3255-0005
Expires 02/26/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

2. When did you disclose it?

Approximately June 2021, threats to public officials December 2021, gangland malware hack and potential MS-13 member, June 2023.

3. To whom did you make your disclosure?

SA Chaney of FBI and Secret Service Successfully: June 2021

Potential Failure to intake potential evidence, and potential misconduct by Secret Service Agent Bell of Norfolk, VA: June 2023

4. How did you learn of the information you disclosed?

Experiencing events, documentation, research, investigation, and review.

5. When and how did agency officials learn about your disclosure?

Direct reports, also FBI resource sites, phone call to Secret Service.

Lastly, direct in person report to Secret Service, witnessing potential misconduct, which may hurt my application to FBI for employment.

Further successful reports to Mike Braun of Congress and FBI SA Chaney.

---

OMB No. 3255-0005
Expires 02/26/2026



## COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

**Retaliation for Whistleblowing**

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

6. What action did the agency take in response to your disclosure? (For example, did the agency investigate or otherwise look into what you disclosed or was disciplinary action taken against responsible parties?)

> FBI may have hidden my, and my wife's data for privacy and safety. Congressman researching and appealing employment with FBI.
>
> No known reprimand: Jon B. Turpin, Hal Cooper, Richard Bell, Jami Strable

7. What personnel action(s) do you believe was taken, not taken, or threatened because of your disclosure?
Check all applicable:

- [x] Removal
- [x] Suspension
- [x] Other Discipline
- [ ] VA Expedited Process
- [x] Gag Order
- [ ] Detail
- [ ] Promotion
- [ ] Appointment

- [ ] Reinstatement
- [x] Reassignment
- [x] Harassment/Hostile Work Environment
- [x] Psychiatric Examination
- [x] Performance Evaluation
- [x] Changes to Duties/Working Conditions
- [x] Pay, Benefits, Training
- [x] Other

Describe:

> Marriage threatened, terminated from my job, deceived, haven't been able to complete the application process with the FBI, potential temporary handicapping due to events. Undue felony and pysch evals suggested towards me, and my wife, etc.

OMB No. 3255-0005
Expires 02/26/2026



## COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

8. When was the personnel action(s) taken? By whom?

November 2016, Jon B. Turpin
February 2017, Brian Shoulta (Resolved, only pertinent in timeline)
June 2017, Jami Strable
2018
2019
2020
November 2021, Jon B. Turpin
June 2023, Hal Cooper
June 2023, Secret Service Agent Bell

9. What was the agency's stated reason for taking the personnel action(s)?

Stated presumption I was not fit for marriage. Presumption of being mentally unfit, presumption of gun violence.

Stated presumption I would not send work computer back to employer, stated presumption I would transport firearms to Washington, D.C.

These do not align with my character, so, unknown.

10. What facts demonstrate that the personnel action(s) is retaliatory? (For example, were comments made that suggest that agency officials were angry because of your disclosure or did your relationships cool following your disclosure?)

Representation in legal proceedings against civil rights.

Attempts to invalidate marriage.

Undue Harms, Felonies, Psychiatric Eval, and Verbal Gag Order suggested to me and my wife.

Termination of my employment, hacks of phone, and accounts.

Potential prevention of FBI employment.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

11. Why do you believe agency officials would retaliate against you? (For example, did agency officials suffer some adverse impact or embarrassment because of your disclosure?)

> When speaking to Department of Homeland Security, Bell's name was mentioned, communication ceased. To my knowledge this agent sued the state of Georgia, and my Dad sued Indiana, and to be fearful of retaliation, when they suggested undue felony, mental invalidation and/or psych eval, is reasonable.

12. Please provide the name, title, and position in your chain of command of the agency official(s) involved in taking the personnel action(s) that you believe was retaliatory.

| First Name | Last Name | Title (e.g., Deputy Director) | Chain of Command (e.g., 1st level supervisor) |
|---|---|---|---|
| Richard | Bell | Secret Service | Unknown |
| Jon B. | Turpin | Owner | Turpin Electric, Inc. |
| Hal | Cooper | Director of Dev. | DirectEmployers Assoc |

13. Were the agency officials involved in taking the personnel actions against you accused of wrongdoing in your disclosures? If yes, which ones?

> Department of Homeland Security: potential failure to intake potential evidence. Questions and suggestions of agent against HIPAA & potent. deceitful.

## Retaliation for Protected Activity

An agency official is prohibited from taking, failing to take, or threatening to take or fail to take a personnel action against any employee or applicant for federal employment because of (A) the exercise of an appeal, complaint, or grievance right granted by any law, rule or regulation; (B) testifying or otherwise lawfully assisting any individual in the exercise of any such right; (C) cooperating with or disclosing information to the Inspector General (or any other component responsible for internal investigation or review) of any agency, or the Special Counsel; or (D) refusing to obey an order that would require the individual to violate a law, rule, or regulation. 5 U.S.C. § 2302(b)(9).



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

---

### *IMPORTANT INFORMATION ABOUT RETALIATION ALLEGATIONS*

**YOU SHOULD LIST ALL PROTECTED ACTIVITIES AND PERSONNEL ACTIONS INVOLVED IN YOUR COMPLAINT.** This is because: (1) failure to list any protected activity or personnel action may delay the processing of your complaint by OSC; and (2) a comprehensive listing will avoid disputes in any later Individual Right of Action (IRA) appeal that you may file with the Merit Systems Protection Board (MSPB).

You may add additional allegations of retaliation for engaging in protected activities to this complaint while it is pending at OSC. Submission of any additional allegations to OSC in writing will help you if you later decide to file an IRA appeal with the MSPB.

To establish its jurisdiction over an IRA appeal, the MSPB will require you to show that your IRA appeal relates to the same protected activities and personnel action(s) raised in your complaint to OSC. The following documents will help meet this requirement: a copy of the retaliation allegations in your complaint, any additional allegation(s) of retaliation that you submitted to OSC in writing while the complaint was pending, and any official correspondence you receive from OSC about your complaint. **IT IS IMPORTANT, THEREFORE, THAT YOU SAVE COPIES OF ALL THESE DOCUMENTS FOR YOUR RECORDS.**

If OSC fails to complete its review of your retaliation allegation within 120 days after it receives your complaint, or if it closes your complaint at any time without seeking corrective action on your behalf, you have the right to file an IRA appeal with the MSPB. 5 U.S.C. § 1214(a)(3).

---

Please briefly answer the following questions about your retaliation claim.

1. In what protected activity did you engage?

   ☑ Filed a complaint, appeal, or grievance
   ☑ Testified for or lawfully assisted an individual in the exercise of their right to file a complaint, appeal, or grievance
   ☑ Cooperated with or disclosed information to an Inspector General, OSC, or other investigator
   ☑ Refused to obey an order that would require you to violate a law, rule, or regulation
   ☑ Other

2. When did you engage in the protected activity?

   2016, 2017, 2018, 2019, 2020, 2021-2023



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

| **Prohibited Personnel Practices (PPP)** |
| --- |
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| **Your Complaint** |
| Retaliation for Whistleblowing |
| **Retaliation for Protected Activity** |
| Obstruct Competition |
| Give Unauthorized Preference |
| Encourage Withdrawal from Competition |
| Nepotism |
| Improper Political Recommendation |
| Violate Veterans' Preference |
| Discrimination for Non-Job-Related Conduct |
| Other Bases of Discrimination |
| Improper Personnel Actions |
| Non-Disclosure Agreement |
| Improper Accessing of Medical Records |
| Coerce Political Activity |
| Other |
| Attachments |
| Consent |
| Certification |

3. Please briefly describe the nature of your protected activity.

My prevention of IN lawsuit under claims against sexual orientation
Standing Ground and defense of passed out woman from pot. rape
ICRC Complaint against Ascension Health with Right to Sue:
Assisted in functional restore of essential cardiology software instead
Whistleblowing of scam and threats to FBI & Secret Service
Reports to Local Law Enforcement
Marriage
Requested Witness Protection
Transporting Potential Evidence to FBI
Unaffiliated, yet poten. interaction with poten. MS-13 member whom I asked to leave IN
Transporting Potential Evidence to Secret Service
Reports to Local Law Enforcement

4. What action did the agency take in response to your protected activity? (For example, did the agency investigate or otherwise look into what you disclosed or was disciplinary action taken against responsible agency officials?)

Unknown

OMB No. 3255-0005
Expires 02/28/2026



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

  Retaliation for Whistleblowing

  **Retaliation for Protected Activity**

  Obstruct Competition

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

---

5. When and how did agency officials learn about your protected activity?

> Email, reports, in person, documentation, etc.

6. What personnel action(s) do you believe was taken, not taken, or threatened because of your disclosure?
Check all applicable:

- [x] Removal
- [x] Suspension
- [x] Other Discipline
- [ ] VA Expedited Process
- [x] Gag Order
- [ ] Detail
- [ ] Promotion
- [ ] Appointment

- [ ] Reinstatement
- [x] Reassignment
- [x] Harassment/Hostile Work Environment
- [x] Psychiatric Examination
- [x] Performance Evaluation
- [x] Changes to Duties/Working Conditions
- [x] Pay, Benefits, Training
- [x] Other

Describe:

> Attempts to invalidate marriage.
>
> Undue Harms, Felonies, Psychiatric Eval, and Verbal Gag Order suggested to me and my wife.
>
> Termination of my employment, hacks of phone, and accounts.
>
> Potential prevention of FBI employ
>
> Unknown if any action was taken towards reported agent and/or business owner.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

Retaliation for Whistleblowing

**Retaliation for Protected Activity**

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

7. When was the personnel action(s) taken? By whom?

on B. Turpin
Rick Good (Resolved, but with gag order)
Brian Shoulta (Resolved)
Jami Strable
Hal Cooper
Michael A. M. Holwager (Potentially also classified me as threat)
Richard Bell

8. What was the agency's stated reason for taking the personnel action(s)?

My refusal to continue lawsuit against school system

Write-up during scheduled bereavement for grandpa Turpin

Alleged misconduct during PTO personal time

Stated presumption I was not fit for marriage.

Stated presumption I would not send work computer back to employer, stated presumption I would transport firearms to Washington, D.C.

These do not align with my character, so, unknown.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

**Retaliation for Protected Activity**

Obstruct Competition

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

9. What facts demonstrate that the personnel action(s) is retaliatory? (For example, were comments made that suggest that agency officials were angry because of your protected activity or did your relationships cool following your actions?)

Representation in legal proceedings against civil rights.

Attempts to invalidate marriage.

Undue Harms, Felonies, Psychiatric Eval, and Verbal Gag Order suggested to me and my wife.

Termination of my employment, hacks of phone, and accounts.

Potential prevention of FBI employment.

10. Why do you believe agency officials would retaliate against you? (For example, did agency officials suffer some adverse impact or embarrassment because of your protected activity?)

When speaking to Department of Homeland Security, Bell's name was mentioned, communication ceased. To my knowledge this agent sued the state of Georgia, and my Dad sued Indiana, and to be fearful of retaliation, when they suggested undue felony, mental invalidation and/or psych eval, is reasonable.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

Your Complaint

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   Give Unauthorized Preference

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

11. Please provide the name, title, and position in your chain of command of the agency official(s) involved in taking the personnel action(s) that you believe were retaliatory.

| First Name | Last Name | Title (*e.g.*, Deputy Director) | Chain of Command (*e.g.*, 1st level supervisor) |
|---|---|---|---|
| Richard | Bell | Secret Service | Unknown |
| Jon B. | Turpin | Business Owner | Turpin Electric, Inc. |
| Hal | Cooper | Director of Dev. | DirectEmployers Assoc |

12. Were the agency officials involved in taking the personnel action(s) against you accused of wrongdoing in your complaint or other protected activity? If yes, which ones?

Jon B. Turpin (Potential violation of Megan's law, presubmission of guilty plea)

Michael A. M. Holwager (Potentially also classified me as threat, potential violation of Megan's Law, presubmission of guilty plea)

Jared R. Junkin (Requested legal representation, potential violation of Megan's Law, presubmission of guilty plea)

Richard Bell (Potential failure to comply with personnel practices, which may aid foreign interests and potentially be treason, presubmission of guilty plea)

Rick Good (Resolved, but with gag order)
Brian Shoulta (Resolved)
Jami Strable
Hal Cooper



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar | Obstructed Competition |
|---|---|

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

**Obstruct Competition**

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

An agency official is prohibited from deceiving or willfully obstructing an individual from competing for federal employment. 5 U.S.C. § 2302(b)(4) This section requires evidence that the agency official willfully engaged in actions to prevent or otherwise adversely affect an individual from being considered for a position. A mistake, oversight, or error is not a prohibited personnel practice. Likewise, the selection of a qualified candidate who, at the outset of the competition, was the preferred candidate (*i.e.*, "pre-selection") does not automatically constitute a willful obstruction of one's right to compete.

Please briefly answer the following questions about your claim of willful obstruction.

1. State the series, grade, and title of the position for which you were competing, if applicable.

   Special Agent FBI

2. How was the position filled (*e.g.*, vacancy announcement, detail, reassignment)?

   Unknown

3. Was the position in the competitive or excepted service?
   ☑ Competitive Service    ☐ Excepted Service

4. Was the position advertised? ☑ Yes   ☐ No

5. How was this position advertised? *(Check all that apply.)*
   ☑ Externally    ☑ Internally

6. Did you apply for the position? ☑ Yes   ☐ No

7. State the name and title of the agency official(s) who deceived or obstructed you from competing for federal employment.

| First Name | Last Name | Title (*e.g.*, Deputy Director) |
|---|---|---|
| Richard | Bell | Secret Service |
| Jon B. | Turpin | Business Owner |
| Hal | Cooper | Director of Development |



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

**Obstruct Competition**

Give Unauthorized Preference

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

8. State how the involved agency official(s) deceived or obstructed you from competing for federal employment. (For example, what did he/she say or do to obstruct you from competing?)

False representation in legal proceedings against civil rights.
Attempts to invalidate marriage and or metal validity.
Termination of my employment and other undue harms

Suggested felonies without accompanying reports, suggested psychiatric evaluation, and verbal gag order suggested to me and my wife.

Threats of doxxing, doxxing, hacks of phone, and accounts.

Potential prevention of FBI employment.

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  **Obstruct Competition**

  Give Unauthorized Preference

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

9. Why do you believe the identified agency official(s) wanted to obstruct your right to compete?

Potentially to follow through on potential threats and potentially to prevent possible investigation into them, and their potential pattern of behaviors.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

## Navigation Bar

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

**Give Unauthorized Preference**

Encourage Withdrawal from Competition

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

## Give Unauthorized Preference

An agency official is prohibited from granting an unauthorized preference or advantage to any employee or applicant for the purpose of improving or injuring the prospects of any particular person for employment. <u>5 U.S.C. § 2302(b)(6)</u>. Please note that the selection of a qualified candidate who, at the outset of the competition, was the preferred candidate (*i.e.*, "pre-selection") does not alone constitute an unauthorized preference or advantage.

Please <u>briefly</u> answer the following questions about your unauthorized preference or advantage claim.

1. Please state the job title, series, and grade of the position for which an unauthorized preference or advantage was granted.

   Implementation Engineer & Team Lead

2. How was the position filled (*e.g.*, vacancy announcement, detail, reassignment)?

   Internal Reorganization

3. Was the position in the competitive or excepted service?

   ☐ Competitive Service   ☐ Excepted Service

4. Was the position advertised?   ☐ Yes   ☑ No

5. How was this position advertised? *(Check all that apply.)*

   ☐ Externally   ☐ Internally   ☑ N/A

6. State the name and title of the agency official(s) who granted the unauthorized preference or advantage.

| First Name | Last Name | Title (*e.g.*, Deputy Director) |
|---|---|---|
| Jami | Strable | Implementations Team Lead |
| Barbara | Ferguson | Team Lead |
| Richard | Good | Dual Team Lead Pot. Falsely |



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

  Retaliation for Whistleblowing

  Retaliation for Protected Activity

  Obstruct Competition

  **Give Unauthorized Preference**

  Encourage Withdrawal from Competition

  Nepotism

  Improper Political Recommendation

  Violate Veterans' Preference

  Discrimination for Non-Job-Related Conduct

  Other Bases of Discrimination

  Improper Personnel Actions

  Non-Disclosure Agreement

  Improper Accessing of Medical Records

  Coerce Political Activity

  Other

Attachments

Consent

Certification

7. State the name, title, and position (if applicable) of the person who received the unauthorized preference or advantage.

Jami Strable
Barbara Ferguson

8. How did the involved agency official(s) advantage this person? (For example, what specific actions did the agency official take to improve the employment prospects of this person?)

Jami Strable moved into implementations team leadership position, potentially by direct supervisor, over Ph.D. candidate, and Bachelors Degree candidate with prior and existing expertise within the software, despite the other candidates managing implementation, database, software, and migration in practical leadership. Design of new standards by Jami may not have functioned.

Jami Strable may have moved current staff under team leadership of Barbara Ferguson. Barbara Ferguson may have had to ask us to attempt train other staff on implementations, migration and management of the software.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   **Give Unauthorized Preference**

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

9.  What motivated the agency official to advantage this person?

Unknown.

10. What facts indicate that the involved agency official(s) granted the unauthorized preference or advantage *for the purpose* of improving this person's chances of being selected?

Active requests to interview denied, false performance evaluations of me due to already resolved actions taken to remedy a potentially illegal write-up I received during scheduled bereavement for grandpa.



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

| Prohibited Personnel Practices (PPP) |
| --- |

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

   Retaliation for Whistleblowing

   Retaliation for Protected Activity

   Obstruct Competition

   **Give Unauthorized Preference**

   Encourage Withdrawal from Competition

   Nepotism

   Improper Political Recommendation

   Violate Veterans' Preference

   Discrimination for Non-Job-Related Conduct

   Other Bases of Discrimination

   Improper Personnel Actions

   Non-Disclosure Agreement

   Improper Accessing of Medical Records

   Coerce Political Activity

   Other

Attachments

Consent

Certification

11. If you believe the person selected was not qualified for the position, which of the required qualification(s) does the individual lack? How do you know the individual does not meet the requirement(s)?

Potential lack of practical experience, potential failure to follow safety and design protocols, failure of software after their management.



# COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY

For instructions or questions, call the Case Review Division at (202) 804-7000.

| **Navigation Bar** |
|---|

| **Prohibited Personnel Practices (PPP)** |
|---|
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| **Your Complaint** |
| Retaliation for Whistleblowing |
| Retaliation for Protected Activity |
| Obstruct Competition |
| Give Unauthorized Preference |
| **Encourage Withdrawal from Competition** |
| Nepotism |
| Improper Political Recommendation |
| Violate Veterans' Preference |
| Discrimination for Non-Job-Related Conduct |
| Other Bases of Discrimination |
| Improper Personnel Actions |
| Non-Disclosure Agreement |
| Improper Accessing of Medical Records |
| Coerce Political Activity |
| Other |
| Attachments |
| Consent |
| Certification |

## Encourage Withdrawal from Competition

An agency official is prohibited from influencing, or trying to influence, an individual to withdraw from competition for any position for the purpose of improving or injuring the prospects of any other person for employment. 5 U.S.C. § 2302(b)(5).

Please <u>briefly</u> answer the following questions about your claim concerning improper influence.

1. State the series, grade, and title of the position for which you were competing.

   Special Agent FBI

2. How was the position filled (*e.g.,* vacancy announcement, detail, reassignment)?

   Unknown

3. Was the position in the competitive or excepted service?
   ☑ Competitive Service   ☐ Excepted Service

4. Was the position advertised? ☐ Yes ☐ No

5. How was this position advertised? *(Check all that apply.)*
   ☐ Externally   ☐ Internally

6. Did you apply for the position? ☐ Yes ☐ No

7. State the name and title of the agency official(s) who influenced, or tried to influence, you to withdraw from competition.

| First Name | Last Name | Title (*e.g.,* Deputy Director) |
|---|---|---|
| Richard | Bell | Secret Service |
| Jon B. | Turpin | Business Owner |
| Hal | Cooper | Director of Development |



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

**Navigation Bar**

**Prohibited Personnel Practices (PPP)**

About Filing a Complaint

Select your PPPs

Biographical Information

**Your Complaint**

Retaliation for Whistleblowing

Retaliation for Protected Activity

Obstruct Competition

Give Unauthorized Preference

**Encourage Withdrawal from Competition**

Nepotism

Improper Political Recommendation

Violate Veterans' Preference

Discrimination for Non-Job-Related Conduct

Other Bases of Discrimination

Improper Personnel Actions

Non-Disclosure Agreement

Improper Accessing of Medical Records

Coerce Political Activity

Other

Attachments

Consent

Certification

8. State how the involved agency official(s) influenced, or tried to influence, you to withdraw from competition.

Termination of employment, potential deceit, potential threats and/or coercive suggestions of harms and undue felony, and/or psych evaluations, and/or mental invalidation for me continuing to follow whistleblower and FBI Infragard confidentiality, among other protections.

OSC Form-14
PROHIBITED PERSONNEL PRACTICES
Page 28 of 62

OMB No. 3255-0005
Expires 02/28/2026



**COMPLAINT OF PROHIBITED PERSONNEL PRACTICE OR OTHER PROHIBITED ACTIVITY**

For instructions or questions, call the Case Review Division at (202) 804-7000.

| Navigation Bar |
| --- |

| **Prohibited Personnel Practices (PPP)** |
| --- |
| About Filing a Complaint |
| Select your PPPs |
| Biographical Information |
| **Your Complaint** |
| Retaliation for Whistleblowing |
| Retaliation for Protected Activity |
| Obstruct Competition |
| Give Unauthorized Preference |
| Encourage Withdrawal from Competition |
| **Nepotism** |
| Improper Political Recommendation |
| Violate Veterans' Preference |
| Discrimination for Non-Job-Related Conduct |
| Other Bases of Discrimination |
| Improper Personnel Actions |
| Non-Disclosure Agreement |
| Improper Accessing of Medical Records |
| Coerce Political Activity |
| Other |
| Attachments |
| Consent |
| Certification |

### Nepotism

A public official is prohibited from engaging in nepotism (*i.e.*, hiring, promoting, advancing, or advocating for the appointment, employment, promotion, or advancement of any relative). 5 U.S.C. 2302(b)(7) The word "relative," means a father, mother, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, or half-sister. 5 U.S.C. § 3110(a)(3).

Please briefly answer the following questions about your nepotism claim.

1. State the name and title of the public official(s) who engaged in nepotism.

| First Name | Last Name | Title (*e.g.*, Deputy Director) |
| --- | --- | --- |
| Jon B. | Turpin | Owner Turpin Electric, Inc. |
| Richard | Bell | Secret Service Agent |
| | | |

2. Identify the relative for whom the official acted or advocated.

James C. Turpin (I have nothing against James C. Turpin, nor my uncles, aunts, nor other relatives, but nepotism may have occurred)

Family of Richard Bell (I have nothing against Richard E. Bell's direct family, uncles, aunts, nor other relatives, but nepotism may have occurred)

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Dear Mr. Fox
7 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                                Wed, Jun 14, 2023 at 11:57 PM
To: jfox@foxwangmorgan.com

I've lost my job for possibly the 5th time, and it was against EOE guidelines and an unjust firing, yet we have no ill will towards DirectEmployers Association.

Are you able to represent us now?

Thank you for all you do and your service, you're the best Mr. Fox.

Sincerely,
Jon & Erin

---

**John Fox** <jfox@foxwangmorgan.com>                                Sun, Jun 18, 2023 at 6:06 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon: I am sorry to respond so late to your below e-mail. I have been sick with COVID-19 (just recovering and yesterday tested clean) and have traveled back to California where I am now and found your e-mail.

As you know, I cannot represent you against DE since I would have the same ethical conflict we discussed before when you approached me about the expungement work and the involuntary commitment concern you had when you fled your father to Louisiana.

I hope you are healthy and safe and that things settle down and work out for you. Good luck Jon Turpin! Thanks….John

**John C. Fox, Esq. | President & Partner | Fox, Wang, & Morgan P.C.**

**m** 650.400.2121 | **p** 408.844.2360 | **e** jfox@foxwangmorgan.com | FoxWangMorgan.com

   

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you."

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jun 18, 2023 at 6:15 PM
To: John Fox <jfox@foxwangmorgan.com>

John, I'm not even offering to sue DE.
The only individuals in this entire mess that, in my opinion, not even DE, nor I, nor Candee, nor Hal, nor Jason, nor most of my friends created, are, my Dad, Michael A. M. Holwager, and anyone supporting their continued detrimental bad behavior towards me and my wife.

The ONLY reasons I would ever sue DirectEmployers association would be as a counter-suit if we were sued by you or attempts were made to get our files that protect us from my parents and the other few bad actors.

Although, in my opinion, y'all do owe me a severance, could we cordially work that out?


Thank you,
Jon
[Quoted text hidden]

---

**4 attachments**


image001.png
10K


image002.png
43K


image001.png
10K


image002.png
43K

---

**Jon F. Turpin** <jt4590@gmail.com>                                    Sun, Jun 18, 2023 at 6:33 PM
To: John Fox <jfox@foxwangmorgan.com>

For full clarity, what I offered to do in that document, was to (conditionally upon DE's assistance in the matter) potentially bring two full, albeit small, multi-million dollar businesses, under DorectEmployers Association as sister businesses.

Which after research into how a Revocable Trust has been used to exploit me, and hide assets left directly to me, I realized I already own those businesses, and that this was a feasible and potential outcome.

Unfortunately I was, in my opinion, wrongfully fired instead, but this does confirm the pattern of me losing jobs due to external family issues, not from my wife, but from my Dad, and other bad actors he may, and does, levy against us, for control, money, and attention.

So instead of being upset with DirectEmployers Association, I just said "Thank you" and began contact with the New York ACLU to reach Ben Wizner, not against DEA, but to metaphorically "steamroller" my Dad, because:
We don't tolerate bad behavior.

Sincerely,
Jon Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                     Sun, Jun 18, 2023 at 7:15 PM
To: turpins-families-legacies@googlegroups.com

The same goes for our families and any other three-letter acronym that helps our nation function. There is no quarrel here, we're fine. We're all Turpins, and we don't tolerate bad behavior.

Sincerely,
Jon Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                     Sun, Jun 18, 2023 at 7:27 PM
To: michael.benko@va.gov

And true for all our veterans, disabled veterans, and the VA, American Legion, and parents of our veterans, to whom each and all of us owe our freedoms, and a debt which we could never pay, but with blood sweat, tears, and honor to our constitution.

Sincerely,
Jon Turpin
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                                     Sun, Jun 18, 2023 at 7:31 PM
To: Hal Cooper <hal@directemployers.org>

Also true for our TIC, rebuilding our nation's foundation with the utmost care and dedication after any and every natural disaster, and even in the face of any turmoil.

Sincerely,
Jon Turpin
[Quoted text hidden]