**LABOR READY**

Dependable Temporary Labor.

Thank you, Mr. Todd Rokita,
In my opinion you're an honest
man, and I'm proud to be your
constituent. However, you may
also be, along with some other
Honorable Attorney Generals, both
my lawyer, and a co-lawyer with
me Pro Se, as I am a Whistleblower.

Sincerely,

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

**LABOR READY**

Dependable Temporary Labor.

Please refer to page 5
of 62 of OSC-14 Form.

Sincerely,

They may be unlawfully using an
expunged case to attempt to prevent
me from completing filing Pro Se... in
Louisiana & Missouri
U.S. Biden Administration
I am FBI Intelyard

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

Customer Service
1-800-USA-Mint (1-800-872-6468)

www.usmint.gov

**Packing Slip**
Please keep for your records

UNITED STATES MINT

06/29/2023
1 of 1

| Gft Wrp | Ship | Item # | Description | Loc. | Unit Price | Price |
|---------|------|--------|-------------|------|-----------|-------|
| Y | 1 | N52 | Black Presentation Case for 3" | H3-004-04-A | 0.00 | 0.00 |
| Y | 1 | 125 | Theodore Roosevelt Bronze Meda | LV-001-01-B | 0.00 | 0.00 |

**Gift Message**

| | |
|--|--|
| Sub Total: | 0.00 |
| S & H: | 0.00 |
| Total Amount: | 0.00 |

**Sold To**

Jon F  D. Turpin
302 W WASHINGTON ST
INDIANAPOLIS IN 46204-4701
3172326201

**Ship To**

Theodore E. Rokita
302 W WASHINGTON ST
Indianapolis IN 46204
12252596270

**Return Label**

FROM    Theodore E. Rokita
302 W WASHINGTON ST
Indianapolis IN 46204

Order #: USM13898034
Cust. PO#: USM13898034

Carrier: UPS Next Day Air
Tracking#: 1ZA5983WA293135723

TO      FULFILLMENT CENTER
RETURNS PROCESSING
4638 E SHELBY DR STE 104
MEMPHIS TN  38118-7424

**Return Form** (see back for details)

**Reason for Return**

( ) Merchandise arrived too late
( ) Did not receive the correct item
( ) Changed my mind
( ) Product arrived damaged
( ) Unacceptable coin quality
( ) Unacceptable packaging quality

Description of unacceptable issue required

| Resolution | Item# | Quantity Shipped | Quantity Returned |
|------------|-------|------------------|-------------------|
| ( ) Replacement. | N52 | 1 | _____ |
|   Item(s)_____ | 125 | 1 | _____ |
| ( ) Refund. | | | _____ |
|   Item(s)_____ | | | _____ |
| ( ) Exchange for new item: | | | _____ |
|   Item(s)_____ | | | _____ |

Order Number: 27033584

71625216





UNITED STATES MINT

## Thank You For Your Order

### How To Contact Us

If you have any questions, call the U.S. Mint Customer Service Center 7 days a week, 8 AM to 12 Midnight Eastern Time. Hearing and speech impaired customers with TTY equipment can reach us Monday through Friday from 8:30 AM to 5:00 PM Eastern Time.

| Within the 50 United States | 1-800-USA-MINT (1-800-872-6468) |
| TTY | 1-888-321-MINT (1-888-321-6468) |
| Outside the 50 United States | 001-202-898-MINT (001-202-898-6468) |

---

**Return Instructions for Amazon.com Orders**

If you need to return a purchase made through Amazon.com, you must initiate the return through Amazon. Please do not contact the U.S. Mint, or use this form.

To return a product purchased through Amazon.com:
1. Go to Returns and Orders on the Amazon website or app
2. Log in to your account when prompted
3. Find the order containing the U.S. Mint product you wish to return.
4. Click "Return or replace item" and follow the directions.

Amazon will supply you with a return label and further instructions.

---

### Return Policy

If for any reason within 7 days of product delivery you are dissatisfied with your purchase, return the entire product for replacement, refund, or exchange. All requests for product replacement and exchange are subject to availability. If the product is out of stock (no longer available) then a refund will be issued.

### To Return Your Product

1. Please complete the return form on the reverse side of this document. In the Reason for Return section, please mark the reason(s) why you decided to return your item(s), and your desired resolution (replacement, refund, or exchange) for each item.
2. If possible, please repack the merchandise in the original shipping carton. Detach and place the completed Return Form inside the carton and tape the package securely. Retain the original packing slip for your records. Affix the Return Label, located on the front of this document, to your carton. **If no Return Label was enclosed with your order, return your order to:**

   Returns:   USM- Returns
   C/O PFSweb
   4638 E Shelby Drive
   Suite 104
   Memphis, TN 38118

3. For your protection, we strongly recommend that you return your order by insured mail and save the receipt for your records. The U.S. Mint is not responsible for lost or returned shipments.

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA



302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

# TODD ROKITA
## ATTORNEY GENERAL

July 7, 2023

Mr. Jon Turpin
2421 S. Plum St.
Yorktown, IN 47936

Dear Mr. Turpin,

This week we received both the U.S. Mint coin of President Theodore Roosevelt and your handgun license in the mail. While the coin was a very thoughtful gift, we are unfortunately unable to accept. Indiana Code prevents state employees from accepting gifts or favors from their constituents.

Also enclosed is your State of Indiana license to carry handgun. We recommend you retain this document for your personal records. If you have any questions about the license, please contact the Firearms Division of the Indiana State Police at (317) 232-8264 with your questions.

Please let us know if we can be of assistance in the future.

Sincerely,

Constituent Services
Office of Indiana Attorney General Todd Rokita

cs/hm

**LABOR READY**

*Dependable Temporary Labor.*

1. Summons / Petitions

2. Alleged Protective Order (No legal grounds)

3. Response to false protective order

4. Evictions / Civil warrants

( I have filed for Turpin Electric, Inc)

( At 13 Mulberry Street as I am the only available POA for these persons as they may have violated Megan's Law)

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com
Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

**LABOR READY**

*Dependable Temporary Labor.*

In my opinion, this may be a retaliation (the false protective order being attempted against us) for my initial need to report the bad behavior of these individuals to local law enforcement, and my primary care physician, and the IU Dean of Students. Unfortunately after threatening me, and my wife they continue to try and take away our rights, marriage and right to worship.

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com
Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

| | |
|---|---|
| STATE OF INDIANA | )      WAYNE CIRCUIT COURT |
| | ) SS: |
| COUNTY OF WAYNE | )      CAUSE NO.:  89C01-2305-PO-87 |

ANDREA HOLWAGER            )
       Petitioner             )
VS.                         )
                          )
JON TURPIN                  )
       Respondent

## AMENDED APPEARANCE

1.     **Party name:**    Jon Turpin
                                2421 South Plum Street
                                York Town, Indiana 47396

2.     **Attorney:**     Kirk S. Freeman

     **Name:**           **Kirk S. Freeman**         Atty. Number: **18640-49**
     **Address:**       **323 Columbia Street**
                        **Suite 100**                  Phone: **(765) 429-7035**
                        **P.O. Box 1132**            Fax: **(765) 637-0271**
                        **Lafayette, IN  47902**    Email: **kirk@kirkfreemanlaw.com**

3.     Amendment necessary as attorney number for associate attorney used.

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was served upon Petitioner via Indiana E-Filing System ("IEFS") on the 9th day of June 2023.

                                      /s/Kirk S. Freeman

                                      Kirk S. Freeman
                                      Attorney at Law
                                      Law Office of Kirk Freeman
                                      P.O. Box 1132
                                      323 Columbia Street, Suite 100
                                      Lafayette, Indiana 47902
                                      Atty No.: 18640-49
                                      (765) 429-7035
                                      kirk@kirkfreemanlaw.com

STATE OF INDIANA            )
                           )        WAYNE CIRCUIT COURT
COUNTY OF WAYNE            ) SS:    CAUSE.: 89C01-2305-PO-00008

ANDREA HOLWAGER            )

      Petitioner            )

   Vs.                     )

JON FREDRICK               )

      Respondent           )

## MOTION TO CONTINUE

COMES NOW the Counsel Kirk S. Freeman and moves this Honorable Court to continue the upcoming hearing in the above cause. In support thereof, Defendant would state:

1. Counsel was only recently retained and needs additional time to review matters and prepare for the hearing.

2. Petitioners Ronald Moore has no objection to this motion.

WHEREFORE the Defendant prays that this motion be granted and for all other relief that is just and proper in the premises. I affirm that the above is true and correct.

Respectfully Submitted,

_/s/ Kirk S. Freeman_____
Kirk S. Freeman
Law Office of Kirk S. Freeman
323 Columbia Street Suite 100
P.O. Box 1132
Lafayette, Indiana 47902-1132
P: 765-429-7035
E: kirk@kirkfreemanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Attorney Ronald Moore via Indiana E-Filing System ("IEFS") on this 12th day of June 2023.

STATE OF INDIANA ) WAYNE CIRCUIT COURT
) SS:
COUNTY OF WAYNE ) CAUSE NO.: 89C01-2305-PO-000087

ANDREA HOLWAGER )
    *Petitioner* )
)
   Vs. )
)
JON FREDRICK )
    *respondent* )

## PROPOSED ORDER ON MOTION TO CONTINUE

COMES NOW the RESPONDET, JON FREDRICK TURPIN, by counsel, Kirk S. Freeman, and files this Motion to continue.

The Court, being duly advised, now grants said Motion to continue the protective order hearing set for June 21st, 2023, at 10:00A.M.

The court now orders;

☐ Status hearing date of _____, **OR**

☐ Counsel to contact court staff with proposed dates, **OR**

☐ New hearing date of _____ at ___:___ A.M/P.M.

_____
Honorable A. Drake, Judge
Wayne Circuit Court
Sitting in Richmond

Distribution:

Ronald Moore, Attorney for Petitioner

Kirk S. Freeman, Attorney for Respondent

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Zoom Link/ Documents

**Jon F. Turpin** <jt4590@gmail.com>
To: Legal <legal@kirkfreemanlaw.com>

Sat, Jun 17, 2023 at 6:16 PM

Thank you, sincerely, Mr. Kirk Freeman,

Dear Honorable Judge Drake,
It is our humble opinion that the current protective order being submitted against me is frivolous, and fractious, and may be an attempted abuse of our Honorable U.S. Court System.
I'm simply a Catholic, U.S. citizen with his God-given and inalienable human rights at risk, who strives to always be an honest, married man, actively wishing for children of his own.
In that same vein, I wish to be able to protect myself, my wife, Erin Golden, and our future children, without frivolous and fractious turmoil in our family, and external contributors.
To ensure we may do this, I reference our Constitution and the Civil Bill of Rights put forth by our own esteemed government and officials, and implore you to deny this frivolous action against us.
The alternative may enable some other individuals, or those who condone "bad behavior," which we do not condone, to deny our personal agency and rights to Life, Liberty and the Pursuit of Happiness.

Before detailing "why" our opinion of this protective order is that it is frivolous, fractious, and abusive, I first wish to give my sincere apologies to Michael A. (Mann) Holwager for my use of the "F-word."
I'm sorry for my language, Mr. Holwager, however, my response was merely that, a response, with the offer to hire a qualified lawyer and curtail any fractious and frivolous actions instigated against us by you:



It is my opinion that this is an appropriate apology for using a word that may be considered offensive in our communications, though the sentiment of wishing for you not to be in our lives, nor near us, remains.

Andrea L. Holwager doesn't seem to find the same "F-word" to be offensive in her own communications, and below is an example of a platonic conversation where she calls me a "pet name" without intention.





In past communications Michael A. M. Holwager has used language in the same manner without any offense, and unfortunately, may have told my wife to "suffer lol" during events which harmed us to be safe.

Michel A. M. Holwager's accounts online are typically in the form of "milkmann109" and/or "badtat109" or another variation of these usernames, and the account below previously belonged to him. In Andrea's own words, sometimes she and Michael, like any couple could potentially experience, may not be on the same page, though Michael A. M. Holwager may have more bouts of "bad behavior" than others around him:





Unfortunately, Michael A. M. Holwager has threatened me in the past, possibly over his own actions for which he did not wish to take accountability for, and for which I was not holding him accountable.

Prior threats upon my person, or insults to my character, by Michael A. M. Holwager, were handled as frivolous family matters, and fractious jokes to be pushed aside, until he decided to threaten my wife.

Michael Mann first threatened to "get rid of me" on the bleachers in the red square.



Michael later threatened me in the Holwager's garage after Andrea told me he may have cheated on her with another girl. She talked to me privately. I didn't even approach him.

While this did upset me, it did not make me wish to harm Michael A. M. Holwager, nor was I in his county, nor at home, nor near weapons, nor any other item even potentially dangerous to his well-being.

It is my opinion, as a husband, that any reasonable man would be upset by the communications below after leaving a home because it seemed Michael's prior "bad behavior" may relapse without cause.





Below is Michael A. M. Holwager potentially admitting to, not recording a direct phone call in accord with single-party consent laws in Indiana and some other states, but potentially a form of "wire-tapping:"





Below is Michael A. M. Holwager denying medical issues which I was already having checked out by qualified professionals, in my opinion this doesn't seem to be in our best interests:



There are infinite reasons to run from issues. I'm asking you find the one single reason worth giving yourself the best chance of surviving yours.

If each and every person asking you to seek help is causing you more stress then you need to really think about what that response in yourself is trying to tell you.



Below is Michael A. M. Holwager denying that I felt uncomfortable in their home due to Michael A. M. Holwager's potential inability to listen and understand, even our want for appropriate distance:





For context prior to these events, my Dad had threatened me, and my wife, while we were planning my wedding, and I love and forgive him, but in my unqualified opinion, he may be ill.
It was the recommendation of multiple family members to exit the situation, and my Dad's own words to "Take your WIFE, take your CATS, take your SHIT, and GET OUT!" so I did so.
This caused me a lot of stress, and some sadness, which I think is normal for any son who loves, but cannot tolerate the "bad behavior" of his Dad, or as well, Michael A. M. Holwager.

Michael's responses above may be considered as "gas-lighting" or in other words, an attempt to shift blame onto the victim of an event, possibly so they may "suffer lol" instead of simply allowing them distance.
It's unfortunate that this isn't the first time Michael has done this to me or insulted my character via "jokes" and attempted to make me feel I am to blame for actions taken against me outside of my control.
While I also forgive him for claiming to be my "friend" and not helping me before in situations of need, it's our opinion that he may simply be searching for an excuse to harm us because I privately reported Andrea.
This report was made to the Dean of Students at IU in Richmond, as I am an alumni of Purdue via IUPUI, IU, and Ivy Tech, and during my educational tenure I studied psychology as a "special interest" after meeting an esteemed scholar by the name of Duane Lundy who, at the time, was the head of the psychology program at IU. This may be in part the same program which Andrea is attending, and if she has learned not to offer prescription medications, such as Adderall, to those who have not been prescribed it by their own primary care physician, nor any other physicians, it is my opinion that this matter may also be frivolous as well.

Unfortunately the actions of Michael A. M. Holwager and Andrea Holwager, and the "bad behavior" of potentially a few other individuals may have caused a temporary loss of my lifetime gun permit.
However, I don't wish for Andrea A. M. Holwager to lose the ability to acquire her therapy license, and I only know that her actions may have put this at risk due to years of experience working in Healthcare IT.
During my entire tenure in any profession that I remained, to the very best of my abilities, a kind, and courteous professional, though I was upset once by being denied scheduled bereavement for my Grandfather.

My lifetime gun permit was approved even after my, already expunged, court case, which has somehow been "revived" and referenced in a fractious and frivolous way for these proceedings.

The case was only misdemeanors, and in my opinion, should be, and is completely irrelevant to the current frivolous, and potentially abusive attempt to pursue a protective order against me.

However, this doesn't seem to only be my opinion, and in Andrea Holwager's own words prior, which now seem to be an unfortunate herald of Michael A. M. Holwager's "bad behavior," this may be an attempt at further abuse of us, our rights, our character and not only our credibility, but the credibility of the Wayne County Courts, which, as the place where I was born and used to call "home" is in my opinion a sad sight:



The officer informed your parents many disputing families are currently trying to use protective/ restraining orders as a way to "attack" another family member when the actual qualifications for a restraining/ protective order have NOT been met.

As a result, improperly requesting a restraining/ protective order sadly clogs up the court systems and prevents those who truly need one from obtaining it quickly. As a result, the judges want the requests for restraining/protective orders to be used when needed (which is there intended purpose), NOT simply for acting vengeance against a family member, such as trying to file a restraining/protective order against a family member first when qualifications have not been met.

To sum it up, protective/restraining orders should only be used when absolutely necessary, and having frivolous ones filed is not good since slows it down the process for those who truly need it.



In the middle of these messages is Michael A. M. Holwager talking about my character in a way that may be considered defamation, especially with an already expunged <u>misdemeanors</u> being inappropriately used.
It seems that Andrea L. Holwager and Michael A. M. Holwager may not be on the same page, as she mentioned before, but should that be made into my issue yet again, and by extension, my wife Erin's issue?

In my opinion it should not, and I politely request that the Honorable Judge Drake and our courts ask Michael A. M. Holwager: "Please cease and desist and all of you leave each other alone as was requested."
Michael A. M. Holwager's in my opinion "bad behavior" shouldn't be tolerated nor enabled, and may have been a partial cause of me missing my own sister's wedding, and our families missing our wedding, though it appears that he was able to receive an invite in our stead to potentially prevent us from speaking to our own families first. Maybe this was to make us "suffer lol" or maybe he just doesn't like us and that's unfortunate.



Here is one of the gifts I received from Michael A. M. Holwager, in the past, and accepted without being insulted nor becoming upset, but in my opinion, it may have been a bit rude, and I forgave and forgive him:



*May this not be an appropriate gift from Michael to me after threatening me in the past?*

Is he incapable of doing the same unless he is the instigator and finisher of even a fallacious, fractious, and frivolous disagreement? This may have cost me and my wife an excess of capital and peace of mind.
In my opinion it may be due to his failure to take his own accountability for his own "business" if you'll allow a colloquial term, and I don't wish to be near him nor involved in his marriage which I already supported.

Would you please curtail his bad behavior and prevent further erroneous actions against my character so I may continue as a whole person, who is already a happily married man with Faith in God and Country?
If further information is needed to support our case and prove that the current attempt at a protective order is frivolous, fractious, and potentially an attempted abuse of our esteemed courts, please let us know.

Honorable Judge Drake, I'm sorry this is even an issue in your court, and I implore you to deny and curtail these actions, and any further actions, which may be taken or attempted against me and my wife.

Thank you so much for your time and consideration, sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

STATE OF INDIANA ) 
                   ) SS:
COUNTY OF **WAYNE** )

IN THE _____ COURT_____
( _____ DIVISION, ROOM ___ )

**ANDREA HOLWAGER**
Petitioner )
    vs. )
**JON TURPIN_____** , )
Respondent )

CASE NO. **89C01-2305-PO-000087**

## NOTICE TO APPEAR

The Petitioner having filed a petition for an Order for Protection, the Court now finds the conditions in Indiana Code § 34-26-5 have been met, and sets this matter for Hearing as follows:

TO: **JON TURPIN**
DATE OF HEARING: **JUNE 21, 2023**
TIME OF HEARING: **10:00 AM**
LOCATION OF HEARING: **WAYNE COUNTY CIRCUIT COURT**
**301 E MAIN STREET**
**RICHMOND, IN 47374**

Please bring all documents and witnesses relating to this case with you to Court on your hearing date.

___ THE SHERIFF OF_____COUNTY, INDIANA, IS ORDERED to personally serve this notice upon Respondent and make due return.

DATE: **6/1/2023**

Recommended for approval by, if applicable:

_____
_____, COMMISSIONER/REFEREE

Approved and ordered by:

_____
_____, JUDGE/MAGISTRATE

### ******IMPORTANT NOTICE******

**IF YOU DO NOT ATTEND THE HEARING IN THIS CASE, THE JUDGE MAY HEAR THE CASE IN YOUR ABSENCE AND ORDER ADDITIONAL RELIEF THAT MAY INCLUDE:**
- **EVICTION/EXCLUSION FROM A RESIDENCE;**
- **RESTRICTING POSSESSION OF PERSONAL PROPERTY;**
- **RESTRICTING PARENTING TIME;**
- **AWARDING CHILD SUPPORT; AND,**
- **PROHIBITING POSSESSION OF FIREARMS, AMMUNITION, OR DEADLY WEAPONS.**

**TCM-PO-0106** Approved 07/02
Rev. by State Ct. Admin. 07/14

**89C01-2305-PO-000087**

Filed: 5/30/2023 12:04 PM

**Wayne Circuit Court**
Petition Number: 2023053011263517

SL

Clerk

Wayne County, Indiana

| STATE OF INDIANA | ) | IN THE |
|---|---|---|
| | ) SS: ( _____ DIVISION, ROOM \_\_\_\_ ) | |
| COUNTY OF WAYNE | ) | CASE NO. _____ |

Andrea Lynn Holwager , )
Petitioner (Your Name) )
vs. )
Jon Frederick Turpin , )
Respondent (Person to be Restrained) )

## PETITION FOR AN ORDER FOR PROTECTION AND REQUEST FOR A HEARING - Filed by Person Seeking Protection

IMPORTANT: This is a public document and a copy of it will be placed in the Court's file. A copy may also be sent to the Respondent.

***(Check those which apply)***

1.  I am filing this Petition for myself:

\_\_\_\_a.  I am or have been a victim of domestic or family violence;
\_\_\_\_b.  I am or have been a victim of a sex offense;
\_\_\_\_c.  I am or have been a victim of stalking.
✓ d.  I am or have been a victim of repeated acts of harassment.

2.  The Respondent's relationship to me is:

a.  the Respondent is my family or household member ***(Check only the line which best applies):***

\_\_\_\_the Respondent is my spouse;
\_\_\_\_the Respondent used to be my spouse;
\_\_\_\_the Respondent and I resided together in an intimate relationship;
\_\_\_\_the Respondent and I have a child in common;
\_\_\_\_the Respondent and I are dating, or have dated, each other;
\_\_\_\_the Respondent and I are, or have been, engaged in a sexual relationship;
\_\_\_\_the Respondent and I are related by blood or adoption. The Respondent is my ;
\_\_\_\_the Respondent and I are, or used to be, related by marriage. The Respondent is my ;
\_\_\_\_the Respondent is, or used to be, my guardian;
\_\_\_\_the Respondent is, or used to be, my ward;
\_\_\_\_the Respondent is, or used to be, my custodian;
\_\_\_\_the Respondent is, or used to be, my foster parent; or,
\_\_\_\_I am a minor child of a person in one of the types of relationships described above.
\_\_\_\_I have adopted the child of the respondent.

***If Respondent is not a family or household member as indicated above, but Respondent has***

1

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

Petition Number: 2023053011263517

**committed stalking, a sex offense, or repeated acts of harassment (check only the line below which best applies):**

b.  ____ the Respondent has committed stalking against me.

c.  ____ the Respondent has committed a sex offense against me.

d.  _√_ the Respondent has committed repeated acts of harassment against me.

3.  How old is the Respondent? _33_ years old.

4.  Please list all cases (divorce, protection orders, paternity, guardianship, criminal, juvenile, civil) involving the Respondent, yourself, or a child you have with the Respondent:

| Case Name | Case Number | County & State |
|---|---|---|
| State of IN v. Jon Turpin | 49G06-1612-F5-046714 | Marion, IN |

5.  This case is filed in this county because:

____ a.  the Respondent lives in this county.

_√_ b.  the incident(s) of domestic or family violence, stalking, sex offense, or harassment happened in this county.

_√_ c.  I live in this county.

6.  If you are not represented by an attorney, fill in your public mailing address:

This address will not be kept secret, so you should use a mailing address that you feel comfortable having public. The address you place on the Confidential Form, PO-0104 will be kept confidential. If the Court grants the order, you may be eligible to obtain a confidential address through the Attorney General's Address Confidentiality Program (ACP). Email the ACP at: confidential@atg.state.in.us to get information on how to participate in that program.

7.  The Respondent has committed the following act(s) of domestic or family violence, stalking, a sex offense, or harassment **(Check those which apply):***

____ a.  the Respondent attempted to cause physical harm to me;

_√_ b.  the Respondent threatened to cause physical harm to me;

____ c.  the Respondent did cause physical harm to me;

_√_ d.  the Respondent placed me in fear of physical harm;

____ e.  the Respondent caused me to involuntarily engage in sexual activity by force, threat of force, or duress;

____ f.  the Respondent committed stalking against me;

____ g.  the Respondent committed a sex offense against me;

____ h.  the Respondent committed an act of animal cruelty by beating, torturing, mutilating, or killing a vertebrate animal without justification with an intent to threaten, intimidate, coerce, harass or terrorize a family or household member.

_√_ i.  the Respondent committed repeated acts of harassment against me.

2

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

Petition Number: 2023053011263517

8.   Describe what happened in each of the above incidents including the date(s), place(s) and witnesses to each incident:

---

Incident #: 1

---

Date of Incident (on or about) 05/06/2023
Place of Incident:
   Text Message
Description of Incident:
   Random text message received by Michael Holwager after a few months of radio silence from Turpin. Random number. Called voicemail, and notified that it was the voicemail of Jon Turpin. See Attachment.
List the names of all the people who were present during the incident. You must include your own name if you were present:
   1. Holwager, Andrea Lynn


( Description continued on attachment(s) )

---

Incident #: 2

---

Date of Incident (on or about) 12/11/2021
Place of Incident:
   Richmond, Indiana
Description of Incident:
   Turpin began communicating with other family members that Mr. and Mrs. Holwager were threatening to put him in a mental institution. Please see attached total of three screenshots of the conversation that transpired.
List the names of all the people who were present during the incident. You must include your own name if you were present:
   1. Holwager, Michael Alan


( Description continued on attachment(s) )

---

Incident #: 3

---

Date of Incident (on or about) 12/12/2021
Place of Incident:
   Richmond, Indiana
Description of Incident:
   Mr. Holwager sent text messages to Mr. Turpin letting him know all of his stuff had been moved out of their home. Mr. Holwager asked Mr. Turpin to leave the parties alone until he got professional help. See attached 4 total screenshots of this conversation.
List the names of all the people who were present during the incident. You must include your own name if you were present:

3                          OJA-PO-0100 Approved 07/02
                           Rev. by Ind. Office Ct. Serv. 07/19

Petition Number: 2023053011263517

1. Holwager, Andrea Lynn

( Description continued on attachment(s) )

---

Incident #: 4

Date of Incident (on or about) 12/21/2021
Place of Incident:
    Richmond, Indiana
Description of Incident:
    Text message conversation attached between Mr. Holwager and Turpin's parents.

    See attachment.
List the names of all the people who were present during the incident. You must include your own name if you were present:
    1. Holwager, Andrea Lynn

( Description continued on attachment(s) )

---

Incident #: 5

Date of Incident (on or about) 10/9/2022
Place of Incident:
    Richmond, Indiana
Description of Incident:
    Facebook messages sent to Andrea Holwager's mother by Jon Turpin.

    "See Attached."
List the names of all the people who were present during the incident. You must include your own name if you were present:
    1. Holwager, Michael Alan

( Description continued on attachment(s) )

9. I am asking the Court to order the following relief *(check all which apply):*

**NOTE: *The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.***

√ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against me;

√ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against my family or household members, whose

4

Petition Number: 2023053011263517

names are:

   1. Michael Alan Holwager

☑ Prohibit the Respondent from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with me;

☑ Order the Respondent to stay away from my residence, school, place of employment, or other place, which is the <u>537 W. Main Street, Richmond, IN 47374</u>, located at <u>113 E. Delaware St., Cambridge City, IN 47323</u>;

_____Order the Respondent to stay away from the following location(s) frequented by my family or household member(s), which may include a residence, school, or place of employment:

***Please complete:***

Please list all owners or lease signers at my residence:

   1. Michael Holwager
   2. Andrea Holwager

***NOTE: The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.***

_____Evict the Respondent from my residence, which is located at:

_____Order the Respondent to give me the possession and use of the following:

   _____The residence located at: ;

   _____An automobile/other motor vehicle, described as:

   _____Other necessary personal items, described as:

_____Prohibit Respondent from removing, transferring, injuring, concealing, harming, attacking, mistreating, threatening to harm, or otherwise disposing of the animal(s) listed below. (Limit 5)

_____Order that I will have the exclusive possession, care, custody, or control of an animal(s) owned, possessed, kept, or cared for by myself, the Respondent, a minor child of myself or the Respondent, or any other family or household member listed below. (Limit 5)

_____Order the following additional relief necessary to provide for my safety and welfare and the safety and welfare of my family or household members:

***NOTE: The following requested relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days:***

_____Specify the arrangements for parenting time with our minor child(ren);

_____Require that parenting time be supervised by a third party;

_____Deny the Respondent parenting time;

_____Order the Respondent to pay my attorney fees;

_____Order the Respondent to pay rent for my residence;

_____Order the Respondent to make payment on a mortgage for my residence;

_____Order the Respondent to pay child support for our minor child(ren);

_____Order the Respondent to pay support/maintenance for me;

_____Order the Respondent to reimburse me for expenses related to the domestic or family

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

Petition Number: 2023053011263517

violence, stalking, sex offense, or harassment as follows:

*(specify the amount for each expense and bring documentation of the expense with you to Court for the Hearing):*

| | |
|---|---|
| _____ Medical expenses: | $_____ |
| _____ Counseling: | $_____ |
| _____ Shelter: | $_____ |
| _____ Repair or replacement of damaged property: | $_____ |
| _____ Other costs or fees I have as a result of bringing this case: | $_____ |

__✓__ Prohibit the Respondent from using or possessing a firearm, ammunition, or deadly weapon;

_____ Order the Respondent to surrender the following firearm(s), ammunition, or deadly weapon(s) to a specified law enforcement agency (list each item below):

_____ Order a wireless service provider to transfer to me the right to continued use of, and financial responsibility for, the following telephone number(s) used by me or by a minor child in my custody (limit 10):

*NOTE: A wireless service provider's normal requirements for setting up a new cellular telephone account still apply. You should consider whether you will be able to set up an account in your own name and whether you will be able to pay for the account.*

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

Petition Number: 2023053011263517

By filing this Petition, I am respectfully requesting that the Court immediately issue an Ex Parte Order for Protection. I understand that, if I have asked the Court for any of the following:

- evicting the Respondent from my/our home;
- giving me the possession of personal property;
- giving me possession of an animal;
- prohibiting Respondent from taking action against an animal;
- establishing rules for child parenting time;
- requiring the Respondent to pay fees, expenses, or child support;
- forbidding the Respondent from possessing a firearm, ammunition, or a deadly weapon;
- ordering the Respondent to surrender firearm(s), ammunition, or deadly weapons; or,
- allowing me or a child to continue to use a telephone number for which I will be financially responsible;

I must also ask the Court to set a date for a Hearing within thirty (30) days of today's date.

I understand that if my petition is based on harassment alone, the Court may grant relief ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.

I understand that if a Hearing is set, and if I fail to appear for the Hearing, the court may terminate the Ex Parte Order and/or dismiss the case.

I affirm, under the penalties for perjury, that the foregoing representations are true:

- a. on the basis of my own personal knowledge.
- b. on the basis that I have been informed and believe that the facts stated are true.

*(NOTE: If this Petition is made solely on the basis of Petitioner's information and belief, Petitioner must attach affidavits by one or more persons who have personal knowledge of the facts stated.)*

DATE: _____05/30/2023_____

/s/ Ronald J. Moore for Andrea and Michael Holwager
_____
PETITIONER (Signature)

Ronald J. Moore for Andrea and Michael Holwager
_____
PETITIONER (Type or print name)

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



*A Facebook message Jon Fredrick Turpin sent to my mother (Elaine Holwager). I, Andrea Holwager, made the reply for her.*

**Fritz Turpin**

Inbox

1/10/22, 11:02 AM

Happy Birthday!

10/9/22, 10:25 PM

Michael threatened to sue me and my wife. I'm sorry I left the stuff at their house, but I wasn't "hitting on Andrea" like he has been spouting off.

So I won't be around anymore for Andrea while she's with that man, I'm sorry for that.

Hope she picks someone who doesn't cheat on her and lie about it someday.

That's the second time Michael has threatened me and it will be the last. I'm not sure if you sold them the office or not, but I'd like to know so I can avoid it if that's the case.

Anyway, I hope you're doing well and it's just my opinion, but I figured I'd say why I won't be around.

10/11/22, 4:52 AM

Jon Turpin, due to your continued defamation of character by intentionally spreading known false and malicious lies about my future son-in-law (Michael Mann) and the mental anguish you have caused my daughter (Andrea Holwager), this response is being written with legal assistance.

You are NEVER allowed on ANY of my properties at any time or anywhere near me. This includes 1 ? E Da??e Street (located in Cambridge City IN) or any other residences in o???d/or family's name. We feel threatened, bullied, and intimidated by your continuous false accusations

**You blocked messages and calls from Fritz Turpin's Facebook account**
You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's wrong**








5/23, 11:03 AM

(20+) Messenger | Facebook

 

 Fritz Turpin

Inbox












**You blocked messages and calls from Fritz Turpin's Facebook account**
You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's wrong**

89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



J.T. Turpin

the criteria together. I have constantly and repeatedly told you I am just your friend and not a therapist.

Once we went over it, you stated you "identified with nearly all criteria", hugged me, cried, and thanked me for having another avenue to discuss with your doctor and therapist.

I again stressed as long as you get professional help, it does not matter the diagnosis (anxiety, ptsd, etc), All that matters is you feel better!

The fact you are telling people I put you in "fear" has made me scared to be around you. You have manipulated my words and actions into something that never occurred, and it is wrong.

I truly care for you as my friend, but you have hurt me more than I could ever describe. For now, please leave me alone as I am beyond terrified, fearful, and hurt by you.

Text message

**89C01-2305-PO-000087**

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



Once we went over it, you stated you "identified with nearly all criteria", hugged me, cried, and thanked me for having another avenue to discuss with your doctor and therapist.

I again stressed as long as you get professional help, it does not matter the diagnosis (anxiety, ptsd, etc). All that matters is you feel better!

The fact you are telling people I put you in "fear" has made me scared to be around you. You have manipulated my words and actions into something that never occurred, and it is wrong.

I truly care for you as my friend, but you have hurt me more than I could ever describe. For now, please leave me alone as I am beyond terrified, fearful, and hurt by you.

You can text or call Michael, but I ask you no longer text or call me as of now as I am too scared and hurt by you.

Dec 11, 4:21 PM • SMS

89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana

12:47 🔇 📶 93%

‹ Me
10:24 PM, Dec 12

As of <u>today</u>, all your stuff has been moved out and we helped move all the stuff over to Josh's outside barn.

The fact you were NOT here to move YOUR stuff yet all of us did this for you is childish and wrong on so many levels.

Andrea and I refused to touch your guns due to the accusations you placed on your father. Phillip and Josh placed them into Josh's car.

Due to how badly you have hurt my fiance and myself with your lies and gaslighting, such as telling others I was "going to restrain you" (what the hell man?) and the variety of other stories you are now fabricating that never occurred, you have placed us in fear of interacting with you.

Therefore, until you get serious help, you are not welcome to come near either of us. We cannot be around your manipulation and gas lighting anymore. Please get serious help before you hurt someone or yourself.

You have disrespected my house by turning our lives upside down when we bent over backwards to help you.

 Copy text       Share

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



12:48

Me
10:24 PM, Dec 12

Also, Andrea has a recording of the converation where you spoke your love for her while she was at the shelter. This is because the shelter has survelliance on the inside of the building, and she had you on speaker due to cleaning the cages. Unlike you, Andrea doesn't intentionally record conversations. But the shelter did since they saw Andrea's face was alarmed and checked on her.

She was/is a true friend of yours because she never shared it with anyone but me. The fact you had the NERVE to do this to Andrea before you even moved into our home shows how much disrespect you had towards me and how much HELP you need.

It also shows how good of friends we are because we still wanted you to be safe.

Due to how much I have watched my fiance cry yesterday from your lies, and how much you have hurt her, you too have hurt me to the core.

Even after all your lies about us (which of course the guys told me since they knew it was wrong and lies), we still only want what's best for you.

Copy text                    Share

89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



12:48

**Me**
10:25 PM, Dec 12

But we have to protect ourselves from you now as you are a serious danger to us. Contrary to what you may think, you are NOT the victim here, but you sure as hell are leaving victims behind on the wake of your lies and deceit. The pain you have caused Andrea (someone who would still do anythiny for you) is nearly unforgivable. But man to man, do not text or call until you get serious help.

Copy text          Share

89C01-2305-PO-000087

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



**89C01-2305-PO-000087**

Filed: 5/30/2023 12:04 PM
Clerk
Wayne County, Indiana



7:09

**Me**
10:22 PM, Dec 21

(No subject)

Jon, I was informed today you have again used my name in a defamatory manner in conversation. Specifically, you told Crystal that I was taking advantage of Jared.

Please stop attempting to manipulate people with your deceptions as you are hurting yourself by continuing to knowingly lying about persons who disagree with you.

I want to be clear, I have contacted an attorney. They have stated the pursuit of a case against you for defamation is well within reason.

I have repeatedly asked you to stop lying when using my or Andrea's name. This is the last verbal warning you will receive. The next contact on this subject will be from an attorney.

I have attached Erin in this text message in an effort to make your malice STOP.

Stop the character assination of every person who asks you to get treatment. You have crushed Andrea with your lies and manipulation. She has taken an aspirin everyday for the chest pain your lies have caused her. For our well being, LEAVE US ALONE!

Copy text                           Share

5/30/23, 11:01 AM                    89C01-2305-(PO)-000087 | Facebook                    Filed: 5/30/2023 12:04 PM
                                      Wayne Circuit Court                                           Clerk
                                                                                        Wayne County, Indiana

*A Facebook message Jon Fredrick Turpin
sent to my mother (Elaine Holwager).
I, Andrea Holwager, made the reply for her.*

**Fritz Turpin**

Inbox

                                        1/10/22, 11:02 AM

Happy Birthday! 🎉

                                        10/9/22, 10:25 PM

Michael threatened to sue me and my wife. I'm sorry I left the stuff at
their house, but I wasn't "hitting on Andrea" like he has been spouting
off.

So I won't be around anymore for Andrea while she's with that man,
I'm sorry for that.

Hope she picks someone who doesn't cheat on her and lie about it
someday.

That's the second time Michael has threatened me and it will be the
last. I'm not sure if you sold them the office or not, but I'd like to know
so I can avoid it if that's the case.

Anyway, I hope you're doing well and it's just my opinion, but I figured
I'd say why I won't be around.

                                        10/11/22, 4:52 AM

Jon Turpin, due to your continued defamation of character by intentionally
spreading known false and malicious lies about my future son-in-law
(Michael Mann) and the mental anguish you have caused my daughter
(Andrea Holwager), this response is being written with legal assistance:

You are NEVER allowed on ANY of my properties at any time or anywhere
near me. This includes 113 E Dr ↓ re Street (located in Cambridge City
IN) or any other residences in m___ .d/or family's name. We feel
threatened, bullied, and intimidated by your continuous false accusations

**You blocked messages and calls from Fritz Turpin's Facebook account**
You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's wrong**



(20+) Messenger | Facebook

  

 Fritz Turpin



Search

Inbox














**You blocked messages and calls from Fritz Turpin's Facebook account**
You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's wrong**