# State of Indiana
# Office of the Secretary of State

### Certificate of Amendment
of
# TURPIN ELECTRIC, INC.

I, DIEGO MORALES, Secretary of State, hereby certify that Articles of Amendment of the above Domestic For-Profit Corporation have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.



NOW, THEREFORE, with this document I certify that said transaction will become effective Thursday, July 13, 2023.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, July 13, 2023

*Diego Morales*

DIEGO MORALES
SECRETARY OF STATE

2004020200287 / 9950175

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

> **APPROVED AND FILED**
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 07/13/2023 11:33 AM

## ARTICLES OF AMENDMENT

## ARTICLE 1 - NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 2004020200287 |
| **BUSINESS TYPE** | Domestic For-Profit Corporation |
| **BUSINESS NAME** | TURPIN ELECTRIC, INC. |
| **PRINCIPAL OFFICE ADDRESS** | 13 Mulberry St, Cambridge City, IN, 47327, USA |
| **DATE AMENDMENT WAS ADOPTED** | 07/13/2023 |

## EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 07/13/2023 |
| **EFFECTIVE TIME** | 10:41AM |

## ARTICLE 1 - PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **DATE OF ADOPTION** | 07/13/2023 |
| **PRINCIPAL OFFICE ADDRESS** | 13 Mulberry St, Cambridge City, IN, 47327, USA |

## ARTICLE 1 - UPDATED REGISTERED AGENT

| | |
|---|---|
| **DATE OF ADOPTION** | 07/13/2023 |
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | Jon F D Turpin |
| **ADDRESS** | 2421 S Plum St, Yorktown, IN, 47396, USA |
| **SERVICE OF PROCESS EMAIL** | jt4590@gmail.com |

I acknowledge that the Service of Process email provided above is the email address at which electronic service of process may be accepted.

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
07/13/2023 11:33 AM

## ARTICLE I - GOVERNING PERSON INFORMATION

**DATE OF ADOPTION**             07/13/2023

| | |
|---|---|
| **TITLE** | President |
| **NAME** | Jon F D Turpin |
| **ADDRESS** | 13 Mulberry St, Cambridge City, IN, 47327, USA |

| | |
|---|---|
| **TITLE** | Vice President |
| **NAME** | Jon F D Turpin |
| **ADDRESS** | 13 Mulberry St, Cambridge City, IN, 47327, USA |

## SIGNATURE

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE MANNER OF THE ADOPTION OF THE ARTICLES OF BUSINESS AMENDMENT AND THE VOTE BY WHICH THEY WERE ADOPTED CONSTITUTE FULL LEGAL COMPLIANCE WITH THE PROVISIONS OF THE ACT, THE ARTICLES OF INCORPORATION, AND THE BYLAWS OF THE CORPORATION.

THE UNDERSIGNED OFFICER OF THIS CORPORATION EXISTING PURSUANT TO THE PROVISIONS OF THE INDIANA BUSINESS CORPORATION LAW DESIRES TO GIVE NOTICE OF CORPORATE ACTION EFFECTUATING BUSINESS AMENDMENT OF CERTAIN PROVISIONS OF ITS ARTICLES OF INCORPORATION.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **July 13, 2023.**

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

| | |
|---|---|
| **SIGNATURE** | Jon F D Turpin |
| **TITLE** | President |

Business ID : 2004020200287
Filing No. :   9950175

**LABOR READY**®

*Dependable Temporary Labor.*

Registration Amendment
for Turpin Electric, Inc.
to 13 Mulberry St., which
I own via my Mom's
Last Will and Testament,
which cannot be changed
due to my Dad, Mom,
and my sister violating
Megan's Law.

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## We have received your request for changes to Turpin Electric, Inc.
2 messages

---

**New Business Filing** <cs@newbusinessfiling.org>                Wed, Jul 12, 2023 at 5:41 PM
Reply-To: cs@newbusinessfiling.org
To: jt4590@gmail.com

Hello,

We have received the Amendment application for Turpin Electric, Inc.. Below is the information you provided, please check this thoroughly to ensure accuracy as there are added fees for corrections once an order is processed. If you do find an error, please reply to this email or call customer support at 888-701-6450 as soon as possible.

Once the processed order has been approved, we will email your confirmation documents to jt4590@gmail.com

### Indiana Amendment or Dissolution

| | |
|---|---|
| Currently Registered Business Name | Turpin Electric, Inc. |
| State in which the business is registered | Indiana |
| Currently registered address | 1 Mulberry Street |
| City | Cambridge City, IN |
| State | Indiana |
| Zip | 47327 |
| Business Type | Corporation |
| Information to be changed (Select all that apply) | Business Address Information Registered Agent Information Ownership Information |
| Contact First | Jon |
| Contact Middle | F |
| Contact Last | Turpin |
| Email | jt4590@gmail.com |
| Phone | 225-259-6270 |
| Address | 13 Mulberry Street |
| City | Cambridge City, IN |
| State | Indiana |
| Zip Code | 47327 |
| New Physical Address (No PO Box) | 13 MULBERRY ST |
| City | CAMBRIDGE CITY |
| State | Indiana |

| | |
|---|---|
| Zip Code | 47327 |
| Is there a separate mailing address? | Yes |
| Mailing Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |
| New Registered Agent Full Name | Jon F. "D." Turpin |
| Agent Physical Address (No PO Box) | 247 Maximillian Street |
| City | Baton Rouge |
| State | Louisiana |
| Zip Code | 70802 |
| Is there a separate mailing address? | Yes |
| RA Mailing Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |
| How Many Total Owners/Partners? | 2 |
| First Name | Jon |
| Middle (optional) | F. "D." |
| Last | Turpin |
| Owner Address | 13 MULBERRY ST |
| City | CAMBRIDGE CITY |
| State | Indiana |
| Zip Code | 47396 |
| First Name | ERIN |
| Middle (optional) | R. "A." |
| Last | Golden |
| Owner Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |

I hereby authorize the payment above
I have read and agree to the Terms of Service
The information I have provided is true and accurate to the best of my knowledge
I am an authorized person to submit this filing and payment

Signature

Name of person authorizing filing and
payment

Jon F. "D." Turpin

---

**New Business Filing** <cs@newbusinessfiling.org>                    Wed, Jul 12, 2023 at 5:41 PM
Reply-To: cs@newbusinessfiling.org
To: jt4590@gmail.com

[Quoted text hidden]

**LABOR READY**

*Dependable Temporary Labor.*

Since I am our family
lawyer, POA, and the
Executor of the Estate,
and Owner of Twin
Electric, Inc., etc. et al

Here are the eviction
notices. Please take my

Dot to
Permanently.

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Friends
Fellowship

Labor Ready, Inc. (NYSE: LRW) an emerging growth company
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

# THREE (3) DAY NOTICE TO TERMINATE TENANCY

July 12, 2023

Jon Brent Turpin
Linda Kay Becker Turpin
522 West Maple St
Cambridge City, Indiana 47327

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

522 West Maple St, Cambridge City, Indiana 47327

**PLEASE TAKE NOTICE** that the tenancy under which you hold the possession of the herein described premises shall end **THREE (3)** days after service of this notice, and you are required to quit and deliver up possession of the premises to Jon F. Turpin on or before that date. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute legal proceedings against you to recover rent, damages and possession of said premises.

THE REASON THIS NOTICE IS BEING SERVED IS:

Violation of Megan's Law, Violation of Usufruct, Violation of Succession, Violation of Revocable Trust

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER APPLICABLE LAWS OF THE STATE OF INDIANA INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

Dated: July 12, 2023

By: _____

Jon F. Turpin
13 Mulberry Street
Cambridge City, Indiana 47327
2252285466

# THREE (3) DAY NOTICE TO TERMINATE TENANCY

July 12, 2023

Jon Brent Turpin
13 Mulberry St.
Cambridge City, Indiana 47327

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

13 Mulberry St., Cambridge City, Indiana 47327

**PLEASE TAKE NOTICE** that the tenancy under which you hold the possession of the herein described premises shall end **THREE (3)** days after service of this notice, and you are required to quit and deliver up possession of the premises to Jon F. Turpin on or before that date. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute legal proceedings against you to recover rent, damages and possession of said premises.

THE REASON THIS NOTICE IS BEING SERVED IS:

Violation of Megan's Law, Violation of Usufruct, Violation of Succession, Violation of Revocable Trust

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER APPLICABLE LAWS OF THE STATE OF INDIANA INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

Dated: July 12, 2023

By: _____

Jon F. Turpin
13 Mulberry Street
Cambridge City, Indiana 47327
2252285466

## THREE (3) DAY NOTICE TO TERMINATE TENANCY

July 12, 2023

Michael Alan Mann Holwager
Andrea Lynn Holwager
537 W. Main St.
Richmond, Indiana 47327

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

537 W. Main St., Richmond, Indiana 47327

**PLEASE TAKE NOTICE** that the tenancy under which you hold the possession of the herein described premises shall end **THREE (3)** days after service of this notice, and you are required to quit and deliver up possession of the premises to Jon F. Turpin on or before that date. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute legal proceedings against you to recover rent, damages and possession of said premises.

THE REASON THIS NOTICE IS BEING SERVED IS:

Violation of Megan's Law, Violation of Usufruct, Violation of Succession, Violation of Revocable Trust

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER APPLICABLE LAWS OF THE STATE OF INDIANA INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

Dated: July 12, 2023

By: _____

Jon F. Turpin
13 Mulberry Street
Cambridge City, Indiana 47327
2252285466

## THREE (3) DAY NOTICE TO TERMINATE TENANCY

July 12, 2023

Michael Alan Mann Holwager
Andrea Lynn Holwager
113 E. Delaware St.
Cambridge City, Indiana 47327

**TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:**

113 E. Delaware St., Cambridge City, Indiana 47327

**PLEASE TAKE NOTICE** that the tenancy under which you hold the possession of the herein described premises shall end **THREE (3)** days after service of this notice, and you are required to quit and deliver up possession of the premises to Jon F. Turpin on or before that date. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute legal proceedings against you to recover rent, damages and possession of said premises.

THE REASON THIS NOTICE IS BEING SERVED IS:

Violation of Megan's Law, Violation of Usufruct, Violation of Succession, Violation of Revocable Trust

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER APPLICABLE LAWS OF THE STATE OF INDIANA INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

Dated: July 12, 2023

By: _____

Jon F. Turpin
13 Mulberry Street
Cambridge City, Indiana 47327
2252285466

## THREE (3) DAY NOTICE TO TERMINATE TENANCY

July 12, 2023

Jared R. Junkin
Michael A. M. Holwager
150 N. Pearl St.
Hagerstown, Indiana 47327

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

150 N. Pearl St., Hagerstown, Indiana 47327

**PLEASE TAKE NOTICE** that the tenancy under which you hold the possession of the herein described premises shall end **THREE (3)** days after service of this notice, and you are required to quit and deliver up possession of the premises to Jon F. Turpin on or before that date. Failure to do so will result in forfeiture of the lease and/or rental agreement and will institute legal proceedings against you to recover rent, damages and possession of said premises.

THE REASON THIS NOTICE IS BEING SERVED IS:

Violation of Megan's Law, Violation of Usufruct, Violation of Succession, Violation of Revocable Trust

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER APPLICABLE LAWS OF THE STATE OF INDIANA INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

Dated: July 12, 2023

By: _____

Jon F. Turpin
13 Mulberry Street
Cambridge City, Indiana 47327
2252285466

**LABOR READY**

*Dependable Temporary Labor.*

2nd
to

Please refer to the last
page for my request,
even then, to copy to
Wayne County, IN.

_____

Proof of Revocable Trust,
which I now own, on page 3

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

7/13/23, 12:30 AM
Case 3:22-cv-01213-TAD-KDM    Document 306-9    Filed 07/17/23    Page 15 of 41 PageID #:
27481
Gmail - Expungement

Jon F Turpin <jt4590@gmail.com>

 **Gmail**

## Expungement

7 messages

**guy relfordlaw.com** <guy@relfordlaw.com>
To: "Jon F. Turpin" <jt4590@gmail.com>

    Here is the agreement that we discussed. If it is acceptable, please sign where indicated and return it to me. I also attach our Expungement Checklist that will give me th

    Thank you.

    Guy
    -----------------
    The Law Offices of Guy A. Relford
    One South Rangeline Road
    Suite 110
    Carmel, IN  46032
    (317) 844-4297 (office)
    (317) 432-0747 (cell)
    (317) 703-3457 (fax)
    E-mail:  guy@relfordlaw.com

    www.relfordlaw.com

    www.facebook.com/relfordlaw

    Notice: This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt fro
    notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the name recipient(s),
    and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other app

    **From:** Jon F. Turpin <jt4590@gmail.com>
    **Sent:** Thursday, January 12, 2023 2:51 PM
    **To:** guy relfordlaw.com <guy@relfordlaw.com>
    **Subject:** Re: Dear Mr. Relford

    I'm happy to call and pay once I receive your email so we may proceed immediately, Mr. Relford,
    However, it's my belief that if someone is going to represent you, they're also owed a handshake.

    In my opinion, there are still some things in this world that simply can't be bought.

    Sincerely,
    **Jon F. Turpin**
    E-mail: jt4590@gmail.com

    BAS in CIT - IUPUI
    AAS in CIT Networking & Security - Ivy Tech
    "A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

    On Thu, Jan 12, 2023 at 2:47 PM guy relfordlaw.com <guy@relfordlaw.com> wrote:
    | I thought you wanted to proceed quicker than that, but I have 10:00 open on the 17th.

    | Guy
    | -----------
    | Guy A. Relford
    | The Law Offices of Guy A. Relford
    | 1 South Rangeline Road
    | Suite 110
    | Carmel, IN
    | (317) 844-4297
    | guy@relfordlaw.com

    | Sent from my Verizon, Samsung Galaxy smartphone

    | -------- Original message --------
    | From: "Jon F. Turpin" <jt4590@gmail.com>
    | Date: 1/12/23 2:43 PM (GMT-05:00)
    | To: "guy relfordlaw.com" <guy@relfordlaw.com>
    | Subject: Re: Dear Mr. Relford

    | Please do, I'd appreciate that Mr. Relford,
    | The 17th and 18th are currently available for me. Would a time on either of those days work well for you?

    | Sincerely,
    | **Jon F. Turpin**
    | E-mail: jt4590@gmail.com

    | BAS in CIT - IUPUI
    | AAS in CIT Networking & Security - Ivy Tech
    | "A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

    | On Thu, Jan 12, 2023 at 2:40 PM guy relfordlaw.com <guy@relfordlaw.com> wrote:
    | | My hours vary because I am often out of the office. If you want to come by we can set a time.

    | | Guy
    | | -----------
    | | Guy A. Relford
    | | The Law Offices of Guy A. Relford
    | | 1 South Rangeline Road
    | | Suite 110

Carmel, IN
(317) 844-4297
guy@relfordlaw.com

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Jon F. Turpin" <jt4590@gmail.com>
Date: 1/12/23 2:37 PM (GMT-05:00)
To: "guy relfordlaw.com" <guy@relfordlaw.com>
Subject: Re: Dear Mr. Relford

Thank you Mr. Relford,
I'll watch for your email, and what are your hours?

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

On Thu, Jan 12, 2023 at 1:20 PM guy relfordlaw.com <guy@relfordlaw.com> wrote:
> I will handle the expungement.
> We can discuss any future legal work as the need arises. I will email you a representation agreement later today.  You can call me with a credit card for payment or stop by my office wi
>
> Guy
>
> Guy A. Relford
> The Law Offices of Guy A. Relford
> 1 South Rangeline Road
> Suite 110
> Carmel, IN
> (317) 844-4297
> guy@relfordlaw.com
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> ------ Original message ------
> From: "Jon F. Turpin" <jt4590@gmail.com>
> Date: 1/12/23 1:06 PM (GMT-05:00)
> To: "guy relfordlaw.com" <guy@relfordlaw.com>
> Subject: Re: Dear Mr. Relford
>
> Thank you so much, Mr. Relford,
> Let's proceed with expungement post haste, please.
>
> I sincerely appreciate your willingness to provide me with your time and services despite my error. thank you again.
>
> If it's possible to retain you after this case, it's my desire to do so.
>
> Sincerely,
> **Jon F. Turpin**
> E-mail: jt4590@gmail.com
>
> BAS in CIT - IUPUI
> AAS in CIT Networking & Security - Ivy Tech
> "A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley
>
> On Thu, Jan 12, 2023 at 1:02 PM guy relfordlaw.com <guy@relfordlaw.com> wrote:
>> Expungement, 100%.
>>
>>
>>
>> Guy
>>
>> Guy A. Relford
>> The Law Offices of Guy A. Relford
>> 1 South Rangeline Road
>> Suite 110
>> Carmel, IN
>> (317) 844-4297
>> guy@relfordlaw.com
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> ------ Original message ------
>> From: "Jon F. Turpin" <jt4590@gmail.com>
>> Date: 1/12/23 12:57 PM (GMT-05:00)
>> To: "guy relfordlaw.com" <guy@relfordlaw.com>
>> Subject: Re: Dear Mr. Relford
>>
>> I'm sorry for so many questions, but I think this is most important,
>> **If your wife were threatened,** if you were me and incidents occurred as I've detailed:
>>
>> 1. In your professional opinion would you personally expunge, or appeal?
>> 2. In your professional opinion would an appeal have any chance at success?
>> 3. May I retain you for any future circumstances, please?
>>
>> If your answer remains expungement, please bill me, and let's proceed,
>>
>> Thank you,
>> **Jon F. Turpin**
>> E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

On Thu, Jan 12, 2023 at 12:51 PM guy relfordlaw <guy@relfordlaw.com> wrote:
1. Yes, that's true.
2. Yes.
3. Yes, I handle such requests regularly.


Guy
————
Guy A. Relford
The Law Offices of Guy A. Relford
1 South Rangeline Road
Suite 110
Carmel, IN
(317) 844-4297
guy@relfordlaw.com

Sent from my Verizon, Samsung Galaxy smartphone


———— Original message ————
From: "Jon F. Turpin" <jt4590@gmail.com>
Date: 1/12/23 12:34 PM (GMT-05:00)
To: "guy relfordlaw.com" <guy@relfordlaw.com>
Subject: Re: Dear Mr. Relford

Thank you for this information,
Here are three follow-up questions:

1. Is it true that only one expungement may be performed in a lifetime?
I only ask because my Dad has even tried, unsuccessfully so far, to cause situations where I could possibly be in trouble for things I haven't done due to his own actions in the pas

2. After expungement, would I still be able to sue, not any establishment, lawyer, nor public official, but my Dad in civil court over the circumstances if needed or desired?

3. Should I contact the ISP, or would you contact them to delay the hearing on my behalf? I'm unsure of how to request that it be delayed until after expungement since I wouldn't k

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley


On Thu, Jan 12, 2023 at 12:24 PM guy relfordlaw.com <guy@relfordlaw.com> wrote:
The conviction would be expunged so there would be nothing to appeal.  The best move would be to delay your February hearing at ISP until we complete your expungement, th

Guy
————
Guy A. Relford
The Law Offices of Guy A. Relford
1 South Rangeline Road
Suite 110
Carmel, IN
(317) 844-4297
guy@relfordlaw.com

Sent from my Verizon, Samsung Galaxy smartphone


———— Original message ————
From: "Jon F. Turpin" <jt4590@gmail.com>
Date: 1/12/23 12:13 PM (GMT-05:00)
To: "guy relfordlaw.com" <guy@relfordlaw.com>
Subject: Re: Dear Mr. Relford

Thank you, Mr. Relford,
That's an exceptional deal, and I only have two further questions:
With expungement, would I still have the ability to put forth an appeal Pro Se for this decision if I desired to do so?
With you handling my expungement, would you be willing to represent me at my hearing for my gun permit on February 3rd at 9:50AM as well?

If this will not affect the right to appeal please bill me so I may pay you in full and hire you, if it would please let me know so I may have a day to consider.

Thank you, sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley


On Thu, Jan 12, 2023 at 11:55 AM guy relfordlaw <guy@relfordlaw.com> wrote:
I will handle an expungement of this conviction for a flat fee of $2000, plus $182 filing fee.

Guy
————
Guy A. Relford
The Law Offices of Guy A. Relford
1 South Rangeline Road
Suite 110
Carmel, IN
(317) 844-4297
guy@relfordlaw.com

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Jon F. Turpin" <jt4590@gmail.com>
Date: 1/12/23 11:45 AM (GMT-05:00)
To: "guy relfordlaw.com" <guy@relfordlaw.com>
Subject: Dear Mr. Relford

**I sincerely apologize for my foul language, how may I make this right?**
It is my wish to speak with you in depth about my case and wish to appeal in depth, which, in my unqualified opinion, isn't a "normal" situation.

My case in 2017 resulted in a plea deal with two misdemeanors, for which I've completed all sentencing, and I'm currently eligible for expungement, but reserved my right to ap
During the end of my case, my 2nd Amendment rights and lifetime gun permit were retained, but these have come into question recently with my case being referenced despit



When I contacted the Indiana State Police regarding why my gun permit has been suspended I was told this case, and my license, was being reviewed as me "mishandling a
Recently I was told I'd need to report to a hearing and attempt to retain my Lifetime Gun Permit, and in my opinion, it seems your prior ruling to retain my rights may be being b

## Indiana Handgun License Application Status

**Application Status:** SUSPENDED AND HEARING SCHEDULE          Name: JON
**Application #:** 170703595                                    Address: 24
**Application Type:** Lifetime Pers. Protect.                   Email: jt459
                                                               Phone: 317-

**Attachments: (13)**

- fa820941-2016-4caf-bf5f-1262f1373c07.jpeg
- a0a700a4-01a9-4c1c-88b9-2bbe3455a61f.jpeg
- 7287763c-230c-4c47-bcc9-f6780301464e.jpeg
- 7586b019-1823-4976-adb0-cd568a06cd98.jpeg
- d4cb7f20-6ad3-40d3-9cf8-d94cfb977a7e.jpeg
- 8c402439-10f3-4a8e-ba21-70eee64ef7d9.jpeg
- 80ecba73-afa8-4a12-a616-069338312ec7.jpeg
- 24f93326-dbdc-4c08-b498-d15df7c62724.jpeg
- ab529aa8-4d3f-455c-9ce5-a630102c0813.jpeg
- 3aabaf6c-f80a-4d7c-b894-687f27685c92.jpeg
- c4ce2217-3d54-4507-9cf9-2c512fbc0444.jpeg
- 36f6da7c-3bea-43f6-b945-3efcf78d91f2.jpeg
- 74b6ece5-6723-4a37-8647-f5181b8bba63.jpeg

[Attach Document]

[Attach Appeal Document]

**Completed Payments**

| Date | Amount | Auth Code |
|------|--------|-----------|
| 07/12/2015 | $77.52 | 065013 |
| 11/04/2021 | $21.42 | 08366D |

Before my case my carry pistol needed to be smithed, but was still unfortunately not working properly, and I'd been taking it to the range in attempts to determine if it was faulty

**Indy Arms Company**
2550 East 55th Street
Indianapolis, IN 46226

(317) 291-1545

**INVOICE**

| INVOICE | DATE |
|---|---|
| 41748 | 08/27/2016 01:24p |
| ACCT | BILL TO |
| 2199 | CHARLES |

Bill To: Jon Frederick Turpin
4213 Dahlia Ct.
Indianapolis IN 462250000
USA

| QTY | DESCRIPTION | PRICE EA. | EXTENDED | TOTAL |
|---|---|---|---|---|
| | Entry Date: 08/08/2016   Est Comp: 08/31/2016 | | | |
| | S/N YR109028   Desc: AMERICAN TACTICAL .45 Semi-Auto | | | |
| | Mfg: AM-TAC PRECISIO   Model: TITAN | | | |
| 1 | Diagnostic General | 25.00 | 25.00 | 25.00 |
| | GUN FAILS TO EJECT AFTER FIRING SOMETIMES. 4 OUT OF ABOUT 200 ROUNDS IN LAST SESSION. THINKS MAYBE EXTRACTOR ISSUE. WAS THREE AROUND RUN WAS CHANGED. | | | |
| 1 | General Cleaning | 25.00 | 25.00 | 25.00 |
| | This is used for general use when putting items into service. | | | |
| | 08/24/16 called to pickup | | | |
| | For complete details about our return policy, please visit | | | |
| | https://www.indyarms.com/return-policy | | | |

committed sexual harassment against Chelsie, attempted to assault Stephen Champagne with a cue ball, intentionally gotten her intoxicated then tried to abduct her from me when she passed out. Jeremy's now followed me belligerently over 50 feet from the bar to the parking lot while too drunk to drive, prevented me from leaving and threatened my life. I don't want to kill a man, but I'm fully prepared to keep Chelsie, possibly our unborn child, and myself, safe from Jeremy Lewis.

Jeremy yells at me "DO IT!" and begins to start toward me again and abruptly stops as I point the gun upward and turn off the safety. A shot discharges as I continue screaming "GET THE HELL AWAY FROM ME!"

Jeremy continues screaming "SHOOT ME! DO IT! SHOOT ME!" begins coming forward again with his hands clenched and near his shoulders. Backing away quickly I point the gun at his chest and continue screaming "GET THE HELL AWAY FROM ME!" trying to issue as many warnings and show as much restraint as possible and not shoot Jeremy Lewis unless absolutely necessary. He continues screaming enraged "DO IT! SHOOT ME!" and I continue to exercise restraint hoping help will arrive.

Continuing to back away I immediately holster my carry as four people grab Jeremy attempting to restrain him. Jeremy continues to move toward me screaming until a fifth and sixth person grab onto him. A man named Josh begins screaming in my face as I tell him "Keep him away from me" pointing at Jeremy. He prevents me from going to Chelsie as she drunkenly exits the car. Four strangers grab me and repeatedly try to throw me to the ground as I'm yelling "What are you doing?! Stop!" but I don't try to punch or hit any of them and a fifth man reaches into my waistline and removes my carry. Another man who later claims he was a former police officer comes up behind me and chokeholds me until I entirely pass out even though I'm not fighting him in any way I wake up to the former police officer straddling me while I'm on my back with my head facing West and "D" the bartender to the South of me in the direction of the bar. Jeremy is repeatedly approaching Chelsie wherever she goes in the crowd of people but he's not trying to do anything more now that people are around. I'm worried about Chelsie but the former police officer threatens to choke me out again if I try to move and "D" tells me "You fucked up, you're going to jail. Your woman's tricking you." None of them are concerned about her safety even though Jeremy has attempted to assault a man with a cue ball, sexually harassed her, tried to kill me and abduct her. Even though Chelsie was either drugged or became so drunk she passed out.

**The man who was identified as a victim in my case, Jeremy Lewis, followed us uninvited to two separate establishments and made threats on our lives and safety, and of others.**





**Protective order by C.T. (my fiance at the time) towards J.L. (aggressor in gun case).**

*J.L. didn't stop after the gun incident, followed C.T., and went into her apartment.*

*** THAT IS ALL THE EVIDENCE THAT WAS OFFERED AND ***

*** INTRODUCED IN THIS CAUSE ON THIS DATE. ***



How far J.L. followed me while making threats to me and trying to take C.T.:



I was carrying C.T., who J.L. tried
to take, *in*

*my charge*, who had inexplicably
passed out.

**Left red circle is where my gun**
was, in my car, not being carried on me into the establishment of Joe's Bar and Grill.

**I was sincerely worried,**
despite her decision to drink when we were meant to play pool, that this man may be taking my fiance and an unborn child.

Video evidence which would have been in my defense from Joe's Bar and Grill was not requested via my lawyer through my Dad who was controlling my represen

STATE OF INDIANA    )     IN THE MARION COUNTY SUPERIOR COURT
                       ) SS:    CRIMINAL DIVISION, COURTROOM SIX
COUNTY OF MARION    )     CAUSE NO.: 49G06-1612-F5-046714

STATE OF INDIANA,    )
      Plaintiff,    )
                     )
     v.             )
                     )
JON TURPIN,    )
      Defendant.    )

### SUBPOENA DUCES TECUM

TO THE NON-PARTY NAMED IN THE ATTACHED REQUEST FOR PRODUCTION
OF DOCUMENTS TO A NON-PARTY:

**YOU ARE HEREBY COMMANDED** to comply with the attached REQUEST FOR

PRODUCTION OF DOCUMENTS TO A NON-PARTY on or before February 13, 2017, on

behalf of the Defendant in the above-entitled cause.

Issued this 12th day of January, 2017.

_____
Tom F. Hirschauer III, #27875-49
Attorney for the Defendant

Keffer Barnhart LLP

Indianapolis, Indiana 46204
Office: (317)
Fax: (855)
E-mail:     @KBindy.com

This Subpoena complies with the Requirements of Rule 45 of the Indiana Rules of Trial Procedure.

This is not the first time that video evidence in my defense was allowed to be deleted where my Dad was involved as my representation, as he also sued Western

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JON BRENT TURPIN and LINDA BECKER )
TURPIN, Individually and as Parents and )
Next Friends of J.F.T, their son a minor, )
     Plaintiffs,    )
                     )
     vs.           )    1:07-cv-1205-LJM-WGH
                     )
AMY S. GOOD and JOHN DOE (parents of )
their minor son, J.D.) and WESTERN )
WAYNE SCHOOL CORPORATION    )
     Defendants.    )

### ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter comes before the Court on defendant's, Western Wayne School
Corporation ("Western Wayne"), Motion for Partial Summary Judgment. Plaintiffs, Jon
Brent Turpin and Linda Becker Turpin (collectively, the "Turpins"), filed this lawsuit
individually and on behalf of their son J.F.T. ("JT"). The Turpins contend that JT was
subjected to verbal and physical abuse in Western Wayne Schools stemming from sexual
orientation discrimination. The Turpins bring three federal claims in this suit, one based on
Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681-88 and the other two
based on 42 U.S.C. § 1983 predicated on violations of the Due Process and Equal
Protection Clauses of the Fourteenth Amendment. The Turpins also bring a negligence
claim under state law against Western Wayne. The Turpins make additional state law
claims against the parents of one of JT's alleged abusers. Western Wayne argues that it
is entitled to summary judgment on the Turpins' Title IX and § 1983 claims. Western
Wayne does not seek summary judgment on the negligence claim but requests that the

## A. THE TURPINS' TITLE IX CLAIM

Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subjected to discrimination under any education program or activity." 20 U.S.C. § 1681(a). "Although the only remedy expressly authorized by the statute is the termination of the recipient's federal funding, the Supreme Court has held that Title IX contains an implied private right of action for money damages." *Doe v. McLean County Unit Dist. No. 5 Bd. of Dirs.*, 593 F.3d 507 (7th Cir. 2010). When the Supreme Court determined that Title IX's prohibition against discrimination was implicated in cases involving sexual harassment, it relied on a case decided under Title VII of the Civil Rights Act of 1964. *See Franklin v. Gwinnett County Public Schools*, 503 U.S. 60, 75 (1992) (citing *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986)). Since then, federal courts have used Title VII precedents to inform their

5

analyses of sexual harassment and discrimination claims under Title IX. *See, e.g., Doe v. Univ. of Ill.*, 138 F.3d 653 (7th Cir. 1998), *vacated on other grounds, Bd. of Trustees v. Doe*, 526 U.S. 1142. The Seventh Circuit has consistently held that discrimination based on one's sexual orientation or perceived sexual orientation is not actionable in the Title VII context. *See Howell v. N. Cent. College*, 320 F. Supp. 2d 717, 722 (N.D. Ill. 2004)

In my opinion, despite the judge's order to retain my gun rights, my Dad may be attempting to remove these rights, possibly because I retained my 7B right to app My Dad represented me and paid for my lawyer up front without consulting me first, though I paid for the case in full, using tactics of control under the guise of a This is the same man who decided I wasn't worth the money to take me to a doctor to be properly re-circumcised after birth, ignored my hidden disability, beat me

My Dad even ignored that I couldn't see and had a seizure for four years of my schooling. In my opinion there may be a pattern of my Dad ignoring or neglecting d

School started Aug.22
JT had his first, what I thought was a temper tantrum
8-23,24, and 28.

JT was so mad.  He cried, pounded his fist on the table, and
screamed at me. The sounds he made were terrible. It was
inaudible.  He held his teeth together.  He sounded like a
panicked animal.  The other students were frightened.  He
made no effort to leave his seat.  I don't know how long
these tantrums lasted.  Every thing was so new and we were
all just getting to know each other.

I talked with Jon and we're both at a loss.  Linda called
our house around 9-3, we talked at lenght, but really don't
know what to do.  We did decide to have some kind of snack
every day.  JT seemed to do better when he ate something
around 10:00.  It might be a cookie, a glass of punch,
sometimes a piece of fruit.

9-13  JT was out of control again.  Talked with Jon 9-14.
We are going to go for a % every day.  JT goes to the
bathroom 3-4 times in 2½ hours.  He waits till the last
minute.  He did not ask for drinks.  I thought maybe a sugar
imbalance.

10-12  JT hit me in the face.  I was keeping him from going
after one of the students.  I don't know that he would, but
it wasn't worth the chance.  It seems like these spells last
about 5-10 minutes.  They end quicker if I can get JT to
focus on something else.

10-17  JT hit me again.  It wasn't as bad. He was sorry
fairly soon.  The students have learned to move away from JT
when he's out of control.  Some just automatically put their
heads down on their table.

10-24  Parent Conference- Academic great, temper terrible.

11-1  Substitute, all went fairly well until they were
lining up at 11:00.  JT hit the sub. because he didn't like
his place in line.  At least that's what she decided.

Most of Nov.and Dec. fairly calm, or we just know what to
do, or not to do.  JT is very defiant. He expects the
other students to behave.  If they don't he hits them. He
apologizes, usually.  He interrupts, but usually it's
something to go along with school.  JT was mad at me if I
didn't give him a high enough % to get his finger paint.
(his reward)

One time in Nov. JT had a spell.  I really thought he was
having some kind of seizure.  His eyes rolled, he screamed,
pounded his fists, and he trembled.  When he calmed down I
asked him if he knew what happen.  He said it felt like
electrical shocks.

Most of the time the students are willing to play with JT.
They are very forgiving. JT can be very kind. He
volunteered his dad to wire Christopher's tree house.

We didn't come back to school until 1-15 because of all the
snow. Jon said their Christmas was not a good one.
The first week back was hard on all of us. Being out of a
regular routine really upsets children (and teachers!) Many
of the students kept asking how soon they could go home.
The mood of the class was not good.
1- JT screamed, pounded, and cried. He was mad because
Jon did not hug him good-bye. It didn't matter to JT that
he had thrown his coat in the middle of the floor, had taken
off his boots, but was still in his socks, and he'd been
working on the computer. JT made no effort to see Jon.

JT now brings his own snack that Linda packs for him.
Before all the students had a snack with him. Kids are
handling that fairly well.

JT is an excellent student at least orally and intuitively.
His written work is messy and disorganized when he writes.
He's is able to almost tell time, he counts to over 100, and I
tested him on recognizing the numbers 0-50 out of order. He
knows the capital and small letters and their sounds. He
does not color well. He can't (or won't) stay  in the lines
when he colors or he uses a different color when I give
specific directions. If I say write your name at the top
he may write it at the bottom. JT has some letter and number
reversals especially the "w" and "n"in Turpin. JT has
learned to look at the alphabet cards that are posted in
the room, to help him remember the directionality.

2-22 The students go to the library at 9:00. We'd already
talked about Ground Hog's day. The librarian had brought up
a reference on ground hogs. The students were  standing
around the computer when JT started pushing because he
couldn't see. I asked him twice not to move or I would take
him out of the room. JT started to yell. I picked him up
and we went to our room. I put him in my chair so he could
thrash around and be fairly safe. JT kept yelling at me.
This was the first time I had been able to understand
everything JT was screaming. He said I couldn't keep him in
that chair, he wanted to go to the library. I said fine,
(I've really worked on staying calm with him), but he couldn't
go back until he was quiet. He yelled some more. I asked
him to help me grade some papers. He yelled again about
being in that chair. He acted like he was tied. (He wasn't)
I said you can come and sit with me. He said he would not
grade those papers, but he did come and sit with me. It
didn't take long and he was telling me how to grade some
papers. He was very definite about how poor some of the papers
were and how they needed sad faces for grades. JT got a
kleenex, blew his nose, sat back down, calmed down, and
hand-in-hand we walked to the library.

I asked him about the library later and he said he couldn't
see. I told him I knew that, and that's why I moved him,
and finally picked him up. He said he didn't want me to
yell at him. I said I didn't and hadn't, we know that won't
work. He even got 70% when he went home and didn't yell at
me.

I apologize for the length of this note. I just keep
thinking there's a way to work around JT and give him what
he needs to cope with life. We all know it won't get any
easier.

Sincerely,
*Christina Clevenger*
Christina Clevenger
Dublin El 478





Index current as of 12/21/2021, 7:17 PM CST
Current as of 12/22/2021, 1:22 AM

Details for
2018004250
Wayne County, IN (Documents validated through:
12/22/2021, 1:30 PM CST)

Preview()

### Document Information

| Document Number: | 2018004250 | County: | Wayne County, IN | Type: | DEED DEED WARRANTY |
|---|---|---|---|---|---|
| Date: | Jun 4, 2018 | Time: | 3:35:17 PM | Execution Date: | May 29, 2018 |
| Amount: | 0.00 | Page Count: | 3 | Return To: | IV |
| Notes: | | | | | |

### Party Information

| Party Name: | Role: | Address: |
|---|---|---|
| TURPIN, JON B | GRANTOR | |
| TURPIN, LINDA B | GRANTOR | |
| TURPIN, LINDA K | GRANTOR | |
| JON B TURPIN JOINT REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| LINDA B TURPIN REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, JON B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, JON B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |

### Property Information

| Description: | Address: | Notes: | |
|---|---|---|---|
| 27-16-12 NW 0.58 | IN | | map() |
| 27-16-12 NW 1.948 | IN | | map() |
| 27-16-12 NW 0.44 | IN | | map() |
| 27-16-12 NW 0.15 | IN | | map() |
| 27-16-12 NW 0.60 | IN | | map() |

You may need to download this map viewer to view GIS Maps
and information (works only as Internet Explorer)

### Cross References

| Document | Date: | Document Type: | Notes: |
|---|---|---|---|







In the case, unbeknownst to the court, my living situation and rights were threatened by my Dad to prevent me from going to trial over the entire year that proceedings were ta
While I'm grateful for my plea deal and have no issues with public officials, my background check is suddenly coming back as having felonies, and my 2nd amendment rights a

←   Zillow

**Case details**

Case number: 49G06-1612-F5-046714

State: IN

Category: Criminal

Source: IN Administrator of Courts

Jurisdiction: Marion

Comments: Case status date: 11/21/2017

**Offense details #1**

Type: Felony level five

Description: 35-47-4-3B/Ma: Pointing a firearm:
pointing a firearm at another

Offense date: 12/01/2016

Offense code: 35-47-4-3(B)

Charge filing date: 12/06/2016

Disposition: Plea by agreement

Disposition date: 11/21/2017

Court: Superior, Criminal Division 6

**Offense details #2**

Type: Felony level five

Description: 35-42-2-2A/Ma: Criminal recklessness
committed with a deadly weapon.

Offense date: 12/01/2016

Offense code: 35-42-2-2(A)

Charge filing date: 12/06/2016

Disposition: Plea by agreement

Disposition date: 11/21/2017

⟨    ◯    |||

11:48

←   Zillow

**Offense details #2**

Type: Felony level five

Description: 35-42-2-2A/Ma: Criminal recklessness
committed with a deadly weapon.

Offense date: 12/01/2016

Offense code: 35-42-2-2(A)

Charge filing date: 12/06/2016

Disposition: Plea by agreement

Disposition date: 11/21/2017

Court: Superior, Criminal Division 6

**Bureau Contact Information**

Contemporary Information Corp.
c/o Consumer Relations Department
42913 Capital Drive, Unit 101
Lancaster, CA 93535
Phone: 1-888-316-4242 Fax: 1-866-237-2234
www.cicreports.com/consumer/disclosure/

This agency providing this report will provide, at no cost and at your
request a copy of this report or making a request to review his/or file with the
agency. A written notice in English and Spanish stating forth the terms and
conditions of his/her right to receive disclosure of information such as other
hours, any charges for disclosures, identification required for the release of
information, names of recipients of requests on the consumer, what is otherwise
available to the consumer in need doing order obtaining the information and
similar instructions.

End of Eviction & Criminal Report

This report is for rental purposes only. This report is confidential and is not to be

⟨    ◯    |||

This has even affected my wife and our wedding, and prevented us from having a honeymoon.

Important Information Regarding Your Airbnb Account   🖶

Inbox x

**Airbnb** <automated@airbnb.com>          Tue, Nov 2, 2021, 6:03 PM   ☆   ↩

to me ▾

◬ airbnb

Hi Jon,

We've recently completed an evaluation of your Airbnb account,
which included a consumer report generated using the Inflection
SafeDecision API product offered by Inflection Risk Solutions, LLC.

We regret to inform you that Airbnb, Inc. has decided to permanently
deactivate your account due, at least in part, to the following
information contained in that consumer report:

- Criminal Records Match

If you have any upcoming reservations, they'll be canceled for a full
refund and all other parties will be notified of the cancellation.

We'll contact you if anything changes in the future, but until then, we
won't be able to assist you any further with your account issues. You
can read more in our Help Center.

At first I thought that my case may have merely been filed incorrectly in Marion County courts, but when I rechecked the case, it was appropriately filed as only misdemeanors

The certified copies of my case also match the case as it was filed in May recently and don't show that I received any felonies in my case. This problem only appeared recer

## State of Indiana v. Jon Turpin

| Case Number | 49G06-1612-F5-046714 |
|---|---|
| Court | Marion Superior Court, Criminal Division 6 |
| Type | F5 - Felony 5 |
| Filed | 12/06/2016 |
| Status | 11/21/2017 , Decided |
| Reference | Prosecutor Case Management Number    49G06-DM1246516 ;  |
| | Police Agency Number    DP160144110 |

### Parties to the Case

- Defendant  Turpin, Jon
- State    State of Indiana
  Plaintiff

### Charges

- 01  12/01/2016  35-45-2-1(a)(1)/F5: Intimidation where def. draws or uses a deadly weapon
  Statute    35-45-2-1(a)(1)
  Degree    F5

- 02  12/01/2016  35-42-2-2(a)/MA: Criminal Recklessness committed with a deadly weapon.
  Statute    35-42-2-2(a)
  Degree    MA
  Filed As    F6: 35-42-2-2(a)/F6: Criminal Recklessness committed with a deadly weapon.

- 03  12/01/2016  35-47-4-3(b)/MA: Pointing a Firearm pointing a firearm at another
  Statute    35-47-4-3(b)
  Degree    MA
  Filed As    F6: 35-47-4-3(b)/F6: Pointing a Firearm pointing a firearm at another

- 04  12/01/2016  35-42-2-1(c)(1)/MB: Battery
  Statute    35-42-2-1(c)(1)
  Degree    MB

When my parents paid for my bail and lawyer I was made to sign a contract for a "loan" that would allow my parents to take all of my possessions including my condo and car
Due to this contract, and out of fear of my Dad and threats made by him, I didn't elect to go to trial, and took the plea deal, but didn't sign away my 7B right to appeal during the

**COUNT II:**
A TOTAL SENTENCE OF ONE [1] YEAR WITH ALL TIME NOT ALREADY
SERVED SUSPENDED. DEFENDANT SHALL BE ON PROBATION FOR A
PERIOD OF ONE [1] YEAR. DEFENDANT SHALL WRITE AN APOLOGY
LETTER TO JEREMY LEWIS. THIS COUNT SHALL RUN CONSECUTIVE
TO COUNT III. DEFENDANT SHALL HAVE NO CONTACT WITH JEREMY
LEWIS. DEFENDANT SHALL RECEIVE AMS UPFRONT. OPEN ARGUMENT
AS TO ALL OTHER TERMS.

**COUNT III:**
A TOTAL SENTENCE OF ONE [1] YEAR WITH ALL TIME NOT ALREADY
SERVED SUSPENDED. DEFENDANT SHALL BE ON PROBATION FOR A
PERIOD OF ONE [1] YEAR. THIS COUNT SHALL RUN CONSECUTIVE TO
COUNT II. DEFENDANT SHALL HAVE NO CONTACT WITH JEREMY
LEWIS. DEFENDANT SHALL RECEIVE AMS UPFRONT. OPEN ARGUMENT
AS TO ALL OTHER TERMS.

6.  The Defendant understands and acknowledges that placement into the Mayes County
    Community Corrections program component depends on availability and that the
    Defendant shall (or may) be held in custody pending availability [ ].

7.  Defendant hereby waives the right to appeal any sentence imposed by the Court, including
    the right to have appellate review of the sentence pursuant to Indiana Appellate Rule 7(B),
    so long as this Court sentences the defendant within the terms of this plea agreement ( ).

8.  The Defendant acknowledges that the State's recommendation, or agreement to make no
    recommendation, is based on the Defendant's criminal history known to the Deputy
    Prosecutor representing the State at the time this agreement is executed and was entered
    into the agreement. In the event that such information is incomplete, and is further or more
    accurate criminal history is discovered prior to the entry of judgment or the Defendant is
    charged with the commission of another offense prior to sentencing, the State reserves the
    right to unilaterally withdraw from this agreement at any time prior to the entry of judgment
    herein. It is further agreed that the sentence recommended and/or imposed in the
    appropriate sentence to be served pursuant to this agreement [ ].

9.  The Defendant understands and acknowledges by his/her initials that, if this agreement is
    accepted by the Court, the Defendant will give up the following rights.

___ (a) the right to a public and speedy trial by jury;
___ (b) the right to confront and cross examine the witnesses against him/her;
___ (c) the right to have compulsory process for obtaining witnesses in his/her favor;
___ (d) the right to require the State to prove his/her guilt beyond a reasonable doubt;
___ (e) the right to remain silent and the right not to be compelled to testify against
        oneself;
___ (f) the right to present a defense on one's own behalf and to be represented by counsel

[stamp: FILED JAN 05 2022]

This card references the "loan" which was actually a contract that threatened everything I'd worked for 10 years since I was kicked out of my parents' home.



https://drive.google.com/file/d/1ak--YOi7kKNlSaQpBtUgGc16j40nqau7/view?usp=share_link



I waited 4 years to receive my case files and the depositions from my case, and eventually had to write a letter to the bar disciplinary committee to receive these files, because
When I contacted my prior lawyer and let him know my Dad had sat outside my house after my parents told law enforcement they would leave me alone, I was told it was a co



The way my Dad has configured our inheritance is via a Revocable Trust, which I'm often threatened with being removed from by my Dad, and it may work like a conservators
Unfortunately, because I'm in this inheritance, it may allow my Dad to take me to civil court and remove all of my assets as a "parent" meaning his threats don't appear to be m

When my Dad determined that I had retained my right to appeal in an attempt to obtain competent representation I was denied my case files for many years, and in my opinion
After speaking with the chief of police in my hometown, the same man who assisted me during an investigation where I was brutally beaten on a locker room floor as a teenag
The only way my case files would appear in Wayne County Courts and that my background check would begin coming back incorrectly would be if my Dad was involved and I



Attached to this report are the interviews conducted by Mr.Schisting and the written statement of Turpin. Also enclosed are the medical records of Turpin where he was seen by the emergency room at Reid Hospital.

***NARRATIVE***

**Narrative:**

On March 1, 2006 at about 4:40pm, I Officer Young of the Cambridge City Police Dept. was approached by John and Linda Turpin while I was at the Cambridge City Police Dept. Linda advised that her son had been battered while at the Lincoln High School 215 E. Delaware St, Cambridge City, Wayne County, Indiana.

Linda's son is Jon F. Turpin. Jon reported that he had a altercation on the football field with ___ while at track practice. Jon reported that ___ threatened to "beat his ass" and tried to get Jon to fight him. Jon stated that he just stayed away from ___ after ___ tried to punch him. Jon reported that Casey Bogue stepped ___ from punching him. Jon then stated that after they went into the locker room there were words exchanged and then ___ pulled Jon off of the bench and put him in a choke hold and also punched Jon many times in the head and face. See Jon's statement for more detail.

I was able to see Jon left eye area was rued and swollen and Jon's left ear was very swollen and discolored. Photos were taken of the injuries. Jon reported that Michael Mann was also in the locker room along with other witnesses.

I then went and spoke with Michael Mann and his parents. In Manns statement, he advised that when he went into locker room he saw ___ put Jon off the bench by his head then threw Jon down to the floor. ___ then got on top of Jon and started punching him. ___ then stopped hitting Jon and Jon tried to sit up and then ___ put Jon in a headlock. Then Mann stated that they both got up and Jon stated "I never hit you" and Jon then left the locker room.

On March 2, 2006 Chief Roberts with the Cambridge City Police Dept. took over the investigation.

***OFFICERS***

| Officer(s): | Young, Douglas. | 89C2 | Officers Status: | Reporting | Report Entered On: | 03/03/2006 |
|---|---|---|---|---|---|---|
| Officer(s): | Roberts, Richard. | 89C1 | Officers Status: | Assisting | Report Entered On: | 03/03/2006 |

I was represented not once, but twice by an incompetent man under an invalid and hidden conservatorship who has denied my 5th amendment rights to due process under th
It has been said by the courts that I may appeal due to the circumstances of my case, and I want to ask you, would you please give me a second chance, and help me get a tr

**This has affected my life, but more importantly my wife's life terribly, and we're just trying to retain my rights and start a family safely.**
**It has taken me over 5 years and the utmost patience quietly enduring harassment and abuse from my Dad to retain the right to appeal.**



J.T. lost $30,000 in investments in downturn.

J.T. managing his finances, while living away from his parents in Indianapolis, IN

J.T. dealing with his parents

$60,000+ lost during abuse and escaping from "parents."

Cryptocurrency Business Sales
"Dowry" & Home Purchase & Repairs

My silence was only broken when my wife also experienced this harassment and abuse from my Dad making her distraught, but this wasn't enough, he even contacted our pri
Not for the first time, but for the second time in our lives, my Dad tried to cause a situation where we couldn't get married unless he could bribe or force us to be married outsic



### Rev. P. Brent Maher

Pastor | St. Agnes, Baton Rouge



Marriage Prep Meeting - Zoom info  Inbox x



Fr. Brent    «pado»    <@gmail.co/co»   Thu, Jul 15, 2021 9:30 AM    ☆    ↩    ⋮
to &co/co»  ▾

We haven't had to use Zoom much here at St. Agnes, so we don't have the upgraded
account to have longer sessions with 3+ people, so I set up two meetings in case we
need to back out and start over. Links below. See y'all virtually at 2!

Topic: Marriage Prep Meeting
Time: Jul 15, 2021 02:00 PM Central Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/7667314723895

Meeting ID: 768 7314
Passcode:

SECOND MEETING, if needed
Join Zoom Meeting
https://us04web.zoom.us/j/7615481307891

Meeting ID: 781 5481
Passcode:

We were even prevented from attending my sister's wedding, and no family members attended our wedding due to defamation of me, and my sister's wedding bei

My Dad has threatened I'll be shot, stalked me, threatened cousins and public officials, he told my wife she'll be "destitute with 5 kids living under a bridge" as we
Our damages and losses are in the thousands just to be married to each other. I can only expunge once in my life, and I believe I only did what I had to do in my g







If I expunge rather than appeal, it is my sincere belief my Dad will begin his last attack upon my character to destroy us, and this will affect not only me, but my wi
While incompetent due to medical maladies such as scarlet fever, and severe chemotherapy, my Dad is one of the most intelligent people I've known and this war

Do you have children Mr. Relford? If so, would you ever do this to a son or daughter of yours? It's my sincere belief that you wouldn't, especially from your reactio
There is so much more to present, and I've documented it carefully to restore my character, not for me, but so I may protect my wife, and future family and finally o

My character and rights, personal and legal, is our best defense, please, let me know if there is anything I may do to remedy my error in language, and help us res
I'm extremely sorry for my foul language, in my opinion you're the man and attorney we need to represent us, please let me know if you'll support us in my appeal

Thank you so much for your time, Mr. Relford.

Sincerely,
Jon F. Turpin
E-mail: jt4590@gmail.com
225-259-6270

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

**3 attachments**

📄 **Representation Agreement.pdf**
68K

📄 **Representation Agreement.pdf**
143K

📄 **Expungement Checklist.docx**
25K

---

Jon F. Turpin <jt4590@gmail.com>
To: "guy relfordlaw.com" <guy@relfordlaw.com>
        Thu, Jan 12, 2023 at 5:10 PM

Thank you Mr. Relford,
The agreement is signed and attached. I'll contact your office to complete payment, and hope to see briefly on the 17th at 10AM.
I'll begin working on the expungement checklist later this evening and submit it to you once it's completed.

Sincerely,
Jon F. Turpin
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

--------------------------------------------------------------------------------

**2 attachments**



**RepresentationAgreementSigned_001.jpg**
2332K



**RepresentationAgreementSigned.jpg**
4891K

--------------------------------------------------------------------------------

**Jon F. Turpin** <jt4590@gmail.com>                                    Fri, Jan 13, 2023 at 1:14 AM
To: "guy relfordlaw.com" <guy@relfordlaw.com>

Hi Mr. Relford,
Please find the completed Expungement Checklist attached.

Thank you,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

--------------------------------------------------------------------------------



**Expungement_Checklist.jpg**
4661K

--------------------------------------------------------------------------------

**guy relfordlaw.com** <guy@relfordlaw.com>                              Fri, Jan 13, 2023 at 1:25 PM
To: "Jon F. Turpin" <jt4590@gmail.com>

Jon - thank you for your payment.  Just to confirm - I believe we said 10am Tuesday for our meeting?

Guy
---------------
The Law Offices of Guy A. Relford
One South Rangeline Road
Suite 110
Carmel, IN  46032
(317) 844-4297 (office)
(317) 432-0747 (cell)
(317) 703-3457 (fax)
E-mail:  guy@relfordlaw.com

www.relfordlaw.com

www.facebook.com/relfordlaw

Notice: This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt
from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message
is strictly prohibited. If you receive this message in error, or are not the name recipient(s), please notify the sender at either the e-mail address or telephone
number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work
product, or other applicable privilege.

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Thursday, January 12, 2023 5:10 PM
**To:** guy relfordlaw.com <guy@relfordlaw.com>
**Subject:** Re: Expungement

[Quoted text hidden]

**Jon F. Turpin** <jt4590@gmail.com>
To: "guy relfordlaw.com" <guy@relfordlaw.com>

Fri, Jan 13, 2023 at 1:27 PM

Yes sir, that's correct,
Please let me know if anything changes and I'll accommodate.

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]

---

**guy relfordlaw.com** <guy@relfordlaw.com>
To: "Jon F. Turpin" <jt4590@gmail.com>

Fri, Jan 13, 2023 at 1:50 PM

Thanks.  See you then.
[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>
To: "guy relfordlaw.com" <guy@relfordlaw.com>

Sun, Jan 15, 2023 at 1:13 PM

Hi Mr. Relford,
I forgot to mention that those are also showing up in Wayne County since my Dad had them transferred without my permission via the prior lawyer.

It's worth checking Marion, Wayne, and Delaware in case my Dad does it again.

Thank you,
Jon
[Quoted text hidden]

---

**12 attachments**


**image.png**
74K

**image.png**
83K


**image.png**
157K

**image.png**
198K


**image.png**
101K



image.png
345K

image.png
157K

image.png
198K

image.png
74K

image.png
83K

image.png
345K

image.png
101K

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

## Please Insure These Items
2 messages

---

**Jon F. Turpin** <jt4590@gmail.com>
Fri, Jul 7, 2023 at 6:24 PM
To: shaun.cavanaugh@goosehead.com
Bcc: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Dear Mr. Cavanaugh,
In my opinion these objects may be valued and insured at $5,000 each in real value currently, though they may have other significance and represent other value.

Becker Cleaver
Turpin Height Board

Please let me know if any other information is needed and thank you for your time.

Sincerely,
Jon F. D. Turpin

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Fri, Jul 7, 2023, 4:20 PM
Subject: Re: Cooperation and Support
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>, SA Joseph L. Chaney <jlchaney@fbi.gov>

Two objects, family heirlooms and potentially priceless, yet representing a monetary worth exceeding $10,000,000 each, which signify that I am simultaneously the current overall POA, and the current overall Executor for the Turpin and Becker, Lee, and Elliott families and estates, and which rightfully belong to me are currently missing, potentially stolen, and must be returned to their rightful owner immediately, with all due haste and safety.

My (previously owned by my maternal Grandfather Frederick William Becker and Grandmother Alice Yvonne (Elliott) Becker) Cleaver, promised and passed to me directly by her while she was mentally sound and before any question to her mental validity.

My (previously owned by my paternal Grandfather Arnold Raymond Turpin and Eva Coleen (Lee) Height Board promised and passed to me directly by him while he was mentally sound and before any question to his mental validity.

These may be wrongfully in possession of Jon Brent Turpin and James Curtis Turpin, and must be returned immediately or may be considered as grand larceny against God's Word, family rules, and jurisprudence.

Sincerely,
Jon F. D. Turpin

---

**Jon F. Turpin** <jt4590@gmail.com>
Fri, Jul 7, 2023 at 7:47 PM
Draft To: shaun.cavanaugh@goosehead.com

**2 attachments**



**Screenshot_20230624_205608_Phone.jpg**
166K



**Screenshot_20230624_205548_Chrome.jpg**
449K