**LABOR READY**

*Dependable Temporary Labor.*

While I may be a
constituent, I may also
be a U.N. diplomat and
as a man of Faith, a Catholic
Archbishop, along with
having legal, multiple State
residency in different Forms.
We all wear many hats.

**Call Today!**
**1-800-24-LABOR**
www.LaborReady.com

Labor Ready, Inc. (NYSE: LRW) an emerging growth company.
LOCATIONS TO SERVE YOU ACROSS THE U.S., PUERTO RICO, CANADA, & U.K.

Dear Honorable Attorney General Todd Rokitta,
I'm requesting an audience and meeting with you
to collect my gun permit, and to discuss the
Missouri & Louisiana V. Biden Case, along with
Civil Warrants AKA eviction notices via Napoleonic
(Law) Civil Code and House Bill 1282 extending from
the U.S. Constitution, Bill of Civil Rights, U.N charter
etc, et al, and request to meet with you at your
earliest convenience.

Jon L. "D" Turpin
FBI Infragard Indiana & Louisiana
Private Desktop Commander-In-Chief
225-259-6270





 Gmail

Jon F Turpin <jt4590@gmail.com>

## Shiba Inu and DeFi Token Scams - Help
3 messages

**Jon F. Turpin** <jt4590@gmail.com>                              Tue, Jun 15, 2021 at 3:36 PM
To: InfraGardTeam@fbi.gov

Hi,
I'm contacting you because I cannot remember my username and I need to report what I believe to be a huge financial crypto scam now.

I am currently being doxxed (not hard, but still not ok) by members of what I believe to be an organized crypto crime ring. I've compiled some of the info I've found in a YouTube video and they've taken to doxxing me and sending a threat to find me and "visit" on Reddit which I've reported... I'm not sure how far they are going to go.

https://www.facebook.com/jon.f.turpin/posts/10165369436100331&show_text=true&width=500

I've been doxxed by someone claiming to be at the email address of tonirod86@gmail.com and someone claiming to be named Micelle Demers.
They've contacted my workplace and claimed that I own a crypto wallet worth 25m in attempts to get me fired as well. I've never had this amount of money in my life, and if I somehow did come into possession of an ill-gained crypto wallet this will be immediately passed over to the FBI to investigate.


Certainly there is more doxxing going on because I went public with this in an attempt to prevent others from getting scammed, but with one potential death threat already this is much bigger than me and I need some help.

I encourage you to investigate and please get in touch with me. If this is a scam, which to me it appears to be, please spread awareness before more people are taken for all they have.

Regards,
**Jon F. Turpin**
Phone: (317) 378-9314
E-mail: jt4590@gmail.com
Owner: Rag Tag Games, LLC (2011-2013)
*Proud Corporate Sponsor of Riley Children's Foundation, Inc.*

BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

---

**Jon F. Turpin** <jt4590@gmail.com>                              Tue, Jun 15, 2021 at 3:50 PM
To: "SA Joseph L. Chaney" <jlchaney@fbi.gov>


Hi Joseph,
I'm contacting you because I need to report what I believe to be a huge financial crypto scam now.

[Quoted text hidden]

---

**Jon F. Turpin** <jt4590@gmail.com>                              Sun, Jul 2, 2023 at 2:59 AM
To: todd.rokita@in.gov, "SA Joseph L. Chaney" <jlchaney@fbi.gov>

The majority of times I've reported anything: My Dad's abuse, Michael's abuse, the abuse of me at the school which they didn't help stop, but instead, attempted to use me as collateral in and "put me down" as gay, my report of the unconstitutional Revocable Trust that has been used to falsely, against my civil rights, classify me as a dependent:

All have been attempts to ensure I'd never have a family, inherit, and now that I've reported the crypto scam, and potential child porn by Jared Junkin, and Michael Mann, there have been further, persistent attempts to destroy me, my wife, our marriage, our home, and even our ability to exist, and it still continues, with me properly reporting out of genuine concern, and enduring the same situation I had to endure as a child in the Western Wayne School Systems, without, so far, justice.

I've identified the "bad apples" and have done so by researching and pointing out a pattern, so, why will no one collect the evidence I've provided, and/or attempted to provide from the start, without attempting to continuously force me under the tyranny of my Dad, who has treated me as collateral to use for court cases instead of as a son?

Why, as the actual victim, who still loves our state of Indiana, and even denied taking a settlement from Western Wayne School Systems, and instead asked them then to "keep your money and just make this School a better place for kids so this doesn't happen again" am I still allowed to be abused?

I don't blame our government, nor our state, nor our Indiana Bar Association, nor our lawyers, nor our ISP, nor our STK, nor the government agencies with good people that do their best every day, nor my family, friends, nor even my former employers for being "duped" by these persons.

But I do say these persons are the issue here, and I am disappointed that, even now that they have proven their pattern of bad behaviors, that it may be allowed to continue, with not only me, but my wife losing everything just to even be heard.

They even threatened us with this destitution and loss of employment, and they always follow through, or attempt to, and they've threatened us with either complete and utter loss of rights and character and family, and/or death.

Now there are accusations to the DHS that we are threats to society, or that I'm a potentially gun violent person (one of the only ways to invalidate a valid expungement and attempt to force a false eviction from a home we purchased, which will be yet another attempt to prevent us from home ownership in our state of Indiana, and would allow my Dad to excise me from inheritance, and divorce my mom, as he threatened to do, while blaming me).

When that didn't/doesn't work, then the claims become that we must be mentally unfit, or potentially drug addicts, which is just incorrect and untrue.

Mr. Rokita, I wouldn't care what they said about me if it hadn't already been used in such a way to damage my character irreparably without a full pardon, and if it hadn't already been used to damage my jobs repeatedly, and even my career, and most importantly, if it hadn't been used to hurt and attempt to continue to hurt my wife, and our marriage without justice.

I truly don't care about my reputation, but this has damaged my character, and Faith alongside character make the foundation on which a man builds a life with his wife, and protects his family and children.

They have no right to my Faith, nor my wife, nor my character, nor my independence, nor our peace of mind, and further they have no right to destroy my life and my wife's life simply because they cannot carry their own false reputations, cannot view themselves honestly in the mirror, and cannot sleep with their own guilty consciences for their sins.

With that in mind, would you ever allow this to happen to your wife and children, even if some of the persons perpetrating it claimed they were your Dad, or claimed they were your friends? Their actions speak otherwise to me.

My Dad even contacted our priest from states away and tried to claim I was incompetent and unfit to be married, against the opinion of our qualified priest.

For independence day, I pray for true independence, and for justice, and I've already asked Jesus, Mary, and God, and I have Faith in them, and now I'm asking you.

Sincerely,
Jon F. D. Turpin
[Quoted text hidden]



# Private Industry Notification

**FEDERAL BUREAU OF INVESTIGATION ◆ CYBER DIVISION**

**16 December 2022**

PIN Number

20221216-001

*The following information is being provided by the FBI, with no guarantees or warranties, for potential use at the sole discretion of recipients to protect against cyber threats. This data is provided to help cyber security professionals and system administrators guard against the persistent malicious actions of cyber actors. This PIN was coordinated with DHS/CISA.*

*This PIN has been released TLP: AMBER+STRICT The information in this product may be shared with members of your organization on a need-to-know basis to protect their organization and prevent further harm.*

## Please contact the FBI with any questions related to this Private Industry Notification via your local Cyber Task Force or FBI CyWatch.

www.fbi.gov/contact-us/field-offices | **Email:** cywatch@fbi.gov | **Phone: 1-855-292-3937**

# Cyber Criminals Accessed FBI's InfraGard Membership Portal

## Summary

The FBI is informing InfraGard members of a potential data breach of the InfraGard member portal and the potential threat of continued exploitation by malicious cyber actors. On 10 December 2022, a cyber criminal allegedly offered to sell the contact information for more than 80,000 InfraGard members on the Breached English-language cyber crime forum. The sale and exposure of this sensitive information could lead to subsequent cyber attacks against members of organizations affiliated with InfraGard. In response, the FBI immediately locked all user accounts and has paused processing of all new InfraGard applications. There is currently no evidence of any additional security vulnerabilities on the InfraGard portal.

The FBI provided in an earlier statement that, "The FBI is aware of a potential false account associated with the InfraGard Portal and is actively looking into this matter. This is an ongoing situation, and we are not able to provide any additional information at this time." The FBI will continue to provide additional information as appropriate.

TLP: AMBER+STRICT

TLP: AMBER+STRICT

## Threat

Cyber actors routinely seek opportunities to conduct attacks against government and law enforcement organizations for a variety of motives. On 10 December 2022, at least one cyber criminal offered to sell contact information of approximately 80,000 FBI InfraGard partner entities on Breached, an English-language cyber crime forum. The cyber criminal who posted the data used the handle 'USDoD' and the seal of the US Department of Defense as their avatar. The FBI does not believe 'USDoD' has any affiliation to the US Government. The Breached cyber criminal forum is viewed by the cyber criminal underground as the successor to RaidForums, which was seized by the FBI in April 2022.

'USDoD' claimed to have gained access to the InfraGard system by possibly social engineering a new account using the personal details of a financial industry CEO in November 2022. 'USDoD' was able to complete the multi-factor authentication required to access InfraGard by using a fictitious email address. 'USDoD' allegedly exfiltrated available InfraGard user data using a python script that queried InfraGard's Application Programming Interface (API).

After posting the stolen data, 'USDoD' began communicating directly with a small number of InfraGard members through the online portal using the newly created account under the assumed identity of that CEO. According to a reputable online cyber news and security website, the user stated they hoped their imposter account would exist unnoticed long enough to send direct messages as a CEO to other executives through the InfraGard messaging portal. In the Breached forum post advertising the data, 'USDoD' demanded $50,000 for the data. Initial assessment of data exposed includes aspects of: usernames, first and last name, phone numbers, business title, email addresses, organization, critical sector association, and zip codes.

The FBI has locked down all InfraGard member accounts at this time and paused processing of all new InfraGard accounts. There is currently no set timeframe for when accounts will be reactivated. There is currently no other evidence of nefarious activity on the InfraGard portal. The FBI is aware of the demand and interest for more information on this topic and will continue to provide messaging as appropriate.

## Recommendations

FBI recommends InfraGard members take the following steps to protect themselves from malicious cyber-attacks using the exfiltrated information.

- Use strong passwords and regularly change passwords to network systems and all business and personal accounts, implementing the shortest acceptable timeframe for password changes. Avoid reusing passwords for multiple accounts.

**TLP: AMBER+STRICT**

- Ensure mobile carriers place additional security measures on accounts to avoid SIM swapping.
- Any credible threatening information should be reported to law enforcement for their awareness to guard against swatting.
- Scrub social media accounts for personal details. Any piece of data alone can be innocuous, but tied to other sources, it becomes a full picture of an individual. Online behavior can reveal patterns of life that can lead to physical risks in the real world.
- Protect your personal information. If people contacting you have key details from your life—your job title, multiple email addresses, full name, and more that you may have published online somewhere—they can attempt a direct spear-phishing attack on you. Cyber criminals can also use social engineering with these details to try to manipulate you into skipping normal security protocols.
- Regularly conduct web searches for your company name to identify results that return multiple websites that may be used in a scam. For example, the actual website "abccompanyllc.com" may be spoofed by fake domains such as "abccompany.biz", "abccompany11c.com", or "abccompanyllc.com".
- Notify company personnel of the breach and educate employees about BEC scams, including preventative strategies such as how to identify phishing emails and how to respond to suspected compromises, and look at the FBI <u>resources</u> for the latest trends.
- Be wary of hyperlinks. Avoid clicking on hyperlinks in emails and hover over links to verify authenticity. Also ensure that URLs begin with "https." The "s" indicates encryption is enabled to protect users' information.
- Double your login protection. Enable multi-factor authentication (MFA) to ensure that the only person who has access to your account is you. Use it for email, banking, social media, and any other service that requires logging in. If MFA is an option, enable it by using a trusted mobile device, such as your smartphone, an authenticator app, or a secure token—a small physical device that can hook onto your key ring.
- Think before you act. Be wary of communications that implore you to act immediately. Many phishing emails attempt to create a sense of urgency, causing the recipient to fear their account or information is in jeopardy. If you receive a suspicious email that appears to be from someone you know, reach out to that person directly on a separate secure platform. If the email comes from an organization but still looks "phishy," reach out to them via customer service to verify the communication.

## Additional Resources

The Department of Homeland Security Cybersecurity and Infrastructure Security Agency (DHS-CISA) offers a range of no-cost <u>cyber hygiene services</u> to help critical infrastructure organizations assess, identify, and reduce their exposure to threats, including ransomware. By requesting these services, organizations of any size could find ways to reduce their risk and mitigate attack vectors.

TLP: AMBER+STRICT

Direct any additional requests or questions to the FBI Private Sector Coordinator at your local FBI Field Office: https://www.fbi.gov/contact-us/field-offices.

## Reporting Notice

The FBI encourages recipients of this document to report information concerning suspicious or criminal activity to their local FBI field office or the FBI's 24/7 Cyber Watch (CyWatch). Field office contacts can be identified at www.fbi.gov/contact-us/field-offices. CyWatch can be contacted by phone at 855-292-3937 or by email at CyWatch@fbi.gov. When available, each report submitted should include the date, time, location, type of activity, number of people, type of equipment used for the activity, the name of the submitting company or organization, and a designated point of contact. Press inquiries should be directed to the FBI's National Press Office at npo@fbi.gov or (202) 324-3691.

## Administrative Note

This product is marked TLP: AMBER+STRICT. The information in this product may be shared with members of your organization on a need-to-know basis to protect their organization and prevent further harm.

TLP: AMBER+STRICT

## Your Feedback Regarding this Product is Critical

*Please take a few minutes to send us your feedback. Your feedback submission may be anonymous. We read each submission carefully, and your feedback will be extremely valuable to the FBI. Feedback should be specific to your experience with our written products to enable the FBI to make quick and continuous improvements to these products. Feedback may be submitted online here* https://www.ic3.gov/PIFSurvey

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Dear His Holiness Pope Francis
2 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                                                    Sat, Jul 8, 2023 at 4:25 PM
To: His Holiness Pope Francis <info@vaticanrome.it>

His Holiness, Pope Francis
Apostolic Palace
00120 Vatican City

His Holiness, Pope Francis
Saint Martha House
00120 Città del Vaticano, Vatican City

Dear His Holiness Pope Francis,
Thank you sincerely for your service to God and Church and our Holy Vatican City State, our Fundamental Law, and all God's People and God's Creatures,

I hereby confess my sins to you, and God, and for I am a sinner, I repent in heart, mind, body, spirit, and marriage, forever and with the Holy Spirit within me, and request, sincerely, and with prostrate humility, God's Grace, Blessing, and full Forgiveness of Sin.

I also confess I may be the last remaining true and designated heir of 8 families whose lineage of note includes Kevla Odinson and Kings of Danes and Finns before him, The True Kings of Scotland, and Sirs and Knights of England, along with Turpin de Reims of Charlegmagne, and the Becker Orthodox Jews of Israel and Jerusalem, and Daniel Boone and Davy Crockett of United states "Kings of the Wild American Pioneers and Frontier" amongst others of note in our family lineage and heritage.

I hereby request an audience with you for, at your discernment, annointment, to serve in God's path and Jesus ways, with the Blessed light our Lord has given me, as leader of all free peoples and God's Creatures should we must go to war for the Holy Roman Empire, and declare and claim my birthright, in full, to mine God and World.

I also request that a vial of my blood be submitted to the Vatican Archives for review and DNA testing and documentation, despite any skepticism, to ensure that, should I be correct, as all divine guidance, heritage, research, law, and opinion has led me, that this is not lost to our Holy Church.

We request your divine blessing and protection and humbly pray, to the Father, Son, and Holy Spirit, with reverence to the Holy Mother Mary, and humble gratitude to His Holiness:

AMEN,
Jon Frederick "Fritz" "Dismas" Turpin
[Thorfinnr]
2421 S PLUM ST, YORKTOWN, IN 47396
FBI Infragard
Phone: 225-259-6270

---

**7 attachments**



**Baptism 002.jpg**
3662K



**RCIA.jpg**
6086K



**Marriage Certificate Jon & Erin Turpin 001.jpg**
2239K



**20230617_135845.jpg**
1714K



**20230617_135907.jpg**
2097K

**Turpin, Archbishop of Reims _ Catholic Answers.PDF**
193K

**TheTurpinPedigree_KingsOfScotland.pdf**
6513K

**Jon F. Turpin** <jt4590@gmail.com>                                        Tue, Jul 11, 2023 at 12:13 PM
To: His Holiness Pope Francis <info@vaticanrome.it>

Dear His Holiness Pope Francis,
Since there is available technology, and it's much more expedient, safer, and easier, saliva would also suffice, as this is what AncestryDNA also uses for these processes.

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com
FBI Infragard Indiana & Louisiana
BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

[Quoted text hidden]



**Catholic Answers**
TO EXPLAIN & DEFEND THE FAITH®

ENCYCLOPEDIA

# Turpin, Archbishop of Reims

Date of birth uncertain; d. Sept. 2, 800



Click to enlarge

Turpin, Archbishop of Reims, date of birth uncertain; d. September 2, 800. He was a monk of St. Denis when, about 753, he was called to the See of Reims. With eleven other bishops of France he attended the Council of Rome in which Pope Stephen III condemned the antipope Constantine to perpetual confinement. He enriched the library of his cathedral by having numerous works copied, and obtained from Charlemagne several privileges for his diocese. Leg-ends grew up around his life, so that by degrees he becomes an epic character who figures in numerous *chansons de geste*, especially in the "Chanson de Roland". Furthermore, a chronicle known as the "Historia Karoli Magni et Rotholandi" has been attributed to him; but that he was not the author is proved by the use in the chronicle of the word "Lotharingia" which did not exist prior to 855, the mention of the musical chant written on four lines, a custom which does not date back further than 1022, and finally the silence of all the writers of the ninth and tenth centuries regarding this so-called book of Turpin's. The first to mention him is Raoul de Tortaine, a monk of Fleury, who wrote from 1096 to 1145. At the same time Calistus II regarded the book as authentic, and its diffusion revived the fervor of the pilgrimages to St. James of Compostella. In it is related an apparition of St. James to Charlemagne; the saint orders the emperor to follow with his army the direction of the Milky Way, which was thenceforth called the "Path, of St. James". Gaston Paris considers that the first five chapters of the chronicle attributed to Turpin were written about the middle of the eleventh century by a monk of Compostella, and that the remainder were written between 1109 and 1119 by a monk of St. Andre de Vienne. This second part has a real literary importance, for the monk who wrote it derived his inspiration from the *chansons de geste* and the epic traditions; hence there may be seen in this compilation a very ancient form of these traditions. The chronicle was translated into Latin and French as early as 1206 by the cleric Jehan, in the service of Renaud de Dammartin Count of Boulogne. Editions according to various MSS. have been issued at Paris by Castets (1880) and at Lund by Wulff (1881).

GEORGES GOYAU

Catholic Answers is pleased to provide this unabridged entry from the original Catholic Encyclopedia, published between 1907 and 1912. It is a valuable resource for subjects related to theology, philosophy, history, culture, and more. Like most works that are more than a century old, though, it may occasionally use anachronistic language or present outdated scientific information. Accordingly, in offering this resource Catholic Answers does not thereby endorse every assertion or phrase in it.

## Enjoying this content?  Please support our mission!

WWW.CATHOLIC.COM/SUPPORT-US

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

## Dear Honorable President of Ukraine, Mr. Volodymyr Zelensky

3 messages

---

**Jon F. Turpin** <jt4590@gmail.com>                                                  Fri, Jun 30, 2023 at 8:08 PM
To: Volodymyr Zelensky <Presidentpressoffice@apu.gov.ua>
Cc: turpins-families-legacies@googlegroups.com, pressoffice@apu.gov.ua, letter@apu.gov.ua, forms@clintonfoundation.org, spartzinbox@mail.house.gov, president@whitehouse.gov, vice.president@whitehouse.gov, first.lady@whitehouse.gov, correspondence@45office.com, Austin.Cook@mail.house.gov
Bcc: "SA Joseph L. Chaney" <jlchaney@fbi.gov>

Mr. Volodymyr Zelensky
President of Ukraine
11 Bankova St. 01220 Kyiv, Ukraine

Dear President Volodymyr Zelensky,
I am writing this letter to you as a man of Faith, husband, and citizen of the United States of America.

Representing as an, orally via tradition, designated delegate of four, or more families in our Union, and as a firm supporter of Ukraine and our United Nations, to express our concern about, what we view as the necessary, and continued support of Ukraine, as an independent and militarily capable nation on our world stage.

It is my humble opinion that you are a patriot in your endeavors against ongoing turmoil, and in your fight for true, civil rights, and freedoms in line with the esteemed United Nations Charter.

While my opinion may mean little in any grand scheme, and I understand you are a very busy man, with one of the hardest jobs, it is my sincere wish to say thank you for all you've endured and contributed, not only to Ukraine, but to our United States, and world.

Our Honorable Representative Victoria Spartz of the State of Indiana, within our district, has proud Ukrainian Heritage, and our prior Honorable first Lady, Melania Trump has proud Slovenian Heritage, and from my limited knowledge of our world, it is my opinion that each has contributed, and continues to contribute to your mutual efforts towards life, liberty, and the pursuit of happiness in Ukraine.

Recently it was suggested that I "use my words" to express thanks, gratitude, and solidarity, with others whom I, as merely another one of God's Creatures on our space-borne globe, find to be honorable.

To more aptly say thank you, I've sent 7 Ukrainian Medals representing the honor of "Defender of the Motherland" to the State Representative in our district, none other than the Honorable Victoria Spartz, and one medal representing the "Patriot of Ukraine" to her Washington D.C. office.

It is my humble request to our own Honorable President, since I as simply a citizen may not officially be able to provide to you a medal, and the United Nations, and our Vatican, to nominate you as the Patriot of Ukraine, to receive a sincere thank you for your tireless service and perseverance.

It is also my humble request to you, as the Honorable President of Ukraine, to nominate the individuals below, in no particular order, and without preference given to any, for they are all servants of our great nation and world at large, for the "Defender of the Motherland" Medals, which I've provided as a sincere thank you for their own tireless service and perseverance:

Honorable First Lady Dr. Jill Biden
Honorable Vice President Kamala Harris
Honorable Prior First Lady Hillary Clinton
Honorable Prior First Lady Melania Trump
Honorable Representative Victoria Spartz
Honorable Representative Elissa Slotkin
Honorable Senator Benjamin Cardin with finest regards to his lovely wife, Myrna.

It has been reported publicly that the President of Russia, Mr. Vladimir Putin, may wish to escalate to nuclear war, and, even as merely a man of Faith, husband, and citizen who wishes to be a Dad, it is my sincere wish to express my

difference of opinion in a positive way, and encourage each other to stand in solidarity with one another to prevent gross tragedies reminiscent of the hard-learned lessons of our 20th century from ever occurring again, especially when they could be so dire to the future of our world, and all God's Creatures.

I've attached a photo of a piece of history, passed down to me, which inspired me to speak up about current events, and express my gratitude to each and all of you, and to sincerely request that each of you receive, in my opinion, past due recognition, and implore you to continue your persistent endeavors towards peace in our world.

"A DIFFERENCE OF OPINION:
Czar Denies There is Any Famine in Russia."

Thank you, sincerely, for your service to us,
Jon Frederick "Dismas" Turpin
FBI Infragard



**20230630_010920.jpg**
2964K

---

**Jon F. Turpin** <jt4590@gmail.com>                    Sat, Jul 1, 2023 at 12:22 PM
To: senator@cardin.senate.gov

Dear Honorable Senator Benjamin Cardin, with finest regards to lovely Myrna Cardin,

Thank you for your service to us, sincerely.
[Quoted text hidden]



**20230630_010920.jpg**
2964K

---

**Jon F. Turpin** <jt4590@gmail.com>                    Sun, Jul 2, 2023 at 5:50 PM
To: Volodymyr Zelenksy <Presidentpressoffice@apu.qov.ua>

One correction due to an honest mistake:

"A DIFFERENCE OF OPINION:
**According to Reports,** Czar Denies There is Any Famine in Russia."
[Quoted text hidden]

# THE TURPIN PEDIGREE

*by*

Francis W. Steer

In his *History and Antiquities of the County of Leicester* (vol. iv, p. 225) John Nichols gives a pedigree of the families of Gobion and Turpin of Knaptoft which he continues from William Camden's Visitation of Leicestershire taken in 1619.[1] Nichols describes Knaptoft Old Hall as built in the time of Henry VII by John Turpin (died 1494) and enlarged or embellished by his great-great-grandson Sir William Turpin (died 1617). Knaptoft church, once rich in heraldry and containing the Turpin family tombs, was in an advanced state of decay in 1805 and by 1835 was in ruins.[2] In passing, it may be mentioned that Richard Watson (1737-1816), bishop of Llandaff, mathematician, chemist, divine and controversialist, was rector of Knaptoft from 1781.[3]

The pedigree printed by Nichols may be supplemented, to some extent, by a very fine manuscript version on vellum, 69¼ in. × 15 in., now in the possession of Mr. C. H. Bullivant of Minehead, Somerset, who lent it to me so that I could transcribe it and blazon the 38 shields of arms and four crests with which it is decorated. The pedigree, dated 1564, is signed by Robert Cooke, Chester Herald,[4] and was made for George Turpin (no. 72 in the table). The painting is still very fresh and of high quality although the gold on the arms is represented by yellow paint and the silver by the natural vellum; the wording in panel "A" has suffered from abrasion. A member of the Turpin family, Richard, son of Richard of Calais and author of the "Chronicle",[5] was himself a herald and contemporary with Cooke; something of his career is in Mark Noble, *A History of the College of Arms* (1805), 175-6.

While the manuscript pedigree is not so detailed as that printed by Nichols, it is an important record of the heraldry of the families concerned and provides a check against Nichols's description of the heraldry formerly in Knaptoft church. Cooke notes (panel "A") the existence of tombs and glass in the church and says that they were recorded at the 1563-4 Visitation which he apparently undertook as deputy for William Hervy, Clarenceux. Cooke's pedigree has curved lines of descent which are not easily reproduced in print, so a key is provided in a simplified and more conventional fashion and each entry and shield is numbered; each shield is prefixed by the letter "S" in the key and in the table. The transcript is as the original, including the varied and often illiterate spelling; the surnames in the attributions of the arms also follow the form used by Cooke.

The pedigree is typical of many compiled by the Tudor heralds because, somehow or other, a royal descent had to be included to show that their client was a gentleman born. The royal descent of the Gobions and the pedigree of the Lords of Raby are among the features omitted by Nichols.

1



KEY TO THE TURPIN PEDIGREE

**S 1.**  *Quarterly or and barry of six argent and gules, a border sable charged with nine fishes naïent of the second,* for Gubbyon.  Crest, *On a wreath or and gules, a griffin passant or, gutté de sang, the forelegs and beak azure.*
1. S$^r$ Rychard Gubbyon Erle of Northampton.

**S 2.**  Gubbyon, as in S 1, ensigned with a coronet on which are five gold rosettes.

**S 3.**  *Or a lion rampant within a double tressure flory counterflory gules,* for Scotland.
3. Mallcolen Kinge of the Scottes had Dyvers issu.

**S 4.**  *Gules a saltire argent,* for Neville.
4. Seward Alldyss Erle of Northumberland in the tyme of Harrold king of England.
5. Edward First Sune off Mallcolen.
6. Duncane Secound Sune of Mallcolen.
7. Edmund 3 Sune of Mallcolen.
8. Edger 4 Sune of Mallcolen.
9. Alexand$^r$ 5 Sune of Mallcolen Kinge of the Scottes

**S 5.**  Neville, as in S 4.
10. Wyll'm First Sune of Sewarde was Erle of Northumberland & Comb'land Created by W$^m$ y$^e$ Conqueror.

**S 6.**  *Gules two lions passant guardant or,* for England, impaling Scotland.
11. Henry the First of that name Kinge of England maried
12. Maude Daught$^r$ of Mallcolen Kinge of the Scottes wyef to H the furst.

**S 7.**  Scotland, impaling Neville.
13. Davyd 6 Sune of Mallcolen was aft$^r$ his Broth$^r$ Alexand$^r$ Kinge of the Scottes.
14. Matilda first maried to Davyd king of y$^e$ Scottes and aft$^r$ to W$^m$ Conqueror for his 2 wyef By Davyd she had issu as Folowethe.

**S 8.**  Gubbyon.
15. S$^r$ Auncell Gubbyon Sune of S$^r$ Rychard.

**S 9.**  *Gules a lion passant guardant or,* for Geoffrey of Anjou, impaling England as in S 6.
16. Maude Filzempresse maried to Galffred Plantagenet Erle of Angoye of who' the Quenes maiestie is Dessendid.

**S 10.**  Scotland, impaling *Checky or and azure,* for Warren.
17. Henrye Erle of Huntington & Comb'land by his Fath$^r$ and Erle of Northumb'land by his moth$^r$.
18. Adama Daught$^r$ of the Erle Warren.

**S 11.**  *Ermine,* for the Dukedom of Brittany, impaling Neville.
19. Bertha maried to the Duke of Brytaigne.

**S 12.**  Neville, *a crescent or in chief for difference.*
20. Ottred 2 Sune of the Erle of Northumberland was Lord of Rabye.
21. Cospatre Sune of Ottred Lord of Rabye.
22. Ottred Alldyss Lord of Rabye Sune of Cospatre.
23. Wyll'm Sune of Henrye was Kinge of the Scottes & had Dyvers issu as in his Dessent appeareth.
24. Malcolen Kinge of the Scottes Dyed w$^{th}$out issu.
25. Suzanna 2 Daught$^r$ maried to the Lord Roosse of whom the Marques of Northampto' & the Erle of Rutland is Dece'did.
26. Adama Daught$^r$ of Henrye Erle of Huntington of Whom the Erles of Flaunders is Decendid.

**S 13.**  Gubbyon impaling Scotland.
27. S$^r$ Hughe Gubbyon Sune & heire of S$^r$ Auncell.
28. Second Daught$^r$ of Wyll'm Kinge of the Scottes.

**S 14.**  Neville.
29. Dolphen Alldyss Sune of Ottred Lord of Rabye.
30. Mylldred Alldyss Lord of Rabye Sune of Dolphen.
31. Robart Alldyss Lord of Rabye Sune of Mylldred.

**S 15.**  *Or a fret gules, on a canton per pale ermine and or a ship sable,* for Neville, impaling Neville as in S 4.

4          LEICESTERSHIRE ARCHÆOLOGICAL AND HISTORICAL SOCIETY

32. Emna Daughtʳ and heire of Robart Aldyss maried to Galffred Lord Nevell of whoˀ the Erle of Westmorland is Decendyd.

33. Sʳ Wyll'm Gubbyon knight Sune of Sʳ Heugh.

S 16. *Gules a cross flory argent*, for Pannell.

34. [*blank*] Pannell.

S 17. *Gubbyon.*

35. Rychard Gubbyon Sune & heire of Sʳ Wyll'm.

S 18. Pannell impaling Gubbyon.

36. Sʳ Thomas Pannell Knight maried

37. Elyzabeth Daughter & heire of Sʳ Rychard Gubbyon Kn'ght.

S 19. *Gules a fess counter compony or and sable between six crosses botonny argent,* for Kynesman.

38. John Kynesman of Ardington in the Countie of Northampton esquyre.

S 20. *Argent a cross flory between four crescents gules,* for Tylley.

39. Sir John Tylley Knight.

S 21. *Gules on a bend argent three lions' heads erased sable,* for Turpyn. Crest, *On a wreath argent and sable a lion's head erased of the last gorged with a ducal coronet or.*

40. [*blank*] Turpyn had issu.

S 22. Kynesman impaling Tylley.

41. Rychard Kynysman Sun and heire of John maried yᵉ Daughtʳ & heire of Tylle'.

42. Daughtʳ & one of the heires of Tylley maried to Rychard Kinysman aboute yᵉ [*blank*] of B 3.

S 23. *Argent a fess between three crescent gules,* for Tame, impaling Tylley.

43. one of the Daughters and heires of Tylley maried to Sʳ John Tame of Whom yᵉ Erle of Bedford is Decendid.

S 24. Quarterly, 1 and 4, Pannell; 2 and 3, Gubbyon.

44. Sʳ John Pannell Knight was the Sune of Sʳ Thom's and named hym Self Panell Gubbion.

S 25. Turpyn.

45. [*blank*] Turpyn.

S 26. Quarterly, 1 and 4, Kynesman; 2 and 3, Tylley.

46. Steven Kynysman Esquyer Sune of Rychard.

S 27. Turpyn.

47. [*blank*] Turpyn.

S 28. Quarterly, 1 and 4, Kynesman; 2 and 3, Tylley, impaling, Quarterly, 1 and 4, Pannell; 2 and 3, Gubbyon.

48. Thomas Kynysman Esquyer Sune of Steven.

49. Sowdan Daughter & heire of Sʳ John Pannell Knight.

S 29. Turpyn impaling, Quarterly, Kynesman, Tylley, Pannell and Gubbyon.

50. John Turpyn Esquyer maried Elyzabeth Daughtʳ of Kinysma'

51. Elyzabeth Daughtʳ and heire of Thom's Kynysman Esquyer

S 30. *Argent a chevron between three bears' gambs erased sable,* for Brykenocke, impaling, Quarterly, Kynesman, Tylley, Pannell and Gubbyon.

52. Davye Brykenocke.

S 31. Quarterly, 1 and 6, Turpyn, 2, Kynesman, 3, Pannell, 4, Gubbyon, 5, Tylley, impaling, *Sable three leopards' faces jessant-de-lis argent,* for Hybuttes.

53. Daughtʳ and heire of Hybuttes of Worcest'shire fyrst Wyeff to Wᵐ.

54. Wyll'm Turpyn Sune and heir of John Turpy' Esquyre.

S 32. Quarterly as S 31, impaling, Quarterly, 1, Quarterly 1 and 4, *Or fretty gules, on a canton per pale ermine and or a ship sable,* 2 and 3, *Gules a saltire ermine,* for Neville; 2, *Bendy of eight gules and vert a chevron ermine,* for      6; 3, *Or two bars nebuly sable a canton ermine,* for Rolleston; 4, Quarterly, 1 and 4, *Sable a fleur-de-lis argent,* for Angellis7, 2, *Azure three bends or, a canton ermine,* for ?Fitz-otes, 3, *Or a chevron gules a chief dancetty vert,* for      8.

55. Marye Daughtʳ of Wyll'm Nevell of holte esquyre 2 wyeff to Wᵐ. The mother of this Marye was daughter to [*blank*] Griffyn of Braibrooke Knight.



THE TURPIN PEDIGREE (1)



THE TURPIN PEDIGREE (2)



THE TURPIN PEDIGREE (3)



THE TURPIN PEDIGREE (4)

S 33. *Sable two bars dancetty or, a chief argent,* for Stonar, impaling, Quarterly, 1 and 6, Brykenocke, 2, Kynesman, 3, Pannell, 4, Gubbyon, 5, Tylley.

56. Thomas Stonar esquyre maried Iszabell.

57. Iszabell Daughtr & heire of Davy Brecknocke.

S 34. Quarterly, 1, Turpyn, 2, Kynesman, 3, Pannell, 4, Gubbyon, 5, Tylley, 6, Hybuttes, impaling, *Sable a chevron engrailed argent between three plates each charged with a palet gules,* for Dockerye.

58. Edward Turpyn First Sune of Wyll'm Turpyn Esquyre maried

59. Daughtr of [blank] Dokerye Esquyre maried to Edward Turpyn.

60. Frannces Turpyn 3 Sune of Wm.

61. Wyll'm Turpyn 4 Sune of Wm.

62. Rychard Turpyn 5 Sune of Wyll'm.

S 35. Quarterly, 1 and 6, Turpyn, 2, Kynesman, 3, Pannell, 4, Gubbyon, 5, Tylley, impaling, *Azure a cross engrailed between four birds or, on a chief quarterly ermine and or two roses gules seeded or, slipped and leaved vert,* for Ruthall.

63. John 2 Sune of Wm Turpyn Esquyer maried [blank] Daughtr of [blank] Ruthall.

64. Roosse Daughtr of Rychard Ruthall Esquyer maried to John Turpyn.

65. Sr Walltr Stoner Knight Sune of Thom's maried the Daughtr of [blank] Folliott & had issu.

66. Robart Thomas Edmund Wyll'm Sunes of Thomas Stoner esquyer.

S 36. Quarterly, 1, Stonar, 2, Brykenocke, 3, Kynesman, 4, Pannell, 5, Gubbyon, 6, Tylley, impaling, *blank.*

67. John Stonar Sune of Thomas Stonar Esquyer maried

68. Daughter of Agard.

69. one of the Daughters of Edward Turpyn maried to [blank] Dokerie.

70. one of the Daughters of Edward Turpyn maried to Geffray Markham of Worstershire.

71. Wyll'm Turpyn Dyed wthout issu.

S 37. Quarterly as S 35, impaling Quarterly, 1 and 4, *Per pale azure and gules three saltires argent, two and one,* for Lane, 2 and 3, *Gyronny of eight or and sable, on a canton gules a garb or,* for 9.

This achievement is accompanied by four crests :—

1. *On a wreath argent and gules, a lion's head erased sable gorged with a ducal coronet of the first,* for Turpyn.

2. *On a wreath or and azure, a griffin passant or, gutté de sang, the forelegs and beak azure,* for Gubbyon.

3. *Out of a ducal coronet or, a duck's head and neck proper, beaked gules,* for Pannell.

4. *On a wreath or and gules, a cock's head couped argent, beaked, combed and wattled gules,* for Kynysman.

72. George Turpyn esquyre now Lord of Knaptofte in the Countie of Lecestr Lyveth in A° Dni 1564.

73. Franncis Daughtr of Sr Rauff Lane Knight maried to George Turpyn Esquyre.

74. Wyll'm Turpyn Sun and heire of George Turpyn Esquyre

S 38. Quarterly as S 36, impaling, *Gules a chevron between three escallops or,* for Chambarlayne.

75. Frannces Stonar Sune of John maried

76. Daughtr of Leonard Chambarlayne.

77. Elizabeth Stonar and Frannces Stonar.

6          LEICESTERSHIRE ARCHÆOLOGICAL AND HISTORICAL SOCIETY

PANEL B.   This Frannces the Wief of George Turpyn Esquyer was the Daughtr of Sr Raff Vane and Dame Mawde his Wyeff Who was the Daughtr and heire of Wyll'm Parre Knight Lord Parre of Horton.

PANEL A.   All theis armes are apparentlye conffyrmed aswell by the Zeales of armes in auncyent evydences of George Turpyn Esquyre as also by Tombes and other monuments in Glasse of great antiquitie Where sundrye of theis Gentlemen lyeth buried in the churche of Knaptoft And over everie p'ticuler Ccote is Wrytten in the romayne hand and in ye Latten tounge the bearer of the same armes All which thinges theire Doth remayne at the Daye of the Date hereof and are accordynglye by me recorded at the making of this Decent in the tyme of the vysytation of Lecest'shire the IX of July in the Sixt yere of the raigne of our Soveraigne Ladye Elyzabeth be the grace of god Quenne of England Frannce and Ireland Defendor of the Fayth et c' 1564 By me

          Ro. Cooke. Alis. Chester Harayld of Armes

NOTES

1.   Edited by John Fetherston and published by the Harleian Society, 1870.
2.   Nichols, iv. 220-2, and S. Lewis, *A Topographical Dictionary of England* (3rd ed., 1835), vol. ii.
3.   See *D.N.B.*
4.   See *D.N.B.* (*sub* Cook) and M. Noble, *A History of the College of Arms* (1805), 169-170.
5.   Nichols, iv. 225.
6.   *Qu.* also for Rolleston, or Inglebert.
7.   Also borne by the Buband, Ingleby and Welby families.
8.   Unidentified.
9.   Unidentified.

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

## Dear Right Honorable Prime Minister of United Kingdom, Mr. Rishi Sunak
1 message

---

**Jon F. Turpin** <jt4590@gmail.com>                                          Thu, Jul 13, 2023 at 1:55 AM
To: rishi.sunak.mp@parliament.uk, president@whitehouse.gov, turpins-families-legacies@googlegroups.com,
correspondence@45office.com, forms@clintonfoundation.org
Bcc: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana
<jeff.landry@la.gov>

Mr. Rishi Sunak
Prime Minister of United Kingdom
House of Commons, London, SW1A 0AA, United Kingdom

Dear Prime Minister Rishi Sunak,
Much like the great Winston Churchill, John Wayne was one to "walk tall with his head up" and in my opinion, you share
their Faith, and Fortitude.
While each may have had their quirks, or different opinions, it is my opinion you are a modern-day stalwart example of
these legends of men from our past.

So, I give you this piece of history, passed down to me for your own wall, and it's my hope you will hang it and find
strength and/or inspiration.
Especially if you, like our great leaders of the past, must knock any outlaws, commies, or other "bad apples" to the floor in
your endeavors.



Thank you for all you do for our United Kingdom, World, and all God's Creatures,

Sincerely,
**Jon F. Turpin**
E-mail: jt4590@gmail.com
FBI Infragard Louisiana and Indiana
BAS in CIT - IUPUI
AAS in CIT Networking & Security - Ivy Tech
"A successful man is one who can lay a firm foundation with the bricks others have thrown at him." -David Brinkley

P.s. - If you happen across this "bad apple" calling herself the "crypto queen" while doing your duty for King and country, would you please deliver her to the U.N. and U.S. for justice so we may remind her she is not part of the True Monarchy, nor is her bad behavior representative of our U.N., U.K., nor U.S. governments nor people.

She may be walking with some bad apples who threatened my lovely wife.

Sincerely,

FBI Infragard





# WH.GOV

The sad, sad news is you're in this situation. The incredible news is it's bringing the world together. It's bringing the world together in a way that — it's a hell of a price to pay, but it's bringing the world together. And people are realizing that they just can't stand by and let this kind of aggression occur.

Any rate, I thank you, and we got a lot to talk about. So, somebody is going to have to say, "The press has to leave." (Laughter.)

Q    President Zelenskyy, are you satisfied with what you got from NATO? You were so frustrated yesterday. Is this enough? Are you satisfied, sir?

PRESIDENT ZELENSKYY: I think, at the e[nd] of summit, we — we have great unity from o[ur] leaders and security guarantees, that the success for this summit. I think so, but it's [my] opinion. Thank you.

Q    Thank you, sir.

Q    President Zelenskyy, how soon aft[er] war would you like to be in NATO? How soon

MENU





Dear Mr. Turpin,

Americans have an enduring connection to our natural heritage. Our Nation invented national parks, wildlife refuges, and national forests. I am committed to continuing that American tradition of conserving our precious wildlife and to addressing the threats that extinction and climate change pose to animals and their fragile habitat.

This is not just in the interest of our Nation's wildlife—it's in our own interest as well. For example, when we protect wetlands, we maintain spaces that are essential to birds, fish, shellfish, and the livelihoods of people who depend on them while also preserving a key line of defense in absorbing the fury of a hurricane. That's why a key component of my wildlife conservation efforts is the



hurricane. That's why a key component of my wildlife conservation efforts is the protection and restoration of the lands and waters that sustain our Nation's rich fish and wildlife habitat.

Through my Administration's "America the Beautiful" initiative, we have set out to conserve at least 30 percent of our lands and waters by 2030. By setting ambitious goals, and supporting local, collaborative efforts that honor Tribal sovereignty and private property rights, we can conserve much of the land that makes America unique, and the species that call it home, for generations to come.

In addition, I am working to improve and strengthen the Endangered Species Act while also providing the flexibility to work with private landowners. With thoughtful implementation of the Endangered Species

of the Endangered Species Act and other bedrock conservation laws, we can ensure that our wildlife can endure the threat of climate change and other threats to their survival.

I will keep your letter in mind as I continue working to protect America's lands, waters, and wildlife for future generations.

Sincerely,



*If you wish to receive regular email updates from the White House, please click here. You may also follow President Biden and the White House on Facebook, Instagram, Twitter, and YouTube.*

# Victoria County History of Leicestershire

# HORNINGHOLD, Gartree Hundred.

HORNINGHOLD lies seven miles north-east of Market Harborough and four miles south-west of Uppingham. The parish which has 1,217 acres in area, extends over the Middle Lias clays which underlie the hills on the borders of Rutland. The soil is chiefly clay and largely devoted to pasture. The road from Hallaton to Uppingham on which the village stands, crosses the parish from west to east; it is joined at the east end of the village by a road from Great Easton. There are two field tracks, one to Blaston, and one which crosses the road from Hallaton to Allexton and continues to Keythorpe.

The houses in the village are built along the main road and along a short road running north, which later becomes the track to Keythorpe. At the junction of these roads, immediately north of the church, is a small triangular green inclosed by posts and chains. Between the green and the church stands a restored stone cottage, dating from the late 16th or early 17th Century, which was formerly used as a Rectory. All of the remaining houses in the village are the result of complete or partial rebuilding by the Hardcastles of Blaston Hall. [1]
The post office and other brick cottages are the work of Thomas Hardcastle [d. 1902] in 1882-3, but most of the rebuilding was carried out by his son T. A. Hardcastle between 1905 and 1911. He set out to create a model 'garden' village, planted with a great variety of trees and ornamental shrubs. The cottages are built of local ironstone, are planned on generous lines, and stand in large gardens. Where original early-17[th] Century features existed, Hardcastle was careful to retain them, and all later work was altered to conform with this style. An exception is Orchard House, now a racing stable, [2] which is of red brick and has a symmetrical 'Queen Anne' frontage dated 1913. Tudor house is of 17th Century origin, retaining four-centred stone door-heads. It was largely rebuilt in 1905 as the Horninghold Estate office. A pair of stone cottages at the north end of the village carries a tablet of 1911, stating that the Globe Inn formerly stood on the site. The tradition of well-kept gardens, hedges, and grass verges is still maintained in the village.

Manor Farm, formerly the manor-house, is a stone building standing south of the church. It was probably built by William Turpin circa 1600 and has a painted panel bearing his arms [3] is still in the house. The building was extended and largely reconstructed by T. A. Hardcastle in 1909 but two original stone fire-places and a mullioned window survive. To the west is a fine avenue of limes, probably dating from the early 18th Century.

Horninghold House, sometimes known as Horninghold hall, stands in a large garden to the north of the main road. It was converted from an old farm-house by Thomas Hardcastle and the bay-windowed stone front is in a 19th Century Tudor style. The extensive red-brick stables are dated 1882 and their construction shows early use of cavity walling. Alexander Cross, tenant of the house until he bought the estate in 1916, kept as many as 30 hunters here. [4] After the Second World War, during the ownership of H. Bernstien, part of the outbuildings was occupied as a clothing factory. [5] Since 1956 the stables have been used for commercial mushroom-growing by Mr. K. Grant. [6]

The population of Horninghold has never been large. The recorded population in 1086 was 13. [7] There were 25 taxpayers in 1381. [8] There were 20 households in 1563, [9] and 36 houses with hearths in 1670. Of these, 21 paid hearth tax, including the house of Sir John Heath with 13 hearths, two each had 2 forges, and there was one empty house. [10] In 1603 there were 96 communicants, and in 1676, 102. [11] There were 20-30 families in the early 18th Century. [12] The population was 76 in 1801, 126 in 1881, and 97 in 1891. After the Hardcastles' improvements it rose to 124 in 1911, but in 1951 was only 86. [13]

## MANOR:

Before the Conquest *HORNINGHOLD* was one of a group of estates apparently held by four thegns, Osulf, Osmund, Roulf, and Levrick.  In 1086 the vill was said to be held by Robert de Todeni, lord of Belvoir, [14] though it may have been given before this date to Robert's priory of Belvoir, which had been founded in 1076. [15] At the beginning of the 12th Century it was farmed by William D'Aubigny. [16] Horninghold formed part of the original endowment of the priory and remained in its possession until the Dissolution. [17] It was confirmed to the priory at various times during the Middle Ages. [18]

At the Dissolution the manor passed to the Crown, and in 1545 Henry VIII licensed Edward Elrington and Humphrey Metcalf, to whom he had previously sold it, to alienate the manor and the rest of the former priory's property in the parish to John Beaumont and Henry Alycock. [19] There was a lease of the manor outstanding for 41 years from 1531 which had been made by Belvoir Priory to Anthony Bewell, the priory's bailiff. [20] On Beaumont's forfeiture the manor once more passed to the Crown and in 1553 it was purchased for £566 by Edward Griffin, the Attorney-General, whose family owned the nearby manor of Gumley. [21] In 1590 William Turpin of Knaptoft, whose father had owned land in Horninghold, purchased the manor from Edward Griffin's heir. [22] Turpin was knighted in 1603 and died in 1617; his widow held the manor until her death about the end of 1633, [23] and was succeeded by her daughter Elizabeth, who married Sir John Pretyman of Loddington. [24]

The estate was settled upon their eldest son John and his wife Margaret on their marriage in 1649. [25]  John Pretyman died in 1658 leaving his widow as owner of the estate, which she brought to her second husband Sir John Heath, the second son of Sir Robert Heath of Brasted Place [Kent] and M.P. for Clitheroe [Lancs.] from 1661 to 1679. [26] She died in 1676 [27] and the available evidence suggests that Horninghold manor did not descend to her daughter and heir.  It appears to have been sold by Heath to Sir Edward Hungerford, who was in possession by 1676 and presented to the living. [28] Thereafter the manorial decent is lost.  Sir Edward Hungerford died in 1711, but it is by no means certain that he could or would have retained the manor of Horninghold for more than a few years, for his extravagance was notorious and he is said to have disposed of more than thirty manors during his lifetime. [29] In 1730 Thomas Dummer, later of Cranbury [Hants.] was lord of the manor of Horninghold. [30]  He died in 1765 and was succeeded by his son Thomas upon whose death in 1781 the estate passed to his widow Harriet with reversion to Thomas Chamberlayne, a member of a family with which the Dummers had been previously connected. [31]  Harriet Dummer married Thomas Chamberlayne, and after his death, which presumably occurred very shortly afterwards, she married Nathaniel Dance, the artist, who afterwards took the name of Holland and was created a baronet in 1800. [32] His widow retained possession of the manor after his death in 1811 until her death in 1825 when it finally passed to William Chamberlayne, [33] in whose family it remained until about 1880. [34] It was then purchased by Thomas Hardcastle [d. 1902] of Blaston Hall, was inherited by his son T. A. Hardcastle [d. 1941], and sold in 1916 to Alexander Cross who had previously been tenant of Horninghold Hall. [35] Cross died c. 1921 and it was owned by his brother Thomas until his death.  The estate was sold, in and after 1931, in several lots. [36] The hall and the advowson were acquired by W. R. Crabtree and a large part of the land passed to George Brudenell of Deene [Northants.] [37] The manorial rights seem to have died out at this time

---

## ECONOMIC HISTORY:

In 1086 there were 3 carucates of land in Horninghold, which had been ploughed by 3 ploughs in Edward the Confessor's reign.  By 1086 Robert de Todeni had 2 ploughs in his demesne, and 8 villeins, 3 socmen, and 2 bordars had a further 3 ploughs.  There were 12 acres of meadow and woodland one furlong by two furlongs in extent.  The value of the estate had been raised to 30 shillings from 10 shillings before the Conquest. [38]  There were still 3 carucates in 1279, one held in demesne by Belvoir Priory, one held in villeinage, and the other held by free tenants. [39]  All the inhabitants assessed for tax in 1381 were described as tenants at will, but in 1408 the Prior of Belvoir asserted his right to hold court for the free tenants and the villain tenants of the manor. [40]

The woodland of Domesday Book probably survives on the parish boundary with Stockerston and in Stockerston itself.  An undated charter of John Sampson regulated the boundaries between his woods and those of the Belvoir Priory, and the names of Muckelborough [Michelberwe] and Bolt Wood [Boutewood] can be identified in it; the charter probably dates from before the reign of Henry VI, the date of the cartulary in which it survives. [41] Pastures rights in the wood were clearly important in the Middle Ages, and part of the wood was inclosed; an agreement of 1417 between Elizabeth Boyvill and Belvoir Priory gave each party the right to inclose a portion of woodland, subject to the preservation of pasture rights. [42]

Inclosure appears to have been the occasion of a dispute in the mid-16th Century, when a number of persons were charged with breaking into a close belonging to Sir Edward Griffin, near Horninghold Wood, and pasturing beasts there. [43] In 1607 Sir William Turpin was stated to have converted 80 acres of arable land at Horninghold from tillage to pasture and to have destroyed one farm house. [44] When he died in 1617 he had 100 sheep grazing on his pastures at Horninghold, and it has been suggested that his inclosures were in fact more extensive than the returns of 1607 indicate. [45] In 1620 Sir William was said to have held the manor of Horninghold with 10 named closes as well as others, but no mention is made in the inquisition of open arable land. [46] There was still open land about 1675, however, when particulars of the manorial lands mention a yardland of 30 acres in the common fields. The same documents mention over 150 acres of closes, as well as a considerable area whose acreage is not stated. [47] According to the inclosure Act of 1730 there were still 916 acres in the three open fields – Moor Field, Hog field and Little Field – and an open Cow Pasture at that date, [48] so that it seems probable that about two thirds of Horninghold remained open until 1730.

## PARISH ADMINISTRATION:

The accounts of the churchwardens have survived for the period 1773-1855, and the surviving vestry book for 1830-36 contains the accounts of the overseers of the poor. [49] There was no workhouse in 1802-3, when 4 adults and 12 children received out-relief. [50] After 1836 the parish belonged to the Uppingham Union. [51]

## CHURCH:

Horninghold church seems, on the architectural evidence, to have been built in the early 12th Century.  In or shortly before 1151 it was confirmed to Belvoir Priory by Archbishop Theobald, after an unsuccessful attempt by Geoffrey de Normanville to distribute the monks' title. [52]

The church was appropriated before 1220, [53] and Belvoir Priory remained the patron until the Dissolution. [54] Afterwards the rectory and advowson descended with the manor. [55] In

1930 the living was united with Blaston St. Giles and Blaston St. Michael. [56] In 1957 the incumbent lived at Blaston and the patron of the combined living was W. R. Crabtree, [57] whose executors held the advowson in 1959 [58]

In 1254 the church was valued at 6 Marks, corrected to 10, and at 7 marks in 1291. [59] Seven Marks was also the value of the rectory in 1535. [60] In 1626 the rectory was worth £50, [61] and about 1675 was said to be worth £70, of which £55 came from tithes. [62] About the same date the tithes were leased for £56. [63] About 1666 a prospective tenant for the rectory refused to pay more than £60. [64] The rectorial tithes were specifically excluded from the Inclosure Act of 1730 and were commuted in 1849 for £10. [65] The vicarage was worth 5 marks about 1220. [66] In 1535 it was valued at £6 16s 6d. [67] and in 1626 at £12. [68] Horninghold remained a poor living although it was augmented by Queen Annes's Bounty in 1777 and 1802 with £200 on each occasion. [69] In 1831 it was worth only £83. [70] Some of the vicarial tithes were apparently commuted in 1730 for a rent charge of 10d. an acre, and others were commuted for £23 in 1849. [71]

The church of St Peter stands to the south-west of the village.  It is built of ironstone and limestone and consists of chancel, nave, north and south aisles, north porch, and spired west tower.  Its most striking feature is the early 12th Century south doorway. [72]

The early church dated from the first half of the 12th Century when it probably consisted of nave, chancel, and tower.  The base of the tower and portions of the nave walls survive.  When aisles were added the small south doorway was preserved and reset in the new outer wall.  The voussoirs of its semi-circular arch have three tiers of chip-carved ornament below a billet hoodmould.  The chamfers of the imposts are finely carved with honeysuckle and other ornament and include symbolic beasts on the two reveals.

The south aisle was added early in the 13th Century. The arcade of three bays has round arches of two chamfered orders, octagonal piers, and moulded capitals.  Near the east end the aisle contains a small recess and a 13th Century piscine. The north aisle is of the later 13th Century, with some indication that the most easterly bay was the first to be built. [73] The pier to the west of it consists of a short length of Norman walling, left *in situ*.  The three arches of the arcade are slightly pointed.  At the north-east corner of the aisle is a stone angle-bracket.  The belfry stage of the tower, which has windows with forked tracery, and the small broach spire date from the end of the 13th Century.  The wide tower arch of four chamfered orders without capitals is probably of the early 14th Century.  It is evident that there has always been a tendency to settlement at the south-west corner of the church and angle buttresses were added to the tower in the 14th Century.  There are signs that the tower walls were already bulging when the south arcade was built 100 years earlier. [74] In the 15th Century the roofs of both nave and aisles were raised and a low clerestory was inserted.  The line of the earlier nave roof is visible above the tower arch.  The roofs still retain some original moulded timbers and carved bosses.  The north porch and the windows in the north aisle appear to be contemporary with the clerestory, except for the large three-light east window which is later in date.  The chancel, which has an unusually small square-headed east window, appears to have been entirely rebuilt in post-Reformation times.

Archdeacons' reports in the 17th and 18th Centuries recommended routine repairs and complain only of defective roofs, damp floors, and defective fittings. [75] By 1794 cracks were reported in the walls of the tower, which needed underpinning. [76] Repairs to the church were carried out in 1829 and in 1836 the chancel roof was renewed. [77] New internal fittings were provided between 1833 and 1844. [78] In the early 19th Century the tower arch was blocked with brickwork.

A restoration took place in 1904-6, when the porch was rebuilt and new three-light windows were inserted in the side walls of the chancel. [79] In 1934 the church was in poor condition generally and severe structural defects had developed.  A restoration, which included

repairs to the roofs, was completed in 1936. [80] In 1951 two buttresses were added near the west end of the south aisle.  The architect for both restorations was Albert Herbert of Leicester. [81] During the excavation for the buttresses in 1951 a 13th Century coffin lid of Clipsham stone was unearthed and placed inside the church. [82]

The plain octagonal font bowl stands on circular supports and is probably of the 13th Century.  The cover maybe the one supplied in response to an archdeacon's request in 1777. [83] There are early 18th Century communion rails and turned balusters of slightly earlier date form part of a modern vestry screen in the north aisle.  Several oak bench-ends with carved finials, dating from the 15th or early 16th Century, have been incorporated in later pews.  In general the wooden fittings appear to date from the refitting which took place just before the middle of the 19th Century.  The only mural tablets are two small brasses, one being a memorial of the First World War and the other commemorating Walter R. Crabtree [d. 1957].  Slat slabs to M. Mason [d. 1746], vicar, and members of his family [1788-1823] are mounted externally on the east wall of the north aisle.

There are three bells; [i] and [iii] undated; [ii] 1628. [84] The plate consists of a silver cup and paten of 1638 and a pewter cup and cover. [85] The registers date from 1661 with a gap in the entries of baptisms from 1800 to 1811.  There are earlier bishops' transcripts. [86]

## NONCONFORMITY:

In 1672 Mathew Clark an ejected minister, was licensed to preach at Horninghold. [87] Two houses were licensed as meeting houses: in 1718 the house of Elizabeth Clarke, and in 1722 that of Richard Patrick. [88] Nothing further is known on nonconformity in Horninghold.

## SCHOOL:

A Sunday school was opened in 1829 and voluntary contributions paid for the education of 5 boys and 9 girls.  At the day school which was opened in 1830 'a young woman' taught, in 1833, 6 boys and 10 girls, who were educated at their parents expense. [89] This school was closed after a few years.  Horninghold children in 1959 attended school in Hallaton.

## CHARITIES:

John Atkins, by will dated 1727, left land in Horninghold for the provision of £5 a year for such poor persons in the parish 'as should endeavour to obtain a living without pilfering', with preference for persons named Atkins.  In 1837 the income was regularly received by the churchwardens and overseers who distributed it in money and fuel to poor persons resident in the parish. [90] In 1877 the rent received from the land was £10 10s. [91]

In 1737 Thomas Roberts gave 5 acres of land in the parish to provide 12d. worth of bread each Sunday for the poor persons attending morning service.  The surplus was to be divided among poor parishioners attending service upon St Thomas's Day.  In 1877 the land was let for £16 10s. a year. [92]

A piece of ground called the Washpit Piece was said to have been allotted at inclosure in 1730 for the benefit of the poor.  In 1837 this land had been lost to the parish and formed part of the estate of the lord of the manor, [93] but by 1906 it had been recovered.  A Charity Commission Scheme of that year consolidated the three parish charities and united the rents of three pieces of land, Washpit Close, Aitkins Close and Roberts Close, into a single fund, then worth £12 19s. a year.  In 1951-3 the annual income of £14 19s. was largely spent in the 12 gifts of coal.  In 1958 Washpit Close and Roberts Close were sold to the Brudenell Estates for £250 and the money invested.

_Reference Notes:_

1. See page 154; it does not appear that either of the Hardcastles ever occupied Horninghold House.
2. _Leics. Evening Mail_, 3rd June 1955.
3. Nichols. _Leics._ iv. 218n.
4. Local inf.
5. Leics. _Evening Mail._ 1st Sept. 1951.
6. Ex. Inf. Mr. Grant.
7. _V.C.H. Leics._ iii. 166.
8. Farnham, _Leics. Notes_, v. 220.
9. _V.C.H. Leics._ iii. 166
10. E 170/240/279.
11. _V.C.H. Leics._ iii. 168, 173.
12. Assoc. Archit. Soc. _Rep. & Papers._ xxii. 285.
13. _V.C.H. Leics._ iii. 189.
14. _V.C.H. Leics._ i. 321.
15. _V.C.H. Lincs._ ii. 124, 126; Nichols, _Leics._ ii, App. P2.
16. Hist. MSS. Com. _Rutland, IV_, 136; 'de Albini Brito'.
17. _V.C.H. Lincs._ ii. 125, 126; Valor Eccl. [Rec. Com.],iv. 116, 117.
18. E.g. Cal. Chart. R. 1327-41, 294, 297; Hist. MSS. Com. _Rutland, IV_, 110.
18. L. & P. Hen. VIII, xx [i], p.311; Northants. Rec. Off. Griffin Cartulary TT, f. 131a.
20. Northants. Rec. Off. Griffin Cartulary TT, f. 131.
21. _Cal. Pat._ 1553, 88, 276; and p. 118.
22. Farnham, _Leics. Notes_, v. 227, 231; cf. Req. 2/54/69.
23. Farnham, _Leics. Notes_, v. 227.
24. Ibid. 227-8; Nichols, _Leics._ ii. 329; G.E.C. _Baronetage_, iii. 327.
25. G.E.C. _Baronetage_, iii. 328n.
26. D.N.B. s.v. Heath, Robert.
27. E. Hasted, _Hist. of Kent_, ii, 153.
28. Nichols, _Leics._ ii. 610.
29. _D.N.B._
30. Nichols, _Leics._ ii. 609; MS. Petition of Thomas Dummer in support of inclosure bill, B.M. printed bks. 357.b. ii [84]. For the Drummer family see _V.C.H. Hants_, ii. 420; _Country Life_, 25 Oct., 8 Nov. 1956.
31. _V.C.H. Hants._ ii. 420, 477; G.E.C. _Baronetage_, v. 333-4.
32. _V.C.H. Hants._ iii. 420, 464; G.E.C. _Baronetage_, v. 333-4; Nichols, _Leics._ iv. 218n.
33. L.R.O. Horninghold Land Tax assessments; _Country Life_, 25 Oct. 1956. 944.
34. E.g. Curtis, _Topog. Hist. Leics._ 21; White, _Dir. Leics._ [1846], 505; [1877], 241.
35. _Kelly's Dir. Leics._ [1881], 494, 533; p1908], 102; Leics. City Ref. Libr., Cable Coll. xv.     171-3; Burke, _Land. Gent._ [1952], 1153.
36. _Kelly's Dir. Leics._ [1922], Leics. City Ref. Libr., Cable Coll xv 171-3 [which has Thomas, in place of Alexander]; _V.C.H. Leics._ ii. 252; local inf. for the date of death of Alexander Cross.
37. _Kelly's Dir. Leics._ [1936], 109.
38. _V.C.H. Leics._ i. 321.
39. Bodl. MS. Rawl. B. 350, m. 23.
40. Farnham, _Leics. Notes_, v. 229.
41. Hist. MSS. Com. _Rutland_, IV, 136.
42. Ibid. 139.
43. Northants. Rec. off. Griffin Cartulary TT, ff. 136a, b.
44. _T.L.A.S._ xxiii. 285.
45. Parker, 'Inclosure', 127.
46. Ibid.
47. Leics. City Mun. Room, 35'29/329, 330.  This yardland apparently belonged to the rector: L.R.O. DE.6/46/2, 3.
48. C. J. xxi. 471, 474, 478, 505, 509, 513, 514; copy of Act in possession of Market Harborough Arch. Soc.  This Act has been held to confirm an inclosure which had been completed a century before [see _V.C.H. Leics._ ii. 225] but the petition which accompanied the bill does not support the contention: B.M. printed bks. 357. b. 11 [84]
49. Par. Recs. In the church.
50. _Poor Law Extract_, 1803, 256-7.
51. White, _Dir. Leics._ [1846], 468.
52. Hist. MSS. Com. Rutland, IV, 137; A.Saltman, Theobald, Archbp. Of Canterbury. 245.
53. _Rot. Hugonis de Welles_, ed. W.P.W. Phillimore, i. 261.  Nichols [_Leics._ ii, App. P. 13] cites in error an inspeximus of Archbishop Robert Kilwardby of 1277 as the deed of appropriation.
54. _Valor Eccl._ [Rec Com.], iv. 116.

Page 6 of 7                                    Victoria History of Leicestershire: Horninghold

55   See p. 154.
56   Lond. Gaz. 1930, p. 4727.
57   *Leics. Dioc. Cal.* [1957], 51, 85.
58   Ex. Inf. The rector.
59   *Val. Of Norw.* Ed. W. E. Lunt, 260; *Tax. Eccl.* [Rec. Com.], 64.
60   *Valor Eccl.* [Rec Com.], iv. 116.
61   Leics. City Mun. Room, I D.41/18/4, f. 5.
62   Ibid. 35'29/329, 330.
63   L.R.O. DE.6/46/3.
64   Ibid. /43/I.
65   Tithe Award among par. Recs.
66   *Rot. Hugonis de Welles*, ii. 227
67   *Valor Eccl.* [Rec. Com.], iv. 159.
68   Leic. City Mun. Room, I D.41/18/4, f. 5.
69   C. Hodgson, *Acct. of Augmentation of Small Livings* [1845], App. P. cccxxv.
70   White, *Dir. Leics.* [1846], 506.
71   Copy of Inclosure Act *penes* Mkt. Harborough Arch. Sec.; Tithe Award among par. Recs.
72   See plate facing p. 201. For plan, detailed drawings, photographs, and a short architectural description of the church by Albert Herbert, see T.L.A.S. xviii. 105-7.
73   T.L.A.S. xviii. 106.
74   Ibid. 107.
75   Leics. City Mun. Room, I D.41/18/I, f. 12;/21
76   Ibid. / 22
77   Ibid. 245'50/3, 6.
78   Ibid. /9; White, *Dir. Leics.* [1846], 506.
79   T.L.A.S. ix. 218; x. 12, 45.
80   Ibid. xviii. 145-6; xxi. 172-80; inscription on nave roof.
81   Plans among par. Recs.
82   Note by A. Herbert in the church.
83   Leics. City Mun. Room. I D.41/18/21.
84   North, *Ch. Bells* Leics. 189.
85   Trollope, *Ch. Plate Leics.* i. 240.
86   Leics. Museums, *Handlist of Leics. Par. Reg. Transcripts*, 21.
87   *Calamy Revised*, ed. A. G. Mathews, 118.
88   L.R.O. Roll of Dissenters' Meeting Houses, m. 4.
89   Leics. City Mun. Room. 245'50/3.
90   32nd Rep. Com. Char. Pt. 5, 237.
91   White, *Dir. Leics.* [1877], 241.
92   Ibid.
93   32nd Rep. Com. Char. Pt. 5, 237.

Victoria County History
www.englandpast.net

'This text has been reproduced from the Victoria County History, Leicestershire V, pages 153-156, by permission of the Executive Editor.'

# BRITISH HISTORY ONLINE

## Horninghold

Pages 153-157

A History of the County of Leicestershire: Volume 5, Gartree Hundred (/vch/leics/vol5). Originally published by Victoria County History, London, 1964.

This free content was digitised by double rekeying (/about#technical). All rights reserved.

Citation: [ BHO ▼ ]

J M Lee and R A McKinley, 'Horninghold', in *A History of the County of Leicestershire: Volume 5, Gartree Hundred* (London, 1964), pp. 153-157. *British History Online* http://www.british-history.ac.uk/vch/leics/vol5/pp153-157 [accessed 13 July 2023].

### Keyword highlight

Find on this page.

In this section

- HORNINGHOLD
  - MANOR.
  - ECONOMIC HISTORY.
  - PARISH ADMINISTRATION.
  - CHURCH.
  - NONCONFORMITY.
  - SCHOOL.
  - CHARITIES.
- Footnotes

# HORNINGHOLD

Horninghold lies seven miles north-east of Market Harborough and four miles south-west of Uppingham. The parish, which is 1,217 a. in area, extends over the Middle Lias clays which underlie the hills on the borders of Rutland. The soil is chiefly clay and largely devoted to pasture. The road from Hallaton to Uppingham, on which the village stands, crosses the parish from west to east; it is joined at the east end of the village by a road from Great Easton. There are two field tracks, one to Blaston, and one which crosses the road from Hallaton to Allexton and continues to Keythorpe.

The houses in the village are built along the main road and along a short road running north, which later becomes the track to Keythorpe. At the junction of these roads, immediately north of the church, is a small triangular green inclosed by posts and chains. Between the green and the church stands a restored stone cottage, dating from the late 16th or early 17th century, which was formerly used as a Rectory. All the remaining houses in the village are the result of complete or partial rebuilding by the Hardcastles of Blaston Hall. (fn. 1) The post office and two other brick cottages are the work of Thomas Hardcastle (d. 1902) in 1882-3, but most of the rebuilding was carried out by his son T. A. Hardcastle between 1905 and 1911. He set out to create a model 'garden' village, planted with a great variety of trees and ornamental shrubs. The cottages are built of local ironstone, are planned on generous lines, and stand in large gardens. Where original early-17th-century features existed, Hardcastle was careful to retain them, and all later work was altered to conform with this style. An exception is Orchard House, now a racing stable, (fn. 2) which is of red brick and has a symmetrical 'Queen Anne' frontage dated 1913. Tudor House is of 17th-century origin, retaining four-centred stone door-heads. It was largely rebuilt in 1905 as the Horninghold Estate Office. A pair of stone cottages at the north end of the village carries a tablet of 1911, stating that the Globe Inn formerly stood on the site. The tradition of well-kept gardens, hedges, and grass verges is still maintained in the village.

Manor Farm, formerly the manor-house, is a stone building standing south of the church. It was probably built by William Turpin *c.* 1600 and a painted panel bearing his arms (fn. 3) is still in the house. The building was extended and largely reconstructed by T. A. Hardcastle in 1909 but two original stone fire-places and a mullioned window survive. To the west is a fine avenue of limes, probably dating from the early 18th century.

Horninghold House, sometimes known as Horninghold Hall, stands in a large garden to the north of the main road. It was converted from an old farm-house by Thomas Hardcastle and the baywindowed stone front is in a 19th-century Tudor style. The extensive red-brick stables are dated 1882 and their construction shows an early use of cavity walling. Alexander Cross, tenant of the house until he bought the estate in 1916, kept as many as 30 hunters here. (fn. 4) After the Second World War, during the ownership of H. Bernstein, part of the outbuildings was occupied as a clothing factory. (fn. 5) Since 1956 the stables have been used for commercial mushroom-growing by Mr. K. Grant. (fn. 6)

The population of Horninghold has never been large. The recorded population in 1086 was 13. (fn. 7) There were 25 taxpayers in 1381. (fn. 8) There were 20 households in 1563, (fn. 9) and 36 houses with hearths in 1670. Of these, 21 paid hearth tax, including the house of Sir John Heath with 13 hearths, two each had 2 forges, and there was one empty house. (fn. 10) In 1603 there were 96 communicants, and in 1676, 102. (fn. 11) There were 20-30 families in the early 18th century. (fn. 12) The population was 76 in 1801, 126 in 1881, and 97 in 1891. After the Hardcastles' improvements it rose to 124 in 1911, but in 1951 was only 86. (fn. 13)

## MANOR.

Before the Conquest *HORNINGHOLD* was one of a group of estates apparently held by four thegns, Osulf, Osmund, Roulf, and Levrick. In 1086 the vill was said to be held by Robert de Todeni, lord of Belvoir, (fn. 14) though it may have been given before this date to Robert's priory of Belvoir, which had been founded in 1076. (fn. 15) At the beginning of the 12th century it was farmed by William D'Aubigny. (fn. 16) Horninghold formed part of the original endowment of the priory and remained in its possession until the Dissolution. (fn. 17) It was confirmed to the priory at various times during the Middle Ages. (fn. 18)

At the Dissolution the manor passed to the Crown, and in 1545 Henry VIII licensed Edward Elrington and Humphrey Metcalf, to whom he had previously sold it, to alienate the manor and the rest of the former priory's property in the parish to John Beaumont and Henry Alycock. (fn. 19) There was a lease of the manor outstanding for 41 years from 1531 which had been made by Belvoir Priory to Anthony Bewell, the priory's bailiff. (fn. 20) On Beaumont's forfeiture the manor once more passed to the Crown, and in 1553 it was purchased for £566 by Edward Griffin, the Attorney-General, whose family owned the nearby manor of Gumley. (fn. 21) In 1590 William Turpin of Knaptoft, whose father had owned land in Horninghold, purchased the manor from Edward Griffin's heir. (fn. 22) Turpin was knighted in 1603 and died in 1617; his widow held the manor until her death about the end of 1633, (fn. 23) and was succeeded by her daughter Elizabeth, who married Sir John Pretyman of Loddington. (fn. 24)

The estate was settled upon their eldest son John and his wife Margaret on their marriage in 1649. (fn. 25) John Pretyman died in 1658 leaving his widow as owner of the estate, which she brought to her second husband Sir John Heath, the second son of Sir Robert Heath of Brasted Place (Kent) and M.P. for Clitheroe (Lancs.) from 1661 to 1679. (fn. 26) She died in 1676 (fn. 27) and the available evidence suggests that Horninghold manor did not descend to her daughter and heir. It appears to have been sold by Heath to Sir Edward Hungerford, who was in possession by 1676 and presented to the living. (fn. 28) Thereafter the manorial descent is lost. Sir Edward Hungerford died in 1711, but it is by no means certain that he could or would have retained the manor of Horninghold for more than a few years, for his extravagance was notorious and he is said to have disposed of more than thirty manors during his lifetime. (fn. 29)

In 1730 Thomas Dummer, later of Cranbury (Hants), was lord of the manor of Horninghold. (fn. 30) He died in 1765 and was succeeded by his son Thomas upon whose death in 1781 the estate passed to his widow Harriet with reversion to Thomas Chamberlayne, a member of a family with which the Dummers had been previously connected. (fn. 31) Harriet Dummer married Thomas Chamberlayne, and after his death, which presumably occurred very shortly afterwards, she married Nathaniel Dance, the artist, who afterwards took the name of Holland and was created a baronet in 1800. (fn. 32) His widow retained possession of the manor after his death in 1811 until her death in 1825 when it finally passed to William Chamberlayne, (fn. 33) in whose family it remained until about 1880. (fn. 34) It was then purchased by Thomas Hardcastle (d. 1902) of Blaston Hall, was inherited by his son T. A. Hardcastle (d. 1941), and sold in 1916 to Alexander Cross who had previously been the tenant of Horninghold Hall. (fn. 35) Cross died c. 1921 and it was owned by his brother Thomas until his death. The estate was sold, in and after 1931, in several lots. (fn. 36) The hall and the advowson were acquired by W. R. Crabtree and a large part of the land passed to George Brudenell of Deene (Northants.). (fn. 37) The manorial rights seem to have died out at the same time.

## ECONOMIC HISTORY.

In 1086 there were 3 carucates of land in Horninghold, which had been ploughed by 3 ploughs in Edward the Confessor's reign. By 1086 Robert de Todeni had 2 ploughs in his demesne, and 8 villeins, 3 socmen, and 2 bordars had a further 3 ploughs. There were 12 a. of meadow and woodland one furlong by two furlongs in extent. The value of the estate had been raised to 30s. from 10s. before the Conquest. (fn. 38) There were still 3 carucates in 1279, one held in demesne by Belvoir Priory, one held in villeinage, and the other held by free tenants. (fn. 39) All the inhabitants assessed for tax in 1381 were described as tenants at will, but in 1408 the Prior of Belvoir asserted his right to hold court for the free tenants and the villein tenants of the manor. (fn. 40)

The woodland of Domesday Book probably survives on the parish boundary with Stockerston and in Stockerston itself. An undated charter of John Sampson regulated the boundaries between his woods and those of Belvoir Priory, and the names of Muckelborough (Michelberwe) and Bolt Wood (Boutewood) can be identified in it; the charter probably dates from before the reign of Henry VI, the date of the cartulary in which it survives. (fn. 41) Pasture rights in the wood were clearly important in the Middle Ages, and part of the wood was inclosed; an agreement of 1417 between Elizabeth Boyvill and Belvoir Priory gave each party the right to inclose a portion of woodland, subject to the preservation of pasture rights. (fn. 42)

Inclosure appears to have been the occasion of a dispute in the mid-16th century, when a number of persons were charged with breaking into a close belonging to Sir Edward Griffin, near Horninghold Wood, and pasturing beasts there. (fn. 43) In 1607 Sir William Turpin was stated to have converted 80 a. of arable land at Horninghold from tillage to pasture and to have destroyed one farm-house. (fn. 44) When he died in 1617 he had 100 sheep grazing on his pastures at Horninghold, and it has been suggested that his inclosures were in fact more extensive than the returns of 1607 indicate. (fn. 45) In 1620 Sir William was said to have held the manor of Horninghold with 10 named closes as well as others, but no mention is made in the inquisition of open arable land. (fn. 46) There was still open land about 1675, however, when particulars of the manorial lands mention a yardland of 30 a. in the common fields. The same documents mention over 150 a. of closes, as well as a considerable area whose acreage is not stated. (fn. 47) According to the inclosure Act of 1730 there were still 916 a. in the three open fields–Moor Field, Hog Field, and Little Field–and an open Cow Pasture at that date, (fn. 48) so that it seems probable that about two-thirds of Horninghold remained open until 1730.

## PARISH ADMINISTRATION.

The accounts of the churchwardens have survived for the period 1773-1855, and the surviving vestry book for 1830-6 contains the accounts of the overseers of the poor. (fn. 49) There was no workhouse in 1802-3, when 4 adults and 12 children received out-relief. (fn. 50) After 1836 the parish belonged to the Uppingham Union. (fn. 51)

## CHURCH.

Horninghold church seems, on the architectural evidence, to have been built in the early 12th century. In or shortly before 1151 it was confirmed to Belvoir Priory by Archbishop Theobald, after an unsuccessful attempt by Geoffrey de Normanville to disturb the monks' title. (fn. 52)

The church was appropriated before 1220, (fn. 53) and Belvoir Priory remained the patron until the Dissolution. (fn. 54) Afterwards the rectory and advowson descended with the manor. (fn. 55) In 1930 the living was united with Blaston St. Giles and Blaston St. Michael. (fn. 56) In 1957 the incumbent lived at Blaston and the patron of the combined living was W. R. Crabtree, (fn. 57) whose executors held the advowson in 1959. (fn. 58)

In 1254 the church was valued at 6 marks, corrected to 10, and at 7 marks in 1291. (fn. 59) Seven marks was also the value of the rectory in 1535. (fn. 60) In 1626 the rectory was worth £50, (fn. 61) and about 1675 was said to be worth £70, of which £55 came from tithes. (fn. 62) About the same date the tithes were leased for £56. (fn. 63) About 1666 a prospective tenant for the rectory refused to pay more than £60. (fn. 64) The rectorial tithes were specifically excluded from the Inclosure Act of 1730 and were commuted in 1849 for £10. (fn. 65) The vicarage was worth 5 marks about 1220. (fn. 66) In 1535 it was valued at £6 16s. 6d. (fn. 67) and in 1626 at £12. (fn. 68) Horninghold remained a poor living although it was augmented by Queen Anne's Bounty in 1777 and 1802 with £200 on each occasion. (fn. 69) In 1831 it was worth only £83. (fn. 70) Some of the vicarial tithes were apparently commuted in 1730 for a rentcharge of 10d. an acre, and others were commuted for £23 in 1849. (fn. 71)

The church of ST. PETER stands to the southwest of the village. It is built of ironstone and limestone and consists of chancel, nave, north and south aisles, north porch, and spired west tower. Its most striking feature is the early-12th-century south doorway. (fn. 72)

The early church dated from the first half of the 12th century when it probably consisted of nave, chancel, and tower. The base of the tower and portions of the nave walls survive. When aisles were added the small south doorway was preserved and reset in the new outer wall. The voussoirs of its semi-circular arch have three tiers of chip-carved ornament below a billet hoodmould. The chamfers of the imposts are finely carved with honeysuckle and other ornament and include symbolic beasts on the two reveals.

The south aisle was added early in the 13th century. The arcade of three bays has round arches of two chamfered orders, octagonal piers, and moulded capitals. Near the east end the aisle contains a small recess and a 13th-century piscina. The north aisle is of the later 13th century, with some indication that the most easterly bay was the first to be built. (fn. 73) The pier to the west of it consists of a short length of Norman walling, left in situ. The three arches of the arcade are slightly pointed. At the north-east corner of the aisle is a stone angle-bracket, probably for the support of an image. The belfry stage of the tower, which has windows with forked tracery, and the small broach spire date from the end of the 13th century. The wide tower arch of four chamfered orders without capitals is probably of the early 14th century. It is evident that there has always been a tendency to settlement at the south-west corner of the church and angle buttresses were added to the tower in the 14th century. There are signs that the tower walls were already bulging when the south arcade was built 100 years earlier. (fn. 74) In the 15th century the roofs of both nave and aisles were raised and a low clerestory was inserted. The line of the earlier nave roof is visible above the tower arch. The roofs still retain some original moulded timbers and carved bosses. The north porch and the windows in the north aisle appear to be contemporary with the clerestory, except for the large three-light east window which is later in date. The chancel, which has an unusually small square-headed east window, appears to have been entirely rebuilt in post-Reformation times.

Archdeacons' reports in the 17th and 18th centuries recommend routine repairs and complain only of defective roofs, damp floors, and defective fittings. (fn. 75) By 1794 cracks were reported in the walls of the tower, which needed underpinning. (fn. 76) Repairs to the church were carried out in 1829 and in 1836 the chancel roof was renewed. (fn. 77) New internal fittings were provided between 1833 and 1844. (fn. 78) In the early 19th century the tower arch was blocked with brickwork.

A restoration took place in 1904-6, when the porch was rebuilt and new three-light windows were inserted in the side walls of the chancel. (fn. 79) In 1934 the church was in poor condition generally and severe structural defects had developed. A restoration, which included repairs to the roofs, was completed in 1936. (fn. 80) In 1951 two buttresses were added near the west end of the south aisle. The architect for both restorations was Albert Herbert of Leicester. (fn. 81) During excavation for the buttresses in 1951 a 13th-century coffin lid of Clipsham stone was unearthed and placed inside the church. (fn. 82)

The plain octagonal font bowl stands on circular supports and is probably of the 13th century. The cover may be the one supplied in response to an archdeacon's request in 1777. (fn. 83) There are early18th-century communion rails and turned balusters of slightly earlier date form part of a modern vestry screen in the north aisle. Several oak bench-ends with carved finials, dating from the 15th or early 16th century, have been incorporated in later pews. In general the wooden fittings appear to date from the refitting which took place just before the middle of the 19th century. The only mural tablets are two small brasses, one being a memorial of the First World War and the other commemorating Walter R. Crabtree (d. 1957). Slate slabs to M. Mason (d. 1746), vicar, and members of his family (1788- 1823) are mounted externally on the east wall of the north aisle.

There are three bells: (i) and (iii) undated; (ii) 1628. (fn. 84) The plate consists of a silver cup and paten of 1638 and a pewter cup and cover. (fn. 85) The registers date from 1661 with a gap in the entries of baptisms from 1800 to 1811. There are earlier bishops' transcripts. (fn. 86)

## NONCONFORMITY.

In 1672 Matthew Clark, an ejected minister, was licensed to preach at Horninghold. (fn. 87) Two houses were licensed as meetinghouses: in 1718 the house of Elizabeth Clarke, and in 1722 that of Richard Patrick. (fn. 88) Nothing further is known of nonconformity in Horninghold.

## SCHOOL.

A Sunday school was opened in 1829 and voluntary contributions paid for the education of 5 boys and 9 girls. At the day school which was opened in 1830 'a young woman' taught, in 1833, 6 boys and 10 girls, who were educated at their parents' expense. (fn. 89) This school was closed after a few years. Horninghold children in 1959 attended school at Hallaton.

## CHARITIES.

John Atkins, by will dated 1727, left land in Horninghold for the provision of £5 a year for such poor persons in the parish 'as should endeavour to obtain a living without pilfering', with preference for persons named Atkins. In 1837 the income was regularly received by the churchwardens and overseers who distributed it in money and fuel to poor persons resident in the parish. (fn. 90) In 1877 the rent received from the land was £10 10s. (fn. 91)

In 1737 Thomas Roberts gave 5 a. of land in the parish to provide 12d. worth of bread each Sunday for poor persons attending morning service. The surplus was to be divided among poor parishioners attending service upon St. Thomas's Day. In 1877 the land was let for £16 10s. a year. (fn. 92)

A piece of ground called the Washpit Piece was said to have been allotted at inclosure in 1730 for the benefit of the poor. In 1837 this land had been lost to the parish and formed part of the estate of the lord of the manor, (fn. 93) but by 1906 it had been recovered. A Charity Commission Scheme of that year consolidated the three parish charities and united the rents of three pieces of land, Washpit Close, Atkins Close, and Roberts Close, into a single fund, then worth £12 19s. a year. (fn. 94) In 1951-3 the annual income of £14 19s. was largely spent in 12 gifts of coal. (fn. 95) In 1958 Washpit Close and Roberts Close were sold to the Brudenell Estates for £250 and the money invested. (fn. 96)

## Footnotes

1. See p. 154; it does not appear that either of the Hardcastles ever occupied Horninghold House.
2. *Leic. Evening Mail*, 3 June 1955.
3. Nichols, *Leics.* iv. 218n.
4. Local inf.
5. *Leic. Evening Mail*, 1 Sept. 1951.
6. Ex inf. Mr. Grant.
7. *V.C.H. Leics.* iii. 157.
8. Farnham, *Leics. Notes*, v. 229.
9. *V.C.H. Leics.* iii. 166.
10. E 179/240/279.
11. *V.C.H. Leics.* iii. 168, 173.
12. Assoc. Archit. Soc. *Rep. & Papers*, xxii. 285.
13. *V.C.H. Leics.* iii. 189.
14. *V.C.H. Leics.* i. 321.
15. *V.C.H. Lincs.* ii. 124, 126; Nichols, *Leics.* ii, App. p. 2.
16. Hist. MSS. Com. *Rutland, IV*, 136: 'de Albini Brito'.
17. *V.C.H. Lincs.* ii. 125, 126; *Valor Eccl.* (Rec. Com.), iv. 116, 117.
18. e.g. *Cal. Chart. R.* 1327-41, 294, 297; Hist. MSS. Com. *Rutland, IV*, 110.
19. *L. & P. Hen. VIII*, xx (1), p. 311; Northants. Rec. Off. Griffin Cartulary TT, f. 131a.
20. Northants. Rec. Off. Griffin Cartulary TT, f. 131.
21. *Cal. Pat.* 1553, 88, 276; and see p. 118.
22. Farnham, *Leics. Notes*, v. 227, 231; cf. Req. 2/54/69.
23. Farnham, *Leics. Notes*, v. 227.
24. Ibid. 227-8; Nichols, *Leics.* ii. 329; G.E.C. *Baronetage*, iii. 327.
25. G.E.C. *Baronetage*, iii. 328n.
26. *D.N.B.* s.v. Heath, Robert.

27. E. Hasted, *Hist. of Kent*, ii. 153.

28. Nichols, *Leics*. ii. 610.

29. *D.N.B.*

30. Nichols, *Leics*. ii. 609; MS. petition of Thomas Dummer in support of inclosure bill, B.M. printed bks. 357. b. 11 (84). For the Dummer family see *V.C.H. Hants*, ii. 420; *Country Life*, 25 Oct., 8 Nov. 1956.

31. *V.C.H. Hants*, ii. 420, 477; G.E.C. *Baronetage*, v. 333-4.

32. *V.C.H. Hants*, iii. 420, 464; G.E.C. *Baronetage*, v. 333-4; Nichols, *Leics*. iv. 218n.

33. L.R.O. Horninghold Land Tax Assessments; *Country Life*, 25 Oct. 1956, 944.

34. e.g. Curtis, *Topog. Hist. Leics*. 21; White, *Dir. Leics*. (1846), 505; (1877), 241.

35. *Kelly's Dir. Leics*. (1881), 494, 533; (1908), 102; Leic. City Ref. Libr., Cable Coll. xv. 171-3; Burke, *Land. Gent*. (1952), 1153.

36. *Kelly's Dir. Leics*. (1922); Leic. City Ref. Libr., Cable Coll. xv. 171-3 (which has Thomas, in place of Alexander); *V.C.H. Leics*. ii. 252; local inf. for the date of death of Alexander Cross.

37. *Kelly's Dir. Leics*. (1936), 109.

38. *V.C.H. Leics*. i. 321.

39. Bodl. MS. Rawl. B. 350, m. 23.

40. Farnham, *Leics. Notes*, v. 229.

41. Hist. MSS. Com. *Rutland, IV,* 136.

42. Ibid. 139.

43. Northants. Rec. Off. Griffin Cartulary TT, ff. 136a, b.

44. *T.L.A.S.* xxiii. 285.

45. Parker, 'Inclosure', 127.

46. Ibid.

47. Leic. City Mun. Room, 35'29/329, 330. This yardland apparently belonged to the rectory: L.R.O. DE.6/46/2, 3.

48. *C.J.* xxi. 474, 474, 487, 505, 509, 513, 514; copy of Act in possession of Mkt. Harborough Arch. Soc. This Act has been held to confirm an inclosure which had been completed a century before (see *V.C.H. Leics*. ii. 225), but the petition which accompanied the bill does not support this contention: B.M. printed bks., 357. b. 11 (84).

49. Par. recs. in the church.

50. *Poor Law Abstract*, 1803, 256-7.

51. White, *Dir. Leics*. (1846), 468.

52. Hist. MSS. Com. *Rutland, IV,* 137; A. Saltman, *Theobald, Archbp. of Cant.* 245.

53. *Rot. Hugonis de Welles*, ed. W. P. W. Phillimore, i. 261. Nichols (*Leics*. ii, App. p. 13) cites in error an inspeximus of Archbishop Robert Kilwardby of 1277 as the deed of appropriation.

54. *Valor Eccl*. (Rec. Com.), iv. 116.

55. See p. 154.

56. *Lond. Gaz.* 1930, p. 4727.

57. *Leic. Dioc. Cal.* (1957), 51, 85.

58. Ex inf. the rector.

59. *Val. of Norw.* ed. W. E. Lunt, 260; *Tax. Eccl.* (Rec. Com.), 64.

60. *Valor Eccl*. (Rec. Com.), iv. 116.

61. Leic. City Mun. Room, 1 D.41/18/4, f. 5.

62. Ibid. 35'29/329, 330.

63. L.R.O. DE.6/46/3.

64. Ibid. /43/1.

65. Tithe Award among par. recs.

66. *Rot. Hugonis de Welles*, ii. 277.

67. *Valor Eccl*. (Rec. Com.), iv. 159.

68. Leic. City Mun. Room, 1 D.41/18/4, f. 5.

69. C. Hodgson, *Acct. of Augmentation of Small Livings* (1845), App. p. cccxxv.

70. White, *Dir. Leics*. (1846), 506.

71. Copy of Inclosure Act *penes* Mkt. Harborough Arch. Soc.; Tithe Award among par. recs.

72. See plate facing p. 201. For plan, detailed drawings, photographs, and a short architectural description of the church by Albert Herbert, see *T.L.A.S.* xviii. 105-7.

73. *T.L.A.S.* xviii. 106.

74. Ibid. 107.

75. Leic. City Mun. Room, 1 D.41/18/1, f. 5; /10, f. 12; /21.

76. Ibid. /22.

77. Ibid. 245'50/3, 6.

78. Ibid. /9; White, *Dir. Leics*. (1846), 506.

79. *T.L.A.S.* ix. 218; x. 12, 45.

80. Ibid. xviii, pp. xxxvii, 105-7; Leic. City Ref. Libr., Cable Coll. xviii. 145-6; xxi. 172-80; inscription on nave roof.

81. Plans among par. recs.

82. Note by A. Herbert in the church.

83. Leic. City Mun. Room, 1 D.41/18/21.
84. North, *Ch. Bells Leics.* 189.
85. Trollope, *Ch. Plate Leics.* i. 240.
86. Leic. Museum, *Handlist of Leics. Par. Reg. Transcripts*, 21.
87. *Calamy Revised*, ed. A. G. Matthews, 118.
88. L.R.O. Roll of Dissenters' Meeting-houses, m. 4.
89. Leic. City Mun. Room, 245'50/3.
90. 32*nd Rep. Com. Char. Pt.* 5, 237.
91. White, *Dir. Leics.* (1877), 241.
92. Ibid.
93. 32*nd Rep. Com. Char. Pt.* 5, 237.
94. Char. Com. files, G. 192.
95. Ibid.
96. Ibid. 82827.



**INSTITUTE OF HISTORICAL RESEARCH** | **SCHOOL OF ADVANCED STUDY** (http://www.history.ac.uk) **UNIVERSITY OF LONDON**

# Certificate of Disposition and Proclamation

between Scotland Titles, Unit 61892, PO Box 26965, Glasgow G1 9BW United Kingdom and

## Lord Jon Frederick Dismas Turpin of Marradam

and

## Lady Erin Rita Agnes Golden of Marradam

(hereafter to be proclaimed as 'THE LORD AND LADY'), care of Unit 61892, PO Box 26965, Glasgow G1 9BW United Kingdom

The Scotland Titles Estate in Fife, Scotland, hereinafter referred to as 'THE ESTATE', has been partitioned unto dedicated souvenir plots of land.

THE LORD AND LADY have petitioned unto Scotland Titles on this day their intention to purchase and Scotland Titles has determined to accept the disposition of a plot of land within THE ESTATE, at Gartdam, hereafter referred to as 'THE LAND'.



Scotland Titles, in CONSIDERATION of all monies due to be paid to us by THE LORD AND LADY, of which we have received of in full, we do hereby DISCHARGE unto them and DISPONE to and in perpetuity in favour of THE LORD AND LADY and to their future assignees the whole of THE LAND but always with pedestrian access only over THE ESTATE such rights of vehicular access are reserved to Scotland Titles and its successors in title plus any and all others authorised by THE LORD AND LADY covenant not to dispose of THE LAND in part only.

Scotland Titles is a trading name of Oldginmore Ltd., Jersey. Terms and Conditions, and this CERTIFICATE shall be governed by the law of Scotland.

THE ESTATE location is KINGSEAT ROAD (OFF CANTSDAM ROAD), CANTSDAM, KELTY, FIFE, SCOTLAND KY12 0SW

THE ESTATE is recorded in the General Register of Sasines R860-52

Coordinates to the centre of THE ESTATE are:
Latitude, Longitude in degrees 56°07'18''N , 006°23'08''W
X Easting 315956 , Y Northing 692954

The plot Number of THE LAND within THE ESTATE is 25751

The size of THE LAND is one hundred square feet

Date of Entry of THE LAND is as the date of this CERTIFICATE

This Disposition is signed for and on behalf of Scotland Titles and witnessed on the 30th Day of December 2021

_____
Witnessed

_____
Signed

To All & Sundry whom these presents do concern

Scotland Titles does declare that

# Lord Jon Frederick Dismas Turpin &

# Lady Erin Rita Agnes Golden



**Having By Petition** UNTO US THIS DAY IN THIS YEAR OF THE REIGN OF OUR SOVEREIGN CHARLES THE THIRD, BY THE GRACE OF GOD, OF THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND, KING, HEAD OF THE COMMONWEALTH, DEFENDER OF THE FAITH,

**Shewen:** THAT THE SAID PETITIONERS HAVE OWNERSHIP OF LANDS IN SCOTLAND AND THE PETITIONERS HAVING PRAYED THAT THERE MIGHT BE GRANTED UNTO THEM TO USE SUCH ENSIGNS ARMORIAL AS MAY BE THE LAWFUL PROPERTY OF SCOTLAND TITLES AND MIGHT BE SUITABLE AND ACCORDING TO THE LAWS OF ARMS, KNOW YE THEREFORE THAT WE HAVE ASSIGNED, AND DO BY THESE PRESENTS DECLARE, RATIFY AND CONFIRM UNTO THE PETITIONERS THE FOLLOWING ENSIGNS ARMORIAL, AS DEPICTED HEREOF, AND MATRICULATED OF EVEN DATE WITH THESE PRESENTS AS A MARK OF THE INTELLECTUAL PROPERTY OF SCOTLAND TITLES, TO BE PRESENTED BY THE PETITIONERS AS THEY DEEM,

**Videlicit:** BY DEMONSTRATION OF WHICH ENSIGNS ARMORIAL THE SAID PETITIONERS ARE, AMONGST ALL NOBLES AND IN ALL PLACES OF HONOUR, TO BE TAKEN, NUMBERED, ACCOUNTED AND RECEIVED AS LAIRDS OF SCOTLAND,

**In Testimony Whereof:** WE HAVE SUBSCRIBED THESE PRESENTS AND THE SEAL OF OUR OFFICE IS AFFIXED HERETO AT SCOTLAND TITLES THIS DAY,



**furthermore know ye therefore that**

SCOTLAND TITLES HAS SET OUT PART OF THE ESTATE BY BLAIRADAM FOREST KNOWN AS CANTSDAM, FIFE, SCOTLAND, HEREINAFTER REFERRED TO AS 'THE ESTATE', AS A SCHEME OF SOUVENIR PLOTS AND

**Scilicet:** BY VIRTUE OF OWNERSHIP OF THE LAND IN SCOTLAND AND IN PARTICULAR THE LAND DESCRIBED ABOVE WITHIN THE KINGDOM OF FIFE BY CANTSDAM AS FURTHER DESCRIBED IN THE CERTIFICATE OF DISPOSITION AND PROCLAMATION, THE PETITIONERS MAY HENCEFORTH AND IN PERPETUITY BE KNOWN BY THE STYLE OF LAIRDS AND IN PARTICULAR LAIRDS OF BLAIRADAM.

**Signed**



**Date** THIS 30TH DAY OF DECEMBER IN THE YEAR 2021

All content, layout, artwork and illustrations copyright Scotland Titles 2021 and subject to licence

# To Whomsoever These Presents Do Concern

## Lord Jon Frederick Dismas Turpin &

## Lady Erin Rita Agnes Golden

### Do Declare

# Clan Allegiance and Prey to Wear Certified Tartan

**Scotland Titles send Greeting** and do declare that having by petition unto us unto this day,

**Let It Be Known** that the said by virtue of ownership of land in Scotland and in particular the Land within the Kingdom of Fife by Cantsdam as described in the Disposition and Certificate of Sale, the Petitioners are henceforth and in perpetuity amongst all nobles and in all places of honour, to be taken, numbered, accounted and received as Lairds of Scotland,

**Know Ye Therefore** that the Petitioners having prayed that there might be granted unto them to use such Scottish Tartan as set in law during the dress act of 1746 as repealed in 1782 and thereinafter adopted, acknowledged and recognised as the symbolic National Dress of Scotland,

**Scilicet that Scotland Titles** has assigned, and do by these presents assign, ratify and confirm unto the Petitioners the following ensemble robes in such tartan as is depicted upon the margin sinister hereof, and award unto the petitioners the rights to use, wear, display and earasay such registered Scottish Tartan in exchange for their sworn allegiance to the Clan of Scotland,

**Videlicet such Tartan** as is official and certified as set out in the Scottish Register of Tartans act 2008 administered by the National Records of Scotland with advice from the Court of the Lord Lyon and the Registrar General for Scotland acting as the Keeper of the Scottish Register of Tartans,

**By demonstration** of which ensemble robes the said Petitioners are, amongst all nobles and in all places of honour, to be received as Lairds of Scotland,

### Elliott sta ref 596



**Furthermore by ownership** of lands in Scotland, the Lairds, in such display of the proscribed ensemble robes are to be received with honour in all of Scotland,

**In Testimony whereof** we have subscribed these presents and the seal of our office is affixed hereto at Scotland Titles this day in this year of the reign of our sovereign Charles the Third, by the Grace of God, of the United Kingdom of Great Britain and Northern Ireland, King, Head of the Commonwealth, Defender of the Faith, and in the Year of our Lord stated henceforth,

**Signed**

**Date**   This 30th day of December in the year 2021







| | |
|---|---|
| Zip Code | 47327 |
| New Physical Address (No PO Box) | 13 MULBERRY ST |
| City | CAMBRIDGE CITY |
| State | Indiana |
| Zip Code | 47327 |
| Is there a separate mailing address? | Yes |
| Mailing Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |
| New Registered Agent Full Name | Jon E. "D" Turpin |
| Agent Physical Address (No PO Box) | 247 Maximillian Street |
| City | Baton Rouge |
| State | Louisiana |
| Zip Code | 70802 |
| Is there a separate mailing address? | Yes |
| RA Mailing Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |
| How Many Total Owners/Partners? | 2 |
| First Name | Jon |
| Middle (optional) | E "D" |
| Last | Turpin |
| Owner Address | 13 MULBERRY ST |
| City | CAMBRIDGE CITY |
| State | Indiana |
| Zip Code | 47396 |
| First Name | ERIN |
| Middle (optional) | R "A" |
| Last | Golden |
| Owner Address | 2421 S PLUM ST |
| City | YORKTOWN |
| State | Indiana |
| Zip Code | 47396 |

I hereby authorize the payment above
I have read and agree to the Terms of Service
The information I have provided is true and accurate
to the best of my knowledge
I am an authorized person to submit this filing and
payment





