AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

State of Missouri, et al. )
*Plaintiff* )
v. ) Case No. 3:22-cv-01213
Joseph R. Biden, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 07/19/2023

/s/ Catherine M. Yang
*Attorney's signature*

Catherine M. Yang (NY Bar No. 5319736)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Washington DC 20005

*Address*

catherine.m.yang@usdoj.gov
*E-mail address*

(202) 514-4336
*Telephone number*

(202) 616-8460
*FAX number*