**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 3:22-cv-01213-TAD-KDM |

**STATE PLAINTIFFS' NOTICE OF NON-OPPOSITION TO THE MOTION TO
<u>CONSOLIDATE OF ROBERT F. KENNEDY JR., ET AL.</u>**

 Plaintiffs the States of Louisiana and Missouri hereby notify the Court that they do not oppose the Motion to Consolidate filed by Robert F. Kennedy, Jr., *et al*., Doc. 236.  The Individual Plaintiffs are filing a separate response to that motion.

1

Dated: July 19, 2023

Respectfully submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

**JEFFREY M. LANDRY**
**Attorney General of Louisiana**

*/s/ Joshua M. Divine*
Joshua M. Divine, Mo. Bar No. 69875*
  *Solicitor General*
Todd A. Scott, Mo. Bar No. 56614*
  *Senior Counsel*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov
*Counsel for State of Missouri*

*/s/ D. John Sauer*
Elizabeth B. Murrill (La #20685)
  *Solicitor General*
Tracy Short (La #23940)
  *Assistant Attorney General*
D. John Sauer (Mo #58721)*
  *Special Assistant Attorney General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana
Tel: (225) 326-6766
murrille@ag.louisiana.gov
*Counsel for State of Louisiana*

* admitted *pro hac vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*