RECEIVED
JUL 17 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

United States District Court for the District of Western Louisana
300 Fannin St.
Shreveport, LA 71101

July 10, 2023

To the Clerk of the Court or their Designee,

I would like to get a copy of the recent decision of Missouri v. Biden, Case No: 3:22-CV-01213. Thank you.

Respectfully Submitted,

*[signature]*

Jeff King #131320
CCF / F-2-15
PO Box 600
Cañon City, 81215