OFFENDER LAST NAME INT
STAFF LAST NAME INT
King
JK
DOC#
131320
ID#
Alexander
FACILITY
CCF
DATE REC'D
7-6-23
7-6-23

**Colorado Department Of Corrections**

Name Jeff King

Register Number 131320

Unit CCF / F-2-15

Box Number P O Box 600

City, State, Zip Cañon City, CO 81215

**RECEIVED**

JUL 17 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

DENVER CO 802

11 JUL 2023 PM 5 L

neopost
07/11/2023
US POSTAGE
$00.66⁰

ZIP 81212
041L11241745



United States District Court
for the District of Western Louisiana
300 Fannin St.
Shreveport, LA 71101

71101-314199