

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101
318-676-4273
www.lawd.uscourts.gov

Dear Sir or Madam:

We have your recently submitted request which was received on July 21, 2023. However, our office is unable to provide the information that you seek for the reason(s) indicated below:

- The court charges for copy work requests. Even if you are granted *in forma pauperis* status, you must pay for your copies ($0.50 per page) in advance, or there must be an order signed by a judge directing us to provide copies to you at no cost.
- Using the enclosed docket sheets, identify which docket numbers you are wanting copies of.

We are returning a copy of your request with this correspondence for your future reference.

                                              Sincerely,

                                              TONY R. MOORE, Clerk of Court

                                              BY: s/ab
                                                      Deputy Clerk

Enclosure