

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

---

Case: 3:22-cv-01213 #298
3 pages printed: Fri, 07 Jul 2023 10:41:36

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT COURT JUDGE
July 7, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL            CIVIL ACTION NO. 22-cv-1213

VERSUS            JUDGE TERRY A. DOUGHTY

JOSEPH R BIDEN JR ET AL            MAG. JUDGE KAYLA D. MCCLUSKY

On July 6, 2023, Defendants filed a Motion to Stay Preliminary Injunction Pending Appeal and, Alternatively, for Administrative Stay [Doc. No. 297]. Defendants request expedited consideration of the Motion. Accordingly, Plaintiffs may file a response to the Motion on or before Monday, July 10, 2023, at 8:00 a.m.

TAD

## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2023 at 10:21 AM CDT and filed on 7/7/2023

| | |
|---|---|
| **Case Name:** | Missouri et al v. Biden et al |
| **Case Number:** | 3:22-cv-01213-TAD-KDM |
| **Filer:** | |
| **Document Number:** | 298 |

**Docket Text:**
MINUTE ENTRY: Plaintiffs' response as to [297] MOTION to Stay [294] Order on Motion for Preliminary Injunction is due by 7/10/23 at 8:00 a.m. Signed by Judge Terry A Doughty on 7/7/2023. (crt,Crawford, A)