UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.,*<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

**MOTION TO WITHDRAW AS COUNSEL**

Amanda K. Chuzi hereby moves to withdraw as counsel of record for Defendants. Good cause exists as the undersigned will be leaving her employment with the Civil Division at the U.S. Department of Justice and will no longer be responsible for this case. Defendants continue to be represented by the remaining counsel of record.

Dated: July 26, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

JOSHUA E. GARDNER (FL Bar No. 0302820)
Special Counsel, Federal Programs Branch

*/s/ Amanda K. Chuzi*
KYLA M. SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
AMANDA K. CHUZI (D.C. Bar No. 1738545)
CATHERINE M. YANG (N.Y. Bar No. 5319736)
Trial Attorneys
U.S. Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 514-4686
Amanda.k.chuzi@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all CM/ECF participating attorneys. I certify that, in accordance with Local Rule 83.2.11, the clients have been notified of all deadlines and pending court appearances.

                                  */s/ Amanda K. Chuzi*