**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

### [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**.

MONROE, LOUISIANA, this _____ day of July 2023.

_____
Terry A. Doughty
United States District Judge