U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 26 2023

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL      CASE NO. 3:22-CV-01213
VERSUS                       JUDGE TERRY A. DOUGHTY
JOSEPH R BIDEN JR ET AL      MAG. JUDGE KAYLA D. MCCLUSKY

Dear Honorable Chief Justice Terry A. Doughty,
Thank you so much for your time and service to all of us and for protecting our Catholic Faith and Constitution.

I affirm your opinions on timely entry and request, since my entry was only one month after the most recent event related to this case, but the testimony given in Indiana Case 89C01-2305PO-000687 may potentially prove a conspiracy which links co-conspirators from Indiana Case 1:07-CV-1205-LJM-JMS to my reports of a specific secret service agent to our DHS, just before the White House Cocaine Investigation was closed. It may also link my, if so, false identification as a potentially gun violent person and/or false potential classification as a terrorist to our Catholic Faith and marriage against the Richmond FBI Office anti-Catholic discriminatory memo, and to the potential surveillance by social media companies, since one of the potential co-conspirators, Michael Alan Mann Hotwager may have sent messages attempting to allege I would be gun violent on Facebook and may have used this to access my expungement.

This may have also allowed my expunged case, via false allegations by the potential co-conspirators and potential swatting possibly attempted against us by the potential co-conspirators mentioned as defendants previously in my recent motion on 3:22-CV-01212 to cause the loss of my career-based job and simultaneously open a protective order hearing against me in an untimely fashion with no legal grounds, and in potential attempts to overturn my expungement, reopen a 13-year old decided case, and potentially overturn even The Honorable Terry A. Doughty's injunction.

Please send an injunction or an order to the following courts in line with your affirmed opinion on lack of timely entry to ensure the following cases are closed with prejudice on no legal grounds, and please request the release of Troy Davis' affidavit on the first case.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
1:07-CV-1205-LJM-SMS
please request testimony of Michael A.M. Hdwager on second case.

WAYNE COUNTY CIRCUIT COURT
89C01-2305PO-000087

Please request evidence from the following exemplary FBI Special Agents:
Joseph L. Chorley of Indianapolis, IN | Caitly Casey of Baton Rouge, LA