UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**           **CASE NO. 3:22-CV-01213 LEAD**

**VERSUS**                                          **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**         **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Before the Court is a Motion for Documents [Doc. No. 319] filed by Jon Turpin ["Turpin"]. Turpin is *pro se* and not a party to this action. This Court previously denied Turpin's Motion to Intervene [Doc. Nos. 306 & 307]. Accordingly,

**IT IS ORDERED** that Turpin's Motion is **DENIED**.

MONROE, LOUISIANA, this 27th day of July, 2023.

_____
Terry A. Doughty
United States District Judge