

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

Case: 3:22-cv-01213 #300
3 pages printed: Mon, 10 Jul 2023 10:01:13

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

NOTICE OF DEFICIENT DOCUMENT

NOTICE TO FILER:

The Memorandum in Opposition filed on July 09, 2023 by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. was DEFICIENT for the following reason(s):

✓ A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 7/10/2023 at 9:58 AM CDT and filed on 7/10/2023

| | |
|---|---|
| Case Name: | Missouri et al v. Biden et al |
| Case Number: | 3:22-cv-01213-TAD-KDM |
| Filer: | Jayanta Bhattacharya |
| | Jill Hines |
| | Jim Hoft |
| | Aaron Kheriaty |
| | Martin Kulldorff |
| Document Number: | 300 |

**Docket Text:**
NOTICE of Deficiency to Dean John Sauer on behalf of Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff regarding [299] Memorandum in Opposition to Motion. Reason: A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents. (crt,Thomas, T)