RECEIVED
AUG 07 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

United States District Court
Lafayette Louisiana

US 5th Circuit Court of Appeals
New Orleans Louisiana

| | |
|---|---|
| States of Missouri and Louisiana Et Al | ) Cause 3:22-CV-01213 |
| Plaintiffs, Witham , Hogan Etc Et al | ) Judge Terry Doughty |
|  | ) Mag. Judge Kayla D. McClusky) |
| Vs. | ) |
|  | ) |
| CISA, DOD President Joe Biden, NSA, FBI | ) On Appeal to 5th Circuit |
| Et Al | ) NOTICE of Liens and Claims |
| Defendants | ) |

Witham and Hogan Notice of Claims / Lien
Millions of Injured Parties

**Judge Doughty, Judge McClusky .... Justices of the 5th Circuit**

1. Recently Robert F. Kennedy Jr. was granted the permission to Consolidate His Cause of Action with the State of Missouri and State of Louisiana's Case. It is well known to this Court that MILLIONS of AMERICANS have been Censored many, many Millions of times by the Listed Defendants, Alphabet, Twitter, FaceBook, YouTube, Google and many other SO CALLED Social Media Platforms and ISP or Service Providers. Witham and Hogan being amongst the Millions of People CENSORED.

2. The Censorship and Mass Surveillance exposed in these causes began long long before The Joseph Biden Administration's engaging with the Internet Providers. The NAZI STASI Perpetrated in this matter by the United States and it's Agents, Contractors, Assigns and Co-Conspirators is Severely Egregious and MUST BE IMMEDIATELY ENJOINED. The Vile and Wicked Nature of the Stasi herein exposed to the Courts and the Witnesses around the World is unprecedented in History. The Perpetrators also need to be Criminally Charged as the transgressions are associated with Crimes, Murders and Thefts beyond Comprehension.

3. In addition to the Kennedy Case being Consolidated with this cause, many many MILLIONS of Others are identified in these that have been DEPRIVED of Freedom of Thought, Expression and Participation on the Internet. These Causes reveal The USSA Inc., DOJ Lawyers ( that have Appealed the Doughty, McClusky Preliminary Injunction ) are engaging in Vexatious and Frivolous Legal Manuvering AND ARE at War with the Bill of Rights. These Defendants, Appellants should be Heavily Sanctioned and Their Lawyers Dis-Barred and Criminally Prosecuted. The USSA Inc. should be required to pay AT LEAST 10 Trillion Dollars in Damages and Punitive Damages to the Millions Stripped of Their Constitutional Rights including the 1st Amendment Provisions.

    a. NOTE There was ZERO Notice or Hearing afforded those Censored, said being done without Due Process nor Equal Protection of the Laws afforded to Millions so Stripped of Their Rights by FaceBook, Twitter, Google, Alphabet, YouTube Etc Et Al.
    b. The Internet Providers MUST Divulge the Complete Lists of those so Censored and said Disclosure should of course Be Compulsory as the Identities of the Millions Stripped of Their Rights HAVE A RIGHT TO KNOW.

https://www.courtlistener.com/docket/67089647/kennedy-v-biden/

4. The Central Facts in these cases are that Millions of Victims have been affected. There appears to be Millions of Censorings by the Defendants in these Cases. Day after Day, Week after Month after Years ..... Millions upon Millions have been Unlawfully Censored, Surveilled, Monitored, Harassed, Stalked and Gagged MILLIONS OF TIMES.

https://www.courtlistener.com/docket/67089647/kennedy-v-biden/

5. Judson Witham and Kim Hogan ( Legacy Trust Media ) have been CENSORED, SHADOW BANNED, De-Platformed and many hundreds of times PUT IN JAIL and Accounts Restricted like so many Millions of Others. Witham and Hogan strenuously object and take exception to the Appeal the Defendants have in Bad Faith filed in the 5th Circuit Appellate Court. It appears also these Defendants and Their Lawyers will also pursue US Supreme Court Certiorari and Direct Appeal to SCOTUS to continue the NAZI STASI exposed in these Cases.

6. It is obviously a Vexatious Appeal pursued in Bad Faith. Witham and Hogan argue that SANCTIONS should apply to the Defendants and that Their Attorneys be Dis-Barred and Financially Penalized for further attempting to Unlawfully Censor Witham and Hogan and the Millions of others being Abusively and Wantonly Violated by these Defendants. These Evil Defendants should be subjected to Immense Punitive Damages payable to Witham and Hogan and the Millions of Others, Millions of times Unlawfully Censored in these Cases.

7. The United States Inc. and the Named and UN-NAMED Defendants have NO AUTHORITY to Censor Witham or Hogan nor the Millions of Others, Censored Millions of times in Conspiracy with META (FaceBook) Google, Yahoo, Alphabet, Twitter, YouSuck, YouTube etc etc Et Al.

8. The Actual and Punitive Damages for these Millions upon Millions of Unlawful Actions by the Defendants is ENORMOUSLY EGREGIOUS. Many Many Many Billions even Trillions in Damages should be awarded in These Cases to Witham, Hogan and the Millions and Millions of Victims.

Wherefore Petitioners, Claimants, Witham and Hogan should be listed as Parties, Claimants and Have a Lien against all Damages awarded in these Cases of at Least 10 Trillion Dollars. MILLIONS have been stripped of Their Constitutional Rights.

Witham and Hogan being Injured Parties very strenuously take exception to the USSA Inc. and DOJ's efforts to Stay the Injunction of Judge Doughty and Judge McClusky, The 5th Circuit Appeal Filed and the Hint that the US Supreme Court may be the NEXT STOP on the DOJ's CRAZY TRAIN   Dated 8/ 1 / 23

Judson Witham
Kim Hogan
Legacy Trust Media

*/s/ Judson Witham*

https://www.bing.com/search?q=trillions+looted+84+captures+

Judson Witham
Kim Hogan
Legacy Trust Media

The Spying Stasi and Mass Censorship is COMPLETELY Corrupt and Fascist

Totally Corrupt Nazism

The DOJ Appeal reveals the EVIL WICKEDNESS of the Complete Disregard of the Freedoms that belong to the People

The USSA DOJ INC are Traitors to the Bill of Rights