J. Witham
15215 Aiken
Wake Forest NC
27587

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 0090 0001 2248 2353

Retail

71101

U.S. POST
FCM LET
MOUNT
AUG 01,

$9.

R2304M

RDC 99

RECEIVED

AUG 07 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

BY_____

X-RAYED

Clerk
US Dist. Court
200 Fannin St. #1167
Shreveport, Louisiana
71101-3083