IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES,

    *Plaintiffs*

    v.

JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI et al.,

    *Defendants*

Civil Action No. 3:22-cv-1213

## REDACTED SUPPLEMENT TO MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Movant, [Name Redacted], whose address is [Address Redacted], respectfully submits this supplement to the Motion for Leave to Proceed Under Pseudonym filed with this Court on August 15, 2023.

This signed supplement provides the true identity of the Movant, to be used exclusively by the Court and parties bound by the accompanying Motion to Seal.

Movant is a 40-year veteran of the technology industry with a background in software development and global systems interconnection at both the telecom and Internet layers. [They] is[are] filing these motions pro se, and [their] pseudonym uses they/them pronouns.

**Background and Necessity of Redaction:**
Given the unique and substantial risks articulated in the main motion, it is imperative that the disclosure of Movant's true identity be tightly controlled. This supplement is intended solely to satisfy the Court's need for this information while maintaining the utmost confidentiality.

**Request for Sealing:**
Movant respectfully requests that this supplement be filed under seal, pursuant to the accompanying Motion to Seal, to prevent unnecessary disclosure of their true identity and to preserve the integrity of the proceedings.

Submitted this 15th Day of August, 2023

.