8/15/2023
Clerk of the Court
United States District Court
United States Post Office and Court House
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

RECEIVED
IN MONROE, LA.

AUG 1 6 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Re: Missouri v. Biden, 3:22-cv-01213, Motion for Leave to Intervene

Dear Clerk of the Court,

I am writing to submit a series of documents pertaining to a motion for leave to intervene in the ongoing litigation. These filings present a unique perspective on the legal matters at hand and are intended to be filed pseudonymously.

Enclosed please find the following documents:

**Motion for Leave to Intervene**
  **Supplement A**: Soldiers without Faces: The Deployment of Algorithmic Agents and the Legacy of Digital Redcoats
  **Supplement B**: From Cave to Cloud: A Historical Examination of the Concept of a House
  **Supplement C**: The Digital House: Establishing Legal Definitions and Boundaries
  **Supplement D**: Quartering Digital Agents in Modern Coffee Houses: The Invasion of Social Media and the Erosion of Democratic Discourse
  **Supplement E**: Personal Sovereignty in Digital Domains: From Castle Doctrine to Virtual Fortresses

**Motion for Leave to File Under Pseudonym**
  Redacted Supplement to Motion for Leave to File Under Pseudonym

**Motion to Seal Supplement to Motion for Leave to Proceed Under Pseudonym**
  Non-Redacted Supplement to Motion for Leave to File Under Pseudonym

**Proposed Orders**
  **Proposed Order Granting Motion to Seal Supplement**
  **Proposed Order Granting Motion for Leave to File Under Pseudonym**
  **Proposed Order Granting Motion for Leave to Intervene**

The enclosed documents articulate an interpretation of the Third Amendment's application to digital domains, focusing on personal sovereignty and privacy.

Two versions of Supplement to Motion to File Under Pseudonym are included, a redacted version for general filing, and a non-redacted version intended for the Court's eyes only.  I kindly request that these documents be filed in accordance with the legal procedures for pseudonymous filing. Should you have any questions or need further clarification, please do not hesitate to contact me.

On a personal note, Wendy in the Lafayette office was very kind in helping me when I called for information.  Thank you for your attention to this matter.

Respectfully,
Brandon Q. Doe