IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES, <br><br>*Plaintiffs* <br><br>v. <br><br>JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI et al., <br><br>*Defendants* | Civil Action No. 3:22-cv-1213 |

## ORDER GRANTING LEAVE TO PROCEED UNDER PSEUDONYM

THIS CAUSE having come before the Court on the Motion for Leave to Proceed Under Pseudonym, and the Court having considered the motion, the arguments therein, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

    **Public Interest Acknowledged**: The Court recognizes the public interest in facilitating pseudonymous participation by Movant in this litigation, given the unique insights and valuable perspective articulated in the accompanying documents concerning complex constitutional matters.

    **Necessity of Anonymity Established**: The Court finds that the pseudonymous participation of Movant is necessary to mitigate distinct and substantial risks associated with the disclosure of their identity in the context of the issues raised in this case.

    **Minimal Impact on Defendants Confirmed**: The Court concludes that the use of a pseudonym by Movant will not unduly prejudice the defendants or obstruct their ability to present a defense, as the identity of 'Doe' is not pivotal to the claims or defenses in this case.

    **Protection of Fundamental Rights Affirmed**: The Court affirms that the disclosure of Movant's true identity may impair their exercise of fundamental rights, including freedom of speech and association, and thus grants this motion to protect those rights.

    **Good Faith Recognized**: The Court recognizes that the use of a pseudonym by Movant is made in good faith, without intent to defraud or mislead, and solely for the purpose of enabling meaningful participation in this proceeding.

**Granting of Motion**: The Motion for Leave to Proceed Under Pseudonym by Brandon Quixote Doe is hereby GRANTED. Movant may participate in this case under the pseudonym 'Brandon Quixote Doe' and shall comply with any further orders of the Court regarding the use of said pseudonym.

**Further Relief**: The Court reserves the right to grant further relief as it deems just and appropriate.

DONE AND ORDERED in _____, this ___ day of _____, 2023.