27675

```
BRANDON DOE                              1 LBS        1 OF 1
(270) 5██-████
THE UPS STORE #6802            SHP WT: 1 LBS
STE D                          DWT: 16,12,1
2780 NEW HOLT RD               DATE: 15 AUG 2023
PADUCAH KY 42001-7441

SHIP  CLERK OF THE COURT
TO:   UNITED STATES DISTRICT COURT
      US POST OFFICE & COURT HOUSE
      STE 215
      201 JACKSON ST
      MONROE LA 71201
```

LA 712 0-01

UPS NEXT DAY AIR                1
TRACKING #: 1Z 3Y9 V11 24 1245 8788

BILLING: P/P
SIGNATURE REQUIRED

REF #2: JC

ISH 13.0F ZZP 450 29.5V 07/2023

RECEIVED IN MONROE, LA.
AUG 1 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
201 JACKSON ST
OFC 215
MONROE LA 71201
P: BLUE     S: SHOP
POTT - 1548
         8788