IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES,

    *Plaintiffs*

v.

JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI et al.,

    *Defendants*

Civil Action No. 3:22-cv-1213

## ORDER GRANTING MOTION TO SEAL
## SUPPLEMENT TO MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

THIS CAUSE having come before the Court on the Motion to Seal Supplement to Motion for Leave to Proceed Under Pseudonym by Movant, and the Court having considered the motion, the grounds articulated therein, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

    **Protection of Privacy Acknowledged**: The Court recognizes the necessity of protecting the sensitive information contained within the supplement, specifically the true identity of the Movant, and understands the valid privacy concerns at stake.

    **Necessity of Anonymity Established**: The Court finds that the sealing of this document is warranted to mitigate the distinct and substantial risks associated with revealing Movant's true identity, in line with the grounds presented in the main motion.

    **No Prejudice to Other Parties Confirmed**: The Court concludes that sealing this document will not unduly prejudice the defendants or any other party to the litigation, as the information contained therein pertains solely to the procedural request to proceed pseudonymously.

**Interest of Justice Upheld**: The Court determines that the sealing of this document aligns with the interests of justice, maintaining the focus on the substantive issues of the case and respecting the Movant's well-founded privacy concerns.

**Granting of Motion**: The Motion to Seal Supplement to Motion for Leave to Proceed Under Pseudonym is hereby GRANTED. The said supplement shall be filed under seal, accessible only to the Court and authorized personnel, and shall be handled in accordance with all applicable laws and regulations governing sealed documents.

DONE AND ORDERED in _____, this ___ day of _____, 2023.