27681

```
BRANDON DOE                          1 LBS        1 OF 1
(270) 5██-████
THE UPS STORE #6802            SHP WT: 1 LBS
STE D                          DWT: 16,12,1
2780 NEW HOLT RD               DATE: 15 AUG 2023
PADUCAH KY 42001-7441

      SHIP  CLERK OF THE COURT
      TO:   UNITED STATES DISTRICT COURT
            US POST OFFICE & COURT HOUSE
            STE 215
            201 JACKSON ST
            MONROE LA 71201
```

LA 712 0-01

UPS NEXT DAY AIR            1
TRACKING #: 1Z 3Y9 V11 24 1245 8788

BILLING: P/P
SIGNATURE REQUIRED

REF #2: JC

ISH 13.00F ZZP 450 29.5V 07/2023

RECEIVED
IN MONROE, LA.
AUG 1 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
201 JACKSON ST
OFC 215
MONROE LA 71201

P: BLUE       S: SHOP
POTT - 1548
              8788
1Z3Y9V11241245
MP1LUN  LANDN9BUDE AUG 16 08:10:14 2023
US 7120  HIP 23 6.0 - 2141LR