**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO.  3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MEMORANDUM ORDER

Pending before the Court is a Motion For Leave to Proceed under Pseudonym [Doc. No. 325] ("Motion for Leave") and a Motion to Seal Attached Document [Doc. No. 326] filed under the name Brandon Q Doe ("Doe"). In the Motion for Leave, Doe alleges his anonymity, if necessary, because the Government's actions have created an environment where the revelation of Doe's true identity could potentially exacerbate the harm already inflicted and further stifle their freedom of speech.

The use of the fictious names is only allowed under special circumstances, where the issues involved are of a sensitive and personal nature. *Southern Methodist University Ass'n of Women Law Students v. Wynne & Jaffe*, 599 F.2d 707, 712-13 (5th Cir. 1979). Use of a fictious name runs afoul of the public's right of access to judicial proceedings. The Court must determine whether a litigant's reasonable fear of severe harm outweighs the public's interest in open judicial proceedings. *Doe v. Megless*, 654 F.3d 404, 408-09 (3rd Cir. 2011); *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981).

Doe has not met his burden of showing Doe's fear of harm outweighs the public's interest in open judicial proceedings. Therefore,

For the reasons set forth herein, Doe's Motion for Leave [Doc. No. 325] is **DENIED**. For like reasons, Doe's Motion to Seal [Doc. No. 326] is also **DENIED.**

1

**MONROE, LOUISIANA**, this 17th day of August 2023.

Terry A. Doughty
United States District Judge