

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED

AUG 18 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

22-CV-1213

#317

(retdoc)

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

---

Case: 3:22-cv-01213 #317
3 pages printed: Tue, 25 Jul 2023 09:41:13

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al. | NO. 3:22–CV–01213–TAD–KDM  (LEAD) |
| VERSUS | JUDGE TERRY A DOUGHTY |
| JOSEPH R BIDEN, JR , et al. | MAGISTRATE JUDGE KAYLA D MCCLUSKY |

### N O T I C E

In accordance with the order of consolidation, all future pleadings for all cases stated in the order should bear the lead case number, caption, judge and magistrate judge assignments which are shown above. **Pursuant to LR10.2, the lead caption shall be followed by a listing of the names and docket numbers of only those cases to which the filing applies.** An example caption might read:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| PAUL PLAINTIFF, ET AL | NO. 5:91cv1234 (LEAD) <br> NO. 5:91cv5678 (MEMBER) |
| VERSUS | JUDGE STAGG |
| DON DEFENDANT, ET AL | MAG. JUDGE HORNSBY |

From the point of consolidation forward, electronic filings should be submitted in the <u>lead</u> case.

In the event that you, in the future, contemplate an appeal in this matter, we wish to direct your attention to FRCP 54(b) and also FRAP 4(a)(4) and the Fifth Circuit's holding in Harcon Barge Co., Inc. vs. D & G Boat Rentals, Inc. 746 F2d 278 (5th Cir. 1984).

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  July 25, 2023.

TONY R. MOORE
CLERK OF COURT

NETANYAHU

**U.S. District Court**

**Western District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 7/25/2023 at 9:29 AM CDT and filed on 7/25/2023

| | |
|---|---|
| **Case Name:** | Missouri et al v. Biden et al |
| **Case Number:** | 3:22-cv-01213-TAD-KDM |
| **Filer:** | |
| **Document Number:** | 317 |

**Docket Text:**
NOTICE of Consolidation by Clerk. (crt,Thomas, T)