8/21/2023
Clerk of the Court
United States District Court
United States Post Office and Court House
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

RECEIVED
IN MONROE, LA.
AUG 2 5 2023
AM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Re: Missouri v. Biden, 3:22-cv-01213, Motion to Reconsider

Dear Clerk of the Court,

I am writing to submit a series of documents pertaining to a motion to reconsider in the ongoing litigation. As context, I've recently filed a motion to intervene pseudonymously[325] and seal[326], those motions were denied on the basis that I had not met the burden of showing how my concerns weigh against the public interest in named participation.

In my desire to remain brief and respectful of the court, I limited my substantiation of the important points needed by the court, incorrectly assuming that the facts and circumstances of the case would automatically be considered in this motion. I should have been clearer, and for that, I apologize.

In short, I'm filing this to correct a mistake. As a pro se litigant, I have trouble distinguishing where it is appropriate to be brief and where I should elaborate. I should have elaborated here.

Enclosed please find the following documents in support of reconsideration:

**Motion to Reconsider Motions for Leave to Proceed Under Pseudonym and to Seal Attached Document**: This motion seeks reconsideration of the Court's denial of my previous motions [Doc. No. 325 and 326], based on the grounds detailed within. It intentionally omits the Third Amendment perspective which is the focus of Supplement B.
**Supplement A:** This supplement explains the conundrum regarding the substantiation of a threat from a not-yet-tested claim.
**Supplement B:** This supplement explains the fear of harm with regard to anonymity as related to the underlying Third Amendment claims.
**Attachments 1-5 to Supplement B:** Third amendment risk in the real world.

**Proposed Order Granting Motion to Reconsider Motions for Leave to Proceed Under Pseudonym and to Seal Attached Document**: Proposed order for the Court's consideration in conjunction with the Motion to Reconsider.

**Copy of Memorandum Order Denying Motions** - Provided as reference
**Copy of Motion for Leave to File Under Pseudonym** - Provided [325] as reference
**Copy of Motion to Seal** - Provided [326] as reference
**Copy of Non-Redacted Supplement to Motion for Leave to File Under Pseudonym** - To establish authenticity with clerk as original filing Doe

I respectfully request that these documents be filed with the court in the above-referenced case in accordance with the legal procedures for pseudonymous filing. Should you have any questions or need further clarification, please do not hesitate to contact me.

I apologize for and sincerely appreciate the effort of this court with this pseudonymous filing.
Respectfully,
Brandon Q. Doe