IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI; STATE OF LOUISIANA et al., <br><br> *Plaintiffs* <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> *Defendants* | Civil Action No. 3:22-cv-1213 |

**ORDER GRANTING MOTION TO RECONSIDER MOTIONS FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO SEAL ATTACHED DOCUMENT**

This matter is before the Court on Movant Brandon Q. Doe's ("Doe") Motion to Reconsider the denial of the Motion for Leave to Proceed under Pseudonym [Doc. No. 325] and Motion to Seal Attached Document [Doc. No. 326], pursuant to Fed. R. Civ. P. 54(b).

Upon careful consideration of the Motion to Reconsider, the arguments presented therein, the record, and the relevant legal authority, the Court finds as follows:

STANDARD FOR RECONSIDERATION: The Federal Rules of Civil Procedure permit this Court to revise interlocutory orders before the entry of final judgment. See Fed. R. Civ. P. 54(b).

FEAR OF HARM FROM POWERFUL INTERESTS: The Court recognizes the genuine and substantial fear of harm to Doe from engaging with formidable adversaries, including governmental bodies, multinational pharmaceutical corporations, and influential technology firms.

PUBLIC INTEREST IN OPEN JUDICIAL PROCEEDINGS: The Court acknowledges the importance of open judicial proceedings but also recognizes the need to balance this interest with protecting the safety and fundamental rights of the litigants.

BALANCING OF INTERESTS: In light of the unique circumstances of this case, the Court finds that the public's interest in open judicial proceedings can be maintained without disclosing Doe's identity.

IT IS THEREFORE ORDERED THAT:

The Motion to Reconsider the denial of the Motion for Leave to Proceed under Pseudonym [Doc. No. 325] and Motion to Seal Attached Document [Doc. No. 326] is hereby GRANTED.

Movant Brandon Q. Doe is permitted to proceed under pseudonym in this action.

The attached document referenced in [Doc. No. 326] shall remain sealed.

IT IS SO ORDERED.

DATED: _____