UPS Envelope — shipping label

**Extremely Urgent**

Routing sticker (upside down):
UNITED STATES DISTRICT COURT
201 JACKSON ST
OFC 215
MONROE LA 71201-7472

P: BLUE    S: OFFICE    I: BLU
MARC-1000    A
1Z3Y9V1115I376  6031  930
JXH5CTK   LAMH0N954UDC AUG 25 08:59:06 2023
US 7120   HIP 23.6.0   2D621R

Shipping label:
FROM:
BRANDON DOE
THE UPS STORE #6802
STE D
2780 NEW HOLT RD
PADUCAH KY 42001-7441

SHIP TO:
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
US POST OFFICE & COURT HOUSE
RM 215
201 JACKSON ST
MONROE LA 71201-7499

SHP WT: 1 LBS
0.7 LBS LTR 1 OF 1
DATE: 24 AUG 2023

UPS EARLY
TRACKING #: 1Z 3Y9 V11 15 1376 6031

LA 712 0-01

BILLING: P/P
REF #2: AC

SHIPS VERIFIED

RECEIVED
IN MONROE, LA.
AUG 25 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
AM

A KAYEL
CLERK OF COURT

Visit UPS.com

**Apply shipping documents on this side.**

envelope is for use with the following services:
**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited®**

e for: UPS Ground
UPS Standard
UPS 3 Day Select®

Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Exp… correspondence, urgent documents… 8 oz. or less. UPS Express envelopes… or weighing more than 8 oz. will be b…

**International Shipments**
- The UPS Express envelope may be us… value. Certain countries consider elec… ups.com/importexport to verify if yo…
- To qualify for the letter rate, the UPS … UPS express envelopes weighing mo…

**Note:** UPS Express envelopes are not … electronic media containing sensitive p… Do not send cash or cash equivalent.

Serving you for more than 110 years
United Parcel Service.®



International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101  05/21  TG  United Parcel Service

80% Post-Consumer Content