CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

22-CV-1213

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 13 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

Ret doc
# 330

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Mike Webb
955 S Columbus St #426
Arlington, VA 22204

---

Case: 3:22-cv-01213 #330
2 pages printed: Sat, 26 Aug 2023 09:01:01

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 8/26/2023 at 8:41 AM CDT and filed on 8/26/2023

| | |
|---|---|
| **Case Name:** | Missouri et al v. Biden et al |
| **Case Number:** | 3:22-cv-01213-TAD-KDM |
| **Filer:** | |
| **Document Number:** | 330(No document attached) |

**Docket Text:**
ELECTRONIC ORDER denying [329] Motion for Reconsideration re [329] MOTION for Reconsideration re [327] Memorandum Order filed by Brandon Q Doe. Signed by Judge Terry A Doughty on 8/26/2023. (jud,Doughty, Terry)