# Supreme Court of the United States

No. 23A243

VIVEK H. MURTHY, SURGEON GENERAL, ET AL.,

Applicants

v.

MISSOURI, ET AL.

## O R D E R

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana, case No. 3:22-cv-01213, is hereby administratively stayed until 11:59 p.m. (EDT) on Friday, September 22, 2023.  It is further ordered that any response to the application be filed on or before Wednesday, September 20, 2023, by 4 p.m. (EDT).

/s/   Samuel A. Alito, Jr.
Associate Justice of the Supreme
Court of the United States

Dated this 14th
day of September, 2023.