UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United State, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-01213-TAD-KDM |

## MOTION TO WITHDRAW AS COUNSEL

Adam D. Kirschner hereby moves to withdraw as counsel of record for Defendants. Good cause exists as the undersigned will be leaving his employment with the Civil Division at the U.S. Department of Justice and will no longer be responsible for this case. Defendants continue to be represented by the remaining counsel of record.

Dated:  September 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel
Federal Programs Branch

JOSH E. GARDNER
Special Counsel
Federal Programs Branch

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601

Senior Trial Counsel  
United States Department of Justice  
    Civil Division, Federal Programs  
    Branch  
1100 L Street NW, Room 11020  
Washington, DC 20530  
    Tel.:  (202) 353-9265 (o)  
           (202) 598-3846 (c)  
    Fax:  (202) 616-8460  
E-mail: adam.kirschner@usdoj.gov

<u>Mailing Address:</u>  
Post Office Box 883  
Washington, D.C. 20044

<u>Courier Address:</u>  
1100 L Street NW, Room 11020  
Washington, D.C. 20005

*Counsel for Defendants*