# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN, JR., in his official ) <br> capacity as President of the United State, *et* ) <br> *al.*, ) <br> ) <br> Defendants. ) | Case No. 3:22-cv-01213-TAD-KDM |

## **[PROPOSED] ORDER**

Considering the foregoing Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**.

MONROE, LOUISIANA, this _____ day of September 2023.

_____
Terry A. Doughty
United States District Judge