# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-30445    State of Missouri v. Biden
                          USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

Mr. Travis Christopher Barham
Mr. John B. Bellinger III
Mr. Simon Christopher Brewer
Mr. Brennan Tyler Brooks
Mr. Jonathon Christian Burns
Mr. Jay R. Carson
Mr. David Anthony Dalia
Mr. Joshua M. Divine
Mr. Christopher A. Ferrara
Mr. Leonid Goldstein
Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Mr. Gene Patrick Hamilton
Mr. R. Stanton Jones
Mr. Glynn Shelly Maturin II
Mr. Christopher Ernest Mills
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker

```
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou
```

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-30445

———————

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY;
MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA;
JILL HINES,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA;
DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY
FAUCI; ET AL.,

*Defendants—Appellants.*

———————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

———————

ON PETITION FOR REHEARING

Before CLEMENT, ELROD, and WILLETT, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the petition for rehearing is GRANTED.