**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| THE STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:22-cv-01213-TAD-KDM |
| v. | ) |
| | ) |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United State, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**. Adam Kirschner is no longer counsel of record in this matter.

MONROE, LOUISIANA, this 27th day of September 2023.

Kayla D. McClusky
United States Magistrate Judge