U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 29 2023

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL                    CASE NO. 3:22-CV-01213 LEAD

VERSUS                                     JUDGE TERRY A. DOUGHTY

JOSEPH R BIDEN JR ET AL                    MAG. JUDGE KAYLA D. MCCLUSKY

Dear Honorable Judge Doughty and Honorable Judge McClusky,

In my opinion, the proceedings in 89C01-2305PO-000087 may have no legal grounds, as the case appears to have been filed in a way which caused transactional immunity by the Honorable Judge Drake removing the only potential grounds available for the case to potentially be filed, which, even if reviewed in full, according to the actions of the Honorable Judge Stoner, affirmed in actions by the Honorable Judge Drake, in my opinion would still be affirmed. With submission of these notarized documents, and the case having no legal grounds under which to be filed, and it being past 60 days and outside the jurisdiction where it was filed under T.R. 41, in my opinion, it should be closed in our favor, with prejudice.

In my opinion, the case was filed in a way where the only possible conclusion is that it was and is intended to falsely, fictitiously, and fraudulently, violate our constitutional, civil, religious rights and rites, and an attempt to violate our Catholic Marriage and vows under God and Faith.

In my opinion, none of this fraudulently attempted, and continuing violation, is in the jurisdiction of the Wayne County Superior Court, and with the accepted postponement, the case duration will already be half past the offered and denied plea deal, causing a situation where even if the case passed, "time served" would already negate the possible remainder.

In my opinion if you request the transcripts of the case, you may review if the alleged petitioner has testified against the alleged victim, negating potentially the entire case in our favor at 100%.

Jon F. D. Turpin
2421 S. Plum St.,
Yorktown, IN 47396
225-259-6270

# LOUISIANA FIREARM BILL OF SALE

Date: September 28, 2023

## 1. THE PARTIES.

Buyer's Name: Erin R. Golden ("Buyer") with a mailing address of 247 Maximillian St., Baton Rouge, LA 70802.

Seller's Name: Son F. Turpin ("Seller") with a mailing address of 2421 S. Plum St., Yorktown, IN 47396.

## 2. FIREARM DETAILS.

Make: Remington   Type/Model: TAC-14

Caliber: 12ga   Serial Number (SN): 39012 / RF041418

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $20 to be paid on:

☑ - The date of this bill of sale.

☐ - At a future date no later than _____, 20____

☐ - Other. _____

☐ - Buyer is receiving the Firearm as a Gift.

☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

## 5. BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6. NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

**Buyer's Signature:** _Erin Golden_   Date: _9-28-23_

Print Name: _Erin Golden_

Driver's License Number: _9371-01-8490_   State: _Indiana_

**Seller's Signature:** _[signature]_   Date: _9/28/23_

Print Name: _Son F. Turpin_

Driver's License Number: _0210-07-5538_   State: _Indiana_

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _28_ DAY OF _Sept_ 20_23_
BY _Buyer / Seller_

Rhonda L. Viney, Notary Public #65467

Page 2 of 2

# LOUISIANA FIREARM BILL OF SALE

Date: __September 28__, 20__23__

## 1. THE PARTIES.

Buyer's Name: __Erin R. Golden__ ("Buyer") with a mailing address of __247 Maximillian St., Baton Rouge, LA 70802__.

Seller's Name: __Son F. Turpin__ ("Seller") with a mailing address of __2421 S. Plum St., Yorktown, IN 47396__.

## 2. FIREARM DETAILS.

Make: __Henry__   Type/Model: __Big Boy__

Caliber: __357/38 SP__   Serial Number (SN): __396591 1746M__

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $ __20__ to be paid on:

  ☑ - The date of this bill of sale.

  ☐ - At a future date no later than _____, 20____

  ☐ - Other. _____

☐ - Buyer is receiving the Firearm as a Gift.

☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

## 5. BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6. NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

**Buyer's Signature:** Erin Golden    Date: 9-28-23

Print Name: Erin Golden

Driver's License Number: 9371-01-8490    State: Indiana

**Seller's Signature:** [signature]    Date: 9/28/23

Print Name: Jon F. Turpin

Driver's License Number: 0210-07-5528    State: Indiana

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 28th DAY OF Sept 20 23
BY Buyer / Seller

Rhonda L. Vinet, Notary Public #65467

# LOUISIANA FIREARM BILL OF SALE

Date: _September 28_, 20_23_

## 1. THE PARTIES.

Buyer's Name: _Erin R. Golden_ ("Buyer") with a mailing address of _247 Maximillian St., Baton Rouge, LA 70802_.

Seller's Name: _Jon S. Turpin_ ("Seller") with a mailing address of _2421 S. Plum St., Yorktown, IN 47396_.

## 2. FIREARM DETAILS.

Make: _EAA_  Type/Model: _Windicator_

Caliber: _38 SP_  Serial Number (SN): _39445 1581099_

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $ _20_ to be paid on:

  ☑ - The date of this bill of sale.

  ☐ - At a future date no later than _____, 20____

  ☐ - Other. _____

☐ - Buyer is receiving the Firearm as a Gift.

☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

Page 1 of 2

## 5. BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6. NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

**Buyer's Signature:** X Erin Golden   **Date:** 9-28-23

Print Name: Erin Golden

Driver's License Number: 9371-01-8490   State: Indiana

**Seller's Signature:** /s/   **Date:** 9/28/23

Print Name: Jon F. Turolo

Driver's License Number: 0210-07-553B   State: Indiana

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 28th DAY OF Sept 20 23
BY Buyer Seller

Rhonda L. Vinet, Notary Public #65467