

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Brandon Q Doe
500 Parker Rd
Paducah, KY 42003

---

Case: 3:22-cv-01213 #337
3 pages printed: Wed, 27 Sep 2023 12:01:17

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United State, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-01213-TAD-KDM |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**. Adam Kirschner is no longer counsel of record in this matter.

MONROE, LOUISIANA, this 27th day of September 2023.

Kayla D. McClusky
United States Magistrate Judge

U.S. District Court

Western District of Louisiana

Notice of Electronic Filing

The following transaction was entered on 9/27/2023 at 11:57 AM CDT and filed on 9/27/2023

**Case Name:** Missouri et al v. Biden et al

**Case Number:** 3:22-cv-01213-TAD-KDM

**Filer:**

**Document Number:** 337

Docket Text:
ORDER granting [334] Motion to Withdraw as Attorney. Attorney Adam Kirschner terminated. Signed by Magistrate Judge Kayla D McClusky on 9/27/2023. (crt,Leday, A)