OTC

RECEIVED
IN MONROE, LA.
OCT 1 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

Dear Honorable Doughty and Honorable McClusky,

Please review the information within, and consider my requests, and if the information may be sensitive in a way which may require seal.

Specifically the handwritten portion, and the requested update to the address on our marriage certificate from Port Allen, LA to the 5th District court level with 9 Mulberry St., Cambridge City, IN changed to 10544 Cletus Dr., Baton Rouge, LA 70815.

10/16/2023     Jon F. "D." Turpin

2421 S. Plum St.,          10544 Cletus Dr.,
Yorktown, IN 47396         Baton Rouge, LA 70815