Dear Honorable Doughty and Honorable McClusky, and Honorable Perez. In line with my expungement and transactional immunity, along with last will and testament and power of attorney with Pro Se Han Vice...

[I didn't intend to exclude you, Honorable Perez, I sincerely apologize.]

Would you please amend the address on our marriage certificate in line with the usufruct that, to my understanding, with Louise T. Golden applying rightfully as Power of Attorney and as Executor of Mr. & Mrs. Herbert C. Taft's estate... exists at 10544 Cletus Dr., Baton Rouge, LA 70815. The attached check bears witness of a gift directly from Rita B. Taft just before our first wedding anniversary, which, in my opinion, means, that even if my biological parents attempt to invalidate our marriage in a court where even a wrongful eviction from 9 Mulberry Street may be possibly filed under seal to falsely allege jurisdiction over our Sacrament marriage and attempt to override the 5th District Court's order not to allow the school lawsuit case to go back to Wayne County Superior Court [Aligning with Marion County Superior Court's, and the Expungement Court, and even the Indiana Supreme Court's decision regarding cases against civil rights being wrongfully filed under seal... aligning with your own decision and opinions, which I affirm... etc. et al]

Speculation, but based in logic and precedent set by Jack Smith and Mayorkas themsevles... [In my opinion, my cases in conjunction may remove all attorney/client privelege from OSC, Merrick Garland, Boswell, Harris, Mayorkas, Jack Smith, etc. et al, cost us, already, potentially as much as the budget for the DOD, and could, in theory, make me acting director of DOD]

In my opinion, this amendment ensures our marriage is not forced into a false civil contract and prevents any complicity by being compelled to testify in a court without jurisdiction in a trial designed to attempt to force complicity, and retains transactional immunity without conferring it to the alleged petitioner, alleged victim, and alleged attorney.
[A wrongfully filed civil case left open without dismissal with prejudice is forced civil contract]

By attending Hubert C. Taft's funeral mass and being allowed the privilege, honor, right and duty to carry him to rest, we have convalidated our marriage in line with approaching two years even if anyone were to falsely allege any doubts of our Faith, marriage, sacraments, vows, etc. et al...

In case there is any doubt of residency, my car has been here for approximately a month, I've been sleeping on the floor under usufruct to assist Mawmaw Taft and family for more than 10 days before filing my other motion in Alexandria, in line with going up the chain of courts properly.

The included insurance check shows I don't exploit nor defraud anyone and is accepted but unsigned and uncashed on purpose for your records.

My primary care physician is in ~~Lamota~~ Indianapolis, IN, and my most recent therapist is in Gonzales, LA, and this ensures again there is no jurisdiction in Wayne County Superior Court.

In the paraphrased words of Larry S. McKinney, "... they can't have it both ways..." and if they're still going to attempt to do so, ["they" being the original irresponsible plaintiffs and the alleged petitioner, alleged victim, and alleged attorney in Wayne County Superior Court] then they must be in their own 3-ring circus circle, and everyone else rounds up, even if, as in ~~[redacted]~~, "we begin at the end."
Duncan v. Bonta

In my opinion, while a Revocable Trust configured in such a way, that it may be used to violate the 14th, 13th, 15th amendments, constitutional, and civil liberties, rights, and religious freedoms, etc. et al... might be alleged to be an ~~[redacted]~~ unprosecutable entity, in my opinion, it is an unelected form of tyrannical government if used improperly...

In my opinion, Mawmaw Taft is an unprosecutable person, and we and our family and Faith and Constitution are paramount.

If this motion passes, in my opinion, even if I were to be falsely interdicted, conservatorshipped, or any other adverse outcome, the end result would be the same... I would be under adverse possession, and 25% of the Revocable Trust would be, along with me, returned to freedom.
In the words of Huey P. Long, paraphrased, to ~~[redacted]~~ Rita Bell Taft, "... Give her a quarter...", and I affirm his opinion.

In my opinion, my biological Dad is a "Disneyland Parent" and in wrongful, adverse dominion, of 25% of an entire estate, and business, to which I am the heir, wrongfully dispossessed, and he knows, or he wouldn't threaten to kill me.

In my opinion, if you subpoena the Congressional ethics committee and the Subcommittee on the Weaponization of Federal Government for the contents of my whistleblow, you may find that there was an attempt to place me in [INEVA] (Evansville, IN) when I was located in Indianapolis, IN [ININD] [The abbreviations are the internal identifiers from the Ascension Health / Ascension Information Services Network Team] [The first two letters are the state, last three are the city] During this time frame, I was dealing with the wrongful convictions from the gun case in Marion County, IN, but, more importantly, my biological Dad was trying to separate me from any witnesses in my defense, falsely represented me causing a conflict of interest with my lawyer, postponed evidence collection and allowed video evidence in my defense to be deleted... and then also, importantly, attempted to convince me to start a civil suit against the establishment where the event occurred, and the state of Indiana, where he would effectively be in control of the proceedings with me found guilty until proven innocent, and as collateral. [This is similar to my biological Dad's intolerable bad behavior in the school lawsuit.] The Honorable Larry J. McKinney passed suddenly in the night, on 9/20/2017, which, is the same timeframe during which my biological Dad was pushing me to open a civil suit in the aforementioned manner, and the lawyer I contacted was directing me to Johnson & Jensen, who have staff from the IU McKinney school of law, and may be directly associated with Larry J. McKinney and the Johnsons. Larry J. McKinney ruled

in my favor if you read the opinion he gives and read between the lines in the "school lawsuit" case... he also ruled in the favor of Troy Davis' affidavit.

  Title VII, Hidden Disability, Pro-Life, Round Up, Civil liberties, etc. et al

In my opinion, I affirm his opinions.

Please subpoena the autopsy report for the Honorable Larry J. McKinney, and for my beloved cousin, Troy Davis, and my whistle blow to congress...

Coincidentally, after Grandpa Herbert C. Taft's passing, during which we were in Yorktown, IN, my mother-in-law, who I call Mom, Louise Taft Golden, is having some issues with the government locating his social security number in the system for Grandma Rita Bell Taft's benefits and to ensure she may remain in her home.

Thank you so much for your time, public service, and for hearing my genuine concerns, Your Honors.

In my opinion there are no less than 3 potentially suspicious deaths of animals, 6 potentially suspicious deaths of persons, and 7 potentially "at risk" targets for civil and uncivil harms and losses surrounding the original irresponsible plaintiffs and current alleged petitioner, alleged victim, and their alleged attorney in Wayne County, IN, and if so, it's wholly intolerable.

An FBI victim specialist suggested I change my name and address, yet, even without me whistle blowing on the FBI, my InfraGard clearance is now inactive.

- Family Pets [Potentially Suspicious Deaths]
  - Dar C.    [Death by antifreeze in 1 Mulberry Street (ethylene glycol)]
  - D.C.      [Confirmed murder by shooting, according to my biological Dad]
  - Digger    [Confirmed murder by shooting, according to my biological Dad]
- Correlated and/or Related Persons [Potentially Suspicious Deaths]

  Judge Larry J. McKinney           [Frederick Becker]
  Troy Davis
  Robert Max Snodgrass
  David Molwager
  Mike Buckland

- Civil Suits [Non-exhaustive]
  Delks                             Western Wayne School Systems
  Steve Becker
  Alice Becker    [Guardianship]

- Potential Targets [Non-exhaustive] [By Bad Apples]
  Jaime Turpin              [Me and My Wife]
  Judge Drake               [My Sister and Her Husband]
  Todd Rokita               [Kyle Becker and His Wife]
  Jeff Landry               [Witnesses in General]
  Robert F. Kennedy, Jr.
  Ron Johnson
  Mike Johnson
  Victoria Spartz
  Mike Braun
                                            [Chilling Effect]
- Correlated Cases ████   3:22-CV-01213 [All, in my opinion, are Federal Questions]

  Sealed   Juvenile 2005 [Early College Student, nearly human-trafficked, asked to be taken from "parents"]
  1:07-CV-1205-LJM-[JMS & WGH] [Non-party/Victim/Falsely Represented... Original Irresponsible plaintiffs caused a conspiracy of silence, deletion of evidence, blackmail of law enforcement, potential violations of Megan's & Zachary's Laws... along with violations of 14th amendment, etc, et al]
  Expunged & Double Jeopardied in Conjunction with all cases 49G06-1612-F5-046714 [Protected woman from rape]
  Wrongfully Sealed and Wrongful Evictions and Denial of Rights 89C01-2305-PO-00087 [Munchausen by Proxy]

**Communication Flow**

John Fox [has publicly suggested not to comply with new laws on Linked IN]   [Pfizer]   Italy, U.K., New York, Georgia [Moderna]

Indiana Todd Rokita   DEA   ?   ?   Thermo Fisher Scientific [Boswell]

vs Jeff Landry Louisiana   Jesse ↔ Jasmine   ? → Jared ↔ Michael ↔ Jon B↔? ↔ Ronald S. Moore ↔? Brad Barrett

Andrea ↔ Linda K   IU ▮ Law School / IU ▮

Henry County

I turn off Facebook, tell Jasmine we're fine, but want nothing to do with MichaelH and/or JaredS; have two separate welfare checks occur, one officer comments that it came from Henry County. Since JaredS. was at Jasmine & Jesse's wedding, and Craig Spear let me know what MichaelH. was saying regarding gun violence, [false allegations] it is in my opinion, reasonable to find these circumstances linked.

When I was wrongfully terminated from DEA shortly afterward, Hal Cooper was aware already of the potential protective order, and Candee Chambers spoke with me regarding my childhood in person. Cutri King may have also been terminated and/or quit when I was fired. My biological dad has wrongfully used lawyers in the past causing conflicts of interest geared in his favor while MichaelH. is not adept at acquiring lawyers in my opinion.

John Fox, Jordan Law, Sowers, and Hirschauer and their companies and associates could not take the case due to conflict of interest, and all the cases have come from the top down and caused a provable, documented, deadlock, and already prevented my biological parents and

Co-Conspirators  from going to the federal level, meaning the only court they could be heard in was Wayne County Superior Court, with a lawyer who provably subverted the Indiana Supreme Court in the past, causing double jeopardy, transactional immunity, conflict of interest between them, and Michael and Andrea, and the lawyer, and the Catholic Church, and the Federal Government, and the U.N.

Ronald J. Moore has no less than 10 potential conflicts of interest in the filing of the potential protective order, and the way the case was filed and the proceedings causing potentially 6+ instances of possible double jeopardy and perpetual situations of guilty until proven innocent, and is linked to provable Munchausen by Proxy attempts by bad apples. [It is my opinion that he is no longer an Esquire, nor a practicing Catholic.] The way the case was filed, especially under seal, with all things considered, is a continued attempted HIPAA violation, the very thing IU is attempting to falsely allege against Todd Rokita, and shows, though I have remained peaceful and in my opinion, followed your order not to intervene, their case against us is a proven conspiracy and covert declaration of civil war, since it links all the way back to false suits against Todd Rokita and the Indiana State Police, since Attorney Generals are members of the executive branch, chief law enforcement officers, and civil prosecutors, in most states.

In my opinion, formal or not, "Project Mockingbird" exists, and it appears that the proceeding attempts to cover that up, by falsely alleging Title VII as Title IX and then attempting to falsely institutionalize functional Title VII and or add abortion without time limits to Title VII... might be more simply referred to as "Project Cuckoo's Nest" since the dystopian actions of bad apples and co-conspirators seem to, in my opinion, nearly be actions only belonging in works of fiction, like To Kill a Mockingbird, One Flew Over The Cuckoo's Nest, 1984, and other literary classics.

Please re-review my motions regarding injunction, and the first motion I entered where I attempted to consolidate the case, and take off jury trial. If they demand the shadow docket, in my opinion... Full Steam Ahead, and God's Speed.