

10:18 🔲 📷 📠 🌦    ⌘ 🔋 ❌ 4G⁺ 52%

←                                    ⋮

 Gmail          Jon F Turpin <jt4590@gmail.com>

## update list

**Jon B. Turpin** <turpin522@gmail.com>          Mon, Apr 22, 2013 at
                                                                        7:02 PM
To: Jon Turpin <jt4590@gmail.com>

Son,

Thanks for coming over to help us with our computers.
Mine is still working well. Maybe a microsecond slower with
the wifi instead of the ethernet connection. By the way, I
just now spotted your OK To Update list on the wall!!

Thanks for that too.

I went over to Troy's and Bruce's today to hang a new porch
light. I looked at Troy's computer problem and found the wi-
fi disabled. I managed to enable it, although the screen
darkens, and switches to an annoying screensaver after
about 15 seconds of inactivity.
Anyway, I spoofed Troy with a "popup" of an unsavory site
and accused him of visiting all sorts of lewd sites which he
did not categorically deny, grabbed the computer and
thanked me as he deleted the site.  Mean trick.

Thanks again for coming over yesterday. It was good to see
you and Katie.


Love,  Dad

The attorney I trusted to assist in receiving severance from Charles River Development, which I think is now State Street, who had no conflict of interest with my biological Dad... and Roach suggested I call Johnson and Jensen if I were to file a civil suit.

This was after my biological Dad tried to suggest a civil suit against Joe's Bar and Grille sometime right around September 20th of 2017... and my biological Dad spent so long yelling at me as if I was guilty that video evidence in my defense was deleted...

My biological Dad and any related co-conspirator attempt to make civil suits using me as collateral or against me to guardianship me after trying to simultaneously frame me as guilty... so they may remove evidence and control suits with me as collateral...

While attempting to cause the suits to be at or above the 5th District level... because the Honorable Larry J. McKinney deadlocked my biological Dad after Troy's affidavit. Because the Honorable Larry J. McKinney's ruling aligned with me, and Title VII.

My biological Dad started defaming and framing Troy Davis as well as attempting to turn me against Sichting, McKinney, and Davis, as if the intolerable bad behaviors of my biological Dad were simply "jokes" though they may have had negative effects. [As early as 2013, but continuing, even referring to Troy Davis as a "drugaddict" when he was not.



**Judicial Profile**

## IN MEMORIAM

# Hon. Larry J. McKinney

## District Judge, U.S. District Court for the Southern District of Indiana

by Tim A. Baker



*Tim A. Baker is a U.S. magistrate judge for the Southern District of Indiana. He clerked for Judge Larry J. McKinney from 1989 to 1991. This article is reprinted with the permission of the Circuit Rider. © 2018, Timothy Baker. All Rights Reserved.*



Friend. Mentor. Judge. Family man. Role model. Humorist. No single word adequately describes Judge Larry J. McKinney, who died on Sept. 20, 2017. His unexpected passing at age 73 leaves a void that will never truly be filled.

McKinney was born on the Fourth of July in 1944, in South Bend, Ind. "I was 12 years old before I finally realized that my dad wasn't telling me the truth when he told me all that celebration was just for me," McKinney said in an interview a few weeks before his death.[1] A stellar Indiana trial court judge who served as U.S. district judge for the Southern District of Indiana for 30 years, McKinney remained a humble man known as much for his quick wit and sense of humor as his intellect and work ethic.

McKinney graduated from South Bend John Adams High School in 1962. It was during this time that McKinney got his first taste of power, when he was assigned to introduce a speaker to the student body. After the speaker was done, it dawned on McKinney that none of the 1,500 students in attendance, or the teachers or the principal, could leave until he dismissed them. McKinney recounted that he walked "slowly" over to the microphone. "I took five minutes to summarize his points and then dismissed everyone. And you should have seen them. I had kids sitting on the edge of their seats in the front row just waiting to race to their classes. And the longer and the more they bent over and the more inertia taking them toward the door, the longer my summation took. I really enjoyed that," McKinney said with a familiar twinkle in his eye.

Following high school, McKinney attended MacMurray College in Illinois, where he met his wife Carole. He asked her to marry him on their graduation day in 1966, and they enjoyed 51 years of marriage until his death. Following graduation from MacMurray, McKinney attended Indiana University (IU) Mauer School of Law in Bloomington, and Carole pursued a graduate degree at IU in psychology. Though there were no lawyers in his family, McKinney said he was drawn to the law because of the esteem in which lawyers were held in their communities and because

being a lawyer gave him the opportunity to help others.

Upon his graduation in 1969, McKinney accepted a position with the Indiana Attorney General's Office for $7,200 per year. The McKinneys' lean earnings left little room for frolic. "I kept a journal of our expenses one year," McKinney said. "Our entire entertainment expenses for one month was 35 cents. It was for a 25-cent Dairy Queen for me and a dime Dairy Queen for Carole."

The McKinneys' financial outlook improved over time, if slowly. McKinney opened a private law practice, Rogers & McKinney, with Charlie Rogers in Edinburg, south of Indianapolis. The law firm began inauspiciously. McKinney and Rogers made a sign for their law firm they were very proud of—if only briefly. "Then a puff of wind came along and just blew that thing down in 30 seconds," McKinney said. "I never did put it back up. I've still got that sign at home. I was just quite proud of the sign that lasted 30 seconds." After painting and wallpapering his new law office, McKinney landed his first client. Except it wasn't legal work the man wanted; he asked McKinney to remodel his kitchen. "I thought to myself, this

is another one of life's crossroads," McKinney joked.

In 1974, McKinney joined forces with Jim Sargent in Greenwood, Ind., at Sargent and McKinney. Around this time, McKinney had mentioned an interest in becoming a judge to the heir-apparent to the Johnson County Circuit Court judge. Serendipity resulted in that person opting to remain in private practice. McKinney jumped in, won the Republican primary, defeated his World War II hero Democrat opponent, and was sworn in as the Johnson County Circuit Court judge in 1979. The McKinneys had started a family by this time, with their first son, Josh, being born in 1976. "I was just so proud," McKinney said. "I just was thrilled." A second son, Andrew, followed in 1980.

Back in those days, state court rules permitted an automatic change of venue. McKinney was developing a reputation as a skilled trial judge, and many big firm lawyers in Indianapolis were eager to have him hear their cases, even though they risked a longer wait given McKinney's increasingly heavy caseload. McKinney estimated he had more than 100 jury trials in his first six years on the bench, in addition to handling countless guilty pleas, sentencing, divorces, child support modifications, and other court-related responsibilities. He did all his own research and writing; he had no law clerks or legal interns. "It was a very busy place to do business," McKinney remarked.

> **For the next 30 years, McKinney handled high-stakes, complex cases. He once had a 10-defendant criminal court case involving gang activity that lasted three months. There were so many defendants and lawyers in his courtroom for that trial that he had risers erected to ensure adequate seating.**

In 1987, President Ronald Regan nominated McKinney to be a U.S. district court judge. In typical humble McKinney fashion, when he went to Washington, D.C., for his confirmation hearing, the trial court judge from Edinburg, Ind., didn't stay in a fancy hotel. Instead, he drove out in a trailer with his dad, wife, two kids, and his blind and diabetic dog and stayed at a KOA campground. "We had to give her shots every morning and every night, had to follow her around with a little pan to get her urine," McKinney said of his dog. "And then you'd dip the tester strip in the urine." When McKinney informed a member of one of the Indiana senator's staff that he was staying at the KOA campground she was "flabbergasted." McKinney remembered, "She said, 'I've never heard of anyone staying there.'

Soon after his Senate confirmation, McKinney realized the power available to him at the federal court was significantly greater than what he had as a state court judge. One Friday afternoon a lawyer filed a request for a temporary restraining order involving a horse from Chile that was in Indiana for the Pan American Games. Remembering the moment, McKinney stated, "It dawned on me that instead of the power to throw somebody in jail for failure to pay child support, or sort out a family crisis by putting the children here or there, or to sort out other domestic relations issues, in one stroke of my pen, I could have brought the whole darn Pan American Games to a halt." Ultimately, McKinney did not grant the restraining order and interfere in the games. "Fortunately, I was able to rely on my judicial philosophy, which comes from the Dolly Parton school of jurisprudence, which is, 'Don't take my man just 'cause you can,'" McKinney joked.

For the next 30 years, McKinney handled high-stakes, complex cases. He once had a 10-defendant criminal court case involving gang activity that lasted three months. There were so many defendants and lawyers in his courtroom for that trial that he had risers erected to ensure adequate seating. "That was a very interesting case," McKinney noted, adding that there were excellent lawyers on both sides.

Excellent lawyers and case complexities also dominated his civil docket. Patent disputes were among the cases McKinney particularly enjoyed. Over the years, he handled cases involving the design of tennis shoes, oxygen tanks, and much more. McKinney's expertise in patent law earned him opportunities to travel to Argentina, Chile, China, and other countries to explain America's patent and legal system to foreign lawyers and judges. Though he found patent cases interesting. McKinney's affinity for such cases had a deeper origin. As McKinney explained it: "My dad has always been my mentor; and he told me once that in order to be successful in life, you had to learn to like what everybody else didn't like, which explains my affinity for patent law."

Through his many trials, McKinney earned a reputation among the bar as a "lawyer's judge" who had high expectations for lawyers but never took the law or himself too seriously. "I think it's part of the judge's role to set a tone of civility and set a tone of relaxation in that courtroom so lawyers can concentrate on the matters of representation instead of oppressive protocol," he stated. "The dispute resolution system constitutionally created as the third branch of government needs to be respected and protected by lawyers and judges alike. This is best done, in my view, in a relaxed courtroom."

McKinney did take seriously and respected his obligation to help others. In 2007, McKinney helped launch the first re-entry court in Indiana's federal system. The court was dubbed "REACH," which stands for Re-Entry and Community Help. The program is designed to assist high-risk offenders return to society following incarceration and reduce recidivism. "We need to be increasing our efforts to ensure that these people have every chance available to do what we've asked them to do, which is be a law-abiding citizen," McKinney said. Through the work of McKinney and others. the program doubled in size and added a second REACH court in 2017. One of the REACH court graduates is an individual that McKinney once sentenced to life in prison. After his sentence was reduced, he embraced the REACH court, served as a mentor to other REACH court participants,

holds a steady job, and was moved to tears upon hearing of McKinney's passing.

McKinney's efforts to help others were not limited to the REACH program. McKinney's dedication to public service and civil education was exemplified by his commitment to the "We the People" program, an Indiana Bar Foundation program that educates middle school and high school students about the Constitution. McKinney spent countless hours judging and volunteering his time for this program. On a separate front, McKinney also worked tirelessly with others to ensure that a new federal courthouse was constructed in Terre Haute, Ind., when the lease agreement for the former courthouse location expired. Having a federal court presence in Terre Haute was important to

McKinney, particularly given that there is a federal prison and a robust bankruptcy docket there. "Seemingly impossible obstacles were overcome" in getting a new Terre Haute courthouse built, McKinney observed.

In many ways, it seems impossible that McKinney is gone. But on Sept. 20, 2017, he suddenly was. Thankfully, his caring spirit, friendship, humor, and humility will live on in the countless people he touched. ⊙

### Endnote

[1] The primary source for the information in this article, including quotes by Judge McKinney, is taken from the Oral History of Judge Larry J. McKinney, taken on May 4 and 9, 2009, in Indianapolis by the author.



## Judicial Profile Writers Wanted

*The Federal Lawyer* is looking to recruit current law clerks, former law clerks, and other attorneys who would be interested in writing a judicial profile of a federal judicial officer in your jurisdiction. A judicial profile is approximately 1,500–2,000 words and is usually accompanied by a formal portrait and, when possible, personal photographs of the judge. Judicial profiles do not follow a standard formula, but each profile usually addresses personal topics such as the judge's reasons for becoming a lawyer, his/her commitment to justice, how he/she has mentored lawyers and law clerks, etc. If you are interested in writing a judicial profile, we would like to hear from you. Please send an email to Zebley Foster, Editorial and Production Specialist, at tfl@fedbar.org.

---------- Forwarded message ---------
From: **Charles Roach** <croach@croachlaw.com>
Date: Wed, Sep 20, 2017 at 2:31 PM
Subject: RE: Question on Civil Matter
To: Jon F. Turpin <jt4590@gmail.com>

That is a crazy situation. Glad you weren't severely harmed.

It's probably beyond what I would be able to handle. I refer these cases to Johnson Jensen. Bob Johnson and Travis Jensen are good friends and excellent attorneys. Give them a call and see if they might be interested.

Chuck

JOHNSON / JENSEN, LLP

One Indiana Square, Suite 1640

Indianapolis, IN  46204

P / 317.269.7799 office

Charles S. Roach, Esq.

Roach Law Office, LLC
7855 S. Emerson Avenue, Suite A

Indianapolis, IN 46237

317.888.7620 x1

croach@croachlaw.com

10:29  50%

| Imagens | Videos | Noticias | Maps | Livros |



Johnson Jensen
·https://johnsonjensen.com › robert-...

## Robert W. Johnson

Johnson Jensen · Professionals;
Practice Areas; Co-Counsel ·
Resources · Clients ... Miami of Ohio,
Bachelor or Arts. ...

LinkedIn
https://www.linkedin.com › michael...

## Michael D. - Law Clerk - Johnson Jensen LLP

Greater Indianapolis · Law Clerk · Johnson Jensen LLP
I am a dedicated law student at Indiana University's
prestigious McKinney School of Law, currently
enhancing my legal knowledge and skills as a Law Cler...

LinkedIn
https://www.linkedin.com › janetho...

## Janet Wallace - Attorney At Law - Johnson Jensen LLP

Indianapolis, Indiana, United States · Attorney At Law ·
Johnson Jensen LLP
Attorney At Law at Johnson Jensen LLP. Johnson
Jensen LLPIndiana University Robert H. McKinney
School of Law. Indianapolis, Indiana, United States....

Dear Mr. and Mrs. Turpin:

JT means the world to me, not just as a friend, but as an example of a human being I aspire to.

He is the most brilliant and driven person I have ever known. His sheer strength of will is inspiring, and his generosity immeasurable. I have never known a man to care as much as he does, so passionately that he seeks to help those around him to a fault.

I value his time and advice more than most. In fact, the only other person I have a higher opinion of is my own father. Whenever someone needs help, they turn to JT because he is a beacon of light is an uncaring and unforgiving world.

The unconditional love we have for each other has been expressed in our support for each other through good and bad times. We don't *seek* from each other; we drop everything and *do* for each other whatever is needed.

I know JT and I have had our disagreements, but we have worked through them like mature individuals and grown together as friends. Simply knowing JT has made me a better person. We have elevated each other and supported each other in many facets of life – careers, relationships, finance, and faith. These are the things you don't see.

I have learned two things about life from JT: success is what you make it, and stand up for what you believe in. He embodies these. In our 16 years of shared friendship, I have never seen him falter despite everything he has been subjected to. It would break a lesser man.

We have survived the death of a close friend together, faced our mortality together, and found common ground from which to weather any storm.

Unity is what bonds us. We are friends closer than brothers. Simply put, I would die for JT. I don't mean that in jest. I'd take a bullet for the man, give him a kidney, whatever it took. Why? Because if anyone deserves love and friendship and the chance in life to pursue it, it is JT.

I have seen through the brash, callous, stubborn, loud exterior of the young boy who latched onto me in 2005 during Spanish class. What I have found a decade and a half later was a true friend. I came to know him. Really KNOW him. I wouldn't trade a mountain of gold for his friendship.

All I ask is that you see him through my eyes.


Sincerely,

*Phillip Jenkins*

Phillip Jenkins

**Law Office of Kirk Freeman**

Kirk S. Freeman
Attorney at Law

323 Columbia Street
Suite 100
Post Office Box 1132
Lafayette, Indiana 47902
kirk@kirkfreemanlaw.com

Office: 765/429-7035

Dylan R. Mroczek
Associate Attorney at Law
dylan@kirkfreemanlaw.com

Lindsay T. Hughes
Paralegal
legal@kirkfreemanlaw.com
Ilaeh L. Lee
Administrative Assistant
office@kirkfreemanlaw.com

June 27th, 2023

Mr. Jon Turpin

*Re: copy of documents*

Dear Mr. Turpin,

    This letter is regarding the enclosed documents to have on your behalf.

                         Very Truly Yours,

                         Kirk S. Freeman
                         Attorney at Law

KSF: iL

**Kirk Freeman**

From:             E-Notification <enotifications@courts.in.gov>
Sent:             Saturday, June 24, 2023 12:53 AM
To:               Kirk Freeman
Subject:          Odyssey E-Notices - 89C01-2305-PO-000087  Andrea Lynn Holwager v.Jon Frederick Turpin

Kirk Stephenson Freeman

Case Number:   89C01-2305-PO-000087
Andrea Lynn Holwager v.Jon Frederick Turpin

If any documents below are confidential, after you click the link, you must type your email address for verification before the document displays. In addition, document links expire 21 days after the date and time sent. If you need a copy of the document, download it immediately. Attorneys can access most cases and documents by signing into https://mycase.in.gov.

Hearing Scheduling Activity - Hearing on Petition for Protection Order originally scheduled on 06/21/2023 at 10:00 AM was rescheduled to 07/21/2023 at 11:00 AM. Reason: By Request.
Entry Date:       6/23/2023

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

Order Granting Motion for Continuance
Entry Date:       6/23/2023
File Stamp / Order Date:       6/14/2023
To view the document, click the link below:
https://m.in.gov/45JTX5K3

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

## YORKTOWN POLICE DEPARTMENT

### CASE REPORT

PO Box 518, 9312 W Smith St

Yorktown IN 47396

CASE# **2023-00005451**

---

### NARRATIVE

---

On June 24, 2023 at approximately 1:34 PM I (Officer William Curtis II) was dispatched to 2421 S Plum St., Yorktown, Indiana on a criminal mischief / vandalism call.

When I arrived, I spoke to the Complainant (CP) (Jon Frederick Turpin). Jon advised me someone has been tampering with his mail. He stated he has turned in an Agent that works ~~for the CIA and he believes the CIA and the FBI are out to get him.~~ The CP also advised he does not believe he has been getting al of his mail and wanted mt to go the Yorktown Post Office to see if they are holding his mail. *Correction: Reported a Secret Service Agent.*

The CP stated his vehicle had been vandalized on June 1st 2023. The CP said he drove his vehicle to Indianapolis; Indiana and he noticed his vehicle did not have any brakes. The CP believes someone had tampered with his vehicle. The CP advised he had the vehicle towed from Indianapolis to Hubler Ford in Muncie. Indiana.  The CP did not have any information for his vehicle. I advised the CP as soon as he finds out the information on his vehicle to call me back and I will do a report for him.

At approximately 7:53 PM I was dispatched back to his residence for a criminal mischief report. I spoke to the CP and he advised he had the paperwork for his vehicle. The CP showed me an old registration and two titles with the vehicle information on it, The CP stated sometime in between May 28th 2023 and June 1st 2023 his vehicle was vandalized by an unknown suspect/s. The CP advised his 1985 black Ford Mustang was sitting in front of his residence during this time.

The CP stated that Todd Rokita ~~might have had something to do with his vehicle being tampered with.~~ *had been informed, along with ISP, of potential tampering* The CP stated his suspension is loose and the repairs would cost in between approximately two thousand to four thousand dollars to repair it, the CP advised his seatbelt was taken off and the repairs for it would costs approximately fifty dollars, and the CP said his brakes went out ~~which would cost~~ approximately two thousand dollars to repair. *as well, total cost*

The CP stated Hubler Ford advised him he would need to take the vehicle back from where he purchased it to have it repaired. The CP advised me he purchased the vehicle in Illinois and he is waiting for a response from his insurance company about getting the vehicle towed to Illinois.

*There is another, more recent report of a witness coming forward and confirming tampering to vehicle during December 2021.*

Yorktown Police Department

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 9610 Curtis | 6/24/2023 | Jaromin, Ryan | 06/28/2023 |

3    4

# YORKTOWN POLICE DEPARTMENT

### CASE REPORT

PO Box 518, 9312 W Smith St

Yorktown IN 47396

CASE# 2023-00005451

---

## NARRATIVE (continuation)

---

**Officer William Curtis II**

**PE0224 / 96-10**

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 9610 Curtis | 6/24/2023 | Jaromin, Ryan | 06/28/2023 |

4      4

# YORKTOWN POLICE DEPARTMENT

### CASE REPORT

CASE# **2023-00005451**

PO Box 526, 9312 W Smith St

Yorktown IN 47396

## VEHICLES as INVOLVED

| INVOLVED VEHICLE | | | | |
|---|---|---|---|---|
| **VEHICLE ROLE** | | | | |
| **VEH YR** | **TYPE/MAKE/MODEL** | | | **STYLE** |
| **PLATE / STATE** | **VIN** | | **TOP COLOR** | **BOTTOM COLOR** |
| **ADDITIONAL DESCRIPTIVE INFORMATION** | | | | |

| INVOLVED VEHICLE | | | | |
|---|---|---|---|---|
| **VEHICLE ROLE** | | | | |
| **VEH YR** | **TYPE/MAKE/MODEL** | | | **STYLE** |
| **PLATE / STATE** | **VIN** | | **TOP COLOR** | **BOTTOM COLOR** |
| **ADDITIONAL DESCRIPTIVE INFORMATION** | | | | |

## VEHICLES as PROPERTY

| PROPERTY VEHICLE | | | | |
|---|---|---|---|---|
| **PROPERTY CODE** | | | **VALUE** $4000.00 | |
| **VEH YR** 1985 | **TYPE/MAKE/MODEL** Ford | Mustang | **STYLE** 2 Door | |
| **PLATE / STATE** AA184M / IN | **VIN** 1FABP28A4FF166109 | | **TOP COLOR** Black | **BOTTOM COLOR** Black |
| **ADDITIONAL DESCRIPTIVE INFORMATION** DAMAGE DONE TO THE SUSPENSION | | | | |

| PROPERTY VEHICLE | | | | |
|---|---|---|---|---|
| **PROPERTY CODE** | | | **VALUE** $50.00 | |
| **VEH YR** 1985 | **TYPE/MAKE/MODEL** | | **STYLE** 2 Door | |
| **PLATE / STATE** AA184M / IN | **VIN** 1FABP28A4FF166109 | | **TOP COLOR** Black | **BOTTOM COLOR** Black |
| **ADDITIONAL DESCRIPTIVE INFORMATION** DAMAGE DONE TO THE SEATBELT | | | | |

| PROPERTY VEHICLE | | | | |
|---|---|---|---|---|
| **PROPERTY CODE** | | | **VALUE** $2000.00 | |
| **VEH YR** 1985 | **TYPE/MAKE/MODEL** | | **STYLE** 2 Door | |
| **PLATE / STATE** AA184M / IN | **VIN** 1FABP28A4FF166109 | | **TOP COLOR** Black | **BOTTOM COLOR** Black |
| **ADDITIONAL DESCRIPTIVE INFORMATION** DAMAGE DONE TO THE BRAKES | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 9610 Curtis | 6/24/2023 | Jaromin, Ryan | 06/28/2023 |

2   4

## YORKTOWN POLICE DEPARTMENT

### CASE REPORT

CASE# **2023-00005451**

PO Box 518, 9312 W Smith Street
Yorktown IN 47396

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 6/24/2023   19:53 | Criminal Mischief | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 05/28/2023  07:00 | 06/04/2023   07:00 | 2421 S Plum ST Yorktown, IN |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 35-43-1-2(a)(1) CRIMINAL MISCHIEF - PECUNIARY LOSS OF AT LEAST $750 BUT LESS THAN $50,000 | 1 | Completed |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE **Adult** Victim | | NAME (LAST, FIRST, MIDDLE  SUFFIX) TURPIN, JOHN | | | | |
|---|---|---|---|---|---|---|
| DOB 04/05/1990 | AGE or AGE RANGE 33 | ADDRESS (STREET, CITY, STATE, ZIP) 2421 S Plum ST Yorktown, IN 47396 | | | | |
| RACE White | | SEX Male | HEIGHT or RANGE 5'8" 5'8" | WEIGHT or RANGE 170 170 | HAIR BRO | EYES GRN |
| DL NUMBER/STATE 0210-07-5538 / IN | | PRIMARY PHONE (225)259-6270 | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 |

| REPORTING OFFICER 9610 Curtis | DATE 6/24/2023 | REVIEWED BY Jaromin, Ryan | 06/28/2023 |
|---|---|---|---|

# Yorktown Police Property

Case #: 2023-05451

PE #: 053

Item #: 9

Date: 06/28/2023

Victim: Jon F Turpin

Suspect:

Description: 1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, xtreme garage door opener, Brinks cut locks x3, Dell power supply, Scandisk, team group Hard drive, Samsung smart phone & misc. papers (approx. 600-700 pages☐☐☐☐☐☐☐

Before this timeframe, but also in mid-June and until late June, especially after meeting with agent Bell, I was followed by Private Investigators, even after each stop up the chain kept seemingly attempting to avoid any documented chain of custody of evidence ... and I'm unsure why this was occurring to us as the original reporters of bad apples and their intractable behaviors.

For reference, I attempted to turn all of this in, all the way up the chain, approximately with the cryptocurrency information attempted to be turned in to the FBI/review Bell in Norfolk, VA. and requested a meeting with Merrick Garland, without response, and a meeting with a prison attorney without response in mid-June 2023, after recognizing I was being surveilled at DirectEmployers Association, while compiling information, but still performing my job duties. In my opinion under pressure since there had already been attempts to frame me and destroy evidence by bad apples, Hal Cooper referenced ▮▮ ▮ ▮ vandalism/investigations on my end, our vehicles, partners gave hints about locations to travel to, and vandalism even occurred to my wife's vehicle in Seymour, IN, then Hal Cooper attempted to force no knowledge of events despite documented information from Cambee chambers, and fired me for alleged misconduct after I met with Secret Agent Bell, while I was on vacation, losing out livelihoods retirement.



**STATE OF INDIANA**
**OFFICE OF ADMINISTRATIVE LAW PROCEEDINGS**

**FINAL AGENCY AUTHORITY: Indiana State Police**

| | |
|---|---|
| IN THE MATTER OF THE LICENSE | ) Cause No: ISP – 2303-000947 |
| | ) |
| TO CARRY A HANDGUN OF | ) FCN 2321072 |
| | ) |
| JON TURPIN | ) Decision Date: June 29, 2023 |

### NON-FINAL ORDER FOR REINSTATEMENT OF LICENSE

An administrative hearing was scheduled pursuant to the Indiana Administrative Orders and Procedures (I.C. 4-21.5) and the Uniform Firearms Act (I.C. 35-47) concerning Petitioner's firearms license under IC 35-47. The hearing was set at Indiana Government Center North, 100 North Senate Avenue Room 302, Indianapolis, Indiana to address the Indiana State Police's allegation that JON TURPIN is not a proper person to be licensed. Notice of the hearing was by US Postal Service.

Pursuant to the request of JON TURPIN , and agreed to by the Indiana State Police, the Hearing in this matter was cancelled. JON TURPIN requested the waive their right to hearing and agreed that their license would be reinstated. [I let them know I never

**NON- FINAL ORDER:** received the hearing notice, found I was not receiving mail, similar to not receiving my replacement permit in 2021...

By reason of the findings above, the Administrative Law Judge determines that and filed mail JON TURPIN's firearms license be reinstated. C#2140973    inspection request.]

In accordance with I.C. 4-15-10.5-12(b), the OALP's Order is non-final and is subject to the review and approval of the superintendent of the Indiana State Police per a MOU dated July 1, 2020. Pursuant IC 4-21.5-3-29, a party may file an objection to this recommended order within 15 days after the party is served with Non-Final order and must file the objection with the ultimate authority by contacting ISPFirearmsHearings@isp.IN.gov.

/S/ *Trudy L. Selvia*

Honorable Trudy L. Selvia, Administrative Law Judge
Indiana Office of Administrative Law Proceedings

Distribution:
JON TURPIN, by U.S. Postal Service.
Indiana State Police, by electronic service on the attorney of record.
Superintendent of State Police, Ultimate Authority, by electronic service on Kim Cross.



OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

**TODD ROKITA**
ATTORNEY GENERAL

July 7, 2023

Mr. Jon Turpin
2421 S. Plum St.
Yorktown, IN 47936

Dear Mr. Turpin,

This week we received both the U.S. Mint coin of President Theodore Roosevelt and your handgun license in the mail. While the coin was a very thoughtful gift, we are unfortunately unable to accept. Indiana Code prevents state employees from accepting gifts or favors from their constituents.

Also enclosed is your State of Indiana license to carry handgun. We recommend you retain this document for your personal records. If you have any questions about the license, please contact the Firearms Division of the Indiana State Police at (317) 232-8264 with your questions.

Please let us know if we can be of assistance in the future.

Sincerely,

Constituent Services
Office of Indiana Attorney General Todd Rokita

cs/hm



# Yorktown Police Department

### 9312 W Smith St/PO Box 518, Yorktown, IN 47396
### Phone (765) 759-7760 Fax (765) 759-4008

**Chief of Police**
**Kurt Walthour**

I Jon F. Turpin have willingly handed the items listed on the attached document over to the Yorktown Police Department for potential future evidence.

Signature _____

Date    7/19/23

# Yorktown Police Department
## Yorktown, Indiana
### (765)-759-7760

### Receipt for Return of Property
### CR# 2023-05451

The following items of property are now being returned to the person listed below.  These items are no longer needed by the Yorktown Police Department or to be physically present during an investigation or possible investigation; or never were needed but simply placed in our control as a measure of caution, request or found property.

Person taking possession of items:

| | |
|---|---|
| Name: Jon F Turpin | |
| OLN/ID# or DOB: 04-05-1990 | |
| Address: 2421 S Plum/Yorktown, IN 47396 | |
| Phone:  225-259-6270 | |

(Attach copy of ID and  Supplement if further details are needed)

Items:
1. (1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, Brinks cut locks x3, Dell power supply, Scandisk, misc. papers (approx. 600-700 pages) and Samsung smart phone.

2. Click here to enter text.

3. Click here to enter text.

4. Click here to enter text.

Officer or Administrator returning items: _____

Signature of Person taking possession: _____

Date: 7/19/2023      Time: 2:22 PM

5. Click here to enter text.

6. Click here to enter text.

7. Click here to enter text.

8. Click here to enter text.

9. Click here to enter text.

10. Click here to enter text.

11. Click here to enter text.

12. Click here to enter text.

13. Click here to enter text.

14. Click here to enter text.

15. Click here to enter text.

16. Click here to enter text.

17. Click here to enter text.

18. Click here to enter text.

19. Click here to enter text.

# Yorktown Police Department
## Yorktown, Indiana
(765)-759-7760

### Receipt for Return of Property
CR# 2023-05451

The following items of property are now being returned to the person listed below.  These items are no longer needed by the Yorktown Police Department or to be physically present during an investigation or possible investigation; or never were needed but simply placed in our control as a measure of caution, request or found property.

Person taking possession of items:

| |
|---|
| Name: Jon F Turpin |
| OLN/ID# or DOB: 04-05-1990 |
| Address: 2421 S Plum/Yorktown, IN 47396 |
| Phone:  225-259-6270 |

(Attach copy of ID and  Supplement if further details are needed)

Items:
1. (1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, Brinks cut locks x3, Dell power supply, Scandisk, misc. papers (approx. 600-700 pages) and Samsung smart phone.

2. Click here to enter text.

3. Click here to enter text.

4. Click here to enter text.

Officer or Administrator returning items: _____

Law Office of Kirk Freeman

Kirk S. Freeman
Attorney at Law

323 Columbia Street
Suite 100
Post Office Box 1132
Lafayette, Indiana 47902
kirk@kirkfreemanlaw.com

Office: 765/429-7035

Dylan R. Mroczek
Associate Attorney at Law
dylan@kirkfreemanlaw.com

Lindsay Hughes
Paralegal
legal@kirkfreemanlaw.com

Haeh Lee
Legal Assistant
office@kirkfreemanlaw.com

John Turpin

Re: Update

Dear Mr. Turpin

This letter is to inform and make you aware. That all parties for your hearing have agreed on a date which is scheduled now on September 28th, 2023. At 2:00pm.

Very Truly Yours,

Kirk S. Freeman
Attorney at Law

KSF: il
Encl: Update

## Kirk Freeman

| | |
|---|---|
| **From:** | E-Notification <enotifications@courts.in.gov> |
| **Sent:** | Tuesday, July 25, 2023 2:53 AM |
| **To:** | Kirk Freeman |
| **Subject:** | Odyssey E-Notices - 89C01-2305-PO-000087  Andrea Lynn Holwager v.Jon Frederick Turpin |

Kirk Stephenson Freeman

Case Number:   89C01-2305-PO-000087
Andrea Lynn Holwager v.Jon Frederick Turpin

If any documents below are confidential, after you click the link, you must type your email address for verification before the document displays. In addition, document links expire 21 days after the date and time sent. If you need a copy of the document, download it immediately. Attorneys can access most cases and documents by signing into https://mycase.in.gov.

Order Issued - Order Following Hearing
Entry Date:      7/24/2023
File Stamp / Order Date:          7/21/2023
To view the document, click the link below:
https://m.in.gov/N8K7RPMG

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

_____

Hearing Scheduling Activity - Hearing scheduled for 09/28/2023 at 2:00 PM.
Entry Date:      7/24/2023

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

_____

The below documentation is to be used by the Indiana State Police. If this documentation is blank, then a final decision has not yet been made.

## INDIANA STATE POLICE
## ULTIMATE AUTHORITY DECISION

The Superintendent of the Indiana State Police, the Ultimate Authority on this matter, has reviewed the above Non-Final Order and now decides to AFFIRM the Non-Final Order made by the Administrative Law Judge.

**IT IS THEREFORE ORDERED AND DIRECTED** by the Superintendent of the Indiana State Police that the license to carry a handgun of JON TURPIN is hereby GRANTED

## THIS IS A FINAL ORDER.

**APPEAL RIGHTS:**

This final order by the Superintendent of the Indiana State Police may be appealed. You have the right to file a Petition for Judicial Review (appeal) under Indiana Code 4-21.5-5, *et seq*.

Pursuant to Indiana Code 4-21.5-5-5, **you have thirty (30) days after the receipt of this notice to file a Petition for Judicial Review.** You must file your Petition for Judicial review in the correct place (this is called "venue"). The correct venue is determined by Indiana Code 4-21.5-5-6.

So ORDERED:  7/21/2023

Douglas G. Carter
Superintendent of the Indiana State Police

100 N. Senate Ave. Rm. N802 / Indianapolis, IN 46204
OALP@oalp.in.gov / (317) 234-6689

Page **2** of **2**



# Офіс Президента України

## Департамент з питань звернень громадян

27.07.2023     22/043892-28

_____ № _____

На № _____

**Jon Turpin**
2421 Plum St,
Yorktown, IN 47396,
the United States of America

Dear Mr Turpin,

We are grateful to all those, who support and help Ukraine in this difficult time of war.

Taking this opportunity, we would like to express our appreciation to you for the present to President of Ukraine Volodymyr Zelenskyy.

We wish you peace, health and prosperity.

Best regards,

Acting Head of the Department                    **Yurii Syzonenko**

Вик. Сивець С. В.
EDOC-44-1118777

---------- Forwarded message ---------
From: <CISCFCSExternal@uspis.gov>
Date: Wed, Jul 26, 2023 at 11:31 AM
Subject: In Response To Your Mail Fraud Report C#2140473
To: <jt4590@gmail.com>


Thank you for contacting the U.S. Postal Inspection Service.  The information you provided has been entered into our national Fraud Complaint System.  Your reference number is C#2140473.  If we need more information, you will be contacted directly.  Please hold on to any original documents related to your complaint.
Please note that Postal Inspectors do not have the authority to ensure that your losses are refunded.
We may share the information you provided with other agencies when there is a possible violation within their jurisdiction.
In the future, if you have complaints about mail fraud or mail theft, you can visit our website, http://postalinspectors.uspis.gov, to file a complaint online.

United States Postal Inspection Service

This is a system-generated email message.  Please do not reply to this message.




**Brown Chrysler Dodge Jeep, LLC**
1226 Homer Road • Minden, LA 71055
Ph 318-377-9855 • Fx 318-382-0200
**Brown Service Center**
904 Homer Road • Minden, LA 71055
Ph 318-390-1520

| R/O 07715 | VIN 3C4NJDCB3LT203589 | | JON  TURPIN | DATE IN 07/28/2023 |
|---|---|---|---|---|

| YEAR 2020 | MAKE JEEP | MODEL COMPASS (2 | COLOR O | 2421 S PLUM ST | TIME IN 11:13 |
| MILES IN 76921 | MILES OUT 76921 | FIRST USE 00/00/00 00/00/00 | LISC. IN | YORKTOWN IN 473961513 | CLOSED 11:15 |
| | | | | JT4590@GMAIL.COM | 09/20/2023 |
| SEE ALSO | | | H:(225) 259-6270 W:(   )   - | | WRITER AMBER\02 |

| (1) | CUSTOMER STATES CHECK ENGINE LIGHT ON REPLACED TRANSMISSON AUTH:35623087 ASSURANT WILL PAY $7400.73 PAYMENT MRPAYMENTS@ASSURANT.COM | | | |
|---|---|---|---|---|
| | | Labor | T22 134 | 2010.00 |
| | | 68429327AA  (PKG PART) | 1 | 4230.00 |
| | | 68218925AB  (FLUID) | 6 | 211.20 |
| | | Total Labor ................. | | 2010.00 |
| | (22- PHILLIP-) A | Total Parts ................. | | 4441.20 |
| | | Total Repair (Customer )..... | | 6451.20 |

| (2) | CUSTOMER STATES NOISE IN FRONT END REPLACED SWABAR ENDLINKS | | | |
|---|---|---|---|---|
| | | Labor | T22 10 | 150.00 |
| | | 68498190AA  (LINK) | 2 | 129.80 |
| | | Total Labor ................. | | 150.00 |
| | (22- PHILLIP-) A | Total Parts ................. | | 129.80 |
| | | Total Repair (Customer )..... | | 279.80 |

THANK YOU FOR YOUR BUSINESS

Next Service :   Lube-Oil-Filter

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| W/C | INT | | CUSTOMER |
|---|---|---|---|
| | | Labor | 2160.00 |
| | | Parts | 4571.00 |
| | | Sublet/Fees | .00 |
| | | Waste Dispos | .00 |
| | | Oil/Grease | .00 |
| | | Sub Total | 6731.00 |
| | | Tax | 669.73 |
| | | Total (Due) | 7400.73 |

X _____
CUSTOMER SIGNATURE

Page 1 of 1         Job 07715

**07715**     *07715*     **Customer Copy**



August 8, 2023

John F Turpin
2421 S Plum Street
Yorktown IN 47396

Dear John-

Thank you for your generous donations to support our officers.  We appreciate these gifts very much.

      1985 2s Mustang LX      VIN 1FABP28A4FF166109
      Modified      Estimated Value $25,000

CIPF is a registered 501(c) 3 organization, so your donation is tax deductible. Please keep this letter for your tax records to claim a deduction.

If you want to learn more about how CIPF is supporting our officers and communities, please take a moment to visit us at https://cipf.foundation or follow us on Facebook at www.facebook.com/CentralINPoliceFoundation. If you have questions, please do not hesitate to reach out to me.

Thank you, again, for your support!

Sincerely,

Lisa Rollings
Executive Director
Central Indiana Police Foundation
Lisa@cipf.foundation
317.536.1402

*CIPF is a registered 501(c) 3 organization, so your donation is tax deductible. Our EIN is 46-2417255. Please keep this for your tax records to claim your deduction.*

8/8/23, 12:02 PM
Case 3:22-cv-01213-TAD-KDM    Document 341-2    Filed 10/16/23    Page 29 of 64 PageID #: 27948
Apostolic Nunciature to the United States - Wikipedia

# WikipediA
The Free Encyclopedia

# Apostolic Nunciature to the United States

Coordinates: 38°55′28″N 77°3′56″W

The **Apostolic Nunciature to the United States**, sometimes referred to as the **Vatican Embassy**, is the diplomatic mission of the Holy See to the United States. It is located at 3339 Massachusetts Avenue, Northwest, Washington, D.C., in the Embassy Row neighborhood.[1] Since 2016, the papal nuncio has been Archbishop Christophe Pierre.

The Apostolic Nunciature to the United States is an ecclesiastical office of the Catholic Church in the United States, with the rank of an embassy. The nuncio serves both as the ambassador of the Holy See to the government of the United States and as delegate and point-of-contact between the Catholic hierarchy in America and the pope.

The Apostolic Nunciature is an administrative center of the Catholic Church in the United States. Communications from the United States Conference of Catholic Bishops and the various dioceses in the United States to the Holy See pass through the nunciature. The nuncio also fills a central role in the appointment of bishops in the U.S. and is the official responsible for announcing such appointments.

The physical building which houses the offices of the apostolic nuncio and his staff is called the Nunciature to the United States of America. It is exempt from the jurisdiction of the Archdiocese of Washington (canon 366 1°).

## History

The Apostolic Delegation to the United States was established on January 24, 1893, with offices in Washington, D.C.; it was led by an apostolic delegate. The delegation was the result of an effort by the Holy See to establish communication between Pope Leo XIII and President Benjamin Harrison. An apostolic delegate is an ecclesiastical official, rather than a diplomat, who represents the Holy See to the Catholic Church in his host country. Because the delegate was not recognized by the U.S. government, the Holy See was not restricted in its choice of delegate, and there were periods when two delegates served at the same time.

| Apostolic Nunciature to the United States | | |
|---|---|---|
|  The Apostolic Nunciature in Washington, D.C. | | |
| **Location** | Washington, D.C. 20008 | |
| **Address** | 3339 Massachusetts Avenue N.W., Washington, D.C., U.S. | |
| **Coordinates** | 38°55′28″N 77°3′56″W | |
| **Apostolic Nuncio** | Archbishop Christophe Pierre | |

The Holy See usually names a pro-nuncio rather than a delegate in anticipation of the establishment of diplomatic relations. Diplomatic relations between the U.S. and the Vatican were established on January 10, 1984,[2] the result of the close friendship between Pope John Paul II and President Ronald Reagan, and the delegation was elevated to the rank of nunciature on January 11.[3] The Holy See's representative continued to be titled pro-nuncio because at the time, the Vatican only gave the title of nuncio to its ambassadors who were deans of the diplomatic corps in their host country. In 1990 and 1991, the Vatican quietly began using the title of nuncio for all its newly appointed ambassadors who were not the deans of a country's diplomatic corps, though it retained the pro-nuncio title for all those already appointed.[a]

At its establishment in 1893, the Apostolic Delegation occupied temporary quarters at the Catholic University of America, then from 1894 on a row of antebellum houses north of the United States Capitol. It moved in 1907 into a new home at 1811 Biltmore Street NW, designed for that purpose in 1905 by architect Albert Olszewski Von Herbulis (razed in 1973).[4] The current site of the Apostolic Nunciature on Massachusetts Avenue was acquired



# HAGERTY.

POST OFFICE BOX 87 | TRAVERSE CITY, MI 49685

**Important Documents Enclosed**

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513





# Thanks for cruising with us



# HAGERTY.

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Date: 08/11/2023

## Cancellation Request
Policy Release

| | | | |
|---|---|---|---|
| **Policy Number:** | 5R98487-00 | **Broker:** | Hopkins Insurance Agency |
| **Policy Term:** | 09/19/2022 - 09/19/2023 | **Phone:** | 765.825.3841 |
| **Cancellation Date:** | 08/11/2023 12:00 AM | | |
| **Cancellation Reason:** | All Other Reasons | | |

→ Please sign where indicated and return this form by:

Mail:
Hagerty
PO Box 1303
Traverse City, MI 49685-1303

Fax: 231-941-8227

Email: photo@hagerty.com

Any applicable refund will be returned upon receipt of your signed request. If you have already sent a signed cancellation, or cancelled using electronic signature, you do not need to return this form.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Insured**

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Policy #: 5R98487-00
Cancellation Date:
08/11/2023

## Cancellation Request
Policy Release

**Reason for Cancellation:** All Other Reasons

I agree that no claims of any type will be made against this policy for losses that occur after the date of cancellation shown. Any premium adjustment will be made in accordance with the terms and conditions of the policy.

Signature of Named Insured <Voice Signature On File>    Date 08/11/2023

Insurance services administered by Hagerty Insurance Agency, LLC
Policies underwritten by Essentia Insurance Company

144318 Markall/Invoices/Letters/Memos F5 P2/2 S143

# MOS Finder Version 2.5

Click the dropdown menus below to select the appropriate designation for your applicant.

| | |
|---|---|
| GT | P |
| 116 | 1 |
| GM | U |
| 111 | 1 |
| EL | L |
| 112 | 1 |
| CL | H |
| 118 | 1 |
| MM | E |
| 106 | 1 |
| SC | S |
| 114 | 1 |
| CO | |
| 112 | - |
| FA | |
| 112 | - |
| OF | |
| 111 | - |
| ST | |
| 115 | |

| | |
|---|---|
| HS Junior/STO | No |
| U.S. Citizen | Yes |
| Drivers License | Yes |
| Color Vision | Normal |
| Security Clearance | Eligible |
| Line Score Waiver Needed | No |

| Line Score | PULHES | Vision | Security Clearance | Drivers License | Citizenship | STO (Split Train Option) | 5 pt Line Score Waiver (Nat GT) | Disposition | MOS | Job Title | Physical Demand | Available to ARNG | AIT Length | Overview |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 09S | OCS Candidate | M | X | 12 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 09W | WOCS Candidate | M | X | 5 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 11B | Infantryman | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 11C | Indirect Fire Infantryman | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12B | Combat Engineer | H | X | OSUT 14w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12C | Bridge Crewmember | H | X | OSUT 14w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12D | Diver | H | X | 29 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12G | Quarrying Specialist | H | X | 5 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12H | Construction Engineering Supervisor | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12K | Plumber | M | X | 8w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12M | Firefighter | M | X | 13w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12N | Horizontal Construction Engineer | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12P | Prime Power Production | M | X | 48 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12Q | Power Line Distribution | M | X | 12w 3d | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12R | Interior Electrician | M | X | 5w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12T | Technical Engineer | M | X | 17w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12W | Carpentry & Masonry Specialist | M | X | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12Y | Geospatial Engineer | M | X | 18w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13B | Cannon Crewmember | H | X | 5w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13F | Fire Support Specialist | H | X | 10w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13J | Fire Control Specialist | H | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13M | MLRS / HIMAR | H | X | 6 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13R | Field Artillery Fire Finder Radar Operator | H | X | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13T | Fire Artillery Surveyor Meteorological Crew | H | X | 8 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14E | Patriot Fire Control Enhanced Operator | M | X | 19w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14G | Air Defence Battle Management System Operator | M | X | 16w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14H | Air Defense Enhanced Early Warning Operator | M | X | 11w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14P | Air & Missile Defense Operator | M | X | 6w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14S | Avenger Crewmember | S | X | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14T | Patriot Launching Station Enhanced Operator | M | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15B | Aircraft Powerplant Repair | M | X | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15C | MQ-1 Operator | M | X | 22 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15D | Aircraft Powertrain Repair | M | X | 20 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15E | Unmanned Aircraft Repair | M | X | 16w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15F | Aircraft Electrician | M | X | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15G | Aircraft Structural Repair | M | X | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15H | Aircraft Pneudraulics Repair | M | X | 12w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15J | OH-58D Armament / Electrical / Avionic Systems Repair | M | X | 26 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15M | MQ-1 Repairer | M | X | 23w 6days | N/A |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15N | Avionic Mechanic | M | X | 24 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15P | Aviation Operations Specialist | M | X | 7w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15Q | Air Traffic Control Operator | M | X | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15R | AH-64 Apache Helicopter Repair | M | X | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15S | OH-58D Helicopter Repair | M | X | 14 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15T | UH-60 Blackhawk Helicopter Repair | M | X | 15w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15U | CH-47 Chinook Helicopter Repair | M | X | 17w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15W | Unmanned Arial Vehicle Operator | M | X | 15w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15Y | AH-64D Armament / Electrical / Avionic Systems Repair | M | X | 23 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 17C | Cyber Operations Specialist | M | X | 36 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 17E | Electronic Warfare Specialist | M | X | 28 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18B | Special Forces Weapons Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18C | Special Forces Engineer Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18D | Special Forces Medical Sergeant | H | | 42 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18E | Special Forces Communications Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18F | Special Forces Assistant Ops & Intel Sergeant | H | | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18X | Special Forces | H | X | 33 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 19D | Cavalry Scout | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 19K | M1 Armor Crewmember | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25B | Information Technology Specialist | M | X | 19w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25D | Cyber Network Defender | M | | 14 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25H | Network Communication Systems Specialist | M | X | 19 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25L | Cable Systems Installer | S | | 10w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25N | NODAL Network System Operator | M | | 25w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25Q | Multichannel TX System Operator | M | | 15 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25R | Visual Information Transmission System Operator | M | | 27w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25S | Satellite Communications System Operator | M | X | 26w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25U | Signal Support Support Specialist | M | | 17 weeks | VIDEO |

| | | | | | | | | Qualified | Code | Specialty | Branch | | Duration | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25V | Visual Information Specialist | M | | 34w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 27D | Paralegal Specialist | M | X | 10w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 31B | Military Police | S | X | OSUT 19w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 31E | Internment Resettlement Specialist | M | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 31K | Military Working Dog Handler | S | X | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35F | Intelligence Analyst | M | X | 16w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35G | Geospatial Intelligence Imagry Analyst | M | X | 24w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35L | Counter-Intelligence Analyst | M | X | 15w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35M | Human Intelligence Collector | M | | 16w 3d | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35N | Signal Intelligence Analyst | M | X | 24 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35P | Cryptologic Linguist | M | X | 6-13 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35S | Signal Intelligence Collector / Analyst | M | X | 13w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 35T | Military Intelligence Systems Maintainer / Integrator | M | X | 41w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 36B | Finance Management Technician | M | X | 8w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 37F | Psychological Operations Specialist | S | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 38B | Civil Affairs Specialist | M | X | 10w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 42A | Human Resource Specialist | M | X | 9 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 42R | Musician | M | X | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 42S | Special Band Member | M | X | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 46S | Public Affairs Mass Communication Specialist | M | X | 21 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 46T | Visual Information Equipment Operator-Maintainer | M | X | 18 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 46V | Visual Information Specialist | M | X | 34 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 56M | Religious Affairs Specialist | M | | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68A | Biomedical Equipment Specialist | M | X | 44 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68B | Orthopedic Specialist | M | X | 18 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68C | Practical Nursing Specialist | M | | 52 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68D | Operating Room Specialist | M | | 21 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68E | Dental Specialist | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68F | Physical Therapy Specialist | M | | 24w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68G | Patient Admin Specialist | M | X | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68H | Optical Laboratory Specialist | M | | 24 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68J | Medical Logistics Specialist | M | X | 6w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68K | Medical Laboratory Specialist | M | | 52w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68L | Occupational Therapy Specialist       (2 phases) | M | | 18w and 16w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68P | Radiologist Specialist | M | | 46w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68Q | Pharmacy Specialist | M | | 22w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68R | Veterinary Food Inspection Specialist | M | | 8 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68S | Preventive Medicine Specialist | M | X | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68T | Animal Care Specialist | M | X | 11 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68V | Respiratory Specialist | M | | 36 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68W | Health Care Specialist | S | | 16w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68X | Mental Health Specialist | M | | 17w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 68Y | Eye Specialist | M | X | 13 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 74D | CBRN Specialist | M | X | 9w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88H | Cargo Specialist | H | | 8 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88K | Watercraft Operator | H | X | 6 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88L | Watercraft Engineer | S | | 9 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88M | Motor Transport Operator | H | X | 6w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88N | Transportation Management | M | | 6 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 88U | Railway Operations Crewmember | M | | 5 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 89A | Ammunition Stock Control | M | | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 89B | Ammunition Specialist | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 89D | Explosive Ordinance Specialist | M | X | 36w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91A | M1 Abrams Tank Systems Maintainer | M | X | 16w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91B | Wheeled Vehicle Mechanic | M | X | 14 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91C | Utilities Equipment Repair | M | | 12 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91D | Tactical Power Generation Specialist | M | X | 9w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91E | Allied Trade Specialist | M | X | 19w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91F | Small Arms Artillery Repair | M | X | 15w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91H | Tracked Vehicle Repair | M | | 10w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91J | Quartermaster & Chemical Equipment Repair | M | | 10w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91L | Construction Equipment Repair | M | X | 8 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91M | Bradley Fighting Vehicle System Maintainer | H | X | 14w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91P | Artillery Mechanic | H | | 14w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 91S | Stryker Systems Maintainer | H | X | 17w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92A | Automated Logistical Specialist | S | X | 9w 2d | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92F | Petroleum Supply Specialist | S | X | 10w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92G | Food Service Specialist | S | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92L | Petroleum Lab Specialist | M | | 9w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92M | Mortuary Affairs Specialist | H | X | 7w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92R | Parachute Rigger | S | X | 15 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92S | Shower Laundry Clothing Repair | S | X | 6w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92W | Water Treatment Specialist | S | X | 12 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 92Y | Unit Supply Specialist | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94A | Land Combat Electronic Missile System Repair | M | | 12w 1day | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94D | Air-Traffic Control Equipment Repairer | H | X | 27 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94E | Radio Equipment Repair | M | | 21w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94F | Computer Detection Systems Repair | M | X | 20w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94H | TMDE Maintenance Support | M | | 33 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94M | RADAR Repair | M | X | 37 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 94P | Multiple Launch Rocket System Repair | M | X | 20w 4days | VIDEO |

| | Qualified | 94R | Avionic and Survivability Equipment Repair | M | X | 17w 4days | VIDEO |
| | Qualified | 94S | Patriot System Repair | M | X | 48w 2days | VIDEO |
| | Qualified | 94T | Short Range Air Defense System Repair | M | X | 17w 3days | VIDEO |
| | Qualified | 94Y | Automatic Test System Operator and Maintainer | M | X | 30w 3days | VIDEO |

Last Edit 20230725| Questions or corrections can be directed to: kellye.j.brestan.mil@army.mil

The fraudulent case against me in Wayne County Superior Court even prevents me from collecting remaining registered information requested by Staff Sergeant Gelsomini were I to sign up for the National Guard... this shows my line scores...

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

## Representative Spartz responding to your message
1 message

**Congresswoman Victoria Spartz** <IN05VSIMA@mail.house.gov>
To: jt4590@gmail.com

Fri, Aug 25, 2023 at 11:11 AM

VICTORIA SPARTZ
5TH DISTRICT, INDIANA



1609 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
PHONE: (202) 225-2276

# Congress of the United States
## House of Representatives
### Washington, DC 20515

August 25, 2023

Dear Jon F,

Thank you for your recent message. We appreciate your time and input, and we have shared your message with the Congresswoman. Please stay in touch and feel free to call us at 202-225-2276 or visit us at one of our offices.

Sincerely,

Office of Victoria Spartz

---

**Contact Me**

| Southwest Office | D.C Office | Northeast Office |
|---|---|---|
| (317) 848-0201 | (202) 225-2275 | (765) 639-0670 |

Visit my website to learn more!
https://spartz.house.gov/

   

Confidential - Company Proprietary

Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message. The sender disclaims that the content of this email constitutes an offer to enter into, or the acceptance of, any agreement; provided that the foregoing does not invalidate the binding effect of any digital or other electronic reproduction of a manual signature that is included in any attachment.

# Individual Information

**Prefix**

**First Name** Jon

**Middle Name** Frederick

**Last Name** Turpin

**Suffix**

**Email** jt4590@gmail.com

**Phone** 225-259-6270

**Location** United States

# Domestic Address

**Address Line 1** 2421 S PLUM ST

**Address Line 2**

**City** YORKTOWN

**State** Indiana

**Postal** 47396

# Agreement to Pay

| | |
|---|---|
| **How you will pay** | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below. |

| | |
|---|---|
| **Allow up to $** | 250 |

# Privacy Act

| | |
|---|---|
| **US Citizen** | True |

| | |
|---|---|
| **Prefix** | |

| | |
|---|---|
| **First Name** | Jon |

| | |
|---|---|
| **Middle Name** | Frederick |

| | |
|---|---|
| **Last Name** | Turpin |

| | |
|---|---|
| **Suffix** | |

| | |
|---|---|
| **Date of Birth** | 1990/04/05 |

| | |
|---|---|
| **Place of Birth** | Richmond, IN |

| | |
|---|---|
| **Additional Information** | Please provide any standard information, and provide status of my current application.<br>Please provide information regarding status of FBI InfraGard and any other clearances. |

# Expedite

**Expedite Reason**

My appeal rights were prevented in a case with wrongful convictions in the past, and the current issues relate to that case, etc. et al, so in my opinion, I should have a fee waiver processed, however, I'm still willing to pay up to $250 for the searching, and/or expedited request.

In my opinion, I agree with our honorable John N. Kennedy that our esteemed FBI is the premier law enforcement agency in our nation, and I'm requesting the information for me.

If there is any useful information you may provide me in good faith efforts, I would appreciate this sincerely, and I'm attempting to ensure I enter this FOIA request also in good faith efforts.

Do they pay their invoices?

According to public reports, my bill to them was quite reasonable, and is currently in default.

Central Intelligence Agency



Washington, D.C. 20505

5 September 2023

Jon F. Turpin
2421 S. Plum Street
Yorktown, IN 47396

Dear Requester:

On 30 August 2023, the Office of the Information and Privacy Coordinator received your 29 August 2023 request for records on yourself. Given the nature of your request, it falls under the auspices of the Privacy Act of 1974 (PA). Due to privacy concerns, we are unable to accept PA requests submitted through the electronic FOIA portal. Please resubmit your request through the electronic PA portal located at www.cia.gov/publicaccessgateway, US Postal Service or via facsimile to (703) 613-3007. Our mailing address is:

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

In the event you choose to submit via mail or fax, enclosed is the Privacy Act-Certification of Identity form, which contains fields that must be completed in order to obtain records on yourself.

Should you have any questions, please contact the CIA FOIA Hotline at (703) 613-1287.

Sincerely,

Anthony Capitos
Information and Privacy Coordinator

Enclosure

On Tue, Oct 3, 2023 at 8:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[UPDATE TO ENSURE PICTURES ARE PRESENT]


On Tue, Oct 3, 2023 at 6:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Thus far in the case...:
1.
A) The case was filed under seal by an attorney with a criminal background who has a past record of filing cases under seal without legal grounds, Ronald J. Moore, during a time when President Joseph R. Biden, Jr. potentially cannot seal pseudonyms on his emails under seal, and as well, plaintiffs, even citizens, cannot file their own pseudonyms under seal in a public civil rights case against the government itself.

**Louisiana Western District Court**
**Judge:**
**Referred:**
**Case #:**
**Nature of Suit**
**Cause**

Terry A Doughty
Joseph H L Perez-Montes
1:23-cv-01059
440 Civil Rights - Other Civil Rights
42:1983 Civil Rights Act

Docket     Parties (10)

Last checked: **Saturday Sep 09, 2023 5:58 AM CDT**

**Defendant**
Richard E Bell

**Defendant**
Joseph R Biden, Jr

**Defendant**
Andrea L Holwager

**Defendant**
Michael A M Holwager

**Defendant**
Jared R Junkin

**Defendant**
Soraya Cinnamon Murphy

**Defendant**
Jon B Turpin

**Defendant**
Linda B Turpin

**Plaintiff**
P O A E R G
247 Maximillian St
Baton Rouge, LA 70802

**Plaintiff**
Jon F D Turpin
2421 S Plum St
Yorktown, IN 47396

| 325 | Aug 16, 2023 | MOTION for Leave to Proceed under Pseudonym by Brandon Q Doe. Motions referred to McClusky. Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Redacted Exhibit, # to Intervene, # 3 Letter, # 4 Proposed order)(crt,Miletello, A) (Additional attachment(s) added Envelope) (Miletello, A). (Entered: 08/16/2023) |
| | | Main Document | Motion for Miscellaneous Relief |
| | | Attachment 1 | Redacted Exhibit |
| | | Attachment 2 | Proposed Motion for Leave to Intervene |
| | | Attachment 3 | Letter |
| | | Attachment 4 | Proposed order |
| | | Attachment 5 | Envelope |
| 326 | Aug 16, 2023 | MOTION to Seal Attached Document by Brandon Q Doe. Motions referred to Magistrate Ju Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Proposed order, # 2 SEALED F Envelope)(crt,Miletello, A) (Entered: 08/16/2023) |
| | | Main Document | Motion to Seal Attached Document |
| | | Attachment 1 | Proposed order |
| | | Attachment 3 | Envelope |
| | Aug 16, 2023 | Motions Transferred regarding 325 MOTION for Leave to Proceed under Pseudonym, 326 Document. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) |
| | | Motions Transferred | |
| 327 | Aug 18, 2023 | MEMORANDUM ORDER denying 325 Motion for Leave to Proceed under Pseudonym; de Attached Document. Signed by Judge Terry A Doughty on 8/17/2023. (crt,Crawford, A) (En |
| | | Main Document | Order on Motion for Miscellaneous Relief |
| 328 | Aug 18, 2023 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arl Notice of Consolidation, 316 Order on Motion to Consolidate Cases returned marked: Retu Deliverable as Addressed, Unable to Forward. (Attachments: # 1 Return Document #317) 08/18/2023) |
| | | Main Document | Mail Returned |
| | | Attachment 1 | Return Document #317 |
| 329 | Aug 25, 2023 | MOTION for Reconsideration re 327 Memorandum Order by Brandon Q Doe. Motions refe Kayla D McClusky. (Attachments: # 1 Supplements to Motion, # 2 Letter, # 3 Proposed ord (crt,Miletello, A) (Entered: 08/25/2023) |
| | | Main Document | Motion for Reconsideration |
| | | Attachment 1 | Supplements to Motion |
| | | Attachment 2 | Letter |
| | | Attachment 3 | Proposed order |
| | | Attachment 4 | Envelope |

B) The case was filed for an alleged petitioner who in their testimony has directly testified against having knowledge of a "family business" and in doing so, potentially denied the existence of the alleged victim, purportedly his wife, and attempted to reference and go against the already decided and entered cases of at least three superseding districts, and no less than 5 Honorable Judges decisions, even posthumous.
C) The alleged petitioner has admitted on record that I'm not abusive, don't touch anyone, and has attempted to tell the The Honorable Judge Drake that I "make stuff up" while his testimony regarding a school beating where he watched me be beaten on a floor, and didn't assist, nor anything to help me except enter a police report after being told his lack of action while claiming he was my friend was deeply concerning.
D) In my opinion, the attempt to tell the Honorable Judge Drake that I "make stuff up" aligns with an attempt to falsely diagnose me as Bipolar, which the alleged petitioner, who has given up his 5th amendment rights, by entering evidence in court that no one else could have since he wasn't responded to after his two texts, and I already had him blocked even

if he was messaging me.

E) In my opinion, the testimony from the alleged petitioner against the alleged victim would even violate, if they are married, marital communications privilege.

F) In my opinion, the way this case was filed prevents the alleged victim and alleged petitioner from receiving any civil relief at all since it was entered by falsely accessing information, and hidden under seal, also without any legal grounds, proven in confirmed pattern by the Honorable Judge Drake reaffirming the Honorable Judge Stoner's opinion to expunge a prior case by the Marion County Superior Court.

G) Importantly, in that prior case, each the defense and prosecution, and the judge, showed in actions my right to self defense, retained my right to appeal, retained my 2nd amendment rights and lifetime gun permit, and followed the immunity clause in Indiana's Self Defense laws for protecting another person in doing so in actions.

H) The alleged victim is not a law enforcement officer and left the Indianapolis Metropolitan Police Department allegedly after going against her chain of command.

I) The alleged victim is not a therapist, and had to be reported out of genuine concern for attempting to offer schedule 2 substances to myself in line with attempts to falsely interdict me, and only to protect the alleged victim and the alleged petitioner themselves against their own irresponsible actions and their own marital issues.

J) In my opinion, these issues belong between them, and their priest if they are Catholic, have nothing to do with us, just as I told them before cutting off contact months and months ago when their actions, along with the actions of the irresponsible plaintiffs referenced in the "School Lawsuit" which is otherwise irrelevant to this case, except to say that each of the parties have attempted to stop our marriage.

**K) Even now to the point of contacting our priest, and filing a court case so irresponsible and causing a swath of destruction so severe that even law enforcement, medical professionals, the EEOC, and honorable judges in the 5th District Court of Louisiana have suggested and accepted we civilly sue them, because they may be completely incapable of controlling themselves, yet are seemingly "control freaks."**





Acknowledgment Letter

eeoc@mail.custhelp.com

to me ⌄

*Notably, in my opinion, I was even denied transfer back to Louisiana without notice, for my remote job, after discovering and filing appropriately in the correlated case.*

*then*

Office of Field Programs

*Would the courts please consider charging regarding my wrongful termination from DirectEmployers Association?*

Thank you for contacting the U.S. Equal Employment Opportunity Commission (EEOC).

Our agency enforces the federal laws that prohibit job discrimination based on race, color, religion, sex, national origin, age, disability, and gei

In response to your recent communication with our EEOC Intake Information Group (IIG), you were provided information about the EEOC cha Equal Pay Act (EPA), require you to file a charge before you can file a lawsuit in court for unlawful employment discrimination.

There are strict time limits for filing a charge of employment discrimination, and you must file a charge with the EEOC within either and the EEOC will not take further action.

If you wish to begin the charge process, please go to https://publicportal.eeoc.gov/ which will allow you to complete a pre-charge inquiry a

If you have any difficulty with the online portal, including scheduling an intake appointment, please call 1-800-669-4000 or email at INFO@EE

Additional information about the laws we enforce and our charge filing procedures is available on our web site at www.eeoc.gov. For more infe

Sincerely,

U.S. Equal Employment Opportunity Commission (EEOC)

**L) AN ATTEMPT TO FALSELY DIAGNOSE, INTERDICT, CONSERVATORSHIP, OR CAUSE ME ANY LOSS OF CONSTITUTIONAL AND CIVIL RIGHTS WOULD BE AN ATTEMPT TO VIOLATE NOT ONLY HIPAA LAWS, BUT AN ATTEMPT TO INVALIDATE THE ALREADY PRIVATELY DOCUMENTED DIAGNOSIS OF ME AS A FUNCTIONAL AUTISTIC MAN WITH "ASPERGERS" SIMPLY, AUTISM. M) MY DIAGNOSIS WAS PERFORMED BY THE SAME PH.D. PSYCHOLOGIST ORIGINALLY FROM LOUISIANA, WHO THEN PRACTICED IN INDIANA, AND ASSISTED IN TRAINING INDIANA'S LAW ENFORCEMENT PROFESSIONALS, VERIFIED EVEN AFTER EGREGIOUS ABUSE OF ME THAT I WAS NOT A THREAT NOR DISORDERED AND RECOMMENDED AGAINST THE ATTEMPTED PROCEEDINGS.**

Steven J. Couvillion, Ph.D.  ABPdN.
Patricia M. Couvillion, Ph.D.
Jonni L. Gonso, Ph.D.
Melody N. Dilk, Ph.D., J.D.

Kevin Dugan, Ph.D.
Bonnie Pisano, Ph.D.

H. Jeffrey Davis, Ph.D.
Corby A. Bubp, Ph.D.
Keith B. Magnus, Ph.D.
Polly Shepard, Psy.D.

## INDEPENDENT MEDICAL EVALUATION
## PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| Name: | Jon F. Turpin |
| Date of Birth: | 04-05-1990 |
| Dates Seen: | 11/06/2008, 12/04/2008, 12/22/2008, 1/15/2009, 2/9/2009 |
| Psychologist: | Steven J. Couvillion, Ph.D., ABPdN, HSPP |

## Biography:

Dr. Steven Couvillion earned a Ph.D. in Clinical Psychology from Florida State University in 1975. His pre-doctoral internship at Laf at IN U Medical Center, he developed and trained pediatric residents, Mental Health workers in a novel Behavioral, family based i

In 1975, Dr. Couvillion became Director of Child and Adolescent Services for a six county Mental Health Center in South Georgia. services to many families of outpatient populations in a newly established CMHC. In 1978, Dr. Couvillion returned with his wife a supervised by Dr. Kathleen Fitzhugh Bell. (This was one of the first Peds Post-Doctoral trainings in the US).

Since 1981, Dr. Couvillion, along with his staff of 10 psychologists, provided pediatric neuropsychology and a broad range of servi disabilities, ADHD, developmental and genetic disorders, autism and conduct and emotional problems. He served as a consultant intervention for children with special needs. Dr. Couvillion has been appointed by the courts as a special mediator for families wi Bayh to the Indiana State Mental Health Commission for five years.

Through most of his career, Dr. Couvillion has been a Board Member of the IN Psychological Association, holding the offices of M members for continuing education credits, along with presentations in conjunction with the Indiana Bar Association, Medical Tra *BARROWS AWARD For Distinguished Contributions to Psychology over a Lifetime.*

*Dr. Steve Couvillion's current practice focuses on Forensic Evaluations and consultation and treatment of difficult cases. He consul 1983. He is privileged to be married to psychologist Dr. Patricia Couvillion. Besides his professional work, golf, woodworking and Cajun speaking member of the American Board of Pediatric Neuropsychology.*

## N) THIS IS THE SAME PSYCHOLOGIST WHO ASSISTED A VAST MULTITUDE OF ABUSE VICTIMS IN HEALING FROM AND EXITING ABUSIVE, CONTROL FREAK SITUATIONS SUCH AS THE ONE ON DISPLAY BY THE ALLEGED PETITIONER, AND ALLEGED VICTIM, EVEN AGAINST THEIR OWN WORDS.

THIS PHOTO IS OF THE ALLEGED VICTIM, OUTSIDE OF 1 MULBERRY ST, CAMBRIDGE CITY, IN



Basically my older sister, always there for me.

THE TOP SUBSECTION OF THE PHOTO BELOW IS OF THE ALLEGED PETITIONER, INSIDE OF 1 MULBERRY ST, CAMBRIDGE CITY, IN
THE BOTTOM SUBSECTION OF THE PHOTO BELOW HAS THE SIDE OF THE SAME CAR BEHIND THE ALLEGED PETITIONER FOR REFERENCE.

May a young man who works with you and your Dad just watch as you're beaten?





May a friend just watch a friend be punched over 35 times and choked on a cement floor?

The alleged petioner's testimony in court went against his own words, which, during a time which Facebook was being monitored and free speech was benig violated on a scale so vast it required an injunction upon the Federal Government... may have allowed the alleged petitioner to access an expunged case fraudulently by attempting to falsely label me as a gun-violent, bipolar threat to society.

The alleged petioner's words were potentially so defamatory that others reached out to me in genuine concern that these allegations did not fit my character at all:











to Michael. I am still so sorry for everything you are going through. We are here to support you, but please be very cautious with using my name in a conversation. The reason I say this is if this were to

**View all** ❯

1:11 AM

My bad

1:12 AM

I'll be honest that doesn't feel very supportive. However, I do understand where you're coming from and I wasn't thinking of it that way.

I'm sorry

1:13 AM

We're still talking about the house

I'll try to get the cats over there in a bit. Won't be able to get the desk tonight and that's ok

9:18 PM

It's okay. If you just want to bring everything tomorrow, that's fine

7:31 📷          🔒 🕐 📶 37% 🔋

Andrea Holwager

1:11 AM, Nov 25

Hey love. I know it's late, but I wanted to let you know I read those screenshots that you sent to Michael. I am still so sorry for everything you are going through. We are here to support you, but please be very cautious with using my name in a conversation. The reason I say this is if this were to escalate to a court case (which hopefully it does not), my name brought into it can slow me down/prevent me from getting my license (since I do not have it yet). Sadly, the licensure process slows dramatically if your name gets associated with a case (as a lot of background checks are run throughout this process).

Copy text          Share          More

THE ALLEGED PETITIONER SAYS I HAVE SLEEPING PROBLEMS WHEN IT'S THE ALLEGED VICTIM COMPLAINING ABOUT THEM, AND THE ALLEGED PETITIONER AND VICTIM ATTEMPTING TO FILE A PROTECTIVE ORDER AGAINST THEIR OWN WORDS:





pushed this far?

I REALLY wanted that home here
in town and Erin trusts me and
was going to live there with me

12:23 M ☑ ☒                    🔑 ⏰ ✳ 🛜 ⁴ᴳ ⁺ .ıll 62% 🔋

‹    **Andrea Holwager**
     9:53 AM, Dec 9

The officer informed your parents many disputing
families are currently trying to use protective/
restraining orders as a way "attack" another
family member when the actual qualifications for
a restraining/ protective order have NOT been
met.

As a result, improperly requesting a restraining/
protective order sadly clogs up the court systems
and prevents those who truly need one from
obtaining it quickly. As a result, the judges want
the requests for restraining/protective orders to
be used when needed (which is there intended
purpose), NOT simply for acting vengeance
against a family member, such as trying to file a
restraining order/protective order against a family
member first when qualifications have not been
met.

To sum it up, protective/restraining orders should

only be used when absolutely necessary, and having frivolous ones filed is not good since slows it down the process for those who truly need it.

Copy text    Share    More

2. The case was filed under seal, by an attorney with a criminal background and record of wrongfully filing cases under seal, in a county which has no jurisdiction, during a time in our country when the president himself, our Honorable Joseph R. Biden, Jr., and even other members of the executive branch are not currently allowed to even have potential pseudonyms on emails under seal. Since the only possible confidential information in this case was my expungement or anything else the alleged victim and alleged petitioner may attempt to access, why is it still under seal? I've attached the letters referencing my character which were supplied for my expungement to show opinions of others, but the alleged victim, alleged petitioner, and their alleged attorney should have no access to this information because witnesses are concerned after the actions of the alleged petitioner and alleged victim along with the original irresponsible plaintiffs in the "School Lawsuit" case, which is outside of this jurisdiction and already being reviewed to be closed in its entirety with prejudice by a superseding court.

**Yorktown Police Property**

Case #: 2023-05451
PE #: 053
Item #: 9
Date: 06/28/2023
Victim: Jon F Turpin
Suspect:
Description: 1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, xtreme garage door opener, Brinks cut locks x3, Dell power supply, Scandisk, team group Hard drive, Samsung smart phone & misc. papers (approx. 600-700 pages□□□□□□□□

📄 Jon Turpin.pdf

📄 Letters 000.pdf

📄 Letters 001.jpg

📄 Letters 002.jpg

📄 Letters 003.jpg

📄 Letters 004.jpg

📄 Letters 005.jpg

📄 Letters 006.jpg

📄 Letters 007.jpg

📄 Letters 008.jpg

📄 Letters 009.jpg

📄 Letters 010.jpg

📄 Letters 011.jpg

📄 Letters 012.jpg

📄 Letters 013.jpg

📄 Letters 014.jpg

📄 Letters 015.jpg

📄 Letters 016.jpg

📄 Letters 018.pdf

# IN RE: Ronald J. MOORE. (2001)

Supreme Court of Indiana.

IN RE: Ronald J. MOORE.

No. 89S00-0105-DI-230.

Decided: October 17, 2001

Ronald E. Elberger,Bose, McKinney & Evans, L.L.P., Indianapolis, IN, for the Respondent. Donald R. Lundberg, Executive Secretary, Laura Iosue, Staff Attorney, Indianapolis, IN, for the Indiana Supreme Court Disciplinary Commission.

DISCIPLINARY ACTION

Attorney Ronald J. Moore retained for personal use nearly $20,000 in legal fees in contravention of an agreement which required him to remit such fees to his law firm.   To conceal his misconduct, he lied about the fees to other attorneys in the firm.   Today we approve a Statement of Circumstances and Conditional Agreement for Discipline between the respondent and the Indiana Supreme Court Disciplinary Commission, which calls for his suspension from the practice of law for this misconduct.   See Ind. Admission and Discipline Rule 23, Section 11.

Having been admitted to the bar of this state in 1997, the respondent is subject to our disciplinary jurisdiction.

The facts are undisputed.   Two months after graduating from law school in 1997, the respondent was hired as an associate lawyer by a Richmond, Indiana, law firm.   The firm and the respondent agreed that the respondent would be paid a salary, that all legal work he performed would be as an agent of the firm, and that all fees he earned would belong to the firm.   The respondent's salary was $600 per week from August 4, 1997, until his bar admission on November 3, 1997; $800 per week from November 4, 1997, through December 31, 1998; $900 per week for the 1999 calendar year, with a $4,000 year-end bonus; and $1,000 per week for the 2000 calendar year.

For about 18 months, the respondent's duties at the firm included handling criminal appeals as an appellate public defender for Wayne County.   During the course of the public defender contract, the respondent received $11,900 from Wayne County in checks made payable to him.   The respondent deposited the checks into his personal bank account and never remitted any of those fees to the firm.   At least twice in 1999, members of the firm confronted the respondent about the absence of fees from his public defender work.   The respondent told them that he had not been paid yet by Wayne County.   By April 2000, members of the firm became so suspicious of the respondent's assertions that they contacted the Wayne County Auditor's Office.   They discovered that the respondent had been receiving payments for the public defender work for approximately 18 months.   On April 13, 2000, members of the firm confronted the respondent with this information.   He admitted he had retained the money.   He also disclosed that he had represented clients charged with drunk driving, charged each $750 for the representation, and deposited all of the fees into his personal bank account, instead of turning them over to the firm as he was required.   To avoid detection, the respondent did not enter these cases into the firm's case management system and required the clients pay him directly.   The fees improperly retained by the respondent from the public defender contract and from the ten drunk driving clients totaled $19,400.

We find that, by his theft of funds that pursuant to agreement belonged to the law firm, the respondent violated Ind. Professional Conduct Rule 8.4(b), which provides that an attorney commits professional misconduct when engaging in a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects.   We also find that by lying to his colleagues about those fees, the respondent violated Prof.Cond.R. 8.4(c), which provides that a lawyer commits professional misconduct when engaging in conduct involving dishonesty, fraud, deceit or misrepresentation.

Given our finding of misconduct, we must determine an appropriate discipline.   The parties agree that an 18-month suspension from the practice of law is warranted.   In determining appropriate discipline, we consider the misconduct, the respondent's state of mind underlying the misconduct, the duty of this court to preserve the integrity of the profession, the risk to the public in allowing the respondent to continue in practice, and any mitigating or aggravating factors.   Matter of Mears, 723 N.E.2d 873 (Ind.2000).

In mitigation, the parties agree that the respondent paid the firm $20,000, which included the fees he wrongfully retained plus interest, within one month after his wrongdoing was discovered and before any disciplinary investigation was pending.   The respondent underwent counseling and has satisfied the personal financial obligations which contributed to his decision to commit the misconduct.   Joined by members of his firm, the respondent voluntarily reported his misconduct to the Disciplinary Commission.   He also has met individually with the judges in Wayne County and with members of the Wayne County Bar Association to admit his misconduct.

In aggravation, the parties note the respondent planned his conversion of funds and perpetuated this scheme for at least 18 months by lying about it on two occasions when members of the firm confronted him.   The parties further agree the respondent's actions demonstrate a pattern of misconduct both in terms of the types of funds he converted-both public defender contract checks and funds from ten clients-and in the repetitive nature of his actions.   The parties also note the respondent's actions were motivated by personal financial stress and occurred shortly after he graduated from law school when he was earning from $41,600 to $52,000 annually.

In a similar case, we suspended an attorney who retained fees belonging to the attorney's firm.   Matter of Miller, 730 N.E.2d 171 (Ind.2000).   Given the respondent's carefully planned and executed deception in this case, we conclude that the agreed suspension is appropriate.

Accordingly, the respondent, Ronald J. Moore, is hereby suspended from the practice of law for not fewer than eighteen (18) months, beginning November 19, 2001, at the conclusion of which he shall be eligible to petition for reinstatement pursuant to Admis.Disc.R. 23(4).

The Clerk of this Court is directed to provide notice of this order in accordance with Admis.Disc.R. 23(3)(d) and to provide the Clerk of the United States Court of Appeals for the Seventh Circuit, the Clerk of each of the United States District Courts in this state, and the Clerk of each of the United States Bankruptcy Courts in this state with the last known address of the respondent as reflected in the records of the Clerk.

Costs of this proceeding are assessed against the respondent.

PER CURIAM.

**3. This is potentially against the Indiana Bar Code of Ethics with potentially violated sections highlighted below, but in a non-exhaustive way:**

Download Rules in MS Word Format                    Download Rules in Adobe PDF Format

# Indiana Rules of Court
# Rules of Professional Conduct

*Including Amendments made through January 1, 2023*

**TABLE OF CONTENTS**
PREAMBLE: A LAWYER'S RESPONSIBILITIES
SCOPE
Rule 1.0. Terminology
**Rule 1.1. Competence**
**Rule 1.2. Scope of Representation and Allocation of Authority Between Client and Lawyer**
**Rule 1.3. Diligence**
**Rule 1.4. Communication**
**Rule 1.5. Fees**
**Rule 1.6. Confidentiality of Information**
**Rule 1.7. Conflict of Interest: Current Clients**
**Rule 1.8. Conflict of Interest: Current Clients: Specific Rules**
Rule 1.9. Duties to Former Clients
Rule 1.10. Imputation of Conflicts of Interest: General Rule
**Rule 1.11. Special Conflicts of Interest for Former and Current Government Officers and Employees**
**Rule 1.12. Former Judge, Arbitrator, Mediator or Other Third-Party Neutral**
Rule 1.13. Organization as Client
**Rule 1.14. Client with Diminished Capacity**
Rule 1.15. Safekeeping Property
**Rule 1.16. Declining or Terminating Representation**
Rule 1.17. Sale of Law Practice
Rule 1.18. Duties to Prospective Client
Rule 2.1. Advisor
Rule 2.2. Intermediary

Rule 2.3. Evaluation for Use by Third Persons
Rule 2.4. Lawyer Serving as Third-Party Neutral
Rule 3.1. Meritorious Claims and Contentions
**Rule 3.2. Expediting Litigation**
Rule 3.3. Candor Toward the Tribunal
**Rule 3.4. Fairness to Opposing Party and Counsel**
Rule 3.5. Impartiality and Decorum of the Tribunal
Rule 3.6. Trial Publicity
Rule 3.7. Lawyer as Witness
Rule 3.8. Special Responsibilities of a Prosecutor
Rule 3.9. Advocate in Nonadjudicative Proceedings
**Rule 4.1. Truthfulness in Statements to Others**
Rule 4.2. Communication with Person Represented by Counsel
Rule 4.3. Dealing with Unrepresented Persons
Rule 4.4. Respect for Rights of Third Persons
Rule 5.1. Responsibilities of a Partner or Supervisory Lawyer
Rule 5.2. Responsibilities of a Subordinate Lawyer
Rule 5.3. Responsibilities Regarding Nonlawyer Assistants
Rule 5.4. Professional Independence of a Lawyer
Rule 5.5. Unauthorized Practice of Law; Multijurisdictional Practice of Law
Rule 5.6. Restrictions on Right to Practice
Rule 5.7 Responsibilities Regarding Law-Related Services
Rule 6.1. Pro Bono Publico Service
Rule 6.2. Accepting Appointments
Rule 6.3. Membership in Legal Service Organization
Rule 6.4. Law Reform Activities Affecting Client Interests
Rule 6.5 Nonprofit and Court-Annexed Limited Legal Services Programs
Rule 6.6. The Coalition For Court Access
Rule 6.7 Requirement for Reporting of Direct Pro Bono Legal Services
Rule 7.1. Communications Concerning a Lawyer's Services
Rule 7.2. Advertising
Rule 7.3. Direct Contact with prospective Clients
Rule 7.4. Communication of Fields of Practice and Specialization
Rule 7.5. Firm Names and Letterheads
**Rule 8.1. Bar Admission and Disciplinary Matters**
Rule 8.2. Judicial and Legal Officials
**Rule 8.3. Reporting Professional Misconduct**
**Rule 8.4. Misconduct**
Rule 8.5. Disciplinary Authority: Choice of Law
USE OF NON-LAWYER ASSISTANTS
    Introduction
    Guideline 9.1. Supervision
    Guideline 9.2. Permissible Delegation
    Guideline 9.3. Prohibited Delegation
    Guideline 9.4. Duty to Inform
    Guideline 9.5. Identification on Letterhead
    Guideline 9.6. Client Confidences
    Guideline 9.7. Charge for Services
    Guideline 9.8. Compensation
    Guideline 9.9. Continuing Legal Education
    Guideline 9.10. Legal Assistant Ethics

3. The case filed by the alleged plaintiffs is currently against against T.R. 41, with the following potential violations highlighted in **BOLD**:

Rule 41 - Dismissal of actions**(A)** Voluntary dismissal: Effect thereof**(1)**_By plaintiff - By stipulation._ Subject to contrary provisions of these rules or of any statute, an action may be dismissed by the plaintiff without order of court:**(a)** by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs; or**(b)** by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim. The provisions of this subdivision shall not apply if the plaintiff in such action could not effectuate service of process, or otherwise procure adjudication on the merits.

**(2)**_By order of court._ **Except as provided in subsection (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper. If a counterclaim or cross-claim has been pleaded by a defendant prior to the service upon him of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim or cross-claim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this subsection is without prejudice.(B)** Involuntary dismissal: Effect

thereof. After the plaintiff or party with the burden of proof upon an issue, in an action tried by the court without a jury, has completed the presentation of his evidence thereon, the opposing party, without waiving his right to offer evidence in the event the motion is not granted, may move for a dismissal on the ground that upon the weight of the evidence and the law there has been shown no right to relief. The court as trier of the facts may then determine them and render judgment against the plaintiff or may decline to render any judgment until the close of all the evidence. If the court renders judgment on the merits against the plaintiff or party with the burden of proof, the court, when requested at the time of the motion by either party shall make findings if, and as required by Rule 52(A). Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision or subdivision (E) of this rule and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, operates as an adjudication upon the merits.

(C) Dismissal of counterclaim, cross-claim, or third-party claim. The provisions of this rule apply to the dismissal of any counterclaim, cross-claim, or third-party claim. A voluntary dismissal by the claimant alone pursuant to subsection (1) of subdivision (A) of this rule shall be made before a responsive pleading is served or, if there is none, before the introduction of evidence at the trial or hearing.

(D) Costs of previously-dismissed action. If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

(E) Failure to prosecute civil actions or comply with rules. Whenever there has been a failure to comply with these rules or when no action has been taken in a civil case for a period of sixty [60] days, the court, on motion of a party or on its own motion shall order a hearing for the purpose of dismissing such case. The court shall enter an order of dismissal at plaintiff's costs if the plaintiff shall not show sufficient cause at or before such hearing. Dismissal may be withheld or reinstatement of dismissal may be made subject to the condition that the plaintiff comply with these rules and diligently prosecute the action and upon such terms that the court in its discretion determines to be necessary to assure such diligent prosecution.

(F) Reinstatement following dismissal. For good cause shown and within a reasonable time the court may set aside a dismissal without prejudice. A dismissal with prejudice may be set aside by the court for the grounds and in accordance with the provisions of Rule 60(B).

Ind. R. Trial. P. 41

Amended Nov. 3, 1981, effective 1/1/1982; amended Oct. 29, 1993, effective 1/1/1994.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 9 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL

VERSUS

JOSEPH R BIDEN JR ET AL

CASE NO. 3:22-CV-01213 LI

JUDGE TERRY A. DOUGHT

MAG. JUDGE KAYLA D. M

Dear Honorable Judge Doughty and Honorabl
In my opinion, the proceedings in 89 COI-
have no legal grounds as the cas

have been filed in a way which caus...

immunity by the Honorable Judge Drake

the only potential grounds available for

to potentially be filed, which, even if

in full, according to the actions of the

Judge Stoner, affirmed in actions by

Judge Drake, in my opinion would s...

With submission of these notarized docu...

the case having no legal grounds under

filed, and it being past 60 days and

jurisdiction where it was filed under

my opinion, it should be closed in our favor wi...

In my opinion, the case was filed in a way

the only possible conclusion is that it was a...

to falsely, fictitiously, and fraudulently, violate o...

civil, religious rights and rites, and an attempt...

our Catholic Marriage and vows under God an...

In my opinion, none of this fraudulently attempted

Violation, is in the jurisdiction of the Wayne L
Court, and with the accepted postponement, the
will already be half past the offered and dene
Causing a situation where even if the case
served" would already negate the possible ser

In my opinion if you request the transcri
case, you may review if the alleged petitioner
against the alleged victim, negating potentially
case in our favor at 100%.

Jon F. D. Turpin
2421 S. Plum St.,
Yorktown, IN 47396
225-259-6270



Sincerely,
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

10683626

**HAGERTY INSURANCE AGENCY, LLC**
CUSTOMER ACCOUNT
P.O. BOX 87
TRAVERSE CITY, MI 49685-0087

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Detroit, Michigan
9-32/720

10683626

| DATE | AMOUNT |
|---|---|
| 08/14/2023 | $*****$61.97** |

***** Sixty-one dollars and 97/100

PAY TO THE
ORDER OF

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Michael Hagerty

MP

⑈1068 36 26⑈ ⑆072000326⑆ 1350002954 97⑈

---

**HAGERTY INSURANCE AGENCY, LLC**

10683626

Check #: 10683626  Date: 08/14/2023   Payee: 5666181  Mr. Jon F Turpin  Amount: $61.97

**MR. OR MRS HERBERT C. TAFT**
**OR LOUISE T GOLDEN**
10544 CLETUS
BATON ROUGE, LA 70815

8634

84-7350/2654

Dec 20 DATE '22

PAY TO THE
ORDER OF _Mr & Mrs Jim Turpin_   $ 50⁰⁰

_Fifty & 00/100_                     DOLLARS

LOUISIANA USA
FEDERAL CREDIT UNION
P.O. COX 15745, BATON ROUGE, LA 70895
www.lausafcu.org

Mrs Herbert C Taft  MP

FOR _____

⑆265473508⑆ ⑈3000⑈3990⑈ 8634