**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

The Court is in receipt of a letter/motion filed by *pro se* non-party Jon Turpin ("Turpin") [Doc. No. 341]. The Court construes this letter to be a motion for leave of court to file certain documents under seal. Turpin is not a party to this suit. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

MONROE, LOUISIANA, this 17th day of October 2023.

_____
Terry A. Doughty
United States District Judge