Dear Honorable Terry A. Doughty,

RECEIVED IN MONROE, LA. OCT 26 2023 TONY R. MOORE, CLERK WESTERN DISTRICT OF LOUISIANA

Why did the FBI know how much money was in my bank account, why did a special agent apologize after I found I was under surveillance, why did they then take my clearances after discovering potential overreach regarding vaccine-related entities and whistleblowing on the effects such as loss of accounts, career, and clearances?

In my opinion the results are devastating.

I sincerely apologize for taking so much of your time. If I have misunderstood the nature of this issue despite links to censorship and reprimand of Conservative, Catholic, and Free Speech which may stretch back to ~~____~~ before 2020.

If there is intervention by the courts and/or reconsideration, you may now consider us "en pauperis".

Thank you again,

Jon F. Turpin
2421 S. Plum St.
Yorktown, IN 47396

10544 Cletus Dr.
Baton Rouge, LA 70815

If nothing else, please hand all I've compiled to RFK Jr. & Sekulow. You may find that my estimates are valid and negate the estimates evaluated against Trump. Included are remaining exhibits.

In my opinion, our circumstances prove, beyond any reasonable doubt, Robert F. Kennedy Jr's case... what would the effects of improperly joining the Ascension Health networks, including Wisconsin, have been in regards to COVID, conservatives, Free Speech, and even R.F.K. & R.S. Presidential bid? Irreparably Devastating.