UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CASE NO. 3:22-CV-01213 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

ORDER

The Court is in receipt of a letter/motion filed by *pro se* non-party Jon Turpin ("Turpin") [Doc. No. 341]. The Court construes this letter to be a motion for leave of court to file certain documents under seal. Turpin is not a party to this suit. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

MONROE, LOUISIANA, this 17th day of October 2023.

_____
Terry A. Doughty
United States District Judge

# Judge Terry A. Doughty, Chief Judge

Chief United States District Judge for the Western District of Louisiana.

**Staff Information**

Hon. Terry A. Doughty
Chief United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

(318) 654-6500

**Courtroom Deputy**

**Forms**

**Motions**

**Courtesy Copies**

Amy Crawford (318) 322-6740
Deputy-in-Charge

In theory, 5th & 9th District of Louisiana via Supreme Court precedents may override Supreme Court during subversion of 25th Amdmt.

Pollack v. Farmer's Loan & Trust
Chisholm [Executors] v. Georgia
Louisiana Purchase & USUFRUCT

This is detailed more in depth with an example in these exhibits, and only because our nation and U.N. is in an unfortunate war on two fronts, and to uphold our president, and our supreme court in good faith efforts.

I affirm the 5th & 9th District Courts, and sincerely appeal to the Honorable Clarence Thomas and our Supreme Court to re-review.

When I appealed for a pardon for our Honorable Biden, I also appealed in that statement for our Honorable Clarence Thomas in implied fairness in a non-partisan way: he EARNED every single position and good thing in his life.